STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for REPUBLICAN ASSEMBLY and
SENATE INTERVENORS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**LEGISLATOR INTERVENORS' NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER**<br><br>Date:    September 11, 2008<br>Time:    11:00 a.m.<br>Courtroom:    26-8th Floor<br><br>**Before The Honorable Magistrate Judge John F. Moulds** |

## NOTICE OF MOTION AND MOTION

TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF RECORD: PLEASE TAKE NOTICE that on September 11, 2008, at 11:00 a.m. in the courtroom of the Honorable Magistrate Judge John F. Moulds, Assemblyman Todd Spitzer, Assemblyman Michael Villines, Senator George Runner and Senator Dave Cogdill (herinafter referred to as the "Legislator Intervenors"), will jointly and severally submit their Motion for a Protective Order. Specifically, the Legislator Intervenors request that the Court issue a protective order precluding the depositions of Assemblyman Villines and Senator Cogdill, as Plaintiffs have grossly exceeded the limit on the number of depositions allowed by Federal Rule of Civil Procedure 30(a)(2)(A)(i) without making a particularized showing of why the depositions are necessary, Assemblyman Villines and Senator Cogdill were not noticed by the Legislator Intervenors as trial witnesses, Plaintiffs cannot show "very good cause" for the depositions as required by the Three-Judge Court's July 2, 2008 order, and the depositions are duplicative and cumulative of the depositions of Assemblyman Spitzer and Senator Runner. The Legislator Intervenors also request a protective order directing Plaintiffs to take the depositions of Assemblyman Spitzer and Senator Runner pursuant to Federal Rule of Civil Procedure 31. The State of California is in financial crisis and the Assembly and Senate are in session. The Legislator Intervenors have proposed the compromise of taking the two depositions by written questions. This method of discovery is consistent with the submission of direct trial testimony by written declaration and allows considerable flexibility in scheduling. Plaintiffs have offered no justification for their refusal to proceed in this manner, despite the fact they are taking an expert deposition by written questions.

This Motion is based on this Notice of Motion and Motion for Protective Order, the Joint Statement re Discovery Disagreements pursuant to Local Rule 37-251, the Declaration of Chad Stegeman in Support of the Legislator Intervenors' Motion for Protective Order, and other documents, pleadings and orders on file with the Court, and any subsequent evidence or

1
2  argument that may be submitted regarding the Motion in the future.
3
4  Dated: August 21, 2008                    By:
5                                                /s/ Chad A. Stegeman
                                                 Chad A. Stegeman
6                                                AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                 Attorneys for the Legislator Intervenors
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28