STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:     415-765-9501
Attorneys for Petitioners Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | Case No.: C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>[PROPOSED] ORDER GRANTING THE LEGISLATOR INTERVENORS' MOTION FOR A PROTECTIVE ORDER<br><br>Date:  September 11, 2008<br>Time:  11:00 a.m.<br>Courtroom:  26-8th Floor<br><br>**Before The Honorable Magistrate Judge John F. Moulds** |

1

Having considered the Legislator Intervenors' Motion for Protective Order, the supporting and opposing papers, the pleadings and papers on file with the Court, the evidence presented by counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED THAT the Plaintiffs may not take the depositions of Senator Dave Cogdill and Assemblyman Michael Villines, and that Plaintiffs must take the depositions of Assemblyman Spitzer and Senator Runner pursuant to the Federal Rules of Civil Procedure 31.

**IT IS SO ORDERED**

Dated: Sept. __, 2008

JOHN F. MOULDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA