# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-16682__   U.S. District Court Case No. __90-CV-0520__

Short Case Title __COLEMAN V. SCHWARZENEGGER, et al.__

Date Notice of Appeal Filed by Clerk of District Court __7/16/08__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| 3/12/08 | Casey Schultz | Court Hearing |

(attach additional page for designations if necessary)

- [ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
- [x] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
- [ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __August 25, 2008__

Type or Print Name __Samantha D. Tama__

Signature of Attorney _[signature]_   Phone Number __(415) 995-5020__

Address: __425 Market Street, 26th Floor, San Francisco, CA 94105__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter
When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____   Court Reporter's Signature _____

**SECTION D**
U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

BY: _____

_____   _____   DEPUTY CLERK
(U.S. District Court Clerk)      (date)