PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No.  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SARA NORMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT INTERVENORS' MOTION FOR CLARIFICATION OF ORDER FOR PRETRIAL PREPARATION** |
| MARCIANO PLATA ,et al.,<br><br>        Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1    I, Sara Norman, hereby declare:

2    1.    I am a member of the Bar of this Court and a staff attorney at the Prison Law

3    Office, one of the counsel of record for the plaintiffs in this action.  I have personal knowledge

4    of the matters set forth herein and if called as a witness I could and would competently so

5    testify.  I submit this declaration in support of Plaintiffs' Opposition to Defendant Intervenors'

6    Motion for Clarification of Order for Pretrial Preparation.

7    2.    Attached hereto as Exhibit A is a true and correct copy of Law Enforcement

8    Intervenors' List of Expert Witnesses Intended to Testify at Trial, served on August 15, 2008.

9    3.    Attached hereto as Exhibit B is a true and correct copy of County of Santa

10   Clara's Disclosure of Witnesses, served on August 15, 2008.

11   4.    Attached hereto as Exhibit C is a true and correct copy of District Attorney

12   Intervenors Disclosure of Expert Trial Witnesses, served on August 15, 2008.

13

14   I declare under penalty of perjury under the laws of the State of California and of the

15   United States of America that the foregoing is true and correct, and that this declaration was

16   executed August 25, 2008, in Berkeley, California.

17

18

19
                                      _____/s/_____
                                              Sara Norman

20

21

22

23

24

25

26

27

28

-1-

EXHIBIT A

JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| ARNOLD SCHWARZENEGGER, et al., | **LAW ENFORCEMENT INTERVENORS' LIST OF EXPERT WITNESSES INTENDED TO TESTIFY AT TRIAL** |
| Defendants. | |
| MARCIANO PLATA, et al., | Case No.: C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et | |

-1-

1  al.,

2             Defendants.

3       TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

4           Pursuant to the Three-Judge Court's order dated July 2, 2008 and Rule 26 of the

5  Federal Rules of Civil Procedure, the Sheriff, Police Chief, Chief Probation, and

6  Corrections Chief Intervenor-Defendants ("Law Enforcement Intervenors") hereby

7  disclose the following list of all expert witnesses whom they intend to call to testify at

8  trial. These witnesses are Law Enforcement Intervenors or their representatives, who are

9  employees of Law Enforcement Intervenors, who are not specially employed to provide

10  expert testimony in the case and whose duties do not regularly involve giving expert

11  testimony.

12       1.    Adam Christianson, Stanislaus County Sheriff. Sheriff Christianson is

13  expected to testify regarding local facility capacity and court ordered population caps for

14  Stanislaus County as well as similar-sized counties; alternatives to a prisoner release

15  order, impact on public safety of a prisoner release order, including but not limited to,

16  impacts on local jails of a state prisoner release order, adequacy of local mental and

17  medical healthcare system to handle influx of inmate population due to prisoner release

18  order, impact on local law enforcement due to prisoner release at the state level, and the

19  impact on local criminal activity due to prisoner release at the state level. A copy of his

20  curriculum vitae is attached hereto.

21       2.    Richard Conklin, Chief Mental Health Clinician, San Diego County

22  Sheriff's Department. Mr. Conklin is expected to testify regarding mental health

23  program development and administration at the county level, including for corrections;

24  alternatives such as SB 618, and how a prisoner release could negatively impact the

25  success of SB 618 and similar programs; the Mentally Ill Offender Crime Reduction Act;

26  and impacts of a prisoner release order on corrections mental health services at the county

27  level, both for San Diego County and for similar counties. A copy of his curriculum vitae

28  is attached hereto.

3.      Karen Dalton, Los Angeles County Sheriff's Department, Director of Bureau Operations. Ms. Dalton is expected to testify regarding inmate education and services for the Los Angeles County Jail population; current criminal and penal justice reform efforts; impacts of reforms on public safety; diversion programs; impacts of a prisoner release order on public safety; and impacts of a prisoner release order on Los Angeles County's criminal justice system. A copy of her curriculum vitae is attached hereto.

4.      Rick Dostal, Orange County Sheriff's Department, Executive Director of Special Services. Mr. Dostal is expected to testify regarding AB 900 implementation at the county level; the Orange County Sheriff's Department budget and likely impacts of a prisoner release order on it; and general public safety impacts of a prisoner release order at the county level, for Orange County and similar counties. As the Director of Special Services, Mr. Dostal's duties have included coordinating the department's 5-Year Strategic Plan, developing the annual budget, overseeing purchasing, and developing agreements for law enforcement and security services. Mr. Dostal has over 25 years experience working in the County Executive Office of the County of Orange.

5.      Jerry Dyer, City of Fresno Police Chief. Chief Dyer is expected to testify regarding the impact of a prisoner release order on cities throughout the state in terms of crime, fear of crime and the local criminal justice system; the impact of parolees in local communities; and alternatives to a prisoner release order. Chief Dyer is the current President of the California Police Chiefs Association and has served as the Chief of Police of the Fresno Police Department for seven years. He has been a peace officer for nearly thirty years. He currently serves as the Chair for the California Central Valley "High Intensity Drug Trafficking Area" Board. He is also an Advisory Board member of the Governor's California Gang Reduction Intervention Program and a voting member of the Sacramento Regional Threat Assessment Center Governance Board. Chief Dyer has a BS in Criminology from the California State University at Fresno and a Master's Degree in Management from the California Polytechnic University at Pomona. He is also

LAW ENFORCEMENT INTERVENORS' LIST OF EXPERT WITNESSES

1    a graduate of the California Commission on Peace Officer Standards and Training

2    (POST) Command College.

3        6.    John Ingrassia, San Diego County Sheriff's Department Commander,

4    Detention Services Bureau.  Commander Ingrassia is expected to testify regarding county

5    detention systems, and particularly the potential impacts to county criminal justice

6    systems and detention facilities of a state prisoner release order for those counties and

7    facilities already operating under population caps.  A copy of his resume is attached

8    hereto.

9        7.    Michael James, Orange County Assistant Sheriff.  Assistant Sheriff James

10   is expected to testify regarding AB 900 implementation at the county level; the Sheriff's

11   Department budget; and public safety impacts of a prisoner release order at the county

12   level, for Orange County and similar counties.  Assistant Sheriff James has been with the

13   Orange County Sheriff's Department for over twenty-three years.  Prior to being

14   promoted to Assistant Sheriff, he served as the Division Commander for the Support

15   Services Division.  He also served as the Chief of Police Services for the City of Lake

16   Forest and a Facility Lieutenant in charge of special projects at the Theo Lacy

17   Corrections Facility.

18       8.    Don Meyer, Yolo County Probation Chief.  Chief Meyer is expected to

19   testify regarding funding for adult probation services; caseload sizes of adult probation

20   officers; percentage of probationers not supervised or under-supervised; evidence-based

21   and effective treatment programs and their ability to reduce the number of felons sent to

22   prison; the number of prison commitments on probation violations; findings of the

23   Probation Services Task Force; and probation reform, including out-of-state models.

24   His testimony will be based in part on his experiences and knowledge relating to his

25   position as the Yolo County Chief Probation Officer and also relating to his position as

26   President-elect of the Chief Probation Officers of California.  A copy of his resume is

27   attached hereto.

28       9.    Jerry Powers, Stanislaus County Probation Chief.  Chief Powers is expected

1   to testify regarding alternatives to a prisoner release order including full and adequate

2   funding of probation services in counties throughout the state as a means of reducing

3   recidivism and ultimately the long term reduction in prison population, as well as

4   risk/needs assessment improvement, programming for probationers and parolees, the

5   impacts of a prisoner release order on the County of Stanislaus, particularly to its

6   Probation Department, and to probation departments throughout the state. Chief Powers

7   has a long career in probation and was appointed the Chief Probation Officer for

8   Stanislaus County in November of 2002. His department is responsible for the

9   community supervision of approximately 8,000 adult and juvenile felons in Stanislaus

10  County, as well as other counties in the state. It also operates a 158-bed detention facility

11  for minors and younger adults under the age of twenty. Chief Powers holds state

12  certifications in Adult/Juvenile Corrections Officer, Deputy Probation Officer,

13  Corrections Supervisor, and Corrections Manager/Administrator. He has a BA in

14  Psychology from the University of California at San Diego. He is currently serving his

15  second term as president of the Chief Probation Officers of California. Chief Powers is

16  also a Governor's appointee to the California Council on Criminal Justice and the

17  California Sex Offender Management Board.

18      10.    Martin Ryan, Amador County Sheriff. Sheriff Ryan is expected to testify

19  regarding the current state of county jail operations, facilities, and population, including

20  overcrowding, and impacts of state prisoner releases; resources and funding for

21  operations and impact of state prisoner releases; AB 900 implementation; county parolee

22  population and risk/needs assessment of this population; the current state of county law

23  enforcement and impacts of state prisoner releases; and impacts of state prisoner releases

24  on the criminal justice system at the county level. Sheriff Ryan has been a California

25  peace officer for thirty-three years and has served at local and state levels. He began his

26  career as the Chief Investigator for the Amador County District Attorney's Office. From

27  1981 to 2006, he was with California Bureau of Investigations of the California

28  Department of Justice and served as its Chief from 1999 to 2006. He was elected as the

1    Sheriff-Coroner of Amador County in 2006. He holds a BA in history from the

2    University of California at Davis and is a graduate of the FBI National Academy,

3    California Commission on Peace Officer Standards and Training (POST) Command

4    College, and the U.C. Davis Executive Development Program.

5         11.    Stephen Smith, Los Angeles County Sheriff's Department Lieutenant, Custody

6    Support Services. Lieutenant Smith is expected to testify regarding impacts of a prisoner release

7    order on public safety at the local level; impacts of a prisoner release order on the county

8    criminal justice system; and diversion programs to incarceration. Lieutenant Smith has been

9    with the Los Angeles County Sheriff's Department since 1985. As part of Custody Support

10   Services, he reviews all custody policies and special projects and runs statistical information for

11   the department. Previously, he was the administrator for the department's correctional treatment

12   center, which is the only treatment center of its kind licensed by the state at the local level. He

13   also previously served in the custody medical services bureau.

14        12.    Rich Word, City of Vacaville Police Chief. Chief Word is expected to

15   testify regarding impacts of a prisoner release order on public safety at the city level; the

16   condition of current jail facilities; the state of resources for law enforcement at the city

17   level; and crime faced by the local community and the impact of a prisoner release order.

18   Chief Word is the immediate past president of the California Police Chiefs Association.

19   Prior to becoming Chief of the Vacaville Police Department, he was Chief of the Oakland

20   Police Department, where he served as a peace officer beginning in 1984. He has a BS in

21   Business Administration from John F. Kennedy University and a Master of Public

22   Administration from Golden Gate University. He is a graduate of the FBI National

23   Academy and the FBI National Executive Institute.

24        13.    Alexander R. Yim, Los Angeles County Sheriff's Department Chief,

25   Correctional Services Division. Chief Yim is expected to testify regarding the capacity

26   and population of the department's jail facilities; overpopulation of jails and methods to

27   address it; policies and procedures regarding inmate rlease, and impacts of a prisoner

28   release order on the County of Los Angeles. Chief Yim is a 26-year veteran of the Los

1  Angeles County Sheriff's Department. The Correctional Services Division consists of

2  the Inmate Reception Center, Medical Services Bureau, Transportation Bureau, Bureau

3  of Offender Programs, Food Services Unit, and the Mental Health Liasion Unit. The

4  Inmate Reception Center processes and releases an average of 180,000 inmates per year,

5  and the County's correctional facilities house an average daily population of over 20,000

6  inmates.

7         Chief Yim was promoted to the rank of Commander in June 2004, and assumed

8  command of a section of the Correctional Services Division. Chief Yim's law

9  enforcement career began in August of 1982 when he worked at the

10 Personnel/Recruitment Unit of the Los Angeles County Sheriff's Department. He

11 attended and completed the Training Academy in February 1983. Upon graduation, he

12 was assigned to the Hall of Justice Jail, before transferring to Carson Station in October

13 of 1983. He has been assigned to several patrol, detective and administrative assignments

14 before returning to the correctional environment in 2004. Chief Yim attended California

15 State University, Long Beach, earning a Bachelor of Science Degree in Occupational

16 Science in 2007.

17                              Respectfully submitted,

18 DATED:    August 15, 2008        JONES & MAYER

19

20                              By:

21                                   Ivy M. Tsai
                                     Attorneys for Law Enforcement
22                                   Intervenor-Defendants

23

24

25

26

27

28

## Sheriff Adam Christianson
250 E. Hackett Road
Modesto CA 95358
(209) 567-4468

___

**Highlights:**
- Self-starting, goal-oriented strategist whose confidence, perseverance and vision promote success.
- Excellent communication, interpersonal and organizational skills.
- Skilled with computer systems and software.
- Skilled at organizing complex projects, defining project priorities, and delegating tasks.
- Skilled at encouraging others and developing rapport.
- Self-motivated and assertive.
- 20 years law enforcement experience.
- Elected Stanislaus County Sheriff-Coroner June 2006
- FBI LEEDS Graduate February 2008

**Experience:**

Stanislaus County Sheriff's Department
*Sheriff-Coroner*                     July 2006 to Present

Stanislaus County Sheriff's Department
*Lieutenant*                          May 2005 to July 2006
- Northwest Area Commander Salida Substation
- K9 Unit Commander
- Air Support Unit Commander

Stanislaus County Sheriff's Department
*Lieutenant Administrative Services*    July 2004 to May 2005
- Oversight and Management of Internal Affairs and Personnel
- Supervision of the Background Unit, Recruitment and Training
- Injury Management Coordinator
- Air Support Unit Commander

Stanislaus County Sheriff's Department
*Lieutenant*                          February 2004 to July 2004
- Homeland Security/Office of Emergency Services
- Participated in the California Anti-Terrorism Task Force
- Assisted with the development of Emergency Response Plans
- Worked with Stanislaus County Area Emergency Managers
- Assisted with the development of a Food & Water Safety Plan

Stanislaus County Sheriff's Department
*Detective Sergeant*                      November 2002 to February 2004
- Assigned to the Sacramento Valley Hi-Tech Crimes Task Force.
- Supervised ten investigators from six different agencies, including a vertical prosecutor.
- Developed partnerships with federal, state and local agencies, promoting effective working relationships.
- Responsible for the Satellite operation of the Task Force, including the preparation of reports, statistics and evidence processing.
- Manage and direct the Internet Crimes Against Children grant, including reporting to OJJDP.
- Planned, assigned and coordinated law enforcement activities related to the Task Force.

Stanislaus County Sheriff's Department
*Sergeant*                               May 2002 to November 2002
- Assigned to Patrol Operations.
- Supervised the K9 Unit.
- Assigned to a special project supervising the Information Technology Unit. Asked to work directly for the Assistant Sheriff on the RMS/Wireless system and PacketWriter.

Stanislaus County Sheriff's Department
*Detective*                              March 2001 to March 2002
- Assigned to the Sacramento Valley Hi-Tech Crimes Task Force.
- Specially trained in the recovery and preservation of digital evidence.
- Investigated traditional crimes as well as Hi-Tech crimes.
- Investigated Internet Crimes Against Children.

Stanislaus County Sheriff's Department
*Field Training Officer*                 December 2000 to March 2001
- Directed and coordinated the activities of Deputy Sheriff/Coroner Trainees assigned to the FTO program.
- Managed and documented the progress of those trainees.
- Assisted subordinates in performance of duties.

Stanislaus County Sheriff's Department
**Bailiff**                                              July 1999 to December 2000
- Assigned to the Court Services Division and Judge Wray Ladine.
- Responsible for the Court calendar and the organization of pre-trial cases.
- Responsible for Court Security.
- Developed and organized a new program to more efficiently and effectively manage the felony arraignment calendar.

Stanislaus County Sheriff's Department
**Deputy Sheriff/Coroner**                  January 1996 to July 1999
- Assigned to the Reservoir Unit as a Reserve Deputy Sheriff until August 1996.
- Assigned to the Patrol Operations Division.
- Assigned to the Sheriff's K9 Unit as a K9 handler.

**Education:**    Walla Walla College                          Walla Walla WA
                  **General Education**                              1981-1982

                  Central Washington University              Ellensburg WA
                  **Paramedicine**                                    1984-1985

                  San Joaquin Delta College                    Stockton CA
                  **Paramedicine**                                    1985-1986

                  Modesto Junior College                        Modesto CA
                  **POST Basic Academy**                                1987

                  Union Institute & University                Sacramento CA
                  **Bachelor of Arts Degree – Criminal Justice Management**    2006

**Certificates:**    **POST Basic Certificate**
                     **POST Intermediate Certificate**
                     **POST Advanced Certificate**
                     **POST Supervisory Certificate**
                     **POST Management Certificate**

## Richard M. Conklin, LCSW
### Detentions Chief Mental Health Clinician
### San Diego County Sheriff's Department
#### Medical Services Division
**8525 Gibbs Drive · Suite 303 · San Diego · California 92101**
Phone: 858.974.5720(Office) 619.871.6136 (Mobile) 858.974.5712 (Fax)

## BACKGROUND SUMMARY:

Results oriented professional with extensive executive experience in mental health program development and administration. Major strength in leadership of multi-disciplinary staff, integrating organizations and systems for effective and efficient delivery of care, and contract development and budgeting. Successfully developed Federal and State grants; school and hospital site psychosocial programs; affiliations with managed care organizations; and University residency training programs. Skilled problem-solver experienced in personnel administration and physician relations. Clinical background in forensics, chemical dependency, residential treatment and inpatient and outpatient adult and child and adolescent mental health and substance abuse programs. Executive experience in both nonprofit for-profit organizations involving program development, administrative direction, contracting, and physician recruitment.

## EMPLOYMENT HISTORY

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**                    3/99 to Present
Detentions Mental Health Program Manager
PROJECT DIRECTOR, *Family TIES Program*
U.S. Department of Education Life Skills and Re-entry Project
Project Manager, *CONNECTIONS*, Mentally Ill Offender Crime Reduction Act

- Supervise clinical case management, correctional counseling, diagnostic and inmate behavior management specialty programs, and psychosocial rehabilitation and reentry programs in the Sheriff's Detention Facilities housing 5,000 inmates.
- Conduct site reviews, needs assessments, program design and implementation of comprehensive mental health, and correctional counseling programs.
- Provide liaison to various departments of the Superior Court and supervise applicable W & I Code procedures governing inpatient mental health care, as well as Penal Code Commitments for restoration of Mental Competency and developmentally delayed inmates.
- Coordinate with agencies to provide legal and psychiatric assessments, mental health case management, and social services to inmates or those released from incarceration.
- Provide education and consultation to agencies and community groups, established MOAs, and developed and oversee academic internships from graduate or professional schools.
- Co-authored, designed and implemented Federal Life Skills Grant. Project Director, $1.3 Million Life Skills Project: developed and monitored budget, program policy and procedures, MOAs, with community-based partner agencies, annual progress reports to funding source and program presentations at national conferences.
- Provided clinical and administrative management of a $5 Million Board of Corrections Grant, The Mentally Ill Offender Crime Reduction Act; an intensive community case management program with S.D. County Probation Department.
- Supervise inpatient multidisciplinary treatment team of social service, recreational and occupational therapy staff.

## COUNTY OF SAN DIEGO, HEALTH SERVICES
## DEPARTMENT OF MENTAL HEALTH                    10/96 to 1999
**Senior Psychiatric Social Worker, Forensic Services**
- Inpatient forensic unit social worker providing individual and group psychotherapy to seriously mentally ill inmates and case management and discharge planning.
- Provided facility representation in accordance with LPS and W & I Code requirements.
- Designed, developed and implemented tracking systems for State Hospital patients in custody.

## VISTA HILL FOUNDATION, SAN DIEGO              10/96 to 1999
**Program Manager, Supporting Adolescents and Families in Recovery – Concurrent, part-time**
- Supervised and provided direct services to a family recovery program for adolescents with substance abuse and co-occurring disorders.

## SCRIPPS MEMORIAL HOSPITAL, LA JOLLA           11/95 to 7/96
**Director, Behavioral Health Care Center**
- Directed the administrative and clinical operations of a 30-bed psychiatric inpatient unit.
- Developed and monitored unit budget and took corrective action as indicated.
- Monitored administrative and clinical operations of a sub-contracted Partial Hospital Program.
- Developed and implemented MOAs with other entities.
- Co-directed The Scripps McDonald Center, an adult residential and outpatient recovery center for substance abuse.
- Implemented an adolescent outpatient substance abuse program.

## UNIVERSITY OF CALIFORNA, SAN DIEGO            1995
**Child and Adolescent Psychiatry Service**
**Chief, Social Work Services**
- Recruited and supervised clinical social work staff.
- Provided individual and group psychotherapy to seriously mentally ill adolescents and their families and case management and discharge planning and referrals.
- Provided facility representation in accordance with LPS and W & I Code requirements.
- Field instructor, San Diego State University

## PSYCHIATRIC MANAGEMENT RESOURCES - SAN JOSE, CA.    1993-1994
**St. Louise Psychiatric Partial Hospitalization Program**
**Program Administrator**
- Established a Psychiatric Partial Hospitalization Program as an outpatient department of a non-profit hospital for PME – Managed Care Organization.
- Directed Marked Assessment and development of marketing plans and strategies to maximize program development and utilization.
- Recruited and supervised Medical Director, Medical, and Clinical staff. Oversaw development of treatment schedules and program curricula.
- Established and integrated Utilization Review mechanisms in conjunction with the partner Hospital to ensure compliance with funding and review bodies.
- Developed and monitored budgets. Analyzed financial results and implemented plans of correction as needed.
- Developed client satisfaction measures and monitored client outcomes.
- Developed contracts and MOUs with non-profit and proprietary organizations.

**CHILDREN'S HOSPITAL, SAN DIEGO, CA.**                    1977-1993
Institute of Psychiatry and Behavioral Science Programs
Administrative Director                                    1990-1993
- Developed contracts with San Diego County, Employee Assistance Program, and grant supported foster care programs resulting in enhanced payor mix and a 7% increase in contract revenue.
- Established interagency contracts and a school site mental health program.
- Restructured supervisory responsibilities resulting in a 36% reduction in combined clerical/administrative expenses.
- Directed the review and revision of the outpatient treatment program and protocols to comply with revised medical necessity definitions and funding constraints. Initiated focused specialty clinic programs resulting in improved patient access and volume and 30% reduction in costs.
- Authored the social services component of State of California Healthy Start Programs and obtained one of the 40 initially funded implementation grants in California for a 3-year, $400,000 grant. Site core committee member and supervisor of social service component.
- Implemented the program plan for the development of the Hematology-Oncology Psychosocial program. Developed position descriptions, matrix organization, and chaired a multidisciplinary selection committee comprised of University and Hospital Physicians and Mental Health members; participated in selection and appointment of program director.
- Chaired the Hospital Committee of Physicians, Nurses, and Administrators to plan the development of a medical-psychiatric unit. Developed proformas and budget for this 10-bed unit.
- Participated in the establishment and coordination of the UCSD Child Fellowship and residency program involving 25 psychiatry fellows, residents, medical students and clinical faculty based in the community. Negotiated cost share agreements with University Business Officer and Department Chairman.


**EDUCATION AND TRAINING:**
- **M.S.W. School of Social Work, San Diego State University**
- **BA Sociology/Psychology, San Diego State University**
- **Continuous Quality Improvement**
- **Strategic Planning**
- **Financial Planning and Budgeting**

**AFFILIATIONS:**
- **California Council of Community Mental Health Agencies**
- **National Association of Social Workers**
- **Academy of Clinical Social Workers**
- **The Forensic Mental Association of California**
- **Psychiatry and the Law Society**
- **Mental Health America of San Diego County, Vice President, Board of Directors**

# Karen S. Dalton, DrPH, CHES, CJM
## 1521 Le Flore Drive
## La Habra Heights, CA 90631
## (562) 947-7540
## KSDDRPH@aol.com

## EDUCATION

**Doctor of Public Health** (DrPH) Health Promotion & Education, Loma Linda University, School of Public Health, Loma Linda, CA
**Dissertation:** Factors predicting recidivism among adult offenders in San Bernardino County Corrections.

**Master of Arts** (MA) Social Science, California State University, Chico.
**Thesis:** Perinatal Substance Abuse: What U.S. Hospitals are doing to detect the problem.

**Bachelor of Science** (BS) Health Science, California State University, Chico

## EMPLOYMENT

**Director, Bureau Operations – Los Angeles County Sheriff's Department, Los Angeles, CA**
2000-Present. Oversee the Bureau of Offender Programs & Services. This includes education and services for 20,000 inmates incarcerated in the Los Angeles County Jails. Direct the Inmate Services Unit, Religious & Volunteer Services Unit, HIV Services Unit, Jail Enterprises Unit, and the Community Transition Unit. Responsible for the Inmate Welfare Fund, a $34 million annual budget primarily used for the benefit and welfare of the inmates. Hold collateral assignments regarding homeless and mentally ill offenders.

**Executive Director, Southeast Area Social Services Funding Authority, Whittier, CA**
1998-2000. Oversight of the Workforce Investment Act and Senior Services non-profit agency. Responsible for innovative services for those unemployed individuals and senior individuals within a 5-city area. Managed an annual budget of eight-million dollars.

**President, Health Education Innovations, La Habra Heights, CA**
1999-Present. Responsible for all aspects of this consulting company dedicated to program planning, implementation and training in the public health and corrections industry, focusing on Healthy People 2010 goals and objectives.

**Inmate Programs Manager – San Bernardino County Sheriff's Department, Devore, CA**
1993-1999. Coordinated and directed all programs pertinent to education and services of San Bernardino County jail inmates. Created the nationally recognized INROADS (INmate Rehabilitation, Occupational and Academic Development Systems) program. Conducted outcome, qualitative and quantitative research pertaining to inmate rehabilitation.

**Project Director – U.S. Department of Education, Devore, CA**
1997-1999. Oversight of federal grant monies from the "Life Skills for State and Local Prisoners Project", implemented at the San Bernardino County Sheriff's Department. Utilizing $1.2 million over three years, this research project focused on the development of a work experience program for inmates. This project showed a significant reduction in recidivism.

## OTHER WORK EXPERIENCE

**Mental Health Education Specialist – (Health Educator), San Bernardino County Office of Alcohol & Drug Programs, San Bernardino, CA**
Developed and implemented a countywide perinatal substance abuse education program. Disseminated education materials throughout the county and performed training on working with drug and alcohol exposed infants and children.

**Research Associate – Duerr Evaluation Resources, Chico, CA**
Collected, maintained and evaluated qualitative and quantitative data for ongoing state and locally funded projects. These included DATE (Drug, Alcohol, Tobacco Education) and OASIS (Oroville Area Stay In School) project.

## TEACHING EXPERIENCE

**Lecturer: Loma Linda University, Loma Linda, CA**
School of Public Health, Graduate Course on Addiction. Teach one session during the 10-week course on Public Health, Crime & Addiction

**Instructor: National Drug Court Institute, Williamsburg, VA**
Provided instruction to adults attending the Comprehensive Drug Court Treatment Providers' Training

**Instructor: Chaffey Adult School, Ontario, CA**
Taught a variety of health related classes in the Chaffey Adult School system to adult inmates. Developed curriculum for the following courses which became state certified.

Drug & Health Education: This 60-hour education program focused on the implications of alcohol and drug use and abuse on the quality of life.

HIV/AIDS Education: This 8-hour course was developed to heighten awareness of the disease of HIV, its epidemiology, and prevention. Collaborated with a public health nurse to provide simultaneous HIV testing during the class. Implemented a pre-post test to measure knowledge regarding HIV.
Counseling, Assessment, Recovery & Education (CARE): This 125-hour intensive education and recovery program was instrumental in reducing the recidivism rates of both male and female county jail inmates. Pertinent areas included drug and alcohol education, anger management, personal wellness, physical wellness, intervention, counseling, and aftercare.

Substitute instructor in the adult education arena for GED proficiency and High School Diploma courses.

## PRESENTATIONS

### 2003-2005
- American Correctional Association (2005), National Conference, Phoenix, AZ
- National Correctional Industries Association (2005), National Conference, Minneapolis Minnesota
- California State University, Chico (2004), Public Safety Career Days, Chico, CA
- Mitigating Budget Cuts through Inmate Labor: American Jail Association (2004), National Conference, Birmingham, AL
- Bridging the Gap with Inmate Families and the Community – Beyond Transition: American Jail Association (2004), National Conference, Birmingham, AL

### 2000-2002
- Beating up the Family - American Jail Association National Conference (2002) Albuquerque, NM
- Reentry Courts – American Jail Association National Conference, (2001) Milwaukee, WI
- Reentry Courts – National Association for Drug Court Professionals Conference, (2001) New Orleans, LA
- Defusing Anger in the Classroom – State of Virginia, Office of Correctional Education Conference, (2000) Virginia Beach, VA

### 1997-1999
- Innovative Correctional Education Programs, Plenary Session – National Association of Drug Court Professionals Conference, (1999) South Beach, FL
- San Bernardino County Corrections Education Programs – Southern California Jail Managers Association Annual Meeting
- Juvenile Crime and its Impact on Adult Corrections – California State University, Fullerton
- Addressing Local Crime: What San Bernardino County Corrections is doing to Help – Gangs and Drug Task Force Quarterly Meeting

- <u>INROADS, Transitions, and Recidivism</u> – California Association for Jail Educators (CAJE) Annual Meeting
- <u>INROADS, Transitions, and Recidivism</u> – California Jail Programs Association (CJPA) Annual Meeting
- <u>Factors Predicting Recidivism among Adult Offenders in San Bernardino County Corrections</u> – Southern California Drug Court Team Meeting
- <u>Parental Incarceration and its Affects on Children</u> – Loma Linda University, School of Public Health

**1994-1996**
- <u>Perinatal Substance Abuse in San Bernardino County</u> – Department of Public & Social Services and Probation Quarterly Meeting
- <u>How to Identify and Communicate with High Risk Clients</u> – Women, Infant & Children (WIC) Quarterly Meeting
- <u>Pregnancy without Peer Pressure</u> – County of San Bernardino Alternative Education Program

## TESTIMONIALS

- Testified before the National Senate Committee on Drug Policy regarding the success of Drug Courts
- Testified before the Little Hoover Commission on Drug and Alcohol Treatment Program and the Implementation of Prop 36
- Testified before the California Public Safety Committee regarding
- Testified before the Governor's Budget Panel on the impact of transferring Sexually Violent Predators to the local county jail system to save the State Department $9.5 million annually.

## PUBLICATIONS

- Beating up the Families (2000). *American Jails Magazine,* March/April (2000)
- A Public Health Perspective on Correctional Education (1999). *American Jails Magazine,* September/October
- Drug Courts and Jail Based Treatment (1998). *Corrections Today* (60), 6, 98-101. *Contributing Author.*
- Homelessness & the Role of Law Enforcement (2004). Commission on Peace Officer Standards and Training (POST) – Telecourse, Subject Matter Expert.

## AWARDS

- The National Center for Women & Policing, *"Breaking the Glass Ceiling"* recipient, 2003
- Sheriff's Commendation, Los Angeles County Sheriff's Department, *1,000,000 Footstep Challenge*, 2004
- Meritorious Conduct Service Award, Los Angeles County Sheriff's Department, *Homeless Summit,* 2001
- Sheriff's Commendation, Los Angeles County Sheriff's Department, *Inmate Needs Symposium,* 2001
- Commander's Award, San Bernardino County Sheriff's Department, *Exemplary Service,* 1999


## ACADEMIC SERVICE AND SCHOLARLY DISTINCTIONS

- Little Hoover Commission (2002) Advisory Committee on Parole Reform
- Certified Jail Manager (2002) American Jail Association
- Certificate in **"Future-Focused Leadership",** California State University, Northridge College of Extended Learning (2001)
- Tuition Assistance Award (1995) Loma Linda University, School of Public Health
- Certified Health Education Specialist (CHES) National Commission for Health Education Credentialing, Inc (1994)
- Council on Education for Public Health Accreditation Committee: Interdisciplinary Communication Subcommittee (1995) Student Representative
- Certified in the administration of the Addiction Severity Index
- University of California Los Angeles (UCLA) Certification in Protecting Human Research Subjects in Social and Behavioral Research
- University of California Los Angeles (UCLA) Certificate in Protecting Human Research Subjects in Biomedical and Genetics Research

## VOLUNTEER AND COMMUNITY SERVICE ACTIVITIES

- Whittier Community Foundation, Board Member, 2005-Present
- YMCA, Whittier, CA, Sports Council Member, 2005-Present
- YMCA, Whittier, CA, Coach for youth soccer and t-ball, 2002-Present
- Murphy Ranch Elementary School, Whittier, CA, Kindergarten Classroom Volunteer, 2004-Present
- Social Services Commissioner, City of Whittier, 1997-2002. Chairperson 2001-2002
- Succeeding Kids in Living and Learning (SKILLs) Foundation. Board of Directors, 1999-2002

- Teen Age Pregnancy Education & Reduction (TAPER) Foundation. Board of Directors, 1999-2002.
- Muscular Dystrophy Association. Fundraiser through the "Lock-Up" annual fundraiser, 1999
- American Cancer Society, Daffodil Days, Chairperson for the City of Loma Linda (1996)

## PROFESSIONAL AFFILIATIONS

- American Public Health Association (APHA)
- American Jail Association (AJA)
- American Corrections Association (ACA)
- National Correctional Industries Association (NCIA)
- Lexington Who's Who, Lifetime Member

## RESEARCH PROJECTS

- V.A. Jail Outreach Pilot Program Assessment
- UCLA HIV Projects, Research Associate
- Bridges to Recovery, *A domestic violence rehabilitation program,* One-year, Post-Release Recidivism Study
- Post-Release Outcomes of the *Sentenced Offender Drug Court (SODC)* Program at the Los Angeles County Jails.

## GRANT ACTIVITY

- U.S. Department of Education, Washington D.C., *Life Skills for State and Local Prisoners Project.* Contributing author, successful recipient, 1997-2001. $1.4 million. This grant received the 1999 NACo (National Association of Counties) Achievement Award Winner.
- Paul Newman Foundation, Napa, CA., successfully obtained $50,000 to be used towards programs for homeless women and their children.

## REFERENCES

Charles Jackson
Retired Chief, Los Angeles County Sheriff's Department        (714) 931-2696

Gary Hopkins, MD, DrPH
Professor, Andrews University & Loma Linda University          (909) 798-4788

Mark Duerr, M.A.
President, Duerr Evaluation Resources                          (530) 893-3734

**John L. Ingrassia**
1021 Vista Sierra Drive
El Cajon, Ca. 92019
(619) 787-0231

EDUCATION

Graduate of the 220th Session of the FBI National Academy.

University of Redlands, Master of Arts in Management, awarded 2004.

San Diego State University, Bachelor of Science in Criminal Justice Administration, awarded 1989.

TRAINING

Numerous detention related courses and schools in the areas of supervision, training, corrections, investigations, weapons, special incident response and inmate classification. Total hours of training and certificates available upon request.

EMPLOYMENT HISTORY

San Diego County Sheriff's Department: January 1990 to Present.

Board Member of Corrections Standards Authority since 2006 (Governor's Appointment).

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT SUPERVISORY EXPERIENCE

Sheriff's Commander-Detentions:        April 2008 to Present.

*Responsibilities: Oversee operations of three detention facilities and the Inmate Processing Division. This includes close to 800 employees and annual budget of $100 million.*

Sheriff's Captain- Detentions:        April 2004 to April of 2008.

*Responsibilities included: Facility Commander of the 1688 bed George Bailey Detention Facility, the 944 bed San Diego Central Jail and Captain of the Detention Support Division.*

Sheriff's Lieutenant-Detentions:        April 2002 to April of 2004.

*Responsibilities included: Shift Watch Commander at the George Bailey Detention Facility & Facility Commander of the 431 bed South Bay Detention Facility.*

Sheriff's Sergeant-Detentions:        October 1993 to April 2002.

Resume of John Ingrassia
Page 2 of 2

SHERIFF"S DEPARTMENT ACHIEVEMENTS

      Meritorious Unit Citation (2) - Awarded 1998 and 2001
      Certificate of Commendation - Awarded 1998
      Report of Exemplary Performance (2) - Awarded 1996 and 2003

CURRENT PROFESSIONAL MEMBERSHIPS

      San Diego County Deputy Sheriff's Association
      Southern California Jail Managers Association
      FBI National Academy Alumni Association

# DON L. MEYER
2780 E. Gibson Road
Woodland CA 95776
Office (530) 406-5328

---

## BACKGROUND

Twenty nine years of increasingly responsible experience in supervision and management, budget control of multi-million dollar facilities. Forty two years of experience in the probation profession.

## PROFESSIONAL EXPERIENCE

**Chief Probation Officer**                    2005-present
Yolo County Probation Department
- Chief of department, appointed by the Board of Supervisors, with fifteen million dollar budget, one hundred forty eight full time employees, and twenty five extra help positions. Department duties include management of juvenile hall, juvenile work program, adult work program, adult and juvenile field supervision, adult and juvenile court investigations, seventy eight percent of the budget is from revenues outside the county general fund.

**Chief Probation Officer**                    2003-2005
Calaveras County Probation Department
- Chief of department, appointed by the Superior Court, with two million dollar budget, sixteen full time employees and four extra help positions. Adult and juvenile court investigations, adult and juvenile field supervision.

**Chief Deputy Probation Officer**                    2000-2003
Sacramento County Probation Department
- Division manager responsible for the Adult Court Division, budget of six million, sixty five employees and five extra help positions

**Chief Deputy Probation Officer**                    1998-2000
Sacramento County Probation Department
- Division manager responsible for directing the Juvenile Hall, Juvenile Work Program. Staffing of approximately 200 with an annual appropriated budget of twelve million.

**Chief Deputy Probation Officer**                    1995-1998
Sacramento County Probation Department
- Division manager responsible for directing the Boys Ranch, a 100 bed camp. Staffing of approximately 40 with an annual appropriated budget of six million.

**Assistant Chief Deputy Probation Officer**                          1992-1995
- Assistant division manager of the Boys Ranch. Responsible for supervision of treatment program, management of supervisors, training and personnel issues.

**Supervising Probation Officer (non-institutional)**                 1979-1992
- Responsible for the supervision and management of assigned probation officers in the following assignments:
  Drug intensive unit, an armed unit responsible for supervision of high risk drug offenders.
  Juvenile Court investigations.
  Staff services, staff position assigned directly to the Chief Probation Officer.

**Supervising Probation Officer**
- Juvenile Hall
  Warren E. Thornton Youth Center, 50 bed co-ed facility.
  Juvenile Work Program

**Senior Deputy Probation Officer**                                   1972-1979
- Assigned to the victim-witness program, alternative sentencing program, police-probation program, and 601 diversion program. All four of these programs were grant funded and involved new and innovative delivery of services.

**Deputy Probation Officer**
- Assigned to Juvenile Field supervision, Adult Field supervision, Juvenile Court investigations, and Adult Court investigations.
  Earlier positions include institutional experience. (1966-1969)

### EDUCATION

Chapman University, Orange – MA
California State University, Sacramento – BS

### PROFESSIONAL AFFILIATIONS

California Probation, Parole and Corrections Association
California Association of Probation Institutional Administrators (prior)
Chief Probation Officers of California

### CREDENTIALS

California Community Colleges, lifetime credential
P.O.S.T. certified P.C. 832 Instructor

Since 1979, I have taught a variety of correctional and counseling courses at community colleges and National University. Additionally, I have facilitated a traffic violator's course and taught in the S.T.C. certified Juvenile Institutional Core Course.

# EXHIBIT B

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9             AND THE NORTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

11       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

12

13   RALPH COLEMAN, et al.,              )    No.  CIV S-90-0520 LKK JFM P
                                         )
14        Plaintiffs,                    )    **THREE-JUDGE COURT**
                                         )
15   v.                                  )    **COUNTY OF SANTA CLARA'S**
                                         )    **DISCLOSURE OF WITNESSES**
16   ARNOLD SCHWARZENEGGER, et al., )
                                         )
17        Defendants.                    )
     ─────────────────────────────────  )
18                                       )    No.  C01-1351 TEH
     MARCIANO PLATA, et al.,             )
19                                       )    **THREE-JUDGE COURT**
          Plaintiffs,                    )
20                                       )
     v.                                  )
21                                       )
     ARNOLD SCHWARZENEGGER, et al., )
22                                       )
          Defendants.                    )
23                                       )
     ─────────────────────────────────  )
24

25        Pursuant to the Court's Order dated July 2, 2008, the County of Santa Clara (the

26   "County") discloses the following witnesses who are expected to present evidence at trial.

27   Each of the following witnesses is a non-retained percipient and expert witness, whose

28   testimony will pertain to matters within the scope of his or her employment with the County.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County of Santa Clara's Disclosure
of Percipient Witnesses                    -1-                    CIV S-90-0520 LKK JFM P
                                                                 C01-1351 TEH

None of the disclosed witnesses listed below is retained or specially employed to provide expert testimony in this case, and none of these witnesses' duties as County employees regularly involves giving expert testimony. Accordingly, pursuant to Federal Rules of Civil Procedure Rule 26(a)(2) and the Court's July 2, 2008 order, the County will not submit expert witness reports from these witnesses and their written testimony will be primarily through declaration.

1) Gary Graves, Assistant County Executive, 70 W. Hedding, 11th Floor, San Jose, CA 95110; Tel.: (408) 299-5105. Mr. Graves is expected to provide testimony regarding the County's budget and fiscal status, County programs, services and operations, the cost of and resources needed for County programs, services and operations, and the adverse impact of a prisoner release order on those programs, services and operations.

2) Dr. Nancy Pena, Director of Mental Health Services, 828 S. Bascom Ave., Suite 200, San Jose, CA 95128; Tel.: (408) 885-5770. Dr. Pena is expected to provide testimony regarding the County's mental health programs and services, the cost of providing treatment to the mentally ill in the County, and the adverse impact of a prisoner release order on County services to the mentally ill.

3) Robert Garner, Director of Department of Alcohol and Drug Services, 976 Lenzen Avenue, Third Floor, San Jose, CA 95128, Tel.: (408) 792-5680. Mr. Garner is expected to provide testimony regarding the County's substance abuse treatment programs and services, the cost of providing substance abuse treatment and treatment to the mentally ill in the County, and the adverse impact of a prisoner release order on County substance abuse treatment services.

Dated: August 1, 2008                               Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
THERESA J. FUENTES
Deputy County Counsel
Attorneys for Intervenor
COUNTY OF SANTA CLARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County of Santa Clara's Disclosure
of Percipient Witnesses          -2-          CIV S-90-0520 LKK JFM P
                                              C01-1351 TEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL AND E-MAIL**

*Plata, et al. v. Schwarzenegger, et al.*    Nos.  C01-1351 THE (Northern District)
                                                   CIV S-90-0520 LKK JFM P (Eastern District)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of **COUNTY OF SANTA CLARA'S  DISCLOSURE OF WITNESSES** by placing said copy in an envelope addressed to:

**SEE ATTACHED SERVICE LIST**

which envelope was then sealed, with postage fully prepaid thereon, on **August 1, 2008,** and placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 1, 2008,** at San Jose, California.

Catherine M. Grijalva

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail and E-Mail                              1

| | | |
|---|---|---|
| 1 | Donald Specter<br>Prison Law Office | K & L Gates LLP<br>Jeffrey L. Bornstein |
| 2 | General Delivery<br>San Quentin, CA 94964 | Edward P. Sangster<br>Raymond E. Loughrey |
| 3 | E-Mail: dspecter@prisonlaw.com | 55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493 |
| 4 | | |
| 5 | Claudia B Center, Legal Aid Society<br>Employment Law Center | Michael Bien<br>Rose, Bien and Galvan |
| 6 | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | 315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 |
| 7 | E-Mail: ccenter@las-elc.org | E-Mail: mbien@rbg-law.com |
| 8 | Warren E. George<br>Bingham McCutchen | Martin J. Mayer<br>Kimberly Hall Barlow |
| 9 | 3 Embarcaradero Center, Fl. 24<br>San Francisco, CA 94104 | Jones & Mayer<br>3777 North Harbor Boulevard |
| 10 | E-Mail: warren.george@bingham.com | Fullerton, CA 92835<br>E-Mail: mjm@jones-mayer.com |
| 11 | | E-Mail: khb@jones-mayer.com |
| 12 | Ronald Yank<br>Natalie Leonard | Paul Mello<br>Hanson Bridget |
| 13 | Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 14 | 44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | E-Mail: Pmello@hansonbridgett.com |
| 15 | E-Mail: gadam@cbmlaw.com | |
| 16 | E-Mail: nleonard@cbmlaw.com | |
| 17 | Richard Goff<br>Heller, Ehrman White & McAuliffe | Edmund G. Brown  Jr., Attorney General<br>Lisa Tillman, Deputy Attorney General |
| 18 | 701 Fifth Avenue<br>Seattle, WA 98104 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| 19 | E-Mail: Not Available | E-Mail: Lisa.Tillman@doj.ca.gov |
| 20 | | |
| 21 | Steven S. Kaufhold<br>Terese Wang | Rochelle East, DAG<br>455 Golden Gate Avenue, Suite 1100 |
| 22 | Akin Gump Straus Hauer & Feld LLP<br>580 California Street, 15th Floor | San Francisco, CA 94102<br>E-Mail: rochelle.east@doj.ca.gov |
| 23 | San Francisco, CA 94102<br>E-Mail: skaufhold@akingump.com | |
| 24 | Rod Pacheco<br>Chuck Huges | Michael P. Murphy, County Counsel<br>Carol L. Woodward, Deputy County Counsel |
| 25 | Office of the District Attorney<br>County of Riverside | Office of the County Counsel<br>Hall of Justice and Records |
| 26 | 4075 Main Street, First Floor<br>Riverside, CA 92501 | 400 County Center, 6th Floor<br>Redwood City, CA  94063 |
| 27 | E-Mail: rodpacheco@co.riverside.ca.us | E-Mail: mmurphy@co.sanmateo.ca.us<br>E-Mail: cwoodward@co.sanmateo.ca.us |
| 28 | | |

1    Dennis Bunting, County Counsel                    Stephen Shane Stark, County Counsel
     Alan Cohen, Deputy County Counsel                 Kelly Duncan Scott, Deputy County Counsel
2    Office of the County Counsel                      OFFICE OF THE COUNTY COUNSEL
     675 Texas Street, Suite 6600                      105 East Anapamu Street, Room 201
3    Fairfield, California 94533                       Santa Barbara, California 93101
     E-Mail: dwbunting@solanocounty.com                E-Mail: sstark@co.santa-barbara.ca.us
4    E-Mail: amcohen@solanocounty.com                  E-Mail: kscott@co.santa-barbara.ca.us

5

6    Steven M. Woodside, County Counsel
     Anne L. Keck, Deputy County Counsel
     County of Sonoma
7    575 Administration Drive, Room 105A
     Santa Rosa, California 95403-2815
8    E-Mail: swoodside@sonoma-county.org
     E-Mail: akeck@sonoma-county.org

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail and E-Mail                          3

EXHIBIT C

ROD PACHECO
District Attorney, County of Riverside
4075 Main Street, First Floor
Riverside, California 92501
Telephone: (760) 863-8436
Fax: (951) 955-0190
William E. Mitchell
Assistant District Attorney
(CSB # 108483)

Attorneys for District Attorney Defendant Intervenors

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No: CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> DISTRICT ATTORNEY INTERVENORS DISCLOSURE OF EXPERT TRIAL WITNESSES |

Pursuant to the Three-Judge Court's July 2, 2008 Order for Pretrial Preparation, the District Attorney Intervenors hereby disclose the following list of expert witnesses who are expected to present evidence at trial. Each of these witnesses is a non-retained expert witness whose testimony will pertain to matters within the scope of his or her employment or official position. None of the witnesses disclosed herein is retained or specially employed to provide expert testimony in this case, and none of these witnesses

has a regular duty that involves the giving of expert testimony. Accordingly, the provisions of Federal Rules of Civil Procedure 26(a)(2)(B) do not apply and expert reports are not included with these disclosures. Pursuant to the terms of the Court's Order, the testimony of these witnesses will be submitted through written declarations.

The witnesses whom the District Attorney Intervenors may call to testify at trial and the subjects of their expected testimony are set forth below.

(1)    **Defendant Intervenor Rod Pacheco, District Attorney of Riverside County**

District Attorney Pacheco is expected to testify and offer opinion evidence on the following subjects:

a.) The adverse impacts that potential prisoner release orders would have on public safety and the administration of the criminal justice system.

b.) The effect of early release of prisoners into counties with already-impacted jails, and the effect of a prison population cap on the administration of justice in local communities. Mandating early releases for large portions of the prison population or preventing the intake of specific classes of prisoners will cripple an already-overburdened court system.

c.) Eliminating prison as an alternative case disposition for specific classes of felony offenders will adversely affect public safety by eliminating the deterrent value of incarceration and encouraging recidivist behavior. Such measures would also undermine incentives defendants might have to negotiate appropriate dispositions at an early stage of the criminal proceedings, increasing court congestion.

d.) Prison population caps and prisoner release orders would lead to an increase in crime, including violent crime.

District Attorney Pacheco can be contacted through counsel for the District Attorney Intervenors.

### (2) Defendant Intervenor Bonnie Dumanis, District Attorney of San Diego County

District Attorney Dumanis is expected to testify and offer opinion evidence on the following subjects:

a.) A prisoner release order will have a severely detrimental impact on the San Diego community as well as on the administration of justice throughout the state. While there are many different permutations of a prisoner release order, each would have many unintended consequences; consequences that will have detrimental effects on public safety and the administration of justice.

b.) Recent policy changes, legislative changes, and changes in attitudes have demonstrated the potential to lower state prison populations without a prison cap or prisoner release order.

c.) The early release of thousands of sentenced prisoners and a resulting cap on the overall prison population would send thousands of felons back to San Diego County. The effect of such an order would be to either transfer inmates to local detention facilities with the effect of displacing defendants serving misdemeanor sentences and those accused of felony crimes that are awaiting trial, or release inmates directly from prison to the community with little or no supervision from an already overwhelmed parole department. This would create a direct threat to public safety, make it more difficult to have cases adjudicated as defendants awaiting trial fail to appear in court, and put an additional strain on local law enforcement.

d.) Probation may become an ineffective tool for rehabilitation and punishment. Public safety would be put at risk by felons who are aware there are no risks of incarceration for violations of probation. When criminals realize the dynamics involved there will be no deterrent to much criminal behavior. The criminal justice system will be much less effective and public safety will be put at risk.

e.) A prisoner release order may adversely impact court congestion, by discouraging case settlement and possibly encouraging harsher sentences. There will be fewer negotiated pleas and there will likely be many more trials, putting additional

burdens on the entire criminal justice system. Because of a prisoner release order, many who are accused of felony crimes will not be incarcerated while awaiting trial, giving them little incentive to resolve their cases early, further adding to the backlog of criminal cases awaiting trial. With reduced resources available to incarcerate those awaiting trial, many victims of crimes will be put at risk.

**(3) Lisa Rodriguez, Deputy District Attorney for San Diego County**

Deputy District Attorney Rodriguez is expected to testify and offer opinion evidence on the following subjects:

a.) As an alternative to a prisoner release order, the SB618 Reentry Program prepares non-violent felony offenders for successful reentry into society. This is a multi-agency program designed to assist, educate, treat addictions, and transition parolees into the community. The goal of this program is to facilitate rehabilitation and reduce recidivism. If successful, the program will positively impact the state prison population.

b.) The first participants were enrolled in SB 618 in February of 2007. There are currently over 320 women and men in various stages of the SB 618 program. Fifty-four participants have already been released from prison and three have successfully discharged from parole, but are still receiving SB 618 services. Many of the parolees are gainfully employed and others are successfully seeking addiction treatment. There have been four returns to prison for technical parole violations, but only one participant has been charged with a new crime thus far.

c.) In San Diego, the ultimate goal is to have 1,500 inmates participating in the SB618 program at any one time. The San Diego model can be replicated in counties throughout California. By assisting participants throughout their time in prison and for 18 months after release, the rate of recidivism and thus the costs of victimization and incarceration will be decreased.

Deputy District Attorney Rodriguez can be contacted through counsel for the District Attorney Intervenors.

**(4) William Diyorio, Assistant Sheriff, Riverside County Sheriff's Department**

Assistant Sheriff Diyorio is expected to testify and offer opinion evidence on the following subjects:

a.) A prisoner release order and state prison population cap would severely adversely impact the correctional system in Riverside County which is already under a federal consent decree mandating releases of prisoners. In compliance with mandated population limits, over 6,000 prisoners were released early from their local custody commitments or without bail on pretrial matters during 2007. A prison population cap would require the release of thousands more, including defendants charged with violent crimes, as the jail becomes more of a holding facility for state prisoners.

b.) The mandated release of those who would otherwise remain in custody also has an adverse impact on the court system. During 2007, the percentage of prisoners federally released who failed to appear in court was approximately 35 percent.

c.) While Riverside County has increased jail space under construction, the beds required to meet the needs of the community will not be realized for many years. Any cap on the prison population will have a direct, immediate negative impact on public safety in Riverside County.

DATED: August 15, 2008

Respectfully submitted,

FOR:

WILLIAM E. MITCHELL
Assistant District Attorney
County of Riverside, California
Attorney for District Attorney Intervenors

DISTRICT ATTORNEY INTERVENORS' DISCLOSURE OF EXPERT
TRIAL WITNESSES, NOS. CIV S-90-0520 LKK-JFM, C01-1351 TEH

## SERVICE LIST

PRISON LAW OFFICE
Donald Specter, Esq.
1917 Fifth Street
Berkeley, CA 94710

K&L GATES LLP
Jeffrey L. Bornstein, Esq.
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

CLAUDIA CENTER
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107

ROSEN, BIEN & GALVAN, LLP
Michael W. Bien, Esq.
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

BINGHAM McCUTCHEN, LLP
Bingham McCutchen, Esq
Warren George, Esq.
Three Embarcadero Center
San Francisco, CA 94111

CARROLL BURDICK & McDONOUGH LLP
Ronald Yank, Esq.
44 Montgomery Street, Suite 400
San Francisco, CA 94104

OFFICE OF THE ATTORNEY GENERAL
Edmund G. Brown Jr., Attorney General
Lisa Tillman, Esq.
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

DEPARTMENT OF JUSTICE
Kyle Anthony Lewis, Esq.
Daniel J. Powell, Esq.
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

HANSON BRIGETT MARCUS
VLAHOS & RUDY, LLP
Paul Brian Mello, Esq.
425 Market Street, 26th Floor
San Francisco, CA 94105

JONES & MAYER
Kim Barlow, Esq.
3777 No. Harbor Boulevard
Fullerton, CA 92835

CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION
LEGAL DEPARTMENT
Christine Albertine, Esq.
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634

AKIN GUMP STRAUSS HAUER & FELD LLP
Steven Kaufhold, Esq.
580 California Street
15th Floor
San Francisco, CA 94104

HELLER, EHRMAN WHITE & McAULIFFE
Richard Goff, Esq.
701 Fifth Avenue
Seattle, WA 98104

COUNTY COUNSEL'S OFFICE
COUNTY OF SONOMA
Anne L. Keck, Esq.
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815

COUNTY COUNSEL'S OFFICE
COUNTY OF SAN MATEO
Carol Lynne Woodward, Esq.
Hall of Justice and Records, 6th Floor
400 County Center
Redwood City, CA 94603-1662

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
Theresa Fuentes, Esq.
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA 95110-1770