| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY–<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>    Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**DECLARATION OF REBEKAH EVENSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING REQUIRING DEPOSITIONS** |

I, Rebekah Evenson, declare as follows:

1. I am an attorney admitted to practice in this state and before this Court. I am a staff attorney at the Prison Law Office, and one of the attorneys for the plaintiff class in this action.

2. Plaintiffs have designated Governor Arnold Schwarzenegger, Robert Gore and Susan Kennedy as trial witnesses in this matter, and on August 1, 2008 served copies of plaintiffs' non-expert witness list which identified Governor Arnold Schwarzenegger, Robert Gore and Susan Kennedy as non-expert witnesses.

3. Attached hereto as Exhibit A is a true and correct copy of Governor Schwarzenegger's June 26, 2006 Press Release entitled "Gov. Schwarzenegger Calls Special Session of the Legislature to Address Prison Crowding, Recidivism."

4. Attached hereto as Exhibit B is a true and correct copy of Governor Schwarzenegger's October 4, 2006 Press Release entitled, "Governor Uses Executive Authority to Relieve Prison Overcrowding, Proclaims Emergency to Allow Inmate Transfer."

5. Attached hereto as Exhibit C is a true and correct copy of the December 21, 2006 Transcript of Governor Arnold Schwarzenegger's Press Conference to Unveil Comprehensive Prison Reform Proposal.

6. Attached hereto as Exhibit D is a true and correct copy of Governor Schwarzenegger's Fact Sheet entitled "Governor signs AB 900, the Public Safety and Offender Rehabilitation Services Act of 2007."

7. Attached hereto as Exhibit E is a true and correct copy of Governor Schwarzenegger's May 11, 2007 Press Release entitled "Gov. Schwarzenegger Creates Strike Teams to Implement Historic Prison Reform Plan."

8. Attached hereto as Exhibit F is a true and correct copy of the CDCR's "Integrated Strategy to Address Overcrowding in CDCR's Adult Institutions," which was posted on the CDCR website on June 18, 2008.

9. Attached hereto as Exhibit G are true and correct copies of J. Clark Kelso's July 16, 2008 letter to Governor Schwarzenegger, and the Governor's July 25, 2008 reply.

10. Attached hereto as Exhibit H is a true and correct copy of a series of emails initiated on June 2, 2007 by Susan Kennedy seeking information about the backfilling of "bad beds." The email was sent to officials in the governor's office and James Tilton, Secretary of the CDCR. James Tilton forwarded the series to Scott Kernan, who replied, "Think we are not at the table, but bet sk is."

11. On June 30, 2008 plaintiffs noticed the depositions of Robert Gore, Governor Arnold Schwarzenegger, and Susan Kennedy for September 24, 25 and 26th, respectively. Defendants did not respond. On July 10, 2008, after the Three-Judge Panel had set September 8, 2008 as the non-expert discovery cutoff, plaintiffs re-noticed the depositions for September 2, 3, and 4th. Attached hereto as Exhibit I is a true and correct copy of the operative amended deposition notice.

12. I sent a letter accompanying the deposition notice asking defendants to inform us whether they would agree to the noticed deposition dates, whether they wished to suggest alternative dates, or whether they intended to object to any of the depositions. Attached hereto as Exhibit J is a true and correct copy of my July 10, 2008 letter to defense counsel. Defendants did not propose alternate deposition dates for Governor Schwarzenegger.

13. Schwarzenegger, Robert Gore or Susan Kennedy's depositions. On July 14, 2008 defense counsel Samantha Tama sent me a letter stating that defendants object to the depositions of Governor Schwarzenegger, Robert Gore, Susan Kennedy and Victor Brewer on the grounds that none of those witnesses will be identified as testifying witnesses for defendants. Attached hereto as Exhibit K is a true and correct copy of Samantha Tama's July 14, 2008 letter to me.

14. On July 17, 2008, Samantha Tama and I spoke by telephone to discuss, among other things, the disputed depositions. I informed Ms. Tama that plaintiffs intend to identify Robert Gore, Governor Arnold Schwarzenegger, Susan Kennedy and Victor Brewer as plaintiffs' trial witnesses, and I asked whether defendants persisted in objecting to those depositions. Ms. Tama told me that she would consult with her clients and her co-counsel, and we agreed to speak again on July 21, 2008.

-3-
DECLARATION OF REBEKAH EVENSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING REQUIRING DEPOSITIONS  NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

15. On July 21, 2008 Samantha Tama and I again spoke by telephone. Ms. Tama agreed to drop defendants' objection to the deposition of Victor Brewer, but stated that defendants continue to object to the depositions of Robert Gore, Governor Arnold Schwarzenegger and Susan Kennedy on the grounds that it is improper to depose high government officials. I asked her whether defendants interposed additional objections, including objections based upon the deliberative process privilege, and Ms. Tama informed me that defendants' only objection at that time was that the deponents were high government officials. I asked Ms. Tama whether defendants would consider negotiating further, and suggested that plaintiffs remain open to scheduling the depositions at a time and place convenient to the deponents. Ms. Tama stated that no further negotiations would be fruitful. We then agreed to submit the matter to the Magistrate Judge.

16. Attached hereto as Exhibit L is a true and correct copy of the Governor's October 4, 2006 Prison Overcrowding State of Emergency Proclamation. The Emergency Proclamation remains in effect.

17. Attached hereto as Exhibit M is a true and correct copy of a February 23, 2007 news article produced in discovery by defendants in which the Governor is quoted as stating that "if we don't clean up the mess, the federal courts will do it for us" and agreeing to consider releasing some inmates early.

18. Attached hereto as Exhibit N is a true and correct copy of an April 26, 2007 letter sent by the Governor to Senate Republican leader Dick Ackerman.

19. Attached hereto as Exhibit O is a true and correct copy of an August 31, 2007 memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy and is titled "Confidential & Privileged Critical Issue Briefing."

20. Attached hereto as Exhibit P is a true and correct copy of a June 17, 2008 letter sent by the Governor to several members of the State Senate and State Assembly.

21. Attached hereto as Exhibit Q is a true and correct copy of an excerpt of the Governor's Budget Summary for Corrections and Rehabilitation, which contemplates (at p. 178), "an average daily population reduction of 22,159 in 2008-2009." Exhibit Q can be

1 found at http://govbud.dof.ca.gov/pdf/BudgetSummary/CorrectionsandRehabilitation.pdf (site
2 last visited 7/23/08).

3     22. Attached hereto as Exhibit R is a true and correct copy of a May 13, 2007
4 memorandum produced by Robert Gore in discovery titled "AB 900: The Public Safety &
5 Offender Rehabilitation Services Act of 2007" which states that Mr. Gore is the "manager" of the
6 Governor's Strike Teams and is tasked with certain "[h]air on fire" duties.

7     23. Attached hereto as Exhibit S is a true and correct copy of a May 11, 2007 email
8 from Robert Gore to the members of the Governor's strike teams to implement AB 900.

9     24. Attached hereto as Exhibit T is a true and correct copy of a July 10, 2007 email
10 from Robert Gore stating that "Enhanced parole tools . . . are the most immediate way to reduce
11 overcrowding and improve public safety."

12     25. Attached hereto as Exhibit U is a true and correct copy of August 27 and 29,
13 2007 emails between Robert Gore and a Senior Director from Corrections Corporation of
14 America regarding out of state prison beds.

15     26. Attached hereto as Exhibit V is a true and correct copy of a June 15, 2007 email
16 from Robert Gore regarding bad beds.

17     27. Attached hereto as Exhibits W and X are true and correct copies of July 13, 2007
18 and August 26, 2007 emails in which Robert Gore discusses AB 900 clean-up legislation.

19     28. Attached hereto as Exhibit Y is a true and correct copy of a July 9, 2007
20 memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy,
21 Andrea Hoch and Dan Dunmoyer and is titled "Confidential & Urgent Critical Issue Briefing."
22 Included in the Actions: "order CDCR to devote all available existing resources to OST ramp-
23 up" and "direct CDCR to immediately make full use of existing laws to reduce parole load."

24     29. Attached hereto as Exhibit Z is a true and correct copy of an August 20, 2007
25 memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy
26 and Dan Dunmoyer and is titled "Critical Issue Briefing."

27     30. Attached hereto as Exhibit AA is a true and correct copy of an August 24, 2007
28 memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy

1  and Dan Dunmoyer and is titled "Confidential & Privileged Critical Issue Briefing." Cabinet
2  Actions include, "Monitor out-of-state transfer pipeline daily."

3      31.    Attached hereto as Exhibit BB is a true and correct copy of a September 6, 2007
4  memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy,
5  Dan Dunmoyer, Andrea Hoch and Adam Mendelsohn and is titled "Briefing." Included in the
6  summary, "CDCR, as directed, developed an accelerated construction schedule to begin
7  construction of 2,550 beds in 2008."

8      32.    Attached hereto as Exhibit CC is a true and correct copy of an October 12, 2007
9  memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy,
10 Dan Dunmoyer, Chris Kahn and Andrea Hoch and is titled "Briefing."

11     33.    Attached hereto as Exhibit DD is a true and correct copy of a July 16, 2007 letter
12 from Robert Gore to Governor George Deukmejian. The redactions in the exhibit were made
13 by defendants. Plaintiffs do not possess an unredacted copy of this document because the
14 version of the exhibit that defendants produced to plaintiffs was already redacted.

15     34.    Attached hereto as Exhibit EE is a true and correct copy of Defendant Cate's
16 Responses to Plaintiff Coleman's First Set of Interrogatories.

17     35.    Attached hereto as Exhibit FF is a true and correct copy of a July 23, 2006 San
18 Francisco Chronicle article titled "Uncertainty in the ranks over prison plan; Schwarzenegger's
19 plan not enough, say two of his officials."

20     36.    Attached hereto as Exhibit GG is a true and correct copy of a series of emails
21 initiated by Susan Kennedy to James Tilton on December 22, 2006 questioning why CDCR
22 was not moving faster to move prisoners to out-of-state facilities.

23     37.    Attached hereto as Exhibit HH is a true and correct copy of Governor
24 Schwarzenegger's Responses to Plaintiff Coleman's First Set of Interrogatories.

25     38.    I attended the status conference held before the three-judge Court on June 27,
26 2008. At the status conference, the Court inquired whether defendants would agree not to
27 contend that the conditions at the prisons had changed in the period since November, 2007;
28 defendants declined to so stipulate.

39. Attached hereto as Exhibit II is a true and correct copy of a May 2, 2007 email exchange between Susan Kennedy and Mike Genest.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this 25 day of August, 2008 in Berkeley, California.

/s/ *Rebekah Evenson*
Rebekah Evenson