# EXHIBIT O

## CONFIDENTIAL & PRIVILEGED
## CRITICAL ISSUE BRIEFING

TO:     SUSAN KENNEDY
        CC: DAN DUNMOYER & ANDREA HOCH

FROM:   BOB GORE

REVISED & UPDATED: August 31, 2007

Background:  AB 900 was signed into law in May. Federal courts created an unprecedented 3-judge panel to possibly intervene in overcrowding management. The Governor recently directed Cabinet to ensure CDCR achieves substantial progress on population reduction within 60 days. This follow-up briefing covers progress to date and near-term plans in the areas of inmate population reduction, recidivism reduction, construction and management changes. (Note: Kathy Jett is managing the GANTT chart you requested to show tasks, milestones and date for AB 900 statutory goals. For "real numbers," Kathy said the chart will be ready Sept. 11.)

Summary:

Inmate Population Reduction

- *OUT-OF-STATE TRANSFERS* – About 860 inmates housed out of state, another 250 ready for transport and CDCR commits to 1,300 by Sept. 30. CDCR has located 500 new beds in Michigan. Cabinet contacted a private vendor that reported 2,000 beds available by Dec. 31; another 3,000 next year. CDCR is evaluating 1,700 beds from a second vendor. This week there were 173,171 prison inmates, an increase of 313 from the week before and 2,268 below projections. Roadblock: CCPOA legal action on appeal to overturn such transfers. Bulldozer: State won in trial court and will continue to fight. Roadblock: Receiver's medical reviews

GOVPRIV001404

could slow transfers. Bulldozer: CDCR is working with
Receiver. Roadblock: County jails could quit holding about
2,000 parole violators. Bulldozer: CDCR works weekly
with Sheriffs to move inmates.

- *PAROLE REFORM* – There are 127,920 parolees, an
increase of 4,352 from a year ago. Parole violations
decreased 14% in the 2nd quarter of 2007, compared to the
same period last year. The Board of Parole Hearings (BPH)
retained 46% of violators on parole in FY0607, compared to
41% the prior year. (Parole violators can account for up to
60% of prison admissions.) Penal Code 3001 permits "clean
time" discharge at the 13th month of the 3-year parole period,
accounting for 39% of all discharges in August, up from 33%
a year ago. To enhance PC 3001 and protect public safety, a
special risk assessment tool, developed by the Governor's
Rehabilitation Strike Team (RST), will be rolled out in an
Orange County phase I. There are 460 offenders in the
SB1453 drug diversion beds; the first offenders graduated
last week. There are nearly 4,000 parolees in drug diversion
programs, and the Governor's RST located 1,800 new
community drug program beds. Special drug diversion
programs will be established in each Parole Region in the
third quarter to keep these beds filled. Roadblock: CCPOA
may use legal action to block enactments, and training is
required by labor contract. Bulldozer: CDCR, with GO
Legal and DPA counsel that a public safety emergency
exists, is rolling out PC3001 tools without CCPOA
negotiation and beginning training concurrently.

## Recidivism Reduction

- *RE-ENTRY FACILITIES* – A total of 20 county sheriffs have
signed letters of intent to negotiate 4,800 re-entry beds and
program space. (AB 900 Phase I requires 6,000.) CDCR
finishes its 10th community presentation Oct. 12. Two
facilities are available, the former women's prison in

GOVPRIV001405

Stockton and juvenile prison in Paso Robles. The latter would be for vocational education. Santa Barbara County has indicated a desire to proceed immediately; Cabinet will so direct CDCR. Tom Sawyer has assumed an oversight role of re-entry negotiations. Roadblock: Receiver seeks approval authority for re-entry contracts; wants to make sheriffs *Plata* defendants and liable for anti-overcrowding court actions. Bulldozer: Legal and Cabinet working informally and, if necessary, in court, to block. Roadblock: Community opposition may emerge as the process progresses. Bulldozer: CDCR is working with local officials to educate and involve community groups.

- *GOVERNOR'S RST* – The RST expedited the hiring of 200 teachers by CDCR. In September it will fast-track new programs with an innovative RFP to all prison wardens to compete for a significant portion of the $50 million in program funds in AB 900. The panel is creating several tools that will reduce population and protect public safety, such as incentives for inmate program participation, needs assessment, expanded vocational training and better resource training for parole agents. It is also working with CDCR to expand the number of civil addict commitments. It is designing specific ways to meet all 13 AB900 Phase I goals. Susan Fisher is involving victims, and employee groups will be providing input. Roadblock: CDCR middle management adoption of RST ideas, which requires senior management diligence. Bulldozer: Cabinet, Legal, DOF, OIG and DPA are coordinating management and culture reforms with new personnel and training.

Construction
- *NEW BEDS* – 4,100 of 12,000 infill beds were this week scheduled to start construction in 2008, following Cabinet direction to move up from 2009. An RFP for private firms to

build 2,000 infill beds will be open for bids in October, moved up from December. Roadblocks: Receiver's medical bed siting could slow the process. The expedited schedule is dependent upon CEQA negative declarations and procurement waivers. Bulldozer: Cabinet keeps CDCR and Receiver closely coordinated in weekly meetings. Receiver agreed informally to assist CDCR with waivers if clean-up legislation fails. Roadblock: Most of the infill beds are proposed for Central Valley prisons, and the Receiver is citing Valley Fever as a concern. Bulldozer: Director of Public Health Dr. Mark Horton enlisted to coordinate mitigation. Cabinet obtained Receiver agreement that mitigation will permit construction.

- *BAD BEDS* – There are 19,566 bad beds, unchanged from the week before. CDCR last week, with Cabinet direction, developed a new plan to eliminate about 1,400 bad beds by December 31; the previous total was 300 for the whole FY.
- *PROGRAM SPACE* – The Governor's RST is working closely with CDCR to ensure prison design achieves AB 900 programming goals. CDCR completed Cabinet-ordered systemwide inventory of space for RST on Thursday.

Management
- To put the "R" with CDC, the Governor should appoint RST Chair Kathy Jett to the new post of Undersecretary of Adult Programs.
- Add more proven "can-do" executives: Dave Runnels as the Operations Undersecretary (Bud Prunty is retiring) and Don Currier as Chief Counsel. Others are being evaluated.
- Cabinet is working with Office of Inspector General, DOF and DPA in developing detailed direction for CDCR management, such as creation of new classes of employees (such as rehabilitation specialists) to drive cultural change.

- CDCR is finished installing LAPD Comstat process. As OIG told Cabinet, "If Comstat measures it, it works." This involves monthly meetings where Wardens are held personally responsible for meeting certain goals, as measured by selected performance indicators.

## Cabinet Actions:

- Monitor out-of-state transfer pipeline daily. Drive CDCR to sign and fill as many available OST beds as possible as soon as possible.
- Achieve CDCR increases in PC3001 parole discharges, utilization of SB1453 program and drug diversion beds.
- Ensure re-entry bed negotiations begin as soon as legally permissible and that CSA jail awards are expedited.
- Assist RST in meeting program goals.
- Aggressively monitor bad beds; get planned reduction.
- Coordinate Legal, Receiver and DOF to assist CDCR in obtaining infill bed construction waivers to break ground in 2008.
- Achieve the October release date for 2,000 infill bed RFP from private sector.
- Designate CDCR management performance improvement benchmarks.

# EXHIBIT P



GOVERNOR ARNOLD SCHWARZENEGGER

June 17, 2008

The Honorable Don Perata
President pro Tempore
California State Senate
State Capitol
Room 205
Sacramento, California  95814

The Honorable Karen Bass
Speaker
California State Assembly
State Capitol
Room 219
Sacramento, California  95814

The Honorable Dave Cogdill
Republican Leader
California State Senate
State Capitol
Room 305
Sacramento, California  95814

The Honorable Mike Villines
Republican Leader
California State Assembly
State Capitol
Room 3104
Sacramento, California  95814

Dear Senator Perata, Senator Cogdill, Speaker Bass and Mr. Villines,

Public safety is the most important role of government.  As such, it remains one of my top priorities, and I know it is also one of yours.

A little more than a year ago, we enacted Assembly Bill 900, historic bipartisan prison reform legislation designed to address our long-term prison needs through a combined approach of construction and rehabilitation.

Our work is underway, but it is not done, and now is the time for us to work together and coordinate AB 900 prison construction, the Receiver's construction plan to deliver federal court-mandated inmate health care and operational reforms that fit into the reality of our budget situation.

We need to address these issues in a comprehensive and integrated manner that preserves and strengthens our reforms and acknowledges our main goal of protecting public safety. AB 900 represents a cultural change in how we build and operate our correctional institutions and how we prepare inmates to come back to our communities.

The Honorable Don Perata
The Honorable Dave Cogdill
The Honorable Karen Bass
The Honorable Mike Villines
June 17, 2008
Page two

Our historic reforms depend on quickly building new space to increase capacity, enhance staff and inmate safety, provide program space and deliver healthcare to meet at least constitutionally minimum standards. Protecting public safety and addressing our fiscal reality requires that we reduce the recidivism rate and the constant churning of the prison population.

Changes to AB 900 to expedite prison construction and to enact the Receiver's plan for construction, parole reforms and other strategies for better managing correctional resources must be dealt with quickly by the Governor and the Legislature. We cannot delay, and if this isn't done *by* us, it will be done *for* us by the federal courts. We must work immediately to address this important issue and find common ground as we did in our original collaboration.

Since the enactment of AB 900, the California Department of Corrections and Rehabilitation (CDCR) has built a strong foundation, with significant accomplishments including:

- Taking down more than 5,000 nontraditional beds in places like gyms, dayrooms and classrooms – reducing overcrowding and making room for rehabilitative programs, such as the reopening of 13 gyms for learning and recreation. The number of inmates in nontraditional beds has decreased from a high of 19,618 in August 2007 to 14,733. As of May 28, 4,056 inmates were housed in out-of-state correctional facilities, further reducing overcrowding.

- Placing 7,109 parolees in community treatment beds, an increase of 42 percent in about 18 months.

- Discharging 37.2 percent of parolees at the 13th month pursuant to Penal Code 3001, up from 32.3 percent in 2006.

- A total of 6,700 infill beds are in planning and Environmental Impact Report stages and are scheduled to break ground in 2009. The first re-entry center is slated to open in mid-2009.

- "Operation Changing Tides" launched in April to quickly change the prison custody culture from "warehousing" to active participation in policing and rehabilitation. This program identifies gang members and separates them, which helps make rehabilitation programming possible.

The Honorable Don Perata
The Honorable Dave Cogdill
The Honorable Karen Bass
The Honorable Mike Villines
June 17, 2008
Page three

CDCR Secretary Matt Cate is new on the job, but, as you know, has a formidable record of reform and integrity as our Inspector General, as well as Chairman of the California Rehabilitation Oversight Board created in AB 900. He will be the administration's point person as we work to build additional capacity and accelerate our reforms in a manner that promotes public safety in our communities.

California is a leader in many areas, and we can be a leader again in our efforts to manage our prison population, provide proper health and mental health services, reduce recidivism – saving future budget costs – and increase public safety for the people of this great state. I ask that you join me in this effort.

Sincerely,

Arnold Schwarzenegger

/la

EXHIBIT Q

# CORRECTIONS AND REHABILITATION

The mission of the Department of Corrections and Rehabilitation (CDCR) is to enhance public safety through safe and secure incarceration of offenders, effective parole supervision, and rehabilitative strategies to successfully reintegrate offenders into communities. These strategies include providing safe and secure detention facilities for adults and juveniles, educational opportunities, services such as food, clothing, health care, direct supervision, surveillance, and when necessary apprehension of the state's parolee population. The CDCR is organized into 12 programs: Corrections and Rehabilitation Administration; Corrections Standards Authority; Juvenile Operations; Juvenile Education, Vocations, and Offender Programs; Juvenile Parole Operations; Juvenile Health Care Services; Adult Operations; Adult Parole Operations; Board of Parole Hearings; Community Partnerships; Adult Education, Vocations, and Offender Programs; and Correctional Health Care Services.

The proposed budget was constructed first by computing the workload budget funding level. From the workload budget, adjustments are made to reflect specific policy adjustments and reductions, including budget-balancing reductions. With these adjustments, the Governor's Budget includes $11.4 billion ($10.3 billion General Fund

## WORKLOAD BUDGET

- A workload budget reflects what a given program will cost next year under existing law and policy.

- Government Code Section 13308.05 defines workload budget as the budget year cost of currently authorized services, adjusted for changes in enrollment, caseload, or population, and other factors including inflation, one-time expenditures, and federal and court-ordered mandates.

and $1.1 billion other funds) for CDCR. This reflects an increase of $646.7 million ($172.4 million General Fund) or six percent over the revised 2007-08 budget. Change Table DCR-01 illustrates the major changes proposed to the CDCR in the Governor's Budget.

Change Table DCR-01

### Corrections and Rehabilitation Agency — Changes by Broad Categories

| | 2007-08 | | | 2008-09 | | |
|---|---|---|---|---|---|---|
| | General Fund | Other Funds | Positions | General Fund | Other Funds | Positions |
| 2007 Budget Act | $9,836,311 | $588,396 | 66,627.4 | $9,753,804 | $330,029 | 66,627.4 |
| **Workload Adjustments** | | | | | | |
| AB 900 Implementation | 2,509 | — | 20.6 | 35,382 | — | 166.9 |
| Enrollment/Caseload/Population | 17,054 | −416 | 60.2 | 20,351 | −1,445 | −829.8 |
| Employee Compensation/Retirement | 217,523 | 822 | — | 230,911 | 952 | — |
| Court Orders/Lawsuits | 17,683 | — | 24.2 | 8,981 | — | 814.0 |
| Expiring Programs or Positions | — | — | — | −10,400 | — | −87.6 |
| One-Time Cost Reductions | — | — | — | −66,581 | −1,951 | — |
| Full-Year Cost of New Programs | — | — | — | 248,352 | −2,800 | 511.1 |
| Other Workload Adjustments | −36,760 | −11,834 | 25.2 | 67,370 | −4,454 | −288.4 |
| Infrastructure Adjustment | 55,995 | 71,834 | — | 350,116 | 777,805 | — |
| Totals, Workload Adjustments | $274,004 | $60,406 | 130.2 | $884,482 | $768,107 | 286.2 |
| **Policy Adjustments** | | | | | | |
| Population Adjustment - Female Rehabilitative Community Correctional | 2,927 | — | 16.2 | 30,407 | — | 86.2 |
| Other Policy Adjustments | 727 | — | 6.5 | −21,353 | 25,000 | 10.1 |
| Totals, Policy Adjustments | $3,654 | $0 | 22.7 | $9,054 | $25,000 | 96.3 |
| Total Adjustments | $277,658 | $60,406 | 152.9 | $893,536 | $793,107 | 382.5 |
| Budget Prior to Reductions | $10,113,969 | $648,802 | 66,780.3 | $10,647,340 | $1,123,136 | 67,009.9 |
| Budget-Balancing Reductions [1/] | −$17,882 | $0 | −200.0 | −$378,901 | $0 | −5,854.0 |
| Governor's Budget | $10,096,087 | $648,802 | 66,580.3 | $10,268,439 | $1,123,136 | 61,155.9 |

[1/] These dollars and PYs are included in the General Government agency; therefore, not included in each agency's totals in the applicable Summary Schedules.

* Dollars in Thousands

## PROPOSED WORKLOAD BUDGET

The major workload adjustments required by law for 2008-09 include the following:

- AB 900 Implementation-The Budget includes $2.5 million in 2007-08 and $35.4 million in 2008-09 to implement AB 900 (Chapter 7, Statutes of 2007). Resources are provided to expand substance abuse treatment capacity, conduct inmate risk and needs assessments, provide day treatment and crisis care services for mentally ill parolees, create an administrative structure for the rehabilitative adult programs, and train CDCR staff on effective rehabilitation principles and programs.

- Enrollment/Caseload/Population-The Budget includes $17.1 million in 2007-08 and $20.4 million in 2008-09 to address changes in adult and juvenile population and parolee caseloads.

- Court Orders and Lawsuits-The Budget includes $17.7 million in 2007-08 and $9 million in 2008-09 to comply with court orders and lawsuits, including activities of the federal Receiver in the case of *Plata v. Schwarzenegger*.

- Employee Compensation and Retirement-The Budget includes $217.5 million in 2007-08 and $230.9 million in 2008-09 for employee compensation costs and adjustments to the retirement contribution rate.

### ADULT POPULATION ADJUSTMENTS

Under existing law, the average daily inmate population is projected to increase from 173,993 in 2007-08 to 177,021 in 2008-09, an increase of 3,028 inmates, or 1.7 percent. This change is due primarily to the projected increase in the number of parole violators returned to prison because they committed a specific parole violation. This is partially offset by a small decline in new admissions from the court. The 2007 Budget Act assumed an average daily inmate population of 174,300. (See Figure DCR-01) Included within these totals is an average daily population of 6,935 inmates who are projected to be housed in out-of-state correctional facility beds.

Similarly, under existing law the average daily parole population is projected to increase from 129,343 in 2007-08 to 133,061 in 2008-09, an increase of 3,718 parolees, or 2.9 percent. The projected increase is due to fewer discharges from parole and more releases to parole from prison than expected. The 2007 Budget Act assumed an average daily parole population of 124,862.



Figure DCR-01
Department of Corrections and Rehabilitation
Institution and Parole Population Percentage Change

The fiscal impact of these population changes in 2007-08 is an increase of $14 million General Fund and a reduction of $45,000 in other funds. In 2008-09, the fiscal impact is an increase of $77.2 million General Fund and a reduction of $459,000 other funds.

## JUVENILE POPULATION ADJUSTMENTS

The Division of Juvenile Justice (DJJ) projects a juvenile institution average daily population of 2,294 youthful offenders in 2007-08, 78 more than anticipated in the 2007 Budget Act. The fiscal impact in 2007-08 is an increase of $5.6 million General Fund. In 2008-09, the juvenile institution average daily population is expected to decrease by 508 wards, or 22.2 percent, to 1,786. The population decrease is primarily due to shifting responsibility for housing non-serious and non-violent juvenile offenders to local jurisdictions beginning September 1, 2007. The fiscal impact in 2008-09 is a decrease of $48.8 million General Fund and a decrease of $986,000 other funds. The total General Fund expenditures are partially offset by revenues from the sliding scale fees paid by counties. In 2007-08, these revenues are estimated to be $12.4 million, a decrease of

$922,000 from the revenue expected at the time of the 2007 Budget Act. In 2008-09, these revenues are estimated to decrease to $8.2 million as a result of the population shift.

The juvenile parole average daily population is expected to be 2,415 in 2007-08, a decrease of 148 from the 2007 Budget Act. In 2008-09, the juvenile parole average daily population is expected to decrease by 452 paroles, or 18.7 percent, to 1,963. However, costs will increase due to a higher number of reentry caseload parolees, which require a lower ratio of parolees to parole agents. The fiscal impact of the change in the juvenile parole population in 2007-08 is an increase of $76,000 General Fund. In 2008-09, the fiscal impact is a decrease of $1.7 million General Fund.

The population adjustment proposed in the Governor's Budget for the Juvenile Education Program reflects staffing ratios consistent with the requirements of the Education Remedial Plan. General Fund Proposition 98 funding is projected to decrease by $2.6 million in 2007-08 and $6.3 million in 2008-09.

## HOUSING AND SUPERVISION OF JUVENILE OFFENDERS

On September 1, 2007, local jurisdictions became responsible for housing and supervising non-serious and non-violent juvenile offenders. In order to provide resources to local jurisdictions for housing and supervising these additional juvenile offenders, the Youthful Offender Block Grant was established and provides local assistance funding of approximately $24 million in 2007-08, $66 million in 2008-09, and $92 million in 2009-10 and ongoing. In addition, the 2007 Budget Act included $100 million in lease-revenue bonds to finance the acquisition, design, renovation, or construction of local juvenile facilities to ensure that counties have adequate capacity and program space to house and serve juvenile offenders.

## IMPLEMENTATION OF AB 900

In May of 2007, the Governor signed AB 900 (Chapter 7, Statutes of 2007), also known as the Public Safety and Offender Rehabilitation Services Act of 2007, which provided $7.3 billion in lease revenue bond financing to add 53,000 prison, reentry, and jail beds in two phases, and fundamentally shifts how the CDCR approaches rehabilitation for California's prisoners. AB 900 also appropriated $50 million General Fund for additional rehabilitative programming activities and $300 million General Fund to make infrastructure improvements at state prisons. The Budget proposes a total of $2.5 million in 2007-08 and $35.4 million in 2008-09 to implement the rehabilitation components of AB 900. Of this amount, $2.5 million in 2007-08 and $31.4 million in 2008-09 is funded from the AB 900 appropriation, consistent with the requirements of SB 81 (Chapter 175, Statutes of 2007).

### REHABILITATION STRIKE TEAM AND PATHWAYS TO REHABILITATION

Following the enactment of AB 900, the Governor convened a Rehabilitation Strike
Team charged with evaluating existing education, training and substance abuse
programs; exploring ways that services can best be delivered to inmates and parolees
in order to improve public safety; and putting into action rehabilitative programming
recommendations made by the Expert Panel on Corrections Reform in accordance with
the performance benchmarks mandated in AB 900. The Budget includes $5 million
for a comprehensive integrative case management demonstration project which will
showcase the pathway of rehabilitative programming for a group of inmates. A full
continuum of assessment and rehabilitative programming will begin with an initial risk and
needs assessment in the reception center at intake. A comprehensive assessment will
be conducted at the general population level to determine needs-based programming,
and intensive programming efforts will continue within prisons and reentry centers up to
the time of release. Aftercare and follow-up will be provided by CDCR's partners in the
community to maximize opportunities for successful reintegration.

### INMATE RISK AND NEEDS ASSESSMENTS INCLUDING CLASSIFICATION SERVICES

AB 900 requires the CDCR to implement an inmate assessment at reception centers,
and use the assessment to assign inmates to rehabilitation programs. The 2007
Budget Act includes $4.7 million for the CDCR to implement risk and needs
assessments at reception centers. Building upon the Department's current efforts to
meet the mandates of AB 900, the Governor's Budget includes an additional $483,000
General Fund in 2007-08 and $5.2 million General Fund in 2008-09 to continue the
implementation of the risk and needs assessments at reception, and to create behavior
management plans for inmates identified as a high risk to recidivate.

### SUBSTANCE ABUSE TREATMENT EXPANSION

AB 900 requires the CDCR to expand substance abuse treatment services in prisons to
accommodate at least 4,000 additional inmates who have histories of substance abuse.
To meet this mandate, the Governor's Budget includes $308,000 General Fund in
2007-08 and $8.1 million General Fund in 2008-09 to provide evidence-based substance
abuse treatment services for 2,000 inmates and continuing care for 1,330 parolees.
This augmentation will fund the first phase of the 4,000-bed expansion, and provide
an additional 2,000 in-custody treatment slots, continuing care, and training for the
substance abuse staff.

REHABILITATION STAFF SKILLS TRAINING

The Governor's Budget includes $1.4 million General Fund in 2007-08 and $5.4 million General Fund in 2008-09 to provide training on effective rehabilitation, cognitive behavioral intervention, interviewing, and other skills to approximately 1,900 prison staff who will provide specific communication skills and techniques designed to reduce offender resistance, increase offender motivation to change, and reduce individual criminal risk. The CDCR will begin by training existing staff at reception centers that are directly responsible for administering the risk and needs assessments. During those initial training sessions, the CDCR will also train new correctional counselors to serve as department-wide trainers, who will then travel the state in teams and train staff at all the institutions. Ultimately, this rehabilitation training will be added to the academies where it will be required for all participants.

DAY TREATMENT AND CRISIS CARE SERVICES FOR MENTALLY ILL PAROLEES

AB 900 requires the CDCR to obtain day treatment, and to contract for crisis care services, for parolees with mental health problems. To meet this mandate, the Governor's Budget includes $6 million General Fund for the CDCR's Division of Adult Parole Operations to enhance mental health rehabilitative and stabilization services initiated under the Department's Reducing Recidivism Strategies. This augmentation will expand services and provide more intensive treatment for severely mentally ill parolees who currently receive outpatient services through the Parole Outpatient Clinics. The CDCR will work with county providers to ensure that parolees receive the necessary services when in mental health crisis, and can step-down to the day treatment programming or other care services as appropriate.

ADULT PROGRAMS REALIGNMENT AND OFFICE OF RESEARCH FUNDING

The Governor's Budget includes $301,000 General Fund in 2007-08 and $4.7 million General Fund in 2008-09 to provide critical program infrastructure so that the CDCR can meet the AB 900 mandates and more fully integrate rehabilitative programming into the correctional setting. This augmentation will provide funding for the newly-established Office of Program and Policy Development, facilitate and implement the Prison-to-Employment Plan, staff the newly established Local Government Liaison Unit, and provide staffing for the new Office of the Undersecretary for Adult Programs. This augmentation also funds enterprise data system enhancements and expansion of data analysis and reporting capacity and capability to effectively implement the mandates for rehabilitation programming.

## EdFIRST

The Governor's Budget includes $961,000 General Fund in 2008-09 to implement the Education for Inmates Reporting and Statewide Tracking project (EdFIRST). EdFIRST is an information technology system that will store inmate educational files and data electronically. This system will provide the CDCR an electronic means to track student participation, progress, and achievement, and replace the existing manual system. EdFIRST will also allow the CDCR to more effectively manage and report on educational participation and progress.

## SECURE REENTRY FACILITIES

The Governor's Budget includes $727,000 General Fund in 2007-08 and $1.1 million General Fund in 2008-09 to establish the pre-activation team for the new reentry facility in Stockton, authorized by Chapter 228, Statutes of 2007 (SB 943). This augmentation will allow the Department to conduct a site assessment to identify renovation and construction needs, identify the population for the reentry facility, identify the appropriate staffing criteria for the facility, design reentry programs and services, engage in ongoing communication and participation with local stakeholders, and establish contracts with community providers.

The Governor's Budget also includes $2.5 million General Fund in 2008-09 to contract with the San Francisco County Sheriff's Office to provide twelve months of intensive, in-custody reentry programming, followed by twelve months of accountability-based, out-of-custody reentry programming.

## REENTRY FACILITIES

Secure reentry facilities are designed to improve public safety by reducing recidivism. AB 900 provides for 16,000 new beds in community-based reentry centers, each of which will house up to 500 inmates for their last 12 months in custody. These facilities will provide intensive rehabilitation, and offer offender job training, mental health and substance abuse counseling, housing placement, educational assistance, and other services in the critical few months just prior to an inmate's release.

## COURT AND LAWSUIT-RELATED ISSUES

### PLATA V. SCHWARZENEGGER

The 2007 Budget Act includes an appropriation of $125 million along with language that allows for the transfer of these funds for the purpose of funding activities of the Receiver appointed by the court in *Plata v. Schwarzenegger*, and for coordinated activities of the Receiver, and the *Coleman v. Schwarzenegger* and *Perez v. Tilton* courts. Of this amount, approximately $26.2 million has been transferred to date, resulting in ongoing costs of approximately $14.3 million, which are included in the Governor's Budget. In addition to funding these costs, the Governor's Budget includes $1.7 million to establish an Office of Third Level Health Care Appeals, $45.8 million to expand Health Care Access Units to all institutions, $26 million for the California Prison Health Care Receivership Corp. operating budget, and the elimination of $125 million in unallocated funding. This represents approval of $73.5 million of the Receiver's funding proposals, which totaled $168.9 million in 2007-08 and $369.3 million in 2008-09.

The Receiver also submitted nine placeholder budget requests, including one capital outlay proposal that will be considered during the spring process. The initial cost estimate by the Receiver for these requests is $104.3 million in 2007-08 and $518.9 million in 2008-09. The most significant cost is for capital outlay projects to improve CDCR's health care facilities, which represents $84 million of the 2007-08 request and $415.1 million of the 2008-09 request. The Receiver has indicated a need for an additional 5,000 medical beds. Despite the lack of specifics as to this proposal, in recognition of the resources necessary to keep the Receiver's capital outlay program moving forward, the Governor's Budget proposes to make the $2.5 billion previously appropriated for infill beds, reentry facilities, and medical/mental health/dental treatment and housing in Phase II of AB 900 available for the Receiver's use.

### CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP

In April 2001, a class-action lawsuit, now known as *Plata v. Schwarzenegger*, was filed in federal court contending that the state was in violation of the Eighth and Fourteenth Amendments to the United States Constitution by providing inadequate medical care to prison inmates. On June 30, 2005, the court ordered the establishment of a receivership to take control of the CDCR's medical care system due to the state's delay in successfully implementing the changes required by the Stipulated Agreement for Injunctive Relief, entered into as the settlement of the *Plata v. Schwarzenegger* case. The Receiver was appointed in February 2006 and has broad authority over CDCR's medical care program.

The Administration continues to work cooperatively with the Receiver to address correctional medical care in the most efficient and comprehensive manner possible. However, because the Receiver's 2008-09 budget requests did not contain the level of workload data and information regarding baseline resources that is typically necessary in order for the Administration to include a proposal in the Governor's Budget, and the timing of receipt of the proposals made it difficult to ascertain this information through an iterative process, the Receiver's entire funding request has not been included in the Governor's Budget. Out of respect for the federal court, and the Receiver's obligations to the court, the entire budget request as presented by the Receiver will be submitted to the Legislature. In addition, the medical care services budget, nearly $1.6 billion in 2008-09, has been exempted from the budget-balancing reduction plan (discussed below), which will significantly reduce CDCR's institution population, resulting in savings in the medical care services program and thereby freeing up resources for other activities and priorities of the Receiver.

## PEREZ V. TILTON

*Perez v. Tilton* is a class action lawsuit alleging that the CDCR fails to provide adequate dental care to inmates, causing permanent and unnecessary damage to their health in violation of the Eighth Amendment to the United States Constitution. The Governor's Budget includes $2.6 million General Fund to continue the state's efforts to comply with the *Perez v. Tilton* lawsuit. This augmentation will provide funding for the establishment of a Statewide Deputy Dental Director, Regional Dental Directors, and associated support staff, and the creation of a Dental Authorization Review committee which will be responsible for reviewing dental treatment plans, reviewing and making recommendations on requests for otherwise excluded dental services, and evaluating the cost efficiency and effectiveness of the dental services provided to inmates.

## LUGO V. SCHWARZENEGGER

*Lugo v. Schwarzenegger* is a class action lawsuit, brought by inmates with life sentences with the possibility of parole, which alleged that the Board of Parole Hearings was not conducting parole eligibility hearings within the statutory time frames. The Governor's Budget includes $8.2 million General Fund in 2008-09 to continue state efforts to comply with the requirements of *Lugo*. This augmentation provides resources for additional Commissioners to conduct hearings for inmates sentenced to life in prison, initial psychological evaluations and follow-up psychological evaluations for these inmates who are eligible for parole, and increased workload associated with hearing file preparation and psychological evaluation file preparation for this population.

## VALDIVIA V. SCHWARZENEGGER

*Valdivia v. Schwarzenegger* is a class action lawsuit, filed by parolees, which alleged that California's parole revocation process violated parolee and prisoner due process rights under the Fourteenth Amendment to the United States Constitution. The Governor's Budget includes $1.2 million General Fund in 2007-08 and $5.3 million General Fund in 2008-09 to ensure continued compliance with the Valdivia Remedial Plan. Included in these funds are $1.1 million in 2008-09 for the CDCR's Division of Addiction and Recovery Services to manage and implement 1,800 statewide community-based treatment beds for parolees.

## ARMSTRONG V. SCHWARZENEGGER

The Governor's Budget includes $15.7 million General Fund in 2007-08 and $43.9 million General Fund in 2008-09 to continue state efforts to comply with the requirements of the *Armstrong v. Schwarzenegger* lawsuits. Major components of this augmentation include the following:

- $6.9 million to conduct field file and information tracking system reviews prior to parole proceedings, enter parolee disability information based on observations and parolee self disclosure within 24 hours, and provide computer training for parole agents and basic Americans with Disabilities Act (ADA) concept training to all Division of Adult Parole Operations field staff.

- $14.9 million to enter, track, analyze and control the quality of the ADA program within the CDCR's automated facility maintenance system, implement ADA structural improvements within the institutions, and improve the path of travel within the institutions.

- $16.2 million ($15.3 million in 2007-08) to provide connectivity and computers to all correctional counselors at the institutions and create a statewide integrated real-time computerized tracking and compliance system.

- $4.4 million to increase self-monitoring tours in order to capture a statistically significant sampling of the affected population.

## ARMSTRONG V. SCHWARZENEGGER

The *Armstrong* lawsuits alleged that the CDCR and the Board of Parole Hearings (Board) violated provisions of the ADA and the Fourteenth Amendment to the United States Constitution right to due process. In 1996, the CDCR entered into a settlement agreement to develop a Disability Placement Program. This settlement is commonly referred to as *Armstrong I.* In 1999, the United States District Court found that the Board had violated disabled inmates' and parolees' rights under the ADA and issued a permanent injunction to remedy the violations. This injunction is commonly referred to as *Armstrong II.*

## L.H. V. SCHWARZENEGGER

*L.H. v. Schwarzenegger* is a class action suit filed by juvenile parolees alleging that California's parole revocation process violates due process rights under the Fourteenth Amendment to the United States Constitution. The Governor's Budget includes $2 million General Fund in 2007-08 and $2.9 million General Fund in 2008-09 to provide staffing and resources to address juvenile parole due process elements not currently being met, such as, conducting revocation hearings in a timely manner and ensuring the appointment of counsel and appearances of witnesses at hearings throughout the parole revocation process.

## FARRELL V. TILTON

*Farrell v. Tilton* is a taxpayer lawsuit alleging that the DJJ fails to provide adequate care and services to juvenile offenders housed in DJJ facilities. In November 2004, the state entered into a consent decree whereby the state concurred with the basis of the lawsuit and agreed to address the issues of conditions of confinement in DJJ facilities. The Governor's Budget includes $1.6 million General Fund in 2008-09 to comply with the *Farrell* lawsuit. Specifically, the Budget includes $513,000 on a two-year limited-term basis to revise, develop and adopt regulations, and develop and implement policies and procedures as required by the Farrell lawsuit. The Budget also includes $1.1 million to provide the DJJ with additional information technology staff to support enhancements to the Ward Information Network as required by the Farrell lawsuit.

## OTHER WORKLOAD ISSUES

The Administration continues to take steps to address various operational needs of the Department. Toward those efforts, the Budget includes additional resources for academy operations and peace officer selection, information technology projects, human resources support, and other critical areas.

### PEACE OFFICER SELECTION AND ACADEMIES

The Administration remains committed to addressing correctional officer and parole agent vacancies. To that end, the Governor's Budget includes $19.9 million General Fund in 2008-09 to expand the existing parole academy, run a one-time annex academy for entry-level correctional officers at a difficult-to-staff institution, and add contract funding to ease the backlog in background investigations and pre-employment medical clearances for peace officer applicants. Additionally, the CDCR is currently seeking an appropriate site for a Southern California Training Academy and plans to request any needed budget authority to activate such a facility during the spring Budget process.

## DISCHARGED OFFENDER RECORD MANAGEMENT SYSTEM

The Governor's Budget includes $3.2 million General Fund to cover the increased cost of scanning and hosting inmate files in the Discharged Offender Record Management System (DORMS). The DORMS is an information technology project that scans a discharged inmate's central files into an electronic format, which can be stored and easily retrieved if the inmate returns to custody.

## HUMAN RESOURCES SUPPORT

The Governor's Budget continues $4.7 million General Fund to support recruitment, selection, and hiring activities mostly as a result of various court orders and legislative mandates. The continuation of these resources will ensure that the CDCR is able to perform these tasks in a timely and efficient manner. This augmentation also includes resources to permanently establish and fund positions authorized in the 2007 Budget Act specifically for the hiring of critical dental and mental health positions in response to the *Perez* and *Coleman* courts.

## FILLING VACANCIES

CDCR is making progress toward meeting its goal to select and hire correctional officers to fill every established position vacancy, including new court required positions. CDCR has intensified its recruitment efforts to increase the number of correctional officers who are needed throughout the state. CDCR receives approximately 7,500 correctional officer applications per month. Typically, only four percent of the potential candidates pass the selection process, which includes psychological, academic, background investigation, medical and physical fitness evaluations.

## INCARCERATION OF UNDOCUMENTED FELONS

The CDCR expects to spend approximately $965.3 million in 2007-08 for the incarceration of undocumented persons. The state will receive $102.4 million in federal State Criminal Alien Assistance Program (SCAAP) funding for 2007-08. Undocumented persons are expected to comprise 11.2 percent of inmates in the state prison system. The CDCR's costs in 2008-09 are estimated to increase to $1 billion, an increase of 4.6 percent. For 2008-09, it is estimated that California will again receive approximately $102.4 million in federal SCAAP funding. At this level of funding, the state will be reimbursed for only 10.1 percent of the costs associated with the incarceration and related debt service associated with the undocumented felon population, with $906.6 million in costs in excess of the level of federal reimbursements.

During the current fiscal year, the Administration will continue to aggressively pursue all strategies designed to maximize federal funding for the incarceration of undocumented felons.

## PROPOSED BUDGET-BALANCING REDUCTIONS

- Total budget balancing reductions for the CDCR amount to $17.9 million and 200 positions in 2007-08 and $378.9 million and 5,854 positions in 2008-09. This grows to $782.7 million in 2009-10.

- Programs exempted from reductions include lease payments securing lease revenue bonds, costs related to juvenile offenders, medical expenditures controlled by the federal Receiver, and the Corrections Standards Authority, for a total exemption of $2.4 billion.

- The major reductions are described below:

  - $4.3 million and 66 positions in 2007-08 and $256.4 million and 4,194 positions in 2008-09 resulting from the CDCR releasing specified non-violent, non-serious, non-sex offenders without prior serious or violent offenses or strikes, 20 months earlier than their original release date. This proposal would result in an institutional average daily population reduction of 22,159 in 2008-09. This reduction assumes the necessary statutory changes will be enacted by March 1, 2008. Due to the CDCR's recent success in filling vacant correctional officer positions, layoffs will be necessary to achieve this reduction and the savings reflects a lag time related to the state layoff process. Once the layoff process has been completed, this savings grows to $526.7 million in 2009-10.

  - $13.6 million and 134 positions in 2007-08 and $97.9 million and 1,660 positions in 2008-09 resulting from the CDCR placing non-serious, non-violent, non-sex offenders on summary parole. Summary parole will have minimal conditions of parole and involve no active supervision. These offenders would be subject to searches and drug testing, but would not return to prison without first being prosecuted locally for any new offenses they commit. This proposal would result in a parole average daily population reduction of 18,522 in 2008-09 and an institutional average daily population reduction of 6,249. This savings grows to $231.5 million in 2009-10. This reduction assumes the necessary statutory changes will be enacted by March 1, 2008.

- $24.6 million in 2008-09 for local assistance grant funding. This proposal would reduce funding for the Mentally Ill Offender Crime Reduction Grant Program, which supports the implementation and evaluation of locally developed demonstration projects intended to reduce recidivism and promote long-term stability among mentally ill adult and juvenile offenders by $4.5 million, from $44.6 million to $40.1 million. This proposal would also reduce funding for the Juvenile Probation and Camps Program, which allocates funds to all 58 counties to support a broad spectrum of county probation services targeting at-risk youth, juvenile offenders, and the families of those youth, and to support the operation of camps and/or ranches by $20.1 million, from $201.4 million to $181.3 million.

EXHIBIT R

# AB 900
# The Public Safety & Offender Rehabilitation Services Act of 2007

*Points & Authorities*
May 13, 2007

## FACILITIES

CPC 15819.40: <u>Construction in 2 phases; infill, reentry, medical and jail beds</u>
Revenue bonds (financial analysis to arrive under separate cover) totaling $7.1B + 25%
local match for jail beds.
Authorizes 16,000 infill beds (at existing prisons), 16,000 reentry beds (at least half
required in urban mini-prisons of 500 beds), 8,000 medical beds and a minimum of 4,000
jail beds. Also authorizes sufficient support and program space.
Prison beds in two phases. Phase 1: 12,000 infill, 6,000 reentry, 6,000 medical,.
Includes <u>7,484 beds at: Pleasant Valley, Pelican Bay, Lancaster, Calipatria,
Centinela, Salinas Valley, Kern Valley, Wasco, North Kern and Mule Creek</u>
<u>After site assessments are complete, plans can begin on 4,516 infill beds.</u>
Phase 2: 4,000 infill, 2,000 med and 10,000 reentry. Phase 2 cannot begin until the panel
reports all conditions met, see below, 7021.

6271: <u>Reentry beds in urban locations</u>
Authorizes 6,000 reentry beds in facilities of up to 500 beds to house inmates within one
year of release. Built "to the extent possible" in urban locations. <u>Only in cities or
counties that request.</u>
6271.1: 10,000 reentry beds, same conditions.

15820.906a: <u>Planning</u>
CSA and State Fire Marshal approve jail plans and sites, which must be county owned or
have sufficient ownership interest to satisfy the PWB.
7000:
Shall prepare master plans including preliminary plan, facility operating costs estimates,
staffing, healthcare services and programming.

## REHABILITATION

2054.2: <u>Inmate participation incentives</u>
CDCR shall determine and implement a system of incentives to increase inmate
participation in, and completion of, academic and vocational education...including, but
not limited to, a high school diploma or GED, or a particular vocational job skill.

2062: <u>Plan for rehab staff hiring, contracts, CCC staff training</u>
CDCR shall develop and implement a plan to obtain additional rehab and treatment
services for inmates and parolees, including: plans to fill vacant staff treatment and
custody positions, plans to obtain local government and vendor services in prison, plans
to enter into CCC agreements to accelerate training and education of treatment personnel.

Gate C

**2713.2:** Gate money study
CDCR shall examine and report to the Legislature on "gate money" hindering parolees, also should transportation costs be paid to reach parole location? Submit findings to Legislature by Jan. 15, 2008

ST **2694:** Add 4,000 inmates to substance abuse treatment
Expand prison substance abuse treatment programs to at least 4,000 additional inmates.

ONGO **3020:** Inmate intake assessments required
CDCR shall conduct assessments of all inmates including but not limited to history of substance abuse, medical and mental health, education, family background, criminal activity and social functioning.

C **3073:** Day treatment and crisis care services for parolees
CDCR authorized to obtain day treatment and to contract for crisis care services, for parolees with mental health problems. VALID VIA

ST **3105:** Inmate Treatment and Prison-to-Employment Plan by April 1
CDCR shall develop an Inmate Treatment and Prison-to-Employment Plan, which should recommend changes to the Governor and Legislature regarding inmate education, treatment and rehab programs to determine if the programs provide sufficient skills to inmates. Report due on status of plan Oct. 1 and plan due April 1, 2008.

ST **6272:** Reentry program tailored to PVs and inmates; assessment required; continuity of services between prison and parole
Reentry program facilities shall program tailored services to PVs and inmates, including risk and need assessments, case management, wrap-around services that provide a continuity of services between prison and parole.

C **6273:** Reentry local partnerships required
CDCR for each reentry facility shall development a partnership with local government and law enforcement and community service providers.

## MANAGEMENT

ST **2061:** Plan to address management deficiencies
CDCR shall develop and implement by Jan. 15, 2008, a plan to address management deficiencies. At a minimum: filling vacancies, improving accountability, standardizing processes and improving communication with headquarters and between HQ, institutions and parole and between institutions and parole.
Develop and implement a more comprehensive plan for management of inmate and parolee populations.

## OVERSIGHT

GOVPRIV001410

6140: <u>C-ROB Established</u>
Establishes California Rehab Oversight Board (C-ROB) at OIG and authorizes C-ROB
oversight of mental health, substance abuse, education and employment programs.
Requires periodic recommendations and reports to the Legislature.

7021: <u>3-Member Panel must find 13 conditions complete for Phase 2 construction</u>
The State Auditor, OIG and a Judicial Council appointee must find the conditions below
have been meet to proceed with Phase 2 construction:

1. 4,000 infill beds under construction
2. first 4,000 infill beds provided rehab services
3. 2,000 reentry beds under construction
4. at least 2,000 substance abuse treatment slots established, with community aftercare
5. Prison drug treatment slots average at least 75% participation over previous 6 months
6. RC assessment operational for 6 months
7. Completed Inmate Treatment and Prison-to-Employment Plan
8. At least 300 parolees served in day treatment or crisis centers
9. C-ROB operational for one year
10. 75% CDCR management slots filled for 6 months
11. Full-time inmate participation in academic and vocational programs increased 10%
from April 1
12. Develop and implemented a plan to obtain additional rehab services, as outlined in
2062 and vacancy rate for rehab positions is no greater than vacancy rate for all state
positions
13. Reviewed parole procedures

11191: <u>Out-of-state transfers</u>
Authorizes out-of-state transfers; analysis under separate cover.

13602: <u>CO academy</u>
Authorizes Southern California CO academy.

13602.1a: <u>$300M supplemental appropriations for infrastructure; $50M for rehab</u>
Appropriates $300M for capital outlay to renovate or improve or expand infrastructure at
existing prisons, including land purchases, environmental work, A&E, design, plans and
construction.
b: Appropriates $50M for rehab of inmates and parolees, for staffing, contracts and other
services for academic, vocational, substance abuse treatment and mental health.

## Governor's CDCR Strike Teams
**Strategic Mission Statement:**
*Bringing the 3 Rs to CDCR – Rehab, Rebuild, Reform*
The Strike Teams are proven experts in substance abuse treatment, education,
construction and corrections working together in an innovative, nimble joint venture with
CDCR to ensure the Department and its partners have the tools to implement AB 900 –
putting a fully functional "R" in CDC, building 53,000 beds and program space, and

reforming an accountable management with accountability, improved processes and communication.

**Operations:**

1. The Strike Teams are a "skunk works" – flexible, creative and designed to produce as fast as possible sustained tasks and programs for CDCR senior executives to implement to achieve AB 900. The Teams will remain a flat organization, with minimum hierarchy.
2. Some members will be full-time, others part-time and still others consulted only when appropriate. Members are designated by the Governor's Cabinet Office; the Strike Team Chairs may call on volunteer testimony.
3. Governance: While final authority rests with the Governor's Cabinet Office, the Strike Teams are directed by a Management Group, consisting of the Chairs (Jett & Hysen), Senior Consultant (Petersilia) and Manager (Gore). The Management Group may consult with the Legal Advisor (TBD), HR Advisor (Chapman) and Finance Advisors (Finn & Jerue). The Management Group and Advisors shall also make periodic management improvement recommendations, as required by AB 900. Each Strike Team, Rehabilitation and Facilities, is led by its respective Chair, Jett and Hysen.
4. Strike Team Manangement Group will provide weekly guidance briefings to CDCR Secretary, as well as monthly performance review briefings and documents and an exit report of accomplishments and short-term goals at 9 months.
5. Work space is provided in the Governor's Office of Planning & Research. This is the Operations Center, under the direction of the Manager. Staff shall include a CA
6. Travel shall be approved in advance by Strike Teams Manager (Gore) or Chairs (Jett & Hysen). It shall be ground or air, at the most inexpensive means. Meetings shall be scheduled to keep overnight stays to a minimum; in no case shall more than the state rate be paid for hotels and meals.
7. Start date: May 11, 2007, the Governor's announcement.

## Agenda

1. AB 900 clean-up bill – thoughts on possible follow-up legislation. Lead: *Eric Csizmar, Deputy Legislative Secretary*
2. Hair-on-fire tasks – immediate assignments, such as parole policy emergency regulations, recruiting staff, marketing RFPs, staffing Facilities, out-of-state transfers, reducing lockdowns and movements..... Lead: *Robert J. Gore, Deputy Cabinet Secretary & Strike Forces Manager*
3. Facilities – assessment of current CDCR capability. Lead: *Doug Button, Deputy Director, DGS.* Identify issues and actions. Set next meeting. Lead: *Deborah Hysen, Chair*
4. Rehabilitation – briefing on Expert Panel recommendations. Lead: *Joan Petersilia, Senior Consultant.* Identify issues and actions. Set next meeting. Lead: *Kathy Jett, Chair*

GOVPRIV001412

5. Staffing – Additional Strike Team members. Initial needs for the Operations Center, ie CAO, writer, administrative law lawyer, CDCR liaisons et al. Lead: *Chairs*

GOVPRIV001413

EXHIBIT S

Robert Gore

From:         Robert Gore
Sent:         Friday, May 11, 2007 11:16 AM
To:           Barbara Bloom (bloom@sonoma.edu); Ben Martin (ben.martin@dgs.ca.gov); Carl Larson
              (carl.larson@cdcr.ca.gov); Cherry Short (cshort@usc.edu); Deborah Hysen (Dhysen2
              @msn.com); Debra Thompsen (debrathompsen@dpa.ca.gov); Eric Csizmar; Frank Russell
              (frank.russell@cdcr.ca.gov); Jerue, Todd; Jim Varney (jim_varney@dot.ca.gov); Joan
              Petersilia (petersilia@stevet.net); Joe Lehman (jlehman@cabrini.us); Jose Millan
              (jmillan@cccco.edu); Julie Chapman (juliechapman@dpa.ca.gov); Kathy Jett
              (kathy.jett@cdcr.ca.gov); Kevin Carruth; Kevin Walker (Kevin.Walker4@cdcr.ca.gov); 'Matt
              Powers (mpowers@PRIDEIndustries.com)'; Nancy Messina (nmessina@ucla.edu); Paul Abril
              (Paul.Abril@cdcr.ca.gov); Robert Gore; Scott Harris (cscott.harrisjr@cdcr.ca.gov)
Subject:      Governor's CDCR Strike Teams

Importance:   High


Good morning,

The Governor's Office today released the media announcement below. You are welcome to listen in to the roll-out
teleconference, as noted on the announcement, if you receive this e-mail in time. Kathy, Joan and I will be on the call.

Congratulations. Now our work begins.
Governor Schwarzenegger and Chief of Staff Susan Kennedy both look to the Strike Team to bring about "radical change"
at CDCR and advise us that "failure is not an option." Quotes from Susan.

A word of explanation: Please pardon the delay in my responses to you following our first energizing teleconference. So
that you understand my operating context, the 2007-08 State Budget closes at 5p today, and there are HHS and CDCR
pages to be approved. Also, I am preparing various documents for three CDCR federal court filings due Monday and
participating in healthcare reform drafting sessions. Your patience is appreciated.

I will distribute to you by Tuesday the items listed below:
  1. Roster
  2. AB 900 analysis
  3. Agenda for Wednesday meeting
  4. Basic operating mission statement
  5. Travel guidelines

A few technical items:
  • Kathy Jett and Deborah Hysen today assume management leadership of the Rehabilitation and Facilities Strike
    Teams, respectively.
  • Our space in the basement of the Governor's Office of Planning & Research will be ready on Monday. The office
    is a picturesque two-story structure at 10th and N streets, diagonally across from the Capitol.
  • For our Wednesday meeting, we will have prepared basic assessments of CDCR rehab programs and
    improvement recommendations from the Expert Panel, and of the construction management capability and steps
    taken to implement AB900.
  • We will have a few more experts joining us.
  • For those private sector participants, Julie Chapman from the Department of Personnel Administration will be
    touch to execute Special Consultant contracts for a 9-month term. Travel costs will be reimbursed by CDCR. In
    both cases, we have specific people assigned in the necessary state agencies to work with the Strike Force.

For your reference, my background includes service as CDCR public affairs director during the last prison-building era,
Caltrans Deputy, Governor's Press Secretary (Deukmejian), VP Government Affairs at CH2M Hill (International
construction engineers) and most recently co-founding a public affairs subsidiary of the California Hospital Assn. I've also
been a writer for the Los Angeles Times in the distant past.

Thanks again. Glad to help and answer questions, beginning Monday.
;-)

Robert J. Gore
Deputy Cabinet Secretary

1

# EXHIBIT T

Robert Gore

| | |
|---|---|
| From: | Robert Gore |
| Sent: | Tuesday, July 10, 2007 5:59 PM |
| To: | Prunty, Kingston "Bud"; Hoffman, Thomas; Monday, John; 'Jett, Kathy'; 'Joan Petersilia'; Benjamin Rice |
| Cc: | Dan Dunmoyer; Andrea Hoch; Tilton, Jim |
| Subject: | Parole Toolkit |

Enhanced parole tools, as recommended by both the California Independent Review Panel and Expert Panel, are the most immediate way to reduce overcrowding and improve public safety.

GO will be convening a session to develop these tools in the very near future.  <u>Please respond to this email with your three recommendations by 5p Wednesday</u> – to frontload the meeting, I will circulate a compilation to all participants.

A few thoughts (and responsible parties) in general priority:

- Refine deployment of existing revocation regulations; ie, PC3001 and SB1453. (Hoffman, Petersilia)
- Develop a risk/revocation matrix in two phases – one, asap; two, 12/31/07. (Petersilia, Hoffman)
- Create intermediate sanctions. (Petersilia, all)
- Activate 2,000 new community substance abuse treatment beds with new funding parameters and expedited contracts. (Jett)
- Expand BPH Deputy Commissioner-run regional "Drug Courts." Ensure deputy commissioner vacancies are filled asap; train deputies in diversion. (Jett, Monday, Hoffman, Prunty)
- Improve parole agent street practices; advance training for agents in the matrix, sanctions and working with offenders and their families and friends. (Hoffman, Jett)
- Place and empower substance abuse counselors in reception centers to make referrals of appropriate PVs to drug programs. (Prunty, Jett)
- Adopt revised and new regulations that support the above. (Hoffman, Monday, Jett, Petersilia)
- Feel free to add to this list.

Thanks!

Robert J. Gore
Deputy Cabinet Secretary
Office of Governor Arnold Schwarzenegger
State Capitol
Sacramento, CA 95814
916.445.6131

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

1

EXHIBIT U

## Robert Gore

From:      Robert Gore
Sent:      Wednesday, August 29, 2007 12:53 PM
To:        'Brnovich, Mark'
Subject:   RE: CCA bed schedule

Mark, you're welcome.
Your activation table – does it mean CCA could have a total of 4752 beds available and filled by June 2008?
Does that include the current scheduled occupancies?
What are the locations of the four facilities?
Bob

From: Brnovich, Mark [mailto:Mark.Brnovich@correctionscorp.com]
Sent: Monday, August 27, 2007 10:07 AM
To: robert.gore@gov.ca.gov
Subject: CCA bed schedule

Dear Mr. Gore:

Thank you once again for taking time to meet with us last week.  I have attached the bed activation schedule
we're using with CDCR.  As you can see, the schedule closely matches the bed availability we have coming on-
line by the end of his calendar year (a total of 2000 additional beds).  Please do not hesitate to call or email if you
have any further questions.  Thanks.  Mark.

Mark Brnovich, Senior Director
Corrections Corporation of America
602-266-8602 (office)
615-439-5076 (mobile)

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of
the intended recipient(s). If you have received this e-mail in error, please notify the sender
immediately and delete this e-mail and any associated files from your system. (ii) Views or
opinions presented in this e-mail are solely those of the author and do not necessarily represent
those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any
attachments for the presence of viruses. The company accepts no liability for errors or omissions
caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-
mail. This email has been scanned for content and viruses by the CipherTrust Email Security
System.

GOVPRIV001237

# EXHIBIT V

From:      Kernan, Scott [Scott.Kernan@cdcr.ca.gov]
Sent:      Friday, June 15, 2007 11:58 AM
To:        bob.gore@gov.ca.gov
Subject:   RE: Female Bad Beds

Bob,

Reflects the conversion of CRC facility from female to male . Had to overcrowd some woman bad beds to make room. Conversion necessary to empty backlog in RC's and reduce county jail backlog. The male increase is result of door retrofit project at Mule Creek.  had to take down some traditional beds at MCSP while they fix the doors and opened up some bad beds at PVSP to make it work.

Scott

---

**From:** bob.gore@gov.ca.gov [mailto:bob.gore@gov.ca.gov]
**Sent:** Friday, June 15, 2007 11:41 AM
**To:** Kernan, Scott
**Subject:** Female Bad Beds

Hey Scott,

Female bad beds increased from 396 to 972 in a one week; males went up by 144 to 18,003 - this is after several weeks of stability and OST restart...what's up?

For my information only, and thanks.

This may be part of our education built around a deactivation schedule.

A phone call is fine - no need to write yet another mini-report.

Have a peaceful weekend.

Robert J. Gore

Deputy Cabinet Secretary

Office of Governor Arnold Schwarzenegger

State Capitol

Sacramento, CA  95814

916.445.6131

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

6/25/2007

GOVPRIV001086