| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants | No.  Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| MARCIANO PLATA ,et al.,<br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT** |

1  Plaintiffs request that the Court remove from the file the documents entitled Exhibits G-
2  N and Exhibits FF-II to the Declaration of Rebekah Evenson in support of Plaintiffs'
3  Opposition to Defendants' Request for Reconsideration of Magistrate Judge's Ruling Requiring
4  Depositions, Coleman Docket Nos. 2983-3 and 2983-6 and Plata Docket Nos.. 1421-3 and
5  1421-6.  The documents inadvertently failed to redact email addresses that defense counsel
6  claim to be personal and protected by the Protective Order in these cases pursuant to this
7  Court's Order of June 20, 2008.  Plaintiffs will re-file Exhibits G-N and FF-II with the email
8  addresses redacted.

10  Dated:  August 27, 2008      By:  /s/ *Rebekah Evenson*
                                      Rebekah Evenson

      PRISON LAW OFFICE
      1917 Fifth Street
      Berkeley, CA  94710
      Telephone: (510) 280-2621

      *Attorneys for Plaintiffs*