PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No.  Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME FOR HEARING OF MOTION TO COMPEL DEPOSITIONS OF CERTAIN LEGISLATOR INTERVENORS** |
| MARCIANO PLATA ,et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1       Plaintiffs hereby apply for an Order Shortening Time for hearing Plaintiffs' motion for an

2 order compelling the depositions of certain Legislator Intervenors. The hearing on the Motion is

3 currently scheduled for September 11, 2008. The attached Certificate demonstrates that the

4 hearing of the motion on shortened time is necessary because the deadline for completion of non-

5 expert discovery in the case is September 8, 2008, and the objections to the depositions were not

6 made until it was too late to schedule a hearing prior to September 11, 2008.

7       Plaintiffs provided their portion of the stipulation required by Local Rule 37-251 to

8 counsel for the Legislator Intervenors on August 24, 2008, and the matter will be ready for

9 hearing immediately upon receipt of the respondents' portion of the stipulation.

10    Dated: August 27, 2008      By:

11

12                              /s/ Edward P. Sangster

13                    JEFFREY L. BORNSTEIN
                   jeff.bornstein@klgates.com

14                    EDWARD P. SANGSTER
                   ed.sangster@klgates.com

15                    RAYMOND E. LOUGHREY
                   raymond.loughrey@klgates.com

16

17                    K&L Gates LLP
                   Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ORDER SHORTENING TIME

CASE NOS.: Civ S 90-0520 LKK-JFM, C01-1351 THE