1

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

2

3

4

5

6

7

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

8

9

10

11

12

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

13

14

15

Attorneys for Plaintiffs

16

IN THE UNITED STATES DISTRICT COURTS

17

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

18

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

19

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20

| RALPH COLEMAN, et al., <br>      Plaintiffs, <br>   vs. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | No.  Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** <br><br> **CERTIFICAT IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME FOR HEARING OF MOTION TO COMPEL DEPOSITIONS OF CERTAIN LEGISLATOR INTERVENORS** |
|---|---|
| MARCIANO PLATA ,et al., <br><br>      Plaintiffs, <br>   vs. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

21

22

23

24

25

26

27

28

CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME
CASE NOS.: Civ S 90-0520 LKK-JFM, C01-1351 THE

1    I, Edward P. Sangster, declare:

2    1.    I am a partner with the law firm of K&L Gates, attorneys for plaintiffs in both the

3    *Coleman* and *Plata* cases.  I am admitted to practice before both courts.

4    2.    This certificate is submitted in support of Plaintiffs' Application for an Order

5    Shortening Time for Hearing on Plaintiffs' Motion to Compel the Depositions of Certain

6    Legislator Intervenors.  Plaintiffs' Motion is currently set for hearing on September 11, 2008.

7    3.    A hearing before September 8, 2008 is necessary because the Court ordered that

8    depositions of all non-expert witnesses be completed on or before September 8, 2008.

9    4.    Plaintiffs could not have brought this motion earlier.  The witnesses did not object

10    to being deposed on the dates scheduled for their depositions until August 13, 2008.  It was not

11    until the following day, August 14, 2008, that it was clear an informal resolution would not be

12    possible.  August 14 was the last day to file a motion on 21 days notice and have it heard before

13    the September 8 deadline.

14    5.    On August 23, 2008, I advised opposing counsel, Chad Stegeman by email that I

15    intended to apply to the Court for an order shortening time.  Mr. Stegeman has advised me that

16    he is not available for hearing until September 5, 2008, however.  He indicated that he would be

17    out of the office and unable to commence work on the stipulation required by Local Rule 37-251

18    until after he returned to the office on August 27, 2008.

19    6.    The motion will be ready for argument immediately upon completion of the

20    stipulation.

21    7.    I therefore request that the Court schedule a hearing on Plaintiffs' Motion to

22    Compel for the earliest available date.  If the Motion can be heard on the Court's regularly

23    scheduled hearing date, September 4, there would still be adequate time to complete the

24    depositions of these witnesses before September 8 – by setting them on Saturday and Monday, if

25    necessary.

26

27

28

2

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed this 27th day of August at San Francisco, California

3

4                    By:

5

6                               /s/ Edward P. Sangster
                                EDWARD P. SANGSTER
7                               ed.sangster@klgates.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME

CASE NOS.: Civ S 90-0520 LKK-JFM, C01-1351 THE