IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

   Plaintiffs have filed an application for an order shortening time for hearing on their August 21, 2008 motion for an order compelling depositions of certain legislator intervenors. Plaintiffs' motion is presently set for hearing on September 11, 2008.[1]  After review of the record herein, and good cause appearing, plaintiffs' application for an order shortening time for hearing will be granted.  It appears to the court that requiring a stipulation pursuant to Local Rule 37-251 will be unavailing.  Accordingly, the parties will be directed to file any

---

[1] The legislator intervenors have filed a motion for protective order, which is also set for hearing on September 11, 2008.

argument that they wish to present in writing concerning the depositions at issue on or before 12:00 noon on Wednesday, September 3, 2008.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiffs' August 27, 2008 application for an order shortening time is granted;

2.  Plaintiffs' motion for an order compelling depositions of certain legislator intervenors is set for hearing on Friday, September 5, 2008 at 1:30 p.m. in a courtroom on the 8th Floor of the United States Courthouse, 501 I Street, Sacramento, California;

3.  The parties shall file any written argument with respect to the depositions at issue on or before 12:00 noon on Wednesday, September 3, 2008.

DATED: August 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/discovery32.o

2