IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS</u> |

On August 27, 2008, Plaintiffs filed a motion to remove certain exhibits filed on August 25, 2008, because such exhibits inadvertently failed to redact e-mail addresses that Defendants contend are subject to the protective orders in these cases. On the same day, Plaintiffs filed redacted versions of the affected exhibits.

With good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. In the *Plata* docket, Exhibits G-N and FF-II in docket number 1421 shall be removed; the redacted versions of these exhibits may be found at docket number 1425. In

the *Coleman* docket, Exhibits G-N and FF-II in docket number 2983 shall be removed; the redacted versions of these exhibits may be found at docket numbers 2987 and 2988.

**IT IS SO ORDERED.**

Dated:  08/28/08                    On behalf of the Court:[1]

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Under 28 U.S.C. § 2284(b)(3), a single judge on a three-judge court "may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection.  He may grant a temporary restraining order on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, unless previously revoked by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction.  A single judge shall not appoint a master, or order a reference, or hear and determine any application for a preliminary or permanent injunction or motion to vacate such an injunction, or enter judgment on the merits.  Any action of a single judge may be reviewed by the full court at any time before final judgment."