JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>**DECLARATION OF ANNE KECK IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR CLARIFICATION OF ORDER FOR PRETRIAL PREPARATION** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>vs. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

-1-
DECLARATION OF ANNE KECK IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR
CLARIFICATION OF ORDER FOR PRETRIAL PREPARATION

| | |
|---|---|
| 1 | |
| 2 | ARNOLD SCHWARZENEGGER, et al., |
| 3 | Defendants. |

I, ANNE KECK, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a Deputy County Counsel in the Office of the Sonoma County Counsel, and represent Intervenors Sheriff-Coroner William Cogbill, District Attorney Stephan Passalacqua, Chief Probation Officer Robert Ochs, and the County of Sonoma (hereinafter collectively, "Sonoma County Intervenors") in this proceeding. The matters set forth below are based on my own personal belief and, if called to testify in this matter, I could and would competently testify thereto.

2. Sonoma County Intervenors designated Sonoma County Sheriff William Cogbill as their sole percipient expert witness in this proceeding. (See Declaration of Ivy Tsai in Support of Motion for Clarification of Order for Pretrial Preparation, Exhibit "C"). Sonoma County Intervenors also designated a retained expert, David Bennett, who prepared and provided an expert report as required by this Court's Order.

3. Sonoma County Intervenors have not served any discovery on any party in this action. Conversely, Plaintiffs have served two sets of interrogatories and two sets of request for production of documents on Sonoma County Intervenors alone. Sonoma County Intervenors responded to those discovery requests prior to the date noticed for Sheriff Cogbill's deposition.

4. Intervenor Sheriff Cogbill's deposition was noticed and occurred on August 27,

-2-

1  2008. Plaintiffs' counsel, Edward Sangster of K & L Gates, took Sheriff Cogbill's deposition in his firm's San Francisco offices. The deposition lasted approximately 2 hours.

5. Mr. Sangster questioned Sheriff Cogbill using prepared pages of type-written notes several pages long. During the questioning, Mr. Sangster also referred to and used information that Sonoma County Intervenors had provided in their interrogatory responses (for example, the number of persons in the Sonoma County jails on a parole hold in June of 2008).

6. Mr. Sangster questioned Sheriff Cogbill regarding his intended expert testimony and the bases therefor. He also questioned Sheriff Cogbill on opinions he held on which the Sheriff does not intend to submit expert testimony. I did not instruct Sheriff Cogbill to refrain from answering any question; Mr. Sangster was thus able to obtain a response to all of his questions (to the extent that the witness was able to respond). While the witness was unable to respond to certain questions seeking quantifiable numbers, the witness did indicate where such information could be found or located. In addition, I questioned Sheriff Cogbill on the record regarding the subject area of his intended opinion testimony, to fully flush it out for the benefit of Plaintiffs and Defendants.

7. Off the record, Mr. Sangster indicated that he understood the opinion testimony Sheriff Cogbill intended to present, and did not see the need to conduct any further questioning regarding it at this time.

8. Accordingly, Plaintiffs' counsel appeared well-prepared to conduct Sheriff Cogbill's deposition, used specific information Sonoma County Intervenors provided in

-3-

1  response to interrogatories to tailor his questions, questioned the witness using a type-
2  written outline several pages long regarding issues in dispute, and was provided with
3
4  ample opportunity to delve into the opinions and underlying information relied on by the
5  witness.  There is no evidence that Plaintiffs were prejudiced in any respect by the lack of
6  an expert report by Sheriff Cogbill.
7      I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.
9
10      Executed this 29th day of August, 2008, in Santa Rosa, California.

    _____

                           _____
                            ANNE KECK

-4-
DECLARATION OF ANNE KECK IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR
CLARIFICATION OF ORDER FOR PRETRIAL PREPARATION