ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. CIV S-90-0520 LKK JFM P <br><br> THREE-JUDGE COURT <br><br> **DECLARATION OF THERESA FUENTES IN SUPPORT OF REPLY TO PLAINTIFFS' CORRECTED OPPOSITION TO DEFENDANT INTERVENORS' MOTION FOR CLARIFICATION FOR PRE-TRIAL PREPARATION** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 THE <br><br> THREE-JUDGE COURT |

I, Theresa Fuentes, declare:

1. I am a Deputy County Counsel with the County of Santa Clara's Office of the County Counsel, attorneys of record for intervenor County of Santa Clara. I am licensed to practice law before all courts in the State of California. I have personal knowledge of all

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl of T. Fuentes ISO Reply to Pltfs' Corrected
Opp re Clarification for Pre-Trial Preparation        1        CIV S-90-0520 LKK JFM P

matters set forth below, except for those matters asserted on information and belief, which matters I believe to be true. If called upon to testify to the matters set forth below, I could and would testify competently thereto.

2. On August 25, 2008, Plaintiffs filed an Opposition to Defendant Intervenors' Motion for Clarification of Order for Pre-Trial Preparation (the "Opposition"). In that Opposition, Plaintiffs stated that the County of Santa Clara (the "County") designated three expert witnesses "without providing any reports by the Court ordered deadline." (Opposition at 4:17-24.)

3. On August 25, 2008, Plaintiffs filed the Declaration of Sara Norman in Support of Plaintiffs' Opposition to Defendant Intervenors' Motion for Clarification of Order for Pretrial Preparation (the "Declaration"). Ms. Norman stated in her Declaration that she was attaching a "true and correct" copy of the "County of Santa Clara's Disclosure of Witnesses, served on August 15, 2008." Ms. Norman did not attach the County's August 15, 2008 disclosure of expert witnesses, but rather attached the County's disclosure of witnesses dated August 1, 2008, which was submitted in connection with the deadline to disclose percipient witnesses.

4. A true and correct copy of the County's disclosure of expert witnesses, submitted August 15, 2008 is attached as Exhibit A. As stated therein, the County submitted expert reports for all four of the disclosed witnesses, including the non-retained County employees, subject to the Intervenors' Motion for Clarification of Order for Pre-Trial Preparation, and without waiving the County's rights to withdraw, modify, amend or supplement the reports once the Court has ruled on the motion.

5. Upon receipt of the Opposition and Declaration, I called Plaintiffs' counsel, Sara Norman, and advised her that she had attached the wrong document to her Declaration, and misstated in the Opposition that the County did not submit expert reports with its August 15, 2008 disclosure. Ms. Norman advised that she would file a correction.

6. Subsequent to my discussion with Ms. Norman, on August 25, 2008, Plaintiffs filed a Corrected Opposition to Defendant Intervenors' Motion for Clarification of Order for Pre-Trial Preparation omitting the erroneous reference to the County having submitted disclosures without expert reports. Upon information and belief, the Declaration has not been amended and

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl of T. Fuentes ISO Reply to Pltfs' Corrected
Opp re Clarification for Pre-Trial Preparation    2    CIV S-90-0520 LKK JFM P

1 | still contains the incorrect August 1, 2008 disclosure, and not the correct August 15, 2008
2 | disclosure.
3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct and that this Declaration is executed by me in San Jose, California,
5 | on August 29, 2008.

*Theresa Fuentes*

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl of T. Fuentes ISO Reply to Pltfs' Corrected
Opp re Clarification for Pre-Trial Preparation     3     CIV S-90-0520 LKK JFM P

Exhibit A

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** <br><br> **COUNTY OF SANTA CLARA'S DISCLOSURE OF EXPERT WITNESSES** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

Pursuant to the Court's Order dated July 2, 2008 and Federal Rule of Civil Procedure 26, the County of Santa Clara (the "County") discloses the identify of the following persons who may be used at trial to present expert opinion evidence and testimony:

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County of Santa Clara's Disclosure
of Expert Witnesses                    -1-                    CIV S-90-0520 LKK JFM P
                                                              C01-1351 TEH

### Retained Expert

1. Paul McIntosh, Executive Director, California State Association of Counties (CSAC), 1100 K Street, Suite 101, Sacramento, CA 95814, 916-327-7500. Mr. McIntosh is expected to give testimony regarding the negative impacts of a prisoner release order on counties statewide. Mr. McIntosh's curriculum vitae and expert report are attached. The County reserves the right to supplement this report should additional information be provided.

### Non-Retained Experts

Each of the following individuals is a non-retained percipient and expert witness, whose testimony will pertain to matters within the scope of his or her employment with the County. None of these witnesses is retained or specially employed to provide expert testimony in this case, and none of these witnesses' duties as County employees regularly involve giving expert testimony. The County has joined the Intervenor's Motion for Clarification of Order for Pre-Trial Preparation filed August 14, 2008 (the "Motion"), which requests, among other things, that the court clarify its July 2, 2008 order to confirm that witnesses who are parties and/or employees of parties who are not experts retained or specially employed to provide expert testimony in this case are not required to prepare written and signed expert reports. For all of the reasons stated in the Motion, the County objects to producing expert reports for these witnesses. Nonetheless, out of an abundance of caution, we are submitting expert reports subject to the constraints stated in the Motion, and without waiving the County's rights to withdraw, modify, amend or supplement these reports once the Court has ruled on the Motion.

1. Gary Graves, Assistant County Executive, 70 W. Hedding, 11th Floor, San Jose, CA 95110; Tel.: (408) 299-5105. Mr. Graves is expected to provide testimony regarding the County's budget and fiscal status, County programs, services and operations, the cost of and resources needed for County programs, services and operations, and the adverse impact of a prisoner release order on those programs, services and operations. Mr. Graves' curriculum vitae and expert report are attached. The County reserves the right to supplement this report should additional information be provided, and as indicated above.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County of Santa Clara's Disclosure
of Expert Witnesses                -2-

CIV S-90-0520 LKK JFM P
C01-1351 TEH

2. Dr. Nancy Pena, Director of Mental Health Services, 828 S. Bascom Ave., Suite 200, San Jose, CA 95128; Tel.: (408) 885-5770. Dr. Pena is expected to provide testimony regarding the County's mental health programs and services, the cost of providing treatment to the mentally ill in the County, and the adverse impact of a prisoner release order on County services to the mentally ill. Dr. Pena's curriculum vitae and expert report are attached. The County reserves the right to supplement this report should additional information be provided, and as indicated above.

3. Robert Garner, Director of Department of Alcohol and Drug Services, 976 Lenzen Avenue, Third Floor, San Jose, CA 95128, Tel.: (408) 792-5680. Mr. Garner is expected to provide testimony regarding the County's substance abuse treatment programs and services, the cost of providing substance abuse treatment and treatment to the mentally ill in the County, and the adverse impact of a prisoner release order on County substance abuse treatment services. The County reserves the right to supplement this report should additional information be provided, and as indicated above.

The County reserves the right to name rebuttal expert witnesses upon identification by plaintiffs of their expert witnesses. The County reserves the right to offer expert opinion from witnesses called by other parties.

Dated: August 15, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
THERESA J. FUENTES
Deputy County Counsel
Attorneys for Intervenor
COUNTY OF SANTA CLARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County of Santa Clara's Disclosure
of Expert Witnesses                    -3-                    CIV S-90-0520 LKK JFM P
                                                              C01-1351 TEH