PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., Plaintiffs, vs. ARNOLD SCHWARZENEGGER, et al., Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br>**SUPPLEMENTAL DECLARATION OF EDWARD P. SANGSTER ISO MOTION FOR ORDER COMPELLING DEPOSITIONS OF CERTAIN LEGISLATOR INTERVENORS**<br>Date: September 5, 2008<br>Time: 1:30 p.m.<br>Courtroom.: 26 - 8th Floor |
| MARCIANO PLATA, et al., Plaintiffs, vs. ARNOLD SCHWARZENEGGER, et al., Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT** |

I, Edward P. Sangster, hereby declare and say:

1. I am filing this supplemental declaration in support of Plaintiffs' Motion for an Order Compelling the Depositions of Certain Legislator Intervenors.

2. Since the filing of my original declaration in support of this motion, I have learned that Assemblyman Michael Villines and Senator Dave Cogdill are listed as delegates to the Republican National Convention. Attached hereto as Exhibit A is a page from a website, "CAGOPDelegation.org," which purports to attach a list of delegates to the Republican National Convention, along with a list of the delegates. The list of delegates includes Senator Dave Cogdill (page 4 of 10) and Assemblyman Michael Villines (page 10 of 10). If these witnesses are, in fact, attending the convention, then the assertion by their counsel that they cannot spare the time from the legislative session to be deposed is unfounded.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct executed this 26th day of August at San Francisco, California.

/s/ Edward P. Sangster
EDWARD P. SANGSTER

K&L Gates LLP
Attorneys for Plaintiffs

# EXHIBIT A



HOME ★ GENERAL INFORMATION ★ DELEGATES ★ PRESS ROOM ★ CONTACT

## Press Portal

Welcome to the *Press Portal* - your interactive forum for connecting with the California Delegation to the 2008 Republican National Convention in Minneapolis, MN. California sends the largest delegation to the Convention, so it is no surprise that we also have the largest press contingency as well. Please note that all media wishing to cover CA Delegation events will need to be credentialed through the CA Delegation Media Office. This is separate from the RNC Communications/Media office.

It is the goal of the Media Office to provide you with the tools necessary to cover and report on the Delegation and California activities at the Convention. Our staff are looking forward to working with you in the coming months!

**Charles T. Moran**
Media Director
CA Delegation to the GOP Convention 2008

(323) 850-0072 phone
(323) 657-5351 fax
(310) 774-1258 mobile
charles@cagopdelegation.org

**Hector Barajas**
Communications Director
California Republican Party

(916) 448-9496 phone
(916) 448-9497 fax
hbarajas@cagop.org

## Media Resources

- **Download list of CA Delegates & Alternate Delegates**
- **Apply for CA Delegation Media Credentials**
- **Apply for Media Housing with the CA Delegation**
- **Add yourself to the Delegation Media Distribution List**
- **Press Officials & Contacts**
- **RNC Convention Media Office**

### Press Alerts

Monday, June 2, 2008
**Media arrangements fo**
Media arrangements for De
Burbank, CA. more...

Read More »

### CAGOP Dele

Friday, August 22, 2008
CA Delegation Announc
The California Delegation t
announces their schedule f
the Twin Cities! more...

Monday, July 28, 2008
**Delegation Announcem**
The California Delegation t
has announced the certifica
Alternate Delegates. more

Wednesday, July 23, 2008
**Bush to speak on Mond**
The White House Announc
speak on Labor Day at the
Convention. more...

Read More »

## National Con

Friday, August 15, 2008
Convention Update- Au
more...

Wednesday, July 16, 20(
Convention Update- Ju
more...

Tuesday, June 17, 2008
Convention Update- Ju
Hello again from conven
now fewer than 76 days
Republican National Cor
continues to prepare for
join together here in Min
nominate Senator John I
party's... more...





Kathy Tavoularis
Executive Director
California 2008 GOP Delegation
Republican National Convention

Paid for by California 2008 GOP Dele
Tax ID # 26-2108486
FEC ID # C00446708

1903 W. Magnolia Blvd • Burbank, CA 91506 • Phone: (818) 841-5210 ;





## CALIFORNIA DELEGATION TO THE 2008 GOP CONVENTION
## CALIFORNIA DELEGATES & ALTERNATE DELEGATES

### The Hon. Bill Jones
### Delegation Chairman

The Hon. Steve Poizner
State Insurance Commissioner
Delegation Vice Chairman

The Hon. Pete Wilson
Former California Governor
Delegation Vice Chairman

Ron Nehring
CA Republican Party Chairman
Delegation Vice Chairman

The Hon. Jeff Denham
California State Senator
Delegation Vice Chairman

### Committee Assignments

| Platform/Resolutions | Permanent Organization | Credentials | Rules |
|---|---|---|---|
| Rep. Kevin McCarthy, *Chairman* | Sonia Denham | John Peschong | Rob Laurie |
| Jenifer Russo | Hon. Van Tran | Hon. Rosario Marin | Jill Buck |

---

### Delegation Listed by Congressional District

Doug Pharr
Congressional District # 1 - Delegate

J. Scott Pfeiffer
Congressional District # 2 - Delegate

Mark Ujifusa
Congressional District # 1 - Delegate

Don Schrader
Congressional District # 2 - Delegate

Kathleen Johnson
Congressional District # 1 - Alternate Delegate

Jalene Forbis
Congressional District # 2 - Alternate Delegate

Brice Jones
Congressional District # 1 - Alternate Delegate

R. Judd Hanna
Congressional District # 2 - Alternate Delegate

Bill Clayton Pauli
Congressional District # 1 - Alternate Delegate

Ann Meyer
Congressional District # 2 - Alternate Delegate

Al Montna
Congressional District # 2 - Delegate

Dan Dunmoyer
Congressional District # 3 - Delegate

Gerry Kamilos
Congressional District # 3 - Delegate

Dan Lungren
Congressional District # 3 - Delegate

Dave Cox
Congressional District # 3 - Alternate Delegate

Steve Eggert
Congressional District # 3 - Alternate Delegate

Craig MacGlashan
Congressional District # 3 - Alternate Delegate

John Conforti
Congressional District # 4 - Delegate

Robert Laurie
Congressional District # 4 - Delegate

Vern Pierson
Congressional District # 4 - Delegate

Ann Whitley
Congressional District # 4 - Delegate

Gary Gall
Congressional District # 4 - Alternate Delegate

Wendy S. Mattson
Congressional District # 4 - Alternate Delegate

Kim Pruett
Congressional District # 4 - Alternate Delegate

Rob Lapsley
Congressional District # 5 - Delegate

Tom Ross
Congressional District # 5 - Delegate

Clifton Yin
Congressional District # 5 - Delegate

Susan Lapsley
Congressional District # 5 - Alternate Delegate

Andrew Shedlock
Congressional District # 5 - Alternate Delegate

Matt Wheeler
Congressional District # 5 - Alternate Delegate

Tony Helfet
Congressional District # 6 - Delegate

J. Gary Shansby
Congressional District # 6 - Delegate

Monroe Wingate
Congressional District # 6 - Delegate

Anton Hartmann
Congressional District # 6 - Alternate Delegate

Steve Lucanic
Congressional District # 6 - Alternate Delegate

John Waller
Congressional District # 6 - Alternate Delegate

Mike Gomez
Congressional District # 7 - Delegate

Norman Reece
Congressional District # 7 - Delegate

Brad Ritch
Congressional District # 7 - Alternate Delegate

Catherine Ritch
Congressional District # 7 - Alternate Delegate

Andrew Cummins
Congressional District # 8 - Delegate

Joe Harper
Congressional District # 8 - Delegate

David Pottruck
Congressional District # 8 - Delegate

Nico Beck
Congressional District # 8 - Alternate Delegate

Mike Hutchings
Congressional District # 8 - Alternate Delegate

Stephen Savas
Congressional District # 9 - Delegate

John Storella
Congressional District # 9 - Delegate

Sean Walsh
Congressional District # 9 - Delegate

Noel Knight
Congressional District # 9 - Alternate Delegate

Donald Marshall
Congressional District # 9 - Alternate Delegate

Tom Bramell
Congressional District # 10 - Delegate

John Herrington
Congressional District # 10 - Delegate

Tim LeFever
Congressional District # 10 - Delegate

Dustin Bramell
Congressional District # 10 - Alternate Delegate

Richard Hallock
Congressional District # 10 - Alternate Delegate

Chad Thomas
Congressional District # 10 - Alternate Delegate

Jill Buck
Congressional District # 11 - Delegate

Dean Andal
Congressional District # 11 - Alternate Delegate

Michael Maletic
Congressional District # 12 - Delegate

Sean McAvoy
Congressional District # 12 - Delegate

Chuck McDougald
Congressional District # 12 - Delegate

Neal Kaufman
Congressional District # 12 - Alternate Delegate

Mark Manber
Congressional District # 12 - Alternate Delegate

Deborah Wilder
Congressional District # 12 - Alternate Delegate

Ray Grangoff
Congressional District # 13 - Delegate

Jenniffer Rodriguez
Congressional District # 13 - Delegate

Carly Fiorina
Congressional District # 14 - Delegate

Michael Moe
Congressional District # 14 - Delegate

John B. Taylor
Congressional District # 14 - Delegate

Margaret Whitman
Congressional District # 14 - Delegate

Keen Butcher
Congressional District # 14 - Alternate Delegate

Roger Riffenburgh
Congressional District # 14 - Alternate Delegate

Duf Sundheim
Congressional District # 14 - Alternate Delegate

Jayne Ham
Congressional District # 15 - Delegate

Lisa Marshik
Congressional District # 15 - Delegate

Laurette Mayo
Congressional District # 15 - Delegate

Luis Buhler
Congressional District # 15 - Alternate Delegate

Tony Coughlan
Congressional District # 15 - Alternate Delegate

Jennifer Cunneen
Congressional District # 16 - Delegate

Jim Cunneen
Congressional District # 16 - Delegate

David Springer
Congressional District # 16 - Delegate

Jean Chain Lu
Congressional District # 16 - Alternate Delegate

Cameron MacKenzie
Congressional District # 16 - Alternate Delegate

James W. Fuller
Congressional District # 17 - Delegate

Peter Newman
Congressional District # 17 - Delegate

Tom Ramsey
Congressional District # 17 - Delegate

Susan Marie Marshall Allen
Congressional District # 17 - Alternate Delegate

Frank Gamez
Congressional District # 17 - Alternate Delegate

Victor Marani
Congressional District # 17 - Alternate Delegate

Theresa Newman
Congressional District # 17 - Alternate Delegate

Jeff Denham
Congressional District # 18 - Delegate

Sonia Denham
Congressional District # 18 - Delegate

**Dave Cogdill**
**Congressional District # 19 - Delegate**

Bill Jones
Congressional District # 19 - Delegate

Kristan O'Neill
Congressional District # 19 - Alternate Delegate

Derek Walter
Congressional District # 19 - Alternate Delegate

Doug Britton
Congressional District # 20 - Delegate

Robert Crockett
Congressional District # 20 - Alternate Delegate

Donald Eiland
Congressional District # 20 - Alternate Delegate

Prudence Eiland
Congressional District # 20 - Alternate Delegate

Kevin Cranney
Congressional District # 21 - Delegate

Laura Gadke
Congressional District # 21 - Delegate

Gary Schulz
Congressional District # 21 - Delegate

Antonio Campos
Congressional District # 21 - Alternate Delegate

Juliet Campos
Congressional District # 21 - Alternate Delegate

Mariann Hedstrom
Congressional District # 21 - Alternate Delegate

Marlene Sue Sario
Congressional District # 21 - Alternate Delegate

Tom Bordonaro
Congressional District # 22 - Delegate

Donna Jordan
Congressional District # 22 - Delegate

John Peschong
Congressional District # 22 - Delegate

Edie Knight
Congressional District # 22 - Alternate Delegate

Jack R. Peschong
Congressional District # 22 - Alternate Delegate

Phil Wyman
Congressional District # 22 - Alternate Delegate

Rob Bryn
Congressional District # 23 - Delegate

G. Amber Johnson
Congressional District # 23 - Delegate

Sean Baird
Congressional District # 23 - Alternate Delegate

Sue Pruner
Congressional District # 23 - Alternate Delegate

C. Neal Andrews
Congressional District # 24 - Delegate

Glen Becerra
Congressional District # 24 - Delegate

Mike Stoker
Congressional District # 24 - Delegate

Dianne Alexander
Congressional District # 24 - Alternate Delegate

Peter C. Foy
Congressional District # 24 - Alternate Delegate

Dean Graham
Congressional District # 24 - Alternate Delegate

David Blacker
Congressional District # 25 - Delegate

Adam Coffey
Congressional District # 25 - Delegate

Cameron Smyth
Congressional District # 25 - Delegate

Terry E. Caldwell
Congressional District # 25 - Alternate Delegate

Lena Smyth
Congressional District # 25 - Alternate Delegate

Gary Tucker
Congressional District # 25 - Alternate Delegate

Mark Lee Bertone
Congressional District # 26 - Delegate

Jeffrey Scott Burum
Congressional District # 26 - Delegate

Bill McLaughlin
Congressional District # 26 - Delegate

Ronald Wanglin
Congressional District # 26 - Delegate

Paul Biane
Congressional District # 26 - Alternate Delegate

Robert Pacheco
Congressional District # 26 - Alternate Delegate

Joel Fox
Congressional District # 27 - Delegate

William Schmidt
Congressional District # 27 - Delegate

Helen Seliverstov
Congressional District # 27 - Delegate

John Ziegler
Congressional District # 27 - Alternate Delegate

James Adams
Congressional District # 28 - Delegate

Leslie Goodman
Congressional District # 28 - Delegate

David Rappel
Congressional District # 28 - Delegate

Tod Burnett
Congressional District # 28 - Alternate Delegate

Pat Clarey
Congressional District # 28 - Alternate Delegate

Russell Doe
Congressional District # 28 - Alternate Delegate

James Boyd
Congressional District # 29 - Delegate

Tirso Del Junco
Congressional District # 29 - Delegate

Nancy Iredale
Congressional District # 29 - Delegate

William Cleary
Congressional District # 29 - Alternate Delegate

Eric Fox
Congressional District # 29 - Alternate Delegate

John Quintanilla
Congressional District # 29 - Alternate Delegate

Margaret Bloomfield
Congressional District # 30 - Delegate

Richard Roeder
Congressional District # 30 - Delegate

Florence Sloan
Congressional District # 30 - Delegate

Nicholas Hariton
Congressional District # 30 - Alternate Delegate

Paula Meehan
Congressional District # 30 - Alternate Delegate

C. Frederick Wehba
Congressional District # 30 - Alternate Delegate

Hector Barajas
Congressional District # 31 - Delegate

Doyle Borden
Congressional District # 31 - Delegate

Miryam Mora-Barajas
Congressional District # 31 - Delegate

Abby Marie
Congressional District # 31 - Alternate Delegate

Nicholas Duran
Congressional District # 32 - Delegate

Daniel Healy
Congressional District # 32 - Delegate

Linna Loangkote
Congressional District # 32 - Delegate

Walt Allen
Congressional District # 32 - Alternate Delegate

Mike Spence
Congressional District # 32 - Alternate Delegate

Barry Cohon
Congressional District # 33 - Delegate

David Lasdon
Congressional District # 33 - Delegate

Steve Majors
Congressional District # 33 - Delegate

Ray Martin
Congressional District # 33 - Alternate Delegate

Tom Meline
Congressional District # 33 - Alternate Delegate

Johnnie Morgan
Congressional District # 33 - Alternate Delegate

Pedro Nelson Galindo
Congressional District # 34 - Delegate

Rosario Marin
Congressional District # 34 - Delegate

Richard Allen
Congressional District # 35 - Delegate

Mark Eisen
Congressional District # 35 - Delegate

Maureen Johnson
Congressional District # 35 - Delegate

Farima Czyzyk
Congressional District # 35 - Alternate Delegate

David Herbst
Congressional District # 35 - Alternate Delegate

James Spencer
Congressional District # 35 - Alternate Delegate

Bill Bloomfield
Congressional District # 36 - Delegate

Patti Bloomfield
Congressional District # 36 - Delegate

Stephen Kinney
Congressional District # 36 - Delegate

David Cohen
Congressional District # 36 - Alternate Delegate

Bob Holmes
Congressional District # 36 - Alternate Delegate

Robert Pedersen
Congressional District # 36 - Alternate Delegate

Bob Shannon
Congressional District # 37 - Delegate

Cassandra Vandenberg
Congressional District # 37 - Delegate

Richard Vandenberg
Congressional District # 37 - Delegate

Paul Carter
Congressional District # 37 - Alternate Delegate

Matt Fong
Congressional District # 37 - Alternate Delegate

Luis Alvarado
Congressional District # 38 - Delegate

Andrew Geleris
Congressional District # 38 - Delegate

Josh Geleris
Congressional District # 38 - Delegate

Jonathan Geleris
Congressional District # 38 - Alternate Delegate

Janice Hawkins
Congressional District # 39 - Delegate

Phillip Hawkins
Congressional District # 39 - Delegate

Steve Nelson
Congressional District # 39 - Delegate

Lily Kuo
Congressional District # 39 - Alternate Delegate

Jacqueline Mahan
Congressional District # 40 - Delegate

Curt Pringle
Congressional District # 40 - Delegate

Pete Tavoularis
Congressional District # 40 - Delegate

George Andrews
Congressional District # 40 - Alternate Delegate

Alexis Pringle
Congressional District # 40 - Alternate Delegate

Kathy Tavoularis
Congressional District # 40 - Alternate Delegate

Tobin Brinker
Congressional District # 41 - Delegate

Mimi Song
Congressional District # 41 - Delegate

Jim Tuff
Congressional District # 41 - Delegate

Richard Brimhall
Congressional District # 41 - Alternate Delegate

Paul Cook
Congressional District # 41 - Alternate Delegate

Damon Sandoval
Congressional District # 41 - Alternate Delegate

Steve Baric
Congressional District # 42 - Delegate

Brandon Powers
Congressional District # 42 - Delegate

Eileen Rubin
Congressional District # 42 - Delegate

Wen Chang
Congressional District # 42 - Alternate Delegate

Jesse Petrilla
Congressional District # 42 - Alternate Delegate

Hal Rubin
Congressional District # 42 - Alternate Delegate

Jim Brulte
Congressional District # 43 - Delegate

Roberto Contreras
Congressional District # 43 - Delegate

Acquanetta Warren
Congressional District # 43 - Delegate

Richard Burkhart
Congressional District # 43 - Alternate Delegate

Gary Ovitt
Congressional District # 43 - Alternate Delegate

Tracy Bennett
Congressional District # 44 - Delegate

Robby Hightower
Congressional District # 44 - Delegate

Rod Pacheco
Congressional District # 44 - Delegate

Beverly Bailey
Congressional District # 44 - Alternate Delegate

Heather Gutterud
Congressional District # 44 - Alternate Delegate

John Hill
Congressional District # 44 - Alternate Delegate

John Tavaglione
Congressional District # 44 - Alternate Delegate

Karen Bonadio
Congressional District # 45 - Delegate

Robert Bonadio
Congressional District # 45 - Delegate

Larry Eastman
Congressional District # 45 - Delegate

Bonnie Garcia
Congressional District # 45 - Delegate

Jim Battin
Congressional District # 45 - Alternate Delegate

Don Genhart
Congressional District # 45 - Alternate Delegate

Michael Jeandron
Congressional District # 45 - Alternate Delegate

Steve Kuykendall
Congressional District # 46 - Delegate

Ted Stelle
Congressional District # 46 - Delegate

Van Tran
Congressional District # 46 - Delegate

Truong Diep
Congressional District # 46 - Alternate Delegate

Elaine Lovell
Congressional District # 46 - Alternate Delegate

Steve Wolowicz
Congressional District # 46 - Alternate Delegate

John Cannizzaro
Congressional District # 47 - Delegate

Alexandria Coronado
Congressional District # 47 - Delegate

Don Enders
Congressional District # 47 - Delegate

Elizabeth Moyer
Congressional District # 47 - Alternate Delegate

Dina Nguyen
Congressional District # 47 - Alternate Delegate

Trung Nguyen
Congressional District # 47 - Alternate Delegate

Dick Ackerman
Congressional District # 48 - Delegate

Buck Johns
Congressional District # 48 - Delegate

Barbara Keller
Congressional District # 48 - Delegate

Heather Harwell
Congressional District # 48 - Alternate Delegate

Kevin Muldoon
Congressional District # 48 - Alternate Delegate

John Saunders
Congressional District # 48 - Alternate Delegate

Teresa Dix
Congressional District # 49 - Delegate

Patrick Ord
Congressional District # 49 - Delegate

Bruce Thompson
Congressional District # 49 - Delegate

Lorelei Kinder
Congressional District # 49 - Alternate Delegate

Art Peterson
Congressional District # 49 - Alternate Delegate

Mary E. Peterson
Congressional District # 49 - Alternate Delegate

Sam Hardage
Congressional District # 50 - Delegate

John Heubusch
Congressional District # 50 - Delegate

Gerry Parsky
Congressional District # 50 - Delegate

Mindy Fletcher
Congressional District # 50 - Alternate Delegate

Clayton Fuller
Congressional District # 50 - Alternate Delegate

Mary Humphrey
Congressional District # 50 - Alternate Delegate

Chuck Smith
Congressional District # 51 - Delegate

Thomas Topuzes
Congressional District # 51 - Delegate

Tamara Smith
Congressional District # 51 - Alternate Delegate

Kelly Burt
Congressional District # 52 - Delegate

James Davies
Congressional District # 52 - Delegate

Tony Krvaric
Congressional District # 52 - Delegate

Joel Anderson
Congressional District # 52 - Alternate Delegate

Christine Rubin
Congressional District # 52 - Alternate Delegate

Pete Saxon
Congressional District # 52 - Alternate Delegate

Benjamin Bosanac
Congressional District # 53 - Delegate

Tom Nassif
Congressional District # 53 - Delegate

George Plescia
Congressional District # 53 - Delegate

Doug Barnhart
Congressional District # 53 - Alternate Delegate

Hal Furman
Congressional District # 53 - Alternate Delegate

Michael McNitt
Congressional District # 53 - Alternate Delegate

Michael Edward Kelly
Congressional District # At Large - Alternate Delegate

Robert W. Naylor
At Large - Alternate Delegate

Nathan Fletcher
At Large - At-Large Delegate

Gary Hunt
California - At-Large Delegate

Ron Kinder
California - At-Large Delegate

Daniel Kramer
California - At-Large Delegate

Kevin McCarthy
California - At-Large Delegate

Steve Poizner
California - At-Large Delegate

Jenifer Russo
California - At-Large Delegate

Bill Simon
California - At-Large Delegate

Mike Villines
California - At-Large Delegate

Pete Wilson
California - At-Large Delegate

George Argyros
California - Bonus At-Large Delegate

Barbara Alby
California - RNC Delegate

Tim Morgan
California - RNC Delegate

Ron Nehring
California - RNC Delegate

Stacy Davis
California - At-Large Alternate Delegate

Jon Fleischman
California - At-Large Alternate Delegate

Rex Hime
California - At-Large Alternate Delegate

Tony Russo
California - At-Large Alternate Delegate

Harry Sloan
California - At-Large Alternate Delegate

Joel Strom
California - At-Large Alternate Delegate

Frank De Lima
California - Bonus At-Large Alternate Delegate