1  STEVEN S. KAUFHOLD (SBN 157195)  skaufhold@akingump.com
2  CHAD A. STEGEMAN (SBN 225745)  cstegeman@akingump.com
   Akin Gump Strauss Hauer & Feld LLP
3  580 California, 15th Floor
   San Francisco, California 94104-1036
4  Telephone:     415-765-9500
   Facsimile:     415-765-9501
5  Attorneys for Republican Assembly and Senate
   Intervenors
6

7

8                    IN THE UNITED STATES DISTRICT COURTS

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10            AND THE NORTHERN DISTRICT OF CALIFORNIA

11        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

| 14 | RALPH COLEMAN, et al., | Case No.: CIV S-90-0520 LKK JFM P |
|---|---|---|
| 15 | Plaintiffs, | **THREE-JUDGE COURT** |
| 16 | vs. | |
| 17 | ARNOLD SCHWARZENEGGER, et al., | |
| 18 | Defendants. | |
| 19 | MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH |
| 20 | Plaintiffs, | **THREE-JUDGE COURT** |
| 21 | vs. | **DECLARATION OF CHAD A.** |
| 22 | ARNOLD SCHWARZENEGGER, et al., | **STEGEMAN IN SUPPORT OF** |
|    |  | **LEGISLATOR INTERVENORS'** |
|    |  | **MOTION FOR PROTECTIVE ORDER** |
| 23 | Defendants. | |

24

25

26

27

28

1

I, Chad A. Stegeman, declare:

1.      I am an attorney for the Republican Assembly and Senator Intervenors (the "Legislator Intervenors").

2.      The facts set forth below are of my own personal, first-hand knowledge.  If called as a witness, I could and would testify competently to all such facts.

3.      The Legislator Intervenors bring this motion after having met and conferred with counsel for Plaintiffs regarding these depositions.

4.      Plaintiffs did not respond to the Legislator Intervenors' July 15, 2008 letter (Exhibit I below).

5.      The "Big Five" is an informal institution of California state government, consisting of the Governor, the Assembly speaker, the Assembly minority speaker (Assemblyman Villines), the Senate president pro tempore, and the Senate minority leader (Senator Cogdill).  Members of the Big Five meet in private to discuss bills pending in the Legislature.  As party leaders, they are the primary negotiators of the State budget.  While Assemblyman Spitzer and Senator Runner are not part of the Big Five, they also hold positions of leadership and are involved in the passage of the budget.

6.      Attached hereto as Exhibit A is a true and correct copy of Coleman Plaintiffs' July 1, 2008 Notice of Deposition of Dave Cogdill, Dick Ackerman, Michael M. Villines and Todd Spitzer for July 16, 2008, July 18, 2008, July 25, 2008 and July 29, 2008, respectively.

7.      Attached hereto as Exhibit B is a true and correct copy of Coleman Plaintiffs' August 8, 2008, Notice of Deposition of Dave Cogdill and Michael M. Villines for August 18, 2008, and George Runner and Todd Spitzer for August 19, 2008.

8.      Attached hereto as Exhibit C is a true and correct copy of a letter from Teresa Wang to Edward Sangster dated July 9, 2008.

9.      Attached hereto as Exhibit D is a true and correct copy of a letter from Edward Sangster to Teresa Wang dated July 9, 2008.

10.     Attached hereto as Exhibit E is a true and correct copy of an e-mail exchange between Edward Sangster and Steve Kaufhold, dated August 11, 2008 through August 13, 2008.

DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF THE LEGISLATOR INTERVENORS'
MOTION FOR PROTECTIVE ORDER

11.     Attached hereto as Exhibit F are true and correct copies of e-mail exchanges between Chad Stegeman and Edward Sangster, dated August 14, 2008.

12.     Attached hereto as Exhibit G is a true and correct copy of an e-mail from Edward Sangster to all counsel of record dated July 15, 2008.

13.     Attached hereto as Exhibit H is a true and correct copy of the Three-Judge Court's July 2, 2008 Order for Pretrial Preparation.

14.     Attached hereto as Exhibit I is a true and correct copy of a letter from Teresa Wang to Edward Sangster dated July 15, 2008.

15.     Attached hereto as Exhibit J is a true and correct copy of an e-mail sent by Plaintiffs on August 15, 2008, to all counsel, and its attachment (Deposition Master Calendar).

16.     Attached hereto as Exhibit K are true and correct copies of Plaintiffs' Deposition Notices beyond those listed in Exhibit J.  The Defendants have also noticed the depositions of nine expert witnesses and at least five trial witnesses designated by the CCPOA.

17.     Attached hereto as Exhibit L is a true and correct copy of Notice of Deposition of Christopher Mumola by written questions, served July 2, 2008.

18.     Attached hereto as Exhibit M is a true and correct copy of an e-mail sent by Chad Stegeman to all counsel of record dated August 15, 2008, and its attachment (Legislative Intervenors' objections to Plaintiffs' Notice of Deposition).

19.     Attached hereto as Exhibit N are true and correct copies of the following news articles: Justin Ewers, *In Budget Showdown, Schwarzenegger Threatens Minimum Wage for State Employees*, USNEWS.com, July 24, 2008; Aurelio Rojas, *Bid to sell billions in state surplus property is bogged down*, SACRAMENTO BEE, July 21, 2008; *Lawmakers move to protect turtles*, MONTEREY COUNTY HERALD, July 17, 2008; Matthew Yi, *Governor frets over dawdling on budget*, SAN FRANCISCO CHRONICLE, July 16, 2008, at B1.

20.     The Legislator Intervenors did not name Senator Cogdill or Assemblyman Villines as trial witnesses because they would be cumulative of testimony offered by Senator Runner and Assemblyman Spitzer.  Further, we are not aware of discoverable information that Senator Cogdill and Assemblyman Villines possess that Senator Runner and Assemblyman Spitzer do not.

DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF THE LEGISLATOR INTERVENORS'
MOTION FOR PROTECTIVE ORDER

21.    The Senate met on Labor Day and will meet each day until there is a budget.  Attached hereto as Exhibit O is a true and correct copy of the following newspaper article:  *The Buzz: California Senate called to work on Labor Day*, sacbee.com, Sep. 2, 2008.  Also, the Assembly is scheduled to meet at the time of filing this declaration.  The Legislator Intervenors are embroiled in a budget deadlock that requires their full attention.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed by me this 3rd day of September, 2008.

By:    _____/s/_____
                    Chad A. Stegeman

DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF THE LEGISLATOR INTERVENORS'
MOTION FOR PROTECTIVE ORDER