# EXHIBIT A

1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   E. IVAN TRUJILLO, Bar No. 228790
3  SARA NORMAN, Bar No. 189536
   ALISON HARDY, Bar No. 135966
4  REBEKAH EVENSON, Bar No. 207825
5  1917 Fifth Street
   Berkeley, CA 94710
6  Telephone: (510) 280-2621

7  K&L Gates LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358
8  EDWARD P. SANGSTER, Bar No. 121041
   RAYMOND E. LOUGHREY, Bar No. 194363
9  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
10 Telephone: (415) 882-8200

11
12 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
13 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
14 San Francisco, CA 94107
   Telephone: (415) 864-8848
15
16 Attorneys for Plaintiffs

   ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN, Bar No. 96891
   JANE E. KAHN, Bar No. 112239
   AMY WHELAN, Bar No. 215675
   LORI RIFKIN, Bar No. 244081
   LISA ELLS, Bar No. 243657
   315 Montgomery Street, 10th Floor
   San Francisco, California 94104
   Telephone: (415) 433-6830

   BINGHAM, McCUTCHEN, LLP
   WARREN E. GEORGE, Bar No. 53588
   Three Embarcadero Center
   San Francisco, California 94111
   Telephone: (415) 393-2000

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**COLEMAN PLAINTIFFS' NOTICE OF DEPOSITION OF CERTAIN LEGISLATOR INTERVENORS** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1    TO EACH PARTY AND EACH ATTORNEY OF RECORD:

2    YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following persons will

3 be taken on the dates, and at the times and locations, listed below:

| | Witness | Date | Time | Location |
|---|---|---|---|---|
| 5 6 7 | Dave Cogdill | July 16, 2008 | 9:30 a.m. | Phillips Legal Services 350 University Ave., Ste. 270 Sacramento, CA 95825 (916) 927-3600 |
| 8 9 | Dick Ackerman | July 18, 2008 | 9:30 a.m. | Phillips Legal Services 350 University Ave., Ste. 270 Sacramento, CA 95825 (916) 927-3600 |
| 10 11 12 | Michael M. Villines | July 25, 2008 | 9:30 a.m. | Phillips Legal Services 350 University Ave., Ste. 270 Sacramento, CA 95825 (916) 927-3600 |
| 13 14 | Todd Spitzer | July 29, 2008 | 9:30 a.m. | Phillips Legal Services 350 University Ave., Ste. 270 Sacramento, CA 95825 (916) 927-3600 |

16    The deponents are parties to this action.  Each deponent is required to produce the following

17 documents at their depositions:

18    These depositions will recorded by stenographic means and may be videotaped.

20 Dated:  July 1, 2008     By:

*Raymond E. Loughrey*

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

2

# EXHIBIT B

1  PRISON LAW OFFICE                          ROSEN, BIEN & GALVAN, LLP
2  DONALD SPECTER, Bar No. 83925              MICHAEL W. BIEN, Bar No. 96891
   STEVEN FAMA, Bar No. 99641                 JANE E. KAHN, Bar No. 112239
3  E. IVAN TRUJILLO, Bar No. 228790           AMY WHELAN, Bar No. 215675
   SARA NORMAN, Bar No. 189536                LORI RIFKIN, Bar No. 244081
4  ALISON HARDY, Bar No. 135966               LISA ELLS, Bar No. 243657
   REBEKAH EVENSON, Bar No. 207825            315 Montgomery Street, 10th Floor
5  1917 Fifth Street                          San Francisco, California  94104
   Berkeley, CA  94710                        Telephone: (415) 433-6830
6  Telephone:  (510) 280-2621

7  K&L Gates LLP                              BINGHAM, McCUTCHEN, LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358        WARREN E. GEORGE, Bar No. 53588
8  EDWARD P. SANGSTER, Bar No. 121041         Three Embarcadero Center
   RAYMOND E. LOUGHREY, Bar No. 194363        San Francisco, California  94111
9  55 Second Street, Suite 1700               Telephone: (415) 393-2000
   San Francisco, CA  94105-3493
10 Telephone:  (415) 882-8200

11

12 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
13 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
14 San Francisco, CA  94107
   Telephone:  (415) 864-8848
15
   Attorneys for Plaintiffs
16
                  IN THE UNITED STATES DISTRICT COURTS
17
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
18               AND THE NORTHERN DISTRICT OF CALIFORNIA
           UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN, et al.,                     No. Civ S 90-0520 LKK-JFM P

              Plaintiffs,                     **THREE-JUDGE COURT**
21
         vs.                                  **PLAINTIFFS' NOTICE OF DEPOSITION OF**
22 ARNOLD SCHWARZENEGGER, et al.,             **CERTAIN INTERVENORS**

              Defendants.
23
   MARCIANO PLATA, et al.,                    No. C01-1351 TEH
24

25            Plaintiffs,                     **THREE-JUDGE COURT**

26       vs.

27 ARNOLD SCHWARZENEGGER, et al.,

              Defendants.
28
   ─────────────────────────────────────────────────────
                                       1
                    PLAINTIFFS' NOTICE OF DEPOSITION OF CERTAIN INTERVENORS
                       Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-159766 v1 0903375-00001

TO EACH PARTY AND EACH ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following persons will be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---|---|---|---|
| Dave Cogdill | August 18, 2008 | 9:00 a.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Michael M. Villines | August 18, 2008 | 1:00 p.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| George Runner | August 19, 2008 | 9:00 a.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Todd Spitzer | August 19, 2008 | 1:00 p.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Rich Word | August 20, 2008 | 9:00 a.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Martin Ryan | August 20, 2008 | 1:00 p.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Mike Harden | August 21, 2008 | 9:00 a.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |
| Roy Wasden | August 21, 2008 | 1:00 p.m. | Phillips Legal Services<br>350 University Ave., Ste. 270<br>Sacramento, CA 95825<br>(916) 927-3600 |

PLAINTIFFS' NOTICE OF DEPOSITIONOF CERTAIN INTERVENORS
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

| Duane Bay | August 21, 2008 | 9:00 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |
|---|---|---|---|
| Greg Munks | August 21, 2008 | 1:00 p.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |
| Adam Christianson | August 25, 2008 | 10:00 a.m. | Clair & Bossi<br>2155 W. March Lane<br>Suite 1A<br>Stockton, CA 95207<br>Phone: 209-477-1800 |
| David Boesch | August 26, 2008 | 9:00 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |
| Beverly Johnson | August 26, 2008 | 1:00 p.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |
| Gary Graves | August 28, 2008 | 9:00 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |

The deponents are parties to this action. These depositions will recorded by stenographic means and may be videotaped.

Dated:  August 8, 2008         By:

*Edward P. Sangster*
JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

3

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

On **August 8, 2008**, I served the foregoing document(s):

### PLAINTIFFS' NOTICE OF DEPOSITION OF CERTAIN INTERVENORS

together with an unsigned copy of this declaration, on all interested parties in this action addressed and sent as follows:

All documents were sent to the following persons in the following manner:

Edmund G. Brown Jr.
David S. Chaney
Rochelle C. East
**rochelle.east@doj.ca.gov**
Vickie P. Whitney
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
**pmello@hansonbridgett.com**

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
**Theresa.fuentes@cco.sccgov.org**
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
**skaufhold@akingump.com**
Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Natalie Leonard
**nleonard@cbmlaw.com**
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
**akeck@sonoma-county.org**
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

1

District Attorney Intervenors
William E. Mitchell
**wemitchell@rivcoda.org**
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
**mjm@jones-mayer.com**
Michael R. Capizzi
**mrc@jones-mayer.com**
Kimberly Hall Barlow
khb@jones-mayer.com
Elizabeth R. Feffer
**erf@jones-mayer.com**
3777 North Harbor Boulevard
Fullerton, CA 92835

Rochelle East
**rochelle.East@doj.ca.gov**
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

[ XX ] **BY MAIL (By Following Office Business Practice):** By placing a true copy thereof enclosed in a sealed envelope(s). I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ] **BY FEDERAL EXPRESS**: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to each addressee(s)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 8, 2008, at San Francisco, California.

_____
**Margarita V. Reyes**

# EXHIBIT C

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

— Attorneys at Law

## FAX TRANSMISSION

### July 9, 2008

| To | Company | Fax | Phone |
|---|---|---|---|
| Edward P. Sangster, Esq. | K&L Gates | 415.882.8220 | 415.249.1028 |

**From:** Teresa Wang

**Total Pages:** 2

**Direct Dial:** 415.765.9574

**Re:** Plata v. Schwarzenegger, et al., Coleman v. Schwarzenegger, et al.

**Message:**

880220.0001/015940    Sender's email: twang@akingump.com    Sender's fax: 415.765.2546

Floor:    Secretary: Nancie Ward    Ext: 49565

☒ Return fax via Interoffice Mail    ☐ Hold fax for pickup    Fax Operation Verification: _____

The information contained in this facsimile message is attorney-client privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us by mail at the address below.

580 California, 15th Floor / San Francisco, California 94104-1036 / 415.765.9500 / fax: 415.765.9501 / akingump.com

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

———————— Attorneys at Law

Teresa Wang
415.765.9510/fax: 415.765.9501
TWang@AkinGump.Com

July 9, 2008

*Via Facsimile*

Edward P. Sangster, Esq.
K&L Gates
55 Second Street, Suite 1700
San Francisco, CA 94105

Re:  *Plata v. Schwarzenegger, et al.*, *Coleman v. Schwarzenegger, et al.*

Dear Ed:

I am writing to follow-up on our phone conversation yesterday afternoon about depositions noticed in the *Plata/Coleman* proceedings. As I pointed out in our call, we have not received notice of these depositions. We first heard that Plaintiffs intended to depose a number of our clients only yesterday, during a phone call with Defendants' counsel. Based on our understanding of the deposition schedule, our clients are not available on the dates noticed. We are open to setting a schedule that is convenient to the parties and our clients, and conforms with the Three-Judge Court's July 2, 2008 order regarding disclosure of trial witnesses and the taking of depositions of non-testifying witnesses. With this in mind, please provide us with dates of availability in August that you will be available for depositions once we have disclosed our trial witnesses.

Sincerely,

Teresa Wang

07/09/2008 16:27 FAX 4157659501          AKIN GUMP SF                    ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


     TRANSMISSION OK

     TX/RX NO                3571
     CONNECTION TEL
     CONNECTION ID
     ST. TIME                07/09 16:26
     USAGE T                 00'36
     PGS. SENT               2
     RESULT                  OK
```

# EXHIBIT D

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis
LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
415.882-8200
F  882-8220

---

## FAX

---

| | |
|---|---|
| **Date** • | July 9, 2008 |
| **Pages** • | 8 |
| **Time** • | |
| **Transmit To** • | Teresa Wang |
| **Company/Firm** • | Akin, Gump Strauss Hauer & Feld, LLP |
| **Fax No.** • | 415.765.9501 |
| **cc:** | ROSEN, BIEN & GALVAN, LLP |
| | (415) 433-7104 |
| | PRISON LAW OFFICE |
| | 510.280.2704 |
| **From** • | Edward P. Sangster |
| **Phone** • | 415.249.1028 |
| **Secretary** • | Margarita V. Reyes |
| **Phone** • | 415-249-1039 |
| **Attorney No.** • | |
| **Client/Matter Name** | |
| **Client ID/Matter No.** • | 0903375.00001 |

---

**COMMENTS:**

---

| When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction. | **Transmitted by:** | **Time:** |
|---|---|---|

---

**IMPORTANT:** The materials transmitted by this facsimile are sent by an attorney or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 650.798.6700 **(collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 650.798.6700.**
SF-131721 v1

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200    www.klgates.com

July 9, 2008

Edward P. Sangster
D 415.249.1028
Fax: 415.882.8220
ed.sangster@klgates.com

**VIA FACSIMILE 415.765.9501**

Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

Re:    <u>Plata v. Schwarzenegger, et al.; Coleman v. Schwarzenegger, et al.</u>

Dear Teresa:

This will respond to your July 9, 2008 correspondence. I checked our records, and we correctly served the original deposition notices. Other defendants received the notices. We served the notices on your office a second time yesterday. A third copy is attached to this letter. Thus, the notices have been validly served.

In terms of scheduling, I am certainly willing to try to accommodate your clients, within reason. However, I cannot agree to take depositions off calendar in a vacuum. If your clients have alternative dates to offer during the month of July, we will try to rearrange our schedules to accommodate their schedules. It is not acceptable simply to wait until August to find out when these witnesses are available. They are litigants and must make reasonable adjustments to their schedules to meet the needs of the litigation.

The Court's order does not preclude depositions before August 1st. As I am sure you are aware, the order permits parties to designate trial witnesses prior to August 1st. These Legislators will be called as witnesses by the plaintiffs.

If you are not able or willing to provide alternative dates during July, please advise me and we will make arrangements to bring the matter before the magistrate.

Very truly yours,

Edward P. Sangster

cc:    Rosen, Bien & Galvan, LLP
       Prison Law Office

SF-157441 v1

# EXHIBIT E

Coleman, et al. v. Schwarzenegger, et al.                    Page 1 of 4

Case 2:90-cv-00520-KJM-SCR    Document 3005-2    Filed 09/03/08    Page 18 of 42

## Knotz, Galit

| | |
|---|---|
| **From:** | Stegeman, Chad |
| **Sent:** | Wednesday, August 13, 2008 11:40 AM |
| **To:** | Knotz, Galit |
| **Subject:** | FW: Coleman, et al. v. Schwarzenegger, et al., Legislative Intervenors' Responses to Requests for Production |

**From:** Sangster, Edward P. [mailto:ed.sangster@klgates.com]
**Sent:** Wednesday, August 13, 2008 11:35 AM
**To:** Kaufhold, Steven; Wang, Teresa; Stegeman, Chad
**Cc:** Hardy, Alison (EXTERNAL); Specter, Don (EXTERNAL); Whelan, Amy (EXTERNAL); Bien, Michael (EXTERNAL); Rifkin, Lori (EXTERNAL); Norman, Sara (EXTERNAL); Rebekah Evenson
**Subject:** RE: Coleman, et al. v. Schwarzenegger, et al., Legislative Intervenors' Responses to Requests for Production

Thank you for the advance notice, Steve, but your unilateral decision not to attend is unjustifiable.

You should know that we previously scheduled three of these four depositions for the month of July. Teresa Wang advised us that the Legislature was in session, that your clients needed to be present, and that the depositions would need to be rescheduled to accommodate their schedules. We immediately agreed to cooperate and work with their schedules. We cancelled the scheduled depositions and requested that your firm provide us with dates when the Legislators were available for their depositions.

Frankly, we got had. It turns out that the Legislature was not, in fact, in session. It adjourned no later than July 16, the date set for Mr. Cogdill's deposition. The Legislature was not in session on July 18, July 25, or July 29, the dates set for the Ackerman, Villines and Spitzer depositions. In short, they were available for their depositions in July.

As to "unilaterally" setting dates for the depositions, we requested that your firm provide us with dates convenient to the witnesses, and it has not done so. Lacking information from your firm, I do not know what alternative remained to us. Even now, no one has called or written to offer alternative dates - although given the brief time remaining in discovery it is not clear when those could be.

I do not recall ever having to involve a federal judge or magistrate in the scheduling of a deposition before, but I do not see the alternative. If there is one, I request that you call me this afternoon to discuss the matter. I gather from your email that your clients' position is not negotiable - that they are not going to appear as scheduled. Thus, if I do not hear from you or someone else, I will conclude that informal attempts to avoid a motion will have been exhausted.

Ed Sangster
K&L Gates
55 Second Street
Suite 1700
San Francisco, CA 94105-3493
Phone: 415.249.1028
Fax: 415.882.8220

(Consider the environment. Think before you print!)

Coleman, et al. v. Schwarzenegger, et al.                    Page 2 of 4

Case 2:90-cv-00520-KJM-SCR     Document 3005-2     Filed 09/03/08     Page 19 of 42

**From:** Kaufhold, Steven [mailto:skaufhold@AkinGump.com]
**Sent:** Wednesday, August 13, 2008 10:42 AM
**To:** Sangster, Edward P.; Wang, Teresa; Stegeman, Chad
**Cc:** Hardy, Alison (EXTERNAL); Specter, Don (EXTERNAL); Whelan, Amy (EXTERNAL); Bien, Michael (EXTERNAL); Rifkin, Lori (EXTERNAL); Norman, Sara (EXTERNAL); Rebekah Evenson
**Subject:** RE: Coleman, et al. v. Schwarzenegger, et al., Legislative Intervenors' Responses to Requests for Production

Ed --

I'm writing as a courtesy to you and your co-counsel to let you know that we will not be producing our clients for deposition on the dates that your office has unilaterally noticed next week. My colleague Chad Stegeman will follow up with you directly on all of the reasons this is the case but I did want to let you know sooner, rather than later, for scheduling purposes.

I trust that you have received our document production and if you have any continuing concerns, Chad will be available to discuss them with you tomorrow -- Best -- Steve

---

**From:** Sangster, Edward P. [mailto:ed.sangster@klgates.com]
**Sent:** Monday, August 11, 2008 6:18 PM
**To:** Wang, Teresa; Kaufhold, Steven; Stegeman, Chad; Lopez, Martha
**Cc:** Hardy, Alison (EXTERNAL); Specter, Don (EXTERNAL); Whelan, Amy (EXTERNAL); Bien, Michael (EXTERNAL); Rifkin, Lori (EXTERNAL); Sara Norman; Rebekah Evenson
**Subject:** Coleman, et al. v. Schwarzenegger, et al., Legislative Intervenors' Responses to Requests for Production

Dear Counsel,

This will follow up on the voicemail message I left for Chad Stegeman earlier today, and initiates the process of attempting to resolve a discovery dispute prior to the filing of a motion to compel.

The responses to the requests for production do not comply with Federal Rules of Civil Procedure, Rule 34(a)(2) (B). That rule requires that the responding party state whether or not the inspection will be permitted. All but one of the responses state that the responding parties have made a "good faith effort to obtain and produce responsive non-privileged documents." No documents were produced, however, and the responses do not make clear whether any documents were found as the result of what you described as the "good faith effort." Thus, the responses do not state whether the requested inspection will be permitted. Furthermore, since the requested inspection is now overdue, your clients have failed to comply with the requested inspection.

Your clients have unequivocally refused to comply only with Request No. 11. Request No. 11 seeks documents concerning the three-judge panel. You have objected on the grounds that the documents would not be relevant, but, of course, nothing could be more relevant. The three-judge panel is the heart of this proceeding seeking a prisoner release order, and letters, emails, memoranda and other documents discussing the panel would inevitably be relevant to the issues before the court. You have also objected on the grounds that the request seeks documents protected by the attorney-client privilege. By its terms, however, the request excluded "confidential communications between the RESPONDING PARTY and his attorneys(s)." Thus, attorney-client privileged documents were not requested. You have asserted other privileges, some of which are not recognized by the courts in the Northern and Eastern Districts. Your clients have the burden of showing that requested documents are privileged, and they have made no efforts to do so. If your clients are going to attempt to stand on the self-critical analysis privilege, or other purported privileges, then you must immediate provide a privilege log (this goes for any privileges asserted as to other categories of documents, as well). Finally, you have refused to produce these documents on the grounds that they are equally available to plaintiffs. "Equally available" is not a discovery objection, and even if it was, your clients' emails, notes, memoranda, and other documents are not equally available.

Coleman, et al. v. Schwarzenegger, et al.                                    Page 3 of 4

Case 2:90-cv-00520-KJM-SCR    Document 3005-2    Filed 09/03/08    Page 20 of 42

The depositions of the legislators are scheduled to commence next week. If it turns out that documents have been withheld from production, and if we have not received the documents in time to permit meaningful review and examination, we will seek an order permitting your clients to be deposed a second time. This should not be necessary, and can be avoided by prompt compliance with the discovery requests. All responsive documents must be delivered to my office tomorrow.


Ed Sangster
K&L Gates
55 Second Street
Suite 1700
San Francisco, CA 94105-3493
Phone: 415.249.1028
Fax: 415.882.8220


(Consider the environment. Think before you print!)


---

**From:** Choo, Claire [mailto:cchoo@akingump.com]
**Sent:** Monday, August 11, 2008 4:45 PM
**To:** Bornstein, Jeffrey L.; Hardy, Alison (EXTERNAL); Specter, Don (EXTERNAL); Whelan, Amy (EXTERNAL); rochelle.east@doj.ca.gov; lisa.tillman@doj.ca.gov; pmello@hansonbridgett.com; Charles.Antonen@doj.ca.gov; wemitchell@rivcoda.org; Sangster, Edward P.; Bien, Michael (EXTERNAL); Rifkin, Lori (EXTERNAL); misha.igra@doj.ca.gov; an.ravel@cco.sccgov.org; theresa.fuentes@cco.sccgov.org; kscott@co.santa-barbara.ca.us; mjm@jones-mayer.com; khb@jones-mayer.com; akeck@sonoma-county.org; cwoodward@co.sanmateo.ca.us; imt@jones-mayer.com; ATate@RivCoDA.org; NLeonard@cbmlaw.com
**Cc:** Wang, Teresa; Kaufhold, Steven; Stegeman, Chad; Lopez, Martha
**Subject:** Coleman, et al. v. Schwarzenegger, et al.


Dear Counsel:

Please find attached a courtesy copy of the Legislator Intervenors' Responses to Plaintiffs' First Set of Requests for Production of Documents, forwarded to you at the request of Teresa Wang. A copy of the attached has also been served on you via U.S. mail.


*Claire Choo*
*Assistant to Reginald Steer, Esq., Teresa Wang, Esq. and Mario Campos*
*Akin Gump Strauss Hauer & Feld, LLP*
*580 California Street, Suite 1500*
*San Francisco, CA 94104-1036*
*Tel: 415.765.9500*
*Fax: 415.765.9501*
*cchoo@akingump.com*
<<Legislator Intervenors' Resp and Obj to Plf's Req for Prod.pdf>>


---

IRS Circular 230 Notice Requirement: This communication is not given in the form of

The information contained in this e-mail message is intended only for the personal a

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be

Coleman, et al. v. Schwarzenegger, et al.                                    Page 4 of 4

Case 2:90-cv-00520-KJM-SCR    Document 3005-2    Filed 09/03/08    Page 21 of 42

privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at ed.sangster@klgates.com.

_____

IRS Circular 230 Notice Requirement: This communication is not given in the form of

The information contained in this e-mail message is intended only for the personal a

# EXHIBIT F

## Stegeman, Chad

| | |
|---|---|
| **From:** | Stegeman, Chad |
| **Sent:** | Thursday, August 14, 2008 12:58 PM |
| **To:** | Sangster, Edward P. |
| **Cc:** | Kaufhold, Steven; Wang, Teresa |
| **Subject:** | RE: Coleman and Plata litigation: deposition of legislative intervenors |

Ed:

Pursuant to our convesation of approximately a half hour ago, you refuse to take the depositions of Assemblyman Spitzer and Senator Runner by written questions only because it is your opinion that a deposition by written questions is not an effective way to take a deposition. I again note that contrary to your opinion, plaintiffs are taking certain expert depositions by written questions. You also insist that the depositions go forward next week despite the unreasonable lack of notice and the current legislative/executive crisis that is well-documented by the media. I reiterate that given the budget crisis and the obligations of the legislators at this time during the legislative session, our clients cannot sit for depositions next week. Further, we do not read the Court's order regarding trial witnesses to allow for the depositions of Assemblyman Villines or Senator Cogdill. The testimony of Assemblyman Villines and Senator Cogdill is cummulative and duplicative of the testimony of Assemblyman Spitzer and Senator Runner, and we have already objected to plaintiffs listing them as adverse trial witnesses. The Legislator Intervenors have not listed Assemblyman Villines or Senator Cogdill as trial witnesses, and the Court's order does not allow for these depositions without "very good cause." As discussed, this represents our attempt to meet and confer regarding the motion for protective order your position will cause us to file tomorrow or Monday.

We believe depositions pursuant to Federal Rule of Civil Procedure 31 to be a reasonable compromise for all parties under that circumstances. We urge you to reconsider your position.

Regards,

Chad Stegeman

## Knotz, Galit

**From:** Stegeman, Chad
**Sent:** Thursday, August 14, 2008 5:08 PM
**To:** Knotz, Galit
**Subject:** FW: Coleman and Plata litigation: deposition of legislative intervenors

---

**From:** Stegeman, Chad
**Sent:** Thu 8/14/2008 2:22 PM
**To:** Sangster, Edward P.
**Subject:** RE: Coleman and Plata litigation: deposition of legislative intervenors

Thanks Ed for your voice message of 11:42 a.m. I have been and am still out of the office. I will give you a call shortly. However, I'd like briefly to address a couple of points. Given the budget crisis and the obligations of the legislators at this time during the legislative session, our clients cannot sit for depositions next week. Under the extraordinary circumstances of this particular session, they will likely not be able to sit for a deposition until after the session has closed. Also, we have only listed Assemblyman Spitzer and Senator Runner as trial witnesses. We did not notice Assemblyman Villines or Senator Cogdill as trial witnesses. The testimony of Assemblyman Villines and Senator Cogdill would be cummulative and duplicative in any case, which is why they were not designated. Further, you have not responded to our earlier attempts to meet and confer regarding the depositions of Assemblyman Spitzer and Senator Runner to the extent we requested the depositions be taken by written questions. We believe this to be a reasonable compromise for all parties under that circumstances. Plaintiffs have used this procedure during the course of this discovery and you have not offered a justification why this is not an acceptable. As indicated above, I will call you shortly to discuss this further. Our position is that plaintiffs should take Assemblyman Spitzer's and Senator Runner's deposition by written question and that anything beyond that is unnecessary and improper.

Regards,

Chad Stegeman

---

**From:** Sangster, Edward P. [mailto:ed.sangster@klgates.com]
**Sent:** Thu 8/14/2008 1:43 PM
**To:** Stegeman, Chad
**Subject:** Coleman and Plata litigation: deposition of legislative intervenors

This follows up on my voicemail of this morning. I am attempting to resolve the discovery dispute concerning the depositions of the legislative intervenors.

Ed Sangster
K&L Gates
55 Second Street
Suite 1700
San Francisco, CA 94105-3493
Phone: 415.249.1028
Fax: 415.882.8220

(Consider the environment. Think before you print!)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at ed.sangster@klgates.com.

# EXHIBIT G

## Knotz, Galit

**From:**    Wang, Teresa
**Sent:**    Thursday, August 14, 2008 6:05 PM
**To:**    Knotz, Galit; Stegeman, Chad
**Subject:** FW: Postponement of depositions of certain legislator intervenors

---

**From:** Sangster, Edward P. [mailto:ed.sangster@klgates.com]
**Sent:** Tuesday, July 15, 2008 12:02 PM
**To:** Anne Keck; Rebekah Evenson; rochelle.east@doj.ca.gov; lisa.tillman@doj.ca.gov;
pmello@hansonbridgett.com; Theresa.fuentes@cco.sccgov.org; Kaufhold, Steven; nleonard@cbmlaw.com;
gadam@cbmlaw.com; wemitchell@rivcoda.org; mjm@jones-mayer.com; mrc@jones-mayer.com; khb@jones-
mayer.com; erf@jones-mayer.com; Wang, Teresa
**Cc:** Specter, Don (EXTERNAL); Bien, Michael (EXTERNAL); Whelan, Amy (EXTERNAL); Norman, Sara
(EXTERNAL); Hardy, Alison (EXTERNAL); Rifkin, Lori (EXTERNAL); Rebekah Evenson; Loughrey, Raymond E.;
Reyes, Margarita; Woo, Linda H.
**Subject:** Postponement of depositions of certain legislator intervenors

Counsel,

The Akin Gump firm has notified me that Messers. Cogdill, Ackerman and Villines are not available for their
depositions, as scheduled, because of conflicting engagements. As a result, these depositions, set for 7/16, 7/18
and 7/25, will not be going forward at those times. Please forward this to others at your offices who need to be
advised.

Ed Sangster
K&L Gates
55 Second Street
Suite 1700
San Francisco, CA 94105-3493
Phone: 415.249.1028
Fax: 415.882.8220

(Consider the environment. Think before you print!)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be
privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an
intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is
prohibited. If you have received this e-mail in error, please contact me at ed.sangster@klgates.com.

# EXHIBIT H

1    IN THE UNITED STATES DISTRICT COURTS

2    FOR THE EASTERN DISTRICT OF CALIFORNIA

3    AND THE NORTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6

7    RALPH COLEMAN, et al.,

8                    Plaintiffs,                    NO. CIV S-90-0520 LKK JFM P

9            v.                                     **THREE-JUDGE COURT**

10   ARNOLD SCHWARZENEGGER,
     et al.,

11

12                  Defendants.

13   MARCIANO PLATA, et al.,

14                  Plaintiffs,                      NO. C01-1351 TEH

15           v.                                      **THREE-JUDGE COURT**

16   ARNOLD SCHWARZENEGGER,                          ORDER FOR PRETRIAL
                                                     PREPARATION
17   et al.,

18                  Defendants.

19

20           The Court has carefully considered the pretrial dates and issues discussed by the

21   parties and intervenors in their June 9, 2008 written statement and at the June 27, 2008 status

22   conference.  With good cause appearing, the Court orders as follows:

23       1.      **Dispositive motion schedule:**

24               a.      In their June 9, 2008 statement, Defendants contended that a dispositive

25   motion schedule would be appropriate based on testimony by Plaintiffs' experts that

26   overcrowding was not the primary cause of the constitutional violations at issue and that a

27   prisoner release order was not the only means of remedying the constitutional violations.  At

28   the June 27, 2008 status conference, Defendants further represented that they could file a

1  statement detailing such testimony in short order.  Accordingly, on or before **July 10, 2008,**

2  Defendants shall file with the Court a list of the specific testimony by Plaintiffs' experts that

3  Defendants contend eliminates any issue of material disputed facts in these proceedings.  No

4  responses to Defendants' filing shall be required nor accepted unless otherwise ordered by

5  this Court.  The Court will review Defendants' filing to determine whether a summary

6  judgment schedule would be appropriate and will issue an appropriate scheduling order as

7  necessary.

8        b.        Defendants and Defendant-Intervenors represented to the Court at the

9  June 27, 2008 status conference that they may seek to file a motion to dissolve the

10  proceedings before this Court based on changed circumstances.  Any such motions shall be

11  filed within fourteen calendar days after the close of the current state legislative session, or

12  by **September 8, 2008,** whichever is later.  Oppositions to such motions shall be filed no

13  later than twenty-one calendar days after the motion is filed, and replies shall be filed no later

14  than twenty-eight calendar days after the motion is filed.  No oral argument will be heard

15  unless otherwise ordered by the Court.

16        2.        **Discovery:**

17        a.        As ordered at the June 27, 2008 status conference, the magistrate

18  judge's October 30, 2007 order requiring discovery responses within twenty-one calendar

19  days of service shall remain in full effect.

20        b.        On or before **August 1, 2008,** the parties and intervenors shall disclose

21  lists of all non-expert witnesses whom they intend to call to testify at trial.[1]  Absent a

22  showing of very good cause, depositions of non-testifying witnesses shall be prohibited, as

23  will trial testimony by any witnesses who are not timely disclosed.  Motions to depose a non-

24  testifying witness shall be brought before the magistrate judge.  Motions to allow a non-

25  disclosed witness to testify at trial shall be brought before this Court.

26

27  _____

28  [1]These disclosures need not include witnesses who may only be called for impeachment or rebuttal.

2

1          c.    Expert disclosures shall be made, and expert reports exchanged, on or

2    before **August 15, 2008.**

3          d.    Rebuttal expert disclosures shall be made, and rebuttal expert reports

4    exchanged, on or before **August 27, 2008.**

5          e.    Additional site inspections of prison facilities may be conducted through

6    and including **August 30, 2008.**  No evidence of changed prison conditions after August 30,

7    2008, shall be admitted at trial.  This prohibition does not include evidence of legislative

8    changes that may occur after August 30, 2008.

9          f.    Non-expert discovery shall be completed on or before **September 8,**

10   **2008.**

11         g.    Expert discovery shall be completed on or before **October 6, 2008.**

12   3.    **Motions in limine:**  Any motions in limine shall be filed on or before

13   **October 20, 2008.**  Oppositions shall be filed on or before **October 30, 2008.**  No oral

14   argument will be heard unless otherwise ordered by the Court.

15   4.    **Other pretrial filings:**  On or before **October 30, 2008,** the parties and

16   intervenors shall file a joint pretrial conference statement, all expert reports, and all trial

17   declarations of percipient witnesses.

18   5.    **Pretrial conference:**  The Court will conduct a pretrial conference on

19   **Monday, November 10, 2008, at 1:30 PM,** in Courtroom Number 12 of the United States

20   District Court for the Northern District of California, located at 450 Golden Gate Avenue,

21   San Francisco, California.  Pursuant to 28 U.S.C. § 2284(b)(3), Judge Henderson may

22   conduct the pretrial conference individually, although Judges Reinhardt and Karlton may also

23   choose to participate.

24   6.    **Trial:**

25         a.    As ordered at the June 27, 2008 status conference, the Court's

26   October 10, 2007 order regarding direct testimony shall remain in effect.  Thus, "[d]irect

27   testimony from all percipient witnesses will be presented by affidavit and no more than

28   fifteen minutes of live testimony, followed by cross-examination.  Direct testimony from

3

expert witnesses will be presented through their expert reports and no more than thirty

minutes of live testimony, followed by cross-examination." Oct. 10, 2007 Order at 6.  As the

Court explained at the status conference, its allowing time to present live testimony on direct

is not intended to encourage the parties or intervenors to do so.

        b.      Trial will begin on **November 18, 2008, at 1:30 PM.**  Trial shall run on

Tuesdays from 1:30 PM to 4:00 PM, and on Wednesdays through Fridays from 9:15 AM to

4:00 PM.[2]  There will be no trial on Mondays, or on November 25 through November 28.

Trial shall be held in the Ceremonial Courtroom for the United States District Court for the

Northern District of California, located at 450 Golden Gate Avenue, San Francisco,

California.

        c.      Whether trial should be bifurcated remains under submission.  Trial will

not be bifurcated unless otherwise ordered by the Court.

        d.      Intervenors are reminded of this Court's February 8, 2008 order that

"[a]t trial, one attorney may question each witness on behalf of all intervenors.  The same

attorney need not question all witnesses.  Intervenors will, however, present their evidence

and question other parties' witnesses through not more than a total of three different

attorneys throughout the trial."  Feb. 8, 2008 Order at 2.

**IT IS SO ORDERED.**

Dated:   07/02/08                    /s/
                              STEPHEN REINHARDT
                              UNITED STATES CIRCUIT JUDGE
                              NINTH CIRCUIT COURT OF APPEALS

---

    [2]The Court may revisit the daily trial schedule as the trial date nears.  It will provide the parties and intervenors with as much notice as possible if there are any scheduling changes.

1

2

3    Dated:  07/02/08

4    LAWRENCE K. KARLTON
     SENIOR UNITED STATES DISTRICT JUDGE
5    EASTERN DISTRICT OF CALIFORNIA

6

7    Dated:  07/02/08

8    THELTON E. HENDERSON
     SENIOR UNITED STATES DISTRICT JUDGE
9    NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# EXHIBIT I

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬ Attorneys at Law

Teresa Wang
415.765.9510/fax: 415.765.9501
TWang@AkinGump.Com

July 15, 2008

*Via Facsimile*

Edward P. Sangster, Esq.
55 Second Street, Suite 1700
San Francisco, CA 94105

Re: *Plata v. Schwarzenegger, et al, Coleman v. Schwarzenegger, et al.*

Dear Ed:

I am writing to follow-up on your July 9 letter about depositions noticed in the *Plata/Coleman* proceedings, and our phone conversation yesterday, July 14, 2008, in which I confirmed that our clients were unavailable on the previously scheduled deposition dates.

In your July 9 letter, you stated that Senator Dave Cogdill, Senator Dick Ackerman, Assemblyman Michael Villines, and Assemblyman Todd Spitzer will be deposed and called as trial witnesses by the plaintiffs. The Legislator Intervenors will formally submit our disclosure of trial witnesses on or before August 1, 2008. The Legislator Intervenors anticipate calling, at most, one Senator and one Assemblymember as trial witnesses, and thus, deposing two Senators and two Assemblymembers would be cumulative and burdensome.

Moreover, both houses of the California Legislature are in session until August 31, 2008, and are presently occupied with passing the state budget. Thus, scheduling deposition dates in the upcoming weeks is exceedingly difficult. We are in the process of discussing potential deposition dates with our clients, but have no availability in the month of July. We appreciate your cooperation in taking these depositions off-calendar, and note that Assemblyman Spitzer's deposition, slated for July 29, 2008, should also be taken off-calendar. We will continue to discuss August availability with our clients. In light of the ongoing legislative session, however, we ask you to consider taking the requested depositions by written question, pursuant to Federal Rule of Civil Procedure 31.

AKIN GUMP
STRAUSS HAUER & FELD L.L.P.
Attorneys at Law

Edward P. Sangster
July 15, 2008
Page 2

As the close of non-expert discovery is slated for September 8, 2008, I am hopeful that we can find mutually convenient deposition dates, and, for that matter, a mutually convenient and method of conducting the depositions efficiently, without bringing this matter before Judge Moulds. If you wish to discuss this further, please do not hesitate to contact me.

Sincerely,

Teresa Wang

# EXHIBIT J

**Knotz, Galit**

| | |
|---|---|
| **From:** | Wang, Teresa |
| **Sent:** | Friday, August 15, 2008 3:56 PM |
| **To:** | Stegeman, Chad; Knotz, Galit; Sierecki, Jerry; Lopez, Martha |
| **Cc:** | Campos, Mario |
| **Subject:** | Fw: Tentative Depo Schedule attached. |

**Attachments:** Master Depo Calendar for Defs, 8-15-08, 489-ovr, WIP.PDF



Master Depo
Calendar for Defs,...

                FYI- The latest, from plaintiffs.  Thanks.

----- Original Message -----
From: Maria Morris <MMorris@rbg-law.com>
To: 'Carol Woodward' <CWoodward@co.sanmateo.ca.us>; 'Lisa Tillman'
<Lisa.Tillman@doj.ca.gov>
Cc: Stegeman, Chad; Kaufhold, Steven; Wang, Teresa; 'gadam@cbmlaw.com' <gadam@cbmlaw.com>;
Natalie' 'Leonard <NLeonard@cbmlaw.com>; 'Ann.Ravel@cco.sccgov.org'
<Ann.Ravel@cco.sccgov.org>; 'Cathy.Grijalva@cco.sccgov.org'
<Cathy.Grijalva@cco.sccgov.org>; 'Javier.Serrano@cco.sccgov.org'
<Javier.Serrano@cco.sccgov.org>; 'Lori.Pegg@cco.sccgov.org' <Lori.Pegg@cco.sccgov.org>;
'Theresa.Fuentes@cco.sccgov.org' <Theresa.Fuentes@cco.sccgov.org>;
'Winifred.Botha@cco.sccgov.org' <Winifred.Botha@cco.sccgov.org>; Michael Murphy
<MMurphy@co.sanmateo.ca.us>; Kelly' 'Scott <Kscott@co.santa-barbara.ca.us>; Shane' 'Stark
<Sstark@co.santa-barbara.ca.us>; Stephen' 'Underwood <sunder@co.santa-barbara.ca.us>; 'Jon
Wolff' <Jon.Wolff@doj.ca.gov>; 'Kyle Lewis' <Kyle.Lewis@doj.ca.gov>; 'Rochelle East'
<Rochelle.East@doj.ca.gov>; 'Paul B. Mello' <pmello@hansonbridgett.com>; 'Renju P. Jacob'
<rjacob@hansonbridgett.com>; 'imt@jones-mayer.com' <imt@jones-mayer.com>; 'khb@jones-
mayer.com' <khb@jones-mayer.com>; 'mjm@jones-mayer.com' <mjm@jones-mayer.com>; Alison
(EXTERNAL)' 'Hardy <ahardy@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>;
'Rebekah Evenson' <revenson@prisonlaw.com>; Sara Norman <snorman@prisonlaw.com>; Amy
Whelan <AWhelan@RBG-Law.com>; Ed Sangster <ed.sangster@klgates.com>; Fred Heather
<fred.heather@klgates.com>; Jeff Bornstein <jeff.bornstein@klgates.com>; Linda Woo
<linda.woo@klgates.com>; Raymond Loughrey <raymond.loughrey@klgates.com>; Timothy
Fredricks <Timothy.Fredricks@klgates.com>; Coleman Team - RBG Only <ColemanTeam-
RBGOnly@rbg-law.com>; 'WEmitchell@RivCoDA.org' <WEmitchell@RivCoDA.org>;
'cathy.stephenson@sdcda.org' <cathy.stephenson@sdcda.org>; Dennis W.' 'Bunting
<DWBunting@SolanoCounty.com>; Ramona M.' 'Margherio <RMMargherio@SolanoCounty.com>;
'AKECK@sonoma-county.org' <AKECK@sonoma-county.org>
Sent: Fri Aug 15 17:50:39 2008
Subject: Tentative Depo Schedule attached.

Dear Counsel,

Attached please find a schedule of the depositions as they are currently scheduled.  This
is provided for convenience only.  It does not reflect the state of depositions that are
or have been in contention.

Regards,
Maria V. Morris



Maria V. Morris

ROSEN, BIEN & GALVAN, LLP

315 Montgomery Street, Tenth Floor

415-433-6830

fax: 415-433-7104


mmorris@rbg-law.com


CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and
protected from disclosure. If you are not the intended recipient, any dissemination,
distribution or copying is strictly prohibited. If you think that you have received this
e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-
law.com>  <mailto:rbg@rbg-law.com <mailto:rbg@rbg-law.com> >.   IRS CIRCULAR 230 NOTICE:
As required by United States Treasury Regulations, you should be aware that this
communication is not intended by the sender to be used, and it cannot be used, for the
purpose of avoiding penalties under United States federal tax laws.

**Coleman/Plata Overcrowding Deposition Master Calendar**

Mon 8/18/2008 9:00 AM     489-OVR  Coleman/Plata: Deposition of Dave Cogdill, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Mon 8/18/2008 1:00 PM     489-OVR Coleman/Plata: Deposition of Michael Villines, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Tue 8/19/2008 9:00 AM     489-OVR Coleman/Plata: Deposition of George Runner, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Tue 8/19/2008 9:30 AM     489-OVR - Coleman/Plata: Deposition of Robert Storms, at RBG   (confirmed)

Tue 8/19/2008 9:30 AM     489-OVR - Coleman/Plata: Deposition of Beverly Beasley Johnson, at RBG   (confirmed)

Tue 8/19/2008 1:00 PM     489-OVR Coleman/Plata: Deposition of Todd Spitzer, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Wed 8/20/2008 9:00 AM     489-OVR Coleman/Plata: Deposition of Rich Word, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Wed 8/20/2008 1:00 PM     489-OVR Coleman/Plata: Deposition of Martin Ryan, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Thu 8/21/2008 9:00 AM     489-OVR  Coleman/Plata: Deposition of Mike Harden, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Thu 8/21/2008 9:00 AM     489-OVR Coleman/Plata: Deposition of Duane Bay, KL Gates, 55 Second St, 17th Fl, SF

Thu 8/21/2008 1:00 PM     489-OVR Coleman/Plata: Deposition of Roy Wasden, Phillips Legal Services, 350 University Ave, Ste 270, Sacramento, CA

Thu 8/21/2008 1:00 PM     489-OVR Coleman/Plata: Deposition of Greg Munks, KL Gates, 55 Second St, 17th Fl, SF

| | |
|---|---|
| Fri 8/22/2008 9:30 AM | 489-OVR    Coleman/Plata: Deposition of Lee Baca, KL Gates, Century City Offices |
| Fri 8/22/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Richard Conklin (Location TBD), at RBG |
| Fri 8/22/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Vic Brewer, at RBG, changed from 8-4-08 |
| Mon 8/25/2008 10:00 AM | 489-OVR Coleman/Plata: Deposition of Adam Christianson, Clair & Bossi, 2155 W March Lane, Ste 1A, Stockton, CA |
| Tue 8/26/2008 9:00 AM | 489-OVR Coleman/Plata: Deposition of David Boesch, KL Gates, 55 Second St, 17th Fl, SF |
| Tue 8/26/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Karen Finn (or Todd Jerue), at RBG |
| Wed 8/27/2008 9:30 AM | 489-OVR    Coleman/Plata: Deposition of Scott Kernan, PLO, 1917 Fifth St, Berkeley |
| Wed 8/27/2008 9:30 AM | 489-OVR    Coleman/Plata: Plaintiffs Deposition of Sheriff William Cogbill (1047-1), KL Gates, 55 Second St, 17th Fl, SF, 415-882-8200 |
| Thu 8/28/2008 9:00 AM | 489-OVR Coleman/Plata: Deposition of Gary Graves, KL Gates, 55 Second St, 17th Fl, SF, 415-882-8200 |
| Thu 8/28/2008 9:30 AM | 489-OVR    Coleman/Plata: Deposition of Kathy Jett, PLO, 1917 Fifth St, Berkeley |
| Thu 8/28/2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Thomas Hoffman, at RBG |
| Thu 8/28/2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Cynthia Radavsky, at RBG |
| Fri 8/29/2008 9:30 AM | 489-OVR    Coleman/Plata: Deposition of Matthew Cate, PLO, 1917 Fifth St, Berkeley |
| Fri 8/29/2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Robin Dezember, at RBG |
| Fri 8/29/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Shama Chaiken, at RBG |

[232845-1]

| | |
|---|---|
| Tue 8/29/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Todd Jerue (or Karen Finn), at RBG |
| Tue 9/2/2008 9:00 AM | 489-OVR - Coleman/Plata: Plata Plaintiffs Deposition of Susan Kennedy, Prison Law Office, 1917 Fifth Street, Berkeley, CA |
| Tue 9/2/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Andrew Swanson, at RBG |
| Wed 9/3/2008 9:00 AM | 489-OVR - Coleman/Plata: Plata Plaintiffs Deposition of Arnold Schwarzenegger, State Capitol Building, Sacramento, CA |
| Wed 9/3/2008 9:30 AM | 489-OVR    Coleman/Plata: Deposition of Deborah Hysen, PLO, 1917 Fifth St, Berkeley |
| Wed 9/3/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of James Tilton, at RBG |
| Wed 9/3/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Rick Johnson, at RBG |
| Thu 9/4/2008 9:00 AM | 489-OVR - Coleman/Plata: Plata Plaintiffs Deposition of Robert Gore, Prison Law Office, 1917 Fifth Street, Berkeley, CA |
| Thu 9/4/2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Robert Garner, at RBG (confirmed) |
| Thu 9/4//2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Joyce Hayhoe, at RBG   (confirmed) |
| Thu 9/11/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Charlene A. Silva, at RBG (confirmed) |
| Fri 9/12/2008 9:30 AM | 489-OVR - Coleman/Plata: Deposition of Jerry Dyer at PLO (confirmed) |
| Thu 9/18/2008 9:30 AM | 489-OVR Coleman/Plata: Deposition of Nancy Pena, at RBG (Confirmed) |