# EXHIBIT K

# List of Plaintiff's Deposition Notices

## COLEMAN/PLATA V. SCHWARZENEGGER

| No. | Date of Notice | Deponent |
| --- | --- | --- |
| 1) | 11/16/07 | California Department of Corrections 30 (B)(6) |
| 2) | 11/19/07 | Joan Petersilia |
| 3) | 11/19/07 | David Thomas, M.D. |
| 4) | 11/21/07 | Ira Packer |
| 5) | 11/29/07 | Navigant Consulting, Inc. |
| 6) | 11/29/07 | Douglas McKeever |
| 7) | 11/29/07 | George Sifuentes |
| 8) | 11/29/07 | California Department of Corrections 30 (B)(6) Witness |
| 9) | 01/08/08 | John Misener |
| 10) | 01/08/08 | California Department of Public Health |
| 11) | 07/10/08 | William Kolender |
| 12) | 07/10/08 | Loren Buddress |
| 13) | 07/15/08 | Sonoma County (Sheriff William Cogbill) |
| 14) | 07/10/08 | Jerry Powers |
| 15) | 08/01/08 | Los Angeles County Sheriff's Dept. |
| 16) | 08/01/08 | San Diego County Sheriff's Dept. |

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
ALISON HARDY Bar No.: 135966
VIBEKE NORGAARD MARTIN  Bar No.: 209499
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>   Plaintiffs,<br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   vs.<br><br>   Defendants | No. C01-1351 TEH<br><br>**PLATA PLAINTIFFS' NOTICE OF TAKING OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30(b)(6) on December 11, 2007 at 9:00 a.m., Plaintiffs will take the deposition of the California Department of Corrections ("CDCR") at the Prison Law Office, 2173 Francisco Blvd east, Suite M, San Rafael, California, and continuing day to day until complete.

The deposition will be taken before a notary public duly authorized to administer oaths and will be recorded stenographically.

CDCR is requested to designate one or more 30(b)(6) witnesses who is knowledgeable and prepared to testify fully on behalf of CDCR regarding CDCR's obstacles to providing a constitutional level of health care, including:

1. The prioritization of medical care within CDCR and the allocation of resources to build the medical system;

2. Interference by CDCR administrators and custodial staff with medical staff;

3. The IT infrastructure that supports the following organizational activities: (a) record keeping; (b) management of care; (c) monitoring of care;

4. The ability to recruit and/or retain the following qualified personnel: (a) medical administrators; (b) physicians; (c) nurses;

5. The effectiveness of CDCR's monitoring systems of (a) medical line staff by administrators and senior staff and (b) monitoring systems to identify problems that impede proper patient care such as the death review system;

6. CDCR's remedial systems to rectify insufficient care;

7. CDCR's procedures and policies for disciplining staff who fail to provide proper care;

8. CDCR's peer review system for medical staff;

9. Inadequate screening, triage and chronic care systems;

10. Poor record-keeping systems;

11. Deficient physical facilities for medical care;

12. Deficient pharmacy operations;

13. Failure to provide prompt specialty care services and to follow up on specialist recommendations;

14. Deficient system for performing laboratory and diagnostic tests;

15. Institutional obstacles, including CDCR's responsibility, as a state employer, to (a) honor civil service obligations; (b) collectively bargain with CDCR employees; (c) follow procurement; and

16. CDCR medical administrators' lack of authority to improve system;

Dated: November 16, 2007

Alison Hardy
Attorneys for Plaintiffs

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
ALISON HARDY Bar No.: 135966
VIBEKE NORGAARD MARTIN  Bar No.: 209499
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| Plaintiffs, | **PLATA PLAINTIFFS' AMENDED NOTICE OF TAKING OF DEPOSITION OF JOAN PETERSILIA** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| vs. | |
| Defendants | |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule

2    30(b)(6) on December 6, 2007 at 9:00 a.m., Plaintiffs will take the deposition of Joan Petersilia

3    at the Prison Law Office, 2173 Francisco Blvd. East, Suite M, San Rafael, California, and

4    continuing day to day until complete. The deposition will be taken before a notary public duly

5    authorized to administer oaths and will be recorded stenographically.

6        Please take further notice that the deponent Joan Petersilia is required to produce the

7    following documents, records or other materials at said deposition:

8        1.    Produce the entire file containing all of the work produced, prepared, and/or

9    created in forming her opinions in this matter, including and not limited to any notes,

10   summaries, research materials, and reports.

11       2.    Produce all documents relating to any communication (*i.e.*, letters, handwritten

12   notes of conversations, faxes, emails, text messages, etc.) between Dr. Petersilia and counsel

13   for the *Plata* defendants, agents of counsel for the *Plata* defendants, the *Plata* defendants'

14   attorneys and their agents, or any other person related to this litigation.

15       3.    Produce all documents relating to any communication (*i.e.,* letters, handwritten

16   notes of conversations, faxes, emails, text messages, etc.) between Dr. Petersilia and counsel

17   for the *Plata* defendants, agents of counsel for the *Plata* defendants, the *Plata* defendants'

18   attorneys and their agents, or any other person related to this litigation.

19       4.    Produce all documents, publications, reports, notes, or other items of evidence

20   which were reviewed, examined, considered, used or relied upon by Dr. Petersilia in forming

21   her expert opinions in this matter.

22       5.    Produce all documents or other items of evidence reviewed but not relied upon

23   by Dr. Petersilia in forming an opinion in this litigation.

24       6.    Produce all documents or other items of evidence which demonstrate that

25   overcrowding in the California Department of Corrections and Rehabilitation is not the

26   primary cause of Defendants' failure to provide constitutionally adequate medical care.

27       7.    Produce all documents or other items of evidence which demonstrate that other

28   relief will remedy Defendants' failure to provide constitutionally adequate medical care.

-1-

1         8.    Produce any and all charts, graphs, exhibits, documents, or other items of

2    evidence defendants and/or Dr. Petersilia intend to use as demonstrative evidence in the Phase

3    I hearing on this matter.

4

5        Dated: November 19, 2007

6                                     Alison Hardy

                                   Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLATA PLAINTIFFS' AMENDED NOTICE OF TAKING OF DEPOSITION OF JOAN PETERSILIA, NOS.: CIV S 90-0520 LKK-JFM P, C01-1351 TEH

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
ALISON HARDY Bar No.: 135966
VIBEKE NORGAARD MARTIN  Bar No.:
209499
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br><br>**PLATA PLAINTIFFS' NOTICE OF TAKING OF DEPOSITION OF DAVID THOMAS, M.D.** |

1        PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule

2    30(b)(6) on December 18, 2007 at 9:00 a.m., Plaintiffs will take the deposition of David

3    Thomas, M.D. at the Prison Law Office, 2173 Francisco Blvd. East, Suite M, San Rafael,

4    California, and continuing day to day until complete.  The deposition will be taken before a

5    notary public duly authorized to administer oaths and will be recorded stenographically.

6        Please take further notice that the deponent David Thomas, M.D. is required to produce

7    the following documents, records or other materials at said deposition:

8        1.    Produce the entire file containing all of the work produced, prepared, and/or

9    created in forming his opinions in this matter, including and not limited to any notes,

10   summaries, research materials, and reports.

11       2.    Produce any and all drafts of any reports prepared in this matter.

12       3.    Produce all documents relating to any communication (*i.e.*, letters, handwritten

13   notes of conversations, faxes, emails, text messages, etc.) between Dr. Thomas and counsel for

14   the *Plata* defendants, agents of counsel for the *Plata* defendants, the *Plata* defendants'

15   attorneys and their agents, or any other person related to this litigation.

16       4.    Produce all documents relating to any communication (*i.e.,* letters, handwritten

17   notes of conversations, faxes, emails, text messages, etc.) between Dr. Thomas and counsel for

18   the *Plata* defendants, agents of counsel for the *Plata* defendants, the *Plata* defendants'

19   attorneys and their agents, or any other person related to this litigation.

20       5.    Produce all documents, publications, reports, notes, or other items of evidence

21   which were reviewed, examined, considered, used or relied upon by Dr. Thomas in forming his

22   expert opinions in this matter.

23       6.    Produce all documents or other items of evidence reviewed but not relied upon

24   by Dr. Thomas in forming an opinion in this litigation.

25       7.    Produce all documents or other items of evidence which demonstrate that

26   overcrowding in the California Department of Corrections and Rehabilitation is not the

27   primary cause of Defendants' failure to provide constitutionally adequate medical care.

28

8.    Produce all documents or other items of evidence which demonstrate that other relief will remedy Defendants' failure to provide constitutionally adequate medical care.

9.    Produce any and all charts, graphs, exhibits, documents, or other items of evidence defendants and/or Dr. Thomas intend to use as demonstrative evidence in the Phase I hearing on this matter.


Dated: November 19, 2007

Alison Hardy
Attorneys for Plaintiffs

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
    San Francisco, CA  94107
13  Telephone:  (415) 864-8848

14  Attorneys for Plaintiffs

15          IN THE UNITED STATES DISTRICT COURTS

16         FOR THE EASTERN DISTRICT OF CALIFORNIA

            AND THE NORTHERN DISTRICT OF CALIFORNIA
17  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 19 RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM |
| 20   Plaintiffs, | **THREE-JUDGE COURT** |
| 21   vs. | |
| 22 ARNOLD SCHWARZENEGGER, et al., | |
| 23   Defendants | |
| 24 MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| 25   Plaintiffs, | **THREE-JUDGE COURT** |
| 26   vs. | **PLAINTIFFS' NOTICE OF** |
| 27 ARNOLD SCHWARZENEGGER, et al., | **DEPOSITION OF DEFENDANTS'** |
|   | **EXPERT WITNESS IRA PACKER AND** |
|   vs. | **REQUEST FOR PRODUCTION OF** |
| 28   Defendants | **DOCUMENTS** |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of

3  Civil Procedure, Plaintiffs, by their attorneys, will take the deposition of Defendant's

4  designated expert, Dr. Ira Packer, at 9:30 a.m. on December 17, 2007 at the law offices of

5  Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

6  Said deposition, if not completed on the specified date, will continue from day-to-day,

7  excluding Sundays and holidays, until such date as is necessary to complete the deposition.

8  The deposition shall be recorded by stenographic means and may be videotaped.  At the time

9  of the oral deposition, Plaintiffs will tender reasonable expert witness fees, which Defendants

10  shall have identified prior at the time of deposition, pursuant to Rule 26(b)(4)(C).

11      PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30(b)(5) and 34 of the

12  Federal Rules of Civil Procedure, Dr. Packer is required to produce at said deposition the

13  documents described in the pages attached hereto.

14  ## DOCUMENT REQUESTS

15  ### I. Definition

16      "DOCUMENTS" means all writings, whether fixed in a tangible medium or

17  electronically stored.  "DOCUMENTS" includes but is not limited to, all of the following:

18  papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables,

19  notes, messages, reports, studies, press releases, policy statements, employee manuals,

20  comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof,

21  pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires,

22  surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs,

23  publications, notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions,

24  agendas, memorials or notes of oral communications, whether by telephone or face-to-face,

25  contracts, agreements, drafts of proposed contracts or agreements, memoranda of

26  understanding, letters of intent, computer tapes, computer drives or memories, computer

27  diskettes or disks, email, CDs, DVDs, Blackberrys or other similar handheld devices used to

28  send and receive electronic mail, instant messaging ("IM"), cell phones or any other tangible

-1-

1 thing on which any handwriting, typing, printing, photostatic, electronic or other form of

2 communication or information is recorded or reproduced together with all notations on any of

3 the foregoing, all originals, file copies or other unique copies of the foregoing and all versions

4 or drafts thereof, whether used or not.

5 **II. Documents Requested**

6 <u>Document Request 1:</u>

7     Produce the entire file containing all of your work produced, prepared, and/or created in

8 forming your opinions in this matter, including and not limited to any DOCUMENTS that are

9 or contain or refer to any notes, summaries, research materials, and reports.

10 <u>Document Request 2:</u>

11     Produce any and all DOCUMENTS that are or contain or refer to drafts of any reports

12 prepared in this matter.

13 <u>Document Request 3:</u>

14     Produce any and all DOCUMENTS relating to any communication (i.e., letters,

15 handwritten notes of conversations, faxes, emails, text messages, etc.) between you and

16 counsel for the *Coleman* and/or *Plata* Defendants; agents of counsel for the *Coleman* and/or

17 *Plata* Defendants; the *Coleman* and/or *Plata* Defendants' attorneys and their agents; any

18 official, employee, or agent of Defendants or any California state agency; any intervenor or

19 agent or attorney for any intervenor in this matter; or any other person related to this litigation.

20 <u>Document Request 4:</u>

21     Produce any and all DOCUMENTS, publications, reports, notes, or other items of

22 evidence which were reviewed, examined, considered, used or relied upon by you in forming

23 your expert opinions in this litigation.

24 <u>Document Request 5:</u>

25     Produce any and all DOCUMENTS or other items of evidence reviewed but not relied

26 upon by you in forming any opinion in this litigation.

27 <u>Document Request 6:</u>

28

1    Produce any and all DOCUMENTS or other items of evidence that demonstrate that

2    overcrowding is not the primary cause of Defendants' failure to provide constitutionally

3    adequate mental health care.

4    Document Request 7:

5    Produce any and all DOCUMENTS or other items of evidence that demonstrate that

6    overcrowding is the primary cause of Defendants' failure to provide constitutionally adequate

7    mental health care.

8    Document Request 8:

9    Produce any and all DOCUMENTS or other items of evidence that demonstrate that

10   other relief will remedy Defendants' failure to provide constitutionally adequate mental health

11   care.

12   Document Request 9:

13   Produce all DOCUMENTS or other items of evidence that demonstrate that other relief

14   will not remedy Defendants' failure to provide constitutionally adequate mental health care.

15   Document Request 10:

16   Produce any and all charts, graphs, exhibits, DOCUMENTS or other items of evidence

17   you intend or may intend to use as demonstrative evidence at the Phase I hearing on this

18   matter.

19   Document Request 11:

20   Produce any and all reports, studies, publications, or other DOCUMENTS in your

21   possession, custody, or control, which you authored or contributed to, that relate to the

22   provision of mental health care in jails, prisons, and/or mental health facilities and/or

23   overcrowding.

24   Document Request 12:

25   Produce any and all reports, studies, publications, or other DOCUMENTS in your

26   possession, custody, or control, which you did not author or contribute to, that relate to the

27   provision of mental health care in jails, prisons, and/or mental health facilities and/or

28   overcrowding.

Document Request 13:

Produce any and all transcripts of any deposition or trial testimony you have given in any previous litigation that relates to the provision of mental health care in jails, prisons, and/or mental health facilities and/or overcrowding.

Document Request 14:

Produce any and all DOCUMENTS that were provided to you by counsel for the *Coleman* and/or *Plata* Defendants; agents of counsel for the *Coleman* and/or *Plata* Defendants; the *Coleman* and/or *Plata* Defendants' attorneys and their agents; any official, employee, or agent of Defendants or any California state agency; any intervenor or agent or attorney for any intervenor in this matter; or any other person related to this litigation.


Dated: November 21, 2007                    **ROSEN, BIEN & GALVAN, LLP**


                                            By: _Sarah M Laubach_
                                                Sarah M. Laubach
                                                Attorneys for Plaintiffs

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA  94107
13 Telephone:  (415) 864-8848

14 Attorneys for Plaintiffs

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

15          IN THE UNITED STATES DISTRICT COURTS
16        FOR THE EASTERN DISTRICT OF CALIFORNIA
          AND THE NORTHERN DISTRICT OF CALIFORNIA
17 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18   PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 RALPH COLEMAN, et al.,                    )   No.:  Civ S 90-0520 LKK-JFM P
                                             )
20          Plaintiffs,                      )   **THREE-JUDGE COURT**
                                             )
21       vs.                                 )
                                             )
22 ARNOLD SCHWARZENEGGER, et al.,            )
                                             )
23          Defendants                       )
                                             )
24 MARCIANO PLATA ,et al.,                   )   No. C01-1351 THE
                                             )
25          Plaintiffs,                      )   **THREE-JUDGE COURT**
         vs.                                 )
26                                           )
   ARNOLD SCHWARZENEGGER, et al.,            )
27                                           )
         vs.                                 )   **PROOF OF SERVICE**
28          Defendants                       )

## PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On November 21, 2007, I served the following document:

**PLAINTIFFS' NOTICE OF DEPOSITION OF DFENDANTS' EXPERT IRA PACKER AND REQUEST FOR PRODUCTION OF DOCUMENTS**

I served the document on the persons listed below, as follows:

| | |
|---|---|
| [] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

1

**All documents were sent to the following persons in the following manner:**

| | |
|---|---|
| Lisa A. Tillman | By U.S. Mail |

Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814

Paul B. Mello, Esq.
Hanson, Bridgett, Marcus, Vlahos &
Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Ronald Yank, Gregg MacClean Adam
Carroll,
Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

District Attorney Intervenors
Rod Pacheco
Charles Hugues
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

County of Santa Clara Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

1

2    Republican Assembly Intervenors
     Steven S. Kaufhold
3    Akin, Gump Strauss Hauer & Feld, LLP
     580 California Street, 15th Floor
4    San Francisco, CA 94104

5

6
        I declare under penalty of perjury under the laws of the State of California that the
7
     foregoing is true and correct, and that this Proof of Service was executed on this 21st day of
8
     November, 2007 at San Francisco, California.
9

10
                                                    _____
11                                                  Sofia Millham

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3

1  PRISON LAW OFFICE                           BINGHAM, McCUTCHEN, LLP
   DONALD SPECTER Bar No.: 83925               WARREN E. GEORGE Bar No.: 53588
2  STEVEN FAMA Bar No.: 99641                  Three Embarcadero Center
   E. IVAN TRUJILLO Bar No.: 228790            San Francisco, California  94111
3  General Delivery                            Telephone: (415) 393-2000
   San Quentin, California  94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP                   HELLER, EHRMAN, WHITE &
   MICHAEL W. BIEN Bar No.: 096891             McAULIFFE
6  JANE E. KAHN Bar No.: 112239                RICHARD L. GOFF Bar No.: 36377
   AMY WHELAN Bar No.: 215675                  701 Fifth Avenue
7  LORI RIFKIN Bar No.: 244081                 Seattle, Washington  98104
   SARAH M. LAUBACH Bar No.: 240526            Telephone: (206) 447-0900
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA  94107
13 Telephone: (415) 864-8848

14 Attorneys for Plaintiffs

15              IN THE UNITED STATES DISTRICT COURTS

16          FOR THE EASTERN DISTRICT OF CALIFORNIA

17            AND THE NORTHERN DISTRICT OF CALIFORNIA

    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 RALPH COLEMAN, et al.,                   )   No.: Civ S 90-0520 LKK-JFM P
                                            )
20          Plaintiffs,                     )   **THREE-JUDGE COURT**
                                            )
21      vs.                                 )
                                            )
22 ARNOLD SCHWARZENEGGER, et al.,           )
                                            )
23          Defendants                      )
                                            )
24 MARCIANO PLATA ,et al.,                  )   No. C01-1351 TEH
                                            )   **THREE-JUDGE COURT**
25          Plaintiffs,                     )
        vs.                                 )   **NOTICE OF DEPOSITION OF**
26                                          )   **NAVIGANT CONSULTING, INC. AND**
   ARNOLD SCHWARZENEGGER, et al.,           )   **REQUEST FOR PRODUCTION OF**
27                                          )   **DOCUMENTS**
        vs.                                 )
28          Defendants                      )

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3  Civil Procedure, plaintiffs, by their attorneys, will take the deposition of Navigant Consulting Inc.

4  ("Navigant").  Navigant is hereby requested and required, pursuant to Federal Rule 30(b)(6), to

5  designate and produce a person or persons most knowledgeable to testify on behalf of Navigant on

6  the following matters:

7      1.    Work performed by Navigant for the California Department of Corrections and

8            Rehabilitation ("CDCR") from January 1, 2006 to the present.

9      2.    Navigant's methodology in obtaining data and projections for CDCR.

10     3.    CDCR's plans to meet the need projected by Navigant.

11     4.    Obstacles encountered by Navigant in its work for CDCR.

12      Said deposition will commence at 9:30 a.m. on December 20, 2007 at the office of L.A.

13  Reporting, 29 South La Salle Street, #850, Chicago, IL 60603.

14      Said deposition, if not completed on the specified date, will continue from day-to-day,

15  excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

16  deposition.  The deposition shall be recorded by stenographic means and may be videotaped.

17      Deponent is not a party to this action.  So far is as known to Plaintiffs, the deponent's

18  contact information is: 615 N. Wabash Avenue, Chicago, IL 60611.

19      PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of

20  Civil Procedure, Navigant is commanded to produce at said deposition the documents described in

21  Schedule A attached hereto.  Such documents must be provided within 21 days of the date of

22  service of this notice, pursuant to Magistrate Judge's Order of October 30, 2007 expediting the

23  discovery deadlines in this matter.

24

25  Dated: November 29, 2007                    ROSEN, BIEN & GALVAN, LLP

26

27                                      By:  _____

28                                           Sarah M. Laubach
                                             Attorneys for Plaintiffs

                                   NOTICE OF DEPOSITION OF NAVIGANT CONSULTING AND
                                   REQUEST FOR PRODUCTION OF DOCUMENTS

1

**Schedule A**

2  I.    **DEFINITIONS**

3      "YOU" and "YOUR" refer to Navigant Consulting and any officers, directors, employees

4  agents, representatives, attorneys and any person or entity acting, or purporting to act, on their

5  behalf.

6      "COMMUNICATIONS" means any exchange of information by any means of

7  transmission, including but not limited to, face-to-face conversations, mail, electronic mail,

8  telegram, overnight delivery, telephone, facsimile or telex.

9      "DOCUMENTS" means all writings, whether fixed in a tangible medium or electronically

10  stored. "DOCUMENTS" includes but is not limited to, all of the following: papers,

11  correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables, notes,

12  messages, reports, studies, press releases, policy statements, employee manuals, comparisons,

13  books, accounts, checks, audio and video recordings and transcriptions thereof, pleadings,

14  testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts,

15  newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications, notices,

16  diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas, memorials or

17  notes of oral communications, whether by telephone or face-to-face, contracts, agreements, drafts

18  of proposed contracts or agreements, memoranda of understanding, letters of intent, computer

19  tapes, computer drives or memories, computer diskettes OR disks, email, CDs, DVDs,

20  Blackberrys or other similar handheld devices used to send and receive electronic mail, instant

21  messaging ("IM"), cell phones or any other tangible thing on which any handwriting, typing,

22  printing, photostatic, electronic or other form of COMMUNICATION or information is recorded

23  or reproduced together with all notations on any of the foregoing, all originals, file copies or other

24  unique copies of the foregoing and all versions or drafts thereof, whether used or not.

25      "RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss,

26  evaluate, consider, review or report on the subject matter of the request.

27      "OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used

28  herein shall include "EACH" and "EVERY."

1    "PERSON" OR "PERSONS" means ANY natural PERSON or ANY business, legal or

2    governmental entity or association.

3        The use of the singular form of ANY word includes the plural and vice versa, and the use

4    of ANY verb includes ALL tenses.

5    **II.    RELEVANT TIME PERIOD**

6        The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006 to

7    the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated OR

8    received during the RELEVANT PERIOD and ALL DOCUMENTS and information that

9    RELATE in whole or in part to such period, or to events or circumstances during such period,

10   even though dated, prepared, generated or received prior or subsequent to the RELEVANT

11   PERIOD.

12   **III.    DOCUMENTS REQUESTED**

13   Document Request 1:

14       ALL DOCUMENTS in YOUR possession, custody, OR control, regardless of date, used

15   OR reviewed by YOU in preparation for this deposition.

16   Document Request 2:

17       ALL DOCUMENTS in YOUR possession, custody, OR control relating to contracts OR

18   agreements, OR drafts of contracts OR agreements, between YOU and the California Department

19   of Corrections and Rehabilitation ("CDCR").

20   Document Request 3:

21       ALL DOCUMENTS in YOUR possession, custody, OR control relating to data and

22   projections for mental health bed needs for CDCR.

23   Document Request 4:

24       ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to

25   COMMUNICATIONS between YOU and CDCR regarding CDCR mental health bed needs and

26   projections.

27

28

1  Document Request 5:

2      ALL DOCUMENTS in YOUR possession, custody, OR control relating to obstacles

3  YOU encountered that affected YOUR ability to make accurate projections for CDCR mental

4  health bed needs.

5  Document Request 6:

6      ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to

7  COMMUNICATIONS between YOU and the California Department of Mental Health

8  regarding CDCR mental health bed needs and projections.

9  Document Request 7:

10     ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to

11  COMMUNICATIONS between YOU and the Special Master in the case *Coleman v.*

12  *Schwarzenegger* OR any agent OR employee of the Special Master regarding CDCR mental

13  health bed needs and projections.

14  Document Request 8:

15     ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to

16  COMMUNICATIONS between YOU and any other person OR entity, including any

17  California state agency OR official, regarding CDCR mental health bed needs and projections.

18  Document Request 9:

19     ALL DOCUMENTS in YOUR possession, custody OR control that YOU drafted,

20  created, reviewed, OR relied upon in YOUR work regarding CDCR mental health bed needs

21  and projections, including reports, drafts of reports, studies, notes, data, publications, OR any

22  other materials.

23  Document Request 10:

24     ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to

25  COMMUNICATIONS between YOU and John Misener OR any employee OR agent thereof,

26  McManis Consulting OR any employee OR agent thereof, OR any other entity OR individual,

27  that relate to CDCR mental health bed needs and projections.

28

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | ILLINOIS |
| --- | --- | --- |

Coleman v. Schwarzenegger

Plata v. Schwarzenegger

TO:  NAVIGANT CONSULTING, INC.
     PERSON(S) MOST KNOWLEDGEABLE

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

E.D. Cal. No. Civ S 90-0520 LKK-JFM

N.D. Cal. No. C01-1351 TEH

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   L.A. Reporting, 29 South La Salle Street, #850, Chicago, IL 60603 | DATE AND TIME<br>12/20/2007 9:30 am |
| --- | --- |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE   L.A. Reporting, 29 South La Salle Street, #850, Chicago, IL 60603 | DATE AND TIME<br>12/20/2007 9:30 am |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*Sarah M. Laubach*   Attorney for Plaintiffs | DATE<br>11/29/07 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SARAH LAUBACH, ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE 11-30-07 | PLACE 30 South Wacker Drive, Suite 3500, Chicago, Ill |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)  NAVIGANT Consulting INC    MANNER OF SERVICE  By serving - Jessica Schremp, Admin

SERVED BY (PRINT NAME)  JASON LANING    TITLE  Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11-30-07

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

**RETURN OF SERVICE**

# UNITED STATES DISTRICT COURT
## District of California

Case Number: _____

CIV S90-0520 LKK-JFM P/ C01-1351 TEH

**Plaintiffs**
**Ralph Coleman, et al.**
vs.

**Defendants**
**Arnold Schwarzengger, et al.**
vs.

Plaintiffs:
**Marciano Plata, et al.**
vs.
**Defendants**
**Arnold Schwarzenegger, et al.**

For:
Rosen, Bien & Galvan, LLP
315 Montgomery Street
Tenth Floor
San Francisco, CA 94104

Received by Front Range Legal Process Service, Inc. to be served on **NAVIGANT CONSULTING, INC., 30 South Wacker Drive, Suite 3500, Chicago, Illinois.**

I, Jason Laning, do hereby affirm that on the **30th day of November, 2007** at **12:55 pm,** I:

Served the within named corporation by delivering a true copy of the **Notice of Deposition of Navigant Consulting, Inc. and Request for Production of Documents; Schedule A: Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me to Jessica Schremp, Admin. Asst. as person authorized to receive service of process of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Jason Laning**
Process Server

**Front Range Legal Process Service, Inc.**
**826 Roma Valley Dr.**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: 2007008635

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5l

1 | PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
2 | STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
3 | General Delivery
San Quentin, California 94964
4 | Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5 | ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
6 | JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
7 | LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
8 | 315 Montgomery Street, 10th Floor
San Francisco, California 94104
9 | Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10 | THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
11 | CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
12 | 600 Harrison Street, Suite 120
San Francisco, CA 94107
13 | Telephone: (415) 864-8848

14 | Attorneys for Plaintiffs

15 | IN THE UNITED STATES DISTRICT COURTS

16 | FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

17 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 | RALPH COLEMAN, et al.,                    ) No.: Civ S 90-0520 LKK-JFM P
                                                )
20 |            Plaintiffs,                     ) **THREE-JUDGE COURT**
                                                )
21 |     vs.                                    )
                                                )
22 | ARNOLD SCHWARZENEGGER, et al.,             )
                                                )
23 |            Defendants                      )
                                                )
24 | MARCIANO PLATA ,et al.,                    ) No. C01-1351 TEH
                                                ) **THREE-JUDGE COURT**
25 |            Plaintiffs,                     )
                                                ) **NOTICE OF DEPOSITION OF**
26 |     vs.                                    ) **NAVIGANT CONSULTING, INC. AND**
                                                ) **REQUEST FOR PRODUCTION OF**
27 | ARNOLD SCHWARZENEGGER, et al.,             ) **DOCUMENTS**
                                                )
28 |     vs.     Defendants                     )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, will take the deposition of Navigant Consulting Inc. ("Navigant"). Navigant is hereby requested and required, pursuant to Federal Rule 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of Navigant on the following matters:

1.    Work performed by Navigant for the California Department of Corrections and Rehabilitation ("CDCR") from January 1, 2006 to the present.

2.    Navigant's methodology in obtaining data and projections for CDCR.

3.    CDCR's plans to meet the need projected by Navigant.

4.    Obstacles encountered by Navigant in its work for CDCR.

Said deposition will commence at 9:30 a.m. on December 20, 2007 at the office of Rosen, Bien & Galvan, 315 Montgomery St. 10th Floor, San Francisco, CA 94114.

Said deposition, if not completed on the specified date, will continue from day-to-day, excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the deposition. The deposition shall be recorded by stenographic means and may be videotaped.

Deponent is not a party to this action. So far is as known to Plaintiffs, the deponent's contact information is: 1 Market St., Spear St. Tower, Ste. 1200, San Francisco, CA 94105.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Navigant is commanded to produce at said deposition the documents described in Schedule A attached hereto. Such documents must be provided within 21 days of the date of service of this notice, pursuant to Magistrate Judge's Order of October 30, 2007 expediting the discovery deadlines in this matter.

Dated:  November 29, 2007                    ROSEN, BIEN & GALVAN, LLP

By: _Sarah M. Laubach_
    Sarah M. Laubach
    Attorneys for Plaintiffs

Schedule A

## I.    DEFINITIONS

"YOU" and "YOUR" refer to Navigant Consulting and any officers, directors, employees, agents, representatives, attorneys and any person or entity acting, or purporting to act, on their behalf.

"COMMUNICATIONS" means any exchange of information by any means of transmission, including but not limited to, face-to-face conversations, mail, electronic mail, telegram, overnight delivery, telephone, facsimile or telex.

"DOCUMENTS" means all writings, whether fixed in a tangible medium or electronically stored. "DOCUMENTS" includes but is not limited to, all of the following: papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables, notes, messages, reports, studies, press releases, policy statements, employee manuals, comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications, notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas, memorials or notes of oral communications, whether by telephone or face-to-face, contracts, agreements, drafts of proposed contracts or agreements, memoranda of understanding, letters of intent, computer tapes, computer drives or memories, computer diskettes OR disks, email, CDs, DVDs, Blackberrys or other similar handheld devices used to send and receive electronic mail, instant messaging ("IM"), cell phones or any other tangible thing on which any handwriting, typing, printing, photostatic, electronic or other form of COMMUNICATION or information is recorded or reproduced together with all notations on any of the foregoing, all originals, file copies or other unique copies of the foregoing and all versions or drafts thereof, whether used or not.

"RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss, evaluate, consider, review or report on the subject matter of the request.

"OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used herein shall include "EACH" and "EVERY."

1 | "PERSON" OR "PERSONS" means ANY natural PERSON or ANY business, legal or
2 | governmental entity or association.
3 |     The use of the singular form of ANY word includes the plural and vice versa, and the use
4 | of ANY verb includes ALL tenses.

5 | **II.    RELEVANT TIME PERIOD**

6 |     The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006 to
7 | the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated OR
8 | received during the RELEVANT PERIOD and ALL DOCUMENTS and information that
9 | RELATE in whole or in part to such period, or to events or circumstances during such period,
10 | even though dated, prepared, generated or received prior or subsequent to the RELEVANT
11 | PERIOD.

12 | **III.    DOCUMENTS REQUESTED**

13 | Document Request 1:
14 |     ALL DOCUMENTS in YOUR possession, custody, OR control, regardless of date, used
15 | OR reviewed by YOU in preparation for this deposition.

16 | Document Request 2:
17 |     ALL DOCUMENTS in YOUR possession, custody, OR control relating to contracts OR
18 | agreements, OR drafts of contracts OR agreements, between YOU and the California Department
19 | of Corrections and Rehabilitation ("CDCR").

20 | Document Request 3:
21 |     ALL DOCUMENTS in YOUR possession, custody, OR control relating to data and
22 | projections for mental health bed needs for CDCR.

23 | Document Request 4:
24 |     ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to
25 | COMMUNICATIONS between YOU and CDCR regarding CDCR mental health bed needs and
26 | projections.

27
28

Document Request 5:

ALL DOCUMENTS in YOUR possession, custody, OR control relating to obstacles YOU encountered that affected YOUR ability to make accurate projections for CDCR mental health bed needs.

Document Request 6:

ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to COMMUNICATIONS between YOU and the California Department of Mental Health regarding CDCR mental health bed needs and projections.

Document Request 7:

ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to COMMUNICATIONS between YOU and the Special Master in the case *Coleman v. Schwarzenegger* OR any agent OR employee of the Special Master regarding CDCR mental health bed needs and projections.

Document Request 8:

ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to COMMUNICATIONS between YOU and any other person OR entity, including any California state agency OR official, regarding CDCR mental health bed needs and projections.

Document Request 9:

ALL DOCUMENTS in YOUR possession, custody OR control that YOU drafted, created, reviewed, OR relied upon in YOUR work regarding CDCR mental health bed needs and projections, including reports, drafts of reports, studies, notes, data, publications, OR any other materials.

Document Request 10:

ALL DOCUMENTS in YOUR possession, custody OR control that are OR relate to COMMUNICATIONS between YOU and John Misener OR any employee OR agent thereof, McManis Consulting OR any employee OR agent thereof, OR any other entity OR individual, that relate to CDCR mental health bed needs and projections.

AO88 (Rev 12/06) Subpoena in a Civil

Issued by the

# UNITED STATES DISTRICT COURT

NORTHERN         DISTRICT OF         California

Coleman v. Schwarzenegger         SUBPOENA IN A CIVIL CASE

Plata v. Schwarzenegger

Case Number:[1]

E.D. Cal. No. Civ S 90-0520 LKK-JFM

TO: NAVIGANT CONSULTING, INC.
PERSON(S) MOST KNOWLEDGEABLE

N.D. Cal. No. C01-1351 TEH

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME 12/20/2007 9:30 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME 12/20/2007 9:30 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Sarah M. Laubach*   *Attorney for Plaintiffs* | DATE 11/29/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SARAH LAUBACH, ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure. Subdivisions (c), (d), and (e). on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

SERVED

MANNER OF SERVICE   Personal Service

SERVED ON (PRINT NAME)   Reception Name Unknown for Navigant Consulting

TITLE

SERVED BY (PRINT NAME)   CHRISTOPHER CARRIER

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/29/07___
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER   700 Folsom St #125

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

1 | PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
2 | STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
3 | General Delivery
San Quentin, California  94964
4 | Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

5 | ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
6 | JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
7 | LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
8 | 315 Montgomery Street, 10th Floor
San Francisco, California  94104
9 | Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

10 | THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
11 | CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
12 | 600 Harrison Street, Suite 120
San Francisco, CA  94107
13 | Telephone:  (415) 864-8848

14 | Attorneys for Plaintiffs

15 |         IN THE UNITED STATES DISTRICT COURTS

16 |       FOR THE EASTERN DISTRICT OF CALIFORNIA

        AND THE NORTHERN DISTRICT OF CALIFORNIA

17 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 |    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 | RALPH COLEMAN, et al.,                    )   No.: Civ S 90-0520 LKK-JFM
                                           )
20 |           Plaintiffs,                     )   **THREE-JUDGE COURT**
                                           )
21 |      vs.                                  )
                                           )
22 | ARNOLD SCHWARZENEGGER, et al.,            )
                                           )
23 |           Defendants                      )
                                           )
24 | MARCIANO PLATA ,et al.,                   )   No. C01-1351 TEH
                                           )
25 |           Plaintiffs,                     )   **THREE-JUDGE COURT**
           vs.                              )
26 |                                          )
    ARNOLD SCHWARZENEGGER, et al.,            )
27 |                                          )   **PLAINTIFFS' NOTICE OF**
         vs.                                 )   **DEPOSITION OF DOUGLAS**
28 |           Defendants                      )   **MCKEEVER**

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs,

3  by their attorneys, will take the deposition of Douglas McKeever at 9 a.m. on December 13,

4  2007 at the law offices of Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor,

5  San Francisco, CA 94104.  Said deposition, if not completed on the specified date, will

6  continue from day-to-day, excluding Sundays and holidays, until such date as is necessary to

7  complete the deposition.  The deposition shall be recorded by stenographic means and may be

8  videotaped.

9  Dated:        November 29, 2007                    **ROSEN, BIEN & GALVAN, LLP**

10

11

12                                                    By:   _____

13                                                          Lisa Ells
                                                            Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA  94107
13 Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

14 Attorneys for Plaintiffs

15           IN THE UNITED STATES DISTRICT COURTS
16        FOR THE EASTERN DISTRICT OF CALIFORNIA
          AND THE NORTHERN DISTRICT OF CALIFORNIA
17    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| 19 | RALPH COLEMAN, et al., | ) No.:  Civ S 90-0520 LKK-JFM |
| 20 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| 21 | vs. | ) |
| 22 | ARNOLD SCHWARZENEGGER, et al., | ) |
| 23 | Defendants | ) |
| 24 | MARCIANO PLATA ,et al., | ) No. C01-1351 TEH |
| 25 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| 26 | vs. | ) |
| 27 | ARNOLD SCHWARZENEGGER, et al., | ) **PLAINTIFFS' NOTICE OF** |
| | vs. | ) **DEPOSITION OF GEORGE** |
| 28 | Defendants | ) **SIFUENTES** |

1 | TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 |       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs,

3 | by their attorneys, will take the deposition of George Sifuentes at 9 a.m. on December 14, 2007

4 | at the law offices of Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor, San

5 | Francisco, CA 94104.  Said deposition, if not completed on the specified date, will continue

6 | from day-to-day, excluding Sundays and holidays, until such date as is necessary to complete

7 | the deposition.  The deposition shall be recorded by stenographic means and may be

8 | videotaped.

9 | Dated:      November 29, 2007                **ROSEN, BIEN & GALVAN, LLP**

10 |

11 |

12 |                 By:   _____

13 |                         Lisa Ells
                        Attorneys for Plaintiff

1 | PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925

2 | STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790

3 | General Delivery
San Quentin, California  94964

4 | Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

5 | ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891

6 | JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675

7 | LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526

8 | 315 Montgomery Street, 10th Floor
San Francisco, California  94104

9 | Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

10 | THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

11 | CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402

12 | 600 Harrison Street, Suite 120
San Francisco, CA  94107

13 | Telephone:  (415) 864-8848

14 | Attorneys for Plaintiffs

15 | IN THE UNITED STATES DISTRICT COURTS

16 | FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA

17 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 | RALPH COLEMAN, et al.,

20 | Plaintiffs,

21 | vs.

22 | ARNOLD SCHWARZENEGGER, et al.,

23 | Defendants

No.: Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

24 | MARCIANO PLATA ,et al.,

25 | Plaintiffs,

26 | vs.

27 | ARNOLD SCHWARZENEGGER, et al.,

28 | vs.
Defendants

No. C01-1351 TEH
**THREE-JUDGE COURT**

**PLAINTIFFS' NOTICE OF
DEPOSITION OF CDCR PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE 30(B)(6) AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs, by their attorneys, will take the deposition of the California Department of

4   Corrections and Rehabilitation ("CDCR").  CDCR is hereby requested and required, pursuant to

5   Federal Rule 30(b)(6), to designate and produce a person or persons most knowledgeable to

6   testify on behalf of CDCR on the following matter(s):

7        1.      CDCR's policies, procedures, practices and efforts to preserve data and/or

8   documents potentially relevant to the overcrowding litigation;

9        2.      When, by whom, and through what means the hard drives of Bud Prunty, John

10  Dovey, Darc Keller, Peter Farber-Szekrenyi, Richard Kirkland, Brigid Hanson, and Teresa

11  Schwartz were "flushed" or otherwise altered;

12       3.      What electronic data has been captured and processed as potentially responsive to

13  discovery requests in this litigation for Bud Prunty, John Dovey, Darc Keller, Peter Farber-

14  Szekrenyi, Richard Kirkland, Brigid Hanson, and Teresa Schwartz;

15       4.      What efforts were undertaken to locate the hard drives of John Dovey, Darc

16  Keller, Peter Farber-Szekrenyi, Richard Kirkland, Brigid Hanson, and Teresa Schwartz;

17       5.      CDCR's practices, policies and procedures related to backing up electronic server

18  data, including back up cycles and back up tape rotation calendars, for all CDCR servers,

19  including network servers, file share user servers, and email servers;

20       6.      CDCR's practices, policies and procedures for tracking, storing, and inventorying

21  employee hard drives;

22       7.      The imposition of a litigation hold in the overcrowding litigation.

23       Said deposition will commence at 9:30 a.m. on December 20, 2007 at the law offices of

24  Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

25       Said deposition, if not completed on the specified date, will continue from day-to-day,

26  excluding Sundays and holidays, until such date as is necessary to complete the deposition.  The

27  deposition shall be recorded by stenographic means and may be videotaped.

28

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30(b)(5) and 34 of the

Federal Rules of Civil Procedure, CDCR is commanded to produce at said deposition the

documents described in Schedule A attached hereto.  Such documents must be provided within

21 days of the date of service of this notice, pursuant to Magistrate Judge's Order of October 30,

2007, expediting the discovery deadlines in this matter.


Dated:  November 29, 2007                          ROSEN, BIEN & GALVAN, LLP


                                                   By:  _____
                                                        Lisa Ells
                                                        Attorneys for Plaintiffs

2

SCHEDULE A

## I.   DEFINITIONS

"YOU" and "YOUR" refer to California Department of Corrections and Rehabilitation, and any officers, directors, employees, agents, representatives, attorneys and any person OR entity acting, OR purporting to act, on their behalf, and any predecessor or related entity including but not limited to the California Department of Corrections and Rehabilitation.

"COMMUNICATIONS" means any exchange of information by any means of transmission, including but not limited to, face-to-face conversations, mail, electronic mail, telegram, overnight delivery, telephone, facsimile OR telex.

"DOCUMENTS" means all writings, whether fixed in a tangible medium OR electronically stored. "DOCUMENTS" includes but is not limited to, all of the following: papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables, notes, messages, reports, studies, press releases, policy statements, employee manuals, comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications, notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas, memorials OR notes of oral communications, whether by telephone OR face-to-face, contracts, agreements, drafts of proposed contracts OR agreements, memoranda of understanding, letters of intent, computer tapes, computer drives OR memories, computer diskettes OR disks, email, CDs, DVDs, Blackberrys OR other similar handheld devices used to send and receive electronic mail, instant messaging ("IM"), cell phones OR any other tangible thing on which any handwriting, typing, printing, photostatic, electronic OR other form of COMMUNICATION OR information is recorded OR reproduced together with all notations on any of the foregoing, all originals, file copies OR other unique copies of the foregoing and all versions OR drafts thereof, whether used OR not.

"RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss, evaluate, consider, review OR report on the subject matter of the request.

1   "OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used

2   herein shall include "EACH" and "EVERY."

3       "PERSON" OR "PERSONS" means ANY natural PERSON OR ANY business, legal OR

4   governmental entity OR association.

5       The use of the singular form of ANY word includes the plural and vice versa, and the use

6   of ANY verb includes ALL tenses.

7   **II.    RELEVANT TIME PERIOD**

8       The "RELEVANT PERIOD," unless otherwise indicated, shall be from November 13,

9   2006 to the date of this Request, and shall include ALL DOCUMENTS dated, prepared,

10  generated OR received during the RELEVANT PERIOD and ALL DOCUMENTS and

11  information that RELATE in whole OR in part to such period, OR to events OR circumstances

12  during such period, even though dated, prepared, generated OR received prior OR subsequent to

13  the RELEVANT PERIOD.

14  **III.   DOCUMENTS REQUESTED**

15  Document Request 1:

16      ALL DOCUMENTS, regardless of date, used OR reviewed by YOU in preparation for

17  this deposition.

18  Document Request 2:

19      ALL DOCUMENTS, regardless of date, in YOUR possession, custody, OR control that

20  refer, relate to, OR describe CDCR's practices, procedures, and policies regarding document

21  retention.

22

23

24

25

26

27

28

1  Document Request 3:

2      ALL DOCUMENTS, regardless of date, in YOUR possession, custody, OR control

3  that refer, relate to, OR describe CDCR's practices, procedures, and policies on "flushing,"

4  "recycling," OR otherwise altering the files, computers, OR hard drives of employees.

5  Document Request 4:

6      ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to

7  OR describe CDCR's litigation hold policies, practices OR procedures.

8  Document Request 5:

9      ALL DOCUMENTS in YOUR possession, custody, OR control that relate to any

10  COMMUNICATION regarding the imposition of a litigation hold OR document retention

11  directives pursuant to the *Coleman* and *Plata* overcrowding litigation.

12  Document Request 6:

13      ALL DOCUMENTS, regardless of date, in YOUR possession, custody, OR control

14  that refer, relate to, OR describe when, by whom, and through what means the files,

15  computers, OR hard drives of Bud Prunty, John Dovey, Darc Keller, Peter Farber-

16  Szekrenyi, Richard Kirkland, Brigid Hanson, and Teresa Schwartz were "flushed" or

17  otherwise altered.

18  Document Request 7:

19      ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to,

20  OR describe what electronic data has been captured and processed as potentially responsive

21  to discovery requests in this litigation for Bud Prunty, John Dovey, Darc Keller, Peter Farber-

22  Szekrenyi, Richard Kirkland, Brigid Hanson, and Teresa Schwartz.

23  Document Request 8:

24      ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to,

25  OR describe what efforts were undertaken to locate the files, computers, OR hard drives of

26  John Dovey, Darc Keller, Peter Farber-Szekrenyi, Richard Kirkland, Brigid Hanson,

27  and Teresa Schwartz.

28

1    Document Request 9:

2        ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to

3    OR describe CDCR's policies and procedures related to backing up electronic server data,

4    including back up cycles and back up tape rotation calendars, for all CDCR servers, including

5    network servers, file share user servers, OR email servers.

6    Document Request 10:

7        ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to

8    OR describe CDCR's procedure for tracking, storing, OR inventorying employee files,

9    computers, OR hard drives.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF DEPOSITION OF CDCR PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) AND REQUEST FOR
PRODUCTION OF DOCUMENTS - NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California 94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California 94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA 94107
13 Telephone: (415) 864-8848

14 Attorneys for Plaintiffs

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

15 IN THE UNITED STATES DISTRICT COURTS
16 FOR THE EASTERN DISTRICT OF CALIFORNIA
   AND THE NORTHERN DISTRICT OF CALIFORNIA
17 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18 PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 19 RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| 20   Plaintiffs, | **THREE-JUDGE COURT** |
| 21   vs. | |
| 22 ARNOLD SCHWARZENEGGER, et al., | |
| 23   Defendants | |
| 24 MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| 25   Plaintiffs,<br>   vs. | **THREE-JUDGE COURT** |
| 26 ARNOLD SCHWARZENEGGER, et al., | **AMENDED NOTICE OF DEPOSITION** |
| 27   vs. | **OF JOHN MISENER AND REQUEST**<br>**FOR PRODUCTION OF DOCUMENTS** |
| 28   Defendants | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, will take the deposition of Mr. John Misener on January 29, 2008. Said deposition will commence at 9:00 a.m. at the law offices of Rosen, Bien & Galvan, LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

Pursuant to the executed agreement attached herein as Exhibit A, Mr. Misener recognizes that the dictates of the November 29, 2007 subpoena, attached herein as Exhibit B, continue to govern this rescheduled discovery.

Said deposition, if not completed on the specified date, will continue from day-to-day, excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the deposition. The deposition shall be recorded by stenographic means and may be videotaped.

Deponent is not a party to this action. So far is as known to Plaintiffs, the deponent's contact information is 2401 Bayshore Blvd., Suite 905, Tampa, FL 33629.

PLEASE TAKE FURTHER NOTICE that Mr. Misener is requested to supplement the document production detailed in Schedule A of the November 29, 2007 subpoena in accordance with the Federal Rules of Civil Procedure.

Dated: January 8, 2008                    ROSEN, BIEN & GALVAN, LLP


                                          By:    /s/ Amy Whelan
                                                 Amy Whelan
                                                 Attorneys for Plaintiff

1                            **PROOF OF SERVICE**

2         I, Sofia Millham, declare that I am a resident of the State of California, am over the

3 age of eighteen years and am not a party to the within action. I am employed with Rosen,

4 Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco,

5 California 94104. On January 8, 2008, I served the following document:

6 **AMENDED NOTICE OF DEPOSITION OF JOHN MISENER AND REQUEST
7 FOR PRODUCTION OF DOCUMENTS**

8         I served the document on the persons listed below, as follows:

| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | | |
|---|---|---|
| 1 | Lisa A. Tillman<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Paul B. Mello, Esq.<br>Hanson, Bridgett, Marcus, Vlahos & Rudy,<br>LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 2 | | |
| 3 | | |
| 4 | Lead Counsel for County Intervenors<br>Ann Miller Ravel<br>Theresa Fuentes<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 | Republican Assembly and Senate Intervenors<br>Steven S. Kaufhold<br>Akin, Gump Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | California Correctional Peace Officers'<br>Association (CCPOA) Intervenors<br>Ronald Yank<br>Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel<br>Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | District Attorney Intervenors<br>Rod Pacheco<br>Charles Hugues<br>District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | California Sheriff, Probation, Police Chief<br>and Corrections Intervenors<br>Jones & Mayer LLP<br>Martin J. Mayer<br>Michael R. Capizzi<br>Kimberly Hall Barlow<br>Elizabeth R. Feffer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | John Misener<br>2401 Bayshore Blvd., Suite 905<br>Tampa, FL 33629 | |
| 19 | | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 8th day of January, 2008 at San Francisco, California.

_____
Sofia Millham

# EXHIBIT A

December 17, 2007
Page 2

I hereby agree to make myself available for deposition on the topics identified in the
November 29 Subpoena on a mutually convenient date in January 2008. I recognize that
the November 29 Subpoena continues to apply to this postponed deposition and agree to
act in accordance with the requirements of that subpoena.

Signed:

By: John Misener

# EXHIBIT B

| | |
|---|---|
| 1 | PRISON LAW OFFICE |
| | DONALD SPECTER Bar No.: 83925 |
| 2 | STEVEN FAMA Bar No.: 99641 |
| | E. IVAN TRUJILLO Bar No.: 228790 |
| 3 | General Delivery |
| | San Quentin, California 94964 |
| 4 | Telephone: (415) 457-9144 |

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California 94104
9  Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
    San Francisco, CA 94107
13  Telephone: (415) 864-8848

14  Attorneys for Plaintiffs

15          IN THE UNITED STATES DISTRICT COURTS
16         FOR THE EASTERN DISTRICT OF CALIFORNIA
           AND THE NORTHERN DISTRICT OF CALIFORNIA
17   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| 19 | RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| 20 | Plaintiffs, | **THREE-JUDGE COURT** |
| 21 | vs. | |
| 22 | ARNOLD SCHWARZENEGGER, et al., | |
| 23 | Defendants | |
| 24 | MARCIANO PLATA, et al., | No. C01-1351 TEH |
| 25 | Plaintiffs, | **THREE-JUDGE COURT** |
| 26 | vs. | **NOTICE OF DEPOSITION OF JOHN** |
| | ARNOLD SCHWARZENEGGER, et al., | **MISENER AND REQUEST FOR** |
| 27 | | **PRODUCTION OF DOCUMENTS** |
| 28 | vs. Defendants | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3  Civil Procedure, plaintiffs, by their attorneys, will take the deposition of John Misener.

4        Said deposition will commence at 9:30 a.m. on December 20, 2007 at Dreyer &

5  Associates, 201 North Franklin Street, Suite #1775, Tampa, Florida 33602.

6        Said deposition, if not completed on the specified date, will continue from day-to-day,

7  excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

8  deposition.  The deposition shall be recorded by stenographic means and may be videotaped.

9        Deponent is not a party to this action.  So far is as known to Plaintiffs, the deponent's

10  contact information is 2401 Bayshore Blvd. Suite 905, Tampa, FL 33629.

11        PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of

12  Civil Procedure, Mr. Misener is commanded to produce at said deposition the documents

13  described in Schedule A attached hereto.  Such documents must be provided within 21 days of the

14  date of service of this notice, pursuant to the Magistrate Judge's Order of October 30, 2007

15  expediting the discovery deadlines in this matter.

16

17  Dated:  November 29, 2007                    ROSEN, BIEN & GALVAN, LLP

18

19                                 By:  *Sarah M. Laubach*

20                                      Sarah M. Laubach
                                        Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

Schedule A

I.    **DEFINITIONS**

"YOU" and "YOUR" refer to John Misener and any officers, directors, employees, agents, representatives, attorneys and any person or entity acting, or purporting to act, on your behalf.

"COMMUNICATIONS" means any exchange of information by any means of transmission, including but not limited to, face-to-face conversations, mail, electronic mail, telegram, overnight delivery, telephone, facsimile or telex.

"DOCUMENTS" means all writings, whether fixed in a tangible medium or electronically stored. "DOCUMENTS" includes but is not limited to, all of the following: papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables, notes, messages, reports, studies, press releases, policy statements, employee manuals, comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications, notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas, memorials or notes of oral communications, whether by telephone or face-to-face, contracts, agreements, drafts of proposed contracts or agreements, memoranda of understanding, letters of intent, computer tapes, computer drives or memories, computer diskettes or disks, email, CDs, DVDs, Blackberrys or other similar handheld devices used to send and receive electronic mail, instant messaging ("IM"), cell phones or any other tangible thing on which any handwriting, typing, printing, photostatic, electronic or other form of COMMUNICATION or information is recorded or reproduced together with all notations on any of the foregoing, all originals, file copies or other unique copies of the foregoing and all versions or drafts thereof, whether used or not.

"RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss, evaluate, consider, review or report on the subject matter of the request.

"OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used herein shall include "EACH" and "EVERY."

NOTICE OF DEPOSITION OF JOHN MISENER AND REQUEST FOR PRODUCTION OF DOCUMENTS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

1      "PERSON" OR "PERSONS" means ANY natural PERSON OR ANY business, legal OR

2 governmental entity OR association.

3      The use of the singular form of ANY word includes the plural and vice versa, and the use

4 of ANY verb includes ALL tenses.

5 **II.   RELEVANT TIME PERIOD**

6      The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006 to

7 the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated OR

8 received during the RELEVANT PERIOD and ALL DOCUMENTS and information that

9 RELATE in whole OR in part to such period, OR to events OR circumstances during such period,

10 even though dated, prepared, generated OR received prior OR subsequent to the RELEVANT

11 PERIOD.

12 **III.   DOCUMENTS REQUESTED**

13 <u>Document Request 1:</u>

14      ALL DOCUMENTS in YOUR possession, custody, or control, regardless of date, used

15 OR reviewed by YOU in preparation for this deposition.

16 <u>Document Request 2:</u>

17      ALL DOCUMENTS in YOUR possession, custody, or control relating to contracts OR

18 agreements, OR drafts of contracts or agreements, between YOU and the California Department

19 of Corrections and Rehabilitation ("CDCR").

20 <u>Document Request 3:</u>

21      ALL DOCUMENTS in YOUR possession, custody, or control relating to data and

22 projections for mental health bed needs for CDCR.

23 <u>Document Request 4:</u>

24      ALL DOCUMENTS in YOUR possession, custody, or control that are OR relate to

25 COMMUNICATIONS between YOU and CDCR regarding CDCR mental health bed needs and

26 projections.

27

28

1  Document Request 5:

2      ALL DOCUMENTS in YOUR possession, custody, or control relating to obstacles

3  YOU encountered that affected YOUR ability to make accurate projections for CDCR mental

4  health bed needs.

5  Document Request 6:

6      ALL DOCUMENTS in YOUR possession, custody or control that are or relate to

7  COMMUNICATIONS between YOU and the California Department of Mental Health

8  regarding CDCR mental health bed needs and projections.

9  Document Request 7:

10      ALL DOCUMENTS in YOUR possession, custody or control that are OR relate to

11  COMMUNICATIONS between YOU and the Special Master in the matter *Coleman v.*

12  *Schwarzenegger* OR any agent OR employee of the Special Master regarding CDCR mental

13  health bed needs and projections.

14  Document Request 8:

15      ALL DOCUMENTS in YOUR possession, custody or control that are OR relate to

16  COMMUNICATIONS between YOU and any other person OR entity, including any

17  California state agency or official, regarding CDCR mental health bed needs and projections.

18  Document Request 9:

19      ALL DOCUMENTS in YOUR possession, custody or control that YOU drafted,

20  created, reviewed, OR relied upon in YOUR work regarding CDCR mental health bed needs

21  and projections, including reports, drafts of reports, studies, notes, data, publications, OR any

22  other materials.

23  Document Request 10:

24      ALL DOCUMENTS in YOUR possession, custody or control that are or relate to

25  COMMUNICATIONS between YOU and Navigant Consulting Inc. OR any employee OR

26  agent thereof, McManis Consulting OR any employee OR agent thereof, OR any other entity

27  or individual, that relate to CDCR mental health bed needs and projections.

28

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    FLORIDA

Coleman v. Schwarzenegger

Plata v. Schwarzenegger

TO:  John Misener

**SUBPOENA IN A CIVIL CASE**

Case No:[1]

E.D. Cal. No. Civ S 90-0520 LKK-JFM
N.D. Cal. No. C01-1351 TEH

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME | |
|---|---|---|
| Dreyer & Associates, 201 N. Franklin St., Ste. 1775, Tampa, FL | 12/20/07 | 09:30 |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE | DATE AND TIME | |
|---|---|---|
| Dreyer & Associates, 201 N. Franklin St., Ste. 1775, Tampa, FL | 12/20/07 | 09:30 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR *Sarah M. Laubach*   Attorney for Plaintiffs | DATE 11/29/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sarah Laubach, Rosen, Bien & Galvan, LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA  94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-29-07 | 2401 Bayshore Blvd, Suite 905, Tampa Fl |

SERVED ON (PRINT NAME)  John M Bener

MANNER OF SERVICE  Personal

SERVED BY (PRINT NAME)  Michael Mc Keon

TITLE  Process Server

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11-29-07___
                    DATE

SIGNATURE OF SERVER  _Michael McKeon_

ADDRESS OF SERVER  P.o Box 173446
TAMPA, Florida 33672

8627

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,
(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden.

(B) If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA  94107
13 Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

14 Attorneys for Plaintiffs

15        IN THE UNITED STATES DISTRICT COURTS
16       FOR THE EASTERN DISTRICT OF CALIFORNIA
         AND THE NORTHERN DISTRICT OF CALIFORNIA
17  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 RALPH COLEMAN, et al.,                    )  No.:  Civ S 90-0520 LKK-JFM P
                                             )
20         Plaintiffs,                       )  **THREE-JUDGE COURT**
                                             )
21     vs.                                   )
                                             )
22 ARNOLD SCHWARZENEGGER, et al.,            )
                                             )
23         Defendants                        )
                                             )
24 MARCIANO PLATA ,et al.,                   )  No. C01-1351 TEH
                                             )
25         Plaintiffs,                       )  **THREE-JUDGE COURT**
       vs.                                   )
26                                           )  **AMENDED NOTICE OF DEPOSITION
   ARNOLD SCHWARZENEGGER, et al.,            )  OF CALIFORNIA DEPARTMENT OF
27                                           )  PUBLIC HEALTH AND REQUEST FOR
       vs.                                   )  PRODUCTION OF DOCUMENTS**
28         Defendants                        )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, will take the deposition of California Department of Public Health ("CDPH") on January 28, 2008, beginning at 9:30 a.m. at the law offices of Rosen, Bien & Galvan, LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104. CDPH is hereby requested and required, pursuant to Federal Rule of Civil Procedure 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of CDPH, or any predecessor such as the California Department of Health Services, from the time period of January 1, 2006 to the present, on the matters detailed in the November 29, 2007 subpoena, attached herein as Exhibit A. Pursuant to the executed agreement attached herein as Exhibit B, CDPH recognizes that the dictates of the November 29, 2007 subpoena continue to govern this rescheduled discovery.

Said deposition, if not completed on the specified date, will continue from day-to-day, excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the deposition. The deposition shall be recorded by stenographic means and may be videotaped.

CDPH is not a party to this action. So far is as known to Plaintiffs, CDPH's contact information is 1501 Capital Avenue, Sacramento, CA 95814.

PLEASE TAKE FURTHER NOTICE that CPDH is requested to supplement the document production detailed in Schedule A of the November 29, 2007 subpoena in accordance with the Federal Rules of Civil Procedure.

Dated: January 8, 2008

ROSEN, BIEN & GALVAN, LLP

By:   /s/ Tom Nolan
      Thomas Nolan
      Attorneys for Plaintiff

AMENDED NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF DOCUMENTS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

## PROOF OF SERVICE

I, Kate Richardson, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On January 8, 2008, I served the following document:

**AMENDED NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF DOCUMENTS**

I served the document on the persons listed below, as follows:

| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

Lisa A. Tillman
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson, Bridgett, Marcus, Vlahos & Rudy,
LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

District Attorney Intervenors
Rod Pacheco
Charles Hugues
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

Catherine Ewing
California Department of Public Health
1501 Capitol Avenue
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 8th day of January, 2008 at San Francisco, California.

Kate Richardson

-1-

# EXHIBIT A

| | |
|---|---|
| 1   PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>2   STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>3   General Delivery<br>San Quentin, California 94964<br>4   Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| 5   ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>6   JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>7   LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>8   315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>9   Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |

1  PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
San Quentin, California 94964
4  Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
San Francisco, California 94104
9  Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10  THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
San Francisco, CA 94107
13  Telephone: (415) 864-8848

14  Attorneys for Plaintiffs

15         IN THE UNITED STATES DISTRICT COURTS

16        FOR THE EASTERN DISTRICT OF CALIFORNIA

17       AND THE NORTHERN DISTRICT OF CALIFORNIA

    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 19   RALPH COLEMAN, et al.,<br>20       Plaintiffs,<br>21     vs.<br>22   ARNOLD SCHWARZENEGGER, et al.,<br>23       Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| 24   MARCIANO PLATA , et al.,<br>25       Plaintiffs,<br>26     vs.<br>27   ARNOLD SCHWARZENEGGER, et al.,<br>28     vs.    Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**NOTICE OF DEPOSITION OF<br>CALIFORNIA DEPARTMENT OF<br>PUBLIC HEALTH AND REQUEST FOR<br>PRODUCTION OF DOCUMENTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, will take the deposition of California Department of Public Health ("CDPH"). CDPH is hereby requested and required, pursuant to Federal Rule 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of CDPH, or any predecessor entity such as the California Department of Health Services, from the time period of January 1, 2006 to the present, on the following matters:

1.    The licensing of mental health or medical programs run by Defendant California Department of Corrections and Rehabilitation ("CDCR"), or by the Department of Mental Health ("DMH") on behalf of CDCR, and any application for, renewal of, or modification of such licenses, and any waiver(s) of licensing requirements for these programs.

2.    The licensing of the mental health or medical programs run by CDCR, or by DMH on behalf of CDCR, at Salinas Valley State Prison, including but not limited to, licenses for Department of Mental Health ("DMH") programs in Units D-5 and D-6 and the Salinas Valley Psychiatric Program, and any application for, renewal of, or modification of such licenses, and any waiver(s) of licensing requirements for these programs.

3.    The licensing of the mental health or medical programs run by CDCR, or by DMH on behalf of CDCR, at California Medical Facility and any application for, renewal of, or modification of such licenses, and any waiver(s) of licensing requirements for these programs.

4.    The licensing of the mental health or medical programs run by CDCR, or by DMH on behalf of CDCR, at California Institution for Men, including but not limited to, licenses for the CIM-GACH, and any application for, renewal of, or modification of such licenses, and any waiver(s) of licensing requirements for these programs.

Said deposition will commence at 9:30 a.m. on December 20, 2007 at the law offices of Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

Said deposition, if not completed on the specified date, will continue from day-to-day, excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the deposition. The deposition shall be recorded by stenographic means and may be videotaped.

1

1   Deponent is not a party to this action. So far as is known to Plaintiffs, the deponent's

2   contact information is: 1501 Capitol Avenue, Sacramento, CA 95814.

3   PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of

4   Civil Procedure, CDPH is commanded to produce at said deposition the documents described in

5   Schedule A attached hereto. Such documents must be provided within 21 days of the date of

6   service of this notice, pursuant to Magistrate Judge's Order of October 30, 2007 expediting the

7   discovery deadlines in this matter.

8

9   Dated: November 29, 2007                    ROSEN, BIEN & GALVAN, LLP

10

11                                    By: _Sarah M. Laubach_

12                                         Sarah M. Laubach
                                           Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Schedule A**

1

2   **I.  DEFINITIONS**

3       "YOU" and "YOUR" refer to California Department of Public Health, and any officers,

4  directors, employees, agents, representatives, attorneys and any person or entity acting, or

5  purporting to act, on their behalf, and any predecessor or related entity including but not limited

6  to the California Department of Health Services.

7       "COMMUNICATIONS" means any exchange of information by any means of

8  transmission, including but not limited to, face-to-face conversations, mail, electronic mail,

9  telegram, overnight delivery, telephone, facsimile or telex.

10      "DOCUMENTS" means all writings, whether fixed in a tangible medium OR

11  electronically stored. "DOCUMENTS" includes but is not limited to, all of the following:

12  papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables,

13  notes, messages, reports, studies, press releases, policy statements, employee manuals,

14  comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof,

15  pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires,

16  surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications,

17  notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas,

18  memorials or notes of oral communications, whether by telephone or face-to-face, contracts,

19  agreements, drafts of proposed contracts or agreements, memoranda of understanding, letters of

20  intent, computer tapes, computer drives or memories, computer diskettes or disks, email, CDs,

21  DVDs, Blackberrys or other similar handheld devices used to send and receive electronic mail,

22  instant messaging ("IM"), cell phones or any other tangible thing on which any handwriting,

23  typing, printing, photostatic, electronic or other form of COMMUNICATION or information is

24  recorded or reproduced together with all notations on any of the foregoing, all originals, file

25  copies or other unique copies of the foregoing and all versions or drafts thereof, whether used or

26  not.

27      "RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss,

28  evaluate, consider, review or report on the subject matter of the request.

1    "OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used

2    herein shall include "EACH" and "EVERY."

3        "PERSON" OR "PERSONS" means ANY natural PERSON OR ANY business, legal or

4    governmental entity or association.

5        The use of the singular form of ANY word includes the plural and vice versa, and the use

6    of ANY verb includes ALL tenses.

7    **II.    RELEVANT TIME PERIOD**

8        The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006

9    to the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated or

10   received during the RELEVANT PERIOD and ALL DOCUMENTS and information that

11   RELATE in whole or in part to such period, or to events or circumstances during such period,

12   even though dated, prepared, generated or received prior or subsequent to the RELEVANT

13   PERIOD.

14   **III.    DOCUMENTS REQUESTED**

15   Document Request 1:

16       ALL DOCUMENTS, regardless of date, used OR reviewed by YOU in preparation for

17   this deposition.

18   Document Request 2:

19       ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to, OR

20   describe mental health OR medical care at OR in CDCR institutions.

21   Document Request 3:

22       ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

23   licensing by CDPH of mental health OR medical programs run by CDCR (or by DMH on behalf

24   of CDCR), and any application for, renewal of, OR modification of such licenses, and any

25   waiver(s) of licensing requirements for these programs.

26   Document Request 4:

27       ALL DOCUMENTS in YOUR possession, custody, OR control that relate to any

28   COMMUNICATION between YOU and CDCR, between YOU and DMH, and between YOU

-2-

1   and any other California state agency OR official regarding the licensing of CDCR mental health

2   OR medical programs.

3   Document Request 5:

4       ALL DOCUMENTS in YOUR possession, custody, OR control that relate to Correctional

5   Treatment Centers ("CTC"s) OR Mental Health Crisis Beds ("MHCB"s) at any CDCR

6   institution.

7   Document Request 6:

8       ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

9   licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

10  CDCR) at Salinas Valley State Prison, including but not limited to, licenses for Department of

11  Mental Health ("DMH") programs in Units D-5 and D-6 and the Salinas Valley Psychiatric

12  Program, and any application for, renewal of, OR modification of such licenses, and any

13  waiver(s) of licensing requirements for these programs.

14  Document Request 7:

15      ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

16  licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

17  CDCR) at California Medical Facility, and any application for, renewal of, OR modification of

18  such licenses, and any waiver(s) of licensing requirements for these programs.

19  Document Request 8:

20      ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

21  licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

22  CDCR) at California Institution for Men, including but not limited to, licenses for the CIM-

23  GACH, and any application for, renewal of, OR modification of such licenses, and any waiver(s)

24  of licensing requirements for these programs.

25  Document Request 9:

26      ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to

27  COMMUNICATIONS between YOU and the Receiver in the case *Plata v. Schwarzenegger* OR

28

1  any agent OR employee of the Receiver, OR between YOU and the Special Master in the case

2  *Coleman v. Schwarzenegger* OR any agent OR employee of the Special Master.

3  Document Request 10:

4      ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to

5  COMMUNICATIONS between YOU and any other person, including but not limited to any

6  California state agency OR official, concerning the mental health OR medical programs run by

7  CDCR.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF DOCUMENTS,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ CALIFORNIA

Coleman v. Schwarzenegger

Plata v. Schwarzenegger

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

E.D. Cal. No. Civ S 90-0520 LKK-JFM

N.D. Cal. No. C01-1351 TEH

TO:  CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
     PERSON(S) MOST KNOWLEDGEABLE

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
   testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
   in the above case.

| PLACE OF DEPOSITION   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME 12/20/2007 9:30 am |
| --- | --- |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
   place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME 12/20/2007 9:30 am |
| --- | --- |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Sarah M. Laubach*  Attorney for Plaintiffs | DATE 11/29/07 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SARAH LAUBACH, ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO,
CA 94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| SERVED | 11/29/07 @ 1:30 PM | | CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, 1501 CAPITOL AVENUE, SACRAMENT, CA 95814 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| CATHERINE EWING | AUTHORIZED TO ACCEPT |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| MIKE SINGH     REG # 2000-02 SACRAMENTO COUNTY | REGISTERED CALIFORNIA PROCESS SERVER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11/30/07
                  DATE

SIGNATURE OF SERVER

501 12th ST., SAC, CA 95814
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# EXHIBIT B



State of California—Health and Human Services Agency

# California Department of Public Health



Office of Legal Services
P.O. Box 997377
Sacramento, CA 95899-7377
Fax No. 916 440-7709
MS 0506

MARK B HORTON, MD, MSPH
*Director*

ARNOLD SCHWARZENEGGER
*Governor*

RECEIVED

**FAX TO: 415 433 7104**

DEC 19 2007

Rosen, Bien & Galvan

**DATE:**   December 19, 2007

**TO:**   Sarah M. Laubach          **Phone:**   415 433 6830

**FROM:**   Roseliz Kondo, Legal Analyst          **Phone:**   (916) 440 7764

**Subject:   Deposition**

NUMBER OF PAGES INCLUDING COVER SHEET:   **3**

✦ ✦ ✦ ✦ ✦

IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES, PLEASE NOTIFY US IMMEDIATELY AT
THE TELEPHONE NUMBER LISTED BELOW

✦ ✦ ✦ ✦ ✦

MESSAGE:

See attached.

CONFIDENTIALITY NOTICE

This facsimile is intended only for the addressee shown above. It may contain information that is privileged, confidential,
or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or any of its contents by
persons other than the addressee is strictly prohibited. If you received this fax in error, please call us immediately upon
receipt and return the facsimile documents to us by first class mail to the address above. Your postage will be
reimbursed. Thank you for your cooperation.

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[3]

# ROSEN, BIEN & GALVAN, LLP

ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[3]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[3]
THOMAS NOLAN
LORI RIFKIN[5]
LOREN STEWART
KENNETH WALCZAK[4]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

December 17, 2007

**RECEIVED**

VIA EMAIL ONLY

DEC 19 2007

California Department of Public Health
Attention: Robert Kennard
c/o Rose Liz Kondo, Paralegal for DPH (roseliz.kondo@cdph.ca.gov)
1501 Capitol Avenue
Sacramento, CA 95814

Rosen, Bien & Galvan

     Re:   Agreement to Postpone Deposition

Dear Mr. Kennard:

     On November 29, 2007, our office served the California Department of Public Health with a subpoena for deposition and request for documents related to licensing of CDCR programs as well as licensing of DMH programs that serve CDCR inmates. The subpoena stated that the deposition would take place on December 20 2007, and that documents should be produced at that time. Your office has informed me that you are the person most knowledgeable about the topics noticed in the deposition and that you will be appearing as the DPH's witness at this deposition. Your office and our office have mutually agreed to postpone the deposition in order to review the documents that your office has agreed to provide in advance of the deposition.

     This letter will confirm our agreement to move the date of your deposition from December 20, 2007 until a mutually convenient date in January 2008. We request that you also provide by January 2, 2008 any documents responsive to the November 29 Subpoena that you have not already produced to our office, including documents for both CDCR programs and DMH programs that serve CDCR inmates.

//

//

//

//

[1] MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2] OF COUNSEL
[3] MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4] MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5] MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
[6] MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

December 17, 2007
Page 2

Please sign the attached statement and return a signed copy to our office by fax (415-433-7104) or as a pdf attachment to an email (slaubach@rbg-law.com). You should feel free to contact me if you have any questions.

Sincerely yours,

ROSEN, BIEN & GALVAN, LLP

By: Sarah M. Laubach

I hereby agree to make myself available for deposition on the topics identified in the November 29 Subpoena on a mutually convenient date in January 2008. I recognize that the November 29 Subpoena continues to apply to this postponed deposition and agree to act in accordance with the requirements of that subpoena.

Signed:

By: Robert Kennard
On behalf of the California
Department of Public Health

As counsel for the Department of Public Health, we mutually agree to make Robert Kennard available for deposition in January 2008 as noted above.

1  PRISON LAW OFFICE                          ROSEN, BIEN & GALVAN, LLP
2  DONALD SPECTER, Bar No. 83925              MICHAEL W. BIEN, Bar No. 96891
   STEVEN FAMA, Bar No. 99641                 JANE E. KAHN, Bar No. 112239
3  E. IVAN TRUJILLO, Bar No. 228790           AMY WHELAN, Bar No. 215675
   SARA NORMAN, Bar No. 189536                LORI RIFKIN, Bar No. 244081
4  ALISON HARDY, Bar No. 135966               LISA ELLS, Bar No. 243657
   REBEKAH EVENSON, Bar No. 207825            315 Montgomery Street, 10th Floor
5  1917 Fifth Street                          San Francisco, California 94104
   Berkeley, CA 94710                         Telephone: (415) 433-6830
6  Telephone: (510) 280-2621

7  K&L Gates LLP                              BINGHAM, McCUTCHEN, LLP
8  JEFFREY L. BORNSTEIN, Bar No. 99358        WARREN E. GEORGE, Bar No. 53588
   EDWARD P. SANGSTER, Bar No. 121041         Three Embarcadero Center
9  RAYMOND E. LOUGHREY, Bar No. 194363        San Francisco, California 94111
   55 Second Street, Suite 1700               Telephone: (415) 393-2000
10 San Francisco, CA 94105-3493
   Telephone: (415) 882-8200
11
12 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
13 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
14 San Francisco, CA 94107
   Telephone: (415) 864-8848
15
16 Attorneys for Plaintiffs

                    IN THE UNITED STATES DISTRICT COURTS
17             FOR THE EASTERN DISTRICT OF CALIFORNIA
                AND THE NORTHERN DISTRICT OF CALIFORNIA
18        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN, et al.,                     No. Civ S 90-0520 LKK-JFM P
          Plaintiffs,                         **THREE-JUDGE COURT**
21
          vs.                                 **COLEMAN PLAINTIFFS' NOTICE OF**
22 ARNOLD SCHWARZENEGGER, et al.,             **DEPOSITION OF CERTAIN LEGISLATOR**
          Defendants.                         **INTERVENORS**
23
   MARCIANO PLATA ,et al.,                    No. C01-1351 TEH
24
          Plaintiffs,                         **THREE-JUDGE COURT**
25
          vs.
26 ARNOLD SCHWARZENEGGER, et al.,
          Defendants.
27
28                                      1

SF-157495 v1 0903375-00001

1   TO EACH PARTY AND EACH ATTORNEY OF RECORD:

2   YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following persons will

3   be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---------|------|------|----------|
| Jerry Powers | August 4, 2008 | 9:30 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |
| Lee Baca | August 5, 2008 | 9:30 a.m. | K&L Gates<br>10100 Santa Monica Boulevard,<br>Seventh Floor<br>Los Angeles, CA 90067<br>Phone: 310-552-5000 |
| William B. Kolender | August 7, 2008 | 9:30 a.m. | K&L Gates<br>1900 Main Street, Suite 600<br>Irvine, CA 92614-7319<br>Phone: 949.253.0900 |
| Loren Buddress | August 11, 2008 | 9:30 a.m. | K&L Gates<br>10100 Santa Monica Boulevard,<br>Seventh Floor<br>Los Angeles, CA 90067<br>Phone: 310-552-5000 |

The deponents are parties to this action. These depositions will recorded by stenographic means and may be videotaped.

Dated: July 10, 2008         By:

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

2

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3      I am employed in the county of San Francisco, State of California.  I am over the age of 18
   and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates**
4  **Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105**.

5      On **July 10, 2008**, I served the foregoing document(s):

6      COLEMAN PLAINTIFFS' NOTICE OF DEPOSITION OF CERTAIN LEGISLATOR
                                    INTERVENORS

7
   together with an unsigned copy of this declaration, on all interested parties in this action addressed
8  and sent as follows:
   All documents were sent to the following persons in the following manner:
9

10     Lisa A. Tillman                              Paul B. Mello, Esq.
       Deputy Attorney General                     Hanson & Bridgett LLP
11     P.O. Box 944255                              425 Market Street, 26th Floor
       Sacramento, CA 94244-2550                    San Francisco, CA  94105
12

13     Lead Counsel for County Intervenors         Republican Assembly and Senate Intervenors
       Ann Miller Ravel                            Steven S. Kaufhold
14     Theresa Fuentes                             Teresa Wang
       Office of the County Counsel                Akin, Gump Strauss Hauer & Feld, LLP
15     70 West Hedding, East Wing, 9th Floor       580 California Street, 15th Floor
       San Jose, CA 95110                          San Francisco, CA 94104
16

17     California Correctional Peace Officers'     County of Sonoma Intervenors
       Association (CCPOA) Intervenors             Anne L. Keck, Deputy County Counsel
18     Natalie Leonard                             Steven Woodside
       Gregg MacClean Adam                         575 Administration Drive, Room 105A
19     Carroll, Burdick & McDonough, LLP           Santa Rosa, CA 95403
       44 Montgomery Street, Suite 400
20     San Francisco, CA 94104

21     District Attorney Intervenors               California Sheriff, Probation, Police Chief
22     William E. Mitchell                         and Corrections Intervenors
       Assistant District Attorney                 Jones & Mayer LLP
23     Riverside County District Attorney's Office  Martin J. Mayer
       4075 Main Street, First Floor               Michael R. Capizzi
24     Riverside, CA 92501                         Kimberly Hall Barlow
                                                   Elizabeth R. Feffer
25                                                 3777 North Harbor Boulevard
26                                                 Fullerton, CA 92835

27

28

Rochelle East
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

[ XX ]  **BY MAIL (By Following Office Business Practice):**  By placing a true copy thereof enclosed in a sealed envelope(s).  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[  ]  **BY FACSIMILE:**  The recipient(s) have confirmed in writing that service by facsimile is acceptable to them.  I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above.  The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.  A true and correct copy of the transmission report is attached hereto.

[  ]  **BY FEDERAL EXPRESS:**  I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[  ]  **BY PERSONAL SERVICE:**  I personally delivered such envelope(s) to each addressee(s)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 10, 2008, at San Francisco, California.

_____
**Margarita V. Reyes**

| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | LORI RIFKIN, Bar No. 244081 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF LOREN BUDDRESS** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1

PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF LOREN BUDDRESS
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-158150 v1 0903375-00001

TO EACH PARTY AND EACH ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following person will

be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---------|------|------|----------|
| Loren Buddress | August 12 | 9:30 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |

The deponent is a party to this action.  These depositions will recorded by stenographic means

and may be videotaped.

Dated:  July 17, 2008          By:

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

2

PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF LOREN BUDDRESS
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

1                         **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3        I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates**

4  **Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

5        On **July 17, 2008**, I served the foregoing document(s):

6     **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF LOREN BUDDRESS**

7

8  together with an unsigned copy of this declaration, on all interested parties in this action addressed and sent as follows:

9  All documents were sent to the following persons in the following manner:

10

11   Lisa A. Tillman                          Paul B. Mello, Esq.
    Deputy Attorney General               Hanson & Bridgett LLP

12   P.O. Box 944255                       425 Market Street, 26th Floor
    Sacramento, CA 94244-2550           San Francisco, CA 94105

13

14   Lead Counsel for County Intervenors     Republican Assembly and Senate Intervenors
    Ann Miller Ravel                    Steven S. Kaufhold

15   Theresa Fuentes                     Teresa Wang
    Office of the County Counsel          Akin, Gump Strauss Hauer & Feld, LLP

16   70 West Hedding, East Wing, 9th Floor     580 California Street, 15th Floor
    San Jose, CA 95110                San Francisco, CA 94104

17

18   California Correctional Peace Officers'     County of Sonoma Intervenors
    Association (CCPOA) Intervenors       Anne L. Keck, Deputy County Counsel

19   Natalie Leonard                   Steven Woodside
    Gregg MacClean Adam           575 Administration Drive, Room 105A

20   Carroll, Burdick & McDonough, LLP     Santa Rosa, CA 95403
    44 Montgomery Street, Suite 400

21   San Francisco, CA 94104

22   District Attorney Intervenors          California Sheriff, Probation, Police Chief
    William E. Mitchell               and Corrections Intervenors

23   Assistant District Attorney           Jones & Mayer LLP
    Riverside County District Attorney's Office   Martin J. Mayer

24   4075 Main Street, First Floor         Michael R. Capizzi
    Riverside, CA 92501             Kimberly Hall Barlow

25                               Elizabeth R. Feffer

26                               3777 North Harbor Boulevard
                              Fullerton, CA 92835

27

28

1  Rochelle East
   Office of the Attorney General
2  455 Golden Gate, Suite 11000
   San Francisco, CA 94102-7004
3

4

5  [ XX ]  **BY MAIL (By Following Office Business Practice):**  By placing a true copy thereof
   enclosed in a sealed envelope(s).  I am readily familiar with this firm's practice of collection
6  and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on
   that same day in the ordinary course of business.  I placed such envelope(s) for collection and
7  mailing on that date following ordinary business practice.

8  [ ]  **BY FACSIMILE:**  The recipient(s) have confirmed in writing that service by facsimile is
   acceptable to them.  I transmitted the documents listed above by facsimile transmission from
9  a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of
   the offices of the addressee(s) as indicated above.  The above-described transmission was
10 reported as complete without error by a transmission report issued by the facsimile
   transmission machine upon which the said transmission was made immediately following the
11 transmission.  A true and correct copy of the transmission report is attached hereto.

12 [ ]  **BY FEDERAL EXPRESS:**  I deposited such envelope in a box or other facility regularly
   maintained by Federal Express, an express service carrier, or delivered to a courier or driver
13 authorized by said express service carrier to receive documents in an envelope designated by
   the said express service carrier, addressed as above, with delivery fees paid or provided for, to
14 be transmitted by Federal Express.

15 [ ]  **BY PERSONAL SERVICE:**  I personally delivered such envelope(s) to each addressee(s)

16     I declare under penalty of perjury under the laws of the State of California that the above is
   true and correct.

17     Executed on July 17, 2008, at San Francisco, California.

18

19                                              _Camille Perrine_
                                                **Camille Perrine**
20

21

22

23

24

25

26

27

28

                                    2
                         _____
                              PROOF OF SERVICE

1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   E. IVAN TRUJILLO, Bar No. 228790
3  SARA NORMAN, Bar No. 189536
   ALISON HARDY, Bar No. 135966
4  REBEKAH EVENSON, Bar No. 207825
5  1917 Fifth Street
   Berkeley, CA  94710
6  Telephone: (510) 280-2621

7  K&L Gates LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358
8  EDWARD P. SANGSTER, Bar No. 121041
   RAYMOND E. LOUGHREY, Bar No. 194363
9  55 Second Street, Suite 1700
10 San Francisco, CA  94105-3493
   Telephone: (415) 882-8200

11

12 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
13 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
14 San Francisco, CA  94107
   Telephone: (415) 864-8848
15
   Attorneys for Plaintiffs

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

16          IN THE UNITED STATES DISTRICT COURTS
17        FOR THE EASTERN DISTRICT OF CALIFORNIA
        AND THE NORTHERN DISTRICT OF CALIFORNIA
18    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN, et al.,

        Plaintiffs,
21
    vs.
22
   ARNOLD SCHWARZENEGGER, et al.,
23
        Defendants.

No.  Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF SONOMA COUNTY**

23 MARCIANO PLATA ,et al.,
24
25         Plaintiffs,
26     vs.
   ARNOLD SCHWARZENEGGER, et al.,
27         Defendants.

No. C01-1351 TEH

**THREE-JUDGE COURT**

28

1

SF-157951 v2 0903375-00001

TO EACH PARTY AND EACH ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following person will be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---------|------|------|----------|
| Sheriff William Cogbill | August 27 | 9:30 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |

The deponent is a party to this action.  These depositions will recorded by stenographic means and may be videotaped.

Dated:  July 15, 2008        By:

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

2

PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF SONOMA COUNTY
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

On **July 15, 2008**, I served the foregoing document(s):

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF SONOMA COUNTY**

together with an unsigned copy of this declaration, on all interested parties in this action addressed and sent as follows:

All documents were sent to the following persons in the following manner:

Lisa A. Tillman
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

District Attorney Intervenors
William E. Mitchell
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

1

1   Rochelle East
    Office of the Attorney General
2   455 Golden Gate, Suite 11000
    San Francisco, CA 94102-7004
3

4

5   [ XX ]  **BY MAIL (By Following Office Business Practice):**  By placing a true copy thereof
            enclosed in a sealed envelope(s).  I am readily familiar with this firm's practice of collection
6           and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on
            that same day in the ordinary course of business.  I placed such envelope(s) for collection and
7           mailing on that date following ordinary business practice.

8   [  ]   **BY FACSIMILE:**  The recipient(s) have confirmed in writing that service by facsimile is
            acceptable to them.  I transmitted the documents listed above by facsimile transmission from
9           a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of
            the offices of the addressee(s) as indicated above.  The above-described transmission was
10          reported as complete without error by a transmission report issued by the facsimile
            transmission machine upon which the said transmission was made immediately following the
11          transmission.  A true and correct copy of the transmission report is attached hereto.

12  [  ]   **BY FEDERAL EXPRESS:**  I deposited such envelope in a box or other facility regularly
            maintained by Federal Express, an express service carrier, or delivered to a courier or driver
13          authorized by said express service carrier to receive documents in an envelope designated by
            the said express service carrier, addressed as above, with delivery fees paid or provided for, to
14          be transmitted by Federal Express.

15  [  ]   **BY PERSONAL SERVICE:**  I personally delivered such envelope(s) to each addressee(s)

16          I declare under penalty of perjury under the laws of the State of California that the above is
    true and correct.

17          Executed on July 15, 2008, at San Francisco, California.

18

19                                                   _____
                                                            **Margarita V. Reyes**
20

21

22

23

24

25

26

27

28
                                    2

1  PRISON LAW OFFICE                          ROSEN, BIEN & GALVAN, LLP
2  DONALD SPECTER, Bar No. 83925              MICHAEL W. BIEN, Bar No. 96891
   STEVEN FAMA, Bar No. 99641                 JANE E. KAHN, Bar No. 112239
3  E. IVAN TRUJILLO, Bar No. 228790           AMY WHELAN, Bar No. 215675
   SARA NORMAN, Bar No. 189536                LORI RIFKIN, Bar No. 244081
4  ALISON HARDY, Bar No. 135966               LISA ELLS, Bar No. 243657
   REBEKAH EVENSON, Bar No. 207825            315 Montgomery Street, 10th Floor
5  1917 Fifth Street                          San Francisco, California 94104
   Berkeley, CA 94710                         Telephone: (415) 433-6830
6  Telephone: (510) 280-2621
7  K&L Gates LLP                              BINGHAM, McCUTCHEN, LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358        WARREN E. GEORGE, Bar No. 53588
8  EDWARD P. SANGSTER, Bar No. 121041         Three Embarcadero Center
   RAYMOND E. LOUGHREY, Bar No. 194363        San Francisco, California 94111
9  55 Second Street, Suite 1700              Telephone: (415) 393-2000
10 San Francisco, CA 94105-3493
   Telephone: (415) 882-8200
11
12 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
13 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
14 San Francisco, CA 94107
   Telephone: (415) 864-8848
15
16 Attorneys for Plaintiffs
                    IN THE UNITED STATES DISTRICT COURTS
17               FOR THE EASTERN DISTRICT OF CALIFORNIA
                AND THE NORTHERN DISTRICT OF CALIFORNIA
18         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19            PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN, et al.,                | No. Civ S 90-0520 LKK-JFM P
21          Plaintiffs,                  | **THREE-JUDGE COURT**
                                         |
22     vs.                               | **PLAINTIFFS' AMENDED NOTICE OF**
   ARNOLD SCHWARZENEGGER, et al.,        | **DEPOSITION OF JERRY POWERS**
23          Defendants.                  |

24 MARCIANO PLATA ,et al.,               | No. C01-1351 TEH

25          Plaintiffs,                  | **THREE-JUDGE COURT**
26     vs.
27 ARNOLD SCHWARZENEGGER, et al.,
            Defendants.
28                                             1

SF-158758 v1 0903375-00001

1      TO EACH PARTY AND EACH ATTORNEY OF RECORD:

2      YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following person will

3 be taken on the date, and at the time and location, listed below:

| Witness | Date | Time | Location |
|---------|------|------|----------|
| Jerry Powers | August 8, 2008 | 9:30 a.m. | K&L Gates<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Phone: 415-882-8200 |

8      The deponent is a party to this action. The deposition will be recorded by stenographic means

9 and may be videotaped.

11 Dated: July 28, 2008        By:

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

On **July 29, 2008,** I served the foregoing document(s):

PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF JERRY POWERS

together with an unsigned copy of this declaration, on all interested parties in this action addressed and sent as follows:

All documents were sent to the following persons in the following manner:

Lisa A. Tillman
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

District Attorney Intervenors
William E. Mitchell
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

1

Rochelle East
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

[ XX ] **BY MAIL (By Following Office Business Practice):** By placing a true copy thereof enclosed in a sealed envelope(s). I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]  **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]  **BY FEDERAL EXPRESS**: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ]  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to each addressee(s)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 29, 2008, at San Francisco, California.

_____
**Margarita V. Reyes**

1    PRISON LAW OFFICE                         ROSEN, BIEN & GALVAN, LLP
     DONALD SPECTER, Bar No. 83925            MICHAEL W. BIEN, Bar No. 96891
2    STEVEN FAMA, Bar No. 99641               JANE E. KAHN, Bar No. 112239
     E. IVAN TRUJILLO, Bar No. 228790         AMY WHELAN, Bar No. 215675
3    SARA NORMAN, Bar No. 189536              LORI RIFKIN, Bar No. 244081
     ALISON HARDY, Bar No. 135966             LISA ELLS, Bar No. 243657
4    REBEKAH EVENSON, Bar No. 207825          315 Montgomery Street, 10th Floor
5    1917 Fifth Street                        San Francisco, California 94104
     Berkeley, CA 94710                       Telephone: (415) 433-6830
6    Telephone: (510) 280-2621

7    K&L Gates LLP                            BINGHAM, McCUTCHEN, LLP
     JEFFREY L. BORNSTEIN, Bar No. 99358      WARREN E. GEORGE, Bar No. 53588
8    EDWARD P. SANGSTER, Bar No. 121041       Three Embarcadero Center
     RAYMOND E. LOUGHREY, Bar No. 194363      San Francisco, California 94111
9    55 Second Street, Suite 1700             Telephone: (415) 393-2000
10   San Francisco, CA 94105-3493
     Telephone: (415) 882-8200
11

12   THE LEGAL AID SOCIETY –
     EMPLOYMENT LAW CENTER
13   CLAUDIA CENTER, Bar No. 158255
     600 Harrison Street, Suite 120
14   San Francisco, CA 94107
     Telephone: (415) 864-8848
15
     Attorneys for Plaintiffs
16                   IN THE UNITED STATES DISTRICT COURTS
17                 FOR THE EASTERN DISTRICT OF CALIFORNIA
                   AND THE NORTHERN DISTRICT OF CALIFORNIA
18            UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19              PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20   RALPH COLEMAN, et al.,              No.  Civ S 90-0520 LKK-JFM P
          Plaintiffs,                    **THREE-JUDGE COURT**
21
          vs.                            **PLAINTIFFS' NOTICE OF DEPOSITION OF
22   ARNOLD SCHWARZENEGGER, et al.,      LOS ANGELES COUNTY SHERIFF'S
                                         DEPARTMENT**
23        Defendants.

24   MARCIANO PLATA ,et al.,             No. C01-1351 TEH
25
          Plaintiffs,                    **THREE-JUDGE COURT**
26        vs.
27   ARNOLD SCHWARZENEGGER, et al.,
          Defendants.
28                                              1

1    TO EACH PARTY AND EACH ATTORNEY OF RECORD:

2    YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following person will

3    be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---------|------|------|----------|
| Los Angeles County Sheriff's Department | August 22, 2008 | 10:00 a.m. | K&L Gates<br>10100 Santa Monica Boulevard<br>Seventh Floor<br>Los Angeles, CA  90067<br>310-552-5000 |

8    The deponent is not a party to this action.  These depositions will recorded by stenographic

9    means and may be videotaped.  Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), Los

10   Angeles County Sheriff's Department is not a natural person, and is required to designate one or

11   more witnesses to testify concerning the following topics:

12   1.    The design capacity for each jail operated and/or maintained by Los Angeles County;

13   2.    The number of people currently housed in each jail operated and/or maintained by Los

14         Angeles County;

15   3.    Any limits on the number of people that can be housed in any jail operated or

16         maintained by Los Angeles County;

17   4.    Any policies or programs in existence from January 1, 1995 to the present by which an

18         individual detained in a jail may obtain early release, including any "good time"

19         credits;

20   5.    Any methods for selecting persons for early release, including, but not limited to, any

21         risk assessment procedures;

22   6.    Los Angeles County's current criminal and penal justice reform efforts;

23   7.    Any impacts that Los Angeles County's current criminal and penal justice reform

24         efforts have had on public safety or the operation of Los Angeles County's criminal

25         justice system;

26   8.    Any impacts that a prisoner release order in these cases would have on public safety;

27   9.    Any impacts that a prisoner release order in these cases would have on Los Angeles

28         County's criminal justice system;

2

1         10.    Any diversion programs that keep criminal offenders from being incarcerated.

2         **PLEASE TAKE FURTHER NOTICE** pursuant to Federal Rules of Civil Procedure, Rule

3    30(b)(2) that the deponent is required to produce the following documents and things at the

4    deposition:

5         1.    Each writing or recording analyzing or discussing the impact that a prisoner release

6              order would have on public safety in Los Angeles County;

7         2.    Each writing or recording analyzing or discussing the impact that a prisoner release

8              order would have on the criminal justice system in Los Angeles County

9         3.    All policies and procedures by which convicted criminals are diverted from

10             incarceration;

11        4.    All policies and procedures by which convicted criminals are released prior to

12             completion of their sentences, including any policy for early release, county parole, or

13             good time credit;

14        5.    Each writing or recording discussing how inmates are selected for release prior to

15             completion of their sentences, including any risk assessment guidelines;

16        6.    Each writing or recording relating to the method for determining the release of

17             prisoners prior to completion of their sentences;

18        7.    Each writing or recording relating to any programs to reduce the number of mentally

19             ill persons incarcerated in jails operated or maintained by Los Angeles County;

20        8.    Each writing or recording discussing how alternatives to incarceration used by Los

21             Angeles County has impacted public safety or the criminal justice system;

22        9.    Each writing or recording showing the number of persons that could be incarcerated at

23             each of Los Angeles County's jails since 1995.

---

3

1   Dated:  August 1, 2008          By:

2

3                                        EDWARD P. SANGSTER
                                         FRED HEATHER
4                                        RAYMOND E. LOUGHREY

5                                        K&L Gates LLP
                                         Attorneys for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3

      I am employed in the county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates**

4

**Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

5

      On **August 1, 2008,** I served the foregoing document(s):

6

**PLAINTIFFS' NOTICE OF DEPOSITION OF LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

7

together with an unsigned copy of this declaration, on all interested parties in this action addressed

8

and sent as follows:

9

All documents were sent to the following persons in the following manner:

10

Lisa A. Tillman
Deputy Attorney General

11

P.O. Box 944255

12

Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA  94105

13

Lead Counsel for County Intervenors
Ann Miller Ravel

14

Theresa Fuentes

15

Office of the County Counsel
70 West Hedding, East Wing, 9th Floor

16

San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

17

California Correctional Peace Officers'
Association (CCPOA) Intervenors

18

Natalie Leonard

19

Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP

20

44 Montgomery Street, Suite 400
San Francisco, CA 94104

21

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

22

District Attorney Intervenors
William E. Mitchell

23

Assistant District Attorney
Riverside County District Attorney's Office

24

4075 Main Street, First Floor
Riverside, CA 92501

25

26

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

27

28

1

1  Rochelle East
   Office of the Attorney General
2  455 Golden Gate, Suite 11000
   San Francisco, CA 94102-7004
3

4

5  [ XX ] **BY MAIL (By Following Office Business Practice):**  By placing a true copy thereof
   enclosed in a sealed envelope(s).  I am readily familiar with this firm's practice of collection
6  and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on
   that same day in the ordinary course of business.  I placed such envelope(s) for collection and
7  mailing on that date following ordinary business practice.

8  [ ]    **BY FACSIMILE:**  The recipient(s) have confirmed in writing that service by facsimile is
   acceptable to them.  I transmitted the documents listed above by facsimile transmission from
9  a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of
   the offices of the addressee(s) as indicated above.  The above-described transmission was
10 reported as complete without error by a transmission report issued by the facsimile
   transmission machine upon which the said transmission was made immediately following the
11 transmission.  A true and correct copy of the transmission report is attached hereto.

12 [ ]    **BY FEDERAL EXPRESS**:  I deposited such envelope in a box or other facility regularly
   maintained by Federal Express, an express service carrier, or delivered to a courier or driver
13 authorized by said express service carrier to receive documents in an envelope designated by
   the said express service carrier, addressed as above, with delivery fees paid or provided for, to
14 be transmitted by Federal Express.

15 [ ]    **BY PERSONAL SERVICE:**  I personally delivered such envelope(s) to each addressee(s)

16     I declare under penalty of perjury under the laws of the State of California that the above is
   true and correct.

17
       Executed on August 1, 2008, at San Francisco, California.
18

19                                          _____
20                                              **Margarita V. Reyes**

21

22

23

24

25

26

27

28

                                          2

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No.  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF SAN DIEGO COUNTY SHERIFF'S DEPARTMENT** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1

1    TO EACH PARTY AND EACH ATTORNEY OF RECORD:

2    YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF the following person will

3    be taken on the dates, and at the times and locations, listed below:

| Witness | Date | Time | Location |
|---|---|---|---|
| San Diego County Sheriff's Department | August 11, 2008 | 10:00 a.m. | San Diego County Sheriff's Dept. 9621 Ridgehaven Court San Diego, CA 92123 Detention Services Conference Room, Third Floor |

The deponent is not a party to this action. These depositions will recorded by stenographic means and may be videotaped. Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), San Diego County Sheriff's Department is not a natural person, and is required to designate one or more witnesses to testify concerning the following topics:

1.    The design capacity for each jail operated and/or maintained by San Diego County;

2.    The number of people currently housed in each jail operated and/or maintained by San Diego County;

3.    Any limits on the number of people that can be housed in any jail operated or maintained by San Diego County;

4.    Any policies or programs in existence from January 1, 1995 to the present by which an individual detained in a jail may obtain early release, including any "good time" credits;

5.    Any methods for selecting persons for early release, including, but not limited to, any risk assessment procedures;

6.    San Diego County's current criminal and penal justice reform efforts;

7.    Any impacts that San Diego County's current criminal and penal justice reform efforts have had on public safety or the operation of San Diego County's criminal justice system;

8.    Any impacts that a prisoner release order in these cases would have on public safety;

2

1      9.    Any impacts that a prisoner release order in these cases would have on San Diego

2           County's criminal justice system;

3      10.    Any diversion programs that keep criminal offenders from being incarcerated.

4      **PLEASE TAKE FURTHER NOTICE** pursuant to Federal Rules of Civil Procedure, Rule

5  30(b)(2) that the deponent is required to produce the following documents and things at the

6  deposition:

7      1.    Each writing or recording analyzing or discussing the impact that a prisoner release

8           order would have on public safety in San Diego County;

9      2.    Each writing or recording analyzing or discussing the impact that a prisoner release

10           order would have on the criminal justice system in San Diego County

11      3.    All policies and procedures by which convicted criminals are diverted from

12           incarceration;

13      4.    All policies and procedures by which convicted criminals are released prior to

14           completion of their sentences, including any policy for early release, county parole, or

15           good time credit;

16      5.    Each writing or recording discussing how inmates are selected for release prior to

17           completion of their sentences, including any risk assessment guidelines;

18      6.    Each writing or recording relating to the method for determining the release of

19           prisoners prior to completion of their sentences;

20      7.    Each writing or recording relating to any programs to reduce the number of mentally

21           ill persons incarcerated in jails operated or maintained by San Diego County;

22      8.    Each writing or recording discussing how alternatives to incarceration used by San

23           Diego County has impacted public safety or the criminal justice system;

24      9.    Each writing or recording showing the number of persons that could be incarcerated at

25           each of San Diego County's jails since 1995.

26

27

28

PLAINTIFFS' NOTICE OF DEPOSOTION OF SAN DIEGO COUNTY SHERIFF DEPARTMENT
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

1  Dated:  August 1, 2008         By:

2

3                                     _Edward P. Sangster_

4                                     EDWARD P. SANGSTER
                                      FRED HEATHER
                                      RAYMOND E. LOUGHREY

5
                                      K&L Gates LLP
6                                     Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      4

1

## PROOF OF SERVICE

2    STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3        I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates**

4    **Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105.**

5        On **August 1, 2008**, I served the foregoing document(s):

6    **PLAINTIFFS' NOTICE OF DEPOSITION OF SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**

7    together with an unsigned copy of this declaration, on all interested parties in this action addressed

8    and sent as follows:

9    All documents were sent to the following persons in the following manner:

10
11    Lisa A. Tillman
    Deputy Attorney General
    P.O. Box 944255

12    Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

13    Lead Counsel for County Intervenors

14    Ann Miller Ravel
    Theresa Fuentes

15    Office of the County Counsel
    70 West Hedding, East Wing, 9th Floor

16    San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Teresa Wang
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

17    California Correctional Peace Officers'

18    Association (CCPOA) Intervenors
    Natalie Leonard

19    Gregg MacClean Adam
    Carroll, Burdick & McDonough, LLP

20    44 Montgomery Street, Suite 400
    San Francisco, CA 94104

21

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

22    District Attorney Intervenors
    William E. Mitchell

23    Assistant District Attorney
    Riverside County District Attorney's Office

24    4075 Main Street, First Floor
    Riverside, CA 92501

25

26

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

27

28

1

Rochelle East
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

[ XX ] **BY MAIL (By Following Office Business Practice):** By placing a true copy thereof enclosed in a sealed envelope(s). I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]     **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]     **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ]     **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to each addressee(s)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 1, 2008, at San Francisco, California.

_____
**Margarita V. Reyes**

2

PROOF OF SERVICE