```
 1  STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
    CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
 2  GALIT A. KNOTZ (SBN 252962) gknotz@akingump.com
 3  Akin Gump Strauss Hauer & Feld LLP
    580 California, 15th Floor
 4  San Francisco, California 94104-1036
    Telephone:    415-765-9500
 5  Facsimile:    415-765-9501
    Attorneys for Republican Assembly and Senate
 6  Intervenors
```

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**SUPPLEMENTAL DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF LEGISLATOR INTERVENORS' MOTION FOR PROTECTIVE ORDER** |

SUPPLEMENTAL DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF THE
LEGISLATOR INTERVENORS' MOTION FOR PROTECTIVE ORDER

I, Chad A. Stegeman, declare:

1. I am an attorney for the Republican Assembly and Senator Intervenors (the "Legislator Intervenors").

2. The facts set forth below are of my own personal, first-hand knowledge. If called as a witness, I could and would testify competently to all such facts.

3. I submit this declaration to address the unsupported inferences set forth by Plaintiffs' Motion to Compel and the Supplemental Declaration of Edward Sangster.

4. Assemblyman Villines and Senator Cogdill are listed as delegates to the Republican National Convention; however, the State budget crisis and their duties to the people of the State of California as California legislators require their presence in Sacramento. They have not in fact attended, nor will they attend, any portion of the Republican National Convention. The fact they cannot attend such a significant party event underscores the importance of addressing the State's budget crisis and the fact they cannot sit for a deposition until these issues have been resolved.

5. While Mr. Sangster in his supplemental declaration states that "Since the filing of my original declaration in support of this motion, I have learned that Assemblyman Michael Villines and Senator Dave Cogdill are listed as delegates to the Republican National Convention," the information he attached to his declaration was available at the time of his original declaration and should have been included therein. Remarkably, his supplemental declaration denotes a signature date of August 26, the day before Mr. Sangster filed his original declaration. It is apparent that his supplemental declaration was meant to bring out further argument not addressed during the meet and confer process, and justifies the filing of this supplemental declaration.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed by me this 4th day of September, 2008.

By:    /s/ Chad A. Stegeman
       CHAD A. STEGEMAN

SUPPLEMENTAL DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF THE
LEGISLATOR INTERVENORS' MOTION FOR PROTECTIVE ORDER