PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR EVIDENCE FROM THE CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

I, Steven Fama, declare as follows:

1. I am an attorney admitted to practice in this State and before this Court. I am employed at the Prison Law Office, and represent the plaintiff classes in these actions.

2. On August 29, 2008, Matt Cate, the Secretary of the California Department of Corrections and Rehabilitation, was deposed in this action. During the deposition, a rough transcript of which I have reviewed, Mr. Cate testified that he meets regularly with the Receiver and the Receiver's Chief of Staff. Thus, on information and belief, Mr. Cate has such meetings.

3. Since May 2008, plaintiffs' and defendants' counsel in *Plata* have jointly participated in regularly scheduled monthly phone calls with counsel for the Receiver. I have participated in three of the four phone conferences that have taken place since May, and have prepared for each the list of matters that plaintiffs raise for discussion with the Receiver. During these phone calls, any party may raise for discussion with the Receiver's office matters related to implementation of the existing Stipulated Injunction, issues or questions related to the Turnaround Plan and Quarterly Reports, or other matters concerning inmate medical care. During those phone calls, plaintiffs have requested and then received documents from the Receiver's office related to the subjects discussed. For example, during the July phone call plaintiffs requested and then received a document listing and describing the status of healthcare construction upgrades at existing prisons. In August, plaintiffs placed on the agenda – which is provided to all participants, including defendants' counsel, approximately 10 days in advance of the phone call – a question concerning what we described as the "new" and very recently received medical staff vacancy/registry report (covering through May 2008). Defendants'

-1-

DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR EVIDENCE,
NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

counsel in the phone calls held in May, June, July and, on information and belief, August, 2008, did not ask that the Receiver provide any documents or reports. I am not aware that defendants' counsel asked the Receiver for copies of the documents and reports that plaintiffs requested or had received.

    4. Attached hereto as Exhibit A is a true and correct copy of a print-out of an e-mail stream consisting of three e-mails, all of which were received by plaintiffs' counsel: e-mail from Samantha D. Tama, August 25, 2008 3:11 PM; e-mail from Martin Dodd, August 26, 2008 12:36 PM; and e-mail from Samantha D. Tama, August 26, 2008 2:06 PM.

    5. Ronald Shansky, M.D., plaintiffs' physician medical expert, inspected CDCR prisons each day between August 25 and 29, 2008. I accompanied Dr. Shansky on August 28 and 29, and another lawyer from my office accompanied him earlier in the week, and as such each fact stated here is made on my personal knowledge (for the inspections for which I accompanied the doctor) or on information and belief (based on talking with the lawyer who accompanied the doctor on the other days). At all prisons he inspected, Dr. Shansky had asked in advance, or asked when on-site, for numerous documents and records. At each prison he in fact reviewed numerous documents, including logbooks, computer generated reports regarding medical care, and individual prisoner unit health records. During the inspections, CDCR staff were very cooperative, including answering the doctor's questions and providing access to and copies of documents and reports when requested. Defendants' counsel were present at each inspection and requested and received copies of any document that plaintiffs' expert obtained. Defendants' counsel, as well as at least one representative from the Receiver's office, were

-2-

present during the inspections. Defendants' counsel received a copy of any document that Dr. Shansky obtained.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 5, 2008 at Berkeley, California.

                                        /s/ *Steven Fama*
                                        Steven Fama