# EXHIBIT A

## Steve Fama

**From:** Don Specter [dspecter@prisonlaw.com]
**Sent:** Tuesday, August 26, 2008 2:20 PM
**To:** 'Steve Fama'
**Subject:** FW: Plata - Defendants' Expert Inspections

---

**From:** Samantha D. Tama [mailto:STama@hansonbridgett.com]
**Sent:** Tuesday, August 26, 2008 2:06 PM
**To:** Dodd, Martin; Hardy, Alison (EXTERNAL); Donald Specter; Michael W. Bien; Maria Morris; khb@jones-mayer.com; Ivy M. Tsai; Wang, Teresa; Stegeman, Chad; Kaufhold, Steven; Carol Woodward; Theresa.Fuentes@cco.sccgov.org; AKECK@sonoma-county.org; Mitchell, Bill
**Cc:** Jon Wolff; Paul B. Mello; Kyle Lewis; Lisa Tillman; Charles Antonen; Renju P. Jacob; Scott Feudale; Linda.Buzzini@cprinc.org
**Subject:** RE: Plata - Defendants' Expert Inspections

Mr. Dodd,

I write to you in an effort to answer your questions and provide more detail regarding Dr. Thomas's inspections. First, Defendants do not anticipate that Dr. Thomas will require documents or files to be pulled for his review. Second, if possible, we would prefer to conduct the interviews with the medical officers at the beginning of the inspections, and do not anticipate that this will exceed half an hour. To the extent medical officers are not available at the beginning of the inspections, an interview at the end of the inspection will be fine. Additionally, although most of the inspections are scheduled to occur from 8:00 a.m. to 6:00 p.m., we do not anticipate that they will run much beyond 1 or 2 p.m.

I hope that this provides some clarification. If you have any other questions or concerns, please do not hesitate to contact me. Thank you for your assistance and cooperation in this process.

Sincerely,

Samantha

---

**From:** Dodd, Martin [mailto:mdodd@dfdlaw.com]
**Sent:** Tuesday, August 26, 2008 12:36 PM
**To:** Samantha D. Tama; Hardy, Alison (EXTERNAL); Donald Specter; Michael W. Bien; Maria Morris; khb@jones-mayer.com; Ivy M. Tsai; Wang, Teresa; Stegeman, Chad; Kaufhold, Steven; Carol Woodward; Theresa.Fuentes@cco.sccgov.org; AKECK@sonoma-county.org; Mitchell, Bill
**Cc:** Jon Wolff; Paul B. Mello; Kyle Lewis; Lisa Tillman; Charles Antonen; Renju P. Jacob; Scott Feudale; Linda.Buzzini@cprinc.org
**Subject:** RE: Plata - Defendants' Expert Inspections

Samantha:

Thanks, but could we get a bit more information about the schedule? For example, do you anticipate needing

documents or files pulled for review? If so, what categories? Assuming that the medical officers are available to be interviewed, do you have a preference as to when, during the tour, the interviews will be conducted, how long they will take, etc.? To minimize the confusion at the prison, as much detail as you can provide about the schedule and scope of the tours would be greatly appreciated.

Martin H. Dodd
Futterman & Dupree LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
martin@dfdlaw.com
415/399-3841 | fax: 415/399-3838
********************************

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail.

To the extent that this email or its attachments concern federal tax issues, under Internal Revenue Service Treasury Regulations, we are required to inform you that any advice contained in this email or any attachment thereto is not intended or written to be used, and cannot be used, to avoid penalties under the Internal Revenue Code. Thank you.

---

**From:** Samantha D. Tama [mailto:STama@hansonbridgett.com]
**Sent:** Monday, August 25, 2008 3:11 PM
**To:** Dodd, Martin; Hardy, Alison (EXTERNAL); Donald Specter; Michael W. Bien; Maria Morris; khb@jones-mayer.com; Ivy M. Tsai; Wang, Teresa; Stegeman, Chad; Kaufhold, Steven; Carol Woodward; Theresa.Fuentes@cco.sccgov.org; AKECK@sonoma-county.org; Mitchell, Bill
**Cc:** Jon Wolff; Paul B. Mello; Kyle Lewis; Lisa Tillman; Charles Antonen; Renju P. Jacob; Scott Feudale
**Subject:** Plata - Defendants' Expert Inspections

All,

This email is to notify you that Defendants' expert, Dr. David Thomas, will be inspecting five CDCR institutions during the week of September 1, 2008, in accordance with this Court's August 7, 2008 order. Dr. Thomas's inspection schedule is as follows:

**9/2: North Kern State Prison (8am to noon); Substance Abuse Treatment Facility (1pm to 6pm)**
**9/3: Pleasant Valley State Prison (8am to 6pm)**
**9/4: California State Prison, Solano (8am to 6pm)**
**9/5: High Desert State Prison (8am to 6pm)**

Similar to Plaintiffs' expert's inspections, Dr. Thomas will also seek to speak with each institution's warden, associate warden for health care, and the prison's highest ranking medical officers, including the chief medical officer, chief physician and surgeon, director of nursing, and any other high-ranking custody and/or health care personnel at the beginning of each inspection. Dr. Thomas may also speak with CDCR staff, including both custody and/or medical staff during the course of the inspection as questions and issues may arise.

**If you wish to attend one or all of these inspections, you must obtain gate clearance in advance.** To do so, please email CDCR Staff Attorney, Tom Gilevich, at thomas.gilevich@cdcr.ca.gov and provide him with your driver's license number, date of birth, and state bar number (or social security number if no state bar number) **no later than close of business on Wednesday, August 27, 2008.** If Mr. Gilevich does not timely receive your gate clearance information, you will not be able to attend the inspections.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Samantha Tama

SAMANTHA D. TAMA
Attorney
stama@hansonbridgett.com
(415) 995-5020 Direct
(415) 995-3547 Fax

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
San Francisco | Sacramento | North Bay | Silicon Valley

To reduce paper use, we ask that you please consider the environment before printing this e-mail.

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

9/2/2008