1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURTS

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8                  AND THE NORTHERN DISTRICT OF CALIFORNIA

9   RALPH COLEMAN, et al.,

10              Plaintiffs,                No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

11       v.

12   ARNOLD SCHWARZENEGGER,
     et al.,
13
                Defendants.
14   _____/

15   MARCIANO PLATA, et al.,

16              Plaintiffs,                No. C 01-1351 TEH (N.D. Cal.)

17       v.

18   ARNOLD SCHWARZENEGGER,
     et al.,
19
                Defendants.
20   _____/

21   CARLOS PEREZ, et al.,

22              Plaintiffs,                No. C 05-5241 JSW (N.D. Cal.)

23       v.

24   MATTHEW CATE, et al.,

25              Defendants.

26   _____/

1

1  JOHN ARMSTRONG, et al.,

2          Plaintiffs,                No. C 94-2307 CW (N.D. Cal.)

3      v.

4  ARNOLD SCHWARZENEGGER,          ORDER TO SHOW CAUSE
   et al.,

5          Defendants.

6  _____/

7

8      The Receiver in <u>Plata</u>, the Special Master in <u>Coleman</u>, and the Court Representatives in

9  <u>Perez</u> and <u>Armstrong</u>  have presented to the judges in the above-captioned cases an agreement

10 that they have reached during the coordination meetings that they have held to date.  The

11 agreement, which is attached to this order, is presented to the undersigned for review and

12 approval.

13     Good cause appearing, IT IS HEREBY ORDERED that the parties in the above-

14 captioned cases are granted until September 26, 2008, to show cause why the attached agreement

15 should not be adopted as an order of the court.  Any response to this order to show cause shall be

16 filed in each of the above-captioned cases and served on all of the parties to all of the cases and

17 on the Receiver, the Special Master, and the Court Representatives.  Thereafter, the request for

18 /////

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

26 /////

1   approval of the agreement will be taken under submission for individual and joint consideration

2   by the undersigned.

3

4   **IT IS SO ORDERED.**

5

6   DATED:   09/05/08

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10   DATED:   09/05/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

14   DATED:   09/05/08

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

18   DATED:   09/05/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

3

**Space Coordination Agreement**

Space planning is defined as the leasing and management of physical office space including, but not limited to, space design, tenant improvements, and procurement of furniture (both conventional and modular), required office equipment, and the voice and data structure to operate an office.

The Office of the Receiver (responsible for medical care remedial infrastructure) needs to work in coordination with the California Department of Corrections and Rehabilitation (CDCR) and the Division of Correctional Health Care Services (DCHCS) (responsible for the mental health, dental, and the Americans with Disabilities Act remedial infrastructure) to achieve the respective missions, visions, and goals of the *Plata, Coleman, Perez,* and *Armstrong* class actions.  Based on previously approved coordination agreements, the Receiver is responsible for Information Technology, Telemedicine, Construction including New Healthcare Facility Construction and Upgrade Construction, Chief Executive Officer Pilot Program, CIM-GACH, Contracts, Credentialing, Hiring, and Pharmacy. A coordinated office space agreement would ensure that the space related infrastructure required will be available to support these agreements.

Currently, office space planning is managed separately by the Receiver and DCHCS.  It would be more practical and efficient for this process to be managed and handled by a single unit.  The Court representatives in *Plata, Coleman, Perez,* and *Armstrong* propose that the Receiver's *Plata* Support Division Business Operations Unit assume responsibility, in coordination with DCHCS and subject to the oversight of the Court representatives in *Plata, Coleman, Perez,* and *Armstrong,* for all non-institutional office space statewide for the medical, mental health, and dental programs.  Placing this responsibility under a single unit will ensure that the planning, acquisition, and management of necessary space would support both the Receiver's objectives and the requirements of the mental health and dental programs in a cost efficient manner.