PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR MONETARY SANCTIONS PURSUANT TO AUGUST 29, 2008 ORDER** |

[237041-1]

I, Michael W. Bien, declare:

1.     I am a member of the Bar of this Court and a partner of the firm Rosen, Bien & Galvan LLP, one of the counsel of record for the plaintiff class of juvenile parolees in California (hereinafter "Plaintiffs").  I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2.     Upon graduation from Northwestern University School of Law in 1980, I joined the law firm of Brobeck, Phleger & Harrison as a litigation associate.  I was elected to partnership at Brobeck in 1987.  In December 1990, I left Brobeck and formed the law firm, Rosen, Bien & Asaro (which became Rosen, Bien & Galvan in 2006), where I am managing partner.  I have worked exclusively in litigation throughout my career.  The vast majority of my time has been spent on complex litigation in the state and federal courts, usually involving issues of state and federal antitrust laws, RICO, class actions, unfair competition, civil rights (including prisoner class actions), intellectual property, attorneys' fees or banking law.

3.     I also have extensive experience in attorneys' fees litigation.  My experience in attorneys' fees litigation includes extensive negotiation, mediation, law and motion, evidentiary hearing and appellate work in both state and federal courts.  I have served as lead counsel or specially retained fees counsel and as an expert witness on numerous attorneys' fees issues.  In 1989, I was lead trial counsel in a seven day trial devoted solely to attorneys' fees and expenses in a Sacramento Superior Court family law case, *Siller v. Siller*, and obtained a $3 million award, 100% of the requested amount.  My firm and I have been responsible for pursuing attorneys' fees awards in numerous cases, including *Prison Legal News v. Schwarzenegger* (N.D. Cal. No. C 07-02058 CW); *Gober v. Ralphs Grocery Co.* (Sup. Ct. San Diego, No. N72142); *Armstrong v. Davis*, 318 F.3d 965 (9th Cir. 2003); *Millar v. Bay Area Municipal Transit* (Sup. Ct. Alameda, No. 83003-9); *Marques v. Bank of America* (N.D. Cal. No. C-96-1932 THE); *Curls v. Union Pacific Railroad Co.* (E.D. Cal.  No. CIV S-99-2514 MCE); *Waul v. State Farm Ins. Co.* (Sup. Ct. San Francisco, No. CGC-02-412248); *Harvey v. Sybase, Inc.* (Sup. Ct. Alameda, No. RG03107881); *Greene v. Dillingham Construction Company*, 101 Cal. App. 4th 418 (2002); *Lucas v. White*, 63 F. Supp. 2d 1047 (N.D. Cal.

[237041-1]

1  1999); *Natural Resources Defense Council v. Babbitt*, (N.D. Cal. No. C-93-0301 MHP);

2  *Baykeeper v. Cargill Salt Division*, (N.D. Cal. No. C-96-02161 CAL); *Nordlin v. K-Mart* (Sup.

3  Ct. Tuolumne, No. 035243); *Williams v. San Francisco Housing Authority* (N.D. Cal. No. C-

4  90-2150 CAL); *Weeks v. Baker & McKenzie*, 63 Cal. App. 4th 1128 (1998); *Davis v.*

5  *California Department of Corrections* (Sup. Ct. Contra Costa, No. 90-01358); *Reyes v. City of*

6  *Dinuba* (E.D. Cal. No. CV-F-168 REC); *Holland v. Roeser*, 37 F.3d 501 (9th Cir. 1994);

7  *Rebney v. Wells Fargo Bank*, 232 Cal. App. 3d 1344 (1991); *Gates v. Deukmejian*, 987 F.2d

8  1392 (9th Cir. 1993); *Gates v. Rowland*, 39 F.3d 1439 (9th Cir. 1994); *Gates v. Gomez*, 60

9  F.3d 525 (9th Cir. 1995); *Gates v. Shinn*, Nos. 95-15402-15403 (unpublished Memorandum

10  dated April 8, 1996); *Davis v. California Department of Corrections*, A076411 (First District,

11  October 31, 1997).  My resume is attached hereto as **Exhibit 1**.

12      4.    I have become familiar with the rates charged and the billing and work practices

13  of lawyers in California and the nation in many ways:  (1) from my own considerable

14  involvement in attorneys' fees litigation and expert consultations and testimony; (2) by

15  discussing attorneys' fees, billing, and work practices with other attorneys; (3) by representing

16  other attorneys seeking fees; (4) by obtaining declarations from other attorneys regarding

17  market rates, attorneys' fees, billing and work practices; (5) by reviewing surveys, legal

18  newspapers, reported decisions, and treatises regarding prevailing attorneys' rates, fees, billing

19  and work practices; (6) by reviewing attorneys' fees applications and awards in other cases, as

20  well as unpublished decisions; (7) by reviewing rates charged by, and billing and work

21  practices of, other firms that my firm has retained or associated with; and (8) by conducting

22  research in my preparation for testimony as an expert.

23                  **BILLING FEE RATES**

24      5.    My firm's 2008 hourly billing rates for the individuals who worked on the

25  motion for which fees have been granted are $640 per hour for myself, $450 per hour for my

26  partner Ernest Galvan (1997 graduate), $370 per hour for my associate Maria V. Morris (2001

27  graduate), $320 per hour for my associate Lori Rifkin (2004 graduate), and $295 per hour for

28  my associate Lisa Ells (2005 graduate).  Our paralegals are billed at rates of $170-$190 per

[237041-1]

1    hour, and our paralegal clerks are billed at $160 per hour.

2        6.    I was assisted in this case and on this motion by my partner, Ernest Galvan, and

3    my associates Maria V. Morris, Lori Rifkin, and Lisa Ells and by paralegals Kathleen Johnson-

4    Silk and Katie M. Richardson.  The resumes of the attorneys, besides myself, whose time is

5    included in this fees application, are attached hereto as **Exhibits 2** and **3**.

6        7.    The above recited billing rates are my firm's customary 2008 rates.  These rates

7    are wholly consistent with the rates charged by comparable attorneys in the San Francisco Bay

8    Area and numerous other locales within California for work comparable to that performed in

9    the instant case.  (In fact, they are lower than rates at many San Francisco Bay Area firms.)

10   My firm's billing practices are similarly comparable to those of other attorneys in the San

11   Francisco Bay Area and elsewhere in California.

12       8.    My firm's billing rates are charged to and paid by our clients who pay by the

13   hour on a monthly billing basis, in matters arising both inside and outside the State of

14   California.  They are also the rates we claim in our fee applications in all our fee-shifting cases,

15   both inside and outside the San Francisco Bay Area.  These contain no contingency, delay or

16   preclusion components.  They have been accepted consistently by courts in California and

17   elsewhere.

18       9.    Under the Prison Litigation Reform Act ("PLRA"), plaintiffs' counsel's rates are

19   capped at 150% of the hourly rate established under 18 U.S.C. § 3006A.  The current cap for

20   PLRA rates for attorneys is $169.50.

21                           **WORK PERFORMED**

22       10.   I have reviewed all billing records and the work product in this matter.

23   Moreover, I have been fully engaged in the matter since its commencement in 1990 and in the

24   recent litigation regarding overcrowding since the fall of 2006.  I believe the work completed

25   on the Motion for Discovery Sanctions for Improper Withholding of Non-Privileged

26   Documents, reflected in the contemporaneous time records, was necessary and appropriate.  I

27   am confident that all time claimed herein was reasonably committed to prosecution of this

28   motion and securing its excellent results.

-3-

[237041-1]

11.    One attorney did almost all the review of the privilege logs, the meet and confers, and the motion itself, minimizing duplication of effort and redundancy in learning the details of the discovery dispute.  The other attorneys who worked on the motion, put in few hours.

**BILLING RECORDS, BILLING REDUCTIONS AND CHARTS**

12.    Time is recorded contemporaneously by all time keepers in my firm, in one-tenth of an hour increments, and then input into our computer billing system and program.  Attached hereto as **Exhibit 4** is a true and accurate transcription of Rosen, Bien & Galvan's time in this case on the motion at issue.

13.    Under my supervision, Maria V. Morris, the attorney most involved with the drafting and filing of the motion, reviewed the time records.  She has reviewed each entry and ascertained that the fees requested are related to the portion of the motion for which fees are to be awarded pursuant to the August 29, 2008 Order.  She exercised billing judgment by eliminating all time for each person who billed less than two hours.  In addition, she eliminated or wrote down time that may have been redundant, inefficient, or that did not directly lead to the results obtained through the motion.  She has taken care not to include time spent on the portion of this motion related to Defendants' improper production of documents not in native format.  These reductions have resulted in a 7.8% reduction in the hours for which fees are requested.  Additionally, as a further exercise in billing judgment, she has billed the paralegal hours at the PLRA rate, rather than their market rates.

14.    The total time and reductions are reflected on the time runs submitted as **Exhibit 4**.  In my opinion, the remaining time for which we are seeking fees is more than reasonable.  Further, this request is a 53% reduction over the fees that would have been incurred under my firm's customary rate.

15.    Plaintiffs' counsel are not seeking costs at this time.  Because there were minimal costs other than attorneys' fees associated with this motion, separating out the costs related to this motion from the costs related to other work in this case would be unreasonably time-consuming and expensive.  Therefore, no request for the payment of costs is being made at this time and such costs will be requested in a subsequent fees motion to the Court.

-4-

16.     Plaintiffs' counsel seek a total of $10,407.30 in attorneys' fees for the motion. Attached hereto as **Exhibit 5** is a chart that summarizes the hours of work performed and billed.

The foregoing is based upon my own personal knowledge, except where stated to be based upon information and belief.  If called upon to do so, I would and could so testify.


I do so declare under penalty of perjury, under the laws of the State of California, this 5th day of September, 2008, at San Francisco, California.

*/s/ Michael W. Bien*
MICHAEL W. BIEN

[237041-1]

**EXHIBIT 1**

**MICHAEL W. BIEN**
**Rosen, Bien & Galvan, LLP**
315 Montgomery Street, 10th Floor
San Francisco, California 94104
(415) 433-6830 (Telephone)
(415) 433-7104 (Fax)
mbien@rbg-law.com

<u>**Personal Data**</u>:

Born:  New York, N.Y., 1955

<u>**Education**</u>:

J.D., *cum laude*, Northwestern University School of Law, Chicago, Illinois (1980), President, Student Bar Association; President, Founder and Director, Student Funded Public Interest Fellowships, Inc.

B.A., *magna cum laude*, Brandeis University, Waltham, Massachusetts (1977), high department honors in History and American Studies

National Institute of Trial Advocacy, National Session, Boulder, Colorado (1986)

<u>**Bar Admission**</u>:

California, January, 1981; member, United States Supreme Court, Ninth Circuit Court of Appeals and all United States District Courts in California

<u>**Legal Employment**</u>:

Managing Partner, Rosen, Bien & Galvan, San Francisco
(1991–present)

Partner, Litigation Department, Brobeck, Phleger & Harrison, San Francisco
(1987–1990)

Associate, Litigation Department, Brobeck, Phleger & Harrison, San Francisco
(1980–1987)

<u>**Bar Activities**</u>:

Mediator, United States District Court for Northern District of California (1994–present)

Evaluator, Early Neutral Evaluation Program, United States District Court for Northern District of California (1997–present)

Bar Association of San Francisco, Judiciary Committee
(Chair, 1989; Member, 1987–1989)

State Bar of California, Commission on Corrections (Member, 1987–1989)

American Bar Association, Antitrust Section, State Action and Internet Law Subcommittees; Litigation Section (1984–Present)

**<u>Teaching, Writing and Lecturing</u>:**

Panelist, "Confronting the Crisis-California Prisons," University of San Francisco Law Review Symposium (San Francisco 2008)

Panelist and Lecturer, "Prison/Jail Class Actions for Injunctive Relief," and "Coping With the PLRA," Co-sponsored Washington University School of Law and George Washington University Law School (Washington D.C. 2008)

Guest Lecturer, "California Prison Crisis," Boalt Hall School of Law (Berkeley 2007)

Panelist and Guest Lecturer, "Prison Class Action Litigation," "California Prison Overcrowding Crisis," UCLA School of Law (Los Angeles 2007)

Stakeholder Panelist, Little Hoover Commission — Corrections Oversight Project, Parole Reform, Juvenile Justice (Sacramento 2006)

Guest Lecturer, "Mental Health in Prisons," University of California, School of Public Health, Advanced Seminar in Community Mental Health (Berkeley 2006, 2007)

Panelist, "Making Rehabilitation Work: Creating Opportunities for Formerly Incarcerated Individuals," San Francisco Safe Communities Reentry Council (San Francisco 2006)

Panelist, "Back-End Sentencing and Technical Parole Violations," Stanford Law School (Palo Alto 2006)

Panelist, "Police Misconduct and Institutional Reform Litigation in California," Lorman Education Services (San Francisco 2005)

Panelist, "Prisoners' Rights Litigation: A Workshop for Plaintiff Attorneys," USC Law School (Los Angeles 2005)

Panelist, "Civil Rights Litigation:  Overused or Under Siege?"  Northern District of California Judicial Conference (Santa Cruz 2002)

Instructor in Trial Practice, National Institute of Trial Advocacy, Mid-West Regional at Northwestern University School of Law (1994, 1997, 1998); Mid-West Regional at Loyola University School of Law (2001); Western Regional at Golden Gate Law School (1996, 1997); Western Regional at Boalt Hall School of Law (2000); Deposition Program (2000, 2001)

Panelist, "Prisoner Civil Rights Litigation," Critical Resistance Conference (U.C. Berkeley, 1998)

Panelist, "Treating the Mentally Ill in Prison," Forensic Mental Health Association of California (Asilomar 1995)

Co-author, ABA Antitrust Section, Monograph No. 19, The *Noerr-Pennington* Doctrine, ABA, Antitrust Section (1993)

Author, *Litigation as an Antitrust Violation:  Conflict Between the First Amendment and the Sherman Act*,  16 U.S.F. L. Rev. 41 (1981)

Panelist, "State-Action Immunity, Recent Developments," ABA Annual Meeting (Chicago 1990, San Francisco 1987), ABA Antitrust Section

Panelist, "Part-time Work in Law," ABA Annual Meeting (Chicago 1990), Law Practice Management Section

Author, "Judicial Selection Process," San Francisco Lawyer Magazine (1989)

Panelist, "Local Government Antitrust Immunity Act, Recent Developments," ABA Annual Meeting (New York 1986), ABA Antitrust Section

Panelist, "Parenting and Law, the `Mommy Track'," CBS Morning News (2/89)

Panelist, "Part-time Work in Law," Hastings Law School (1986)

Panelist, "Parenting and Part-time Work," State Bar of California, Annual Meeting, Women in Law Section (Monterey 1986)

Panelist, "Part-time Work and Job Sharing," PG&E/New Ways to Work (1986)

Instructor, "Trial Practice," "Motion Practice," "Antitrust Law," Brobeck, Phleger & Harrison in-house programs (1985–1990).

## Community Activities:

New Israel Fund (Regional Board Member, 2006–present)

Congregation Beth Sholom (Rabbi Search Committee, 2007)

Camp Tawonga (Director, 2003–present)

Religious Witness With Homeless People (Member, Steering Committee, 2003–present)

Jewish Vocational Service (various, 2003–present)

Brandeis Hillel Day School of San Francisco and Marin (President, 1998–2000; Trustee, 1990–1996, 1998–2002; Head Search Committee, 2005)

Wexner Heritage Foundation (Fellow, 2000–2002)

Jewish Community Federation (Planning & Allocations Committee, Jewish Education Subcommittee, Chair, S.F. Division of Campaign, 1995–2002)

Metropolitan YMCA of San Francisco (Director, 1985–1989)

Mission YMCA (Chairperson, Board of Managers, 1985–1989)

San Francisco Public Interest Law Foundation (Director, 1981–1983)

## Honors:

Honored for work on California parole revocation reform, California Public Defender Association (2005)

Outstanding Mental Health Advocate, California Coalition for Mental Health (2003)

Lion of Judah Award, Brandeis Hillel Day School (2000)

Honoree, California Attorneys for Criminal Justice (1994)

Fellow, American Bar Foundation (1988)

Volunteer of the Year, Mission YMCA (1988)

Pro Bono Award, State Bar of California (1985)

Center for Urban Affairs Fellowship, Northwestern University (1979)

**Areas of Specialty:**

| | |
|---|---|
| Antitrust Litigation and Counseling | Real Property Litigation |
| Trade Practices | Complex Litigation |
| Trade Secrets | Commercial Litigation |
| Intellectual Property | Grand Jury |
| Class Actions | RICO |
| Attorneys' Fees | Disabilities Law |
| Securities Litigation | Mental Health Law |
| Construction Litigation | Civil Rights |
| Internet Law | Prisoner Rights |

**Representative Clients:**

| | |
|---|---|
| Aerosafe, Inc. | Nextcard, Inc. |
| Arvesta | Primark Benefits |
| Computer Education Managers Assn. | Tomen Agro, Inc. |
| Diversified Data Corp. | Paxar Corporation |
| Equity Office Properties, Inc. | Fluor Daniel Corp. |
| Equity Properties and Development LP | Pfizer Inc. |
| Estee Lauder, Inc. | Lease & Rental Management Corp. |

**EXHIBIT 2**

# ROSEN, BIEN
# & GALVAN, LLP

**Maria V. Morris**

**Attorneys at Law**

315 Montgomery Street, 10th Floor
San Francisco, CA  94104

Phone:  (415) 433-6830
Fax:  (415) 433-7104

---

## EXPERIENCE:

**Associate** – Rosen Bien & Galvan, LLP, San Francisco, January 2007 – Present.
General and complex civil litigation, with an emphasis on civil rights, employment, real estate, business, and attorneys' fees cases, at the trial court and appellate levels.

**Appellate Associate** – Lerach Coughlin Stoia Geller Rudman & Robbins LLP, San Francisco, January 2003 – December 2006
Argued before the Ninth Circuit; wrote appellate briefs on dismissal for lack of jurisdiction, objection to attorneys' fees, dismissal of a prisoner civil rights case; reviewed briefs; prepared and presented CLE on loss causation in the securities field.

**Litigation Associate** – Lerach Coughlin Stoia Geller Rudman & Robbins LLP, San Francisco, January 2003 – December 2006
Wrote complaints regarding violations federal and California securities laws, the California Unfair Competition Law, the California Consumer Legal Remedies Act, and breach of contract; wrote briefs including all stages of motions to dismiss or demurrers, motions to compel, a motion for judgment on the pleadings, summary judgment, motions in limine, and an opposition to a request for certification; propounded discovery requests; responded to discovery requests; wrote proposed jury instructions; took and defended depositions; argued before the District Court of the Northern District of California and the Superior Court of Santa Clara County, Complex Civil Division.

**Judicial Clerk**– Judge William C. Canby, U.S. Court of Appeals, Ninth Circuit, Phoenix, August 2001 – September 2002
Researched and wrote draft opinions, bench memoranda for Judge Canby and for 3-judge panels, and memoranda regarding petitions for rehearing or rehearing en banc.

**Summer Associate** – Bernabei & Katz, PLLC, Washington, D.C., May 2000 – July 2000
Wrote 5 demand letters, complaints and EEO charges; met with clients; researched for CLE presentation on recent sexual discrimination cases.

**Research Assistant to Professor Abdullahi An-Na'im** – Emory University School of Law, Atlanta, October 1998 –May 2001
Wrote draft introduction to a book on Islamic Family Law (IFL); researched application IFL; researched custody practices in Islamic communities; edited papers on African constitutionalism; wrote papers on IFL in Africa, focusing on women's human rights.

**Summer Intern –** American Civil Liberties Union, Immigrants' Rights Project, San Francisco, June 1999 –August 1999
Wrote memos on immigration law, including an analysis of recent legislative history.

**Program Associate** – International Human Rights Law Group, Goma, Zaire; Lubumbashi, RDC, September 1996 – July 1998

Set up and managed in-country office; worked with Congolese human rights NGOs to plan conferences and education campaigns, write training manuals and human rights reports, and to develop NGO management skills; led workshops on human rights during war, fundraising, and intracoalition relations; wrote a guide to regional human rights organizations; represented the Law Group at international conferences.

## Legal/Human Rights Internships

The Carter Center, Human Rights Office, Atlanta, GA – September 2000 – December 2000
Southern Center for Human Rights, Atlanta, GA – September 1999 – May 2000
Center for Economic and Social Rights, New York, NY – January 1996 – August 1996
L'Association Malienne des Droits de l'Homme, Bamako, Mali – May 1995 – August 1995
Committee to Protect Journalists, Africa Desk, New York, NY – November 1994 – March 1995
New York State Department of Human Rights, New York, NY – June 1994 – August 1994

**EDUCATION:**

Emory University School of Law – J.D., with honors, 2001
                    GPA: 3.733  Class Rank: 10/223

            *Awards:*
            Robert W. Woodruff Fellowship, 1998 – 2001
            Order of the Coif
            2001 Dean's Public Service Award
            Dean's List every semester

            *Activities:*
            Editor-in-chief, *Emory International Law Review*, 2000 – 2001
            Co-President, Emory Public Interest Committee, 1999 – 2000

School of International and Public Affairs, Columbia University – M.I.A., 1996
                    Concentration: Human Rights & Humanitarian Law
                    Certificate in African Studies

            *Awards:*
            Foreign Language and Area Studies Fellowship, 1995 – 1996

            *Activities:*
            Issue Editor, *Journal of International Affairs*, 1995 – 1996
            Teacher, Peace Games, Fall 1995

Barnard College, Columbia University – B.A., Political Science, *cum laude*, 1990
                    GPA: 3.59

**BAR ADMISSIONS:**

California, New York, Ninth Circuit Court of Appeals; Eighth Circuit Court of Appeals;
Northern, Central, Eastern and Southern Districts of California; Northern District of Illinois

**PUBLISHED CASES:**

*In re Veritas Software Corp. Securities Litigation,* 496 F.3d 962 (9th Cir. 2007); *Myron v. Terhune,* 476 F.3d 716 (9th Cir. 2007); *L.H. v. Schwarzenegger*, 519 F. Supp. 2d 1072 (E.D. Cal. 2007); *Hepting v. AT & T Corp.*, 439 F. Supp. 2d 974 (N.D. Cal. 2006).

**PUBLICATIONS:**

*The Exit Fiction: Unconstitutional Indefinite Detention of Deportable Aliens*, 23 HOUSTON J. INT'L L. 255 (2001)

Note, *Racial Profiling and International Human Rights Law: Illegal Discrimination in the United States*, 15 EMORY INT'L L. REV. 207 (2001)

Editors' Foreword: *Religion, Politics and Power*, 50 J. INT'L AFF. i (1996)

Book Review: *Nationalism, Ethnic Conflict and Democracy*, 48 J. INT'L AFF. (1995)

**EXHIBIT 3**

# ROSEN, BIEN
# & GALVAN, LLP                                    Lisa Ells

**Attorneys at Law**

315 Montgomery Street, 10th Floor                 Phone:  (415) 433-6830
San Francisco, CA  94104                             Fax:  (415) 433-7104

---

## LEGAL EXPERIENCE

**Rosen Bien & Galvan, LLP**                        **October 2007–Present**
**San Francisco, California**
**Associate Attorney**

General and complex civil litigation, with an emphasis on civil rights, employment, business, and attorneys' fees cases, at the trial court and appellate levels.

**U.S. Court of Appeals for the Ninth Circuit**        **August 2006 – August 2007**
**San Francisco, California**
**Law Clerk to The Honorable James R. Browning, Senior Judge**

Researched legal issues, composed bench memoranda, drafted legal opinions. Diverse caseload included civil procedure, maritime law, civil rights, immigration, Fourth Amendment, insurance law and criminal sentencing issues.

**U.S. District Court for the Central District of California**                **2005-2006**
**Santa Ana, California**
**Law Clerk to The Honorable David O. Carter**

Drafted and researched civil and criminal orders. Managed diverse civil motion practice and calendar.  Worked on multiple civil and criminal bench and jury trials, including nine-month Aryan Brotherhood capital trial.

**American Civil Liberties Union**                        **Spring 2005**
**New York, New York**
**Student Fellow**

Evaluated scope of newsgatherer's privilege under shield laws and First Amendment. Assessed breadth of *ultra vires* exception to sovereign immunity. Analyzed public employees' free speech rights when speaking in official capacities.

**Professor Kent Greenawalt**                        **Spring 2005**
**New York, New York**
**Research Assistant**

Researched and edited chapters in Free Exercise and Fairness (2006), focusing on military and prison contexts.

[13622-1]

**Prisoners and Family Clinic**                                          **2004-2005**
**New York, New York**
**Clinic Participant and Volunteer**

Co-wrote successful challenge to client's denial of parole. Counseled client on strategies for resulting parole hearing.  Developed and conducted workshops in maximum security prisons on legal issues relevant to incarcerated parents.

**Professor James Liebman**                                          **Spring 2004**
**New York, New York**
**Research Assistant**

Edited article on patterns of reversals in death sentences. Evaluated evidence of guilt in individual capital cases.

**O'Melveny & Myers, LLP**                                          **Summer 2004**
**San Francisco, CA**
**Summer Associate**

Researched and wrote legal section of brief submitted in support of pro bono client's bid for asylum and withholding from deportation. Drafted sentencing brief assessing impact of *Blakely v. Washington* on a preexisting plea agreement.

**Professor Jeffrey Fagan**                                          **Fall 2003**
**New York, New York**
**Research Assistant**

Conducted research for various empirical and doctrinal articles on policy implications of transferring juvenile offenders to the adult criminal justice system, focusing on impact of race and class.

**Center for Reproductive Rights**                                          **Summer 2003**
**New York, New York**
**Domestic Legal Program Intern**

Edited brief submitted to the district court in *Gonzales v. Carhart* challenging federal partial birth abortion ban.  Developed legislative advocacy tools.  Analyzed scientific basis for claims of fetal pain.

**EDUCATION**

**Columbia Law School**                                          **J.D., May 2005**

James B. Kent Scholar
Harlan Fiske Stone Scholar
*Columbia Law Review*, Notes Editor

**Duke University**          **B.A. in Political Science and History, *cum laude*, May 1997**
Pi Sigma Alpha and Phi Eta Sigma Honor Societies

**BAR ADMISSIONS**

California, 2006; N.D. Cal.; E.D. Cal.; Ninth Circuit Court of Appeals

**<u>PUBLICATION</u>**

*Juvenile Psychopathy: The Hollow Promise of Prediction*, 105 COLUMBIA L. REV. 458 (2005)


Born:   West Lafayette, Indiana

**EXHIBIT 4**

ROSEN, BIEN & ASARO
Attorneys At Law
315 Montgomery Street, Tenth Floor
San Francisco, Ca 94104
(415) 433-6830

September 5, 2008

Coleman v. Schwarzenegger

Our file number  0489-3/MWB/MWB
Invoice number  10603

Re:  Monitoring, beginning Sept. 14, 1995

|                                         |      |            |
|-----------------------------------------|------|------------|
|                                         | 66.6 | $11,288.70 |
|                                         | 5.2  | $881.40    |

Courtesy Discount is 7.81%
of "gross" hours worked

| Total for professional services | 61.4 | $10,407.30 |
|---------------------------------|------|------------|
|                                 |      | ------------- |
| Total current fees and costs    |      | $10,407.30 |
|                                 |      | ------------- |
| Total amount due and payable    |      | $10,407.30 |
|                                 |      | ============= |

Tax No. 94-3136812

Coleman v. Schwarzenegger

Our file number 0489-3/MWB/MWB
Invoice number 10603

Re: Monitoring, beginning Sept. 14, 1995

| Date | Atty | Services rendered | Hours | Discount |
|------|------|-------------------|-------|----------|
| 07/30/08 | MWB | draft meet and confer re: privilege log to defendants (1.0). | 1.0 | |
| 08/04/08 | MVM | analyzing priv log, discovery responses (1.2). | 1.2 | |
| 08/05/08 | LR | email w/ MVM re privilege log email (No Charge) (0.0). | 0.0 | 0.1 |
| 08/05/08 | MVM | call to def counsel re m&c (.1); call to def counsel re m&c (.1); writing mtc, ex parte app to shorten time, supporting decl (2.6); email to defs re m&c (.2). | 3.0 | |
| 08/06/08 | MVM | prep for and conducting m&c re priv logs, production (1.1); email re m&c (.3). | 1.4 | |
| 08/08/08 | EG | review new privilege log (No Charge) (0.0). | 0.0 | 0.3 |
| 08/08/08 | LAE | Review MWB email re: Defs' Aug. 5 privilege log and attachment (No Charge) (0.0); Review MM email re: production and privilege logs (No Charge) (0.0). | 0.0 | 0.3 |
| 08/08/08 | LR | conf w/ MVM re privilege logs, email MVM re defs list of names (No Charge) (0.0). | 0.0 | 0.3 |
| 08/08/08 | MVM | reviewing priv log (1.1); email re docs withheld (.1). | 1.2 | |
| 08/08/08 | MWB | conference with MM re: privilege log and MTC (.5). | 0.5 | |
| 08/10/08 | MVM | writing motion for sanctions (Reduced Charge) (3.5). | 3.5 | 0.6 |
| 08/11/08 | MVM | writing motion for sanctions (1.3); writing motion for sanctions (3.1); writing motion for sanctions (.5); writing motion for sanctions (3.3). | 8.2 | |
| 08/12/08 | KJS | Finalized and prepared courtesy copies three judge panel and moulds re: plaintiffs' motion for sanctions and ex parte motion (2.0). | 2.0 | |
| 08/12/08 | KMR | Conf with MVM re decl and exhibits for discovery dispute (.1); Assembling, finalizing exhibits to MVM decl re discovery dispute (.5); Cite checking MVM brief re discovery disputes (1.8); Conf with MVM re edits to brief re discovery dispute (.3). | 2.7 | |
| 08/12/08 | LAE | Discuss meet and confer with defendants re: privilege logs with MM and tasks for motion to compel (.7) (No Charge) (0.0); Discuss ex parte app for expedited hearing with MM (No Charge) (0.0); Draft ex parte app for expedited hearing and proposed order re: same (.7); Review motion for sanctions (No Charge) (0.0). | 0.7 | 0.9 |
| 08/12/08 | MVM | writing motion for sanctions (.7); writing motion for sanctions & decl (.8); m&c with defs re priv logs (.4); writing/editing, filing motion for sanctions & supporting docs (Reduced Charge) (8.0). | 9.9 | 1.2 |

September 5, 2008

Coleman v. Schwarzenegger

Our file number   0489-3/MWB/MWB
Invoice number   10603

Re:  Monitoring, beginning Sept. 14, 1995

| Date | Atty | Services rendered | Hours | Discount |
|------|------|-------------------|-------|----------|
| 08/12/08 | MWB | conferences witih MM and emails with Team re: discovery motion (.5); review MTC re: defendants (.3). | 0.8 | |
| 08/13/08 | AEW | TC with H. Gracey re discovery motion to shorten time and for sanctions; emails to team re same and conf with MM re same (No Charge) (0.0). | 0.0 | 0.3 |
| 08/13/08 | KJS | Drafted cover letter for and sent courtesy copies of yesterday's filing to three judge panel and magistrate Moulds (.4). | 0.4 | |
| 08/13/08 | MVM | e-mails re call w/ defs & court (.2); tc to Court re courtesy copy & email re same (No Charge) (0.0); setting up conf calls w/ defs & court (.2); tc to defs re conf call (.1). | 0.5 | 0.2 |
| 08/14/08 | MVM | emails re m&c (.1). | 0.1 | |
| 08/15/08 | MVM | m&c  re privilege logs (.9); prep for m&c re priv logs (.3). | 1.2 | |
| 08/18/08 | MVM | m&c re priv logs (.5); email re m&c re priv logs (.1); drafting response re sanctions motion (.6); drafting response re sanctions motion (1.8). | 3.0 | |
| 08/19/08 | KMR | Conf with MVM re priv log docs (.1); Finalizing MVM decl and exhibits re filing re discovery for hearing (.5); E-filing decls with MVM re discovery disputes, finalizing word and filed versions of decls and supp brief, conf with WP and MVM re same (.9). | 1.5 | |
| 08/19/08 | MVM | drafting response re sanctions motion (.8); drafting response re sanctions motion & decl (2.2); conf w/ MWB re sanctions response & depo prep (.4); reading defs response re priv logs (.3); prep for hearing re sanctions motion (1.3); hearing prep for sanctions motion (.8). | 5.8 | |
| 08/20/08 | MVM | hearing prep (.8); hearing prep (.9); hearing prep (2.1); drive to hearing (1.9); hearing prep (.5); hearing (1.4); return from hearing (1.7). | 9.3 | |
| 08/20/08 | MWB | telephone call with MM re: discovery motion (.2); telephone call with MM re: discovery motion (.2). | 0.4 | |
| 08/21/08 | LR | telephone calls w/ Haven Gracey re discovery conf, calls w/ MVM, AW re same to find coverage (No Charge) (0.0). | 0.0 | 0.6 |
| 08/21/08 | MVM | tc w/ LR & ct re hearing (No Charge) (0.0); tc w/ AW re hearing (No Charge) (0.0); tc w/ ct re availability for call w/ court (.1); tc w/ defs re call w/ court (.1); tc w/ Court re docs at issue on priv log (.2). | 0.4 | 0.2 |
| 08/26/08 | MVM | reviewing order re priv docs & conf w/ defs re same (.2); conf w/ MWB re depos, documents (Reduced Charge) (.1). | 0.3 | 0.1 |
| 08/26/08 | MWB | review Moulds' order re: discovery and conference with MM (Reduced Charge) (.1). | 0.1 | 0.1 |

ROSEN, BIEN & GALVAN, LLP

September 5, 2008

Coleman v. Schwarzenegger

Our file number   0489-3/MWB/MWB
Invoice number   10603

Re:  Monitoring, beginning Sept. 14, 1995

| Date | Atty | Services rendered | Hours | Discount |
|------|------|-------------------|-------|----------|
| 08/27/08 | MVM | preparing joint statement re privileges at issue (.4); preparing joint statement re privs at issue (.9). | 1.3 | |
| 08/28/08 | KMR | E-filing joint statement re 8-26-08 Order (.3). | 0.3 | |
| 08/28/08 | MVM | finalizing & filing joint statement re outstanding priv challenges (.7). | 0.7 | |
| | | | 61.4 | 5.2 |

Total for professional services   $10,407.30

| Rate | Summ | Total Hours | Hours | Amount | Disc. Hours | Disc.Amount |
|------|------|-------------|-------|--------|-------------|-------------|
| 169.50 | AEW | 0.30 | 0.00 | 0.00 | 0.30 | 50.85 |
| 169.50 | KMR | 4.50 | 4.50 | 762.75 | 0.00 | 0.00 |
| 169.50 | KJS | 2.40 | 2.40 | 406.80 | 0.00 | 0.00 |
| 169.50 | LAE | 1.90 | 0.70 | 118.65 | 1.20 | 203.40 |
| 169.50 | EG | 0.30 | 0.00 | 0.00 | 0.30 | 50.85 |
| 169.50 | LR | 1.00 | 0.00 | 0.00 | 1.00 | 169.50 |
| 169.50 | MVM | 53.30 | 51.00 | 8,644.50 | 2.30 | 389.85 |
| 169.50 | MWB | 2.90 | 2.80 | 474.60 | 0.10 | 16.95 |
| Totals | | 66.60 | 61.40 | 10,407.30 | 5.20 | 881.40 |

# EXHIBIT 5

## Coleman v. Schwarzenegger

**Plaintiff's Motion for Discovery Sanctions**
**August 29, 2008 Order Granting Sanctions**

| | ACTUAL HOURS | CLAIMED HOURS | 2008 RATES | 2008 RATES TOTAL | PLRA RATES | CLAIMED TOTAL |
|---|---|---|---|---|---|---|
| ***ROSEN, BIEN & GALVAN*** | | | | | | |
| Michael W. Bien (MWB) | 2.90 | 2.80 | $ 640.00 | $ 1,792.00 | $ 169.50 | $ 474.60 |
| Ernest Galvan (EG) | 0.30 | 0.00 | $ 450.00 | $ - | $ 169.50 | $ - |
| Amy E. Whelan (AEW) | 0.30 | 0.00 | $ 370.00 | $ - | $ 169.50 | $ - |
| Maria V. Morris (MVM) | 53.30 | 51.00 | $ 370.00 | $ 18,870.00 | $ 169.50 | $ 8,644.50 |
| Lori E. Rifkin (LR) | 1.00 | 0.00 | $ 320.00 | $ - | $ 169.50 | $ - |
| Lisa A. Ells (LAE) | 1.90 | 0.70 | $ 295.00 | $ 206.50 | $ 169.50 | $ 118.65 |
| Katherine Johnson-Silk (KJS) | 2.40 | 2.40 | $ 170.00 | $ 408.00 | $ 169.50 | $ 406.80 |
| Katie Richardson (KMR) | 4.50 | 4.50 | $ 170.00 | $ 765.00 | $ 169.50 | $ 762.75 |
| **Total Hours:** | **66.60** | **61.40** | | | | |

**TOTAL ROSEN, BIEN & GALVAN:**          $ 22,041.50          $ 10,407.30