PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No.:  Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al., <br><br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br><br> vs. <br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY DISPUTE RE MATTHEW CATE DEPOSITION** |

[217029-1]

I, Donald Specter, declare as follows:

1.  I am an attorney admitted to practice in this State and before this Court.  I am the Executive Director of the Prison Law Office, and represent the plaintiff classes in these actions.

2.  On August 29, 2008, I took the deposition of CDCR Secretary Matthew Cate. Attached hereto as Exhibit A is a true and correct copy the uncertified "rough" transcript of the Cate deposition.  My office has not yet received a final copy of the deposition transcript.

3.  Also on August 29, 2008, my co-counsel took the deposition of Todd Jerue. Attached hereto as Exhibit B is a true and correct copy of excerpts from the uncertified "rough" transcript of the Jerue deposition.  My office has not yet received a final copy of the deposition transcript.

4.  Attached hereto as Exhibit C is a true and correct copy of the *Coleman* defendants' supplement to initial disclosures.

5.  During the course of his deposition, Mr. Cate invoked the deliberative process privilege and refused to answer certain questions.  After our conversations on the day of the deposition and our correspondence after the deposition, defense counsel and I were unable to agree to an informal resolution of the matter.  Defense counsel agreed that plaintiffs' motion to compel Mr. Cate's answers could be heard after the September 8, 2008 non-expert discovery cutoff.  Attached hereto as Exhibit D is a true and correct copy of email correspondence between me, defense counsel Paul Mello, and Prison Law Office staff attorney Rebekah Evenson.

-1-

[217029-1]

1    I declare under penalty of perjury that the foregoing is true and correct, and that this

2 declaration is executed this 5 day of September, 2008 in Berkeley, California.

3

4              */s/ Donald Specter*
                Donald Specter

DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY DISPUTE RE MATTHEW CATE DEPOSITION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[217029-1]