IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER REVISING TRIAL SCHEDULE |

The Court's July 2, 2008 Order for Pretrial Preparation set trial in this matter to begin on November 18, 2008, at 1:30 PM, and stated that "[t]rial shall run on Tuesdays from 1:30 PM to 4:00 PM, and on Wednesdays through Fridays from 9:15 AM to 4:00 PM." July 2, 2008 Order at 4. The Court now revises that schedule so that trial will begin on November 18, 2008, at **9:15 AM**, and shall run on Tuesdays through Fridays from 9:15 AM

//

//

to 4:00 PM.  There will continue to be no trial on Mondays, or on November 25 through November 28.

**IT IS SO ORDERED.**

Dated:   09/09/08

                         /s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   09/09/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   09/09/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA