EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
JONATHAN L. WOLFF - 193479
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SAMANTHA TAMA IN SUPPORT OF DEFENDANTS' REQUEST FOR RECONSIDERATION BY THE THREE-JUDGE COURT OF MAGISTRATE JUDGE'S RULING REQUIRING CDCR SECRETARY CATE TO SUBMIT TO DEPOSITION QUESTIONS OF PRIVILEGED MATTERS**<br><br>**To: Three-Judge Court** |

I, Samantha Tama, declare as follows:

1. I am an associate in the law offices of Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v. Schwarzenegger* Three-Judge Panel matter. I submit this declaration in support of Defendants' request for reconsideration by the Three-Judge Court of the Magistrate Judge's ruling requiring CDCR Secretary Matthew Cate to submit to deposition questions of privileged matters. I have personal knowledge of the matters stated in this declaration, and can competently testify to these matters if called upon to do so.

2. Attached as Exhibit A to this declaration is a true and correct copy of relevant portions of the transcript of the deposition of the Secretary of the California Department of Corrections and Rehabilitation, Matthew Cate, held on Friday, August 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on September 10, 2008.

Samantha Tama

- 2 -