IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.    ORDER

/

    Good cause appearing, IT IS HEREBY ORDERED that plaintiffs' August 8, 2008 motion to compel disputed attorneys' fees and costs from the first quarter of 2008 is taken under submission on the papers without oral argument. See Local Rule 78-230(h). The hearing set for September 18, 2008 is dropped from calendar.

DATED: September 11, 2008.

UNITED STATES MAGISTRATE JUDGE

08hrg.o