involvement. A progress note dated 12/12/07 indicated that the inmate was requesting transfer to the 3CMS program; the note indicated that this transfer would be a possibility "in the next few weeks." Despite progressing to Phase II earlier in the month, she was returned to Phase I on 12/13/07. During December 2007, her Depakote was discontinued and Lithium was started, and then later discontinued.

On 1/1/08, the inmate required transfer to the MHCB on a "23 hour hold" for psychotic symptoms with suicidal threats. At that time, the inmate was agitated, paranoid and reportedly had stopped eating for the past seven days. The inmate was requesting a transfer to Patton State Hospital. She had also stopped taking her hypertensive medication with a subsequent increase in her blood pressure requiring an emergency room visit. She remained in the MHCB until 1/11/08.

The inmate required transfer again to the MHCB on 1/22/08. She was discharged on the 1/30/08 with another change in her medication regimen. A suicide risk assessment was completed on this day. There was documentation that five-day follow-up occurred after discharge from the MHCB.

*Findings*:

There appeared to be a delay in this inmate's transfer from VSPW to the EOP in the fall; during this delay, the inmate decompensated requiring OHU admission. The early progress notes during her EOP care reflected an inappropriate emphasis on stabilization and return to 3CMS level of care. In contrast, her clinical course was notable for two MHCB admissions and medication refusals. Her clinical follow-up in EOP was frequent and consistent, although there were no notes documenting five-day follow-up after the first MHCB admission. Her medications were changed frequently, and there was a need for diagnostic clarification for this inmate. Due to the challenging nature of the symptoms presented by this inmate, a case conference chaired by a high level clinical supervisor would be advisable to create an organized treatment approach and to clarify diagnosis and medication needs. Consideration for a long-term higher level of care than 3CMS and possible consideration for a Keyhea proceeding was clearly warranted.

EXHIBIT Y
Valley State Prison for Women (VSPW)
September 25, 2007 – September 27, 2007

**Inmate A**

This 3CMS inmate's medical record was reviewed at the request of the plaintiffs' attorneys. She was diagnosed with Bipolar Disorder, PTSD, Cyclothymia, Attention Deficit Hyperactivity Disorder and Depressive Disorder, NOS. The inmate arrived at VSPW on 5/15/07; she was prescribed Neurontin, Remeron and Benadryl. On 6/14/07 Remeron was tapered due to the inmate's complaint of nightmares, and Benadryl was discontinued. Remeron was discontinued during July 2007. During early July 2007 the inmate was diagnosed with having pseudo-seizures, and several days later, Neurontin was discontinued. An IDTT meeting was documented on 8/14/07.

*Findings:*

There was medication continuity upon the inmate's arrival to VSPW. Documentation regarding the rationale for medication changes was poor. Informed consent for prescribed medications was not documented.

**Inmate B**

This inmate transferred from CCWF to VSPW on 7/18/07. She was provided with diagnoses of Mood Disorder, NOS and Schizophrenia. She had been prescribed Geodon, Cogentin, Vistaril, and Depakote at CCWF. These medications were continued at VSPW; although some of the medications were not immediately reordered. An IDTT meeting was conducted on 8/28/07.

*Findings:*

There appeared to be a delay in the ordering and administration of some of the psychotropic medications that this inmate had been prescribed when she transferred from CCWF to VSPW.

**Inmate C**

This EOP inmate arrived at VSPW on 3/2/07. She was diagnosed with Schizophrenia and Schizoaffective Disorder. She was admitted to the OHU from 3/14/07 to 3/16/07 due to exhibiting hostile and aggressive behavior. Progress notes indicated that the inmate was prescribed Haldol which was administered in liquid form and in the long acting Haldol Decanoate form. Descriptions of the inmate's agitation were provided as the occasional rationale for administration of this medication.

*Findings:*

There was inconsistent and, at times, poor documentation of the rationale for changes in Haldol dosage and route of administration. There was also poor documentation of psychiatric response to inmate complaints regarding medications that were prescribed and medication side effects.

**Inmate D**

This inmate returned to VSPW on 5/11/07 from a county jail as a parole violator with the EPRD of 10/15/07. The most recent bus screen was conducted by an RN on 5/11/07. The bus screen form documented that the inmate had a prior history of treatment with Seroquel, and a suicide attempt during July 2004. There was no information located in the medical record from the county jail. The mental health evaluation was completed on 5/25/07; the inmate was placed into the 3CMS program based upon this evaluation. She was provided with diagnoses of Psychotic Disorder, NOS and Amphetamine Dependence; she was assessed with a GAF of 64.

The inmate was prescribed Geodon and Celexa. There was a chrono dated 8/29/07 by the social worker from TCMP that indicated that the inmate's C-file and medical record had been reviewed. The IDTT meeting was documented, but the treatment plan lacked documentation of treatment interventions.

*Findings:*

This inmate appeared to be placed at the appropriate level of care. Treatment planning should be addressed to provide improved clarity regarding treatment interventions and treatment goals.

**Inmate E**

This inmate was transferred to VSPW on 7/24/07 from CCWF. Upon arrival, she was referred to the mental health department. A mental health placement chrono dated 8/7/07 indicated that the inmate was recommended for EOP level of care.

The pre-printed IDTT progress note did not, however, reflect the IDTT involvement in the recommendation for this level of care. It appeared that this inmate had been transferred to the administrative segregation unit. An administrative segregation IDTT note on 8/16/07 indicated that the inmate had been refusing medications, and she had been transferred to the OHU for observation. Psych tech documentation did not reflect this medication refusal and subsequent decompensation.

*Findings:*

There were delays in the provision of clinical contacts. Psych tech weekly summaries failed to accurately reflect the inmate's decompensation and were not timely filed in medical record. The quality of IDTT progress notes was poor and failed to document the level of care decision.

**Inmate F**

This inmate arrived at VSPW on 7/19/07. The inmate had a history of mental health treatment, and she was referred to mental health for evaluation. The inmate was seen by the psychiatrist on the day of arrival when medications were ordered. An initial IDTT meeting was conducted on 8/14/07, and the inmate was placed in the 3CMS program for medical necessity. The treatment plan that was completed on that date was incomplete and did not provide specific treatment interventions. There was documentation of case manager contacts that occurred on 8/23/07 and 9/19/07.

*Findings*:

The initial case manager clinical contact did not occur within the required timeframes. The quality of the treatment plan was poor, as the plan lacked specific treatment interventions that were required for this inmate.

**Inmate G**

The inmate arrived at VSPW on 7/20/07; her EPRD was 11/5/07. She was provided with a diagnosis of Bipolar Disorder. Although a bus screen was performed, mental health referral did not occur. A mental health evaluation was, however, completed on 8/2/07, and the inmate was placed into the 3CMS program. Although the inmate had a history of treatment in the Fresno County Mental Health System, release of information was not obtained.

During the IDTT meeting that occurred on 9/25/07, the inmate expressed anxiety regarding possible pregnancy. The psychiatrist ordered a stat pregnancy test. The stat order had not been noted by the nursing staff two days later. The inmate was seen by the case manager on 8/30/07.

*Findings*:

The bus screen failed to note the inmate's history of mental health treatment; this resulted in delay in psychiatric evaluation. Release of Information was not obtained, despite the inmate's mental health treatment in the community. The initial 3CMS evaluation by the case manager and IDTT meeting were not performed timely. Despite the psychiatric order for a stat pregnancy test, this was not immediately noted by the nursing staff.

**Inmate H**

The inmate was transferred to VSPW on 9/7/07 from a county jail. The bus screen did not reveal a history of prior mental health treatment, and consequently the inmate was not referred to mental health. Previous health screenings and mental health chronos indicated that the inmate had a history of a suicide attempt, depressive symptoms and treatment in the MHSDS at the 3CMS level of care. This inmate verbalized anxiety regarding impending transfer to a federal detention facility during the IDTT meeting that occurred

on 9/25/07.  The inmate had not been seen by either the case manager or the psychiatrist prior to the IDTT meeting.

*Findings*:

The quality of the bus screen was poor and failed to document the history of depression, past 3CMS level of care and the past suicide attempt. It was unclear if the medical record was available at the time of screening for review by the screening nurse.