| | |
|---|---|
| 1    EDMUND G. BROWN JR. | HANSON BRIDGETT LLP |
|       Attorney General of the State of California | JERROLD C. SCHAEFER - 39374 |
| 2    DAVID S. CHANEY | PAUL B. MELLO – 179755 |
|       Chief Assistant Attorney General | S. ANNE JOHNSON – 197415 |
| 3    ROCHELLE C. EAST | SAMANTHA D. TAMA – 240280 |
|       Senior Assistant Attorney General | RENJU P. JACOB - 242388 |

**EDMUND G. BROWN JR.**
Attorney General of the State of California
**DAVID S. CHANEY**
Chief Assistant Attorney General
**ROCHELLE C. EAST**
Senior Assistant Attorney General
**JONATHAN L. WOLFF**
Supervising Deputy Attorney General
**LISA A. TILLMAN** – State Bar No. 126424
Deputy Attorney General
**KYLE A. LEWIS** – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

Attorneys for Defendants

**HANSON BRIDGETT LLP**
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No.  2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DEFENDANTS' NOTICE OF MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** <br><br> **To:  Three-Judge Panel** |

- 1 -

DEFS.' NOT. MOT. DISMISSAL OR., ALT., MOT. SUMM. J.
(CASE NOS. 90-00520 LKK JFM P AND C01-01351 TEH)

1611822.1

1  TO PLAINTIFFS MARCIANO PLATA, et al., AND RALPH COLEMAN, et al., AND

2  THEIR COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE THAT Defendants Arnold Schwarzenegger, et al. (Defendants)

4  move this Three-Judge Panel for dismissal of the *Plata* Plaintiffs' claims and the *Coleman*

5  Plaintiffs' claims, respectively, under the unenumerated portion of Rule 12(b) of the Federal

6  Rules of Civil Procedure on the grounds that Plaintiffs failed to exhaust their administrative

7  remedies, as is required by the Prison Litigation Reform Act.  42 U.S.C. § 1997e(a).

8  Defendants also move this Three-Judge Panel for dismissal of the *Plata* Plaintiffs' claims

9  and the *Coleman* Plaintiffs' claims, respectively, under Rules 12(b)(1) and 12(b)(6) of the Federal

10 Rules of Civil Procedure on the grounds that this Three Judge Panel lacks jurisdiction to consider

11 Plaintiffs' motion for a prisoner release order.

12 Defendants also move this Three-Judge Panel under Rule 56(b), (c), and (d) of the Federal

13 Rules of Civil Procedure for summary judgment or summary adjudication of claims, issues,

14 and/or facts on the grounds that there is no disputed issue of material fact and Defendants are

15 entitled to summary judgment or summary adjudication of claims, issues, and/or facts in their

16 favor as a matter of law in both the *Plata v. Schwarzenegger* and *Coleman v. Schwarzenegger*

17 matters, respectively.

18 Defendants' motions in *Plata v. Schwarzenegger* and *Coleman v. Schwarzenegger*,

19 respectively, are based upon this notice, the memorandum of points and authorities in support, the

20 separate statement of undisputed facts, the request for judicial notice, the declarations of N.

21 Grannis, Lisa Tillman, and Paul Mello in support, any papers Defendants submit in reply, and any

22 other matters properly submitted to or before this Court.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

2    DATED:  September 15, 2008                          HANSON BRIDGETT LLP

3

4                                              By:  /s/ Paul B. Mello

5                                                      PAUL B. MELLO
                                             Attorneys for Defendants Arnold
6                                                   Schwarzenegger, et al.

     DATED:  September 15, 2008                          EDMUND G. BROWN JR.
7                                              Attorney General of the State of California

8

9                                              By:  /s/ Rochelle C. East

10                                                     ROCHELLE C. EAST
                                             Senior Assistant Attorney General
11                                             Attorneys for Defendants Arnold
                                                    Schwarzenegger, et al.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

DEFS.' NOT. MOT. DISMISSAL OR, ALT., MOT. SUMM. J.
(CASE NOS. 90-00520 LKK JFM P AND C01-01351 TEH)                    1611822.1