EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL B. MELLO IN SUPPORT OF DEFENDANTS' MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>**To: Three-Judge Panel** |

- 1 -
DECL. OF PAUL B. MELLO SUPP. MOT. DISMISSAL OR, ALT., MOT. SUMM. J.
(CASE NOS. 90-00520 LKK JFM P AND C01-01351 TEH))

1607690.1

I, Paul B. Mello, declare that:

1. I am an attorney licensed to practice in the State of California and admitted to the Northern and Eastern Districts of the United States District Court of California. I am a partner with the firm of Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v. Schwarzenegger, et al*, matter. I submit this declaration in support of Defendants' Motions for Dismissal or Alternatively, Summary Judgment or Summary Adjudication. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to the matters set forth below.

2. Attached hereto as Exhibit A are true and correct copies of relevant portions of the transcript of the deposition of Plaintiffs' expert, Ronald M. Shansky, M.D., taken on December 10, 2007.

3. Attached hereto as Exhibit B are true and correct copies of portions of the transcript of the deposition of Christopher J. Mumola, taken on August 25, 2008, authenticating the report entitled, "Medical Causes of Death in State Prisons, 2001 to 2004," a true and correct copy of which is also attached in Exhibit B.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 15th day of September 2008 at San Francisco, California.

PAUL B. MELLO