# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURTS
             FOR THE EASTERN DISTRICT OF CALIFORNIA
 2            AND THE NORTHERN DISTRICT OF CALIFORNIA
       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 3      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 4    - - - - - - - - - - - - - - - -+
                                     |
 5   RALPH COLEMAN, et al,           |
                                     |
 6         Plaintiffs,               |
       vs.                           |   No. S 90-0520 LKK-JFM P
 7                                   |
     ARNOLD SCHWARZENEGGER,          |
 8   et al,                          |   CERTIFIED
                                     |   COPY
 9         Defendants.               |
                                     |
10   - - - - - - - - - - - - - - - -+
                                     |
11   MARCIANO PLATA, et al,          |   No. C 01-1351 TEH
                                     |
12         Plaintiffs,               |
     vs.                             |
13                                   |
     ARNOLD SCHWARZENEGGER,          |
14   et al,                          |
                                     |
15         Defendants.               |
     ------------------------------- |
16
17         DEPOSITION OF CHRISTOPHER J. MUMOLA
                  (by written questions)
18                  Washington, D.C.
               Monday, August 25th, 2008
19                  10:00 a.m. EST
20   Job No. 2-132568
21   Pages 1 - 123
22   Reported by: Laurie Bangart-Smith, RPR, CRR
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1  Veterans in prisoner jail, published January of 2000.
2  Prisoners in 1998, published August 1999. Substance
3  abuse and treatment, State and federal prisoners,
4  1997, published January 1999. Substance abuse and
5  treatment of adults on probation, 1995, with Thomas
6  Bonczar, published March 1998. Prisoners in 1996,
7  with Allen Beck, Ph.D., published June 1997.
8      Q    When were they published?
9      A    Please refer to my response to the last
10 item.
11     Q    I'm handing you what has been marked as
12 Defendants' Exhibit A, a document entitled "Medical
13 Causes of Death in State Prisons, 2001 to 2004."
14 Please review Exhibit A and let me know when you are
15 done.
16          Were you the author of Exhibit A? Are you
17 familiar with Exhibit A?
18     A    Yes.
19     Q    Were you the author of Exhibit A?
20     A    Yes.
21     Q    Is Exhibit A a true and accurate copy of the
22 original?

22

1    A    Yes.

2    Q    What is Deaths in Custody Reporting Act of
3    2000?

4    A    This federal legislation, Public Law
5    106-297, required states to report on a quarterly
6    basis all deaths in state prisons, local jails,
7    juvenile facilities and persons in the process of
8    arrest to the U.S. Attorney General in order to
9    qualify for a series of federal correctional grants.

10   Q    What is the deaths in custody reporting
11   program?

12   A    BJS established the deaths in custody
13   reporting program to collect the custodial death
14   reports required by the Death in Custody Reporting Act
15   of 2000.  Under the new program BJS phased in a series
16   of new quarterly data collections to implement the
17   act.  In 2000, collection of local jail death records
18   began, state prison systems were added to the program
19   in 2001, state juvenile correctional agencies were
20   added in 2002, and states began reporting arrest
21   related deaths in 2003.

22   Q    What is the connection between the Bureau of

123

1
2
3
4  CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
5       I, Laurie Bangart-Smith, Registered
   Professional Reporter, the officer before whom
6  the foregoing deposition was taken, do hereby
   certify that the foregoing transcript is a true
7  and correct record of the testimony given; that
   said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
   supervision; and that I am neither counsel for,
9  related to, nor employed by any of the parties to
   this case and have no interest, financial or
10  otherwise, in its outcome.
11       IN WITNESS WHEREOF, I have hereunto set my
   hand and affixed my notarial seal this 8th day of
12  September, 2008.
13  My commission expires:  March 14th, 2011
14
15  *Laurie Bangart-Smith* (signature)
16  _____
17  LAURIE BANGART-SMITH
    NOTARY PUBLIC IN AND FOR
18  THE DISTRICT OF COLUMBIA
19
20
21
22

# EXHIBIT A



U.S. Department of Justice
Office of Justice Programs



# Bureau of Justice Statistics
# Data Brief

January 2007, NCJ 216340

# Medical Causes of Death in State Prisons, 2001-2004

by Christopher J. Mumola
BJS Policy Analyst

Between 2001 and 2004, State prison authorities nationwide reported a total of 12,129 State prisoner deaths to the Deaths in Custody Reporting Program (DCRP).* Nearly 9 in 10 of these deaths (89%) were attributed to medical conditions. Fewer than 1 in 10 were the result of suicide (6%) and homicide (2%), while alcohol/drug intoxication and accidental injury accounted for another 1% each. A definitive cause could not be determined for 1% of these deaths.

This information was obtained from individual death records collected under the *Death in Custody Reporting Act of 2000* (PL 106-297). These records provide the first national data on personal characteristics of inmates who died in custody and the circumstances of the deaths. Detailed data tables on the topics covered in this report are available as appendix tables on the BJS website at <www.ojp.usdoj.gov/bjs/abstract/mcdsp04.htm>.

Among State prisoner deaths —

- Half were the result of heart diseases and cancer
- Two-thirds involved inmates age 45 or older
- Two-thirds were the result of medical problems which were present at the time of admission
- 40% occurred in 5 States (Texas, California, Florida, New York, and Pennsylvania)
- Over 90% were evaluated by medical staff for the fatal illness; 93% received medications for the illness.

Comparative mortality rates showed —

- Male State prisoners had a death rate 72% higher than female State prisoners
- State prisoners had a 19% lower death rate than the adult U.S. resident population; among blacks, the mortality rate was 57% lower among prisoners.

*Total number of deaths excludes 258 State prison executions during 2001-2004. See *Capital Punishment, 2005* <http://www.ojp.usdoj.gov/bjs/abstract/cp05.htm>.



10 leading causes of State prisoner deaths, 2001-04

### Heart diseases and cancer accounted for half of all State prison deaths

Correctional authorities reported over 60 different fatal medical conditions, but prisoner deaths were heavily concentrated among a small number of diseases. Heart diseases (27%), including heart attacks, and cancer (23%) caused half of all State prisoner deaths from 2001 to 2004. When combined with liver diseases (10%) and AIDS-related causes (7%), two-thirds of all State prisoner deaths were caused by these four medical conditions.

### Death rates higher among men than women in 9 of the 10 leading causes of death

While the leading causes of death were the same for both men and women in State prisons, men died at a much higher rate than women. The mortality rate of men for all causes of death (257 deaths per 100,000 inmates) was 72% higher than that of women (149 deaths per 100,000 inmates). For the top three causes of death (heart diseases, cancer, and liver diseases), the male death rate was twice the female rate. Septicemia (for example, streptococcal and staphylococcal infection) was the lone cause of death that was higher among female State prisoners (10 deaths per 100,000) than male State prisoners (5 per 100,000).

### Black and Hispanic inmate mortality rates identical; white inmates 67% higher

Between 2001 and 2004 the mortality rates of black and Hispanic State prisoners were identical (206 deaths per 100,000 inmates), while the rate for white inmates (343 per 100,000) was 67% higher. For heart diseases and cancer, the mortality rate of whites was nearly twice that of blacks and Hispanics. Despite higher mortality rates for most leading causes of death, white inmates had a lower AIDS-related death rate (10 per 100,000) than black (26 per 100,000) and Hispanic (18 per 100,000) State prisoners.

### Two-thirds of State prison deaths involved inmates age 45 or older

Mortality rates rose dramatically with age. The death rate of inmates age 55 and older (1,973 per 100,000) was over 3 times higher than that of inmates age 45-54 (566 per 100,000), and 11 times higher than those age 35-44 (177 per 100,000). Inmates age 45 or older comprised 14% of State prisoners from 2001 to 2004, but accounted for 67% of all inmate deaths over the same period.

Unlike the leading fatal illnesses, suicide rates were stable across all adult age groups. While suicide was the leading cause of death for inmates under the age of 35, it fell far behind several illnesses as a cause of death for older inmates. Among inmates age 55 or older, there were 46 heart disease deaths and 42 cancer deaths for each suicide.

| Cause of death | Average annual mortality rate, per 100,000 State prisoners, by age | | | |
|---|---|---|---|---|
| | 25-34 | 35-44 | 45-54 | 55 or older |
| Leading illnesses | | | | |
| Heart diseases | 11 | 41 | 144 | 689 |
| Cáncer | 5 | 28 | 135 | 635 |
| Liver diseases | 2 | 19 | 96 | 126 |
| Respiratory diseases | 2 | 5 | 18 | 107 |
| Suicide | 16 | 14 | 15 | 15 |

Note: Respiratory diseases exclude influenza and pneumonia.

### Among deaths of elderly State prisoners, 85% were 45 or older when admitted

Among older inmates, the mortality rate of those age 65 or older was particularly high. Though these elderly inmates made up 1% of prisoners, they accounted for 15% of prisoner deaths. The mortality rate of elderly prisoners was nearly 3 times higher than that of inmates age 55-64. The death rate for aortic aneurysm was 6 times higher among elderly inmates than those age 55-64; for respiratory diseases, the rate was 5 times higher.

Deaths of elderly inmates typically did not involve offenders who had been incarcerated as young adults on lengthy (or "life") sentences. A majority (59%) of the elderly State prisoners who died during this period were 55 or older when admitted, and 85% were at least 45 years old at time of admission.

### Death from illness increased with time served in prison

The death rate from illness rose sharply for prisoners serving lengthy terms. For inmates who had served at least 10 years in State prison, the mortality rate due to illness (503 deaths per 100,000 inmates) was triple that of inmates who had served less than 5 years in prison (162 per 100,000). Long-serving inmates showed similar increases in death rates for many of the leading fatal illnesses. AIDS-related causes had the smallest increase in mortality for long-serving inmates.

| | Average annual mortality rate per 100,000 State prisoners, by time served | | |
|---|---|---|---|
| Cause of death | Less than 60 mos. | 60-119 mos. | 120 mos. or longer |
| Heart diseases | 47 | 84 | 160 |
| Cancer | 38 | 70 | 151 |
| Liver diseases | 20 | 31 | 48 |
| AIDS-related | 16 | 21 | 24 |
| Respiratory diseases | 7 | 13 | 38 |

### Lung cancer accounted for 1 in 3 cancer deaths in State prison, more than the next 6 leading cancer sites combined

A specific cancer site was named in 79% of the cancer deaths. Lung cancer alone accounted for 8% of all State prisoner deaths. More State prisoner deaths were caused by lung cancer (910) than the next 6 leading sites of cancer deaths (864) combined (i.e., liver, colon, pancreas, non-Hodgkins lymphoma, prostate, and leukemia).

Men in State prison died from cancer at twice the rate of women (60 deaths per 100,000 inmates compared to 27 per 100,000). This gender difference in cancer death rates was particularly evident for the most common fatal cancer sites. Men died from lung, liver and colon cancer at a rate nearly triple that of women. Regardless of gender, lung cancer caused twice as many deaths as any other site.

Deaths due to gender-specific cancer sites varied. Breast, ovarian, cervical and uterine cancer accounted for 24% of female cancer deaths. By comparison, prostate and testicular cancer accounted for 4% of male cancer deaths. Breast cancer was also the second most common site of female cancer deaths.



Cancer deaths in State prisons, 2001-04

### Time served in prison played little role in the death rate due to communicable diseases

Death rates from communicable diseases (other than AIDS) were much lower than those for the leading fatal illnesses, and did not show the same increases among long-serving inmates. There were no deaths in State prisons nationwide from syphilis, meningitis, or meningococcal infection. The death rate from tuberculosis was lower than 0.5 per 100,000 for all inmates, regardless of time served. The death rate for viral hepatitis (all types) was 1 per 100,000 for inmates who served less than 5 years and rose to 3 per 100,000 for inmates who served longer than 5 years.

### Two-thirds of illness deaths resulted from pre-existing conditions — including 94% of AIDS deaths

In 68% of the illness deaths, State prison authorities reported that the fatal medical condition was present at the time of admission. AIDS (94%)* and liver diseases (88%) were most commonly present at the time of admission. Cancer was present at admission in 54% of all cancer fatalities. Among leading causes of death, influenza or pneumonia was least likely to be present at time of admission (39%).

### In 93% of deaths from illness, medical staff had provided medications for the fatal condition

Among illness fatalities, 94% were evaluated by medical staff prior to death. Diagnostic tests, such as an x-ray, MRI, or blood test, were performed in 89% of these cases. For 93% of illness fatalities, medications had been administered for the fatal medical condition.

Surgery had been performed on 1 in 5 inmates who died from illness. Among deaths from leading causes, prisoners who died from septicemia were most likely to have received surgical treatments (35%), followed by those who had cancer and digestive diseases (31% each). Fatalities from AIDS (11%) and heart diseases (15%) were least likely to have had surgery.

*It is not known how many of the remaining 6% of AIDS-related deaths involved inmates whose HIV-positive status was undetected at time of admission and how many contracted HIV during their prison term.

### Over 40% of prisoner deaths took place in 5 States; mortality rates varied widely across States

Five States each recorded over 500 prisoner deaths from 2001 to 2004. Texas led all States with 1,582 deaths, followed by California (1,306), Florida (813), New York (712), and Pennsylvania (558). These five States accounted for 41% of all State prisoner deaths during the 4-year period.

Illness mortality rates varied widely across States. Five States had more than 300 illness deaths per 100,000 inmates, while 10 States had fewer than 150 illness deaths per 100,000 inmates.

Illness mortality rate per 100,000 State inmates, 2001-2004

| Five highest | | Five lowest | |
|---|---|---|---|
| Louisiana | 388 | Vermont | 108 |
| Tennessee | 344 | Alaska | 111 |
| Pennsylvania | 328 | Iowa | 111 |
| West Virginia | 326 | North Dakota | 116 |
| Kentucky | 323 | Utah | 116 |

Specific medical causes of death also varied widely across States:

- Heart disease death rates varied from 10 per 100,000 in New Hampshire to 189 per 100,000 in West Virginia
- Cancer death rates ranged from 0 in Vermont to 103 per 100,000 in Louisiana
- Liver disease death rates varied from 0 in Rhode Island to 58 per 100,000 in Colorado.

### Mortality rate in State prisons nearly 20% lower than in U.S. resident population

From 2001 to 2004, 99% of State prisoners were between ages 15 and 64. When compared to mortality rates for U.S. residents in this age group, the overall mortality rate of State prisoners was 19% lower during this period. White and Hispanic prisoners had death rates slightly above their counterparts in the resident population, while blacks were 57% less likely to die in State prisons. For all age groups under the age of 45, the death rate in State prisons was lower than in the U.S. resident population. For the 55 to 64 age group, prison death rates were 56% higher.

---

### Since 1991, AIDS-related death rate dropped 84%; death rate for all other illnesses rose 82%

Prior to the enactment of the *Death in Custody Reporting Act of 2000*, the only national statistics on prisoner deaths from specific illnesses were annual counts of AIDS-related deaths begun in 1991. Between 1991 and 2004, sharply different trends emerged for the major causes of State prison deaths. While the death rate for AIDS dropped by over 80%, the death rate from all other illnesses rose by 82%. Over the same period, the suicide rate was nearly stable and homicide rates dropped by one-half.*

*See *Suicide and Homicide in State Prisons and Local Jails* <http://www.ojp.usdoj.gov/bjs/abstract/shspjj.htm>.



Mortality rate per 100,000 State prisoners, 1991-2004

*Medical Causes of Death in State Prisons, 2001-2004*  3

U.S. Department of Justice
Office of Justice Programs
Bureau of Justice Statistics

Washington, DC 20531

Official Business
Penalty for Private Use $300

NCJ 216349

PRESORTED STANDARD
POSTAGE & FEES PAID
DOJ/BJS
Permit No. G-91

## Methodology

In 2001 BJS began collecting individual records of all State prisoner deaths pursuant to PL 106-297. Prior to the collection of these records, BJS collected aggregate death counts in the National Prisoners Statistics (NPS) program. Since 1978 NPS counts have used a single category of "illness/natural causes," with AIDS-related deaths collected as a separate count from all other illnesses starting in 1991.

Records collected under the Deaths in Custody Reporting Program (DCRP) were submitted by correctional authorities in all 50 States for each year from 2001 to 2004. For each death marked as illness/natural cause, respondents were directed to specify a medical cause of death based on an autopsy review, if available.

These text entries were later coded by clinical data specialists according to the World Health Organization's *International Statistical Classification of Diseases and Related Health Problems, Tenth Revision* (ICD-10). BJS analysis of causes of death used categories of disease published by the National Center for Health Statistics (NCHS). See the NCHS website for mortality data for the U.S. resident population at <http://www.cdc.gov/nchs/deaths.htm>.

In compiling their DCRP records, States are instructed to include deaths of any inmates held in private prisons, medical facilities, substance abuse or mental health treatment centers, or any deaths at a work release site. Deaths of State prisoners held in local jails are excluded, but covered by a separate collection. Also excluded are executions and escaped inmates.

This report in portable document format and in ASCII and its related statistical data and tables are available at the BJS World Wide Web Internet site: <http://www.ojp.usdoj.gov/bjs/abstract/mcdsp04.htm>.

Office of Justice Programs
Partnerships for Safer Communities
http://www.ojp.usdoj.gov

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Jeffrey L. Sedgwick is director.

This Data Brief was written by Christopher J. Mumola, under the supervision of Allen J. Beck. Margaret E. Noonan verified the report.

Data collection and processing of 2001-2002 death records were carried out by Lara E. Allen; data collection and processing of 2003-2004 death records were carried out by Greta B. Clark and Pamela Butler, under the supervision of Charlene Sebold, Governments Division, Census Bureau, U.S. Department of Commerce. Greg Wolfe, of GW Services, converted all death causes from text to ICD-10 codes.

Carolyn C. Williams and Tina Dorsey of BJS produced and edited the report and Jayne Robinson prepared the report for final printing, under the supervision of Doris J. James.

January 2007, NCJ 216340

4   *Medical Causes of Death in State Prisons, 2001-2004*

Appendix table 1. Causes of death in State prisons, with average annual mortality rate per 100,000 inmates, 2001-2004

| Cause of death | Number of State prisoner deaths | | | | Percent, 2001-04 | Average annual mortality rate, per 100,000 inmates, 2001-04 |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | | |
| All causes | 2,878 | 2,946 | 3,167 | 3,138 | 100.0% | 250 |
| Heart diseases | 788 | 828 | 836 | 862 | 27.3% | 68 |
| Cancer | 655 | 660 | 786 | 719 | 23.3 | 58 |
| Liver diseases | 320 | 301 | 315 | 294 | 10.1 | 25 |
| Chronic liver disease/cirrhosis | 89 | 88 | 78 | 84 | 2.8 | 7 |
| Other liver diseases | 231 | 213 | 237 | 210 | 7.3 | 18 |
| AIDS | 270 | 245 | 210 | 145 | 7.2 | 18 |
| Suicide | 169 | 168 | 200 | 200 | 6.1 | 15 |
| Respiratory diseases[a] | 97 | 125 | 130 | 143 | 4.1 | 10 |
| Chronic lower respiratory diseases | 31 | 35 | 39 | 57 | 1.3 | 3 |
| Lung diseases due to external agents | 2 | 2 | 2 | 2 | 0.1 | 0 |
| Other/unspecified respiratory diseases | 64 | 88 | 89 | 84 | 2.7 | 7 |
| Cerebrovascular diseases | 93 | 90 | 122 | 89 | 3.2 | 8 |
| Septicemia | 50 | 64 | 67 | 81 | 2.2 | 5 |
| Influenza/pneumonia | 47 | 47 | 74 | 57 | 1.9 | 5 |
| Digestive diseases[b] | 40 | 61 | 56 | 49 | 1.7 | 4 |
| Disorders of the gall bladder, biliary tract & pancreas | 7 | 5 | 8 | 5 | 0.2 | 1 |
| Diseases of the esophagus, stomach and duodenum | 4 | 7 | 7 | 4 | 0.2 | 0 |
| Diseases of the peritoneum | 5 | 3 | 4 | 5 | 0.1 | 0 |
| Noninfective enteritis and colitis | 1 | 1 | 2 | 1 | 0.0 | 0 |
| Other diseases of the intestines | 4 | 8 | 7 | 6 | 0.2 | 1 |
| Other/unspecified digestive diseases | 19 | 37 | 28 | 28 | 0.9 | 2 |
| Kidney diseases | 39 | 47 | 57 | 57 | 1.6 | 4 |
| Nephritis, nephrosis, nephrotic syndrome | 39 | 44 | 55 | 55 | 1.6 | 4 |
| Renal tubulo-interstitial diseases | 0 | 1 | 1 | 1 | 0.0 | 0 |
| Other disorders of the kidney and ureter | 0 | 2 | 1 | 1 | 0.0 | 0 |
| Homicide | 39 | 48 | 50 | 51 | 1.6 | 4 |
| Alcohol/drug intoxication | 36 | 37 | 23 | 23 | 1.0 | 2 |
| Accidental injury | 23 | 31 | 26 | 37 | 1.0 | 2 |
| Viral hepatitis (all types) | 9 | 16 | 17 | 40 | 0.7 | 2 |
| Aortic aneurysm | 18 | 15 | 17 | 28 | 0.6 | 2 |
| Diabetes mellitus | 21 | 11 | 11 | 16 | 0.5 | 1 |
| Other disorders of the nervous system | 12 | 4 | 8 | 10 | 0.3 | 1 |
| Anemias | 5 | 8 | 8 | 5 | 0.2 | 1 |
| Benign neoplasms, in situ neoplasms | 6 | 9 | 4 | 7 | 0.2 | 1 |
| Unspecified illness deaths — | 74 | 59 | 71 | 110 | 2.6 | 6 |
| Illness — specific medical cause unknown | 64 | 48 | 56 | 101 | 2.2 | 6 |
| Illness — multiple medical causes, unresolved[c] | 10 | 11 | 15 | 9 | 0.4 | 1 |
| All other illnesses | 29 | 34 | 54 | 78 | 1.6 | 4 |
| Deaths without a known cause — | 38 | 38 | 25 | 37 | 1.1 | 3 |
| Unknown cause of death | 33 | 36 | 16 | 30 | 0.9 | 2 |
| Multiple causes, unresolved[d] | 5 | 2 | 9 | 7 | 0.2 | 0 |

Note: Detail may not add to total due to rounding. The 20 leading causes of death listed in the table account for 94.7% of all State prison deaths during 2001-2004. Executions are not included; for data on executions, see *Capital Punishment, 2005*, <http://www.ojp.usdoj.gov/bjs/abstract/cp05.htm>.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

[c]In all such cases, none of the causes of death matched the 63 medical causes of death cited in any record for which a single illness was identified as the cause of death.

[d]Such cases were checked "other causes of death," with a text description of events, but the information was insufficient to classify the death to a single cause.

Appendix table 2. Profile of cancer deaths in State prisons, 2001-2004

| | | Number of State prison inmate deaths, 2001-04 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gender | | Race/Hispanic origin | | | Age | | | | |
| Site of cancer | All inmates | Male | Female | White | Black | Hispanic | Under 18 | 18-24 | 25-34 | 35-44 | 45-54 | 55 or older |
| All causes of death | 12,129 | 11,645 | 482 | 5,898 | 4,714 | 1,285 | 7 | 292 | 1,041 | 2,616 | 3,758 | 4,402 |
| Cancer, all sites | 2,820 | 2,731 | 88 | 1,461 | 843 | 218 | 0 | 15 | 75 | 415 | 894 | 1,418 |
| Lung[a] | 910 | 885 | 25 | 505 | 351 | 44 | 0 | 2 | 4 | 114 | 279 | 511 |
| Liver[b] | 276 | 273 | 3 | 111 | 96 | 65 | 0 | 1 | 1 | 22 | 128 | 124 |
| Colon[c] | 171 | 166 | 5 | 85 | 60 | 21 | 0 | 1 | 2 | 30 | 59 | 79 |
| Pancreas | 124 | 123 | 1 | 55 | 52 | 13 | 0 | 0 | 2 | 18 | 37 | 67 |
| Non-Hodgkin's lymphoma | 114 | 112 | 2 | 65 | 34 | 14 | 0 | 2 | 7 | 24 | 43 | 38 |
| Prostate | 92 | 92 | 0 | 45 | 38 | 9 | 0 | 0 | 0 | 0 | 9 | 83 |
| Leukemia | 87 | 84 | 3 | 42 | 36 | 8 | 0 | 2 | 11 | 26 | 21 | 27 |
| Lip, oral cavity, and pharynx | 68 | 67 | 1 | 39 | 24 | 3 | 0 | 0 | 0 | 7 | 26 | 35 |
| Stomach | 61 | 59 | 2 | 21 | 35 | 5 | 0 | 1 | 2 | 12 | 19 | 26 |
| Kidney and renal pelvis | 61 | 60 | 1 | 25 | 33 | 3 | 0 | 0 | 2 | 11 | 25 | 23 |
| Esophagus | 51 | 50 | 1 | 35 | 12 | 3 | 0 | 0 | 0 | 4 | 12 | 35 |
| Other lymphoid, hematopoietic and related tissue[d] | 44 | 43 | 1 | 17 | 23 | 3 | 0 | 1 | 1 | 7 | 14 | 21 |
| Bladder | 32 | 31 | 1 | 24 | 7 | 0 | 0 | 0 | 0 | 1 | 7 | 24 |
| Skin | 29 | 28 | 1 | 24 | 3 | 1 | 0 | 0 | 2 | 11 | 8 | 8 |
| Larynx | 29 | 28 | 1 | 16 | 12 | 1 | 0 | 0 | 0 | 0 | 8 | 21 |
| Breast | 17 | 4 | 13 | 4 | 12 | 0 | 0 | 0 | 2 | 6 | 6 | 3 |
| Testicles | 14 | 14 | 0 | 5 | 5 | 4 | 0 | 1 | 5 | 7 | 1 | 0 |
| Ovary | 5 | 0 | 4 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 2 | 1 |
| Cervix uteri | 3 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| Meninges, brain, and central nervous system | 3 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| Corpus uteri and uterus, part unspecified | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Hodgkin's disease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All other types of cancer | 72 | 71 | 1 | 31 | 27 | 10 | 0 | 2 | 15 | 20 | 14 | 21 |
| Cancer, type unspecified | 585 | 568 | 17 | 323 | 211 | 37 | 0 | 3 | 22 | 99 | 180 | 279 |

Note: Detail does not sum to total because multiple sites of cancer were identified for some cases.

[a] Includes the trachea and bronchus.
[b] Includes the bile ducts.
[c] Includes the rectum and anus.
[d] Excludes Hodgkin's disease, non-Hodgkin's lymphoma, and leukemia.

**Appendix table 3. Average annual mortality rate, per 100,000 State prison inmates, from leading causes of death, by selected characteristics, 2001-2004**

| | Average annual mortality rate, per 100,000 State prison inmates, 2001-04 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All inmates | Gender | | Race/Hispanic origin | | | Age | | | | | |
| Cause of death | | Male | Female | White | Black | Hispanic | Under 18 | 18-24 | 25-34 | 35-44 | 45-54 | 55 or older |
| All causes | 250 | 257 | 149 | 343 | 206 | 206 | 107 | 34 | 64 | 177 | 566 | 1,973 |
| Heart diseases | 68 | 71 | 35 | 102 | 56 | 38 | 0 | 4 | 11 | 41 | 144 | 689 |
| Cancer | 58 | 60 | 27 | 85 | 47 | 39 | 0 | 2 | 5 | 28 | 135 | 635 |
| Liver diseases | 25 | 26 | 14 | 37 | 14 | 40 | 0 | 0 | 2 | 19 | 96 | 126 |
| AIDS | 18 | 18 | 12 | 10 | 26 | 18 | 0 | 1 | 8 | 28 | 40 | 25 |
| Suicide | 15 | 15 | 12 | 24 | 8 | 17 | 46 | 14 | 16 | 14 | 15 | 15 |
| Respiratory diseases[a] | 10 | 10 | 7 | 15 | 9 | 5 | 0 | 2 | 2 | 5 | 18 | 107 |
| Cerebrovascular diseases | 8 | 8 | 7 | 10 | 8 | 6 | 0 | 1 | 2 | 4 | 21 | 70 |
| Septicemia | 5 | 5 | 10 | 7 | 5 | 4 | 0 | 0 | 1 | 3 | 15 | 46 |
| Influenza/pneumonia | 5 | 5 | 4 | 7 | 3 | 4 | 0 | 0 | 1 | 3 | 9 | 43 |
| Digestive diseases[b] | 4 | 4 | 2 | 5 | 4 | 6 | 0 | 0 | 1 | 3 | 11 | 32 |
| Number of deaths, 2001-04 | 12,129 | 11,645 | 482 | 5,898 | 4,714 | 1,285 | 7 | 292 | 1,041 | 2,616 | 3,758 | 4,402 |

Note: The 10 leading causes of death accounted for 90% of all deaths in State prisons during 2001-2004 with a reported cause. Records on 2 deaths did not indicate the gender of the deceased and 13 records were missing the age of the deceased.

[a] Excludes influenza and pneumonia.
[b] Excludes liver diseases.

**Appendix table 4. Average annual mortality rate of State prisoners age 55 or older, by cause of death, 2001-2004**

| | Average annual mortality rate, per 100,000 State inmates, 2001-04 | |
|---|---|---|
| Cause of death | Age 55-64 | Age 65 or older |
| All causes | 1,481 | 3,758 |
| Illness/natural cause* | 1,434 | 3,705 |
| Heart diseases | 457 | 1,528 |
| Cancer | 522 | 1,052 |
| Respiratory diseases | 57 | 288 |
| Cerebrovascular diseases | 46 | 153 |
| Influenza/pneumonia | 25 | 111 |
| Liver diseases | 132 | 103 |
| Septicemia | 33 | 88 |
| Digestive diseases | 22 | 70 |
| Aortic aneurysm | 10 | 62 |
| Kidney diseases | 24 | 58 |
| Accidental injury | 5 | 10 |
| Suicide | 17 | 10 |
| Homicide | 8 | 4 |
| Other | 1 | 4 |
| Intoxication | 4 | 2 |
| Unknown | 12 | 23 |
| Average annual custody population | 43,790 | 12,133 |
| Number of deaths, 2001-04 | 2,576 | 1,826 |

*Includes the 10 leading causes of illness deaths among inmates age 65 or older.

**Appendix table 5. Time served since admission for deaths in State prison, age 65 or older, 2001-2004**

| Time served since admission | Percent of State prisoner deaths, age 65 or older, 2001-04 |
|---|---|
| Less than 1 month | 0.7% |
| 1-5 months | 4.0 |
| 6-11 months | 4.4 |
| 12-23 months | 8.9 |
| 24-59 months | 17.9 |
| 60-119 months | 23.1 |
| 120-239 months | 26.0 |
| 240 months or more | 15.0 |

Appendix table 6. Average annual mortality rate for leading causes of illness deaths in State prison, by time served, 2001-2004.

| | Average annual mortality rate, per 100,000 inmates, 2001-04 | | | | | |
|---|---|---|---|---|---|---|
| | | Time served after admission (in months) | | | | |
| Cause of death | All inmates | Less than 12 | 12-23 | 24-59 | 60-119 | 120 or more |
| All illnesses | 223 | 140 | 164 | 184 | 264 | 503 |
| Heart diseases | 69 | 44 | 47 | 52 | 84 | 160 |
| Cancer | 58 | 30 | 41 | 46 | 70 | 151 |
| Liver diseases | 25 | 14 | 21 | 25 | 31 | 48 |
| AIDS | 18 | 16 | 16 | 16 | 21 | 24 |
| Respiratory diseases[a] | 10 | 7 | 6 | 8 | 13 | 38 |
| Cerebrovascular diseases | 8 | 5 | 6 | 6 | 11 | 16 |
| Septicemia | 5 | 4 | 3 | 5 | 5 | 12 |
| Influenza/pneumonia | 5 | 3 | 4 | 4 | 5 | 10 |
| Digestive diseases[b] | 4 | 3 | 3 | 4 | 4 | 9 |
| Kidney diseases | 4 | 2 | 3 | 3 | 5 | 11 |
| Number of illness deaths, 2001-04[c] | 10,830 | 1,908 | 1,362 | 2,317 | 2,106 | 3,038 |

Note: Estimates of the number of State prisoners in each category of time served are drawn from the 2004 Survey of Inmates in State Correctional Facilities.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

[c]Total includes 29 illness deaths in 2001, 23 illness deaths in 2002, 2 illness deaths in 2003, and 45 illness deaths in 2004 missing information on time served.

Appendix table 7. Average annual mortality rate for selected communicable diseases in State prisons, by time served, 2001-2004

| Selected communicable diseases | Average annual mortality rate, per 100,000 inmates, 2001-04, by time served (in months) | | |
|---|---|---|---|
| | 0-11 | 12-59 | 60 or more |
| Viral hepatitis | 1 | 1 | 3 |
| Tuberculosis | <0.5 | <0.5 | <0.5 |
| Meningitis | 0 | 0 | 0 |
| Meningococcal infection | 0 | 0 | 0 |
| Syphilis | 0 | 0 | 0 |

Note: Estimates of the number of State prisoners in each category of time served were drawn from the 2004 Survey of Inmates in State Correctional Facilities.

Appendix table 8. Leading causes of illness deaths in State prisons, by pre-existing status at time of admission and medical treatment provided, 2001-2004

| | | Medical treatment provided for the fatal medical condition | | | | | |
|---|---|---|---|---|---|---|---|
| Cause of death | Pre-existing condition at time of admission | Evaluated by physician/ medical staff | Diagnostic test (e.g., x-rays, MRI, blood test,) | Medications | Treatments other than medication | Surgery | Housed in a special medical unit |
| All illnesses | 68.3% | 94.1% | 89.3% | 93.3% | 70.7% | 20.1% | 68.2% |
| Heart diseases | 68.4% | 90.1% | 82.7% | 86.8% | 57.9% | 14.6% | 48.3 |
| Cancer | 54.4 | 96.5 | 94.5 | 97.8 | 82.6 | 30.7 | 84.7 |
| Liver diseases | 88.5 | 96.7 | 92.4 | 97.1 | 70.7 | 15.5 | 74.3 |
| AIDS | 93.5 | 96.2 | 93.3 | 96.4 | 72.8 | 11.5 | 72.1 |
| Respiratory diseases[a] | 71.9 | 95.9 | 63.9 | 96.7 | 73.2 | 12.2 | 70.8 |
| Cerebrovascular diseases | 52.4 | 89.2 | 80.9 | 85.7 | 64.0 | 22.8 | 61.8 |
| Septicemia | 68.7 | 95.5 | 90.3 | 95.6 | 81.4 | 35.4 | 82.4 |
| Influenza/pneumonia | 38.6 | 96.2 | 90.5 | 96.0 | 76.4 | 19.0 | 70.6 |
| Digestive diseases[b] | 67.7 | 95.6 | 87.5 | 93.3 | 75.3 | 31.5 | 71.9 |
| Kidney diseases | 77.4 | 97.1 | 95.9 | 97.5 | 83.8 | 23.5 | 77.4 |

Note: Percentages are based on cases in which provision of specific medical treatments was known.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

Appendix table 9. Average annual mortality rate of State prison inmates, per 100,000 inmates, from leading causes of illness deaths, by State, 2001-2004

| Region and jurisdiction | Total number of deaths, 2001-04 | Average annual mortality rate, per 100,000 State prison inmates, 2001-04 | | | | | |
|---|---|---|---|---|---|---|---|
| | | All illnesses | Heart diseases | Cancer | Liver diseases | AIDS | Respiratory diseases[a] |
| U.S. total[b] | 12,120 | 223 | 68 | 58 | 25 | 18 | 10 |
| Northeast | 1,832 | 237 | 74 | 53 | 29 | 26 | 10 |
| Connecticut[c] | 130 | 141 | 47 | 15 | 32 | | 9 |
| Maine | 19 | 233 | 81 | 65 | 41 | 15 | 0 |
| Massachusetts | 104 | 226 | 86 | 64 | 20 | 10 | 0 |
| New Hampshire | 23 | 163 | 10 | 92 | 30 | 10 | 10 |
| New Jersey | 248 | 201 | 67 | 37 | 12 | 39 | 10 |
| New York | 712 | 240 | 63 | 59 | 30 | 45 | 10 |
| Pennsylvania | 558 | 328 | 115 | 70 | 41 | ... | 15 |
| Rhode Island[c] | 26 | 121 | 49 | 36 | 0 | 14 | 0 |
| Vermont[c] | 12 | 108 | 36 | 0 | 36 | 36 | 0 |
| Midwest | 2,195 | 203 | 79 | 53 | 19 | 8 | 10 |
| Illinois | 337 | 166 | 63 | 42 | 14 | 19 | 3 |
| Indiana | 209 | 219 | 70 | 52 | 21 | 7 | 12 |
| Iowa | 48 | 111 | 30 | 51 | 9 | 0 | 9 |
| Kansas | 105 | 258 | 84 | 65 | 22 | 3 | 6 |
| Michigan | 492 | 231 | 94 | 68 | 24 | 8 | 10 |
| Minnesota | 47 | 143 | 44 | 41 | 29 | 0 | 4 |
| Missouri | 265 | 207 | 87 | 47 | 19 | 7 | 9 |
| Nebraska | 29 | 156 | 44 | 37 | 38 | 6 | 6 |
| North Dakota | 6 | 116 | 71 | 20 | 25 | 0 | 0 |
| Ohio | 446 | 232 | 99 | 60 | 15 | 7 | 18 |
| South Dakota | 31 | 184 | 75 | 16 | 42 | 0 | 25 |
| Wisconsin | 180 | 180 | 74 | 49 | 17 | 4 | 11 |
| South | 5,710 | 251 | 75 | 67 | 25 | 25 | 12 |
| Alabama | 329 | 291 | 91 | 71 | 32 | 25 | 13 |
| Arkansas | 146 | 268 | 92 | 79 | 17 | 21 | 4 |
| Delaware[c] | 63 | 178 | 29 | 33 | 26 | 43 | 11 |
| Florida | 813 | 249 | 59 | 78 | 17 | 41 | 8 |
| Georgia | 415 | 201 | 68 | 57 | 14 | 24 | 10 |
| Kentucky | 164 | 323 | 119 | 94 | 22 | 23 | 14 |
| Louisiana | 314 | 388 | 117 | 103 | 42 | 53 | 6 |
| Maryland | 287 | 246 | 65 | 63 | 26 | 55 | 13 |
| Mississippi | 180 | 273 | 80 | 77 | 13 | 13 | 3 |
| North Carolina | 297 | 199 | 61 | 56 | 19 | 22 | 6 |
| Oklahoma | 239 | 234 | 75 | 60 | 29 | 11 | 16 |
| South Carolina | 229 | 239 | 108 | 39 | 18 | 15 | 13 |
| Tennessee | 280 | 344 | 116 | 75 | 51 | 22 | 20 |
| Texas | 1,582 | 241 | 65 | 63 | 30 | 14 | 14 |
| Virginia | 319 | 240 | 73 | 65 | 31 | 24 | 12 |
| West Virginia | 53 | 326 | 189 | 82 | 7 | 0 | 14 |
| West | 2,383 | 181 | 43 | 50 | 29 | 9 | 8 |
| Alaska[c] | 34 | 111 | 53 | 17 | 6 | 0 | 6 |
| Arizona | 289 | 225 | 63 | 67 | 41 | 8 | 8 |
| California | 1,306 | 170 | 34 | 49 | 26 | 12 | 8 |
| Colorado | 180 | 202 | 39 | 34 | 58 | ... | 17 |
| Hawaii[c] | 36 | 124 | 33 | 19 | 38 | 5 | 5 |
| Idaho | 50 | 182 | 41 | 73 | 23 | 0 | 5 |
| Montana | 35 | 272 | 56 | 83 | 47 | 0 | 10 |
| Nevada | 107 | 227 | 75 | 65 | 12 | 12 | 5 |
| New Mexico | 53 | 181 | 53 | 53 | 25 | 0 | 17 |
| Oregon | 116 | 217 | 82 | 61 | 29 | 2 | 5 |
| Utah | 35 | 116 | 35 | 23 | 6 | 0 | 0 |
| Washington | 130 | 175 | 61 | 36 | 25 | 9 | 5 |
| Wyoming | 12 | 142 | 33 | 48 | 14 | 16 | 0 |

Note: All mortality rates were calculated based on custody populations for June 30 in each year.
... Data not reported due to State law prohibiting the release of named records related to AIDS-related deaths. For information on AIDS deaths in these States, see *HIV in Prisons, 2004*, <http://www.ojp.usdoj.gov/bjs/abstract/hivp04.htm>.

[a]Excludes influenza and pneumonia.

[b]Excludes nine total prisoner deaths reported by the District of Columbia in 2001. Two of these deaths were from heart disease; liver disease, AIDS, respiratory disease, and digestive disease each accounted for one death. The District of Columbia transferred all prisoner custody operations to the Federal Bureau of Prisons during 2001.

[c]Prisons and jails form one integrated system.

*Medical Causes of Death in State Prisons, 2001-2004*   9

**Appendix table 10. Average annual mortality rate from leading causes of illness deaths, per 100,000 State prison inmates, among the States, 2001-2004**

| Average annual mortality rate, per 100,000 State prison inmates, 2001-04 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| All Illnesses | | Heart diseases | | Cancer | | Liver diseases | | Respiratory diseases* | |
| **Five highest** | | | | | | | | | |
| Louisiana | 388 | West Virginia | 189 | Louisiana | 103 | Colorado | 58 | South Dakota | 25 |
| Tennessee | 344 | Kentucky | 119 | Kentucky | 94 | Tennessee | 51 | Tennessee | 20 |
| Pennsylvania | 328 | Louisiana | 117 | New Hampshire | 92 | Montana | 47 | Ohio | 18 |
| West Virginia | 326 | Tennessee | 116 | Montana | 83 | Louisiana | 42 | Colorado | 17 |
| Kentucky | 323 | Pennsylvania | 115 | West Virginia | 82 | South Dakota | 42 | New Mexico | 17 |
| **Five lowest** | | | | | | | | | |
| Vermont | 108 | New Hampshire | 10 | Vermont | 0 | Rhode Island | 0 | Seven States | 0 |
| Alaska | 111 | Delaware | 29 | Connecticut | 15 | Alaska | 6 | (Maine, Massachusetts, | |
| Iowa | 111 | Iowa | 30 | South Dakota | 16 | Utah | 6 | North Dakota, Rhode | |
| North Dakota | 116 | Hawaii | 33 | Alaska | 17 | West Virginia | 7 | Island, Utah, Vermont, | |
| Utah | 116 | Wyoming | 33 | Hawaii | 19 | Iowa | 9 | Wyoming) | |

Note: AIDS death rates are not listed because all States did not report AIDS deaths. For information on AIDS deaths by State, see *HIV in Prisons, 2004*, <http://www.ojp.usdoj.gov/bjs/abstract/hivp04.htm>.
*Excludes influenza and pneumonia.

**Appendix table 11. Average annual mortality rate, per 100,000 residents, of State prisoners and U.S. residents, by selected characteristics**

| | Average annual mortality rate, per 100,000 U.S. residents, age 15-64, 2001-03 | Average annual mortality rate, per 100,000 State prisoners, 2001-04 |
|---|---|---|
| **All U.S. residents** | | |
| All causes | 308 | 250 |
| All, excluding transportation deaths | 289 | ~ |
| **Gender** | | |
| Male | 387 | 257 |
| Female | 231 | 149 |
| **Race/Hispanic origin** | | |
| White, non-Hispanic | 312 | 343 |
| Black, non-Hispanic | 484 | 206 |
| Hispanic | 180 | 206 |
| **Age** | | |
| 15-24 | 81 | 34 |
| 25-34 | 105 | 64 |
| 35-44 | 203 | 179 |
| 45-54 | 430 | 560 |
| 55-64 | 952 | 1,481 |

Note: During the period 2001-2004, inmates age 15 to 64 made up 99% of the State prison population. Mortality data on U.S. residents are from the National Center for Health Statistics at the Centers for Disease Control and Prevention. See "Deaths: Final Data for 2003," *National Vital Statistics Reports*, Volume 54, Number 13, April 19, 2006, <http://www.cdc.gov/nchs/data/nvsr/nvsr54/nvsr54_13.pdf>.
~ Not applicable.

Appendix table 12. Causes of death in State prisons, with International Classification of Disease, 10th revision (ICD-10) codes and average annual mortality rate per 100,000 inmates, 2001-2004

| Cause of death (ICD-10 code range) | Number of deaths in State prisons 2001-04 | Average annual mortality rate, per 100,000 inmates 2001-04 |
|---|---|---|
| All causes | 12,129 | 250 |
| Heart diseases (I00-I09, I11, I13, I20, or I51) | 3,314 | 68 |
| Cancer (C00-C97) | 2,820 | 58 |
| Other liver diseases, excluding cirrhosis (K71-K72, K75-K77) | 891 | 18 |
| AIDS[a] | 870 | 18 |
| Suicide[a] | 737 | 15 |
| Cerebrovascular diseases (I60-I69) | 394 | 8 |
| Chronic liver disease (K70, K73-K74) | 339 | 7 |
| Other respiratory diseases (J00-J06, J30-J39, J67, J70-J98) | 325 | 7 |
| Illness — specific medical cause unknown (R00-R99) | 269 | 6 |
| Septicemia (A40-A41) | 262 | 5 |
| Influenza/pneumonia (J10-J18) | 225 | 5 |
| Nephritis, nephrosis, nephrotic syndrome (N00-N07, N17-N19, N25-N27) | 193 | 4 |
| Homicide[a] | 188 | 4 |
| Chronic lower respiratory diseases (J40-J47) | 162 | 3 |
| Alcohol/drug intoxication[a] | 119 | 2 |
| Accidental injury[a] | 117 | 2 |
| Unknown cause of death[b] | 115 | 2 |
| Other diseases of the digestive system (K90-K93) | 112 | 2 |
| Viral hepatitis, all types (B15-B19) | 82 | 2 |
| Aortic aneurysm (I71-I78) | 78 | 2 |
| Diabetes mellitus (E10-E14) | 59 | 1 |
| Illness — multiple medical causes, unresolved[c] | 45 | 1 |
| Other disorders of the nervous system (G90-G99) | 34 | 1 |
| Anemias (D50-D64) | 26 | 1 |
| Benign neoplasms, in-situ neoplasms (D00-D48) | 26 | 1 |
| Disorders of the gall bladder, biliary tract & pancreas (K80-K87) | 25 | 1 |
| Other diseases of the intestines (K55-K63) | 25 | 1 |
| Other causes/manners of death not listed[a] | 23 | <0.5 |
| Diseases of the esophagus, stomach & duodenum (K20-K31) | 22 | <0.5 |
| Atherosclerosis (I70) | 17 | <0.5 |
| Mycoses (B35-B49) | 17 | <0.5 |
| Diseases of the peritoneum (K65-K67) | 17 | <0.5 |
| Metabolic disorders (E70-E90) | 17 | <0.5 |
| Inflammatory diseases of the central nervous system (G00-G09) | 17 | <0.5 |
| Episodic and paroxysmal disorders (G40-G47) | 11 | <0.5 |
| Hypertension, hypertensive renal failure (I10-I12) | 9 | <0.5 |
| Diseases of the veins, lymphatic vessels, lymph nodes (I80-I89) | 9 | <0.5 |
| Lung diseases due to external agents (J60-J70) | 8 | <0.5 |
| Systemic atrophies, primarily affecting the central nervous system (G10-G13) | 8 | <0.5 |
| Congenital malformations, deformations (Q00-Q99) | 8 | <0.5 |
| Systemic connective tissue disorders (M30-M36) | 8 | <0.5 |
| Coagulation defects, purpura, other haemorrhagic conditions (D65-D69) | 8 | <0.5 |
| Other/unspecified infectious diseases (B99) | 7 | <0.5 |
| Tuberculosis (A16-A19) | 6 | <0.5 |
| Noninfective enteritis and colitis (K50-K52) | 5 | <0.5 |
| Protozoal diseases (B50-B64) | 5 | <0.5 |
| Other bacterial diseases (A30-A39, A42-A49) | 4 | <0.5 |
| Other disorders of the kidney and ureter (N28-N29) | 4 | <0.5 |
| Alzheimer's disease (G30) | 4 | <0.5 |
| Sequelae of infectious & parasitic diseases (B90-B94) | 4 | <0.5 |
| Other diseases of the blood, blood-forming organs (D70-D77) | 3 | <0.5 |
| Renal tubulo-interstitial diseases (N10-N16) | 3 | <0.5 |
| Other disorders of the skin and subcutaneous tissue (L80-L99) | 3 | <0.5 |
| Certain disorders involving the immune mechanism (D80-D89) | 3 | <0.5 |
| Organic mental disorders (F00-F09) | 3 | <0.5 |
| Hypotension & other/unspecified circulatory disorders (I95-I99) | 3 | <0.5 |
| Obesity and other hyperalimentation (E65-E68) | 2 | <0.5 |
| Demyelinating diseases of the central nervous system, multiple sclerosis (G35-G37) | 2 | <0.5 |
| Other disorders of glucose regulation & pancreatic internal secretion (E15-E16) | 2 | <0.5 |
| Mental & behavioral disorders due to psychoactive substance use (F10-F19) | 2 | <0.5 |

*Medical Causes of Death in State Prisons, 2001-2004*   11

**Appendix table 12. continued**

| Cause of death (ICD-10 code range) | Number of deaths in State prisons 2001-04 | Average annual mortality rate, per 100,000 inmates 2001-04 |
|---|---|---|
| All causes | 12,129 | 250 |
| Parkinson's disease (G20-G21) | 2 | <0.5 |
| Unspecified mental disorders (F99) | 2 | <0.5 |
| Infections of the skin and subcutaneous tissue (L00-L08) | 1 | <0.5 |
| Osteopathies and chondropathies (M80-M94) | 1 | <0.5 |
| Arthritis — inflammatory polyarthropathies (M05-M14) | 1 | <0.5 |
| Viral infections of the central nervous system (A80-A89) | 1 | <0.5 |
| Helminthiases (B65-B83) | 1 | <0.5 |
| Other disorders of the endocrine glands (E20-E35) | 1 | <0.5 |
| Diseases of the appendix (K35-K38) | 1 | <0.5 |
| Polyneuropathies & other disorders of the peripheral nervous system (G60-G64) | 1 | <0.5 |
| Muscle disorders (M60-M63) | 1 | <0.5 |

Note: For the entire 4-year period, 66% of the illness death records specified a single medical cause of death. The medical causes listed in these cases were ranked by frequency for both male and female inmates. The medical cause of death for the remaining illness deaths was selected by choosing the most common cause listed, within gender.

[a] ICD-10 codes were only used for deaths attributed to "illness/natural causes." AIDS was a separate category under "cause of death." Any "illness/natural causes" which listed AIDS or HIV among the causes of death were recoded to "AIDS-related" deaths.

[b] Cases were checked "other causes of death" with a text description of events, but the information was insufficient to classify the case to any single cause.

[c] In all such cases, none of the causes of death matched the 63 medical causes of death cited in the single-cause cases of illness deaths.