# EXHIBIT A

09/04/2008

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: K51848

Sorted By: CDCR Number

| CDCR Number | Appellant Name |
|---|---|
| K51848 | PLATA, MARCIAL |

**Accepted Appeals**

| IAB Number | Issue | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs | | |
|---|---|---|---|---|---|---|---|---|
| | | PVSP | 09/08/2001 | | | | | |
| 0300165 | MEDICAL | Issue Subcategory | | Accepted Date | Inst. Log Number | Due Date | Closed Date | Response Due |
| | | Prior to subcategory | | 07/07/2003 | PVSP-03-00548 | 09/30/2003 | 09/29/2003 | |

Disposition
GRANTED IN PART

**Screen Out**

| IAB Number | Issue | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5072109 | STAFF COMPLAINTS | Issue Subcategory | | Received Date | Inst. Log Number | Screened Out | | |
| | | Prior to subcategory | | 12/30/2002 | PVSP-B-02-01213 | 12/30/2002 | | |

Reason
MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS

| 5072114 | STAFF COMPLAINTS | Prior to subcategory | | 01/27/2003 | PVSP-02-1213 | 01/27/2003 | | |

MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS

| 5081804 | OTHER | Prior to subcategory | | 09/16/2003 | | 09/16/2003 | | |

BEST ADDRESSED BY FILING CDCR FORM 602

| 5105915 | OTHER | Prior to subcategory | | 12/28/2004 | | 12/28/2004 | | |

MUST BE COMPLETED THROUGH 2ND LEVEL

Page: 1

DSUPP007995

# EXHIBIT B

Inmate Appeals Branch

09/04/2001

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: P13932

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | | | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|---|
| P13932 | AVILES, GILBERT | SATF | 05/31/2001 | | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Alerts (Type, Start, End) Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0101663 | PROPERTY | Prior to subcategory | 08/17/2001 | SATF 01-01813 | 11/14/2001 | 01/15/2002 | DENIED |
| 0205937 | STAFF COMPLAINTS | Prior to subcategory | 11/21/2002 | SATF 02-04098 | 02/21/2003 | 12/27/2002 | DENIED |
| 0207854 | PROPERTY | Prior to subcategory | 01/06/2003 | SATF 02-04844 | 04/08/2003 | 01/29/2003 | DENIED |
| 0304056 | STAFF COMPLAINTS | Prior to subcategory | 10/16/2003 | SATF 03-02863 | 01/16/2004 | 12/24/2003 | DENIED |
| 0305115 | DISCIPLINARY | Prior to subcategory | 11/14/2003 | SATF 03-03749 | 02/11/2004 | 12/30/2003 | DENIED |
| 0309445 | PROPERTY | Prior to subcategory | 03/08/2004 | SATF 03-04670 | 06/02/2004 | 04/20/2004 | GRANTED IN PART |
| 0408332 | PROGRAM | Prior to subcategory | 03/17/2005 | SATF 04-04167 | 06/13/2005 | 06/07/2005 | DENIED |
| 0514436 | ADA | Prior to subcategory | 04/24/2006 | SATF 06-01463 | 05/23/2006 | 05/23/2006 | DENIED |
| 0511750 | ADA | Prior to subcategory | 04/24/2006 | SATF 05-05013 | 05/26/2006 | 05/24/2006 | DENIED |
| 0512080 | MEDICAL | Prior to subcategory | 04/24/2006 | SATF 06-00281 | 07/19/2006 | 05/31/2006 | CANCELLED |
| 0514916 | STAFF COMPLAINTS | Prior to subcategory | 06/13/2006 | SATF 06-00315 | 09/07/2006 | 08/21/2006 | DENIED |
| 0708177 (Group) LIVING CONDITIONS | Other | 03/22/2007 | SATF 07-01975 | 11/16/2007 | 11/16/2007 | DENIED |
| 9908853 | PROPERTY | Prior to subcategory | 05/04/2000 | SATF 00-00136 | 07/31/2000 | 11/21/2000 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0404752 | PROGRAM | Prior to subcategory | 12/15/2004 | SATF 04-04167 | 12/15/2004 | | APPEAL GRANTED AT LOWER |
| 0512090 | MEDICAL | Prior to subcategory | 05/04/2006 | SATF 06-00281 | 05/16/2006 | | ESTABLISHED TIME LIMIT |
| 0601158 | LIVING CONDITIONS | Prior to subcategory | 04/25/2005 | SATF 04-03-00402 | 05/24/2005 | | |
| 0611711 | OTHER | Prior to subcategory | 04/25/2006 | | | 04/25/2006 | MUST BE COMPLETED |

Page: 1

DSUPP008003

Inmate Appeals Branch

09/04/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P13632 | AVILES, CHI BERI | SATF | 05/11/2001 | | |
| 5021688 | OTHER | Prior to subcategory | 04/24/2006 | 04/24/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5021750 | MEDICAL | Prior to subcategory | 06/15/2006 | 06/15/2006 | APPEAL GRANTED AT INSTITUTIONAL LEVEL |
| 5021799 | STAFF COMPLAINTS | Prior to subcategory | 06/13/2006 | SATF-D-06-00281 06/13/2006 | MISSING DOCUMENTATION |
| 5022204 | OTHER | Prior to subcategory | 07/12/2006 | SATF-D-06-00575 07/12/2006 | MISSING DOCUMENTATION |
| 5023087 | OTHER | Prior to subcategory | 04/28/2006 | 04/28/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5023083 | ADA | Prior to subcategory | 04/28/2006 | 04/28/2006 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5023082 | OTHER | Prior to subcategory | 06/22/2006 | 06/22/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5024170 | STAFF COMPLAINTS | Prior to subcategory | 05/01/2006 | SATF-06-0010 05/01/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5044022 | TRANSFER | Prior to subcategory | 12/23/2000 | 12/23/2000 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5072908 | CASE INFO/RECORDS | Prior to subcategory | 02/19/2003 | SATF-02-5893 02/19/2003 | APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN |
| 5078795 | OTHER | Prior to subcategory | 07/14/2003 | 07/14/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5079082 | PROPERTY | Prior to subcategory | 07/14/2003 | SATF-03-3826 07/14/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5075482 | PROPERTY | Prior to subcategory | 08/24/2003 | SATF-03-0035 08/24/2003 | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5075482 | PROPERTY | Prior to subcategory | 11/19/2003 | SATF-03-0026 11/19/2003 | MUST SUBMIT APPEAL |

Page: 2

Inmate Appeals Branch

09/04/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs |
|---|---|---|---|---|---|---|---|
| P13932 | AVILES, GILBE? | SATF | 05/31/2001 | | | | |
| 5081103 | OTHER | Prior to subcategory | 08/21/2003 | 08/21/2003 | | | WITHIN 15 WORKING DAYS<br>MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5083447 | PROPERTY | Prior to subcategory | 10/21/2003 | SATF-D-03-00826 | 10/21/2003 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC |
| 5087857 | DISCIPLINAR | Prior to subcategory | 01/12/2004 | SATF-03-3973 | 01/12/2004 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |

Page: 3

DSUPP008005

# <u>EXHIBIT C</u>

Inmate Appeals Branch

09/04/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: C80501

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | | Special Needs |
|---|---|---|---|---|---|
| C80501 | BAUTISTA, STEVE | SATF | 11/01/2006 | | |

Alerts (Type, Start, End)

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0104833 | MEDICAL | Prior to subcategory | 11/19/2001 | IAC 01-01377 | 02/20/2002 | 01/25/2002 | DENIED |
| 0105006 | MEDICAL | Prior to subcategory | 11/26/2001 | IAC 01-01610 | 02/25/2002 | 01/25/2002 | DENIED |
| 0600558 | CUSTODY/CLASS | Prior to subcategory | 07/14/2006 | IAC 05-02376 | 10/10/2006 | 09/27/2006 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0600558 | CUSTODY/CLASS | Prior to subcategory | 12/12/2005 | IAC-05-02376 | 12/21/2005 | | MISSING DOCUMENTATION |
| 0502799 | MEDICAL | Prior to subcategory | 03/02/2001 | IDSAP 00-03296 | 03/06/2001 | | APPEAL GRANTED AT INSTITUTION LEVEL |

DSUPP008002

# EXHIBIT D

09/04/2008

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: V49166

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| V49166 | DECASAS, PAUL | REG4 | 03/08/2005 | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0400371 | STAFF COMPLAINTS | Prior to subcategory | 12/21/2004 | WSP-04-01136 | 03/17/2005 | 07/25/2005 | DENIED |
| 0400359 | MEDICAL | Prior to subcategory | 02/18/2005 | WSP-04-01283 | 05/17/2005 | 05/13/2005 | DENIED |

**Screen Outs**
The appellant has no screened out appeal history.

DSUPP007996

# **<u>EXHIBIT E</u>**

Inmate Appeals Branch

09/08/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: J51101

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| J51101 | JOHNS, RAYMOND | | 02/14/1995 | | |

**Accepted Appeals**
The appellant has no accepted appeal history.

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 5048821 | MEDICAL | Prior to subcategory | 05/03/2001 | SQ-00-4474 | 05/03/2001 | | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 1

DSUPP008007

# EXHIBIT F

Inmate Appeals Branch

09/04/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: P04828

Sorted By: CDCR Number

| CDCR Number | Appellant Name |
|---|---|
| P04828 | LONG, JOSEPH |

| | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|
| | | 06/23/2000 | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0012787 | ADA | Prior to subcategory | 06/27/2001 | PVSP 01 00846 | 07/26/2001 | 07/30/2001 | DENIED |
| 0101356 | FUNDS | Prior to subcategory | 08/08/2001 | SVSP 01 01334 | 11/02/2001 | 01/31/2002 | DENIED |
| 0104210 | ADA | Prior to subcategory | 11/05/2001 | PVSP 01 01259 | 12/06/2001 | 12/07/2001 | DENIED |

**Screen Outs**

The appellant has no screened out appeal history.

Page: 1

DSUPP007997

# **EXHIBIT G**

09/04/2008

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: H05254

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
| --- | --- | --- | --- | --- | --- |
| H05254 | MYELLE, CLIFFORD | SOL | 03/17/2005 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0012239 | MEDICAL | Prior to subcategory | 06/15/2001 | FSP-01-00287 | 09/11/2001 | 12/26/2001 | DENIED |
| 0733000Y(Group)MEDICAL | | Medication | 05/14/2008 | SOL-08-01067 | 08/08/2008 | 08/08/2008 | DENIED |

**Screen Outs**

The appellant has no screened out appeal history.

DSUPP007999

# **EXHIBIT H**

09/04/2008

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: C42491

Sorted By: CDCR Number

| CDCR Number | Appellant Name |
|---|---|
| C42491 | RHOADES, LESLIE |

**Accepted Appeals**

| IAB Number | Issue | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | |
|---|---|---|---|---|---|---|---|
| 0733489 | MEDICAL | CMF | 05/12/2001 | | | | |

| | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|
| | Referral | 05/19/2008 | CMF 08 00485 | 08/13/2008 | 08/01/2008 | DENIED |

**Screen Outs**

| IAB Number | Issue | | | | | |
|---|---|---|---|---|---|---|
| 0060517 | PROGRAM | | | | | |

| | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|
| | Prior to subcategory | 07/22/2002 | CAL 08 01037 | 07/22/2002 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |

Page: 1

DSUPP007998

# EXHIBIT I

Inmate Appeals Branch

09/04/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

### Appellant Appeal History
### CDCR Number: P75229

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P75229 | SHAW, OTIS | | 04/07/2000 | | |

### Accepted Appeals
The appellant has no accepted appeal history.

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 5040512 | OTHER | Prior to subcategory | 08/11/2000 | SQ-00-2033 | 08/11/2000 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5040514 | ADA | Prior to subcategory | 08/11/2000 | SQ-00-2033 | 08/11/2000 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5041035 | OTHER | Prior to subcategory | 08/16/2000 | SQ-00-02032 and 00 | 08/16/2000 | | IMPROPERLY REJECTED OR CANCELLED |
| 5068869 | DISCIPLINARY | Prior to subcategory | 09/18/2002 | CMF-02-01167 | 09/18/2002 | | MISSING DOCUMENTATION |

Page:

DSUPP008001

# EXHIBIT J

Inmate Appeals Branch

09/04/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: D29694

Sorted By: CDCR Number

| CDCR Number | Appellant Name |
|---|---|
| D29694 | STODERD, RAYMOND |

Location: CMF  Arrival Date: 09/24/2006  Alerts (Type, Start, End)  Special Needs

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0304954 | MEDICAL | Prior to subcategory | 11/10/2003 | COR-03-03045 | 02/10/2004 | 02/06/2004 | CANCELLED |
| 0305850 | MEDICAL | Prior to subcategory | 12/05/2003 | COR-03-03907 | 03/05/2004 | 01/21/2004 | GRANTED IN PART |
| 0306582 | STAFF COMPLAINTS | Prior to subcategory | 12/29/2003 | COR-03-03701 | 03/29/2004 | 03/19/2004 | DENIED |
| 9803074 | MEDICAL | Prior to subcategory | 10/13/1998 | COR-98-01225 | 01/12/1999 | 12/18/1998 | DENIED |
| 9903251 | MEDICAL | Prior to subcategory | 10/21/1999 | COR-99-04159 | 01/13/2000 | 02/07/2000 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0304954 | MEDICAL | Prior to subcategory | 10/02/2003 | COR-03-03045 | 10/02/2003 | | MISSING DOCUMENTATION |
| 5063200 | PROPERTY | Prior to subcategory | 06/20/2002 | COR-01-02340 | 06/20/2002 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5067989 | MEDICAL | Prior to subcategory | 10/18/2002 | COR-02-02525 | 10/18/2002 | | MUST BE EXAMINED THROUGH 2ND LEVEL |
| 5095473 | PROPERTY | Prior to subcategory | 06/18/2004 | COR-04-00737 | 06/18/2004 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |

Page: 1

DSUPP008000

# **<u>EXHIBIT K</u>**

Inmate Appeals Branch

09/04/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: C09970

Sorted By: CDCR Number

| CDCR Number | Appellant Name |
|---|---|
| C09970 | COLEMAN, RALPH |

| Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|
| SOL | 09/27/2005 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0610373 (Group) | PROGRAM | Prior to subcategory | 06/12/2007 | SOL 07 00482 | 09/06/2007 | 08/22/2007 | DENIED |
| 0721081 (Group) | LIVING CONDITIONS | Safety and Sanitation | 01/25/2008 | SOL 07 03241 | 04/23/2008 | 04/25/2008 | DENIED |
| 9509080 | MAIL | Prior to subcategory | 05/11/1996 | 96 01430 | 07/11/1996 | 03/09/1996 | DENIED |
| 9607372 | MAIL | Prior to subcategory | 02/13/1997 | 96 04363 | 03/09/1997 | 04/04/1997 | DENIED |
| 9708443 | PROPERTY | Prior to subcategory | 07/16/1997 | SOL 97 00446 | 10/09/1997 | 09/22/1997 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 5004940 | PROGRAM | Prior to subcategory | 11/18/2003 | SAC 03 1820 | 11/18/2003 | | APPEAL GRANTED AT INSTITUTIONAL LEVEL; APPEAL REJECTED WITH DRAWN/CAN |

Page:   1

DSUPP008006