EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
JONATHAN L. WOLFF - 193479
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>**To: Three-Judge Panel** |

I, Lisa Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Northern and Eastern Districts of the United States District Court of California. I am employed as a Deputy Attorney General of the Office of the Attorney General, counsel of record for the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration, and if called upon to testify to those facts, would and could do so competently. I submit this declaration in support of Defendants' motions for dismissal, or alternatively, motion for summary judgment or summary adjudication.

3. On July 16, 2008, I sent via email the *Coleman* Defendants' July 2008 mental health bed plan to Special Master Lopes for review and approval. Plaintiffs' counsel were copied on that email and its attached mental health bed plan. Attached as Exhibit A is a true and correct copy of that July 2008 mental health bed plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on September 15, 2008.

*/s/ Lisa Tillman*
Lisa Tillman