EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No.  2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>**To: Three-Judge Panel** |

- 1 -

1    Under Federal Rules of Evidence, Rule 201, Defendants request that this Court take

2    judicial notice of the following documents:

3    1.    The Court Docket Report for *Plata v. Schwarzenegger*, C-01-1351 THE (N.D.

4    Cal.), and the Court Docket Report for *Coleman v. Schwarzenegger*, CIV- S-90-0520 LKK JFM

5    (E. D. Cal.). Copies of the *Plata* Court Docket Report and the *Coleman* Court Docket Report are

6    already available to the Court and all the parties in this action and, therefore, in the interests of

7    economy and for the convenience of the Court and the parties, copies are not attached to this

8    Request.

9    2.    Plaintiff's Complaint in *Plata v. Schwarzenegger*, filed on April 5, 2001,

10    document number 1 on the *Plata* Court Docket. A copy of the initial *Plata* Complaint is already

11    available to the Court and all the parties in this action and, therefore, in the interests of economy

12    and in the interests of economy and for the convenience of the Court and the parties, is not

13    attached to this Request.

14    3.    Plaintiffs' Amended Complaint in *Plata v. Schwarzenegger*, filed on August 20,

15    2001, document number 20 on the *Plata* Court Docket. A copy of the *Plata* First Amended

16    Complaint is already available to the Court and all the parties in this action and, therefore, in the

17    interests of economy and for the convenience of the Court and the parties, a copy is not attached

18    to this Request.

19    4.    Receiver's Plan of Action (Plan of Action) filed in *Plata v. Schwarzenegger* on

20    November 15, 2007, documents numbers 929 trough 949 on the *Plata* Court Docket. A copy of

21    the Receiver's Plan of Action is already available to the Court and all the parties in this action

22    and, therefore, in the interests of economy and for the convenience of the Court and the parties, a

23    copy is not attached to this Request.

24    5.    Receiver's Turnaround Plan of Action (Turnaround Plan of Action), filed in *Plata*

25    *v. Schwarzenegger* on June 6, 2008, document number 1229 on the *Plata* Court Docket. A copy

26    of the Receiver's Turnaround Plan of Action is already available to the Court and all the parties in

27    this action and, therefore, in the interests of economy and for the convenience of the Court and

28    the parties, a copy is not attached to this Request.

6.      Findings of Fact and Conclusions of Law re Appointment of Receiver (Findings of Fact and Conclusions of Law), entered in *Plata v. Schwarzenegger* on October 3, 2005, document number 371 on the *Plata* Court Docket. A copy of the *Plata* Court's Findings and of Fact and Conclusions of Law re Appointment of Receiver is already available to the Court and all the parties in this action and, therefore, in the interests of economy and for the convenience of the Court and the parties, a copy is not attached to this Request.

7.      *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995), a true and correct copy of which is attached as Exhibit A.

8.      *Coleman* Special Master's twenty monitoring reports, filed in *Coleman v. Schwarzenegger*, between April 21, 1998 and September 12, 2008, documents number 936, 995, 1036, 1093, 1144, 1213, 1265, 1317, 1373, 1446, 1519, 1553, 1587, 1649, 1746, 2081-2082, 2274, 2334, 2895, and 3029, respectively, on the *Coleman* Court Docket. A copy of each of these Monitoring Reports is already available to the Court and all the parties in this action and, therefore, in the interests of economy and for the convenience of the Court and the parties, a copy is not attached to this Request.

9.      Special Master's Response to Court's May 17, 2007 Request for Information filed in *Coleman v. Schwarzenegger* on May 31, 2007, document number 2253 on the *Coleman* Court Docket. A copy of the Special's Masters report to the *Coleman* Court regarding overcrowding is already available to the Court and all the parties in this action and, therefore, in the interests of economy and for the convenience of the Court and the parties, a copy is not attached to this Request.

10.     Plaintiffs' Motion to Convene a Three Judge Panel to Limit Prison Population, filed in *Plata v. Schwarzenegger* on November 13, 2006, document number 561 on the *Plata* Court Docket. A copy of *Plata* Plaintiffs' Motion to Convene a Three Judge Panel is already available to the Court and all the parties in this action and, therefore, in the interests of economy and for the convenience of the Court and the parties, a copy is not attached to this Request.

11.     The definition of "primary" in Random House Webster's Unabridged Dictionary, (2d ed. 1998), p. 1537, a true and correct copy of which is attached as Exhibit B.

- 3 -

1     12.    The definition of "primary" in the American Heritage College Dictionary, (4th ed.

2   2002), p. 1106, a true and correct copy of which is attached as Exhibit C.

3     13.    Special Master's Report on Plaintiffs' Response to the Sixteenth Report on

4   Compliance Seeking Salary Enhancements for Department of Mental Health Clinicians filed in

5   *Coleman v. Schwarzenegger* on January 30, 2007, document number 2121 on the *Coleman* Court

6   Docket. A copy of the Special Master's Report to the *Coleman* Court is already available to the

7   Court and all the parties in this action and, therefore, in the interests of economy and for the

8   convenience of the Court and the parties, a copy is not attached to this Request.

9     14.    Defendants' <u>Redacted</u> Response to Court Order of May 23, 2007 Re: Pay Parity

10  Plan filed in *Coleman v. Schwarzenegger* on June 14, 2007, document number 2279 on the

11  *Coleman* Court Docket. A copy of Defendants' <u>Redacted</u> Response to Court Order of May 23,

12  2007 Re: Pay Parity Plan to the *Coleman* Court is already available to the Court and all the parties

13  in this action and, therefore, in the interests of economy and for the convenience of the Court and

14  the parties, a copy is not attached to this Request.

15

16  DATED: September 15, 2008             HANSON BRIDGETT LLP

17

18                         By:  /s/ Paul B. Mello

19                             PAUL B. MELLO

                             Attorneys for Defendants Arnold

20                             Schwarzenegger, et al.

21  DATED: September 15, 2008           EDMUND G. BROWN JR.

22                      Attorney General of the State of California

23

24                         By:  /s/ Rochelle C. East

                             ROCHELLE C. EAST

25                         Senior Assistant Attorney General

                           Attorneys for Defendants Arnold

26                         Schwarzenegger, et al.

27

28

DEFS.' REQUEST FOR JUD. NOT. SUPP. MOT. DISMISSAL OR, ALT., MOT. SUMM. J.
(CASE NOS. 90-00520 LKK JFM P AND C01-01351 TEH)         1608293.1