**EXHIBIT B**

**pri·ma·ri·ly** (prī mârʹə lē, -mə rē), *adv.* **1.** essentially; mostly; chiefly; principally: *They live primarily from farming.* **2.** in the first instance; at first; originally: *Primarily a doctor, he later became a lawyer.* [1610–20; PRIMARY + -LY]

**pri·ma·ry** (prīʹmer ē, -mə rē), *adj., n., pl.* **-ries.** —*adj.* **1.** first or highest in rank or importance; chief; principal: *his primary goals in life.* **2.** first in order in any series, sequence, etc. **3.** first in time; earliest; primitive. **4.** of, pertaining to, or characteristic of primary school: *the primary grades.* **5.** constituting or belonging to the first stage in any process. **6.** of the nature of the ultimate or simpler constituents of which something complex is made up: *Animals have a few primary instincts.* **7.** original; not derived or subordinate; fundamental; basic. **8.** immediate or direct, or not involving intermediate agency: *primary perceptions.* **9.** *Sociol.* (of social values or ideals) conceived as derived from the primary group and culturally defined as being necessary to the welfare of the individual and society. **10.** *Ornith.* pertaining to any of the set of flight feathers situated on the distal segment of a bird's wing. **11.** *Elect.* noting or pertaining to the circuit, coil, winding, or current that induces current in secondary windings in an induction coil, transformer, or the like. **12.** *Chem.* **a.** involving or obtained by replacement of one atom or group. **b.** noting or containing a carbon atom united to no other or to only one other carbon atom in a molecule. **13.** *Gram.* **a.** (of a derivative) having a root or other unanalyzable element as the underlying form. **b.** (of Latin, Greek, Sanskrit tenses) having reference to present or future time. Cf. **secondary** (def. 9). —*n.* **14.** something that is first in order, rank, or importance. **15.** *U.S. Politics.* **a.** Also called **primary election.** a preliminary election in which voters of each party nominate candidates for office, party officers, etc. Cf. **closed primary, direct primary, indirect primary, open primary.** **b.** a meeting of the voters of a political party in an election district for nominating candidates for office, choosing delegates for a convention, etc.; caucus. **16.** See **primary color. 17.** *Ornith.* a primary feather. **18.** *Elect.* a winding in a transformer or the like that carries a current and that induces a current in secondary windings. **19.** *Astron.* **a.** a body in relation to a smaller body or smaller bodies revolving around it, as a planet in relation to its satellites. **b.** the brighter of the two stars comprising a double star. Cf. **companion**[1] (def. 6). [1425–75; late ME (adj.) < L *prīmārius* of the first rank. See PRIME, -ARY] —**priʹma·ri·ness,** *n.*
—**Syn. 1.** main, prime. **3.** original; primeval. **5.** beginning, opening. See **elementary.** —**Ant. 1, 2.** last. **2.** final.

**priʹmary acʹcent,** the principal or strongest stress of a word. Also called **primary stress.**

**priʹmary beamʹ,** *Physics.* See under **secondary beam.**

**priʹmary careʹ,** medical care by a physician, or other health-care professional, who is the patient's first contact with and who provides access to the health-care system. [1970–75] —**priʹmary-careʹ,** *adj.*

**priʹmary cellʹ,** *Elect.* a cell designed to produce electric current through an electrochemical reaction that is not efficiently reversible, so that the cell when discharged cannot be efficiently recharged by an electric current. [1900–05]

**priʹmary colʹor, 1.** *Art.* a color, as red, yellow, or blue, that in mixture yields other colors. Cf. **complementary color** (def. 1), **secondary color, tertiary color. 2.** *Optics.* any of a set of monochromatic colors, as red, green, and blue, that are added to match or specify the chromaticity of a stimulus or sample. [1605–15]

**priʹmary conʹtact,** *Sociol.* a communication or relationship between people that is characterized by intimacy and personal familiarity. Cf. **secondary contact.**

**priʹmary deʹviance,** *Sociol.* the violation of a norm or rule that does not result in the violator's being stigmatized as deviant. Cf. **secondary deviance.**

**priʹmary elecʹtion,** primary (def. 15a). [1785–95]

**priʹmary gainʹ,** *Psychiatry.* the removal of emotional conflict or relief of anxiety that is the immediate benefit of a defense mechanism or neurotic symptom. Cf. **secondary gain.**

**priʹmary groupʹ,** *Sociol.* a group of individuals living in close, intimate, and personal relationship. Cf. **secondary group.** [1890–95]

**priʹmary inʹdustry,** an industry, as agriculture, forestry, or fishing, that deals in obtaining natural materials. [1945–50]

**priʹmary intenʹtion,** *Logic.* See under **intention** (def. 5a).

**priʹmary letʹter,** *Print.* a lowercase character having neither a descender nor an ascender, as *a, c, e, i, m, n, o, r, s, u, v, w, x, z.*

**priʹmary memʹory,** *Computers.* See **main storage.**

**priʹmary metʹal,** metal derived directly from ore rather than from scrap. Also called **virgin metal.** Cf. **secondary metal.**

**priʹmary opʹtical aʹrea,** *Graphic Design.* a point in or toward the upper left-hand corner of a printed page, advertisement, or the like, looked at first in reading. *Abbr.:* POA

**priʹmary phloʹem,** *Bot.* phloem derived directly from the growth of an apical meristem.

**priʹmary procʹess,** *Psychoanal.* the generally unorganized mental activity characteristic of the unconscious and occurring in dreams, fantasies, and related processes. Cf. **secondary process.**

**priʹmary producʹer,** *Biol.* any green plant or any of various microorganisms that can convert light energy or chemical energy into organic matter. [1925–30] —**priʹmary producʹtion.**

**priʹmary qualʹity,** *Epistemology.* any of the qualities inherent in an object, namely quantity, figure, solidity, and motion. Cf. **secondary quality.** [1650–60]

**priʹmary rainʹbow,** the most commonly seen rainbow, formed by light rays that undergo a single internal reflection in a drop of water. Cf. **secondary rainbow.** [1785–95]

**priʹmary rootʹ,** *Bot.* the first root produced by a germinating seed, developing from the radicle of the embryo. [1885–90]

**priʹmary schoolʹ, 1.** a school usually covering the first three or four years of elementary school and sometimes kindergarten. **2.** See **elementary school.** [1795–1805]

**priʹmary sexʹ characterisʹtic,** *Anat.* any of the body structures directly concerned in reproduction, as the testes, ovaries, and external genitalia. Also called **priʹmary sexʹ charʹacter.**

**priʹmary spermatʹocyte,** *Cell Biol.* See under **spermatocyte.** [1895–1900]

**priʹmary stressʹ.** See **primary accent.** [1950–55]

**priʹmary syphʹilis,** *Pathol.* the first stage of syphilis, characterized by the formation of a chancre at the site of infection. [1900–05]

**priʹmary tisʹsue,** *Bot.* any tissue resulting directly from differentiation of an apical meristem. [1870–75]

**priʹmary typeʹ,** *Biol.* a specimen used in the original description or illustration of a species.

**priʹmary waveʹ.** *Seismol.* See **P wave.** [1915–20]

**priʹmary xyʹlem,** *Bot.* xylem derived directly from the growth of an apical meristem.

**pri·mate** (prīʹmāt *or, esp. for 1,* prīʹmit), *n.* **1.** *Eccles.* an archbishop or bishop ranking first among the bishops of a province or country. **2.** any of various omnivorous mammals of the order Primates, comprising the three suborders Anthropoidea (humans, great apes, gibbons, Old World monkeys, and New World monkeys), Prosimii (lemurs, loris, and their allies), and Tarsioidea (tarsiers), esp. distinguished by the use of hands, varied locomotion, and by complex flexible behavior involving a high level of social interaction and cultural adaptability. **3.** *Archaic.* a chief or leader. [1175–1225; ME *primat* dignitary, religious leader < LL *prīmāt-* (s. of *prīmās*), n. use of L *prīmās* of first rank, deriv. of *prīmus* first (see PRIME); (def. 2) taken as sing. of NL Primates PRIMATES, as if ending in -ATE[1]] —**pri·maʹtal,** *adj.* —**pri·maʹtial** (prī māʹshəl), **pri·matʹi·cal** (prī matʹi kəl), *adj.*

**Priʹmate of Allʹ Engʹland** (prīʹmit), *Ch. of Eng.* a title of the archbishop of Canterbury. [1350–1400; ME]

**Priʹmate of Engʹland,** *Ch. of Eng.* a title of the archbishop of York. [1350–1400; ME]

**Pri·ma·tes** (prī māʹtēz), *n.* the order comprising the primates. [1765–75; < NL, pl. of L *prīmās* one of the first, chief, principal. See PRIMATE]

**pri·mate·ship** (prīʹmit shipʹ, -māt-), *n.* primacy (def. 2). [1625–35; PRIMATE + -SHIP]

**pri·ma·tol·o·gy** (prīʹmə tolʹə jē), *n.* the branch of zoology dealing with the primates. [1940–45; PRIMATE + -O- + -LOGY] —**pri·ma·to·logʹi·cal** (prīʹmə tl ojʹi kəl), *adj.* —**pri·ma·tolʹo·gist,** *n.*

**pri·ma·ve·ra**[1] (prēʹmə vârʹə), *n.* **1.** a central American tree, *Cybistax donnell-smithii,* of the bignonia family, having showy, tubular yellow flowers. **2.** Also called **white mahogany.** the hard, yellowish-white wood of this tree, used for making furniture. [1890–95; < Sp: lit., spring; so called from its early flowering; see PRIMAVERAL]

**pri·ma·ve·ra**[2] (prēʹmə vârʹə; *It.* prēʹmä veʹrä), *adj. Italian Cookery.* prepared with a variety of chopped or minced vegetables: *pasta primavera.* [appar. ellipsis from It *alla primavera* in the style of springtime; see PRIMAVERAL]

**pri·ma·ve·ral** (prīʹmə vērʹəl), *adj.* of, in, or pertaining to the early springtime: *primaveral longings to sail around the world.* [1815–25; < Sp or It *primaver(a)* spring (also Pg, Pr, Catalan; cf. L *prīmō vēre* in the early spring; Rom *-vera* prob. orig. neut pl. construed as fem., or re-formation as fem. n.) + -AL[1]]

**prime** (prīm), *adj., n., v.,* **primed, prim·ing.** —*adj.* **1.** of the first importance; demanding the fullest consideration: *a prime requisite.* **2.** of the greatest relevance or significance: *a prime example.* **3.** of the highest eminence or rank: *the prime authority on Chaucer.* **4.** of the greatest commercial value: *prime building lots.* **5.** first-rate: *This ale is prime!* **6.** (of meat, esp. of beef) noting or pertaining to the first grade or best quality: *prime ribs of beef.* **7.** first in order of time, existence, or development; earliest; primitive. **8.** basic; fundamental. **9.** *Math.* (of any two or more numbers) having no common divisor except unity: *The number 2 is prime to 9.* —*n.* **10.** the most flourishing stage or state. **11.** the time of early manhood or womanhood: *the prime of youth.* **12.** the period or state of greatest perfection or vigor of human life: *a man in his prime.* **13.** the choicest or best part of anything. **14.** (esp. in the grading of U.S. beef) a grade, classification, or designation indicating the highest or most desirable quality. **15.** the beginning or earliest stage of any period. **16.** the spring of the year. **17.** the first hour or period of the day, after sunrise. **18.** *Banking.* See **prime rate. 19.** *Eccles.* the second of the seven canonical hours or the service for it, originally fixed for the first hour of the day. **20.** *Math.* **a.** See **prime number. b.** one of the equal parts into which a unit is primarily divided. **c.** the mark (ʹ) indicating such a division: *a, aʹ.* **21.** *Fencing.* the first of eight defensive positions. **22.** *Music.* a. unison (def. 2). **b.** (in a scale) the tonic or keynote. **23.** *Ling.* any basic, indivisible unit used in linguistic analysis. **24.** *Metall.* a piece of tin plate free from visible defects. —*v.t.* **25.** to prepare or make ready for a particular purpose or operation. **26.** to supply (a firearm) with powder for communicating fire to a charge. **27.** to lay a train of gunpowder to (a charge, mine, etc.). **28.** to pour or admit liquid into (a pump) to expel air and prepare for action. **29.** to put fuel into (a carburetor) before starting an engine, in order to insure a sufficiently rich mixture at the start. **30.** to cover (a surface) with a preparatory coat or color, as in painting. **31.** to supply or equip with information, words, etc., for use: *The politician was primed by his aides for the press conference.* **32.** to harvest the bottom leaves from (a tobacco plant). —*v.i.* **33.** (of a boiler) to deliver or discharge steam containing an excessive amount of water. **34.** to harvest the bottom leaves from a tobacco plant. [bef. 1000; 1910–15 for def. 5; (adj.) ME (< OF *prim*) < L *prīmus* FIRST (superl. corresponding to prior PRIOR[1]); (n.) in part deriv. of the adj.; in part continuing ME *prim(e)* first canonical hour, OE *prīm* < L *prīma (hōra)* first (hour); (v.) appar. deriv. of the adj.] —**primeʹness,** *n.*
—**Syn. 1.** primary. **7.** PRIME, PRIMEVAL, PRIMITIVE have reference to that which is first. PRIME means first in numerical order or order of development: *prime meridian; prime cause.* PRIMEVAL means belonging to the first or earliest ages: *the primeval forest.* PRIMITIVE suggests the characteristics of the origins or early stages of a development, and hence implies the simplicity of original things: *primitive tribes, conditions, ornaments, customs, tools.*

**primeʹ costʹ,** that part of the cost of a commodity deriving from the labor and materials directly utilized in its manufacture. [1710–20]

**primeʹ fieldʹ,** *Math.* a field that contains no proper subset that is itself a field.

**primeʹ ideʹal,** *Math.* an ideal in a ring with a multiplicative identity, having the property that when the product of two elements of the ring results in an element of the ideal, at least one of the elements is an element of the ideal.

**primeʹ inʹterest rateʹ,** *Banking.* See **prime rate.** Also called **primeʹ lendʹing rateʹ.**

**prime·ly** (prīmʹlē), *adv.* excellently. [1605–15; PRIME + -LY]

**primeʹ merid ʹian,** the meridian running through Greenwich, England, from which longitude east and west is reckoned. [1860–65]

**primeʹ minʹister,** the principal minister and head of government in parliamentary systems; chief of the cabinet or ministry: *the British prime minister.* [1640–50] —**prime-min·is·te·ri·al** (prīmʹmin/ə stērʹē əl), *adj.* —**primeʹ-minʹis·ter·shipʹ,** *n.* —**primeʹ minʹistry.**

**primeʹ movʹer, 1.** *Mech.* **a.** the initial agent, as wind or electricity, that puts a machine in motion. **b.** a machine, as a water wheel or steam engine, that receives and modifies energy as supplied by some natural force. **2.** means of towing a cannon, as an animal, truck, or tractor. **3.** Also called **unmoved mover.** *Aristotelianism.* that which is the first cause of all movement and does not itself move. **4.** a person or thing that initiates or gives power and cohesion to something, as an idea, endeavor, or organization. [1935–40]

**primeʹ numʹber,** *Math.* a positive integer that is not divisible without remainder by any integer except itself and 1, with 1 often excluded: *The integers 2, 3, 5, and 7 are prime numbers.* Also called **prime.** [1585–95]

**primeʹ numʹber theʹorem,** *Math.* the theorem that the number of prime numbers less than or equal to a given number is approximately equal to the given number divided by its natural logarithm. [1660–70]

**prim·er**[1] (primʹər *or, esp. Brit.,* prīʹmər), *n.* **1.** an elementary book for teaching children to read. **2.** any book of elementary principles: *a primer of phonetics.* **3.** See **great primer. 4.** See **long primer.** [1350–1400; ME < ML *prīmārium,* n. use of neut. of *prīmārius* PRIMARY]

**prim·er**[2] (prīʹmər), *n.* **1.** a person or thing that primes. **2.** a cap, cylinder, etc., containing a compound that may be exploded by percussion or other means, used for firing a charge of powder. **3.** a first coat or layer of paint, size, etc., given to any surface as a base, sealer, or the like. [1490–1500; PRIME (v.) + -ER[1]]

**primeʹ rateʹ,** *Banking.* the minimum interest rate charged by a commercial bank on short-term business loans to large, best-rated customers or corporations. Also called **prime, prime interest rate, prime lending rate.** [1955–60]

**primeʹ ribsʹ,** a serving of the roasted ribs and meat from a prime cut of beef. Also, **primeʹ ribʹ.** [1955–60]

**pri·me·ro** (pri mârʹō), *n.* a card game fashionable in England in the 16th and 17th centuries. [1525–35; < Sp: lit., first < L *prīmārius* PRIMARY]

**primeʹ timeʹ,** *Radio and Television.* the hours, generally between 8 and 11 P.M., usually having the largest audience of the day. [1955–60]

**pri·me·val** (prī mēʹvəl), *adj.* of or pertaining to the first age or ages, esp. of the world: *primeval forms of life.* Also, **primaeval.** [1765–75; < L *prīmaev(us)* young (*prīm(us)* PRIME + *aev(um)* AGE + -us adj. suffix) + -AL[1]] —**pri·meʹval·ly,** *adv.*
—**Syn.** primary, primordial, pristine. See **prime.**

**pri·mi·grav·i·da** (prīʹmi gravʹi də), *n., pl.* **-das, -dae** (-dēʹ). *Obstet.* a woman pregnant for the first time. [1885–90; < NL, equiv. to L *prīmi-,* comb. form of *prīmus* first (see PRIME) + *gravida,* fem. of *gravidus* pregnant (see GRAVID), on the model of PRIMIPARA]

**pri·mine** (prīʹmin), *n. Bot.* the outer integument of an ovule. Cf. **secundine.** [1825–35; < L *prīm(us)* first (see PRIME) + -INE[2]]

**prim·ing** (prīʹming), *n.* **1.** the powder or other material used to ignite a charge. **2.** the act of a person or

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ice; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in *treasure.* ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ³ as in *fire* (fī³r), *hour* (ou³r). ] and n can serve as syllabic consonants, as in *cradle* (krādʹl) and *button* (butʹn). See the full key inside the front cover.