# EXHIBIT C

**prig·ish·ly** *adv.* —**prig′ish·ness** *n.*
**Pri·go·gine** (prĭ-gō′zhən, -gô-zhĕn′), **Ilya** b. 1917. Russian-born Belgian chemist who won a 1977 Nobel Prize.
**prim**[1] (prĭm) *adj.* **prim·mer, prim·mest** **1a.** Precise or proper to the point of affectation; excessively decorous. **b.** Strait-laced; prudish. **2.** Neat and trim: *a prim hedgerow.* ❖ *v.* **primmed, prim·ming, prims** —*tr.* **1.** To fix (the face or mouth) in a prim expression. **2.** To make prim, as in appearance. —*intr.* To assume a prim expression. [Poss. < obsolete *prim*, formal or demure person, perh. < OFr. *prin*, first, delicate. See PRIME.] —**prim′ly** *adv.* —**prim′ness** *n.*
**prim**[2] (prĭm) *n.* A privet. [Short for obsolete *primprint*, of unknown orig.]
**pri·ma ballerina** (prē′mə) *n.* The leading woman dancer in a ballet company. [Ital.]
**pri·ma·cy** (prī′mə-sē) *n., pl.* **-cies** **1.** The state of being first or foremost. **2.** *Ecclesiastical* The office, rank, or province of primate. [ME *primacie* < OFr. < Med.Lat. *primatia*, office of church primate < Lat. *primās*, *primāt-*, of first rank. See PRIMATE.]
**pri·ma donna** (prē′mə, prĭm′ə) *n.* **1.** The leading woman soloist in an opera company. **2.** A temperamental, conceited person. [Ital. : *prima*, fem. of *primo*, first + *donna*, lady.]
**pri·ma fa·cie** (prī′mə fā′shē-shə, -shē-ē) *adv.* At first sight; before closer inspection. ❖ *adj.* **1.** True, authentic, or adequate at first sight; ostensible. **2.** Evident without proof or reasoning; obvious. [ME, manifestly < Lat. *prīmā faciē* : *prīmā*, fem. ablative of *prīmus*, first + *faciē*, ablative of *faciēs*, shape, face.]
**prima facie case** *n.* *Law* A case in which the evidence presented is sufficient for a judgment to be made unless the evidence is contested.
**prima facie evidence** *n.* *Law* Evidence that would, if uncontested, establish a fact or raise a presumption of a fact.
**pri·mal** (prī′məl) *adj.* **1.** Being first in time; original; primeval. **2.** Of first importance; primary. [Med.Lat. *prīmālis* < Lat. *prīmus*, first. See per[1] in App.] —**pri·mal′i·ty** (-măl′ĭ-tē) *n.*
**primal therapy** *n.* *Psychology* A method for treating emotional problems that involves the reliving of early traumatic experiences and expression of feelings, as by angry screaming. —**primal therapist** *n.*
**pri·mar·i·ly** (prī-mâr′ə-lē, -měr′-) *adv.* **1.** Chiefly; mainly. **2.** At first; originally.
**pri·mar·y** (prī′měr′ē, -mə-rē) *adj.* **1.** First or highest in rank, quality, or importance; principal. **2.** Being or standing first in a list, series, or sequence. **3.** Occurring first in time or sequence; earliest. **4.** Being or existing as the first or earliest of a kind; primitive. **5.** *Geology* Characteristic of or existing in a rock at the time of its formation. **6.** Serving as or being an essential component, as of a system; basic. **7a.** Immediate; direct: *a primary effect.* **b.** Preliminary to a later stage in a continuing process. **c.** Of or relating to a primary school. **8.** Of or relating to a primary color or colors. **9.** *Linguistics* **a.** Having a word root or other linguistic element as a basis that cannot be further analyzed or broken down. **b.** Referring to present or future time. Used as a collective designation for various verb tenses. **10.** *Electronics* Of, relating to, or constituting an inducting current, circuit, or coil. **11.** Of, relating to, or being the main flight feathers projecting along the outer edge of a bird's wing. **12.** Of or relating to agriculture, forestry, the industries that extract natural materials from the earth, or the products so obtained. **13.** *Chemistry* **a.** Relating to the replacement of one of several atoms or radicals in a compound by another atom or radical. **b.** Having a carbon atom attached solely to one other carbon atom in a molecule. **14.** *Biochemistry* Of, relating to, or being the sequence of amino acids in a protein. **15.** *Botany* Of, relating to, or derived from a primary meristem. ❖ *n., pl.* **-ies** **1a.** One that is first in time, order, or sequence. **b.** One that is first or best in degree, quality, or importance. **c.** One that is fundamental, basic, or elemental. **2a.** A meeting of the registered voters of a political party for the purpose of nominating candidates and for choosing delegates to their party convention. **b.** A primary election. **3.** A primary color. **4.** A primary flight feather. **5.** *Electronics* An inducting current, circuit, or coil, esp. the coil to which the input voltage is applied in a transformer. **6.** *Astronomy* **a.** A celestial body, esp. a star, relative to other bodies in orbit around it. **b.** The brighter of two stars that make up a double star. [ME < Lat. *prīmārius*, chief < *prīmus*, first. See per[1] in App.]
**primary accent** *n.* See **primary stress.**
**primary care** *n.* The medical care a patient receives upon first contact with the health care system before referral. —**pri′mar·y-care′** (prī′měr′ē-kâr′, -mə-rē-) *adj.*
**primary cell** *n.* A cell in which an irreversible chemical reaction generates electricity; a cell that cannot be recharged.
**primary color** *n.* A color of any of three groups each of which is seen as generating all colors, the groups being: **a.** Additive, physiological, or light primaries red, green, and blue. **b.** Subtractive or colorant primaries magenta, yellow, and cyan. **c.** Psychological primaries red, yellow, green, and blue, as well as the achromatic pair black and white.
**primary election** *n.* A preliminary election in which voters nominate party candidates for office.
**primary school** *n.* **1.** A school usu. including the first three or four grades of elementary school and sometimes kindergarten. **2.** See **elementary school.**
**primary stress** *n.* **1.** The strongest degree of stress placed on a syllable in the pronunciation of a word. **2.** The mark (ʹ) used to indicate such stress.
**primary tooth** *n.* See **milk tooth.**
**primary wall** *n.* The wall layer of a plant cell deposited during cell expansion.
**primary wave** *n.* An earthquake wave in which rock particles vibrate parallel to the direction of wave travel.
**pri·mate** (prī′mĭt, -māt′) *n.* **1.** (prī′māt′) A mammal of the order Primates, which includes the anthropoids, characterized by refined development of the hands and feet, a shortened snout, and a large brain. **2.** A bishop of highest rank in a province or country. [< NLat. *Prīmātēs*, order name < Lat. *prīmātēs*, pl. of *prīmās*, principal, of first rank < *prīmus*, first. See per[1] in App. Sense 2 < ME *primat* < OFr. < Med.Lat. *prīmās*, *prīmāt-* < Lat.] —**pri·ma′tial** (-mā′shəl) *adj.*
**pri·ma·tol·o·gy** (prī′mə-tŏl′ə-jē) *n.* The branch of zoology that deals with the study of primates. —**pri′ma·to·log′i·cal** (-tl-ŏj′ĭ-kəl) *adj.* —**pri′ma·tol′o·gist** *n.*
**pri·ma·ve·ra**[1] or **pri·ma ve·ra** (prē′mə-věr′ə) *n.* **1.** A tree (*Cybistax donnellsmithii*) of Mexico and Guatemala having opposite, palmately compound leaves and close-grained light-colored wood. **2.** The wood of this tree. [Sp., spring, primavera < LLat. *prīma vēra*, early spring, pl. of *prīmum vēr* : Lat. *prīmus*, first; see per[1] in App. + Lat. *vēr*, spring; see wesr[1] in App.]
**pri·ma·ve·ra**[2] (prē′mə-věr′ə) *adj.* Garnished or served with assorted fresh vegetables. [< Ital. *(alla) primavera*, (in the) spring (style) < LLat. *prīma vēra*. See PRIMAVERA[1].]
**prime** (prīm) *adj.* **1.** First in excellence, quality, or value. **2.** First in degree or rank; chief. **3.** First or early in time, order, or sequence; original. **4.** Of the highest US government grade of meat. **5.** *Mathematics* Of, relating to, or being a prime number. ❖ *n.* **1.** The earliest hours of the day; dawn. **2.** Spring. **3.** The age of ideal physical perfection and intellectual vigor. **4.** The period or phase of ideal or peak condition. **5.** The first position of thrust and parry in fencing. **6.** A mark (ʹ) appended above and to the right of a character, esp.: **a.** One used to distinguish different values of the same variable in a mathematical expression. **b.** One used to represent a unit of measurement, such as feet or minutes in latitude and longitude. **7.** also **Prime** *Ecclesiastical* The second of the seven canonical hours. No longer in liturgical use. **8.** *Mathematics* A prime number. **9.** A prime rate. **10.** See **primitive** 5b. ❖ *v.* **primed, prim·ing, primes** —*tr.* **1.** To make ready; prepare. **2.** To prepare (a gun or mine) for firing by inserting a charge of gunpowder or a primer. **3.** To prepare for operation, as by pouring water into a pump. **4.** To prepare (a surface) for painting by covering with primer. **5.** To inform or instruct beforehand; coach. —*intr.* To become prepared for future action or operation. —*idiom:* **prime the pump** *Informal* To encourage the growth or action of something. [ME, first in occurrence < OFr., fem. of *prin* < Lat. *prīmus*. See per[1] in App.] —**prime′ly** *adv.* —**prime′ness** *n.*
**prime interest rate** *n.* See **prime rate.**
**prime meridian** *n.* The zero meridian (0°), used as a reference line from which longitude east and west is measured.
**prime minister** *n.* **1.** A chief minister appointed by a ruler. **2.** The head of the cabinet and often also the chief executive of a parliamentary democracy. —**prime ministerial** *adj.* —**prime ministership, prime ministry** *n.*
**prime mover** *n.* **1a.** One regarded as the initial source of energy directed toward a goal. **b.** The initial force, such as wind, that engages or moves a machine. **c.** A machine or mechanism that converts natural energy into work. **2.** Any of various heavy-duty trucks or tractors. **3.** *Philosophy* In Aristotelian philosophy, the self-moved being causing all motion.
**prime number** *n.* A positive integer not divisible without a remainder by any positive integer other than itself and one.
**prim·er**[1] (prĭm′ər) *n.* **1.** An elementary textbook for teaching children to read. **2.** A book that covers the basic elements of a subject. [ME, devotional manual < Norman Fr. < Med.Lat. *prīmārium* < neut. of *prīmārius*, first < Lat. < *prīmus*. See PRIME.]
**prim·er**[2] (prī′mər) *n.* **1.** A cap or tube containing a small amount of explosive used to detonate the main explosive charge of a firearm or mine. **2.** An undercoat of paint or size applied to prepare a surface, as for painting. **3.** A segment of DNA or RNA that is complementary to a given DNA sequence and needed to initiate replication by DNA polymerase.
**prime rate** *n.* The lowest rate of interest on bank loans at a given time and place, offered to preferred borrowers.
**prime time** *n.* The evening hours, generally between 7 and 11 P.M., when the largest television audience is available. —**prime′-time′** (prīm′tīm′) *adj.*
**pri·me·val** (prī-mē′vəl) *adj.* Belonging to the first or earliest age or ages; original or ancient: *a primeval forest.* [< Lat. *prīmaevus*, early in life : *prīmus*, first; see per[1] in App. + *aevum*, age; see aiw- in App.] —**pri·me′val·ly** *adv.*
**prim·ing** (prī′mĭng) *n.* **1.** The act of one that primes. **2.** The explosive used to ignite a charge. **3.** A preliminary coat of paint or size applied to a surface.

Case 2:90-cv-00520-KJM-SCR    Document 3039-3    Filed 09/15/08    Page 2 of 2