# TABLE OF APPENDICES

1. San Quentin Reception Center Intake Screen and Health Assessment Update - May 2008
2. Richard J. Donovan Redesign Model – September 2008
3. Monthly Health Care Access Quality Report
4. Emergency Medical Response System Policy Chapter 12-A
   Emergency Medical Response System Procedure Chapter 12-A
   Emergency Medical Response System Bag Inventory/Audit Chapter 12-A2
5. Emergency Response Initiative Deployment Schedule
6. Plata Vacancy and Retention Report – June 2008
7. Correspondence Control and Litigation Management Unit Executive Summary Report June through August 2008
8. Health Care Appeals Memorandum to Staff – July 2008
9. Health Care Appeals Memorandum to Patient-Inmates – July 2008
10. Brochure for New Health Care Appeals Process
11. Memorandum Re: Health Care Appeals Process Concept Approval – July 2008
12. Letter to Matthew Cate Re: Northern California Reentry Facility (NCRF) – September 2008
13. Maxor Monthly Report – June 2008
14. Maxor Monthly Report – July 2008
15. McKenzie-Stephenson, Inc. Radiology Report Executive Summary
16. Navigant Lab Report Executive Summary
17. Vanir Construction Management, Inc. Avenal State Prison Master Plan Addendum
18. Avenal Monthly Report – June 2008
19. Avenal Monthly Report – July 2008
20. San Quentin Monthly Report – June 2008
21. San Quentin Monthly Report – July 2008
22. Turnaround Lifeline Newsletter 1st Edition – August 5, 2008

23. Turnaround Lifeline Newsletter 2nd Edition – September 9, 2008
24. CPR Financial Statement through June 30, 2008
25. CPR Financial Statement through August 31, 2008
26. Contract Waiver-Related Reporting
27. Construction Cabinet Member Summary
28. Draft of Charter for Construction Cabinet
29. Understanding the Cost of Prison Health Care