# APPENDIX 3

# MONTHLY HEALTH CARE ACCESS QUALITY REPORT
## August, 2008

## Avenal State Prison

AW, Health Care Operations:

Phone Number:

Analyst, Health Care Operations:

Phone Number:

| Recap | Current Month | Last Month |
|---|---|---|

Inmate Population for the Month:

Total Number of Ducats Issued & Add-on Appts:

Total Number of Inmate Refusals:

Total Number of Inmates Seen:

Total Number of Inmates Not Seen:

≈ Total Number of Inmates Not Seen Due to Custody:

≈ Total Number of Inmates Not Seen Due to Provider:

≈ Total Number of Inmates Not Seen Due to Other:

Average Number of Inmates per Scheduled Transport:

Number of Transportation Overtime Dollars:

Number of Med Guarding Overtime Dollars:

Number of Inmates Seen for On-Site Specialty Care:

Number of Inmates Seen for Off-Site Specialty Care:

MONTHLY HEALTH CARE ACCESS QUALITY REPORT
August, 2008

| | Medical Services | I | II | III | IV | V | VI | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | **Number of medical ducats issued.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 1(a) | Number of Primary Care Provider ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1(b) | Number of RN Triage ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1(c) | Number of RN ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1(d) | Number of Chronic Care ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | **Number of add-on appointments.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 3 | **Number of 7362s received.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 4 | **Number of RFSs received.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 5 | **Number of refusals.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 6 | **Number of inmates seen.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 7 | **Number of inmates not seen due to custody.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 7(a) | Lack of officers. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7(b) | Modified program in effect. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7(c) | Not enough holding space. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7(d) | Lack of intra-facility transport. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7(e) | Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | **Number of inmates not seen due to provider.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 8(a) | Unable to complete line. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8(b) | Scheduling error. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8(c) | Provider cancelled. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8(d) | Lack of inmate-patient preparation. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8(e) | Medically restricted movement. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8(f) | Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | **Number of inmates not seen due to other.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 9(a) | Inmate paroled or transferred | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(b) | Inmate received conflicting ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(c) | Unit Health Record unavailable. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(d) | Inmate moved overnight. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(e) | Inmate at hospital. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(f) | Inmate out to court. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9(g) | Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | **Total Number of inmates not seen.** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

## MONTHLY HEALTH CARE ACCESS QUALITY REPORT
### August, 2008

| Mental Health Services | I | II | III | IV | V | VI | Total |
|---|---|---|---|---|---|---|---|
| **11 Number of mental health ducats issued.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **12 Number of add-on appointments.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **13 Number of unducated EOP clinical encounters.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **14 Number of refusals.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **15 Number of inmates seen.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **16 Number of inmates not seen due to custody.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16(a) Lack of officers. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16(b) Modified program in effect. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16(c) Not enough holding space. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16(d) Lack of intra-facility transport. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16(e) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **17 Number of inmates not seen due to provider.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17(a) Unable to complete line. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17(b) Scheduling error. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17(c) Provider cancelled. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17(d) Medically restricted movement. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17(e) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **18 Number of inmates not seen due to other.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(a) Inmate paroled or transferred | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(b) Inmate received conflicting ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(c) Unit Health Record unavailable. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(d) Inmate moved overnight. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(e) Inmate at hospital. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(f) Inmate out to court. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18(e) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **19 Total number of inmates not seen.** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MONTHLY HEALTH CARE ACCESS QUALITY REPORT
August, 2008

| Dental Services | I | II | III | IV | V | VI | Total |
|---|---|---|---|---|---|---|---|
| 20 Number of dental ducats issued. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Number of add-on appointments. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Number of refusals. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 Number of inmates seen. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Number of inmates not seen due to custody. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24(a) Lack of officers. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24(b) Modified program in effect. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24(c) Not enough holding space. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24(d) Lack of intra-facility transport. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24(e) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Number of inmates not seen due to provider. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(a) Unable to complete line. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(b) Scheduling error. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(c) Provider cancelled. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(d) Lack of inmate-patient preparation. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(e) Medically restricted movement. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25(f) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Number of inmates not seen due to other. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(a) Inmate paroled or transferred. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(b) Inmate received conflicting ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(c) Unit Health Record unavailable. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(d) Inmate moved overnight. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(e) Inmate at hospital. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(f) Inmate out to court. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26(g) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 Total Number of inmates not seen. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## MONTHLY HEALTH CARE ACCESS QUALITY REPORT
### August, 2008

| Ancillary & Specialty Services | Lab | X-ray | Physical Therapy | Public Health | On-Site S.C. | Off-Site S.C. | Total |
|---|---|---|---|---|---|---|---|
| 28 Number of ducats issued. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Number of add-on appointments. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Number of refusals. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 Number of inmates seen. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 Number of inmates not seen due to custody. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32(a) Lack of officers. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32(b) Modified program in effect. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32(c) Not enough holding space. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32(d) Lack of intra-facility transport. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32(e) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 Number of inmates not seen due to provider. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(a) Line not completed. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(b) Scheduling error. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(c) Clinician cancelled. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(d) Lack of inmate-patient preparation. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(e) Medically restricted movement. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33(f) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 Number of inmates not seen due to other. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(a) Inmate paroled or transferred. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(b) Inmate received conflicting ducats. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(c) Unit Health Record unavailable. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(d) Inmate moved overnight. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(e) Inmate at hospital. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(f) Inmate out to court. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34(g) Other reason: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 Total Number of inmates not seen. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## MONTHLY HEALTH CARE ACCESS QUALITY REPORT
### August, 2008

| Emergency Services | 1W | 2W | 3W | Total |
|---|---|---|---|---|
| 36 Number of Code II transports off-site. | 0 | 0 | 0 | 0 |
| 37 Number of Code III transports off-site. | 0 | 0 | 0 | 0 |

| Transportation | 1W | 2W | 3W | Total |
|---|---|---|---|---|
| 38 Number of scheduled vehicle transports. | 0 | 0 | 0 | 0 |
| 38 (a) Health Care related. | 0 | 0 | 0 | 0 |
| 38 (b) All others; including court. | 0 | 0 | 0 | 0 |
| 39 Number of unscheduled vehicle transports. | 0 | 0 | 0 | 0 |
| 40 Number of inmates transported. | 0 | 0 | 0 | 0 |
| 41 Number of budgeted positions. | 0 | 0 | 0 | 0 |
| 42 Number of overtime dollars. | $0 | $0 | $0 | $0 |
| 43 Number of redirected staff hours. | 0 | 0 | 0 | 0 |

| Med Guarding | 1W | 2W | 3W | Total |
|---|---|---|---|---|
| 44 Number of budgeted positions. | 0 | 0 | 0 | 0 |
| 45 Number of overtime dollars. | $0 | $0 | $0 | $0 |
| 46 Number of redirected staff hours. | 0 | 0 | 0 | 0 |

| Access Unit | 1W | 2W | 3W | Total |
|---|---|---|---|---|
| 47 Number of budgeted correctional officer positions for the institution. | 0 | 0 | 0 | 0 |
| 48 Number of vacant correctional officer posts for the institution. | 0 | 0 | 0 | 0 |
| 49 Number of budgeted correctional officer positions assigned to the Access Unit. | 0 | 0 | 0 | 0 |
| 50 Number of vacant correctional officer posts assigned to the Access Unit. | 0 | 0 | 0 | 0 |