# APPENDIX 5

# Tentative Emergency Response Initiative Deployment Schedule

| INSTITUTUION | PREIMPLEMENTATION REVIEW | PRE-IMP Complete | IMPLEMENTATION DATE | IMPLEMENTATION Complete |
|---|---|---|---|---|
| CVSP PILOT | 3-Mar | X | June- 24/25 | X |
| RJD PILOT | 4-Mar | X | July- 29/30 | X |
|  |  |  |  |  |
| CCC | 14-Jul | X | Aug 18/19 | X |
| HDSP | 15-Jul | X | Sept 8/9 | X |
|  |  |  | Tentative Dates Pending P&P Approval |  |
| Review policy | changes with first 4 | institutions | Oct 15 |  |
| PVSP | 28-Jul | X | Sep 22/23 |  |
| CRC | 31-Jul | X | Oct 6/7 |  |
| SVSP | 25-Aug | X | Oct 20/21 |  |
| SAC | 3-Sep | X | November |  |
| ASP | September |  | November |  |
| ISP | September |  | November |  |
| 11 | September |  | December |  |
| 12 | November |  | December |  |
| 13 | November |  | December |  |
| 14 | November |  | January |  |
| 15 | December |  | January |  |
| 16 | December |  | January |  |
| 17 | December |  | January |  |
| 18 | January |  | February |  |
| 19 | January |  | February |  |
| 20 | January |  | February |  |
| 21 | January |  | February |  |
| 22 | February |  | March |  |
| 23 | February |  | March |  |
| 24 | February |  | March |  |
| 25 | February |  | March |  |
| 26 | March |  | April |  |
| 27 | March |  | April |  |
| 28 | March |  | April |  |
| 29 | March |  | April |  |
| 30 | April |  | May |  |
| 31 | April |  | May |  |
| 32 | April |  | May |  |
| 33 | April |  | May |  |