# APPENDIX 6

June 2008
Position Management Report

| Class Code | Class Title | Total Budgeted Positions (FY 08/09 7A) | May Revise and Unallocated Distribution | Total Authorized Positions | Total Established Positions June 08 Vacancy Rept. | Reconcile Differences (Total Unestablished) | Position Reestablishment (POP and May Revise) | Total Positions Authorized To Be Filled | Total Filled Positions June 08 Vacancies | 918 Blanket Positions (As of 06/30/08) | Sub-Total Vacant Positions | Vacancy Rate | Employees Reassigned/Redirected OUT | Employees Reassigned/Redirected IN | Leave Usage (As of 06/30/08) | Adjusted Vacant Positions | Temp Help Pos (FTE) (As of 06/30/08) | Overtime (FTE) (As of 06/30/08) | Registry Positions (FTE) (As of June 08) | Positions Utilized (Above)/Below | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | |
| 7547 | CMO | 39.0 | 0.0 | | 41.1 | | 0.0 | | 37.0 | 2.0 | | | 0.0 | 0.0 | 2.8 | | 0.0 | 0.5 | 0.0 | | |
| 9267 | Chief P&S | 35.0 | 0.0 | | 34.0 | | 0.0 | | 26.0 | 0.2 | | | 0.0 | 0.0 | 4.4 | | 0.0 | 0.0 | 0.0 | | |
| | **Total Management** | **74.0** | **0.0** | | **75.1** | | **0.0** | | **63.0** | **2.2** | | | **0.0** | **0.0** | **7.2** | | **0.0** | **0.5** | **0.0** | | |
| 9269 | P&S-CF | 161.9 | 0.0 | | 117.2 | | 0.0 | | 105.0 | 11.8 | | | 0.0 | 0.0 | 20.5 | | 0.2 | 0.2 | 0.0 | | |
| 9268 | P&S-IM/FP | 123.2 | (26.8) | | 182.3 | | 20.8 | | 121.0 | 3.4 | | | 0.0 | 0.0 | 12.6 | | 0.1 | 0.0 | 35.9 | | |
| 8016 | PA | 15.5 | 0.0 | | 18.0 | | 0.0 | | 18.0 | 3.5 | | | 0.0 | 0.0 | 1.6 | | 0.0 | 2.3 | 12.2 | | |
| 9278 | NP | 78.7 | (5.8) | | 22.1 | | 5.8 | | 47.0 | 3.0 | | | 0.0 | 0.0 | 6.4 | | 0.7 | 3.8 | 7.4 | | |
| | **Total Primary Care Providers** | **379.3** | **(26.8)** | | **339.6** | | **26.6** | | **289.0** | **21.6** | | | **0.0** | **0.0** | **41.2** | | **1.0** | **6.2** | **60.5** | | |
| 9319 | SRN III - Medical | 37.5 | 0.5 | | 46.0 | | 0.5 | | 43.0 | 1.0 | | | 0.0 | 0.0 | 6.7 | | 0.0 | 0.0 | 0.0 | | |
| 9319 | SRN III - **Mental Health** | 4.0 | 0.0 | | 3.0 | | 0.0 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.9 | | 0.0 | 0.0 | 0.0 | | |
| 9318 | SRN II - Medical | 207.8 | 3.0 | | 219.0 | | 1.0 | | 206.0 | 9.0 | | | 0.0 | 0.0 | 37.6 | | 0.0 | 24.3 | 0.0 | | |
| 9318 | SRN II - **Mental Health** | 39.5 | 0.0 | | 36.5 | | 0.0 | | 34.0 | 1.0 | | | 0.0 | 0.0 | 11.9 | | 0.0 | 3.0 | 0.0 | | |
| 9317 | SRN I - Medical | 8.0 | (1.0) | | 1.0 | | 1.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9317 | SRN I - **Mental Health** | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| | **Total Supervision - Medical** | **253.3** | **2.5** | | **266.0** | | **2.5** | | **250.0** | **10.0** | | | **0.0** | **0.0** | **44.3** | | **0.0** | **24.3** | **0.0** | | |
| | **Total Supervision - Mental Health** | **43.5** | **0.0** | | **39.5** | | **0.0** | | **37.0** | **1.0** | | | **0.0** | **0.0** | **11.9** | | **0.0** | **3.0** | **0.0** | | |
| 9275 | RN - Medical | 1454.3 | (12.5) | | 1429.9 | | 29.8 | | 1323.0 | 17.1 | | | 0.0 | 0.0 | 0.0 | | 23.3 | 218.6 | 69.8 | | |
| 9275 | RN - **Mental Health** | 307.0 | 5.6 | | 308.2 | | (5.6) | | 276.0 | 4.1 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 36.3 | 0.0 | | |
| 8274 | LVN - Medical | 1123.0 | (4.6) | | 1162.7 | | 32.8 | | 956.0 | 1.1 | | | 0.0 | 0.0 | 114.5 | | 10.9 | 222.3 | 230.1 | | |
| 8274 | LVN - **Mental Health** | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 1.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.5 | 0.0 | | |
| 8182 | CNA - Medical | 24.3 | 0.0 | | 24.5 | | 0.0 | | 22.0 | 3.5 | | | 0.0 | 0.0 | 2.5 | | 0.2 | 7.4 | 254.9 | | |
| 8182 | CNA - **Mental Health** | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.8 | 0.0 | 0.0 | | |
| 8236 | Psych Techn (Safety) - Medical | 2.0 | 0.0 | | 2.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.3 | | 0.0 | 0.7 | 0.0 | | |
| 8236 | Psych Techn (Safety) - **Mental Health** | 541.4 | 6.1 | | 492.6 | | (6.1) | | 406.0 | 0.9 | | | 0.0 | 0.0 | 59.9 | | 0.0 | 32.2 | 0.0 | | |
| | **Total Rank & File- Nursing - Medical** | **2603.6** | **(17.1)** | | **2619.1** | | **62.6** | | **2303.0** | **21.7** | | | **0.0** | **0.0** | **117.3** | | **34.5** | **448.9** | **554.9** | | |
| | Total Rank & File- Nursing - **Mental Health** | 849.4 | 11.7 | | 801.8 | | (11.7) | | 686.0 | 5.9 | | | 0.0 | 0.0 | 60.2 | | 0.0 | 69.0 | 0.0 | | |
| | **Total - PCP & Nursing - Medical** | **3310.2** | **(41.7)** | | **3349.8** | | **91.7** | | **2906.0** | **55.4** | | | **0.0** | **0.0** | **209.3** | | **35.5** | **480.4** | **615.4** | | |
| | Total - PCP & Nursing - **Mental Health** | 892.9 | 11.7 | | 841.3 | | (11.7) | | 723.0 | 6.9 | | | 0.0 | 0.0 | 72.0 | | 0.0 | 72.0 | 0.0 | | |
| | **ALL POSITIONS (Excluding PCP & Nursing)** | | | | | | | | | | | | | | | | | | | | |
| 1733 | Account Clerk II | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.6 | 0.0 | | |
| 1741 | Accounting Tech | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5361 | Administrative Asst I | 36.0 | 0.0 | | 37.0 | | 0.0 | | 27.0 | 2.0 | | | 0.0 | 0.0 | 3.0 | | 0.0 | 1.2 | 0.0 | | |
| 5358 | Administrative Asst II | 3.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 3.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.2 | 0.0 | | |
| 5393 | Assoc Govt Prog Analyst | 188.5 | 50.0 | | 361.0 | | 1.0 | | 323.0 | 2.6 | | | 0.0 | 0.0 | 19.5 | | 0.0 | 5.7 | 0.0 | | 33 pos 9/12 [illegible] memo |
| 8337 | Assoc Hlth Prog Advr | 15.0 | 0.0 | | 22.0 | | 0.0 | | 15.0 | 0.3 | | | 0.0 | 0.0 | 1.5 | | 0.0 | 1.6 | 0.0 | | |
| 1470 | Assoc Info Syss Analyst - Spec | 33.0 | 0.0 | | 14.0 | | 0.0 | | 12.0 | 1.0 | | | 0.0 | 0.0 | 1.0 | | 0.0 | 0.5 | 0.0 | | |
| 5142 | Assoc Pers Analyst | 11.0 | 0.0 | | 13.0 | | 0.0 | | 11.0 | 0.0 | | | 0.0 | 0.0 | 0.9 | | 0.0 | 0.0 | 0.0 | | |
| 1123 | Asst Clk | 3.4 | 0.0 | | 13.0 | | 0.0 | | 10.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1479 | Asst Info Systems Analyst | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 1.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 6394 | Auto Equip Operator I, CF | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.1 | 0.0 | | |
| 6216 | Bldg Maint Worker, CF | 15.0 | 0.0 | | 15.0 | | 0.0 | | 14.0 | 0.0 | | | 0.0 | 0.0 | 1.1 | | 0.0 | 0.6 | 0.0 | | |
| 4973 | Business Service Officer II (Supr) | 2.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |

June 2008
Position Management Report

| Class Code | Class Title | Total Budgeted Positions (FY 08/09 7A) | May Revise and Unallocated Distribution | Total Authorized Positions | Total Established Positions June 08 Vacancy Rept. | Reconcile Differences (Total Unestablished) | Position Reestablishment (POP and May Revise) | Total Positions Authorized To Be Filled | Total Filled Positions June 08 Vacancies | 918 Blanket Positions (As of 06/30/08) | Sub-Total Vacant Positions | Vacancy Rate | Employees Reassigned/Redirected OUT | Employees Reassigned/Redirected IN | Leave Usage (As of 06/30/08) | Adjusted Vacant Positions | Temp Help Pos (FTE) (As of 06/30/08) | Overtime (FTE) (As of 06/30/08) | Registry Positions (FTE) (As of June 08) | Positions Utilized (Above)/Below | Comments: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | |
| 7500 | CEA | 126.0 | 0.0 | | 19.0 | | 0.0 | | 15.0 | 0.0 | | | 0.0 | 0.0 | 1.0 | | 0.0 | 0.0 | 0.0 | | |
| 2578 | Chief Dep- Clinical | 5.0 | 6.0 | | 4.0 | | 0.0 | | 4.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9279 | Clinical Dietician | 7.0 | (0.5) | | 7.0 | | 0.5 | | 5.0 | 0.0 | | | 0.0 | 0.0 | 0.5 | | -1.0 | 0.1 | 6.7 | | |
| 9293 | Clinical Lab Tech | 38.4 | 0.0 | | 37.4 | | 0.0 | | 18.0 | 0.4 | | | 0.0 | 0.0 | 2.6 | | 0.3 | 1.7 | 45.5 | | |
| 9872 | Clinical Soc Worker, CF Safety | 13.8 | 0.0 | | 13.0 | | 0.0 | | 9.0 | 0.0 | | | 0.0 | 0.0 | 0.6 | | 0.0 | 0.0 | 0.0 | | |
| 8403 | Communicable Disease Specialist | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8353 | Community Program Specialist | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 2187 | Cook Spec I, CF | 3.2 | 0.0 | | 3.2 | | 0.0 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.5 | | 0.0 | 0.1 | 0.0 | | |
| 2186 | Cook Spec II, CF | 21.0 | 0.0 | | 21.0 | | 0.0 | | 20.0 | 0.0 | | | 0.0 | 0.0 | 2.1 | | 0.0 | 1.7 | 0.0 | | |
| 9645 | Corr Administrator, DOC | 9.0 | 0.0 | | 5.0 | | 0.0 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 4910 | Corr Hlth Svcs Administr I, CF | 18.0 | 2.0 | | 17.0 | | 0.0 | | 14.0 | 1.0 | | | 0.0 | 0.0 | 1.1 | | 0.0 | 0.0 | 0.0 | | |
| 4912 | Corr Hlth Svcs Administr II, CF | 27.0 | 0.0 | | 24.0 | | 0.0 | | 19.0 | 0.0 | | | 0.0 | 0.0 | 1.7 | | 0.0 | 0.0 | 0.0 | | |
| 9656 | Corr Lieut | 4.6 | (3.6) | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9901 | Correctional Counselor II, Spec | 2.6 | 0.0 | | 2.6 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.0 | 0.0 | | |
| 9662 | Correctional Officer | 202.5 | [illegible] | | 16.3 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 3.7 | | 0.0 | 1.7 | 0.0 | | |
| 9659 | Correctional Sergeant | 16.7 | (7.2) | | 3.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.2 | 0.0 | | |
| 2004 | Custodian Supvr II, CF | 6.0 | 0.0 | | 6.0 | | 0.0 | | 6.0 | 0.0 | | | 0.0 | 0.0 | 0.8 | | 0.0 | 0.5 | 0.0 | | |
| 2006 | Custodian , CF (2006) | 17.5 | 0.0 | | 17.1 | | 0.0 | | 18.0 | 2.0 | | | 0.0 | 0.0 | 1.7 | | 0.0 | 2.4 | 0.0 | | |
| 1384 | Data Processing Manager II | 3.0 | 0.0 | | 4.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1393 | Data Processing Manager III | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 7911 | Dental Asst | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.2 | 0.0 | | |
| 1728 | Executive Assistant | 0.0 | 0.0 | | 4.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1247 | Executive Secretary | 2.0 | 0.0 | | 2.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9646 | Facility Capt, CI | 13.0 | 0.0 | | 11.0 | | 0.0 | | 10.0 | 0.0 | | | 0.0 | 0.0 | 3.0 | | 0.0 | 0.0 | 0.0 | | |
| 2153 | Food Admin I | 15.0 | 0.0 | | 15.0 | | 0.0 | | 10.0 | 0.0 | | | 0.0 | 0.0 | 0.6 | | 0.0 | 0.0 | 0.0 | | |
| 8332 | Hlth Education Consultant III | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 4648 | Hlth Plan Spec II | 1.7 | 0.0 | | 0.7 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8202 | Hlth Plan Coordinator | 2.0 | (1.0) | | 2.0 | | 1.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8428 | Hlth Prog Manager II | 1.0 | 0.0 | | 3.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8338 | Hlth Prog Spec I | 61.3 | 0.0 | | 47.0 | | 0.0 | | 26.0 | 1.0 | | | 0.0 | 0.0 | 3.5 | | 0.0 | 1.4 | 0.0 | | |
| 1869 | Hlth Recd Techn I | 244.2 | 12.2 | | 237.1 | | 3.5 | | 216.0 | 3.0 | | | 0.0 | 0.0 | 26.1 | | 0.0 | 11.7 | 0.0 | | |
| 1872 | Hlth Recd Techn II, Spec | 10.0 | 0.0 | | 10.0 | | 0.0 | | 10.0 | 0.0 | | | 0.0 | 0.0 | 2.2 | | 0.0 | 0.4 | 0.0 | | |
| 1887 | Hlth Recd Techn II- Supvr | 66.0 | 5.0 | | 76.0 | | 0.0 | | 70.0 | 1.0 | | | 0.0 | 0.0 | 8.0 | | 0.0 | 6.9 | 0.0 | | |
| 1873 | Hlth Recd Techn III | 1.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8307 | Hosp Aid, CF | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 2043 | Housekeeper | 1.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5138 | Institutional Personnel Officer II | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5156 | Jr. Staff Service Analyst - Gen | 2.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9265 | Lab Assist | 61.0 | 5.0 | | 61.0 | | 0.0 | | 55.0 | 2.0 | | | 0.0 | 0.0 | 4.5 | | 0.0 | 3.1 | 0.0 | | |
| 7877 | Lab Tech- Chemical Analysis | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 3.9 | | |
| 2116 | Laundry Worker | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 2005 | Lead Custodian, CF | 5.0 | 0.0 | | 6.0 | | 0.0 | | 4.0 | 0.0 | | | 0.0 | 0.0 | 0.3 | | 0.0 | 0.1 | 0.0 | | |
| 4687 | Limited Exam/ Appt Prog Cand | 0.0 | 0.0 | | 1.6 | | 0.0 | | 2.0 | 0.5 | | | 0.0 | 0.0 | 0.5 | | 0.0 | 0.0 | 0.0 | | |
| 6643 | Locksmith I, CF | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.1 | 0.0 | | |

Case 2:90-cv-00520-KJM-SCR Document 3042-3 Filed 09/16/08 Page 4 of 5

June 2008
Position Management Report

| Class Code | Class Title | Total Budgeted Positions (FY 08/09 7A) | May Revise and Unallocated Distribution | Total Authorized Positions | Total Established Positions June 08 Vacancy Rept. | Reconcile Differences (Total Unestablished) | Position Reestablishment (POP and May Revise) | Total Positions Authorized To Be Filled | Total Filled Positions June 08 Vacancies | 918 Blanket Positions (As of 06/30/08) | Sub-Total Vacant Positions | Vacancy Rate | Employees Reassigned/Redirected OUT | Employees Reassigned/Redirected IN | Leave Usage (As of 06/30/08) | Adjusted Vacant Positions | Temp Help Pos (FTE) (As of 06/30/08) | Overtime (FTE) (As of 06/30/08) | Registry Positions (FTE) (As of June 08) | Positions Utilized (Above)/Below | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | |
| | | | | [illegible] | | [illegible] | | [illegible] | | | [illegible] | [illegible] | | | | [illegible] | | | | [illegible] | |
| 6941 | Maintenance Mechanic, CF | 4.0 | 0.0 | | 4.0 | | 0.0 | | 4.0 | 0.0 | | | 0.0 | 0.0 | 0.4 | | 0.0 | 0.5 | 0.0 | | |
| 5278 | Mgmt Svcs Tech | 22.2 | 0.0 | | 7.0 | | 0.0 | | 6.0 | 0.0 | | | 0.0 | 0.0 | 0.5 | | 0.0 | 0.0 | 0.0 | | |
| 1508 | Materials & Stores Supvr I, | 25.4 | (7.0) | | 26.3 | | 1.0 | | 25.0 | 0.0 | | | 0.0 | 0.0 | 2.7 | | 0.0 | 1.9 | 0.0 | | |
| 1505 | Materials and Stores Supvr II | 15.0 | 0.0 | | 15.0 | | 0.0 | | 15.0 | 0.0 | | | 0.0 | 0.0 | 1.0 | | 0.0 | 1.5 | 0.0 | | |
| 1864 | Med Recd Director | 9.0 | 0.0 | | 8.0 | | 0.0 | | 4.0 | 0.0 | | | 0.0 | 0.0 | 0.3 | | 0.0 | 0.0 | 0.0 | | |
| 8217 | Med Tech Asst, CF | 65.9 | 1.5 | | 2.7 | | (1.5) | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 1177 | Med Transcriber | 88.2 | 8.1 | | 89.2 | | 0.0 | | 65.0 | 0.0 | | | 0.0 | 0.0 | 8.6 | | 0.0 | 3.5 | 0.0 | | |
| 9551 | Med-Secty | 36.0 | 0.0 | | 35.0 | | 0.0 | | 32.0 | 0.0 | | | 0.0 | 0.0 | 3.0 | | 0.0 | 1.7 | 0.0 | | |
| 8136 | Nurse Anesthetist | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8327 | Nurse Consultant | 56.0 | 0.0 | | 49.0 | | 0.0 | | 41.0 | 0.0 | | | 0.0 | 0.0 | 3.6 | | 0.0 | 0.0 | 0.0 | | |
| 9353 | Nurse Instructor | 8.0 | 25.0 | | 31.0 | | 0.0 | | 27.0 | 0.0 | | | 0.0 | 0.0 | 5.2 | | 0.0 | 1.4 | 0.0 | | |
| 9280 | Occ Therapist | 1.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1441 | Ofc Asst-Gen | 31.6 | 0.0 | | 26.1 | | 0.0 | | 19.0 | 0.0 | | | 0.0 | 0.0 | 3.6 | | 0.0 | 2.5 | 0.0 | | |
| 1379 | Ofc Asst-Typing | 195.4 | (1.3) | | 138.5 | | 1.3 | | 115.0 | 3.2 | | | 0.0 | 0.0 | 15.7 | | 5.7 | 7.5 | 157.5 | | |
| 1148 | Ofc Svcs Supvr I-Typing | 33.5 | 0.0 | | 241.1 | | 0.0 | | 184.0 | 0.0 | | | 0.0 | 0.0 | 1.5 | | 0.0 | 0.5 | 0.0 | | |
| 1150 | Ofc Svcs Supr II- Gen | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 1138 | Ofc Techn- Gen | 2.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.5 | | 0.0 | 0.0 | 0.0 | | |
| 1139 | Ofc Techn- Typing | 396.8 | 37.2 | | 558.2 | | 5.2 | | 387.0 | 3.0 | | | 0.0 | 0.0 | 49.5 | | 0.0 | 17.5 | 0.0 | | 33 pos 9/12 General memo |
| 7971 | Optometrist | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1303 | Personnel Svcs Specialist I | 6.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.1 | 0.0 | | |
| 1314 | Personnel Svcs Supvr II | 2.0 | 0.0 | | 2.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.1 | 0.0 | | |
| 1304 | Personnel Svcs Supvr I | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.3 | | | 0.0 | 0.0 | 0.5 | | 0.0 | 0.0 | 0.0 | | |
| 5160 | Personnel Technician | 5.0 | 0.0 | | 4.0 | | 0.0 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.7 | | 0.0 | 0.0 | 0.0 | | |
| 9281 | Phys Therapist I | 1.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 10.1 | | |
| 7982 | Pharmacist I | 99.2 | 40.1 | | 127.6 | | 2.5 | | 81.0 | 2.0 | | | 0.0 | 0.0 | 15.4 | | 2.1 | 9.1 | 39.2 | | |
| 7981 | Pharmacist II | 33.0 | 1.0 | | 34.0 | | 0.0 | | 24.0 | 0.0 | | | 0.0 | 0.0 | 3.3 | | 0.0 | 0.0 | 6.1 | | |
| 7996 | Pharmacy Svcs Mgr | 4.0 | 0.0 | | 4.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 7979 | Pharmacy Tech | 131.2 | 96.3 | | 236.9 | | 4.6 | | 177.0 | 5.1 | | | 0.0 | 0.0 | 19.3 | | 0.0 | 10.5 | 63.5 | | |
| 7977 | Podiatrist | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 9927 | Program Tech | 1.3 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 3.0 | | | 0.0 | 0.0 | 0.8 | | 0.0 | 0.3 | 2.8 | | |
| 1549 | Property Controller II | 1.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.1 | 0.0 | | |
| 9922 | Protestant Chaplain | 2.0 | 0.0 | | 2.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9870 | Psych Soc Worker | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9849 | Psychologist-Clinical CF | 4.0 | (0.5) | | 4.0 | | 0.5 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.0 | 0.0 | | |
| 9274 | Pub Hlth Nurse I | 21.0 | 0.0 | | 19.0 | | 0.0 | | 18.0 | 1.0 | | | 0.0 | 0.0 | 2.3 | | 0.0 | 2.2 | 0.0 | | |
| 9345 | Pub Hlth Nurse II | 20.0 | 0.0 | | 21.0 | | 0.0 | | 17.0 | 0.0 | | | 0.0 | 0.0 | 1.2 | | 0.0 | 2.2 | 0.0 | | |
| 9315 | Radiologic Technologist | 43.4 | 0.0 | | 43.4 | | 0.0 | | 38.0 | 1.0 | | | 0.0 | 0.0 | 3.7 | | 0.0 | 1.4 | 8.8 | | |
| 8317 | Rec Therapist | 7.0 | 0.0 | | 5.0 | | 0.0 | | 5.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.0 | 0.0 | | |
| 5738 | Research Manager II | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5742 | Research Program Specialist I | 2.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5629 | Research Scientist V (Epidemiology/Bio) | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8184 | Respiratory Care Supvr, CF | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 8276 | Respiratory Care Practitioner | 5.0 | 0.0 | | 5.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 1.7 | | |
| 1120 | Seasonal Clerk | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.8 | 0.0 | 0.0 | | |

June 2008
Position Management Report

| Class Code | Class Title | Total Budgeted Positions (FY 08/09 7A) | May Revise and Unallocated Distribution | Total Authorized Positions | Total Established Positions June 08 Vacancy Rept. | Reconcile Differences (Total Unestablished) | Position Reestablishment (PCP and May Revise) | Total Positions Authorized To Be Filled | Total Filled Positions June 08 Vacancies | 918 Blanket Positions (As of 06/30/08) | Sub-Total Vacant Positions | Vacancy Rate | Employees Reassigned/Redirected OUT | Employees Reassigned/Redirected IN | Leave Usage (As of 06/30/08) | Adjusted Vacant Positions | Temp Help Pos (FTE) (As of 06/30/08) | Overtime (FTE) (As of 06/30/08) | Registry Positions (FTE) (As of June 08) | Positions Utilized (Above)/Below | Comments: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | |
| 9348 | Sr Clinical Lab Technologist | 27.5 | 0.0 | | 28.0 | | 0.0 | | 22.0 | 0.2 | | | 0.0 | 0.0 | 8.5 | | 0.0 | 1.4 | 0.0 | | |
| 1337 | Sr. Info Systems Analyst (Spec) | 32.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9266 | Sr. Lab Asst, CF | 2.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.2 | 0.0 | | |
| 8215 | Sr Med Tech Asst, CF | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1178 | Sr. Med Transcriber | 6.0 | 0.0 | | 6.0 | | 0.0 | | 8.0 | 0.0 | | | 0.0 | 0.0 | 0.6 | | 0.0 | 0.2 | 0.0 | | |
| 131? | Sr. Personnel Svcs Specialist | 4.0 | 0.0 | | 7.0 | | 0.0 | | 7.0 | 0.0 | | | 0.0 | 0.0 | 1.4 | | 0.0 | 0.0 | 0.0 | | |
| 9270 | Sr. Psychiatrist | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9274 | Sr. Psychologist, CF-Supvr | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9358 | Sr Radiologic Technologist-Spec | 26.6 | 0.0 | | 25.6 | | 0.0 | | 25.0 | 0.0 | | | 0.0 | 0.0 | 3.6 | | 0.0 | 1.1 | 0.0 | | |
| 7361 | Sr. Radiologic Technologist-Supvr | 2.0 | 0.0 | | 3.0 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.2 | 0.0 | | |
| 5815 | Staff Counsel III, Supvr | 1.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 131? | Staff Info Sys Analyst | 8.0 | 0.0 | | 8.0 | | 0.0 | | 5.0 | 0.0 | | | 0.0 | 0.0 | 0.4 | | 0.0 | 1.1 | 0.0 | | |
| 7618 | Staff Psychiatrist | 1.0 | 0.0 | | 1.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 5157 | Staff Svcs Analyst-Gen | 219.2 | 47.0 | | 17.2 | | 2.0 | | 14.0 | 6.5 | | | 0.0 | 0.0 | 32.8 | | 0.0 | 8.0 | 0.0 | | |
| 4800 | Staff Services Manager I | 63.0 | 0.0 | | 51.0 | | 0.0 | | 37.0 | 5.0 | | | 0.0 | 0.0 | 3.7 | | 0.0 | 0.0 | 0.0 | | |
| 4969 | Staff Services Manager II | 16.0 | 0.0 | | 16.0 | | 0.0 | | 11.0 | 0.0 | | | 0.0 | 0.0 | 2.1 | | 0.0 | 0.0 | 0.0 | | |
| 4802 | Staff Services Manager III | 6.0 | 0.0 | | 3.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.0 | 0.0 | | |
| 6712 | Stationary Engineer | 1.0 | 0.0 | | 2.8 | | 0.0 | | 2.0 | 0.0 | | | 0.0 | 0.0 | 0.1 | | 0.0 | 0.1 | 0.0 | | |
| 6717 | Stationary Engineer Apprentice | 0.8 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 8328 | Stds Compliance Coord | 22.0 | (1.0) | | 22.0 | | 1.0 | | 18.0 | 0.0 | | | 0.0 | 0.0 | 2.8 | | 0.0 | 0.0 | 0.0 | | |
| 4870 | Student Assistant | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 3.0 | 0.0 | 0.0 | | |
| 9349 | Supvng Clinical Lab Technologist | 7.0 | 0.0 | | 7.0 | | 0.0 | | 5.0 | 0.0 | | | 0.0 | 0.0 | 0.4 | | 0.0 | 0.0 | 0.0 | | |
| 2183 | Supvng Cook I | 50.9 | (1.5) | | 51.1 | | 1.5 | | 45.0 | 0.0 | | | 0.0 | 0.0 | 6.9 | | 0.0 | 9.1 | 0.0 | | |
| 5480 | Supvng Corr Cook, DOC | 5.0 | 0.0 | | 5.0 | | 0.0 | | 5.0 | 0.0 | | | 0.0 | 0.0 | 2.0 | | 0.0 | 0.7 | 0.0 | | |
| 9867 | Supvng Psych Soc Worker I | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 9277 | Surgical Nurse I, CF | 15.0 | 0.0 | | 15.0 | | 0.0 | | 14.0 | 0.0 | | | 0.0 | 0.0 | 2.4 | | 0.0 | 1.3 | 0.0 | | |
| 9329 | Surgical Nurse II, CF | 4.0 | 0.0 | | 3.0 | | 0.0 | | 3.0 | 0.0 | | | 0.0 | 0.0 | 0.4 | | 0.0 | 0.0 | 0.0 | | |
| 1587 | System Software Specialist | 2.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.7 | | 0.0 | 0.0 | 0.0 | | |
| 5196 | Training Officer III | 0.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 5194 | Training Officer II | 2.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.0 | 0.0 | | |
| 6382 | Truck Drvr, CF | 1.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.2 | | 0.0 | 0.0 | 0.0 | | |
| 2600 | Voc Instructor- Janitorial | 2.0 | 0.0 | | 1.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.1 | 0.0 | | |
| 6220 | Warehouse Worker | 2.0 | 0.0 | | 2.0 | | 0.0 | | 1.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| 1181 | Word Proc Tech | 1.0 | 0.0 | | 0.0 | | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| Misc | Miscellaneous | 14.0 | 0.0 | | 24.0 | | 0.0 | | 11.0 | 3.0 | | | 0.0 | 0.0 | 1.5 | | 6.4 | 2.3 | 0.0 | | |
| | Total All Positions (Excluding PCP & Nursing) | 3751.5 | 56.2 | | 3213.7 | | 24.1 | | 2504.0 | 54.1 | | | 0.0 | 0.0 | 307.8 | | 19.1 | 132.7 | 343.9 | | |
| | Grand Total ~ All Positions | 7061.7 | 15.0 | | 8563.6 | | 115.8 | | 6409.0 | 109.4 | | | 0.0 | 0.0 | 617.7 | | 54.6 | 513.1 | 959.3 | | |