# APPENDIX 7

# Controlled Correspondence and Litigation Management Unit
# Executive Summary Report
# June 2008

1. **Focus:** The following analysis represents the number of correspondence, litigation issues, and the Inmate Health Care Inquiry Line (Hotline) calls received, processed, and were overdue for June 2008 compared to May 2008.

2. **Source Data:** The statistics are derived from the Controlled Correspondence and Litigation Management Unit (CCLMU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning February 2008, CCLMU began responding to correspondence sent to the Office of the Receiver.)

|  | June 2008 | May 2008 |
| --- | --- | --- |
| Correspondence Received | 424* | 244** |
| Correspondence Completed | 310* | 221** |
| Correspondence Overdue+ | 4+ | 3 |

\* Of the 424 correspondences received, 238 of the correspondences were forwarded from the Office of the Receiver to CCLMU for processing.

\*\* Of the 244 correspondences received, 109 of the correspondences were forwarded from the Office of the Receiver to CCLMU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed and overdue.

|  | June 2008 | May 2008 |
| --- | --- | --- |
| Hotline Calls Received | 44 | 55 |
| Hotline Calls Completed | 46 | 60 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed and overdue.

|  | June 2008 | May 2008 |
| --- | --- | --- |
| Litigation Received | 55 | 64 |
| Litigation Completed | 53 | 67 |
| Litigation Overdue♦ | 0 | 0 |

+NOTE: Overdue correspondences are Merit Awards completed by CCLMU. The Merit Awards were forwarded to and are pending approval by Mr. Dezemeber's office.

♦NOTE: This is a date in time snapshot report, which means there were no overdue Hotline or Litigation items on June 30, 2008.

# Controlled Correspondence and Litigation Management Unit
## Executive Summary Report
## July 2008

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], and Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for July 2008 compared to June 2008.

2. **Source Data:** The statistics are derived from the Controlled Correspondence and Litigation Management Unit (CCLMU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCLMU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

|  | July 2008 | June 2008 |
|---|---|---|
| Correspondence Received | 418* | 424** |
| Correspondence Completed | 351* | 310** |
| Correspondence Overdue+ | 61+ | 4+ |

* Of the 418 correspondences received, 196 of the correspondences were forwarded from the Office of the Receiver, 57 were from the CPR web-site email, and zero were from COCF to CCLMU for processing.

** Of the 424 correspondences received, 238 of the correspondences were forwarded from the Office of the Receiver, 15 were from the CPR web-site email, and 1 was from COCF to CCLMU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed, and overdue.

|  | July 2008 | June 2008 |
|---|---|---|
| Hotline Calls Received | 62 | 44 |
| Hotline Calls Completed | 65 | 46 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed, and overdue.

|  | July 2008 | June 2008 |
|---|---|---|
| Litigation Received | 61 | 55 |
| Litigation Completed | 53 | 53 |
| Litigation Overdue | 0 | 0 |

+NOTE: Four of the overdue correspondences are Merit Awards completed by CCLMU. The Merit Awards were forwarded to and are pending approval by Mr. Dezember's office.

♦NOTE: This is a date in time snapshot report, which means there were no overdue Hotline items on July 31, 2008.

# Controlled Correspondence and Litigation Management Unit
## Executive Summary Report
## August 2008

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], and Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for August 2008 compared to July 2008.

2. **Source Data:** The statistics are derived from the Controlled Correspondence and Litigation Management Unit (CCLMU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCLMU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

|  | August 2008 | July 2008 |
|---|---|---|
| Correspondence Received | 408* | 418** |
| Correspondence Completed | 343 | 351 |
| Correspondence Overdue+ | 137+ | 61+ |

* Of the 408 correspondences received, 203 were forwarded from the Office of the Receiver, 28 were from the CPR web-site email, and zero was from COCF to CCLMU for processing.

** Of the 418 correspondences received, 196 were forwarded from the Office of the Receiver, 57 were from the CPR web-site email, and zero was from COCF to CCLMU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed, and overdue.

|  | August 2008 | July 2008 |
|---|---|---|
| Hotline Calls Received | 41 | 62 |
| Hotline Calls Completed | 43 | 65 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed, and overdue.

|  | August 2008 | July 2008 |
|---|---|---|
| Litigation Received | 61 | 61 |
| Litigation Completed | 69 | 53 |
| Litigation Overdue | 0 | 0 |

+NOTE: Two of the overdue correspondences are Merit Awards completed by CCLMU. The Merit Awards were forwarded to and are pending approval by Mr. Dezember's office.

♦NOTE: This is a date in time snapshot report, which means there were no overdue Hotline or Litigation items on August 31, 2008.