# APPENDIX 8

# Memorandum

Date : July 22, 2008

To : Wardens
Health Care Managers
Institution Appeals Coordinators
Health Care Appeals Coordinators

Subject: **NEW HEALTH CARE APPEALS PROCESS – CORRECTED VERSION**

The purpose of the inmate appeal process is to provide resolution of inmate/parolee grievances in a timely manner and at the lowest possible level. In addition, the inmate appeal process is intended to serve as a vehicle for improving departmental policies and procedures, as specified by the California Department of Corrections and Rehabilitation's (CDCR) Department Operations Manual (DOM), by auditing the internal practices and operation of the CDCR to "identify, modify, or eliminate practices which may not be necessary or may impede the accomplishment of correctional goals".

Currently, the Inmate Appeals Branch (IAB) is responsible for oversight of the entire inmate appeals process. Historically, the IAB has been unable to obtain authority for and hire clinical staff to review and respond to Director's Level appeals which has been identified by various stakeholders as a concern. Effective August 1, 2008, the Office of the Receiver will assume responsibility for all health care related appeals. This will include receipt, tracking, response to and reporting on all health care appeals.

Following is a description of the changes to the current inmate appeals process:

Institution Level Health Care Appeals

- A new health care appeal form has been approved and shall be made available to all inmates-patients. This new form is a CDCR Form 602-HC (attached) and is pink in color.

- Beginning August 1, 2008, inmate-patients are expected to submit health care related appeals using the new pink form and all other appeals using the existing CDC Form 602 (green copy) *except for* Americans with Disabilities Act (ADA) appeals which must be submitted on a CDC Form 1824 (yellow copy). Appeals which contain both a health care and custody issue shall not be returned to the inmate. Instead, the appeals office which received the appeal will: 1) notify the inmate that the issues are being split; 2) copy the appeal document; and 3) forward the copy to the appropriate Appeals Coordinator.

Wardens
Health Care Managers
Institution Appeals Coordinators
Health Care Appeals Coordinators
Page 2

- All appeals regarding health care issues shall be submitted directly to the Health Care Appeals Office at each institution for tracking and response.

- All ADA appeals must be submitted to the Institution Appeals Office using CDC Form 1824 for tracking and response. The medical verification (CDC Form 1845) will be tracked and completed by health care staff.

- Appeals submitted as Citizen's Complaints/Staff Complaints will continue to be processed through the Institution Appeals Coordinators, regardless of the classification of staff involved.

Director's Level Appeals

All Directors' Level Appeals regarding health care issues shall be submitted to:

Office of Third Level Appeals – Health Care
P. O. Box 4038
Sacramento, CA 95814-4038

Health care related appeals that were submitted prior to August 1, 2008, will continue to be processed using existing procedures. The inmate shall not be directed to re-submit the issue using a CDC Form 602-HC.

The new CDCR Form 602-HC, a memorandum notifying the inmate population of the new health care appeal process, and an inmate-patient brochure (attached) will be printed and delivered to all institutions for distribution by July 31, 2008. The inmate-patient memorandum and brochure will be distributed to inmate-patients by Health Care Staff during the reception center or intake health screening encounter. The Health Care Appeals Coordinators will be responsible for the distribution of the CDCR Form 602-HC and inmate-patient brochure to all other appropriate areas such as housing units (including Administrative Segregation and Security Housing Units), Law Libraries, Triage and Treatment Areas, etc. It is also recommended that copies of the memorandum and brochure be provided to members of the inmate advisory council (IAC), as they may assist in notifying the inmate population.

Thank you in advance for your cooperation and compliance. Should you require additional information regarding the new health care appeals process, please contact Theresa Kimura-Yip, Associate Director, Plata Policy and Field Operations Branch, at (916) 327-1205. For questions regarding the institutional

Wardens
Health Care Managers
Institution Appeals Coordinators
Health Care Appeals Coordinators
Page 3

appeals process, please contact Nola Grannis, Chief, Inmate Appeals Branch, at (916) 464-4285.

SUZAN L. HUBBARD
Director
Division of Adult Institutions

YULANDA MYNHIER
Director (A)
*Plata* Field Support Division

Attachment

cc: J. Clark Kelso
John Hagar
Terry Hill, M. D.
Robin Dezember
Scott Kernan
Jeff Thompson
Marisela Montes
Regional Medical Directors
Associate Directors, Division of Adult Institutions
Regional Directors of Nursing
Regional Administrators
Nola Grannis
Theresa Kimura-Yip
Wendy Feichter
Health Care Managers
Wardens
Health Care Appeals Coordinators
Inmate Appeals Coordinators

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

Side 1

Location: Institution/Parole Region:   Log #:   Category:
1. _____   1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health services). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at you institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibility.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
|  |  |  |  |

A. Describe Problem: _____

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received _____)

Staff Response: _____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____

CDCR Appeal Number

[          ]

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE
APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

Side 2

---

**FIRST LEVEL:** ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete with 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

Staff Signature: _____ Title: _____ Date: _____

Division Head Approval:
Staff Signature: _____ Title: _____ Date Returned to Inmate: _____

---

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit for processing to the Health Care Appeals coordinator at your location within 15 days of receipt of response:

_____

Signature: _____ Date Submitted: _____

---

**SECOND LEVEL:** ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete with 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Submitted: _____

Health Care Services
Hiring Authority Signature: _____ Title: _____ Date Returned to Inmate: _____

---

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

For the Director's Review of Health Care Issues, submit all documents to:    Office of Third Level Appeals – Health Care
P O Box 4038
Sacramento, CA 95812-4038

**DIRECTOR'S ACTION:** ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____