# APPENDIX 9

# Memorandum

Date : July 22, 2008

To : All Inmate-Patients

Subject: **NEW HEALTH CARE APPEALS PROCESS – CORRECTED VERSION**

The purpose of the inmate appeal process is to respond to and resolve inmate-patient complaints in a timely manner. Currently, the Inmate Appeals Branch is responsible for the California Department of Corrections and Rehabilitation's inmate appeals process. In an effort to ensure health care involvement with this process, the Office of the Receiver will assume responsibility for all health care related appeals. This will include receipt, tracking, response to and reporting on all health care appeals effective August 1, 2008.

Following is a list of changes that will affect you:

<u>Institution Level Health Care Appeals</u>

- A new health care appeal form has been approved and shall be made available to all inmate-patients. This new form is a CDCR Form 602-HC and is pink in color (copy attached).

- Beginning August 1, 2008, inmate-patients are expected to submit health care related appeals using the new (pink) form and all other appeals using the existing CDC Form 602 (green copy) *except* for Americans with Disability Act (ADA) appeals as discussed below.

- All appeals regarding health care issues shall be submitted directly to the Health Care Appeals Office at each institution.

- All ADA appeals must be submitted to the Institution Appeals Office using the CDC form 1824 (yellow copy).

<u>Director's Level Appeals</u>

All Directors' Level Appeals regarding health care issues shall be submitted to:

Office of Third Level Appeals – Health Care
P. O. Box 4038
Sacramento, CA 95814-4038

All inmate-patients
Page 2

If you have a health care related appeal that was submitted prior to August 1, 2008, it will continue to be processed until complete through the existing process. There is no need to re-submit the issue using a CDC Form 602-HC (pink copy.)

Thank you in advance for your cooperation. If you have any questions, please contact the Health Care Appeals Coordinator or the Institution Appeals Coordinator at your institution.

*[signature]*
SUZAN L. HUBBARD
Director
Division of Adult Institutions

*[signature]*
YULANDA MYNHIER
Director (A)
*Plata* Field Support Division

Attachment

cc: J. Clark Kelso
John Hagar
Terry Hill, M. D.
Robin Dezember
Scott Kernan
Jeff Thompson
Regional Medical Directors
Associate Directors, Division of Adult Institutions
Regional Directors of Nursing
Regional Administrators
Nola Grannis
Theresa Kimura-Yip
Wendy Feichter
Health Care Managers
Wardens
Health Care Appeals Coordinators
Inmate Appeals Coordinators

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

Side 1

Location: Institution/Parole Region:    Log #:    Category:
1. _____    1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health services). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at you institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibility.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
|  |  |  |  |

A. Describe Problem: _____
_____
_____
_____
_____
_____
_____
_____

If you need more space, attach one additional sheet.

B. Action Requested: _____
_____
_____
_____
_____

Inmate/Parolee Signature: _____ Date Submitted: _____

C. INFORMAL LEVEL (Date Received _____)

Staff Response: _____
_____
_____
_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

CDCR Appeal Number

[          ]

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

Side 2

**FIRST LEVEL:** ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete with 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date: _____

Division Head Approval:
Staff Signature: _____ Title: _____ Date Returned to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit for processing to the Health Care Appeals coordinator at your location within 15 days of receipt of response:

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

**SECOND LEVEL:** ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete with 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter
Signature: _____ Date Submitted: _____
Health Care Services
Hiring Authority Signature: _____ Title: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review of Health Care Issues, submit all documents to:   Office of Third Level Appeals – Health Care
P O Box 4038
Sacramento, CA 95812-4038

**DIRECTOR'S ACTION:** ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____