# APPENDIX 10

# Introducing...

# The *New* Health Care Appeals Process



California Prison Health Care Services

## FREQUENTLY ASKED QUESTIONS

**Question:** Is the new pink CDCR 602-HC form used to request an appointment, to have medication refilled, or to request some other type of service?

**Answer:** No, you should use the forms available at your institution to request health care services.

**Question:** What happens if I use a green CDC 602 form to file a health care appeal? Will my appeal be answered?

**Answer:** Yes, but to better process your appeal, you should use the new pink CDCR 602-HC form for all health care related appeals.

**Question:** What happens if I send my appeal to the wrong Appeals Coordinator?

**Answer:** Your appeal will be sent to the proper Appeals Coordinator.

**OFFICE OF THIRD LEVEL APPEALS -**
**HEALTH CARE**
P.O. Box 4038
Sacramento, CA 95812-4038

## WHAT'S THE SAME

### THE GREEN CDC 602

The green CDC 602 Inmate/Parolee Appeal form will still be used to appeal classification issues, 115's, housing issues, and other issues not related to health care.

### THE YELLOW CDC 1824

The yellow CDC 1824 Request for Accommodation or Modification form will still be used for filing Americans with Disabilities Act (ADA) appeals.



CDC 1824 Request for Accommodation or Reasonable Modification Form

Accommodation or Modification Request

# WHAT'S NEW

## A NEW APPEALS PROCESS

The California Prison Health Care Services (CPHC) is changing the current appeals process to better assist you with your complaints regarding health care.

To streamline the process, each institution will have a special Health Care Appeals Coordinator who will coordinate and track all health care appeals.

## A NEW FORM

The changes include a new pink form entitled CDCR 602-HC to be used only for health care appeals.



## A NEW OFFICE

The Office of Third Level Appeals—Health Care has been set up in Sacramento to respond to health care appeals submitted for a Director's Level Review (Third Level) and will be reviewed by licensed medical staff.

## WHAT CAN BE APPEALED

Any issue that is related to medical, dental, and mental health can be appealed using the new pink CDCR 602-HC. These include, but are not limited to:

- Access to care
- Chronos
- Copayment
- Medical supplies
- Complaints regarding health care staff
- Medication
- Medical records
- Medical transfers
- Special diets
- Health care appliances
- Health care policy

## HOW LONG WILL THE APPEAL TAKE?

The time frame for responding to an appeal, regardless of the issue, will remain the same. Time frames are based on the appeal regulations contained in Title 15, the California Code of Regulations.

## HOW TO FILE A CDCR 602-HC APPEAL

Step 1.

Request a copy of the new pink CDCR 602-HC form from your housing unit, law library or Health Care Appeals Coordinator.

Step 2.

Fill out the CDCR 602-HC completely.

Step 3.

Submit the completed form to the Health Care Appeals Coordinator at your institution.

## HOW TO REQUEST A DIRECTOR'S LEVEL REVIEW

To request a Director's Level Review for a health care related appeal, send the pink CDCR 602-HC Inmate/Parolee Appeal form to:

Office of Third Level Appeals-Health Care

P.O. Box 4038

Sacramento, CA 95812-4038