# APPENDIX 11

# Memorandum

Date : June 16, 2008

To : John Hagar, Chief of Staff
California Prison Health Care Receivership

via

Yulanda Mynhier, Director (A)
Plata Field Support Division

Subject : **HEALTH CARE APPEALS PROCESS-
REQUEST FOR APPROVAL OF CONCEPT**

Objective 4.2.2 of the Receiver's Strategic Plan states:

*Convene a task force of stake holders to conduct a system-wide analysis of the statewide appeals process and recommend improvements to the Receiver.*

To achieve this objective a plan of action was developed to establish a new streamlined appeals process that would be efficient, responsive and effective in achieving rapid solutions. The plan of action was initiated and included: 1) Conducting a statewide analysis of the current appeals process, 2) conducting stakeholder meetings, 3) drafting new policies and procedures, and 4) developing a new process map that outlined the proposed Health Care Appeals, Correspondence and Patient Advocacy (HCACPA) Program.

A statewide analysis of the current appeals process was completed and a series of four stakeholder meetings were conducted. Participants in the stakeholder meetings included representatives from the Prison Law Office, Rosen, Bien, and Galvan, Inmate Appeals Branch (IAB), Office of the Attorney General, Office of Court Compliance, Office of Legal Affairs, Division of Correctional Health Care Services (Perez and Coleman representatives), Kristina Hector, Teresa Reagle, Dwight Winslow, Jackie Clark, Controlled Correspondence and Litigation Management Unit (CCLMU) managers, and Regional Health Care Appeal Analysts (RHCAA).

During the stakeholder meetings participants were given the opportunity to identify problematic issues associated with the current appeals process. Participants identified the following issues:

- Appeals processed outside of designated time constraints.
- Patient/prisoner due process rights violations.
- Final approval of health care appeal responses are determined by non-health care staff, resulting in a higher risk of litigation and inappropriate patient/prisoner health care.
- Health care appeal issues inappropriately "screened out" by the Institutional Appeals Coordinator (IAC), thereby, effectively denying the patient/prisoner appropriate access to health care and increasing the risk of litigation.

CDC 1617 (3/89)

[Handwritten annotations in right margin: "Approved subject to 2 issues to amendments to the (1) No amendment until after Cal Reg. Instead, temporary pilot. File a motion. Waive state reg. review, Golding consider. (2) After PDA adopt pilot. [signature] 6/16/08"]

- Duplicative efforts by the HCAC and IAC related to tracking, copying, reviewing, etc.
- Non-compliance with the Armstrong Remedial Plan.

Stakeholders were also given the opportunity to provide suggestions regarding the new proposed appeals process. Additionally, representatives from the Plata Field Support Division and IAB conducted a focus group to examine and discuss the new proposed appeals process. The focus group included representatives from several institutions and consisted of HCACs, IACs, RHCAA's, a Correctional Health Services Administrator, and an Associate Warden-Health Care.

**RECOMMENDATIONS**

As a result of the stakeholder and focus group meetings, the recommended revisions to the current health care appeals process are as follows:

- Eliminate the Informal level of appeal which is an ineffective and a non-productive portion of the overall appeal process. This will reduce the workload and allow staff the appropriate amount of time to investigate and respond to health care related issues. All appeals will be submitted at the Formal level of appeal.
- Designate a Health Care Appeals Registered Nurse (HCARN) to review each health care appeal and correspondence for the purpose of identifying and responding to urgent/emergent health care issues.
- Establish a Patient Advocate Liaison (PAL) Open Line to precipitate face-to-face communication between health care staff and patient/prisoners to directly and informally resolve patient/prisoner health care issues in a responsive and timely manner.
  - ➢ A PAL pilot program was conducted at the Wasco State Prison (WSP) and the California State Prison–Sacramento (SAC) during 2007. SAC reported a 30 percent decrease in appeals received during the first month of the pilot. WSP reported no substantial decrease in the number of appeals received, but stated the PAL was responsible for appeals not increasing at WSP. Both institutions stated that the PAL provided patient/prisoners with a valuable program to expeditiously resolve patient/prisoner health care related issues.
- Establish a Correspondence program to resolve problematic patient/prisoner health care issues that do not meet the appeal processing criteria, to address correspondence submitted from entities other than patient/prisoners related to patient/prisoner health care concerns and to resolve health care related issues submitted by patient/prisoner that may be unable to access the PAL (i.e.: Administrative Segregation status, Out to Court status, etc.,)
- Designate the IAC as the responsible coordinator for all CDC 1824 (ADA) appeals. Eliminate the HCAC and health care staff from the CDC 1824 process except for disability evaluations, medical evaluations and treatment related to ADA appeals, and providing the outcome of the evaluations to the IAC.

NOTE: The Plata Field Support Division is currently working with the Custody Support Services Team to determine whether or not it is feasible and in the best interests of all parties to assume responsibility of ADA appeals. During the initial meeting, it was determined that additional research must be conducted before a recommendation could be made.

## PILOT PROGRAM

It is further recommended that the above revisions to the statewide appeals process be implemented on a pilot basis at four institutions. The purpose of the pilot is to assess the impact of the program on staff workload, to ascertain the number of projected staff positions needed for the HCACPA program on a statewide basis, to determine if a centralized HCACPA program is feasible and/or viable, to ascertain the affect of the PAL and correspondence component as related to appeals, and to identify any problematic issues before statewide implementation. Additionally, all institution health care appeals staff will report directly to headquarters via the Plata Field Support Division, Litigation Management Unit, Health Care Appeals Field Support Section. The following institutions have been identified and are recommended for the pilot: Central California Women's Facility (CCWF), Mule Creek State Prison (MCSP), Pelican Bay State Prison (PBSP), and the California State Prison-San Quentin (SQ).

Current staffing levels for the health care appeals program at each institution is generally based on the volume of health care appeals received. Given that the proposed HCACPA program has multiple components, and will impact staff workloads, it is anticipated that additional staffing will be required. The following matrix identifies the reported number of appeals received in 2007 at each recommended pilot institution, the current staffing for the Health Care Appeals Offices at the proposed pilot institutions, and the recommended additional staffing positions requested for the pilot institutions.

| Institution | Appeals Received 2007 | Current Staffing | Recommended Additional Staffing |
|---|---|---|---|
| SQ* | 6274 / 522 per month | Registered Nurse<br>Staff Services Analyst<br>Office Technician | Registered Nurse<br>Health Program Specialist I<br>Office Technician |
| CCWF** | 4881 / 407 per month | Associate Governmental Program Analyst<br>Staff Services Analyst**<br>Office Technician | Registered Nurse<br>Health Program Specialist I<br>Office Technician |
| MCSP | 3440 / 287 per month | Staff Services Analyst<br>Office Technician | Registered Nurse<br>Health Program Specialist I<br>Office Technician |
| PBSP | 2143 / 179 per month | Correctional Counselor II<br>Staff Services Analyst<br>Office Technician | Registered Nurse<br>Office Technician |

Health Care Appeals Process-Request for Approval of Concept
Page 4

*A RN, SSA, and OT are currently assigned to the Health Care Appeals Office at SQ and an additional RN staff is intermittently assigned to respond to appeal and correspondence issues as needed. However, it is recommended that another RN, HPSI, and OT position be established due to a continuing backlog of overdue appeals, the large volume of appeals processed, and the expectation of additional workload due to the PAL and correspondence component of the HCACPA program.

**CCWF currently has an SSA, temporarily reassigned from another department, assisting in the Health Care Appeals Office.

**REQUIRED AMENDMENTS TO THE CALIFORNIA CODE OF REGULATIONS**

The proposed recommendations for the HCACPA program's health care appeals component shifts the majority of responsibility, as related to health care appeals, from the IAC to the HCAC. As such, amendments to the California Code of Regulations (CCR), Title 15, and the Departmental Operations Manual (DOM) will be required for the following regulations:

- CCR Section 3084.3-Appeals coordinator. Each institution head or parole region administrator shall designate an appeals coordinator, at a staff position level no less than correctional counselor II or parole agent II, who shall prior to acceptance for review screen and categorize each appeal originating in their area for compliance with these regulations and shall coordinate the processing of appeals.
- DOM Section 54100.3-Each Warden or RPA shall implement the appeal procedure and shall ensure it operates with specified policies as set forth herein. At least one staff member, at no less than a CC-II, shall be designated as the appeals coordinator in each institution; and in paroles, one staff member of not less than PA-II shall be designated as the appeals coordinator in each parole region.

  ➢ It should be noted that CCR Section 3084.2(b) states "Informal attempt prerequisite. The inmate or parolee shall attempt to resolve the grievance informally with the involved staff, unless excepted by sections 3084.5(a)(3) and 3084.7." While it is recommended that each health care related appeal be processed at the formal level, this regulation should not require amendment, as the informal level of appeal is not being eliminated, but elevated in level to ensure appropriate processing of health care related appeals.

Health Care Appeals Process-Request for Approval of Concept
Page 5

In 2006/07, health care appeals (medical, dental, mental health-excluding staff complaints and ADA) accounted for approximately 23 percent of all appeals processed at the institutional level through the institutional appeal offices. Therefore, the following is recommended upon approval and implementation of a statewide HCACPA program:

- Transfer the proportional percentage of the institution's budgeted position authority from the institutional appeals office to support the establishment of additional health care appeal positions; and
- Develop a Budget Change Proposal for the remaining positions.

If you have any questions or comments, please contact me at (916) 327-1205.

THERESA KIMURA-YIP
Associate Director
Plata Support Operations Section

Attachment

cc:   Terry Hill, Chief Executive Officer, Office of the Receiver
      Kristina Hector, Staff Attorney, Office of the Receiver
      Yulanda Mynhier, Director (A), Plata Field Support Davison
      Wendy Feichter, Health Program Manager II (A), CCLMU

Health Care Appeals Process-Request for Approval of Concept
Page 6

## REQUEST FOR APPROVAL OF CONCEPT

☑ Approved
☐ Disapproved

## REQUEST FOR APPROVAL OF ADDITIONAL STAFFING

| | Approved | Disapproved |
|---|---|---|
| **San Quentin:** | | |
| • Registered Nurse | ☑ | ☐ |
| • Health Program Specialist I | ☑ | ☐ |
| • Office Technician | ☑ | ☐ |
| **Central California Women's Facility** | | |
| • Registered Nurse | ☑ | ☐ |
| • Health Program Specialist I | ☑ | ☐ |
| • Office Technician | ☑ | ☐ |
| **Mule Creek State Prison** | | |
| • Registered Nurse | ☑ | ☐ |
| • Health Program Specialist I | ☑ | ☐ |
| • Office Technician | ☑ | ☐ |
| **Pelican Bay State Prison** | | |
| • Registered Nurse | ☑ | ☐ |
| • Office Technician | ☑ | ☐ |

_____    6/16/07
JOHN HAGAR                    Date
Chief of Staff
California Prison Health Care Receivership

## STATEWIDE INSTITUTION APPEALS BY CATEGORY
### First Level - Appeals Completed

| Inst | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 58 | 210 | 113 | 15 | 175 | 92 | 44 | 913 | 217 | 44 | 66 | 3 | 54 | 6 | 17 | 84 | 8 | 734 |
| | 5 | 10 | 154 | 35 | 388 | 25 | 268 | 273 | 142 | 78 | 118 | 0 | 37 | 0 | 3 | 103 | 0 | 43 |
| | 57 | 264 | 83 | 38 | 233 | 68 | 3 | 219 | 163 | 23 | 34 | 0 | 23 | 2 | 26 | 124 | 5 | 60 |
| | 70 | 92 | 67 | 10 | 319 | 77 | 93 | 658 | 140 | 65 | 95 | 21 | 19 | 1 | 27 | 163 | 0 | 287 |
| | 33 | 36 | 26 | 8 | 166 | 26 | 128 | 627 | 126 | 8 | 34 | 0 | 32 | 2 | 7 | 61 | 0 | 359 |
| | 17 | 35 | 95 | 14 | 141 | 50 | 127 | 135 | 127 | 50 | 15 | 2 | 31 | 0 | 10 | 69 | 0 | 50 |
| | 7 | 76 | 60 | 5 | 132 | 67 | 116 | 371 | 133 | 16 | 40 | 6 | 12 | 2 | 56 | 108 | 0 | 805 |
| | 25 | 22 | 13 | 5 | 55 | 19 | 41 | 196 | 34 | 9 | 16 | 1 | 28 | 1 | 1 | 49 | 0 | 156 |
| | 57 | 65 | 105 | 37 | 344 | 56 | 0 | 5 | 134 | 60 | 68 | 24 | 55 | 7 | 7 | 91 | 0 | 64 |
| | 5 | 111 | 67 | 15 | 360 | 36 | 152 | 981 | 185 | 23 | 155 | 52 | 83 | 1 | 24 | 95 | 0 | 229 |
| | 51 | 140 | 234 | 44 | 414 | 172 | 50 | 1673 | 613 | 183 | 134 | 83 | 157 | 8 | 168 | 196 | 1 | 609 |
| | 11 | 53 | 52 | 7 | 228 | 16 | 29 | 113 | 12 | 6 | 71 | 0 | 13 | 0 | 5 | 92 | 0 | 208 |
| | 59 | 214 | 175 | 39 | 578 | 153 | 121 | 1312 | 243 | 106 | 243 | 64 | 142 | 7 | 77 | 275 | 0 | 166 |
| | 21 | 34 | 107 | 17 | 247 | 32 | 79 | 81 | 78 | 2 | 54 | 0 | 18 | 1 | 41 | 105 | 0 | 102 |
| | 15 | 81 | 73 | 10 | 94 | 61 | 113 | 267 | 288 | 25 | 122 | 11 | 60 | 3 | 55 | 96 | 0 | 891 |
| | 23 | 66 | 58 | 24 | 197 | 19 | 68 | 440 | 105 | 17 | 39 | 3 | 18 | 0 | 19 | 131 | 0 | 46 |
| | 35 | 114 | 169 | 11 | 497 | 26 | 136 | 561 | 278 | 80 | 166 | 26 | 41 | 3 | 74 | 136 | 0 | 543 |
| | 37 | 157 | 133 | 23 | 457 | 48 | 331 | 247 | 110 | 28 | 144 | 7 | 60 | 0 | 10 | 80 | 1 | 55 |
| | 25 | 144 | 192 | 70 | 503 | 57 | 28 | 818 | 260 | 114 | 217 | 60 | 94 | 1 | 43 | 138 | 0 | 336 |
| | 63 | 376 | 201 | 68 | 443 | 89 | 236 | 1106 | 282 | 145 | 234 | 53 | 90 | 6 | 94 | 156 | 3 | 143 |
| | 16 | 40 | 127 | 18 | 265 | 22 | 243 | 949 | 213 | 38 | 96 | 5 | 63 | 6 | 4 | 68 | 0 | 103 |
| | 3 | 58 | 27 | 5 | 89 | 35 | 6 | 204 | 73 | 24 | 56 | 0 | 15 | 4 | 53 | 85 | 0 | 984 |
| | 45 | 147 | 403 | 13 | 348 | 59 | 128 | 348 | 267 | 50 | 217 | 49 | 94 | 0 | 35 | 101 | 0 | 36 |
| | 17 | 161 | 170 | 43 | 245 | 58 | 357 | 1121 | 206 | 32 | 108 | 5 | 56 | 4 | 36 | 138 | 0 | 282 |
| | 9 | 113 | 87 | 28 | 327 | 44 | 111 | 520 | 291 | 86 | 88 | 0 | 41 | 1 | 3 | 111 | 4 | 237 |
| | 69 | 51 | 177 | 57 | 344 | 60 | 160 | 575 | 522 | 105 | 86 | 55 | 72 | 2 | 43 | 135 | 0 | 30 |
| | 18 | 210 | 203 | 43 | 315 | 74 | 728 | 1245 | 229 | 82 | 180 | 50 | 95 | 2 | 61 | 100 | 1 | 1465 |
| | 45 | 203 | 85 | 22 | 102 | 4 | 65 | 233 | 107 | 10 | 124 | 4 | 16 | 3 | 5 | 63 | 10 | 122 |
| | 85 | 181 | 122 | 49 | 249 | 79 | 204 | 1109 | 276 | 66 | 330 | 79 | 125 | 2 | 33 | 69 | 0 | 356 |
| | 40 | 112 | 354 | 13 | 471 | 316 | 261 | 816 | 395 | 84 | 36 | 37 | 30 | 38 | 46 | 199 | 0 | 11139 |
| | 25 | 159 | 252 | 48 | 415 | 135 | 429 | 1219 | 322 | 90 | 250 | 46 | 103 | 4 | 116 | 165 | 0 | 644 |
| | 40 | 21 | 44 | 5 | 126 | 47 | 237 | 760 | 190 | 10 | 36 | 2 | 37 | 2 | 34 | 58 | 0 | 256 |
| | 5 | 11 | 5 | 0 | 58 | 7 | 0 | 79 | 23 | 13 | 77 | 0 | 6 | 0 | 4 | 23 | 1 | 775 |
| | 0 | 3 | 0 | 0 | 2 | 2 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 79 | 27 | 3 | 0 | 0 |
| | 0 | 10 | 0 | 0 | 3 | 4 | 6 | 1 | 0 | 1 | 4 | 0 | 1 | 4 | 7 | 11 | 8 | 4 |
| | 2 | 4 | 0 | 0 | 5 | 5 | 10 | 2 | 0 | 1 | 1 | 0 | 0 | 48 | 16 | 21 | 34 | 3 |
| | 1 | 3 | 2 | 0 | 5 | 13 | 25 | 7 | 0 | 0 | 1 | 0 | 1 | 235 | 26 | 14 | 9 | 14 |

IAB Annual Report (06-07) (3)

# STATEWIDE INSTITUTION APPEALS BY CATEGORY
## Second Level - Appeals Completed

| Inst | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | 103 | 30 | 7 | 66 | 36 | 123 | 299 | 84 | 23 | 30 | 2 | 25 | 1 | 22 | 17 | 4 | 113 |
| 238 | 161 | 53 | 24 | 237 | 67 | 154 | 125 | 83 | 127 | 121 | 27 | 25 | 2 | 32 | 26 | 1 | 13 |
| 420 | 153 | 16 | 10 | 63 | 22 | 86 | 88 | 43 | 15 | 6 | 1 | 7 | 1 | 15 | 20 | 0 | 20 |
| 163 | 132 | 42 | 12 | 236 | 49 | 211 | 314 | 110 | 45 | 88 | 17 | 16 | 3 | 16 | 88 | 1 | 124 |
| 89 | 26 | 8 | 2 | 55 | 6 | 24 | 196 | 26 | 2 | 10 | 0 | 5 | 1 | 17 | 12 | 0 | 31 |
| 220 | 24 | 40 | 7 | 30 | 29 | 40 | 66 | 51 | 28 | 6 | 5 | 3 | 0 | 6 | 21 | 0 | 3 |
| 45 | 8 | 12 | 1 | 17 | 24 | 27 | 79 | 16 | 6 | 4 | 2 | 5 | 0 | 6 | 16 | 0 | 68 |
| 103 | 39 | 2 | 1 | 9 | 5 | 37 | 41 | 14 | 8 | 7 | 1 | 5 | 1 | 2 | 7 | 0 | 8 |
| 473 | 71 | 44 | 30 | 131 | 95 | 150 | 677 | 53 | 51 | 38 | 33 | 19 | 3 | 31 | 46 | 0 | 235 |
| 159 | 56 | 74 | 17 | 116 | 70 | 119 | 340 | 80 | 47 | 136 | 23 | 23 | 0 | 24 | 101 | 0 | 67 |
| 269 | 47 | 87 | 13 | 164 | 143 | 714 | 534 | 187 | 93 | 46 | 29 | 48 | 2 | 67 | 53 | 0 | 108 |
| 131 | 14 | 15 | 0 | 25 | 60 | 8 | 32 | 3 | 2 | 17 | 0 | 2 | 0 | 3 | 15 | 0 | 12 |
| 329 | 162 | 98 | 20 | 193 | 89 | 57 | 431 | 99 | 47 | 86 | 46 | 41 | 0 | 73 | 106 | 0 | 32 |
| 162 | 36 | 38 | 5 | 63 | 59 | 31 | 30 | 26 | 1 | 29 | 0 | 9 | 7 | 30 | 22 | 0 | 9 |
| 109 | 15 | 18 | 2 | 22 | 80 | 22 | 78 | 54 | 15 | 10 | 27 | 5 | 0 | 8 | 16 | 0 | 347 |
| 180 | 28 | 27 | 3 | 90 | 65 | 26 | 157 | 33 | 7 | 24 | 1 | 1 | 0 | 10 | 35 | 0 | 10 |
| 294 | 86 | 66 | 6 | 200 | 49 | 93 | 209 | 99 | 45 | 80 | 23 | 17 | 0 | 67 | 34 | 0 | 188 |
| 274 | 63 | 47 | 10 | 137 | 37 | 103 | 72 | 54 | 22 | 83 | 5 | 28 | 0 | 6 | 24 | 0 | 9 |
| 306 | 73 | 92 | 35 | 321 | 77 | 223 | 302 | 209 | 118 | 194 | 22 | 28 | 0 | 21 | 49 | 2 | 80 |
| 234 | 107 | 73 | 18 | 124 | 53 | 144 | 335 | 113 | 75 | 91 | 20 | 31 | 1 | 57 | 25 | 0 | 34 |
| 358 | 163 | 74 | 21 | 200 | 34 | 114 | 394 | 98 | 24 | 52 | 32 | 52 | 0 | 35 | 17 | 0 | 35 |
| 83 | 10 | 5 | 0 | 19 | 81 | 55 | 22 | 13 | 7 | 13 | 0 | 2 | 3 | 18 | 14 | 0 | 37 |
| 269 | 95 | 609 | 11 | 203 | 120 | 129 | 156 | 123 | 38 | 81 | 36 | 43 | 0 | 35 | 39 | 1 | 11 |
| 315 | 94 | 55 | 16 | 94 | 22 | 153 | 489 | 40 | 13 | 41 | 9 | 14 | 0 | 30 | 38 | 0 | 50 |
| 120 | 40 | 16 | 14 | 55 | 20 | 31 | 138 | 65 | 38 | 24 | 0 | 13 | 0 | 2 | 25 | 0 | 41 |
| 279 | 19 | 59 | 18 | 145 | 93 | 81 | 244 | 200 | 59 | 37 | 33 | 27 | 2 | 31 | 44 | 1 | 7 |
| 321 | 98 | 85 | 25 | 136 | 77 | 303 | 419 | 100 | 48 | 85 | 17 | 43 | 0 | 31 | 57 | 1 | 292 |
| 337 | 85 | 38 | 9 | 29 | 135 | 18 | 42 | 28 | 4 | 36 | 2 | 3 | 0 | 16 | 13 | 2 | 22 |
| 399 | 92 | 53 | 21 | 105 | 98 | 101 | 475 | 112 | 81 | 130 | 30 | 48 | 0 | 45 | 18 | 1 | 88 |
| 319 | 124 | 105 | 7 | 98 | 65 | 39 | 144 | 118 | 29 | 18 | 27 | 7 | 41 | 4 | 26 | 0 | 66 |
| 203 | 67 | 89 | 28 | 180 | 72 | 114 | 477 | 129 | 56 | 163 | 21 | 27 | 0 | 75 | 56 | 0 | 109 |
| 176 | 30 | 7 | 4 | 40 | 21 | 41 | 108 | 30 | 2 | 8 | 2 | 8 | 0 | 26 | 10 | 0 | 37 |
| 118 | 3 | 0 | 0 | 9 | 29 | 25 | 13 | 7 | 5 | 5 | 0 | 2 | 0 | 5 | 3 | 0 | 32 |
| 0 | 0 | 0 | 0 | 0 | 4 | 5 | 2 | 1 | 0 | 0 | 0 | 0 | 18 | 4 | 0 | 0 | 0 |
| 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 19 | 0 | 6 | 0 |
| 0 | 5 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 6 | 6 | 12 | 1 |
| 0 | 0 | 0 | 0 | 4 | 0 | 4 | 1 | 0 | 0 | 1 | 0 | 0 | 56 | 5 | 6 | 2 | 2 |

IAB Annual Report (06-07) (3)

ATTACHMENT #1

Recommended Staffing and Associated Duties

- Health Program Specialist I (HPSI) to be assigned to the HCACPA program. The HPSI duties will include, but are not limited to:
    a) Coordinate all HCACPA program functions
    b) Monitor and evaluate compliance with current policies and procedure
    c) Responsible for overseeing the collection of credible institutional data, the creation and accuracy of statistical reports (trends, trend analysis, assessment of risk), and oversight of reports submitted to management
    d) Participate in developing and/or revising health care policies, procedures, and practices as a result of the HCACPA data collection, analysis, and identification of problem areas. Coordinate with staff to ensure remediation and improvement of identified issues
    e) Assist with the hiring process for HCACPA program positions
    f) Responsible for the integrity of the screening process as related to appeals
    g) Responsible for identifying problematic issues within the HCACPA program, creating a Corrective Action Plan (CAP) to remedy problematic issues, and follow-up to ensure that (CAP) action plan items are completed timely and appropriately.
    h) Plan, develop, and implement training relating to the HCACPA program processes
    i) Assist with responding to Second Level Appeals

- Registered Nurse (RN) to be assigned to the HCACPA program. The RN duties will include, but are not limited to:
    a) Review all appeals and correspondences to identify urgent/emergent health care issues
    b) Coordinate with all institutional health care services departments to ensure patient/prisoners are evaluated by an appropriate clinician within designated time constraints for urgent/emergent issues
    c) Respond to "Emergency" appeals for which an urgent/emergent health care issue has been identified
    d) Review appeals to identify duplicate medical issues
    e) Act as a liaison with institutional staff and/or patient/prisoners to resolve problematic health care issues
    f) Provide training to institutional staff on appeal, PAOL, and correspondence process, as needed
    g) Assist with the PAOL when clinical intervention is required
    h) Assist with appeal responses, as needed
    i) Assist with correspondence responses, as needed

- Office Technician (OT) assigned to the HCACPA program. The OT duties include, but are not limited to:

a) Track all correspondences and PAOL contacts in an electronic tracking system
b) Ensure the integrity of the electronic tacking system
c) Assist with researching correspondence and PAOL issues
d) Assist with providing written responses for correspondences received
e) Respond to requests from the CCLMU staff, other institutions, or outside agencies related to correspondence issues
f) Respond to requests from CCLMU staff related to litigation issues
g) Assist with the PAOL process, if needed
h) All clerical functions associated with the HCACPA program (copying, filing, etc.)