# APPENDIX 12

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

J. Clark Kelso
Receiver

September 4, 2008

Matthew Cate
Secretary, CDCR
PO BOX 942883
Sacramento, CA 94283-0001

Dear Mr. Cate,

Attached is Joe McGrath's memorandum concerning the Northern California Reentry
Facility (NCRF). We are pleased that the California Department of Corrections and
Rehabilitation (CDCR) is moving forward with the project. Please note the following:

1. The Office of the Receiver approves the attached construction plans,
   including the proposed square footage for clinical space and offices.

2. The Office of the Receiver approves the attached clinical staffing plan.

3. The Office of the Receiver approves the attached custody staffing plan.

The NCRF facility should not begin to house inmates unless and until: a) the
construction is entirely completed; and b) necessary staff are hired, orientated, and
trained. Furthermore, proposed modifications to this plan (either design or staffing)
must be approved by the Office of the Receiver.

We look forward to working closely with CDCR during the construction and hiring
phases of this project.

Sincerely,

John Hagar
Chief of Staff

Attachment.

501 J Street P.O. Box 4038 Sacramento, CA 95812-4038
Tel 916.323.1923 - Fax 916.323.1257

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

J. Clark Kelso
Receiver

cc:     Terry Hill, Chief Executive Officer for Medical Services
Steve Cambra, Custody Support Services Specialist
Joe McGrath, Director, Custody Support Services
Kathy Page, Nursing Consultant
Nadim Khoury, Chief Deputy Clinical Services
Cynthia Ricker, Registered Nurse

**CALIFORNIA**
**PRISON HEALTH CARE**
**RECEIVERSHIP CORP.**

J. Clark Kelso
Receiver

TO:        John Hagar
           Chief of Staff

FROM:      Joe McGrath
           Custody Support Division

RE:        Final Conceptual Program Plan for Secure Reentry Correctional Facility
           Northern California Reentry Facility (NCRF)

As you are aware, California Prison Health Care Receivership (CPR) has worked with the California Department of Corrections and Rehabilitation (CDCR) to plan a health care facility for the new NCRF and to determine the clinical and custody staffing necessary to operate the facility.

The attached conceptual building plans and staffing plans for a 500 inmate-patient facility have been approved by CPR health care clinicians and nursing consultants and are consistent with the input provided by CPR Nursing Consultant Kathy Page, RN, CDCR Nurse Consultant Cynthia Ricker, and Nadim Khoury, MD. Acting CPR Secretary Steve Cambra has also reviewed and approved the plans.

We would like to recommend that the facility's medical staff be activated nine to 12 months before construction of the health care building is completed, and that inmates not be transferred to the facility before construction has been completed.

With your concurrence and authorization, I will forward these documents to Secretary Cate for inclusion into the CDCR plan for NCRF.

Although there is not currently a plan for CPR to participate in the construction process at NCRF, I would recommend that we retain the right to review and comment on any health care support buildings provided in the NCRF plan to ensure that adequate health care services are provided.

As of today, per Director of Mental Health Programs CDCR, Brenda Epperly-Ellis, NCRF will also house and treat inmate/patients within the Mental Health Services Delivery System who require CCCMS and/or EOP levels of care at approximately 16% (80 inmate-patients) and 4% (20 inmate-patients) respectively. The total staffing numbers take in consideration these exact numbers, and any change to these percentages or numbers may affect the staffing figures. This submission has been approved by the below signatories:

Nadim Khoury, MD
Chief Deputy Clinical Services

Terry Hill, MD
Chief Executive Officer of Medical Services

Robin Dezember
Chief Deputy Secretary

Steve Cambra
CPR Agency Secretary, Acting

Betsy Chang Ha
Chief Nurse Executive

**NCWF Staffing**

## Health Care Administration

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| CMO | 5 | | 1 | | Vary Hrs | 1 | 1.00 | 1.00 |
| Med Secre | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| Adm Asst | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| | | | | | | | | |
| DON | 5 | | 1 | | Vary Hrs | 1 | 1.00 | 1.00 |
| OT | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| CHSAI | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| | | | | | | | | |
| SSA | 5 | | 1 | | Scheduling | 1 | 1.00 | 1.00 |
| OT | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| | | | | | | | | |
| SRNII | 7 | | 1 | | Clinic / TTA | 1 | 1.84 | 1.84 |
| | | | | | | | | |
| SRNII | 5 | | 1 | | PMU | 1 | 1.00 | 1.00 |
| | | | | | | | | |
| NURSE INSTRC | 5 | | 1 | | Staff & PT edu | 1 | 1.00 | 1.00 |
| OT | 5 | | 1 | | | 1 | 1.00 | 1.00 |

## Medical Records

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| Med Rec Direc | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| HRT I | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| OT | 5 | | 2 | | | 2 | 1.00 | 2.00 |

## Patient Management Unit

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| Public Health / Infection Control | 5 | | 1 | | | 1 | 1.00 | 1.00 |

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| UM / Specialty RN | 7 | | 1 | | | 1 | 1.84 | 1.84 |
| Appeals Nurse | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| AGPA | 5 | | 1 | | Appeals | 1 | 1.00 | 1.00 |
| OT | 5 | | 1 | | Specialty Clinic Sch | 1 | 1.00 | 1.00 |

## Medical Clinic

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| MD | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| NP | 5 | | 1 | | Disease Management | 1 | 1.00 | 1.00 |
| OT | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| RN | 5 | | 1 | 1 | Triage / Sick Call | 2 | 1.44 | 2.88 |
| Admin / Discharge Nurse (R&R) | 5 | | 1 | | Vary | 1 | 1.44 | 1.44 |

## TTA

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| RN | 7 | 1 | 1 | 1 | | 3 | 1.84 | 5.52 |

## Pharmacy

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| Pharmacist | 5 | | 1 | | | 1 | 1.00 | 1.00 |
| Ph Tech | 5 | | 1 | | | 1 | 1.00 | 1.00 |

## Medication Distribution

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| LVN | 7 | | 2 | 2 | | 4 | 1.84 | 7.36 |

## Lab

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| Phlebotomist | 5 | | 1 | | | 1 | 1.00 | 1.00 |

## Custody

| Staffing | Days/wk | 1st | 2nd | 3rd | Comments | Subtotal | Rel Mult | Total |
|---|---|---|---|---|---|---|---|---|
| Health Care Access Clinic / TTA Officer | 7 | | 2 | 1 | | 3 | 1.74 | 5.22 |
| Health Care Access Escort Officer | 7 | | 2 | 1 | | 3 | 1.74 | 5.22 |
| Transportation Officer | 5 | | 4 | | | 4 | 1.18 | 4.72 |
| Transportation Officer | 7 | | 2 | | | 2 | 1.74 | 3.48 |

* OPEN FRONT EXAM
  ROOMS W/ CURTAIN FRONT

MAIN
INMATE
ENTRY

WAITING

H

CLERIC.

DBL.
OP.
320

CLERIC

WKRM

LAB.

STER.
40

STOR.
40

NATURAL
LIGHT
MONITOR

CLEAN
UTILITY
80

SINGLE
OP.
240

SOILED
UTILITY
80

DENTIST
OFFICE
120

STOR.

HYGEN.
OFFICE
100

INT.
80

PSYC.
TECH.
120

TEST.
160

LINK TO
PROGRAM
BLGD.

# NCWF REENTRY FACILITY PRE-DESIGN

**PSA ● Dewberry**

**KITCHELL**

**CHINN PLANNING**

*1-10-2008*
*Reviewed and Approved*
*for Steve Cambra and*
*Team Review.*

*Carl Larson*



EMERGENCY
AMBULANCE
ACCESS

**NORTH**



## REVISED OPEN CLINIC MEDICAL / MENTAL HEALTH / DENTAL FACILITY

1/10/2008

| | |
|---|---|
| COMMON INMATE/STAFF | - 2,240 sf |
| ■ MENTAL HEALTH | - 2,690 sf |
| ■ MEDICAL | - 7,030 sf |
| DENTAL | - 1,930 sf |
| ■ GROUP ROOMS | - 1,410 sf |
| **TOTAL BUILDING AREA** | **- 15,300 sf** |