# APPENDIX 16



# Clinical Laboratory

# Assessment & Improvement Strategy

# Final Report

# April 7, 2008

# Scope of Responsibility

- This report has been prepared by **Navigant Consulting, Inc. (NCI)**, solely for the use and benefit of **California Prison Health Care Receivership Corporation (CPR)** hereinafter referred to as (Client), located in **Sacramento California**, for consulting services (Services) pursuant to an agreement between **California Prison Health Care Receivership Corporation** and **NCI** dated October 5, 2007. The scope, process and timetable of NCI's work are identified in that agreement.

- NCI has used reasonable care to ensure the accuracy of the information provided in this report. However, the report relies on data and information received from or prepared by others. NCI has assumed the accuracy and completeness of such data and information and the accuracy of the analyses and conclusions contained in this report can be adversely affected if such data or information is not correct or complete.

- NCI cannot guarantee that any particular result will follow from any action taken or not taken on the basis of this report and its recommendations.

- NCI and its personnel do not provide legal or auditing advice nor do they provide appraisals or opinions of fair market value.

- Any legal commentary in this report should not be treated as a basis for taking any action and it should not be assumed that any tactics or strategy described in the report would necessarily be permitted under applicable laws. Before undertaking the implementation of any of the strategies or tactics discussed in the report, professional advice on the issues raised by these strategies or tactics should be sought, such as: qualified legal advice on such matters as antitrust, health care fraud and abuse and tax exemption issues; qualified medical advice on issues relating to clinical practice and patient treatment; and, other appropriate advice on issues such as accounting and taxation.

- The information, opinions and recommendations contained in this report have significance only within the context of the entire report. No parts of this report may be used or relied upon outside that context.

# Table of Contents

## Section I  Introduction

- Engagement Objectives
- Scope of Work
- Outcomes
- Navigant Consulting Inc. Team
- CPR Steering Committee
- Meetings and Interviews
- Executive Summary

## Section II  Operations Assessment

- Baseline Assessment
  – Evaluation Methods
  – Background Information
  – Laboratory Operations
  – Laboratory Information Systems
  – Laboratory Facilities
  – Capacity
  – Technology
  – Test Menus
  – Reference Laboratory Services
  – Staffing and Job Descriptions

# Table of Contents

## Section III    Corrective Action

- Discussion
- Key Improvement Activity Deployment Plan
- Integrated Laboratory Service Delivery Model
- Long-term Operational Model Deployment Plan
- Long-term Operational Model Expectations
- Long-term Operational Model Implementation Assumptions

## Section IV    Future State

- Operational Models Considered
- Preferred Operational Models
  - Service Delivery
  - Performance Criteria
  - Costs, Current and Five-Year
  - Savings Projections
- Laboratory Model A Definition
  - Pros and Cons
  - Logistics
  - Costs
- Laboratory Model B Definition
  - Pros and Cons
  - Logistics
  - Costs
- Laboratory Model C Definition
  - Pros and Cons
  - Logistics
  - Costs

# Table of Contents

**Section V**   **Financial Analysis**
- Capital and Start-up Assumptions
  - Financial Pro-forma
  - Cost Trending
  - Savings
- Preferred Operational Models – Staffing
- Preferred Operational Models – Test Volumes
- Information Systems

**Section VI**   **Exhibits**
I.     CDCR Facility Interviews
II.    CDCR Laboratory System Resources
III.   CDCR Laboratory Information Systems
IV.    Correctional Facility Models In Other US States
V.     Reference Laboratory Capabilities For Partnership
VI.    Reference Laboratories – Unmet Obligations
VII.   Reference Laboratories – Quality And Accuracy
VIII.  Reference Laboratories – Billing Practices
IX.    Job Description (Proposed) – Certified Phlebotomy Technician
X.     Job Description (Proposed) – Senior Clinical Laboratory Scientist
XI.    Job Description (Proposed) – Clinical Laboratory Scientist
XII.   Regulatory Requirements For Acute Licensed Bed Facilities
XIII.  Hospital Facility Proximity (To Prisons)
XIV.   CDCR Inter-laboratory Facility Proximities
XV.    Courier Service Feasibility
XVI.   Summary of Quality Concerns

# Section I – Introduction

- Engagement Objectives
- Scope of Work
- Outcomes
- Navigant Consulting Inc. Team
- CPR Steering Committee
- Meetings and Interviews
- Executive Summary
  - Immediate Recommendations
  - Issues
  - Corrective Action
  - Cost

# Engagement Objectives

- NCI was asked to evaluate California Department of Corrections and Rehabilitation (CDCR) laboratory facilities and services with the following objectives:

  – Conduct an operational and risk assessment of the existing laboratory network in which facilities will be evaluated individually in terms of their overall operational infrastructure, and collectively as a network;

  – Render recommendations on the strategic restructuring of the laboratory program in accordance with the mission of the CDCR (and the CDCR's planned enhancements in healthcare, including an overhaul of information systems); and

  – Create a plan with clear priorities and accountabilities for implementing the project's recommended improvement interventions and for monitoring progress going forward.

# Scope of Work

- Specifically NCI agreed to:

  – Conduct an operational and risk assessment of the current state of the laboratory network.

  – Evaluate the feasibility of in-house and/or contracted (purchased) laboratory services.

  – Conduct an assessment of the existing Point of Care Testing (POCT) program (including STAT services available).

  – Evaluate the feasibility of centralized or regionalized laboratory services.

  – Evaluate existing and needed information systems.

  – Assist in creating a vision for a future, optimized operating model.

  – Determine the type and level of POCT and STAT services necessary to support the clinical needs of patients and physicians.

  – Determine the best strategic contracting/partnership relative to commercial laboratories.

  – Determine if centralization of laboratory services best fits CDCR's ideal model.

# Outcomes

## Milestone I

- Establish CPR Executive Steering Committee to participate in engagement oversight.
- Develop detailed time table for project completion and key deliverables.
- Begin CDCR facility on-site visits and interviews.

## Milestone II

- Convene second meeting with Executive Steering Committee.
- Complete site visits and stakeholder interviews.
- Present preliminary assessment findings with focus on areas of priority.

## Milestone III

- Convene third meeting with Executive Steering Committee.
- Present draft of initial models.
- Complete data collection efforts and data evaluation.

## Milestone IV

- Convene final meeting with Executive Steering Committee.
- Present final laboratory operational models, including logistics and cost.

# Navigant Consulting Inc. Team

- Josue F. Rodas, MBA, MT(ASCP)          Project Oversight
- Linda Flynn, MS, MBA, MT(ASCP), SBB          Consultant
- Maria Torres, CHC, MBA, MT (ASCP), SBB          Consultant
- William A. Evans, MS, MBA          Consultant
- Allan McCutchen, MT(ASCP), ISS          Consultant

# CPR Steering Committee

- Allen Freuh, M.D.
- Justin V. Graham, MD., M.S., Chief Medical Information Officer
- Nadim Khoury, M.D.
- Terry Hill, M.D., Chief Medical Officer
- John Hummel, Chief Information Officer
- Stan Ketchum, PMP, Project Manager
- Richard Kirkland, Director, Plata Support Division
- Glen Moy, Director of Health Information Integration
- Yulanda Mynhier, Assistant Deputy Director
- William Wilson, Central Regional Administrator

# Meetings and Interviews

- To develop a robust understanding of the issues, NCI met with CPR representatives, Correctional Facility health care providers and administrators, Laboratory Vendors and Reference Laboratory Service Providers, as well as Sacramento Administrative stakeholders. (Exhibit I)

- NCI used a multidisciplinary Steering Committee to review the deficiencies and recommendations for development of strategic models, comprehensiveness, and ability to execute. NCI and the CPR Steering Committee met four separate times.

- NCI interviewed Correctional Facility representatives from other states including Texas, New York, Nevada, and Florida to identify best laboratory practices of laboratory service models in the prison environment (Exhibit IV)

# Executive Summary – Immediate Recommendations

- The existing clinical laboratory services fail to provide the necessary service requirements to guarantee safe and adequate quality healthcare to inmates at the CDCR facilities.

  - 48% of the CDCR facilities are concerned with STAT turn around time; 94% perform Point of Care Testing without the proper medical oversight; and 21% reported multiple incidents of questionable quality of test results. (Exhibit XVI)

- CDCR will be required to implement immediate improvements to minimize risk, and concurrently begin planning a long-term corrective action plan to overhaul existing laboratory systems and create a safe and sustainable future operational model.

- *In light of the findings presented in this report;*

  - CDCR will need to establish adequate governance and oversight of laboratory services.

  - CDCR will need to strategically cease laboratory testing at facilities without licensed Acute Hospital Beds, as deemed prudent based on Key Improvement Plan Activities).

  - CDCR will implement adequate POCT at all facilities.

  - CDCR will resolve the reference laboratory vendor relationship, cost, quality, and STAT service.

  - CDCR will initiate a formal deployment of additional 'Key Improvement Activities' contained in this report.

  - CDRC will begin planning a long-term laboratory operational model based on improvements and various models identified in this report.

# Executive Summary – Issues

- Physician performance is severely hindered by the inability of laboratories to provide basic laboratory information, which is required for adequate patient management. This in turn is leading to waste, unnecessary testing, and treatment delays.

- The overall laboratory services enterprise operates in a vacuum without the required level of leadership and management; it lacks accountability and oversight.

- The overall laboratory enterprise is in need of radical change and a comprehensive overhaul is due - several laboratories operating *within* CDCR facilities will need to be closed, while adequate provisions will need to be implemented to support access to STAT laboratory services.

- The infrastructure of laboratories operating *within* CDCR facilities is sub-standard and unsustainable in its current state.

- The reference laboratory services purchased from commercial providers is driven by 'low cost' with little emphasis given to aligning quality and service.

- The relationship with commercial laboratories lacks any level of accountability, which is resulting in substandard services and broken contractual obligations. (Exhibit VI)

- The Medical Directorship required to comply with State and Federal Regulations is sorely missing.

# Executive Summary – Issues

- Two facilities operating in-house laboratories have discontinued testing since December 2007 (CMF* and CCI) due in part to infrastructure, inadequate medical directorship, and regulatory concerns; other facilities may soon follow suit unless preventive steps and/or corrective action are taken.

- The training of personnel, competency validation, and required quality control monitoring are inadequate and in some cases non-existent.

- The operational workflow for blood collection, testing and reporting of laboratory results is inefficient and plagued with burdensome paper work.

  – Test results are frequently not available in the chart for physicians to manage their patients and render the necessary care; unnecessary test re-orders are common.

- Laboratories lack the necessary centralized management structure; as well as appropriate policies and procedures, test menus and priorities, information systems, and proper supervision of processes and personnel.

- The organizational structure is cumbersome and personnel classification is ineffective to attract the required level of personnel. Recruitment and retention of qualified laboratory personnel is hindered by poor working conditions, remote facility locations, and low pay.

\* *At the end of February 2008, CMF passed a regulatory inspection conducted by the State's Field Services inspectors, following CMF's diligent corrective action implementation.*

# Executive Summary – Issues

- The rate of pay for Clinical Laboratory Scientists is 27% under the market rate and 50% of phlebotomists are registry personnel.

- Laboratory facilities and infrastructure are inadequate and outdated in almost every aspect and cannot support in-house laboratory operation improvements, unless the status quo is desired; their chances of modernization to create an optimal and sustainable environment are slim.

- The laboratory enterprise lacks the necessary Laboratory Information System (LIS) to provide universal access to laboratory orders and test results. The limited stand-alone LIS capabilities that exist at six laboratory facilities are inadequate to achieve the required improvements.

- Laboratories have incorporated sub-standard, yet necessary, manual specimen collection schedules and patient logs, handwritten test requisitions, and manual entry of test results, among other processes.

- Test results from commercial laboratories are, at times, of questionable accuracy, delays in turnaround time are not uncommon, and access to timely STAT testing support is consistently unacceptable. (Exhibit VII)

- Reference laboratory billing is outside standard laboratory market billing practices. (Exhibit VIII)

- The current procurement of laboratory supplies, driven by Sacramento, is cumbersome, ineffective, and frequently wasteful.

# Executive Summary – Corrective Action

- The laboratory enterprise requires a well thought-out improvement plan that will first include a 'Key Improvement Phase' to create the basic and fundamental infrastructure that will precede future strategy.

- The future state of clinical laboratory services for CDCR will include quality and safety guarantees through the creation of an 'Integrated Laboratory System' constituting key attributes, such as:

  - External (independent) oversight of the clinical laboratory enterprise.

  - Internal, multidisciplinary, centralized governance; medical directorship, and laboratory management.

  - A comprehensive, enterprise-wide, quality management program encompassing all areas and aspects of laboratory services, operations, and infrastructure.

  - Appropriate space and state-of-the-art equipment.

  - Robust, enterprise-wide laboratory information systems.

- The overall laboratory improvement plan will be aligned with CDCR-wide health care improvements.

  - Key improvements, deployed concurrently, will occur over a period of 3 - 18 months with the bulk of the benefits realized by month 12; a full improvement strategy, including a new strategic model, may take up to 48 months.

# Executive Summary – Cost

- NCI estimates the current laboratory services cost CDCR approximately $30M/Yr. Costs will increase to approximately $35M/Yr over the next five years.

- Long-term improvements are estimated to require between $2.4M - $6.7M in one-time capital expenses depending on the future operating model.

- Operational costs of improved laboratory services will range from $33M/Yr - $37M/Yr over the next five years depending on the strategy.

- NCI evaluated various future laboratory operational models presented in this report. The ideal long-term model is for CDCR to "establish a single off-site core laboratory supported by advanced POCT and robust local STAT services with contracted local hospitals and a reference laboratory partner." This model guarantees high-quality and yields five-year cumulative savings of approximately $5M.

- In NCI's experience this model has the potential to additionally <u>reduce</u> operating costs by 10-15% over five years.

- *In summary, it is NCI's opinion that maintaining the status quo in laboratory operations is unsafe and prone to trigger adverse patient outcomes. In addition, current laboratory operations are unsustainable and unfit to support the health care improvement mission of CDCR. Radical changes and improvements must be made.*