# APPENDIX 17



**Construction Management, Inc.**

100 Cross Street / Suite 203
San Luis Obispo, CA 93401
TEL 805-541-1425
FAX 805-541-1940
www.vanir.com

July 11, 2008

Mr. Clark Kelso, Receiver
CPR, Corp.
501 J Street, Suite 100
Sacramento, CA  95814

Mr. John Hagar, Chief of Staff
CPR, Corp.
501 J Street, Suite 100
Sacramento, CA  95814

RE:    Healthcare Facility Improvement Program – California State Prisons
       Avenal State Prison Master Plan Addendum

Dear Mr. Kelso,

In response to your and John Hagar's request to look at multiple items at Avenal State Prison (ASP), the enclosed June 12, 2008 Addendum to the Avenal facility master plan has been developed and approved by the Institution, CPR, and CDCR representatives. This addendum addresses and responds to multiple changes in the overall objectives and scope of the program since the completion of the ASP Master Plan of August 28, 2007.

The report is being provided for your and John Hagar's review and acceptance to augment the ASP project budget and proceed with implementation of the revised and additional projects. The facility management team may be available, upon your request, to formally present the addendum and answer any questions you may have on this report to allow it to be accepted and begin the next steps toward implementation.

The following table references the projects modified by this addendum and provides the approval mechanism for acceptance of each individual item and authorization into implementation.

| Project # | Description | Approved | Not Approved |
|---|---|---|---|
| ASP-01a | 5th Wheel Trailer Clinic Canopy | | |
| ASP-02 | Renovation of visiting and Access To Care temp. trailer | | |
| ASP-04 | Expand Modular Health Admin. Bldg | | |
| ASP-05 | Facility Pill Room Exp. & Pill Room Canopy | | |
| ASP-05 | Ad. Seg Modular Clinic | | |
| ASP-07 | Nurse Call System | | |
| ASP-08 | Medical Records Expansion | | |

Bellevue / Denver / Las Vegas / Los Angeles / Oakland / San Bernardino / San Diego /
Sacramento / San Francisco / San Jose / San Luis Obispo / Tempe / Tucson / Texas / Virginia

Type Addressee Name here
Type date here

| ASP-09 | Inmate Waiting Building | | |
|---|---|---|---|

Sincerely,

*Kimberly Bobic*

Kimberly Bobic, AIA, CCM, LEED AP
Project Director

Accepted

Clark Kelso, Receiver

8-5-2008
Date

Enclosure:    ASP Addendum, June 12 to Master Plan Report

Cc:    Joe McGrath, CPR, Corp.
       Steve Cambra, CPR, Corp.
       Mani Subramanian, Vanir CM
       File