# APPENDIX 18

# Health Care Facility Improvement Program
# California State Prison System

## AVENAL MONTHLY REPORT—JUNE 2008



**Avenal State Prison**

**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**



**Vanir** Construction Management, Inc.

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
## HEALTH CARE FACILITY IMPROVEMENT PROGRAM

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics, procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Administration Segregation Clinic.



Avenal State Prison

### Schedule Narrative

The ASP program has been delayed due to delays in the approval of geotechnical, survey and valley fever consultants.

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core

## BUDGET STATUS

| | |
|---|---:|
| Original Program Budget | $27,439,000.00 |
| Projected Program Cost | $27,439,000.00 |
| Current Program Budget Adjustments | $0.00 |
| Encumbrances To-Date | $2,066,614.00 |
| Expended To-Date | $1,454,387.89 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | June 2009 |
| Projected Program Completion Date: | June 2009 |

# Avenal State Prison



**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**
VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, CORE
## ASP-01A



### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement:**
  July 9, 2007 -
  October 19, 2007
**Delivery:**
  October 31, 2007
**Hook-up & Occupancy**
  October 31 —
  November 13, 2007
**Duration:**
  Four (4) months



West view of fully operational 5th Wheel Medical clinic

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $470,000.00 |
| Original Construction Budget | $400,000.00 |
| Actual Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Projected Project Budget: | $470,000.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**
| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

# Avenal State Prison




**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**
**VANIR**

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY– ASP-01B

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, workspace, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be constructed and occupied. Each trailer has ADA compliant ramping and perimeter fencing with two man-gates.

### Schedule Narrative

**Procurement:**
December 1, 2007 - January 30, 2008

**Delivery:**
February 22, 2008 - April 30, 2008

**Hook-up & Occupancy**
April 9 - May 20, 2008

**Duration:**
Six (6) months



North View of Facility One 5th Wheel Medical Clinic

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $1,410,000.00 |
| Original Construction Budget | $1,200,000.00 |
| Actual Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $6,000.00 |
| Projected Construction Contract Cost: | $1,209,899.80 |
| Projected Project Budget: | $1,410,000.00 |
| Paid to Date: | $952,203.87 |

## SCHEDULE STATUS

Project is beyond the scheduled completion date due to continuous manufacturer delays. Projected delivery for final 5th wheel trailer is July 2008.

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | June 20, 2008 |
| Projected Project Completion Date: | June 20, 2008 |
| Project Occupancy: | June 20, 2008 |

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
## TEMPORARY ADMINISTRATION MODULAR – ASP-02

### Project Description

Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two restrooms and a meeting area. The modular unit shall be located next to Building 495.

### Schedule Narrative
**Procurement:**
  January 22, 2008 - March 28, 2008
**Delivery:**
  April 21, 2008
**Hook-up & Occupancy**
  April 22 - May 19, 2008
**Duration:**
  Four (4) months



East View of the new Temporary Administration Modular

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $54,725.00 |
| Original Construction Budget | $45,000.00 |
| Actual Contract Amount: | $94,534.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $4,000.00 |
| Projected Construction Contract Cost: | $98,534.00 |
| Projected Project Budget: | $113,213.00 |
| Paid to Date: | $14,487.68 |

## SCHEDULE STATUS

**Project is on Schedule**

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | May 19, 2008 |
| Projected Project Completion Date: | May 19, 2008 |
| Project Occupancy: | May 19, 2008 |

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
## INFIRMARY CONVERSION AND PHARMACY– ASP-03

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



Infirmary Building 390

### Schedule Narrative

Construction is scheduled to begin in July 2008.

The construction duration of the project is scheduled for four (4) months upon approval of contracts.



Building 395; Future Pharmacy

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $677,113.00 |
| Original Construction Budget | $575,000.00 |
| Actual Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Projected Project Budget: | $677,113.00 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

**Project is in the Contract Award Phase:**

| | |
|---|---|
| Date of Notice to Proceed: | 07/23/08 |
| Current Project Completion Date: | 10/22/08 |
| Projected Project Completion Date: | 10/22/08 |
| Project Occupancy: | Pending |

# Avenal State Prison



## VANIR CONSTRUCTION MANAGEMENT, INC.
## MODULAR HEALTH SERVICES CLINICS & ADMINISTRATION BUILDING– ASP-04

### Project Description

The project consists of the development of three (3) new modular complex clinic buildings and a modular administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. The clinics are located at the end of the parallel fenced walkways behind the Security Administration Building, for each complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space.

The 5,040 sf Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

The 30-day bid phase is scheduled to begin in July 2008.

The duration of the project is scheduled for eleven (11) months.



Location of Future Modular Health Services Administration Building



North East View of Future Home to Complex Clinic Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $14,791,590.00 |
| Original Construction Budget | $11,850,000.00 |
| Actual Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $11,850,000.00 |
| Projected Project Budget: | $14,791,590.00 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

**Addendum has been prepared and submitted for consideration for full administration space and inclusion of the custody access team space.**

| | |
|---|---|
| Date of Notice to Proceed: | 08/18/08 |
| Current Project Completion Date: | 03/12/09 |
| Projected Project Completion Date: | 03/12/09 |
| Project Occupancy: | Pending |

# Avenal State Prison

 

**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**
VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
## ADMINISTRATIVE SEGREGATION CLINIC AND CLINIC PILL ROOMS – ASP-05

### Project Description

The Administrative Segregation inmate population is typically the most difficult to provide health services to due to their classification and custody level. To address the clinical needs of the Ad. Seg. population, this project provides medical and mental health treatment directly to the population at their housing block within Facility #1. The project consists of two new Mental Health interview rooms and two new medical exam rooms and the extension of the secure observation platform above. The existing clinic exam room will be converted into a medication storage room.

The project additionally includes the expansion of the Pill Rooms in each of the six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of medication distribution to inmates.

### Schedule Narrative

The 60-day design phase is scheduled to begin June 6, 2008.

The duration of the project is scheduled for eleven (11) months.



South View of Future Location of New Ad. Seg. Medical Clinic

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,193,460.00 |
| Original Construction Budget | $1,668,000.00 |
| Actual Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,688,000.00 |
| Projected Project Budget: | $2,193,460.00 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

Addendum with revised project scope was submitted for approval to revise master plan to a modular clinic.

| | |
|---|---|
| Date of Notice to Proceed: | Pending |
| Current Project Completion Date: | Pending |
| Projected Project Completion Date: | Pending |
| Project Occupancy: | Pending |

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.





### VANIR CONSTRUCTION MANAGEMENT, INC.
### MEDICAL SUPPLY WAREHOUSE– ASP-06

#### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage. This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records. The warehouse will allow for three tier high pallet stacking of bulk supplies. The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

#### Schedule Narrative

The 35-day development phase began on April 14, 2008.

The duration of the project is scheduled for ten (10) months.



Future Location of Medical Supply Warehouse

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,137,750.00 |
| Original Construction Budget | $1,700,000.00 |
| Actual Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,700,000.00 |
| Projected Project Budget: | $2,137,750.00 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 08/05/08 |
| Current Project Completion Date: | 02/03/09 |
| Projected Project Completion Date: | 02/03/09 |
| Project Occupancy: | Pending |

# HEALTH CARE FACILITY IMPROVEMENT PROGRAM
## CALIFORNIA STATE PRISONS - AVENAL
### Construction Phase - Planned versus Actual

| Task | Baseline Start | Baseline Finish | Start | Finish |
|---|---|---|---|---|
| y Clinic Trailers | 7/9/07 | 11/13/07 | 7/9/07 | 11/13/07 |
| y Clinic Trailers | 7/10/07 | 3/13/08 | 7/10/07 | 7/3/08 |
| Administration Modular | 1/22/08 | 3/25/08 | 1/22/08 | 6/2/08 |
| nversion & Pharmacy | 2/8/08 | 10/23/08 | 2/8/08 | 10/22/08 |
| lth Services & Admin. Building | 2/1/08 | 1/22/09 | 2/1/08 | 6/5/09 |
| Clinic & Clinic Pill Rooms | 1/29/08 | 3/18/09 | 4/15/08 | 7/6/09 |
| ply Warehouse | 2/15/08 | 12/8/08 | 4/14/08 | 3/31/09 |

Legend: Task, Progress, Baseline