# APPENDIX 20

# SAN QUENTIN STATE PRISON

Monthly Report No. 8
June 2008




**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**
VANIR

### Project Statistics
- Location:
  San Quentin State Prison
- Procurement Method:
  Design Build
  Design Bid Build
- Program Stage:
  Several projects are complete. Four projects are under construction. One project is in the design phase.

### Program Issues

A notice to proceed was issued for the medical warehouse on June 26. This is the last major medical project for the San Quentin program to be awarded.

Construction of the temporary medical modular project is nearing completion. August 4, 2008 is the target occupancy date.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

**Program Description**

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building. The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R.

**Schedule Narrative**
- Structural steel erection started mid-June on the Central Health Services Building, marking a major progress milestone.
- The rotunda project is experiencing delays related to the institution wide electrical power shut down. The shutdown is necessary to relocate 2 transformers prior to constructing building foundations.
- Issues pertaining to soil contamination are mostly resolved on the Personnel Building. However, contractor progress continues to be slow.


Aerial view of San Quentin


Central Health Services Building

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program: | $163,900,000 |
| Budget Status:    (Over/Under) | $6,100,000 |
| Encumbered to date: | $126,000,000 |
| Expended to date: | $45,533,000 |

## SCHEDULE STATUS

| | |
|---|---|
| Program start time: | September 2006 |
| Planned Completion Time: | Spring 2010 |
| Projected Completion Time: | Spring 2010 |

\* Note: Cost information has not been reconciled with accounting




# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

**Project Statistics**
- Location:
  - San Quentin State Prison
- Project Name:
  - Central Health Services Building (CHSB)
- Vanir CM Representative:
  - David Leek
- Design Build Team:
  - Hensel Phelps & HOK Architects
- Procurement Method:
  - Design/Build
- Project Stage:
  - CD and Construction Phase

**Project Issues**
- A complete permit set of construction drawings was issued by the peer reviewer on June 10, 2008, generally completing the design phase of the project.
- Discussions continue with San Quentin medical staff regarding selection of the phone, nurse call and personal alarm systems.

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 130,000 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative
The contractor met the target date of 6/16/08 for erecting structural steel. By the end on June 2008, structural steel was approximately 30% complete. As the steel is being erected at the south end of the building, underground plumbing and electrical continues at the north end.

The schedule slippage from April and May has been recovered. Overall the contractor is on schedule.


Structural steel erection


Formwork at elevator pit


View of south end of building

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,400,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $1,095,683 |
| Change Orders Pending: | $5,643,130 |
| Change Orders Projected: | $1,000,000 |
| Projected Construction Contract Cost: | $116,015,813 |
| Paid to Date (D/B contract only): | $30,816,733 |
| Projected Project Budget: | $146,400,000 |

## SCHEDULE STATUS

**Project is currently on schedule**

| | |
|---|---|
| Date of Notice to Proceed: | |
|   Abatement & Design | 29 Aug 07 |
|   Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |



## VANIR CONSTRUCTION MANAGEMENT, INC.
## NEW PERSONNEL BUILDING

- **Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name:**
  New Personnel Building
- **Vanir CM Representative:**
  Cindy Rocha
- **Contractor:**
  Purdy Builders, Inc.
- **Procurement Method:**
  Design-Bid-Build
- **Project Stage:**
  Construction

### Project Issues

Footing subcontractor workers failed clearance requirements causing considerable delay until replacements were located. Original site survey was in error causing re-survey. Concrete pour went well. Framing Contractor not on site per schedule causing further delays.

### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 6/4/08 Many of the foundation workmen failed entry requirements resulting in work delay.
- 6/12/08 Cutting footings/under slab utilities.
- 6/13/08 Soil Engineers in to make final compaction
- 6/19/08 Installing under slab utilities and rebar for footings
- 6/26/08 Pouring concrete for footings/slab



**Pouring concrete**



Cutting for footings and under slab utilities.



Preparing for slab with rebar and form work.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,245,678 |
| Change Orders Approved to Date: | $ 872 |
| Change Orders Pending: | $ 14,832 |
| Change Orders Projected: | $ 87,197 |
| Projected Construction Contract Cost: | $1,348,579 |
| Projected Project Budget: | $2,100,000 |
| Paid to Date: | $ 201,186 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Procede: | 3/26/08 |
| Contract Completion Date: | 9/22/08 |
| Projected Completion Date: | 1/1/09 |
| Projected Occupancy Date: | 1/14/09 |

**Project is currently 20 days behind schedule**




## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

VANIR

# VANIR CONSTRUCTION MANAGEMENT, INC.
# UPPER YARD MEDICAL MODULAR BUILDING

### Project Statistics
- **Location:** San Quentin State Prison
- **Project Name:** Upper Yard Medical Modular Project
- **Vanir CM Representative:** Lynelle Onishi
- **Contractor:** JKC Construction
- **Procurement Method:** Design-Build
- **Project Stage:** Construction

### Project Issues
Coordination of final electrical connection with the Rotunda Project to minimize power interruptions to the institution.

Drainage plan was submitted by the contractor. A flooding test was conducted on June 12, 2008. Additional drainage was assessed as being needed.

Coordination of the purchase of furniture and equipment to facilitate occupancy of the building on August 4, 2008.



### Project Description
Fabrication and assembly of the new modular building is off-site. The building will be disassembled, transported & reassembled at the upper yard. Building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which will be connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connection are available on site. Existing inmate small management yards will be removed from the site. Electrical power will be brought in from the nearest electrical manhole.

### Schedule Narrative
- 6/11/08: Transformer delivery and begin installation.
- 6/12/08: Flood test of Upper Yard to confirm drainage plan.
- 7/16-17/08: Complete electrical splicing for main electrical connection.



View of the transformer pad and rear of the modular building from the southeast.



View of administration section of modular building



Casework installed.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,176,000 |
| Change Orders Approved to Date: | $184,899 |
| Change Orders Pending: | $250,000 |
| Change Orders Projected: | $175,069 |
| Projected Construction Contract Cost: | $3,785,968 |
| Projected Project Budget: | $4,000,000 |
| Paid to Date: | $2,634,774 |

## SCHEDULE STATUS

**Project is currently on schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 10 Jul 08 |
| Projected Completion Date: | 24 Jul 08 |
| Project Occupancy: | 4 Aug 08 |




# CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL WAREHOUSE BUILDING

**Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name:**
  Medical Warehouse Building
- **Vanir CM Representative:**
  Cindy Rocha
- **Contractor:**
  W.E. Lyons Construction Co.
- **Procurement Method:**
  Design-Build
- **Project Stage:**
  Design

**Project Issues**
- The design of the warehouse building is anticipated to be straightforward, but the foundation design will be complex due to soil conditions at the building site.
- The bid documents require the selected contractor to perform a detailed geotechnical investigation.

### Project Description
The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a 900 SF cold storage room; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have an intrusion alarm system, an intercom PA system, and temperature/humidity control. Exterior work includes subsurface metal detection and removal, asphalt concrete paving, and other site improvements.

### Schedule Narrative
The Receiver's office signed the contract with W.E. Lyons Construction Co. and the Notice to Proceed with design was issued, with a start date of June 30, 2008. The construction phase is scheduled to begin approximately mid-August.

The duration of the project is scheduled for eight (8) months.



Location of future Medical Warehouse building

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $0 |
| Change Orders Pending: | $0 |
| Change Orders Projected: | $0 |
| Projected Construction Contract Cost: | $0 |
| Projected Project Budget: | $2,800,000 |
| Paid to Date: | $0 |

## SCHEDULE STATUS

**Project is on Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | March 1, 2009 |
| Project Occupancy: | March 1, 2009 |

# SAN QUENTIN STATE PRISON

Monthly Report No. 8
June 2008




**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**

## VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL

### Project Statistics
- Location:
  San Quentin State Prison
- Project Name:
  East / West Rotunda Sick Call Units
- Vanir CM Representative:
  Aaron Keel
- Contractor:
  RFI Construction
- Procurement Method:
  Design-Bid-Build
- Project Stage:
  Construction

### Project Issues
The project team is preparing to perform the high voltage splices required to relocate the transformer and generators. In order to work on the conductors safely, the breaker for Loop 3 must be removed. The Institution has had problems operating the breaker in the past. A specialty vendor has been hired to perform this task. In addition, generators will be placed on all loop three transforms to maintain operation of the institution during this work.

### Project Description
Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative
Overall, the project is currently about 8 weeks behind schedule. The electrical switchover slipped one week due to unforeseen conditions. The electrical switchover is the driving activity and is scheduled to be completed July 19.


Pouring East Side Electrical Pads


New Electrical Panels


Pulled Conductors

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $3,312 |
| Change Orders Pending: | $247,570 |
| Change Orders Projected: | $78,095 |
| Projected Construction Contract Cost: | $2,701,755 |
| Projected Project Budget: | $2,900,000 |
| Paid to Date: | $291,514 |

## SCHEDULE STATUS

**Project is currently 8 weeks behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 12 Jan 08 |
| Project Occupancy: | 24 Jan 08 |