# APPENDIX 21

# SAN QUENTIN STATE PRISON

Monthly Report No. 9
July 2008




### Project Statistics
- **Location:** San Quentin State Prison
- **Procurement Method:** Design Build / Design-Bid-Build
- **Program Stage:** Several projects are complete. The Central Health Services Building, medical modular building, personnel building and rotunda clinics are under construction. The medical warehouse project is in the design phase.

### Program Issues
- The 8,800 sq.ft. medical modular project is nearly complete. Furniture and equipment is ordered and scheduled to arrive August 4, 2008.
- The rotunda clinic power shutdown to move 2 existing transformers went as scheduled without major problems. The building pad areas are now clear to begin foundations and slab.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

### Program Description
The main feature of the San Quentin Health Care Improvement Program is its new Central Health Services Building. The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R

### Schedule Narrative
- Structural steel erection is approximately 90% complete on the Central Health Services Building. Pouring the slabs on deck started July 25, 2008
- Partial occupancy of the medical modular project is scheduled for August 6, pending State Fire Marshal acceptance.
- Design development drawings for the medical warehouse are ongoing. Site demolition is scheduled for early August 2008.



Aerial view of San Quentin



Central Health Services Building

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program: | $163,900,000 |
| Budget Status: (Over/Under) | $6,100,000 |
| Encumbered to date: | $126,000,000 |
| Expended to date: | $49,916,000 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program start time: | September 2006 |
| Planned Completion Time: | Spring 2010 |
| Projected Completion Time: | Spring 2010 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 9
July 2008




# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

### Project Statistics
- **Location:** San Quentin State Prison
- **Project Name:** Central Health Services Building (CHSB)
- **Vanir CM Representative:** David Peak
- **Design Build Team:** Hensel Phelps & HOK Architects
- **Procurement Method:** Design/Build
- **Project Stage:** CD and Construction Phase

### Project Issues
- The choices for a personal alarm system has been narrowed down to 2 manufacturers. San Quentin medical staff has selected a TSI system whereas CDCR recommends the Bosch system. The security subcontractor is addressing system issues expressed by both parties. A final selection is expected by mid-August.

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 130,000 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative
Erection of the structural steel is complete except for the northern most bay. Structural steel will be 100% complete by August 15. The contractor has a very aggressive schedule for placing the slab on decks. Three pours a week are scheduled. The next major milestone is installation of precast exterior panels which is scheduled to start September 15, 2008. Overall the contractor is on schedule.


Front View with Historic Facade


Welding Structural Steel


Lower Yard Side

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,400,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $1,928,087 |
| Change Orders Pending: | $2,391,335 |
| Change Orders Projected: | $3,259,968 |
| Projected Construction Contract Cost: | $115,856,390 |
| Paid to Date (D/B contract only): | $40,364,347 |
| Projected Project Budget: | $146,400,000 |

## SCHEDULE STATUS

**Project is currently on schedule**

Date of Notice to Proceed:
| | |
|---|---|
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |




# VANIR CONSTRUCTION MANAGEMENT, INC.
## NEW PERSONNEL BUILDING

- **Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name:**
  New Personnel Building
- **Vanir CM Representative:**
  Cindy Rocha
- **Contractor:**
  Purdy Builders, Inc.
- **Procurement Method:**
  Design-Bid-Build
- **Project Stage:**
  Construction

**Project Issues**

Construction efforts progressing satisfactorily. No major issues that would affect schedule or completion date were encountered this month. Currently project is approximately 20 days behind schedule.

### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 7/1/08 Started framing walls and stripping foundation forms
- 7/9/08 First walls erected
- 7/22/08 Exterior walls sheeted. Interior walls and roof trusses being erected.
- 7/29/08 Framing continues on roof and interior. Electrical conduit being installed.
- 7/31/08 Rough in plumbing, electrical and sheeting roof/walls.


**Materials on site**



**Walls going up**              **Building takes shape**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,245,678 |
| Change Orders Approved to Date: | $ 872 |
| Change Orders Pending: | $ 14,832 |
| Change Orders Projected: | $ 71493 |
| Projected Construction Contract Cost: | $ 1332875 |
| Projected Project Budget: | $2,100,000 |
| Paid to Date: | $ 352988 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 9/22/08 |
| Projected Completion Date: | 11/15/09 |
| Projected Occupancy Date: | 11/17/09 |

**Project is approximately 20 days behind schedule**

# SAN QUENTIN STATE PRISON

Monthly Report No. 9
July 2008




## VANIR CONSTRUCTION MANAGEMENT, INC.
## UPPER YARD MEDICAL MODULAR BUILDING

**Project Statistics**
- Location:
  San Quentin State Prison
- Project Name:
  Upper Yard Medical Modular Project
- Vanir CM Representative:
  Lynell Odishi
- Contractor:
  JRC Construction
- Procurement Method:
  Design Build
- Project Stage:
  Construction

**Project Issues**

State Fire Marshal required that the storage cabinets be removed from the Nurses Alcoves in order to satisfy code requirements.

State Fire Marshal Inspection scheduled for August 4, 2008 to obtain beneficial occupancy of the building.

Coordination for the purchase of furniture and equipment to facilitate occupancy of the building on August 4, 2008.

**Project Description**
Fabrication and assembly of the new modular building is off-site. The building will be disassembled, transported & reassembled at the upper yard. Building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which will be connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connection are available on site. Existing inmate small management yards will be removed from the site. Electrical power will be brought in from the nearest electrical manhole.

**Schedule Narrative**
- 7/2008: purchased furniture & medical equipment. Complete finishes on admin. portion of building.
- 7/18/08: Complete electrical splicing for main electrical connection.
- 7/23/08: Began punchlist.
- 8/1/08: State Fire Marshal inspection scheduled.


View of the transformer pad and rear of the modular building from the southeast.


View of administration section of modular building


Casework installed.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,176,000 |
| Change Orders Approved to Date: | $323,173 |
| Change Orders Pending: | $250,000 |
| Change Orders Projected: | $175,000 |
| Projected Construction Contract Cost: | $3,924,173 |
| Projected Project Budget: | $4,000,000 |
| Paid to Date: | $2,929,504 |

## SCHEDULE STATUS

**Project is currently on schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 24 Jul 08 |
| Projected Completion Date: | 8 Aug 08 |
| Project Occupancy: | 15 Aug 08 |

# SAN QUENTIN STATE PRISON

Monthly Report No. 9
July 2008




### Project Statistics
- **Location**
  - San Quentin State Prison
- **Project Name**
  - Medical Warehouse Building
- **Vanir CM Representative**
  - Cindy Rocha
- **Contractor**
  - W.E. Lyons Construction Co.
- **Procurement Method**
  - Design-Build
- **Project Stage**
  - Design

### Project Issues
- The design of the warehouse building is anticipated to be straightforward, but the foundation design will be complex due to soil conditions at the building site.
- The bid documents require the selected contractor to perform a detailed geotechnical investigation.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL WAREHOUSE BUILDING

**Project Description**

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a 900 SF cold storage room; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have an intrusion alarm system, an intercom PA system, and temperature/humidity control. Exterior work includes subsurface metal detection and removal, asphalt concrete paving, and other site improvements.

**Schedule Narrative**

The design-builder has taken soil borings in preparation for a detailed geotechnical investigation. Mobilization is scheduled for the first week of August. Design Development is in progress.

The duration of the project is scheduled for eight (8) months.



Location of future Medical Warehouse building

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $0 |
| Change Orders Pending: | $0 |
| Change Orders Projected: | $0 |
| Projected Construction Contract Cost: | $0 |
| Projected Project Budget: | $2,800,000 |
| Paid to Date: | $0 |

## SCHEDULE STATUS

**Project is on Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | March 1, 2009 |
| Project Occupancy: | March 1, 2009 |

# SAN QUENTIN STATE PRISON

Monthly Report No. 9
July 2008




## VANIR CONSTRUCTION MANAGEMENT, INC.
### EAST / WEST ROTUNDA SICK CALL

**Project Statistics**
- Location:
  San Quentin State Prison
- Project Name:
  East / West Rotunda Sick Call Units
- Vanir CM Representative:
  Aaron Keel
- Contractor:
  BRJ Construction
- Procurement Method:
  Design-Bid-Build
- Project Stage:
  Construction

**Project Issues**

The high voltage switchover is complete. The project team is preparing to drill the piers and excavate footings. There are currently no construction issues. We are approximately 8 weeks behind schedule.

**Project Description**

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

**Schedule Narrative**

The project is currently about 8 weeks behind schedule. Due to the nature of the project, the schedule delay cannot be recovered. We are working with the contractor to minimize the impacts of the delay and working to establish a revised, realistic completion date.


Demolition of Existing Concrete Equipment Pad


New Electrical Panels


Score Concrete Wall for Future Saw Cut

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $32,483 |
| (Includes CO 2 in the Approval Process) | |
| Change Orders Pending: | $296,494 |
| Change Orders Projected: | $0 |
| Projected Construction Contract Cost: | $2,701,755 |
| Projected Project Budget: | $2,900,000 |
| Paid to Date: | $291,514 |

## SCHEDULE STATUS

**Project is currently 8 weeks behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 12 Jan 08 |
| Project Occupancy: | 24 Jan 08 |