# APPENDIX 22

# Lifeline
### California Prison Health Care Services

Volume 1, Issue 1

August 5, 2008

**INSIDE THIS ISSUE:**

The Receiver's Corner — 1
Get It Started, Get It Done

Our Most Valuable Asset — 1
Encouraging the Staff's Heart

Access to Care — 2
How plans in Sacramento, will Help You at Your Worksite

The Asthma Initiative — 2
Access to Care's First Roll Out

Help Is On the Way! — 3
Information Technology, Lab Results & Medication Profiles

The 10K Beds Story — 3
Full Speed Ahead

Record Numbers of Doctors and Nurses are Coming Aboard! — 4





**New Receivership Logo:**
The Asclepian Staff, the Greek Symbol for medicine, in unison with the CDCR seal has been chosen as the Receiver's new symbol. You will see it on all official documents from the Receiver's Office.



## THE RECEIVER'S CORNER:
## Get It Started, Get It Done
### By J. Clark Kelso

Six months ago the Receivership lacked a coherent plan for moving forward, and its relationship with important State stakeholders and agencies was rapidly deteriorating. Storm clouds were gathering, and we were headed toward choppy waters and rocks.

Today, the waters are calmer, our direction is set, and the winds are now in our favor: The Receivership's *Turnaround Plan of Action* has been blessed by the parties to the *Plata* litigation and by the District Court. To review the plan, visit our website at www.cphcs.ca.gov. We have good working relationships with the Governor's Office, the Department of Corrections and Rehabilitation, the Office of Inspector General, the Departments of Finance, Personnel Administration, and General Services, the Bureau of State Audits, and the Little Hoover Commission, to name a few of our key agency partners. We have equally positive relationships with the Legislature, which has fully funded all but one of our initiatives. The only exception – our request for $7 billion to finance our construction program – has been caught up in some partisan horse-trading. However, at the end of the day, we will get all of our construction funding since, truth be told, there is broad support from members of both parties for our program.

It is now time to turn from strategic planning, building alliances and securing resources to the even more difficult task of successful implementation. And here, we turn to each of you for your industry, help, enthusiasm, inspiration and leadership.

The *Turnaround Plan* consists of over two dozen complex projects, initiatives and programs. Any one of these major projects would be enough to challenge an ordinary department. We are going to undertake all of these projects in parallel. At the end of our journey, we will have fundamentally reformed prison health care delivery in California, and set a national standard for rapid quality improvement. **Health care in California's prisons will be: Proactive; Planned; Informed; Patient-centered; and Professional.** I look forward to working with each of you over the next several years as we lead and experience this transformation. It is time to get it started, and time to get it done.

## Protecting & Informing Our Most Valuable Asset: Encouraging the Staff's Heart is Top Priority



In a recent meeting, Receiver J. Clark Kelso told regional managers that he's committed to "encouraging the hearts of all our staff." So it was no surprise that just a couple of days later when Governor Schwarzenegger threatened to cut state workers' salaries in order to preserve the state's cash flow during the fiscal crisis, Kelso immediately took action. As the Sacramento Bee reported in their new blog, "The State Worker" at www.sacbee.com/static/weblogs/the_state_worker, Mr. Kelso wrote the Governor's Office saying he would not comply with the executive order, should it be enforced. Mr. Kelso says, "it's inappropriate for state prison health care workers to have to seek loans to cover basic expenses. Health care service in prison is a life or death, 24/7 job." The Receiver also ordered his new communications team to send an e-mail informing the staff of his decision.

**Communicating with the medical staff** at all 33 institutions is one of the top priorities for the Receivership. This first issue of the monthly newsletter is a product of that focus. It is produced by the newly created communications department which includes; Director of Communications - Luis Patino, Director of Community Outreach - Richard Stapler, and Staff Services Analyst – Caterina Gipson.



# "Access to Care" Program Launched
## *Asthma Initiative Begins Rollout*



**Nurse Champion:** Kathy Zaro is one of six nurses that have been picked to take part in the Nurse/Doctor teams who will roll out the Asthma Initiative as a pilot project for the launch of the Receivership's Access to Care Program. Here, Zaro teaches one of her inmate patients how to properly use a plastic tubular spacer to make his treatments more effective.

Nurse Kathy Zaro believes this is her chance to make things better. "I do. I think the culture, the environment, is receptive to it right now." Zaro is the Nurse Champion for the Asthma Initiative at Mule Creek Prison. Mule Creek is one of six institutions where the Asthma Initiative is being rolled out as the first pilot project in the Access to Care Program to improve the delivery of healthcare to inmates in all 33 current institutions. It's easy to feel the energy in Zaro's voice. "I think it's exciting!"

But Kathy didn't always feel this way. She's been at Mule Creek for five years. "When I first came, we had very few nurses." They also had few doctors, an antiquated paper filing system that meant there was virtually no way to keep track of a patient's past diagnoses or treatment and they had a very difficult time getting the right medicines to the correct patients.

Later, the first attempts by the original Receiver to improve the system also left her frustrated. She says the policies that were filtering down to them simply "didn't make sense. They weren't based on evidence-based methods, best practices, or clinical trials." She recalls strict protocols on how to treat certain conditions. But the available medicines rarely matched the protocols. She says, "there was a total disconnect."

So when she attended the Receivership's learning session for Doctor and Nurse Champions in Sacramento recently, she was glad they weren't just there to hear new policies. They were there to help create them. "The best part was the energy and the creativity from all of the groups." The most significant change was what wasn't being said. "Oh, we can't do that. Custody will never allow us to do that. Instead, it was, how <u>can</u> we do that?"

Zaro's former boss was there too. Dr. Brett Williams is proud to have chosen her as Nurse Champion. "She's a great nurse, she's very assertive in her work. She has a good rapport with her colleagues and with patients. She has definite leadership qualities."

Dr. Williams knows about leadership. He's credited with helping to improve health services at Mule Creek Prison during the last six years. Now, he's stationed at the Receivership's headquarters in Sacramento helping to turn plans into reality. "I'm eager for the change." Williams says the changes will only be successful if the same people who treat the inmates are involved in making the plans for improvement. He says the protocols must be tangible so the clinicians can "bypass the obstacles" they'll face at the facilities. He and Zaro also support involving custody personnel in devising solutions that will work.

The Asthma Initiative, for example, will require custody officers to be trained in recognizing asthma symptoms, and an acceptance that some inmates will need access to medical apparatus. Take the plastic tubular spacers that help send inhaled steroids deep into the lungs, Zaro says non-threatening paper tubes can be used in the cells and the plastic tubes can be kept in medical areas. Working together, she says, is key.

Dr. Williams knows that so much rapid change can be stressful for the staff. But he's confident they all have the same goal. "Everyone's dream is to have a good working environment, to be able to take good care of patients and to be in a place where you're proud to work."

Dr. Williams and Nurse Zaro believe in that simple dream. They believe this time the team will be able to turn things around, because as the Dr. puts it, "this is what makes us tick."



Dr. Brett Williams, formerly the Health Care Manager at Mule Creek Prison, is in the Receiver's Sacramento headquarters helping turn plans into reality.

## High Speed Information Technology is On the Way!

Your job is about to get easier because your data record keeping, filing, tracking and internet communications are about to speed light years into the modern age.

California Prison Health Care Services (CPHCS) Staff is working to deploy a high-speed network throughout all 33 institutions during the next two years. The new system will lay the infrastructure foundation that's required to deliver upcoming deployments of critical Health Care IT systems.

The Receivership understands that all CPHCS staff need Information Technology (IT) and IT support personnel to aid in the deployment of the very large quantity of technology and systems that are currently being deployed.

Plans call for CPHCS to place at least two permanent IT staff members in each of the institutions to support the IT needs of the Medical, Mental Health and Dental staff. The target date for full IT staffing is August 2009. CPHCS just established a new Project Management Office (PMO) that has already grown to include 18 full time project managers, a PMO Director, and a PMO Deputy Director. The PMO has procured a Project and Portfolio Management system produced by Computer Associates called Clarity. This system will allow project managers to effectively manage CPHCS projects and it will enable stakeholders to review the progress of ongoing project efforts through a web browser at any time.



You'll soon be able to work with IT ease and efficiency. A high-speed network will be deployed at all 33 institutions within 2 years!

## THE 10K BEDS PROJECT: FULL SPEED AHEAD!

In early July, Federal Receiver J. Clark Kelso signed an agreement with construction management firm URS/Bovis to kick off the design of seven new correctional medical facilities located throughout California. Together, it's expected that the facilities will have a combined total of 10,000 beds.

The agreement is unique. It uses "coop-etition" to quickly produce the design and implement construction of these major facilities. "Coop-etition" is a cooperative competition, where businesses who usually compete, work together on a common mission. The size and scope of the project is immense: construction of seven million square feet of correctional healthcare facilities -- all in just a few short years. Collaboration from the very start between architects, contractors, medical specialists and custody experts is vital to meet this aggressive timeline.

This use of cutting-edge construction management techniques will allow the facilities to be brought on-line quickly to address a federal court order to bring healthcare in California's correctional system up to constitutional standards.

These durable new facilities will be extremely secure, therapeutic venues where staff will have adequate facilities to treat and care for different types of patient inmates. Current plans call for all facilities to be single story, easing the movement of patient inmates and saving on construction costs.

While still in the planning stages, it is anticipated that the latest in custody technology and procedures will be used to ensure the safety of staff and surrounding communities.

Also, these stand-alone structures will be built on existing CDCR property throughout California, creating an immense savings for the state and taxpayers.



The Federal Receiver joined URS/Bovis in announcing the selected Integrated Project Delivery team for the 10K Bed Program. (Left to Right:) F. Robert Hood, Clark Construction; John Ball, Hensel Phelps Construction; Bill Proctor, Program Manager URS/Bovis; J. Clark Kelso, Federal Receiver; and Mark Cirksena, DPR Construction.

## Lab Results & Medication Profiles Soon Yours in Real Time

Clinicians will soon have lab results and medication profiles at their fingertips in real time! The Clinical Data Repository/Clinical Portal project kicked off on July 15 with a presentation from IBM, the vendor leading the design and implementation efforts. Project components include a patient clinical information database from Oracle, a master patient index from Initiate Systems, and web-based clinical portal from Orion Health. When the first pilot institutions go live in March 2009, clinicians will have immediate access to lab results from our reference lab partners Quest and Foundation and medication profiles from Maxor's Guardian system. Patient data will follow inmates from institution to institution. Future improvements to the system may include access to dictated medical reports; problem lists; and clinical information from external providers, such as local hospitals or specialists. Stay tuned for more information in the coming months...



*Future improvements to the system may include access to dictated medical reports; problem lists; and clinical information from external providers, such as local hospitals or specialists.*



We're on the Web at:

www.cphcs.ca.gov

## CALIFORNIA PRISON HEALTH CARE SERVICES

P.O. Box 4038

Sacramento, CA  95812-4038

Phone: 916-323-1923

COMMENTS OR QUESTIONS: lifeline@cdcr.ca.gov

### RECEIVERSHIP'S MISSION

Reduce unnecessary morbidity and mortality and protect public health by providing patient-inmates timely access to safe, effective and efficient medical care, and coordinate the delivery of medical care with mental health, dental and disability programs.

# Record Number of Doctors & Nurses Join Team
## Recruiters Turn Focus on Staffing Central Valley



New Hires and Reassignments: (Left to Right) Dr. Liana Lianov, Quality Improvement Chief Medical Officer; Jackie Clark R.N., San Quentin Health Care Manager; Karen Rea, Statewide Director of Nursing Operations; Wesley Capon, Program Review Nurse Consultant; (Welcoming them is Betsy Chang Ha, Chief Executive Nurse;) Dr. Ricki Barnett, Utilization Management Chief Medical Officer; Michael Bayha, RN; Pamela Christiansen, Program Review Nurse Consultant.

Providing a constitutional level of care to California's inmates requires a strong staff. Previously, one of the greatest challenges in providing adequate care was the lack of doctors and nurses at CDCR institutions. But Kathy Stigall, the receivership's Director of Human Resources says, "that situation is changing dramatically as record numbers of clinical staff are joining our team. The Receivership has hired 1416 nurses and doctors just since July of 2007." In order to reach these levels, the personnel department used a personalized customer service approach by a centralized hiring team. Applicants were encouraged to apply for different classifications and different site locations at the same time. The results were amazing.

**Nursing positions** are being filled at lightning speed.  In fact, 86% of all nursing positions have been filled. That's from an average of all six State nursing classifications. The goal of filling 90% of the Registered Nurse ("RN") positions has been achieved at 22 institutions.

**Physicians** are also joining our team in equally strong numbers. Physician positions are now filled to 81% of total need. That figure is an average of all three classifications for doctors.

The details by classifications also show a very positive trend; 95% of all Chief Medical Officer positions have been filled, 89% of Physician and Surgeon positions are filled, and 71% of Chief Physician and Surgeon positions are staffed.

But the personnel department won't stop there. Katie Hagen, the Deputy Director for Workforce Development says "the Receivership is also focused on improving staff levels at some remote locations where staffing is still a challenge. Our efforts for this next quarter of the year will be focused on hiring for our Central Valley institutions were Physician hiring has been slower."

Recruiters will also continue to seek out more Licensed Vocational Nurses, and Psychiatric Technicians." Additionally, she says, her team of recruiters will keep visiting nursing schools and residency programs. Ads are running in professional magazines, statewide in local papers, and online. The personnel department also just completed a direct mail program encouraging professionals to apply. For more information on recruitment go to: http://www.changingprisonhealthcare.org/

4