# APPENDIX 26

I.  **Vendors Engaged by the Receiver During this Reporting Period Relating to Services to Assist the Receivership in the Development and Delivery of Constitutional Medical Care Within the California Department of Corrections and Rehabilitation ("CDCR") and its Prisons**

During the last reporting period, the Receiver has engaged the following vendors relating to services to assist the Office of the Reciever in the development and delivery of constitutional care within CDCR and its prisons:[1]

A.  **Turnaround Plan of Action (POA) Goal 3: Recruiting, Training and Retaining a Professional Quality Medical Workforce**

1.  Waiver Category: Recruitment and Hiring

The Receiver issued a Request for Offers (RFO) for automated Applicant Tracking Services under Urgent Informal process. The urgent informal process was used because the total contract price was estimated to be less than $75,000. Vendors notified were: Bernard Hodes Group, Jobscience, Taleo, Recruittrack, Staffinfsoft, BlackDog and Main Sequence Technologies. Offers were received from Bernard Hodes, Jobscience, Taleo and Recruittrak. The contract awarded to Bernard Hodes Group.

B.  **POA Goal 5: Establish Medical Support Infrastructure**

1.  Waiver Category: Health Information Management

The Receiver issued an RFO for project management services for the Central Dictation & Transcription Project, under the Urgent Informal process. The Urgent Informal process was used because the contract is essential to the "critical path" of the Receiver's efforts to centralize and standardize dictation and transcription services for the prison medical system, and the additional delay that would result from utilizing the expedited formal bidding process would significantly interfere with timely completion of the larger project. The RFO was transmitted to Statewide Transcription Services, Enterprise Transcription Systems, Zscribe Information Services, Presynct Technologies and SH Consulting. Presynct and SH Consulting submitted offers and SH Consulting was selected.

---

[1] For the sake of brevity, vendor subcontracts are not listed herein. Information about subcontracts, however, can be provided to the Court upon request.

The Receiver issued a Request for Proposals (RFP) for health information management services, using the Expedited Formal process. Forty-seven vendors were notified via email of the release of the RFP. Responses were received from: Caban Resources, HealthSolutions, Deloitte, HealthPort, Hubbert Systems Consulting, Iron Mountain, Just Associates, MGT, Optitek, SAIC, Sourcecorp, and ACS HCS. Sourcecorp was selected.

        2.     Waiver Category: Pharmacy

The Receiver entered a sole source amendment to the existing CDCR pricing agreement with Schering-Plough, adding Proventil HFA inhalers to the agreement. California Government Code section 14977.1 allows the state to enter into exclusive or nonexclusive contracts on a bid or negotiated basis with drug manufacturers. The Schering-Plough agreement is a non-exclusive pricing agreement with no commitment for purchase. The agreement sets a volume based discount at which particular drugs will be made available to the CDCR through the CDCR's wholesale agreement with AmerisourceBergen. Whether or not a particular drug is to be purchased and made available on the CDCR formulary is largely a clinical determination made by the CDCR's Pharmacy and Therapuetics (P&T) Committee.

The Receiver also entered into a sole source agreement with Bristol Myers Squibb Company for discounts on the atypical antipsychotic medication Abilify. The CDCR P&T Committee has adopted a Disease Medication Management Guideline for Schizophrenia based on a comprehensive review and evaluation of available therapies and medical efficacy. For this Guideline, the P&T Committee selected Abilify as one of the three preferred drug agents to address the mental health needs of CDCR patients.

    C.     POA Goal 6: Provide for Necessary Clinical, Administrative and Housing Facilities

        1.     Waiver Category: Design and Construction Planning for the Receiver's "10,000 Bed Program"

The Receiver issued a Request for Qualifications and Proposal for integrated project delivery and design-build services for new prison health care facilities, using the Expedited Formal process. More than 90 firms were contacted regarded the solicitation. The following teams submitted proposals: Submitting teams: Turner/Webcor, Correctional Healthcare Group, Heery/Rudolph & Sletten/KMD, Clark/McCarthy, DPR/Kiewit/Stantech, Hansel Phelps/HOK. Three teams were selected: Clark/McCarthy, Hansel Phelps/HOK and DPR/Kiewit/Stantech.

The Receiver issued a Request for Qualifications for construction program risk and insurance consulting services, using the Urgent Informal process. The Urgent Informal process was used because the contract is essential to the critical path of the Receiver's effort to award large scale contracts necessary for the construction of the Receiver's planned facilities, and the additional delay that would result from utilizing the expedited formal bidding process would significantly interfere with timely execution of the planned construction contracts. The following firms were solicited: Arthur J. Gallagher Risk Management, Ron Rakick & Associates, Willis of New York, Ames & Gough, and Barney & Barney. Two firms submitted statements of qualifications: Ames & Gough and Ron Rakich. Ames & Gough was selected.

2. Waiver Category: San Quentin

The Receiver issued a request for bids for a general contractor for the construction of a medical warehouse at San Quentin using the Expedited Formal bid process. Bids were solicited and obtained from BBI Construction, Jeff Luchetti Construction River View Construction, SEB Construction, and W E Lyons Construction. W E Lyons was selected.

The Receiver awarded a sole source contract to Rutherford & Chekene Consulting Engineers for Geotechnical Services in the amount of $16,760 related to renovations of the East & West Rotunda. Rutherford & Chekene is the geotechnical engineer of record for the design of the project, and this contract reflects an expansion of the engagement through construction. It is the construction community standard to utilize the engineer of record to inspect and make further geotechnical recommendations during the construction phase of a project following design. Reputable firms will ordinarily not consider providing geotechnical services during construction if they were not the engineer of record, as the professional liabilities for consulting during design are difficult to separate from those that may develop from consulting during the construction phases.

The Receiver solicited bids for a high voltage power shutdown related to renovations of the East & West Rotunda at San Quentin using the Urgent Informal bids process. The Urgent Informal bid process was used because the total contract cost was estimated to be less than $75,000. Bids were solicited and obtained from Power Systems, Emerson Electric, Red Top Electric, Hot Wire Electric and STT Electric. Power Systems was selected.

The Receiver solicited bids for the installation of an electric transfer switch and hydronic heaters at four San Quentin clinic locations using the Urgent Informal bid process. The Urgent Informal bid process was used because the total contract cost was estimated to be less than $75,000. Bids were solicited and obtained from Hitchcock Construction, River View Construction and BBI Construction. Hitchcock Construction was selected.

3.  Waiver Category: Avenal

The Receiver solicited proposals for a valley fever mitigation plan, using the Urgent Informal bid process. The Urgent Informal process was used because the total cost of the project was estimated to be less than $75,000. Kellc-MACS, H2 Environmental Consulting, Sensible Environmental Solutions, ENSR Corporation and WorCare, Inc. submitted proposals. Kellco-MACS was selected.

The Receiver solicited bids for a nurse call system, using the Urgent Informal bid process. The Urgent Informal bid process was used because the total cost of the contract was estimated to be less than $75,000. Serban Sound, Audacysystems and Central California Electronics submitted bids. Serban Sound was selected.

The Receiver solicited bids for a construction contract for the renovation of the Avenal pharmacy and specialty services clinic, using the Expedited Formal bid process. Several firms attended a pre-bid conference. However, only one firm—JTS Construction—submitted a bid. The Receiver's construction manager followed-up with three additional firms: Martinho Construction, Weststar Environmental, and H.C. Brock Construction. But the firms declined to submit bids. The bid submitted by JTS was significantly less than the cost estimated by the Receiver's construction manager, and the Receiver awarded the contract to JTS.

The Receiver solicited bids for furnishings for the Custody Access Trailer at Avenal, using the Urgent Informal bid process. The Urgent Informal process was used because the total cost of the purchase was estimated to be less than $75,000. Bids were received from Staples, Sierra Office and Give Something Back. Staples was selected.

II.  <u>Vendors Engaged by the Receiver During the Last Reporting Period for Goods or Services to Assist the Operation of the Receiver's Non-Profit Corporation, the California Prison Health Care Receivership Corporation</u>

During the last reporting period, the Office of the Receiver has engaged the following vendors to assist in the operation of the California Prison Health Care Receivership Corporation: Citibank and Ryland Homes for office leases.