# APPENDIX 27

CONSTRUCTION OVERSIGHT AND ADVISORY BOARD
ROSTER

| | | |
|---|---|---|
| **Mr. Art Beeler**<br>Warden | Federal Medical Center<br>P.O. Box 1600<br>Butner, NC 27509 | (919) 575-3900<br><br>E-Mail: abeeler@bop.gov |
| **Michael L. Brown**<br>Deputy Secretary<br>for Public Safety | Business, Transportation and Housing Agency<br>980 9th Street, Suite 2450<br>Sacramento, CA 95814 | (916) 323-7730<br><br>E-Mail: mlbrown@chp.ca.gov |
| **Doug Button**<br>Deputy Director | Real Estate Services Division<br>Department of General Services<br>707 Third Street<br>West Sacramento, CA 95605 | (916) 375-4088<br><br>E-Mail: doug.button@dgs.ca.gov |
| **Linda Clifford**<br>Chief Financial Officer | CC Myers, Inc.<br>3286 Fitzgerald Road<br>Rancho Cordova, CA 95742 | (916) 635-9370<br>(916) 635-8961 Fax<br>E-Mail: lclifford@ccmyersinc.com |
| **Rebecca Craig**<br>Field Representative | Facilities Standards and Operations<br>California Corrections Standards Authority<br>600 Bercut Drive<br>Sacramento, CA 95811 | (916) 324-2600<br>(916) 327-3317 Fax<br><br>E-Mail: Rebecca.Craig@cdcr.ca.gov |
| **Richard Engler**<br>Architect | Assessment Management International<br>2575 Heritage Park Lane<br>Sacramento, CA 95835 | (916) 928-6995<br><br>E-Mail: engdav111@aol.com |
| **Dr. Martin Fischer**<br>Director | Center for Integrated Facility Engineering<br>Stanford University<br>473 Via Ortega, Room MC 4020<br>Stanford, CA 94304-4020 | (650) 725-4649<br>(650) 723-4806 Fax<br>E-Mail: fischer@stanford.edu |
| **Elaine M. Howle**<br>California State Auditor | Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 | (916) 445-0255<br><br>E-Mail: ElaineH@bsa.ca.gov |
| **J. Clark Kelso**<br>Receiver | CA Prison Health Care Receivership Corp.<br>501 J Street ♦ P.O. Box 4038<br>Sacramento, CA 95812-4038 | (916) 323-1264<br>(916) 324-1903 Fax<br>E-Mail: ckelso@pacific.edu |
| **David R. Shaw**<br>Inspector General | Office of the Inspector General<br>3927 Lennane Drive, Suite 220<br>Sacramento, CA 95834 | (916) 830-3600<br><br>E-Mail: shawd@oig.ca.gov |
| **Ernest Van Sant**<br>Consultant | 5914 Sievers Road<br>Dixon, CA 95620 | (916) 324-1908<br>(916) 322-7090 Fax<br>E-Mail: Ernie.VanSant@cdcr.ca.gov |