EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
JONATHAN L. WOLFF - 193479
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ERRATA TO DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTIONS FOR DISMISSAL, OR, ALTERNATIVELY, SUMMARY JUDGMENT OR SUMMARY ADJUDICATION, FILED ON SEPTEMBER 15, 2008**<br><br>**To: Three-Judge Panel** |

- 1 -

1   Defendants Arnold Schwarzenegger, et al. (Defendants) submit this Errata to correct
2   typographical errors contained in Defendants' Separate Statement of Undisputed Facts in Support
3   of Motions for Dismissal, or, Alternatively, Motion for Summary Judgment or Summary
4   Adjudication (Defendants' Separate Statement of Undisputed Facts), filed on September 15,
5   2008.
6   / / /
7   / / /

The errors to be corrected are as follows:

Page 8, paragraph 32 currently reads as follows:

| | | |
|---|---|---|
| 32. | Defendants have submitted a detailed plan to provide such beds and have already engaged in implementing increased pay to recruit and retain the necessary staff to enable care in those beds. | Defs.' July 08 mental health bed plan (Exh. A to L. Tillman Supp. Defs.' Mot. Dismiss, Alt., Summ J ("Tillman Decl.")); Jan. 31, 2007 Special Master's Report on Pls.' Response to the Sixteenth Report on Compliance Seeking Salary Enhancements for Department of Mental Health Clinicians (**Exh. B to Tillman Decl**.); June 14, 2007 Department of Mental Health Pay Parity Plan (**Exh. C to Tillman Decl**.). |

Page 8, paragraph 32 should be corrected to read as follows:

| | | |
|---|---|---|
| 32. | Defendants have submitted a detailed plan to provide such beds and have already engaged in implementing increased pay to recruit and retain the necessary staff to enable care in those beds. | Defs.' July 08 mental health bed plan (Exh. A to L. Tillman Supp. Defs.' Mot. Dismiss, Alt., Summ J ("Tillman Decl.")); Jan. 31, 2007 Special Master's Report on Pls.' Response to the Sixteenth Report on Compliance Seeking Salary Enhancements for Department of Mental Health Clinicians (**RJN-13**); June 14, 2007 Department of Mental Health Pay Parity Plan (**RJN-14**). |

DATED: September 17, 2008

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants Arnold Schwarzenegger, et al.

DATED: September 17, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Rochelle C. East
ROCHELLE C. EAST
Senior Assistant Attorney General
Attorneys for Defendants

- 3 -

ERRATA TO DEFS.' SEP. STMT. OF UNDISPUTED FACTS
(CASE NOS. 09-00520 LKK JFM P AND C01-1351 TEH)

1617349.1