1   EDMUND G. BROWN JR.                     HANSON BRIDGETT LLP
    Attorney General of the State of California   JERROLD C. SCHAEFER - 39374
2   DAVID S. CHANEY                         PAUL B. MELLO – 179755
    Chief Assistant Attorney General        S. ANNE JOHNSON – 197415
3   ROCHELLE C. EAST                        SAMANTHA D. TAMA – 240280
    Senior Assistant Attorney General       RENJU P. JACOB - 242388
4   JONATHAN L. WOLFF                       425 Market Street, 26th Floor
    Supervising Deputy Attorney General     San Francisco, CA  94105
5   LISA A. TILLMAN – State Bar No. 126424  Telephone: (415) 777-3200
    Deputy Attorney General                 Facsimile:  (415) 541-9366
6   KYLE A. LEWIS – State Bar No. 201041    jschaefer@hansonbridgett.com
    Deputy Attorney General                 pmello@hansonbridgett.com
7   455 Golden Gate Avenue, Suite 11000     ajohnson@hansonbridgett.com
    San Francisco, CA 94102-7004            stama@hansonbridgett.com
8   Telephone: (415) 703-5708               rjacob@hansonbridgett.com
    Facsimile:  (415) 703-5843
9   lisa.tillman@doj.ca.gov
    kyle.lewis@doj.ca.gov
10
    Attorneys for Defendants
11

12              UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14          AND THE NORTHERN DISTRICT OF CALIFORNIA

15      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

18   RALPH COLEMAN, et al.,              No. 2:90-cv-00520 LKK JFM P

19                Plaintiffs,            **THREE-JUDGE COURT**
            v.
20
     ARNOLD SCHWARZENEGGER, et al.,
21                Defendants.

22   MARCIANO PLATA, et al.,             No. C01-1351 TEH

23                Plaintiffs,            **THREE-JUDGE COURT**

24          v.                           **DEFENDANTS' MOTION FOR
                                         CLARIFICATION CONCERNING
25   ARNOLD SCHWARZENEGGER, et al.,      COURTS' AUGUST 29, 2008 ORDER
                                         REGARDING EXPENSES**
26                Defendants.
                                         **To:  Magistrate Judge Moulds**
27

28
                              - 1 -
     DEFS.' MOT. FOR CLARIFICATION OF 8/29/08 ORDER (2:90-CV-00520
     LKK JFM P)(C01-1351 TEH)                                          1628769.3

1    Defendants request clarification of this Court's August 29, 2008 order, in which

2  the Court granted Plaintiffs' request for expenses.  (Order, 8/29/2008 at 11:1-2; 14, *Plata*

3  Dock. No. 1435, *Coleman* Dock. No. 2997.)  That Order also directed Plaintiffs to file a

4  declaration of expenses within five days from the date of the Order (*Id.* at 11:2-4, 14-16),

5  which Plaintiffs did.  (Decl. of Michael Bien in Support of Order, *Plata* Dock. No. 1454,

6  *Coleman* Dock. No. 3014.)  The Order only concerned privilege logs served on June 10

7  and August 5, 2008.  (*Id.* at 1:26-28.)  Another order resolved the separate issue

8  concerning the documents' format.  (*Id.*)

9    Defendants moved for reconsideration of the August 29, 2008 Order.  (Defs.' Mot.

10 for Reconsideration, *Plata* Dock. No. 1441, *Coleman* Dock. No. 3002.)  Plaintiffs

11 opposed the motion for reconsideration (Pls.' Opp., *Plata* Dock. No. 1460, *Coleman*

12 Dock. No. 3021), and the Three-Judge Panel has yet to rule.  Defendants have already

13 produced all of the documents ordered produced in the August 29, 2008 Order.

14    Defendants request that the Court clarify the following question:

15    (1)  By what date must Defendants pay Plaintiffs' expenses?

16

17 DATED:  September 24, 2008              HANSON BRIDGETT LLP

18

19                                        By: //s//
20                                        PAUL B. MELLO
                                          Attorneys for Defendants
21                                        Arnold Schwarzenegger, et al.

22 DATED:  September 24, 2008              EDMUND G. BROWN JR.
                                          Attorney General of the State of
23                                        California

24

25                                        By: //s//
                                          ROCHELLE C. EAST
26                                        Senior Assistant Attorney General
                                          Attorneys for Defendants
27                                        Arnold Schwarzenegger, et al.

28