EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' REQUEST FOR CLARIFICATION CONCERNING COURTS' AUGUST 29, 2008 ORDER REGARDING EXPENSES**<br><br>**To: Magistrate Judge Moulds** |

- 1 -

DEFS.' REQUEST FOR CLARIFICATION OF 8/29/08
ORDER (2:90-CV-00520 LKK JFM P)(C01-1351 TEH)

1628769.3

1  Defendants request clarification of this Court's August 29, 2008 order, in which
2  the Court granted Plaintiffs' request for expenses.  (Order, 8/29/2008 at 11:1-2; 14, *Plata*
3  Dock. No. 1435, *Coleman* Dock. No. 2997.)  That Order also directed Plaintiffs to file a
4  declaration of expenses within five days from the date of the Order (*Id.* at 11:2-4, 14-16),
5  which Plaintiffs did.  (Decl. of Michael Bien in Support of Order, *Plata* Dock. No. 1454,
6  *Coleman* Dock. No. 3014.)  The Order only concerned privilege logs served on June 10
7  and August 5, 2008.  (*Id.* at 1:26-28.)  Another order resolved the separate issue
8  concerning the documents' format.  (*Id.*)

9  Defendants moved for reconsideration of the August 29, 2008 Order.  (Defs.' Mot.
10 for Reconsideration, *Plata* Dock. No. 1441, *Coleman* Dock. No. 3002.)  Plaintiffs
11 opposed the motion for reconsideration (Pls.' Opp., *Plata* Dock. No. 1460, *Coleman*
12 Dock. No. 3021), and the Three-Judge Panel has yet to rule.  Defendants have already
13 produced all of the documents ordered produced in the August 29, 2008 Order.

14 Defendants request that the Court clarify the following question:

15 (1) By what date must Defendants pay Plaintiffs' expenses?

17 DATED: September 24, 2008                    HANSON BRIDGETT LLP

19                                              By: //s//
20                                                  PAUL B. MELLO
                                                    Attorneys for Defendants
                                                    Arnold Schwarzenegger, et al.

22 DATED: September 24, 2008                    EDMUND G. BROWN JR.
                                                Attorney General of the State of
                                                California

25                                              By: //s//
                                                    ROCHELLE C. EAST
26                                                  Senior Assistant Attorney General
                                                    Attorneys for Defendants
27                                                  Arnold Schwarzenegger, et al.

- 2 -

DEFS.' REQUEST FOR CLARIFICATION OF 8/29/08
ORDER (2:90-CV-00520 LKK JFM P)(C01-1351 TEH)                            1628769.3