EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FEES, WITH DECLARATION AND PROPOSED ORDER** |

In an order filed on August 26, 2008, this Court ordered Defendants to deposit $750,000 in payment for the services of Special Master Lopes in this matter within 30 days. Due to the California state budget impasse, Defendants have been unable to deposit funds in compliance with that order. The recent enactment of the California state budget will now enable

//

//

//

//

Defendants to comply. Defendants respectfully request an extension to October 10, 2008 to deposit the funds. Defendants know of no prejudice that will result from this extension of time.

Dated: September 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30554091.wpd
CF1997CS0003

Def. Request Extension of Time Re: Deposit Fees

2