EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FEES** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lisa Tillman, declare:

1.  I am an attorney licensed to practice before the courts of the State of California and am admitted to practice before the Eastern District of the United States District Court of California.

2.  I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3.  On August 26, 2008, this Court issued an order directing Defendants to deposit $750,000 in payment of Special Master Lopes' fees in this matter.

4.  The budget for the State of California was not timely enacted this year.

5.  I am informed the delay in enacting the budget for the State of California resulted in a insufficient funds to comply with the order to deposit $750,000 in payment of the Special

1  Master's fees.

2     6.   With the recent enactment of the budget, I understand there will be sufficient funds
3  available to comply with this Court's order by October 10, 2008.

4     7.   I have contacted Special Master Lopes and informed him of this unfortunate delay in
5  depositing the funds for his services.

6     8.   I know of no prejudice that will result from extending the deadline for compliance to
7  October 10, 2008.

8       I declare under penalty of perjury that the foregoing is true and correct.

9       Executed this  25th  day of July, 2008, at Sacramento, California.

11                         */s/ Lisa A. Tillman*

12                         Lisa A. Tillman
                         Deputy Attorney General
13                         Attorney for Defendants

15  30554095.wpd
   CF1997CS0003

Dec. Tillman Re: EOT Funds

2