IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **[PROPOSED] ORDER** |

Defendants' request for an extension of time to October 10, 2008 to deposit $750,000 in payment for the Special Master's fees is granted.

Dated: _____    _____
                                         The Honorable Lawrence K. Karlton

[Proposed] Order

1