EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P (E.D. Cal.) |
| CARLOS PEREZ, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants | No. C-05-05241 JSW (N.D. Cal.) |

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE SPACE
COORDINATION (2:90-CV-00520 LKK JFM P)

1626739.2

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | C 94-2307 CW (N.D. Cal.) |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH (N.D. Cal.)<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE SPACE COORDINATION** |

On September 5, 2008, an Order to Show Cause was issued as to why the coordination agreement reached by the Receiver in *Plata*, the Special Master in *Coleman*, and the Court Representatives in *Armstrong* and *Perez* regarding the Space Coordination Agreement should not be adopted as an Order of all four Courts. The parties were ordered to file responses to the Order to Show Cause on or before September 26, 2008. Defendants now file this response to the Court's Order.

Defendants support the proposed Space Coordination Agreement because it will result in time and cost efficiencies, while ensuring that there is necessary space to support the medical, mental health, disability and dental programs. The proposal contemplates that office space planning be managed and handled by a single unit, namely the Receiver's *Plata* Support Division Business Operations Unit. (Order to Show Cause, ("OSC") at 4:10-12.)

However, the Receiver has stated that he intends to create an entirely new state agency that has jurisdiction over California prisoners. To the extent this single unit is a step toward creating a new and distinct health agency, Defendants object to this Space Coordination Agreement.

Defendants look forward to working with the Receiver to manage inmate healthcare. To that end, Defendant's request that they be consulted throughout the

1  space planning process about cost, space acquisition, and construction plans, and have
2  the opportunity to comment and object on any project sought by the Receiver both
3  informally and formally to the Court, if necessary.

4  DATED: September 26, 2008                    HANSON BRIDGETT LLP

6                                              By: //s//
7                                                  PAUL B. MELLO
                                                   Attorneys for Defendants
8                                                  Arnold Schwarzenegger, et al.

10 DATED: September 26, 2008                   EDMUND G. BROWN JR.
                                               Attorney General of the State of
11                                             California

13                                             By: //s//
                                                   ROCHELLE C. EAST
14                                                 Senior Assistant Attorney General
                                                   Attorneys for Defendants
15                                                 Arnold Schwarzenegger, et al.

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE SPACE
COORDINATION

1626739.2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Ralph Coleman, et al. v. Schwarzeneggar, et al.
Case No.:    2:90-cv-00520 LKK JFM P (E.D. Cal.)

Case Name:   Carlos Perez, et al. v. Matthew Cate, et al.
Case No.:    C-05-05241 JSW (N.D. Cal.)

Case Name:   John Armstrong, et al. v Arnold Schwarzenegger, et al.
Case No.:    C 94-2307 CW (N.D. Cal.)

Case Name:   Marciano Plata, et al. v. Schwarzenegger, et al.
Case No.:    No. C01-1351 THE (N.D. Cal.)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 26, 2008**, I served the attached

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE SPACE COORDINATION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
(hand delivered)

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814
(messenger service)

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

Jay Shulman
9647 Hilldale Drive
Dallas, TX 75231

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 26, 2008**, at San Francisco, California.

| R. Panganiban | /S/ R. Panganiban |
|---|---|
| Declarant | Signature |

POS9.26.08.wpd