PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT / ADJUDICATION** |

DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT / ADJUDICATION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[242571-1]

I, Donald Specter, declare:

1. I am a member of the Bar of this Court and the Executive Director of the Prison Law Office, one of the counsel of record for the Plaintiff classes in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motions for Dismissal Or, Alternatively, For Summary Judgment or Summary Adjudication.

2. Attached hereto as Exhibit A is a true and correct copy of a June 16, 1999 document entitled "Tolling Agreement," which bears my signature and the signature of Paul Gifford, Senior Assistant Attorney General.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 29 day of September 2008 in Berkeley, California.

_____
Donald Specter

# EXHIBIT A

12/16/99 16:32   CA DEPT OF JUSTICE → 415 457 9151                              NO.044  P002/003
Sent By: PRISON LAW OFFICE;           415 457 9151;        Dec-16-   2:23PM;

Case 2:90-cv-00520-KJM-SCR    Document 3055    Filed 09/29/08    Page 4 of 5

## Tolling Agreement

1. **Parties**

   The Parties to this Agreement are: i) the Attorney General's Office of the State of California ("the Attorney General's Office") on behalf of its clients Robert Presley, the Secretary of the Youth and Corrections Agency of the State of California, Cal A. Terhune, the Director of the California Department of Corrections ("CDC"), and Susann Steinberg, M.D., the Deputy Director for Health Care Services for the CDC, (collectively "Defendants") and ii) the Prison Law Office ("Plaintiffs' Counsel") on behalf of its clients, prisoners who are or will be under the custody and control of the CDC and who are or will be in need of medical care ("Plaintiffs").

2. **Purpose**

   The purposes of this agreement are:

   a. To protect the interests of all parties during the pendency of negotiations concerning changes to the medical care system within the CDC;

   b. To provide an alternative to active litigation in the form of negotiations concerning the issues described above; and

   c. To explore whether the parties' disputes concerning the issues described above can be resolved without the need for active litigation.

3. **Tolling, Exhaustion and Negotiation**

   a. The parties recognize and agree that, as used in this Agreement, the term "claims" includes any and all claims for injunctive relief that could be brought in a civil lawsuit alleging that the medical care provided to prisoners within the CDC is inadequate;

   b. Commencing on the effective date of this Agreement, the statute of limitations is tolled for all plaintiffs' claims covered by this Agreement. This tolling provision will remain in effect until thirty (30) days after any party gives written notice by certified mail to counsel for all other parties that it is no longer effective;

   c. Defendants agree to irrevocably waive, in any civil lawsuit brought by plaintiffs' counsel on behalf of

12/16/99 16:32 CA DEPT OF JUSTICE → 415 457 9151 NO.044 P003/003
Sent By: PRISON LAW OFFICE; 415 457 9151; Dec-16-9 2:23PM; Page 3/3

Case 2:90-cv-00520-KJM-SCR   Document 3055   Filed 09/29/08   Page 5 of 5

plaintiffs involving the claims covered by this Agreement, any defense based on whether plaintiffs have exhausted administrative remedies.

d. Plaintiffs and defendants agree to negotiate regarding changes to the medical care system within the CDC until any party gives written notice to counsel for all other parties that it will no longer negotiate regarding these changes.

4. No Admission of Liability

The parties expressly recognize and agree that entering into this Agreement does not in any way constitute an admission of liability or any wrongdoing by any party, and that all discussions and negotiations pursuant to this Agreement will constitute conduct made in an effort to compromise claims within the meaning of Federal Rules of Evidence, Rule 408.

5. Effective Date

The effective date of this Agreement is the date of the last signature below.

Date: 12/16/99

PRISON LAW OFFICE

By: _____
DONALD SPECTER

Attorneys for Plaintiffs

Date: 12/16/99

By: _____
PAUL GIFFORD
Senior Assistant Attorney General

Attorneys for Defendants

2