APPENDIX C

2