**APPENDIX D**

AUG 1 2008

<->
