**APPENDIX E**





**Appendix F**





