# EXHIBIT R

## Sofia Millham

| | |
|---|---|
| **From:** | Riegel, Sharon [Sharon.Riegel@cdcr.ca.gov] |
| **Sent:** | Thursday, September 11, 2008 10:31 AM |
| **To:** | Angela Shannon; Dennis F. Koson, MD; Erwin, Yong Joo; Haunani Henry; Henry D. Dlugacz; Jeff Metzner, MD; Kathryn Burns, MD, MPH; Kerry Courtney Hughes, MD; Kerry Walsh; Linda Buffardi; Mary Perrien; Mary-Joy Spencer; Matt Lopes; Melissa G. Warren, MD; Mohamedu Jones; Patricia M. Williams; Paul Nicoll; Raymond Patterson, MD; Ron Metz; Ted Ruggles, PhD; Donald Specter; Ivan Trujillo; Jane E. Kahn; Michael W. Bien |
| **Cc:** | Epperly-Ellis, Brenda; Lisa Tillman; Stone, Michael; Neade, Mary J.; Burleson, Judy; Dezember, Robin; Wong, Karen; Sofia Millham |
| **Subject:** | Coleman Monthly Package for July, 2008 - Additional Documents |
| **Importance:** | High |
| **Attachments:** | Month2MonthVac_RegReport_Feb08-Jul08 (5).pdf; Enclosure 3 Additional Data.pdf; June2008 Inpt Psych Aging Rpt-MonthlyAnna (2).rtf |

Hello, Everyone -  Enclosed please find the following documents that were not included in the July Coleman Monthly Package:

- From Enclosure 1
    - Month to Month Registry Usage

- From Enclosure 3
    - Mental Health Population – Placement Per Institution (R1-1 to R1-4)
    - Combined Mental Health Population Per Institution (R1-5)
    - Mental Health Adseg/SHU/PSU (R2-1 to R2-2)

- From Enclosure 6
    - Psych Aging Report for June, 2008

If you have any questions or difficulty in opening any of these files, please call me.  Thanks

*Sharon L. Riegel*

Health Program Specialist II

Mental Health Program

916.928.5946

916.928.7653 (fax)


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

9/26/2008

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION  ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
MENTAL HEALTH PROGRAM

P.O. Box 942883
Sacramento, CA 94283-0001



August 28, 2008

Matthew A. Lopes, Jr., Esq.                    Via:    Lisa Tillman
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Way, Suite 301                           1300 "I" Street, Suite 125
Providence, RI  02908                                   P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed are the two reports that were inadvertently left off the July Coleman Report under Enclosure 3:

- R1-1 through R1-4 - Mental Health Population - Placement Per Institution
- R1-5 - Combined Mental Health Population Per Institution
- R2-1 through R2-2 - Mental Health Adseg/SHU/PSU

If you have any questions, please contact me at (916) 928-4705.

Sincerely,

DENNIS BEATY
Deputy Director, Program Services
Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Robin Dezember, Director, Division of Correctional Health Care Services (DCHCS)
    Karen Wong, Deputy Director (A), DCHCS
    Brenda Epperly-Ellis, Director, Statewide Mental Health Program, DCHCS
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Dennis F. Koson, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert

Matthew A. Lopes, Jr., Esq.
Page 3

  Kerry C. Hughes, M.D., *Coleman* Expert
  Melissa G. Warren, Ph.D., *Coleman* Expert
  Raymond F. Patterson, M.D, *Coleman* Expert
  Pal Nicoll, MPA, *Coleman* Monitor
  Ted Ruggles, Ph.D., *Coleman* Expert
  Mary Perrien, Ph.D., *Coleman* Expert
  Mary-Joy Spencer, Esq., *Coleman* Monitor
  Yong Joo Erwin, LCSW, *Coleman* Expert
  Kathryn A. Burns, M.D., MPH, *Coleman* Expert
  Henry A. Dlugacz, Esq., *Coleman* Expert
  Kerry F. Walsh, Esq., *Coleman* Monitor
  Angela Shannon, M.D., *Coleman* Expert
  Lisa Tillman, Esq., Office of the Attorney General
  Michael Stone, Esq., Office of Legal Affairs
  Michael Bien, Esq., Rosen, Bien and Galvan
  Donald Specter, Esq., Prison Law Office
  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
  Patricia Williams, Esq., *Coleman* Monitor
  Linda Buffardi, Esq., *Coleman* Deputy Special Master
  Haunani Henry, *Coleman* Monitor
  J. Ronald Metz, *Coleman* Monitor
  Andrew Swanson, M.D., Deputy Director, Psychiatry Services, DCHCS
  Marion Chiurazzi, Psy.D., Deputy Director, Mental Health Clinical Services, DCHCS
  Judy Burleson, Coleman Compliance Manager, DCHCS
  Mary Neade, Correctional Counselor II, Division of Adult Institutions
  Sharon Riegel, HPS II, DCHCS

# CONFIDENTIAL

## Combined Mental Health Population Per Institution

*Includes Ad-Seg, SHU, Reception Center and GP Mental Health Populations Combined*

**Download Date August 8, 2008**

|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| **ASP** | 1099 | 1277 | 116% |  | 24 |  |  | 1301 |
| **CAL** |  | 13 |  |  |  |  |  | 13 |
| **CCC** |  | 3 |  |  |  |  |  | 3 |
| **CCI** | 1349 | 1379 | 102% |  | 97 |  |  | 1476 |
| **CCWF** | 849 | 1076 | 127% | 54 | 48 | 89% | 12 | 1124 |
| **CEN** |  | 14 |  |  | 2 |  |  | 16 |
| **CIM** | 999 | 1297 | 130% |  | 185 |  | 34 | 1482 |
| **CIW** | 449 | 661 | 147% | 75 | 121 | 161% | 10 | 782 |
| **CMC** | 1049 | 1154 | 110% | 634 | 591 | 93% | 36 | 1745 |
| **CMF** | 599 | 714 | 119% | 591 | 630 | 107% | 50 | 1344 |
| **COR** | 949 | 1240 | 131% | 204 | 204 | 100% | 23 | 1444 |
| **CRC-M** | 848 | 829 | 98% |  |  |  |  | 829 |
| **CTF** | 699 | 869 | 124% |  | 7 |  |  | 876 |
| **CVSP** |  | 21 |  |  |  |  |  | 21 |
| **DVI** | 649 | 768 | 118% |  | 76 |  |  | 844 |
| **FOL** | 599 | 713 | 119% |  | 5 |  |  | 718 |
| **HDSP** | 699 | 865 | 124% |  | 18 |  | 10 | 883 |
| **ISP** |  | 15 |  |  |  |  |  | 15 |
| **KVSP** | 1000 | 859 | 86% |  | 15 |  | 12 | 874 |
| **LAC** | 1149 | 833 | 72% | 345 | 505 | 146% | 12 | 1338 |
| **MCSP** | 999 | 1202 | 120% | 546 | 526 | 96% | 8 | 1728 |
| **NKSP** | 799 | 867 | 109% |  | 63 |  | 10 | 930 |
| **PBSP** | 349 | 355 | 102% | 66 | 67 | 102% | 10 | 422 |
| **PVSP** | 1299 | 1671 | 129% |  | 13 |  | 6 | 1684 |
| **RJD** | 1199 | 1224 | 102% | 393 | 449 | 114% | 14 | 1673 |
| **SAC** | 849 | 854 | 101% | 458 | 466 | 102% | 24 | 1320 |
| **SATF** | 1049 | 1381 | 132% |  | 23 |  | 20 | 1404 |
| **SCC** | 499 | 618 | 124% |  | 15 |  |  | 633 |
| **SOL** | 1199 | 1489 | 124% |  | 16 |  | 9 | 1505 |
| **SQ** | 899 | 1025 | 114% | 36 | 94 | 261% |  | 1119 |
| **SVSP** | 999 | 1150 | 115% | 237 | 228 | 96% | 10 | 1378 |
| **VSPW** | 749 | 1161 | 155% | 9 | 12 | 133% |  | 1173 |
| **WSP** | 1049 | 1147 | 109% |  | 105 |  | 6 | 1252 |
| **Totals** | 24922 | 28744 | 115% | 3648 | 4605 | 126% | 316 | 33349 |

\*\*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

CRC-M does not include the SNY population.

Health Care Placement Oversight Program

R1-5

8/8/2008

# EXHIBIT S

# Sofia Millham

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Thursday, September 11, 2008 3:11 PM |
| **To:** | Matt Lopes |
| **Cc:** | Kerry Courtney Hughes, MD; Dennis F. Koson, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Melissa G. Warren, MD; hammujones@comcast.net; Henry D. Dlugacz; Raymond F. Patterson, MD; Kathryn Burns, MD, MPH; Angela P. Shannon; Ted Ruggles, PhD; Paul Nicoll; Kerry Walsh; LBuffardi@pld-law.com; Mary-Joy Spencer; Donald Specter; itrujillo@prisonlaw.com.; Amy Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Maria Morris; Sarah M. Laubach; Jeff Metzner; Yong Joo Erwin; Ron Metz |
| **Subject:** | DMH Staffing, Census |
| **Attachments:** | August 2008 DMH Staffing Report.pdf; August 2008 DMH Licensure CMFandSVSP.pdf |

September 11, 2008

Re: Coleman v. Schwarzenegger

Dear Special Master Lopes:

Please find enclosed the following documents from the Department of Mental Health:

1. Monthly Staffing and Staffing Vacancies Report for All DMH State Hospitals, the Vacaville Psychiatric Program and the Salinas Valley Psychiatric Program;

2. Monthly Report on the Licensure of the Intermediate Care and Day Treatment Programs at the Vacaville Psychiatric Program and the Salinas Valley Psychiatric Program.

My apologies for inadvertently not providing these documents on September 5, 2008. Please feel free to contact me if you have any questions or concerns.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



# CALIFORNIA DEPARTMENT OF Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

September 2, 2008

Matthew A. Lopes, Jr., Esq.      via:     Lisa Tillman
Office of Special Master                       Deputy Attorney General
Pannone, Lopes & Devereaux, LLC         1300 I Street, Suite 125
317 Iron Horse Way, Suite 301             P.O. Box 944255
Providence, RI 02908                      Sacramento, CA 94244-2550

RE:    MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE AND DAY TREATMENT PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California Department of Mental Health (DMH) is to provide a monthly report on the implementation of the expanded Intermediate Care Programs (ICPs) and Day Treatment Programs (DTPs) at the California Medical Facility, Vacaville. In addition to the terms of the Court order, the DMH also is providing information on the implementation of the expanded ICPs and DTPs at the Salinas Valley Psychiatric Program to optimize transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information. The data reflects the time period of August 1, 2008 through August 31, 2008.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE: 8/31/2008

| UNIT VPP | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 DTP | 44 | 40 | 0 | 4 |
| A-3 ICF | 40 | 30 | 1 | 9 |
| P-2 ICF Level IV | 36 | 36 | 0 | 0 |
| P-3 ICF Level IV | 30 | 30 | 0 | 0 |

| Unit | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| SVPP | 32 | 32 | 0 | 0 | 32 | 30 | 2 | 0 |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 56 | 50 | 6 | 0 |
| D-6 | 56 | 50 | 6 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A3 ICF | 0 |
| A2 DTP | 0 |
| SVPP | 166 |

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 8/31/2008

WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | PC 1370 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| P-2 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-3 ICF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-2 DTP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 10 | 17 | 2 | 29 | 0 | 73 | 1 | 34 | 166 |
| SVPP PC 1370 | 10 | 0 | 0 | 4 | 1 | 18 | 1 | --- | 34 |