# EXHIBIT

V



Skip to: Content | Footer |
Acce...    California    This Site

**.GOV**

| Home | About CDCR | News | Careers | Visitation | Victim Services | Rehabilitation | Parole | Employee Resources |

CALIFORNIA DEPARTMENT OF
## CORRECTIONS AND REHABILITATION



# Office of Public & Employee Communications

Home >> News >> ReformRehabMedia

## Prison Reform and Rehabilitation Media



CDCR Presents "Pathways to Rehabilitation" Project Roadmap to Rehabilitation Oversight Board (09/04/2008)
▶ News Release

▶ View video




CDCR Statement on Report Issued Today by the California Rehabilitation Oversight Board (07/15/2008)
▶ News Release



**Prison Inmates Graduate from Carpenter's Training Program**
(11/28/07)
▶ News Release



**Reform and Inform Newsletter**
(11/27/07)
▶ Newsletter



**Governor Signs Legislation To Create First Secure Re-Entry Facility**
(09/26/07)
▶ News Release   ▶ Audio   ▶ Video   ▶ Transcript



**Governor Schwarzenegger Signs Historic Prison Reform Agreement**
(05/03/07)
▶ News Release   ▶ Audio



**Governor Schwarzenegger Releases $23 Million for Counties to Implement Juvenile Justice Reforms**
(09/13/07)
▶ News Release



**Inmates Graduate from Folsom State Prison's Greystone Adult School**
(07/25/07)
▶ News Release   ▶ Photos

### News

- Communications Home Page
- Press Releases
- Press Office Contacts
- List of Public Information Officers
- Resources for Media
- Multi-Media
- Links Archive

- Recent RFI

Case 2:90-cv-00520-KJM-SCR    Document 3064-4    Filed 09/29/08    Page 3 of 24



**CDCR, Inmates Celebrate Second Successful Licensing Program by Board of Cosmetology**
(07/26/07)
▶ News Release



**Gov. Schwarzenegger Issues Statement Regarding Ruling on Prison Overcrowding**
(07/23/07)
▶ News Release



**CDCR Continues Temporary Out of State Inmate Transfers**
(07/20/07)
▶ News Release



**CDCR Conducts First Secure Community Reentry Facilities Webinar**
(07/16/07)
▶ View Webinar    ▶ Photos    ▶ News Release



**California Responds to Federal Courts with Plan to Reduce Prison Overcrowding**
(05/16/07)
▶ News Release    ▶ Court Documents



**Gov. Schwarzenegger Creates Strike Teams to Implement Historic Prison Reform Plan**
(05/11/07)
▶ News Release



**Director of the Division of Addiction and Recovery Services, Kathy Jett, Discusses Historic Prison Reform Agreement's New Focus on Rehabilitation Programs**
(05/07/07)
▶ Video    ▶ Radio Address    ▶ News Release
▶ Opinion-Editorial



**Dr. Joan Petersilla Discusses Reentry Centers to be built Following the Governor signing the Prison Reform Legislation**
(05/03/07)
▶ Video



**View Interactive Web Discussion on Rehabilitating California's Prisoners**
(05/01/07)
▶ more...



**Secretary Tilton Guest Hosts Governor's Weekly Address -- Discusses Prison Reform**
(04/28/07)
▶ News Release    ▶ Audio    ▶ Video (requires Adobe Flash Player 9)

**Lawmakers Agree on Comprehensive Prison Reforms**
(04/27/07)
▶ News Release/Video (requires Adobe Flash Player 9)

**Text and Video of Press Conference by Governor Schwarzenegger and Legislative Leaders**
(04/26/07)



**Governor Schwarzenegger's Prison Reform Page**
▶ News Release

▶ News Release



**More Rehabilitation, Fewer Victims - Text and Video**
▶ News Release



**Details on the Infill Bed Program**
▶ News Release    ▶ Photos



**Governor's Record on Prison Reform**
▶ News Release



**Enacting Jessica's Law**
▶ News Release



**Gov. Schwarzenegger Tours Overcrowded State Prison in Norco March 6**
▶ News Release    ▶ Photos

**Secretary Tilton tours CSP, Lancaster March 2**
▶ News Release    ▶ Photo

**"The Department of Corrections owns the responsibility to assist inmates who are willing to change their ways with basic tools, of education, life skills, drug treatment and mental health, so they can get better when they leave Corrections -- not worse. But until I get overcrowding reduced -- then I don't have the opportunity to provide the program that I believe is my charge."**

CDCR Secretary James Tilton



Overcrowding has led to triple-bunking in the gym at Mule Creek State Prison (July 19, 2006).

Please visit this page frequently. More details of Governor Schwarzenegger's aggressive public safety plan will be posted regularly.

Conditions of Use | Privacy Policy | Compatibility Statement
Copyright © 2007 State of California

# EXHIBIT

W

## Office of the Governor

ARNOLD SCHWARZENEGGER
THE PEOPLE'S GOVERNOR

Home | About Arnold | About Maria | Newsroom | Multimedia | Issues | Blog | Interact | Appointments | Español

# Speeches

Tuesday, 03/06/2007    Print Version | Email / Share

## Gov. Schwarzenegger Tours Overcrowded State Prison in Norco



PLAY VIDEO

**GOVERNOR:** Good morning, everybody, thanks for being here. I just took a little tour here of the Norco Facility, and I want to thank Warden Hall and Secretary Tilton, and also Assemblyman Spitzer for taking me around here, and seeing firsthand what is going on here.

As you know, that Norco is like every other prison in California, which means that they're overcrowded. Here, for instance, you have a huge overcrowding problem. Statewide we have 171,000 prisoners, and they're housed in facilities that are for 100,000 inmates, and so this creates a big crisis. Norco is one of those typical facilities that is meant to be for 2,300 inmates, but they have 4,500 inmates, so almost double. And one of the things that we have just seen, for instance, is the gymnasium; it's supposed to be for rehabilitation, but it is being used for double-bunking. There are almost 300 inmates that are sleeping every day in that gymnasium.

Now, this facility is an old facility; it dates back to 1928 when it was a luxury hotel, actually, and then in 1941 it became a naval hospital, and then in the '60s it became a prison. But like other prisons, Norco has the double-bunking problem, and it is of course dangerous for the inmates and dangerous for the staff, and that's what we want to avoid. There is no room for rehabilitation in some of those facilities. Here they are actually doing the best job in rehabilitation, but they all would tell you right away—as I've heard from Warden Hall—that if we would have more beds available and more space available, we could do a much, much better job with rehabilitation.

Now, what does that mean? It means that when you have a lack of rehabilitation you increase the recidivism rate, and this is why, in California, we have a 70 percent recidivism rate. As anyone that works in those institutions can tell you, when you don't have the room and the space for rehabilitation, then you send inmates out on the streets again, they are released, and they come right back in again. 70 percent come right back in because they are not prepared to go out, they're not ready to have a job, they haven't been educated here to do a specific skill or anything like this, or got general education, or went through a drug program, and so on. So they come right back in again, which costs us as a state a fortune, and this is what creates partially the overcrowding problem.

If we don't solve this problem—and the reason why we're here today is to let everyone know there is really an urgency, because we have been going around this, and trying to fix this problem now ever since I've come into office, and even before I came into office, to try to fix it. But, you know, the Legislature has not really yet committed to really solving this problem. Hopefully we will be able to do that this year, because there is a good atmosphere of working together. But the fact of the matter is that if we don't solve the problem, the federal court will take over the problem for us. And what does that mean? That means that they will go and put a cap on our prisons in California and they will say, you know, 171,000 inmates is too much, so you can only have, let's say, 140,000. So we have to then release 30 some thousand, and you will have criminals roaming on the streets. And on top of that, they will take money from education and from health care and will start building prisons, and to do it their way.

So we really need to solve this, and the purpose and the solution, we have to come up with right now with the Legislature. Now is the time for action. Last December I put forward a 10.9 billion dollar

**RELATED CONTENT**

▶ Press Release

▶ Fact Sheet

▶ Photo Essay

▶ Video

● Comprehensive Prison Reform

**PHOTO ESSAY**

CLICK TO ENLARGE

 

 

 

 

**MORE RELATED SPEECHES**

**03/6/08** - Transcript of Governor Arnold Schwarzenegger Speaking at Female Inmate Carpenter Graduation

**09/26/07** - Governor Schwarzenegger Signs Legislation to Create First Secure Community Re-entry Facility

**09/6/07** - Schwarzenegger Joins with Assembly Republicans, Law Enforcement Officials to Warn of Dangers if Felons are Released into Communities

building plan, included in a comprehensive reform package, to create and to build 16,000 new beds at existing prisons, 10,000 new medical and mental health beds, and 5,000 to 7,000 re-entry beds, 4,500 contract beds for female inmates, and 5,000 inmates will be sent, or transferred, out of the state, which I think is a case that we will win in court.

So if my proposals are adopted, right here at Norco, we have space then for an additional 1,000 beds, meaning that 200 new beds will be built and provided, and then up to 800 beds will be created for men, because they will be freed up when women are being re-located to female community correctional facilities. So there are all kinds of great things in this plan that will allow us to move, and expand also drug follow-up programs that are now run on a local level, which is very important. My proposal will also keep selected short-term, low-risk inmates in county jails.

Creating also a Sentencing Commission is very important. We have worked together and talked to the Democrats and Republican Party to create a Sentencing Commission. We just have to work out the details, how much teeth that commission will have. And also at the same time have parole reform. So those are the kind of things that we want to accomplish this next few weeks.

And I hope that the Legislature recognizes the fact that there is a certain urgency, because by June we have to be able to show to the federal court that we have our act together, and we know and can move forward with this program. These are moves that will make our prisons and our state safer, and of course public safety is the most important thing for us. So let's go and really all work together, Democrats and Republicans, to solve this problem.

Now I would like to bring out and introduce Assemblyman Todd Spitzer, who is someone that comes from law enforcement and is a big believer in solving this prison crisis. So please, Todd, if you'd come up here and say a few words please?

**ASSEMBLYMAN SPITZER:** Well, thank you very much. My name is Todd Spitzer; I'm the Chairman of the Select Committee on Prison Operations and Prison Construction for the State Assembly. This is also my Assembly district, and I want to thank the Governor and his staff for coming here today. I also want to thank Secretary Tilton, the warden and the assistant warden, and all the fine men and women, the correctional officers here who are doing an unbelievable work under, in my opinion, the most dire circumstances.

While it may be a beautiful day out here, the Governor knows, and we all know standing here, that one, it's not beautiful on the inside of this correctional institution. What is happening inside this correctional institution is completely inappropriate for the safety of correctional officers, and it's completely inappropriate for those who are going to end up coming back out of these facilities if we're going to ensure, as a society, their potential success to rehabilitate.

I think there has been a thought in this state that we are incarcerating, on average, more people in California than the rest of the nation. That's just not true; in fact, our incarceration rate is below the average. But let me make something very clear; the Governor said it—we are not going to jeopardize public safety. This institution is 200 percent of capacity. There is no room to do the kinds of rehabilitation programs that are necessary if we're going to protect society. But let's make something clear; there are some individuals at certain institutions in the state of California that need to be locked up for long periods of time in order to protect society.

At 204th Street and Harvard in the City of Los Angeles, in the 504th reporting district of LAPD, I was a ten-year LAPD officer. In that reporting district, 11-year old Marcus Mark Wilbert was gunned down by the Harvard Street Gang, and Sheryl Green, 14 years old, was shot to death by the Harvard Street Gang. You don't need to tell us, but we need to tell the public, that as a result of overcrowding in our prisons our streets are not safe. Gang members have taken over our streets, they're killing our children, and we do not have appropriate institutions to house them. And that is not acceptable. And as a member of the Legislature, I sat there when this Governor called the special session last year and the Legislature did not act. And we have been in session since December 5th of 2006, and we have not acted.

Violent crime is going up at an escalating rate. This chart by the Department of Corrections proves that we are housing people in our prisons who are violent criminals. Do we—as the Governor said— do we have a responsibility to rehabilitate and do the best we can as a society in the state for those who are incarcerated so that they have the greatest likelihood of success upon release? Absolutely, but there's a balance; instituting those who are dangerous, and trying to help those who want to help themselves. And that's why Governor Schwarzenegger is here today, and why we are here today, because we want the people of the state of California to understand that. We want a balance, and we're not getting a balance, and little children are dying in the streets because we are not getting a balance in California.

Thank you, Governor.

**GOVERNOR:** Thank you. All right. Thank you very much, and if you have any questions about this,

please feel free.

**Q:**  Governor, you've talked about transferring low-risk prisoners to county facilities.  Los Angeles, Orange County, San Bernardino, they seem to be overcrowded.  Are you going to transfer them from their counties to other smaller county facilities?

**GOVERNOR:**  No, no.  As I was just saying, that we have a building program of 10.9 billion dollars, which is part of the overall reform package, which is the Sentencing Commission, creation of a Sentencing Commission, and the creation of reforming paroles and all of those things.  It's a whole comprehensive plan that I have proposed already in December.  And one of the things I proposed was a 10.9 billion dollar infrastructure to rebuild and to add the capacity of 40 some thousand—actually 78,000 beds.

But the beds that I just mentioned here, those will be already over 40,000 beds.  And that's what we need to do, because as soon as we build the facilities, we will free up some room.  And as soon as we free up some room, we can do the rehabilitation and we can get inmates ready to give them another chance, because their term is up.  We can then send them to local facilities, we can send them out there, but let's give them the programs that they need so they can learn a certain skill, a job, or something like that, be a carpenter, or a plumber, whatever, a mechanic, or whatever it is.  And also, let them have the drug rehabilitation program so that we can give them the rehab that they need to get off drugs so when they go out there they don't go back on drugs, or start selling drugs and all this.

So what we are doing is by a lack of providing the kind of rehabilitation, we create a recidivism rate that is, like I said, 70 percent.  And so they go out and they come back in, they go out and they come back in.  Well, who are we hurting here?  We're hurting the people, because as soon as we let them out and they're not ready to be out there, they're dangerous again for society, and we always want to make sure that the people are protected.

And this is why we are having this press conference here today, to put the spotlight on the urgency of solving this problem immediately, because if the federal court comes in, or a federal judge, and says, "We're going to put a cap on it," they're going to release criminals, and we're not going to have a chance to really sort it out and say who is the least dangerous and who is the most dangerous and all of those things.  There will be just a cap put on it and they will be released, so that is dangerous and we have to protect the people.

**Q:**  Governor, I believe it was back in October when you declared a state of emergency.  Can you talk about some of the things that maybe you saw firsthand today with your own eyes that spoke to that urgency?

**GOVERNOR:**  Well, I think that when you go through it, and I think Warden Hall was kind enough to show me all of the things, you know, the obstacles that she's facing here, and how could she do a better job, because she is an extraordinary leader here and a great warden that really shows that she can pull the team together and run this prison efficiently.  But she can only go so far if we don't give her the money to expand.  And so she just showed me, for instance, a facility—the gymnasium.  There's a gymnasium in there that they can use for vocational training, for drug rehabilitation, for doing some—to let off some steam, to do some exercises in there and so on.  But almost 300 beds—double-bunking, inmates are double-bunking in there every night, so she can not really run the program well.

So those are the kind of things that you see, if you go to this location here at Norco, or if you go to another facility, all over the state of California we have facilities for 100,000 inmates, and we have 171,000 inmates.  And for years, and years, and years, the Legislature has been debating over should we build more or not, and they have not built more, and it is getting dangerous for people, it's getting dangerous for the inmates, dangerous for the staff that is working here, the security and the prison guards and so on, and dangerous for the public.

**Q:**  How about what you talked about, sending prisoners out of state to other facilities?  It seems by reading that this problem is not only California, being overcrowded, the jails being overcrowded.  Other states are having the same problem.

**GOVERNOR:**  Well, Secretary Tilton did a great job, because when I told him, I said, "Look, we've got to do something that ought to be done right away, so let's go and look into sending inmates out of the state to facilities, temporarily, just so we get rid of the overcrowding problem until we get the money and until we get an agreement with both of the parties so we can start building."  And he immediately found tens of thousands of beds available in various different states.  And so they were looking for getting inmates; we were looking for shipping some of the inmates, so it was a perfect situation of supply and demand, again.  And it is also not that expensive, so we felt that that was the best way to go.

And even though we were challenged in court, I think that we're going to win that case, and that we will be able to continue shipping inmates out of the state to, again, relieve temporarily.  It's not our ideal situation.  Our ideal situation is to leave everyone in this state, to build more prisons.  Let's build

the extra 78,000 beds, let's reform the system, let's create a sentencing commission, let's have parole reform and all of those kinds of things that Assemblyman Todd Spitzer was also talking about. But we've got to get our act together and we've got to do it, and both of the parties have to work together. Now is the time to do it, because in June it will be too late.

**STAFF:** Last question.

**Q:** Governor, can you share with us any information with regards to the health care in relation to medical, dental and mental health programs?

**GOVERNOR:** Well, I think that Secretary Tilton can come out here and say a few words, because he just had some extensive conversations about that yesterday.

**SECRETARY TILTON:** I think it's very important. As far as services, you're right; we've been working with the various mental health court, we're working with the Plata receiver, because in addition to space for program, we need to have space for staff to provide medical services, and office space for those. So we're working with the receivers to develop a capital outlay plan to do that. You know, he's increased salaries. That's not the only solution, to increase salaries to recruit that staff; we need to provide appropriate facilities to provide those services too. So we talk about overcrowding in programs, and we talk about program, one of the issues we have here is to make sure we provide space for our medical staff to work and provide those services in the prison. If we can do that in the prisons, we save money and are more efficient from the (Inaudible) standpoint, as well as not having those inmates transferred to the community. So it's cheaper, and a safer situation, so we're working with the courts to provide that.

**GOVERNOR:** I just want to say also, in the end, that I want to thank all the officers that work in those prisons, because they are risking their lives, it's much more dangerous now because of overcrowding than it has ever been, and so we just want to thank them for their incredible work and for their great dedication. Thank you.

---

Text Version | Email the Governor | Email Alerts | Internship Program | Technical Contact |
RSS Feeds | Site Map | Privacy Policy | Conditions of Use

**CA State Homepage**

© 2008 State of California

# EXHIBIT

# X

00001

```
 1         UNITED STATES DISTRICT COURT

 2      FOR THE EASTERN DISTRICT OF CALIFORNIA

 3      AND THE NORTHERN DISTRICT OF CALIFORNIA

 4              ---oOo---

 5  RALPH COLEMAN, et al.,        )

                                  )

 6          Plaintiffs,   )

            vs.           )

 7                        ) No. 2:90-cv-00520

                          )   LKK JFM P

 8  ARNOLD SCHWARZENEGGER, et     )

   al.,               )

 9                        )

           Defendants.    )

10  _____ )

   MARCIANO PLATA, et al.,       )

11                        )

           Plaintiffs,    )

12                        )

            vs.          ) No. C:01 1351 TEH

13                        )

   ARNOLD SCHWARZENEGGER, et     )

14  al.,               )

                        )

15          Defendants.    )

   _____ )

16

17

18      UNCERTIFIED ROUGH DRAFT TRANSCRIPT

19          DEPOSITION OF

20          MATTHEW L. CATE

21  _____

22      FRIDAY, AUGUST 29, 2008

23

24  REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25              (1-412303)
```

**Cate, Matthew 08/29/08 ROUGH**                    **Page  1**

00141

```
 1  truthful and honest as you could be.  Correct?

 2     A.  Yes.

 3     Q.  Okay.  So first, we wrote the page numbers

 4  down at the bottom, so if you go to page 5, and line

 5  22, do you see where Mr. Krasny asks you that

 6  question?

 7     A.  Yes.

 8     Q.  And this is in the context of the

 9  Receiver's request for $7 billion.

10        Mr. Krasny says, quote:  "The real problem

11  seems to be overcrowding to a great degree.  You

12  need more beds, you need more medical facilities,

13  you've got too many people in cells.  In fact, the

14  numbers are running well over 100 percent now in

15  terms -- I think in terms of what the capacity is

16  supposed to hold, aren't they?

17        And you're answer was, "That's right."

18        Correct?

19     A.  Yes.

20     Q.  And you believe that to be true?

21     A.  Well, I think that I my answer here speaks

22  for itself.  I wasn't necessarily saying that's

23  rightto everything he said above, but I agree that

24  over crowding makes everything more difficult in the

25  institutions.  I mean, I think that's a common --
```

00142

1  that's a common-sense, non-expert view, but when it

2  comes to providing program, we need space to provide

3  program, and the same thing is true for provision of

4  medical care.  You've got to transport inmates and

5  provide space for them and so forth.

6        And so crowding, if you're overcrowded,

7  that's a challenge that has to be overcome in order

8  to do those things.  That's what I was tying to get

9  across.

10    Q.  I see.  So you said, "a challenge for

11  mental and medical healthcare because of -- again,

12  of the clinical spaces needed."

13        Did you see that on line --

14    A.  Yes.

15    Q.  -- yes, 10 through 11.  And you called

16  overcrowding a difficult issue on the next line.  Is

17  that right?

18    A.  Yes.

19    Q.  You believe that to be true?

20    A.  I think it is a difficult issue.

21    Q.  And since it -- and your testimony is, is

22  that it affects everything you do.

23    A.  Yes.  In one degree or another.

24    Q.  So it's a pervasive problem.  Correct?

25    A.  In the extent that it has some impact on a

00175

1    A. It was true then.

2    Q. It's still true now?

3    A. Yes. It's being overhauled now, but it's

4 not there yet.

5    Q. And providing inmates with adequate medical

6 care and in a fiscally sound manner.

7        That was true then. Correct?

8    A. That was true then.

9    Q. It's still true now?

10    A. I don't know.

11    Q. Okay. Can you turn to the next page,

12 please?

13        Second paragraph, it says: Severely

14 hampering the department's ability to address its

15 problems, the Inspector General noted, is an inmate

16 population that has prisons straining at almost

17 double design capacity.

18        Was that true then?

19    A. Yes.

20    Q. Is that true now?

21    A. Yes.

22    Q. As the inmate population increases, the

23 inspector said -- I'm sorry, the Inspector General

24 said, the Department's problems, controlling

25 violence, offering education, delivering healthcare,

00176

1 managing overcrowding and controlling costs become

2 more difficult.

3     Is that true?

4  A.  Yes.

5  Q.  And is that true now?

6  A.  Yes.

7  Q.  And in the next paragraph you say:  The

8 department can't solve these problems alone.

9     And you go on to talk about how it requires

10 policymakers and the public to address available

11 options.

12     Do you see that?

13  A.  Yes.

14  Q.  And you believed that then.  Right?

15  A.  Yes.

16  Q.  And one of those options was increasing

17 prison capacity.  Correct?

18  A.  Right.

19  Q.  And they have I dressed that in your mind

20 by AB 900.  Correct?

21  A.  And the out of state prison -- well, I

22 guess that's a temporary -- it provides additional

23 capacity to send inmates out of state.  But that and

24 AB 900, yes.

25  Q.  Well, AB 900 includes --

```
1                    CERTIFICATE OF REPORTER

2            I, HOLLY THUMAN, a Certified Shorthand

3    Reporter, hereby certify that the witness in the

4    foregoing deposition was by me duly sworn to tell the

5    truth, the whole truth, and nothing but the truth in the

6    within-entitled cause; that said deposition was taken

7    down in shorthand by me, a disinterested person, at the

8    time and place therein stated, and that the testimony of

9    the said witness was thereafter reduced to typewriting,

10   by computer, under my direction and supervision;

11           That before completion of the deposition,

12   review of the transcript [ ] was [X] was not requested.

13   If requested, any changes made by the deponent (and

14   provided to the reporter) during the period allowed are

15   appended hereto.

16           I further certify that I am not of counsel or

17   attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the event of

19   this cause, and that I am not related to any of the

20   parties thereto.

21

22   DATED September 8, 2008.

23

24

25                     HOLLY THUMAN, CSR No. 6834
```

# EXHIBIT

# Y



## Office of Public and Employee Communications



*March 16, 2007*

## ADULT ARTICLES

## Prison system failing, top corrections official says

By Andy Furillo, Sacramento Bee (Capitol Alert)

California's second-ranking corrections official gave the prison system's newest management team mostly failing grades Thursday in a legislative hearing where the committee chairman also said it's time to star thinking about capping the number of inmates it can handle.

Kingston "Bud" Prunty, the undersecretary of the California Department of Corrections and Rehabilitation, said the prison agency's top managers who have been on the job for nearly 11 months have failed in fixing the system's overcrowding problem, installing effective rehabilitation programs and filling "critical" vacancies throughout the department.

Prunty was appointed in August as undersecretary by Gov. Arnold Schwarzenegger. He is the number-two official in the prison agency under Secretary Jim Tilton, who was appointed last April after his two predecessors resigned.

According to the undersecretary, the main problem for the new team, as it was for its predecessors, has been the continued problem of too many inmates and not enough safe places to put them. The prison population stood at 171,672 as of March 7. The state's 33 prison are designed to house about half that many.

"We just have a real major problem with overcrowding," Prunty said in an interview after the hearing in front of the state Senate's budget subcommittee that oversees prison spending. "It's impacting everything we do."

State Sen. Mike Machado, D-Linden, the committee chairman, said at the conclusion of the hearing that "perhaps it's time for the state to consider imposing its own population cap."

Three federal judges are currently considering taking the action themselves. Hearings in the three cases have been scheduled for June.

E_CDCR_016617

Daily Newspaper Clips
March 16, 2007
Page 2

Asked after the hearing about the state-imposed cap, Machado said, "We're talking about sending a messge to the courts" that would take the issue off the judges' table if they determined that the state was acting on its own to resolve its prison population pressures.

Machado also said at the hearing that the state could ease the inmate crunch by increasing inmates' good-time credits. Right now, prisoners who are enrolled in work, school or vocational programs get a day off their term for every day they serve. Machado said in an interview that the state might want to consider upping the credit to a day and a quarter.

"It could accelerate releases, but it would be done in a manner that is consistent with current practices," Machado said.

Assemblyman Todd Spitzer, R-Orange, took issue with Machado's idea of giving inmates additional time credits. Spitzer said he favors a move toward a more indeterminate sentencing system where inmates have to earn their release dates from a parole board, compared to the current determinate system, where they can calculate the day they get out virtually from the day they go in, even if they don't participate in any programs.

Spitzer also said the corrections agency needs to add space so more inmates can get into programs while they are serving their time.

"Why would we give more credit when we're already giving credit to thousands of inmates who are doing nothing?" Spitzer said.

## Prison shuffle brought confusion, official says. Criticism says 2005 merger blurred management roles, compounded by federal takeover of medical care

The Associated Press

Gov. Arnold Schwarzenegger's reorganization of the state prison system has contributed to confusion over management and responsibilities within the troubled agency, a top corrections official said Thursday.

Schwarzenegger promised increased efficiency when he convinced state lawmakers to combine the former Department of Corrections, the California Youth Authority and the Youth and Adult Correctional Agency into a single department.

The reorganization, which resulted in the Department of Corrections and Rehabilitation, took effect in July 2005.

E_CDCR_016618

# EXHIBIT

# Z

# From Custody to Community:
# Building the Bridge for California's
# Prisoners Returning Home

**By Deborah Hysen**
**Chief Deputy Secretary of Facility Planning, Construction and**
**Management for the California Department of Corrections and**
**Rehabilitation**

**E_PRIV_161332**

## INTRODUCTION

California has the largest prison system of any state in the country, with over _____ adult prisoners and juvenile wards housed in 41 prisons and state correctional facilities, 44 camps and ____ juvenile facilities encompassing _____ million square feet on over _____ acres. Most of these facilities are located in rural areas comprising a vast network stretching from north to south and from California's coast to the eastern border. That network is stretched to beyond its capacity. The current population of approximately _____ inmates is being housed in facilities designed for only _____. Temporary double and triple-bunk beds have been placed in gyms, day rooms and even hallways throughout a majority of prisons, over _____ beds in total. Even these interim measures are not enough to address the continued influx of new prisoners, forcing many to stay for extended periods of time in centers designed for short-term receiving only, be transferred out of state, or be released prematurely.

Providing immediate solutions to the current overcrowded conditions at over _____ prisons will begin to allow the California Department of Corrections and Rehabilitation to focus on its essential duties of custody, rehabilitation and treatment. Currently, there is simply not enough space in the prisons to meet the basic medical, mental health and dental needs of prisoners and spaces that were designed for rehabilitation, and vocational purposes now house either temporary beds or in some cases are actually abandoned because there is simply not enough staff, resources, or modernization funds available to restore them to their intended purpose.

The pressure on the system must be relieved as quickly as possible to allow the return of safety to both inmates and correctional officers. New facilities within existing prisons must be built to permanently accommodate the temporary beds. Other facilities must be built and/or renovated to allow additional treatment, education, rehabilitation and vocational opportunities for prisoners. And, infrastructure systems that are straining against this unprecedented growth must be rebuilt, expanded or modernized to continue to function well into the future.

Recognizing the urgency of need and the necessity for action to remedy these problems, the California Legislature and Governor Arnold Schwarzenegger passed the Public Safety and Offender Rehabilitation Services Act, otherwise known as Assembly Bill 900 on _____, 2007. This bill provides over _____ to build permanent beds at more than _____ existing prisons to ease overcrowding, including _____ medical and mental health treatment beds to address these critical areas impacted by the overcrowded conditions.

E_PRIV_161333

**More *is* More -Building Infill Capacity**

A key component of Assembly Bill 900 is the requirement to replace over 16,000 temporary beds at existing prisons with permanent housing and sufficient additional space to provide rehabilitation, education and treatment options for these inmates.  Because the need is so urgent, the response should be equally so.   These facilities must be brought on line and made wholly functional at the earliest possible date.  This Herculean effort requires a concentrated, well-planned and artfully executed program of design, construction and operation.  It mandates strategic thinking and the utilization of innovative methods of construction not previously employed by this state agency.  It necessitates the leveraging of technology to expedite internal bureaucratic processes that, if not carefully managed, can slow progress to a halt.  It requires an extensive level of coordination with the federal court system that has assumed responsibility over the medical needs of California's prisoners because of California's failure to meet these needs.  And, it is an effort that even when complete several years from now and at a cost of _____, will still not fully address the future housing, rehabilitation, and treatment needs of California's prisoners.


**Less *is* More – Building Community Reentry Facilities**

If one could compare the building model of existing prisons to something like a retail center, it might best be described as a "suburban-sprawl, big box" approach, with sizeable "warehouse-like" structures containing thousands of prisoners in this case and located not in urban settings but in far-flung areas of the state that generally have no relationship to the population housed within.  The locations of these prisons in previous years was dictated primarily by communities not interested in this land use within their boundaries, adopting an often-used "not-in-my-backyard" attitude.

While most state's prisons have populations of 500 inmates or less, and indeed that is the nationally recognized maximum population standard by the American Corrections Association, most if not all California prisons exceed that figure several times over.[1]   The sheer size of these institutions is daunting


It calls for a degree of collaboration with a wide and diverse group of stakeholders that is unparalleled in a

---

[1] American Corrections Association ??????????????