EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
LISA A. TILLMAN - State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS - State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>**To: Three-Judge Panel** |

- 1 -
DEFS.' SUPPL. REQUEST FOR JUD. NOT. SUPP. DEFS.' MOT. TO DISMISS OR ALT., MOT. SUMM. J. OR SUMM. ADJ. (CASE NOS. 90-00520 LKK JFM P AND C01-01351 TEH)

1  Under Federal Rules of Evidence, Rule 201, Defendants request that this Court take
2  judicial notice of the following additional documents:
3  1. Stipulation for Injunctive Relieve filed in *Plata v. Schwarzenegger* on June 13,
4  2002, document number 68 on the *Plata* Court Docket. A copy of the Stipulation for Injunctive
5  Relieve is already available to the Court and all the parties in this action and, therefore, in the
6  interests of economy and for the convenience of the Court and the parties, is not attached to this
7  Request.
8  2. Special Master's Report and Recommendations on Defendants' 2007 Bed Plan
9  filed in *Coleman v. Schwarzenegger* on September 24, 2007, document number 2432 on the
10 *Coleman* Court Docket. A copy of the Special Master's Report and Recommendations on
11 Defendants' 2007 Bed Plan is already available to the Court and all the parties in this action and,
12 therefore, in the interests of economy and for the convenience of the Court and the parties, is not
13 attached to this Request.

DATED: October 6, 2008                                HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants Arnold
Schwarzenegger, et al.

DATED: October 6, 2008                                EDMUND G. BROWN JR.
                                                      Attorney General of the State of California

By: /s/ Rochelle C. East
ROCHELLE C. EAST
Senior Assistant Attorney General
Attorneys for Defendants Arnold
Schwarzenegger, et al.