EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile:  (415) 703-5843
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No.  2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ERRATA TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO MOTIONS FOR DISMISSAL OR, ALTERNATIVELY, SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>**To: Three-Judge Panel** |

1  Defendants Arnold Schwarzenegger, et al. (Defendants) submit this Errata to correct a
2  typographical error contained in Defendants' Objections to Plaintiffs' Evidence in Opposition to
3  Motions for Dismissal or, Alternatively, Summary Judgment or Summary Adjudication, filed on
4  October 6, 2008.
5  The errors to be corrected are as follows:
6  Page 1, paragraph 1 currently reads as follows:

| | |
|---|---|
| 1. "Defendants waived any exhaustion defense. Specter Decl., Exh. A (Tolling Agreement, 12/16/99)." (Pls.' Response to Defs.' Sep. Stmt. of Undisputed Facts (Pls.' Response), ¶ 1.) | Defendants object to this evidence on the ground that it is irrelevant. *See* Fed. R. Evid. 402. The Tolling Agreement was superseded by a subsequent agreement by the parties in the Stipulation for Injunctive Relief, approved by this Court on June 13, 2002, which states in pertinent part "This Stipulation reflects the entire agreement of the parties and supersedes any prior written or oral agreements between them. No extrinsic evidence whatsoever may be introduced in any judicial proceeding to provide the meaning or construction of this Stipulation." (6/13/02 Stipulation for Injunctive Relief at ¶ 33 (RJN-15, *Plata* Docket No. 68).) |

16  / / /
17  / / /

- 2 -
ERRATA TO DEFS.' OBJECTIONS TO PLS.' EVIDENCE IN OPP'N TO MOT. TO DISMISS, OR
ALT., MOT. SUMM. J. OR SUMM. ADJ. (CASE NOS. 09-00520 LKK JFM P AND C01-1351 TEH)

Page 1, paragraph 1 should be corrected to read as follows:

| | |
|---|---|
| 1. "Defendants waived any exhaustion defense. Specter Decl., Exh. A (Tolling Agreement, 12/16/99)." (Pls.' Response to Defs.' Sep. Stmt. of Undisputed Facts (Pls.' Response), ¶ 1.) | Defendants object to this evidence on the ground that it is irrelevant. *See* Fed. R. Evid. 402. The Tolling Agreement was superseded by a subsequent agreement by the parties in the Stipulation for Injunctive Relief, approved by this Court on June 13, 2002, which states in pertinent part "This Stipulation reflects the entire agreement of the parties and supersedes any prior written or oral agreements between them. No extrinsic evidence whatsoever may be introduced in any judicial proceeding to provide the meaning or construction of this Stipulation." (6/13/02 Stipulation for Injunctive Relief at ¶ 33 (**Suppl. RJN-1**, *Plata* Docket No. 68).) |

DATED: October 7, 2008                                                       HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants Arnold
Schwarzenegger, et al.


DATED: October 7, 2008                                                       EDMUND G. BROWN JR.
Attorney General of the State of California


By: /s/ Rochelle C. East
ROCHELLE C. EAST
Senior Assistant Attorney General
Attorneys for Defendants

ERRATA TO DEFS.' OBJECTIONS TO PLS.' EVIDENCE IN OPP'N TO MOT. TO DISMISS, OR ALT., MOT. SUMM. J. OR SUMM. ADJ. (CASE NOS. 09-00520 LKK JFM P AND C01-1351 TEH)