IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

        /

On September 12, 2008, the special master filed part A of his twentieth monitoring report. Neither party has filed any objection to the report or its recommendations. Good cause appearing, the special master's recommendations will be made an order of the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall develop a plan to address the overall dysfunction in custody/mental health relations at Salinas Valley State Prison (SVSP). This plan shall be submitted to the special master within ninety days from the date of this order. It shall be designed to resolve the discord between custody and mental health staffs, foster an environment that will facilitate the provision of mental health treatment, and promote a therapeutic milieu in SVSP, Salinas Valley Psychiatric Program (SVPP), and Units D5 and D6. The plan may provide for periodic meetings among the special master and his staff, the secretary of the California

Department of Corrections and Rehabilitation (CDCR), and appropriate CDCR and Department of Mental Health (DMH) administrators. It may incorporate a variety of initiatives including, but not limited to, the following:

- a review by SVSP administrative staff of the cultural assessment at SVSP that was completed by the Criminal Justice institute in 2005;

- the development of a new cultural assessment similar to the one that was previously completed at California State Prison/Corcoran;

- provision of specialized mental health training for correctional officers to increase their understanding of mental illness, improve their recognition of and reaction to behaviors related to mental illness, and heighten their familiarity with the relationships and interactions that typically occur between mental health clinicians and their patients; and

- conduct of monthly meetings at which custodial and mental health supervisors and line staff may share with the warden and the deputy warden for health care their concerns and observations with regard to the Mental Health Service Delivery System (MHSDS) and DMH programs.

2. Defendants shall develop a plan for maximum utilization of all dormitory beds at SVPP. This plan shall be submitted to the special master within ninety days from the date of this order.

3. Defendants shall implement and maintain institutional electronic and manual tracking logs for inmates who have been placed into alternative housing pending Mental Health Crisis Bed (MHCB) transfers, and the dates, times, and places of return to regular housing for inmates not transferred to an MHCB. The tracking logs should also indicate the specific levels of clinical monitoring that were required (suicide watch, suicide precaution, or psychiatric observation), and the clinical monitoring that occurred. When an inmate is referred to an MHCB for treatment of a suicidal threat or behavior, and the referral is rescinded or the inmate-patient is not admitted to an MHCB, the inmate shall receive follow-up treatment including daily contact for five (5) consecutive days following his or her return to regular housing. Quality management for implementation of discharge planning, required when an inmate is discharged from an MHCB, shall be implemented for these inmates.

4. Defendants shall construct the mental health treatment and counseling space at SVSP and the mental health treatment and programming space at California Medical Facility (CMF) as described in their development proposals submitted in response to this court's October 18, 2007 order. Construction of that portion of defendants' proposal concerning Units D5 and D6 at SVSP shall be expedited in order to addressed the heightened level of need that exists there.

5. Defendants shall disseminate the complete *Coleman Monthly Report of Information Requested and response to January 19, 1999 Court Order Regarding Staff Vacancies* and *CDCR Mental Health Crisis Bed Monthly Report* on a regular and timely basis.

DATED:   October 6, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3