PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　vs.<br>　　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT / ADJUDICATION** |

SUPP REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT / ADJUDICATION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[242908-1]

Plaintiffs submit this Supplemental Request for Judicial Notice in support of their Opposition to Defendants' Motion to Dismiss or Summary Judgment. Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). The Court may take judicial notice of a judicially noticeable fact "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

Courts routinely take judicial notice of government documents, particularly where they are posted on the government agency's official website. *See, e.g.*, *Modesto Irrigation Dist. v. Pac. Gas & Elec. Co.*, 61 F. Supp. 2d 1058, 1066 (N.D. Cal. 1999) (taking judicial notice of document posted on agency's website and "readily accessible through the Internet"); *Paralyzed Veterans of Am. v. McPherson*, 2008 WL 4183981, * 5 (N.D. Cal. Sept. 9, 2008) (noting that "[i]t is not uncommon for courts to take judicial notice of factual information found on the world wide web. This is particularly true of information on government agency websites, which have often been treated as proper subjects for judicial notice," and collecting cases (citation omitted)); *In re Agribiotech Secur. Litig.*, 2000 WL 35595963, *2 (D. Nev. Mar. 2, 2000) ("In this new technological age, official government or company documents may be judicially noticed insofar as they are available via the worldwide web."); *see also Lee v. City of L.A.*, 250 F.3d 668, 688 (9th Cir. 2001); *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004) (recognizing that court make take judicial notice of public documents).

Accordingly, Plaintiffs request that this Court take judicial notice of the following documents:

1. Governor Schwarzenegger's October 4, 2006 emergency proclamation, entitled "Prison Overcrowding State of Emergency Proclamation," which is published on the Governor's website at http://gov.ca.gov/index.php?/proclamation/4278/ (site last visited October 7, 2008). This document is attached as Exhibit C to the Ells declaration (*Plata* docket No. 1533). This document contains statements of a party and admissions against interest.

2. Color copies of images of CDCR prisons, which are published on CDCR's website at http://www.cdcr.ca.gov/News/prisonovercrowding.html (site last visited October 7, 2008). These documents are attached as Exhibit D to the Ells declaration (*Plata* docket No. 1533). According to information on the same website page, photos 1-3 of Exhibit D are of California Institute for Men on August 7, 2006; photos 4-5 are of California State Prison-Solano on August 7, 2006; photo 6 is of Mule Creek State Prison on July 19, 2006; photos 7-9 are of California Institute for Women on August 10, 2006; and photos 10-14 are of California State Prison-Los Angeles on August 8, 2006).

3. The transcript of Governor Schwarzenegger's June 26, 2006 remarks, entitled "Schwarzenegger Calls Special Session to Address Prison Crowding, Recidivism," which is published on the Governor's official website at http://gov.ca.gov/speech/1088/ (site last visited October 7, 2008). This document is attached as Exhibit F to the Ells declaration (*Plata* docket No. 1533). This document contains statements of a party and admissions against interest.

4. Governor Schwarzenegger's June 26, 2006 press release, which is published on the Governor's official website at http://gov.ca.gov/index.php?/press-release/1076/ (site last visited October 7, 2008). This document is attached as Exhibit G to the Ells declaration (*Plata* docket No. 1533). This document contains statements of a party and admissions against interest.

5. The video of a June 26, 2008 speech given by Senator Dave Cogdill, which is published on Senator Cogdills' official website at http://cssrc.us/web/14/multimedia.aspx under the linked title, "Senator Cogdill Discusses the GOP's Solution to California's Prison Overcrowding" (site last visited on October 7, 2008). This video is attached as Exhibit I to the Ells declaration (*Plata* docket No. 1533). This video contains statements of a party and admissions against interest.

6. The September 17, 2008 press release issued by CDCR, entitled "Statement from

-2-
SUPP REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT / ADJUDICATION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[242908-1]

CDCR Secretary Matthew Cate on Lack of Public Safety Trailer Bill in Budget Package," which is published on CDCR's official website at http://www.cdcr.ca.gov/News/2008_Press_Releases/Sept_17.html (site last visited October 7, 2008). This document is attached as Exhibit J to the Ells declaration (*Plata* docket No. 1533). This document contains statements of a party and admissions against interest.

7. The webpage, entitled "Prison Reform and Rehabilitation Media," which is published on CDCR's official website at http://www.cdcr.ca.gov/News/ReformRehabMedia.html (site last visited October 7, 2008). This document is attached as Exhibit V to the Ells declaration (*Plata* docket No. 1533-5). This document contains statements of a party and admissions against interest.

8. The transcript of Governor Schwarzenegger's March 6, 2007 remarks, entitled "Gov. Schwarzenegger Tours Overcrowded State Prison in Norco," which is published on the Governor's official website at http://gov.ca.gov/speech/5568/ (site last visited October 7, 2008). This document is attached as Exhibit W to the Ells declaration (*Plata* docket No. 1533-5). This document contains statements of a party and admissions against interest.

Dated: October 7, 2008

Respectfully submitted,

*/s/ Rebekah Evenson*
Rebekah Evenson
Prison Law office
Attorneys for Plaintiffs