FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>*Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>*Defendants.* | Case No. CIV S-90-0520 LKK JFM P |
| MARCIANO PLATA, et al.,<br>*Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>*Defendants.* | Case No. C01-1351 TEH |
| CARLOS PEREZ, et al.,<br>*Plaintiffs*,<br>v.<br>JAMES TILTON, et al.,<br>*Defendants.* | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al.,<br>*Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>*Defendants.* | Case No. C94-2307 CW<br>**ADMINISTRATIVE MOTION TO WITHDRAW FROM THE COURT DOCKET ERRONEOUSLY FILED DECLARATIONS REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT** |

1

J. Clark Kelso, the Receiver for the California Prison Medical Care System ("Receiver") respectfully requests that the following documents, which were electronically-filed with this Court on October 9, 2008 be withdrawn and removed from the docket and the public record:

- **DECLARATION OF RECEIVER J. CLARK KELSO REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.** (Docket Number 3076)

- **DECLARATION OF JOHN HAGAR REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.** (Docket Number 3077)

Both of the above listed declarations were filed prematurely. In light of the foregoing, the Receiver respectfully requests that the Court order the above documents at Docket Nos. 3076 and 3077 withdrawn and removed from the docket and the public record.

Dated: October 10, 2008

FUTTERMAN & DUPREE LLP

By: /s/ Martin H. Dodd
Martin H. Dodd
Attorneys for Receiver J. Clark Kelso