FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br> *Plaintiffs,* <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants.* | Case No. CIV S-90-0520 LKK JFM P |
| MARCIANO PLATA, et al., <br> *Plaintiffs,* <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants.* | Case No. C01-1351 TEH |
| CARLOS PEREZ, et al., <br> *Plaintiffs,* <br> v. <br> JAMES TILTON, et al., <br> *Defendants.* | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al., <br> *Plaintiffs,* <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants.* | Case No. C94-2307 CW <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW FROM THE COURT DOCKET ERRONEOUSLY FILED DECLARATIONS REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT** |

1

1    On October 10, 2008, J. Clark Kelso, the Receiver for the California Prison Medical Care

2  System ("Receiver") filed his administrative motion requesting that the following documents,

3  which were electronically-filed with this Court on October 9, 2008 be withdrawn and removed

4  from the docket and the public record:

5    • **DECLARATION OF RECEIVER J. CLARK KELSO REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION**

6    **AND MANAGEMENT OF 10,000 BED PROJECT.** (Docket Number 3076)

7    • **DECLARATION OF JOHN HAGAR REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT**

8    **OF 10,000 BED PROJECT.** (Docket Number 3077)

9

10    The Court having considered the Receiver's application and for good cause shown,

11    IT IS HEREBY ORDERED that the application is GRANTED and the above listed

12  documents (Docket Nos. 3076 and 3077) be withdrawn and removed from the docket and the

13  public record.

14

15  Dated: _____        By:_____

16                                                        Honorable Lawrence K. Karlton
                                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN &
DUPREE LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW FILED DECLARATIONS
CASE NO. CIV S-90-0520 LKK JFM P