IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         <u>ORDER</u>

        /

        On October 10, 2008, J. Clark Kelso, the Receiver for the California Prison Medical Care System ("Receiver") filed his administrative motion requesting that the following documents, which were electronically-filed with this Court on October 9, 2008 be withdrawn and removed from the docket and the public record:

        DECLARATION OF RECEIVER J. CLARK KELSO REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.  (Docket Number 3076)

        DECLARATION OF JOHN HAGAR REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.  (Docket Number 3077)

/////

1

1       The Court having considered the Receiver's application and for good cause
2 shown, IT IS HEREBY ORDERED that the application is GRANTED and the above listed
3 documents (Docket Nos. 3076 and 3077) be withdrawn and removed from the docket and the
4 public record.
5 DATED:   October 16, 2008.

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT