1   EDMUND G. BROWN JR.                        HANSON BRIDGETT LLP
    Attorney General of the State of California   JERROLD C. SCHAEFER - 39374
2   DAVID S. CHANEY                             PAUL B. MELLO – 179755
    Chief Assistant Attorney General            S. ANNE JOHNSON – 197415
3   ROCHELLE C. EAST                            SAMANTHA D. TAMA – 240280
    Senior Assistant Attorney General           RENJU P. JACOB - 242388
4   JONATHAN L. WOLFF                           425 Market Street, 26th Floor
    Senior Assistant Attorney General           San Francisco, CA  94105
5   LISA A. TILLMAN – State Bar No. 126424      Telephone: (415) 777-3200
    Deputy Attorney General                     Facsimile:  (415) 541-9366
6   KYLE A. LEWIS – State Bar No. 201041        jschaefer@hansonbridgett.com
    Deputy Attorney General                     pmello@hansonbridgett.com
7   455 Golden Gate Avenue, Suite 11000         ajohnson@hansonbridgett.com
    San Francisco, CA 94102-7004                stama@hansonbridgett.com
8   Telephone: (415) 703-5708                   rjacob@hansonbridgett.com
    Facsimile:  (415) 703-5843
9   lisa.tillman@doj.ca.gov
    kyle.lewis@doj.ca.gov
10
    Attorneys for Defendants
11

12              **UNITED STATES DISTRICT COURT**

13          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14          **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15      **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

16      **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17

18  RALPH COLEMAN, et al.,                  No. 2:90-cv-00520 LKK JFM P

19              Plaintiffs,                 **THREE-JUDGE COURT**

20          v.

21  ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

22  MARCIANO PLATA, et al.,                 No. C01-1351 TEH

23              Plaintiffs,                 **THREE-JUDGE COURT**

24          v.                              **DEFENDANTS' MOTION IN LIMINE NO. 16
                                            RE: LODGING OF UNALTERED
25  ARNOLD SCHWARZENEGGER, et al.,          TRANSCRIPT OF DEPOSITION OF
                                            PLAINTIFF RALPH COLEMAN**
26              Defendants.

27                                          **To:  Three-Judge Panel**

28
                                    - 1 -
    DEFS.' MIL NO. 16 RE: COLEMAN TRANSCRIPT (CASE NOS. 90-00520        1649862.1
    AND 01-1351)

1    TO PLAINTIFFS RALPH COLEMAN AND MARCIANO PLATA AND THEIR

2    ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Defendants Arnold Schwarzenegger, et al., move

4    the Three-Judge Panel for an in limine order to permit the lodging of the unaltered

5    transcript of the deposition of Ralph Coleman in this matter.  This motion is based on this

6    notice, the points and authorities, the Court's file in this case, and any further argument

7    presented to the Three-Judge Panel.

8                                    **I.    INTRODUCTION**

9    A prisoner release order is an extreme remedy that should not issue unless it will

10    cure the constitutional violation in question and the violation cannot be fixed any other

11    way.  Here, the alleged constitutional violations at issue are the delivery of medical and

12    mental health care in California's prisons, not overcrowding, housing, or other

13    environmental conditions affecting the general population.  Defendants are not

14    deliberately indifferent to the medical and mental health needs of Plata and Coleman

15    class-members, and overcrowding is not the "primary cause" of those alleged

16    constitutional violations.  Therefore, a prisoner release order is not the proper remedy.

17    Defendants move in limine to request that this Court permit the lodging of the

18    unaltered transcript of Plaintiff Ralph Coleman.  Defendants are in receipt of a letter from

19    Plaintiffs' counsel containing a list of substantive changes to the deposition transcript of

20    their client.  Plaintiff Coleman did not sign any errata sheet regarding these alleged

21    changes.  Because certain changes are substantive in nature, Defendants request that

22    the unaltered transcript be used as evidence in this matter.

23                        **II.    FACTUAL AND PROCEDURAL BACKGROUND**

24    Defendants took the noticed deposition of Plaintiff Ralph Coleman on December

25    13, 2007.  (Decl. Mello Supp. Defs.' Mots. In Limine (Decl. Mello), Ex. NN (Dep.

26    Coleman at 1).)  He was represented by counsel, Jane Kahn of Rosen, Bien & Galvan,

27    during the deposition.  (*Id.* at 2.)  At the start of the deposition, Plaintiff was placed under

28    oath and admonished that any changes to the transcript would be subject to comment at

DEFS.' MIL NO. 16 RE: COLEMAN TRANSCRIPT (CASE NOS. 90-00520
AND 01-1351)                                                                  1649862.1

1   time of trial.  (*Id.* at 5, 6.)

2       In a letter dated January 2, 2008, Plaintiff counsel notified Defendants of certain

3   substantive changes to the deposition transcript.  (Decl. Mello, Ex OO (Kahn Letter,

4   January 2, 2008).)  The letter did not contain any errata sheet signed by Plaintiff.  (*Id.*)

5                           **III.    LEGAL ARGUMENT**

6       A deposition witness has the right to make any change "in form or substance" to

7   his deposition testimony.  Fed. R. Civ. P. 30(e).  However, if the deposition witness fails

8   to review or sign a statement stating the requested changes to the deposition transcript,

9   then such changes are waived.  *Id.*  While changes to Plaintiff Coleman's deposition

10  transcript were communicated to Defendants' counsel, those changes were

11  communicated by a letter signed by Plaintiffs' counsel.  (Decl. Mello, Ex OO.)

12  Defendants did not receive a signed statement from Plaintiff Coleman, such as an errata

13  sheet or acknowledgment, establishing his review and approval of those changes.  (*Id.*)

14  Without the benefit of such a signed acknowledgment of the changes, Defendants

15  request this Court consider only the unaltered transcript as evidence in this proceeding.

16  / / /

17  / / /

18

19

20

21

22

23

24

25

26

27

28

DEFS.' MIL NO. 16 RE: COLEMAN TRANSCRIPT (CASE NOS. 90-00520
AND 01-1351)                                                                    1649862.1

1

### IV.    CONCLUSION

2       Defendants request this Court permit the lodging of the unaltered transcript of the

3  deposition of Plaintiff Ralph Coleman.  The Federal Rules require any changes to the

4  deposition transcript be reviewed and, by signature, approved by the deponent.  Fed. R.

5  Civ. P. 30 (e).  Because Plaintiffs' counsel's letter listing changes to the deposition

6  transcript does not establish review and approval by her client, only the unaltered

7  transcript should be admitted into evidence.

8  DATED:  October 20, 2008                    HANSON BRIDGETT LLP

9

10                                             By: /s/ Paul. B. Mello
                                               _____
11                                             PAUL B. MELLO
                                               Attorneys for Defendants
12
13  DATED:  October 20, 2008                   EDMUND G. BROWN JR.
                                               Attorney General of the State of California
14

15                                             By: /s/  Lisa A. Tillman
                                               _____
16                                             LISA A. TILLMAN
                                               Deputy Attorney General
17                                             Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

- 4 -