1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5708
   Facsimile:  (415) 703-5843
9  lisa.tillman@doj.ca.gov
   kyle.lewis@doj.ca.gov
10
   Attorneys for Defendants
11

   HANSON BRIDGETT LLP
   JERROLD C. SCHAEFER - 39374
   PAUL B. MELLO – 179755
   S. ANNE JOHNSON – 197415
   SAMANTHA D. TAMA – 240280
   RENJU P. JACOB - 242388
   425 Market Street, 26th Floor
   San Francisco, CA  94105
   Telephone: (415) 777-3200
   Facsimile:  (415) 541-9366
   jschaefer@hansonbridgett.com
   pmello@hansonbridgett.com
   ajohnson@hansonbridgett.com
   stama@hansonbridgett.com
   rjacob@hansonbridgett.com

12           **UNITED STATES DISTRICT COURT**

13       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14       **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15   **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

16      **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17

18  RALPH COLEMAN, et al.,

19           Plaintiffs,
         v.
20
    ARNOLD SCHWARZENEGGER, et al.,
21
             Defendants.
22

23  MARCIANO PLATA, et al.,

            Plaintiffs,
24
         v.
25
    ARNOLD SCHWARZENEGGER, et al.,
26
             Defendants.
27

28

No. 2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

---

No. C01-1351 TEH

**THREE-JUDGE COURT**

**DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE RE: REFERENCES TO SENTENCING COMMISSION AND REFORM**

**To:  Three-Judge Panel**

- 1 -

DEFS.' MIL NO. 5 TO EXCLUDE EVIDENCE RE: REFERENCES TO SENTENCING
COMMISSION AND REFORM (CASE NOS. 90-00520 AND 01-1351)

1646730.1

1  **NOTICE OF MOTION AND MOTION**

2  TO PLAINTIFFS MARCIANO PLATA, RALPH COLEMAN, INTERVENORS AND

3  THEIR ATTORNEYS OF RECORD:

4  PLEASE TAKE NOTICE that Defendants Arnold Schwarzenegger, et al., move

5  this Court in limine for an order preventing any party through their attorneys or any

6  witness from introducing evidence or making reference to, testifying about, or arguing

7  about any evidence regarding sentencing commissions and sentencing reform.  This

8  motion is based on this notice, the points and authorities, the Court's file in this case, the

9  declaration and exhibits filed in support of Defendants' motion in limine, and any oral

10  argument presented to the Three-Judge Panel regarding this motion.  It is primarily

11  made on the grounds that such evidence is inadmissible and irrelevant under Federal

12  Rule of Evidence 401.

13  **MEMORANDUM OF POINTS AND AUTHORITIES**

14  **I.    INTRODUCTION**

15  A prisoner release order is an extreme remedy that should not issue unless it will

16  cure the constitutional violation in question and the violation cannot be fixed any other

17  way.  Here, the alleged constitutional violations at issue are the delivery of medical and

18  mental health care in California's prisons, not overcrowding, housing, or other

19  environmental conditions affecting the general population.  Defendants are not

20  deliberately indifferent to the medical and mental health needs of *Plata* and *Coleman*

21  class-members, and overcrowding is not the "primary cause" of those alleged

22  constitutional violations.  Therefore, a prisoner release order is not the proper remedy.

23  Sentencing commissions and sentencing reform is entirely irrelevant to this case.

24  During discovery, Plaintiffs sought information pertaining to sentencing commissions and

25  sentencing reform.  (Decl. Paul Mello Supp. Defs.' Mots. in Limine (Decl. Mello) at ¶ 36,

26  Ex. HH (*Plata* Request for Production of Documents Nos. 32 and 33).)  Because

27  sentencing commissions and sentencing reform does not have any tendency to prove or

28  disprove a material fact at issue in this proceeding, it is irrelevant and inadmissible, and

- 2 -

1  must be excluded.

2                              **II.    ARGUMENT**

3          Evidence pertaining to sentencing commissions and sentencing reform is not

4  relevant. "Evidence is relevant if it has any tendency to make the existence of any

5  material fact more probable or less probable." *United States v. Schaff*, 948 F.2d 501,

6  505 (9th Cir. 1991); Fed. R. Evid. 401.  "Evidence which is not relevant is not

7  admissible." Fed. R. Evid. 402.

8          Sentencing commissions and sentencing reform have no tendency to make the

9  existence of a material fact in this litigation more or less probable.  The issues that the

10  Three-Judge Panel must decide by clear and convincing evidence are whether: (i)

11  crowding is the primary cause of the violation of a Federal right; and (ii) no other relief

12  will remedy the violation of the Federal right.  18 U.S.C. § 3626(a)(3)(E).  Evidence

13  pertaining to sentencing has no relevance to these ultimate issues.  Sentencing

14  commissions and sentencing reform are not relevant because they are not the type of

15  relief that this Court can issue as a "prisoner release order" under the Prison Litigation

16  Reform Act.  18 U.S.C. § 3626.  Only the Legislature can reform sentencing.

17  / / /

18  / / /

19

20

21

22

23

24

25

26

27

28

DEFS.' MIL NO. 5 TO EXCLUDE EVIDENCE RE: REFERENCES TO SENTENCING
COMMISSION AND REFORM (CASE NOS. 90-00520 AND 01-1351)                    1646730.1

1

### III.    CONCLUSION

2      Based on the foregoing, Defendants respectfully request that the Court enter an

3  order to exclude at trial any reference to sentencing commissions or sentencing reform.

4  Plaintiffs and Intervenors, their attorneys, and their witnesses should be ordered not to

5  offer into evidence, refer to, or to make any argument to the Court regarding same.

6  DATED:  October 20, 2008                    HANSON BRIDGETT LLP

7

8                                              By: /s/ Paul B. Mello
                                                   PAUL B. MELLO
9                                                  Attorneys for Defendants
                                                   Arnold Schwarzenegger, et al.
10
    DATED:  October 20, 2008                    EDMUND G. BROWN JR.
11                                              Attorney General of the State of California

12

13                                             By: /s/ Kyle A. Lewis
                                                   KYLE LEWIS
14                                                 Deputy Attorney General
                                                   Attorneys for Defendants
15                                                 Arnold Schwarzenegger, et al.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

DEFS.' MIL NO. 5 TO EXCLUDE EVIDENCE RE: REFERENCES TO SENTENCING
COMMISSION AND REFORM (CASE NOS. 90-00520 AND 01-1351)

1646730.1