1   EDMUND G. BROWN JR.                     HANSON BRIDGETT LLP
    Attorney General of the State of California   JERROLD C. SCHAEFER - 39374
2   DAVID S. CHANEY                        PAUL B. MELLO – 179755
    Chief Assistant Attorney General       S. ANNE JOHNSON – 197415
3   ROCHELLE C. EAST                       SAMANTHA D. TAMA – 240280
    Senior Assistant Attorney General      RENJU P. JACOB - 242388
4   JONATHAN L. WOLFF                      425 Market Street, 26th Floor
    Senior Assistant Attorney General      San Francisco, CA  94105
5   LISA A. TILLMAN – State Bar No. 126424  Telephone: (415) 777-3200
    Deputy Attorney General                Facsimile:  (415) 541-9366
6   KYLE A. LEWIS – State Bar No. 201041   jschaefer@hansonbridgett.com
    Deputy Attorney General                pmello@hansonbridgett.com
7   455 Golden Gate Avenue, Suite 11000    ajohnson@hansonbridgett.com
    San Francisco, CA 94102-7004           stama@hansonbridgett.com
8   Telephone: (415) 703-5708              rjacob@hansonbridgett.com
    Facsimile:  (415) 703-5843
9   lisa.tillman@doj.ca.gov
    kyle.lewis@doj.ca.gov
10
    Attorneys for Defendants
11

12                  UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14             AND THE NORTHERN DISTRICT OF CALIFORNIA

15     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

18   RALPH COLEMAN, et al.,              No. 2:90-cv-00520 LKK JFM P

19              Plaintiffs,               **THREE-JUDGE COURT**

20        v.

     ARNOLD SCHWARZENEGGER, et al.,
21              Defendants.

22   MARCIANO PLATA, et al.,             No. C01-1351 TEH

23              Plaintiffs,               **THREE-JUDGE COURT**

24        v.                             **DEFENDANTS' MOTION IN LIMINE NO.
                                         15 REGARDING DEFINITION OF THE
25   ARNOLD SCHWARZENEGGER, et al.,      STATUTORY PHRASE "THE PRIMARY
                                         CAUSE"**
26              Defendants.

27                                       **To:  Three-Judge Panel**

28
                                 - 1 -

DEFS.' MIL NO. 15 RE: DEFINITION OF "THE PRIMARY CAUSE"          1649824.1
(CASE NOS. 90-00520 LKK JFM; 01-1351 TEH)                       1649824.1

1    TO PLAINTIFFS MARCIANO PLATA AND RALPH COLEMAN AND THEIR

2    ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Defendants Arnold Schwarzenegger, et al., will

4    move the Three-Judge Panel for an in limine order to define the statutory phrase "the

5    primary cause," as it is used in § 3626(a)(3)(E)(i) of the Prison Litigation Reform Act.

6    Defendants request that the Three-Judge Panel define "the primary cause" as "the chief

7    or principal cause," and the cause that is "highest in importance."  This motion is based

8    on this notice, the points and authorities below, the Court's file in this case, and any

9    further argument presented to the Three-Judge Panel.

10    **<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

11    **I.    INTRODUCTION**

12    A prisoner release order is an extreme remedy that should not issue unless it will

13    cure the constitutional violation in question and the violation cannot be fixed any other

14    way.  Here, the alleged constitutional violations at issue are the delivery of medical and

15    mental health care in California's prisons, not overcrowding, housing, or other

16    environmental conditions affecting the general population.  Defendants are not

17    deliberately indifferent to the medical and mental health needs of Plata and Coleman

18    class-members, and overcrowding is not the "primary cause" of those alleged

19    constitutional violations.  Therefore, a prisoner release order is not the proper remedy.

20    Defendants move in limine for an order defining the statutory term "the primary

21    cause," as that term is used in the Prison Litigation Reform Act, 18 U.S.C. §

22    3626(a)(3)(E)(i).  Specifically, Defendants request that the Three-Judge Panel rule that

23    the phrase "the primary cause" means "the chief or principal" cause, and the cause that

24    is "highest in importance."

25    **II.    ARGUMENT**

26    In order for a three-judge court to enter a prisoner release order, it must find by

27    clear and convincing evidence that "crowding is the primary cause of the violation of a

28    Federal right" and that "no other relief will remedy the violation of the Federal right."  18

- 2 -

1   U.S.C. § 3626(a)(3)(E)(i).  The statute does not define the phrase "the primary cause."

2   Moreover, there is no precedent defining this phrase.  Accordingly, the Three-Judge

3   Panel must look to the ordinary meaning of these terms.  *See United States v. Jackson*,

4   480 F.3d 1014, 1022 (9th Cir. 2007) ("When statutes use common words without

5   explicitly defining them, we look to dictionaries to understand the statute's meaning.").

6          The word "primary" means "first in rank or importance; chief; principal."  *Webster's*

7   *Third New International Dictionary* 1800 (2002).  Another dictionary defines "primary" as

8   "first or highest in rank, quality, or importance; principal."  *American Heritage College*

9   *Dictionary* 1106 (4th ed. 2002).  In turn, "cause" means "something that occasions or

10  effects a result."  *Webster's Third New International Dictionary* 356 (2002).  Further, the

11  statute's use of the word "the," which the dictionary defines as "so as to exceed all

12  others," emphasizes that crowding has to be the main cause, rather than one of the

13  causes of the violation of a Federal right.  *Id.* at 2369.  "In construing statute, definite

14  article 'the' particularizes the subject which it precedes and is word of limitation as

15  opposed to indefinite or generalizing force 'a' or 'an.'"  *In re Dow Corning Corp.*, 237 B.R.

16  380, 404 (Bankr. E.D. Mich. 1999) (quoting *Black's Law Dictionary* 1477 (6th ed. 1990)).

17  Thus, the phrase "the primary cause" means "the chief or principal cause," as

18  distinguished from *one* of the main causes, or simply *a* cause.  Accordingly, in order to

19  enter a prisoner release order, the Three-Judge Panel must first find by clear and

20  convincing evidence that crowding is "the chief or principal" cause or "the highest in

21  importance" causal factor of the violation of a Federal right, rather than merely one of the

22  causes of such violation.

23         The legislative history of the PLRA supports this reading of the statute.  The

24  House Report discussion states that "By requiring that a plaintiff prove an actual violation

25  of his constitutional rights *based on the alleged overcrowding*, this subsection will end

26  the current practice of imposing prison caps when inmates in local prisons have

27  complained about the prison conditions but the presiding judge has made absolutely no

28  finding of unconstitutionality or even held any trial on the allegations."  H.R. Rep. No.

1  104-21, at 25 (1995) (emphasis added).  The Senate made it similarly clear that the

2  purpose of the PLRA was to "establish[] tough new conditions that a Federal court must

3  meet before issuing a prison cap order."  145 Cong. Rec. S14414 (daily ed. Sept. 27,

4  1995) (statement of Sen. Dole).  In this way, the Senate hoped to curtail what it called

5  "Perhaps the most pernicious form of judicial micromanagement."  (*Id.*)  Thus, the plain

6  meaning of the phrase "the primary cause" is consistent with the legislative intent of the

7  PLRA, which was to make prisoner release orders "the remedy of last resort."  H.R. Rep.

8  No. 104-21, at 25 (1995).

9  ### III.    CONCLUSION

10      For the foregoing reasons, Defendants respectfully request that the Three-Judge

11  Panel rule in limine that the phrase "the primary cause" under the PLRA means "the

12  chief or principal" cause, and the cause that is "highest in importance."

13  DATED:  October 20, 2008          HANSON BRIDGETT LLP

14

15                                    By: /s/ Paul B. Mello

16                                    PAUL B. MELLO
                                      Attorneys for Defendants
17                                    Arnold Schwarzenegger, et al.

18  DATED:  October 20, 2008          EDMUND G. BROWN JR.
                                      Attorney General of the State of California
19

20                                    By: /s/ Kyle A. Lewis

21                                    KYLE LEWIS
                                      Deputy Attorney General
22                                    Attorneys for Defendants
                                      Arnold Schwarzenegger, et al.

23

24

25

26

27

28

- 4 -

DEFS.' MIL NO. 15 RE: DEFINITION OF "THE PRIMARY CAUSE"          1649824.1
(CASE NOS. 90-00520 LKK JFM; 01-1351 TEH)                         1649824.1