| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | LORI RIFKIN, Bar No. 244081 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>   Plaintiffs,<br>   vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF EDWARD P. SANGSTER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE NOS. 6 AND 7** |
| MARCIANO PLATA, et al.,<br>   Plaintiffs,<br>   vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT** |

I, Edward P. Sangster, hereby declare and say:

1. I am one of the attorneys litigating these cases on behalf of the Plaintiffs. I am admitted to practice before both of these Courts. I received the documents discussed below in the ordinary course of business in connection with my role as one of the litigation counsel for Plaintiffs.

2. Attached hereto as Exhibit 1 is a true and correct copy of San Mateo County's Disclosure of Non-Retained Experts for Trial, dated August 15, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of testimony excerpts from the deposition of Duane Bay.

4. Attached hereto as Exhibit 3 is a true and correct copy of Santa Clara's Disclosure of Witnesses, dated August 15, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of testimony excerpts from the deposition of Paul McIntosh that are referred to in Motion in Limine Nos. 6 and 7.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Paul McIntosh.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Supplemental Expert Report of Paul McIntosh. I did not receive the Supplemental Expert Report of Paul McIntosh until it was given to me during Mr. McIntosh's deposition.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct executed this 20th day of October at San Francisco, California.

           /s/ Edward P. Sangster
     EDWARD P. SANGSTER
     ed.sangster@klgates.com

     K&L Gates LLP
     Attorneys for Plaintiffs