JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No:  CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>**DECLARATION OF KIMBERLY HALL BARLOW IN SUPPORT OF LAW ENFORCEMENT INTERVENORS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF JAMES AUSTIN, PhD REGARDING CERTAIN MATTERS** |
| MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

-1-

1 | Plaintiffs,

2 | vs.

3 | ARNOLD SCHWARZENEGGER, et al.,

4 | Defendants.

5     I, KIMBERLY HALL BARLOW, declare as follows:

6         1.    I am one of the attorneys representing the Sheriff, Police Chief, Chief

7 Probation, and Corrections Chief Intervenors ("Law Enforcement Intervenors") in this

8 action. I have personal knowledge of the following facts and could and would testify

9 competently thereto if called upon.

10         2.    Plaintiffs' designated James Austin, PhD. as a "rebuttal expert" on August

11 27, 2008. I produced expert reports of Jerry Dyer, Chief of Police of Fresno, California,

12 and Jerry Powers, Chief Probation Officer of Stanislaus County on September 15, 2008.

13 Plaintiffs then produced a rebuttal report from Dr. Austin dated September 25, 2008,

14 though it was never served on me by Plaintiffs.

15         3.    Dr. Austin's deposition relating to his rebuttal report was originally

16 scheduled for October 8, 2008, however, at Plaintiffs' request, I reset the deposition to

17 October 15, 2008.   A true and correct copy of the deposition notice for October 8, 2008

18 is attached hereto as Exhibit "A." A true and correct copy of the amended notice for

19 October 15, 2008 is attached hereto as Exhibit "B."

20         4.    I conducted Dr. Austin's deposition, session two, on October 15, 2008.

21 Though a number of documents were produced at the deposition, no drafts of Dr.

22 Austin's "rebuttal" report were produced. Because both the original and amended notice

23 of the deposition of Dr. Austin had requested that all drafts of the rebuttal report be

24 produced, I questioned Dr. Austin as to why no drafts were produced. Dr. Austin

25 testified that he intentionally did not preserve drafts of his rebuttal report, choosing

26 instead to create the report by accessing Plaintiffs' private server from his home

27

28

-2-

1  computer and by overwriting the drafts with successive drafts and the final version of the

2  report. I then conferred with Plaintiffs' counsel Rebekah Evenson to inquire as to why

3  the drafts were not preserved. Ms. Evenson offered no explanation as to why the drafts

4  were not preserved; essentially when I pointed out the duty to preserve and produce

5  expert drafts, Ms. Evenson shrugged.

6       5.     Dr. Austin went on to testify that he did not produce the documents

7  relating to this matter that appear only on his computer, and that he does not keep an

8  "expert file" except for a stack of documents on his floor, which he also did not produce.

9       6.     True and correct copies of excerpts of Dr. Austin's deposition taken on

10  September 19, 2008 are attached hereto as Exhibit "C."  In this portion of his deposition,

11  Dr. Austin was questioned extensively about an e-mail from Plaintiffs' counsel attaching

12  a draft document which appeared remarkably similar to portions of his earliest report in

13  this case.  In essence, he was questioned as to whether certain portions of his report were

14  authored by Plaintiffs' counsel rather than Dr. Austin himself.

15       7.     Dr. Austin freely admitted that he failed to print out drafts of his report

16  before overwriting the drafts with a new version.  He also admitted that he did not save

17  the document as a new document on the Plaintiffs' counsel's server each time he revised

18  the draft.  Although the rebuttal report was only issued on September 25, 2008, less than

19  three weeks prior to the date of his second deposition session, Dr. Austin testified that he

20  could not remember what changes were made between the first draft and the final version

21  of his rebuttal report.

22       8.     Plaintiffs took the deposition of Chief Jerry Dyer on October 6, 2008, and

23  were provided with documents relating to Jerry Dyer's opinions on October 1, 2008 and

24  October 3, 2008.   Additional documents were also produced by Chief Dyer at the

25  deposition on October 6, 2008.  Following the deposition, as a result of a request by

26  Plaintiffs' counsel at the deposition, an additional document relating to Chief Dyer's

27  deposition was produced to all parties on October 13, 2008.  Plaintiffs took the expert

28

-3-

1  deposition of Chief Jerry Powers on October 7, 2008, and were provided with documents

2  relating to Jerry Powers' opinions on or before the date of the deposition.   Most of the

3  documents were produced in conjunction with Chief Powers' first deposition session on

4  August 8, 2008.

5       9.     Dr. Austin testified at his deposition on October 15, 2008 that none of the

6  documents relating to Chief Dyer's or Chief Powers' opinions were provided to him by

7  Plaintiffs, although he had asked for copies. He confirmed that he was unable to testify at

8  his deposition concerning the documents or how they might affect his rebuttal opinions to

9  those of Chief Dyer or Chief Powers. He also confirmed that he had not been provided

10 with a copy of Chief Dyer's deposition transcript or Chief Powers' deposition transcript

11 to address any specific opinions or documents addressed at that deposition.   When I

12 asked Dr. Austin at the conclusion of his deposition whether he had been asked to

13 perform any further work prior to trial, he stated that he would do whatever plaintiffs

14 asked him to do, including to review and be prepared to testify regarding the deposition

15 and documents and how they might affect his opinions if Plaintiffs' counsel later

16 provided the documents to him.

17      10.    I have not yet received the certified transcript of James Austin, PhD. taken

18 on October 15, 2008, but will produce excerpts from that deposition relating to the

19 testimony provided by Dr. Austin in connection with this motion in limine when the

20 transcript is received.

21      I declare under penalty of perjury under the laws of the State of California that the

22 foregoing is true and correct.  Executed this 20th day of October, 2008 at Fullerton,

23 California.

24                                        /s/
                                          Kimberly Hall Barlow
25                                        Attorneys for Sheriff, Probation, Police Chief,
                                          and Corrections Intervenor-Defendants
26

27

28                                  -4-

# EXHIBIT A

1   JONES & MAYER
    Martin J. Mayer (SB # 73890)
2   Michael R. Capizzi (SB # 35864)
    Kimberly Hall Barlow (SB # 149902)
3   Ivy M. Tsai (SB # 223168)
    3777 North Harbor Boulevard
4   Fullerton, California 92835
    (714) 446-1400; Fax (714) 446-1448
5   e-mail: mjm@jones-mayer.com
    e-mail: mrc@jones-mayer.com
6   e-mail: khb@jones-mayer.com
    e-mail: imt@jones-mayer.com
7

8   Attorneys for Law Enforcement
    Intervenor-Defendants

9

10             IN THE UNITED STATES DISTRICT COURTS

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12           AND THE NORTHERN DISTRICT OF CALIFORNIA

13     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

| | |
|---|---|
| 16  RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| 17        Plaintiffs, | **THREE-JUDGE COURT** |
| 18    vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 19  ARNOLD SCHWARZENEGGER, et al., | **LAW ENFORCEMENT INTERVENORS' DEPOSITION NOTICE OF JAMES AUSTIN AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| 20       Defendants. | |
| 21 | |
| 22 | |
| 23 | Case No.: C01-1351 TEH |
| 24  MARCIANO PLATA, et al., | **THREE-JUDGE COURT** |
| 25       Plaintiffs, | |
| 26    vs. | |
| 27  ARNOLD SCHWARZENEGGER, et al., | |

28

-1-

Defendants.

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT on October 8, 2008, commencing at 11:00 a.m.,** the Law Enforcement Intervenors will take the deposition of Plaintiffs' rebuttal expert, James Austin, at Hanson Bridgett LLP, 425 Market Street, 26th Floor San Francisco, CA 94105, upon oral examination under Rule 30 of the Federal Rules of Civil Procedure, and conducted before a certified shorthand reporter. This deposition may also be recorded by videotape, as well as stenographically. The Law Enforcement Intervenors will tender the expert witness fees which have been identified by Plaintiffs at the time of the oral deposition.

**PLEASE TAKE FURTHER NOTICE,** that the deponent, James Austin, is required to produce the following documents, records, or other materials, for copying and inspection, at his deposition.

1. Any documents, records, or other materials reviewed in preparing Mr. Austin's rebuttal report.

2. Any documents, records, or other materials reviewed but not cited in preparing Mr. Austin's rebuttal report,

3. Any communications with counsel for Plaintiffs relating to Mr. Austin's rebuttal report.

4. The entire file containing all of your work produced, prepared, and/or created in forming your opinions in this matter.

5. All reports, draft reports, and related documents in connection with your opinions in this case.

6. All documents relating to any communcations (i.e., letters, handwritten notes of conversations, faxes, emails, text messages, etc.) between you and counsel for the Coleman Plaintiffs, agents of counsel for the Coleman Plaintiffs, the Coleman Plaintiffs' attorneys and their agents, or any other person related to this litigation.

-2-

1    7.  All documents relating to any communications (i.e., letters, handwritten

2  notes of conversations, faxes, e-mails, text messages, etc.) between you and counsel for

3  the Plata Plaintiffs, agents of counsel for the Plata Plaintiffs, the Plata Plaintiffs' attorneys

4  and their agents, or any other person related to this litigation.

5    8.  Produce all documents, publications, reports, notes, or other items of evidence

6  which were reviewed, examined, considered, used, or relied upon by you in forming any

7  opinion in this litigation.

8    9.  All documents or other items of evidence reviewed but not relied upon by

9  you in forming any opinion in this litigation.

10    10.  All documents or other items of evidence which demonstrate that a prisoner

11  release order will not cause any negative impacts to public safety in the State of

12  California or in any city or county thereof.

13    11.  All documents or other items of evidence which demonstrate that no other

14  remedy will remedy Defendants' failure to provide constitutionally adequate mental

15  health care.

16    12.  Produce any and all charts, graphs, exhibits, documents or other items of

17  evidence you intend to use as demonstrative evidence in this matter.

18  DATED:    October 3, 2008              JONES & MAYER

19

20                                          By: _____

21                                              Kimberly Hall Barlow
                                               Attorneys for Sheriff, Probation, Police
22                                             Chief, and Corrections Intervenor-
                                               Defendants

23

24

25

26

27

28                                          -3-

**PROOF OF SERVICE**
**(§ 1013a, 2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

    I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

    On **October 3, 2008**, I served the within **LAW ENFORCEMENT INTERVENORS' DEPOSITION NOTICE OF JAMES AUSTIN AND REQUEST FOR PRODUCTION OF DOCUMENTS**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

    **SEE ATTACHED SERVICE LIST**

[x ]    [*Via Mail*]  By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]    [*Personal Delivery*]  I cause the above referenced document(s) to be delivered to the addressee set forth above.

[ ]    [*Overnight Courier*]  I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressee(s) on the attached service list.

[ ]    [*Via Facsimile Transmission*]  I caused the above referenced document(s) to be transmitted to the named person(s) to the fax number(s) set forth on the attached Service List.

[x]    [*Federal*]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 3, 2008**, at Fullerton, California.

_____
Marilyn Guimond

## SERVICE LIST

1

2   Prison Law Office                         K&L Gates LLP
    Donald Specter                            Jeffrey L. Bornstein
3   Steven Fama                               Edward P. Sangster
    E. Ivan Trujillo                          Raymond E. Loughrey
4   Sara Norman                               55 Second Street, Suite 1700
    Alison Hardy                              San Francisco, CA 94105-3493
5   Rebekah Evenson
    1917 Fifth Street
6   Berkeley, CA 94710

7   The Legal Aid Society–                    Rosen, Bien & Galvan, LLP
    Employment Law Center                     Michael W. Bien
8   Claudia Center                            Jane E. Kahn
    600 Harrison Street, Suite 120            Amy Whelan
9   San Francisco, CA 94107                   Lori Rifkin
                                              Lisa Ells
10                                            315 Montgomery Street, 10th Floor
                                              San Francisco, CA 94104
11
    Bingham, McCutchen, LLP                   Natalie Leonard
12  Warren E. George                          Gregg MacClean Adam
    Three Embarcadero Center                  Carroll, Burdick & McDonough, LLP
13  San Francisco, CA 94111                   44 Montgomery Street, Suite 400
                                              San Francisco, CA 94104
14  Lisa A. Tillman
    Deputy Attorney General                   Paul B. Mello, Esq.
15  P. O. Box 944255                          Hanson Bridgett LLP
    Sacramento, CA 94244-2550                 425 Market Street, 26th Floor
16                                            San Francisco, CA 94105
    Steven S. Kaufhold
17  Teresa Wang                               William E. Mitchell
    Akin Gump Strauss Hauer & Feld, LLP       Assistant District Attorney
18  580 California, Suite 1500                Riverside County District Attorney's Office
    San Francisco, CA 94104-1036              4075 Main Street, First Floor
19                                            Riverside, CA 92501
    Anne L. Keck, Deputy County Counsel
20  Steven Woodside                           Rochelle East
    575 Administration Drive, Room 105A       Office of Attorney General
21  Santa Rosa, CA 95403-2815                 455 Golden Gate, Suite 11000
                                              San Francisco, CA 94102-7004
22  Ann Miller Ravel
    Theresa Fuentes
23  Office of the County Counsel
    County of Santa Clara
24  70 West Hedding, East Wing, 9th Floor
    San Jose, CA 95110
25

26

27

28

# EXHIBIT B

1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Law Enforcement
8  Intervenor-Defendants

9

10              IN THE UNITED STATES DISTRICT COURTS

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12            AND THE NORTHERN DISTRICT OF CALIFORNIA

13      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

16  RALPH COLEMAN, et al.,              Case No:  CIV S-90-0520 LKK JFM P

16                                      **THREE-JUDGE COURT**
            Plaintiffs,
17
                                        [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]
18      vs.
                                        **LAW ENFORCEMENT**
18  ARNOLD SCHWARZENEGGER, et           **INTERVENORS' AMENDED**
19  al.,                                **DEPOSITION NOTICE OF JAMES**
                                        **AUSTIN AND REQUEST FOR**
20          Defendants.                 **PRODUCTION**

21

22

23

24  MARCIANO PLATA, et al.,             Case No.:  C01-1351 TEH

25          Plaintiffs,                 **THREE-JUDGE COURT**

26      vs.

27  ARNOLD SCHWARZENEGGER, et
    al.,
28
                                -1-

Defendants.

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT on October 15, 2008, commencing at 11:00 a.m.,** the Law Enforcement Intervenors will take the deposition of Plaintiffs' rebuttal expert, James Austin, at Hampton Inn & Suites, 7501 N. Glenoaks Blvd, Burbank, CA 91504, 818-768-1106, upon oral examination under Rule 30 of the Federal Rules of Civil Procedure, and conducted before a certified shorthand reporter. This deposition may also be recorded by videotape, as well as stenographically. The Law Enforcement Intervenors will tender the expert witness fees which have been identified by Plaintiffs at the time of the oral deposition.

**PLEASE TAKE FURTHER NOTICE** that the deponent, James Austin, is required to produce the following documents, records, or other materials, for copying and inspection, at his deposition:

1. Any documents, records, or other materials reviewed in preparing Mr. Austin's rebuttal report.

2. Any documents, records, or other materials reviewed but not cited in preparing Mr. Austin's rebuttal report.

3. Any communications with counsel for Plaintiffs relating to Mr. Austin's rebuttal report.

4. The entire file containing all of your work produced, prepared, and/or created in forming Mr. Austin's opinions in this matter.

5. All reports, draft reports, and related documents in connection with Mr. Austin's opinions in this case.

6. All documents relating to any communications (i.e., letters, handwritten notes of conversations, faxes, emails, text messages, etc.) between Mr. Austin and counsel for the Coleman Plaintiffs, agents of counsel for the Coleman

-2-

1  Plaintiffs, the Coleman Plaintiffs' attorneys and their agents, or any other

2  person related to this litigation.

3  7. All documents relating to any communications (i.e., letters, handwritten notes

4  of conversations, faxes, e-mails, text messages, etc.) between Mr. Austin and

5  counsel for the Plata Plaintiffs, agents of counsel for the Plata Plaintiffs, the

6  Plata Plaintiffs' attorneys and their agents, or any other person related to this

7  litigation.

8  8. Produce all documents, publications, reports, notes, or other items of evidence

9  which were reviewed, examined, considered, used, or relied upon by Mr.

10  Austin in forming any opinion in this litigation.

11  9. All documents or other items of evidence reviewed but not relied upon by Mr.

12  Austin in forming any opinion in this litigation.

13  10. All documents or other items of evidence which demonstrate that a prisoner

14  release order will not cause any negative impacts to public safety in the State

15  of California or in any city or county thereof.

16  11. All documents or other items of evidence which demonstrate that no other

17  remedy will remedy Defendants' failure to provide constitutionally adequate

18  mental health care.

19  12. Any and all charts, graphs, exhibits, documents or other items of evidence Mr.

20  Austin intends to use as demonstrative evidence in this matter.

21  DATED:    October 9, 2008          JONES & MAYER

22

23  By:  _____

24  Ivy M. Tsai
   Attorneys for Sheriff, Probation, Police
   Chief, and Corrections Intervenor-
25  Defendants

26

27

28

-3-

# PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

    I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

    On **October 9, 2008**, I served the within **LAW ENFORCEMENT INTERVENORS' AMENDED DEPOSITION NOTICE OF JAMES AUSTIN AND REQUEST FOR PRODUCTION**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

    **SEE ATTACHED SERVICE LIST**

[x ]   *[Via Mail]*  By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]   *[Personal Delivery]*   I cause the above referenced document(s) to be delivered to the addressee set forth above.

[ ]   *[Overnight Courier]*   I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressee(s) on the attached service list.

[ ]   *[Via Facsimile Transmission]*  I caused the above referenced document(s) to be transmitted to the named person(s) to the fax number(s) set forth on the attached Service List.

[x]   *[Federal]*   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 9, 2008**, at Fullerton, California.

Rita J. Alger

## SERVICE LIST

Prison Law Office
Donald Specter
Steven Fama
E. Ivan Trujillo
Sara Norman
Alison Hardy
Rebekah Evenson
1917 Fifth Street
Berkeley, CA 94710

K&L Gates LLP
Jeffrey L. Bornstein
Edward P. Sangster
Raymond E. Loughrey
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

The Legal Aid Society–
Employment Law Center
Claudia Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Rosen, Bien & Galvan, LLP
Michael W. Bien
Jane E. Kahn
Amy Whelan
Lori Rifkin
Lisa Ells
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Bingham, McCutchen, LLP
Warren E. George
Three Embarcadero Center
San Francisco, CA 94111

Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Lisa A. Tillman
Deputy Attorney General
P. O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Steven S. Kaufhold
Teresa Wang
Akin Gump Strauss Hauer & Feld, LLP
580 California, Suite 1500
San Francisco, CA 94104-1036

William E. Mitchell
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815

Rochelle East
Office of Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
County of Santa Clara
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

        Plaintiffs,

    vs.               CASE NO. 2:90-cv-00520
                             LKK JFM P

ARNOLD SCHWARZENEGGER, et al.,
                         THREE-JUDGE COURT

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCIANO PLATA, et al.,

        Plaintiffs,

    vs.               CASE NO. C01-1351 TEH

ARNOLD SCHWARZENEGGER, et al.,  THREE-JUDGE COURT

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF

JAMES AUSTIN

VOLUME I

SEPTEMBER 19, 2008
10:06 a.m.

425 Market Street, 26th Floor

San Francisco, California

Reported by Quyen N. Do, RPR, CSR No. 12447

1    study, that it also had to look at the effects of these
2    recommendations on the prison population, cost, those
3    two areas in particular.
4         Q    When did Plaintiffs' counsel first contact you
5    about retaining you in connection with the three-judge
6    panel proceeding?
7         A    Are you talking about Mr. Specter's office?
8         Q    Sure.  If that's who contacted you.
9         A    Well, I can't recall the exact date.
10        Q    I don't need an exact date.  Do you have a --
11   you did a report in November of 2007.
12        A    Correct.
13        Q    So how long before you did the report were you
14   contacted by Plaintiffs' counsel to be retained to do
15   the report?
16        MS. EVENSON:  Objection.  Lacks foundation.
17   He just said he doesn't recall.
18        THE WITNESS:  It was before that date.  So,
19   the best that I could say, it's going to be 2007 or
20   could have been -- it could have been in 2006.  I don't
21   have exact record.  I'd have to look at other documents.
22   BY MS. JOHNSON:
23        Q    Do you recall how long it took you to prepare
24   your first report?
25        A    You're referring to Exhibit 3?

39

1    Q    That's correct.

2    A    How long did it take me to do the report?

3    Q    [Nodding.]

4    A    You mean over what period of time or the

5    number of days or ...

6    Q    However you want to tell me.

7         MS. EVENSON:  I'm going to object as vague.

8         THE WITNESS:  I believe I -- I did the report,

9    spent time on the report probably over a three- to

10   six-month time frame, but I can't recall precisely.  And

11   the reason I'm kind of vague on these things, at any

12   given time, I'm involved in a lot projects, so it's hard

13   for me, without looking at documents, to give you

14   precise answers.

15   BY MS. JOHNSON:

16   Q    Okay.  Do you remember if you prepared the

17   first draft of this report marked as Exhibit 3 or if

18   Plaintiffs' counsel did that?

19   A    I prepared the drafts of the reports.

20        MS. JOHNSON:  Mark this as Exhibit 5.

21        (Exhibit 5 marked)

22   BY MS. JOHNSON:

23   Q    Do you recognize Exhibit 5?

24   A    Yes.

25   Q    How would you describe what Exhibit 5 is?

40

1     A    This is a document that's attached to an

2    e-mail from Amy Whelan.

3     Q    And did you draft the document that's attached

4    to the e-mail from Amy to you?

5     A    No.

6     Q    Was this --

7     A    Not all of them.  Maybe some of that that's

8    mine, but not all of it.

9     Q    Is this the first draft of your first report

10    that's marked --

11    A    No.

12    Q    -- as Exhibit 3?

13    A    It's not my draft at all.  All the drafts of

14    the report are mine that are submitted.  What was

15    submitted is my report.

16    Q    Well, so what is Exhibit 5, then?

17         MS. EVENSON:  Objection.  Lacks foundation.

18         THE WITNESS:  It is exactly what it is.  It's

19    a -- it's a document from Amy Whelan to me for me to

20    look at.

21    BY MS. JOHNSON:

22    Q    Well, let's look at the first page of

23    Exhibit -- the second page, but the first page of the

24    document that's attached to Exhibit 5, and if you

25    compare it to the first page of your report attached as

41

1   Exhibit -- which is marked as Exhibit 3, Mr. Austin,

2   they look remarkably similar in content.

3       A   They should.

4       Q   Okay.  So what I'm asking is, did Amy draft

5   the document that's attached from the e-mail from her to

6   you, or did you draft it?

7           MS. EVENSON:  Objection.  Lacks foundation.

8   And it's also vague as to draft.

9   BY MS. JOHNSON:

10      Q   Okay.  Putting aside whether it was Amy or

11  someone else at her office who drafted the document

12  that's attached to the e-mail that's marked as

13  Exhibit 5, did you draft the document that's marked as

14  Exhibit 5?

15      A   There may well be sections in here that are

16  my -- are my -- my exact wording.

17      Q   Can you point those out to me?

18      A   No.

19      Q   What would it require for you to be able to do

20  that?

21      A   It would be impossible to do that.

22      Q   When Plaintiffs' counsel retained you as an

23  expert in this three-judge panel proceeding, what did

24  they define as your task?

25      A   You're referring to Mr. Specter's office?

303

## REPORTER'S CERTIFICATION

1

2

3       I, Quyen N. Do, Certified Shorthand Reporter, in

4   and for the State of California, do hereby certify:

5

6       That the foregoing witness was by me duly sworn;

7   that the deposition was then taken before me at the time

8   and place herein set forth; that the testimony and

9   proceedings were reported stenographically by me and

10  later transcribed into typewriting under my direction;

11  that the foregoing is a true record of the testimony and

12  proceedings taken at that time.

13          IN WITNESS WHEREOF, I have subscribed my name

14  this 26th day of September 2008.

15

16

17  _____

         Quyen N. Do, RPR, CSR No. 12447

18

19

20

21

22

23

24

25