| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>ROCHELLE C. EAST<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>LISA A. TILLMAN – State Bar No. 126424<br>Deputy Attorney General<br>KYLE A. LEWIS – State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5708<br>Facsimile: (415) 703-5843<br>lisa.tillman@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA D. TAMA – 240280<br>RENJU P. JACOB - 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjacob@hansonbridgett.com |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL EXHIBIT JJ OF DECLARATION OF PAUL MELLO SUPPORTING DEFENDANTS' MOTIONS IN LIMINE**<br><br>**To: Three-Judge Panel** |

DEFS.' NOT. MOT. & MOT. FILE UNDER SEAL EX. JJ TO DECL. MELLO
SUPP. DEFS.' MOTS. IN LIMINE (CASE NOS. 90-00520 AND 01-1351)

1  Defendants Arnold Schwrzenegger, et al., move the Court, under Local Rules 79-5 (N.D. Cal.) and 39-141 (E.D. Cal.), for an order directing that Exhibit JJ to Declaration of Paul Mello Supporting Defendants' Motions In Limine be filed under seal.  This motion is based on this motion, the attached declaration, and the Court's file in this action.

## **MEMORANDUM OF POINTS AND AUTHORITIES**
## **ARGUMENT**

### I.   EXHIBIT JJ CONTAINING EXCERPTS OF THE CONFIDENTIAL DEPOSITION OF CRAIG HANEY, Ph.D. SHOULD BE FILED UNDER SEAL

Defendants move that the Court consider the excerpts of the confidential deposition of Craig Haney, Ph.D, attached as Exhibit JJ to Declaration of Paul Mello Supporting Defendants' Motions in Limine, be placed under seal in order to protect the confidential information contained therein.  (Decl. Danielle O'Bannon Supporting Motion to File Under Seal ¶¶ 2-5.)  The deposition of Craig Haney, Ph.D was sealed to protect and maintain patient confidentiality and to maintain the confidentiality of the reports of the Office of Inspector General, under protective orders entered on January 12, 2007 and May 27, 2008.  (*Id.* (*Coleman* Docket Nos. 2109 & 2799).)

///

///

- 2 -
DEFS.' NOT. MOT. & MOT. FILE UNDER SEAL EX. JJ TO DECL. MELLO
SUPP. DEFS.' MOTS. IN LIMINE (CASE NOS. 90-00520 AND 01-1351)

**CONCLUSION**

For the foregoing reasons, Defendants request that the deposition excerpts of the confidential deposition of Craig Haney, Ph.D, Exhibit JJ to Declaration of Paul Mello Supporting Defendants' Motions in Limine, be filed under seal in order to protect the confidential nature of the information contained in the excerpts.

DATED: October 20, 2008                HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
    PAUL B. MELLO
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

DATED: October 20, 2008                EDMUND G. BROWN JR.
    Attorney General of the State of California


By: /s/ Kyle A. Lewis
    DANIELLE F. O'BANNON
    Deputy Attorney General
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

DEFS.' NOT. MOT. & MOT. FILE UNDER SEAL EX. JJ TO DECL. MELLO
SUPP. DEFS.' MOTS. IN LIMINE (CASE NOS. 90-00520 AND 01-1351)