EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' MOTION TO FILE EXHIBIT JJ UNDER SEAL**<br><br>**To:  Three-Judge Panel** |

- 1 -
DECL. O'BANNON SUPP. MOT. TO FILE EX. JJ UNDER SEAL (CASE NOS. 90-00520 AND 01-1351)

1       I, Danielle F. O'Bannon, declare:

2  1.   I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this matter. I am competent to testify to the matters set forth in this declaration, and if called on to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to File Under Seal Exhibit JJ to Declaration of Paul Mello Supporting Defendants' Motions in Limine.

2.   On January 11, 2007, the parties entered into and the Court signed a Modified Protective Order governing the handling of confidential materials received by Plaintiffs' counsel, and experts or consultants retained by Plaintiffs' counsel for purposes of this action. The protective order was filed with the court on January 12, 2008. (*See Coleman* Docket No. 2109)

3.   Paragraph seven to the January 11, 2007 order sets forth the criteria for filing documents under seal. (*See Coleman* Docket No. 2109 at ¶ 7.)

4.   On May 23, 2008, the court issued an order stating that the unredacted Office of Inspector General report shall not be made part of these proceedings or any other proceedings without further order of this court or the Three-Judge Panel. The order was filed on May 27, 2008. (*See Coleman* Docket No. 2799.)

5.   Craig Haney, Ph.D's deposition was taken on September 26, 2008. The parties designated the deposition "Confidential". (*See* Exhibit JJ, filed under seal.) The deposition was designated "Confidential" under the protective orders entered into by the parties on January 12, 2007 and May 27, 2008, because the deposition contained patient-confidential information and the confidential report of the Office of the Inspector General. Defendants cited to excerpts of the deposition in the Declaration of Paul Mello Supporting Defendants' Motions in Limine, Exhibit JJ. Therefore, under paragraph

- 2 -
DECL. O'BANNON SUPP. MOT. TO FILE EX. JJ UNDER SEAL  (CASE NOS. 90-00520 AND 01-1351)

seven of the January 11, 2007 protective order, Defendants respectfully request the Court order Exhibit JJ be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on October 20, 2008.

                                                /s/ Danielle F. O'Bannon
                                                Danielle F. O'Bannon
                                                Deputy Attorney General

DECL. O'BANNON SUPP. MOT. TO FILE EX. JJ UNDER SEAL  (CASE NOS. 90-00520 AND 01-1351)