EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**EXHIBIT JJ FILED UNDER SEAL TO DECLARATION OF PAUL MELLO IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE PER DECLARATION OF DANIELLE O'BANNON**<br><br>**To:  Three-Judge Panel** |

- 1 -

EX. JJ FILED UNDER SEAL TO DECL. MELLO SUPP. DEFS.' MOT.
LIMINE PER DECL. O'BANNON (CASE NOS. 90-00520 AND 01-1351)

# EXHIBIT JJ IS FILED UNDER SEAL.

DATED: October 20, 2008          HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
    PAUL B. MELLO
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

DATED: October 20, 2008          EDMUND G. BROWN JR.
                                  Attorney General of the State of California


By: /s/ Kyle A. Lewis
    KYLE A. LEWIS
    Deputy Attorney General
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

EX. JJ FILED UNDER SEAL TO DECL. MELLO SUPP. DEFS.' MOT.
LIMINE PER DECL. O'BANNON (CASE NOS. 90-00520 AND 01-1351)