EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL MELLO IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE**<br><br>**To: Three-Judge Panel** |

/ / /

- 1 -

1    I, Paul B. Mello, declare as follows:

2    1.    I am an attorney licensed to practice in the State of California and admitted
3 to the Northern and Eastern Districts of the United States District Court of California. I
4 am a partner with the firm of Hanson Bridgett LLP, counsel of record for Defendants in
5 the *Plata v. Schwarzenegger, et al.,* matter. I submit this declaration in support of
6 Defendants' motions in limine. I have personal knowledge of the matters set forth in this
7 declaration, and if called upon to do so, would and could competently testify to the
8 matters set forth below.

9    2.    Attached as Exhibit A is a true and correct copy of relevant portions of the
10 deposition transcript of Plaintiffs' expert, Jeanne Woodford, taken on December 18,
11 2007. The court reporter's certification is also attached. This exhibit pertains to
12 Defendants' Motion in Limine Nos. 1, 8, and 9.

13    3.    Attached as Exhibit B is a true and correct copy of relevant portions of the
14 supplemental deposition transcript of Plaintiffs' expert, Jeanne Woodford, taken on
15 September 15, 2008. The court reporter's certification is also attached. This exhibit
16 pertains to Defendants' Motion in Limine Nos. 8 and 9.

17    4.    Attached as Exhibit C is a true and correct copy of the expert report of
18 Jeanne Woodford, dated November 9, 2007. This exhibit pertains to Defendants' Motion
19 in Limine Nos. 1 and 8.

20    5.    Attached as Exhibit D is a true and correct copy of the supplemental expert
21 report of Jeanne Woodford, dated August 15, 2008. This exhibit pertains to Defendants'
22 Motion in Limine Nos. 1 and 3.

23    6.    Attached as Exhibit E is a true and correct copy of relevant portions of the
24 deposition transcript of Plaintiffs' expert, Doyle Wayne Scott, taken on December 14,
25 2007. The court reporter's certification is also attached. This exhibit pertains to
26 Defendants' Motion in Limine Nos. 8 and 9.

27    7.    Attached as Exhibit F is a true and correct copy of relevant portions of the
28 supplemental deposition transcript of Plaintiffs' expert, Doyle Wayne Scott, taken on

- 2 -

1  October 1, 2008.  The court reporter's certification is also attached.  This exhibit pertains
2  to Defendants' Motion in Limine No. 9.

3       8.     Attached as Exhibit G is a true and correct copy of the expert report of
4  Doyle Wayne Scott, dated November 9, 2007.  This exhibit pertains to Defendants'
5  Motion in Limine Nos. 1 and 3.

6       9.     Attached as Exhibit H is a true and correct copy of the supplemental expert
7  report of Doyle Wayne Scott, dated August 13, 2008.  This exhibit pertains to
8  Defendants' Motion in Limine No. 1.

9       10.     Attached as Exhibit I is a true and correct copy of relevant portions of the
10  deposition transcript of Plaintiffs' expert, Dr. Ronald Shansky, taken on December 10,
11  2007.  The court reporter's certification is also attached.  This exhibit pertains to
12  Defendants' Motion in Limine Nos. 8 and 9.

13       11.     Attached as Exhibit J is a true and correct copy of relevant portions of the
14  supplemental deposition transcript of Plaintiffs' expert, Dr. Ronald Shansky, taken on
15  October 4, 2008.  The court reporter's certification is also attached.  This exhibit pertains
16  to Defendants' Motion in Limine No. 9.

17       12.     Attached as Exhibit K is a true and correct copy of relevant portions of the
18  deposition transcript of Plaintiffs' non-retained expert, Jeff Beard, taken on September
19  26, 2008.  The court reporter's certification is also attached.  This exhibit pertains to
20  Defendants' Motion in Limine Nos. 8 and 13.

21       13.     Attached as Exhibit L is a true and correct copy of the expert report of Dr.
22  James Austin, dated November 9, 2007.  This exhibit pertains to Defendants' Motion in
23  Limine No. 8.

24       14.     Attached as Exhibit M is a true and correct copy of relevant portions of the
25  supplemental deposition transcript of Plaintiffs' expert, Dr. James Austin, taken on
26  September 19, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 8.

27       15.     Attached as Exhibit N is a true and correct copy of relevant portions of the
28  deposition transcript of Plaintiffs' expert, Joseph Lehman, taken on September 16, 2008.

1  The court reporter's certification is also attached.  This exhibit pertains to Defendants'
2  Motion in Limine Nos. 8 and 9.

3      16.    Attached as Exhibit O is a true and correct copy of the expert report of
4  Joseph Lehman, dated August 15, 2008.  This exhibit pertains to Defendants' Motion in
5  Limine No. 1.

6      17.    Attached as Exhibit P is a true and correct copy of relevant portions of the
7  deposition transcript of Plaintiffs' expert, James Gilligan, taken on September 19, 2008.
8  This exhibit pertains to Defendants' Motion in Limine No. 12.

9      18.    Attached as Exhibit Q is a true and correct copy of the expert report of
10 James Gilligan, dated August 15, 2008.  This exhibit pertains to Defendants' Motion in
11 Limine No. 12.

12     19.    Attached as Exhibit R is a true and correct copy of the rebuttal expert
13 report of James Gilligan, dated August 27, 2008.  This exhibit pertains to Defendants'
14 Motion in Limine No. 12.

15     20.    Attached as Exhibit S is a true and correct copy of relevant portions of the
16 deposition transcript of Plaintiffs' expert, Dr. Pablo Stewart, taken on December 11,
17 2007.  This exhibit pertains to Defendants' Motion in Limine No. 9.

18     21.    Attached as Exhibit T is a true and correct copy of relevant portions of the
19 deposition transcript of Plaintiffs' expert, Dr. Pablo Stewart, taken on September 18,
20 2008.  This exhibit pertains to Defendants' Motion in Limine No. 12.

21     22.    Attached as Exhibit U is a true and correct copy of the initial expert report
22 of Dr. Pablo Stewart, dated November 9, 2007.  This exhibit pertains to Defendants'
23 Motion in Limine No. 12.

24     23.    Attached as Exhibit V is a true and correct copy of the supplemental expert
25 report of Dr. Pablo Stewart, dated August 15, 2008.  This exhibit pertains to Defendants'
26 Motion in Limine No. 12.

27     24.    Attached as Exhibit W is a true and correct copy of relevant portions of the
28 deposition transcript of Intervenor CCPOA's witness Deborah Rowlett, taken on

- 4 -

1  September 2, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

2  25.  Attached as Exhibit X is a true and correct copy of relevant portions of the deposition transcript of Intervenor CCPOA's witness Gary Benson, taken on September 2 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

26.  Attached as Exhibit Y is a true and correct copy of relevant portions of the deposition transcript of Intervenor CCPOA's witness Eric Adelman, taken on September 2, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

27.  Attached as Exhibit Z is a true and correct copy of relevant portions of the deposition transcript of Intervenor CCPOA's witness Ruben Leija, taken on September 4, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

28.  Attached as Exhibit AA is a true and correct copy of relevant portions of the deposition transcript of Intervenor CCPOA's witness Brenda Gibbons, taken on September 4, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

29.  Attached as Exhibit BB is a true and correct copy of relevant portions of the deposition transcript of Intervenor CCPOA's witness Kevin Raymond, taken on September 4, 2008.  This exhibit pertains to Defendants' Motion in Limine No. 2.

30.  Attached as Exhibit CC is a true and correct copy of the expert report of Dr. Dr. Craig Haney, dated August 15, 2008.  This exhibit pertains to Defendants' Motion in Limine Nos. 8 and 10.

31.  In response to Plaintiffs' motion to compel supplemental discovery responses, Defendants agreed to supplement certain discovery responses by August 15, 2008.  (*See* Joint Statement Re Plaintiffs' Motion to Compel Supplemental Responses and Production, *Plata* Docket No. 1358, at 3.)  Defendants did in fact produce documents and supplemental discovery on that date.  This paragraph pertains to Defendants' Motion in Limine No. 4.

32.  On August 15, 2008, Kyle Lewis, counsel for Defendants sent an email to Plaintiffs' counsel requesting that Plaintiffs' counsel comply with Federal Rule of Civil Procedure 26(e)(1)(A) by supplementing and correcting incomplete and incorrect

- 5 -

responses to interrogatories, requests for admissions, and requests for production of documents previously served on Plaintiffs by the *Plata* and *Coleman* Defendants, and to provide Defendants with a privilege log. A true and correct copy of Mr. Lewis' August 15, 2008 correspondence is attached as Exhibit DD. This exhibit pertains to Defendants' Motion in Limine No. 4.

33. Samantha Tama from my office continued to meet and confer on this issue on August 19, 2008 with Plaintiffs' counsel, Maria Morris. As part of this meet and confer correspondence, Defendants listed specific deficiencies in Plaintiffs' discovery responses and requested a response by September 1, 2008. A true and correct copy of this email exchange is attached as Exhibit EE. This exhibit pertains to Defendants' Motion in Limine No. 4.

34. Receiving no response, Ms. Tama again wrote Ms. Morris regarding the outstanding supplemental discovery on September 4, 2008. A true and correct copy of that email discussion is attached as Exhibit FF. This pertains to Defendants' Motion in Limine No. 4.

35. Plaintiffs did supplement their discovery on or about September 8, 2008. However, their discovery did not address all of the deficiencies that Defendants noted to Plaintiffs. For instance, Plaintiffs did not correct certain deficiencies in Plaintiffs' Third Supplemental Response to Defendant Tilton's First Set of Interrogatories. A true and correct copy of which is attached as Exhibit GG. Furthermore, Plaintiffs have produced a minimal amount of documents responsive to Defendants' Requests for Production of Documents and have failed to produce a privilege log responsive to Defendants' Request for Production of Documents This pertains to Defendants' Motion in Limine No. 4.

36. During discovery, Plaintiffs sought discovery regarding sentencing commissions and sentencing reform. For example, Plaintiffs' Request for Production of Documents Nos. 32 and 33 seeks this information. A true and correct copy of Plaintiffs' Request for Production of Documents is attached as Exhibit HH. This pertains to

- 6 -

1 | Defendants' Motion in Limine No. 5.

2 |     37.    During the course of this Three-Judge Panel proceeding, the parties engaged in extensive settlement discussions. During the course of these discussions, Defendants and Plaintiffs agreed that all information provided and obtained during this settlement process is confidential and cannot be used by the parties in the three-judge panel proceedings or any other proceeding. A true and correct copy of email correspondence containing this agreement is attached as Exhibit II.

    38.    Attached as Exhibit JJ is a true and correct copy of relevant portions of the deposition transcript of Plaintiffs' expert, Dr. Craig Haney, taken on September 26, 2008. The court reporter's certification is also attached. This exhibit pertains to Defendants' Motion in Limine No 10.  (THIS DOCUMENT IS FILED UNDER SEAL.)

    39.    Attached as Exhibit KK is a true and correct copy of the Prison Overcrowding State of Emergency Proclamation issued by Governor Schwarzenegger on October 4, 2006. This exhibit pertains to Defendants' Motion in Limine No. 7.

    40.    Attached as Exhibit LL is a true and correct copy of Assembly Bill 900, as signed into law by Governor Schwarzenegger on May 3, 2007. This exhibit pertains to Defendants' Motion in Limine No. 7.

    41.    Attached as Exhibit MM is a true and correct copy of a CDCR Memorandum dated March 2, 2001, from Larry Witek, Deputy Director Institutions Division, and Susann Steinberg, M.D., Deputy Director Health Care Services Division, to all of the Wardens, Health Care Managers, and Chief Psychiatrists statewide regarding transfer time frames for inmates in the Mental Health Services Delivery System. This exhibit pertains to Defendants' Motion in Limine No. 11.

    42.    Attached as Exhibit NN is a true and correct copy of relevant portions of the deposition transcript of Plaintiff Ralph Coleman, taken on December 13, 2007. The court reporter's certification page is also attached. This exhibit pertains to Motion in Limine No. 16.

    43.    Attached as Exhibit OO is a true and correct copy of a letter dated January

1  2, 2008, from Plaintiffs' counsel Jane Kahn to court reporter Stacey Marsala indicating
2  changes to be made to the deposition transcript of Ralph Coleman.  My co-counsel, Lisa
3  Tillman, was a "cc" recipient to this letter.  This exhibit pertains to Motion in Limine No.
4  16.
5       I declare under penalty of perjury of the laws of the State of California that the
6  foregoing is true and correct and that this declaration was executed on October 20, 2008
7  in San Francisco, California.

                                          /s/ Paul B. Mello
                                          PAUL B. MELLO

DECL. PAUL MELLO SUPP. DEFS.' MOT. IN LIMINE
(CASE NOS. 90-00520; 01-1351)

1648445.1