**EXHIBIT F**

**Certified Copy**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

CASE NO. 2:90-cv-00520
LKK JFM P

THREE-JUDGE COURT

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

MARCIANO PLATA, et al.,
    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,
    Defendants.

CASE NO. C01-1351 TEH

THREE-JUDGE COURT

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

DOYLE WAYNE SCOTT

OCTOBER 1, 2008
10:12 a.m.

425 Market Street, 26th Floor
San Francisco, California

Reported by Quyen N. Do, RPR, CSR No. 12447

**PAULSON**
REPORTING & LITIGATION SERVICES
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

                                   10
1     Q    Okay.
2     A    I looked at Pablo Stewart's report.  I believe
3  that covers the reports that I looked at from the
4  experts.
5     Q    And thank you for doing that.  I appreciate
6  that.
7          How did you determine what other documents you
8  may review before preparing your supplemental report?
9     A    Well, I normally get sent to me copies of the
10 quarterly Receiver's reports, which are helpful.  If
11 there are any new documents that are pertinent to the
12 issue that I am working on, on this case, Sara or
13 somebody from our office generally sends those to me for
14 review.
15    Q    Do you recall which quarterly reports you
16 reviewed before producing your supplemental report?  And
17 by that, I mean the Receiver's reports.
18    A    I do not.
19    Q    No.  And I imagine your supplemental report
20 probably went through a few drafts before you got
21 produced?
22    A    A -- a few.  Very few.
23    Q    Do you know who produced your first draft
24 supplemental report?
25    A    Sara Norman.

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Doyle Wayne Scott                                          October 1, 2008

                                108
                      REPORTER'S CERTIFICATION


   I, Quyen N. Do, Certified Shorthand Reporter, in
and for the State of California, do hereby certify:


   That the foregoing witness was by me duly sworn;
that the deposition was then taken before me at the time
and place herein set forth; that the testimony and
proceedings were reported stenographically by me and
later transcribed into typewriting under my direction;
that the foregoing is a true record of the testimony and
proceedings taken at that time.
        IN WITNESS WHEREOF, I have subscribed my name
this 7th day of October 2008.

             /S/  *[signature]*
             _____
             Quyen N. Do, RPR, CSR No. 12447

**PAULSON**
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104