**EXHIBITS I AND J**

**EXHIBIT I**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 2:90-cv-00520 LKK JFM P |
| ) | |
| ARNOLD SCHWARZENEGGER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MARCIANO PLATA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ARNOLD SCHWARZENEGGER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

*Certified Copy*

---o0o---

DEPOSITION OF RONALD M. SHANSKY, M.D.

Monday, December 10, 2007

---o0o---

REPORTED BY:  KRISTIE L. HUBKA, CSR NO. 5974

PROFESSIONAL REPORTING SERVICES   (800) 261-4814

```
 1        A.    Yes.
 2        Q.    And Friday, the 2nd?
 3        A.    No.
 4        Q.    So you were done by November 1, 2007, with
 5   your inspections -- tours?
 6        A.    Yes.  Yes.  And then I think we talked again
 7   on either Friday or Saturday, I can't remember which
 8   day, and that's when we started.
 9        Q.    Dr. Shansky, just so I'm clear, you did not
10   prepare the first draft of your report in this case?
11        A.    Correct.
12        Q.    Do you remember when your report was
13   finalized?
14        A.    What was the day it was submitted?
15        Q.    The 9th.
16        A.    Very close to the 9th.  It was probably the
17   8th.
18        Q.    Your current report, which is marked as
19   Exhibit 3, is I believe 51 pages long.  And actually use
20   that one, I'm sorry, Doctor.  And then it's got
21   attachments.  I believe it's 51 pages long.
22        A.    Uh-huh.
23        Q.    And it has 139 paragraphs, numbered
24   paragraphs.
25        A.    Right.
```

1    Q.  Do you know approximately how long your report
2 was the first time you saw it?
3    A.  It might have been even a little longer I
4 think.
5    Q.  Could you estimate how much longer?
6    A.  Five to ten -- honestly, I don't recall. But
7 I think it was longer.
8    Q.  In the drafting process, you received the
9 first draft and you reviewed it online one to three days
10 after you completed your inspections, correct?
11    A.  Correct.
12    Q.  Did you add any substantive text to the report
13 that was provided to you that first time?
14    A.  I changed some stuff. I don't know if I
15 really added. Let me go through this one more time. I
16 mean, there were some changes throughout but the -- most
17 of the stuff I changed was really in the last page or
18 two. I wanted to get a certain view across of how I see
19 this in the context of, you know, my -- especially in
20 the context of my experience in D.C.
21    Q.  I'm going to ask you specific questions about
22 your report but can you tell me what types of changes
23 you made to the last two to three pages of your report
24 to try to convey your experiences with the D.C. jail
25 just generally?

53

 1    A.   My intent was to convey the notion that the
 2 receiver has or can have whatever tools are necessary to
 3 fix the program internal to the Department of
 4 Corrections but that population stress, which is an
 5 external factor, is something that will prevent or delay
 6 the receiver's most expeditious use of those tools and
 7 that is why this external stress to me is the primary
 8 ongoing problem that inhibits bringing the system to a
 9 constitutional level.
10    Q.   Dr. Shansky, what issues do you intend to
11 testify about at Phase I trial?  I think you've listed
12 them but can you list them just for me?
13    A.   I mean, I --
14        MS. HARDY:  Objection, the Court order says
15 that his testimony is his report.
16    Q    (By Mr. Mello) Okay.  Let me ask you this.
17 Are you going to opine on whether overcrowding is
18 the primary cause of the unconstitutional delivery
19 of healthcare?
20    A.   Yes.
21    Q.   Can you tell me what you understand -- strike
22 that.
23        In writing your report and coming to your
24 opinion on that issue, what did you understand primary
25 cause to mean?  Alison hurt my feelings.

DEPOSITION OF RONALD M. SHANSKY, M.D.

```
 1            STATE OF CALIFORNIA    )    ss.
 2            I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, hereby certify that
 4   the witness in the foregoing deposition was by me duly
 5   sworn to testify to the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause; the
 7   said deposition was taken at the time and place therein
 8   stated; that the testimony of said witness was reported
 9   by me, a Certified Shorthand Reporter and a
10   disinterested person, and was thereafter transcribed
11   under my direction into typewriting; that the foregoing
12   is a full, complete and true record of said testimony;
13   and that the witness was given an opportunity to read
14   and, if necessary, correct said deposition and to
15   subscribe the same.
16            I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   action.
21            IN WITNESS WHEREOF, I have hereunto set my
22   hand this 11th day of December, 2007
23
24                                   _____
                                     CERTIFIED SHORTHAND REPORTER
25
```

**EXHIBIT J**

Case 2:90-cv-00520-KJM-SCR   Document 3117-3   Filed 10/21/08   Page 8 of 14

**Original Transcript**

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE
JUDGES PURSUANT TO SECTION 2284,
TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,
    Plaintiffs,                    No. Civ S 90-0520 LKK-JFM P
  vs.
ARNOLD SCHWARZENEGGER,
et al.,
    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~
MARCIANO PLATA,
et al.,
    Plaintiffs,                    No. C01-1351 TEH
  vs.
ARNOLD SCHWARZENEGGER,
et al.,
    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

RONALD MARK SHANSKY, M.D.

October 4, 2008
9:00 a.m.

Courtyard Marriott
6520 South Cicero Avenue
Chicago, Illinois

PATRICIA A. ARMSTRONG

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

PAULSON
REPORTING & LITIGATION SERVICES
www.paulsonreporting.com

                                95

1   with a depopulation strategy for a significant
2   number of the prisons, 2012 was not an unrealistic
3   target.
4        Q.   And how many prisons would that be
5   with an unknown population reduction?
6        MS. HARDY:   Objection; calls for
7   speculation.
8   BY MR. MELLO:
9        Q.   And I only say "unknown," because you
10  didn't provide me one and --
11       A.   I didn't, but I did say significant,
12  I did say significant.
13       Q.   Right.
14       A.   I mean, it is speculative, but I
15  would say more than 10 percent of their prisons.
16       Q.   Dr. Shansky, what has been marked
17  as -- what exhibit is this, 2 what?
18       A.   2-C.
19       Q.   2-C.  Did you type up 2-C?
20       A.   No.
21       Q.   Did you dictate 2-C?
22       A.   No.
23       Q.   Did you handwrite 2-C?
24       A.   No.
25       Q.   Who prepared the first draft of that

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

96

1  report?

2       A.   Well, the way we did it was we had a
3  meeting, an all-day meeting the day after my
4  tours. And I summarized the relevant findings and
5  the relevant areas that I wanted to talk about in
6  my report, and went over some of the data that I
7  had. And then had the lawyers for the Prison Law
8  Office research within those areas relevant
9  information.

10           I then reviewed on the computer, and
11 then we had multiple discussions of changes,
12 additions that I felt were important until there
13 was a final version.

14      Q.   How long after your tours did that
15 all-day meeting occur?

16      A.   The next day.

17      Q.   And who was at that all-day meeting?

18      A.   Alison, Steve and Don was in for at
19 least part of it.

20      MS. HARDY:  It was a great week, Paul.

21      MR. MELLO:  I am sure.

22      THE WITNESS:  And I had the red eye that
23 night.

24      MR. MELLO:  Oh, boy.

25 BY MR. MELLO:

Telephone: 415.591.3333
Facsimile: 415.591.3335

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

97

1  Q. Now, what type of relevant
2  information did the Prison Law Office fill into
3  your report?
4  A. From some of the documents, the
5  staffing information, from some of the Receiver's
6  documents, Receiver's statements related to the
7  areas that I wanted to talk about, those kinds of
8  things.
9  Q. So when the report cites to specific
10 statements of the Receiver in reports, et cetera,
11 was that information provided by the Prison Law
12 Office?
13 A. Most of the specific quotes, yes.
14 Q. You said you reviewed it on the
15 computer; correct?
16 A. Yes.
17 Q. And did you make changes directly
18 into the document?
19 A. No, over the phone.
20 Q. To whom?
21 A. To Steve and Alison.
22 Q. You didn't get Don to do any typing
23 for you?
24 A. No.
25 MR. MELLO: Let the record reflect to date

**PAULSON**
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

                              101

1    STATE OF ILLINOIS    )
2                         )
3    COUNTY OF DU PAGE    )
4              I, Patricia Ann Armstrong, a Notary
5    Public within and for the County of DuPage, State
6    of Illinois, and a Certified Shorthand Reporter of
7    said state, do hereby certify:
8              That previous to the commencement of
9    the examination of the witnesses, the witness was
10   duly sworn to testify the whole truth concerning
11   the matters herein;
12             That the foregoing deposition
13   transcript was reported stenographically by me,
14   was thereafter reduced to typewriting under my
15   personal direction and constitutes a true record
16   of the testimony given and the proceedings had;
17             That the said deposition was taken
18   before me at the time and place specified upon
19   written interrogatories;
20             That I am not a relative or employee
21   or attorney or counsel, nor a relative or employee
22   of such attorney or counsel for any of the parties
23   herein, nor interested directly or indirectly in
24   the outcome of this action.
25

**PAULSON**
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

-102-

1          IN WITNESS WHEREOF, I do hereunto set

2     my hand and affix my seal of office at Chicago,

3     Illinois, this 7th day of October, 2008.

4

5

6

7          |S|  *Patricia A. Armstrong*
              Notary Public, DuPage County,

8             Illinois.

9             My commission expires 03/23/09.

10

11    C.S.R. Certificate No. 84-1766.

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104