# EXHIBIT L
# PART 2

IV.    **DEFENDANTS' CURRENT EFFORTS TO ADDRESS OVERCROWDING WILL NOT BE EFFECTIVE**

A.    **Building New Prisons**

47.    The primary method offered by the CDCR to reduce the agreed upon level of crowding was to rapidly construct a large number (16,000 – 18,000) of prison beds that would replace the temporary (in-fill) beds that exist at the CDCR institutions. At Lancaster, there are some 870 in-fill or temporary beds located in the four housing units and three gyms (which eliminate certain recreation and other large group activities –especially during periods of inclement weather.) Another 16,000 re-entry beds and 8,000 medical and mental health new prison beds would also be constructed pursuant to Assembly Bill 900 (AB900).

48.    In my previous declaration submitted in this case, I stated that I did not have confidence that the state will be able to stabilize the growth of the prison population or achieve any significant reductions in the prison population in the next few years. Joint Pls' Trial Ex. 50 at 3. I also stated that the state's "'plan' to reduce overcrowding is not a plan, as that term is normally understood. It is deficient in that there are no detailed supporting documents, data analysis or time timetables that show how the CDCR can meet the massive and unprecedented construction timelines…As such, [the State's proposal] is not a plan but a series of goals that have no factual basis. The CDCR's goals for construction and implementation of new programs are not likely to be met." *Id.*

49.    On this latter point, it was interesting to note during my tour at Lancaster on November 2, 2007 that the AB900 construction schedule is already far behind schedule and that leadership staff at the Lancaster facility were completely unaware of the number and type of beds to be constructed at Lancaster over the next 12 months. According to AB900 and the CDCR, construction for 400 new dormitory beds was to start at Lancaster in 45 days. Joint Pls' Trial Ex. 26 (Exhibit 20 at 2). Central office staff indicated during the tour that such

19

construction will not occur for some time due to legal and legislative challenges to the program's funding. An additional 264 Substance Abuse Treatment Beds are also scheduled for construction beginning in March 2010. In total the 664 beds will not fully address the replacement of some 870 temporary beds at Lancaster. Nor is there any staffing pattern estimates and costs associated with the activation of these beds.

### B.    Out of State Transfers

50.    . Even the component of AB900 that calls for 8,000 inmates to be transferred to out-of-state, private facilities, which is the only action that would directly reduce crowding in the CDCR, will be extremely difficult to achieve and maintain by the CDCR. This population is dynamic and will constantly need to be replaced as the transferred inmates are released to parole or return to the CDCR for security, medical and mental health reasons. To date the CDCR has not modeled its capacity to keep the out of state transfer population at the 8,000 level. To date that population is nearing only 3,500. Furthermore, according to CDCR officials, there are an estimated 4,000 people in the county jails awaiting transfer into the prison system right now but who cannot be transferred due to lack of space. This means the out of state transfer program, to date, has not been able to impact the crowding situation.  ·

51.    As I noted in my previous declaration, with the exception of the 8,000 transfers, none of the measures set forth in AB900 are designed to reduce the prison population. Instead, if implemented, they will solely increase the physical capacity of the prison system, and will require commensurate increases in staff, administration, and program space. Joint Pls' Trial Ex. 50 at 3. Simply adding more space for prisoners will not alleviate the other significant problems the California system has, such as severe custody and clinical staffing shortages and antiquated administrative processes.

## C.    Administrative Discharge of Parolees

52.    I also commented on the State's memorandum seeking to end parole for certain parolees who complete 13 months of successful parole. Joint Pls' Trial Ex. 50 at 6. As I stated in that prior declaration, that plan will have a negligible effect on the prison population as those parolees are very unlikely to be readmitted to prison on parole violations. Even if they were readmitted on technical violations, their short period of imprisonment (3 months or less) would have virtually no effect on the current 170,000 prison population.

## V.    CONCLUSIONS

53.    In my opinion, overcrowding within the California Department of Corrections and Rehabilitation (CDCR) is the primary cause of the current unconstitutional conditions experienced by members of the *Coleman* and *Plata* classes. Until the level of crowding is significantly lowered, the CDCR will continue to be unable to meet the basic medical and mental health needs of the current institutional prison population.

54.    It is also my opinion that the only remedy that will fulfill the requirements set forth by the *Coleman* and *Plata* Courts will be a prompt and safe reduction of the prison population to a level that will allow the CDCR to deliver the necessary level of services with their existing resources (not resources the CDCR projects or wishes to have in the future).

Dated: November 9, 2007

James Austin, Ph.D.

## James Austin

MAJOR POSITIONS HELD

| | |
|---|---|
| 2003 – Present | *President, The JFA Associates*, Washington, D.C. |
| 1999 -2003 | *Research Professor and Director, Institute for Crime, Justice, and Corrections*, Department of Sociology, The George Washington University, Washington, D.C. |
| 1982 - 1998 | *Executive Vice President* National Council on Crime and Delinquency San Francisco and Washington, D.C. |
| 1974 - 1982 | *Research Associate* National Council on Crime and Delinquency San Francisco |
| 1970 - 1974 | *Correctional Sociologist* Illinois Department of Corrections Joliet, Illinois |

EDUCATION

| | |
|---|---|
| B.A. | 1970, Wheaton College, Wheaton, Illinois, Sociology |
| M.A. | 1975, De Paul University, Chicago, Illinois, Sociology |
| Ph.D. | 1980, University of California, Davis, California, Sociology |

RELEVANT PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2002 – present | *Director*, Justice Reinvestment Initiative, Council of State Governments. |
| 1998 – Present | *Director,* Correctional Options Program (Bureau of Justice Assistance, U.S. Department of Justice) |
| 2005 – 2006 | *Director*, Review of Escapes from the Bureau of Prisons Community Correctional Centers in the |

|              | District of Columbia. (DC Criminal Justice Coordinating Council). |
|--------------|-------------------------------------------------------------------|
| 2003 – 2006  | *Director*, Assessment of Sexual Assault in the Texas Prison System. (National Institute of Justice). |
| 2002 – 2006  | *Director,* Parole Guidelines System Project, Maryland Parole Commission. (Baltimore Open Society Institute). |
| 2003 – 2006  | *Director*, Validation Study of the Alameda County Juvenile Detention Risk Assessment System (Alameda County, California). |
| 2002—2006    | *Independent Expert,* Office of Youth Development, Louisiana Department of Public Safety and Corrections, Jointly Appointed by State of Louisiana and U.S. Department of Justice, Civil Rights Division |
| 2003-2004    | *Director,* Evaluation And Redesign Of Systems For Berks County Pretrial And Sentenced Populations. (Berks County, PA). |
| 2003         | *Juvenile Corrections Expert*, US Department of Justice, Civil Rights Division, California Youth Authority. |
| 2002         | *Juvenile Corrections Expert*, US Department of Justice, Civil Rights Division, Santa Clara County Detention Center. |
| 2002 – 2003  | *Director*, Validation of the Pennsylvania Parole Guidelines. Pennsylvania Board of Probation and Parole. (Pennsylvania Commission on Crime and Delinquency). |
| 2001 – 2003  | *Director,* Development of the Kentucky Parole Risk Assessment System.  Kentucky Parole and Pardon Board. |
| 1998 – 2004  | *Monitor*, Georgia Juvenile Justice Corrections System, Jointly Appointed by State of  Georgia and U.S. Department of Justice, Civil Rights Division. |

| | |
|---|---|
| 1997 - Present | *Director*, National Technical Assistance Program for External Prison Classification Systems (Oregon, Wisconsin, Virginia, Tennessee, Texas, Oklahoma, and Montana) (National Institute of Corrections) |
| 1996 - Present | *Director,* National Technical Assistance Program for Internal Prison Classification Systems (Washington State, Oregon, Missouri, South Dakota, Connecticut, Colorado, and Florida) |
| 1996 - 1999 | *Director*, National Survey of Juveniles in Adult Correctional Facilities (Bureau of Justice Assistance), GWU. |
| 1996 - 1999 | *Director,* National Multi-Site Boot Camp Evaluation (Adult and Juvenile) (National Institute of Justice), GWU. |
| 1995 - 1999 | *Director*, Evaluation of "Three Strikes and You're Out" Laws in California and Nationally, (National Institute of Justice), NCCD |
| 1996 - 1999 | *Director*, National Survey of Privatization in Corrections (adult and juvenile facilities) (Bureau of Justice Assistance), NCCD. |
| 1992 - 1997 | *Director*, Correctional Options Evaluation (National Institute of Justice and Bureau of Justice Assistance), NCCD |
| 1997 | *Director*, Congressionally mandated evaluation of the D.C. Department of Youth Services Agency (YSA) operations, classification system, staffing levels, physical plant, mental health, information services and program services, (National Institute of Corrections, Bureau of Prisons), NCCD |
| 1992 - 1997 | *Director*, National Structured Sentencing Evaluation (Bureau of Justice Assistance), NCCD |
| 1995 - 1997 | *Director*, Congressionally mandated evaluation of the D.C. Department of Corrections operations, classification system, staffing levels, and physical plant, including, comprehensive cost analysis of long- |

<table>
<tbody>
<tr>
<td></td>
<td>term options for the Lorton Complex, (National Institute of Corrections, Bureau of Prisons), NCCD</td>
</tr>
<tr>
<td>1991 - 1997</td>
<td><em>Director</em>, Design and Implementation of the New York City Department of Corrections Objective Jail Classification System (Consent Decree, New York City Department of Corrections), NCCD</td>
</tr>
<tr>
<td>1991 - 1995</td>
<td><em>Director</em>, Philadelphia Prison System Classification and Population Projections Project (Consent Decree, City of Philadelphia), NCCD</td>
</tr>
<tr>
<td>1991 - 1994</td>
<td><em>Director</em>, Evaluation of Jail Drug Treatment Programs (National Institute of Justice), NCCD</td>
</tr>
<tr>
<td>1990 - 1993</td>
<td><em>Director</em>, Evaluation of the Los Angeles Sheriff's Boot Camp Program (National Institute of Justice), NCCD</td>
</tr>
<tr>
<td>1991 - 1993</td>
<td><em>Director</em>, Design and Implementation of the Cook County Objective Jail Classification System (Cook County Sheriff's Department), NCCD</td>
</tr>
<tr>
<td>1990 - 1991</td>
<td><em>Director</em>, California Assessment of the Overrepresentation of Minority Youth in Juvenile Justice (Office of Criminal Justice Planning), NCCD</td>
</tr>
<tr>
<td>1988 - 1992</td>
<td><em>Director</em>, Experimental Test of Electronic Monitoring Program, Oklahoma Department of Corrections (National Institute of Justice), NCCD</td>
</tr>
<tr>
<td>1987 - 1992</td>
<td><em>Director</em>, Experimental Test of the Prison Management Classification System (National Institute of Corrections and Washington Department of Corrections), NCCD</td>
</tr>
<tr>
<td>1986 - 1990</td>
<td><em>Director</em>, National Jail Classification Project (NIC), NCCD</td>
</tr>
<tr>
<td>1985 - 1987</td>
<td><em>Co-Director</em>, California Youth Authority Parole Risk Study (Packard Foundation and CYA), NCCD</td>
</tr>
<tr>
<td>1984 - 1986</td>
<td><em>Co-Director</em>, Study of Institutional Violence at San Quentin (Consent Decree, California Department of Corrections, NCCD</td>
</tr>
</tbody>
</table>

| | |
|---|---|
| 1982 - 1987 | *Co-Director*, Experimental Study of Juvenile Court Probation Services, Salt Lake City, Utah (OJJDP), NCCD |
| 1983 - 1985 | *Co-Director*, Illinois Department of Corrections Early Release Evaluation (NIJ), NCCD |
| 1980 - 1984 | *Co-Director,* Supervised Pretrial Release Test Program (NIJ/LEAA), NCCD |
| 1981 - 1983 | *Co-Director*, Evaluation of California AB2 Bail Reform Act (OCJP), NCCD |
| 1980 | *Senior Research Associate*, California Alternatives to Incarceration Study (State Legislature), NCCD |

SPECIAL APPOINTMENTS

| | |
|---|---|
| 2006 – present | Expert Panel on Adult Offender and Recidivism Reduction Programming, California Department of Corrections and Rehabilitation |
| 2003 | Advisory Committee, The Little Hoover Commission Report on California Prison System |
| 1999- 2003 | Chair, National Policy Committee, American Society of Criminology |
| 1987 - 1994 | Trustee, Robert Presley Institute of Corrections Research and Training |
| 1991 | Governor's Task Force on Prison Crowding, State of Nevada |
| 1988 | Governor's Task Force on Corrections, State of Oregon |
| 1981, 1986 | National Academy of Sciences, National Panels on Sentencing and Prison Overcrowding |

EXPERT WITNESS/LITIGATION

| | |
|---|---|
| 1987 - 1989 | Office of the Special Masters, <u>Ruiz v. Lynaugh</u>, Evaluation of the TDC Classification System and Inmate Violence |

|  | Appointed by Court to produce evaluation report of classification system to determine if inmate violence had been reduced. |
|---|---|
| 1989 - 1991 | U.S. Department of Justice, Civil Rights Division, <u>U.S. v. State of Florida: Florida Department of Corrections, et al.</u>, Case No. TCA 86-7330 (N.D. Fla) |
|  | Expert Witness Retained by Plaintiffs to determine whether women should be excluded from certain post positions in the DOC. |
| 1990 - 1991 | King County (Seattle, Washington) District Attorney's Office, <u>Hammer v. King County</u> |
|  | Expert Witness Retained by Defendants to determine if minority staff was being discriminated against. |
| 1990 - 1991 | Office of the Attorney General, State of Texas, <u>Lamar v. Collins</u> |
|  | Expert Witness Retained by Defendants to determine if use of local incarceration rates by selected counties was appropriate. |
| 1991 | Office of the Attorney General, State of Texas, <u>Alberti v. Sheriff of Harris County, et al.</u>, No. CA-H-72-1094 |
|  | Expert Witness Retained by Defendants to determine if use of local incarceration rates by selected counties were appropriate. |
| 1991 - 1992 | U.S. Department of Justice, Civil Rights Division, <u>U.S. v. The Parish of Orleans Criminal Sheriff's Office</u> |
|  | Expert Witness Retained by Plaintiffs to determine the appropriateness of excluding females from certain post positions within the jail. |
| 1991 - 1994 | <u>Calvin R. vs. Illinois Department of Corrections.</u> Consent Decree. |

Appointed by Court to produce evaluation of
classification system and to implement internal
classification system to reduce inmate violence.

1995    International Fidelity Insurance Co. et al. v. Charles
Nobel et al: In the United States District Court of the
Southern District of Texas, Houston Division.

Expert Witness Retained by Defendants to determine
the Failure to Appear rates for defendants released
on surety bond versus O.R.

1995    Sandra Herrera, et al., v Pierce County, et al.

Retained by Plaintiffs to evaluate whether inmates
were being properly classified and housed in the local
jail.

1995 - 1996    Montoya v. Gunter, et al.

Retained by Defendants to determine whether inmate
who was killed while incarcerated had been properly
classified and housed.

1995 - 1997    Inmates A,B,C and D v. Illinois Department of
Corrections
Consent Decree

Appointed by Court to produce evaluation of the level
of control of housing and job assignments by gangs.

1995 - 2002    USA v. Michigan and Cain v. Michigan Consent
Decrees

Expert witness retained by Defendants to help
Department of Corrections reach compliance with
court order regarding classification system.

1996    Rentschler v. Carnahan et al.

Retained by Defendants to evaluate the impact of
crowding at the Colorado maximum security prison.

1997    Carlos Morales Feliciano v. Pedro Rossello Gonzales
Consent Decree

Retained by Special Master to conduct a comprehensive assessment of the inmate classification system that was designed and partially implemented by the Administration of Corrections.

1998 - 1999

Southern Ohio Correctional Facility (Civil Action No. C-1-93-436).

Retained by the Ohio Department of Rehabilitation and Correction to serve as an expert witness on classification issues as they pertain to the Lucasville riot.

1998 - 1999

Busey et al. v. Corrections Corporation of America

Retained by CCA to develop an objective classification system for the Youngstown facility and have all inmate's properly classified according to the classification criteria.

1998 - 2000

Holloway, et al., v. King County

Retained by plaintiff's counsel to examine the validity of client's claims that sexual harassment of female correctional officers by male inmates was being encouraged by male correctional officers and departmental policy.

2001

Gartrell et al., v. Ashcroft et al.

Retained by plaintiffs to examine if BOP inmates placed in Virginia Department of Corrections are unnecessarily having their expression of religious freedoms unnecessarily restricted?

2001 - present

Austin, et al., v. Wilkinson, et al.

Retained by defendants to examine the classification process used to assign inmates to the Ohio State Penitentiary – a high maximum security prison.

PUBLICATIONS

**<u>Books</u>**

1996                It's About Time: America's Imprisonment Binge (with
                     John Irwin), Second Edition, Belmont, CA: Wadsworth
                     Publishing.

1993                It's About Time: America's Imprisonment Binge (with
                     John Irwin), First Edition, Belmont, CA: Wadsworth
                     Publishing.

1993                Reinventing Juvenile Justice (with Barry Krisberg),
                     Beverly Hills, CA: Sage Publications.

1978                The Children of Ishmael: Critical Perspectives on
                     Juvenile Justice (with Barry Krisberg),

**<u>Articles</u>**

2006                "How Much Risk Can We Take?  The Misuse of Risk
                     Assessment in Corrections."  2006.  Federal
                     Probation. Vol. 70, No. 2: 58-63.

2004                Richards, Stephen C., James Austin, and Richard S.
                     Jones. 2004. "Thinking About Prison Release and
                     Budget Crisis in the Blue Grass State." Critical
                     Criminology: An International Journal, Vol. 12, No.3:
                     243-263.

2004                Richards, Stephen C., James Austin, and Richard S.
                     Jones. 2004. "Kentucky's Perpetual Prisoner
                     Machine: It's All about Money." Review of Policy
                     Research, Vol. 24, No. 1 (at press).

2003                "Why Criminology Is Irrelevant", Criminology and
                     Public Policy, Vol. 2, No.3: 557-564

2003                "Three Strikes Laws", in Current Controversies in
                     Criminology, Ronald Weitzer, ed., Prentice Hall:
                     Upper Saddle River, NJ.

2003                    "The Use of Science to Justify The Imprisonment
                        Binge", Convict Criminology, Jeffrey Ian Ross and
                        Stephen C. Richards, eds., Wadsworth: Belmont, CA.

2003                    "Its About Time:  America's Imprisonment Binge",
                        Punishment and Social Control, Aldine De Gruyter:
                        New York, NY.

1999                    "Are We Better Off?: Comparing Private and Public
                        Prisons in the United States", Current Issues in
                        Criminal Justice. Vol. 11 (2): 177-201.

1999                    "The Impact of 'Three Strikes and You're Out'",
                        Punishment and Society, Vol 1(2): 131-162.

1998                    "The Limits of Prison Drug Treatment", Corrections
                        Management Quarterly, Vol. 2, Issue 4, Fall 1998, pp.
                        66-74.

1996                    "The Effect of 'Three Strikes and You're Out' on
                        Corrections" in Three Strikes and You're Out:
                        Vengance as Public Policy, David Shichor and Dale
                        K. Sechrest, eds., Sage Publications: Thousand
                        Oaks, CA.

1996                    "Are Prisons A Bargain?: The Case of Voodoo
                        Economics", Spectrum, Spring 1996, pp. 6-24.

1995                    "The Overrepresentation of Minority Youths in the
                        California Juvenile Justice System:  Perceptions and
                        Realities" in Minorities in Juvenile Justice, Kimberly
                        Kempf Leonard, Carle E. Pope, and William H.
                        Fyerherm, eds., Sage Publications: Thousand Oaks,
                        CA.

1994                    "Three Strikes and You're Out: The Likely
                        Consequences". St. Louis University Public Law
                        Review, 14, 1, pp. 239-258.

1993                    "Classification for Internal Purposes: The Washington
                        Experience" (with Chris Baird, and Deborah
                        Nuenfeldt), Classification: A Tool for Managing
                        Today's Offenders, Laurel, MD: American
                        Correctional Association.

| | |
|---|---|
| 1993 | "Objective Prison Classification Systems: A Review", <u>Classification: A Tool for Managing Today's Offenders</u>, Laurel, MD: American Correctional Association. |
| 1986 | "Using Early Release to Relieve Prison Crowding: A Dilemma in Public Policy," <u>Crime and Delinquency</u> (October):404-501 |
| 1986 | "Evaluating How Well Your Classification System Is Operating," <u>Crime and Delinquency</u> (July):302-321 |
| 1985 | "Incarceration in the United States: The Extent and Future of the Problem," <u>The Annals</u> (March):15-30 |
| 1983 | "Assessing the New Generation of Prison Classification Models," <u>Crime and Delinquency</u> (October):561-576 |
| 1982 | "Do We Really Want to Get 'Tough on Crime'?" <u>Corrections Today</u>, Vol. 44, No. 6:50-52 |
| 1982 | "Bail Reform in California: The Passage of AB2" (with E. Lemert), <u>Pretrial Services Annual Journal, 1982</u>, Vol V:4-23 |
| 1982 | "Review of Fatal Remedies: The Ironies of Social Intervention" (Sam D. Seiber) in <u>Crime and Delinquency</u>, Vol. 20, No. 4:639-641 |
| 1982 | "The Unmet Promise of Alternatives to Incarceration" (with B. Krisberg), <u>Crime and Delinquency</u>, Vol. 28, No. 3:374-409 |
| 1982 | "Promises and Realities of Jail Classification," <u>Federal Probation</u>, Vol. 46, No. 1:58-67 |
| 1981 | "Wider, stronger, and different nets: the dialectics of criminal justice reform" (with B. A. Krisberg), <u>Journal of Research in Crime and Delinquency</u>, Vol. 18, No. 1:165-196 |
| 1980 | <u>Instead of Justice: Diversion</u>, Ph.D. Dissertation, University of California, Davis |

**AWARDS**

1999

Recipient of the Paul Tappin award for outstanding contributions in the field of criminology, Western Society of Criminology

1991

Recipient of the Peter P. Lejins Research Award, American Correctional Association

# APPENDIX B TO JIM AUSTIN'S DECLARATION

| DOCUMENT |
|---|
| Governor Schwarzenegger's Proclamation Regarding Prison Overcrowding, State of Emergency (October 4, 2006) |
| Expert Panel on Adult Offender and Recidivism Reduction Programming, Report to the State Legislature, *A Roadmap for Effective Offender Programming in California* (June 29, 2007) |
| Little Hoover Commission, *Solving California's Corrections Crisis: Time is Running Out* (January 2007) |
| Reforming Corrections: Report of the Corrections Independent Review Panel, June 30, 2004 (Gov. Deukmejian, Chairman) |
| Mental Health Services Delivery System Program Guide (September 2006) |
| Memorandum from Jane Kahn Re: *Coleman* Revised Program Guide Basics (October 17, 2007) |
| Judge Karlton's 3/3/06 Order Regarding Defendants' Revised Program Guide (Coleman Docket 1773) |
| Mental Health Population Chart – Placement Per Institution, as of July 27, 2007 (September 25, 2007) |
| Program Guide Overview, from Mental Health Services Delivery System Program Guide (September 2006) |
| Exhibit A to Defendants' Plan to Address Suicide Trends In Administrative Segregation Units (October 2, 2006) (Coleman Docket 1990) |
| Exhibit A in Support of Defendants' Submission of Plan for Reception Center/EOP Inmates (July 31, 2006) (Coleman Docket 1928) |
| Allocated Case Manager Positions and Vacancies for EOP Ad Seg Hub Institutions, as of July 2007 (September 25, 2007) |
| Memorandum from CDCR Re: Revised 30 Minute Welfare Check Process (December 12, 2006) |
| Judge Karlton's 9/14/07 Order Granting Defendants' Request for Extension of Time to File Plan for Small Management Yards in Administrative Segregation Units (Coleman Docket 2418) |
| Judge Karlton's 10/20/06 Order Approving Defendants' Plan for Provision of Acute and Intermediate Care and Mental Health Crisis Beds (Coleman Docket 1998) |
| Judge Karlton's 6/7/06 Order Requiring Defendants to Develop Plan to Address Suicide Trends in Administrative Segregation Units (Coleman Docket 1830) |
| Receiver's Report Regarding Overcrowding and Appendices to same (May 15, 2007) (Plata Docket 673 and 674) |
| Receiver's Supplemental Report Regarding Overcrowding (June 11, 2007) (Plata Docket 705) |
| *Coleman* Special Master's Report Regarding Overcrowding (May 31, 2007) (Coleman Docket 2253) |
| *Coleman* Special Master's 18th Monitoring Report (July 30, 2007) (Coleman Docket 2334 through 2334-11) |
| *Coleman* Special Master's 17th Monitoring Report, Part A (2/14/07) (Coleman Docket 2140 through 2140-3) |
| *Coleman* Special Master's 17th Monitoring Report, Part B (4/02/07) (Coleman Docket 2180 through 2180-5) |
| *Coleman* Special Master's 17th Monitoring Report, Part C (6/13/07) (Coleman Docket 2274 through 2274-7) |
| Office of the Inspector General (OIG), Special Review into the California Department of Corrections and Rehabilitation's Release of Inmate Scott Thomas (October 2007) |

| DOCUMENT |
|---|
| Memorandum from CDCR Re: Standardization of Mental Health Crisis Bed Admission Procedures (July 21, 2005) |
| Report on Status of Funding for Acute, Intermediate and Mental Health Crisis Bed Plan, filed September 11, 2006 (Coleman Docket 1969) |
| Judge Karlton's 5/2/06 Order Regarding Defendants' Long Range Bed Plan (Coleman Docket 1800) |
| *Coleman* Special Master's 5/9/06 Report and Recommendations on Suicides in the California Department of Corrections in the Calendar Year 2004 (Coleman Docket 1806) |
| *Coleman* Special Master's 5/14/07 Supplemental Report and Recommendations on Defendants' Plan to Prevent Suicides in Administrative Segregation (Coleman Docket 2210) |
| *Coleman* Special Master's 7/2/07 Report and Recommendations on Defendants' Enhanced Outpatient Treatment Programs in Reception Centers (Coleman Docket 2302) |
| *Coleman* Special Master's 9/24/07 Report and Recommendations on Defendants' August 2007 Supplemental Bed Plan (Coleman Docket 2432 through 2432-3) |
| Judge Henderson's 2/14/07 Order Continuing Hearing on Plaintiffs' Motion to Convene a Three-Judge Panel (Plata Docket 608) |
| Judges Karlton and Henderson's 7/23/07 Orders Granting Plaintiffs' Motion to Convene Three-Judge Panel (Coleman Docket 2320, Plata Docket 780) |
| Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion For Referral to a Three-Judge Panel, Exhibits and Supporting Declarations of Joan Petersilia, Doug McKeever, Margaret McAloon, Scott Kernan, Kathryn P. Jett and Deborah Hysen (May 24, 2007) (Coleman Docket 2238) |
| Declaration of Scott Kernan in Support of Defendants' Response to Receiver's Supplemental Report Re: Overcrowding (June 18, 2007) (Coleman Docket 2287, Plata Docket 718) |
| Defendants' Brief Re: Expert Panel's Report on Reentry and Recidivism and Its Relation to Pending Motion to Convene a Three-Judge Panel and Declarations of Joan Petersilia and Kathryn P. Jett (July 11, 2007) (Coleman Docket 2310) |
| Declarations of Pablo Stewart, Samples from *Morales* and *Prieto* Matters |
| Defendants' Report and Plan for Improvement of Enhanced Outpatient Programs in Administrative Segregation Units (July 11, 2007) (Coleman Docket 2311) |
| Defendants' Responses and Objections to Special Master Keating's Report on Defendants' Plan to Provide Enhanced Outpatient Program Care at Reception Centers (July 12, 2007) (Coleman Docket 2313) |
| Defendants' Statement in Response to Court Order Re: Compliance with Items to Reduce Suicides in Administrative Segregation Units and Declaration of Doug McKeever (July 30, 3007) (Coleman Docket 2335) |
| Defendants' Ex Parte Motion Re: Request for Extension of Time, Declaration of Misha Igra, and Proposed Order (July 30, 2007) (Coleman Docket 2336) |
| Defendants' Statement of Compliance Re: Television and Radio Accessibility in Administrative Segregation Units (August 13, 2007) (Coleman Docket 2363) |
| Defendants' Ex Parte Request for an Extension of Time Re: Small Management Yards, Declaration of Hysen, and Proposed Order (August 29, 2007) (Coleman Docket 2393) |
| Judge Karlton's 9/14/07 Order Granting Defendants' Ex Parte Request for an Extension of Time Re: Small Management Yards (Coleman Docket 2418) |
| Office of the Inspector General (OIG) Special Review Into the Death of Correctional Officer Manuel A. Gonzalez, Jr. on January 10, 2005 at the California Institution for Men (March 16, 2005) |
| "Repairs Needed After California Institution for Men Riot - Prison Officials Say Understaffing Left Guards in Jeopardy," Inland Valley Daily Bulletin (September 29, 2005) |

| DOCUMENT |
| --- |
| "16-Year Veteran CDC Correctional Officer Dies From Inmate Stabbing Attack," CDCR Press Release (January 10, 2005) |
| "Major Prison Disturbance at the California Institution for Men in Chino," CDCR Press Release (December 30, 2006) |
| "Massive Riot at CIM," Officer.com Police Forums & Law Enforcement Forums, http://www.forums.officer.com/forums (December 31, 2006) |
| California Department of Corrections, Fall 2007 Adult Population Projections: 2008-2013 (http://www.cdcr.ca.gov) |
| California State Auditor, High Risk: The California State Auditor's Initial Assessment of High-Risk Issues the State and Select State Agencies Face (May 2007) |
| Office of the Inspector General (OIG) Special Review Into In-Prison Substance Abuse Programs Managed by the CDCR (February 2007) |
| SEIU Report on CDCR Reforms for Safer Communities (March 2007) |
| Memorandum from Amy Whelan Re: Topics for James Austin Report (November 4, 2007) |
| CDCR Report Regarding *Inmate Incidents in Institutions, Calendar Year 2006* (Published September 2007) |
| Various RBG-created charts of California Prison Population Data for January 2003-September 2007 (November 6, 2007) |
| CDCR Department Operations Manual, Chapter 5 - Custody and Security Operations (December 31, 2006) |
| Plaintiffs' First Request for Inspection (October 2, 2007) |
| Defendants' Supplemental Bed Report (August 17, 2007) (Coleman Docket 2375) |
| *Coleman* Special Master's Supplemental Report and Recommendations on Defendants' Enhanced Outpatient Treatment Program in Reception Centers (August 15, 2007) (Coleman Docket 2369) |
| Selection of Documents from the CSP-Lancaster *Coleman* Tour Binder (May 15-18, 2007 Monitoring Tour) |

## PROOF OF SERVICE

I, Kate Richardson, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On November 9, 2007, I served the following documents:

**1) PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY**

**2) EXPERT REPORT OF JAMES AUSTIN, Ph.D.**

**3) EXPERT REPORT OF CRAIG HANEY, M.D.**

**4) EXPERT REPORT OF PABLO STEWART, M.D.**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time |

1 | after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2

3 **All documents were sent to the following persons in the following manner:**

4    By United States Mail

5    Lisa A. Tillman                        Republican Assembly and Senate Intervenors
     Deputy Attorney General                 Steven S. Kaufhold
6    1300 I Street, Suite 125                Akin, Gump Strauss Hauer & Feld, LLP
     Sacramento, CA 95814                    580 California Street, 15th Floor
7                                            San Francisco, CA 94104

8    Paul B. Mello, Esq.                     Lead Counsel for County Intervenors
9    Hanson, Bridgett, Marcus, Vlahos &      Ann Miller Ravel
     Rudy, LLP                               Theresa Fuentes
10   425 Market Street, 26th Floor           Office of the County Counsel
     San Francisco, CA 94105                 70 West Hedding, East Wing, 9th Floor
11                                           San Jose, CA 95110

12   California Correctional Peace Officers'  County of Sonoma Intervenors
13   Association (CCPOA) Intervenors          Anne L. Keck, Deputy County Counsel
     Ronald Yank                             Steven Woodside
14   Gregg MacClean Adam                     575 Administration Drive, Room 105A
     Carroll, Burdick & McDonough, LLP       Santa Rosa, CA 95403
15   44 Montgomery Street, Suite 400
     San Francisco, CA 94104
16
17   District Attorney Intervenors           California Sheriff, Probation, Police Chief
     Rod Pacheco                             and Corrections Intervenors
18   Charles Hugues                          Jones & Mayer LLP
     District Attorney                       Martin J. Mayer
19   County of Riverside                     Michael R. Capizzi
     4075 Main Street, First Floor           Kimberly Hall Barlow
20   Riverside, CA 92501                     Elizabeth R. Feffer
                                             3777 North Harbor Boulevard
21                                           Fullerton, CA 92835

22

23    I declare under penalty of perjury under the laws of the State of California that the

24 foregoing is true and correct, and that this Proof of Service was executed on this __ day of

25 November, 2007 at San Francisco, California.

26                                           _____
                                             Kate Richardson
27

28