# EXHIBIT N

**Certified Copy**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

      Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,
          THREE-JUDGE COURT

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

MARCIANO PLATA, et al.,

      Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,  THREE-JUDGE COURT

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CASE NO. 2:90-cv-00520
LKK JFM P

CASE NO. C01-1351 TEH

DEPOSITION OF

JOSEPH DENNIS LEHMAN

SEPTEMBER 16, 2008
10:05 p.m.

425 Market Street, 26th Floor
San Francisco, California

Reported by Quyen N. Do, RPR, CSR No. 12447

**P A U L S O N**

REPORTING & LITIGATION SERVICES

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                    September 16, 2008

10

1          A       Yes, they would.

2          Q       Okay.   I actually don't see any -- and we've

3    actually premarked as Exhibit 2 your report.

4          A       Right.

5          Q       So, if you turn to the back, your résumé is

6    attached.   I have a copy.

7                  I only have two, though.   I don't have a

8    fourth.   So, do you have a copy of this report?

9                  MS. SCOTT:   I have it.

10                 MS. WANG:   We both have it.

11   BY MS. JOHNSON:

12         Q       Okay.   At page 15 --

13         A       Mm-hm.

14         Q       -- I don't see any listed professional courses

15   and seminars listed after 1989.

16         A       After 1989.

17         Q       Yeah.

18         A       And -- and, frankly, because you don't see

19   anything in terms of -- the -- there's nothing noted

20   here in terms of the Association of State Correctional

21   Administrators training programs.   It's just -- it's not

22   in that section.   I didn't put it in there.

23         Q       So it's not on your résumé?

24         A       That's correct.

25         Q       Do you have any degrees in medical care?

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                    September 16, 2008

                                    11

1          A     No, I do not.

2          Q     Do you have any degrees in mental health care?

3          A     No, I do not.

4          Q     Do you have any type of training in medical

5     care?

6          A     No, I do not.

7          Q     Do you have any type of training in mental

8     health care?

9          A     No, I do not.

10         Q     Do you have any experience providing medical

11    care?

12               MR. SPECTER:   Objection.   Vague.

13               THE WITNESS:   Not as a -- in terms of

14    providing direct services, no.

15    BY MS. JOHNSON:

16         Q     And the same would be true for mental health

17    care?

18         A     Yes.

19         Q     So, I believe you worked as the secretary of

20    the Washington State Department of Corrections from 1997

21    to 2005; is that correct?

22         A     Yes.

23         Q     What departments or divisions were under you

24    as secretary?

25         A     It was a unified system.   It included

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

12

1    probation, parole, community residence programs,

2    treatment programs in prisons.

3        Q    With respect to prisons, was there someone

4    under you who was in charge of the medical care in the

5    prisons?

6        A    Yes, there was.

7        Q    Who was that?

8        A    I can't remember the name.  It was a doctor.

9        Q    Did that person --

10       A    That was -- he headed up the health

11   department.

12       Q    And was that true for all the years that you

13   were at the department -- Washington State Department of

14   Corrections?

15       A    There wasn't a physician when I got there.  I

16   hired him and created the unit after I got there.

17       Q    Did the health department include mental

18   health care, as well, or was that its own department?

19       A    It included mental health.

20       Q    Was this person who headed up the health

21   department there when you left in 2005?

22       A    Yes, he was.

23       Q    But you're having a hard time remembering his

24   name today?

25       A    Yes.  Yes.

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman
September 16, 2008

21

1        Q    So, is the position of commissioner of the

2    Maine Department of Corrections the equivalent position

3    as secretary of the Washington State Department of

4    Corrections?

5        A    Yes, it is.

6        Q    They're just called -- the secretary is just

7    called the commissioner in Maine?

8        A    East Coast phenomenon.

9        Q    So you were commissioner of Maine Department

10   of Corrections for two years?

11       A    Yes.

12       Q    And what departments or divisions were under

13   you when you were commissioner of the Maine Department

14   of Corrections?

15       A    The Maine Department of Corrections had the

16   parole system and the prison system.

17       Q    Anything else?

18       A    No.

19       Q    With respect to the prison system, was there

20   someone who was in charge of the medical and/or mental

21   health care?

22       A    No.   Not at the headquarters level.

23       Q    Does that mean that -- well, what are the

24   levels below headquarters level?

25       A    There were health care staff at each of the

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                    September 16, 2008

22

1    prisons.

2         Q    And who did those health care staff at the

3    prisons report to?

4         A    The -- the superintendents, the wardens.

5         Q    And did the wardens report to someone under

6    you?

7         A    To a deputy commissioner.

8         Q    And so it was you, a deputy commissioner, and

9    then there was -- and then the wardens at the various

10   prisons?

11        A    That's correct.

12        Q    Did you have any role in connection with the

13   provision of medical or mental health care in the

14   prisons while you were commissioner of the Maine

15   Department of Corrections?

16        A    Creating and promulgating policy.

17        Q    You yourself did that?

18        A    No.  With staff's input.

19        Q    You received staff input for the health and

20   mental health care --

21        A    Actually --

22        Q    -- policies?

23        A    -- they would -- they would draft the

24   policies.  I would review and approve.

25        Q    So which staff would -- drafted the medical

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                September 16, 2008

23

1    policies?

2         A    The -- we had a staff that was -- individual

3    staff person who was responsible for development of the

4    policies.   That staff person would work with people in

5    the institutions to create those policies.

6         Q    Did that person have a title?

7         A    I'm not sure what the title is, but it had to

8    do with policies, to oversee the policies.

9         Q    And was there one person who was in charge of

10   medical and mental health care, or were those functions

11   divided between different people?

12        A    They did not exist in the -- at the

13   departmental level.   At the institutional level, they

14   were divided.

15        Q    I'm talking about in terms of the staff person

16   who was drafting the policies.   Was there one staff

17   person who --

18        A    One person.

19        Q    -- drafted policies for both medical --

20        A    Yes.

21        Q    -- and mental health?

22        A    Yeah.

23        Q    I'm just going to ask you to remind you to --

24        A    I'm sorry.

25        Q    -- to let me finish my question before you

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                         September 16, 2008

26

1   questioning, I'm not really going to distinguish between

2   those two functions unless you believe that there is

3   some type of important distinction between being the

4   acting secretary and then the secretary.

5       A    The only distinction was a period of between

6   my appointment and confirmation by the Senate.

7       Q    Okay.  So, I'm just going to -- for purposes

8   of the question, I'm just going to refer to it as the

9   period when you were secretary of the Pennsylvania

10  Department of Corrections just for ease.  Is that

11  acceptable?

12      A    That's fine.

13      Q    Okay.  So, during the period of time that you

14  were the secretary of the Pennsylvania Department of

15  Corrections, what departments or divisions were under

16  you?

17      A    The prisons themselves and some prerelease

18  programs.

19      Q    With respect to the prisons, was there a

20  division for medical and/or mental health care?

21      A    Not initially, but I created one.

22      Q    So you created one department or division for

23  medical and mental health together?

24      A    For health department.

25      Q    And just to be clear, that health department

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                September 16, 2008

27

1    covered both the medical and mental health care?

2         A    That's correct.

3         Q    Do you remember the person who served as the

4    head of that health department in Pennsylvania when you

5    were the secretary?

6         A    I'm sorry.  I can't remember.  It was a lady.

7         Q    Was she also a physician?

8         A    No, she was not.

9         Q    And did she serve for -- strike that.

10             How many years was that health department in

11   existence while you were the secretary of the

12   Pennsylvania Department of Corrections?

13        A    I started to -- probably 3 1/2, 4 years.

14        Q    So, was this person, who was not a physician,

15   the head of the mental -- I'm sorry, the head of the

16   health department for the entirety of that 3 1/2 to 4

17   years?

18        A    Yes.

19        Q    Do you remember what particular background or

20   qualifications that head of the health department had?

21        A    She was the health care manager at one of our

22   major institutions.

23        Q    And, when you say "one of our major

24   institutions," you mean one of the prisons?

25        A    That's correct.

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                              September 16, 2008

34

1    to a hundred percent design capacity, or were they still

2    operated over design capacity?

3        A    Not while I was there.  I do not believe they

4    were operating over design capacity.

5        Q    Have you personally had any direct

6    responsibility for the administration of medical care in

7    prisons?

8        A    I'm not sure what you mean by direct.

9        Q    Where it was your job to oversee the delivery

10    of the medical care in the prison system?

11            MR. SPECTER:  That's still vague.

12    BY MS. JOHNSON:

13        Q    Have you ever held a position such as a health

14    care manager at a prison?

15        A    No, I have not.

16        Q    Have you ever held a position such as head of

17    the health department for a prison system?

18        A    No, I have not.

19        Q    Would you consider yourself to have experience

20    in the administration of health care systems in prison?

21        A    At a policy level.

22        Q    What does your experience, at a policy level,

23    regarding the administration of medical and mental

24    health care in prisons consist of?

25        A    Ensuring that the policies and procedures

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                September 16, 2008

42

1    understanding of what the conditions in California

2    system were.  The -- certainly, the conversation led to

3    the issue of the overriding effect of overcrowding, and

4    subsequently its impact on programming within the

5    field's -- the prison system.

6    BY MS. JOHNSON:

7         Q    Okay, so if you look at -- who was the person

8    who first contacted you from Plaintiffs' counsel?

9         A    I believe it was Don Specter.

10        Q    If you look at paragraph 5 on page 2 ...

11        A    Mm-hm.

12        Q    When did it become clear to you that the

13   topics identified in paragraph 5 were the topics that

14   you were to opine on?

15        A    In my -- my first conversations with him.

16        Q    Who prepared the first draft of this report?

17        A    I had conversations with Don Specter.  We had

18   a conversation about my perceptions of the system, and

19   he drafted the report, and then, over the course of

20   several conversations, telephone conversations, the --

21   the final draft was created.

22        Q    He must have sent you a first draft at some

23   point, right?

24        A    Electronically.

25             (Sotto voce discussion had between

Telephone: 415.591.3333
Facsimile: 415.591.3335

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

50

1     A     Population report.

2     Q     You reviewed that document?

3     A     Yes, I did.

4     Q     Now, did you review that on the Internet, or

5  did you review that in a written format?

6     A     I -- I did have a written format.

7     Q     And did you make any notations on that

8  document?

9     A     No, I did not.

10     Q     Okay.  The second document is the CDCR Expert

11  Panel on Adult Offender and Recidivism Reduction --

12     A     Right.

13     Q     -- Programming that was published in

14  June 2007.

15     A     Yes.

16     Q     Did you make any notations on that document?

17     A     No, I did not.

18     Q     The third document is the California

19  Independent Review Panel, Reforming California's Youth

20  and Adult Correctional System."  Did you make any

21  notations on that document?

22     A     No, I did not.

23     Q     Did you review that document, first of all?

24     A     I believe I did, but I don't -- I didn't make

25  any notations.

Telephone: 415.591.3333
Facsimile: 415.591.3335

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

57

1   infrastructure relative to documentation of medical

2   care, including diagnosis, treatment and follow-up;

3   certainly, adequate provision of access to appropriate

4   medicines; certainly, an adequate infrastructure

5   relative to data that collects information relative to

6   all the medical services that -- that is a critical

7   insurer of the continuity of care with any -- any prison

8   system.

9       Q    Anything else?

10      A    I've probably forgotten some, but ...

11      Q    What is the basis of your opinion about the

12  key elements of adequate prison medical care system?

13      A    I'm sorry.  I'm not sure what that question

14  is.

15      Q    Well, how did you form this opinion?

16      A    Experience.

17      Q    Any particular experience?

18      A    Certainly, within the systems that -- such as

19  Pennsylvania, where there were difficulties in -- in --

20  in terms of providing those services and creating --

21  creating both the policy, procedural and structural

22  capacity to do so.

23      Q    Anything besides your experience in

24  Pennsylvania?

25      A    Well, certainly, I didn't mean to limit it

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

58

1    just to Pennsylvania.

2         Q    Well, are there any particular experiences in

3    any other state corrections systems that form the basis

4    of your opinion regarding the key elements of an

5    adequate prison medical care system?

6         A    Both in -- in Washington, as I testified

7    earlier, I actually was concerned about the lack of

8    leadership and structure within the health care and

9    created a health care department to ensure that the

10   services were provided.  You know, those are critical

11   services that have to be taken care of.

12        Q    Have you ever read any studies or reports or

13   best practices manuals regarding prison medical care?

14        A    I don't recall.

15        Q    In your opinion, what are the key deficiencies

16   in the provision of medical care in California's

17   prisons?

18        A    I -- I think that the biggest problem is the

19   overcrowding.  It makes it impossible to -- to provide

20   the services that are required.  When you consider the

21   fact that you have limited space to provide those

22   services, what I understand some inadequacy relative to

23   the staffing and to the quality of staff that are

24   providing the services, but the overwhelming aspect of

25   that is simply sheer numbers.

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                    September 16, 2008

59

1    Q    So are you aware of any key deficiencies in

2    the provision of medical care in California's prisons?

3    A    Those that I mentioned, actually, in reviewing

4    the reports of the witnesses who are -- in fact, Shansky

5    and those who were familiar with the medical services,

6    there's adequate documentation relative to the

7    inadequacy of the services, limited staffing, limited

8    space.  The infrastructure is a broken system.

9    Q    When you say that you reviewed the report of

10   those who are familiar with the medical services in

11   California's prisons, does that mean that you're not

12   familiar with the medical services in California's

13   prisons?

14   A    I am not a medical -- I'm not a health care

15   provider or an expert in that field.  I have -- I have,

16   certainly, responsibilities and experience relative to

17   the provision of those services on a policy level.

18   Q    Do you have knowledge about the actual state

19   of the delivery of medical care in California's prisons

20   today, such as staffing vacancy ratios and how many days

21   it takes for someone to see a physician, how many people

22   aren't seeing specialty physicians, anything like that?

23   A    Primarily, the documentation that is provided

24   by the -- reviewed by other witnesses, and certainly,

25   they did document those difficulties.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

62

1    think I've already indicated.

2        Q    Anything else?

3        A    Not offhand.

4        Q    Did you form an opinion about whether

5    overcrowding is the primary cause of the deficiencies in

6    the provision of mental health care in California's

7    prisons?

8        A    Would you repeat that, please.

9            MS. JOHNSON:  Can you read it back?

10           (Record read as follows:

11           "QUESTION:  Did you form an opinion

12           about whether overcrowding is the

13           primary cause of the deficiencies

14           in the provision of mental health

15           care in California's prisons?")

16           THE WITNESS:  To the extent that the resources

17   are stretched and impact the ability to identify those

18   who need mental health treatment, yes.

19   BY MS. JOHNSON:

20       Q    You're aware, obviously, that a receiver has

21   been appointed to run the medical care system in

22   California's prisons, correct?

23       A    Yes.

24       Q    And you've formed an opinion about what the

25   problems in the medical care system were as of

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

63

1    August 15th, 2008, but you did not review any of the

2    Receiver's reports regarding the provision of medical

3    care in California's prisons prior to forming that

4    opinion, correct?

5            A    Only the -- I read the turnaround plan.

6            Q    You read --

7            A    Subsequently.

8            Q    But you didn't read it before --

9            A    That's correct.

10           Q    -- preparing your opinion on August 15th --

11           A    That's correct.

12           Q    -- 2008, correct?

13           A    That's correct.

14           Q    Did you not think it was important to know

15   what the Receiver, who's in charge of the delivery of

16   medical care in California's prisons, had to say about

17   the state of medical care prior to forming your opinion

18   about what the causes of the deficiencies in medical

19   care were?

20           A    I did not have the report. I -- certainly,

21   having subsequently read the report, I would not change

22   my report.

23           Q    That's not really responsive to my question.

24   My question was, Did you not think it was important?

25               MR. SPECTER:   That's argumentative.

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335


44 Montgomery Street
Suite 1100
San Francisco, CA 94104

64

1          THE WITNESS:  I did -- I was not aware of the

2    report.

3    BY MS. JOHNSON:

4          Q      You weren't -- so, when you prepared your

5    report on August 15th, 2008, you knew there was a

6    receiver, but you didn't know that he had written any

7    reports?

8          A      That's correct.

9          Q      And that's because Plaintiffs didn't inform

10   you of that?

11         A      It was -- not at that time.

12         Q      Have you ever heard of the special master in

13   the Coleman case?

14         A      I've heard references, but I know very little

15   about it.

16         Q      Are you aware that the Special Master has

17   prepared reports regarding the state of mental health

18   care in California's prisons?

19         A      No.

20         Q      Do you have any specific information regarding

21   the state of mental health care today in California's

22   prisons?

23         A      Specific, no.

24         Q      On page 3 -- I'm sorry -- yes, page 3 of your

25   report ...

Telephone: 415.591.3333
Facsimile: 415.591.3335

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

65

1       A       Mm-hm.

2       Q       At the very top, it actually starts on page 2

3   and goes over to page 3.

4       A       Mm-hm.

5       Q       You wrote that overcrowding has led to

6   increased numbers of infectious disease outbreaks.

7       A       Mm-hm.

8       Q       Do you see that?

9       A       Yes, I do.

10       Q       Exactly how many additional infectious disease

11   outbreaks have occurred because of overcrowding, in your

12   opinion?

13       A       I don't know about the actual quantitative --

14   the number.

15       Q       Do you have an opinion regarding at what level

16   of population these additional infectious disease

17   outbreaks would not have occurred?

18       A       A specific number?  I'm sorry.

19       Q       Mm-hm.  Yes.

20       A       Will you ask that again?

21       Q       Do you have an opinion regarding at what level

22   of population these additional infectious disease

23   outbreaks would not have occurred?

24       A       I'm not -- not a specific number.

25       Q       You wrote, then, that -- just in the next

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335


44 Montgomery Street
Suite 1100
San Francisco, CA 94104

69

1    system-wide?

2        A    I -- I've looked at the staffing ratio.  I

3    can't tell you what is, but I know it's below the

4    national average.

5        Q    Is there some study or report that you've read

6    that says the national average is the average that one

7    has to maintain in order to --

8        A    No, but it's --

9        Q    -- meet quality of care?

10       A    It's a barometer in terms of ...

11       Q    So, if you were to just say in one or two

12   words identify what the intolerable burdens are

13   specifically that are placed on the staff, could you do

14   that?

15       A    Well, if you were two officers in a huge

16   cellblock that is triple or double bunked with the sheer

17   numbers of inmates, you -- I think those staff become

18   overwhelmed by the -- the responsibilities and the

19   interaction with inmates that are in systems where

20   they're overcrowded.

21       Q    When you were touring these cell blocks at the

22   three institutions when you were on the strike team, did

23   you speak with correctional officers?

24       A    Yes.

25       Q    Did they tell you they felt overwhelmed?

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335
44 Montgomery Street
Suite 1100
San Francisco, CA 94104

70

1      A    Well, they were -- they -- they certainly were

2   recognizing the overcrowding and expressed that.

3      Q    What exactly did they say to you?

4      A    Well, they were concerned about the -- the

5   amount of inmates within -- for example, many of the

6   gyms that are in -- in -- in program space is full of

7   bunks, triple bunked.  I mean, you walk through them,

8   and I think, if you were a correctional officer, any

9   correctional officer, they would tell you that this is

10  overwhelming.  How do we respond?

11     Q    What I'm asking you is, though, did the

12  correctional officers you spoke with on your cellblock

13  tours at the three institutions that you toured when you

14  were on the strike team say that to you?

15     A    I had individual correctional officers say

16  they were concerned with the amount of overcrowding.

17     Q    But they didn't say that they were

18  overwhelmed?

19     A    Well, they -- they expressed the difficulties

20  of managing units of those size.

21     Q    Did they say that they faced an intolerable

22  burden?

23     A    I don't think they used those specific words.

24     Q    Can you identify any specific negative impacts

25  on the ability to provide health care that have been

Telephone: 415.591.3333
Facsimile: 415.591.3335

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com


44 Montgomery Street
Suite 1100
San Francisco, CA 94104

71

1    caused by what you've identified as the intolerable

2    burdens on the staff?

3        A    I think my judgment is that if you have a

4    limited number of staff in large housing units, they

5    don't have the same opportunity to get to know the

6    inmates to be aware of their problems.  And, as I

7    indicated before, they are the first interacters or

8    responders who -- in terms of identifying problems.

9        Q    Did any of the correctional officers you spoke

10   to on your three tours with the strike team state that

11   they were not able to get to know the inmates or their

12   problems?

13       A    They indicated difficulty of -- of working in

14   housing units with the amount of inmates in it.

15       Q    Did they indicate any specific difficulties?

16       A    They did not indicate any specific.

17       Q    Are you aware of any particular instances

18   where an inmate didn't receive the health care they

19   needed because of this limited ability of custodial

20   staff to get to know the inmates?

21       A    I -- I believe I -- I reviewed the reports of

22   other witnesses who provided descriptions of -- and

23   accounted the difficulty of a direct relationship

24   between shortage of custody staff and the ability to

25   access health care.

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

72

1      Q      Which other witnesses' reports identify

2      specific instances --

3      A      I --

4      Q      -- of health problems with the delivery of

5      health care because of the limited number of custodial

6      staff?

7      A      I believe it's Shansky and Wayne Scott.

8      Q      Do you recall, sitting here today, what those

9      specific instances of problems, in the delivery of

10     health care related to the limited number of custodial

11     staff, were?

12     A      There were instances in which the reports

13     discussed the inability of inmates getting to

14     appointments.

15     Q      Do you know how often that's happening and at

16     which institutions?

17     A      The report documented some, but I can't

18     recall.

19     Q      The report you're referring to in that answer,

20     was that Shansky's report or Wayne Scott's report?

21     A      I think it -- I think they both alluded to it.

22     Q      With respect to the provision of mental health

23     care, are there any different intolerable burdens that

24     are placed on the staff than -- that you identified in

25     connection with medical care?

Telephone: 415.591.3333
Facsimile: 415.591.3335

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com



44 Montgomery Street
Suite 1100
San Francisco, CA 94104

73

1      A      I don't believe so.

2      Q      Are you aware of any specific instances of the

3  failure to deliver appropriate mental health care due to

4  limited number of custodial staff?

5      A      Only reference to a case in one of the other

6  witness's statement relative to a developmentally

7  disabled individual.

8      Q      Do you remember whose statement that was?

9      A      No, I don't.

10     Q      On page 3 of your report, just again the next

11  sentence down, you wrote:

12              "Prison overcrowding in many respects

13              makes the prison classification system

14              meaningless.  The classification of inmates

15              becomes no more than a drill to find an empty

16              bed."

17             Do you see that?

18     A      Yes.

19     Q      To your knowledge, how many inmates have been

20  improperly classified due to overcrowding?

21     A      I can't make a quantitative judgment.

22     Q      So, what was the basis of your statement that

23  classification of inmates becomes no more than a drill

24  to find an empty bed if you don't even know how many

25  inmates have been misclassified?

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335



44 Montgomery Street
Suite 1100
San Francisco, CA 94104

76

1    all inmates to be properly classified?

2        A    I can tell you how that was defined in other

3    systems.  I don't know that I can apply quantitatively

4    this system.  In other --

5            MR. SPECTER:  Well, that implies that you

6    don't understand her question.

7            THE WITNESS:  Okay.

8            MR. SPECTER:  So, if you understand her

9    question, you can answer.  If you don't understand the

10    question, you can ask her ...

11            THE WITNESS:  Okay.  Would you -- the question

12    again.

13    BY MS. JOHNSON:

14        Q    My question was, Do you have an opinion about

15    what level of population would be necessary for all

16    inmates in California to be properly classified?

17        A    No.

18        Q    Okay, you wrote same place that the

19    classification as a drill to find an empty bed "results

20    in a greater risk of violence and the inappropriate

21    housing of prisoners who need health care services."  Do

22    you see where you address --

23        A    Yes, I do.

24        Q    Okay.  To your knowledge, how many inmates who

25    need health care services are classified

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335


44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                September 16, 2008

77

1    inappropriately?

2         A    I could not put a quantity.

3         Q    To your knowledge, how many inmates who need

4    health care services are in inappropriate housing?

5         A    In my reading the, once again, witness

6    statements, those who were commenting specifically about

7    health care, particularly aging and -- and those who

8    needed health care, there wasn't sufficient housing for

9    them.

10        Q    Do you know how many inmates who need health

11   care services are currently not in appropriate housing?

12        A    No, I do not.

13        Q    Okay, just a little bit of the way down,

14   beginning of paragraph 9 you wrote:

15               "The conclusion the Expert Panel reached

16               with respect to rehabilitation is equally

17               applicable to health care:  '[The] incidences

18               of violence and other negative consequences of

19               overcrowding degrade the CDCR's ability to

20               consistently operate rehabilitation programs

21               in the prison environment.  While lockdowns

22               and controlled movements allow the CDCR to

23               increase the safety of its correctional

24               officers and prisoners, when wardens enact

25               these security measures, they cancel all

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Joseph Dennis Lehman                                    September 16, 2008

160

REPORTER'S CERTIFICATION

I, Quyen N. Do, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this 23rd day of September 2008.

[S]

_Quyen N. Do_

Quyen N. Do, RPR, CSR No. 12447

**P A U L S O N**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 415.591.3333
Facsimile: 415.591.3335

44 Montgomery Street
Suite 1100
San Francisco, CA 94104