# EXHIBIT Q
# PART 3

5

**CLINICAL PRACTICE:**

General Adult Psychiatry, private practice, 1969 -- present; and Clinical Forensic

Psychiatry, 1967 – present.

Time: Time divided between patient care, teaching, research, writing, public lectures,

and policy-planning consultations to officials in the legislative, judicial and executive branches

of municipal, county, state and national governments and international governmental and non-

governmental organizations.

Clinical program development: For fifteen years (1977-92) I administered and

supervised teams of mental health professionals from teaching hospitals of the Harvard Medical

School whose purpose was to ensure that the Commonwealth of Massachusetts complied with

orders of the U.S. District Court to bring the mental health services provided to patients at the

prison mental hospital and inmates of the prisons administered by the Department of Correction

into conformity with current community standards of psychiatric care.  Since 1996 I have also

served as a psychiatric consultant designing and evaluating treatment and violence prevention

programs, and training and supervising mental health staff, in prisons, jails and prison mental

hospitals in Poland, New Zealand, Singapore, San Francisco, the states of Vermont, Ohio and

New York, and the province of Ontario, Canada.

**BIBLIOGRAPHY:**

**Books**

*Violence: Our Deadly Epidemic and Its Causes,* New York: Grosset/Putnam, 1996 (also

published in paperback as *Violence: Reflections on a National Epidemic* by Vintage Books, New

York, 1997; as *Violence: Reflections on Our Deadliest Epidemic*, London: Jessica Kingsley

Publishers, 2000; and in translation by Mondadori Editore, Milan, Italy; Bosch & Keuning, Ed

6

Baarn, the Netherlands; Wilhelm Heyne        Verlag, Munich, Germany; Media Rodzina,

Poznan, Poland; and the China Times Publishing Co., Taipei, Taiwan)

*Violence in California Prisons: A Proposal for Research into Patterns and Cures,*

Sacramento: Diane Publishing Co., 2000

*Preventing Violence: An Agenda for the Coming Century,* London and New York:

Thames and Hudson, 2001

*Youth Violence: Scientific Approaches to Prevention,* Volume 1036, *Annals of the New*

*York Academy of Sciences,* 2004, edited by John Devine, James Gilligan, Klaus A. Miczek,

Rashid Shaikh, and Donald Pfaff.

**Articles and Chapters**

"Chronic Schizophrenia: A Review of Recent Clinical Research," Chapter Two in *Drug*

*and Social Therapy in Chronic Schizophrenia,* edited by Milton Greenblatt, M.D., *et al.,*

Springfield, Ill.: Charles C. Thomas, 1965

*Shame and Guilt in Schizophrenic and Paranoid Psychoses and the Psychotic*

*Depressions,* M.D. Thesis, Cleveland: Western Reserve University School of Medicine, 1965

"Beyond Morality: Psychoanalytic Reflections on Shame, Guilt and Love," Chapter Eight  in

*Moral Development and Behavior: Theory, Research and Social Issues,* edited by Thomas

Lickona, N.Y.: Holt, Rinehart and Winston, 1975, pp.144-158

"Exploring Shame in Special Settings: A Psychotherapeutic Study," Chapter 28 in

*Forensic Psychotherapy: Crime, Psychodynamics and the Offender Patient,* Volume II, edited by

Christopher Cordess and Murray Cox, London: Jessica Kingsley, 1995, pp. 475-490

"The Agenbite of Inwit: Or, The Varieties of Moral Experience," chapter in *Remorse and*

*Reparation,* edited by Murray Cox, London: Jessica Kingsley, 1998

7

"Pictures of Pain," chapter in *Behind the Razor Wire: Portrait of a Contemporary American Prison System,* edited and with photographs by Michael Jacobson-Hardy (text by Angela Davis, John Edgar Wideman, Marc Mauer and James Gilligan), New York: New York University Press, 1998

"Reflections From a Life Behind Bars: Build Colleges, Not Prisons," *Chronicle of Higher Education*, October 16, 1998, pp. B7-B9

"Structural Violence," in *Violence in America: An Encyclopedia,*Vol. 3, pp. 229-233, Ronald Gottesman, Editor in Chief, New York: Charles Scribners Sons, 1999

"Psychological Violence," in *Violence in America: An Encyclopedia*, Vol 2, pp. 626-631, Ronald Gottesman, Editor in Chief, New York: Charles Scribners Sons, 1999

"Civilization and Its Malcontents: Rethinking the Relationship between Violence and Civilization As We Enter the Coming Millennium," in *At the Threshold of the Millennium*, edited by Maria Rosa Fort Brescia and Moises Lemlij, M.D., Lima, Peru: Seminario Interdisciplinario de Estudios Andinos, 1999, Volume 2, pp. 25-30

"Violence as a Problem in Public Health and Preventive Medicine," *Lancet* 355:1802-04, 2000

"Punishment and Violence: Is the Criminal Justice System Based on One Huge Mistake?," *Social Research 67(3):745-772,* 2000

"The Last Mental Hospital," *Psychiatric Quarterly* 72(1):45-61, 2001

"Shame, Guilt and Violence," *Social Research* 70 (4):1149-1180, 2003

"Beyond the Prison Paradigm: From Provoking Violence to Preventing It by Creating 'Anti-Prisons' (Residential Colleges and Therapeutic Communities)," James Gilligan and Bandy Lee, *Annals of the New York Academy of Sciences*, 1036:300-324, 2004

8

"The Psychopharmacologic                Treatment of Violent Youth," James

Gilligan and Bandy Lee, *Annals of the New York Academy of Sciences*, 1036:300-324, 2004

"The Resolve to Stop the Violence Project: Reducing Violence in the Community

through a Jail-Based Initiative," James Gilligan and Bandy Lee, *J. Public Health*, 27(2):143-148,

June 2005

"The Resolve to Stop the Violence Project: Transforming an In-House Culture of

Violence Through a Jail-Based Programme," Bandy Lee and James Gilligan, *Journal of Public

Health*, 27(2):149-155, June 2005

"Terrorism, Fundamentalism And Nihilism:  Analyzing The Dilemmas Of Modernity" in

*The Future of Prejudice: Applications of Psychoanalytic Understanding toward its Prevention*,

edited by Henri Parens and Stuart Twemlow, New York:  Rowman & Littlefield Publishers, Inc.,

2006 (in press)

**HONORS AND AWARDS**

2003 Achievement Award, Physicians for Social Responsibility, Philadelphia, April 23,

2003

2004 "Innovations in Governance" Award of the Ash Foundation, Kennedy School of

Government, Harvard University (awarded to the Sheriff's Department of the City and County of

San Francisco for a violence prevention experiment conducted in the San Francisco jails based

on Dr. Gilligan's conceptual model)

**LECTURES AT HARVARD MEDICAL SCHOOL, CONTINUING MEDICAL**

**EDUCATION COURSES, AND OTHER LOCAL TEACHING PRESENTATIONS:**

9

"Shame versus Guilt: An                    Interdisciplinary Theory of
Psychopathology and Violence," Academic Lecture, McLean Hospital, Oct. 20, 1978

"Psychopathology and Violence: The Bridgewater Experience," Lecture, Psychiatric Grand
Rounds, Beth Israel Hospital, Boston, Nov. 26, 1979

"'Murder by Cancer': Narcissistic Injury and 'Negative Identity' as Precursors of
Homicide," Lecture, Harvard Faculty Seminar on Forensic Psychiatry, McLean Hospital, Jan. 16,
1980

"Family Patterns Associated with Violence," Lecture, Family Violence Seminar,
Children's Hospital Medical Center, Jan. 18, 1980

"Exploding the Myths about Psychopathology and Violence: Clinical and Legal
Perspectives," Lecture, CME Course on "The Violent Patient," Massachusetts Mental Health
Center, Boston, May 16, 1980

"Forensic Psychiatry," Three Lectures and Panel Discussions, Beth Israel Hospital
Psychiatry Grand Rounds, Boston, Dec. 1, 8 and 15, 1980

"Approaches to the Violent Patient," Lecture, CME Course on "The Violent Patient,"
Massachusetts Mental Health Center, Boston, Sept. 18, 1981

"The Psychodynamics of Violence," Lecture, Harvard Faculty Seminar on Forensic
Psychiatry, McLean Hospital, April 21, 1982

"Forensic Psychiatry," Lecture, Social Psychiatry Seminar, McLean Hospital, Sept. 23,
1982

"The Violent Patient in the General Hospital," Lecture, Medical Psychiatry Conference,
Beth Israel Hospital, April 23, 1983

"The Impaired Professional: Legal and Clinical Implications," Lecture, Harvard Faculty
Seminar on Forensic Psychiatry, McLean Hospital, Jan. 15, 1986

"Violence as a Public Health Problem: Psychosocial Determinants of Violent Behavior
(Part I)," Lecture, Harvard Faculty Seminar on Forensic Psychiatry, McLean Hospital, Nov. 16,
1988

"Violence as a Public Health Problem: Psychosocial Determinants of Violent Behavior
(Part II)," Lecture, Harvard Faculty Seminar on Forensic Psychiatry, McLean Hospital, Feb. 15,
1989

"Epidemiology of Violent Deaths: A Comparison of Male and Female Victimization
Rates," Lecture, Harvard Faculty Seminar on Forensic Psychiatry, Jan. 16, 1990

10

"Psychiatric Aspects of Violence:          Clinical and Forensic Perspectives," Lecture, Massachusetts General Hospital, April 18, 1990

"Men, Women and Violence," Lecture, Childrens Hospital Seminar on Family Violence, Boston, July 9, 1990

"The Psychodynamic Understanding of Violent Behavior," Lecture, Erich Lindemann Mental Health Center, Boston, Dec. 3, 1990

"A Comparison of Men and Women as Perpetrators and Victims of Violence," Lecture, Massachusetts General Hospital, Jan. 16, 1991

"The Roots of Violence," *The Erikson Lectures*, Harvard University, May 21 and 23, 1991

"Drugs and Violence," Lecture, Department of Psychiatry, Massachusetts General Hospital, June 13, 1996 .

"The Psychodynamics of Violence," Lecture, Pychiatric Grand Rounds, Cambridge Hospital, Nov. 6, 1996

"The Role of Shame and Guilt in the Psychodynamics of Violence," Lecture at the Boston Psychoanalytic Society and Institute, Oct. 28, 1996

"Violence: Fantasy versus Action," Lecture, Committee on Human Development, Graduate School of Education, Harvard University, Nov. 19, 1996

"Causes, Assessment and Prediction of Violence," Lecture, Department of Psychiatry, Massachussets General Hospital, Boston, Jan. 21, 1997

"The Epidemic of Violence Among American Youth," Lecture, Judge Baker Child Guidance Clinic, Boston, Febr. 12, 1997

"Truth Commissions as a Tool for Interrupting the Vicious Cycle of Violence," Lecture, Conference on "Collective Violence and Memory: Judgment, Reconciliation, Education," co-sponsored by the Harvard Graduate School of Education's "Facing History and Ourselves" Project, and the Graduate Program at Harvard Law School, Cambridge, MA, April 10, 1997

"A Bio-psycho-social Theory of Violent Behavior," Psychiatric Grand Rounds, McLean Hospital, Belmont, MA, May 16, 1997

"The Psychology of Love and the Dynamics of Shame and Guilt in Relations Between Men and Women," Eighth Annual Summer Seminar for Mental Health Professionals, a four-day course sponsored by the Massachusetts Mental Health Center and the Department of Continuing Education, Harvard Medical School, Nantucket, MA, Sept. 18-21, 1997

"Psychosocial and Political Contributions to Violence," Harvard Psychiatry Day, McLean Hospital, Belmont, MA, Nov. 5, 1997

11

"Violent Patients, Psychiatric Practice, and Risk Management," Conference on *Liability Prevention for Mental Health Clinicians: Strategies and Update, 1997*, sponsored by Massachusetts Mental Health Center and Harvard Risk Management Foundation, Boston, Nov. 21, 1997

"Understanding Violence," Lecture to Mental Health Professionals in Training, Heritage Hospital (Cambridge Hospital), Somerville, MA, Dec. 5, 1997

"Youth and Violence," Psychiatric Grand Rounds, Harvard University Health Service, Cambridge, MA, Dec. 11, 1997

"The Psychodynamics of Violence," Lecture, Conference on Adult Violence and Clinical Practice, Sponsored by the Department of Psychiatry, The Cambridge Hospital, Harvard Medical School, Boston, March 21, 1998

"Violence as a Problem in Public Health and Preventive Medicine," Psychiatry Grand Rounds Lecture Series sponsored by the Institute for Behavioral Science in Health Care and the Department of Psychiatry, Mount Auburn Hospital, Harvard Medical School, Cambridge, MA, March 24, 1998

"Why Are Men More Violent Than Women?," Lecture, Department of Psychiatry, Charlestown Health Care Center, Massachusetts General Hospital, Harvard Medical School, Charlestown, MA, April 2, 1998

"The Psychology of Love and the Dynamics of Shame and Guilt in Relations Between Men and Women," Ninth Annual Seminar for Mental Health Professionals, a four-day course sponsored by the Massachusetts Mental Health Center and the Department of Continuing Education, Harvard Medical School, Nantucket, MA, May 28-31, 1998

"The Clinical Prediction of Violent Behavior," Lecture at a C.M.E. course on Risk Management for Mental Health Professionals, sponsored by the Massachusetts Mental Health Center and the Department of Continuing Education, Harvard Medical School, Nov. 20, 1998

"Youth Violence," Lecture at Institute of Criminal Justice, Harvard Law School, Dec. 3, 1998

"Causes and Prevention of Violence," Grand Rounds Lecture, Beth Israel-Deaconess Medical Center, March 9, 1999

"Violent Offenders: What Went Wrong Developmentally?", Lecture at the First Annual C.M.E. Course on Violence in Children, Adolescents and Families: Strategies for Prevention and Clinical Intervention, sponsored by the Consolidated Department of Psychiatry, Harvard Medical School, March 19, 1999

"Violence and Trauma," Lecture at C.M.E. course on Psychological Trauma sponsored by the Department of Continuing Education at the Massachusetts Mental Health Center, Harvard Medical School, Boston, April 9, 1999

12

"Violence Among the Mentally Ill: Epidemiology and Treatment," Lecture at Massachusetts General Hospital, April 9, 1999

"Boys to Men: Questions of Violence," Panelist at Harvard Graduate School of Education Forum, April 15, 1999

"Violence and Aggression," Lecture at a C.M.E. course on Psychopharmacology sponsored by McLean Hospital and the Department of Continuing Education, Harvard Medical School, June 18, 1999

## EDUCATION OF MEDICAL STUDENTS, PSYCHIATRIC RESIDENTS, FORENSIC PSYCHIATRY FELLOWS, CLINICAL PSYCHOLOGY INTERNS, AND GRADUATE STUDENTS OF SOCIAL WORK :

1969 - 2006: I supervised an average of four psychiatric residents or fellows a year, one hour per week each, at the following Harvard teaching hospitals: Massachusetts Mental Health Center, 1969-77; McLean Hospital, 1977-89; Massachusetts Mental Health Center, 1989-94; Cambridge Hospital, 1994-2000; and Massachusetts General Hospital, 1998-99. Throughout that time I lectured, led seminars, conducted clinical case conferences, and served as a clinical and forensic psychiatric consultant, at the teaching hospitals of the Harvard Medical School and of the University of Pennsylvania. I have also supervised, and have given lectures and otherwise participated in the teaching activities of courses offered to, graduate students in clinical psychiatric social work at the Boston College Graduate School of Social Work, the Smith College School of Social Work, and the University of Pennsylvania's School of Social Work and School of Social Policy and Practice.

## REGIONAL, NATIONAL OR INTERNATIONAL CONTRIBUTIONS:

"Violence in the Family," Keynote Address, Symposium on "The Battering Family: Our Explosive Society," sponsored by the New Jersey Bar, Medical, and Public Health Associations, Trenton, N.J., Nov. 15, 1978

"Corrections, Psychiatry and the Violent Patient," and "Practical Problems in Forensic Psychiatry," Panel Discussions, Annual Meeting, American Psychiatric Association

"The Violent Individual in the Community Mental Health System," Lecture, Community Psychiatry Grand Rounds, Bay Cove Mental Health Center, Tufts Medical School, Dec. 3, 1979

"Anticipating and Managing Violence," Lecture, Massachusetts Medical Society Symposium on the Violent Patient, Pine Manor Junior College, Mar. 25, 1980

"Sex-Motivated Homicides," Lecture, Symposium on Forensic Investigation of Violent Death, Massachusetts Criminal Justice Training Council, June 9, 1980

13

Panel Discussion on "The Violent                Patient," Hospital and Community
Psychiatry Association Annual Meeting, Boston, Sept. 18, 1980

"History and Present Application of the Insanity Defense," Lecture, Massachusetts
District Attorneys Association, Edgartown, Mass., Oct. 2, 1980

"Forensic Psychiatry," Lecture and Panel Discussion, National Legal Aid and Defenders
Association Annual Meeting, San Juan, Puerto Rico, Oct. 12, 1980

"Shame, Guilt and Violence," Lecture, LaBourre Mental Health Center, Dorchester,
Mass., Jan. 22, 1981

"The Psychodynamics of Violence," Lecture, Boston V.A. Hospital Academic
Conference, May 5, 1981

"The Role of Shame and Guilt in Violent Behavior," Lecture, Academic Conference,
Metropolitan State Hospital, Waltham, Mass., Sept. 30, 1981

"Understanding Violence," Lecture, Psychiatry Grand Rounds, Glenside Hospital, Oct.
28, 1981

"Psychiatry and the Law," Mock Trial and Panel Discussion, Massachusetts Psychiatric
Society Annual Meeting, Mar. 6, 1982

"Borderline and Narcissistic Personality Disorders," Discussant, Elvin Semrad Memorial
Lecture, Northeastern Society for Group Psychotherapy, Beth Israel Hospital, Boston, May 14,
1982

"The Violent Patient," Panel Discussion, American Psychiatric Association Annual
Meeting, Toronto, May 18, 1982

"The Psychology and Sociology of Violence," Lecture, Boston College School of Social
Work, April 11, 1984

"Psychopharmacology: Understanding the Relationship between Soma and Psyche in the
Etiology and Treatment of Violent Psychopathology," Lecture, Boston College School of Social
Work, Dec. 13, 1984

"Psychotherapy with Prison Inmates: Is It Possible?", Lecture, Massachusetts Medical
Society Conference on Health Care in Correctional Facilities, April 18, 1985

"Sociopathy: Impulse Disorders and the Prediction of Violence," Lecture, Emerson
Hospital, April 1, 1986

"Management of the Potentially Violent Patient in a General Hospital Setting," Lecture,
Lemuel Shattuck Hospital, July 25, 1986

14

"From Homicide to Genocide: The            Dynamics of Violence," Keynote Address, Group for the Advancement of Psychiatry Annual Meeting, April 20, 1989

"The Interpretation of Violence," Lecture, American Academy of Psychiatry and the Law Annual Meeting, Oct. 28, 1989

"The Etiology of Violence," Lecture, Kirby Forensic Psychiatry Center, New York, N.Y., Feb. 2, 1990

"The Interpretation of Violence: Homicide and Suicide," Lecture, Conference on the Study of Violence, Bridgewater State Hospital, March 29, 1990

"Understanding, Predicting, and Preventing Violence in the Prison," Lecture, Boston College School of Social Work, Dec. 6, 1990

"Countertransference in the Treatment of Prison Inmates," Lecture, Bridgewater State Hospital, Jan. 30, 1991

"The Prediction of Violence," Discussant, Symposium on Violence, Bridgewater State Hospital, April 5, 1991

"Violence in the Family," Lecture, Association of Family Therapy and Research, Newton, Mass., Nov. 2, 1991

"Violence as Symbolic Action: Ritualistic Aspects of Homicide," Lecture, Psychiatric Ground Rounds, Bridgewater State Hospital, Nov. 21, 1991

"Biological, Psychological and Sociological Determinants of Violent Behavior," Three Invited Lectures, Case Western Reserve University, School of Medicine, and Cleveland Court Clinic, Cleveland, Jan. 16, 17 and 23, 1992
"The Origins of Violence in Childhood and Society: Shame Versus Guilt," the Eighteenth Annual Esther Schour Zetland Lecture, Association of Child Psychotherapists and Institute for Psychoanalysis, Chicago, March 20, 1992

"Violence: A Problem in Criminal Justice or Public Health?", Keynote Address, Spring Meeting, New England Chapter, American Academy of Psychiatry and the Law, Cambridge, Mass., May 16, 1992

"Titicut Follies Revisited: Bridgewater State Hospital 25 Years Later," Lecture and Panel Discussion, Annual Meeting, American Academy of Psychiatry and the Law, Boston, Oct. 17, 1992

"The Violence of Tragedy and the Tragedy of Violence," Lecture in "The Scheherazade Series: A Forum on the Meeting of Theatre and Therapy," Toronto, Nov. 26, 1992

"Outlines of a General Theory of Violence," Lecture given at the Institute of Criminology, University of Cambridge, England, Feb. 10, 1993

15

"Shame and Guilt as Determinants        of Violent Behavior," Lecture given at
Addenbrookes Hospital, School of Clinical Medicine, University of Cambridge, England, Mar.
18, 1993

"The Psychology of Violence," Two Lectures, Seminar on Domestic Violence, a
Conference held at the Bridgewater State Hospital, Bridgewater, Mass., April 1 and 2, 1993

"Trauma, Shame and Guilt in the Childhood of the Perpetrator: A Model for Understanding the
Etiology of Violence," Lecture given at "Violence, Aggression and Psychic Trauma:
Psychoanalytic Perspectives," a Symposium sponsored by the Western New England
Psychoanalytic Society and the Yale Child Study Center, Yale University, New Haven, CT,
April 17, 1993

"From Homicide to Genocide: The Etiology of Violence as a Problem in Public Health and
Preventive Psychiatry," Lecture, Department of Psychiatry, School of Clinical Medicine,
University of Cambridge, England, Oct. 14, 1993

"Why The American Penal System Does Not Work," Presentation to Labor Party
Working Group on Crime (Tony Blair, M.P., Shadow Home Secretary, Chair), House of
Commons, London, Jan. 11, 1994

"The Psychodynamics of Violence," Lecture, Portman Clinic, Tavistock Institute, Hampstead
(London), Febr. 1, 1994

"How Morality Causes Violence," Lecture, Inter-Disciplinary Colloquium on
Philosophy, Theology and Science, Peterhouse College, University of Cambridge, England,
April 8, 1994

"Understanding the Violent Offender," Lecture and Discussion, Conference on Forensic
Psychiatry and the Law, Convened by the Lord Chief Justice and the Senior Law Lords, House
of Lords, held at Windsor Great Park, England, May 13-15, 1994

"Freedom Against One's Will, Coercion by Choice: Paradoxes of Psychotherapy in
Prisons and Prison Hospitals," Lecture, International Association for Forensic Psychotherapy,
University of Ulm, Germany, April 26, 1996

"Causes and Prevention of Violence," Lecture to Boston Police Department Senior
Supervisors, Training Session on Violent Crime, sponsored by the Office of the Police
Commissioner, Foxborough, MA, May 9, 1996

"Violence as a Problem in Public Health and Preventive Psychiatry," Lecture to
Conference on "Forensic Issues in Violence and Trauma," Yale Child Study Center, Yale
University School of Medicine, New Haven, CT, June 10, 1996

"Prison Psychiatry as a Means of Violence Prevention, Treatment, and Research,"
Lecture to Prison Mental Health Service, Massachusetts Department of Correction, Bridgewater,
MA, June 1, 1996

16

"What the Study of Violence can            Teach Us about Men -- and Vice Versa," Lecture to Conference on New Psychologies, co-sponsored by the Universities of Cambridge, England and Edinburgh, Scotland, June 29, 1996

"Violence as Tragedy, Tragedy as the Exploration of Violence," Lecture, Conference on the Teaching of Shakespeare, sponsored by the National Endowment for the Humanities, Simons Rock College, Great Barrington, MA, July 25, 1996

"Prisons and Punishment: A Failed Experiment to Alter Criminal Behavior," Lecture, Symposium sponsored by the Pennsylvania Prison Society and the End Violence Project, Philadelphia, PA, Sept. 5, 1996

"Understanding Violence: An Overview of Interpersonal, Family and Community Violence," Plenary Lecture, "End the Violence: A National Conference on Partnerships, Prevention and Policies," sponsored by the Center for Social Policy and Community Development, Temple University, Philadelphia, PA, Sept. 5, 1996

"Understanding and Preventing Violence," Lecture, Massachusetts Psychiatric Society, Western Division, Northampton, MA, Sept. 18, 1996

"Violence as a Problem in Community and Preventive Psychiatry," Lecture, Psychiatric Grand Rounds, Berkshire Medical Center, Pittsfield, MA, Sept. 27, 1996

"Violence and Drug Addictions," Lecture, The Tenth Cape Cod Symposium on Addictive Disorders, sponsored by Brattleboro Retreat, Dartmouth Medical School, and the North River Foundation, Hyannis, MA, Oct. 3, 1996

"Violence, Tragedy, and Redemption," Lecture at 25th Annual Wellfleet Symposium, sponsored by the Center on Violence and Human Survival, John Jay College of Criminal Justice, City University of New York, Wellfleet, MA, Oct. 5, 1996

"Sex, Boundaries and Supervision: A Cross-Cultural Study," Lecture and Panel Discussion on Research in Progress, Annual Meeting, American Academy of Psychiatry and the Law, San Juan, Puerto Rico, Oct. 19, 1996

"Crime and Punishment: The Case Against Punishment," Lecture and Panel Discussion on "Crime and Punishment: How Should We Deal With Violent Offenders?," sponsored by the Commonwealth Club, San Francisco, CA, Nov. 15, 1996

"Art, Violence and Tragedy: Can the Visual Arts Deepen Our Response to the Tragedy of Violence?", Lecture, Art Museum, College of the Holy Cross, Worcester, MA, Nov. 20, 1996

"Violence and Drug Addiction," Lecture, Conference on "Addiction, Violence, Beliefs and Social Policy," sponsored by Codac Treatment Centers, University of Rhode Island, Providence, Dec. 7, 1996

17

"Understanding and Preventing                     Violence and Sexual Abuse," Lecture at Conference on "Violence and Sexual Abuse" sponsored by the Sexual Abuse Prevention and Education Network, Philadelphia, PA, Dec. 13, 1996

"The Interdependence of Violent Crime and Socio-Economic Structure, Education, Employment, and Economic Growth," Lectures to the Legislative Issues Forum, Minnesota State Legislature (House and Senate), House Judicial Finance Committee, House and Senate Judiciary Committees, and the Family and Early Childhood Education Committee, sponsored by the Office of Drug Policy and Violence Prevention (Dept. of Children, Families and Learning), and by the Speaker of the House and the Majority and Minority Leaders, Minnesota State Legislature, St. Paul, MN, Feb. 18 and 19, 1997

"Perspective on Violence: Causes and Solutions," Lecture at a Community Meeting sponsored by: The Initiatives for Violence Free Families and Communities in Ramsey and Hennepin Counties; Alternatives to Violence Coalition; Minneapolis Health Department; Higher Education Center Against Violence and Abuse; the Minnesota Partnership for Nonviolent Communities; and the Council of Black Minnesotans, Minneapolis, MN, Feb. 19, 1997

"Perspective on Violence: Causes and Solutions," Lectures to the Duluth Family Court's Family Violence Council, and to a Community Meeting sponsored by Violence Free Duluth and Men as Peacemakers, Duluth, MN, Feb. 20, 1997

"Violence: Causes, Prevention and Treatment," Public Lecture sponsored by the Family Violence Research Project, University of Rhode Island, Kingston, RI, March 3, 1997

"Is Athletics a Microcosm of Society, thus Reflecting an Increased Level of Violence in Our Culture?," Panel Discussion at "Seminar and Town Meeting on Violence in Sport," sponsored by the University of Rhode Island, the Institute for International Sport, and the Center for the Study of Sport in Society, Kingston, RI, March 4, 1997

"Men, Women and War: A Psychological Framework," Lecture at Conference on "Men, Women and War," sponsored by INCORE (Initiative on Conflict Resolution and Ethnicity), the European Union, the United Nations University, and the University of Ulster, Derry, Northern Ireland, March 7, 1997

"Drugs, Mental Illness and the Law: Locating the Roots of Crime and Violence," Founder's Lecture, Sixth International Conference, International Association for Forensic Psychotherapy, London, England, April 25, 1997

"Responding to Violence as a Public Health Epidemic," Psychiatric Grand Rounds, Lutheran Hospital, Kansas City, MO, May 21, 1997

"Violence as a Problem in Public Health: Psychological and Social Issues," Lecture; and "The Relationship Between Gender and Violence," Workshop, 30th Anniversary Conference on "Caring for the Community: Moving Towards an Integrated Approach," Haight Ashbury Free Clinics, Inc., San Francisco, CA, June 6, 1997

18

"Violence and Drug Addictions,"                one-day course given at the Brattleboro
Retreat (Dartmouth Medical School), Brattleboro, VT, Sept. 12, 1997

"Violence: Confronting the Epidemic in Our Communities," Keynote Address, and
"Prison Violence," workshop, Albert Schweitzer Fellowship Program, Tufts University School
of Medicine, Boston, MA, Oct. 14, 1997

"Violence and Tragedy," facilitator of panel discussion at a *Symposium on Substance
Abuse, Crime and Values*, sponsored by the National Association of Social Workers, the Boston
College and Simmons College Schools of Social Work, and the Sobriety Treatment, Education
and Prevention Addiction Recovery Center, held at the Martin Institute at Stonehill College,
Easton, MA, Oct. 23, 1997

"The Epidemic of Adolescent Violence," Plenary Address to the Juvenile Defender
Leadership Summit, sponsored by the American Bar Association's Juvenile Justice Center, and
the Office of Juvenile Justice and Delinquency Prevention of the United States Department of
Justice, Chicago, IL, Oct. 26, 1997

"Shame: The Missing Link Between Poverty, Racism and Violence," and "How
Punishment Stimulates Violence and Why We Keep Using It," lectures delivered as the Leibman
Scholar in Residence, Loyola University, sponsored by the Center for Urban Research and
Learning, the Child Law Center, and the Departments of Black World Studies, Criminal Justice,
Peace Studies, Political Science, Psychology, and Sociology-Anthropology, Chicago, IL, Nov. 3
and 4, 1997

"Why Are Youth and Adolescents the Main Perpetrators and Victims of Violence?",
Third Annual National Conference on the Adolescent, sponsored by New England Consultants,
Park Plaza Hotel, Boston, Nov. 6, 1997

"Community Violence: A Challenge for Applied Psychoanalysis," and "The
Interpretation of Violence: A Psychoanalytic Approach," lectures given at the annual meeting of
the American Psychoanalytic Association, New York, Dec. 18 and 19, 1997

"How the University's Missions of Research, Teaching and Service Relate to the Solution
of Social Problems," Plenary Address, University Colloquium on The University's Place in
Society, University of Puerto Rico, Division of Medical Sciences, San Juan, Puerto Rico, March
20, 1998

"Children and Violence," a two-hour CBS Town Hall of the Air panel discussion hosted
by Dan Rather, CBS television and radio, Phoenix, Arizona, April 14, 1998

"Civilization and Its Malcontents," Keynote Address, International Conference "At the
Threshold of the Millennium: Culture, Environment, Gender, Violence," sponsored by UNESCO
and the International Psychoanalytic Association, Lima, Peru, April 17, 1998

"What are the Mental Health Needs of Children and Youth in the Juvenile Justice System
and How Can We Meet Them?" Keynote Address to "Community-Centered Response to
Children and Youth in the Juvenile Justice System," an Annual Statewide Children's Mental

19

Health Conference and Community                    Dialogue sponsored by the Children's
Mental Health Division, Minnesota Department of Human Services, St. Cloud, MN, May 12,
1998

Moderator, Session on "Forensic Psychotherapy: Boundaries and Relationships Between
Therapists and Dangerous Patients," International Association for Forensic Psychotherapy,
Copenhagen, Denmark, May 16, 1998

"The Treatment of Violent Offenders, and the Prevention of Violent Behavior: What
Works and What Doesn't," Two Lectures sponsored by the Child Advocacy Commission of
Durham, Inc., at the Sanford Institute on Public Policy, Duke University, Durham, NC, May 21,
1998

"Does Revenge Heal Psychic Trauma?", Lecture at a Symposium on Communal
Responses to Traumatic Stress, American Psychiatric Association, Toronto, Canada, June 3,
1998

"Gender and Violence," 31st Anniversary Conference sponsored by the Haight Ashbury
Free Clinics, Inc., San Francisco, CA, June 10, 1998
"Youth Violence," Lecture to the Department of Education, Durham, NC, Aug. 12, 1998

"Youth Violence," Lecture to the Minnesota Bar Association, Minneapolis, MN, Aug. 25,
1998

"The Interpretation of Violence," Lecture to the St. Louis Psychoanalytic Society, St.
Louis, Sept. 18, 1998

"Youth Violence," Lecture at Western Piedmont Community College, Morgantown, NC,
Nov. 2, 1998

"Structural Violence," Lecture at the annual meeting of the American Public Health
Association, Washington, DC, Nov. 18, 1998

"Violence and Trauma," Lecture to the annual meeting of the International Society for the
Study of Traumatic Stress, Washington, DC, Nov. 21, 1998

"School Violence," Lecture at a seminar sponsored by the Minnesota Bar Association and
the Minnesota Department of Education, Minneapolis, MN, Dec. 1, 1998
"Character" and "The Prevention of Violence," Two Lectures and Panel Discussions at
the Renaissance Weekend, Hilton Head, SC, Dec. 30 and 31, 1998

"Understanding Violence," Lecture at Berkshire Community College Forum, Pittsfield,
MA, March 4, 1999

"Violence: Reflections on a National Epidemic," Lecture at the annual meeting of the
Forensic Mental Health Association of California, Pacific Grove, CA, March 12, 1999

20

"Violence and Language," Lecture          at the Tenth Annual Seminar on Violence, Kent State University, Kent, OH, March 15, 1999

"Causes and Prevention of Violence," Grand Rounds Lecture, Boston University Medical Center, Boston, March 18, 1999

"Paedophilia and Violence," Panel Discussion of the movie "M," sponsored by the Boston Institute for Psychotherapy, Cambridge, MA, March 19, 1999

"Preventing Violence," Grand Rounds Lecture, Berkshire Medical Center, Pittsfield, MA, March 26, 1999

"Violence: Legal Versus Medical Paradigms," Lecture at New York University Law School, New York, March 31, 1999

"Violence Prevention: An Agenda for the Coming Century," Keynote Address, Inaugural Conference on Building a Violence-Free Society, James Nayler Foundation, London, England, April 24, 1999

"Shame, Guilt, and the Pursuit of Violence: A Psychoanalytic Theory of Violence," Lecture at annual meeting of the International Association for Forensic Psychotherapy, Sheffield, England, May 8, 1999

"The Interpretation of Violence," Lecture at annual meeting of the American Academy of Psychoanalysis, Washington, DC, May 16, 1999

"Understanding and Preventing Violence," Lecture at a Conference on "How to Love a Child: New Insights of Contemporary Psychology," Conference sponsored by the Child Awareness Program for Poland, Warsaw, Poland, May 22, 1999

Member, "Safe From the Start: The National Summit on Children Exposed to Violence," Conference sponsored by Office of Juvenile Justice and Delinquency Prevention, United States Departments of Justice, and Department of Health and Human Services, Washington, DC, June 22-24, 1999

"Socio-Economic Inequality and Violence," Lecture, Consortium on Urban Violence, Center on Violence and Human Survival, John Jay College of Criminal Justice, City University of New York, June 25, 1999

"Therapy of Violent Offenders," Lecture, Massachusetts General Hospital, Boston, July 1, 1999

"Violence: Reflections on a National Epidemic," a Lecture Prepared for the Summer Lecture Series, Smith College School of Social Work, Northampton, MA, July 24, 1999

Panelist, Mental Health, Child Abuse and Neglect Panel, "Massachusetts Youth Violence Summit: A Community Dialogue on Safer Schools and Neighborhoods," sponsored by Senator Edward M. Kennedy, Boston, September 13, 1999

21

"The Psychology of Ethnic Hatred          and Violence," Panel Discussion,
Symposium on "How Do We Stop the Killing? Genocide, Ethnic Cleansing, and U.S. Foreign
Policy," Keene State College, Keene, NH, October 29, 1999

"Violence: Reflections on a National Epidemic," Lecture, American Public Health
Association meeting, Chicago, November 10, 1999

"Violence and the American Dream: Why Are We Such a Violent Society, and What Can
We Do About It:?," Lecture, Boston College, November 16, 1999

"Violent Youth: An American Crisis," Keynote Presentation, Seventh Annual Men's
Day, Oakton Community College, Des Plaines, IL, November 21, 1999

"Mass Imprisonment: A New Method of Re-instituting White Supremacy," a Lecture
Prepared for the University of Pennsylvania Law School, Philadelphia, PA, April 7, 2000

"What We Know About Violence and What We Still Need to Learn," Presidential
Address, Annual Meeting of the International Association for Forensic Psychotherapy,
Cambridge, MA, April 9, 2000

"Youth, Humiliation and Violence: How We Started Making this Deadly Cocktail, and
How We Can Stop It," a Lecture Presented at a Conference on "Positive Outcomes: Towards a
Safer Society," Organized by the Bryn Melyn Group Foundation, Manchester, England, July 12,
2000

"Youth Violence: Integrating Psychoanalytic Understanding With Biological and Social
Determinants," Lecture Prepared for a Conference on Violence Sponsored by The Post-Doctoral
Program in Psychotherapy and Psychoanalysis, New York University, New York City, October
28, 2000

"'Only Connect': Gender, Love and Violence," a Lecture Prepared for the Family Institute of
Northwestern University, Chicago, IL, November 3, 2000

"Can Violence Be Prevented?: New Frontiers in the Criminal Justice System," the
Fortunoff Lecture, School of Law, New York University, New York, NY, November 20, 2000
"Violence as Symbol, Symptom and Defense: A Psychoanalytic Theory of Violent
Behavior," A Lecture Prepared for the Friday Night Lecture Series, The Erikson Institute of the
Austen Riggs Center, Stockbridge, MA, February 9, 2001

"Soma, Psyche and Pneuma: Toward a New Theory of Personality," a Lecture Prepared
for the Trialogue Conference on Literature, Religion and Psychotherapy, Bristol, England,
February 17, 2001

"Does Capital Punishment Deter or Stimulate Violence?," a Lecture Prepared for a
Conference Sponsored by the Center for Psychology and Social Change, Cambridge, MA, March
2, 2001

22

"The Psychology of Love and the          Dynamics of Shame and Guilt in Relations Between Men and Women," Twelfth Annual Seminar for Mental Health Professionals, a five-day course sponsored by the Massachusetts Mental Health Center and the Department of Continuing Education, Harvard Medical School, Sarasota, FL, March 5-9, 2001

"Shame, Democracy and Violence," a Lecture Prepared for a Conference on "Problems of Democracy," organized by the Institute for Human Sciences in Vienna and the Erasmus Chair at Warsaw University, Polish Academy of Sciences, Warsaw, Poland, May 18, 2001

"Does Capital Punishment Heal the Wounds of Murder or Deter Violence?: A Look at the Empirical Research," a Lecture Prepared for a Conference on "Healing the Wounds of Murder," Boston College, Chestnut Hill, MA, June 12, 2001

"Preventing Violence: Lessons from the San Francisco Jail Program," a Lecture Presented at a Symposium on "Violence, Writing, and Restorative Justice in California Prisons," Annual Meeting of the American Psychological Association, San Francisco, CA, August 25, 2001

"Theories of Violence," a Lecture Prepared for the Boston Graduate School of Psychoanalysis, Brookline, MA, September 22, 2001

"Juvenile Violence: Causes and Cures," a Lecture Prepared for Massachusetts Continuing Legal Education, Boston, MA, October 19, 2001

"Structural Violence and the Socio-Economic Roots of Terrorism," a Lecture Prepared for the Conference "Seeds of Peace," New York, November 10, 2001

"Courts, Police and the Penal System as Sites for Intervention and Research," a Lecture Prepared for the Erik Erikson Institute of the Austen Riggs Center, Stockbridge, MA, November 20, 2001

"What It Means to Consider Violence as a Problem in Public Health and Preventive Medicine," Grand Rounds, Huron Hospital, Cleveland, OH, Feb. 25, 2002
"Violence: Biopsychosocial Determinants, and Primary, Secondary and Tertiary Prevention," Academic Lecture, Case Western Reserve University School of Medicine, Cleveland, OH, Feb. 25, 2002

"Fundamentalism and Terrorism as Responses to the Death of Good and Evil," Keynote Address, Ninth Annual Conference, Australasian Society for Traumatic Stress Studies, Auckland, New Zealand, March 8, 2002

"Towards a Theory of Violence," Panel on Preventing Violence, Ninth Annual Conference, Australasian Society for Traumatic Stress Studies, Auckland, New Zealand, March 8, 2002

"Preventing Adolescent Violence in Schools and Communities: The Theoretical and Empirical Basis of The 'Manalive' International Approach," Lecture given at a Seminar on "*manalive*/International: A Systematic Approach to the Intervention, Management and

23

Prevention of Violence," sponsored by the                    Regional Forensic Psychiatry Services,
Auckland, New Zealand, March 11, 2002

"Causes and Prevention of Violence, Considered as a Problem in Public Health and
Preventive Medicine," Royal College of Psychiatry of New Zealand, Auckland, New Zealand,
March 12, 2002

"The Multi-Determined Biopsychosocial Aetiology and the Primary, Secondary and
Tertiary Prevention of Violence," Keynote Address, First Meeting on Framework for
Interpersonal Violence Prevention, Department of Injuries and Violence Prevention, World
Health Organization, Brussels, Belgium, March 21, 2002

Chair and Discussant, Plenary Session I, "Trauma and Delinquency," 11th Annual
Conference of the International Association for Forensic Psychotherapy, Stuttgart, Germany,
April 5, 2002

"Understanding the Epidemic of Youth Violence," Keynote Address and Workshop, Peel
District School Board, Mississauga, Ontario, Canada, April 18, 2002

"Violence, Education and Democracy," Keynote Address, Second International
Roundtable of the Democracy Collaborative on the theme, "Globalization, Terror and
Democracy:  How 9/11 Changed the Debate in America and Abroad,"American Academy of
Berlin, Berlin, Germany, June 2-4, 2002

"Violence Prevention: From Punishment to Public Health," Lecture given to the staff of the
World Health Organization, Department of Injuries and Violence Prevention, Geneva,
Switzerland, June 6, 2002

"Fundamentalism and Terrorism: Reflections on the Need for Certainty in the Modern World,"
Lecture given at the Annual Meeting of the Rapaport-Klein Study Group, the Austen Riggs
Center, Stockbridge, MA, June 16, 2002

"Humiliation, Violence and Social Structure," Lecture, Conference on "Humiliation,"
sponsored by the Center for the Study of Developing Societies, New Delhi (Raniket), India, Sept.
9, 2002

Discussant, "Terrors, Traumas and the Tolerance of Uncertainty," 2002-2003 Colloquium
Series, William Alanson White Psychoanalytic Society, New York, Sept. 11, 2002

"The Primary, Secondary and Tertiary Prevention of Violence," Lecture, annual meeting
of the American Public Health Association, Philadelphia, Nov. 12, 2002

"Mass Incarceration and White Supremacy," Lecture, Pennsylvania Prison Society,
Philadelphia, Nov. 15, 2002

"Terrorism, Nihilism and Modernity," Scholars Lecture Series, New York University,
Nov. 21, 2002

24

Panelist, "Understanding the               Psychology of Terror," January 23, 2003, World Economic Forum, Davos, Switzerland, with Thomas L. Friedman, Columnist, Foreign Affairs, The New York Times; Jessica E. Stern, Lecturer in Public Policy, John F. Kennedy School of Government, Harvard University; Itamar Rabinovich, President, Tel Aviv University, Israel Jamal S. Al-Suwaidi, Director, Emirates Center for Strategic Studies and Research, United Arab Emirates; and Farhan A. Nizami, Director, Oxford Centre for Islamic Studies, United Kingdom;

Panelist, "The Psychological Dimensions of Risk," World Economic Forum, Davos, Switzerland, January 24, 2003

Panelist, "Dealing with Violence," World Economic Forum, Davos, Switzerland, January 26, 2003, with Amitai Etzioni, George Washington University; and Alvaro Uribe Velez, President of Colombia

"Risk, Its Management and Its Consequences," Lecture, World Economic Forum, Davos, Switzerland, January 27, 2003

"Violence as a Problem in Public Health and Preventive Psychiatry," Keynote Address, Annual Meeting, Physicians for Social Responsibility, Washington, D.C., April 26, 2003

"Terrorism, Nihilism and Modernity," Lecture, World Congress of Criminology, University of Pennsylvania, Philadelphia, Aug. 10, 2005

"The Politics and Economics of Homicide," Lecture, World Congress of Criminology, University of Pennsylvania, Philadelphia, Aug. 10, 2005

"Chaos is Come Again: Terrorism, Nihilism and Modernity," :Keynote Address, International Psychotherapy Institute, Salt Lake City, Dec. 2, 2005

**APPENDIX B**

# APPENDIX B

| DOCUMENT |
| --- |
| Three-Judge Court Order for Pretrial Preparation, July 2, 2008 (*Plata* Docket 1294) |
| Reforming Corrections: Report of the Corrections Independent Review Panel, June 30, 2004 (Gov. Deukmejian, Chairman) |
| Governor Schwarzenegger's Proclamation Regarding Prison Overcrowding, State of Emergency, October 4, 2006 |
| Little Hoover Commission, *Solving California's Corrections Crisis: Time is Running Out*, January 25, 2007 |
| Judge Karlton's 10/20/06 Order Approving Defendants' Plan for Provision of Acute and Intermediate Care and Mental Health Crisis Beds (*Coleman* Docket 1998) |
| Exhibit A in Support of Defendants' Submission of Plan for Reception Center/EOP Inmates, July 31, 2006 (*Coleman* Docket 1928) |
| Judge Karlton's October 3, 2007 Order Adopting *Coleman* Special Master's Report and Revisions to Defendants' Plan Regarding Enhanced Outpatient Programs in Reception Centers (*Coleman* Docket 2450) |
| *Coleman* Special Master's 7/2/07 Report and Recommendations on Defendants' Enhanced Outpatient Treatment Programs in Reception Centers (*Coleman* Docket 2302) |
| *Coleman* Special Master's 8/15/07 Supplemental Report and Recommendations on Defendants' Enhanced Outpatient Treatment Programs in Reception Centers (*Coleman* Docket 2369) |
| *Expert Panel on Corrections Reform Offers California a Roadmap for Reducing Recidivism and Overcrowding*, CDCR Press Release |
| CDCR Expert Panel on Adult Offender and Recidivism Reduction Programming, Report to the State Legislature, *A Roadmap for Effective Offender Programming in California*, June 29, 2007 |
| *Who Is In Our State Prisons?*, by George Runner, Spring 2008 |
| *Coleman v. Wilson*, 912 F. Supp 1282 (1995) |
| Plaintiffs' Memorandum in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population, November 13, 2007 (*Coleman* Docket 2041) |
| Plaintiffs' Notice of Motion and Motion to Convene a Three Judge Panel to Limit the Prison Population, November 13, 2006 (*Coleman* Docket 2036) |
| Plaintiffs Supplemental Brief In Support of Motion to Convene a Three-Judge Panel to Limit the Prison Population, May 24, 2007 (*Coleman* Docket 2244) |
| *Coleman* Special Master's Report Regarding Overcrowding, May 31, 2007 (*Coleman* Docket 2253) |
| Receiver's Report Regarding Overcrowding, May 15, 2007 (*Plata* Docket 673 and 674) |
| Receiver's Supplemental Report Regarding Overcrowding, June 11, 2007 (*Plata* Docket 705) |
| Judges Karlton's 7/23/07 Orders Granting Plaintiffs' Motion to Convene Three-Judge Panel (*Coleman* Docket 2320) |
| Judge Henderson's 7/23/07 Order Granting Plaintiffs' Motion to Convene Three-Judge Panel (*Plata* Docket 780) |
| Mental Health Services Delivery System Program Guide, September 2006 |
| *Coleman* Special Master's 18th Monitoring Report, July 30, 2007 (*Coleman* Docket 2334 through 2334-11) |

[231332-1]

| **DOCUMENT** |
| --- |
| Declaration of Michael W. Bien In Support of Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-DD, November 13, 2006 (*Coleman* Docket 2038) |
| Email, Dubbs-Milne, re DAPO AB 900 Budget Change Proposal regarding services for parolees with mental illness, September 20, 2007 |
| FY 2007-08, Mental Health Services Continuum Program (Ex. A to Rifkin Decl. *Coleman* Docket No. 2240, 5/24/2007) |
| FY 2007/08 Budget Change Proposal Cover Sheet, Day Treatment Programming for Severely Mentally Ill Adult Parolees. (Exh. B to Rifkin Decl. *Coleman* Docket No. 2240, 5/24/2007) |
| |
| Department of Adult Parole Operations, "AB 900—Talking Points Mentally Ill Parolees 7-31-07" |
| "First Annual Report on the Mental Health Services Continuum Program of the California Department of Corrections-Parole Division," *UCLA Integrated Substance Abusse Program Neuropsychiatric Institute*, November 24, 2003 |
| *An evaluation of California's Mental Health Services Continuum Program for Parolees*, David Farabee, Corrections Today, December 2006 |
| Email, McKeever-Norris, re Bus of homeless inmates at CIM, November 30, 2006 |
| *Coleman* Defendants Initial Disclosures, March 14, 2008 |
| Judge Mould's June 27, 2008 Order Granting Plaintiffs Request to Release Unredacted Office of the Inspector General's Report on the Release of Scott Thomas (*Coleman* Docket 2851) |
| Bordenkircher-Bien, re Release of Unredacted Special Review of the California Department of Corrections and Rehabilitation's Release of Inmate Scott Thomas, May 27, 2008 |
| Office of the Inspector General Special Review of the California Departyment of Corrections and Rehabilitation's Release of Inmate Scott Thomas, October 2007 |
| "The [2003] Biennial Report of the Texas Correctional Office on Offenders with Medical and Mental Impairments" and Appendix I, Submitted to the Texas Board of Criminal Justice, January 28, 2005 |
| "The [2005] Biennial Report of the Texas Correctional Office on Offenders with Medical and Mental Impairments" and Appendix I, Submitted to the Texas Board of Criminal Justice, February 2007 |
| Expert Report of Professor Craig Haney, November 9, 2007 |
| Expert Report of Pablo Stewart, M.D., November 9, 2007 |
| Expert Report of James Austin, PhD, November 9, 2007 |
| Expert Report of Ira Packer, PhD, November 9, 2007 |
| Supplemental Expert Report of Ira Packer, PhD and Signature Page, December 10, 2007 |
| David Farabee, "Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation-Parole Division," *UCLA Integrated Substance Abuse Program Neuropsychiatric Institute*, June 30, 2006 |
| California Department of Additional Recovery Services (DARS) List of Walden House Los Angeles Dual Diagnosis Providers |
| DARS List of Dual Diagnosis Services Provided by Certain Programs |
| Sample Substance Abuse Services Coordinating Agency (SASCA) Contract With Provisions Regarding Co-occurring Disorders (Royal Palms Contract) |
| Memoranda, Fagot-Hoffman re AB 900 Management Projects and re AB 900 Rehabilitative Projects, July 30, 2007 |
| Memorandum, Martinez-Hoffman re Region III Assembly Bill 900 Analysis and Suggestions, August 10, 2007 |

[231332-1]

DC

| DOCUMENT |
|---|
| CDCR Division of Adult Parole Operations Budget Change Proposal Fiscal Year 2008/09 re Community Based Day Treatment Programming and Crisis Services for Severely Mentally Ill Adult Parolees |
| CDCR, Spring 2008 Adult Population Projections: 2008-2013 (http://www.cdcr.ca.gov) |
| Agreement Between California Department of Corrections and Rehabilitation and Social Security Administration, January 11, 2008 |
| Memorandum of Understanding, California Department of Corrections and Rehabilitation and California Department of Health Care Services, Preparole Process for Securing Medi-Cal Entitlements (CDCR030458) |
| SASCA Walden House Specifications on Providing Augmented Services to Dually Diagnosed ICDTP Participants and Treatment Provider Roster |
| Specifications on Providing Augmented Services to the Dually Diagnosed ICDTP Participants |
| Walden House Inc Region III Substance Abuse Services Coordinating Agency (SASCA) Community Based Services Subcontractor Agreement |
| Email, Dubbs-Howard re Initial Day Treatment Crisis Care BCP Questions, October 24, 2007 |
| *Valdivia v. Schwarzenegger*, Fourth Report of the Special Master on the Status of Conditions of the Remedial Order, March 26, 2008 |
| CDCR, Division of Adult Parole Operations, "Mentally Ill Parolee Population," July 2007 |
| *Valdivia v. Schwarzenegger*, First Report of the Special Master on the Status of Conditions of the Remedial Order, September 11, 2006 |
| Email, McAloon-Rolston re Placing mental health patients in the community, February 21, 2007 |
| "Parolees with Mental Disorder: Toward Evidence-Based Practice," Louden J.E., Dickinger, E. & Skeem, J.L., Center for Evidence-Based Corrections Bulletin (2008) (unpublished manuscript) |
| Movement of Prison Population, Calendar Year 2007, Department of Corrections and Rehabilitation Offender Information Services Branch, Estimates and Statistical Analysis Section, Data Analysis Unit, March 2008 |
| *Coleman* Special Master's Draft 20th Monitoring Report, 7/21/08 |
| California Rehabilitation Oversight Board Biannual Report, July 15, 2008 |
| Video clip of Senate Budget Subcommittee 4 March 12, 2008 Hearing, available at http://www.calchannel.com/MEDIA/0312A.asx |
| Email, Burke-Carter, Center for Effective Public Policy, July 27, 2007 |