**EXHIBIT W**

Certified Copy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                  NO. 2:90-cv-00520 LKK JFM P
    Plaintiffs,                    THREE-JUDGE COURT
  vs.
ARNOLD SCHWARZENEGGER,
et al.,

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~
MARCIANO PLATA, et al.,                 NO. C01-1351 TEH
    Plaintiffs,                    THREE-JUDGE COURT
  vs.

ARNOLD SCHWARZENEGGER,
et al.,

    Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

DEBBRA ROWLETT

September 2, 2008
9:12 a.m.

980 9th Street, Suite 1500
Sacramento, California

Dixie L. Cooksey, CSR No. 4375

PAULSON
REPORTING & LITIGATION SERVICES
www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

                              37

1  decreased.
2       A    I don't know the exact dynamics.
3       Q    You don't know if they were transferred out of
4  state or moved to other institutions or facilities?
5       A    I don't know why the inmates in those
6  particular bunks were moved.  They could have moved to
7  another yard.  I don't know why.  I'm sure there's a lot
8  of different reasons, because we have a lot of different
9  dynamics within an institution.  But I'm sure the
10 administrators would know exactly why.
11      Q    Are you aware that CCPOA listed you as an
12 individual likely to possess knowledge and information
13 regarding this proceeding in something called their
14 initial disclosures.
15      A    No.
16      Q    Let me show you a copy of their initial
17 disclosures, and take a look at it.  And we'll have this
18 marked as Exhibit B.  It's entitled Plaintiff Intervenor
19 California Correctional Peace Officers' Association's
20 Initial Disclosures Pursuant to FRPC 26.
21           And if you turn to page 2, I believe you're
22 listed on line 18.  And it says that you will discuss
23 your observations in your roles as a medical
24 professional and a correctional officer.  Is that
25 correct?

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**
REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

                                  38

1       A    Yes.
2            (Exhibit B was marked for identification).
3   BY MS. TAMA:
4       Q    So now I want to ask you some more questions
5   about when you served as a medical professional within
6   the institutions.  At any time that you were working
7   within CDCR as a nurse, did you ever believe that the
8   provision of medical services to inmates was deficient?
9       A    Yes.
10      Q    And when was that?
11      A    Throughout my career within the Department of
12  Corrections.
13      Q    So the entire time that you worked with CDCR?
14      A    I would say the first six months I was just
15  getting my bearings within working in a prison.
16      Q    Sure.
17      A    But after that, yes.
18      Q    To present?
19      A    Yes.
20      Q    So you still believe that inmates are not
21  receiving adequate medical care?
22      A    Yes.
23      Q    And what is the basis for your belief?
24      A    What do you mean?
25      Q    Why do you think that they're not receiving

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

                                39

1   adequate medical care, in your opinion?
2        A    In my opinion, the inmates are not receiving
3   adequate medical care because there is not adequate
4   space for the inmates.  There's not adequate equipment.
5   There's inadequate supplies.  The way that they deliver
6   healthcare is inadequate.  The way that they deliver
7   medication is inadequate.  The overcrowding in the
8   waiting areas creates an unsafe and unsanitary
9   environment.
10            The living conditions are unsanitary, which
11  creates infections.  The amount of inmates that need to
12  be seen by doctors and the amount of doctors they have
13  is inadequate.
14            The training for the nurses and the doctors on
15  an annual basis is inadequate.  The training for the
16  inmates for their own healthcare needs is inadequate.
17  The training for the correctional officers as far as
18  basic healthcare is inadequate.
19            And the access to care, meaning if you are sick
20  to be able to access care, is inadequate.
21       Q    Are there any other ways that you can think of?
22       A    Not off the top of my head.
23       Q    That's pretty good.  So when you say there's
24  not adequate space, you mean in the medical facilities,
25  in the clinics?

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

93

REPORTER'S CERTIFICATION

I, Dixie L. Cooksey, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name: September 13, 2008.

/s/ Dixie L. Cooksey
Dixie L. Cooksey, CSR No. 4375

PAULSON
REPORTING & LITIGATION SERVICES, LLC
www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833