# EXHIBIT X

Certified Copy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                    NO. 2:90-cv-00520 LKK JFM P
              Plaintiffs,                 THREE-JUDGE COURT
     vs.
ARNOLD SCHWARZENEGGER,
et al.,

              Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

MARCIANO PLATA, et al.,                   NO. C01-1351 TEH
              Plaintiffs,                 THREE-JUDGE COURT
     vs.

ARNOLD SCHWARZENEGGER,
et al.,
              Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**GARY BENSON**

September 2, 2008
1:46 p.m.

980 9th Street, Suite 1500
Sacramento, California

Dixie L. Cooksey, CSR No. 4375

**P A U L S O N**

R E P O R T I N G   &   L I T I G A T I O N   S E R V I C E S ,   LLC
www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.466.2777

2151 Riverplaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                    September 2, 2008

9

1   conversations.

2       A    I spoke with the union president, Scott

3   Lamphere.

4       Q    And he told you that you were being deposed?

5       A    He asked me if I wanted to volunteer for

6   deposition.

7       Q    And when was that?

8       A    Probably about three months ago, four months

9   ago.

10      Q    And did he explain what this proceeding was

11  about?

12      A    Yes.

13      Q    And what is your understanding of what this

14  proceeding is about?

15      A    About prison overcrowding.

16      Q    Did you review any documents to prepare for

17  your deposition today?

18      A    No.

19      Q    Did you speak with anyone regarding your

20  deposition today aside from your attorneys?

21      A    No.

22      Q    Did you prepare any notes to help you prepare

23  for your deposition today?

24      A    No.

25      Q    What is your current job title?

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                                September 2, 2008

                                      10

1       A       Correctional officer.

2       Q       And what institution do you work at?

3       A       Folsom State Prison.

4       Q       And where did you go to high school?

5       A       Roy High School in Utah.

6       Q       And when did you graduate?

7       A       '71.

8       Q       Have you had any education since high school?

9       A       I went to American River College, and also

10   Weaver State College.

11      Q       And did you graduate from either of those

12   colleges?

13      A       No.

14      Q       Have you received any vocational training?

15      A       Throughout my engineering I did a lot of

16   vocational training from them.

17      Q       From these colleges?

18      A       No, from the Department of Defense.

19      Q       Oh, from the Department of Defense.    Okay.

20              Did you receive any other education besides

21   American River College and Weaver?

22      A       No.

23      Q       Have you ever received any medical education?

24      A       No.

25      Q       Have you received any medical training?

# P A U L S O N

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

11

1      A      No, other than like CPR classes and IST

2    training at work.

3      Q      And what is IST training?

4      A      In-service training that we do every year for

5    two weeks.

6      Q      And what is taught during the in-service

7    training?

8      A      They do the basic CPR and they do the basic

9    policies, everything that has to do with the custody and

10   staffing issues.

11     Q      Do you have any felony convictions?

12     A      No.

13     Q      And have you spoken with anyone -- aside from

14   you said you spoke with the CCPOA president -- regarding

15   this Three-Judge Panel litigation and aside from your

16   attorneys?

17     A      No.

18     Q      Did you go to college straight out of high

19   school?

20     A      Yes.

21     Q      And what was your first job after college?

22     A      I went right into the Department of Defense.

23     Q      And how long did you work at the Department of

24   Defense?

25     A      25 years.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                        September 2, 2008

                                    23
1    Officers' Association's List of Non-Expert Witnesses

2    Expected to Testify at Trial.  I'll show that to you.

3              (Exhibit C was marked for identification).

4    BY MS. TAMA:

5        Q    Do you know if you've seen this document

6    before?

7        A    No, I have not.

8        Q    Do you see on page 2 that your name is listed?

9        A    Yes, I see it.

10       Q    And it says that you will discuss your

11   observations regarding prisons and communicable diseases

12   at your workplace; is that correct?

13       A    Yes.

14       Q    And is that your understanding of what you will

15   be testifying about at trial?

16       A    Yes.

17       Q    To which communicable diseases does this

18   witness list refer to?

19             MR. HENDERSON:  I'll object as seeking

20   information that's either speculation on his part or

21   protected by attorney-client privilege.  If you want to

22   ask him what his understanding is --

23   BY MS. TAMA:

24       Q    Sure.  What is your understanding of what

25   communicable diseases you'll be testifying about at

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                         September 2, 2008

24

1    trial?

2         A     Staph infection.

3         Q     And can you describe your personal observations

4    regarding staph infection since you've been working at

5    Folsom?

6         A     As far as the inmates coming in that I've

7    seen --

8         Q     Yes.

9         A     -- they have large boils that have -- I'm

10   trying to think of what the word is.  Once it has -- the

11   boil has burst and it actually comes out as infection

12   and bleeding, they have a lot of inmates that have come

13   in with that infection.  And it spreads to other

14   inmates.  They don't isolate the inmates.  They --

15   they'll come in and they'll get antibiotics and go back

16   to their housing unit.

17        Q     And are inmates who are infected with staph

18   infection, are they sent to the TTA where you work?

19        A     Yes.

20        Q     On a daily basis, do you know about how many

21   inmates come in with staph infection?

22        A     I don't see all the inmates when they come in

23   and they examine them.  For the most part, I don't get

24   to see how many.  Just in the last two days I did see

25   about eight for each day.  I just took particular notice

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                          September 2, 2008

25

1   of how many that I just noticed because they were

2   showing -- when they had blood coming out of their waist

3   or their thighs or whatever, wherever the sores was at,

4   that got my attention.  And so I just kind of asked, you

5   know, what's up, what are you being seen here for?

6       Q    And have you observed -- do you have any

7   personal observations regarding staph infections with

8   respect to the time you spend in the housing units at

9   Folsom when you work overtime?

10      A    Yes.

11      Q    And what are some of those observations?

12      A    The inmates now are better educated about the

13  staph infection.  They're still running around, though,

14  not isolated.  They're showering in the same showers as

15  the noninfected inmates.  They're still housed with

16  inmates that are not infected.  They're going to yard,

17  they're going to the culinary to eat.  They touch the

18  sores and then they grab ahold of their door or the

19  handle.  They can put their hands on the desks and

20  railings.  It's still being spread, because there just

21  isn't anyplace to put them to isolate them.

22      Q    And you said inmates are becoming better

23  educated with respect to staph infections?

24      A    Yes.

25      Q    Can you explain that a little bit more?

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                              September 2, 2008

                                   26

1       A    The medical staff has put out fliers.  They put

2   a TV program out that inmates -- it's broadcast to the

3   inmates in their cells on how to take care of staph

4   infection, how to prevent getting it, how to prevent

5   spreading it.

6       Q    And did you have any personal observations

7   regarding staph infections while you worked at Pelican

8   Bay?

9       A    Yes.

10      Q    And can you describe what those observations

11  were?

12      A    The inmates were coming down with those big

13  sores, and there was quite a few of them being sent to

14  the clinic at Pelican Bay with staph infection.  Inmates

15  that were being transported in were coming in off the

16  buses with sores and complaining that they had

17  infections and so-called spider bites.

18      Q    And when you say so-called spider bites, who

19  was coming up with the terminology spider bites?

20           MR. HENDERSON:  Objection; calls for

21  speculation.

22           THE WITNESS:  Yeah, it's just a term that's

23  been around for a while that inmates call it that, staff

24  calls it that, medical calls it that.  Until it's

25  cultured, you don't know what it is.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                                September 2, 2008

27

1    BY MS. TAMA:

2        Q    Do you know if inmates with staph infections

3    were segregated from the general population at Pelican

4    Bay while you were there?

5        A    I never seen any segregated.  We didn't have

6    any room to do that up there either.

7        Q    And you said you don't have any room at Folsom

8    to separate out the inmates who are infected, and what

9    leads you to believe this?

10       A    They would isolate them if they had cells to

11   isolate them.

12       Q    And you're saying they don't have cells to

13   isolate these inmates?

14       A    No.

15       Q    And do you know what the current population is

16   at Folsom?

17       A    Approximately 4,000.

18       Q    And you said you've been at Folsom -- I'm

19   sorry -- since?

20       A    '04.

21       Q    Thank you.  Have you noticed if the population,

22   inmate population, has changed at all since '04?

23       A    I have not noticed the population of inmates

24   increase or decrease.  It stays about 4,000 all the

25   time.  And I'm going by the daily movement sheet that

Telephone: 916.446.2700
Facsimile: 916.446.2777

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                        September 2, 2008

28

1    tells how many inmates are there.  I have a need to look

2    at that everyday just because of where I work.  And the

3    inmates on the daily movement sheet that are

4    transporting in and out and also the duckets that they

5    have to come in to medical, so I need to look at all

6    that.

7        Q    So by looking at the duckets you can tell how

8    many inmates will be escorted into the TTA?

9        A    Yes.

10       Q    And about how many inmates is that on an

11   average day?

12       A    They escort them to dental, psychiatric, the

13   main clinic.  Unit 3 now also comes in to our clinic,

14   the doctors line and nurses line.  I would say probably

15   over a hundred inmates a day.

16       Q    And when you say over a hundred inmates a day,

17   these are over a hundred inmates that are ducketed for

18   medical appointments?

19       A    Yes.

20       Q    And what is the main clinic?  Is that the TTA?

21       A    Yes.

22       Q    So do all of these roughly 100 inmates or so,

23   are they all being escorted into the TTA?

24       A    No.

25       Q    What other clinics or what other medical

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                    September 2, 2008

29

1    facilities are they being escorted to?

2         A    The inmates are coming through the TTA.  It's

3    like the hallway before they go up to the dental labs

4    and the eye lab.  There's psychiatric, there's dental

5    surgery, there's the x-ray, the regular dental, the

6    dental surgery.  And then anything that is urgent or

7    emergent that they come into, plus all of the medical

8    return inmates, the ones that have got injuries, all the

9    fights, anything that there's an unusual occurrence,

10   on-the-job injury.  Any of that kind of stuff, whether

11   they're transported out, all that comes through there.

12        Q    So let me see if I understand this right.  So

13   the TTA is the main clinic.  All of the inmates who have

14   medical appointments have to go through the TTA to get

15   to whatever other clinic they're going to, be it dental

16   or psychiatric or anything like that; is that correct?

17        A    Correct.  They come -- we're on the first

18   floor, and everything else is on the second and third

19   floor.

20        Q    Are there any other separate buildings at

21   Folsom that provide medical care?

22        A    Yes.

23        Q    And what other buildings are those?

24        A    Every building out there has a separate LVN and

25   a nurse.

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                      September 2, 2008

30

1      Q    Are there any other clinics or hospitals at

2    Folsom besides TTA and the second and third floors of

3    the TTA?

4      A    No.

5      Q    Do you have any personal knowledge relating to

6    the medical care that inmates are receiving with respect

7    to staph infections?

8      A    Yes.

9      Q    And what is that personal knowledge?

10     A    For a long time it's been misdiagnosed as a

11   spider bite.

12     Q    And how do you know it's been misdiagnosed as a

13   spider bite?

14     A    Once I had personal knowledge of what staph

15   infection was, and once I started working in the clinic

16   and seeing inmates come back and back and back for more

17   treatment, and it boils up and bleeds and gets worse and

18   they still keep coming back, and then once they finally

19   started culturing all the cases -- they were ordered to

20   culture all of them -- I don't know what the number was,

21   but it was a tremendous increase in the numbers of staph

22   infection cases that were there.

23          The same amount of inmates were coming in with

24   the exact same symptoms, but as soon as they started

25   culturing them, the number of confirmed cases went

**P A U L S O N**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

31

1   sky-rocketing straight up.

2       Q    And do you know when they started to culture

3   staph infections or potential staph infections?

4       A    They were ordered by OSHA.  I don't know what

5   the date was, but OSHA -- they did a study, and they had

6   the nursing staff -- they were ordered to culture all

7   potential infections.

8       Q    Do you know if that occurred while you were or

9   since you have been working at the TTA, or was that

10   before you were working at the TTA?

11       A    It occurred while I was there.

12       Q    And you said that since they started culturing

13   there has been an increase in the number of staph

14   infection cases; is that correct?

15       A    No.

16       Q    I'm sorry.

17       A    The numbers that were being confirmed.

18       Q    And so let me ask you this:  How do you know

19   what the numbers are of confirmed staph infections?

20       A    I'm trying to think how I knew the number.  I

21   think the nurses told me that the number of confirmed

22   cases were coming back because they were getting the

23   results.  Because I would never get the results, so they

24   would have had to have told me that the results were

25   coming back as higher numbers.  I don't think they ever

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                        September 2, 2008

32

1    told me a specific number.

2         Q    And so you don't have access to the results of

3    the numbers of confirmed staph infection cases?

4         A    No.

5         Q    So you said that you knew that staph infections

6    were being misdiagnosed as spider bites before OSHA

7    required culturing; is that correct?

8         A    Yes.

9         Q    And since that time, since OSHA ordered

10   culturing, do you have any other personal knowledge or

11   observations relating to the medical care that inmates

12   are receiving regarding staph infections?

13        A    They seem to be getting the medical treatment

14   they need for staph infection, but it's still being

15   spread because they're still not being isolated.

16        Q    And what makes you believe that it's being

17   spread?

18        A    The spots where they're getting it, when they

19   shower together in groups, when they sit on the benches,

20   it's dripping off of their sides and off their arms and

21   their backs, and the other inmates are coming in with it

22   on their butts.  And all it takes is just an ingrown

23   hair, a break in the skin and for you to sit, especially

24   on a wet, warm, moist bench where a staph infection has

25   been dripped on or sat on, it just -- any time that

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

33

1    there's been group areas like that and the inmates are

2    just getting the staph infection in those areas.

3         Q    And in the course of your observations as an

4    officer at the TTA, have you observed whether or not

5    there is sufficient space to accommodate the inmates who

6    are coming into the clinics for treatment?

7         A    It's grossly under-spaced.

8         Q    And why do you say that?

9         A    The Director of Nurses came down and asked me

10   how the area was functioning since they added more

11   personnel in there, added more programs, added more

12   inmates to be seen in there.  They brought in the

13   doctors line, the nurses line from building 3 and they

14   put them all in there.  And I told them that there isn't

15   even room for gurneys to be set up.

16        And the very first alarm that day where we had

17   inmates that were injured, I said, I have a gurney

18   coming in, you've got the only two gurneys we've got,

19   you've got inmates on it, and you're doing an operation

20   on one, a minor operation, and you've got one hooked up

21   there with chest pains.  I said I've got a gurney coming

22   in in 30 seconds.

23        And they said, put him on the floor.  So I had

24   an inmate bleeding in a Stokes Litter on the floor in

25   the hallway with 20 inmates standing around him.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

37

1    doctor and the unit 3 nurse, so it also brought their

2    programs in.  He wasn't brought in to help us do our

3    work.  It was just additional workload and additional --

4        Q    I understand.  And based on your observations

5    being in the clinic, do you know if the number of nurses

6    and doctors they have in there is adequate for the

7    number of inmates that are coming in on a daily basis?

8            MR. HENDERSON:  Well, I'll object as calling

9    for expert opinion and vague and ambiguous.  You can

10   answer, though, if you understand it.

11           THE WITNESS:  I do understand it, and I have a

12   very clear, easy answer.  The inmates that come in that

13   require or ask for medical treatment, there's such a

14   waiting already for the ones that are needing or that

15   have appointments, it's categorized.  And there is an

16   area that's about the same size as this room right here

17   on an everyday basis that they have approximately 40 or

18   50 inmates in it, and they're pretty much there all day

19   long.

20           I don't know how many hours that each one of

21   them are in that caged area.  And then they allow about

22   18 to 20 of them up in the hallway in front of our room,

23   our treatment area.

24           So they're there for hours, and quite a few of

25   them will actually come and they would rather go back to

Telephone: 916.446.2700
Facsimile: 916.446.2777

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                September 2, 2008

38

1    their cell and be locked up than to sit there for three

2    and four hours and wait for medical treatment.

3    BY MS. TAMA:

4        Q    So in the past two or so years that you've been

5    working in the clinic -- is that correct, two years?

6        A    Yes.

7        Q    Have you noticed, based on your observations,

8    any improvements in the way inmates are receiving

9    medical care?

10           MR. HENDERSON:  Objection; vague and ambiguous,

11    calls for expert testimony, overbroad.

12           MS. TAMA:  You can answer it if you understand

13    the question.

14           THE WITNESS:  If my recollection is right, what

15    you're asking is has their care improved?

16    BY MS. TAMA:

17       Q    Correct.

18       A    I think it has improved.  It's still very new

19    in the stages transitioning from the MTAs over to

20    regular medical people.  It's a hard transition to make

21    because the nurses are coming from a regular hospital

22    where the intent of a regular person coming to see them

23    for medical care is not what they do here.  The inmates

24    on a regular hourly basis come in to manipulate staff

25    for drugs, for anything.  When you set narcotics or

Telephone: 916.446.2700
Facsimile: 916.446.2777

# PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                          September 2, 2008

39

1    medication, it doesn't even matter what it is, you set

2    it down, it's gone.  You set your instruments down, it's

3    gone.

4           And first thing that you're going to find out

5    is you're going to find it sticking in somebody.  The

6    needles, they can't set down.  So it's a very hard

7    transition from being a regular medical person to

8    working in a prison setting.

9           There's too many inmates for however many

10   medical staff we have.  And even if you tried to bring

11   in more medical staff, we don't have room to put them

12   either.

13      Q    Do you think that if there was more space in

14   the clinic or an additional clinic that that would

15   alleviate some of these problems you're talking about?

16          MR. HENDERSON:  Objection; vague and ambiguous,

17   overbroad, calls for speculation, calls for expert

18   opinion, incomplete hypothetical.

19          MS. TAMA:  You can answer if you understand.

20          THE WITNESS:  I believe it would help.

21   Anything would help at this point.  Pretty much anything

22   would help.

23          MS. TAMA:  If we could just take a quick break,

24   I think I only have a few more questions left.

25          MR. HENDERSON:  Okay.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                    September 2, 2008

45

1    Q    Do you have any idea where you contracted it

2    from?

3    A    At work.  And at the time I was assigned to the

4    drug rehab program, and there was multiple inmates that

5    were showing symptoms and diagnosed as having staph

6    infection.

7    Q    And after you were diagnosed with MRSA, how

8    long until you returned to work?

9    A    Approximately two months.

10   Q    Was that the one and only time you've

11   contracted MRSA?

12   A    Yes.

13   Q    I think I probably have asked you this

14   question, but not directly, more in the course of

15   following up on various things that you've testified

16   about.

17        But can you describe for me exactly how

18   crowding impacts your job duties on a daily basis when

19   you're working in the TTA?

20        MR. HENDERSON:  Well, I will object as asked

21   and answered, but I will allow him to answer with the

22   understanding that he's already testified to this fairly

23   extensively.  Go ahead.

24        THE WITNESS:  The amount of inmates and staff

25   correctional officers put into one small space, just the

# PAULSON

## REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                                    September 2, 2008

46

1    safety alone of having that many inmates with one person

2    to watch all the narcotics and sharp instruments and

3    their property, their person.  They just don't have the

4    same agenda as a regular person in there just to get

5    medical help.

6            So the safety and the stress and strain on a

7    regular basis to everyone with that many programs and

8    the noise and stuff going on, the radios.  And when

9    there's emergencies going on, people naturally talk

10   louder as things escalate.  And if you have a whole

11   roomful of people, and their temperament levels are not

12   like ours.  They have anger issues that the normal

13   person has control over.

14           And so you have all that in the back of your

15   mind and all these open instruments and surgical tools

16   and open narcotics and syringes and all that stuff they

17   want.  And there's too many programs and too many people

18   and too many inmates that need to come in to have a safe

19   and secure area.  And that's what my job is, safety and

20   security, and it's very tough to do it.

21   BY MS. TAMA:

22       Q    I'm sorry, this is our third deposition today

23   and I'm not sure if I've asked you this or not, and if I

24   have you can say I've already asked you this.

25           Have you personally observed any out-of-state

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Gary Benson                                          September 2, 2008

51

REPORTER'S CERTIFICATION

1

2

3     I, Dixie L. Cooksey, Certified Shorthand Reporter in

4   and for the State of California, do hereby certify:

5

6     That the foregoing witness was by me duly sworn; that

7   the deposition was then taken before me at the time and

8   place herein set forth; that the testimony and

9   proceedings were reported stenographically by me and

10  later transcribed into typewriting under my direction;

11  that the foregoing is a true record of the testimony and

12  proceedings taken at that time.

13

14    IN WITNESS WHEREOF, I have subscribed my name:

15  September 16, 2008.

16

17

18

19

|s| Dixie L. Cooksey

20                      Dixie L. Cooksey, CSR No. 4375

21

22

23

24

25

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833