# EXHIBITS Y AND Z

# EXHIBIT Y

**Certified Copy**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                NO. 2:90-cv-00520 LKK JFM P
      Plaintiffs,                      THREE-JUDGE COURT
  vs.
ARNOLD SCHWARZENEGGER,
et al.,

      Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~
MARCIANO PLATA, et al.,                NO. C01-1351 TEH
      Plaintiffs,                      THREE-JUDGE COURT
  vs.

ARNOLD SCHWARZENEGGER,
et al.,
      Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ERIC ADELMAN**

September 2, 2008
12:30 p.m.

980 9th Street, Suite 1500
Sacramento, California

Dixie L. Cooksey, CSR No. 4375

**P A U L S O N**

R E P O R T I N G   &   L I T I G A T I O N   S E R V I C E S

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Eric Adelman                                September 2, 2008

9

1      Q      What is your current job title?

2      A      Correctional officer.

3      Q      And what institution are you at?

4      A      The California Medical Facility in Vacaville,

5   mostly known as CMF.

6      Q      And where did you go to high school?

7      A      In Philadelphia.

8      Q      And when did you graduate?

9      A      1976.

10     Q      Did you complete any education since high

11  school?

12     A      Two years of college in Pennsylvania, couple of

13  classes here and there in California in the correctional

14  academy.

15     Q      Have you received any vocational training?

16     A      No.

17     Q      Any other education after high school besides

18  the two years in college?

19     A      Like I said, photo class and things like that,

20  but nothing serious.

21     Q      Have you ever received any medical education?

22     A      No.

23     Q      Have you ever received any medical training?

24     A      Other than CPR, no.

25     Q      Do you have any felony convictions?

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Eric Adelman                                          September 2, 2008

10

1        A    No.

2        Q    What was your -- let me start over.  Did you go

3    to college straight out of high school?

4        A    Yes.

5        Q    And what was your first job after graduating or

6    after you completed the two years of college?

7        A    Well, I worked in an insurance company in

8    San Francisco as a customer service agent, I believe.

9        Q    And how long did you work there?

10       A    Oh.

11       Q    If you can't remember --

12       A    I don't remember.  That's a long time ago.

13       Q    That's fine.  When did you start working for

14   CDCR?

15       A    I started working for the department in 1991 as

16   a supervising cook, and I became a correctional officer

17   in 1993.

18       Q    What institution was that at?

19       A    San Quentin for both positions.

20       Q    And how long were you a correctional officer at

21   San Quentin?

22       A    I went to the academy in January of 1993, and I

23   transferred to CMF in February 1994.

24       Q    And why did you transfer to CMF?

25       A    The commute was 12 minutes versus an hour and a

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Eric Adelman                                    September 2, 2008

47

REPORTER'S CERTIFICATION

1

2

3      I, Dixie L. Cooksey, Certified Shorthand Reporter in

4   and for the State of California, do hereby certify:

5

6      That the foregoing witness was by me duly sworn; that

7   the deposition was then taken before me at the time and

8   place herein set forth; that the testimony and

9   proceedings were reported stenographically by me and

10  later transcribed into typewriting under my direction;

11  that the foregoing is a true record of the testimony and

12  proceedings taken at that time.

13

14     IN WITNESS WHEREOF, I have subscribed my name:

15  September 15, 2008.

16

17

18

19

                    *Dixie L. Cooksey*

20              Dixie L. Cooksey, CSR No. 4375

21

22

23

24

25

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

# EXHIBIT Z

**Certified Copy**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                    NO. 2:90-cv-00520 LKK JFM P
       Plaintiffs,                    THREE-JUDGE COURT
   vs.
ARNOLD SCHWARZENEGGER,
et al.,
       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~
MARCIANO PLATA, et al.,                    NO. C01-1351 TEH
       Plaintiffs,                    THREE-JUDGE COURT
   vs.
ARNOLD SCHWARZENEGGER,
et al.,
       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**RUBEN LEIJA, JR.**

September 4, 2008
9:27 A.M.

980 Ninth Street, Suite 1500
Sacramento, California

Anne Morris, CSR No. 7236

**P A U L S O N**

REPORTING & LITIGATION SERVICES

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

9

1      Q      Did you review any documents to prepare for

2      this deposition?

3      A      No.

4      Q      Did you prepare any notes to help you remember

5      things for your deposition?

6      A      No.

7      Q      Do you keep a diary or journal related to your

8      work at CDCR?

9      A      No.

10     Q      Have you at any time?

11     A      No.

12     Q      What's your full name?

13     A      Ruben Leija, Jr.

14     Q      Where do you currently live?

15            MR. HENDERSON:  I have a concern about that

16     since he is a correctional officer and they are not

17     supposed to disclose their residential addresses.

18            Do you have a problem with telling him what

19     city you live in, or is that too much information also?

20            THE WITNESS:  I would say that's too much

21     information.

22            MR. HENDERSON:  As I understand it, since he's

23     a correctional officer, they are supposed to keep their

24     locations confidential so it doesn't become a matter of

25     knowledge to inmates or released inmates.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

10

1          MR. JACOB:  So it's an objection based on

2   privacy and security concerns?

3          MR. HENDERSON:  Yes.

4   BY MR. JACOB:

5      Q    Is there a particular region of the state that

6   you could identify?

7          MR. HENDERSON:  How about if we ask where he

8   works.  Will that give you what you need?

9          MR. JACOB:  Sure.

10     Q    Where do you currently work?

11     A    I currently work at Chuckawalla Valley State

12   Prison.

13     Q    What's your current job and title?

14     A    Correctional officer.

15     Q    How long have you worked as a correctional

16   officer at Chuckawalla State Prison?

17     A    12 years.

18     Q    Did you work at the California Department of

19   Corrections and Rehabilitation before that?

20     A    No.

21     Q    So your entire tenure at the California

22   Department of Corrections and Rehabilitation -- and I'll

23   short-form that by CDCR -- has been at Chuckawalla State

24   Prison?

25     A    Yes.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                          September 4, 2008

                                  11

1        Q    Did you attend high school?

2        A    Yes.

3        Q    Where did you attend high school?

4        A    In Porterville, California.

5        Q    Did you graduate?

6        A    Yes.

7        Q    When did you graduate?

8        A    In '90.

9        Q    Did you have any education after high school?

10       A    Some college.

11       Q    What college did you attend?

12       A    Porterville College.

13       Q    Was that a community college?

14       A    Yes.

15       Q    Did you graduate or receive some sort of degree

16   from that community college?

17       A    No.

18       Q    Did you have any schooling after that community

19   college?

20       A    No.

21       Q    Did you receive any certificates for any

22   vocational training after community college?

23       A    No.

24       Q    Do you have any criminal convictions?

25       A    No.

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

32

1    or correctional officers exhibit gastrointestinal

2    symptoms after they have eaten food at the institution?

3              MR. HENDERSON:  Objection.  That's vague and

4    ambiguous in terms of time.

5              THE WITNESS:  Can you clarify?

6    BY MR. JACOB:

7         Q    Have you observed or experienced any

8    correctional officers becoming sick as a result of food

9    that they have eaten?

10        A    No.

11             MR. HENDERSON:  I'll just note an objection as

12   calling for a medical opinion.

13   BY MR. JACOB:

14        Q    Have you observed any inmates becoming sick due

15   to the food that they have eaten?

16             MR. HENDERSON:  Same objection.

17             THE WITNESS:  I do not know.

18   BY MR. JACOB:

19        Q    You described staph infections as a

20   communicable disease earlier; is that correct?

21        A    Yes.

22        Q    Can you explain the spread of staph infections

23   that you've observed?

24        A    I've seen and had inmates actually tell me

25   and show me that they got staph infections and they've

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

33

1    gotten them from various places.  They also receive

2    medical chronos from medical staff that they will show

3    us that tells them what they have.  It's not for the

4    public per se, but they will come up and they'll just

5    say, hey, and as I talk to them a little bit, they will

6    just tell me what happened, why they went to medical,

7    stuff like that.

8        Q    What do these inmates tell you about staph

9    infections?

10       A    That it's all over the place.

11       Q    And by that do you mean that the infections

12   spread throughout their body?

13       A    It spreads throughout the inmate population.

14       Q    For a particular individual when they say all

15   over the place, do they mean themselves?

16       A    No.  My understanding is within the housing

17   unit.  They also say they get it from the jails.  "I

18   picked it up in County," is usually what they say.

19       Q    What did they show you?

20       A    Something that like on the last one I seen

21   was on the back of his shoulder.  It resembled a spider

22   bite, and it had something yellow protruding from it.

23   And the reason I sent him to medical was because he was

24   complaining that it was causing him pain.

25       Q    What did you learn from viewing the medical

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

34

1 chronos?

2     A     Really I didn't even -- I can't even really

3 say.  They just show us this pink piece of paper, and

4 they say, "This is what I have."  It's usually a long

5 word that I can't even pronounce.  And they'll say, "I

6 got a staph infection," and they will self-admit it.

7     Q     When you learn that an inmate has a staph

8 infection, what do you do?

9     A     I tell them just don't touch nothing.  And when

10 they approach us, we have our officer station there, I

11 just ask them not to touch any -- where we work and

12 stuff like that.

13    Q     Do you do anything else?

14    A     I'm currently trying to get sanitary wipes

15 for the building, on which a grievance was filed.  A

16 grievance was filed because we have to allow the inmates

17 to use our staff phones.

18    Q     Other than using sanitary wipes and instructing

19 inmates to use caution in touching items, is there

20 anything else that you instruct inmates to do?

21    A     No.

22    Q     You described for the inmate that showed you

23 the mark on the back of his shoulder, for that inmate

24 you explained that you sent them to medical; correct?

25    A     Yes.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                        September 4, 2008

55

1   facilities, have you observed any other problems or

2   effects due to the size of the population?

3       A    It's hard to keep the facilities clean.  The

4   porters are constantly cleaning it.  Regardless of how

5   much they clean it, it seems like it's always a

6   sanitation problem for the facility.

7       Q    In your experience and observation, what is the

8   effect of not having the facilities cleaned?

9       A    I believe --

10          MR. HENDERSON:  Objection to the extent it

11   calls for expert testimony, but I'll allow the answer.

12          THE WITNESS:  I believe it spreads communicable

13   diseases, and it's just unsanitary.

14   BY MR. JACOB:

15       Q    Are there any other problems or effects related

16   to the lack of sufficient restroom facilities?

17          MR. HENDERSON:  Besides the crowding and

18   tension and fights and the cleanliness?

19          MR. JACOB:  Correct.

20          THE WITNESS:  Yes.  It's hard to look inside

21   the cubicles.  We don't have a clear view from the

22   dayroom floor into the cubicles because of the double

23   bunks and the triple bunks.

24   BY MR. JACOB:

25       Q    Based on your observation and experience, what

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

56

1    do you view as the effect of not being able to look

2    inside cubicles?

3        A    It poses many security issues.  We're not able

4    to observe the inmates from the dayroom floor, and we

5    have to walk in two's when we walk through the cubes

6    because there are just too many blind spots, you know,

7    and fights and any other wrongdoing, drugs and stuff

8    like that.

9        Q    Other than the restroom facilities, keeping

10   facilities clean, the fights and looking inside

11   cubicles, are there any other problems or effects from

12   the lack of restroom facilities?

13       A    I've already said the spread of diseases.  I

14   can't think of any others at this time.

15       Q    Did these observations, namely the fights, the

16   spread of communicable disease based on the cleanliness,

17   and the ability to look inside cubicles, did those three

18   things exist when you worked at C-8 and the population

19   was 202 inmates?

20       A    Yes.

21           MR. HENDERSON:  Objection.

22           MR. WAGNER:  292, I believe.

23           THE WITNESS:  292.

24           MR. HENDERSON:  Yes, it misstates his prior

25   testimony.  You said 202.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                      September 4, 2008

                                    57

1    BY MR. JACOB:

2        Q    Let me ask you that same question but with 292

3    inmates.  Would you like me to repeat the question?

4        A    Yes.

5        Q    Were the effects that you identified at D-10,

6    namely fights, the spread of communicable disease due to

7    cleanliness of the restroom facilities, and the lack of

8    the ability to look inside cubicles, were those three

9    factors present when you worked at C-8?

10            MR. HENDERSON:  I'll note an objection.  It's

11   vague and ambiguous.

12            THE WITNESS:  Yes.

13   BY MR. JACOB:

14       Q    Would you say that there were less fights at

15   C-8 when there were 292 inmates versus D-10 when there

16   were 340 inmates?

17       A    No.

18       Q    Would you say that the restrooms were less

19   clean at C-8 than they were at D-10?

20            MR. HENDERSON:  Objection.  Vague and

21   ambiguous.

22            THE WITNESS:  Can you clarify?

23   BY MR. JACOB:

24       Q    You mentioned at D-10 that due to the size of

25   the population it was difficult for the porters to keep

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

58

1    the restrooms clean; is that correct?

2        A    Yes.

3        Q    Was it as difficult for the porters to keep

4    the restrooms clean at C-8 when the population was 292

5    inmates?

6        A    Yes.

7        Q    You described that when you were working at

8    D-10 it's difficult to look inside of the cubicles due

9    to the size of the population, correct?

10       A    Yes.

11       Q    Was it as difficult to look inside cubicles at

12   C-8 when the population was 292 inmates?

13       A    Yes.

14       Q    Other than restroom facilities, you mentioned

15   that another problem was having triple bunks or

16   triple -- what was the term you referred to?

17       A    Triple racks, triple bunks.

18       Q    Just for clarity I'll just refer to it as

19   triple bunks.

20       A    Okay, that's fine.

21       Q    What are the effects or problems that you

22   observed due to inmates being housed on triple bunks?

23       A    There is no room within the cubicles to move

24   around.  The triple bunks are stacked together, are

25   stacked next to each other, and they have a space of

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

59

1    maybe two or three feet from each other.  The triple

2    rack is about three feet from the ceiling, and as you

3    look in, all you see is the triple rack, blankets, the

4    mattress, and it's hard to see in there.  It's hard to

5    observe what's going on in the cubicle.

6        Q    Would you say that there was difficulty

7    observing what was happening at the cubicle at housing

8    unit C-8 when there were 292 inmates?

9        A    Yes.

10       Q    Would you say it was the same difficulty as far

11   as the ability to view cubicles when you were at D-10

12   and there were 340 inmates?

13           MR. HENDERSON:  Objection.  Vague and

14   ambiguous.

15           THE WITNESS:  Could you clarify?

16   BY MR. JACOB:

17       Q    Sure.  You mentioned that one aspect of having

18   triple bunks is that it is difficult for correctional

19   officers to observe what is occurring at the bunks; is

20   that correct?

21       A    Yes.

22       Q    And you've also testified that at C-8 when

23   there were 292 inmates, it is also difficult for

24   correctional officers to observe what is happening in

25   the bunks.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                      September 4, 2008

60

1      A    Yes.

2      Q    Would you say that the level of difficulty in

3   which you're able to view what's happening at those

4   bunks are the same in both C-8 and D-10?

5      A    With the triple racks, it's gotten worse.

6      Q    And what do you mean by it's gotten worse?

7      A    That third rack, it's close to the ceiling now,

8   and it makes it even more difficult to observe anything.

9      Q    Are you referring to D-10 when you're saying it

10   has gotten worse?

11     A    Yes.

12     Q    Other than the restroom facilities and the

13   triple bunks, are there any other effects that you have

14   personally observed due to the size of the population?

15          MR. HENDERSON:  Objection.  Vague and

16   ambiguous.

17   BY MR. JACOB:

18     Q    Do you understand the question?

19     A    Could you clarify?

20          MR. JACOB:  Court Reporter, could you read back

21   that question?

22          MR. HENDERSON:  I think he has asked for a

23   clarification rather than a reread.

24          (Record read as follows:

25          Question:  Other than the restroom facilities

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Ruben Leija, Jr.                                    September 4, 2008

71

REPORTER'S CERTIFICATION

1

2

3      I, Anne Morris, Certified Shorthand Reporter, in

4  and for the State of California, do hereby certify:

5

6      That the foregoing witness was by me duly sworn;

7  that the deposition was then taken before me at the

8  time and place herein set forth; that the testimony

9  and proceedings were reported stenographically by me

10  and later transcribed into typewriting under my

11  direction; that the foregoing is a true record of the

12  testimony and proceedings taken at that time.

13

14      IN WITNESS WHEREOF, I have subscribed my name:

15  September 9, 2008.

16

17

18

19

20                Anne Morris, CSR No. 7236

21

22

23

24

25

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833