# EXHIBITS AA AND BB

# EXHIBIT AA

**Certified Copy**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                    NO. 2:90-cv-00520 LKK JFM P
        Plaintiffs,                    THREE-JUDGE COURT
    vs.
ARNOLD SCHWARZENEGGER,
et al.,
        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~
MARCIANO PLATA, et al.,                    NO. C01-1351 TEH
        Plaintiffs,                    THREE-JUDGE COURT
  vs.
ARNOLD SCHWARZENEGGER,
et al.,
        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**BRENDA M. GIBBONS**

September 4, 2008
1:04 P.M.

980 Ninth Street, Suite 1500
Sacramento, California

Anne Morris, CSR No. 7236

**P A U L S O N**

REPORTING & LITIGATION SERVICES

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

13

1      A      Correct.

2      Q      When you were at Soledad, were you a

3  correctional officer?

4      A      Yes.

5      Q      Did you attend high school?

6      A      Yes.

7      Q      When did you graduate high school?

8      A      1980.

9      Q      And where did you graduate high school?

10     A      Littleton, Massachusetts.

11     Q      Do you have any education after high school?

12     A      Yes.

13     Q      What education do you have after high school?

14     A      I have -- I don't know the exact number of

15  credits, community college in California.

16     Q      Did you obtain a degree from the community

17  college?

18     A      No.

19     Q      When did you stop taking courses at the

20  community college?

21     A      I'm not sure I have.

22     Q      So periodically you take courses from the

23  community college?

24     A      Uh-huh.

25     Q      What is the name of that community college?

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

14

1    A    There is Delta Community College in Stockton

2    and one in Salinas, but I -- Hartnell.

3    Q    Have you received any training to assist you in

4    obtaining a job?

5    A    Yes.

6    Q    What kind of training was that?

7    A    Galt academy.

8    Q    What did that entail?

9    A    832 certification.

10   Q    What is 832 certification?

11   A    Peace officer.

12   Q    And when did you obtain that certification?

13   A    I don't know the date.

14   Q    Would it be before 1994 when you started

15   working at CDCR?

16   A    It would have been while I was at the academy

17   in 1994.

18   Q    Thank you.  Did you speak to anyone concerning

19   this lawsuit other than your attorneys?

20         MR. HENDERSON:   Other than what she has already

21   testified to?

22   BY MR. JACOB:

23   Q    And other than what you've already testified to

24   with respect to Mr. Alexander and other people

25   concerning your deposition.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                September 4, 2008

31

1     Q    In front of you you have another document which

2  has been previously identified as Exhibit C.  It is

3  CCPOA's nonexpert witness list.  Could you take a look

4  at the document and let me know when you're done.

5     A    I'm done.

6     Q    Have you seen this document before?

7     A    I don't believe so.

8     Q    I would like to direct your attention to page

9  2, lines 15 through 17.  Please read that out loud.

10    A    Brenda Gibbons, correctional officer,

11  Salinas Valley State Prison, parentheses, will discuss

12  observations regarding assisting in the delivery of

13  medical care to inmates in an overcrowded environment,

14  parentheses.

15    Q    Is it your understanding that you may testify

16  as to those topics?

17    A    Yes.

18    Q    Do you have personal knowledge concerning those

19  topics?

20    A    Yes.

21    Q    What do you mean by overcrowded environment?

22    MR. HENDERSON:  I'm going to object, because I

23  don't think there has been any testimony that that's her

24  statement that she has prepared for this document.

25    MR. JACOB:  I'll rephrase.

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

32

1          MR. HENDERSON: Thank you.

2    BY MR. JACOB:

3          Q    How would you define the term overcrowded

4    environment?

5          A    An overcrowded environment would be an

6    environment with more people in it than prescribed.

7          Q    Based on your experience and observation, is

8    Building 4 an overcrowded environment?

9          MR. HENDERSON: Which facility?

10         MR. JACOB: Salinas Valley State Prison.

11         THE WITNESS: I am unsure.

12   BY MR. JACOB:

13         Q    When you say you are unsure, what do you mean

14   by that?

15         A    I believe the cells were designed for one

16   inmate per cell, but at the time of construction there

17   was enough bedding for two inmates per cell, so I am

18   unsure.

19         Q    How many inmates per cell are currently housed

20   in Building 4?

21         A    It differs per cell.

22         Q    What's the largest amount of inmates in a cell

23   in Building 4?

24         A    Two.

25         Q    What is the smallest amount of inmates in a

PAULSON

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

33

1    cell?

2         A    One.

3         Q    What are your observations regarding the

4    delivery or assisting in the delivery of medical care to

5    inmates at Building 4?

6              MR. HENDERSON:  Objection.  Overbroad.

7    BY MR. JACOB:

8         Q    Do you understand the question?

9         A    I do.

10        Q    Can you answer the question?

11        A    Do you mean just observations?

12             MR. HENDERSON:  I'll object as calling for a

13   narrative answer.

14   BY MR. JACOB:

15        Q    Going back to Exhibit C, which lists a

16   description of what your testimony may entail, I want

17   to get an understanding of in general what your

18   observations are concerning the assisting of the

19   delivery of medical care.

20        A    Can you rephrase the question?

21        Q    What have you personally observed regarding

22   the assistance of the delivery of medical care in

23   Building 4?

24             MR. HENDERSON:  Objection.  Vague and

25   ambiguous.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                September 4, 2008

49

1        A      I don't know.

2        Q      How many correctional officers are staffed in

3   Building 4 currently?

4            MR. HENDERSON:  I'm going to object as vague

5   and ambiguous.

6   BY MR. JACOB:

7        Q      Do you understand the question?

8        A      Yes.

9        Q      What's your answer?

10       A      You need to be specific to the watch.

11       Q      How many correctional officers work in

12   Building 4 during your watch?

13       A      There are three assigned to the building.

14       Q      When you first started working in Building 4,

15   how many correctional officers were assigned to your

16   watch?

17       A      There were three assigned to the building.

18            MR. JACOB:  I have no further questions.

19            MR. HENDERSON:  Let's go off the record for a

20   couple minutes.

21            (Recess from 2:51 p.m. to 3:02 p.m.)

22   BY MR. JACOB:

23       Q      Do you have any observations concerning the

24   delivery of mental health care to the inmate population

25   housed in Building 4?

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                September 4, 2008

50

1      A      Yes.

2      Q      What are those observations?

3      A      Facility D, Building 4, is a mental health

4   unit.  All the inmates in that unit require a lot of

5   interaction with mental health staff.

6      Q      How does the size of the population affect

7   those interactions?

8      A      It limits the amount of time mental health

9   staff would have with each inmate, and it limits the

10  amount of available space to meet with those inmates.

11     Q      Could you list the effects other than size and

12  space on mental health care that result on the size of

13  the population in Building 4?

14            MR. HENDERSON:  Object as vague and ambiguous.

15  BY MR. JACOB:

16     Q      Do you understand the question?

17     A      No.

18     Q      Other than the amount of time and the available

19  space by which correctional officers can meet with

20  inmates in Building 4, how is the delivery of mental

21  health care affected by the size of the population?

22     A      Correctional officers don't meet with inmates.

23     Q      Please list all of the effects that the size

24  of the inmate population has on the delivery of mental

25  health care in Building 4.

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

51

1          MR. HENDERSON:  Objection to the extent she has

2     already responded as asked and answered.  Also vague and

3     ambiguous.

4     BY MR. JACOB:

5          Q    Do you understand the question?

6          A    Can you repeat the question?

7               (Record read)

8          THE WITNESS:  The more inmates you have, the

9     less time you have to get more inmates to more program,

10    and when there is a lot of inmates say in the gym or

11    overflow areas, it will affect the programming time for

12    mental health, and then it has a snowball effect on the

13    inmate population.

14    BY MR. JACOB:

15         Q    Are there any other effects?

16         MR. HENDERSON:  Objection.  Vague and

17    ambiguous.

18    BY MR. JACOB:

19         Q    Do you understand the question?

20         A    Can you repeat the question?

21              (Discussion off the record)

22              (Record read as follows:

23              Question:  Please list all of the effects that

24              the size of the inmate population has on the

25              delivery of mental health care in Building 4.)

Telephone: 916.446.2700
Facsimile: 916.446.2777

**P A U L S O N**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

52

1           THE WITNESS:  The amount of available space,

2    the amount of inmates that need escorts, the amount of

3    incidents that will take place, the amount of one-on-one

4    time for mental health, the amount of groups by mental

5    health, the amount of people will get to canteen on

6    time, the amount of people who will get packages on

7    time, the amount of laundry service time.  That's all

8    I can remember at this time.

9    BY MR. JACOB:

10          Q    From that list which of those pertain to the

11   delivery of mental health care?

12          A    All of them.

13          Q    How does canteen pertain to delivery of mental

14   health care?

15          A    Mental health, if an inmate doesn't get his

16   canteen and he has a limited ability to understand why

17   he didn't get his canteen, it can cause him to act

18   inappropriately.

19          Q    How does the delivery of packages affect the

20   delivery of mental health care?

21          A    Same answer.

22          Q    How does laundry service affect the delivery of

23   mental health care?

24          A    Same answer.

25          Q    Were all of these effects that you've

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

53

1  identified, did they exist when you first started

2  working in Building 4?

3       A     I want to say yes.

4       Q     Based on your observation, were those effects

5  worse when you first started working in Building 4?

6       A     The observation of what services wouldn't be

7  provided was worse, but the effects of those services

8  was different.

9       Q     How are the effects of those services

10 different?

11      A     When I first started working in Facility D,

12 Building 4, it was not completely a mental health

13 building.

14      Q     At what point did it become completely a mental

15 health building?

16      A     I don't know.

17      Q     Is there anything else for which you expect to

18 testify -- strike that.

19            Is there anything else that you have to share

20 that is listed on page 2, lines 12 and 13, of the

21 initial disclosure document?

22            MR. HENDERSON:  Can I have the question read

23 back, please?

24            (Record read)

25            THE WITNESS:  I do not understand the question.

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Brenda M. Gibbons                                    September 4, 2008

78

REPORTER'S CERTIFICATION

1

2

3        I, Anne Morris, Certified Shorthand Reporter, in

4    and for the State of California, do hereby certify:

5

6        That the foregoing witness was by me duly sworn;

7    that the deposition was then taken before me at the

8    time and place herein set forth; that the testimony

9    and proceedings were reported stenographically by me

10   and later transcribed into typewriting under my

11   direction; that the foregoing is a true record of the

12   testimony and proceedings taken at that time.

13

14       IN WITNESS WHEREOF, I have subscribed my name:

15   September 9, 2008.

16

17

18

19

     |S| _Anne Morris_

20                   Anne Morris, CSR No. 7236

21

22

23

24

25

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

# EXHIBIT BB

Certified Copy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AND THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                   NO. 2:90-cv-00520 LKK JFM P
      Plaintiffs,                          THREE-JUDGE COURT
   vs.
ARNOLD SCHWARZENEGGER,
et al.,
      Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

MARCIANO PLATA, et al.,                   NO. C01-1351 TEH

      Plaintiffs,                          THREE-JUDGE COURT
   vs.
ARNOLD SCHWARZENEGGER,
et al.,
      Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

KEVIN L. RAYMOND

September 4, 2008
4:16 P.M.

980 Ninth Street, Suite 1500
Sacramento, California

Anne Morris, CSR No. 7236

PAULSON

REPORTING & LITIGATION SERVICES

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                    September 4, 2008

                                    12

1          Q     Why did you decide to work at CDCR?

2          A     One of the big motivational factors was the

3    fact that they closed Rancho Seco and I needed a job.

4          Q     Could you describe your duties as a

5    correctional officer when you first started working in

6    Folsom?

7          A     When I first started working at Folsom, I was

8    a permanent intermittent employee, so my duties were

9    basically wherever I was put, whatever shift I was

10   given.  And at that time Folsom State Prison and

11   California State Prison Sacramento was under one

12   administration, so you were subject to work either

13   prison, and as a permanent intermittent employee you

14   worked everywhere, all shifts, so there was no daily

15   routine, if you will.

16         Q     Was that the case for your entire tenure in

17   Folsom?

18         A     Yes.

19         Q     What were your job duties at the women's

20   facility?

21         A     Initially I was still a permanent intermittent

22   employee for approximately the first 12 months there

23   also.  After that I was a vacation relief, filling in

24   behind whoever was on vacation, for approximately 18

25   months.  And after that they made me a holiday relief,

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                      September 4, 2008

13

1    filling in or whoever was on holiday for a minimum of

2    another year.  And after that I finally had a permanent

3    job.  I think the first job they gave me was search and

4    escort officer.

5        Q    Could you list the various posts that you

6    worked on a permanent basis at the women's facility?

7        A    Search and escort officer, visiting, yard,

8    vehicle sally port, and culinary officer, and housing

9    unit floor, and housing unit control booth.

10       Q    Did any of your job duties relate to the

11   assistance in the delivery of mental health or medical

12   care?

13       A    Yes.

14       Q    Could you describe those duties?

15       A    As an S&E and yard officer, we would escort

16   inmates to medical mental health appointments.  When

17   transportation teams were already out and they had to

18   transport somebody to the hospital, we would become

19   transportation officers and transport them out to

20   outside facilities.

21       Q    Search and escort was your first permanent post

22   at the women's facility?

23       A    Yes.

24       Q    When did you start that post?

25       A    I couldn't tell you, to be honest.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                          September 4, 2008

14

1    Q    Do you have any estimate as far as the year?

2    A    Well, let's see.  Five years.  I would say

3  about 1995, somewhere in that year.

4    Q    Do you have an estimate as to when you stopped

5  working as a search and escort?

6    A    I had that job for about a year, and then I

7  moved on to -- I believe my next jobs were culinary and

8  visiting.

9    Q    Do any of the other posts concern the

10  assistance of delivery of medical or mental health care?

11        MR. HENDERSON:  Objection.  Vague and

12  ambiguous.

13  BY MR. JACOB:

14    Q    Do you understand the question?

15    A    I understand the question.  I believe the

16  answer would be, to what you asked, I think every post

17  has that duty and responsibility.

18    Q    From the time that you started working in the

19  search and escort post on a permanent basis to when you

20  left on or about 2003, what were your observations

21  concerning the delivery of medical care?

22        MR. HENDERSON:  Objection.  Relevance.  Vague

23  and ambiguous.

24        THE WITNESS:  Are you asking for an opinion?

25  BY MR. JACOB:

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                    September 4, 2008

15

1    Q    Just your direct observations as to how medical

2    care was delivered.

3    A    It was lousy.

4    Q    Could you explain?

5    A    The staffing wasn't there to provide it.

6    Appointments were always missed.  It was tough to get an

7    inmate in with an appointment even if she had obvious

8    medical or mental health problems.  It would take days,

9    sometimes weeks to get them seen.

10    Q    During your tenure did what you described there

11    as far as the aspects of medical care, did that improve

12    at all?

13    A    No.

14    Q    Did it get worse?

15    A    No, I don't believe it got worse.

16    Q    I would like to fast-forward to 2003.  What was

17    your title then at that time?

18    A    When we closed?

19    Q    Correct.

20    A    I was a yard officer.

21    Q    And in 2003, is that when you started to do the

22    CCPOA business and work on official business?

23    A    Well, I started doing CCPOA business a lot

24    further back than that, but as far as full time, yes.

25    Q    When you started doing CCPOA business full

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                September 4, 2008

16

1   time, did you have any observation of inmates?

2        A    No.

3        Q    And is that the case until present time?

4        A    Yes.

5        Q    I would like to direct your attention to

6   a document which is the CCPOA witness list.  It's

7   been previously marked as Exhibit C.  It was filed on

8   August 1st, '08.  I would like to direct your attention

9   to page 2, lines 24 and 25.  Can you read that passage

10  and let me know when you're done?

11       A    I'm done.

12       Q    Could you read those two lines out loud for the

13  record?

14       A    Kevin L. Raymond, correctional officer,

15  parentheses, will discuss observations regarding

16  staffing and logistics issues, as well as authentication

17  of video footage.

18       Q    Have you seen this document before?

19       A    No, sir.

20       Q    Do you have direct knowledge as to the issues

21  identified in lines 24 and 25 on page 2?

22       A    Yes.

23            MR. HENDERSON:  I'll note an objection as

24  calling for speculation.  You've answered.

25  BY MR. JACOB:

Telephone: 916.446.2700
Facsimile: 916.446.2777

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                          September 4, 2008

17

1    Q    Concerning the portion which asks or which

2    states that you will authenticate video footage, what

3    video footage will be subject to authentication?

4         MR. HENDERSON:  Objection to the extent

5    it calls for attorney-client and work-product

6    communications.  I don't think we're obligated to

7    disclose what will be presented at trial at this point

8    in the case, so I will instruct him not to answer.

9    BY MR. JACOB:

10   Q    Do you have any understanding other than what

11   you've discussed with your attorneys as to video

12   footage?

13   A    I don't understand that question.

14        MR. JACOB:  Could we go off the record just for

15   a second?

16        (Discussion off the record)

17   BY MR. JACOB:

18   Q    Are you aware, based on your personal knowledge

19   and outside of anything that your attorneys have

20   discussed with you, of any videos that you will testify

21   about at trial?

22   A    No.

23   Q    On lines 24 and 25 of the same exhibit, it

24   states that you will discuss observations regarding

25   staffing.  Can you explain that topic?

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                          September 4, 2008

                                   18
1            MR. HENDERSON:  Objection.  Vague and
2    ambiguous.  To the extent it calls for attorney-client
3    communications, I will instruct him not to answer.  But
4    he can answer with those limitations in mind.
5    BY MR. JACOB:
6        Q    Do you understand the question that's still
7    pending?
8        A    No.
9        Q    Aside from any discussions that you've had with
10   your attorneys, what --
11           MR. HENDERSON:  Counsel, maybe I could expedite
12   this thing.  Let's go off the record for a second.
13           (Discussion off the record)
14   BY MR. JACOB:
15       Q    What are your current job duties?
16       A    My current job duties are as a liaison between
17   CCPOA and the Office of Facilities Management where I
18   review staffing packages on new proposals as far as
19   construction and plans on new construction.  Blueprints
20   probably may be a better term.
21       Q    Do you have any other duties in your concurrent
22   capacity?
23       A    As added, I guess would be -- you know, it's a
24   little deeper than just those two things.  Whenever
25   something is requested of me, I do it.

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond

September 4, 2008

19

1    Q    In your current capacity, do you have any tasks

2    related to the staffing at institutions?

3    A    New construction, I assist the -- or have

4    assisted the facility captains that are tasked with

5    establishing staffing packages for new construction.

6    Q    How do you assist in establishing staffing

7    packages?

8    A    I'm trying to be delicate here.  Even though

9    I am a correctional officer, everybody's levels of

10    expertise are different, and even though these are

11    custody captains, some of them are not up to speed on

12    staffing formulas and things of that nature, so I have

13    assisted them in developing these packages.  Some are

14    quite apt at it and some are not.

15    Q    What's entailed in such advice?

16    A    The actual funding formula for a custody

17    position, unlike most jobs in a prison, you know, it's

18    seven days a week, 365 days a year, three shifts, and

19    there are actual formulas that derive the normal

20    five-day-a-week officer, the day-off relief officer, the

21    training, bereavement leave, sick time, holiday time,

22    vacation time.  It's all done by formula.

23    When the package is developed, in a staffing

24    package you can't just put, if you will, a 1 next to a

25    control both.  It is actually a 1.74 for every shift

**PAULSON**

**REPORTING & LITIGATION SERVICES, LLC**

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833

Kevin L. Raymond                                    September 4, 2008

43

REPORTER'S CERTIFICATION

I, Anne Morris, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name: September 9, 2008.

/s/ *Anne Morris*
Anne Morris, CSR No. 7236

**PAULSON**

REPORTING & LITIGATION SERVICES, LLC

www.paulsonreporting.com

Telephone: 916.446.2700
Facsimile: 916.446.2777

2151 River Plaza Drive
Suite 300
Sacramento, CA 95833