**EXHIBIT MM**

State of California                                                                 Department of Corrections

# Memorandum

Date : March 2, 2001

To :  Wardens
       Health Care Managers
       Chief Psychiatrists

Subject : **TRANSFER TIME FRAMES FOR INMATES IN THE MENTAL HEALTH SERVICES DELIVERY SYSTEM**

In accordance with a court order, filed January 3, 2001, in *Coleman v. Davis*, the California Department of Corrections (CDC) must transfer inmates included in the Mental Health Services Delivery System (MHSDS) within specified time frames. The Department must comply with these time frames by May 1, 2001. These time frames are outlined in "TIMELINES FOR THE TRANSFER OF MHSDS INMATES," (Attachment A) and specify the timelines allowed for the transfer of MHSDS inmates at various levels of care (LOC). As noted on Attachment A (Items: 3-6), inmates requiring Mental Health Crisis Bed care (MHCB) must be transferred within 24 hours of identification and inmates requiring placement into a Department of Mental Health (DMH) treatment program must be transferred within 72 hours of acceptance. These placements will always require emergency transfer via special transport and Teletype authorization from the Classification Service Unit (CSU). Additionally, MHSDS inmates who are inappropriately transferred to institutions that would be considered a "heat risk," Attachment A (Items 10-11), (Calipatria State Prison [CAL], Centinela State Prison [CEN], Ironwood State Prison [ISP], Chuckawalla Valley State Prison [CVSP] or the California Correctional Center [CCC]), will be returned to the sending institution, via the next scheduled CDC Transportation (or special transport if required). Such returns shall occur within 30 days of receipt for CCCMS inmates and 21 days of receipt for EOP inmates, (see D. Tristan/S. Steinberg M.D July 25, 2000, memo "MENTAL HEALTH DOCUMENTATION REQUIREMENTS FOR INMATE TRANSFERS").

For all other MHSDS transfers involving Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) inmates, the following procedures will be implemented immediately.

**MHSDS Priority Transfer List**

All inmates included in the MHSDS who require placement in a CDC treatment program will be given priority processing and transfer status. Custodial staff will be notified that an inmate requires priority processing via a MHSDS Priority Transfer List (PTL), (see Attachment B), that will be maintained and updated daily by institutional health care

staff. Information provided on the PTL must include, at a minimum, the following information:

- Inmate's name;
- CDC Number;
- Housing Unit, assignment;
- Referral Date (i.e. the date clinical staff complete the Mental Health Placement chrono and the inmate is referred for inclusion into the MHSDS);
- Inmate's LOC;
- Transfer Deadline (based on LOC);
- The actual date the inmate transfers to the treating institution;
- Number of days from date of referral until transfer date;
- Basis for transfer delay and delay codes, if any, (Attachment B2); and
- Historical record (Attachment B3) of inmates previously included on PTL who have transferred. (The institution's Health Care Records staff will maintain this historical record for 24 months following the inmate's departure).

(Note: Instructions for completion/updating of the daily MHSDS PTL are provided in Attachment B1.)

Institutional health care staff are currently utilizing the Mental Health Tracking System (MHTS) to record, document and report Coleman required data elements. A majority of the MHSDS Priority Transfer List information (Attachment B) and the Historical Record of Transferred MHSDS Inmates (Attachment B3) are currently being collected in the MHTS with the exception of most data elements listed on Attachment B2, (Basis for Transfer Delays and Delay Codes). Efforts are currently underway to facilitate the inclusion of these data elements for collection and reporting via the MHTS. This enhancement is expected to be completed, and implemented prior to May 1, 2001. An updated version of MHTS and Instructions will be sent to all institutions to generate the required PTL by mid-March.

Before an inmate's priority status can be established, it will be necessary for mental health clinical staff to complete a clinical evaluation of the inmate and a Mental Health Placement chrono. Once this evaluation is completed and it has been determined that the inmate requires CCCMS or EOP services, institution health care staff will enter the inmate's relevant information into the PTL. Institution health care staff will update the PTL daily and provide copies to the institution's Warden, Health Care Manager (HCM), Chief Psychiatrist, Associate Wardens, Classification and Parole Representative (or Correctional Counselor III in Reception Centers [RCs]), Senior Psychologist, Case Records Manager (CRM), Health Care Administrator, and Health Records Supervisor.

Institution CRMs must liaison with Health Records Supervisor to ensure that the Central File (C-File) and medical files for <u>all</u> parole violators returned to Reception Centers (RCs) shall be requested expeditiously. The CRMs of Case Records-North and Case Records-South shall ensure that requested C-Files and medical files are shipped to the RCs as mandated. Cases identified as EOP and CCCMS cases shall be given top priority for expedited handling.

**Processing Timelines**

In order to ensure the timely processing and transfer of MHSDS inmates, institution Wardens must ensure priority access to inmates by medical and mental health clinicians, and Health Care Managers must commit to completing all necessary health care evaluations/assessments in a timely fashion. Additionally, the expedited court ordered transfer process will require the cooperative and coordinated involvement of multiple institutional staff and units. Delays in the completion of tasks specific by one unit will impact the ability of other institution units to ensure the timely transfer of MHSDS inmates. Therefore, immediately after health care staff refer an inmate for placement into a CCCMS or EOP program, the following processing timelines are being established.

**Reception Centers**

| Day | Critical Functions | Responsible Supervisors/Managers |
|---|---|---|
| 1 | Health care staff (i.e. MHTS designated support staff) complete daily update of PTL to include newly identified CCCMS or EOP inmates and/or those inmates whose LOC has changed. Additionally, health care staff will review the Daily Movement Sheet (DMS) every day to identify MHSDS inmates who have transferred. Health care staff will then delete these inmates from the PTL within two working days. | Health Care Manager<br>Health Administrator<br>Health Records Supervisor<br>RC Senior Psychologist Supervisor |
| 2 | Clinical staff complete CDC Form 128C, *Mental Health Placement Chrono*, and forward to Medical Records for placement in Unit Health Record (UHR). A copy for the C-File is forwarded to Case Records staff. | Chief Psychiatrist<br>Chief/Senior Psychologist or designee |
| 21 | All remaining medical/mental health/ disability placement documentation is completed, including CDC Form 128C1, | Health Care Manager<br>Chief Medical Officer<br>Clark Psychologist |

|    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |                                                              |
|----|---|---|
|    | *Chrono-Medical Clearance/Restrict info; Reception Center*, (or CDC Form 128C1-A in women's prisons); CDC Form 1845, *Inmate/Parolee Disability Verification*, if required; CDC Form 128C2, *Recommendation for Adaptive Support*; and CDC Form 128C. | |
| 23 | All CDC Form 128C/128C2s and CDC Form 1845s are delivered to institution's Case Records | Health Care Manager<br>Health Records Supervisor |
| 25 | All relevant medical/mental health/disability placement documentation are filed in inmate's C-File | Case Records Manager |
| 32 | Correctional Counselor (CC) I ensures that all chronos are in the file, completes case workup, and submits for supervisor review | CC II |
| 35 | CCII/III review and approve case workup and submit for CSR review | Associate Warden |
| 42 | CSR completes case review and endorsement action | Chief, Classification Services Unit |
| 48 | CCIII shall request bus seat or special transportation as required. Institutions must "call in" EOP and CCCMS bus seat requests to the Transportation Unit (TU) utilizing the normal call in process. This must occur each Tuesdays prior to 10:30 a.m. During the "call in" process, inmate EOP or CCCMS status must be noted in the "Security" column. Upon obtaining bus seat, the CCIII will immediately notify Case Records Manager of inmate's transfer date. | Associate Warden |
| 60 | EOP Inmate is transferred to designated MHSDS program. | Chief, Transportation Unit or sending institution's Warden |
| 90 | CCCMS inmate is transferred to designated MHSDS program | Chief, Transportation Unit or sending institution's Warden |

### General Population

| Day | Critical Functions | Responsible Supervisor/Manager |
|---|---|---|
| 1 | Health care staff complete daily update of PTL to include newly identified CCCMS or EOP inmates and/or those inmates whose LOC has changed. Additionally, health care staff will review the Daily Movement Sheet to identify MHSDS inmates who have transferred. Health care staff will then delete these inmates from the PTL within two working days. | Health Care Manager<br>Health Administrator<br>Health Records Supervisor<br>CCCMS Senior Psychologist Supervisor |
| 2 | Clinical Staff Complete CDC Form 128C and forward to Medical Records for placement in Unit Health Record (UHR). A copy for the C-File is forwarded to Case Records staff. | Chief Psychiatrist<br>Chief/Senior Psychologist or designee |
| 10 | All remaining medical/mental health/ disability placement documentation is completed including CDC Form 1845 (if required); CDC Form 128C2, if appropriate; and CDC Form 128C. | Health Care Manager<br>Chief Medical Officer<br>Chief Psychiatrist |
| 12 | All CDC Form 128C/128C2s and CDC Form 1845s are delivered to institution's Case Records | Health Care Manager<br>Health Records Supervisor |
| 14 | All relevant medical/mental health/disability placement documentation are filed in inmate's C-File | Case Records Manager |
| 16 | CC-I ensures all chronos in file, completes case workup, and prepares case for Classification Committee review and Classification Staff Representative (CSR) referral (includes issuance of CDC Form 128B-1, *Notice of Classification Hearing*) | CCII |

| 25 | Unit Classification Committee (UCC) or Institution Classification Committee (ICC) meets, initiates CDC Form 128G, *Chrono-Classification (Regular)*, referral chrono, for CSR review | Associate Warden |
|---|---|---|
| 35 | CDC Form 128G referral chrono completed, filed and case referred to CSR | C&PR/Case Records Manager |
| 42 | CSR completes case review and endorsement action | Chief, Classification Services Unit |
| 48 | If inter-institutional transfer required, the C&PR requests bus seat or special transportation as required. Institutions must "call in" EOP and TU utilizing the normal call in process. This must occur each Tuesday prior to 10:30 a.m. During the "call in" process, inmate EOP or CCCMS status must be noted in the "Security" column. Upon obtaining bus seat, C&PR will immediately notify CRM of inmate's transfer date. | Associate Warden |
| 60 | EOP inmate transferred to designated MHSDS program | Chief, of Transportation or sending institution's Warden |
| 90 | CCCMS inmate is transferred to designated MHSDS program | Chief, Transportation Unit or sending institution's Warden |

We recognize that the Special Master is requiring the transfer of EOP and CCCMS inmates in 60 and 90 days, respectively. CDC requires that both CCCMS and EOP RC/GP inmates be treated similarly. This will facilitate operational consistency, ensure timely access to MHSDS programs, and ensure compliance with the Special Master's mandates. It should also be noted that the above referenced transfer time frames for CCCMS and EOP inmates may be expedited if "clinically indicated" (Attachment A). However, the Chief of Mental Health Services, or a headquarters based clinician designated by the Chief of Mental Health Services, has the exclusive responsibility for determining when an inmate may be "clinically indicated" to require expedited transfer. (Note: Any determination by the Chief of Mental Health Services that an inmate meets the "clinically indicated" criteria will be documented on a CDC Form 128C, *Mental Health Placement Chrono*, and filed in the inmate's C-File.)

In order to meet the court-ordered transfer deadlines, it is also essential that institutions follow established departmental procedures whenever a MHSDS inmate is being considered for transfer. (For instance, use of nonstandardized/unapproved departmental forms for inmate processing is precluded during RC processing. All RCs must use the Department approved CDC Form 128C1 when processing Parole Violators Returned to Custody [PVRTC], Parole Violators With a New Term [PVWNT], and New Admissions). Deviations from the standardized RC and GP health care, classification, case records, and transportation procedures will require the approval of the responsible headquarters unit (i.e., Classification Services Unit, Case Records Services, Transportation Unit, Mental Health Services, appropriate Health Care Regional, etc.).

The court order does recognize that there will be situations where it will not be possible for the Department to transfer MHSDS inmates within the established time frames. Examples of such delays include cases where the inmate is hospitalized for extended periods, the inmate is out to court for additional proceedings, or the inmate's RC processing is delayed because he or she is pending a revocation hearing (PendRev) by the Board of Prison Terms (BPT). In these situations, institutional classification staff will document the basis for the transfer delay and the length of time caused by the delay on a CDC Form 128B "Informational Chrono." *(For example, a PendRev inmate is returned to CIM-RCC on 3/1/01. On 3/15/01 the inmate is found to require EOP care (Day 1). By 4/9/01 all necessary health care evaluations and documentation have been completed and filed in the C-File [24th day following clinician referral]. On 4/28/01 the inmate's revocation hearing is completed by the BPT and he is revoked for 12 months. The delay associated with the revocation hearing process is 19 days, which is documented by classification staff on a CDC Form 128B. The inmate should be transferred to an appropriate MHSDS facility by 6/3/01 [79th day]).*" The CDC Form 128Bs documenting the basis for transfer delays will be filed in the inmate's C-File; Classification/Case Records staff will also ensure that a copy is forwarded to the institution's Health Care Records Administrator. Health Care staff will utilize the CDC Form 128B information to update the MHSDS PTL.

Should Custody, Classification, or Case Records staff have questions or concerns regarding this issue, they should direct their inquiries to Marilyn Kalvelage, Chief, Institution Operations, Institutions Division, at (916) 323-4108. Health care staff should direct their questions to Dr. Daun H. Martin, Chief Psychologist (A), Mental Health Services, at (916) 327-6345.

LARRY WITEK
Deputy Director (A)
Institutions Division

SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

Wardens
Health Care Managers
Chief Psychiatrists
Page 8

Attachments

cc: Teresa Rocha, Chief Deputy Director
    Susann J. Steinberg, M.D., Deputy Director, Health Care Services Division
    George M. Galaza, Regional Administrator-Central (A)
    Roderick Q. Hickman, Regional Administrator-North
    K. W. Prunty, Regional Administrator-South
    Sandi Grout, Assistant Director, Executive Office
    Michael H. Jaime, Assistant Director, Office of Labor Relations
    Merrie M. Koshell, Assistant Director (A), Office of Community Resources
    Edward S. Alameida, Jr., Assistant Deputy Director, Institutions Division
    Gregory W. Harding, Assistant Deputy Director, Community Correctional Facilities Administration
    Deniece Mayle, Chief (A), Mental Health Services Unit
    Irma Nava, Chief, Health Care Placement Unit
    Regional Administrators, Health Care Services Division
    S. Boreman, Assistant Deputy Director, Health Care Services Division
    Daun H. Martin, PhD, Chief Psychologist (A), Mental Health Services
    Marilyn Kalvelage, Chief, Institution Operations, Institutions Division
    John R. Depue, Chief, Institution Programs, Institutions Division
    Don Custard, Chief Deputy Warden, Security Operations and Maintenance Branch, Facilities and Business Management Division
    Teena Farmon, Interim Chief, Departmental Training
    M. B. Jones, Academy Administrator
    Ombudsmen's Office (7)

Wardens
Health Care Managers
Chief Psychiatrists
Page 10

bcc: Linda Melching, Chief, Inmate Appeals Branch
Pamela A. Prudhomme, Correctional Administrator-Operations,
  Community Correctional Facilities
Dave Robinson, Parole Administrator I, Parole and Community
  Services Division
Facility Captains, Classification Services Unit
Correctional Counselor IIIs, Classification Services Unit
Correctional Counselor IIs, Classification Services Unit

GATES:INPROCESS:(CLG0125H):lk
**CH01-017**

State of California                                                                 Department of Corrections

# Memorandum

Date : JUL 2 5 2000



To : Wardens
Health Care Managers

Subject : MENTAL HEALTH DOCUMENTATION REQUIREMENTS FOR INMATE TRANSFERS

This memorandum will serve to inform you of changes to existing requirements for updating the CDC Form 128-C, *Mental Health Placement Chrono* (MHPC). The intent of this policy is to ensure that staff have accurate, up-to-date information regarding the inmate's Level of Care (LOC) in the Mental Health Services Delivery System (MHSDS) during the classification and transfer process. In addition, this memorandum addresses the need to screen all cases for mental status prior to actual transfer.

- At Reception Centers (RC), the MHPC shall be dated within 90 days of the Classification Staff Representative (CSR) placement action. As inmates usually spend less than 90 days in the RC, updates will not normally be required.

- In all other housing situations, no updates of the MHPC will be required unless there is a change in the LOC or the inmate is being discharged from the MHSDS.

The required documentation is intended to prevent inappropriate endorsements to institutions that cannot provide the MHSDS LOC the inmate requires. It is imperative that institution classification staff continue to consult with the clinician to confirm that there has been no change in the inmate's mental health status. In all situations where an inmate's LOC has changed, the impact on the inmate's current placement must be evaluated through established classification procedures.

It has also come to our attention that there have been several problems associated with inmates being included into the MHSDS subsequent to their endorsement by a CSR. In some instances this has resulted in inmates being inappropriately transferred to an institution that cannot address their mental health needs. In order to ensure that inmates are appropriately placed, institutions are reminded to closely screen all departures to ensure there has been no change in the inmate's mental health status subsequent to CSR endorsement. In situations where the inmate's mental health needs have changed, the case must be reevaluated by institution classification staff and reviewed by a CSR to determine if the inmate requires

Wardens
Health Care Managers
Page 2

alternate placement consideration. Failure to adequately screen departing inmates for changes in their mental health status may result in their immediate return to the sending institution. The receiving institution will contact the Classification Services Unit (CSU) to obtain teletype authorization to return the inmate to the originating facility. The CSU will utilize the teletype process to track the frequency with which institutions are inappropriately transferring inmates with mental health concerns.

Should you have any concerns or questions regarding these issues, please contact Glenn Lavin, Facility Captain, Classification Services Unit, at (916) 322-2544.

DAVID TRISTAN
Deputy Director
Institutions Division

SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

cc: Sandi Grout, Assistant Director, Executive Office
    Michael H. Jaime, Assistant Director, Office of Labor Relations
    Edward S. Alameida, Jr., Assistant Deputy Director Institutions Division
    Gregory W. Harding, Assistant Deputy Director, Parole and
        Community Services Division
    Lewis N. Jones, Regional Administrator-Central
    Roderick Q. Hickman, Regional Administrator-North (A)
    K. W. Prunty, Regional Administrator-South
    Marilyn Kalvelage, Chief (A), Institution Operations, Institutions Division
    John R. Depue, Chief, Institution Programs, Institutions Division
    Teena Farmon, Interim Chief, Departmental Training
    Sylvia Ortiz, Chief (A), Academy Administration
    George Lehman, Chief (A), Classification Services Unit
    Debra Sherman, Chief, Health Care Population Management
    Ken Hurdle, Ombudsman, California State Prison-Corcoran
    Calla Soon-Krupp, Ombudsman (A), High Desert State Prison
    L'Tanya Toney, Ombudsman, Pelican Bay State Prison
    Maria Lucy Armendariz, Ombudsman, Female Prisons

# ATTACHMENT A
# TIMELINES FOR THE TRANSFER OF MHSDS INMATES

|   | From Setting | LOC | To:Setting/LOC | Intra | Inter | Timelines |
|---|---|---|---|---|---|---|
| 1 | RC | CCCMS | GP CCCMS | X | X | Within 90 Days of referral; 60 days of referral if clinically indicated. |
| 2 | RC | EOP | EOP | X | X | Within 60 Days of referral; 30 days if clinically indicated |
| 3 | RC | CCCMS/EOP | MHCB | X | X | Within 24 Hours of referral |
| 4* | RC/GP | Any LOC | CMF/DMH (ASH) Eval | | X | Within 72 hours of acceptance |
| 5* | RC/GP | Any LOC | CMC/ASH Eval | | X | Within 72 hours of acceptance |
| 6 | CMC-E | Any LOC | ASH Placement | | X | Within 72 hours of acceptance |
| 7* | RC/GP – CIW, VSPW, CCWF, NCWF | Any LOC | PSH Placement | | X | Within 72 hours of acceptance |
| 8 | GP | CCCMS | EOP | X | X | Within 60 Days of referral; 30 days if clinically indicated |
| 9 | GP | CCCMS/EOP | ML MHCB | X | X | Within 24 Hours |
| 10** | Heat Risk Inst CAL; CEN; ISP; CVSP; CCC | CCCMS | GP CCCMS | | X | Within 30 Days if inappropriately transferred; otherwise 90 days of referral or within 60 days if clinically indicated. |
| 11** | Heat Risk Inst CAL; CEN; ISP; CVSP; CCC | EOP | EOP | | X | Within 21 Days if inappropriately transferred; otherwise, 60 days of referral or within 30 days if clinically indicated. |

\* Excludes Saturdays, Sundays and Holidays, ALTHOUGH SUICIDAL AND EMERGENCY ADMISSIONS RECEIVE EXPEDITED PRIORITY; MAY BE ADMITTED WITHIN 24 HOURS and are not placed on waiting list.

\** Inmates on psychotropic medication are priority transfers.

LOC: Level of Care
RC: Reception Center
GP: General Population

Distribution: _____
_____
_____
_____

Prepared by: _____
Date: _____

## ATTACHMENT B
## MHSDS PRIORITY TRANSFER LIST

| Source document: Daily Movement Sheet (DMS) | | | Source document: Mental Health Placement Chrono ([MHP]CDC-128-C) | | | Source document(s): DMS and MHP Chrono 128-C | | Source document: CDC-128-B |
|---|---|---|---|---|---|---|---|---|
| Inmate Name | CDC # | Housing Unit Assignment | Date of Referral | Level-of-Care | Transfer Deadline Date | Actual Transfer Date | Total Days Between Referral and Transfer | Basis for Transfer Delays (See Attachment B2) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# ATTACHMENT B1

## INSTRUCTIONS FOR COMPLETION/UPDATING OF DAILY MHSDS PRIORTY TRANSFER LIST

The following instructions are intended to provide detailed information and standardization in completion of the MHSDS Daily Priority Transportation List (PTL). Steven Cambra, Jr., Director (A), via Susann J. Steinberg, M.D., Deputy Director, Health Care Services, has mandated that immediate steps be taken to insure that each patient referred with a mental health Level of Care must be processed and transferred to the receiving institution on or before the transfer deadline.

Therefore, please follow the simple instructions contained below in completing the PTL.

**INMATE NAME COLUMN:** Enter the inmate's name, last name first, first name last.
*Source: DMS*

**CDC NUMBER COLUMN:** Enter the assigned CDC number for each patient receiving a Mental Health Placement (MHP) with an assigned Level of Care.
*Source: DMS*

**HOUSING UNIT ASSIGNMENT COLUMN:** Enter the assigned housing unit as established by Custody at the time of the MHP.
*Source: DMS*

**DATE OF REFERRAL COLUMN:** Enter the date that is contained on the MHP. This must be the actual Referral Date, which must coincide with the date on the Mental Health Placement Chrono.
*Source: MHP Chrono 128-C*

**LEVEL OF CARE COLUMN:** Enter the Level of Care as established on the Mental Health Placement Chrono. (Examples: CCCMS, EOP)
*Source: MHP Chrono 128-C*

**TRANSFER DEADLINE DATE COLUMN:** In this column, enter the transfer deadline date. For example, CDC has 60 days from the clinical Date of Referral to transfer an EOP inmate (if the inmate does not require clinically directed expedited transfer). Thus, the Transfer Deadline Date would be Date of Referral plus 60 days. (I.e., Referral Date: January 2, 2001 + 60 = Transfer Deadline Date is March 3, 2001.
*Source: MHP Chrono 128-C*

**ACTUAL TRANSFER DATE COLUMN:** Enter the actual date that the inmate was transferred from your facility to obtain MHSDS care. **Do not** enter a date for a housing unit transfer within the same facility (i.e., internal transfers from one RC housing unit to another).
*Source: DMS*

**TOTAL DAYS BETWEEN REFERRAL AND TRANSFER COLUMN:** Enter the total number of days the inmate was retained in the institution from the original date of clinical referral.
*Source: DMS and MHP Chrono 128-C*

**BASIS FOR TRANSFER DELAYS COLUMN:** Enter the code (Attachment B2) that corresponds to the basis for transfer delay (if any).
*Source: CDC-128-B*

# ATTACHMENT B2
# BASIS FOR TRANSFER DELAYS AND DELAY CODES

| CODE # | REASONS TRANSFER DELAYED |
|---|---|
| 1 | Lack of available bus seats |
| 2 | Lack of EOP or CCCMS bed availability |
| 3 | Lockdown delayed medical/MH evaluation(s) |
| 4 | No vacancies at endorsed institution |
| 5 | Inmate has safety concerns (enemies) |
| 6 | Pending MDO/SVP reviews |
| 7 | Prerelease (no transfer with 30 days or less to serve) |
| 8 | IGI review (awaiting 128 B-2) |
| 9 | Awaiting Central or Medical File from Region. |
| 10 | C-File cannot be located/unavailable |
| 11 | Other essential med Chrono's unavail/not located |
| 12 | Inmate Medical Record unavailable |
| 13 | Inmate pending additional health care evaluations |
| 14 | Other |
| | JUSTIFIABLE TRANSFER DELAY |
| 15 | Pending BPT revocation extension hearings |
| 16 | DA Referral |
| 17 | Inmate hospitalized. Non-Psychiatric Admitting Diagnosis |
| 18 | Inmate Out To Court (OTC) |
| 19 | CDC 115(s) pending |
| 20 | Inmate hospitalized. Psychiatric Admitting Diagnosis |
| 21 | Arrived at reception center pending revocation (PendRev) |
| 22 | IM has additional medical needs/requires ongoing medical tx |

The table above is a listing of information to be included on the CDC-128-B documenting the basis for transfer delays. Health Care staff will utilize this information to update the MHSDS PTL.

MHTS CODES: 1-14 = Transfer timelines must still be met.
            15-22 = Existing conditions in which transfers may be delayed.

Distribution: _____

Prepared by: _____
Date: _____

## ATTACHMENT B3
## HISTORICAL RECORD OF TRANSFERRED MHSDS INMATES
FROM: _____ *(date)* TO: _____ *(date)*

| Source document: Daily Movement Sheet (DMS) | | | Source document: Mental Health Placement Chrono ([MHP]CDC-128-C) | | | Source document(s): DMS and MHP Chrono 128-C | | Source document: CDC-128-B |
|---|---|---|---|---|---|---|---|---|
| Inmate Name | CDC # | Housing Unit Assignment | Date of Referral | Level-of-Care | Transfer Deadline Date | Actual Transfer Date | Total Days Between Referral and Transfer | Basis for Transfer Delays Code (See Attachment B2) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

State of California                                            Department of Corrections

# Memorandum



Date : JUL 2 5 2000

To : Wardens
Health Care Managers

Subject : MENTAL HEALTH DOCUMENTATION REQUIREMENTS FOR INMATE TRANSFERS

This memorandum will serve to inform you of changes to existing requirements for updating the CDC Form 128-C, *Mental Health Placement Chrono* (MHPC). The intent of this policy is to ensure that staff have accurate, up-to-date information regarding the inmate's Level of Care (LOC) in the Mental Health Services Delivery System (MHSDS) during the classification and transfer process. In addition, this memorandum addresses the need to screen all cases for mental status prior to actual transfer.

- At Reception Centers (RC), the MHPC shall be dated within 90 days of the Classification Staff Representative (CSR) placement action. As inmates usually spend less than 90 days in the RC, updates will not normally be required.

- In all other housing situations, no updates of the MHPC will be required unless there is a change in the LOC or the inmate is being discharged from the MHSDS.

The required documentation is intended to prevent inappropriate endorsements to institutions that cannot provide the MHSDS LOC the inmate requires. It is imperative that institution classification staff continue to consult with the clinician to confirm that there has been no change in the inmate's mental health status. In all situations where an inmate's LOC has changed, the impact on the inmate's current placement must be evaluated through established classification procedures.

It has also come to our attention that there have been several problems associated with inmates being included into the MHSDS subsequent to their endorsement by a CSR. In some instances this has resulted in inmates being inappropriately transferred to an institution that cannot address their mental health needs. In order to ensure that inmates are appropriately placed, institutions are reminded to closely screen all departures to ensure there has been no change in the inmate's mental health status subsequent to CSR endorsement. In situations where the inmate's mental health needs have changed, the case must be reevaluated by institution classification staff and reviewed by a CSR to determine if the inmate requires

Wardens
Health Care Managers
Page 2

alternate placement consideration. Failure to adequately screen departing inmates for changes in their mental health status may result in their immediate return to the sending institution. The receiving institution will contact the Classification Services Unit (CSU) to obtain teletype authorization to return the inmate to the originating facility. The CSU will utilize the teletype process to track the frequency with which institutions are inappropriately transferring inmates with mental health concerns.

Should you have any concerns or questions regarding these issues, please contact Glenn Lavin, Facility Captain, Classification Services Unit, at (916) 322-2544.

DAVID TRISTAN
Deputy Director
Institutions Division

SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

cc: Sandi Grout, Assistant Director, Executive Office
    Michael H. Jaime, Assistant Director, Office of Labor Relations
    Edward S. Alameida, Jr., Assistant Deputy Director Institutions Division
    Gregory W. Harding, Assistant Deputy Director, Parole and
        Community Services Division
    Lewis N. Jones, Regional Administrator-Central
    Roderick Q. Hickman, Regional Administrator-North (A)
    K. W. Prunty, Regional Administrator-South
    Marilyn Kalvelage, Chief (A), Institution Operations, Institutions Division
    John R. Depue, Chief, Institution Programs, Institutions Division
    Teena Farmon, Interim Chief, Departmental Training
    Sylvia Ortiz, Chief (A), Academy Administration
    George Lehman, Chief (A), Classification Services Unit
    Debra Sherman, Chief, Health Care Population Management
    Ken Hurdle, Ombudsman, California State Prison-Corcoran
    Calla Soon-Krupp, Ombudsman (A), High Desert State Prison
    L'Tanya Toney, Ombudsman, Pelican Bay State Prison
    Maria Lucy Armendariz, Ombudsman, Female Prisons