# EXHIBITS NN - OO

**EXHIBIT NN**

Deposition of Ralph Coleman taken on December 13, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 2:90-cv-00520 LKK JFM P |
| ARNOLD SCHWARZENEGGER, et al., | ) | THREE-JUDGE COURT |
| Defendants. | ) | |
| MARCIANO PLATA, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. C 01-1351 TEH |
| ARNOLD SCHWARZENEGGER, et al., | ) | THREE-JUDGE COURT |
| Defendants. | ) | |

--oOo--

DEPOSITION
OF
RALPH COLEMAN

Thursday, December 13, 2007

--oOo--

Reported by:  STACY A. MARSALA, CSR License No. 10832

Vine, McKinnon & Hall (916) 371-3376

Deposition of Ralph Coleman taken on December 13, 2007

Page 2

```
1                    A P P E A R A N C E S

2    For the Plaintiffs:

3                    JANE KAHN, ESQ.
                ROSEN, BIEN & GALVAN, LLP
4          315 Montgomery Street, Tenth Floor
                San Francisco, CA 94104
5

6    For the Defendants:

7          MISHA D. IGRA, Deputy Attorney General
                  State of California
8                Department of Justice
            Office of the Attorney General
9                  1300 I Street
                Sacramento, CA 95814
10

11   For the Intervenor:

12
            DAN ACKERMAN, Deputy District Attorney
13            The District Attorney's Office
                  County of Riverside
14                4075 Main Street
                Riverside, CA 92501
15

16
     Also Present:  Dennis B. Ronk, the Videographer
17

18

19                    --oOo--

20

21

22

23

24

25
```

Vine, McKinnon & Hall (916) 371-3376

418f4751-9020-4372-b12d-e8f9f491f5a4

Deposition of Ralph Coleman taken on December 13, 2007

Page 5

1         THE VIDEOGRAPHER:   The court reporter may swear

2    the witness.

3                        --oOo--

4                   RALPH COLEMAN,

5    having been first duly sworn, was examined and testified

6    as follows:

7

8              EXAMINATION BY MS. IGRA

9    Q.   Good morning.

10    A.   Good morning.

11         MS. IGRA:   For the record, the parties have

12    agreed that all medical and mental health information

13    Mr. Coleman is subject to an amended modified protective

14    order entered in Coleman versus Schwarzenegger, as well as

15    all applicable state and federal laws governing privacy,

16    and we are in agreement that the CCPOA, the correctional

17    officers union, has not signed off on that protective

18    order.  And for that reason, none of Mr. Coleman's private

19    information will be shared with that intervenor.

20         THE WITNESS:  Okay.

21    Q.   (By Ms. Igra)  Good morning.

22         MS. KAHN:  Excuse me, Misha.  So are we under

23    agreement that the transcript and the videotape will be

24    kept under seal?

25         MS. IGRA:  It will be provided to the parties in

Deposition of Ralph Coleman taken on December 13, 2007

Page 6

1    the action who have accepted the terms of the amended

2    modified protective order, but it will not be provided to

3    the one intervenor who has not.  Other than that, it will

4    not be disseminated.

5            MS. KAHN:   Thank you.

6        Q.    (By Ms. Igra)   Good morning.

7        A.    Good morning.

8        Q.    Have you ever had your deposition taken before?

9        A.    No, I haven't.

10       Q.    There's just a few admonitions we need to start

11   off with.

12       A.    Okay.

13       Q.    This is a process that proceeds by question and

14   answer.  Everything that we say will be taken down by a

15   court reporter, and there is also a videotape running.

16   You will be provided with a copy of the transcript.  You

17   will have an opportunity to review the transcript and make

18   any changes to the transcript that you feel are necessary.

19           Recognize, however, that if you do make changes

20   to the transcript, that I am permitted to comment that on

21   one day you said one thing and on another day you said

22   something else.  And for that reason, it is very important

23   that you think about your answers and you provide them as

24   completely and honestly as you can today.

25           Do you understand that?

418f4751-9020-4372-b12d-e8f9f491f5a4

**Deposition of Ralph Coleman taken on December 13, 2007**

CERTIFICATE OF REPORTER

I, STACY A. MARSALA, a Certified Shorthand

Reporter, hereby certify the witness in the foregoing

deposition,

RALPH COLEMAN,

was duly sworn by me to testify to the truth, the whole

truth, and nothing but the truth in the within-entitled

case; that said deposition was taken at the time and place

therein named; that the testimony of said witness was

reported by me, a duly certified shorthand reporter and a

disinterested person, and was thereafter transcribed into

typewriting.

I further certify that I am not of counsel or

attorney for either or any of the parties to said

deposition, nor in any way interested in the outcome of

the cause named in said caption.

In witness whereof, I have hereunto set my hand

this 18th day of December, 2007.

*Stacy A. Marsala*

Stacy A. Marsala

Certified Shorthand Reporter

License No. 10832

88

**Vine, McKinnon & Hall (916) 371-3376**

**EXHIBIT OO**

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[2]

**ROSEN, BIEN & GALVAN, LLP**
ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[3]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[4]
THOMAS NOLAN
LORI RIFKIN[5]
LOREN STEWART
KENNETH WALCZAK[6]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

January 2, 2008

Stacy A. Marsala
Vine, McKinnon & Hall
2959 Promenade Street, Suite 200
West Sacramento, CA 95691

> Re: Deposition Transcript of Ralph Coleman, C-09970
> *Coleman v. Schwarzenegger*
> Date Taken: December 13, 2007
> VM & H File No.: 07-468
> Our File No. 489-3

Dear Ms. Marsala:

The following are changes and/or corrections to the transcript of Ralph Coleman's deposition taken on December 13, 2007:

Page 19, L: 3: Add: after "San Quentin", the following: "for non-disciplinary reasons."

Page 19, L: 10: Add: after "seg", the following: "for non-disciplinary reasons."

Page 24, L. 23: Delete: "The first time and"

Page 25, L. 14: Delete: "Yes". Add: "No."

Page 25, L. 17: Add: before "seven man dorm", the following: "In 1979 I was not housed in a dorm but I saw a."

Page 56, L. 20: Delete: "No, I did not." Add: "Yes."

Page 57, L. 19: Delete: "No, I did not." Add: "Yes."

Page 57, L. 24-25: Delete: "I haven't seen them since that time. That's the reason why." Add: "Yes, Dr. Schwimmer."

Page 58, L. 3: Delete: "not."

Page 58, L. 21: Delete: "No." Add: "I believe I did."

MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
OF COUNSEL
MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

Stacy A. Marsala
January 2, 2008
Page 2

Page 69, L. 24: Add: after "sometimes.", the following, "However, in the summer of 2006, my building was locked down for approximately 45 to 60 days."

Page 79, L 8: Add: after "he said", the following, "that my medication was to be administered HS, at hour of sleep."

Please feel free to contact me with any questions regarding these changes.

Sincerely yours,

ROSEN, BIEN & GALVAN, LLP

By: Jane E. Kahn

JEK:
Cc:    Misha Igra
       Lisa Tillman
       Coleman Co-counsel

## PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On January 2, 2008, I served the following document:

**PLAINTIFFS' CHANGES AND/OR CORRECTIONS TO THE TRANSCRIPT OF RALPH COLEMAN'S DEPOSITION TAKEN ON DECEMBER 13, 2007**

I served the documents on the persons listed below, as follows:

| [ ] | **By messenger service**. I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ X ] | **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery**. I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**All documents were sent to the following persons in the following manner:**

**By United States Mail**

| | |
|---|---|
| Lisa A. Tillman<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 95814 | Paul B. Mello, Esq.<br>Hanson, Bridgett, Marcus, Vlahos & Rudy,<br>LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| Lead Counsel for County Intervenors<br>Ann Miller Ravel<br>Theresa Fuentes<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 | Republican Assembly and Senate Intervenors<br>Steven S. Kaufhold<br>Akin, Gump Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| California Correctional Peace Officers'<br>Association (CCPOA) Intervenors<br>Ronald Yank<br>Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel<br>Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403 |
| District Attorney Intervenors<br>Rod Pacheco<br>Charles Hugues<br>District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | California Sheriff, Probation, Police Chief<br>and Corrections Intervenors<br>Jones & Mayer LLP<br>Martin J. Mayer<br>Michael R. Capizzi<br>Kimberly Hall Barlow<br>Elizabeth R. Feffer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 2nd day of January, 2008 at San Francisco, California.

Sofia Millham