EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF FILING SEALED DOCUMENT**<br><br>**To: Three-Judge Panel** |

//

- 1 -

DEFS.' MIL # 9 TO EXCLUDE EXPERT REPORTS DRAFTED BY ATTORNEYS
(CASE NOS. 90-00520; 01-1351)

1646326.1

TO PLAINTIFFS MARCIANO PLATA AND RALPH COLEMAN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Arnold Schwarzenegger, et al., hereby file under seal Exhibit J, an excerpt of the transcript of the deposition of Craig Haney. This Exhibit J is proffered in support of Defendants' Motion in Limine Number ….. The transcript of this deposition was sealed in accord with the protective orders to maintain patient confidentiality and to maintain the confidentiality of the reports of the Office of Inspector General, entered on January 12, 2007 and May 27, 2008, respectively, in the matter of *Coleman v. Schwarzenegger*, Case No. Civ S 90-0520 LKK-JFM P. Because Exhibit J is excerpted from a deposition transcript that may be subject to these protective orders, Defendants respectfully request the excerpt contained in this Exhibit J be filed under seal.

DATED: October 21, 2008        HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL MELLO
Attorneys for Defendants Arnold Schwarzenegger, et al.

DATED: October 21, 2008        EDMUND G. BROWN JR.
Attorney General for the State of California

By: /s/ Lisa Tillman
LISA TILLMAN
Deputy Attorney General
Attorneys for Defendants Arnold Schwarzenegger, et al.