| | |
|---|---|
| EDMUND G. BROWN JR. | HANSON BRIDGETT LLP |
| Attorney General of the State of California | JERROLD C. SCHAEFER - 39374 |
| DAVID S. CHANEY | PAUL B. MELLO - 179755 |
| Chief Assistant Attorney General | S. ANNE JOHNSON - 197415 |
| ROCHELLE C. EAST | SAMANTHA D. TAMA - 240280 |
| Senior Assistant Attorney General | RENJU P. JACOB - 242388 |
| JONATHAN L. WOLFF | 425 Market Street, 26th Floor |
| Senior Assistant Attorney General | San Francisco, CA 94105 |
| LISA A. TILLMAN, SBN 126424 | Telephone: (415) 777-3200 |
| KYLE A. LEWIS, SBN 201041 | Facsimile: (415) 541-9366 |
| Deputy Attorneys General | jschaefer@hansonbridgett.com |
| 1300 I Street, Suite 125 | pmello@hansonbridgett.com |
| P.O. Box 944255 | ajohnson@hansonbridgett.com |
| Sacramento, CA 94244-2550 | stama@hansonbridgett.com |
| Telephone: (916)327-7872 | rjacob@hansonbridgett.com |
| Fax: (916)324-5205 | |
| Email: Lisa.Tillman@doj.ca.gov | |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | No. C 01-1351 TEH |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

///

///

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Protective Orders dated 1/11/07, 5/23/08, and 6/26/08)