**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
            **Coleman, et al. v. Schwarzenegger, et al.**
            **USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
            **Plata, et al. v. Schwarzenegger, et al.**
            **USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 21, 2008**, I served the attached **NOTICE OF FILING DOCUMENT UNDER SEAL, MODIFIED PROTECTIVE ORDER DATED 1/11/07, ORDER ON MOTION TO COMPEL PRODUCTION DATED 5/23/08, ORDER DATED 6/26/08, SEALED DOCUMENT COVER PAGE, EXHIBIT JJ (FILED UNDER SEAL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Sacramento, CA 95814, addressed as follows:

Donald Specter
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710

Michael W. Bien
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Jeffrey L. Bornstein
K & L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Claudia Center
The Legal Aid Society -
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Warren E. George
Bingham, McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111

Richard Goff
Heller, Ehrman, White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104

| | |
|---|---|
| Lead Counsel for County Intervenors<br>Ann Miller Ravel<br>Theresa Fuentes<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 | California Sheriff, Probation, Police Chief and Corrections Intervenors<br>Jones & Mayer LLP<br>Martin J. Mayer<br>Michael R. Capizzi<br>Kimberly Hall Barlow<br>Elizabeth R. Feffer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 |
| California Correctional Peace Officers' Association (CCPOA) Intervenors<br>Natalie Leonard<br>Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Republican Assembly and Senate Intervenors<br>Steven S. Kaufhold<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| District Attorney Intervenors<br>William E. Mitchell<br>Assistant District Attorney<br>Riverside County District Attorney's Office<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel<br>Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403 |
| Paul B. Mello, Esq.<br>Hanson & Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Honorable Stephen Reinhardt<br>United States Courthouse<br>312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 |
| Honorable Lawrence K. Karlton<br>Robert t. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 | Honorable Thelton E. Henderson<br>United States District Court<br>450 Gold Gate Avenue<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 21, 2008**, at Sacramento, California.

| | |
|---|---|
| T. Treichel | /s/ ***T. Treichel*** |
| Declarant | Signature |

30573717.wpd