EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

1    The *Plata* and *Coleman* Defendants Governor Arnold Schwarzenegger, et al.,
2 (Defendants) appeal to the United States Court of Appeal for the Ninth Circuit from the
3 September 25, 2008 order of the Three-Judge Court denying Defendants' Motion for
4 Reconsideration of the Magistrate Judge's August 29, 2008 order. (*Plata* docket no.
5 1515.) The Ninth Circuit has jurisdiction of this appeal under the collateral order
6 doctrine. *UMG Recording, Inc. v. Bertelsmann AG (Napster)*, 479 F.3d 1078, 1088 (9th
7 Cir. 2007).

DATED: October 22, 2008

HANSON BRIDGETT LLP

By: _____
PAUL MELLO
Attorneys for Defendants Arnold
Schwarzenegger, et al.

DATED: October 22, 2008

EDMUND G. BROWN JR.
Attorney General for the State of California

By: _____
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants Arnold
Schwarzenegger, et al.

**DECLARATION OF SERVICE BY OVERNIGHT COURIER**

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **October 22, 2008**, I served the attached

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope with the **ON TRAC overnight courier service**, addressed as follows:

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012
(via overnight mail)

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
(hand delivered)

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814
(via overnight mail)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 22, 2008**, at San Francisco, California.

| R. Panganiban | /S/ R. Panganiban |
|---|---|
| Declarant | Signature |

40280069.wpd