PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN; LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2008** |

1  On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Second Quarter of 2008 to defendants via overnight Federal Express on July 24, 2008. The parties completed their meet-and-confer process on October 2, 2008. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Second Quarter of 2008.

The parties agree to the payment of $298,687.44 in fees and costs incurred during the Second Quarter of 2008.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $298,687.44 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest runs from August 24, 2008 at the rate of 2.12%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $298,687.44 | 2.12% | $17.35 | August 24, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED.

DATED: 10/27/08

_____
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: October 7, 2008

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

# EXHIBIT A

# Coleman v. Schwarzenegger
**Second Quarterly Statement of 2008**
**April 1, 2008 through June 30, 2008**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED FEES | COSTS |
|---|---|---|
| **MONITORING** | $ 268,811.25 | $ 13,482.67 |
| **MONITORING FEES ON FEES** | $ 16,335.75 | $ 57.77 |
| **TOTALS:** | $ 285,147.00 | $ 13,540.44 |

**TOTAL UNDISPUTED FEES AND COSTS**     $ 298,687.44

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Second Quarterly Statement, 2008
April 1, 2008 through June 30, 2008

*Monitoring Work - 489-3*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Paiodin Offer of PLRA Cap For Paralegals | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 344.90 | 344.90 | 258.20 | 31.10 | 0.00 | 226.50 | 117.80 | $ 169.50 | $ 169.50 | $ 19,967.10 | 38,391.75 |
| Jane E. Kahn (JEK) | 421.10 | 419.50 | 135.80 | 48.30 | 6.00 | 81.50 | 332.00 | $ 169.50 | $ 169.50 | $ 56,274.00 | 13,814.25 |
| Ernest Galvan (EG) | 57.30 | 57.30 | 45.50 | 13.20 | 0.00 | 32.30 | 25.00 | $ 169.50 | $ 169.50 | $ 4,237.50 | 5,474.85 |
| Gay C. Grunfeld (GCG) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ 169.50 | $ - | - |
| Thomas Nolan (TN) | 22.20 | 22.20 | 8.40 | 2.10 | 0.40 | 5.90 | 15.90 | $ 169.50 | $ 169.50 | $ 2,695.05 | 1,000.05 |
| Holly M. Baldwin (HMB) | 1.70 | 1.30 | 0.90 | 0.70 | 0.00 | 0.20 | 1.10 | $ 169.50 | $ 169.50 | $ 186.45 | 33.90 |
| Anne Mania (AHM) | 0.20 | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | 0.00 | $ 169.50 | $ 169.50 | $ - | 16.95 |
| Amy E. Whelan (AEW) | 238.60 | 238.30 | 185.00 | 7.30 | 4.10 | 173.60 | 60.60 | $ 169.50 | $ 169.50 | $ 10,271.70 | 29,425.20 |
| Maria V. Morris (MVM) | 8.30 | 8.30 | 8.10 | 0.00 | 0.00 | 8.10 | 0.20 | $ 169.50 | $ 169.50 | $ 33.90 | 1,372.95 |
| Shirley Huey (SH) | 0.20 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 169.50 | $ 16.95 | - |
| Megan R. Lang (MRL) | 17.00 | 16.90 | 3.40 | 0.80 | 0.20 | 2.40 | 14.30 | $ 169.50 | $ 169.50 | $ 2,423.85 | 406.80 |
| F. Nura Maznavi (FNM) | 14.50 | 12.90 | 1.60 | 1.00 | 0.40 | 0.20 | 12.30 | $ 169.50 | $ 169.50 | $ 2,084.85 | 33.90 |
| Kenneth M. Walczak (KMW) | 2.80 | 2.80 | 1.10 | 0.60 | 0.00 | 0.50 | 2.30 | $ 169.50 | $ 169.50 | $ 389.85 | 84.75 |
| Lori B. Rifkin (LBR) | 277.00 | 274.50 | 224.10 | 79.10 | 2.40 | 142.60 | 129.50 | $ 169.50 | $ 169.50 | $ 21,950.25 | 24,170.70 |
| Loren Stewart (LGS) | 0.80 | 0.80 | 0.80 | 0.40 | 0.40 | 0.00 | 0.40 | $ 169.50 | $ 169.50 | $ 67.80 | - |
| Sarah L. Laubach (SML) | 53.30 | 53.20 | 31.30 | 24.50 | 1.90 | 4.90 | 46.40 | $ 169.50 | $ 169.50 | $ 7,864.80 | 830.55 |
| Lisa A. Ells (LAE) | 235.50 | 231.80 | 185.80 | 19.70 | 6.50 | 159.60 | 65.70 | $ 169.50 | $ 169.50 | $ 11,136.15 | 27,052.20 |
| An Tran (ANT) - Law Clerk | 51.40 | 51.40 | 51.40 | 0.00 | 0.00 | 51.40 | 0.00 | $ 169.50 | $ 169.50 | $ - | 8,712.30 |
| LeeAnn Hasting (LEH) - Law Clerk | 94.10 | 94.10 | 81.90 | 0.00 | 0.00 | 81.90 | 12.20 | $ 169.50 | $ 169.50 | $ 2,067.90 | 13,882.05 |
| Sofia A. Millham (SAM) (Market Rate $180) | 315.90 | 291.30 | 222.80 | 51.80 | 4.30 | 166.70 | 120.30 | $ 169.50 | $ 169.50 | $ 16,240.50 | 22,504.50 |
| Katherine Johnson-Silk (KJS) (Market Rate $170) | 220.80 | 209.90 | 177.10 | 94.70 | 3.90 | 78.50 | 127.50 | $ 169.50 | $ 169.50 | $ 17,212.50 | 10,597.50 |
| Katie Richardson (KMR) (Market Rate $170) | 198.90 | 187.90 | 151.40 | 83.80 | 3.80 | 63.80 | 120.30 | $ 169.50 | $ 169.50 | $ 16,240.50 | 8,613.00 |
| Maya Weltman-Fahs (MWF) (Market Rate $170) | 47.00 | 46.00 | 43.50 | 1.60 | 0.00 | 41.90 | 4.10 | $ 169.50 | $ 169.50 | $ 553.50 | 5,656.50 |
| Ritika S. Aggarwal (RSA) (Market Rate $170) | 270.50 | 255.20 | 134.70 | 74.10 | 5.10 | 55.50 | 174.60 | $ 169.50 | $ 169.50 | $ 23,571.00 | 7,492.50 |
| Marisa C. Diaz (MCD) (Market Rate $170) | 1.00 | 1.00 | 0.10 | 0.00 | 0.00 | 0.00 | 1.00 | $ 169.50 | $ 169.50 | $ 135.00 | - |
| Hanuka Roudebush (HR) (Market Rate $160) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 135.00 | $ 160.00 | $ - | - |
| Matthew Harrison (MRH) (Market Rate $160) | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 135.00 | $ 160.00 | $ 40.50 | - |
| **RBG Totals:** | **2896.50** | **2802.00** | **1953.00** | **534.90** | **40.00** | **1378.10** | **1383.90** | | | **$ 215,661.60** | **219,567.15** |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Don Specter (DS) | 1.10 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 169.50 | $ 186.45 | - |
| Steve Fama (SF) | 0.30 | 0.30 | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 169.50 | $ 50.85 | - |
| Ivan Trujillo (IT) | 187.30 | 187.30 | 33.00 | 31.00 | 2.00 | 0.00 | 185.30 | $ 169.50 | $ 169.50 | $ 31,408.35 | - |
| Kelly Knapp (KK) | 1.00 | 1.00 | 0.40 | 0.40 | 0.00 | 0.00 | 1.00 | $ 169.50 | $ 169.50 | $ 169.50 | - |
| Colleen Shaw (CS) | 1.10 | 1.10 | 0.30 | 0.30 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 169.50 | $ 169.50 | - |
| Tobias Smith (TS) (Market Rate $170) | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 169.50 | $ 33.90 | - |
| Sam Weiner (SW) (Market Rate $170) | 52.10 | 52.10 | 4.90 | 4.90 | 0.00 | 0.00 | 52.10 | $ 169.50 | $ 169.50 | $ 7,033.50 | - |
| Rebecca Rees (RR) (Market Rate $170) | 84.50 | 84.50 | 71.80 | 71.80 | 0.00 | 0.00 | 84.50 | $ 169.50 | $ 169.50 | $ 11,407.50 | - |
| Pui Yee Yu (PYY) (Market Rate $170) | 2.60 | 2.60 | 1.90 | 1.90 | 0.00 | 0.00 | 2.60 | $ 169.50 | $ 169.50 | $ 351.00 | - |
| **PLO Totals:** | **330.20** | **330.20** | **112.80** | **110.80** | **2.00** | **0.00** | **328.20** | | | **$ 50,827.50** | **-** |
| **K & L Gates** | | | | | | | | | | | |
| Fred Heather | | | | | | | | | | | 84.75 |
| Ed Sangster | | | | | | | | | | | 8,559.75 |
| Jeff Bornstein | | | | | | | | | | | 1,237.35 |
| Ray Loughrey | | | | | | | | | | | 7,525.80 |
| Timothy Fredricks | | | | | | | | | | | 3,067.95 |
| Linda Woo (Market Rate $300) | | | | | | | | | | | 5,562.00 |
| **K&L Totals:** | **162.00** | **162.00** | **162.00** | **0.00** | **0.00** | **162.00** | **0.00** | | | **$ -** | **26,037.60** |
| **Employment Law Center** | | | | | | | | | | | |
| Claudia Center | 13.70 | 13.70 | 11.94 | 11.94 | 0.00 | 0.00 | 13.70 | $ 169.50 | $ 169.50 | $ 2,322.15 | 0.00 |
| **ELC Hours:** | **13.70** | **13.70** | **11.94** | **11.94** | **0.00** | **0.00** | **13.70** | | | **$ 2,322.15** | **0.00** |
| **Total Monitoring - All Offices** | **3402.40** | **3307.90** | **2239.74** | **657.64** | **42.00** | **1540.10** | **1725.80** | | | **$ 268,811.25** | **245,604.75** |

235750_1

2nd Quarter 2008

10/7/2008

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees – Second Quarterly Statement, 2008
April 1, 2008 through June 30, 2008

*Fees Work - 489-5*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Office of PLRA Cap For Paralegals | Undisputed Fees | OVR Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 3.70 | 3.70 | 2.50 | 0.00 | 0.00 | 2.50 | 1.20 | $ 169.50 | $ 169.50 | $ 203.40 | $ 423.75 |
| Jane E. Kahn (JEK) | 3.10 | 3.10 | 3.10 | 0.00 | 0.00 | 3.10 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 525.45 |
| Ernest Galvan (EG) | 22.70 | 22.70 | 18.70 | 0.00 | 0.00 | 18.70 | 4.00 | $ 169.50 | $ 169.50 | $ 678.00 | $ 3,169.65 |
| Holly M. Baldwin (HMB) | 1.60 | 1.60 | 0.80 | 0.10 | 0.00 | 0.70 | 0.90 | $ 169.50 | $ 169.50 | $ 152.55 | $ 118.65 |
| Amy B. Whelan (ABW) | 33.10 | 33.10 | 5.20 | 0.00 | 0.00 | 5.20 | 27.90 | $ 169.50 | $ 169.50 | $ 4,729.05 | $ 881.40 |
| Kenneth M. Walczak (KMW) | 14.70 | 13.00 | 8.00 | 1.80 | 0.00 | 6.20 | 6.80 | $ 169.50 | $ 169.50 | $ 1,152.60 | $ 1,050.90 |
| Lori E. Rifkin (LR) | 1.20 | 0.90 | 0.30 | 0.00 | 0.00 | 0.30 | 0.60 | $ 169.50 | $ 169.50 | $ 101.70 | $ 50.85 |
| Pamela Derrico (PD) (Market Rate $190) | 77.60 | 68.80 | 3.80 | 0.00 | 0.00 | 3.80 | 65.00 | $ 135.00 | $ 169.50 | $ 8,775.00 | $ 513.00 |
| Sofia A. Millham (SAM) (Market Rate $180) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 169.50 | $ 16.95 | $ - |
| Katherine Johnson-Silk (KJS) (Market Rate $170) | 1.40 | 1.40 | 1.40 | 0.00 | 0.00 | 1.40 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 237.30 |
| Katie Richardson (KMR) (Market Rate $170) | 1.90 | 1.90 | 1.90 | 0.00 | 0.00 | 1.90 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 256.50 |
| **RBG Totals:** | 161.10 | 150.30 | 45.70 | 1.90 | 0.00 | 43.80 | 106.50 | | | $ 15,809.25 | $ 6,733.65 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Eddie DeGraff (ED) (Market Rate $160) | 2.80 | 2.80 | 2.80 | 2.80 | 0.00 | 0.00 | 2.80 | $ 135.00 | $ 160.00 | $ 378.00 | $ - |
| Ashley Fewell (AF) (Market Rate $150) | 1.10 | 1.10 | 1.10 | 1.10 | 0.00 | 0.00 | 1.10 | $ 135.00 | $ 150.00 | $ 148.50 | $ - |
| **PLO Totals:** | 3.90 | 3.90 | 3.90 | 3.90 | 0.00 | 0.00 | 3.90 | | | $ 526.50 | $ - |
| **Total Fees - All Offices** | 165.00 | 154.20 | 49.60 | 5.80 | 0.00 | 43.80 | 110.40 | | | $ 16,335.75 | $ 6,733.65 |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Second Quarterly Statement, 2008
### April 1, 2008 through June 30, 2008

### Matter: 489-3 (Monitoring)

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 12,511.60 | $ 12,511.60 | $ - | $ - | $ - | $ 12,511.60 |
| Photocopying (outside services) | $ 8,912.66 | $ 8,912.66 | $ - | $ - | $ - | $ 8,912.66 |
| Document Processing/ Management Services | $ 37,045.38 | $ 36,948.77 | $ 250.89 | $ - | $ 347.50 | $ 36,697.88 |
| International Effectiveness - Translation Spanish/English | $ 263.20 | $ 233.20 | $ 103.20 | $ - | $ 133.20 | $ 130.00 |
| Online Research - Pacer | $ 781.36 | $ 781.36 | $ - | $ - | $ - | $ 781.36 |
| Dept of Corrections - Request for Records | $ 200.58 | $ - | $ - | $ - | $ 200.58 | $ - |
| Depositions and Hearings Transcripts & DVD's | $ 982.15 | $ 731.15 | $ - | $ - | $ 251.00 | $ 731.15 |
| Process Service | $ 212.91 | $ 72.91 | $ - | $ - | $ 140.00 | $ 72.91 |
| Mental Health Training | $ 1,280.40 | $ 1,280.40 | $ 212.40 | $ 1,068.00 | $ 212.40 | $ - |
| Postage & Delivery | $ 2,214.36 | $ - | $ - | $ - | $ 2,214.36 | $ - |
| Telephone | $ 374.56 | $ - | $ - | $ - | $ 374.56 | $ - |
| Requests For Coroner's Reports | $ 313.75 | $ - | $ - | $ - | $ 313.75 | $ - |
| Westlaw | $ 2,166.45 | $ 2,166.45 | $ - | $ - | $ - | $ 2,166.45 |
| Telefax | $ 87.00 | $ - | $ - | $ - | $ 87.00 | $ - |
| Travel | $ 7,104.94 | $ 6,353.01 | $ 2,596.80 | $ 1,391.84 | $ 3,348.73 | $ 2,364.37 |
| **RBG Totals:** | $ 74,451.30 | $ 69,991.51 | $ 3,163.29 | $ 2,459.84 | $ 7,623.08 | $ 64,368.38 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house @.20) | $ 849.00 | $ - | $ - | $ - | $ 849.00 | $ - |
| Travel | $ 4,081.34 | $ 1,676.22 | $ 1,676.22 | $ - | $ 4,081.34 | $ - |
| International Effectiveness for letter translation | $ 265.00 | $ - | $ - | $ - | $ 265.00 | $ - |
| Telephone | $ 110.00 | $ - | $ - | $ - | $ 110.00 | $ - |
| Telefax | $ 554.25 | $ - | $ - | $ - | $ 554.25 | $ - |
| Postage & Delivery | $ - | $ - | $ - | $ - | $ - | $ - |
| **PLO Totals:** | $ 5,859.59 | $ 1,676.22 | $ 1,676.22 | $ - | $ 5,859.59 | $ - |
| **K & L Gates** | | | | | | |
| Photocopying (outside) | $ 214.39 | $ 214.39 | $ - | $ - | $ - | $ 214.39 |
| Legal Research (Lexis, Westlaw) | $ 368.86 | $ 368.86 | $ - | $ - | $ - | $ 368.86 |
| Telephone/Conference Calls/FX Line Trans | $ 20.51 | $ 20.51 | $ - | $ - | $ - | $ 20.51 |
| Travel | $ 105.85 | $ 105.85 | $ - | $ - | $ - | $ 105.85 |
| Word Processing | $ 99.98 | $ 99.98 | $ - | $ - | $ - | $ 99.98 |
| Employee OT | $ 300.00 | $ 300.00 | $ - | $ - | $ - | $ 300.00 |
| OT Dinner, Cabs, Parking | $ 14.71 | $ 14.71 | $ - | $ - | $ - | $ 14.71 |
| **K&L Gates TOTALS:** | $ 1,124.30 | $ 1,124.30 | $ - | $ - | $ - | $ 1,124.30 |
| **Total Monitoring Costs:** | $ 81,435.19 | $ 72,792.03 | $ 4,839.51 | $ 2,459.84 | $ 13,482.67 | $ 65,492.68 |

### Matter: 489-5 (Monitoring Fees on Fees)

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Westlaw | $ 135.34 | $ 135.34 | $ - | $ - | $ - | $ 135.34 |
| Online Research - Pacer | $ 37.20 | $ 37.20 | $ 37.20 | $ - | $ 37.20 | $ - |
| Postage & Delivery | $ 20.57 | $ 20.57 | $ 20.57 | $ - | $ 20.57 | $ - |
| Telephone | $ 450.52 | $ 450.52 | $ - | $ - | $ - | $ 450.52 |
| **Total Fees Costs:** | $ 643.63 | $ 643.63 | $ 57.77 | $ - | $ 57.77 | $ 585.86 |
| **TOTAL UNDISPUTED COSTS** | $ 82,078.82 | $ 73,435.66 | $ 4,897.28 | $ 2,459.84 | $ 13,540.44 | $ 66,078.54 |