STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
GALIT A. KNOTZ (SBN 252962) gknotz@akingump.com
TERESA W. WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:   415-765-9501
Attorneys for the Republican Assembly and Senate
Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEARANCE OF TERESA W. WANG** |

1
NOTICE OF APPEARANCE OF TERESA W. WANG

**TO THE CLERK OF THE COURT, AND ATTORNEYS OF RECORD:**

Please take notice that Teresa W. Wang of the law firm of Akin Gump Strauss Hauer & Feld LLP hereby enters her appearance as an additional counsel of record on behalf of the Republican Assembly and Senate Intervenors in the above-captioned case.

Dated: October 29, 2008                                AKIN GUMP STRAUSS HAUER & FELD LLP

                                                       By_____/s/ Steven Kaufhold_____
                                                              Steven Kaufhold

                                                       Attorney for the Republican Assembly and
                                                       Senate Intervenors