EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN–State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS–State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO–179755
S. ANNE JOHNSON–197415
SAMANTHA D. TAMA–240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO FILE DEPOSITION TRANSCRIPT OF RALPH COLEMAN UNDER SEAL**<br><br>To: Three-Judge Panel |

- 1 -

1  Defendants Arnold Schwarzenegger, et al., move the Three-Judge Panel, under
2  Local Rules 79-5 (N.D. Cal.) and 39-141 (E.D. Cal.), for an order directing that the
3  deposition transcript of Ralph Coleman taken on December 13, 2007 be filed under seal.
4  This motion is based on this motion, the attached declaration, and the Court's file in this
5  action.

## MEMORANDUM OF POINTS AND AUTHORITIES
## ARGUMENT

### I. THE DEPOSITION TRANSCRIPT OF RALPH COLEMAN SHOULD BE FILED UNDER SEAL

Defendants move that the Court consider the deposition of Ralph Coleman and any excerpts Defendants intended to introduce at trial be placed under seal in order to protect the confidential information contained therein. The parties, by and through their counsels, agreed at the time of Mr. Coleman's deposition that the deposition would be maintained as a confidential document to protect and maintain Mr. Coleman's confidential mental health information, pursuant to a protective order entered in the *Coleman* case on July 29, 1992, and amended on January 12, 2007. (Decl. Tillman ¶ 5, *Coleman* Docket No. 2109.)

///
///
///

## CONCLUSION

For the foregoing reasons, Defendants request that the deposition transcript and any excerpts Defendants intend to introduce at trial, be filed under seal in order to protect the confidential nature of the information contained in the transcript.

DATED: October 30, 2008

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: October 30, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Lisa Tillman
LISA TILLMAN
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.