EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
KYLE LEWIS, State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LISA A. TILLMAN IN SUPPORT OF DEFENDANTS' MOTION TO FILE UNDER SEAL**<br><br>**To: Three-Judge Panel** |

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to practice in the Northern and Eastern Districts of the United States District Court of California. I am employed as a Deputy Attorney General in the Office of the Attorney General, counsel of record for Defendants in the matter of *Coleman v. Schwarzenegger*, USDC Case No. CV 00520 LKK JFM P. I am competent to testify to the matters set forth in this declaration, and if called on to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to file the deposition transcript of Ralph Coleman under seal.

2. On July 29, 1992, the *Coleman* Court approved the parties' stipulated protective order designating as confidential those materials that identified patients on the mental health caseload within the California Department of Corrections and Rehabilitation. This protective order was amended by the *Coleman* Court on January 12, 2007 to address the use of such information in other proceedings. (*See Coleman* Docket No. 2109.)

3. Paragraphs one and two to the January 11, 2007 order sets forth the types of documents and information that is protected by the order. (*See Coleman* Docket No. 2109 at ¶¶ 1 and 2.)

4. Paragraph seven of the January 11, 2007 order sets forth the criteria for filing documents under seal. (*See Coleman* Docket No. 2109 at ¶ 7.)

5. Ralph Coleman's deposition was taken on December 13, 2007. He was represented by counsel at the deposition. The parties, by and through their counsels, agreed that any mental health information revealed in that deposition would be

deemed confidential and protected by the court's January 11, 2007 order. (*See* Deposition of Ralph Coleman at pp. 5-6, filed under seal.)

6. Defendants intend to cite to excerpts of the deposition for the purposes of introduction at trial. (*See* Decl. Paul Mello re: Submission of Dep. Excerpts, ¶ 4.)

7. Therefore, under paragraph seven of the January 11, 2007 protective order, Defendants respectfully request the Three-Judge Panel order the Deposition of Ralph Coleman be filed under seal to protect the disclosure of confidential mental and medical health information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in Sacramento, California.

/s/ Lisa A. Tillman

LISA TILLMAN