1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5708
   Facsimile:  (415) 703-5843
9  lisa.tillman@doj.ca.gov
   kyle.lewis@doj.ca.gov
10
   Attorneys for Defendants
11

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

12              UNITED STATES DISTRICT COURT

13        FOR THE EASTERN DISTRICT OF CALIFORNIA

14        AND THE NORTHERN DISTRICT OF CALIFORNIA

15   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

18  RALPH COLEMAN, et al.,

19            Plaintiffs,
      v.
20
    ARNOLD SCHWARZENEGGER, et al.,
21
            Defendants.

No. 2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

22  MARCIANO PLATA, et al.,

23            Plaintiffs,

24      v.

25  ARNOLD SCHWARZENEGGER, et al.,

26            Defendants.

No. C01-1351 TEH

**THREE-JUDGE COURT**

**DEPOSITION TRANSCRIPT OF RALPH
COLEMAN FILED UNDER SEAL**

**To:  Three-Judge Panel**

27

28
                                - 1 -
TRANSCRIPT OF RALPH COLEMAN FILED UNDER SEAL (CASE NOS.
90-00520 AND 01-1351)

1646755.1

1  THE DEPOSITION OF RALPH COLEMAN TAKEN ON DECEMBER 13, 2007 HAS

2  BEEN FILED UNDER SEAL. THIS DOCUMENT IS SUBJECT TO A PROTECTIVE

3  ORDER ISSUED BY THE FEDERAL COURT IN THE CASE OF *COLEMAN V.*

4  *SCHWARZENEGGER* AND SHALL NOT BE COPIED OR EXAMINED IN

5  COMPLIANCE WITH THE ORDER.

6

7  DATED:  October 30, 2008                    HANSON BRIDGETT LLP

8

9                                              By: /s/ Paul B. Mello

10                                                 PAUL B. MELLO
                                                   Attorneys for Defendants
11                                                 Arnold Schwarzenegger, et al.

12  DATED:  October 30, 2008                    EDMUND G. BROWN JR.
                                                 Attorney General of the State of California

13

14                                              By: /s/ Lisa Tillman

15                                                 LISA TILLMAN
                                                   Deputy Attorney General
16                                                 Attorneys for Defendants
                                                   Arnold Schwarzenegger, et al.

17

18

19

20

21

22

23

24

25

26

27

28
                                              - 2 -
TRANSCRIPT OF RALPH COLEMAN FILED UNDER SEAL (CASE NOS.
90-00520 AND 01-1351)                                             1646755.1