| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>ROCHELLE C. EAST<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>LISA A. TILLMAN - State Bar No. 126424<br>KYLE A. LEWIS – State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5677<br>Facsimile: (415) 703-5843<br>Lisa.Tillman@doj.ca.gov<br>Kyle.Lewis@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO - 179755<br>S. ANNE JOHNSON - 197415<br>SAMANTHA D. TAMA - 240280<br>RENJU P. JACOB - 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjacob@hansonbridgett.com |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DR. JAMES MARQUART IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>TO: Three-Judge Panel |

# DECLARATION OF DR. JAMES MARQUART

I, James Marquart, declare as follows:

1. I have been retained as an expert witness on behalf of Defendants in this matter. As to the following facts, unless otherwise stated, I know them to be true of my own knowledge and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 2.

2. My September 22, 2008 Supplemental Report filled in gaps and helped me clarify the pertinent issues related to this case with information that I did not possess at the time I drafted my previous reports.

3. I reside in the State of Texas and my family was severely impacted by Hurricane Ike. Specifically, we suffered property damage, lost power for a considerable amount of time, and I was concerned about the possibility of looting. I believe that this unforeseen natural disaster contributed to any alleged delay in the production of my September 22, 2008 Supplemental Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas, Texas, on October ___, 2008.

_____
JAMES MARQUART

1

Declaration of Dr. James Marquart In Supp. of Defs.'  Case No. 90-00520 LKK JFM
Opp. To Pls.' Mot. In Limine No. 2  Case No. C01-01351 TEH