1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN - State Bar No. 126424
   KYLE A. LEWIS – State Bar No. 201041
6  Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-7004
   Telephone: (415) 703-5677
8  Facsimile: (415) 703-5843
   Lisa.Tillman@doj.ca.gov
9  Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA D. TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

10 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF KYLE LEWIS SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>**TO: Three-Judge Panel** |

Decl. Lewis Supp. Defs.' Opp'n Pls.' Mot. In Limine No. 2

Case No. 90-00520 LKK JFM
Case No. C01-01351 TEH

I, Kyle Lewis, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am admitted to practice before the United States District Court of California, Eastern and Northern Districts. I am employed as a Deputy Attorney General with the Office of the Attorney General, attorney of record for the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. Dr. Marquart's Supplemental Report was produced almost two weeks before his deposition and approximately two months before the trial date in this matter. A true and correct copy of the Supplemental Report of Dr. James Marquart, dated September 22, 2008 is attached hereto as Exhibit A.

4. On September 25, 2008, Plaintiffs' expert James Austin produced a Supplemental Report that rebutted Dr. Marquart's Supplemental Report. A true and correct copy of Dr. Ira Packer's Supplemental Report, dated December 10, 2007 is attached hereto as Exhibit B.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in San Francisco, California.

                            //s// Kyle Lewis
                            KYLE LEWIS

DECL. OF LEWIS SUPP. DEFS.' OPP'N. MIL NO. 2     CASE NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH