EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State bar No. 126424
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5843
Lisa.Tillman@doj.ca.gov
Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA TAMA – 240280
RENJU P. JACOB – 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjcob@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF PAUL MELLO REGARDING SUBMISSION OF DEFENDANTS' EXPERT REPORTS** <br><br> TO: Three-Judge Panel |

I, Paul Mello, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted the Northern and Eastern Districts of the United States District Court of California. I am a partner with the firm of Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v.*

-1-

1  *Schwarzenegger*, et al., matter. I submit this declaration to submit Defendants' Expert Witness
2  Reports. I have personal knowledge of the matters set forth in this declaration, and if called upon to do
3  so, would and could competently testify to the matters set forth below.

4      2.    Attached as Exhibit A is a true and correct copy of the Preliminary Expert Report from
5  Gale Bataille, MSW, dated August 15, 2008.

6      3.    Attached as Exhibit B is a true and correct copy of the Rebuttal Report of Gale
7  Batailee, MSW, dated August 27, 2008.

8      4.    Attached as Exhibit C is a true and correct copy of the Preliminary Expert Report from
9  Dr. James Marquart, Ph.D., dated August 14, 2008.

10      5.    Attached as Exhibit D is a true and correct copy of the Rebuttal Report of James
11  Marquart, Ph.D., dated August 27, 2008.

12      6.    Attached as Exhibit E is a true and correct copy of the Supplemental Report of James
13  W. Marquart, Ph.D., dated September 22, 2008.

14      7.    Attached as Exhibit F is a true and correct copy of the Preliminary Expert Witness
15  Report from Ira K. Packer, Ph.D, dated November 8, 2007.

16      8.    Attached as Exhibit G is a true and correct copy of the Expert Report from Ira K.
17  Packer, Ph.D., dated December 10, 2007.

18      9.    Attached as Exhibit H is a true and correct copy of the Addendum Report from Ira K.
19  Packer, Ph.D., dated August 15, 2008.

20      10.    Attached as Exhibit I is a true and correct copy of the Addendum Expert Report from
21  Ira K. Packer, Ph.D., dated October 1, 2008.

22      11.    Attached as Exhibit J is a true and correct copy of the Report from David L. Thomas,
23  M.D., J.D., dated November 9, 2007.

24      12.    Attached as Exhibit K is a true and correct copy of the Addendum to Statement of
25  Opinions from David L. Thomas, M.D., J.D.

26      13.    Attached as Exhibit L is a true and correct copy of the Addendum II to Statement of
27  Opinions from David L. Thomas, M.D., JD, dated September 17, 2008.

28

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in San Francisco, California.

//s// Paul Mello
PAUL MELLO