ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  CIV S-90-0520 LKK JFM P<br><br><u>THREE-JUDGE COURT</u> |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  C01-1351 TEH<br><br><u>THREE-JUDGE COURT</u><br><br>**INTERVENOR COUNTY OF SANTA CLARA'S PROPOSED TRIAL EXHIBIT LIST**<br><br>Trial Date:  November 18, 2008<br>Time:  1:30 p.m.<br>Location:  U.S.D.C. Ceremonial Courtroom |

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List           -1-        CIV S-90-0520 LKK JFM P / C01-1351 TEH

| Exhibit | Title | Bates No. |
|---|---|---|
| A | Fiscal Year 2009 Santa Clara County Recommended Budget | CD Graves/00016 |
| B | August 13, 2008 report to the Board of Supervisors from the Office of Affordable Housing | Graves/ 00018-22 |
| C | December 13, 2007 report to the Board of Supervisors from the Department of Correction Re: Report Back on the Department of Correction Bed Capacities, Closed Housing Units, and Vacancy Rates | Graves/ 00023-30 |
| D | September 14, 2007 report to County Budget Director from the Department of Correction Re: Impact of Imposition of a Cap on State Prisoner Population | Graves/ 00060-62 |
| E | December 13, 2007 report to the Board of Supervisors from the Department of Correction Re: Quarterly Status Report on Expected Housing Revenues | Pena/ 00956-960 |
| F | Fiscal Year 2006 Adult Treatment Cost for the Department of Drug and Alcohol | Graves/ 00052-53 Garner/ 171 |
| G | Santa Clara Valley Health and Hospital System Mental Health Department Fiscal Year 2008 Adult Full Service Partnership Expenses and County Adult Service Teams | Graves/ 00054-55 Pena/00966-967 |
| H | August 11, 2008 email to Harrison from Schneiner Re: Homeless Count | Graves/ 00058-59 |
| I | August 7, 2008 email to Graves from Eovino Re: Department of Correction Housing Report | Graves/ 00056-57 |
| J | Mentally Ill Offender Crime Reduction Grant Program- Adult | Pena/ 00015-48 |
| K | Santa Clara County Mental Health Services Act Three-Year Program and Expenditure Plan, Community Services and Supports Fiscal Years 2005-2006, 2006-2007, 2007-2008 | Pena/ 00093-921 |
| L | Santa Clara County Department of Alcohol and Drug Services Episodes of Care for Fiscal Year 2008 | Garner/ 00162-163 |
| M | Santa Clara County Department of Alcohol and Drug Services Network for the Improvement of Addiction Treatment- Preliminary Baseline Aims Fiscal Year 2007 | Garner/ 00164-170 |
| N | Mentally Ill Offender Crime Reduction Grant Program- Juvenile | Pena/ 00049-78 |
| O | California Department of Correction and Rehabilitation Division of Adult Parole Operations- Mentally Ill Parolee Population Report Dated March 28, 2008 | Pena/ 00948-55 |
| P | Adult Parole Realignment- Mental Health/ Talking Points prepared by Nancy Pena | Pena/ 00961-965 |
| Q | California Department of Correction and Rehabilitation California Prisoners and Parolees 2006 | Garner/ 00011-139 |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List        -2-        CIV S-90-0520 LKK JFM P / C01-1351 TEH

| Exhibit | Title | Bates No. |
|---------|-------|-----------|
| R | Parole Realignment and the 2008-09 Budget | Graves/ 00031-51 |
| S | September 3, 2008 Survey to Counties from Paul McIntosh | CSAC/00610-616 |
| T | County Responses to September 2008 Survey Regarding Likely Impacts of Prison Inmate Release | CSAC/00670-700 |
| U | Declaration of Robert Garner | filed separately |
| V | Declaration of Gary Graves | filed separately |
| W | Declaration of Nancy Pena | filed separately |
| X | Expert Report of Robert Garner | filed separately |
| Y | Expert Report of Gary Graves | filed separately |
| Z | Expert Report of Nancy Pena | filed separately |
| AA | Expert Report of Paul McIntosh | filed separately |
| BB | Supplemental Expert Report of Paul McIntosh | filed separately |

Dated:   October 30, 2008                              Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:         /S/
THERESA J. FUENTES
Deputy County Counsel

Attorneys for Intervenor
County of Santa Clara

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List          -3-          CIV S-90-0520 LKK JFM P / C01-1351 TEH