# EXHIBIT A
# PART 1

# Fiscal Year 2009 Recommended Budget



Submitted by
**Peter Kutras, Jr.**

Prepared by the County Executive's
Office of Budget and Analysis
Gary A. Graves, Assistant County Executive
Leslie Crowell, Budget Director

**Mary Stephens**
Budget Operations Manager
Special Programs
Contingency Appropriation
Criminal Justice Systemwide Costs

**Bruce Medlin**
Budget System Administrator
Budget Publication Process Lead
Finance Agency

**Fran A. Palacio**
Information Services Department
Department of Correction
Office of the Sheriff
Medical Examiner-Coroner
Trial Court Funding
Measure B Program
Finance & Government Operations Committee
Public Safety & Justice Back-up

**Autumn H. Arias**
Social Services Agency
In-Home Supportive Services
Department of Child Support Services
Fire Districts
Children, Seniors & Families Committee

**Claudia Chan**
Department of Alcohol and Drug Services
Children's Shelter/Custody Health Services
Mental Health Department
Public Health Department
Community Outreach Services
Health & Hospital Committee
Children, Seniors & Families Back-up

**Margaret O. Olaiya**
Countywide Contract Administration
Department of Agriculture and
Environmental Managment
Office of the County Counsel
Roads & Airports Department
Department of Parks and Recreation
Housing, Land Use and
Transportation Committee

**Vacant**
Board of Supervisors
Clerk of the Board
Office of the County Executive
Office of the Affordable Housing
LAFCO
Department of Planning & Development
Employee Services Agency
County Library
Housing, Land Use and
Transportation Committee Back-up

**Amy L. Sardella**
Office of the District Attorney
Office of Pretrial Services
Office of the Public Defender
Probation Department
Procurement Department
Registrar of Voters
Public Safety & Justice Committee

**Tommy Nguyen**
Agenda Review Administrator
Board Referral Matrix
County Communications Department

**Jeannie Nguyen**
Facilities and Fleet
Capital Budget
Valley Medical Center
Valley Health Plan
CHIP Reporting
Health & Hospital Back-up
Finance and Government Operations Back-up

**Special Thanks to:**
Donna Caldwell, Caldwell Communication
Ben Slone, Finite Matters Ltd.
Gary Roby, Printing Services

**Printed by Printing Services**

**Cover Design by:**
The Staff of the
Office of Budget and Analysis



# COUNTY OF SANTA CLARA
# ORGANIZATION CHART







**Board of Supervisors**

**Finance and Government**
- Special Programs and Reserves
- Clerk of the Board
- Office of County Executive
- Registrar of Voters
- Measure B Transportation Program
- Information Services
- County Counsel
- Assessor
- County Library
- Facilities/Fleet Department
- County Communications
- Procurement
- Employee Services Agency
- Finance Agency

**Public Safety and Justice**
- Office of the District Attorney
- Public Defender
- Pretrial Services
- Office of the Sheriff
- Department of Correction
- Probation
- Medical Examiner Coroner
- Criminal Justice Systemwide Costs

**Children, Seniors and Families**
- Employment and Benefit Services
- Family and Children's Services
- Aging and Adult Services
- Social Services Agency Office
- Child Support Services

**Health and Hospital Systems**
- SB 12/ Intergov't Transfers
- Public Health
- Mental Health
- Children's Shelter and Custody Health Services
- Alcohol and Drug Services
- Community Health Services
- Children's Health Initiative
- Prop 99 Non-County Hospital & Physician Funds
- Valley Health Plan
- Santa Clara Valley Medical Center

**Housing, Land Use, Environment and Transportation**
- Planning & Development
- Agriculture & Environmental Management
- Parks and Recreation
- Roads
- Airports
- Santa Clara County Fire District
- Los Altos County Fire District
- S. Santa Clara County Fire District



Go to: http://.sccgov.org to find the

FY 2009 Recommended Budget online



# Contents

**FY 2009 County Executive's Budget Message**
.................................................page 1

**Available One-Time Resources and Recommended Allocations**..............page 9

**Overview of General Fund Revenue Trends**.................................page 11

**All Fund and General Fund Summaries**.....page 14

**Historical Analysis of Fund Balance Allocations for the General Fund**...................page 23

**General Fund Discretionary Revenue**......page 23

**Use of Discretionary Revenue**.............page 24

**Board Committee Structure**...............page 25

**Status of Budget Inventory Items Approved in FY 2008**.............................page 27

---

## Section 1: Finance and Government

**Finance and Government Operations**......page 32
Mission ......................................page 32

**In-Home Supportive Services Program Costs**....................................page 37
Description of Major Services................page 37

**Special Programs and Reserves**..........page 41
Overview ....................................page 41
Description of Major Services................page 41
Programs and Functions....................page 42
County Executive's Recommendation...........page 43

**Appropriations for Contingencies**........page 48
Overview ....................................page 48
County Executive's Recommendation...........page 48

**Board of Supervisors**....................page 50
Mission ......................................page 51
Goals ........................................page 51
Description of Major Services...............page 51
County Executive's Recommendation...........page 56

**Clerk of the Board**......................page 62
Public Purpose ..............................page 63
Desired Results..............................page 63
Description of Major Services...............page 66
Programs and Functions.....................page 67
County Executive's Recommendation...........page 67

**Office of the County Executive**..........page 72
Public Purpose ..............................page 73
Desired Results..............................page 73
Description of Major Services...............page 74
Programs and Functions.....................page 76
County Executive's Recommendation...........page 76

**Office of the Assessor**..................page 91
Public Purpose ..............................page 92
Desired Results..............................page 92
Description of Major Services...............page 95
Programs and Functions.....................page 96
County Executive's Recommendation...........page 97

**Measure B Transportation Improvement Program**................................page 106
Public Purpose ..............................page 107
Description of Major Services...............page 107
County Executive's Recommendation...........page 109

**Procurement Department**.................page 115
Public Purpose ..............................page 116
Desired Results..............................page 116
Description of Major Services...............page 118
Programs and Functions.....................page 118
County Recommendation......................page 119

**Office of the County Counsel**...........page 121
Public Purpose ..............................page 122
Desired Results..............................page 122
Description of Major Services...............page 124
Programs and Functions.....................page 125
County Executive's Recommendation...........page 126

**Registrar of Voters**....................page 128
Public Purpose ..............................page 129
Desired Results..............................page 129
Description of Major Services...............page 131
Programs and Functions.....................page 132
County Executive's Recommendation...........page 132

**Information Services Department** ........ page 137
Public Purpose............................page 138
Desired Results ..........................page 138
Description of Major Services ............page 142
Programs and Functions ..................page 147
County Executive's Recommendation..........page 148
Fiscal Year 2009 – 2011 Three-Year Information
  Technology (IT) Plan ...................page 149
County Executive's Recommendation..........page 149

**County Communications** ...............page 158
Public Purpose...........................page 159
Desired Results .........................page 160
Description of Major Services ...........page 162
Programs and Functions ..................page 163
County Executive's Recommendation..........page 164

**Facilities and Fleet Department** ........page 168
Public Purpose...........................page 169
Desired Results .........................page 169
Description of Major Services ...........page 173
Programs and Functions ..................page 177
County Executive's Recommendation..........page 178
Fiscal Year 2009 Capital Budget ..........page 180
County Executive's Recommendation..........page 180

**County Library**.........................page 192
Description of Major Services ...........page 193
Public Purpose...........................page 193
Programs and Functions ..................page 195
County Executive's Recommendation..........page 195

**Human Resources, Labor Relations, and Equal
  Opportunity & Employee Development**..page 203
Public Purpose...........................page 204
Desired Results .........................page 205
Description of Major Services ...........page 209
Programs and Functions ..................page 210
County Executive's Recommendation..........page 210

**Department of Risk Management**.........page 218
Public Purpose...........................page 219
Desired Results .........................page 221
Description of Major Services ...........page 222
Programs and Functions ..................page 223
County Executive's Recommendation..........page 224

**Controller-Treasurer Department**.......page 229
Public Purpose...........................page 230
Desired Results .........................page 230
Description of Major Services ...........page 232
Programs and Functions ..................page 233
County Executive's Recommendation..........page 234

**Tax Collector's Office**....................page 245
Public Purpose ..........................page 246
Desired Results .........................page 246
Description of Major Services ............page 247
Programs and Functions...................page 250
County Executive's Recommendation .........page 250

**County Clerk/Recorder's Office** .........page 255
Public Purpose ..........................page 256
Desired Results .........................page 256
Description of Major Services ............page 258
Programs and Functions...................page 260
County Executive's Recommendation .........page 260

**Department of Revenue** .................page 268
Public Purpose ..........................page 269
Desired Results .........................page 270
Description of Major Services ............page 271
Programs and Functions...................page 272
County Executive's Recommendation .........page 273

# Section 2: Public Safety and Justice

**Public Safety and Justice**................page 276
Mission..................................page 276

**Office of the District Attorney**...........page 280
Public Purpose ..........................page 281
Desired Results .........................page 281
Description of Major Services ............page 285
Programs and Functions...................page 288
County Executive's Recommendation .........page 289

**Office of the Public Defender** ...........page 301
Public Purpose ..........................page 302
Desired Results .........................page 302
Description of Major Services ............page 304
Programs and Functions...................page 307
County Executive's Recommendation .........page 308

**Office of Pretrial Services**...............page 311
Public Purpose ..........................page 312
Desired Results .........................page 312
Description of Major Services ............page 313
Programs and Functions...................page 314
County Executive's Recommendation .........page 314

**Criminal Justice System-Wide Costs**.....page 317
Overview ................................page 317
Programs and Functions...................page 318
County Executive's Recommendation .........page 318



**Contents**

**Office of the Sheriff** . . . . . . . . . . . . . . . . . . . . .page 321
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 322
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . .page 322
Description of Major Services. . . . . . . . . . . . . . . .page 325
Programs and Functions. . . . . . . . . . . . . . . . . . .page 326
County Executive's Recommendation . . . . . . . . . .page 327

**Department of Correction** . . . . . . . . . . . . . . .page 331
Public Purpose. . . . . . . . . . . . . . . . . . . . . . . . . .page 332
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 332
Description of Major Services. . . . . . . . . . . . . . . .page 335
Programs and Functions. . . . . . . . . . . . . . . . . . .page 338
County Executive's Recommendation . . . . . . . . . .page 339

**Probation Department.** . . . . . . . . . . . . . . . . . .page 352
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . .page 353
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 355
Description of Major Services. . . . . . . . . . . . . . . .page 356
Programs and Functions. . . . . . . . . . . . . . . . . . .page 358
County Executive's Recommendation . . . . . . . . . .page 359

**Medical Examiner-Coroner** . . . . . . . . . . . . . .page 366
Public Purpose. . . . . . . . . . . . . . . . . . . . . . . . . .page 367
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 367
Description of Major Services. . . . . . . . . . . . . . . .page 368
Programs and Functions. . . . . . . . . . . . . . . . . . .page 368
County Executive's Recommendation . . . . . . . . . .page 368

**Section 3: Children, Seniors and Families**

**Children, Seniors and Families** . . . . . . . . . . .page 372
Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .page 372

**Department of Child Support Services** . . . .page 375
Public Purpose. . . . . . . . . . . . . . . . . . . . . . . . . .page 376
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 376
Description of Major Services. . . . . . . . . . . . . . . .page 381
Programs and Functions. . . . . . . . . . . . . . . . . . .page 383
County Executive's Recommendation. . . . . . . . . . .page 384

**Agency Office — Social Services Agency** .page 390
Public Purpose. . . . . . . . . . . . . . . . . . . . . . . . . .page 391
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 391
Description of Major Services. . . . . . . . . . . . . . . .page 392
Programs and Functions. . . . . . . . . . . . . . . . . . .page 394
County Executive's Recommendation. . . . . . . . . . .page 394

**Department of Family and Children's Services —
Social Services Agency** . . . . . . . . . . . . . . .page 400
Public Purpose. . . . . . . . . . . . . . . . . . . . . . . . . .page 401
Desired Results . . . . . . . . . . . . . . . . . . . . . . . . .page 401
Description of Major Services. . . . . . . . . . . . . . . .page 406
Programs and Functions. . . . . . . . . . . . . . . . . . .page 409
County Executive's Recommendation. . . . . . . . . . .page 410

**Department of Employment and Benefit Services
— Social Services Agency.** . . . . . . . . . . . . page 418
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . page 419
Desired Results. . . . . . . . . . . . . . . . . . . . . . . . . page 419
Description of Major Services . . . . . . . . . . . . . . . page 423
Programs and Functions . . . . . . . . . . . . . . . . . . page 426
County Executive's Recommendation . . . . . . . . . page 427

**Department of Aging and Adult Services — Social
Services Agency** . . . . . . . . . . . . . . . . . . . . page 433
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . page 434
Desired Results. . . . . . . . . . . . . . . . . . . . . . . . . page 434
Description of Major Services . . . . . . . . . . . . . . . page 437
Programs and Functions . . . . . . . . . . . . . . . . . . page 439
County Executive's Recommendation . . . . . . . . . page 440

**Section 4: Santa Clara Valley Health &
Hospital System**

**Santa Clara Valley Health & Hospital
System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 446
Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 446

**Health SB12 and Intergovernmental Transfer
Payments** . . . . . . . . . . . . . . . . . . . . . . . . . . page 450
Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 450

**Public Health Department.** . . . . . . . . . . . . . . page 453
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . page 454
Desired Results. . . . . . . . . . . . . . . . . . . . . . . . . page 454
Description of Major Services . . . . . . . . . . . . . . . page 460
Programs and Functions . . . . . . . . . . . . . . . . . . page 461
County Executive's Recommendation . . . . . . . . . page 462

**Mental Health Department** . . . . . . . . . . . . . . page 475
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . page 476
Description of Major Services . . . . . . . . . . . . . . . page 480
Programs and Functions . . . . . . . . . . . . . . . . . . page 483
County Executive's Recommendation . . . . . . . . . page 484

**Children's Shelter and Custody Health** . . . page 499
Public Purpose . . . . . . . . . . . . . . . . . . . . . . . . . page 500
Desired Results. . . . . . . . . . . . . . . . . . . . . . . . . page 500
Description of Major Services . . . . . . . . . . . . . . . page 502
Programs and Functions . . . . . . . . . . . . . . . . . . page 505
County Executive's Recommendation . . . . . . . . . page 506

**Department of Alcohol and Drug**
**Services**..............................page 512
Public Purpose...........................page 513
Desired Results..........................page 513
Description of Major Services ............page 515
Programs and Functions ..................page 517
County Executive's Recommendation.........page 518

**Community Health Services**.............page 535
Public Purpose...........................page 536
Desired Results..........................page 536
Description of Major Services............page 540
Programs and Functions ..................page 540
County Executive's Recommendation.........page 541

**Children's Health Initiative**.............page 545
Overview................................page 545

**PROP 99 Non-County Hospital and Physician**
**Funds**...............................page 547
Overview...............................page 547

**Valley Health Plan**.....................page 550
Public Purpose..........................page 551
Desired Results.........................page 551
Description of Major Services ...........page 552
Programs and Functions .................page 553
County Executive's Recommendation........page 554

**Santa Clara Valley Medical Center**.......page 557
Public Purpose..........................page 558
Desired Results.........................page 558
Description of Major Services ...........page 561
Proposals and Highlights ...............page 562
County Executive's Recommendation........page 562

**Department of Parks and Recreation**.....page 592
Public Purpose ..........................page 593
Desired Results .........................page 593
Description of Major Services ...........page 594
Programs and Functions ..................page 596
County Executive's Recommendation ........page 597
Capital Projects ........................page 601

**Agriculture and Environmental**
**Management**..........................page 611
Public Purpose ..........................page 612
Desired Results .........................page 613
Description of Major Services ...........page 618
Programs and Functions ..................page 622
County Executive's Recommendation ........page 623

**Roads Department** ......................page 635
Public Purpose ..........................page 636
Desired Result ..........................page 639
Programs and Functions...................page 642
County Executive's Recommendation ........page 642
Capital Projects.........................page 644

**Airports Department** ...................page 650
Public Purpose ..........................page 651
Desired Results .........................page 651
Description of Major Services ...........page 652
Programs and Functions...................page 653
County Executive's Recommendation ........page 653

**County Fire Districts**...................page 656
Public Purpose ..........................page 656
Description of Major Services............page 656
County Executive's Recommendation ........page 657

## Section 5: Housing, Land Use, Environment & Transportation

**Housing, Land Use, Environment &**
**Transportation** .......................page 578

**Department of Planning and**
**Development** ..........................page 582
Public Purpose...........................page 583
Desired Results..........................page 583
Description of Major Services ...........page 584
Programs and Functions .................page 585
County Executive's Recommendation.........page 586

## Section 6: Restricted Funds

**Restricted Funds** ......................page 668
Overview ...............................page 668

**Budget User's Guide**....................page 673
Fiscal Year 2009 Budget Timeline.........page 673
Santa Clara County Budget Cycle:.........page 675
Glossary................................page 677

**Budgeted Resources for Extra Help** ......page 682

**List of General-Funded Community-Based**
**Organizations**.........................page 684

**Position Detail by Cost Center** ..........page 691

**Index** .................................page 763



# FY 2009 County Executive's Budget Message

April 28, 2008



OFFICE OF THE
COUNTY EXECUTIVE

To:        Board of Supervisors

From:      Peter Kutras, Jr.
           County Executive

Subject:   FY 2009 Recommended Budget

This represents the sixth (6th) recommended budget I have presented to the Board of Supervisors. Here are some excerpts from the FY 2004 budget, which was the first recommended budget I presented to the Board:

*"The economic storm is here. The rainy days that the Board of Supervisors and the Administration have been prudently preparing for have arrived....our financial condition has continued to deteriorate.*

*Worldwide events, State and local economic conditions and a local expenditure growth rate that far exceeds our local revenue growth have contributed to our current situation. The confluence of these events and trends is unprecedented. We continue to see our major discretionary revenues decline and, while hopeful we are at the bottom of this cycle, we see no real signs of significant economic recovery.*

*We are additionally feeling the cumulative impact of past and pending reductions."*

Since that time, little if anything has changed, only the exact dollar amounts differ. No relief has come our way, as our voters in June 2006 rejected a sales tax measure. We still do not feel that we have hit the bottom of the economic cycle. Prices for fuel and consumer goods are escalating far more rapidly than one could have predicted, home foreclosures are mounting, and job losses in our community continue. Every level and sector of government faces service demands and needs that exceed the available resources.

In summary, the analogies that one can make to our situation are insufficient to convey the urgency, and the dire consequences our future holds not only for this generation, but for many generations to come.

One very likely result is the future loss of the high bond rating we have enjoyed and, which this year, we have maintained on our most recent issuances.

Since FY 2003, our organization has made herculean efforts to deal with deficit solutions now totaling over one ($1.03) billion dollars. The deficit solutions have been composed of the following:

**Table 1: Summary of General Fund Deficit Solutions FY 2003 – FY 2008: $1.03 Billion**



FY 2003 through FY 2008



The future years will bring no respite. Absent any new and dramatic revenue solutions, we are projecting substantial operating deficits through FY 2012 and beyond.

**Table 2: Updated Projected Deficits FY 2009 - FY 2012**

| | Fiscal Year | | | |
|---|---|---|---|---|
| | FY 2009 | FY 2010 | FY 2011 | FY 2012 |
| Projected Deficits[a] | $172.4 | $235.2 | $314.2 | $395.3 |
| Adjust Future Deficits for Prior Year Solutions | | | | |
| Replenish Prior Year Use of One-time for Ongoing Needs | | $128.7 | $82.3 | $85.7 |
| FY 2009 Ongoing Solutions | | ($43.7) | ($43.7) | ($43.7) |
| FY 2010 Ongoing Solutions | | | ($238.0) | ($238.0) |
| FY 2011 Ongoing Solutions | | | | ($29.2) |
| Adjusted Deficit | $172.4 | $320.2 | $114.8 | $170.1 |
| Solutions for Deficits | | | | |
| Planned Use of One-time for Ongoing[b] | $65.1 | $44.2 | $46.6 | $49.1 |
| Planned Use of SCVMC Reserves for Ongoing[c] | $42.2 | $38.1 | $39.1 | $40.1 |
| One-time Solutions | $21.5 | | | |
| Total One-time Solutions | $128.7 | $82.3 | $85.7 | $89.2 |
| Ongoing Department Reductions | $16.7 | $229.0 | $13.0 | $81.0 |
| SCVMC Ongoing Savings from Transformation 2010[d] | $27.0 | $9.0 | $16.2 | $0.3 |
| Total Ongoing Solutions | $43.7 | $238.0 | $29.2 | $81.3 |
| Total Deficit Solutions | $172.4 | $320.2 | $114.8 | $170.5 |

a. Deficits, in millions, are estimates, and are updated from those presented to the Board of Supervisors in the FY 2008-2012 Five-Year Financial Projection
b. Planned use of General Fund one-time anticipates the yearly use of one-time funds to support ongoing operations in lieu of departmental reductions (e.g., funding 50% of Retiree Health normal cost with one-time funds)
c. Planned use of SCVMC anticipates the yearly use of SCVMC reserves, allowing for a one-time reduction in the General Fund grant to SCVMC for ongoing operations
d. SCVMC ongoing savings from the T2010 Study will allow for an ongoing reduction in the General Fund grant to SCVMC

The cumulative deficit for FY 2009 - 2012 is $777.5 million.

As a consequence of dealing with these large recurring deficits, we are now largely reliant on the use of one-time funds from a variety of sources to prop up our ongoing programs and services from one year to the next. In short, we are using virtually all of our available funds, to continue vital and needed services, and yet in so doing, we are increasing the subsequent year's deficit.

In addition to the operating deficit, we face a one and one half billion ($1.5 billion) dollar capital cost for compliance with State law on seismic safety for the hospital campus. We have NO funding source to comply with this mandate. The potential risk we face is the catastrophic loss of one half of SCVMC's bed capacity, in a community which already has insufficient hospital beds.

## State and Federal Impacts

We also face the very real prospect of State and Federal reductions in program support. The State is engaging in "slow pay" tactics. That is to say, they confirm they owe payments and program support funding to counties, but will delay the payments by at least one quarter. Our current best estimate is an impact of $68.5 million in cash flow that will be delayed in FY 2009. This will create interest income loss and, while we are still analyzing this impact, may put us in the situation of having to issue TRANS (tax and revenue anticipation notes) in order to have adequate cash on hand. The combination of the heavy use of one-time funds, stripping of our reserves and the State "slow pay" tactics may well prove a lethal combination, depending on additional State cuts.

In addition to "slow pay" tactics, we face ongoing State cuts of approximately $43.8 million in FY 2009 program funding, and potential Federal reductions related to, at a minimum, the Medicaid Rule Change of more than $30 million. In combination, the potential State and Federal impact on the County could total $73.8 million as proposed today.

## Separate Budget Hearings on State Impact

In the recommended budget we have set aside a one-time reserve that, at $35.6 million, approximates a little less than six months of the estimated State and Federal impact. Once the State adopts its budget, which may well be past the July 15 deadline (late July or August), we will have



to reconvene to implement State program cuts. The goal will be to make the State budget reductions in the County budget as soon as possible, but no later than January 1, 2009 and use the one-time reserve to cover the operating costs through December 31, 2008. The sooner we make the State reductions, the more of this one-time reserve we can retain to use as a source of one-time funds in FY 2010.

## All Funds and General Fund Overview
For All Funds, our total expenditure for FY 2009 has decreased from $4.187 billion in FY 2008 to $3.968 billion, a $218.4 million reduction, or a 5.2% decline. All Funds revenue has declined by $350.5 million, or an 8.8% decline.

In comparison, General Fund expenditures have increased slightly from $2.217 billion to $2.237 billion, a $20.1 million increase, or less than a 1% (0.9%) increase. General Fund revenues have increased by $83.9 million, or 4.1%.

Despite the expenditure growth control and the modest revenue increase, the General Fund still faces deficits based on prior year use of one-time funds.

## General Fund Deficit and Solution Components
In this budget we are still trying, as best we can, to focus on improved financial sustainability, by incorporating significant and substantial recommendations from the Health and Hospital Transformation 2010 Deloitte multi-year engagement, as well as the reorganization of the Acute Psychiatric system.

The General Fund deficit for FY 2009 is projected at $172.4 million. We are proposing a solution package that meets this deficit with $43.7 million in ongoing reductions or revenue solutions and a whopping $128.7 million in one-time funds as an alternative to even more severe reductions in our service levels:

### Table 3: Components of Solution to FY 2009 Deficit

| Solution Component | Savings/(Cost) (in millions) |
|---|---|
| **FY 2009 Deficit** | **$172.4** |
| Department Ongoing Reductions | $43.7[a] |
| **Subtotal Ongoing Deficit Solutions** | **$43.7** |
| Use One-time Funds for non-recurring Labor Costs in the FY 2009 Base | $12.0 |
| PERS Pre-pay Savings | $8.0 |
| Eliminate SSA Out-of-Home Placement Reserve | $1.4 |
| **Subtotal One-time Deficit Solutions** | **$21.4** |
| One-time General Fund for Ongoing Costs | $46.2 |
| One-time General Fund for 50% of Retiree Health Normal Cost | $10.7 |
| One-time General Fund to Bridge Public Safety and Justice Reductions | $8.2 |
| One-time Reduction in General Fund Grant to SCVMC[b] for Ongoing General Fund Costs | $42.2 |
| Subtotal One-time Funds for Ongoing Costs | $107.3 |
| **Total Deficit Solution** | **$172.4** |

a. Includes $12.2 million of revenue solutions from departments.
b. Reduction in the General Fund grant requires SCVMC to use reserves to cover ongoing SCVMC costs. An additional $138.9 million reduction in the General Fund grant is required for the General Fund to meet its total one-time needs.

One-time funds represent 75% of the deficit solutions. A similar ratio of one-time and ongoing funds was also used to balance the FY 2005 budget. Using one-time funds for ongoing purposes alleviates pain in the near term but does so at the cost of next year's financial projection. By relying on one-time funds to continue our ongoing services, we flirt with future collapse, since an equivalent amount of either ongoing or one-time funds will be required next year to maintain this service level. *When, not if,* we are unable to generate an adequate amount of funds, our organization will be facing the specter of deep and dire expenditure reductions. Each year that we incorporate the use of one-time funds to solve our ongoing deficit, we are reducing our future flexibility, using up sources of funds for future capital and technology improvements, forcing the use of increased revenues to fill a perpetual gap, and creating fewer options for the future.

## Base Budget and Other Assumptions

We have built into the base budget, or offered as solutions, certain strategies and tactics to create as much revenue in the form of ongoing components or one-time sources to support our services and one-time needs. In determining our FY 2009 base budget, we did as much as possible to maximize revenues and reduce expenditures up front. We actually began this effort in the Five Year Financial Projection reviewed by the Board November 6, 2007. We have been aggressive in budgeting revenues and expenditures which most accurately reflect recent performance. As in prior years, we are making every effort to maximize the use of available reserves, trust funds, and financial mechanisms as an alternative to service reductions. Some of these solutions are already incorporated into the base budget, or are included in the Recommended budget. Examples of these efforts are:

## Use of Compensated Absence Reserve

SCVMC has an existing reserve set aside to pay employees their compensated leave balances were the facility to close. Exhausting this $58.8 million reserve is recommended for FY 2009.

## Use of Retiree Health Funds and Creation of Trust

In April 2008, the Board approved a plan to participate in the California Employer's Retiree Benefit Trust (CERBT) Program, and to make use of the current assets in the Retiree Health Trust Fund 0309 to fund the annual required contribution (ARC) for other post employment benefits (OPEB) from FY 2008 through FY 2015, saving $15 million per year in retiree health costs countywide. At the end of this 8 year period, County funds will be required to make the full contribution.

## Prepay our PERS Obligation

As in FY 2008, the County will again prepay the employer's share of the Public Employee Retirement System (PERS) costs, saving an estimated $8 million in the General Fund, and a net $4.4 million in Enterprise Funds at SCVMC.

## Pension Obligation Bonds (POBs)

The FY 2008 budget contemplated at least two rounds, and possibly three rounds, of POB issuance. The first was done in FY 2008 and created ongoing savings of $6.8 million, and one-time savings of $6.3 million.

For FY 2009 the Recommended Budget does not contain a second POB issuance. Due to the market turbulence caused by the sub-prime mortgage crisis, the Finance Agency's work was impacted by the immediate need to convert the County's auction rate securities (ARS) debt into other debt forms. As a consequence, the planned review of the benefits of issuing the second series of POBs has not commenced, and will not commence until the completion of the current refunding process.

Accordingly, the Recommended Budget anticipates no savings from a possible POB issue. POBs may be ready to consider during the June budget hearing or during the fall State budget reduction hearing.

In summary these efforts, and others, produce budget benefits of:

- $12.4 million by prepayment of our PERS obligations for the year

- $181.0 million in one-time funds by stripping available Santa Clara Valley Medical Center reserves

- $15 million by utilizing our existing Retiree Health Trust to relieve the General Fund of costs for the current year

- $9.4 million for a full year of the Emergency Response and Disaster Preparedness fee

- Revenues from Sale of the Mountain View Vector Control Site, generating a one-time General Fund benefit of $7.5 million. I am recommending that this sale be exempt from the Board policy requiring that 30% of such sales be set aside for Affordable Housing. Our budget situation is grave enough that we require the use of these funds to meet essential needs in FY 2009.



## Sources of One-time Funds

Our sources of one-time funds, to be used for both ongoing and one-time expenditures, fall into three major categories, which are described below and itemized in the section "Available One-time Resources and Recommended Allocations," following this message:

- FY 2008 General Fund balance, estimated at $103.2 million (including the contingency reserve)

- SCVMC Budget Reserves: the use of one-time SCVMC Enterprise Fund Budget reserves allows for a reduction in the General Fund grant to SCVMC of $138.9 million

  - the use of an *additional* $42.1 million in SCVMC budget reserves to cover both ongoing and one-time costs *at* SCVMC, allowing for an additional one-time reduction in the General Fund grant

- One-time revenues from the sale of assets and redevelopment funds, and fund transfers, $39.7 million

### Use of SCVMC Budget Reserves Largely Replaces General Fund Grant in FY 2009



### General Fund Subsidy to SCVMC[a]

| Subsidy Component | Fiscal Year | | | 2009 Base | 2009 Rec |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | | |
| VLF Revenue | $54.1 | $57.3 | $67.4 | $60.9 | $60.9 |
| Tobacco Settlement Revenue | $12.0 | $12.0 | $12.0 | $12.0 | $12.0 |
| Unreimbursed County Services | $7.2 | $9.3 | $10.0 | $10.9 | $10.9 |
| General Fund Grant | $36.2 | $91.3 | $139.3 | $223.3 | $13.5 |
| Total GF Subsidy | $109.5 | $169.9 | $228.7 | $307.2 | $97.4 |
| Use of SCVMC Budget Reserves | $107.0 | $77.0 | $31.5 | | $181.0 |

a. $-reflected in millions

The graph to the left, showing support to SCVMC from either budget reserves or the General Fund grant, demonstrates that the use of $181.0 million in SCVMC budget reserves allows for a reduction in the General Fund grant of $181.0 million. This use of budget reserves frees up General Funds, making a substantial contribution toward balancing the FY 2009 Recommended Budget. Without these available reserves, the Recommended level of funding for both ongoing and one-time programs in the General Fund would not be possible.

$194.7 million in budget reserves are generated from a variety of sources, including:

- Reserve balance from FY 2007, $60.6 million

- Projected FY 2008 reserve balance, $40.3 million

- Additional revenue generated through rate changes and Medi-Cal Waiver, $24 million

- Liquidation of the compensated absence reserve, $58.8 million

- Projected savings attributable in FY 2008 to the Transformation 2010 project, $5.2 million

- Savings of $5.9 million, offset by interest expenditures of $1.5 million, which results from the pre-payment of the employer share of PERS

Of this amount, $13.7 million is required to cover FY 2009 expenditures within SCVMC, and the remainder offsets the reduction in the grant.



While we believe that use of these reserves is appropriate to fund needs in the General Fund, by doing so, we are abolishing any cushion of reserves which could be used to mitigate future reductions. As in previous years, $31.5 million of the reserves are being used to fund ongoing costs, so SCVMC will begin FY 2010 with a minimum of a $31.5 million shortfall.

**Table 4: SCVMC One-time Resources Used to Fund Gap Between General Fund Resources and General Fund Needs**

| | Amount |
|---|---|
| General Fund One-time Resources | $142,924,000 |
| GF One-time Needs for Ongoing Costs | $65,072,529 |
| GF One-time Needs for One-time | $216,703,979 |
| General Fund One-time Gap | $138,851,508 |
| | |
| SCVMC One-time Resources | $213,846,517 |
| SCVMC One-time Needs for Ongoing Costs | $42,191,278 |
| SCVMC One-time Needs for SCMP[a] | $19,100,000 |
| SCVMC One-time Needs for Other One-time | $13,703,731 |
| Remaining SCVMC Resources Available | $138,851,508 |

a. Seismic Compliance Modernization Project

## General Fund Balance

The General Fund balance is projected at $103.2 million, a result of unspent Contingency Reserves in FY 2008 and unspent reserves in the Social Services Agency (SSA). For the most part, this source of funds will be used to set the General Fund Contingency Reserve at 5%, equal to $96.7 million, and to re-budget SSA reserves of $3.7 million.

For the first time in recent memory, we are not anticipating additional savings by year's end, due to considerable shortfalls in revenues related to the economic slowdown, and the housing market crisis in particular. I have directed Agencies and Departments to curb expenditures, and to the extent that savings materialize, it would be prudent to reserve these monies for the pending impact of the State and Federal budget reductions.

## Uses of One-time Funds

A detailed list of General Fund one-time needs for ongoing costs and for one-time requirements are reflected in the "Available One-time Resources and Recommended Allocations" section immediately following this message.

In addition to a 5% General Fund Contingency Reserve of $96.7 million, $65.1 million is required to cover ongoing General Fund costs, $32.6 million is recommended for a reserve for State and Federal impacts, $24.4 million is recommended for Capital Projects and $11.3 million is recommended for technology projects, including a public notification system. I believe it is essential to maintain a significant investment in our infrastructure and provide adequate tools to assure the effective delivery of services by our employees.

Additional funds are also recommended for critical needs across the County, including, pandemic flu and the care and shelter of vulnerable populations in the unincorporated areas and a variety of specific services listed in the next section.

## Workforce Equity in Reductions

As in the past five fiscal years, we have maintained our commitment to the Board, our employee and labor organizations and our workforce to pay close attention to reductions that are "vertically appropriate" and improved our Countywide staff-to-supervisor ratio.

Table 5 shows that once the FY 2009 reductions have taken place, the percentage of executives, managers and supervisors and line staff will remain unchanged. This same table shows the countywide ratio of staff-to-supervisor has remained static at 10.2:1.



**Table 5: Percentage of Management and Line Staff[a]**

| | FY 2009 Base or Current Level Budget (CLB)[b] | | FY 2009 Recommended Budget | | Net Change from Base to Recommended | |
|---|---|---|---|---|---|---|
| | FTES | % | FTES | % | FTES | % |
| Exec Mgmt | 157.0 | 1.0% | 155.0 | 1.0% | -2.0 | -1.3% |
| Other Supv | 1,198.9 | 7.9% | 1,193.1 | 7.9% | -5.8 | -0.5% |
| Line Staff | 13,825.4 | 91.1% | 13,709.7 | 91.0% | -115.7 | -0.8% |
| **TOTAL** | **15,181.2** | **100%** | **15,057.7** | **100%** | **-123.5** | **-0.8%** |
| Staff:Supv Ratio | 10.2 | | 10.2 | | | |

a. FTES do not include positions in the offices of the Board of Supervisors or the County Library.
b. The FY 2009 Base or Current Level Budget (CLB) includes all staffing changes approved by the Board of Supervisors from July 1, 2007 through April 8, 2008.

We would continue to note, as we have in budget messages since the FY 2005 Recommended Budget, that there is no standard ratio or model that fits every department. This is a tool that can be used to gauge staffing patterns but it is not determinative and should not be used rigidly to determine staffing.

## Conclusion

I am confident that our organization will continue, as we have entitled our 2007 Annual Report, to "Make a Difference" in the lives of our residents. We may not be able to serve as many as we desire or as many who need our services, but we will still do our damndest to serve all those we can with compassion and care.

Our mission remains to build and maintain a healthy and safe community for our residents.

We are all committed to serve that mission despite the formidable financial and operational hurdles we face.



8



# Available One-Time Resources and Recommended Allocations

## Overview

In addition to the operating budget, the Administration identifies and allocates one-time resources. Board Policy 4.4, adopted in 1982, speaks to "dedicating one-time revenues only for use as one-time expenditures", but recognizes that "the Board has seen fit to modify this policy to allow for the use of one-time sources of funds to ease the transition to downsized and/or reorganized operations."

Due to the continuing financial crisis facing the County, the Administration is recommending that $65 million in one-time funds, approximately 3% of net General Fund expenditures, be allocated to support ongoing operations in FY 2009.

## Sources of One-time Funds

**General Fund Balance:** The estimated fund balance available at the end of FY 2008 for use in FY 2009 is $103.2 million, which includes $98 million from unspent Contingency Reserve funds and $5 million from unspent reserves in the Social Services Agency.

For the first time in recent memory, we are not anticipating additional savings by year's end, due to considerable shortfalls in revenues related to the economic slowdown, and the housing market crisis in particular.

**SCVMC Reserves:** Another major source of one-time funds for FY 2009 is Santa Clara Valley Medical Center (SCVMC) budget reserves. When SCVMC uses reserves to cover ongoing and one-time costs, the General Fund grant to SCVMC can be reduced on a one-time basis, creating a source of one-time funds for the General Fund.

In FY 2009 SCVMC will use budget reserves to reduce the General Fund grant by $42.2 million to support ongoing costs in the General Fund and by another $138.9 million to close the gap between General Fund one-time resources and General Fund one-time needs, a combined total of $181 million in use of reserves.

**One-time Revenues:** The General Fund will realize $39.7 million in one-time revenue in FY 2009. The most significant source of one-time revenue is $22.6 million in redevelopment delegated funds, which may be used only for specific projects. $19.1 million of this revenue will support a transfer to the SCVMC Capital Fund for the Seismic Compliance Modernization Project. The remaining $3.5 million will be used for qualified projects in the General Fund Capital Program.

## Uses of One-time Funds

**Contingency Reserve:** The Contingency Reserve is the single largest use of one-time funds. In FY 2009, the Administration is recommending that the Contingency Reserve be funded at $96.7 million, which is 5% of General Fund revenues net of pass-throughs, the level required by current Board policy.

### FY 2009 Contingency Reserve

| Reserve Level | %[a] | Incremental One-time Savings at Specific Reserve Levels | Cumulative |
|---|---|---|---|
| $96,736,874 | 5.00% | Recommend Level | |
| $91,900,030 | 4.75% | (4,836,844) | (4,836,844) |
| $87,063,186 | 4.50% | (4,836,844) | (9,673,687) |
| $82,226,343 | 4.25% | (4,836,844) | (14,510,531) |
| $77,389,499 | 4.00% | (4,836,844) | (19,347,375) |

a. % refers to percentage of ongoing General Fund revenues net of pass-through revenue.

**Use of One-time Funds for Ongoing Operations:** The next largest recommended use of one-time funds for FY 2009 is $65 million to support ongoing operations in-lieu of reductions in operating departments.

**Use of One-time Funds for One-time Needs:** Additional significant one-time appropriations recommended for FY 2009 include $35.6 million for a reserve to address State and Federal budget impacts, $25.5 million for capital projects, and $11.3 million for technology projects. Each of these recommendations is discussed in more detail in the "County Executive Recommendation" section of the appropriate operating department.



| General Fund One-time Resources | FY 2009 Amount |
|---|---|
| **FY 2008 Fund Balance** | |
| Unspent FY 2008 Contingency Reserve | $98,131,698 |
| Unspent SSA Reserves | $5,068,302 |
| **Total Anticipated FY 2008 Fund Balance** | **$103,200,000** |
| **One-time Revenues** | |
| Redevelopment Delegated Funds | $22,600,000 |
| Fair Settlement Agreement (2nd of 3 Payments) | $7,500,000 |
| Sale of Mountain View Vector Control Property | $7,500,000 |
| Transfer from Affordable Housing Fund | $2,000,000 |
| Transfer from Consumer Fraud Fund | $100,000 |
| Transfer from Housing Bond Fund | $25,000 |
| **Total One-time Revenues** | **$39,725,000** |
| **Total Available One-Time Resources** | **$142,925,000** |

| General Fund One-time Needs | FY 2009 Amount |
|---|---|
| **One-time Funds to Support Ongoing Operations** | |
| Fund Ongoing Operations with One-time Funds | $46,244,025 |
| Fund 50% of Retiree Health Normal Cost | $10,678,504 |
| Bridge Fund Public Safety & Justice Reductions | $8,150,000 |
| **Subtotal One-time to Support Ongoing** | **$65,072,529** |
| Contingency Reserve @ 5% | $96,736,874 |
| Reserve for State and Federal Impacts | $35,587,174 |
| FY 2009 Capital Projects | $25,530,000 |
| Transfer Redevelopment Delegated Funds to SCVMC Capital Fund for SCMP | $19,100,000 |
| Fund Non-recurring Labor Cost in FY 2009 Base | $12,084,870 |
| FY 2009 Technology Projects | $11,312,421 |
| FY 2009 Fleet Purchase | $4,000,000 |
| Rebudget Social Services Agency Reserves | $3,698,179 |
| Replacement Benefit Plan | $1,700,000 |
| Year-Round Shelter Program | $1,600,000 |
| Regional Voice and Data Interoperability Project | $1,310,000 |
| Pandemic Flu | $1,000,000 |
| Care and Shelter in Unincorporated Area | $1,000,000 |
| Asset and Economic Development | $693,040 |
| Board Office Transition/Remodel Costs | $525,000 |
| Department of Correction Kitchen Equipment | $279,500 |
| 2-1-1 Program | $150,000 |
| Code Enforcement Improvement | $100,000 |
| Contract Forensic Services - District Attorney | $99,000 |
| Radiology Processor - Custody Health | $82,421 |
| School Crossing Guard Program | $53,000 |
| Mountain View Day Worker Program | $25,000 |
| Historical Preservation Project (COB) | $20,000 |
| Joint Venture Silicon Valley Membership | $17,500 |
| **Total One-time Needs** | **$281,776,508** |
| **Shortfall of One-time Resources Necessary to Meet General Fund Needs** | **$138,851,508** |

## Closing the Gap between General Fund One-time Resources and One-time Needs

General Fund one-time needs for FY 2009 exceed available one-time General Fund resources by $138.9 million. In order to close this gap, a one-time reduction in the General Fund subsidy to Santa Clara Valley Medical Center (SCVMC) is recommended.

SCVMC will absorb the proposed subsidy reduction by using $138.9 million in available one-time SCVMC resources.

| Santa Clara Valley Medical Center One-time Resources | FY 2009 Amount |
|---|---|
| **One-time Reserves** | |
| Remaining FY 2008 Reserves | $60,566,355 |
| Compensated Absences Reserve | $58,777,924 |
| FY 2008 Generated Reserves | $40,275,425 |
| FY 2008 Revenue in Excess of Budget | $24,059,625 |
| FY 2008 Transformation 2010 Results | $5,167,000 |
| **Total Available Reserves** | **$188,846,517** |
| **One-time Revenue** | |
| Redevelopment Delegated Funds Transferred from the General Fund | $19,100,000 |
| **Total One-time Revenue** | **$19,100,000** |
| **One-time Savings** | |
| PERS Prepayment of Employer Contribution | $5,900,000 |
| **Total One-time Savings** | **$5,900,000** |
| **Total Available One-time Resources** | **$213,846,517** |

| Santa Clara Valley Medical Center One-time Needs | FY 2009 Amount |
|---|---|
| **One-time Funds to Support Ongoing Operations** | |
| Planned Use of Reserves for Ongoing | $31,500,000 |
| Fund 50% of Retiree Health Normal Cost | $5,732,646 |
| Fund Non-Recurring Labor Costs in Base | $4,958,632 |
| **Total One-time to Support Ongoing** | **$42,191,278** |
| Seismic Compliance Modernization Project | $19,100,000 |
| FY 2009 Deloitte Contract Fees | $10,803,650 |
| PERS Prepay Interest Expense | $1,488,378 |
| Compensated Absences Reserve Interest Expense | $1,052,370 |
| FY 2009 Fleet Purchase | $359,333 |
| **Total One-time Needs** | **$74,995,009** |
| **SCVMC One-time Resources Available to Meet General Fund Needs** | **$138,851,508** |



# Overview of General Fund Revenue Trends

General Fund revenues are projected to total $2,133,996,934 in FY 2009, compared to $2,050,018,804 in the FY 2008 Approved Budget; an increase of $83,978,130 or 4.1%. This amount includes $39.7 million of revenue which is one-time in nature, and is tied to both one-time and ongoing expenditures. A 4.1% increase in General Fund revenue is less than the year-to-year increases of the last 2 years, but is slightly higher than the relative change in fiscal years 2005 and 2006, at 3.2% and 3.1%, respectively.

The overall revenues are $19 million higher than projected in the FY 2008 - 2012 Five Year Financial Projection, or less than 1% higher. This includes the one-time funds, without which our revenues would be lower than those projected in November 2007. Revenue solutions or sources related to the FY 2009 Recommended Budget amount to $12.5 million. Revenues which are of an ongoing nature were added to the FY 2009 base budget to the greatest extent possible, leaving less flexibility for revenue increases in the Recommended phase of the budget.

### Table 1: Comparison of FY 2008 to FY 2009 Revenue

| Revenue Source | |
|---|---|
| **FY 2008 Recommended Revenue** | **$2,133,996,934** |
| FY 2007 Approved Revenue | $2,050,018,804 |
| **FY 2007 - FY 2008 Total Revenue Growth** | **$83,978,130** |
| Current Property Taxes | $41,739,423 |
| State Revenue | ($18,977,257) |
| Federal Aid | $13,535,721 |
| Other Financing Sources | $43,464,840 |
| Charges for Service | $1,932,676 |
| Licenses, Permits, Franchises | ($2,449,941) |
| Revenue from the Use of Money | ($10,420,216) |
| Taxes-Other than Current Property Tax | ($352,709) |
| Fines, Forfeitures and Penalties | ($3,222,491) |
| Revenue from Other Government Agencies | $18,728,084 |

Table 2, below, shows that the sources of revenue continue to be derived from the three major sources: Property Tax, State revenue and Federal revenue. This pattern continues from previous years, though compared to FY 2008, both State and Federal revenues

are down slightly, the State share having dropped from 34% to 32%, and the Federal share by 1%, from 20% to 19%.

### Table 2: Percent of General Fund Revenues by Category

| Revenue Source | As % of Total |
|---|---|
| Current Property Taxes | 30% |
| State Revenue | 32% |
| Federal Aid | 19% |
| Other Financing Sources | 5% |
| Charges for Service | 7% |
| Licenses, Permits, Franchises | <1% |
| Revenue from the Use of Money | 1% |
| Taxes-Other than Current Property Tax | 2% |
| Fines, Forfeitures and Penalties | 1% |
| Revenue from Other Government Agencies | 2% |
| **Total** | **100%** |

The major changes in each of the major categories of revenue are described below:

## Current Property Tax

Property Tax contributes over $645 million of the total General Fund revenue, and almost 50% of the overall revenue growth in the General Fund. For FY 2009 the Administration is projecting an increase in the secured roll of 6.5%, or 2% less than had been projected in November 2007. A related account, Property Tax in lieu of VLF, is projected at 7%. These amounts are somewhat aggressive given the current housing market downturn, and are monitored on a monthly basis to provide a basis for the projection. Last year at this time, the housing market was showing a bit of improvement, but since November 2007, indicators have steadily declined. It remains to be seen the extent to which the market has bottomed out. If the roll closes in July with less evidence of an improvement than projected, this source of revenue may have to be adjusted in the future.

## State Revenue

State revenue contributes $690.8 million of the total General Fund revenue, or $19 million less than was budgeted for FY 2008. This decline is due in large part to the economic slowdown, as public safety sales tax, motor vehicle license fees, and realignment sales tax



revenues are all dependent on sales performance. These accounts have been reduced by $15 million when compared to the amounts budgeted in FY 2008.

All of these revenue sources have performed poorly in FY 2008, and of necessity, are budgeted at lower amounts more in line with recent performance. All three of these sources, which add up to $337 million in the General Fund, have been almost flat during FY 2008. Though we are recommending that the budgeted amounts be reduced in concert with the slowing economy, the projected amounts still assume some improvement during FY 2009, which will not end more than 16 months from now.

### Federal Aid
Federal Aid accounts for $415 million of the General Fund revenue, or $13.5 million more than in FY 2008. Approximately half of these funds are budgeted in Mental Health, and another half in the Social Services Agency. Since these revenues are reimbursement-based, revenue increases usually match expenditure increases. Included in the reduction plan for the Social Services Agency is an increase of $5.6 million in Federal revenues in the areas of Medi-Cal Administration and Child Welfare Services, for instance.

### Other Financing Sources
Other Financing Sources contributes $101.3 million of the total General Fund revenue. This category includes San Jose Redevelopment Agency pass through payments, which are based on a percentage of bonded indebtedness of the City of San Jose. An increase of $5.2 million in RDA payments is projected for FY 2009. In addition, this account shows the transfer of funds from the Mental Health Services Act (MHSA) trust fund into the General Fund. The sale of property in Mountain View for a net benefit to the General Fund of $7.5 million, and the second of three $7.5 million payments from the City of San Jose as a result of the Fair Settlement are also categorized in this account.

### Charges for Service
Charges for Services contributes $148.9 million, or $1.9 million more than in FY 2008. This is only 1.2% more, and reflects a relatively flat growth in revenues as the result of the sale of our services to others. Included in this account are charges for Sheriff services, prisoner

housing charges, election services charges, property tax collection fees, supplemental property tax collection fees, and pharmacy revenue.

### Taxes – Other than Current Property Taxes
Taxes other than current property taxes contribute $52.9 million of the total General Fund revenue, slightly less than was budgeted in FY 2008. The largest account in this category is real property transfer tax, which has been hit hard by the housing market downturn. This account is budgeted at $22 million, or $2.75 million less than was budgeted in FY 2008, and it is projected to come in at less than $20 million in FY 2008. These taxes are dependent housing sales and refinancing transactions, and with the credit crunch, revenues are significantly down. Projections assume some improvement before the end of FY 2009. As with property taxes, this account is monitored closely each month, and if performance does not improve, we may have to adjust the amount in the future.

### Revenue from the Use of Money
Revenue from the use of money contributes $12.9 million of the General Fund revenue, a staggering 44.8% reduction from the $23.4 million budgeted in the FY 2008 approved budget. This downturn is due to both lower than expected average daily cash balances in the General Fund, and the persistent decline in interest rates over the course of the last year. Interest earnings rate assumptions have had to be adjusted several times this year, and this account will need to be monitored closely in FY 2009. If the State of California, as recommended by the Governor, delays the payment of both health and social services payments until September 2008, interest earnings could be more adversely affected. As with other State budget impacts, this has not yet been taken into account as part of the FY 2009 Recommended Budget.

As part of the FY 2009 Recommended Budget, the County Executive is recommending that the County prepay its obligation to the Public Employee Retirement System (PERS) for the second year in a row, to achieve a savings as the result of a discounted rate. In so doing, the treasury will be reduced to make an up-front cash payment, thereby reducing interest earnings. This reduction has been taken into account in calculating the PERS prepayment savings. The treasury is reimbursed for the up-front payment throughout the year as charges to department payrolls are made.



## Fines, Forfeitures and Penalties

Fines, forfeitures and penalties contribute $17.6 million of the General Fund revenue. The majority of this revenue is included in the base budget, and is attributable to bail and fine revenue in the law enforcement departments. Since FY 2008, this account is reduced by $3.2 million.

## Licenses, Permits and Franchises

Licenses, permits and franchises contribute $10.1 million of the General Fund revenue. The majority of this revenue was included in the base budget for a variety of application and permit fees, primarily in the Planning and Development Department and the Agriculture and Environmental Management (AEM) Department. Funds previously budgeted here for the Emergency Response and Disaster Preparedness Fee (ERDP) are now budgeted in a trust fund outside the General Fund, and which then reimburses the General Fund for eligible costs.

## Revenue from Other Government Agencies

Revenue from other government agencies contributes $38.6 million. The largest of these amounts is a $22.6 million payment from the City of San Jose of Redevelopment Agency delegated funds, which must be utilized to offset the cost of qualified capital projects. In addition, this category includes funds from the Property Tax Administration Program (PTAP) to offset costs of technology improvements in the Office of the Assessor, funds from the Recorder's Modernization Fund, to offset costs of technology improvements in the Clerk-Recorder's Office, and the transfer of $2.25 million in funds from the Affordable Housing Fund and the Housing Bond Fund to offset costs related to expansion of the four-month cold weather shelter program to a year-round program with linkage to services.



# All Fund and General Fund Summaries

The following summaries provide financial information at the highest level of detail. The All Funds summary presents expenditure and revenue totals for the entire Santa Clara County budget of $3.9 billion. Expenditures are presented at the object level of detail, which groups expenditures by category, i.e. salaries and benefits or services and supplies. Revenues are presented by source, which includes property tax, fines and forfeitures etc. Expenditure and revenue information is also presented by policy area. An additional chart featured in this section illustrates the proportions of revenues and expenditures, providing a visual presentation of where the County's revenues come from and how they are spent.

Data is also presented for the General Fund, which totals $2.2 billion in expenditures. The General Fund is the largest of the County's funds and supports the majority of the services. All revenues and expenditures that are not segregated for specific categorical purposes are budgeted in the General Fund.

There are a variety of other fund groups, including Capital Funds, Enterprise Funds (Valley Medical Center, Roads), Special Revenue Funds (such as Parks and Recreation) and Internal Service Funds (Data Processing, Fleet Management). The General Fund is discussed in detail because the majority of the County's services are funded from this resource.

Like the All Funds summary, charts are also used to reflect General Fund expenditure and revenue totals. The $103.2 million difference between revenues and expenditures reflects the projected end-of-year balance, which is then reappropriated to fund specific items in the FY 2009 Recommended Budget.

## Countywide Budget Summary (All Funds)

| | FY 2007 Actuals | FY 2008 Appropriations As of 7/1/07 | FY 2008 Appropriations As of 4/8/08 | FY 2009 Recommended | Column 2 to 4 Inc./(Dec) | Column 2 to 4 % Change |
|---|---|---|---|---|---|---|
| **Expenditures by Policy Area** | | | | | | |
| Finance and Government | 1,107,122,586 | 1,234,244,284 | 1,679,213,401 | 822,188,522 | (412,055,762) | -33.4% |
| Public Safety and Justice | 562,632,005 | 582,807,009 | 587,474,206 | 614,662,219 | 31,855,210 | 5.5% |
| Children, Seniors and Families | 584,722,285 | 643,313,103 | 646,085,685 | 653,089,498 | 9,776,395 | 1.5% |
| Santa Clara Valley Health & Hospital System | 1,344,550,406 | 1,463,515,025 | 1,513,602,236 | 1,596,138,050 | 132,623,025 | 9.1% |
| Housing, Land Use, Environment & Transportation | 226,082,304 | 263,446,131 | 311,653,706 | 282,875,976 | 19,429,845 | 7.4% |
| **Total Net Expenditures** | 3,825,109,586 | 4,187,325,552 | 4,738,029,234 | 3,968,954,265 | (218,371,287) | -5.2% |
| **Expenditures by Object** | | | | | | |
| Salaries And Employee Benefits | 1,799,649,975 | 1,901,618,523 | 1,913,920,768 | 1,988,011,672 | 86,393,149 | 4.5% |
| Services And Supplies | 1,412,692,453 | 1,524,054,834 | 1,653,050,168 | 1,652,226,740 | 128,171,906 | 8.4% |
| Other Charges | 129,179,855 | 80,977,939 | 85,741,976 | 88,436,088 | 7,458,149 | 9.2% |
| Fixed Assets | 217,406,825 | 80,468,461 | 207,876,466 | 122,736,318 | 42,267,857 | 52.5% |
| Operating/Equity Transfers | 479,854,637 | 740,772,091 | 1,012,147,639 | 241,310,867 | (499,461,224) | -67.4% |
| Reserves | | 117,685,974 | 130,132,971 | 164,278,981 | 46,593,007 | 39.6% |
| Expenditure Transfers | (213,674,158) | (258,252,271) | (264,840,754) | (288,046,402) | (29,794,131) | 11.5% |
| **Total Net Expenditures** | 3,825,109,587 | 4,187,325,551 | 4,738,029,234 | 3,968,954,264 | (218,371,287) | -5.2% |
| **Resources by Type** | | | | | | |
| Taxes - Current Property | 669,655,888 | 718,759,183 | 718,759,183 | 768,403,288 | 49,644,105 | 6.9% |
| Taxes - Other Than Current Property | 46,884,749 | 61,700,770 | 61,700,770 | 61,810,618 | 109,848 | 0.2% |
| Licenses, Permits, Franchises | 24,125,253 | 26,763,821 | 26,880,606 | 24,727,361 | (2,036,460) | -7.6% |
| Fines, Forfeitures, Penalties | 32,355,648 | 32,679,553 | 40,239,553 | 29,389,762 | (3,289,791) | -10.1% |
| Revenue From Use Of Money/Property | 51,205,605 | 35,432,697 | 53,930,335 | 25,326,467 | (10,106,230) | -28.5% |



## Countywide Budget Summary (All Funds)

| | FY 2007 | FY 2008 Appropriations | | FY 2009 | Column 2 to 4 | |
|---|---|---|---|---|---|---|
| | Actuals | As of 7/1/07 | As of 4/8/08 | Recommended | Inc./(Dec) | % Change |
| Aid From Govt Agencies-State | 693,007,610 | 766,906,145 | 824,530,389 | 747,362,225 | (19,543,920) | -2.5% |
| Aid From Govt Agencies-Federal | 408,504,910 | 405,858,991 | 437,194,611 | 421,638,020 | 15,779,029 | 3.9% |
| Revenue From Other Government Agencies | | 379,927,647 | 551,472,211 | 310,708,403 | (69,219,244) | -18.2% |
| Charges For Services | 492,879,701 | 557,783,147 | 566,926,455 | 569,420,577 | 11,637,430 | 2.1% |
| Other Financing Sources | 663,167,294 | 980,207,814 | 1,077,736,053 | 656,693,181 | (323,514,633) | -33.0% |
| **Total Revenues** | 3,081,786,658 | 3,966,019,768 | 4,359,370,166 | 3,615,479,902 | (350,539,866) | -8.8% |
| **Resources by Policy Area** | | | | | | |
| Finance and Government | 1,024,659,102 | 1,511,125,230 | 1,818,877,806 | 1,189,788,059 | (321,337,171) | -21.3% |
| Public Safety and Justice | 287,154,177 | 317,542,262 | 322,056,978 | 316,622,809 | (919,453) | -0.3% |
| Children, Seniors and Families | 535,460,673 | 576,089,301 | 577,076,179 | 590,490,592 | 14,401,291 | 2.5% |
| Santa Clara Valley Health & Hospital System | 1,023,257,850 | 1,324,752,575 | 1,361,861,245 | 1,271,515,203 | (53,237,372) | -4.0% |
| Housing, Land Use, Environment & Transportation | 211,254,853 | 236,510,400 | 279,497,958 | 247,063,239 | 10,552,839 | 4.5% |
| **Total Revenues** | 3,081,786,655 | 3,966,019,768 | 4,359,370,166 | 3,615,479,902 | (350,539,866) | -8.8% |

## Permanent Authorized Positons (FTES)(All Funds)

| | FY 2008 Positions | | FY 2009 | Column 1 to 3 | |
|---|---|---|---|---|---|
| Policy Area | As of 7/1/07 | As of 4/8/08 | Recommended | Inc./(Dec.) | |
| Finance and Government | 1,925.6 | 1,939.6 | 1,950.3 | 24.7 | 1.3% |
| Public Safety and Justice | 3,439.5 | 3,522.5 | 3,538.0 | 98.5 | 2.9% |
| Children, Seniors and Families | 2,839.0 | 2,885.0 | 2,876.5 | 37.5 | 1.3% |
| Santa Clara Valley Health & Hospital System | 6,257.9 | 6,308.7 | 6,152.4 | -105.5 | -1.7% |
| Housing, Land Use, Environment & Transportation | 782.8 | 784.8 | 791.8 | 9.0 | 1.1% |
| **Total Positions** | 15,244.8 | 15,440.6 | 15,309.0 | 64.2 | 0.4% |

16

## All Fund Resources



| | |
|---|---|
| Licenses, Permits, Franchises | $24,727,361 |
| Revenue From Use Of Money/Property | $25,326,467 |
| Fines, Forfeitures, Penalties | $29,389,762 |
| Taxes – Other Than Current Property | $61,810,618 |
| Revenue From Other Government Agencies | $310,708,403 |
| Aid From Govt Agencies–Federal | $421,638,020 |
| Charges For Services | $569,420,577 |
| Other Financing Sources | $656,693,181 |
| Aid From Govt Agencies–State | $747,362,225 |
| Taxes – Current Property | $768,403,288 |
| Total Revenues | $3,615,479,902 |





**All Fund Expenditures**

| Category | Amount |
|---|---|
| Housing, Land Use, Environment & Transportation | $282,875,976 |
| Public Safety and Justice | $614,662,219 |
| Children, Seniors and Families | $653,089,498 |
| Finance and Government | $822,188,522 |
| Santa Clara Valley Health & Hospital System | $1,596,138,050 |
| Total Net Expenditures | $3,968,954,265 |

Introduction



18

## Countywide Budget Summary (General Fund)

| | FY 2007 Actuals | FY 2008 Appropriations As of 7/1/07 | FY 2008 Appropriations As of 4/8/08 | FY 2009 Recommended | Column 2 to 4 Inc./(Dec) | Column 2 to 4 % Change |
|---|---|---|---|---|---|---|
| **Expenditures by Policy Area** | | | | | | |
| Finance and Government | 514,404,712 | 594,409,311 | 632,546,934 | 556,575,370 | (37,833,941) | -6.4% |
| Public Safety and Justice | 562,567,793 | 582,772,009 | 587,424,206 | 614,627,219 | 31,855,210 | 5.5% |
| Children, Seniors and Families | 584,722,285 | 643,313,103 | 646,085,685 | 653,089,498 | 9,776,395 | 1.5% |
| Santa Clara Valley Health & Hospital System | 370,934,920 | 376,554,468 | 407,001,352 | 390,956,882 | 14,402,414 | 3.8% |
| Housing, Land Use, Environment & Transportation | 18,990,240 | 19,997,914 | 21,370,883 | 21,947,965 | 1,950,051 | 9.8% |
| **Total Net Expenditures** | 2,051,619,950 | 2,217,046,805 | 2,294,429,060 | 2,237,196,934 | 20,150,129 | 0.9% |
| **Expenditures by Object** | | | | | | |
| Salaries And Employee Benefits | 1,026,549,822 | 1,066,749,235 | 1,075,736,249 | 1,116,244,053 | 49,494,818 | 4.6% |
| Services And Supplies | 908,688,506 | 992,173,572 | 1,055,385,518 | 1,042,598,653 | 50,425,081 | 5.1% |
| Other Charges | 12,389,404 | 15,219,939 | 15,219,939 | 18,580,842 | 3,360,903 | 22.1% |
| Fixed Assets | 8,105,065 | 443,094 | 4,822,584 | 239,646 | (203,448) | -45.9% |
| Operating/Equity Transfers | 283,122,844 | 253,832,815 | 245,056,147 | 146,104,015 | (107,728,800) | -42.4% |
| Reserves | | 93,407,309 | 106,213,106 | 140,478,527 | 47,071,218 | 50.4% |
| Expenditure Transfers | -187,235,690 | -204,779,160 | -208,004,482 | -227,048,802 | (22,269,642) | 10.9% |
| **Total Net Expenditures** | 2,051,619,950 | 2,217,046,804 | 2,294,429,061 | 2,237,196,934 | 20,150,130 | 0.9% |
| **Resources by Type** | | | | | | |
| Taxes - Current Property | 559,238,484 | 603,540,000 | 603,540,000 | 645,279,423 | 41,739,423 | 6.9% |
| Taxes - Other Than Current Property | 37,821,836 | 53,304,709 | 53,304,709 | 52,952,000 | (352,709) | -0.7% |
| Licenses, Permits, Franchises | 10,070,507 | 12,548,678 | 12,595,463 | 10,098,737 | (2,449,941) | -19.5% |
| Fines, Forfeitures, Penalties | 23,541,302 | 20,827,203 | 28,387,203 | 17,604,712 | (3,222,491) | -15.5% |
| Revenue From Use Of Money/Property | 26,560,233 | 23,889,638 | 23,889,638 | 13,469,422 | (10,420,216) | -43.6% |
| Aid From Govt Agencies-State | 636,663,933 | 709,761,208 | 739,334,050 | 690,783,951 | (18,977,257) | -2.7% |
| Aid From Govt Agencies-Federal | 399,185,485 | 401,470,497 | 417,617,114 | 415,006,218 | 13,535,721 | 3.4% |
| Revenue From Other Government Agencies | | 19,882,337 | 12,382,337 | 38,610,421 | 18,728,084 | 94.2% |
| Charges For Services | 133,019,011 | 146,960,744 | 144,101,819 | 148,893,420 | 1,932,676 | 1.3% |
| Other Financing Sources | 51,621,448 | 57,833,790 | 63,979,723 | 101,298,630 | 43,464,840 | 75.2% |
| **Total Revenues** | 1,877,722,241 | 2,050,018,804 | 2,099,132,055 | 2,133,996,934 | 83,978,130 | 4.1% |
| **Resources by Policy Area** | | | | | | |
| Finance and Government | 832,815,453 | 905,517,737 | 922,491,018 | 958,867,393 | 53,349,656 | 5.9% |
| Public Safety and Justice | 287,107,532 | 317,507,262 | 322,021,978 | 316,587,809 | (919,453) | -0.3% |
| Children, Seniors and Families | 535,460,673 | 576,089,301 | 577,076,179 | 590,490,592 | 14,401,291 | 2.5% |
| Santa Clara Valley Health & Hospital System | 210,215,602 | 238,408,522 | 264,744,715 | 255,037,998 | 16,629,476 | 7.0% |
| Housing, Land Use, Environment & Transportation | 12,122,980 | 12,495,982 | 12,798,165 | 13,013,141 | 517,159 | 4.1% |
| **Total Revenues** | 1,877,722,240 | 2,050,018,804 | 2,099,132,055 | 2,133,996,933 | 83,978,129 | 4.1% |



## Permanent Authorized Positions (FTEs)(General Fund)

| Policy Area | FY 2008 Positions | | FY 2009 Recommended | Column 1 to 3 | |
|---|---|---|---|---|---|
| | As of 7/1/07 | As of 4/8/08 | | Inc./(Dec.) | % Change |
| Finance and Government | 1,434.3 | 1,445.3 | 1,458.5 | 24.2 | 1.7% |
| Public Safety and Justice | 3,439.5 | 3,522.5 | 3,538.0 | 98.5 | 2.9% |
| Children, Seniors and Families | 2,839.0 | 2,885.0 | 2,876.5 | 37.5 | 1.3% |
| Santa Clara Valley Health & Hospital System | 1,270.1 | 1,289.6 | 1,229.6 | -40.5 | -3.2% |
| Housing, Land Use, Environment & Transportation | 144.0 | 144.0 | 146.5 | 2.5 | 1.7% |
| Total Positions | 9,126.9 | 9,286.4 | 9,249.1 | 122.2 | 1.3% |

Introduction





## General Fund Resources

| Category | Amount |
|---|---|
| Licenses, Permits, Franchises | $10,098,737 |
| Revenue From Use Of Money/Property | $13,469,422 |
| Fines, Forfeitures, Penalties | $17,604,712 |
| Revenue From Other Government Agencies | $38,610,421 |
| Taxes – Other Than Current Property | $52,952,000 |
| Other Financing Sources | $101,298,630 |
| Charges For Services | $148,893,420 |
| Aid From Govt Agencies–Federal | $415,006,218 |
| Taxes – Current Property | $645,279,423 |
| Aid From Govt Agencies–State | $690,783,951 |
| Total Revenues | $2,133,996,934 |



## General Fund Expenditures



22

# Historical Analysis of Fund Balance Allocations for the General Fund[a]

| Fiscal Year | General Fund Balance as of June 30[b] | Contingency Appropriation | Capital Budget | Technology | Reserves and Other One-time Needs | Ongoing Costs |
|---|---|---|---|---|---|---|
| 2008 Estimate | 103,200,000 | 96,736,874 | | | 6,463,126 | |
| 2007 Approved | 167,028,000 | 87,744,712 | 13,557,133 | 5,585,977 | 30,302,810 | 29,837,368 |
| 2006 Approved | 178,960,000 | 87,730,182 | 9,525,000 | 3,524,530 | 27,359,542 | 50,820,746 |
| 2005 Approved | 164,600,000 | 76,640,120 | 10,000,000 | 4,035,000 | 34,024,880 | 39,900,000 |
| 2004 Approved | 98,100,000 | 43,805,944 | 13,950,000 | 1,252,663 | 2,777,393 | 36,314,000 |
| 2003 Approved | 120,300,000 | 37,000,000 | 8,620,000 | 5,900,000 | 58,780,000 | 10,000,000 |
| 2002 Approved | 111,400,000 | 58,648,120 | 11,884,000 | 24,770,630 | 5,097,250 | 11,000,000 |
| 2001 Approved | 133,646,748 | 68,146,748 | 36,057,140 | 17,754,695 | 11,688,164 | |
| 2000 Approved | 96,572,592 | 28,100,000 | 41,319,874 | 19,382,745 | 7,769,973 | |
| 1999 Approved | 95,570,000 | 24,100,000 | 33,705,000 | 20,153,000 | 17,612,000 | |
| 1998 Approved | 68,000,000 | 23,742,000 | 18,354,970 | 17,715,030 | 8,188,000 | |
| 1997 Approved | 40,400,000 | 20,000,000 | 8,200,000 | 8,800,000 | 3,400,000 | |
| 1996 Approved | 35,400,000 | 14,000,000 | 9,155,831 | 12,244,169 | | |
| 1995 Approved | 23,214,000 | 13,000,000 | 4,214,000 | 3,145,438 | 1,254,562 | 1,600,000 |
| 1994 Approved | 33,347,663 | 15,000,000 | | 10,900,000 | 5,347,663 | 2,100,000 |
| 1993 Approved | 37,100,000 | 12,000,000 | 15,000,000 | 2,685,000 | | 7,415,000 |

a. This table reflects the amount of fund balance allocated toward each of the expenditure categories shown above. In addition, other available one-time resources may be required to fully fund these one-time expenditures. See "Available One-time Resources and Recommended Allocations" for more detail.

b. Fund Balance amount is the fund balance estimate in the Approved Budget for each fiscal year.

## General Fund Discretionary Revenue

| Budget Unit | Department | Revenue Account | Account Name | FY 2007 Actual | FY 2008 Approved | FY 2009 Recommended |
|---|---|---|---|---|---|---|
| 110 | Controller-Treasurer | 4006200 | Prop Tax In-Lieu of VLF | 153,703,614 | 168,950,000 | 177,974,423 |
| 110 | Controller-Treasurer | 4010100 | Sales Tax | 3,663,825 | 3,817,000 | 3,727,000 |
| 110 | Controller-Treasurer | 4002200 | Aircraft Taxes | 2,918,419 | 2,350,000 | 4,500,000 |
| 110 | Controller-Treasurer | 4301100 | Interest-Deposits | 22,441,474 | 22,933,058 | 12,317,382 |
| 110 | Controller-Treasurer | 4403100 | State-Motor Vehicle | 60,227,888 | 67,362,527 | 60,922,626 |
| 110 | Controller-Treasurer | 4404100 | State-Highway Prop | 40,538 | 40,000 | 43,000 |
| 110 | Controller-Treasurer | 4419100 | Homeowner Prop Tax | 3,564,335 | 3,564,000 | 3,600,000 |
| 110 | Controller-Treasurer | 4301200 | Interest On Notes | 373,008 | 540 | 0 |
| 110 | Controller-Treasurer | 4813050 | Local Contributions | 17,976,967 | 19,300,000 | 24,500,000 |
| 110 | Controller-Treasurer | 4010110 | In-Lieu Sales and Use Tax Revenue | 1,273,463 | 1,300,000 | 1,400,000 |
| 112 | Tax Collector | 4002100 | Current Unsecured | 33,009,236 | 34,400,000 | 36,000,000 |
| 112 | Tax Collector | 4205100 | Penalties and Costs | 4,840,985 | 20,762,709 | 21,000,000 |
| 112 | Tax Collector | 4006100 | Prop Taxes-SB813 | 25,060,977 | 26,950,000 | 27,040,000 |
| 112 | Tax Collector | 4001100 | Current Secured | 336,493,788 | 373,240,000 | 404,265,000 |
| 114 | County Recorder | 4020300 | Real Prop Transfe Tx | 24,700,156 | 24,750,000 | 22,000,000 |
| 148 | Department Of Revenue | 4106100 | Franchises | 1,288,812 | 1,250,000 | 1,250,000 |
| 148 | Department Of Revenue | 4020400 | Transient Occup Tx | 424,144 | 325,000 | 325,000 |
| 810 | County Debt Service | 4301200 | Interest On Notes | 25,778 | | |
| 501 | Social Services Agency | | Interest-Deposits | 607,633 | 506,040 | 627,040 |
| | | | **Total Unallocated Revenue** | 692,635,040 | 771,800,874 | 801,491,471 |

# Use of Discretionary Revenue

| Budget Unit | Department | FY 2008 Approved | FY 2009 Recommended |
|---|---|---|---|
| | Use of Fund Balance | 79,283,288 | 6,463,126 |
| 116 | In-Home Supportive Services | (49,640,378) | (55,251,982) |
| 119 | Special Programs | (220,722,571) | (127,261,580) |
| 101 | Supervisorial District #1 | (1,022,502) | (1,080,806) |
| 102 | Supervisorial District #2 | (1,022,502) | (1,080,806) |
| 103 | Supervisorial District #3 | (1,022,502) | (1,080,806) |
| 104 | Supervisorial District #4 | (1,022,502) | (1,080,806) |
| 105 | Supervisorial District #5 | (1,022,502) | (1,080,806) |
| 106 | Clerk Board of Supervisors | (5,871,235) | (6,962,339) |
| 107 | County Executive | (7,540,229) | (949,778) |
| 108 | Countywide Modified Financial Policies | 0 | 8,000,000 |
| 168 | Office of Affordable Housing | (527,564) | (505,598) |
| 115 | Assessor | (26,051,782) | (28,593,625) |
| 118 | Procurement | (3,437,074) | (3,416,586) |
| 120 | County Counsel | (3,752,095) | (9,238,611) |
| 140 | Registrar Of Voters | (9,131,337) | (9,418,632) |
| 145 | Information Services | (12,450,569) | (16,871,290) |
| 190 | Communications Department | (7,107,243) | (8,466,751) |
| 263 | Facilities Department | (44,957,112) | (59,201,050) |
| 130 | Human Resources, LR, and EOED | (10,268,724) | (11,424,885) |
| 132 | Risk Management Department | (8,768) | 36,028 |
| 110 | Controller-Treasurer | 44,965,015 | 50,009,034 |
| 112 | Tax Collector | 874,035 | 709,421 |
| 114 | County Recorder | 4,909,229 | 2,988,893 |
| 148 | Department of Revenue | (144,493) | (1,016,426) |
| 810 | County Debt Service | (16,466,289) | (19,595,746) |
| 202 | District Attorney | (61,986,544) | (67,536,941) |
| 203 | District Attorney Crime Laboratory | (4,532,551) | (4,765,208) |
| 204 | Public Defender | (38,711,851) | (43,569,722) |
| 210 | Office of Pretrial Services | (5,316,538) | (5,555,213) |
| 217 | Criminal Justice Systemwide Costs | 131,872,510 | 137,286,727 |
| 230 | Sheriff's Department | (57,210,388) | (61,553,019) |
| 235 | Sheriff DOC Contract | (97,236,425) | (103,333,754) |
| 240 | Department of Correction | (54,987,301) | (58,717,225) |
| 246 | Probation Department | (74,109,566) | (87,107,676) |
| 293 | Medical Examiner-Coroner | (3,046,092) | (3,187,378) |
| 501 | Social Services Agency | (68,462,136) | (70,384,875) |
| 509 | Nutrition Services To Aged | (3,185,328) | (4,233,196) |
| 511 | Categorical Aids Payments | 3,918,623 | 11,392,126 |
| 410 | Public Health | (27,265,773) | (31,251,805) |
| 412 | Mental Health Department | (77,062,003) | (71,977,586) |
| 414 | Children's Shelter & Custody Health Svcs | (223,051) | 0 |
| 417 | Department of Alcohol and Drug Programs | (23,386,051) | (24,789,342) |
| 418 | Community Health Services | (10,209,068) | (7,900,151) |
| 260 | Planning and Development | (4,451,712) | (5,712,694) |
| 262 | Agriculture and Environmental Mgmt | (3,050,220) | (3,222,130) |
| | **Total Use of Unallocated Revenue** | **(771,800,874)** | **(801,491,471)** |



# Board Committee Structure

## The Relationship to the Budget Process

The Board of Supervisors has adopted a committee structure that has a strong linkage to the budget process. At the current time there are five Board Committees. Each Board member is the Chair of one committee and the Vice-Chair of a second committee. Each committee has been designed to focus on a major functional area of County Government. The Board's stated goal is to have the committee system provide a venue for a comprehensive review of major policy and budgetary issues.

| Policy Committee | Chairperson | Vice-Chairperson |
|---|---|---|
| Finance and Government Operations Committee | McHugh | Kniss |
| Public Safety and Justice Committee | Alvarado | Yeager |
| Children, Seniors and Families Committee | Yeager | Gage |
| Health and Hospital Committee | Kniss | Alvarado |
| Housing, Land Use, Environment and Transportation Committee | Gage | McHugh |

The following committees review the budget recommended by the County Executive.

## Finance and Government Operations

The Finance and Government Operations Committee (FGOC) provides oversight and direction to the County Executive in the areas of Finance, Budget, Technology and Capital Projects.

The FGOC maintains the strongest linkage to the budget process, and is tasked with reviewing the budget process and working toward the most efficient and effective process possible.

The FGOC also focuses on identifying cost-saving recommendations through the use of the Board's management auditor, the Harvey Rose Corporation. The Harvey Rose Corporation conducts an annual review of the Recommended Budget Document to assure its accuracy and to identify areas where savings or additional revenues can be found.

Finally, the FGOC reviews the budgets of some direct reports to the Board including the Board Offices, the County Executive, the Clerk of the Board and the County Counsel.

## Public Safety and Justice

This committee is responsible for oversight of the criminal justice system. A key area of focus is preserving the non-custodial treatment options brought about by the implementation of the voter-approved referendum mandating drug treatment instead of incarceration for non-violent drug crimes. Another key area is the statutory relationship between the Department of Correction and the Office of the Sheriff. This committee also provides a venue for discussion of matters related to the court system. The Public Safety and Justice committee reviews budget recommendations relating to the criminal justice departments.

## Children, Seniors and Families

This committee is focused on a wide variety of issues in the areas of social services and child support services. The Committee considers issues concerning family, seniors and children's issues, including the continued development of multi-disciplinary initiatives and partnerships with community-based organizations to provide affordable supportive direct services to clients. This committee is also working on issues resulting from reduced State and Federal funding.

This committee reviews the budgets for the Social Services Agency and the Department of Child Support Services.

## Health and Hospital

The work of the Health and Hospital Committee is focused on the operation of a comprehensive health care system that provides prevention, education, and treatment; monitoring the ongoing health status of our County, and maintaining a health care safety net for our community's most vulnerable residents. This committee reviews the budget recommendations of the following county departments:

- Public Health Department
- Mental Health Department



- Alcohol and Drug Services
- Children's Shelter and Custody Health Services
- Community Health Services
- Valley Health Plan
- Santa Clara Valley Medical Center

## Housing, Land Use, Environment and Transportation

This committee is focused on long-range, strategic planning in the area of land use, environment and transportation planning. In addition, this committee will review general transportation issues, including those related to the Roads and Airport Department, and review transportation programs and fiscal policies. This committee also oversees issues related to the Housing Trust Fund and reviews the impact of budget recommendations for the departments of Planning and Development, Agriculture and Environmental Management, Parks and Recreation, and Roads and Airports.



## Status of Budget Inventory Items Approved in FY 2008

The Budget Inventory List reflects augmentations, new proposals, restoration of budget cuts, and other funding issues approved by the Board of Supervisors at the June Budget Hearing.

Unless otherwise noted all ongoing items remain funded in the FY 2009 base budget and funding for all one-time items has been removed from the FY 2009 base budget.

This list presented here reflects Budget Inventory items approved by the Board of Supervisors for FY 2008.

Introduction

| Item | Department | Proposal | Ongoing Expenses | One-time Expense | One-time Bridge Funding Adjustment |
|---|---|---|---|---|---|
| 1 | Social Services | Approve one-time General Fund appropriation of $1,320,764 to restore funding, with 2.5% COLA, for the Social Services Agency's General Fund, Program for Immigrant Integration (PII), and Status Offenders Services (SOS) one-time contracts for FY 2008. | | $1,320,764 | |
| 2 | Criminal Justice Systemwide Costs | Approve one-time General Fund appropriation of $370,080 to restore one-time funding for Unmet Civil Legal Needs. | | $370,080[a] | |
| 3 | Public Defender | Approve ongoing General Fund appropriation of $303,433 to restore funding for 2.0 FTE Attorney II Positions in the Office of the Public Defender. | $303,433 | | ($169,887) |
| 4 | District Attorney | Approve ongoing General Fund appropriation of $259,359 to restore 1.0 FTE Attorney IV only, without associated services and supplies in the Elder Fraud Unit of the Office of the District Attorney. | $259,359 | | ($149,630) |
| 5 | District Attorney | Approve ongoing General Fund appropriation of $259,359 to restore 1.0 Attorney IV Position in the Truancy Abatement Program in the Office of the District Attorney and recognize $129,680 in ongoing revenue from participating school districts. | $129,680 | | ($149,630) |
| 9 | Office of the Sheriff | Approve ongoing General Fund appropriation of $123,881 to restore 1.0 FTE Deputy Sheriff-Rural Crimes in the Office of the Sheriff. | $123,881 | | ($71,470) |
| 10 | Public Health | Approve ongoing General Fund appropriation of $382,214 to restore contracts funding for the Community Health Partnership Community Clinics. | $382,214 | | |
| 12a | Alcohol and Drug Services | Approve ongoing General Fund appropriation of $1,277,450 to restore services in the Department of Alcohol and Drug Services: | | | |
| | | Restore 136 Outpatient Treatment slots | $510,980 | | ($255,490) |
| | | Restore 20 Residential beds | $574,853 | | ($287,426) |
| | | Restore 18 Transitional Housing Unit beds | $191,617 | | ($95,808) |
| | | Reduce $9 million Reserve for Restorations (DADS) | ($1,277,450) | | |
| | | **Subtotal Impact of Inventory Proposal 12a** | **$0** | | **($638,724)** |
| 12b | Alcohol and Drug Services | Approve ongoing General Fund appropriation of $1,917,406 to restore services in the Department of Alcohol and Drug Services: | | | |
| | | Restore 204 Outpatient Treatment Slots | $766,962 | | ($383,481) |
| | | Restore 30 Residential Beds | $862,833 | | ($431,416) |
| | | Restore 27 Transitional Housing Unit Beds | $287,611 | | ($143,805) |
| | | Reduce $2.1 million Jail Population Reserve | ($1,917,406) | | |
| | | Restore 1.0 Sr. Health Care Prog Mgr for Justice Svcs | $150,802 | | ($87,001) |
| | | **Subtotal Impact of Inventory Proposal 12b** | **$150,802** | | **($1,045,703)** |



| Item | Department | Proposal | Ongoing Expenses | One-time Expense | One-time Bridge Funding Adjustment |
|---|---|---|---|---|---|
| 12c | Alcohol and Drug Services | Approve ongoing General Fund appropriation of $4,571,691 for services in the Department of Drug and Alcohol Services: | | | |
| | | North County-restore 1.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, 1.0 FTE Rehabilitation Counselor, and associated revenues, services and supplies. | $237,087 | | ($71,485) |
| | | East Valley Outpatient Clinic-restore 3.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, 1.0 FTE Rehabilitation Counselor, 1.0 FTE Health Services Representative, and associated revenues, services and supplies. | $416,300 | | ($260,242) |
| | | Restore 536 contracted outpatient treatment slots | $1,305,300 | | ($652,650) |
| | | Restore 70 Transitional Housing Unit Beds | $736,601 | | ($368,300) |
| | | Restore 77 Residential Treatment Beds | $2,209,799 | | ($1,104,899) |
| | | Exhaust DADS Portion of Reserve for Restorations | ($150,802) | | |
| | | Exhaust $2.1 million Jail Population Reserve | ($182,594) | | |
| | | **Subtotal Impact of Inventory Proposal 12c** | **$4,571,691** | | **($2,457,576)** |
| 13 | Mental Health | Approve ongoing General Fund appropriation of $10,949,347 to restore services to the Mental Health Department contingent upon the approval of the Mental Health Department's proposed restoration of $4,094,303 from the $9 million Restoration Reserve: | | | |
| | | North County Mental Health Adult/Older Adult-restore 1.0 FTE Rehabilitation Counselor, 3.5 FTE Psychiatric Social Worker II/I/Marriage Family Therapist, and associated services and supplies. | $557,183 | | ($324,510) |
| | | Fairoaks Mental Health Adult/Older Adult-restore 1.0 FTE Rehabilitation Counselor, and associated services and supplies. | $78,904 | | ($63,631) |
| | | Central Mental Health Center Adult/Older Adult- restore 1.0 FTE Psychiatrist III, 12.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, 6.0 FTE Rehabilitation Counselor, 1.0 FTE Health Care Program Manager II, 1.0 FTE Mental Health Office Supervisor, 1.0 FTE Health Services Representative, and associated services and supplies. | $2,620,613 | | ($1,408,623) |
| | | East Valley Mental Health Adult/Older Adult-restore 10.5 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, and associated services and supplies. | $1,116,797 | | ($623,893) |
| | | Downtown Mental Health Adult/Older Adult-restore 6.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, 1.0 FTE Office Specialist II, and associated services and supplies. | $779,149 | | ($449,509) |
| | | MH Adult/Older Adult Contract Agencies | $3,020,324 | | ($1,510,162) |
| | | MH Family & Children Contract Agencies | $796,156 | | ($398,078) |
| | | Fairoaks/Bascom/Las Plumas Family and Children-restore 6.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, and 0.5 FTE Health Services Representative at Fairoaks; 4.0 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I, and 1.0 FTE Health Services Representative at Bascom; and 1.5 FTE Psychiatric Social Worker II/I/Marriage Family Therapist II/I for Las Plumas; and associated services and supplies. | $1,473,011 | | ($858,259) |
| | | 24-Hour Call Center-restore 3.0 Psychiatric Social Worker II/I/Marriage Family Therapist II/I, 0.5 Clinical Psychologist, 1.0 Health Services Representative and associated services and supplies. | $507,212 | | ($292,622) |
| | | **Subtotal Impact of Inventory Proposal 13** | **$10,949,349** | | **($5,929,287)** |



Introduction

| Item | Department | Proposal | Ongoing Expenses | One-time Expense | One-time Bridge Funding Adjustment |
|---|---|---|---|---|---|
| 14 | Alcohol and Drug Services | Approve ongoing General Fund appropriation of $372,339 to restore 1.0 Rehabilitation Counselor, 1.0 Marriage and Family Therapist, 1.0 Senior Office Specialist, and associated services and supplies in the Department of Alcohol and Drug Services for Drug Dependency Treatment Court. | $372,339 | | ($46,917) |
| 15 | Public Health | Approve ongoing General Fund appropriation of $367,599 to restore 1.0 Public Health Nurse II, 1.0 Health Education Associate, and 0.5 Public Health Assistant position in the Public Health Department for Black Infant Health, and recognize $159,858 in associated revenue. | Resources funded from Public Health portion of $9 million Reserve for Restorations | | |
| 16 | Community Health Services | Approve ongoing General Fund appropriation of $800,000 to restore the following positions to the School Linked Services Program in the Community Outreach Services Department: 1.0 FTE Licensed Marriage Family Therapist, 3.0 FTE Psychiatric Social Worker I, 2.0 FTE Psychiatric Social Worker II, and associated services and supplies. | $800,000 | | ($395,005) |
| 17a | Public Health | Approve ongoing General Fund appropriation of $233,834 in the Women, Infants and Children (WIC) Program to restore 1.5 FTE Public Health Associate positions and 1.0 FTE Senior Health Services Representative position, and associated services and supplies in the Public Health Department. | Resources funded from Public Health portion of $9 million Reserve for Restorations | | |
| 17b | Public Health | Approve ongoing General Fund appropriation of $500,757 to restore 3.0 Public Health Nurse III positions to the Maternal, Child and Adolescent Health Program in the Public Health Department and recognize associated Federal Financial Participation revenues of $251,944. | Resources funded from Public Health portion of $9 million Reserve for Restorations | | |
| 18 | Office of Affordable Housing | Approve one-time General Fund augmentation of $50,000 for the Community Technology Alliance, to be used as matching funds to Housing and Urban Development (HUD) for the Homeless Management Information System and to support technical projects of the 10 Year Plan to End Homelessness. | | $50,000 | |
| 19 | Social Services Agency | Approve one-time General Fund appropriation of $25,000 to help fund a Project Manager position and associated expenses for the Santa Clara County Aging Services Collaborative. | | $25,000 | |
| 20 | Clerk of the Board | Approve one-time General Fund appropriation of $15,000 to contribute toward the Cesar E. Chavez Arch of Dignity, Equality and Justice to be located on the San Jose State University campus. | | $15,000 | |
| | | **FY 2008 Inventory Total** | **$18,042,748** | **$1,780,844** | **($11,053,829)** |

a. Funding for this item remains in the FY 2009 base budget.





# Section 1: Finance and Government



# Finance and Government Operations

## Mission

The mission of Finance and Government Operations in the County of Santa Clara is to provide responsive and accountable government with demonstrated effectiveness and efficiency while fostering open communication with its residents.



## Departments

➡ **In-Home Supportive Services Program Costs**

➡ **Contingency Reserve**

➡ **Special Programs**

➡ **Supervisorial District # 1**

➡ **Supervisorial District # 2**

➡ **Supervisorial District # 3**

➡ **Supervisorial District # 4**

➡ **Supervisorial District # 5**

➡ **Clerk of the Board**

➡ **Office of the County Executive**

➡ **Office of the Assessor**

➡ **Measure B Transportation Improvement Program**

➡ **Office of the County Counsel**

➡ **Registrar of Voters**

➡ **Information Services Department**

➡ **County Library**

➡ **Communications**

➡ **Procurement**

➡ **Facilities and Fleet**

- Capital Programs
- Intragovernmental Services
- Building Operations
- Fleet

➡ **Employee Services Agency**

- Human Resources, Labor Relations, and Equal Opportunity & Employee Development
- Risk Management Department

➡ **Finance Agency**

- Controller-Treasurer/Debt Service
- Tax Collector
- County Clerk/Recorder
- Department of Revenue



# Finance and Government Operations

| Special Programs and Reserves<br>Budget Units 119, 910 |
| --- |

| The Board of Supervisors<br>Budget Units 101, 102, 103, 104, 105 |
| --- |

| County Executive<br>Budget Units 107, 113, 168 |
| --- |

| Information Services Department<br>Budget Unit 145 |
| --- |

| Clerk of the Board<br>Budget Unit 106 |
| --- |

| County Counsel<br>Budget Unit 120 |
| --- |

| Registrar of Voters<br>Budget Unit 140 |
| --- |

| County Communications<br>Budget Unit 190 |
| --- |

| Assessor<br>Budget Unit 115 |
| --- |

| County Library<br>Budget Unit 610 |
| --- |

| Facilities and Fleet<br>Budget Units 135, 263 |
| --- |

| Finance Agency<br>Budget Units 110, 112, 114, 148, 810 |
| --- |

| Employee Services Agency<br>Budget Units 130, 132 |
| --- |

| Measure B Transportation Improvement Program<br>Budget Unit 117 |
| --- |

| Procurement<br>Budget Unit 118 |
| --- |

Section 1: Finance and Government



**Gross Appropriation Trend**



**Staffing Trend**

## Net Expenditures By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 116 | In-Home Supportive Services | $ 48,253,330 | $ 69,813,419 | $ 69,813,419 | $ 82,529,777 | $ 12,716,358 | 18.2% |
| 119 | Special Programs | 281,119,031 | 239,535,018 | 240,689,674 | 145,864,580 | (93,670,438) | -39.1% |
| 910 | Reserves | 2,122,000 | 87,744,712 | 98,145,796 | 96,736,874 | 8,992,162 | 10.2% |
| 101 | Supervisorial District #1 | 933,290 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 102 | Supervisorial District #2 | 868,347 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 103 | Supervisorial District #3 | 920,835 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 104 | Supervisorial District #4 | 832,828 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 105 | Supervisorial District #5 | 925,119 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 106 | Clerk-Board Of Supervisors | 5,649,194 | 6,048,656 | 6,048,656 | 7,091,150 | 1,042,494 | 17.2% |
| 107 | County Executive | 18,451,251 | 12,597,404 | 21,593,834 | 14,390,943 | 1,793,539 | 14.2% |
| 108 | Countywide Modified Financial Policies | — | — | — | (8,000,000) | (8,000,000) | — |
| 113 | Local Agency Formation Comm-LAFCO | 307,942 | 476,882 | 476,882 | 572,232 | 95,350 | 20.0% |
| 168 | Office of Affordable Housing | 7,644,401 | 3,312,018 | 15,148,698 | 6,103,192 | 2,791,174 | 84.3% |
| 115 | Assessor | 28,618,491 | 32,961,405 | 35,890,667 | 31,875,282 | (1,086,123) | -3.3% |
| 117 | Measure B | 141,064,587 | 6,286,497 | 46,517,461 | 9,693,600 | 3,407,103 | 54.2% |
| 118 | Procurement | 2,879,759 | 3,487,074 | 4,357,567 | 3,466,586 | (20,488) | -0.6% |
| 120 | County Counsel | 6,541,221 | 5,338,869 | 5,727,769 | 10,559,081 | 5,220,212 | 97.8% |
| 140 | Registrar Of Voters | 12,245,326 | 19,648,543 | 19,148,543 | 14,077,846 | (5,570,697) | -28.4% |
| 145 | Information Services | 44,461,939 | 47,710,039 | 50,232,109 | 50,557,704 | 2,847,665 | 6.0% |
| 190 | Communications Department | 11,166,451 | 11,437,983 | 11,437,983 | 10,004,156 | (1,433,827) | -12.5% |
| 263 | Facilities Department | 212,779,539 | 76,024,944 | 158,066,040 | 117,613,804 | 41,588,860 | 54.7% |
| 135 | Fleet Services | 19,865,587 | 22,048,332 | 25,146,441 | 20,795,835 | (1,252,497) | -5.7% |
| 610 | County Library Headquarters | 30,826,374 | 37,462,955 | 37,462,955 | 39,873,434 | 2,410,479 | 6.4% |
| 130 | Human Resources, LR, and EOED | 30,919,385 | 33,843,181 | 35,818,184 | 35,219,699 | 1,376,518 | 4.1% |
| 132 | Risk Management Department | 55,364,868 | 65,418,467 | 65,418,467 | 67,780,844 | 2,362,377 | 3.6% |
| 110 | Controller-Treasurer | (21,976,437) | (25,134,675) | (23,299,805) | (31,551,234) | (6,416,559) | 25.5% |
| 810 | County Debt Service | 134,488,955 | 441,335,609 | 718,001,398 | 56,305,179 | (385,030,430) | -87.2% |
| 112 | Tax Collector | 10,916,225 | 10,825,965 | 10,825,965 | 11,650,579 | 824,614 | 7.6% |
| 114 | County Recorder | 12,022,812 | 13,055,222 | 13,495,222 | 15,190,798 | 2,135,576 | 16.4% |
| 148 | Department Of Revenue | 6,909,937 | 7,853,253 | 7,895,624 | 8,382,549 | 529,296 | 6.7% |
| | Total Net Expenditures | $ 1,107,122,586 | $ 1,234,244,284 | $ 1,679,213,401 | $ 822,188,522 | $ (412,055,762) | -33.4% |

## Gross Expenditures By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 116 | In-Home Supportive Services | $ 48,253,330 | $ 69,813,419 | $ 69,813,419 | $ 82,529,777 | $ 12,716,358 | 18.2% |
| 119 | Special Programs | 281,119,031 | 239,535,018 | 240,689,674 | 145,864,580 | (93,670,438) | -39.1% |
| 910 | Reserves | 2,122,000 | 87,744,712 | 98,145,796 | 96,736,874 | 8,992,162 | 10.2% |
| 101 | Supervisorial District #1 | 933,290 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 102 | Supervisorial District #2 | 868,347 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 103 | Supervisorial District #3 | 920,835 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 104 | Supervisorial District #4 | 832,828 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| 105 | Supervisorial District #5 | 925,119 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |



## Gross Expenditures By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 106 | Clerk-Board Of Supervisors | 5,955,215 | 6,327,806 | 6,327,806 | 7,303,178 | 975,372 | 15.4% |
| 107 | County Executive | 18,644,789 | 12,795,188 | 21,791,618 | 15,401,171 | 2,605,983 | 20.4% |
| 108 | Countywide Modified Financial Policies | — | — | — | (8,000,000) | (8,000,000) | — |
| 113 | Local Agency Formation Comm-LAFCO | 523,147 | 751,224 | 751,224 | 843,729 | 92,505 | 12.3% |
| 168 | Office of Affordable Housing | 8,332,763 | 3,714,544 | 16,776,224 | 6,505,718 | 2,791,174 | 75.1% |
| 115 | Assessor | 28,618,491 | 32,961,405 | 35,890,667 | 31,875,282 | (1,086,123) | -3.3% |
| 117 | Measure B | 141,064,587 | 6,286,497 | 46,517,461 | 9,693,600 | 3,407,103 | 54.2% |
| 118 | Procurement | 3,320,416 | 3,984,408 | 4,854,901 | 3,976,259 | (8,149) | -0.2% |
| 120 | County Counsel | 21,074,606 | 21,542,225 | 21,931,125 | 27,970,129 | 6,427,904 | 29.8% |
| 140 | Registrar Of Voters | 12,245,326 | 19,648,543 | 19,148,543 | 14,077,846 | (5,570,697) | -28.4% |
| 145 | Information Services | 45,858,127 | 49,287,697 | 51,809,767 | 52,170,362 | 2,882,665 | 5.8% |
| 190 | Communications Department | 15,665,401 | 16,433,376 | 16,433,376 | 19,511,564 | 3,078,188 | 18.7% |
| 263 | Facilities Department | 264,717,849 | 128,603,700 | 210,638,042 | 171,434,219 | 42,830,519 | 33.3% |
| 135 | Fleet Services | 19,865,587 | 22,048,332 | 25,146,441 | 20,795,835 | (1,252,497) | -5.7% |
| 610 | County Library Headquarters | 30,826,374 | 37,462,955 | 37,462,955 | 39,873,434 | 2,410,479 | 6.4% |
| 130 | Human Resources, LR, and EOED | 35,203,038 | 38,187,123 | 40,162,126 | 39,854,182 | 1,667,059 | 4.4% |
| 132 | Risk Management Department | 57,674,367 | 67,799,774 | 67,799,774 | 70,177,750 | 2,377,976 | 3.5% |
| 110 | Controller-Treasurer | 14,972,320 | 15,686,359 | 17,521,229 | 16,514,152 | 827,793 | 5.3% |
| 810 | County Debt Service | 134,488,955 | 441,335,609 | 718,001,398 | 56,305,179 | (385,030,430) | -87.2% |
| 112 | Tax Collector | 11,199,732 | 11,097,641 | 11,097,641 | 12,017,059 | 919,418 | 8.3% |
| 114 | County Recorder | 12,022,812 | 13,055,222 | 13,495,222 | 15,190,798 | 2,135,576 | 16.4% |
| 148 | Department Of Revenue | 6,909,937 | 7,853,253 | 7,895,624 | 8,382,549 | 529,296 | 6.7% |
| | **Total Gross Expenditures** | **$ 1,225,158,617** | **$ 1,359,068,542** | **$ 1,805,255,904** | **$ 962,409,257** | **$ (396,659,284)** | **-29.2%** |

## Revenues By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 116 | In-Home Supportive Services | $ 15,079,843 | $ 20,173,041 | $ 20,173,041 | $ 27,277,795 | 7,104,754 | 35.2% |
| 119 | Special Programs | 23,697,641 | 18,812,447 | 18,970,516 | 18,603,000 | (209,447) | -1.1% |
| 106 | Clerk-Board Of Supervisors | 84,349 | 175,921 | 175,921 | 127,311 | (48,610) | -27.6% |
| 107 | County Executive | 9,845,560 | 5,057,175 | 14,698,182 | 13,441,165 | 8,383,990 | 165.8% |
| 113 | Local Agency Formation Comm-LAFCO | 298,702 | 331,342 | 331,342 | 318,498 | (12,844) | -3.9% |
| 168 | Office of Affordable Housing | 4,800,330 | 2,092,406 | 7,308,155 | 3,396,929 | 1,304,523 | 62.3% |
| 115 | Assessor | 4,559,602 | 6,909,623 | 9,908,706 | 3,281,657 | (3,627,966) | -52.5% |
| 117 | Measure B | 6,890,241 | 1,324,000 | 3,924,767 | 2,000,000 | 676,000 | 51.1% |
| 118 | Procurement | 114,046 | 50,000 | 50,000 | 50,000 | --- | — |
| 120 | County Counsel | 2,040,632 | 1,586,774 | 1,586,774 | 1,320,470 | (266,304) | -16.8% |
| 140 | Registrar Of Voters | 10,330,575 | 10,517,206 | 10,017,206 | 4,659,214 | (5,857,992) | -55.7% |
| 145 | Information Services | 31,988,394 | 36,591,602 | 36,751,602 | 35,939,622 | (651,980) | -1.8% |
| 190 | Communications Department | 1,576,324 | 4,330,740 | 4,330,740 | 1,537,405 | (2,793,335) | -64.5% |
| 263 | Facilities Department | 9,479,454 | 30,926,588 | 194,606,560 | 58,412,754 | 27,486,166 | 88.9% |
| 135 | Fleet Services | 18,672,211 | 23,993,653 | 23,993,653 | 23,140,219 | (853,434) | -3.6% |



## Revenues By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|-----------------|-----------------|-----------------------|---|---------------------|---------------------------------|------------------------------|
| | | | Approved | Adjusted | | | |
| 610 | County Library Headquarters | 32,597,195 | 30,654,564 | 30,654,564 | 32,604,650 | 1,950,086 | 6.4% |
| 130 | Human Resources, LR, and EOED | 22,672,339 | 23,029,763 | 23,029,763 | 23,257,091 | 227,328 | 1.0% |
| 132 | Risk Management Department | 56,848,879 | 58,991,164 | 58,991,164 | 58,742,238 | (248,926) | -0.4% |
| 110 | Controller-Treasurer | 293,861,499 | 309,447,465 | 314,015,654 | 307,442,231 | (2,005,234) | -0.6% |
| 810 | County Debt Service | 10,448,070 | 408,913,474 | 527,660,843 | 27,578,228 | (381,335,246) | -93.3% |
| 112 | Tax Collector | 421,980,099 | 467,052,709 | 467,052,709 | 500,665,000 | 33,612,291 | 7.2% |
| 114 | County Recorder | 36,945,955 | 40,879,814 | 41,319,814 | 37,051,459 | (3,828,355) | -9.4% |
| 148 | Department Of Revenue | 9,846,388 | 9,283,760 | 9,326,131 | 8,941,123 | (342,637) | -3.7% |
| | **Total Revenues** | $ 1,024,659,102 | $ 1,511,125,230 | $ 1,818,877,806 | $ 1,189,788,059 | $ (321,337,172) | -21.3% |



# In-Home Supportive Services Program Costs



**Gross Appropriation Trend**

(FY 05: 92.2, FY 06: 123.7, FY 07: 49.2, FY 08: 69.8, FY 09: 82.5)



## Description of Major Services

### In-Home Supportive Services (IHSS)

In Santa Clara County, the Social Services Agency determines consumer eligibility and the number of service hours that each person can receive for domestic and personal care services. The consumer population includes elderly, blind, or disabled persons who require assistance to remain safely in their homes. The staff who determine eligibility are budgeted in the Department of Aging and Adult Services in the Social Services Agency.

The independent provider mode is the sole service mode for IHSS in Santa Clara County. As of April 2008, approximately 14,068 people were receiving services from over 14,166 full or part-time Independent Providers.

### The Public Authority

The Public Authority provides a registry to match IHSS consumers with independent home care providers, screens care providers, offers access to training for both consumers and providers, acts as the employer of record for independent home care providers for collective bargaining purposes, and administers benefits to independent providers, such as medical, dental and vision coverage.

The Public Authority as an employer of record officially began in Santa Clara County in April 1999. Since that time, Independent Provider (IP) wages have increased from $6.25 per hour to the current rate of $12.35 per hour. The State minimum wage increased to $8.00 per hour in January 2008.

In addition, benefits have been provided to the IPs, beginning with Valley Health Plan benefits in September 2000, and adding dental and vision benefits in October 2001. Benefits are available to all IPs who are authorized to work at least 35 hours per month, for which they contribute an $11.00 per month co-payment. The health benefits are administered on an open enrollment basis, and the number of eligibles varies each month. The table below shows the latest information related to Independent Providers who receive benefits. The number of IPs has been increasing consistently since October 2000.



34

## Independent Providers

| Benefit Provided | # Eligible in May 2007 | # Eligible in May 2008 | Percent Change |
|---|---|---|---|
| Valley Health Plan | 4,669 | 5,619 | 16.9% |
| Pacific Union Dental | 5,129 | 6,138 | 16.4% |
| Vision Service Plan | 5,129 | 6,138 | 16.4% |
| Estimated Net Cost of IHSS Program | $49,628,730 | $55,251,982 | 10.2% |

IHSS caseload growth has continued with a notable increase in intake referrals. Continued caseload growth is anticipated due to the increasing aging population and the strong desire of individuals to remain in their home environment for as long as possible.

Despite the increasing General Fund cost of the program, the IHSS program receives a high rate of Federal reimbursement. Nearly 99.5% percent of all cases are now federally-eligible, under the Federal IHSS Waiver Plus reimbursement structure. State contributions are capped for Public Authority and for benefit costs, with the County picking up the unreimbursed share of cost for benefits. The Federal reimbursement rate is 50% of cost, up to the $16.00 per hour reimbursement cap.

The FY 2007 Governor's budget increased the State contribution to the wage for IHSS workers to $11.50 in December 2007, with benefits reimbursed at the rate of $0.60 per hour. The cost of the overall Santa Clara County IHSS program and benefit administration is $15.91 per hour. The cost is currently under the Federal reimbursement cap, due to the fact that the State minimum wage was increased to $8.00 per hour on April 1, 2008 (the Federal cap is always 200% of the State minimum wage). Therefore, the estimated net cost of the program only grew by 10.2% from FY 2008 to FY 2009. In comparison, the net cost of the program grew by 12.7% from FY 2007 to FY 2008 because the hourly rate began to exceed the Federal cap during this time period, and the County share was therefore higher.

## In-Home Supportive Services — Budget Unit 116
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1002 | IHSS Program Fund 0001 | $ 21,610,661 | $ 29,135,014 | $ 29,135,014 | $ 36,729,777 | $ 7,594,763 | 26.1% |
| 1003 | IHSS Ind Provider Mode Fund 0001 | 26,642,669 | 40,678,405 | 40,678,405 | 45,800,000 | 5,121,595 | 12.6% |
|  | Total Net Expenditures | $ 48,253,330 | $ 69,813,419 | $ 69,813,419 | $ 82,529,777 | $ 12,716,358 | 18.2% |

## In-Home Supportive Services — Budget Unit 116
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1002 | IHSS Program Fund 0001 | $ 21,610,661 | $ 29,135,014 | $ 29,135,014 | $ 36,729,777 | $ 7,594,763 | 26.1% |
| 1003 | IHSS Ind Provider Mode Fund 0001 | 26,642,669 | 40,678,405 | 40,678,405 | 45,800,000 | 5,121,595 | 12.6% |
|  | Total Gross Expenditures | $ 48,253,330 | $ 69,813,419 | $ 69,813,419 | $ 82,529,777 | $ 12,716,358 | 18.2% |



## In-Home Supportive Services — Budget Unit 116
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| | | Approved | Adjusted | | | |
| Services And Supplies | 48,253,330 | 69,813,419 | 69,813,419 | 82,529,777 | 12,716,358 | 18.2% |
| Subtotal Expenditures | 48,253,330 | 69,813,419 | 69,813,419 | 82,529,777 | 12,716,358 | 18.2% |
| Total Net Expenditures | 48,253,330 | 69,813,419 | 69,813,419 | 82,529,777 | 12,716,358 | 18.2% |

## In-Home Supportive Services — Budget Unit 116
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| 1002 | IHSS Program Fund 0001 | $ 15,079,843 | $ 15,936,359 | $ 15,936,359 | $ 27,277,795 | $ 11,341,436 | 71.2% |
| 1003 | IHSS Ind Provider Mode Fund 0001 | — | 4,236,682 | 4,236,682 | — | (4,236,682) | -100.0% |
| | Total Revenues | $ 15,079,843 | $ 20,173,041 | $ 20,173,041 | $ 27,277,795 | $ 7,104,754 | 35.2% |

## IHSS Program Fund 0001 — Cost Center 1002
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 29,135,014 | $ 15,936,359 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 436 | — |
| Other Required Adjustments | — | 7,594,327 | 11,341,436 |
| Subtotal (Current Level Budget) | — | $ 36,729,777 | $ 27,277,795 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 36,729,777 | $ 27,277,795 |

## IHSS Ind Provider Mode Fund 0001 — Cost Center 1003
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 40,678,405 | $ 4,236,682 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | 5,121,595 | (4,236,682) |



36

**IHSS Ind Provider Mode Fund 0001 — Cost Center 1003**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Current Level Budget) | — | $ 45,800,000 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 45,800,000 | $ — |



# Special Programs and Reserves

## Overview

Special Programs is a unique component of the Santa Clara County General Fund budget. This budget unit was designed to accommodate programs that cut across departmental lines or to segregate programs that need to be managed centrally. Over the years the Special Programs budget has included a wide variety of appropriations that are managed by the Office of Budget and Analysis. There are no positions funded in the Special Programs budget, only program expenditures, fixed assets and reserves.



Gross Appropriation Trend

## Description of Major Services

### Santa Clara Valley Medical Center Subsidy

Revenues collected by the Santa Clara County Medical Center (SCVMC) from State and Federal programs, insurance companies, and cash-paying patients are not sufficient to cover expenditures. A General Fund subsidy is provided as a transfer from Special Programs. The subsidy is comprised of three basic elements: pass-through revenues, unreimbursed County services (e.g., medical care for inmates), and the General Fund grant. The General Fund subsidy in the FY 2009 base budget, *before consideration of the recommendations in this document,* is $307.2 million.

### Criminal Justice Information Control (CJIC) System

The Special Programs budget transfers General Fund monies to the Information Services Department Internal Service Fund for the cost of access to CJIC by General Fund departments (e.g., Sheriff, District Attorney). CJIC, the primary information resource for law enforcement in the County, contains criminal history information on numerous individuals, and provides the current status of all persons with open cases or who are currently serving sentences. This

function is mandated due to various legal requirements imposed on the County departments that work within the national criminal justice system.

### Children's Health Initiative

An annual $3 million transfer to the Santa Clara Valley Health and Hospital System helps provide comprehensive health insurance to children whose family income is 300 percent or less of the Federal poverty level. This program was developed to care for children who do not qualify for Medi-Cal of the State's Healthy Families program. This program is not mandated.

### EcoPass Program

An ongoing appropriation of $250,000 supports payment to the Valley Transportation Authority (VTA) for EcoPasses for County employees. The EcoPass provides employees with an alternative mode of transportation to and from work and reduces on-site parking needs. In addition to free, unlimited access to VTA buses and light rail trains, the EcoPass Program also provides guaranteed transportation home in the event of illness, family emergency or unexpected



overtime. To the extent that the program is voluntarily offered by the County, it is subject to annual evaluation and review by the Board of Supervisors as to the continuation of the EcoPass Program. The Board approved the current program for calendar year 2008 on December 4, 2007.

### Budget System Costs

An ongoing appropriation (currently $166,613) supports maintenance of the County's Budget Reporting and Support System (BRASS), including publishing software, licenses, and maintenance.

### Insurance and Training Costs for Volunteer Fire Departments

An ongoing appropriation of $50,000 is provided to support the training of volunteer firefighters for the South Santa Clara County Fire District through a contract with the California Department of Forestry and Fire Protection. An additional ongoing appropriation of $120,000 provides reimbursement of expenses for Workers Compensation and Liability

insurance for volunteer fire departments in the unincorporated area of the County. These functions are not mandated.

### Legal Services

An ongoing appropriation of $100,000 is provided to cover the cost of outside counsel as necessary.

### Mothers Milk Bank

An annual grant is provided to the Mothers Milk Bank. This community-based organization accepts donations of surplus breast milk from healthy breast feeding women. The milk is pasteurized and dispensed by prescription to premature and sick babies, primarily those hospitalized at Santa Clara Valley Medical Center. The current grant amount is budgeted at $56,088.

### Unincorporated Library Services

An ongoing transfer of $51,000 is made to the County Library budget to subsidize the cost of library services in County-governed areas. The transfer is not mandated, but is made pursuant to a Joint Powers Authority contract between the County and various cities for operation of the County library system.

## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| General Fund Reserves | Yes | Non-Mandated | One-time reserve for State and Federal budget impacts is established to mitigate FY 2009 impact on County services. Additional reserves established for FY 2009 vehicle purchases and increased fuel costs. | ▲ |
| SCVMC General Fund Subsidy | Yes | Mandated/ Non-Mandated | General Fund subsidy to Santa Clara Valley Medical Center (SCVMC) is reduced by $209.7 million from the FY 2009 base budget. (See the County Executive's recommendations for SCVMC in the Health and Hospital section of this document for discussion of service impacts). | ◩ |
| Criminal Justice Information Control System | Yes | Mandated | No impact on current level of service. Reduced flexibility to provide enhancements or modifications to current service. | ◩ |
| School Crossing Guard Program | Yes | Non-Mandated | School crossing guard services near schools in the unincorporated area will continue for FY 2009. | ■ |
| Children's Health Initiative | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:

☐ = Eliminated    ▼ = Reduced    ◩ = Modified    ▲ = Enhanced    ■ = No Change



| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| ECO Pass Program for County Employees | Yes | Non-Mandated | | ■ |
| Budget Reporting and Support System (BRASS) | Yes | Non-Mandated | | ■ |
| Workers Compensation and Liability Insurance for Volunteer Fire Departments | Yes | Non-Mandated | | ■ |
| Training for Volunteer Fire Fighters | Yes | Non-Mandated | | ■ |
| Unincorporated Library Services | Yes | Non-Mandated | | ■ |
| Mothers' Milk Bank | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:

☐ = Eliminated    ▼ = Reduced    ◩ = Modified    ▲ = Enhanced    ■ = No Change

## County Executive's Recommendation

### ◩ General Fund Subsidy to SCVMC

**Reduce the General Fund subsidy to Santa Clara Valley Medical Center:** A combination of increased SCVMC revenue, reduced SCVMC costs and the use of SCVMC reserves results in a significantly reduced General Fund subsidy for FY 2009:

#### General Fund Subsidy to SCVMC[a]

| Subsidy Component | Fiscal Year | | | 2009 Base | 2009 Rec |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | | |
| VLF Revenue | $54.1 | $57.3 | $67.4 | $60.9 | $60.9 |
| Tobacco Settlement Revenue | $12.0 | $12.0 | $12.0 | $12.0 | $12.0 |
| Unreimbursed County Services | $7.2 | $9.3 | $10.0 | $10.9 | $10.9 |
| General Fund Grant | $36.2 | $91.3 | $139.3 | $223.3 | $13.5 |
| **Total GF Subsidy** | **$109.5** | **$169.9** | **$228.7** | **$307.2** | **$97.4** |
| Use of SCVMC Budget Reserves | $107.0 | $77.0 | $31.5 | | $181.0 |

a. $ reflected in millions

The $209.8 million reduction in the General Fund subsidy, from $307.2 million in the base budget to the $97.4 million recommended level is the result of the following recommended actions:

**Summary of Actions Reducing the FY 2009 General Fund Subsidy to SCVMC**

| Basis for Reduction | Reduction Amount |
|---|---|
| **FY 2009 Reduction Plan** | |
| SCVMC Reduction Plan - including cost reductions and recognition of increased revenue | $27,000,000 |
| General Fund Health Departments' Reduction Plan - actions result in additional savings or increased revenue for SCMVC | $1,707,031 |
| **Subtotal Reduced Subsidy Due to FY 2009 Reduction Plans** | **$28,707,031** |
| **Use of Budget Reserves** | |
| Allows the General Fund to use one-time savings from reduced subsidy to support ongoing General Fund operations | $42,191,278 |
| Allows the General Fund to use one-time savings from reduced subsidy to cover the gap between General Fund one-time resources and General Fund one-time needs | $138,851,508 |
| **Subtotal Reduced Subsidy Due to Use of SCVMC Reserves** | **$181,042,786** |
| **Total Reduction in General Fund Subsidy** | **$209,749,817** |

The service impact at Santa Clara Valley Medical Center resulting from these actions is discussed in Section 4 of this document.

**Ongoing Savings: $28,707,031**
**One-time Savings: $181,042,786**



## ▲ Reserve for State and Federal Budget Impacts

**Establish a One-time Reserve for State and Federal Budget Impacts:** The reserve will serve to mitigate the immediate impact of State and Federal budget decisions in Sacramento and Washington, D.C. which have a negative effect on the County.

The full impact of budget decisions at the State and Federal level will not be known until both the State and Federal budgets are adopted. However, proposed regulations and reductions could lead to significant losses of funding for health and social services programs in particular, as well as some law enforcement programs.

The proposed reserve, at $35.6 million, approximates a little less than six months of the estimated State and Federal impact. Once the Supervisors reconvene to deal with State budget reductions, the goal will be to address the State budget reductions as soon as possible, but no later than January 1, 2009, and use the one-time reserve to cover the operating costs through December 31, 2008. Any leftover one-time reserve will be available as a source of one-time funds in FY 2010.

The ongoing impact of revenue losses due to State and Federal budget decisions will increase projected County deficits for FY 2010 and beyond, increasing the level of ongoing reductions required to balance the budget in future years.

**One-time Cost: $35,587,174**

## ▲ Reserves for FY 2009 Fleet Costs

**Establish reserves for FY 2009 General Fund vehicle purchase costs:** A one-time reserve of $4 million is established to cover the anticipated General Fund fleet purchase for FY 2009.

Board Policy 4.20 (Ten Year Fleet Plan) requires that vehicles in each vehicle class be incrementally replaced over the service life of the vehicles in each class. In general, this results in the average County vehicle being replaced in about ten years. This incremental annual replacement is designed to flatten the peaks and valleys of the accumulated fleet age and provide for consistent financial planning from one budget year to the next.

Each September, Fleet management reviews the County fleet, analyzing age, miles and the cost per mile (excluding collision repairs) for each vehicle by class. In accordance with Board Policy 4.20, Fleet staff develops a list of recommendations and provides a copy to departments. Based on Fleet's analysis and the responses from departments, staff recommends vehicles and equipment for replacement, for approval by the Board of Supervisors.

**Fuel Cost Reserve:** An ongoing reserve of $456,300 is established to cover anticipated increased fuel costs in the General Fund. The Administration will return to the Board of Supervisors at the FY 2009 Mid-Year Budget Review with recommendations to allocate this reserve to operating departments based on actual fuel costs and use. Unspent reserve monies will be returned to the Contingency Reserve.

**One-time Cost: $4,000,000**
**Ongoing Cost: $456,300**

## ■ School Crossing Guard Program

**Authorize a one-time transfer from the General Fund to the Roads Fund:** for the School Crossing Guard Program. The Roads Department manages this program and coordinates with the affected school districts, cities, and the Office of the Sheriff as necessary. All administrative costs are absorbed by the Roads Department.

The $53,000 one-time funding recommended here will support a cooperative agreement with the City of San Jose for the placement of adult crossing guards at intersections near the Luther Burbank Elementary School (District 4) and the Lyndale Elementary School, Shields Elementary School and Linda Vista Elementary School (District 2). San Jose has an extensive adult crossing guard program run by the San Jose Police Department.

**Background:** In FY 2001, the Board approved an initial General Fund allocation of $50,000 for the School Crossing Guard Program to fund the placement of adult crossing guards at selected County intersections in the unincorporated pockets near schools.



After the initial $50,000 General Fund allocation was exhausted, District 2 and District 4 allocated District Infrastructure Funds on a pro-rata basis to continue funding the program through June 30, 2008, at which time all program funding will be exhausted.

High priority intersections in the unincorporated areas of Cupertino and the Burbank and Alum Rock areas of San Jose were identified for placement of adult crossing guards. The targeted intersection in the Cupertino pocket was subsequently annexed by the City of Cupertino, leaving only the unincorporated pockets in the City of San Jose.

**Service Impact:** The program will continue for an additional year.

**Total One-time Cost: $53,000**

## ■ Criminal Justice Information Control (CJIC)

**Reduce Expenses for Internal Data Processing Services for the CJIC System:** Recommendations for reductions in the Information Services Department (ISD) result in a reduced cost for ISD support of the CJIC system.

**Service Impact:** Although no impact on the current level of service is anticipated, flexibility to provide enhancements or modifications to current services will be reduced.

**Ongoing Savings: $549,587**

Section 1: Finance and Government

### Special Programs — Budget Unit 119
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1001 | Special Program Fund 0001 | $ 281,119,031 | $ 239,535,018 | $ 240,689,674 | $ 145,864,580 | $ (93,670,438) | -39.1% |
| | **Total Net Expenditures** | $ 281,119,031 | $ 239,535,018 | $ 240,689,674 | $ 145,864,580 | (93,670,438) | -39.1% |

### Special Programs — Budget Unit 119
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1001 | Special Program Fund 0001 | $ 281,119,031 | $ 239,535,018 | $ 240,689,674 | $ 145,864,580 | $ (93,670,438) | -39.1% |
| | **Total Gross Expenditures** | $ 281,119,031 | $ 239,535,018 | $ 240,689,674 | $ 145,864,580 | (93,670,438) | -39.1% |

### Special Programs — Budget Unit 119
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 2,631 | $ — | $ — | $ — | $ — | — |
| Services And Supplies | 6,105,188 | 5,586,014 | 6,476,463 | 5,313,075 | (272,939) | -4.9% |
| Fixed Assets | 5,303,135 | — | 1,850,875 | — | — | — |
| Operating/Equity Transfers | 269,708,077 | 231,849,004 | 230,262,336 | 100,508,031 | (131,340,973) | -56.6% |
| Reserves | — | 2,100,000 | 2,100,000 | 40,043,474 | 37,943,474 | 1,806.8% |
| **Subtotal Expenditures** | 281,119,031 | 239,535,018 | 240,689,674 | 145,864,580 | (93,670,438) | -39.1% |
| **Total Net Expenditures** | 281,119,031 | 239,535,018 | 240,689,674 | 145,864,580 | (93,670,438) | -39.1% |



## Special Programs — Budget Unit 119
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1001 | Special Program Fund 0001 | $ 23,697,641 | $ 18,812,447 | $ 18,970,516 | $ 18,603,000 | $ (209,447) | -1.1% |
| | Total Revenues | $ 23,697,641 | $ 18,812,447 | $ 18,970,516 | $ 18,603,000 | $ (209,447) | -1.1% |

## Special Program Fund 0001 — Cost Center 1001
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 239,535,018 | $ 18,812,447 |
| Board Approved Adjustments During FY 2008 | — | 1,154,656 | 158,069 |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 78,465,120 | — |
| Other Required Adjustments | — | (3,087,284) | (367,516) |
| Subtotal (Current Level Budget) | — | $ 316,067,510 | $ 18,603,000 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| CPSP Post Partum | — | (1,395,468) | — |
| EMS Cardiac Fees | — | 8,000 | — |
| FY 2009 Data Processing Adjustment | — | (549,587) | — |
| Mobile Health Services | — | 181,927 | — |
| One-time Reduction in General Fund Grant to SCVMC - Planned Use of SCVMC Reserves for Ongoing Costs | — | (31,500,000) | — |
| One-time Reduction in General Fund Grant to SCVMC - Use SCVMC Reserves to Fund 50% of Retiree Health Normal Cost | — | (5,732,646) | — |
| One-time Reduction in General Fund Grant to SCVMC - Use SCVMC Reserves to Fund FY 2009 Costs, Allowing Benefit to the General Fund to Solve Deficit | — | (138,851,508) | — |
| One-time Reduction in General Fund Grant to SCVMC - Use SCVMC Reserves to Fund Non-recurring Labor Costs in FY 2009 Base | — | (4,958,632) | — |
| Reduce Ongoing GF Grant to SCVMC for Accounts Receivable Collection Initiative | — | (85,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Ambulatory and Physician Practice Management | — | (4,000,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Ancillary and Support Services Initiative | — | (377,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Care Delivery System | — | (5,259,057) | — |
| Reduce Ongoing GF Grant to SCVMC for Charge Master | — | (2,000,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Coverage Initiatives | — | (3,000,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Managed Care | — | (1,250,000) | — |
| Reduce Ongoing GF Grant to SCVMC for Organizational Structure Initiative | — | (2,397,229) | — |



**Special Program Fund 0001 — Cost Center 1001**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Reduce Ongoing GF Grant to SCVMC for Revenue Cycle Initiatives | — | (8,631,714) | — |
| School Guard Crossing Program | — | 53,000 | — |
| WIC/CPSP Revenue | — | (501,490) | — |
| Decision Packages | | | |
| 1.  Reserves for FY 2009 Vehicle Costs | — | 4,456,300 | — |

♦ One-time reserve of $4.0 million for the anticipated FY 2009 fleet purchase cost for the General Fund.

♦ Ongoing reserve of $456,300 for anticipated FY 2009 fuel increases. Funds from this reserve will be allocated to General Fund departments at the FY 2009 Mid-Year Budget Review as necessary based on actual fuel costs and usage.

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| 2.  One-time Reserve for State and Federal Budget Impacts | — | 35,587,174 | — |

The reserve will serve to mitigate the immediate impact of State and Federal budget decisions in Sacramento and Washington, D.C. which have a negative effect on the County.

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Recommended Changes) | — | $ (170,202,930) | $ — |
| **Total Recommendation** | — | $ 145,864,580 | $ 18,603,000 |


Section 1: Finance and Government

# Appropriations for Contingencies

## Overview

### Contingency Reserve

The Contingency Reserve is the major unobligated reserve budgeted in the General Fund. This reserve is reappropriated every year from the General Fund balance.

The funding of the Contingency Reserve is guided by Board policy. Board of Supervisors Policy 4.3 established the goal of setting the Contingency Reserve at 5% of General Fund revenues, net of pass-through revenues, by July 1, 2007 (FY 2008).



**Gross Appropriation Trend**

Data reflects the July 1 Approved Budget level of the Contingency Reserve each year. The ending year balance of the reserve may be higher or lower depending on actions taken by the Board during the fiscal year to add to or allocate from the reserve.

## County Executive's Recommendation

### FY 2009 Contingency Reserve

**Set the Contingency Reserve at 5% of ongoing General Fund revenues, net of pass-through revenue:** This level of Contingency Reserve meets the Board's goal of 5%, and is greater than the 4.7% included in the Approved Budget in FY 2008.

**One-time Cost: $96,736,874**

### Reserves — Budget Unit 910
### Net Expenditures by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg | % Chg From |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | From FY 2008 Approved | FY 2008 Approved |
| 1010 | County Reserve Fund 0001 | $ | 2,122,000 | $ 87,744,712 | $ 98,145,796 | $ 96,736,874 | $ 8,992,162 | 10.2% |
| | **Total Net Expenditures** | $ | 2,122,000 | $ 87,744,712 | $ 98,145,796 | $ 96,736,874 | $ 8,992,162 | 10.2% |



## Reserves — Budget Unit 910
### Gross Expenditures by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| 1010 | County Reserve Fund 0001 | $ 2,122,000 | $ 87,744,712 | $ 98,145,796 | $ 96,736,874 | $ 8,992,162 | 10.2% |
| | **Total Gross Expenditures** | $ 2,122,000 | $ 87,744,712 | $ 98,145,796 | $ 96,736,874 | $ 8,992,162 | 10.2% |

## Reserves — Budget Unit 910
### Expenditures by Object

| | | FY 2008 Appropriations | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|
| Object | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| Operating/Equity Transfers | 2,122,000 | — | — | — | — | |
| Reserves | — | 87,744,712 | 98,145,796 | 96,736,874 | 8,992,162 | 10.2% |
| **Subtotal Expenditures** | 2,122,000 | 87,744,712 | 98,145,796 | 96,736,874 | 8,992,162 | 10.2% |
| **Total Net Expenditures** | 2,122,000 | 87,744,712 | 98,145,796 | 96,736,874 | 8,992,162 | 10.2% |

## County Reserve Fund 0001 — Cost Center 1010
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 87,744,712 | $ — |
| Board Approved Adjustments During FY 2008 | — | 10,401,084 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | (98,145,796) | — |
| Subtotal (Current Level Budget) | — | $ — | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| 1.  FY 2009 Contingency Reserve | — | 96,736,874 | — |
| The FY 2009 Contingency Reserve is set at 5% of ongoing General Fund revenues net of pass-through revenues. | | | |
| Subtotal (Recommended Changes) | — | $ 96,736,874 | $ — |
| **Total Recommendation** | — | $ 96,736,874 | $ — |



# Board of Supervisors





**Gross Appropriation Trend**

**Staffing Trend**

Staffing in the Board Offices may vary.



## Mission

The County of Santa Clara Board of Supervisors is committed to developing new, more effective governance, planning for the needs of a changing population, and providing quality services so that we can be a healthy, safe and prosperous community.



## Goals

➡ Examine, effectively balance, and remain accountable to the priorities of the community, and allocate available funding accordingly.

➡ Strengthen the County's financial position by increasing our reserves, reducing unfunded liabilities, and funding preventative capital maintenance.

➡ Increase resources to prevention and early intervention strategies as an alternative to reactive remedies.

➡ Maintain a local safety net for our community's most vulnerable residents.

➡ Uphold our commitment to County employees by investing in training, development, technology, and a safe work environment so that our workforce can contribute successfully to the mission and goals of the County.

## Description of Major Services

Members of the Board of Supervisors are elected to four-year terms on a staggered basis, as mandated by the State Constitution and in the County Charter. Pursuant to the County Charter, Supervisors may serve no more than three consecutive terms on the Board. The role of the Chairperson of the Board rotates each calendar year among members, and in 2008 Supervisor Pete McHugh is the designated Chairperson. Each of the five board offices has a total staff of 8 full-time positions that support them directly. The Offices of the Clerk of the Board and the County Executive provide support and assistance as well.

The Board of Supervisors serves as the governing body of the County of Santa Clara. The Board is responsible for establishing the policies which guide the day-to-day operations of the County Government. The Board meets as a governing body on Tuesdays as scheduled and publicly posted. At these meetings the Board enacts ordinances and resolutions, adopts the annual budget, approves new programs, reviews existing programs, and adopts land use and zoning plans. Additionally, the Board is responsive to current issues and problems that affect the residents of the County of Santa Clara.



48

Each of the following policy committees is chaired and vice-chaired by Supervisors:

| Committee | Chairperson | Vice-Chairperson |
|-----------|-------------|------------------|
| Health and Hospital | Kniss | Alvarado |
| Children, Seniors and Families | Yeager | Gage |
| Public Safety and Justice | Alvarado | Yeager |
| Finance and Government Operations | McHugh | Kniss |
| Housing, Land Use, Environment and Transportation | Gage | McHugh |

## Fiscal Year 2008 Accomplishments

### Health and Hospital Committee

- Approved implementation of the Chronic Care Model in primary care; evaluated the strengths and opportunities to provide quality health care that is both cost-effective and achieves patient-desired outcomes for optimum health.

- Strengthened evaluation and response with regard to Myocardial Infarction through a county-wide comprehensive cardiac care standard developed by the Emergency Medical Services Agency.

- Continued Mental Health Services Act planning and implementation of Community Services and Supports, and initiation of the Prevention and Early Intervention and Workforce Education and Training components. These programs and services are creating a responsive and broad array of care in our county.

- Ensured inclusion of measurable outcomes related to health care delivery and system changes in a redesign program approved by the Board of Supervisors.

- Initiated a monthly report on health-related legislation and advocated for responsible solutions in areas that impact the County's role as a provider of health care to needy and vulnerable residents.

- Provided support and guidance to implement expanded health care coverage to uninsured, low-income, working adults under the "Valley Care" program. Valley Care was begun in 2007 and has already enrolled over 5,000 persons, resulting in improved access to care.

- Fulfilled governance responsibilities of the Santa Clara Valley Medical Center and Valley Health Plan including: oversight of finance and operational performance; approval of policies and procedures, and medical staff credentials; monitoring of various health care compliance requirements; review of quality indicators, performance management and safety reports.

- Monitored implementation of the Santa Clara Valley Health and Hospital System Fiscal Year 2008 budget. Evaluated the Fiscal Year 2009 budget utilizing the priorities of prevention, early intervention, fiscal accountability, and performance outcomes in consideration of budget proposals.

### Children, Seniors and Families Committee

- Department of Child Support Services (DCSS):

  - Performed all activities needed to prepare for implementation of the California Child Support Automation System (CCSAS) including training, change management, data cleanup, equipment installation, and site preparation – Scheduled conversion to new system in June 2008.

  - Department was recognized as "Most Improved Large County for Performance on Current Support Collections," a Federal performance measure.

  - Staff demonstrated their generosity and commitment to children and families by coordinating the annual Backpack Giveaway event, placing backpacks in the hands of approximately 300 children.

  - The Department has an enhanced ability to communicate with policy and decision makers in Sacramento with the election of Department Head Ralph Miller to the Child Support Directors Association's Board of Directors.



- Social Services Agency:

  - Implemented new Federal citizenship requirements of the Medi-Cal program with little interruption of the benefits to recipients.

  - Achieved one of the highest CalWORKs Work Participation Rate levels in California.

  - Developed a new streamlined Food Stamps application process for improved service to the county homeless population.

  - Developed and implemented a computerized In-Home Supportive Services timecard system, and improved the ongoing timeliness of payroll processing for providers.

  - Raised awareness of elder abuse and mental health issues in faith-based communities using foundation funding in partnership with the County Mental Health Department.

  - Maintained the second lowest cost per meal in California for providing nutritious home-delivered and congregate meals to seniors.

  - Awarded a $3.7 million Federal 5-year grant to develop a collaborative cross-system Family Wellness Court for families with children aged zero to three.

  - Implemented strategies and a data collection system to reduce and evaluate factors that may contribute to the over-representation of children of color in the child welfare system.

  - Continued expansion of innovative practices that divert and prevent children's entry into child welfare, including the expansion of Differential Response services, and the countywide implementation of Enhanced Joint Response.

  - The California Connected by 25 Foster Youth Initiative (CC25) fully implemented the Transitional Housing Program - Plus for 80 units serving former foster youth. The Initiative was awarded the California State Association of Counties' 2007 Challenge Award for Most Replicable Program for the hiring element of the program, employing current and former foster youth with the County.

## Public Safety and Justice Committee

- The initial cohort of youth to graduate from the Enhanced Ranch Program demonstrated a 25% recidivism rate compared to a 40% recidivism rate with the previous ranch program.

- To ensure continued quality of education at juvenile hall and ranch court schools, the County sponsored legislation (SB 1638), introduced by Senator Elaine Alquist, which would create greater accountability in our court schools.

- Brought indigent defense services in-house in order to insure greater accountability and cost management.

- The Office of the Women's Policy and the Department of Corrections, with the help of many stakeholders, completed a gender analysis study of the needs of women in our County jail system.

## Finance and Government Operations Committee

- Completed review of the Parks and Recreation Department management audit. The Board approved many audit recommendations for implementation that will improve accountability, operational performance, and efficiency in the use of resources.

- Continued to deliver nine major capital facility projects that have a total estimated cost of over $540 million. The new County Center at Charcot is complete and the County expects to complete the seismic upgrades of five courthouses and the construction of the Valley Specialty Center, the new Crime Lab, and the Gilroy and Sunnyvale Valley Health Centers. By the end of the fiscal year, the Morgan Hill Courthouse will be 85% completed, the Milpitas Valley Health Center will be over 50% constructed and 75% of the consolidated fleet facility design will be done.

- Promoted energy conservation and alternative energy use. Site construction has commenced on a Planar Solid Oxide Fuel Cell Project at the County Communications headquarters site. With the delivery of Board-approved purchases this fiscal year, the County will have 109 hybrid vehicles and 56 neighborhood electric vehicles that will bring the total of Alternative Fueled Vehicles and equipment to over 200, or approximately ten percent of the County's total vehicle and equipment fleet.



- Completed the National Incident Management System-required training for County employees who are first responders, their supervisors, staff assigned to the Emergency Operations Center, and selected department heads. Continued planning to enhance the County's capability to prepare for, respond to and recover from a large-scale disaster. Issued a Request for Proposal for a public and internal notification system in case of a large-scale disaster and for web services for the Emergency Operations Center.

## Housing, Land Use, Environment, and Transportation Committee

- Monitored the progress of the Martial Cottle County Park Master Plan, a joint State-County regional park on County land in the heart of Silicon Valley.

- Reviewed and approved periodic updates to the County Parks Strategic Plan.

- Monitored ongoing efforts to address perchlorate contamination in the South County region.

- Reviewed ongoing city-initiated island annexation efforts, tasks related to the closeout of the Measure B Transportation Program and updates relating to the County Airport Master Plan process.

- Supported continuing development of the Countywide Habitat Plan.

- Completed the final phase of the Williamson Act Program nonrenewal process for undersized parcels as part of a comprehensive effort to streamline the Program.

- Approved regulation modifications, including body and ear piercing regulation amendments as well as adoption of various zoning ordinance text amendments.

- Monitored and approved efforts to combat destructive vectors, such as the glassy-winged sharpshooter.

- Monitored ongoing programs such as scanner compliance and implementation of the Integrated Pest Management and Pesticide Use ordinance.

- Reviewed a comprehensive analysis of the environmental document associated with the regionally significant Coyote Valley Specific Plan.

## Fiscal Year 2009 Planned Accomplishments

## Health and Hospital Committee

- Provide health care coverage to previously uninsured Santa Clara County residents through the initiation of the Healthy Workers program, and the continuation of the Valley Care program.

- Monitor quality and access to care during the implementation of health care delivery and system changes being made under a redesign program at Valley Medical Center and Acute Psychiatric Services.

- Continue transformation of the Mental Health Department in the areas of Capital Facilities and Technological Needs, and Prevention and Early Intervention components funded by the Mental Health Services Act.

- Support and monitor ongoing programs and the development and implementation of new programs under the Valley Homeless Healthcare Program, including the Medical Respite Program.

- Strengthen the partnership between disaster and emergency response programs and the Public Health Department, in order to coordinate efforts of each area in preparedness, response, and recovery, moving toward an integrated system to best meet the needs of the public.

- Open three new community clinics and the Valley Specialty Center, increasing access to care.

- Support the plan and necessary steps to gain accreditation as a Magnet Status Hospital and continue the Journey to Nursing Excellence currently underway at Santa Clara Valley Medical Center.



## Children, Seniors and Families Committee

- Department of Child Support Services (DCSS):

    - Learn to use the newly implemented statewide automation system to effectively and efficiently deliver support services.

    - Maintain performance and service levels in the face of ever-dwindling resources. The Department anticipates the loss of an additional 13 - 15 positions in FY 2009.

    - Further reorganize operations and support teams to more efficiently operate given the loss of key positions. Six years of flat-line allocations and inadequate funding leaves the Department with approximately 300 positions, a reduction of 155+ positions since FY 2002.

- Social Services Agency:

    - Continued efforts to increase efficiencies and improve service through technology, office location, communication, and business processes.

    - Continue to meet CalWORKs Work Participation Rates and Medi-Cal performance standards.

    - Expand collaboration and community partnerships in supporting public awareness of elder abuse and mental health issues.

    - Maintain efforts initiated for the timely reassessment of In-Home Supportive Services cases and provider payroll processing.

    - Continue data collection, staff training, and implementation of strategies to support reducing the disproportionality of children of color in child welfare.

    - Development of a joint decision-making model for families where children are at risk of removal.

    - Implement practices and services that support children and parents in moving from supervised to unsupervised visitation settings

## Public Safety and Justice Committee

- Identify systemic solutions to reduce the jail population, and streamline case processing by working with our justice system partners to refine

and implement recommendations from the Justice Management Institute report on "Creating a New Model for Managing Cases in the Criminal Court."

- The County and our community partners will embark on the next phase of Juvenile Detention Reform with the creation of the Juvenile Justice Systems Collaborative, which will focus on prevention strategies to lower the number of youth who are entering gangs and the juvenile justice system.

- In relation to indigent defense services, monitor the transition from an outside contractor to County departments, with an emphasis on cost saving measures.

- Monitor the implementation of recommendations from the Gender Analysis study, which identified the needs of women in our jail system.

## Finance and Government Operations Committee

- Improve accountability, operational performance, and efficiency in the use of resources through Board approval of management audit recommendations and subsequent implementation. The Committee plans to review management audits of the District Attorney's Office and the Social Service Agency's Employment and Benefits Services Department.

- Continue to deliver on-time and on-budget major capital facility projects that are bond-funded. Begin providing services to the public from the Valley Specialty Center, the Gilroy and Sunnyvale Valley Health Center clinics, the Crime Lab, and the Morgan Hill Courthouse. Continue construction of the Milpitas Valley Health Center and the Consolidated Fleet Facility.

- Begin implementation and monitoring of plans to enhance the County's capabilities to prepare for, respond to and recover from a large-scale disaster to include the disaster service worker program, the internal and public notification systems and the web services for the Emergency Operations Center. Take actions based on the multi-departmental internal assessments of the County's preparedness, and maintain the education and training of key County staff.

- Continue to promote energy conservation and alternative energy use. The County plans to allocate an ongoing designated amount each year in the

Section 1: Finance and Government



52

capital budget to address unfunded energy conservation projects and to continue adding to its existing fleet of Alternative Fueled Vehicles. Complete construction and installation of the Planar Solid Oxide Fuel Cell demonstration project at the County Communications headquarters site.

## Housing, Land Use, Environment, and Transportation Committee

- Continue to review the progress of the Martial Cottle County Park Master Plan process, including the Citizen Task Force recommendations on the Master Plan's development and construction of interim park improvements.

- Continue to review development of the Countywide Habitat Plan (HCP), including stakeholder input, community involvement, and elected official approval of key milestones in the HCP process.

- Monitor progress of ongoing efforts such as: perchlorate contamination remediation in the South County region, the County Airport Master Plan process, and the Roads & Airports Department Calendar Year 2008 Master Capital Projects Plan.

- Continue to oversee implementation of policies outlined in the County- and City-wide Water Collaborative, including identification and evaluation of process improvements.

- Monitor the County's administration of its duties under the Surface Mining and Reclamation Act (SMARA).

- Review recommendations related to improvements of the County's code enforcement program.

## County Executive's Recommendation

Maintain the current level budget for FY 2009.

### Supervisorial District #1 — Budget Unit 101
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 1101 | Supervisorial Dist #1 Fund 0001 $ | 933,290 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Net Expenditures $ | 933,290 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |

### Supervisorial District #1 — Budget Unit 101
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 1101 | Supervisorial Dist #1 Fund 0001 $ | 933,290 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Gross Expenditures $ | 933,290 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |



## Supervisorial District #1 — Budget Unit 101
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 914,009 $ | 959,638 $ | 967,906 $ | 1,017,816 $ | 58,178 | 6.1% |
| Services And Supplies | 19,281 | 62,864 | 62,864 | 62,990 | 126 | 0.2% |
| Subtotal Expenditures | 933,290 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| Total Net Expenditures | 933,290 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |

## Supervisorial Dist #1 Fund 0001 — Cost Center 1101
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| General Fund (Fund Number 0001) | | | |
| FY 2008 Approved Budget | 8.0 | $ 1,022,502 | $ — |
| Board Approved Adjustments During FY 2008 | — | 8,268 | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 49,910 | — |
| Internal Service Fund Adjustments | — | 939 | — |
| Other Required Adjustments | — | (813) | — |
| Subtotal (Current Level Budget) | 8.0 | $ 1,080,806 | $ — |
| Recommended Changes for FY 2009 | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| Total Recommendation | 8.0 | $ 1,080,806 | $ — |

## Supervisorial District #2 — Budget Unit 102
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1102 | Supervisorial Dist #2 Fund 0001 $ | 868,347 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Net Expenditures $ | 868,347 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |

## Supervisorial District #2 — Budget Unit 102
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1102 | Supervisorial Dist #2 Fund 0001 $ | 868,347 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Gross Expenditures $ | 868,347 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |



Section 1: Finance and Government

54

## Supervisorial District #2 — Budget Unit 102
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 822,951 $ | 968,134 $ | 976,402 $ | 1,026,438 $ | 58,304 | 6.0% |
| Services And Supplies | 45,396 | 54,368 | 54,368 | 54,368 | — | — |
| **Subtotal Expenditures** | 868,347 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| **Total Net Expenditures** | 868,347 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |

## Supervisorial Dist #2 Fund 0001 — Cost Center 1102
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 8.0 | $ 1,022,502 $ | — |
| Board Approved Adjustments During FY 2008 | — | 8,268 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 50,036 | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | 8.0 | $ 1,080,806 $ | — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — $ | — |
| **Total Recommendation** | 8.0 | $ 1,080,806 $ | — |

## Supervisorial District #3 — Budget Unit 103
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1103 | Supervisorial Dist #3 Fund 0001 $ | 920,835 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | **Total Net Expenditures** $ | 920,835 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |

## Supervisorial District #3 — Budget Unit 103
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1103 | Supervisorial Dist #3 Fund 0001 $ | 920,835 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | **Total Gross Expenditures** $ | 920,835 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |



## Supervisorial District #3 — Budget Unit 103
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 880,258 | $ 968,134 | $ 976,402 | $ 1,026,438 | $ 58,304 | 6.0% |
| Services And Supplies | 40,577 | 54,368 | 54,368 | 54,368 | — | — |
| Subtotal Expenditures | 920,835 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| Total Net Expenditures | 920,835 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |

<div style="float:right; writing-mode:vertical">Section 1: Finance and Government</div>

## Supervisorial Dist #3 Fund 0001 — Cost Center 1103
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 8.0 | $ 1,022,502 | $ — |
| Board Approved Adjustments During FY 2008 | — | 8,268 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 50,036 | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | 8.0 | $ 1,080,806 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | 8.0 | $ 1,080,806 | $ — |

## Supervisorial District #4 — Budget Unit 104
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1104 | Supervisorial Dist #4 Fund 0001 | $ 832,828 | $ 1,022,502 | $ 1,030,770 | $ 1,080,806 | $ 58,304 | 5.7% |
| | Total Net Expenditures | $ 832,828 | $ 1,022,502 | $ 1,030,770 | $ 1,080,806 | $ 58,304 | 5.7% |

## Supervisorial District #4 — Budget Unit 104
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1104 | Supervisorial Dist #4 Fund 0001 | $ 832,828 | $ 1,022,502 | $ 1,030,770 | $ 1,080,806 | $ 58,304 | 5.7% |
| | Total Gross Expenditures | $ 832,828 | $ 1,022,502 | $ 1,030,770 | $ 1,080,806 | $ 58,304 | 5.7% |



**Supervisorial District #4 — Budget Unit 104**
**Expenditures by Object**

| Object | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| | | Approved | Adjusted | | | |
| Salaries And Employee Benefits | $ 722,962 $ | 978,134 $ | 986,402 $ | 1,036,438 $ | 58,304 | 6.0% |
| Services And Supplies | 109,866 | 44,368 | 44,368 | 44,368 | — | — |
| Subtotal Expenditures | 832,828 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| Total Net Expenditures | 832,828 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |

**Supervisorial Dist #4 Fund 0001 — Cost Center 1104**
**Major Changes to the Budget**

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| General Fund (Fund Number 0001) | | | | | |
| FY 2008 Approved Budget | 8.0 | $ | 1,022,502 | $ | — |
| Board Approved Adjustments During FY 2008 | — | | 8,268 | | — |
| Cost to Maintain Current Program Services | | | | | |
| Salary and Benefit Adjustments | — | | 50,036 | | — |
| Internal Service Fund Adjustments | — | | — | | — |
| Other Required Adjustments | — | | — | | — |
| Subtotal (Current Level Budget) | 8.0 | $ | 1,080,806 | $ | — |
| Recommended Changes for FY 2009 | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| Total Recommendation | 8.0 | $ | 1,080,806 | $ | — |

**Supervisorial District #5 — Budget Unit 105**
**Net Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| 1105 | Supervisorial Dist #5 Fund 0001 $ | 925,119 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Net Expenditures $ | 925,119 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |

**Supervisorial District #5 — Budget Unit 105**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| 1105 | Supervisorial Dist #5 Fund 0001 $ | 925,119 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |
| | Total Gross Expenditures $ | 925,119 $ | 1,022,502 $ | 1,030,770 $ | 1,080,806 $ | 58,304 | 5.7% |



## Supervisorial District #5 — Budget Unit 105
### Expenditures by Object

| Object | | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| Salaries And Employee Benefits | $ | 834,377 | $ 968,134 | $ 976,402 | $ 1,025,016 | $ 56,882 | 5.9% |
| Services And Supplies | | 90,741 | 54,368 | 54,368 | 55,790 | 1,422 | 2.6% |
| Subtotal Expenditures | | 925,119 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |
| Total Net Expenditures | | 925,119 | 1,022,502 | 1,030,770 | 1,080,806 | 58,304 | 5.7% |

## Supervisorial Dist #5 Fund 0001 — Cost Center 1105
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 8.0 | $ 1,022,502 | $ — |
| Board Approved Adjustments During FY 2008 | — | 8,268 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 48,614 | — |
| Internal Service Fund Adjustments | — | (1,548) | — |
| Other Required Adjustments | — | 2,970 | — |
| Subtotal (Current Level Budget) | 8.0 | $ 1,080,806 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | 8.0 | $ 1,080,806 | $ — |

Section 1: Finance and Government



58

# Clerk of the Board





**Gross Appropriation Trend**



**Staffing Trend**



## Public Purpose

**Quality public service to County residents, elected officials, and staff by providing timely, accurate and accessible information regarding the public meetings of the Board of Supervisor and its boards and commissions.**



Section 1: Finance and Government

## Desired Results

The over-arching desired result of the services provided by the Clerk of the Board's Office is to assure **satisfied, well-served customers** in which customer needs are met through timely and accurate preparation of meeting agendas, minutes, summaries and other material; through information being available and provided upon customer request; and through efficient Department operations.

**Timely preparation of meeting agendas, minutes, summaries and other material** for County residents, elected officials and staff.



**Percent of Legal Mandates Met**



**Percent of Department timelines met**



**Board of Supervisors Meetings**

**Board Committee Meetings**

**Advisory Boards and Commissions**

Accurate preparation of meeting agendas, minutes, summaries and other material for County residents, elected officials and staff.



**Department Provides Clear and Accurate Information**

Measure: % of customers reporting in customer satisfaction survey that Department provides clear and accurate information.



**Information available and provided upon customer request**



**Department Provides Timely Response**

Measure: % of customers reporting in customer satisfaction survey that Department provides timely response.



**Department is Helpful and Courteous**

Measure: % of customers reporting in customer satisfaction survey that Department is helpful and courteous.

**Efficient Departmental Operations**



**Overall Experience with Department is Positive**

Measure: % of customers reporting in customer satisfaction survey that their overall experience with the Department is positive.

**Department Provides Effective Solutions**

Measure: % of customers reporting in customer satisfaction survey that Department provides effective solutions



**Average Time to Answer Calls in Main Reception (Answering reception calls within three rings)**



**Average Response Time to Resolve Urgent and Non-Urgent Systems and Facilities Service Requests**

## Description of Major Services

The Clerk of the Board of Supervisors is a fast-paced, customer service-oriented department that performs a myriad of functions, working within many Federal, State, and local mandates to meet pre-established timelines and legal requirements. Major services provided include meeting management, records management, assessment appeals and other official filings, services to Advisory Boards and Commissions, and operational support.

The desired result for all these services provided by the Clerk of the Board's Office is satisfied, well-served customers in which customer needs are met through timely and accurate preparation of meeting agendas, minutes, summaries and other matter; through information being available and provided upon customer request; and through efficient Department operations.

### Meeting Management Services

The Rules of the Board of Supervisors of the County of Santa Clara require the Clerk of the Board to provide meeting management services to the Board of Supervisors, its Committees and Advisory Boards and Commissions. Meeting management services include:

- appropriate noticing and posting of meetings and hearings
- preparation of meeting agendas
- distribution of meeting packets
- preparation of a summary record of proceedings

These services are performed in compliance with the California Ralph M. Brown Act and other applicable law.

In addition, the Clerk of the Board prepares meeting minutes, processes Board of Supervisors meeting referrals and items that require action, and records varied documents within statutory timelines.

### Records Management Services

The Clerk of the Board acts as the repository for all official records and documents submitted as actions taken by the Board or related to Board activities, and is the provider of this information to anyone requesting it. The Clerk of the Board carries out these custodial duties in compliance with the California Public Records Act and other applicable law.

**Property Assessment Appeals, Other Official Filings:** As part of its Records Management Services, the Clerk of the Board receives and processes Property Assessment Appeals filed by Santa Clara County property owners. These duties are performed in accordance with the State Revenue and Taxation Code, Property Tax Rules, and rules and procedures of the County's local Assessment Appeals Board.

The Clerk of the Board also receives and processes other official filings, including Conflict of Interest forms, Claims against the County, Stop Notices, Certificates of Tax Clearance, Oaths of Office, and Municipal Code Ordinance supplements. These filings are received and processed in accordance with applicable law.

### Services to Advisory Boards and Commissions

The Clerk of the Board provides administrative support to more than thirty (30) Advisory Boards and Commissions. This administrative support includes preparing and distributing documents for new appointments, orienting new board and commission members, administering the resignation and vacancy process, and maintaining current records for all appointments in compliance with the County of Santa Clara Charter and applicable Government Code.

### Operational Support Services

The Clerk of the Board provides operational support to the Board members and their staffs, including systems, personnel, central receptionist, and meeting room reservation services. The Department is also responsible for administering various special appropriations that range from memberships and dues in regional and statewide governmental organizations to special projects funded on a one-time basis, as well as the funding for the County's management auditor contract.



## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Administration and Support | Yes | Required | | ■ |
| Board Operations Division | Yes | Mandated | | ■ |
| Records Management | Yes | Mandated | One-time funding for Historical Documents and Audio Recording Preservation and Conversion Project. One-time and ongoing funding for Assessment Appeal Intake and Hearing Processing System. | ▲ |
| Special Appropriations | Yes | Non-Mandated | One-time funding for 2-1-1 Health and Human Services Information and Referral Line, Joint Venture Membership, and Move/Remodel of Board of Supervisors offices due to new officeholders in January 2009. | ▲ |
| Boards and Commissions | Yes | Mandated | | ■ |
| Advisory Boards & Committees | Yes | Mandated | | ■ |
| Management Audit Services | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:

☐ = Eliminated    ▼ = Reduced    ◪ = Modified    ▲ = Enhanced    ■ = No Change

## County Executive's Recommendation

▲ **Records Management**

**Historical Documents and Audio Recording Preservation and Conversion Project:** Allocate $40,000 from the General Fund on a one-time basis for costs associated with the preservation of historical County documents and audio recordings of Board of Supervisor meetings. This one-time expense is partially offset by $20,000 in reimbursement from the Roads Fund, as a substantial number of the records to be preserved are maps of County Road Department files.

$40,000 allocated in FY 2007 funded the start-up phase of this project to restore historical audio recordings of Board meetings covering a 29-year period. Additionally, historical minute books documents encompassing 80 years have been converted to digital format for historical preservation.

The Clerk's system, to be implemented before the start of the 2009 filing period in July, 2009, will be vendor-built

FY 2009 funding will be used to complete the preservation of the audio recordings and digitizing unique historical documents in the Board's records of County Road files, many of which date from the 19th and 20th centuries.

**Net One-time Cost: $20,000**
One-time cost of $40,000 offset by one-time reimbursement of $20,000 from the Roads Fund.

**Assessment Appeal Intake and Hearing Processing System:** Allocate $180,000 in one-time funds and $15,000 in ongoing funds for the Assessment Appeal Intake and Hearing Processing System. The proposed system will automate all of the Clerk of the Board's assessment appeal related functions, allowing for both on-line appeal submittal and electronic fee payment. The electronic payment capability will be done in coordination with the development of the County's enterprise-wide electronic payment initiative.

and developed in collaboration with the Assessor's Office and the Information Services Department.


Section 1: Finance and Government

64

Total project costs are offset by $95,000 in Property Tax Administration Program (PTAP) grant funds already deposited with the County.

**One-time Cost: $180,000**
**One-time Revenue: $95,000**
**Ongoing Cost: $15,000**

### ▲ Special Appropriations

**Board of Supervisors Office Move and Remodel:** Allocate $525,000 from the General Fund on a one-time basis for costs associated with the transition of new members of the Board of Supervisors to be elected in November 2008. Funding will cover moving costs, furniture and equipment, and set-up of computer and phone systems.

**One-time Cost: $525,000**

**2-1-1 Information and Referral System:** Allocate $150,000 from the General Fund on a one-time basis to support the 2-1-1 Santa Clara Countywide Health and Human Services Information and Referral Services Telephone System. Prior year allocations included $150,000 in both FY 2007 and FY 2008.

**One-time Cost: $150,000**

**Joint Venture Silicon Valley:** Allocate $17,500 from the General Fund on a one-time basis for the County's membership fee in the Joint Venture Silicon Valley Network for FY 2009. Prior year allocations include $17,500 in FY 2007 and $15,000 in FY 2008.

**One-time Cost: $17,500**

### Clerk-Board Of Supervisors — Budget Unit 106
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|------------------|-----------------|------------------------|---------|---------------------|-----------------------------------|------------------------------|
| | | | Approved | Adjusted | | | |
| 1106 | Clerk Of The Board Fund 0001 | $ 3,785,056 $ | 4,109,999 $ | 4,109,999 $ | 4,328,421 $ | 218,422 | 5.3% |
| 1171 | Special Appropriations Fund 0001 | 1,602,603 | 1,688,136 | 1,688,136 | 2,402,200 | 714,064 | 42.3% |
| 1173 | SB 813 Admin Fund 0001 | 252,213 | 246,521 | 246,521 | 356,529 | 110,008 | 44.6% |
| 10613 | Fish & Game Commission-Fines & Forfeitures | 9,323 | 4,000 | 4,000 | 4,000 | — | — |
| | **Total Net Expenditures** $ | 5,649,194 $ | 6,048,656 $ | 6,048,656 $ | 7,091,150 $ | 1,042,494 | 17.2% |

### Clerk-Board Of Supervisors — Budget Unit 106
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|------------------|-----------------|------------------------|---------|---------------------|-----------------------------------|------------------------------|
| | | | Approved | Adjusted | | | |
| 1106 | Clerk Of The Board Fund 0001 | $ 3,886,941 $ | 4,201,936 $ | 4,201,936 $ | 4,445,449 $ | 243,513 | 5.8% |
| 1171 | Special Appropriations Fund 0001 | 1,806,739 | 1,875,349 | 1,875,349 | 2,402,200 | 526,851 | 28.1% |
| 1173 | SB 813 Admin Fund 0001 | 252,213 | 246,521 | 246,521 | 451,529 | 205,008 | 83.2% |
| 10613 | Fish & Game Commission-Fines & Forfeitures | 9,323 | 4,000 | 4,000 | 4,000 | — | — |
| | **Total Gross Expenditures** $ | 5,955,215 $ | 6,327,806 $ | 6,327,806 $ | 7,303,178 $ | 975,372 | 15.4% |



## Clerk-Board Of Supervisors — Budget Unit 106
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 2,789,940 | $ 2,897,214 | $ 2,897,214 | $ 3,000,971 | $ 103,757 | 3.6% |
| Services And Supplies | 3,159,385 | 3,430,592 | 3,430,592 | 4,302,207 | 871,615 | 25.4% |
| Fixed Assets | 5,890 | — | — | — | — | — |
| **Subtotal Expenditures** | 5,955,215 | 6,327,806 | 6,327,806 | 7,303,178 | 975,372 | 15.4% |
| Expenditure Transfers | (306,021) | (279,150) | (279,150) | (212,028) | 67,122 | -24.0% |
| **Total Net Expenditures** | 5,649,194 | 6,048,656 | 6,048,656 | 7,091,150 | 1,042,494 | 17.2% |

## Clerk-Board Of Supervisors — Budget Unit 106
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1106 | Clerk Of The Board Fund 0001 | $ 82,752 | $ 173,421 | $ 173,421 | 124,811 | (48,610) | -28.0% |
| 10613 | Fish & Game Commission-Fines & Forfeitures | 1,575 | 2,500 | 2,500 | 2,500 | — | — |
| | **Total Revenues** | $ 84,349 | $ 175,921 | $ 175,921 | $ 127,311 | (48,610) | -27.6% |

## Clerk Of The Board Fund 0001 — Cost Center 1106
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 26.5 | $ 4,109,999 | $ 173,421 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 93,749 | — |
| Internal Service Fund Adjustments | — | 65,932 | — |
| Other Required Adjustments | — | — | (48,610) |
| Subtotal (Current Level Budget) | 26.5 | $ 4,269,680 | $ 124,811 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 38,942 | — |
| FY 2009 Phone Rate Adjustment | — | (201) | — |
| Decision Packages | | | |
| 1. Board Meeting Minutes and Audio Recording Preservation | — | 20,000 | |
| Allocate $40,000 from the General Fund on a one-time basis for costs associated with the preservation of historical County documents and audio recordings of Board of Supervisor meetings. This one-time expense is partially offset by $20,000 in reimbursement from the Roads Fund, as a substantial number of the records to be preserved are maps of County Road Department files. | | | |
| Subtotal (Recommended Changes) | — | $ 58,741 | $ — |
| **Total Recommendation** | 26.5 | $ 4,328,421 | $ 124,811 |



## Special Appropriations Fund 0001 — Cost Center 1171
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $    1,688,136 | $    — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 187,213 | — |
| Other Required Adjustments | — | (165,649) | — |
| Subtotal (Current Level Budget) | — | $    1,709,700 | $    — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| 1.  2-1-1 Program | — | 150,000 | |
| Allocate $150,000 from the General Fund on a one-time basis to support the 2-1-1 Santa Clara Countywide Health and Human Services Information and Referral Services Telephone System. | | | |
| 2.  Joint Venture Silicon Valley | — | 17,500 | |
| Allocate $17,500 from the General Fund on a one-time basis for the Joint Venture Silicon Valley FY 2009 membership fee. | | | |
| 3.  Board Office Moving and Remodel Costs | — | 525,000 | |
| Allocate $525,000 from the General Fund on a one-time basis for costs associated with moving and remodelling the offices of the Board of Supervisors. | | | |
| Subtotal (Recommended Changes) | — | $    692,500 | $    — |
| **Total Recommendation** | — | $    2,402,200 | $    — |

## SB 813 Admin Fund 0001 — Cost Center 1173
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 3.0 | $    246,521 | $    — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 10,008 | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | 3.0 | $    256,529 | $    — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| One-time PTAP funds for Assessment Appeal Intake and Hearing Processing System | — | (95,000) | — |
| Decision Packages | | | |
| 1.  Allocate Funding for Information Technology Project | — | 195,000 | — |
| Allocate one-time funding in the amount of $180,000 and ongoing funding in the amount of $15,000 for the Assessment Appeal Intake and Hearing Processing System Project. Project costs are offset by a one-time allocation of $95,000 in Property Tax Administration Program (PTAP) funds from the Assessor's Office. Ongoing costs are for software maintenance ($5,000) and support from the Information Services Department ($10,000). | | | |
| Subtotal (Recommended Changes) | — | $    100,000 | $    — |
| **Total Recommendation** | 3.0 | $    356,529 | $    — |



## Fish & Game Commission-Fines & Forfeitures — Cost Center 10613
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Fish and Game Fund (Fund Number 0033)** | | | |
| FY 2008 Approved Budget | — | $    4,000 | $    2,500 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $    4,000 | $    2,500 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $    — | $    — |
| **Total Recommendation** | — | $    4,000 | $    2,500 |

<div style="writing-mode: vertical">Section 1: Finance and Government</div>



# Office of the County Executive



**Gross Appropriation Trend**

Data includes Office of the County Executive (BU 107), Office of Affordable Housing (BU 168) and LAFCO (BU 113)

**Staffing Trend**



## Public Purpose

➡ **Leadership for the County Organization**

➡ **Provision of Effective Government Services**



## Desired Results

**Executive Leadership**  which results in effective provision of services to residents and businesses of Santa Clara County.



**County Bond Rating Status (Standard & Poor's)**

The Bond rating status is an important measurement of how well the County manages its resources, in order to provide effective services and programs to residents and businesses. Santa Clara County's bond ratings remain the highest of any large county in California. The AA+ rating depicted on the chart refers to general obligation bonds.



**Legislative Priorities**

The Office of Intergovernmental Relations works with the Board of Supervisors to develop annual legislative priorities for the County. The measure displays by policy area the number of bills affecting County legislative priorities on which the Board took a position.
(CY = Calendar Year).

**A Fiscal Management Strategy** which provides for maximum service provision, fiscal oversight of County operations, and development of a relevant and balanced County budget.



**Contingency Reserve**ᵃ

a. $ in millions, as of July 1 for each fiscal year



**Contingency Reserve as a% of General Fund Revenue**

The level of the General Fund Contingency Reserve reflects the County's ability to sustain critical services to the public in the event of significant, unanticipated expenditure increases or revenue shortfalls. Current Board policy requires that the Contingency Reserve be set at 5% of ongoing General Fund revenues (net of pass-through revenue).

**Organizational Efficiency, Effectiveness, and Excellence through organizational leadership and oversight.**



**Completed Board Referrals**

The Office oversees responsiveness of the organization to requests and referrals from the Board of Supervisors. The measure shows the number of referrals made and number of responses completed. Measures for the current year shows completion through March 2008.

## Description of Major Services

The Office of the County Executive provides information, guidance and support to the Board of Supervisors and all County departments, and serves as liaison to other agencies, businesses and private industry to build partnerships and encourage economic opportunities.



Using collaborative efforts, the Office of the County Executive works to improve the health, safety and social interests of all residents.

## County Leadership

Consistent with the County Charter, the County Executive is the head of the administrative branch of the County and is responsible for the coordination of the work of all offices, both elective and appointive. The Office of the County Executive provides leadership for the County organization through policy and fiscal oversight.

## Interdepartmental Coordination and Administrative Oversight

The Office of the County Executive provides coordination and leadership for various functions involving multiple departments and stakeholders. This role can be seen in leadership provided to the Office of Emergency Services which is responsible for coordinating countywide disaster planning and training efforts, maintaining the County/Operational Area Emergency Operations Center in a continual state of readiness, and administering grant funding related to emergency preparedness and homeland security.

In the area of housing issues, the Office of the County Executive, through the Office of Affordable Housing, coordinates strategic planning and activities taken towards addressing regional housing needs, including leadership in seeking to end chronic homelessness.

The Office of Asset and Economic Development is responsible for the direction and oversight of asset and economic development activities that provide economic benefit to the County.

The Office of Public Affairs is responsible for gathering and dispersing accurate and timely information regarding policies, programs and services of the County as well as provide media support to County departments and assistance with activities that engage the public.

The County Executive is responsible for preparation and oversight of the County budget and submission of items presented to the Board of Supervisors for action. The budget process is coordinated through the Office, providing the Board and the public with information on the allocation of funding and staffing resources and how well the public is being served by the County's many

programs and services. The Office also promotes County interests with local, State and Federal legislative bodies and regulatory agencies.

Within the law and justice domain, the Office acts as lead agency for the oversight and fiscal management of the Substance Abuse and Crime Prevention (SACPA, or Proposition 36) Program; the Justice Assistance Grant, and the Arrest Grant from the Office on Violence Against Women; coordinates and monitors implementation of the Court/County Memorandum of Understanding; and provides leadership for multi-department study efforts, such as the Jail Population Task Force.

Other areas of activity include leadership for the County's Integrated Pest Management Program, and development of new cable communications franchises and agreements.

## Direct Program Services

In addition to the broad oversight provided to the County organization, the Office of the County Executive also provides an array of direct services to the public.

- The Office of Veterans Affairs provides assistance to the men and women in our community who served in the Armed Forces of the United States of America, and their dependents and survivors, in obtaining benefits from the U.S. Department of Veterans Affairs, the Department of Defense, and the California Department of Veterans Affairs. The staff provides respectful advocacy and representation to the Veterans community regarding earned entitlement rights to these federal, state, and local benefits and services.

- The Office of Affordable Housing provides an array of services pertaining to the provision and maintenance of affordable housing, as well as services to the homeless population.

- The Office of Human Relations provides immigration and citizenship assistance and dispute resolution services, including the Ombuds Program, and coordinates community campaigns such as the hate-free community outreach effort.

- The Office of Women's Policy addresses the needs of women, girls and their families, promoting their advancement in all aspects of society, and protecting their civil and human rights.



## Programs and Functions

| Name of Program/Function | GF Subsidy Yes/No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Administration and Support | Yes | Required | Increase efficiencies in Administration. Improve Code Enforcement in the County. | ▲ |
| Office of Emergency Services | Yes | Mandated | Enhance the County's emergency planning and response activities. Enable County to provide emergency care and shelter to residents in unicorporated areas. | ▲ |
| Asset and Economic Development | Yes | Non-Mandated | | ■ |
| Legislative Programs | Yes | Non-Mandated | | ■ |
| Office of Budget & Analysis | Yes | Non-Mandated | | ■ |
| Integrated Pest Management | Yes | Mandated | | ■ |
| Office of Human Relations | Yes | Mandated | | ■ |
| Office of Public Affairs | Yes | Non-Mandated | | ■ |
| Office of Veterans Affairs | Yes | Non-Mandated | | ■ |
| Office of Women's Policy | Yes | Non-Mandated | | ■ |
| Administration and Support – Office of Affordable Housing | Yes | Required | | ■ |
| Affordable Housing Fund | No | Non-Mandated | | ■ |
| Housing and Community Development | No | Non-Mandated | | ■ |
| HOME Investment Partnership | No | Non-Mandated | | ■ |
| REHAB - Rehabilitation Programs | No | Non-Mandated | | ■ |
| Homeless Concerns | Yes | Non-Mandated | Enhanced services to the homeless population in Santa Clara County. | ▲ |
| MCC/Housing Bond Program | No | Non-Mandated | | ■ |
| Mortgage & Rental Assistance | No | Non-Mandated | | ■ |

Impact on Current Level of Service:
☐ = Eliminated  ▼ = Reduced  ▨ = Modified  ▲ = Enhanced  ■ = No Change

## County Executive's Recommendation

### ▨ Modified Financial Policies

**Authorize Prepayment of the Employer Share of the Public Employee Retirement System (PERS) Cost for FY 2009 Resulting in One-time Savings for the General Fund:** A savings of interest expense is available to CalPERS member agencies that prepay their annual employee contribution by avoiding an interest charge built into the CalPERS computation of each member's total annual employer contribution requirement. Because most agencies make their annual contributions on a bi-weekly basis throughout the fiscal year, which deprives CalPERS of the ability to fully invest the member agencies' contributions for the full fiscal year, CalPERS adds an interest charge into its calculation of each agency's annual contribution requirement based on its assumed rate of return on investments.



Total savings resulting from prepayment of the employer share of PERS must be offset by loss of interest on the County's own investments. Additionally, some departmental revenues that are based on cost will be reduced and, in the case of some grant-funded programs, a reduced payroll cost will not result in overall savings because the savings will be reallocated to other allowable grant expenses.

Estimated General Fund savings, net of revenue losses, is $8 million for FY 2009. Individual department budgets will be modified as required in the preparation of the final Approved Budget for FY 2009.

**One-time Savings: $8,000,000**

## ▲ Administration and Support

**Add and Delete the following positions:**

- Add 1.0 Administrative Support Officer II/I - $111,724

- Delete filled 0.8 Administrative Officer I - ($84,601)

**Service Impact:** This position, among other roles, acts as the County's East Wing Facility Manager. As such, efficiencies will be created, as this Manager role will now be full-time and able to address related critical issues during the County's established business hours.

**Ongoing Cost: $27,123**

**Allocate $100,000 in One-time Funding for Code Enforcement Improvement:** This recommendation is cost-neutral as the expense will be offset by a transfer from the District Attorney's Consumer Fraud Trust Fund.

**Service Impact:** The County's Code Enforcement efforts will improve as necessary compliance issues and investigations will be managed and addressed in a timely manner.

**One-time Cost: $100,000**
**One-time Revenue: $100,000**

## ▲ Office of Emergency Services

**Add 1.0 FTE Senior Emergency Planning Coordinator Position:** The scope of responsibilities related to emergency planning and response has increased significantly over the past year. Also, the activities related to management of Homeland Security, Super Urban Area Security Initiative (SUASI) Program, and other grant funds, and requirements relating to community and organizational preparedness continue to increase. The level of activity over the past twelve months has made the addition of emergency planning staff necessary. The addition of this position is cost-neutral as there are existing resources available within the base budget to absorb it.

**Service Impact:** The addition of this position will enable the Office of Emergency Services to increase provision of priority functions, including maintenance of the EOC in a state of readiness and training for County staff and the community. The overall ability of the Office to build institutional capacity and effectiveness through the rotation of duties will be increased.

**Ongoing Cost: $0**

**Allocate $1,000,000 in One-time Funding for Emergency Care and Shelter in the County's Unincorporated Areas:** This recommendation will enable the County to formulate, prepare and implement a strategic plan to be used to provide care and shelter to unincorporated County residents in the event of an emergency or catastrophic incident. This plan will resemble those that most of the cities in Santa Clara County have in place for their residents.

**Service Impact:** The County will be better prepared to provide emergency care and shelter to residents in the unincorporated areas of the County.

**One-time Cost: $1,000,000**

## ■ Asset and Economic Development

**Realize Revenue from Sale of Property and Make Exempt from Housing Set-aside Policy:** and exempt proceeds from the anticipated sale of the Mountain View Vector Control property site from the Board of Supervisors



Section 1: Finance and Government

Policy requiring that 30% of revenue from the sale of County General Fund surplus property be allocated to affordable housing projects. ·

Total revenue from the sale of the Mountain View Vector Control Property site is expected to be $9.5 million. A portion of this revenue, $2.0 million, will be returned to the Parks Department, as Parks funds were used for the County's original purchase of this property. The remaining $7.5 million will be recognized in the General Fund.

Board of Supervisor Policy 7.8(D.3) requires allocation of 30% ($2.25 million) of the General Fund share to affordable housing projects, and 70% ($5.25 million) to support one-time or ongoing needs as determined in the annual budget process.

This recommendation would exempt the General Fund assets from this specific sale from the Board policy. The entire $7.5 million in General Fund revenue is necessary to help balance the FY 2009 budget deficit.

**Service Impact:** Along with other identified sources of one-time savings or revenues, these revenues will be used to balance the FY 2009 budget deficit, mitigating the need for additional service reductions in General Fund programs.

<div align="right">

**One-time Revenue: $7,500,000**

</div>

**Realize Revenue from Leases and Make Exempt from Housing Set-aside Policy:** The negotiation of long-term leases related to the Elmwood Commercial and Fairgrounds Housing properties provide ongoing revenue to the County. Ongoing increased lease revenue of $752,950 from these sources is expected in FY 2009.

Board of Supervisor Policy 7.8(D.3) requires allocation of 30% ($226,095) of the General Fund share to affordable housing projects and 70% ($526,855) to support one-time or ongoing needs as determined in the annual budget process.

This recommendation would exempt the General Fund revenue from these specific leases from the Board policy as follows:

■ $116,400 in *new* revenue from the lease of Elmwood Commercial property. Additionally, future new or increased lease revenue from Elmwood Commercial

property would be exempt from Board of Supervisor Policy 7.8(D.3). $240,000 in ongoing lease revenue for this property recognized in previous budget actions will continue to be allocated to affordable housing projects on an ongoing basis.

■ $109,695 in *new* revenue from the lease of Fairgrounds Housing property. Future new or increased lease revenue from Fairgrounds Housing property would be exempt from Board of Supervisor Policy 7.8(D.3).

**Service Impact:** Along with other identified sources of ongoing savings or revenues, these revenues will be used to balance the FY 2009 budget deficit, mitigating the need for additional service reductions in General Fund programs.

<div align="right">

**Ongoing Revenue: $752,950**

</div>

**Allocate $693,040 in Annual One-time Funding to the Office of Asset and Economic Development:** The funding will support project costs including real estate appraisals, civil engineering, project design, legal counsel, environmental remediation, and other related economic development activities. This is consistent with funding for capital management elsewhere in the County.

**Service Impact:** The current level of service provided by the Office of Asset and Economic Development will continue to be provided.

<div align="right">

**One-time Cost: $693,040**

</div>

### ▲ Homeless Concerns

**Expand the Homeless Cold Weather Shelter Program (CWSP) to a Year-Round Program:** With a transfer of $2,000,000 from the Affordable Housing Fund to the General Fund, a new one-time appropriation of $1.6 million will be added to the $400,000 budgeted in the FY 2009 base budget for the Cold Weather Shelter Program, which currently operates from November to March each year.

This additional one-time appropriation serves to bridge the the transition to the County's Blue Ribbon Commission on Ending Homelessness and Solving the Affordable Housing Crisis Housing First Model. This



one-time funding will support a year-round shelter program that will include a service component to connect clients to longer term services and support their transition to permanent housing.

To use the current Cold Weather Shelter Program armories in Sunnyvale and Gilroy, on a year-round basis, would require a change in current State Law or alternate sites would need to be identified.

**Background:** In the FY 2006 Budget, the Board of Supervisors approved the transfer of $400,000 per year, for a three-year period, to the Cold Weather Shelter and Transit Pass Programs. This annual transfer commenced in FY 2006 and ends June 30, 2008.

While $400,000 remains budgeted in the FY 2009 base budget for the Cold Weather Shelter Program, this expense is a General Fund cost, as authorization to transfer offsetting funds from the Affordable Housing Fund has expired.

Funding for the Transit Pass Program has been reprogrammed to support the Universal Pass for Life Improvement and Transportation (UPLIFT) Transit Pass Pilot Program, approved by the Board of Supervisors on December 11, 2007

**Service Impact:** The County will be able to provide expanded and improved shelter services to its residents.

<div align="center">

**One-time Cost: $1,600,000**
**One-time Revenue: $2,000,000**

</div>

**Allocate $25,000 in One-time Funding for the Mountain View Day Worker Program:** The Day Worker Center of Mountain View is a 501(c)3 non-profit organization that serves the day laborer community in Mountain View, Los Altos, and surrounding communities. The Center was established in 1996, and provides a variety of services to day workers. These include job posting and referrals, free weekly medical visits, free ESL classes for the workers, and a location for community service providers to reach clients.

The Center is "in-contract" to purchase a permanent home. The current job center and business office are located in the Trinity United Methodist Church facility in Mountain View. The Center has raised the $300,000 to purchase property on Escuela Avenue in Mountain View, but an additional $450,000 is still needed for critical renovations before the new Center is habitable. The organization has sought contributions from the surrounding cities, and currently, the cities of Los Altos Hills, Los Altos and Mountain View have pledged funds. The County of Santa Clara seeks to do the same.

<div align="right">

**One-time Cost: $25,000**
Offset by one-time transfer of $25,000
from the Housing Bond Fund

</div>

## County Executive — Budget Unit 107
### Net Expenditures by Cost Center

| | | FY 2008 Appropriations | | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| 10717 | County Executive Admin Fund 0001 | $ 7,285,213 | $ 6,356,259 | $ 8,206,089 | $ 7,354,579 | 998,320 | 15.7% |
| 1220 | Budget And Analysis Fund 0001 | 1,900,504 | 1,936,971 | 1,936,971 | 1,979,893 | 42,922 | 2.2% |
| 1330 | Veterans' Services | 500,535 | 700,341 | 700,341 | 758,156 | 57,815 | 8.3% |
| 2530 | Office Of Emergency Svcs Fund 0001 | 6,863,416 | 1,762,566 | 8,825,867 | 2,381,569 | 619,003 | 35.1% |
| 5700 | Human Relations Fund 0001 | 1,901,584 | 1,841,267 | 1,924,566 | 1,916,746 | 75,479 | 4.1% |
| | **Total Net Expenditures** | $ 18,451,251 | $ 12,597,404 | $ 21,593,834 | $ 14,390,943 | 1,793,539 | 14.2% |



**County Executive — Budget Unit 107**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 10717 | County Executive Admin Fund 0001 | $ 7,339,000 | $ 6,414,714 | $ 8,264,544 | $ 7,547,464 | $ 1,132,750 | 17.7% |
| 1220 | Budget And Analysis Fund 0001 | 1,900,504 | 1,936,971 | 1,936,971 | 1,979,893 | 42,922 | 2.2% |
| 1330 | Veterans' Services | 500,535 | 700,341 | 700,341 | 758,156 | 57,815 | 8.3% |
| 2530 | Office Of Emergency Svcs Fund 0001 | 6,863,416 | 1,762,566 | 8,825,867 | 3,059,583 | 1,297,017 | 73.6% |
| 5700 | Human Relations Fund 0001 | 2,041,334 | 1,980,596 | 2,063,895 | 2,056,075 | 75,479 | 3.8% |
| | **Total Gross Expenditures** | $ 18,644,789 | $ 12,795,188 | $ 21,791,618 | $ 15,401,171 | $ 2,605,983 | 20.4% |

**County Executive — Budget Unit 107**
**Expenditures by Object**

| Object | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 9,014,518 | $ 9,702,379 | $ 9,737,816 | $ 10,200,244 | $ 497,865 | 5.1% |
| Services And Supplies | 9,505,397 | 3,092,809 | 11,654,794 | 5,200,927 | 2,108,118 | 68.2% |
| Other Charges | (124) | — | — | — | — | — |
| Operating/Equity Transfers | 124,998 | — | — | — | — | — |
| Reserves | — | — | 399,008 | — | — | — |
| **Subtotal Expenditures** | 18,644,789 | 12,795,188 | 21,791,618 | 15,401,171 | 2,605,983 | 20.4% |
| Expenditure Transfers | (193,537) | (197,784) | (197,784) | (1,010,228) | (812,444) | 410.8% |
| **Total Net Expenditures** | 18,451,251 | 12,597,404 | 21,593,834 | 14,390,943 | 1,793,539 | 14.2% |

**County Executive — Budget Unit 107**
**Revenues by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 10717 | County Executive Admin Fund 0001 | $ 4,842,885 | $ 4,768,787 | $ 5,984,110 | $ 13,121,737 | $ 8,352,950 | 175.2% |
| 1330 | Veterans' Services | 84,805 | 50,000 | 50,000 | 80,000 | 30,000 | 60.0% |
| 2530 | Office Of Emergency Svcs Fund 0001 | 4,662,134 | — | 8,383,244 | — | — | — |
| 5700 | Human Relations Fund 0001 | 255,736 | 238,388 | 280,828 | 239,428 | 1,040 | 0.4% |
| | **Total Revenues** | $ 9,845,560 | $ 5,057,175 | $ 14,698,182 | $ 13,441,165 | $ 8,383,990 | 165.8% |



## County Executive Admin Fund 0001 — Cost Center 10717
### Major Changes to the Budget

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 33.8 | $ | 6,356,259 | $ | 4,768,787 |
| Board Approved Adjustments During FY 2008 | 1.0 | | 1,849,830 | | 1,215,323 |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 248,729 | | — |
| Internal Service Fund Adjustments | — | | (99,405) | | — |
| Other Required Adjustments | — | | (1,829,993) | | (1,215,323) |
| Subtotal (Current Level Budget) | 34.8 | $ | 6,525,420 | $ | 4,768,787 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Transfer from Consumer Fraud Fund to General Fund for Code Enforcement Improvement Effort | — | | — | | 100,000 |
| FY 2009 Data Processing Adjustment | — | | 9,031 | | — |
| FY 2009 Phone Rate Adjustment | — | | (35) | | — |
| Decision Packages | | | | | |
| 1. Allocate One-time Funding Asset and Economic Development Division | — | | 693,040 | | — |
| To support asset and economic development projects and activities, a one-time appropriation of $693,040 is recommended. | | | | | |
| 2. Realize $7,500,000 in One-time Revenue and Make Exempt from Housing Set-aside Policy | — | | — | | 7,500,000 |
| This recommendation would exempt the proceeds from the anticipated sale of the Mountain View Vector Control Property site from the Board's policy requiring that 30% of revenue from the sale of County General Fund surplus property be allocated to affordable housing projects. The entire $7,500,000 in General Fund revenue is necessary to help balance the FY 2009 budget deficit. | | | | | |
| 3. Allocate $100,000 in One-time Funding for Code Enforcement Activities | — | | 100,000 | | — |
| To improve the County's Code Enforcement efforts. This is a cost-neutral recommendation as the expense will be offset by a transfer from the District Attorney's Consumer Fraud Trust Fund. | | | | | |
| 4. Realize $752,950 in Ongoing Revenue from Leases and Make Exempt From Housing Set-aside Policy | — | | — | | 752,950 |
| This recommendation would exempt proceeds from the negotiation of long-term leases, related to the Elmwood Commercial and Fairgrounds Housing properties, from the Board's Policy requiring 30% be allocated to affordable housing projects. This ongoing revenue of $752,950 will be used to balance the FY 2009 budget deficit, mitigating the need for additional service reductions in General Fund programs. | | | | | |
| 5. Add/Delete Administrative Position | 0.2 | | 27,123 | | — |
| Delete a filled .8 FTE Administrative Support Officer I (B2R) and Add 1.0 FTE Administrative Support Officer II (B2P) in Administration. | | | | | |
| Subtotal (Recommended Changes) | 0.2 | $ | 829,159 | $ | 8,352,950 |
| **Total Recommendation** | 35.0 | $ | 7,354,579 | $ | 13,121,737 |

## Budget And Analysis Fund 0001 — Cost Center 1220
### Major Changes to the Budget

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 11.0 | $ | 1,936,971 | $ | — |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 13,437 | | — |
| Internal Service Fund Adjustments | — | | 25,606 | | — |
| Other Required Adjustments | — | | — | | — |



**Budget And Analysis Fund 0001 — Cost Center 1220**
**Major Changes to the Budget**

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| Subtotal (Current Level Budget) | 11.0 | $ | 1,976,014 | $ | — |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| FY 2009 Data Processing Adjustment | — | | 3,879 | | — |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | 3,879 | $ | — |
| **Total Recommendation** | 11.0 | $ | 1,979,893 | $ | — |

**Veterans' Services — Cost Center 1330**
**Major Changes to the Budget**

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 6.0 | $ | 700,341 | $ | 50,000 |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 47,171 | | — |
| Internal Service Fund Adjustments | — | | 8,753 | | — |
| Other Required Adjustments | — | | — | | 30,000 |
| Subtotal (Current Level Budget) | 6.0 | $ | 756,265 | $ | 80,000 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| FY 2009 Data Processing Adjustment | — | | 1,891 | | — |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | 1,891 | $ | — |
| **Total Recommendation** | 6.0 | $ | 758,156 | $ | 80,000 |

**Office Of Emergency Svcs Fund 0001 — Cost Center 2530**
**Major Changes to the Budget**

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 9.0 | $ | 1,762,566 | $ | — |
| Board Approved Adjustments During FY 2008 | — | | 7,063,301 | | 8,383,244 |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 181,806 | | — |
| Internal Service Fund Adjustments | — | | (354,067) | | — |
| Other Required Adjustments | — | | (7,277,301) | | (8,383,244) |
| Subtotal (Current Level Budget) | 9.0 | $ | 1,376,305 | $ | — |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| FY 2009 Data Processing Adjustment | — | | 6,727 | | — |
| FY 2009 Phone Rate Adjustment | — | | (1,463) | | — |
| Decision Packages | | | | | |
| 1.  Add 1.0 FTE in the Office of Emergency Services | 1.0 | | — | | — |

