# EXHIBIT A
# PART 3

## Desired Results

**Recruit quality candidates for County positions** by conducting highly strategic, comprehensive and timely recruitments, and securing the appointment of highly competent and skilled candidates to the appropriate positions.



**Classification Activity**



**Number of Employees Hired from Certification Lists**



**Lists Established within 90 Days**

This chart demonstrates the level of activity for classification studies conducted and completed under the County's classification policy. The chart reflects the completion of the entire process of the studies. FY 04 illustrates a high level of activity because of the countywide clerical study. FY 05 includes studies completed as a result of a contractual reallocation window. FY 07 included studies completed as a result of a contractual reclassification window. As implemented in December 2007, a revision to the Merit System Rules allows certain updates and revisions to class specifications to be effected administratively which will further streamline the recruiting and classification process.

These charts demonstrate the level of activity for recruitment. The decrease in hires from certification lists was the result of a stronger hiring freeze, which was implemented due to County budget reductions. Many vacancies through the year were filled by transfers of existing employees thus mitigating lay-off impacts. Ninety-six percent of the eligibility lists that were established were available to hiring managers within ninety days thus providing qualified candidates in a timelier manner than in prior years.

**Proper administration of a full range of benefits to employees, retirees and dependents** through accurate processing of benefit transactions, and by providing training programs about benefits to employees and retirees.



**Percent of Accurate Benefits Transactions Processed**

This measure encompasses all transactions county-wide in all Employee Service Centers for which ESA-Benefits has overall oversight and responsibility. The accuracy rate reflects correct processing of benefits transactions pertaining to employees, retirees and their dependents.



**Maintain productive employer-employee relationships in the County** through timely completion of labor contract negotiations; timely and accurate implementation of labor contract provisions; effective implementation of policies and procedures affecting terms and conditions of employment; constructive communication between the County, employees and bargaining units; reduction of grievances; and consistent application of progressive disciplinary actions that are aligned with internal and external requirements.



**Discipline Cases Closed During the Calendar Year**

Track the Office of Labor Relations' performance in the area of discipline cases closed during the calendar year. Key measures for disciplines will include the number of probationary releases, suspensions, demotions, & discharges that were not appealed, were settled, & that were resolved through either a Personnel Board or arbitration hearing. The number of discipline cases opened in 2007 increased 26% from CY06.



**Grievances Resolved During the Calendar Year**

Track the Office of Labor Relations' performance in the area of grievances resolved during the calendar year. The key measure for grievances will be all grievances that were closed because they were not appealed, were settled or were resolved through hearing. The number of formal grievances opened in CY07 decreased by 10% from CY06 and the number of grievances resolved increased 88% from CY06.

**Contribute to cost-effective Human Resources and Employee Relations functions within the region** by maintaining the structure and content of a web site that distributes essential salary, benefit, classification, bargaining unit data and information to member agencies of a Joint Powers Authority; by developing web site features and content to meet the needs of current members and to attract prospective ones; by functioning as staff to the Joint Powers Authority and marketing the products and related services.



**Number of JPA members**



**Total Number of Compensation Classification Records**

A total compensation record can reveal the maximum monthly cost for a classification including salary and up to 16 benefits. This enables the web site to deliver continuously updated "total compensation" surveys in over 40 occupational categories.



**Bargaining Unit Contract Summaries**

Maintain a harassment and discrimination-free working environment by complying with County Equal Opportunity Policies and related laws; creating, maintaining and supporting a diverse workforce, and ensuring equitable access to County employment and program services.



**Percentage of Complaints Compared to Employee Population**



**Training Classes and Participants**

Through training, intervention, resolution, and investigation of complaints and related workplace issues, work toward reducing complaints to less than 1% of employee population.

The increase reflected in 2005 and 2007 are due to the State mandating employers to provide Sexual Harassment training every two years to supervisors/managers, and within 6 months of a supervisory/manager hire/promotion. Therefore, we will continue to have increases in the number of training classes and participants every year.



**Reasonable Accommodations**

Number of employee reasonable accommodation assessments for modifications in current position or placement into another vacant position, and percentage compared to workforce total for each year shown.





**Workforce Representation**

Through our Diversity efforts, Equal Opportunity Plan activities and training, we continue to promote the value and importance of having a diverse workforce in providing equal employment opportunities, and to better serve our community. The chart reflects the County's diverse workforce representation compared to the Census 2000 data for total civilian labor force available in the County of Santa Clara based on gender and race. Percentages may not add to total due to rounding and does not include the percentage for 2 or more races (approx. 1.83%).

**Develop employees** by offering courses and training in interpersonal, management and technical skills, administering the Education Assistance funds and coordinating on-site degree programs.



**Participants in Countywide Training**

**Education Assistance Paid to Employees**



**Education Assistance Program Participants**

Section 1: Finance and Government
Human Resources, Labor Relations, and Equal Opportunity & Employee Devel...

County of Santa Clara
FY 2009 Recommended Budget

## Description of Major Services

### Recruitment and Classification Services

Human Resources provides a full range of comprehensive human resources services to enable the County to continue to attract and retain a merit-based, high-quality, diverse workforce necessary to meet the needs of the County of Santa Clara.

Human Resources ensures that positions are filled in a timely manner by employing a variety of methods to recruit quality candidates. This division conducts validated examinations and other personnel assessment processes in order to establish eligible lists for hiring. Responsibilities of the division also include maintenance of the Countywide position classification plan by conducting classification and reallocation studies.

### Employee Benefits Services

Employee Benefits Services administers a full range of benefit programs, from initial hire through retirement for employees, retirees and their families. The division administers health, dental, life, vision, and optional insurance programs. The division analyzes employee benefit enrollment trends, and provides information and training to employees and retirees in order to maximize their usage of benefits. It is responsible for negotiating premium rates and contracts with all benefit plan providers.

Other programs that the division coordinates are Deferred Compensation, the EcoPass Program, the Labor/Management Health Care Cost Containment Committee and Disability Retirement.

### Labor Relations Services

The Office of Labor Relations is responsible for the collective bargaining process between the County and 22 bargaining units represented by 15 labor organizations representing approximately 15,000 County employees. It is also responsible for representation issues with 2 additional bargaining units representing approximately 255 Santa Clara County Fire District employees and over 14,166 In-Home Support Services (IHSS) Public Authority employees. Major services include:

### Bay Area Employee Relations Services

Bay Area Employee Relations provides advisory and consultation services to 37 member public agencies under a joint powers agreement (JPA). The division provides salary, benefit and contractual information to member agencies, as well as conducts compensation surveys and classification studies for JPA members and non-members.

### Equal Opportunity Services

Equal Opportunity is responsible for providing Countywide leadership in advancing the goals of opportunity, equal access and diversity. This division provides training in the areas of discrimination and sexual harassment prevention, Reasonable Job Accommodation, Equal Opportunity and Diversity. Responsibilities include implementing County policies, guidelines and procedures to comply with federal and state laws and regulations.

Plans and implements "Unity in Diversity" activities in partnership with the Board of Supervisors, and the Human Relations Office to promote diversity as a positive value in the community.

The division is responsible for facilitating reasonable accommodation placements for employees, and the placement of disabled individuals under the Special Qualifications Worker (SQW) Program.

### Training Services

Employee Development serves as the central provider and resource for the County's training needs. Employee Development provides the following training programs: Leadership Seminar Series Program, Working Together Workshop Program, CountyWise Employee Development Courses, and New Employee Orientation.

Employee Development coordinates the Education Assistance Program which provides monetary support to employees for education-related activities, and the Accelerated Associate Degree Program.

Employee Development provides special services to employees in crisis and their survivors, like Vacation Donation for employees prevented from working by a critical life incident. Precautionary Retirement for



qualified survivors, and Critical Incident Stress Debriefing to serve groups of employees that have experienced a trauma or loss.

## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Executive Management Recruiting | Yes | Mandated | | ■ |
| Equal Opportunity - Non-Discrmination and Confidential Records | Yes | Mandated | | ■ |
| Human Resources Operations | Yes | Mandated | | ■ |
| Intergovernmental Relations | Yes | Non-Mandated | | ■ |
| Administration/Support | Yes | Required | Increased revenue related to flexible spending accounts and Medicare Part D. One-time funding for Information Technology Infrastructure Replacement. | ◩ |
| Employee Benefits | Yes | Non-Mandated | Replacement benefit plan for employees affected by IRS code section 401. | ◩ |
| Benefits Administration | Less than 5% | Mandated | | ■ |
| Labor Relations | Yes | Mandated | | ■ |
| Equal Opportunity - Plan and Programs | Yes | Mandated | | ■ |
| Employee Development | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:
☐ = Eliminated    ▼ = Reduced    ◩ = Modified    ▲ = Enhanced    ■ = No Change

## County Executive's Recommendation

◩ **Administration/Support**

**Increased General Fund Revenue:** Recognize increased General Fund revenue of $200,000 related to the Medicare Part D Federal Retiree Drug Subsidy. This is a reimbursement from the Federal government for the cost of prescription drug benefits that the County provides to its retirees. The Governmental Accounting Standards Board (GASB) precludes the use of this subsidy to reduce the liabilities of the retiree medical plan or to lower the employee's annual required contribution.

In FY 2008 the Board recognized a total of $1,651,911 from this revenue source, including $1.1 million for the General Fund. Updated analysis by Employee Services Agency fiscal staff shows that a greater share of the revenue can be recognized in the General Fund on an ongoing basis.

**Ongoing Revenue: $200,000**

**Information Technology Infrastructure Replacement:** This project will replace aging/obsolete equipment that meets or exceeds the County Information Technology Replacement criteria. Items in this request may include

servers, printers, routers/switches, laptops, and software. This project is recommended by the Information Technology Executive Committee (ITEC).

**Service Impact:** Continued and enhanced service delivery.

One-time Cost: $83,500

☑ **Employee Benefits**

**Replacement Benefit Plan:** Funding in the amount of $1,700,000 is required to provide initial funding of the replacement benefit plan. 50% of this amount will be funded from reductions to our PERS rate. This plan applies to existing employees hired after 1996 and whose future retirement is impacted by section 401 of the Internal Revenue Code. Current and future employees will be notified of the provisions of section 401 and will not participate in the plan. Over time, costs for this plan will diminish as the number of affected employees declines.

FY 2009 Cost: $1,700,000

## Human Resources, LR, and EOED — Budget Unit 130
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| 1145 | Employee Benefit Services Fund 0001 | $ 410,920 | $ 861,896 | $ 861,896 | $ 2,378,164 | $ 1,516,268 | 175.9% |
| 1163 | Employee Dev Fund 0001 | 1,340,916 | 1,446,095 | 1,553,881 | 1,210,001 | (236,094) | -16.3% |
| 1140 | Office Of Labor Relations Fund 0001 | 1,226,461 | 1,319,299 | 1,319,299 | 1,323,333 | 4,034 | 0.3% |
| 1148 | Human Resources Fund 0001 | 4,303,718 | 4,634,683 | 5,001,900 | 4,743,647 | 108,964 | 2.4% |
| 1141 | Agency Admin, Fiscal & Sys Fund 0001 | 933,243 | 953,718 | 1,953,718 | 1,014,782 | 61,064 | 6.4% |
| 1164 | Educational Asst Prog Fund 0001 | 1,207,422 | 1,064,912 | 1,064,912 | 1,064,912 | — | — |
| 1142 | Bay Area Employee Relations Serv Fund 0001 | 372,724 | 387,721 | 387,721 | 390,079 | 2,358 | 0.6% |
| 1126 | Equal Opportunity Fund 0001 | 1,136,690 | 1,199,809 | 1,199,809 | 1,120,031 | (79,778) | -6.6% |
| 1127 | Life Ins Prog Fund 0280 | 622,318 | 915,986 | 1,415,986 | 914,546 | (1,440) | -0.2% |
| 1129 | Delta Dental Ins Prog Fund 0282 | 19,364,974 | 21,059,061 | 21,059,061 | 21,060,203 | 1,142 | 0.0% |
| | **Total Net Expenditures** | $ 30,919,385 | $ 33,843,181 | $ 35,818,184 | $ 35,219,699 | $ 1,376,518 | 4.1% |

## Human Resources, LR, and EOED — Budget Unit 130
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| | | | Approved | Adjusted | | | |
| 1145 | Employee Benefit Services Fund 0001 | $ 2,047,307 | $ 2,567,904 | $ 2,567,904 | $ 4,359,305 | $ 1,791,401 | 69.8% |
| 1163 | Employee Dev Fund 0001 | 1,577,716 | 1,641,095 | 1,748,881 | 1,405,001 | (236,094) | -14.4% |
| 1140 | Office Of Labor Relations Fund 0001 | 1,576,734 | 1,647,460 | 1,647,460 | 1,648,419 | 959 | 0.1% |
| 1148 | Human Resources Fund 0001 | 4,662,771 | 5,108,107 | 5,475,324 | 5,175,675 | 67,568 | 1.3% |
| 1141 | Agency Admin, Fiscal & Sys Fund 0001 | 2,533,108 | 2,469,316 | 3,469,316 | 2,585,846 | 116,530 | 4.7% |



## Human Resources, LR, and EOED — Budget Unit 130
### Gross Expenditures by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| 1164 | Educational Asst Prog Fund 0001 | 1,207,422 | 1,064,912 | 1,064,912 | 1,064,912 | — | — |
| 1142 | Bay Area Employee Relations Serv Fund 0001 | 372,724 | 387,721 | 387,721 | 390,079 | 2,358 | 0.6% |
| 1126 | Equal Opportunity Fund 0001 | 1,237,964 | 1,325,560 | 1,325,560 | 1,250,195 | (75,365) | -5.7% |
| 1127 | Life Ins Prog Fund 0280 | 622,318 | 915,986 | 1,415,986 | 914,546 | (1,440) | -0.2% |
| 1129 | Delta Dental Ins Prog Fund 0282 | 19,364,974 | 21,059,061 | 21,059,061 | 21,060,203 | 1,142 | 0.0% |
| | Total Gross Expenditures $ | 35,203,038 $ | 38,187,123 $ | 40,162,126 $ | 39,854,182 $ | 1,667,059 | 4.4% |

## Human Resources, LR, and EOED — Budget Unit 130
### Expenditures by Object

| | | FY 2008 Appropriations | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|
| Object | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| Salaries And Employee Benefits $ | 9,973,026 $ | 10,463,238 $ | 10,463,238 $ | 10,680,970 $ | 217,732 | 2.1% |
| Services And Supplies | 25,131,161 | 27,701,685 | 29,676,688 | 29,151,012 | 1,449,327 | 5.2% |
| Other Charges | 3,951 | 22,200 | 22,200 | 22,200 | — | — |
| Fixed Assets | 94,900 | — | — | — | — | — |
| Subtotal Expenditures | 35,203,038 | 38,187,123 | 40,162,126 | 39,854,182 | 1,667,059 | 4.4% |
| Expenditure Transfers | (4,283,653) | (4,343,942) | (4,343,942) | (4,634,483) | (290,541) | 6.7% |
| Total Net Expenditures | 30,919,385 | 33,843,181 | 35,818,184 | 35,219,699 | 1,376,518 | 4.1% |

## Human Resources, LR, and EOED — Budget Unit 130
### Revenues by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg From FY 2008 | % Chg From FY 2008 |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | Approved | Approved |
| 1145 | Employee Benefit Services Fund 0001 $ | 132,047 $ | 94,280 $ | 94,280 $ | 97,405 $ | 3,125 | 3.3% |
| 1163 | Employee Dev Fund 0001 | 380 | — | — | — | — | — |
| 1140 | Office Of Labor Relations Fund 0001 | 2,402 | — | — | — | — | — |
| 1148 | Human Resources Fund 0001 | 2,917 | — | — | — | — | — |
| 1141 | Agency Admin, Fiscal & Sys Fund 0001 | 932,369 | 1,128,306 | 1,128,306 | 1,328,306 | 200,000 | 17.7% |
| 1164 | Educational Asst Prog Fund 0001 | 3,022 | — | — | — | — | — |
| 1142 | Bay Area Employee Relations Serv Fund 0001 | 335,432 | 376,824 | 376,824 | 394,354 | 17,530 | 4.7% |
| 1126 | Equal Opportunity Fund 0001 | 173 | — | — | — | — | — |
| 1127 | Life Ins Prog Fund 0280 | 1,125,620 | 1,148,369 | 1,148,369 | 1,140,554 | (7,815) | -0.7% |
| 1129 | Delta Dental Ins Prog Fund 0282 | 20,137,977 | 20,281,984 | 20,281,984 | 20,296,472 | 14,488 | 0.1% |
| | Total Revenues $ | 22,672,339 $ | 23,029,763 $ | 23,029,763 $ | 23,257,091 $ | 227,328 | 1.0% |

## Employee Benefit Services Fund 0001 — Cost Center 1145
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 13.5 | $ 861,896 | $ 94,280 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 74,253 | — |
| Internal Service Fund Adjustments | — | 2,527 | — |
| Other Required Adjustments | — | (262,412) | 3,125 |
| Subtotal (Current Level Budget) | 13.5 | $ 676,264 | $ 97,405 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 1,900 | — |
| Decision Packages | | | |
| 1. One-time Expense for PERS Cap | — | 1,700,000 | — |
| Subtotal (Recommended Changes) | — | $ 1,701,900 | $ — |
| **Total Recommendation** | 13.5 | $ 2,378,164 | $ 97,405 |

## Employee Dev Fund 0001 — Cost Center 1163
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 10.0 | $ 1,446,095 | $ — |
| Board Approved Adjustments During FY 2008 | — | 107,786 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 56,009 | — |
| Internal Service Fund Adjustments | — | (293,480) | — |
| Other Required Adjustments | — | (107,786) | — |
| Subtotal (Current Level Budget) | 10.0 | $ 1,208,624 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 1,377 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 1,377 | $ — |
| **Total Recommendation** | 10.0 | $ 1,210,001 | $ — |

## Office Of Labor Relations Fund 0001 — Cost Center 1140
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 12.0 | $ 1,319,299 | $ — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | (2,670) | — |
| Internal Service Fund Adjustments | — | 5,537 | — |


Section 1: Finance and Government

## Office Of Labor Relations Fund 0001 — Cost Center 1140
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Other Required Adjustments | — | — | |
| Subtotal (Current Level Budget) | 12.0 | $ 1,322,166 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 1,167 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 1,167 | $ — |
| **Total Recommendation** | 12.0 | $ 1,323,333 | $ — |

## Human Resources Fund 0001 — Cost Center 1148
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 26.5 | $ 4,634,683 | $ — |
| Board Approved Adjustments During FY 2008 | — | 367,217 | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | (35,572) | — |
| Internal Service Fund Adjustments | — | 54,684 | — |
| Other Required Adjustments | — | (367,217) | — |
| Subtotal (Current Level Budget) | 26.5 | $ 4,653,795 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 90,050 | — |
| FY 2009 Phone Rate Adjustment | — | (198) | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 89,852 | $ — |
| **Total Recommendation** | 26.5 | $ 4,743,647 | $ — |

## Agency Admin, Fiscal & Sys Fund 0001 — Cost Center 1141
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 18.0 | $ 953,718 | $ 1,128,306 |
| Board Approved Adjustments During FY 2008 | — | 1,000,000 | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 85,282 | — |
| Internal Service Fund Adjustments | — | (59,257) | — |
| Other Required Adjustments | — | (1,051,120) | — |
| Subtotal (Current Level Budget) | 18.0 | $ 928,623 | $ 1,128,306 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 2,658 | — |
| FY 2009 Phone Rate Adjustment | — | 1 | — |
| Decision Packages | | | |

Section 1: Finance and Government
Human Resources, Labor Relations, and Equal Opportunity & Employee Devel...

County of Santa Clara
FY 2009 Recommended Budget

## Agency Admin, Fiscal & Sys Fund 0001 — Cost Center 1141
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| 1. Allocate One-time Funds for Technology Project | — | 83,500 | — |
| Allocate one-time funds in the amount of $83,500 for IT infrastructure Replacement Project. | | | |
| 2. Retiree Drug Subsidy-Medicare Part D | — | | 200,000 |
| Recognize $200,000 in additional ongoing General Fund revenue from the Federal Retiree Drug Subsidy- Medicare Part D program. General Fund revenue from this source was budgeted at $1,128,306 in FY 2008. The current actuarial study indicates that the General Fund revenue from this source can be increased by $200,000 on an ongoing basis. | | | |
| Subtotal (Recommended Changes) | — | $ 86,159 | $ 200,000 |
| **Total Recommendation** | 18.0 | $ 1,014,782 | $ 1,328,306 |

## Educational Asst Prog Fund 0001 — Cost Center 1164
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 1,064,912 | $ |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $ 1,064,912 | $ — |
| Recommended Changes for FY 2009 | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 1,064,912 | $ — |

## Bay Area Employee Relations Serv Fund 0001 — Cost Center 1142
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 3.0 | $ 387,721 | $ 376,824 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 1,822 | — |
| Internal Service Fund Adjustments | — | 103 | — |
| Other Required Adjustments | — | — | 17,530 |
| Subtotal (Current Level Budget) | 3.0 | $ 389,646 | $ 394,354 |
| Recommended Changes for FY 2009 | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 433 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 433 | $ — |
| **Total Recommendation** | 3.0 | $ 390,079 | $ 394,354 |



## Equal Opportunity Fund 0001 — Cost Center 1126
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 15.5 | $      1,199,809 | $        — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 38,608 | — |
| Internal Service Fund Adjustments | — | (126,435) | — |
| Other Required Adjustments | — | 7,250 | — |
| Subtotal (Current Level Budget) | 15.5 | $      1,119,232 | $        — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 799 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $            799 | $        — |
| **Total Recommendation** | 15.5 | $      1,120,031 | $        — |

## Life Ins Prog Fund 0280 — Cost Center 1127
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **County Life Insurance Plan ISF (Fund Number 0280)** | | | |
| FY 2008 Approved Budget | — | $        915,986 | $     1,148,369 |
| Board Approved Adjustments During FY 2008 | — | 500,000 | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | (1,440) | — |
| Other Required Adjustments | — | (500,000) | (7,815) |
| Subtotal (Current Level Budget) | — | $        914,546 | $     1,140,554 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $            — | $        — |
| **Total Recommendation** | — | $        914,546 | $     1,140,554 |

## Delta Dental Ins Prog Fund 0282 — Cost Center 1129
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **CA Delta Dental Service Plan ISF (Fund Number 0282)** | | | |
| FY 2008 Approved Budget | — | $     21,059,061 | $    20,281,984 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 1,142 | — |
| Other Required Adjustments | — | — | 14,488 |
| Subtotal (Current Level Budget) | — | $     21,060,203 | $    20,296,472 |

Case 2:90-cv-00520-KJM-SCR    Document 3141-3    Filed 10/30/08    Page 14 of 103
213

## Delta Dental Ins Prog Fund 0282 — Cost Center 1129
## Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| Recommended Changes for FY 2009 | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| Total Recommendation | — | $ | 21,060,203 | $ | 20,296,472 |



County of Santa Clara
FY 2009 Recommended Budget

Section 1: Finance and Government
Human Resources, Labor Relations, and Equal Opportunity & Employee

# Department of Risk Management





**Gross Appropriation Trend**

**Staffing Trend**



## Public Purpose

**Minimize the cost of providing government services by protecting County employees and assets and controlling workers' compensation, liability/property and unemployment insurance costs.**





Section 1: Finance and Government

### Performance-based Budget Information

| | |
|---|---|
| **Service Area:** General Government | **Program:** Workers' Compensation |
| **Activity:** Claims Management | **Organization:** Department of Risk Management |
| **Public Purpose:** Minimize the cost of providing government services by controlling workers' compensation costs. | |

**Program Objectives**

1. Achieve cost-efficiency in administration of workers' compensation program.
2. Maintain program compliance with State regulations.

| Performance Indicators | FY 2006 Actual | FY 2007 Actual | FY 2008 Actual* | FY 2009 Estimate# | FY 2009 Adopted |
|---|---|---|---|---|---|
| **Workload** | | | | | |
| 1. Number of indemnity claims opened | 636 | 605 | 664 | 600 | |
| 2. Number of medical only claims opened | 1,144 | 1,021 | 972 | 1,000 | |
| 3. Total number of claims opened | 1,680 | 1,626 | 1,636 | 1,600 | |
| 4. Percentage of new claims which were classified as indemnity (severity of employee injuries) | 38% | 37% | 40% | 38% | |
| **Productivity** | | | | | |
| 1. Average number of indemnity claims per adjuster | 166 | 141.5 | 147 | 147 | |
| 2. Closing ratio for indemnity claims | 147% | 135% | 100% | 100% | |
| 3. Total benefits paid out | $16,258,564 | $15,107,699 | $15,890,036 | $16,000,000 | |
| **Effectiveness** | | | | | |
| 1. Employee injury rate/hundred | 12.1 | 11.5 | 10.6 | 10.6 | |
| 2. Cost of penalties for past due payments | $27,130 | $33,133 | $31,780 | $32,000 | |
| 3. Penalties as a percentage of benefits | 0.15% | 0.22% | 0.20% | 0.20% | |

\* FY 2008 values are estimates based on data as of December 31, 2007. FY 2009 data are estimates.

## Analysis

Indemnity claims are Workers' Compensation claims in which the injured employee received medical treatment and loses time from work. A medical only claim is one in which the employee received medical treatment but was not required to miss any work or is working in a modified duty capacity. The ratio of indemnity claims to medical only claims is one indication of the seriousness

of injuries received by County employees. It is a goal to see both a lower injury rate and a decreased level of severity. The percentage of claims that resulted in time lost from work has increased slightly and the injury rate decreased.

After several years of decline due to the Workers' Compensation reforms, the Workers' Compensation medical costs are beginning to rise. Further, mandated indemnity benefits continue to increase. To effectively manage these costs, it remains critical to continue strong case management and work on closing cases. The closing ratio is a measurement of how many claims are closed compared to the number of new claims being opened during the fiscal year. The closing ratio is a measure of how effectively adjusters are managing their caseloads. If new claims arrive without older claims being closed out, staff are required to monitor a larger number of active claims, which can affect the program's effectiveness. The closing ratio was at or above the goal of 100%. For FY 2007 the closing ratio was 135%. The Workers' Compensation Division will continue to

monitor the claims administration and take positive steps to maintain 100% closing ratio. It is estimated that the ratio will be at or above 100% for FY 2008.

The Workers' Compensation Division has a goal of keeping penalties at or below 0.20% (one-twentieth of one percent) of total benefits paid. When a Workers' Compensation benefit payment or medical bill is paid past the required due dates, a 10 percent penalty is due. The Workers' Compensation Division pays a self-imposed penalty to avoid additional penalties that may be assessed by the State if the errors are found during an audit. The amount of penalties serves as a measure of how well the Division is maintaining the program in compliance with State regulations. Penalties for FY 2007 were 0.22% of total benefits paid.

The Division continues to assess the impact of recent changes in the Workers' Compensation law that could have a beneficial impact on the cost of the County's program. Additionally, the Division will continue to implement a number of critical programs that have helped contain costs in the program and will look for new methods of controlling costs in the future.

| Service Area: General Government | | | | Program: Workers' Compensation | |
|---|---|---|---|---|---|
| Activity: Medical and Disability Management Program | | | | Organization: Department of Risk Management | |
| Public Purpose: Minimize the cost of providing government services by controlling workers' compensation costs. | | | | | |

**Program Objectives**

1. Contain Workers' Compensation medical costs through bill review.
2. Provide aggressive nurse case management services.

| Performance Indicators | FY 2006 Actual | FY 2007 Actual | FY 2008 Actual* | FY 2009 Estimate** | FY 2009 Adopted |
|---|---|---|---|---|---|
| **Demand** | | | | | |
| 1. Number of dedicated onsite vendor staff | 4 | 4 | 4 | 4 | |
| 2. Number of dedicated telephonic vendor staff | 2 | 2 | 2 | 2 | |
| **Workload** | | | | | |
| 1. Number of bills reviewed | 32,272 | 31,790 | 34,032 | 34,000 | |
| 2. Number of claims with case management services | 1,258 | 1,548 | 1,192 | 1,200 | |
| **Productivity** | | | | | |
| 1. Cost of medical management program | $1,590,798 | $1,636,810 | $1,722,220 | $1,791,109 | |
| 2. Savings/Cost ratio for medical management | 8.3 | 11.0 | 11.5 | 11.6 | |
| **Effectiveness** | | | | | |
| 1. Costs avoided through medical management | $13,272,317 | $14,853,084 | $15,000,000 | $15,000,000 | |

* FY 2008 information is based on data as of 12/31/2007. FY 2009 data are estimates.

** This figure contains approximately 200 first aid claims which are not reflected in the other fiscal years noted.



## Analysis

The Workers' Compensation Division contracts with an outside vendor to provide medical management services that include bill review, state mandated utilization review process, and nurse case management. The bill review process ensures that the County is not paying duplicate bills and that we are able to access lower rates that have been negotiated by the vendor. The vendor also provides nurse case management through on-site nurses and telephonic support. Case management is aimed at getting the most appropriate treatment for injured employees.

The savings are primarily captured in the bill review program. Bill review takes medical bills and reduces the billed charges to the State Medical Fee Schedule or to contract rates. The difference between the billed charges and paid medical costs are the savings. Savings from reducing medical bills has increased. The medical management program has an early intervention component where case management nurses get involved in directing the care of injured workers as soon as the claim is received. The results of the early intervention program are that injured employees are getting the most appropriate medical care which reduces unnecessary treatment and costs. The early intervention nurse case management model has proven to be successful with additional modified duty placements for county employees, more defined treatment plans and improved communication with injured employees.

°FY 08 information is based on data as of 12/31/2007.
°°FY 09 data are estimates.

---

## Desired Results

**Protect the County's employees and assets** through safety, wellness, and insurance-related activities.



**Workers' Compensation Injury Rate**

The injury rate is calculated as the ratio of the number of injuries to total hours worked by County employees, and is comparable to the number of injuries per 100 full-time equivalent employees.



**Control workers' compensation, liability/property and unemployment insurance costs** through preventative action, training, efficient claim management and prudent self-insurance practice.



**Costs Avoided Through Oversight of Medical and Disability Management Program and Temporary Modified Return to Work Program**

Workers' Compensation manages two cost avoidance programs with the aim of saving the County money while administering the mandated Workers' Compensation program. The graph displays the combined savings of the two programs.

**Reduce workplace and environmental hazards.**



**Severity of County Employee Injuries**

The severity of injuries is measured as the percentage of injuries that require medical attention and result in time lost from work compared to the total number of injuries. Less severe injuries might require medical attention, but not result in any time lost from work.



**Number of County Site Environmental Mitigation Projects Open at Fiscal Year-End**

OSEC works with departments to assist with site cleanup. OSEC's ability to reduce the number of open mitigation projects is affected by funds available to the projects, and the difficulty of closing out the projects that are remaining.

# Description of Major Services

## Workers' Compensation Services

The County meets its State mandate for workers' compensation services by maintaining a self-administered workers' compensation program. The program administers claims for County and Santa Clara County Fire District employees injured in the course of their employment. Major services include:

- Provide accurate and timely benefits to workers injured in the course and scope of their employment.

- Provide supervisory training and claims status updates for County departments.

- Monitor and facilitate the County's Medical Management Program.

- Coordinate job placements for County employees who have suffered occupational injuries that temporarily limit their ability to perform their regular jobs.

## Insurance Services

The Insurance Division prevents, eliminates or transfers the County's risk whenever possible through the following services:

- Field investigation of accidents



- Loss prevention services, including risk assessments, loss history trend analysis, site inspections, Emergency Response Team training, and Defensive Driver Training.

- Management of liability and property claims against the County.

- Risk financing through self-insurance and commercial insurance programs.

- Pursue recovery of County costs through third-party subrogation activities.

- Contract insurance compliance.

## Occupational Safety and Environmental Compliance

The Office of Safety and Environmental Compliance assures that all County operations comply with applicable environmental health and safety laws. Major services include:

- Employee health, safety, and environmental oversight and compliance support.

- Facility inspection and auditing.

- Maintenance of Countywide occupational safety and hazardous materials management program.

- Safety and environmental training support.

## Employee Wellness Services

The Employee Wellness Program is dedicated to enhancing the health and well-being of Santa Clara County employees by providing services that motivate them to move toward optimal health. Those services include:

- Classes offered through the CountyWise Employee Development and by departmental request.

- Screening services, including blood pressure, cholesterol, glucose, bone density, and pulmonary function screening.

- A lending library with books videos, audiotapes and CDs is available for employees.

- Activity programs designed to motivate employees to make positive lifestyle changes.

## Unemployment Insurance Services

The Unemployment Insurance Division administers the State-mandated unemployment insurance program by providing the following services:

- Weekly unemployment insurance benefits to qualified workers no longer employed by the County.

- Work with contracted program administrator to ensure that only valid claims are paid.

- Provide documentation and testimony for protested and appealed claims.

**Section 1: Finance and Government**

## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Administration of Workers Compensation | Yes | Mandated | | ■ |
| Wellness Program | Yes | Non-Mandated | | ■ |
| Insurance/Claims | Yes | Mandated | | ■ |
| Unemployment Insurance | Yes | Mandated | | ■ |
| Adjusters Training | Yes | Mandated | | ■ |
| Self Insurance and Commercial Insurance | Yes | Mandated | | ■ |
| Job Placement for Injured Workers | Yes | Mandated | | ■ |

Impact on Current Level of Service:
☐ = Eliminated    ▼ = Reduced    ◪ = Modified    ▲ = Enhanced    ■ = No Change



| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Loss Prevention | Yes | Mandated | | ■ |
| Medical and Disability Program | Yes | Mandated | | ■ |
| Workers Compensation Training | Yes | Mandated | | ■ |
| Contract Insurance | Yes | Mandated | | ■ |
| Occupational Safety and Environmental Compliance | Yes | Mandated | | ■ |
| Administration/Support | Yes | Required | | ■ |
| Emergency Response Team | Yes | Non-Mandated | | ■ |
| Third-Party Subrogation | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:
□ = Eliminated   ▼ = Reduced   ◪ = Modified   ▲ = Enhanced   ■ = No Change

## County Executive's Recommendation

Maintain the current level budget for FY 2009.

## Risk Management Department — Budget Unit 132
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1149 | Risk Mgt Admin Fund 0001 | $ 15,300 | $ 0 | $ 0 | $ (3,932) | $ (3,932) | 1,404,285.7% |
| 1147 | Workers Comp Fund 0078 | 31,942,611 | 34,341,656 | 34,341,656 | 35,215,374 | 873,718 | 2.5% |
| 2310 | Insur/Claims Fund 0075 | 21,512,406 | 29,130,852 | 29,130,852 | 30,661,093 | 1,530,241 | 5.3% |
| 1143 | OSEC Fund 0001 | 1,726 | 0 | 0 | (2,448) | (2,448) | 1,224,000.0% |
| 1146 | Unemployment Ins Fund 0076 | 1,922,725 | 1,937,191 | 1,937,191 | 1,940,405 | 3,214 | 0.2% |
| 1144 | Employee Wellness Fund 0001 | (29,899) | 8,768 | 8,768 | (29,648) | (38,416) | -438.1% |
| | Total Net Expenditures | $ 55,364,868 | $ 65,418,467 | $ 65,418,467 | $ 67,780,844 | 2,362,377 | 3.6% |

## Risk Management Department — Budget Unit 132
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 1149 | Risk Mgt Admin Fund 0001 | $ 430,249 | $ 434,365 | $ 434,365 | $ 444,629 | 10,264 | 2.4% |
| 1147 | Workers Comp Fund 0078 | 32,004,021 | 34,409,046 | 34,409,046 | 35,282,969 | 873,923 | 2.5% |



## Risk Management Department — Budget Unit 132
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 2310 | Insur/Claims Fund 0075 | 21,512,406 | 29,130,852 | 29,130,852 | 30,661,093 | 1,530,241 | 5.3% |
| 1143 | OSEC Fund 0001 | 1,288,750 | 1,253,042 | 1,253,042 | 1,293,143 | 40,101 | 3.2% |
| 1146 | Unemployment Ins Fund 0076 | 1,922,725 | 1,937,191 | 1,937,191 | 1,940,405 | 3,214 | 0.2% |
| 1144 | Employee Wellness Fund 0001 | 516,217 | 635,278 | 635,278 | 555,511 | (79,767) | -12.6% |
| | **Total Gross Expenditures $** | 57,674,367 $ | 67,799,774 $ | 67,799,774 $ | 70,177,750 $ | 2,377,976 | 3.5% |

Section 1: Finance and Government

## Risk Management Department — Budget Unit 132
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits $ | 6,322,257 $ | 6,434,282 $ | 6,434,282 $ | 6,659,383 $ | 225,101 | 3.5% |
| Services And Supplies | 47,444,568 | 61,365,492 | 61,360,292 | 63,518,367 | 2,152,875 | 3.5% |
| Other Charges | 3,904,564 | — | — | — | — | — |
| Fixed Assets | 2,977 | — | 5,200 | — | — | — |
| **Subtotal Expenditures** | 57,674,367 | 67,799,774 | 67,799,774 | 70,177,750 | 2,377,976 | 3.5% |
| Expenditure Transfers | (2,309,499) | (2,381,307) | (2,381,307) | (2,396,906) | (15,599) | 0.7% |
| **Total Net Expenditures** | 55,364,868 | 65,418,467 | 65,418,467 | 67,780,844 | 2,362,377 | 3.6% |

## Risk Management Department — Budget Unit 132
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 1149 | Risk Mgt Admin Fund 0001 $ | 93 $ | — $ | — $ | — $ | — | — |
| 1147 | Workers Comp Fund 0078 | 35,971,049 | 32,125,400 | 32,125,400 | 31,627,528 | (497,872) | -1.5% |
| 2310 | Insur/Claims Fund 0075 | 19,879,681 | 25,803,001 | 25,803,001 | 25,258,964 | (544,037) | -2.1% |
| 1143 | OSEC Fund 0001 | 190 | — | — | — | — | — |
| 1146 | Unemployment Ins Fund 0076 | 997,851 | 1,062,763 | 1,062,763 | 1,855,746 | 792,983 | 74.6% |
| 1144 | Employee Wellness Fund 0001 | 14 | — | — | — | — | — |
| | **Total Revenues $** | 56,848,879 $ | 58,991,164 $ | 58,991,164 $ | 58,742,238 $ | (248,926) | -0.4% |

## Risk Mgt Admin Fund 0001 — Cost Center 1149
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 3.0 | $ 0 $ | — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 19,029 | — |
| Internal Service Fund Adjustments | — | (23,406) | — |

---



**Risk Mgt Admin Fund 0001 — Cost Center 1149**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Other Required Adjustments | — | 0 | — |
| Subtotal (Current Level Budget) | 3.0 | $ (4,377) $ | — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 445 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 445 $ | — |
| **Total Recommendation** | 3.0 | $ (3,932) $ | — |


**Workers Comp Fund 0078 — Cost Center 1147**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Worker's Compensation (Fund Number 0078)** | | | |
| FY 2008 Approved Budget | 34.5 | $ 34,341,656 $ | 32,125,400 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 90,583 | — |
| Internal Service Fund Adjustments | — | 558,308 | |
| Other Required Adjustments | — | 220,000 | (497,872) |
| Subtotal (Current Level Budget) | 34.5 | $ 35,210,547 $ | 31,627,528 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 4,825 | — |
| FY 2009 Phone Rate Adjustment | — | 2 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 4,827 $ | — |
| **Total Recommendation** | 34.5 | $ 35,215,374 $ | 31,627,528 |


**Insur/Claims Fund 0075 — Cost Center 2310**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Insurance ISF (Fund Number 0075)** | | | |
| FY 2008 Approved Budget | 11.0 | $ 29,130,852 $ | 25,803,001 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 67,408 | — |
| Internal Service Fund Adjustments | — | 640,140 | 1,519,691 |
| Other Required Adjustments | — | 822,147 | (2,063,728) |
| Subtotal (Current Level Budget) | 11.0 | $ 30,660,547 $ | 25,258,964 |
| **Recommended Changes for FY 2009** | | | |



## Insur/Claims Fund 0075 — Cost Center 2310
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Internal Service Fund Adjustments |  |  |  |
| FY 2009 Data Processing Adjustment | — | 546 | — |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ 546 | $ — |
| **Total Recommendation** | 11.0 | $ 30,661,093 | $ 25,258,964 |

## OSEC Fund 0001 — Cost Center 1143
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| General Fund (Fund Number 0001) |  |  |  |
| FY 2008 Approved Budget | 7.0 | $ 0 | $ — |
| Board Approved Adjustments During FY 2008 | — |  | — |
| Cost to Maintain Current Program Services |  |  |  |
| Salary and Benefit Adjustments | — | 53,975 | — |
| Internal Service Fund Adjustments | — | (57,222) | — |
| Other Required Adjustments | — | 0 | — |
| Subtotal (Current Level Budget) | 7.0 | $ (3,247) | $ — |
| Recommended Changes for FY 2009 |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| FY 2009 Data Processing Adjustment | — | 799 | — |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ 799 | $ — |
| **Total Recommendation** | 7.0 | $ (2,448) | $ — |

## Unemployment Ins Fund 0076 — Cost Center 1146
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Unemployment Insurance ISF (Fund Number 0076) |  |  |  |
| FY 2008 Approved Budget | — | $ 1,937,191 | $ 1,062,763 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services |  |  |  |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 3,214 | — |
| Other Required Adjustments | — | — | 792,983 |
| Subtotal (Current Level Budget) | — | $ 1,940,405 | $ 1,855,746 |
| Recommended Changes for FY 2009 |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 1,940,405 | $ 1,855,746 |



**Employee Wellness Fund 0001 — Cost Center 1144**
**Major Changes to the Budget**

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 2.0 | $ | 8,768 | $ | — |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | (5,894) | | — |
| Internal Service Fund Adjustments | — | | (74,306) | | — |
| Other Required Adjustments | — | | 41,351 | | — |
| Subtotal (Current Level Budget) | 2.0 | $ | (30,081) | $ | — |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| FY 2009 Data Processing Adjustment | — | | 433 | | — |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | 433 | $ | — |
| **Total Recommendation** | 2.0 | $ | (29,648) | $ | — |



# Controller-Treasurer Department

Section 1: Finance and Government





**Gross Appropriation Trend**

Increase in FY 2008 is due to $387 million for Pension Obligation Bond

Data reflects July 1 appropriation level for each fiscal year for both the Controller-Treasurer (BU 110) and County Debt Service (BU 810).



**Staffing Trend**



## Public Purpose

➡ Maintain the financial integrity of County government in order to assure the cost-effective use of taxpayer monies to support services for County residents



## Desired Results

**Effective Financial Management** which this department provides through timely and accurate financial operations and internal audits.



**Results of Customer Satisfaction Survey: "We communicate in a manner that is easily understood."**



**Results of Customer Satisfaction Survey: "You receive timely responses to your inquiries."**

In FY 2004 the department initiated the development of a customer satisfaction survey to track performance related to the department's role as the central fiscal authority for the County.



**Effective Financial Management (Continued)**



**Average Days from Receipt of Payment Voucher to Disbursement of Funds**

This measure reflects the timeliness of the disbursement function.



**Value of Manual Payroll Warrants as a Percentage of Total Payroll Warrants**

This measure reflects the accuracy of the payroll function.



**% of Customers Reporting that Property Tax Apportionments are Timely**

This measure reflects the timeliness of the Property Tax Apportionment function.



**% of Customers Reporting that Property Tax Apportionments are Accurate**

This measure reflects the accuracy of the Property Tax Apportionment function.



**Overall Satisfaction with Service with Prop Tax Apportionments**

This measure reflects the overall customer satifaction with processing of Tax Apportionments.



**Average Days from Completion of Internal Audit Field Work to Issuance of Draft Report**

This measure reflects the timeliness of the Interal Audit function.



**Average Days to Complete Custody Audits**
This measure reflects the timeliness of the Interal Audit function.



**Internal Audit Division Cost Savings**
This measure reflects the cost savings of the Internal Audit function and the average as reported by Nat'l Association of Local Gov't Auditors.

## Description of Major Services

The Controller-Treasurer Department maintains the financial integrity of the County by providing oversight of the County's fiscal management. The Controller-Treasurer advises the Director of the Finance Agency, County management, and the Board of Supervisors regarding financial matters. The Controller-Treasurer Department is composed of the following Divisions; Treasury and Investments, Debt Services, General Accounting, Disbursements, Property Tax Apportionments, ASAP (accounting and procurement system), HaRP and Internal Audit Division. The following is a brief description of major services provided by the Department:

### Financial Operations

**Accounting Operations:** Provide accurate, complete and timely financial records; operate, maintain and enhance County-wide financial and human resource payroll systems; manage and control disbursements and deposits for accuracy, timeliness and cash management. Major areas of accounting include revenue receipt and distribution, apportionment of interest earnings, support for operating departments, and financial reporting; comply with state and federal reporting requirements and generally accepted governmental accounting principles. Responsible for oversight of annual single audit and production of the Comprehensive Annual Financial Report (CAFR).

**Disbursements:** Process payment of County funds to employees and vendors on time and in accordance with laws, regulations, procedures and contractual provision. The Disbursement division is responsible for SB 90 mandated cost reimbursement program, cost allocation and fees and charges for the County. Responsible for maximizing General Fund reimbursement via the Cost Plan.

**Property Tax Apportionment:** Provide the independent allocation of property taxes to the County, school districts, cities, special districts, and redevelopment agencies in accordance with the law.

**Investments:** Invest County assets in accordance with law and investment policies. The investment function works to maximize the interest earnings on funds belonging to the County, school districts and special districts while always ensuring safety of principal and maintaining liquidity.

**Debt Service:** Provide County management with ongoing analyses of the long-term debt and make accurate and timely debt service payments on the long-term debt issued by the County and the general obligation bonds issued by the school districts and special districts.

**HaRP Development Team:** Serve as system administrators and developers for the County's human resource-payroll system (HaRP). The HaRP Development Team is responsible for business process



improvement analysis, problem solving, custom reports including the County's electronic report distribution system (ERD), user training, system development and customization as well as ongoing system maintenance.

**ASAP Development Team:** Serve as system administrators and developers for the County's accounting and procurement system (SAP). The ASAP Development Team is responsible for SAP business process improvement analysis and problem solving, user training, system development and ongoing system maintenance.

**Internal Audit Division:** Assist County management and the Board of Supervisors in their role of establishing and maintaining internal control systems that ensure the safeguarding of assets, reliability of financial records, compliance with laws and regulations, efficiency of operations, and the achievement of objectives.

## Emerging Issues

**New Auditing Standards:** The new Auditing Standards issued by the American Institute of Certified Public Accountants (AICPA) will require the County to document internal controls over its financial operations. These standards require external auditors to assess and report on effectiveness of the County's internal controls. These new standards also require the auditors to conduct risk assessments in the audit of financial statements, and will impose substantial new procedural and documentation requirements.

## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| General Accounting Unit | Yes | Mandated | | ■ |
| Fiscal Services | Yes | Mandated | | ■ |
| Administration and Support | Yes | Required | | ■ |
| Treasury | Yes | Mandated | | ■ |
| Disbursements and Cost Management | Yes | Mandated | | ■ |
| Property Tax Apportion | Yes | Mandated | | ■ |
| Internal Audit | Yes | Mandated | Reduced capacity to conduct internal audits | ▼ |

Impact on Current Level of Service:
☐ = Eliminated   ▼ = Reduced   ◪ = Modified   ▲ = Enhanced   ■ = No Change



## County Executive's Recommendation

### ■ Administration and Support

**Delete the Following 2.0 Vacant FTE Positions:**

**Delete Management Analyst B1P:** This CEMA position was assigned directly to the Controller and was involved primarily in special projects, especially the banking services project, but also budget preparation, personnel management, and other similar tasks. The banking project was a major effort, but the project is now in the implementation phase where a different skill set is needed. Other tasks assigned to this position have been successfully reassigned to the Administrative Support Officer and Senior Management Analyst.

**Delete Executive Assistant C29:** This SEIU 521 position was originally assigned to the ASAP team under the Fiscal Services Manager and assisted with the initial implementation of SAP, the County's financial system. As SAP achieved full functionality, the need for this type of resource on the ASAP team diminished. The position was moved to the Controller, and was assigned numerous special projects. The position has been vacant since June 2007, and since then duties have been distributed to other staff with manageable impact on individual workload.

**Service Impact:** There is minimal service impact due primarily to two factors: 1) the evolving nature of important projects that have, or are closer to, full implementation and functionality, and 2) the department has successfully hired new employees whose skills are a better suited to the current needs of the department.

Positions Reduced: 2.0
**Total Ongoing Savings: $205,317**
Management Analyst: $122,696
Executive Assistant: $86,621

### ▼ Internal Audit

**Delete 1.0 Vacant FTE Position:** Delete one Internal Auditor II.

**Service Impact:** The loss of this position will have minimal service impact given the current structure of the department. This CEMA position has been vacant since March 2007, and reduces staffing for the Division from seven to six. Work of this nature requires close supervision and extensive training. While reducing staff will impact the department, having a single person supervise the complex nature of the work and train the staff limits the number of staff who can effectively function in the unit.

Positions Reduced: 1.0
**Total Ongoing Savings: $90,814**

### Controller-Treasurer — Budget Unit 110
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2113 | Controller-Treasurer Fund 0001 | $ (26,917,025) | $ (30,288,324) | $ (28,453,454) | $ (36,820,870) | $ (6,532,546) | 21.6% |
| 1115 | Internal Audit Fund 0001 | 796,430 | 873,985 | 873,985 | 849,626 | (24,359) | -2.8% |
| 2116 | Accounting System & Procurement Proj Fund 0001 | 4,144,158 | 4,279,664 | 4,279,664 | 4,420,010 | 140,346 | 3.3% |
| | **Total Net Expenditures** | $ (21,976,437) | $ (25,134,675) | $ (23,299,805) | $ (31,551,234) | $ (6,416,559) | 25.5% |



**Controller-Treasurer — Budget Unit 110**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2113 | Controller-Treasurer Fund 0001 | $ 10,031,816 | $ 10,532,710 | $ 12,367,580 | $ 11,244,516 | $ 711,806 | 6.8% |
| 1115 | Internal Audit Fund 0001 | 796,430 | 873,985 | 873,985 | 849,626 | (24,359) | -2.8% |
| 2116 | Accounting System & Procurement Proj Fund 0001 | 4,144,074 | 4,279,664 | 4,279,664 | 4,420,010 | 140,346 | 3.3% |
| | Total Gross Expenditures | $ 14,972,320 | $ 15,686,359 | $ 17,521,229 | $ 16,514,152 | $ 827,793 | 5.3% |

**Controller-Treasurer — Budget Unit 110**
**Expenditures by Object**

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 9,782,358 | $ 10,007,994 | $ 10,007,994 | $ 10,386,175 | $ 378,181 | 3.8% |
| Services And Supplies | 5,056,113 | 5,678,365 | 7,513,235 | 6,127,977 | 449,612 | 7.9% |
| Fixed Assets | 133,849 | — | — | — | — | — |
| Subtotal Expenditures | 14,972,320 | 15,686,359 | 17,521,229 | 16,514,152 | 827,793 | 5.3% |
| Expenditure Transfers | (36,948,757) | (40,821,034) | (40,821,034) | (48,065,386) | (7,244,352) | 17.7% |
| Total Net Expenditures | (21,976,437) | (25,134,675) | (23,299,805) | (31,551,234) | (6,416,559) | 25.5% |

**Controller-Treasurer — Budget Unit 110**
**Revenues by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2113 | Controller-Treasurer Fund 0001 | $ 293,846,495 | $ 309,435,465 | $ 314,003,654 | $ 307,430,231 | (2,005,234) | -0.6% |
| 1115 | Internal Audit Fund 0001 | 14,850 | 12,000 | 12,000 | 12,000 | — | — |
| 2116 | Accounting System & Procurement Proj Fund 0001 | 154 | — | — | — | — | — |
| | Total Revenues | $ 293,861,499 | $ 309,447,465 | $ 314,015,654 | $ 307,442,231 | (2,005,234) | -0.6% |

**Controller-Treasurer Fund 0001 — Cost Center 2113**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 70.0 | $ (30,288,324) | $ 309,435,465 |
| Board Approved Adjustments During FY 2008 | — | 1,834,870 | 4,568,189 |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | 1.0 | 606,236 | — |
| Internal Service Fund Adjustments | — | (6,902,623) | — |
| Other Required Adjustments | — | (1,834,870) | (6,573,423) |
| Subtotal (Current Level Budget) | 71.0 | $ (36,584,711) | $ 307,430,231 |
| **Recommended Changes for FY 2009** | | | |


Section 1: Finance and Government

**Controller-Treasurer Fund 0001 — Cost Center 2113**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | (31,384) | — |
| FY 2009 Phone Rate Adjustment | — | 1 | — |
| Decision Packages | | | |
| 1. Delete Two Vacant Positions | -2.0 | (204,776) | — |

This action deletes one vacant Management Analyst position (B1P) and one vacant Executive Assistant position (C29).

The Management Analyst position reported directly to the Controller-Treasurer and was involved primarily in special projects, especially the banking services project. The banking services project is now in the implementation phase where a different skill set is needed. Other remaining tasks performed by this position have been successfully reassigned.

The Executive Assistant position was initially assigned to the ASAP team under the Fiscal Services Manager and assisted with the initial implementation of SAP, the County's financial system. With SAP fully operational, the position was moved to the Controller and assigned numerous projects. The position has been vacant since June 2007, and duties distributed to other staff.

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Recommended Changes) | -2.0 | $ (236,159) | $ — |
| **Total Recommendation** | **69.0** | **$ (36,820,870)** | **$ 307,430,231** |

**Internal Audit Fund 0001 — Cost Center 1115**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| General Fund (Fund Number 0001) | | | |
| FY 2008 Approved Budget | 7.0 | $ 873,985 | $ 12,000 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 65,146 | — |
| Internal Service Fund Adjustments | — | 838 | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | 7.0 | $ 939,969 | $ 12,000 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 471 | — |
| Decision Packages | | | |
| 1. Delete One Vacant Position from the Internal Auditor | -1.0 | (90,814) | — |

This action deletes one Internal Auditor II (B30). The position has been vacant since March 2007. Deleting this position potentially reduces the amount of work performed by the Internal Audit function, but staffing is still adequate to achieve the primary goals of the division.

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Recommended Changes) | -1.0 | $ (90,343) | $ — |
| **Total Recommendation** | **6.0** | **$ 849,626** | **$ 12,000** |

**Accounting System & Procurement Proj Fund 0001 — Cost Center 2116**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| General Fund (Fund Number 0001) | | | |
| FY 2008 Approved Budget | 12.0 | $ 4,279,664 | $ — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | -1.0 | 2,389 | — |
| Internal Service Fund Adjustments | — | 71,025 | — |
| Other Required Adjustments | — | — | — |



**Accounting System & Procurement Proj Fund 0001 — Cost Center 2116**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Current Level Budget) | 11.0 | $ 4,353,078 | $ — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 66,932 | — |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ 66,932 | $ — |
| **Total Recommendation** | 11.0 | $ 4,420,010 | $ — |



**County Debt Service — Budget Unit 810**
**Net Expenditures by Cost Center**

| | | | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | | | |
| 2111 | County Debt Service Fund 0001 | $ 14,191,415 | $ 17,566,554 | $ 17,566,554 | $ 20,705,001 | $ 3,138,447 | 17.9% |
| 2112 | POB Debt Service Fund 0079 | — | 399,781,498 | 399,781,498 | 18,383,684 | (381,397,814) | -95.4% |
| 2117 | Co Debt Serv Fund 0045 | 6,571,038 | 6,569,850 | 6,569,850 | 6,577,550 | 7,700 | 0.1% |
| 2119 | Co Debt Serv Fund 0043 | 1,161,975 | 1,426,692 | 1,426,692 | 1,507,739 | 81,047 | 5.7% |
| 2115 | VMC Hospital Bonds Fund 0483 | 17,000,000 | — | — | — | — | — |
| 2110 | Fire District Bonds Fund 0197 | — | 580,000 | 580,000 | 25,000 | (555,000) | -95.7% |
| 2121 | MH Courthouse Project Fund 0491 | — | — | 6,127,268 | — | — | — |
| 2122 | MH Courthouse Cap Int Fund 0492 | 1,150,248 | 854,000 | 854,000 | 100,000 | (754,000) | -88.3% |
| 2125 | Multiple Facilities - Projects Funds | — | — | 13,061,222 | — | — | — |
| 2126 | Multiple Facilities - Capitalized Interest | — | 600,000 | 600,000 | 100,000 | (500,000) | -83.3% |
| 2130 | SCCFA Hospital - Project Fund 0485 | — | — | 46,029,708 | — | — | — |
| 2131 | SCCFA Hospital - Capitalized Int Fund 0486 | 5,013,715 | 5,357,015 | 5,357,015 | — | (5,357,015) | -100.0% |
| 2134 | Multiple Fac 2006-Projects Fund 0500 | 41,595,984 | — | 42,811,524 | — | — | — |
| 2135 | Multiple Fac 2006 Cap Int Fund 0501 | 3,474,398 | 3,600,000 | 3,600,000 | 3,600,000 | — | — |
| 2136 | Multiple Fac 2006 Inv Int Fund 0502 | — | — | 3,965,518 | — | — | — |
| 2138 | SCCFA 2006 Hospital Project Fund 0504 | 39,834,994 | — | 55,577,692 | — | — | — |
| 2139 | SCCFA 2006 Hospital Cap Int Fund 0505 | 4,495,188 | 5,000,000 | 5,000,000 | 5,000,000 | — | — |
| 2140 | SCCFA 2006 Hospital Investment Int Fund 0506 | — | — | 5,175,068 | — | — | — |
| 2144 | SCCFA 2007 Hospital - Project Fund 0510 | — | — | 73,523,612 | — | — | — |

## County Debt Service — Budget Unit 810
### Net Expenditures by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg | % Chg From |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | From FY 2008 Approved | FY 2008 Approved |
| 2145 | SCCFA 2007 Hospital - Cap Int Fund 0511 | — | — | 2,976,991 | 306,205 | 306,205 | — |
| 2146 | Multiple Facilities 2007 Inv Int Fund 0512 | — | — | 3,627,036 | — | — | — |
| 2149 | SCCFA 2007 non-VMC Project Fund 0514 | — | — | 23,415,636 | — | — | — |
| 2150 | SCCFA 2007 Inv Int Fund 0515 | — | — | 374,514 | — | — | — |
| | **Total Net Expenditures** $ | 134,488,955 $ | 441,335,609 $ | 718,001,398 $ | 56,305,179 $ | (385,030,430) | -87.2% |

## County Debt Service — Budget Unit 810
### Gross Expenditures by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg | % Chg From |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | From FY 2008 Approved | FY 2008 Approved |
| 2111 | County Debt Service Fund 0001 $ | 14,191,415 $ | 17,566,554 $ | 17,566,554 $ | 20,705,001 $ | 3,138,447 | 17.9% |
| 2112 | POB Debt Service Fund 0079 | — | 399,781,498 | 399,781,498 | 18,383,684 | (381,397,814) | -95.4% |
| 2117 | Co Debt Serv Fund 0045 | 6,571,038 | 6,569,850 | 6,569,850 | 6,577,550 | 7,700 | 0.1% |
| 2119 | Co Debt Serv Fund 0043 | 1,161,975 | 1,426,692 | 1,426,692 | 1,507,739 | 81,047 | 5.7% |
| 2115 | VMC Hospital Bonds Fund 0483 | 17,000,000 | — | — | | | |
| 2110 | Fire District Bonds Fund 0197 | — | 580,000 | 580,000 | 25,000 | (555,000) | -95.7% |
| 2121 | MH Courthouse Project Fund 0491 | — | — | 6,127,268 | — | — | — |
| 2122 | MH Courthouse Cap Int Fund 0492 | 1,150,248 | 854,000 | 854,000 | 100,000 | (754,000) | -88.3% |
| 2125 | Multiple Facilities - Projects Funds | — | — | 13,061,222 | — | — | — |
| 2126 | Multiple Facilities - Capitalized Interest | — | 600,000 | 600,000 | 100,000 | (500,000) | -83.3% |
| 2130 | SCCFA Hospital - Project Fund 0485 | — | — | 46,029,708 | — | — | — |
| 2131 | SCCFA Hospital - Capitalized Int Fund 0486 | 5,013,715 | 5,357,015 | 5,357,015 | — | (5,357,015) | -100.0% |
| 2134 | Multiple Fac 2006-Projects Fund 0500 | 41,595,984 | — | 42,811,524 | — | — | — |
| 2135 | Multiple Fac 2006 Cap Int Fund 0501 | 3,474,398 | 3,600,000 | 3,600,000 | 3,600,000 | — | — |
| 2136 | Multiple Fac 2006 Inv Int Fund 0502 | — | — | 3,965,518 | — | — | — |
| 2138 | SCCFA 2006 Hospital Project Fund 0504 | 39,834,994 | — | 55,577,692 | — | — | — |
| 2139 | SCCFA 2006 Hospital Cap Int Fund 0505 | 4,495,188 | 5,000,000 | 5,000,000 | 5,000,000 | — | — |
| 2140 | SCCFA 2006 Hospital Investment Int Fund 0506 | — | — | 5,175,068 | — | — | — |
| 2144 | SCCFA 2007 Hospital - Project Fund 0510 | — | — | 73,523,612 | — | — | — |



## County Debt Service — Budget Unit 810
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2145 | SCCFA 2007 Hospital - Cap Int Fund 0511 | — | — | 2,976,991 | 306,205 | 306,205 | — |
| 2146 | Multiple Facilities 2007 Inv Int Fund 0512 | — | — | 3,627,036 | — | — | — |
| 2149 | SCCFA 2007 non-VMC Project Fund 0514 | — | — | 23,415,636 | — | — | — |
| 2150 | SCCFA 2007 Inv Int Fund 0515 | — | — | 374,514 | — | — | — |
| | **Total Gross Expenditures** $ | 134,488,955 $ | 441,335,609 $ | 718,001,398 $ | 56,305,179 $ | (385,030,430) | -87.2% |

<div style="float:right">
</div>

## County Debt Service — Budget Unit 810
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Services And Supplies | 1,047,005 | 1,434,875 | 1,434,875 | 1,171,875 | (263,000) | -18.3% |
| Other Charges | 34,253,202 | 51,802,665 | 56,566,702 | 54,153,020 | 2,350,355 | 4.5% |
| Operating/Equity Transfers | 99,188,747 | 388,098,069 | 659,999,821 | 980,284 | (387,117,785) | -99.7% |
| **Subtotal Expenditures** | 134,488,955 | 441,335,609 | 718,001,398 | 56,305,179 | (385,030,430) | -87.2% |
| **Total Net Expenditures** | 134,488,955 | 441,335,609 | 718,001,398 | 56,305,179 | (385,030,430) | -87.2% |

## County Debt Service — Budget Unit 810
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2111 | County Debt Service Fund 0001 $ | 1,469,645 $ | 1,100,265 $ | 1,100,265 $ | 1,109,255 $ | 8,990 | 0.8% |
| 2112 | POB Debt Service Fund 0079 | — | 399,781,498 | 399,781,498 | 18,383,684 | (381,397,814) | -95.4% |
| 2117 | Co Debt Serv Fund 0045 | 6,579,103 | 6,569,850 | 6,569,850 | 6,577,550 | 7,700 | 0.1% |
| 2119 | Co Debt Serv Fund 0043 | 334,845 | 1,426,692 | 1,426,692 | 1,507,739 | 81,047 | 5.7% |
| 2115 | VMC Hospital Bonds Fund 0483 | 1,949,773 | — | — | — | — | — |
| 2110 | Fire District Bonds Fund 0197 | 28,150 | — | — | — | — | — |
| 2122 | MH Courthouse Cap Int Fund 0492 | 12,312 | — | — | — | — | — |
| 2126 | Multiple Facilities - Capitalized Interest | 20,335 | — | — | — | — | — |
| 2131 | SCCFA Hospital - Capitalized Int Fund 0486 | 18,053 | — | — | — | — | — |



**County Debt Service — Budget Unit 810**
**Revenues by Cost Center**

| | | | FY 2008 Appropriations | | | Amount Chg | % Chg From |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | From FY 2008 Approved | FY 2008 Approved |
| 2134 | Multiple Fac 2006-Projects Fund 0500 | (295) | ---- | --- | — | — | — |
| 2135 | Multiple Fac 2006 Cap Int Fund 0501 | 7,574 | 8,397 | 8,397 | — | (8,397) | -100.0% |
| 2138 | SCCFA 2006 Hospital Project Fund 0504 | (376) | — | — | — | — | — |
| 2139 | SCCFA 2006 Hospital Cap Int Fund 0505 | 28,950 | 26,772 | 26,772 | — | (26,772) | -100.0% |
| | Total Revenues $ | 10,448,070 $ | 408,913,474 $ | 408,913,474 $ | 27,578,228 $ | (381,335,246) | -93.3% |

**County Debt Service Fund 0001 — Cost Center 2111**
**Major Changes to the Budget**

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | — | $ | 17,566,554 | $ | 1,100,265 |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| Cost to Maintain Current Program Services | | | | | |
| Salary and Benefit Adjustments | — | | | | — |
| Internal Service Fund Adjustments | — | | 39,106 | | — |
| Other Required Adjustments | — | | 3,099,341 | | 8,990 |
| Subtotal (Current Level Budget) | — | $ | 20,705,001 | $ | 1,109,255 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | — | $ | 20,705,001 | $ | 1,109,255 |

**POB Debt Service Fund 0079 — Cost Center 2112**
**Major Changes to the Budget**

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **Pension Obligation Bond - Debt Service Fund (Fund Number 0079)** | | | | | |
| FY 2008 Approved Budget | — | $ | 399,781,498 | $ | 399,781,498 |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| Cost to Maintain Current Program Services | | | | | |
| Salary and Benefit Adjustments | — | | — | | — |
| Internal Service Fund Adjustments | — | | — | | — |
| Other Required Adjustments | — | | (381,397,814) | | (381,397,814) |
| Subtotal (Current Level Budget) | — | $ | 18,383,684 | $ | 18,383,684 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | — | $ | 18,383,684 | $ | 18,383,684 |



## Co Debt Serv Fund 0045 — Cost Center 2117
### Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **Public Facilities Corp Debt Service (Fund Number 0045)** | | | | | |
| FY 2008 Approved Budget | — | $ | 6,569,850 | $ | 6,569,850 |
| Board Approved Adjustments During FY 2008 | — | | — | | |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | — | | |
| Internal Service Fund Adjustments | — | | — | | |
| Other Required Adjustments | — | | 7,700 | | 7,700 |
| Subtotal (Current Level Budget) | — | $ | 6,577,550 | $ | 6,577,550 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | — | $ | 6,577,550 | $ | 6,577,550 |

## Co Debt Serv Fund 0043 — Cost Center 2119
### Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **Health Facilities Debt Service (Fund Number 0043)** | | | | | |
| FY 2008 Approved Budget | — | $ | 1,426,692 | $ | 1,426,692 |
| Board Approved Adjustments During FY 2008 | — | | — | | |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | — | | — |
| Internal Service Fund Adjustments | — | | — | | 39,106 |
| Other Required Adjustments | — | | 81,047 | | 41,941 |
| Subtotal (Current Level Budget) | — | $ | 1,507,739 | $ | 1,507,739 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | — | $ | 1,507,739 | $ | 1,507,739 |

## Fire District Bonds Fund 0197 — Cost Center 2110
### Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **Fire District Bonds (Fund Number 0197)** | | | | | |
| FY 2008 Approved Budget | — | $ | 580,000 | $ | |
| Board Approved Adjustments During FY 2008 | — | | — | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | — | | — |
| Internal Service Fund Adjustments | — | | (555,000) | | — |
| Other Required Adjustments | — | | — | | — |
| Subtotal (Current Level Budget) | — | $ | 25,000 | $ | — |



## Fire District Bonds Fund 0197 — Cost Center 2110
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Recommended Changes for FY 2009** |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 25,000 | $ — |

## MH Courthouse Cap Int Fund 0492 — Cost Center 2122
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Morgan Hill Courthouse Capitalized Interest (Fund Number 0492)** |  |  |  |
| FY 2008 Approved Budget | — | $ 854,000 | $ — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services |  |  |  |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — |  | — |
| Other Required Adjustments | — | (754,000) | — |
| Subtotal (Current Level Budget) | — | $ 100,000 | $ — |
| **Recommended Changes for FY 2009** |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 100,000 | $ — |

## Multiple Facilities - Capitalized Interest — Cost Center 2126
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Multiple Facilities - Capitalized Interest (Fund Number 0496)** |  |  |  |
| FY 2008 Approved Budget | — | $ 600,000 | $ — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services |  |  |  |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | (500,000) | — |
| Subtotal (Current Level Budget) | — | $ 100,000 | $ — |
| **Recommended Changes for FY 2009** |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 100,000 | $ — |



## Multiple Fac 2006 Cap Int Fund 0501 — Cost Center 2135
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Multiple 2006 Bonds-Capitalized Interest (Fund Number 0501)** | | | |
| FY 2008 Approved Budget | — | $        3,600,000 | $              8,397 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | (8,397) |
| Subtotal (Current Level Budget) | — | $        3,600,000 | $             — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $            — | $            — |
| **Total Recommendation** | — | $        3,600,000 | $            — |

## SCCFA 2006 Hospital Cap Int Fund 0505 — Cost Center 2139
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **SCCFA 2006 Hospital Capitalized Interest Fund (Fund Number 0505)** | | | |
| FY 2008 Approved Budget | — | $        5,000,000 | $            26,772 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | (26,772) |
| Subtotal (Current Level Budget) | — | $        5,000,000 | $             — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $            — | $            — |
| **Total Recommendation** | — | $        5,000,000 | $            — |

## SCCFA 2007 Hospital - Cap Int Fund 0511 — Cost Center 2145
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **SCCFA 2007 Hopital Capitalized Int Fund (Fund Number 0511)** | | | |
| FY 2008 Approved Budget | — | $            — | $            — |
| Board Approved Adjustments During FY 2008 | — | 2,976,991 | 3,228,759 |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | (2,670,786) | (3,228,759) |
| Subtotal (Current Level Budget) | — | $        306,205 | $            — |

## SCCFA 2007 Hospital - Cap Int Fund 0511 — Cost Center 2145
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 306,205 | $ — |



# Tax Collector's Office



Section 1: Finance and Government



**Gross Appropriation Trend**



**Staffing Trend**



## Public Purpose

➡ **Maximize tax revenue to support services to County residents**



## Desired Results

**Achieve High Collection Rate** by sending out timely and accurate information to the taxpayers, the department is able to achieve a high collection rate.



☐ Secured Property Taxes Santa Clara County
☐ Secured Property Taxes State of CA

**Secured Property Taxes**
Measure: County collection rate compared to State average



☐ Unsecured Property Taxes Santa Clara County
☐ Unsecured Property Taxes State of CA

**Unsecured Property Taxes**
Measure: County collection rate compared to State average

**Achieve Cost Efficient Collection** by ensuring that operating expenses are kept at the lowest level possible without negatively impacting service quality.




**Revenue Collected per Dollar Spent**

Measure: Ratio of Revenue Collected to Operating Cost



**Comply with State Mandated Codes** by ensuring that Secured tax bills are mailed on or before November 1st and duplicate payments are returned within 60 days from the date of payment.




**Mailing Date Triggering Accelerated Collections**

Measure: Date of mailing versus amount collected by November 1




**Percentage of Duplicate Payments Returned Within 60 Days**

## Description of Major Services

### Tax Information

The desired result of this service is a high collection rate through the provision of accurate and timely tax information to property owners and the general public. The service includes general tax information, parcel specific information, delinquent pay-off data, preparation of tax lien clearances and payment verification. Property owners, lending institutions, appraisers and governmental agencies rely on the accuracy of the department's data to prepare financial records; develop credit reports and finalize real-estate transactions. In addition to employing professional customer service representatives, the department maintains an Interactive Voice Response (IVR) system and a website that are operational 24 hours a day - seven days a week to provide continuous uninterrupted information. The IVR and web applications access the department's data base and supply information related to the current and prior year tax charge, validate payment data and provide remittance and other general instructions. The department also accepts credit card and e-check payments via their website.

### Reconciliation

This service occurs to comply with the tax code and to provide accurate collection statistics. The service is designed to ensure that public funding is based on actual collections so that governmental agencies and special districts can make informed budgetary decisions. Property owners and lending institutions also rely on the reconciliation process to ensure that payments are properly credited and refunds are generated within the time prescribed by the tax code. The department reconciles a receivables file of 3.7

billion dollars. In addition to reconciling tax collections, the program staff refunds duplicate payments, ensures proper payment application, coordinates the Senior Citizen's Postponement Certificate program and manages the Extended Payment Plan program.

## Tax Collection

"The Tax Collector shall collect all property taxes" as mandated under California's Revenue and Taxation Code, section 2602. In Santa Clara County, the Tax Collector prepares and maintains the tax rolls in addition to collecting the taxes. Taxes levied on real property are collected on the current Secured tax roll; the Supplemental tax roll; and, in cases of delinquency, the Redemption tax roll. The Tax Collector also prepares, maintains, bills and collects Unsecured assessments (taxes on business equipment, boats, aircraft, etc.). The combined 2007/2008 tax charge on these four tax rolls was 3.7 billion dollars.

In one form or another, all of the department's employees partake in the Tax Collection program. However, the department currently operates three (3) specialized collection programs: automated payment processing, field collections and tax-defaulted property administration.

## Automated Payment Processing

Payments are received by mail, in the Tax Collector's Office and over the Internet. Developed to promote cost-efficient collection, the automated payment processing procedures make it possible for the department to receive, credit and deposit tax payments in one (1) day. The department uses professional mail extraction equipment and utilizes an image-enabled remittance processor to endorse, encode and capture tax payments. Same day processing maximizes interest earnings and ensures that the tax rolls reflect accurate tax information. These payments are now shown as paid via the Internet and IVR the evening of the day processed. Same day processing also minimizes duplicate payments and improves taxpayer information. Credit card and e-check payments show as paid the instant the approved authorization is posted to the Tax Information System.

## Field Collections

Established to ensure a high rate of collection, the Field Collections' personnel facilitate payment on delinquent unsecured tax accounts. Collectors perform site visits, review debtor's financial records, establish and monitor payment plans, record Certificate of Tax Liens and seize assets. This enforcement service is designed to ensure payment compliance. Unsecured tax revenue supports public services.

## Tax-Defaulted Property Administration

Designed to ensure compliance with all legal requirements before real property is offered for sale at public auction or sold by Agreement. Program personnel must adhere to strict publishing and noticing deadlines; perform extensive title searches; and employ skip-tracing techniques before establishing a "Power-to Sell" classification. Mandated by the California Revenue and Taxation Code, selling tax-defaulted property returns the property to a tax paying status.

## Refund Issuance

The Tax Collector must refund duplicate payments within sixty (60) days to comply with the tax code. 100% of these refunds were issued within the time prescribed by the tax code.

## Automated Systems

Programming and implementation of the new Tax Collection and Apportionment System (TCAS) is currently underway. The core computerized programs currently used by the Finance Agency for tracking taxes date back to the mid 1960's. These legacy applications provide all tax information on printed reports. Many interim improvements have been made since the late 1990's to modernize the Tax Collector's Office and Controller/Treasurer's Office. In 1998, the Tax Information System was implemented that allows staff to view the tax information via a browser on their PC. Also, the Tax Office acquired and implemented a modern interactive voice response system, a modern payment processing system and a modern document management system to continue incremental improvements for support of staff. In April 2003 the Tax Collector's Office created an Internet tax information site that allows the public to view current and prior year taxes and tax payments and accepts property tax payments by credit cards. E-check payments were added in March 2004. TCAS developments thus far include the calculation of tax rates and the apportionment factors, jurisdiction management and debt rate processing which are ready for FY 2008-2009. A combination of technology funds and the Delinquent Property Tax Improvement Funds currently fund TCAS.



The project goals for FY 2009 are to complete the tax billing and collection functions for the Tax Collector's Office and to place the core TCAS functionality into production.

## Roll Correction

This service promotes a high collection rate and complies with the tax code by ensuring the integrity of the tax roll. All roll corrections are audited before they are executed in order to certify their validity. Before and after values are inspected, tax-rate areas are scrutinized and program staff ensures that the roll correction is legally sanctioned under existing law.       After the correction petition is completed and the tax roll has been adjusted, program staff authenticates the results. Adherence to strict quality control standards is essential to the reliability of the County's tax roll.

## Roll Creation

Creating the tax roll for billing and collection is fundamental to fulfilling our public purpose-maximizing tax revenue for public entities. In order to perform this service, the Tax Office is dependent upon internal and external stakeholders the Assessor who provides value, exemptions and ownership data; the Controller who provides tax rates; public entities and special districts who supply special and bonded assessment information; and ISD who merges the data to create the tax roll.

## Information Systems

Information Systems provides for the support of all the computer systems used by the Tax Collector's Office including the Tax Information System, the Document Management System, the Internet Bill Presentment and Property Tax E-payment System, the Interactive Voice Response System, the BancTec Remittance Processing System along with managing the legacy mainframe system at ISD. Staff is committed in providing reliable, secure computing environment including 24/7 access to tax information for the tax-paying public via the Internet.

## Emerging Issues

**Property Tax Application Support on the County's Mainframe:** The Tax Collection and Apportionment System (TCAS) project is in the process of automating all the property tax functions in modern JAVA using an Oracle database. However, until all functions are implemented, the County is still dependent on COBOL programming support and the County Information Services Department has to continue to support old batch processing environments, which puts the County at risk of not being able to collect taxes nor make changes caused by changes in law, policy, and/or procedures.

Santa Clara County is ahead of other counties in the area of automated tax processing, and other California counties are interested in the TCAS technology. After the system is completed in FY 2010, we will be in a better position to recoup development costs in the future.

**Economic Conditions and State Budget Crisis Impact on Property Tax Collections:** Current economic conditions are expected to reduce the rate of growth of property tax revenues for the upcoming fiscal year. The Assessor has reduced the values of over 41,000 homes because of declining property values caused by the downturn in the housing market. Also, examining the year-to-year delinquency rates shows that around 5,000 more annual tax bills are delinquent as compared to last year at the same time. It is anticipated that this trend will also affect the collection of business property taxes next fiscal year.

It is possible that the State may choose to change the formulas of property tax revenue-sharing and implement some special assessments to support state operations. One under discussion now is to place an assessment on properties that receive fire protection from the California Department of Forestry & Fire Protection - Cal Fire. These items could change the tax rates, affect billing and collections and affect the apportionment of property tax revenues. All of these will require careful analysis by the TCAS team and require the reprogramming of functions already in production within TCAS, as well as COBOL programming in the legacy ISD-run tax applications.



## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Secured Collections | Yes | Mandated | | ■ |
| Tax Collection and Apportionment System | Yes | Non-Mandated | Continue to provide ITEC funding for TCAS implementation | ▲ |
| General Collections (A Grouping of All Collections) | Yes | Mandated | Continue to fund two revenue-generating positions in FY 2009 by utilizing one-time PTAP funds | ■ |
| Unsecured Collections | Yes | Mandated | | ■ |
| Payment Processing | Yes | Mandated | ITEC funding to upgrade BancTec Pay Courier | ▲ |
| Tax Roll Control | Yes | Mandated | Add 2.0 unclassified FTE as an interim measure until the Assessor's Office builds an interface for the TCAS | ◪ |
| Accounting | Yes | Mandated | | ■ |
| Administration and Support | Yes | Required | Generate new revenue selling formatted Tax Information Data files and ITEC funding for IT infrastructure replacement | ▲ |

Impact on Current Level of Service:
☐ = Eliminated  ▼ = Reduced  ◪ = Modified  ▲ = Enhanced  ■ = No Change

## County Executive's Recommendation

▲ **Tax Collection and Apportionment System (TCAS)**

**Allocate ITEC Funding for the Fifth Year of the TCAS Project:** This critical multi-year project is on schedule and within budget. It will replace an obsolete, 40 year old COBOL legacy system.

While progress with TCAS is on schedule, this project has an important relationship with, and reliance on, the Assessor's equally important Property Assessment Appraisal Management System (PAAMS). TCAS has progressed to the point where it is ready to accept electronic data directly from the Assessor's system, the Assessment Information Management System (AIMS). There is no interface for AIMS, so manual intervention will be required in the interim until an interface is built for PAAMS.

**Service Impact:** The full implementation of TCAS will eliminate approximately 36,000 hours of staff time annually (18 FTEs). Some staff will be redirected to increased collection efforts, and will perform functions that cannot be performed today. The Finance Agency plans to use 50% to accelerate collections and see 50% attrition. The project is estimated to be completed in FY 2009, and will have an annual salary savings of $900,000 per year from the attrition of 9 FTEs.

**Total One-Time Cost: $3,101,211**
Fund 1474 - Delinquent Property Tax Improvement Fund: $400,000
Total Funding Available for FY 2009: $3,501,211

▲ **Payment Processing**

**ITEC Funding for BancTec Pay Courier Upgrade:** Fund an upgrade which will allow the BancTec PayCourier software to remain current with the latest updates to Oracle and work with Windows XP and newer operating systems. The newest release also provides enhanced features such as auto assist to reduce keying, and permutation balancing to reduce out-of-balance conditions. Another important improvement is the ability to enter lists of parcel numbers instead of printing individual payment stubs.



**Service Impact:** The function of processing checks will be improved, the security and sustainability of the system will be enhanced, and data entry errors reduced.

**Total One-Time Cost: $103,860**

## ▲ Administration and Support

**New Fee - Tax Information System Data Files:** Due to recent requests from title and mortgage companies, the Tax Collector's office has established a new prototype method of formatting data and electronic delivery of current tax information data files. Customers are charged an hourly rate of $240 for data consulting services. The consultant queries the property tax database and helps the customer to interpret and analyze the information.

**Service Impact:** This service adds value to existing tax data by customizing data extracts to individual customer needs, delivering the information on a schedule set by the customer using the internet. The previous method of delivering data required the customer to purchase a tape, convert the tape to a format that they could use, and then refine the data for their specific needs. This new service is a clear advancement in the use of technology to better serve customers.

**Total Ongoing Revenue: $75,000**

**ITEC Funding for Information Technology Infrastructure Replacement:** Purchase 15 new workstations, monitors and necessary software.

**Service Impact:** All workstations being replaced are located at the front-desk and are used to serve the public. Existing workstations are prone to failure and slow performance. The public will be better served with faster and more reliable workstations at this key location.

**Total One-Time Cost: $35,452**

## ■ General Collections

**Fund Two Existing Filled Positions From Unexpended Property Tax Administration Program (PTAP) Funds:** 11.0 FTE Account Clerk II, and 2.0 FTE Senior Revenue Collections Officers (RCO) were formerly funded by PTAP through the Assessor's Office. Of those positions,

two are still funded with remaining PTAP funds. These two positions generated a total revenue of $49,432,382 in FY 2007 and must be retained. The County's share of that total was $7,267,112.

During the annual PTAP reconciliation conducted by the Assessor's Office, it was determine that the Tax Collector's share of PTAP has a remaining balance of $366,480. This amount is enough to fund these positions, (as well two additional positions required in the Tax Collector's Office). The duties of each position are as follows:

- Delinquent Unsecured Collection - Senior RCO: concentrates on delinquent unsecured accounts that are approaching the three-year statute for property seizure.

- Returned Mail - Senior Account Clerk: researches all undeliverable secured and supplemental bills and remails them to a valid address.

**Service Impact:** Service is maintained at current level.

**Positions Funded: 2.0**
**Total One-Time Non-General Fund Cost: $179,370**

<div style="writing-mode: vertical-rl">Section 1: Finance and Government</div>



## Tax Roll Control

**Fund 2.0 FTE Unclassified Account Clerk Positions From Unexpended Property Tax Administration Program (PTAP) Funds:** The TCAS project has advanced to the point where the system is ready to receive data from the Assessor's system, but the two projects have not progressed at the same pace. Efficiencies made possible by the TCAS system cannot be realized until an interface is built with the Assessor's system, currently undergoing replacement. Until then, intervention will be required. These positions will expire in 12 months.

**Service Impact:** Processing of securing collection will be maintained at the current level.

**Positions Funded: 2.0**
**Total one-Time Non-General Fund Cost: $154,288**

### Tax Collector — Budget Unit 112
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2212 | Tax Collector Fund 0001 | $ 8,027,177 $ | 7,733,274 $ | 7,733,274 $ | 8,255,617 $ | 522,343 | 6.8% |
| 2213 | Tax Collector-AB 589 Fund 0001 | 4,650 | — | — | (152,557) | (152,557) | — |
| 2214 | Tax Collection & Apportionment Sys Fund 0001 | 2,884,398 | 3,092,691 | 3,092,691 | 3,547,519 | 454,828 | 14.7% |
| | **Total Net Expenditures $** | 10,916,225 $ | 10,825,965 $ | 10,825,965 $ | 11,650,579 $ | 824,614 | 7.6% |

### Tax Collector — Budget Unit 112
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2212 | Tax Collector Fund 0001 | $ 8,027,177 $ | 7,733,274 $ | 7,733,274 $ | 8,255,617 $ | 522,343 | 6.8% |
| 2213 | Tax Collector-AB 589 Fund 0001 | 250,926 | 271,676 | 271,676 | 213,923 | (57,753) | -21.3% |
| 2214 | Tax Collection & Apportionment Sys Fund 0001 | 2,921,629 | 3,092,691 | 3,092,691 | 3,547,519 | 454,828 | 14.7% |
| | **Total Gross Expenditures $** | 11,199,732 $ | 11,097,641 $ | 11,097,641 $ | 12,017,059 $ | 919,418 | 8.3% |

### Tax Collector — Budget Unit 112
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 5,264,435 $ | 5,541,173 $ | 5,541,173 $ | 5,863,943 $ | 322,770 | 5.8% |
| Services And Supplies | 5,912,316 | 5,556,468 | 5,556,468 | 6,153,116 | 596,648 | 10.7% |
| Fixed Assets | 22,981 | — | — | — | — | — |
| **Subtotal Expenditures** | 11,199,732 | 11,097,641 | 11,097,641 | 12,017,059 | 919,418 | 8.3% |
| Expenditure Transfers | (283,507) | (271,676) | (271,676) | (366,480) | (94,804) | 34.9% |
| **Total Net Expenditures** | 10,916,225 | 10,825,965 | 10,825,965 | 11,650,579 | 824,614 | 7.6% |



**Tax Collector — Budget Unit 112**
**Revenues by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 2212 | Tax Collector Fund 0001 | $ 420,604,099 | $ 466,690,000 | $ 466,690,000 | $ 500,265,000 | $ 33,575,000 | 7.2% |
| 2214 | Tax Collection & Apportionment Sys Fund 0001 | 1,376,000 | 362,709 | 362,709 | 400,000 | 37,291 | 10.3% |
| | Total Revenues | $ 421,980,099 | $ 467,052,709 | $ 467,052,709 | $ 500,665,000 | $ 33,612,291 | 7.2% |

**Tax Collector Fund 0001 — Cost Center 2212**
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 54.0 | $ 7,733,274 | $ 466,690,000 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | 1.0 | 224,161 | — |
| Internal Service Fund Adjustments | — | 266,457 | — |
| Other Required Adjustments | — | 9,616 | 33,500,000 |
| Subtotal (Current Level Budget) | 55.0 | $ 8,233,508 | $ 500,190,000 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | (271,497) | — |
| FY 2009 Phone Rate Adjustment | — | 6 | — |
| Decision Packages | | | |
| 1. ITEC Funded Projects for FY 2009 | — | 139,312 | |
| This action funds two ITEC projects: | | | |
| a. BancTec Pay Courier Upgrade - $103,860 | | | |
| b. IT Infrastructure Replacement - $35,452 | | | |
| 2. New Revenue from the Sales of Tax Information Data Files | — | — | 75,000 |
| Due to requests from Title and Mortgage companies, the Tax Collector has developed new methods of formatting and delivering current tax information data files. The department now adds value to this service by delivering a prepared, ready-to-use data file over the internet, as compared to a raw file on tape. The old method required a conversion process and extensive interpretation of the data. | | | |
| 3. Fund Two Unclassified Account Clerk I/II with Remaining PTAP Funds | 2.0 | 154,288 | — |
| Due to TCAS progressing more quickly than the Assessor's new Property Appraisal Assessment Management Systems (PAAMS), the Office of the Tax Collector requires two Account Clerk I/II to help process data from the Assessor. These are unclassified positions that are fully funded with remaining PTAP money with no General Fund impact. | | | |
| Subtotal (Recommended Changes) | 2.0 | $ 22,109 | $ 75,000 |
| **Total Recommendation** | 57.0 | $ 8,255,617 | $ 500,265,000 |



## Tax Collector-AB 589 Fund 0001 — Cost Center 2213
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 3.0 | $        — | $        — |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | -1.0 | (267,871) | — |
| Internal Service Fund Adjustments | — | 271,676 | — |
| Other Required Adjustments | — | (2,074) | — |
| Subtotal (Current Level Budget) | 2.0 | $    1,731 | $        — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Fund 2 Existing Positions in Tax Collector from PTAP | — | (179,082) | — |
| Fund 2 Unclassified Clerical Positions from PTAP | — | (154,288) | — |
| Fund One-time Extra Help Expense from PTAP | — | (33,110) | — |
| Decision Packages | | | |
| 1. Fund Two Existing Positions with Remaining PTAP Funds | — | 212,192 | — |
| This action continues to fund two existing PTAP positions and a small amount of temporary help with the last remaining balance of PTAP funds. This includes one Senior Revenue Collection Officer (V34), one Account Clerk I (D98) and $33,110 in funding for extra help staff. The Senior Revenue Collection Officer, who concentrates on delinquent unsecured accounts, generated over $14 million in revenue for Fiscal Year 2007, with over $2 million going to the County. The Account Clerk I, who researches and remails secured tax bills, was responsible for over $34 million in total revenue, of which approximately $5 million went to the County. By using remaining PTAP funding, there is no impact to the general fund in FY 2009. | | | |
| Subtotal (Recommended Changes) | — | $  (154,288) | $        — |
| **Total Recommendation** | 2.0 | $  (152,557) | $        — |

## Tax Collection & Apportionment Sys Fund 0001 — Cost Center 2214
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 9.0 | $  3,092,691 | $  362,709 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | 15,356 | — |
| Other Required Adjustments | — | (3,061,739) | (362,709) |
| Subtotal (Current Level Budget) | 9.0 | $    46,308 | $        — |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | — | — | 400,000 |
| Decision Packages | | | |
| 1. Tax Collection and Apportionment System Funding for FY 2009 | — | 3,501,211 | — |
| This action funds the TCAS project for its 5th year. Progress with the TCAS continues on schedule while manual intervention will be required until the Assessor's PAAMS project develops a workable interface. When completed, TCAS will replace an obsolete, 40 year old tape-based COBOL system that has exceeded its life cycle. | | | |
| Subtotal (Recommended Changes) | — | $  3,501,211 | $  400,000 |
| **Total Recommendation** | 9.0 | $  3,547,519 | $  400,000 |



# County Clerk/Recorder's Office



Section 1: Finance and Government



**Gross Appropriation Trend**

**Staffing Trend**



## Public Purpose

➡ **Accessible Records for the Public**

➡ **Records Integrity**

➡ **Compliance with State Law**



## Desired Results

**Documents are recorded/filed/retrieved in a timely manner.**



**Percent of Time Mailed Documents are Recorded within 5 Working Days of Receipt**



**Percent of Time Mailed Business Applications are Filed within 3 Days of Receipt**

(Over the counter documents are processed on the day presented). The measures reflected here are for requests received by mail or phone.



**Percent of Time Official Document Copy Requests by Phone, Mail or Fax Processed within 5 Days**



**Percent of Time Vital Document Copy Requests by Phone, Mail or Fax Processed within 10 Days**



Customers can easily access records when using office equipment in the public search area.



Percent of Customers Reporting that They are Able to Find Documents Quickly



Percent of Customers Reporting that the Posted Instructions were Clear

Timely Retrieval of Records and Information for Customers.



Percent of Customers Reporting that Service was Timely



Percent of Customers Reporting that Staff was Efficient when Providing Service

Responsive Customer Service



Percent of Customers Reporting Staff was Helpful



Percent of Customers Reporting Staff was Professional

**Responsive Customer Service** (continued)



**% of Customer Service Surveys with an
Overall Rating of Good or Excellent**

## Description of Major Services

The Clerk-Recorder's Office serves as a repository of three types of records:

- vital records (birth, marriage and death certificates),

- property records, and

- business records.

These records are preserved to provide a true, accurate and readily accessible account of some of the most important events in Santa Clara County residents' lives. Recording and registering these documents serves to protect against fraud and error in various business, legal and personal transactions.

With the exception of passport photography and administration, deputizing one-day marriage commissioners, performance of marriage ceremonies, and providing witness and notary acknowledgement services, all of the departmental functions are mandated by law. The following services are provided:

### Document Recording, Indexing and Scanning

As the County Recorder, the Department examines and records or files authorized documents and maps, which are then scanned and indexed, and collects transfer tax and other fees. Examples of transactions that are recorded, of which there are over 300 types, include:

- Transfer of property

- Mortgage loans (first, second, refinance, home equity and lines of credit)

- Filing and releasing liens (tax, garbage, mechanics, etc.)

- Reports of property boundaries

- Property foreclosures

- Completion of construction

### Registration of Vital Records

The Department registers marriage certificates and maintains copies of birth and death certificates on file, assuring that each is scanned and indexed into the computer imaging system.

### Marriages

The Department processes and issues standard and confidential marriage licenses; schedules, coordinates and conducts civil marriage ceremonies on site; provides witness services; registers and maintains marriage records; and issues certified copies of confidential marriage certificates.

### Registration of Business Records

As the County Clerk, the Department processes Fictitious Business statements; administers notary oaths and maintains notary records; acts as custodian for various oaths of office; and registers various public agencies as well as professional agents.



## Passport Administration

Administration of passport applications and passport photographic services are provided. Once the application is examined and the supporting documents are verified, the application and required remittance are sent to the U.S. Passport Agency for processing.

## Records Research

Official records and certain vital records are available for viewing by the public. Examples of types of records that are commonly recorded are mortgages, deeds, liens, abstracts of judgment and notices. Search methods available include computer searches and book/microfilm searches. Departmental staff is available to assist with the research process.

## Copies of Official and Vital Records

Plain and certified copies of official records and maps are sold, as well as certified copies of vital records. Once the required documents are identified with the assistance of staff, they are located and printed from the departmental imaging system.

## Emerging Issues

**Obtaining Secure Offsite Records Storage Facility:** The Clerk-Recorder's Office is fully responsible for maintaining and tracking the inventory of microfilmed official records and the original record books. The Recorder's complete official record archive spans the years between 1848 and the present. As mandated by state law, the microfilmed records are stored in a secured offsite facility. The Clerk-Recorder Office's original record books are housed in the West Wing at 70 West Hedding Street.

The department currently pays a contracted vendor $38,000 per year for secure offsite storage of microfilm, microfiche and systems back-up tapes. Service providers for the type of storage required for the Clerk-Recorder's records are limited and in recent years, the Clerk-Recorder's Office has experienced numerous problems, such as relocation of the Clerk-Recorder's records without prior notice and failure to meet temperature, humidity, and security standards, thereby risking the integrity and safeguarding of the records.

Storage and safekeeping of the original record books has been problematic as well. These books have been stored in the West Wing annex, where many of them were

damaged by flood waters in 1995. The collection was warehoused at Berger Drive for a number of years, where security and archival storage conditions were difficult if not impossible to maintain. In 2007, the entire collection was again relocated to the Lower Level in the West Wing where a number of books were damaged by an overhead water leak.

The department has a committee to begin a complete inventory of archival records stored on various media in multiple locations. Within the next several years, the department plans to work with Capital Programs to pursue construction of a secure facility which will house the Clerk-Recorder Office's entire records collection and provide effective storage of the mandated Clerk-Recorder's records. The project and facility will have no impact on the County's General Fund as it will be funded by the special funds specifically designated to the Clerk-Recorder's Office.

**New Regulations related to Passport Issuance:** In 2007, a county outside of California was caught perpetrating fraud in the issuance of birth certificates and accepting fraudulent passport applications. This incident led the U.S. Department of State to consider tightening the security of this process by not allowing an agency to be a passport acceptance agent if it also issues birth records. To date, this restriction has not been imposed. The Clerk-Recorder's Office issues birth certificates and accepts passport applications. If this Office must cease being a passport acceptance agent, the County will lose approximately $160,000 in General Fund Revenue.

It is possible that the Clerk-Recorder's Office can still accept passport applications, but only if the birth certificates, used as documentation by the applicant, were not issued by this County. A study done earlier in 2008 revealed that 50% of the passport applicants submit documentation other than birth certificates issued by Santa Clara County. If the Clerk-Recorder's Office is able to accept passport applications in this manner, the General Fund loss is estimated at $80,000, however, there will be a significant inconvenience to the Clerk-Recorder Office's customers because 50% of the passport applicants would have to be turned away.



## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Vital Records | Yes | Mandated | | ■ |
| Recorder's Modernization | No | Non-Mandated | Upgrade equipment and systems. | ▲ |
| Recorder's Document Storage | No | Non-Mandated | | ■ |
| Recording | No | Mandated | Add new revenue source through the sale of electronic data, enhance customer service. | ▲ |
| Passport Administration | No | Non-Mandated | | ■ |
| Marriage Ceremonies | No | Non-Mandated | Provide souvenirs for sale, increasing revenue and customer servce. | ▲ |
| Clerk Business | No | Mandated | | ■ |
| Marriage Licenses | No | Mandated | | ■ |
| Indexing | Yes | Mandated | | ■ |
| Archiving | Yes | Mandated | | ■ |
| Public Information | No | Mandated | | ■ |
| Administration and Support | No | Required | Improved computer systems, office equipment, working space, security and disaster recovery | ▲ |

Impact on Current Level of Service:
☐ = Eliminated   ▼ = Reduced   ◪ = Modified   ▲ = Enhanced   ■ = No Change

## County Executive's Recommendation

### ▲ Recording

**New Fee for Electronic Data Sales:** In response to customer requests and feedback, electronic data sales will be enhanced to better meet the needs of the people served. The Clerk-Recorder is a repository of both business and personal information. There are numerous rates for data depending on the type and amount of data requested. The highest single rate is $17.47 for one day's worth of data, image extract, all transactions (i.e., liens, deeds of trust, judgments, abstracts, etc.). Per unit rates decline with increased volume. An entire year's worth of the same data is $1,135.68, or $4.37 per day.

**Service Impact:** Customers are better served by being able to purchase exactly the record sets they want. The data storage and retrieval systems were previously less sophisticated in their ability to extract specific data sets. The Clerk-Recorder can now provide data reports by variable time periods, and various data types.

**Total Ongoing Revenue: $66,000**

### ▼ Marriage Ceremonies

**New Revenue from the Sale of Marriage Ceremony or Marriage License Souvenirs:** Based on research from other California counties, the Clerk-Recorder will have mementos available for sale to marriage ceremony or marriage license customers. Examples include:

■ Magnetic "Just Married" bumper stickers

■ White "Today, Tomorrow, Forever" pens

■ Instant print-type photographs

**Service Impact:** This is a new service that will enhance the marriage ceremony experience in the County.

**Total Ongoing Revenue: $18,000**



## ▲ Administration and Support

**Add One Program Manager II, Delete One Office Specialist I (No Impact to the General Fund):** Following legislation and/or Board approval of several new programs, which include Electronic Recording Delivery System, SSN Truncation Program and Legal Entity Ownership Program, the Clerk-Recorder determined that current staffing is inadequate to plan, implement and oversee these new programs. Implementation will require planning and strategizing, coordinating new and existing information technology requirements, security of the CRO's archival and retrieval system, requirements of outside entities and other departments, planning and facilitating training for staff, providing resources for the public, communicating with vendors, evaluation, trouble-shooting and oversight of each program. In addition, the Program Manager II will assume full responsibility for department policy, fiscal management, administration, and operations in the absence of both the Clerk-Recorder and the Assistant Clerk-Recorder. The Office Specialist I is no longer needed primarily due to automation as the Clerk-Recorder migrates from manual procedures to computer based systems.

**Service Impact:** The department's mandated responsibilities have increased considerably. Additional programs will have significant impact on the County, public and private industries, such as lenders and title companies. Adding a Program Manager II will provide necessary planning, oversight and leadership to successfully implement these programs.

**Total Ongoing Cost: $64,903**
Delete One Office Specialist I: ($58,283)
Add One Program Manager II: $123,186
There is no cost to the General Fund since the operating transfer will fully cover the difference.

**One-Time Non-General Fund Appropriations for FY 2009:** The following projects are funded through the Clerk-Recorders Modernization Fund (0026), SSN Truncation Fund (0121), E-Recording Fund (0120), or the Recorder's Document Storage Fund (0027).

## Non-General Fund Appropriations for FY 2009

| Fund | Description of Expense | Amount |
|------|------------------------|--------|
| 0121 | SSN Truncation Project - Phase I | $270,000 |
| 0026 | PC Workstation Replacement | $45,000 |
| 0026 | Server/Network Infrastructure Upgrade | $45,000 |
| 0120 | Electronic Recording - Phase I | $400,000 |
| 0026 | Disaster Recovery | $58,000 |
| 0026 | Security Camera Replacement and Relocation | $10,000 |
| 0026 | Electronic Queuing System | $45,000 |
| 0026 | Label Printer | $14,000 |
| 0026 | Automatic Mail Opener | $5,000 |
| 0026 | Map Scanner/Printer | $30,000 |
| 0026 | Furniture Replacement Plan | $6,000 |
| 0026 | Office Reconfiguration | $40,000 |
| 0027 | Book Restoration | $90,000 |

The Clerk-Recorder has five special funds dedicated to the modernization and improvements. They are:

- Recorder's Document Storage Fund 0027, established in 1980 to defray the cost of converting the County Recorder's document storage system to micrographics.

- Recorder's Modernization fund 0026, established in 1985 to support, maintain, improve, and provide for modernized creation, retention, and retrieval of information in the County's system of recorded documents.

- Vital Records Improvement fund 0024, established in 1989 to defray the administrative cost of collecting vital record fees, as well as modernization of vital records operations.

- Recorder's E-Recording fund 0120, established in 2007 to fund the development and ongoing maintenance of the Clerk-Recorder's Electronic Recording Delivery System.

- Clerk-Recorder's Social Security Truncation fund 0121, established in 2007 as required by AB1168 to defray the cost of obtaining technology to create public records where the first five digits of any social security numbers are truncated.

**Service Impact:** Significant service improvement and compliance with recent legislation. The Clerk-Recorder provides services that are essential to both businesses and individuals.

**Total One-Time Cost: $1,058,000**



Section 1: Finance and Government

258

**County Recorder — Budget Unit 114**
**Net Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|------------------|-----------------|----------|----------|-------------|----------|----------|
| 5652 | Recorder Electronic Record Fund 0120 | $ — | $ — | $ 220,000 | $ 620,000 | $ 620,000 | — |
| 5653 | SSN Truncation AB1168-2007 Fund 0121 | — | — | 220,000 | 490,000 | 490,000 | — |
| 5655 | County Recorder Fund 0001 | 6,287,934 | 7,171,847 | 7,171,847 | 7,517,770 | 345,923 | 4.8% |
| 5656 | County Clerk Fund 0001 | 857,252 | 930,138 | 930,138 | 986,196 | 56,058 | 6.0% |
| 5657 | County Recorder Fund 0024 | 43,323 | 77,772 | 77,772 | 77,772 | — | — |
| 5658 | County Recorder Fund 0026 | 2,979,560 | 3,648,895 | 3,648,895 | 4,159,027 | 510,132 | 14.0% |
| 5659 | County Recorder Fund 0027 | 1,854,744 | 1,226,570 | 1,226,570 | 1,340,033 | 113,463 | 9.3% |
| | **Total Net Expenditures** $ | 12,022,812 $ | 13,055,222 $ | 13,495,222 $ | 15,190,798 $ | 2,135,576 | 16.4% |

**County Recorder — Budget Unit 114**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|------------------|-----------------|----------|----------|-------------|----------|----------|
| 5652 | Recorder Electronic Record Fund 0120 | $ — | $ — | $ 220,000 | $ 620,000 | $ 620,000 | — |
| 5653 | SSN Truncation AB1168-2007 Fund 0121 | — | — | 220,000 | 490,000 | 490,000 | — |
| 5655 | County Recorder Fund 0001 | 6,287,934 | 7,171,847 | 7,171,847 | 7,517,770 | 345,923 | 4.8% |
| 5656 | County Clerk Fund 0001 | 857,252 | 930,138 | 930,138 | 986,196 | 56,058 | 6.0% |
| 5657 | County Recorder Fund 0024 | 43,323 | 77,772 | 77,772 | 77,772 | — | — |
| 5658 | County Recorder Fund 0026 | 2,979,560 | 3,648,895 | 3,648,895 | 4,159,027 | 510,132 | 14.0% |
| 5659 | County Recorder Fund 0027 | 1,854,744 | 1,226,570 | 1,226,570 | 1,340,033 | 113,463 | 9.3% |
| | **Total Gross Expenditures** $ | 12,022,812 $ | 13,055,222 $ | 13,495,222 $ | 15,190,798 $ | 2,135,576 | 16.4% |

**County Recorder — Budget Unit 114**
**Expenditures by Object**

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|--------|-----------------|----------|----------|-------------|----------|----------|
| Salaries And Employee Benefits | $ 6,580,549 $ | 7,394,769 $ | 7,394,769 $ | 7,783,302 $ | 388,533 | 5.3% |
| Services And Supplies | 2,141,613 | 1,735,129 | 2,175,129 | 2,880,907 | 1,145,778 | 66.0% |
| Fixed Assets | 62,685 | 30,000 | 30,000 | 120,000 | 90,000 | 300.0% |
| Operating/Equity Transfers | 3,237,964 | 3,895,324 | 3,895,324 | 4,406,589 | 511,265 | 13.1% |
| **Subtotal Expenditures** | 12,022,812 | 13,055,222 | 13,495,222 | 15,190,798 | 2,135,576 | 16.4% |
| **Total Net Expenditures** | 12,022,812 | 13,055,222 | 13,495,222 | 15,190,798 | 2,135,576 | 16.4% |



## County Recorder — Budget Unit 114
### Revenues by Cost Center

| | | | FY 2008 Appropriations | | | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| CC | Cost Center Name | FY 2007 Actuals | Approved | Adjusted | FY 2009 Recommended | | |
| 5652 | Recorder Electronic Record Fund 0120 | $ — | $ — | $ 220,000 | $ 220,000 | $ 220,000 | — |
| 5653 | SSN Truncation AB1168-2007 Fund 0121 | — | — | 220,000 | 220,000 | 220,000 | — |
| 5655 | County Recorder Fund 0001 | 31,943,761 | 36,037,680 | 36,037,680 | 31,847,989 | (4,189,691) | -11.6% |
| 5656 | County Clerk Fund 0001 | 1,580,286 | 1,723,534 | 1,723,534 | 1,644,870 | (78,664) | -4.6% |
| 5657 | County Recorder Fund 0024 | 137,561 | 110,000 | 110,000 | 110,000 | — | — |
| 5658 | County Recorder Fund 0026 | 2,753,985 | 2,508,600 | 2,508,600 | 2,508,600 | — | — |
| 5659 | County Recorder Fund 0027 | 530,362 | 500,000 | 500,000 | 500,000 | — | — |
| | **Total Revenues** | $ 36,945,955 | $ 40,879,814 | $ 41,319,814 | $ 37,051,459 | (3,828,355) | -9.4% |

## Recorder Electronic Record Fund 0120 — Cost Center 5652
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Clerk-Recorder's E-Recording Fund (Fund Number 0120) | | | |
| FY 2008 Approved Budget | — | $ — | $ — |
| Board Approved Adjustments During FY 2008 | — | 220,000 | 220,000 |
| Cost to Maintain Current Program Services | | | |
|    Salary and Benefit Adjustments | — | — | — |
|    Internal Service Fund Adjustments | — | | |
|    Other Required Adjustments | — | — | |
|      Subtotal (Current Level Budget) | — | $ 220,000 | $ 220,000 |
| Recommended Changes for FY 2009 | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| 1.  Initial Funding for Electronic Recording Project | — | 400,000 | — |

This is the first phase of a project that will obtain hardware, software and services to receive, process and return electronically-submitted documents from the title and mortgage service industry. The electronic submission of land records by the title and mortgage service industry will return efficiencies both to submitters and to the Office of the Clerk-Recorder. The project is fully funded by the Clerk-Recorder's E-Recording fund, with no impact to the General Fund.

| | Positions | Appropriations | Revenues |
|---|---|---|---|
|      Subtotal (Recommended Changes) | — | $ 400,000 | $ — |
| **Total Recommendation** | — | $ 620,000 | $ 220,000 |

## SSN Truncation AB1168-2007 Fund 0121 — Cost Center 5653
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| Clerk-Recorder's SSN Truncation Fund (Fund Number 0121) | | | |
| FY 2008 Approved Budget | — | $ — | $ — |
| Board Approved Adjustments During FY 2008 | — | 220,000 | 220,000 |
| Cost to Maintain Current Program Services | | | |
|    Salary and Benefit Adjustments | — | — | — |
|    Internal Service Fund Adjustments | — | | |
|    Other Required Adjustments | — | — | |



## SSN Truncation AB1168-2007 Fund 0121 — Cost Center 5653
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Current Level Budget) | — | $  220,000 | $  220,000 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| 1.  Social Security Number Truncation Project | — | 270,000 | — |

To reduce identity theft, AB 1168/GC 27361 requires the County Recorder to begin creating a public record version of all official records recorded after January 1, 2009. The public record version will be the same as the official record except that any social security number appearing in the document will have the first five digits redacted. This project will allow the department to procure hardware, software and services to integrate a solution into its existing suite of applications. The project is fully funded by the additional $1 recording fee authorized by AB 1168/GC 27361 and approved by the Board of Supervisors on December 11, 2007.

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Recommended Changes) | — | $  270,000 | $  — |
| **Total Recommendation** | — | $  490,000 | $  220,000 |

## County Recorder Fund 0001 — Cost Center 5655
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 75.0 | $  7,171,847 | $  36,037,680 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
|   Salary and Benefit Adjustments | -1.0 | 258,254 | — |
|   Internal Service Fund Adjustments | — | 1,084 | 422,969 |
|   Other Required Adjustments | — | — | (4,766,956) |
| Subtotal (Current Level Budget) | 74.0 | $  7,431,185 | $  31,693,693 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
|   Transfer from Fund 0026 to General Fund for Increased Staff Cost | — | — | 88,296 |
|   FY 2009 Phone Rate Adjustment | — | (1,711) | — |
| Decision Packages | | | |
| 1.  Delete One Vacant Office Specialist I, Add One Program Manager II | — | 88,296 | — |

Following legislation and/or Board approval of several new programs, the Clerk-Recorder determined that current staffing is inadequate to plan, implement and oversee these new programs. Adding a Program Manager II will provide the supervision, guidance and planning necessary to implement all the new programs in an efficient and cost effective manner. In addition, the Program Manager II will assume full responsibility for department policy, fiscal management, administration, and operations in the absence of both the Clerk-Recorder and the Assistant Clerk-Recorder. The work of the Office Specialist I has been automated.

| 2.  Revenue Increase for Electronic Data Sales | — | — | 66,000 |

This action recognizes increased revenue due to a new fee for electronic data sales. The Clerk-Recorder is a repository of both business and personal information. The Clerk-Recorder is now better able to package this data in a more useful and refined format that meets customer needs.

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Subtotal (Recommended Changes) | — | $  86,585 | $  154,296 |
| **Total Recommendation** | 74.0 | $  7,517,770 | $  31,847,989 |



## County Clerk Fund 0001 — Cost Center 5656
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 10.0 | $ 930,138 | $ 1,723,534 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 41,983 | — |
| Internal Service Fund Adjustments | — | 9,756 | — |
| Other Required Adjustments | — | — | (96,664) |
| Subtotal (Current Level Budget) | 10.0 | $ 981,877 | $ 1,626,870 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 4,398 | — |
| FY 2009 Phone Rate Adjustment | — | (79) | — |
| Decision Packages | | | |
| 1. New Revenue Source from Marriage Ceremony Souvenirs | — | — | 18,000 |
| This action budgets new revenue from the sale of mementos for marriage license or marriage ceremony customers in the Clerk-Recorder's office. | | | |
| Subtotal (Recommended Changes) | — | $ 4,319 | $ 18,000 |
| **Total Recommendation** | 10.0 | $ 986,196 | $ 1,644,870 |

## County Recorder Fund 0024 — Cost Center 5657
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Vital Records Improvement Fund (Fund Number 0024)** | | | |
| FY 2008 Approved Budget | — | $ 77,772 | $ 110,000 |
| Board Approved Adjustments During FY 2008 | — | | |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $ 77,772 | $ 110,000 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 77,772 | $ 110,000 |

## County Recorder Fund 0026 — Cost Center 5658
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Recorders Modernization Fund (Fund Number 0026)** | | | |
| FY 2008 Approved Budget | — | $ 3,648,895 | $ 2,508,600 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | — | — |



## County Recorder Fund 0026 — Cost Center 5658
## Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| Internal Service Fund Adjustments | — | | 389,383 | — | |
| Other Required Adjustments | — | | (265,000) | — | |
| Subtotal (Current Level Budget) | — | $ | 3,773,278 | $ | 2,508,600 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| FY 2009 Data Processing Adjustment | — | | (547) | — | |
| Transfer from Fund 0026 to General Fund for Increased Staff Cost | — | | 88,296 | — | |
| Decision Packages | | | | | |
| 1. Clerk-Recorder Projects Funded by Records Modernization Fund | — | | 298,000 | — | |

This action budgets numerous projects that are all paid for out of the Clerk-Recorder's Modernization Fund with no impact to the General Fund:

    a.  PC Workstation Replacement: $45,000

    b.  Server/network Infrastructure Upgrade: $45,000

    c.  Disaster Recovery: $58,000

    d.  Security Camera Replacement and Relocation: $10,000

    e.  Electronic Queuing System: $45,000

    f.  Label Printer-Recording: $14,000

    g.  Automatic Mail Opener: $5,000

    h.  Map Scanner/Printer Replacement: $30,000

    i.  Furniture Replacement Plan: $6,000

    j.  Office Space Reconfiguration: $40,000

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| Subtotal (Recommended Changes) | — | $ | 385,749 | $ | — |
| **Total Recommendation** | — | $ | 4,159,027 | $ | 2,508,600 |

## County Recorder Fund 0027 — Cost Center 5659
## Major Changes to the Budget

| | Positions | Appropriations | | Revenues | |
|---|---|---|---|---|---|
| **Recorders Document Storage Fund (Fund Number 0027)** | | | | | |
| FY 2008 Approved Budget | — | $ | 1,226,570 | $ | 500,000 |
| Board Approved Adjustments During FY 2008 | — | | — | — | |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | — | — | |
| Internal Service Fund Adjustments | — | | 28,463 | — | |
| Other Required Adjustments | — | | (5,000) | — | |
| Subtotal (Current Level Budget) | — | $ | 1,250,033 | $ | 500,000 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |



**County Recorder Fund 0027 — Cost Center 5659**
**Major Changes to the Budget**

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| Decision Packages | | | |
| 1.   Book Restoration | — | 90,000 | — |
| To ensure integrity of original records, these archival books bust be restored before they deteriorate to the point that restoration cannot be successfully completed. | | | |
| Subtotal (Recommended Changes) | — | $       90,000  $ | — |
| **Total Recommendation** | — | $    1,340,033  $ | 500,000 |



# Department of Revenue





**Gross Appropriation Trend**



**Staffing Trend**

## Public Purpose

➡ **Maximize revenue collection to support services for County residents**



Section 1: Finance and Government

## Desired Results

**Cost efficiency** which is achieved by keeping expenditures for personnel, supplies, and equipment to a minimum while optimizing revenue collection.



**Ratio of Revenue Collected to Expenditures**

**A high collection rate** which is achieved through optimum use of staff and technology resources and accurate and timely communication with debtors.




**Percent of Superior Court Collections**
Measure: Percent of New Charges Collected



**Percent of Adult Probation Collections**
Measure: Percent of New Charges Collected



**Percent of Hospital Collections**
Measure: Percent of New Charges Collected
% Adjusted in FY 2006 to reflect returned MediCal and insurance accounts,
which are then billed out by VMC



**Clients receive payment in a timely manner** in compliance with State regulations, through the effective use of technology.



**100% of Victim Restitution Payments Issued
Within Mandated Time Frames**

## Description of Major Services

### General

The Department of Revenue (DOR) is the County's central collections agency for both current and delinquent account collections and provides professional collection services using collection enforcement techniques comparable to those used in the private sector.

DOR seeks to collect debt owed to the County that is the legal responsibility of specific individuals and/or entities. The collections positively impact funding for numerous County agencies and departments, as well as several outside government entities. As such, this revenue supports many critical and valuable services to residents of Santa Clara County. In FY 2007, DOR total collections exceeded $69 million. The ratio of revenue collected to total expense was 10.1 to 1.

County Controller-Treasurer policy requires that delinquent debt accounts in departments across the County organization be referred to DOR unless exempted by the Controller-Treasurer, e.g., Tax Collector and Social Services Agency. Also, in accordance with SB 940, effective January 2004, all counties must provide a collection program for court-ordered debt. Under the auspices of SB 940, DOR qualifies as a Comprehensive Collection Program (CCP) and is the designated collector of delinquent court-ordered debt for Santa Clara County. Penal Code Section 1463.007 allows recovery of costs for the

collection of delinquent court-ordered debt under this program, to be offset against collected fines, penalties and fees.

### Collections Divisions — General and Justice:

Revenue Collection Officers and Clerks assist debtors by explaining new accounts and consolidating bills for individual clients, interviewing to determine ability to pay, negotiation of payment arrangements, establishing payment plans, verifying eligibility for local Federal and State aid programs, and explaining legal obligations and possible legal penalties for non-payment. They use a variety of sources to determine a debtor's whereabouts, employment, earnings, property, liabilities, assets and ability to pay, and they recommend disposition of accounts when collection of the account cannot be realized. The Collections Divisions are responsible for researching probate and lien accounts, filing Small Claims actions and coordinating lawsuits with County Counsel. Collection activity also includes attachment of wages and bank accounts, interception of tax returns, recordation of Reimbursement Agreements and return of delinquent accounts to the Court for Order to Show Cause or referral to civil collection processes.

### Fiscal Services:

Receives and posts payments; creates new accounts; processes adjustments, payments and refunds; issues payments to victims of crime; prepares documents for Small Claims Court; researches bankruptcy accounts; provides accounting and



reconciliation of all monies collected; distributes collection revenues to appropriate funds and entities, and prepares cost allocation plans.

**Systems Division:** Maintains the department's data systems, network, workstations, and web site; processes automated payment interfaces; issues monthly billing statements and delinquent notices, develops new system solutions to enhance production and efficiency capability and in response to legislative changes regarding fines, fees, new mandates and programs; resolves processing problems; oversees security and HIPAA requirements.

### Emerging Issues

**Traffic Revenue Stabilizes:** After three years in operation, the new Traffic Collections program at DOR is beginning to stabilize as the revenue stream fills, and as

we work through a large backlog that extends back to 1995. Delinquent justice collections generally require about five years to fully stabilize, considering the lengthy processes required for delinquent debt collection and the posting priorities imposed by law (fees, which are often discretionary revenue, must be posted last).

Traffic Civil Assessment (CA) continues to be a productive program for both the County and the Court. The revenue generated as a result of this program is split by the two parties, and the Court is considering this revenue as a potential source of funds for a new Court facility.

## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Administration/Support | No | Required | ITEC Funding for IT Infrastructure Replacement | ▲ |
| General Collections | No | Mandated/ Non-Mandated | Revenue from the collection of delinquent professional fees for VMC | ▲ |
| Justice Collections (APD-Court-Traffic) | No | Mandated/ Non-Mandated | | ■ |
| Accounting | No | Mandated/ Non-Mandated | | ■ |
| Cashiering | No | Mandated/ Non-Mandated | | ■ |
| Input/Support | No | Mandated/ Non-Mandated | | ■ |
| Accounting Control | No | Mandated/ Non-Mandated | | ■ |
| Information Systems | No | Mandated/ Non-Mandated | | ■ |

Note: All functions except General Collections are both Mandated and Non-Mandated. Each have been separated due to the Comprehensive Collection Program, which is cost-recoverd per SB 940 and PC 1463.007.

Impact on Current Level of Service:



☐ = Eliminated   ▼ = Reduced   ▨ = Modified   ▲ = Enhanced   ■ = No Change



## County Executive's Recommendation

▲ **General Collections**

**Recognize New Revenue from the Collection of Delinquent Professional Fees for VMC:** In FY 2006, following a competitive RFP process, the Department of Revenue was selected to provide the collection of delinquent Professional Fees (ProFees) for Santa Clara Valley Medical Center. Professional fees are for services performed by external health service providers for SCVMC. SCVMC pays the external service providers first, and then collects from the patient. If customers don't pay SCVMC for these services, the debt is then given to the Department of Revenue for collection.

**Service Impact:** In FY 2009, the revenue stream will reach full capacity and can be budgeted as ongoing. These are VMC revenues, but DOR gains a commission percentage of 17% on collections. The service charge fee is new discretionary revenue to the Department of Revenue.

**Total Ongoing Revenue: $30,000**

▲ **Administration/Support**

**ITEC Funding for Information Technology Infrastructure Replacement:** Fund three production printers and memory upgrades for 95 workstations.

The department relies on commercial grade impact printers to print multi-layer forms. The existing printers are at the end of their life cycle and prone to failure. All 95 workstations in the Department of Revenue require more memory to facilitate an upgrade to MicroSoft Office 2007. Since existing computers are only one year old, this is the most cost effective method to implement the current version of MS Office.

**Service Impact:** New and reliable production printers will mean less down time for mailing. The MS Office upgrade is necessary since the department is currently using an outdated and unsupported office suite.

**Total One-Time Cost: $51,910**

**Department Of Revenue — Budget Unit 148**
**Net Expenditures by Cost Center**

| CC | Cost Center Name | | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Adjusted | | | |
| 2148 | Revenue Fund 0001 | $ | 6,909,937 | $ 7,853,253 | $ 7,895,624 | $ 8,382,549 | $ 529,296 | 6.7% |
| | Total Net Expenditures | $ | 6,909,937 | $ 7,853,253 | $ 7,895,624 | $ 8,382,549 | 529,296 | 6.7% |

**Department Of Revenue — Budget Unit 148**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Adjusted | | | |
| 2148 | Revenue Fund 0001 | $ | 6,909,937 | $ 7,853,253 | $ 7,895,624 | $ 8,382,549 | $ 529,296 | 6.7% |
| | Total Gross Expenditures | $ | 6,909,937 | $ 7,853,253 | $ 7,895,624 | $ 8,382,549 | 529,296 | 6.7% |


Section 1: Finance and Government

## Department Of Revenue — Budget Unit 148
## Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 5,792,081 $ | 6,632,529 $ | 6,674,900 $ | 7,070,812 $ | 438,283 | 6.6% |
| Services And Supplies | 1,117,856 | 1,220,724 | 1,220,724 | 1,311,737 | 91,013 | 7.5% |
| Subtotal Expenditures | 6,909,937 | 7,853,253 | 7,895,624 | 8,382,549 | 529,296 | 6.7% |
| Total Net Expenditures | 6,909,937 | 7,853,253 | 7,895,624 | 8,382,549 | 529,296 | 6.7% |

## Department Of Revenue — Budget Unit 148
## Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations | | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
| | | | Approved | Adjusted | | | |
|---|---|---|---|---|---|---|---|
| 2148 | Revenue Fund 0001 | $ 9,846,388 $ | 9,283,760 $ | 9,326,131 $ | 8,941,123 $ | (342,637) | -3.7% |
| | Total Revenues | $ 9,846,388 $ | 9,283,760 $ | 9,326,131 $ | 8,941,123 $ | (342,637) | -3.7% |

## Revenue Fund 0001 — Cost Center 2148
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| General Fund (Fund Number 0001) | | | |
| FY 2008 Approved Budget | 77.0 | $ 7,853,253 $ | 9,283,760 |
| Board Approved Adjustments During FY 2008 | 1.0 | 42,371 | 42,371 |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | 395,912 | — |
| Internal Service Fund Adjustments | — | 23,523 | — |
| Other Required Adjustments | — | — | (415,008) |
| Subtotal (Current Level Budget) | 78.0 | $ 8,315,059 $ | 8,911,123 |
| Recommended Changes for FY 2009 | | | |
| Internal Service Fund Adjustments | | | |
| FY 2009 Data Processing Adjustment | — | 15,853 | — |
| FY 2009 Phone Rate Adjustment | — | (273) | — |
| Decision Packages | | | |
| 1. Recognize New Revenue from SCVMC ProFee Service Charge | — | — | 30,000 |
| Professional fees are for services performed for SCVMC by external health service providers. If SCVMC customers don't pay for these services, the debt is given to the Department of Revenue for collection, which charges 17% on collections. The revenue from this service has steadily grown, and initial programming fees have been recovered. | | | |
| 2. IT Infrastructure Replacement | — | 51,910 | — |
| This action budgets ITEC funding for IT Replacement Infrastructure equipment to include workstations, monitors and printers. | | | |
| Subtotal (Recommended Changes) | — | $ 67,490 $ | 30,000 |
| Total Recommendation | 78.0 | $ 8,382,549 $ | 8,941,123 |

# Section 2: Public Safety and Justice

Section 2: Public Safety and Justice



# Public Safety and Justice

## Mission

The mission of Public Safety and Justice services of Santa Clara County is to maintain a community environment where people feel safe, fairly treated by the law, and secure from crime.



## Departments

- ➡ Office of the District Attorney
- ➡ Office of the Public Defender
- ➡ Office of Pretrial Services
- ➡ Criminal Justice System-Wide Costs
- ➡ Office of the Sheriff
- ➡ Department of Correction
- ➡ Probation Department
- ➡ Office of the Medical Examiner-Coroner



# Public Safety and Justice

| Office of the District Attorney<br>Budget Units 202, 203 | Department of Correction<br>Budget Units 235, 240 |
| --- | --- |
| Public Defender<br>Budget Unit 204 | Probation Department<br>Budget Unit 246 |
| Office of Pretrial Services<br>Budget Unit 210 | Medical Examiner-Coroner<br>Budget Unit 293 |
| Office of the Sheriff<br>Budget Unit 230 | Criminal Justice System-Wide Costs<br>Budget Unit 217 |

Section 2: Public Safety and Justice



**Gross Appropriation Trend**



**Staffing Trend**

## Net Expenditures By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 202 | District Attorney Department | $ 73,280,415 $ | 73,680,895 $ | 74,542,890 $ | 79,569,061 $ | 5,888,167 | 8.0% |
| 203 | District Attorney Crime Laboratory | 7,289,499 | 8,111,746 | 8,424,537 | 9,045,436 | 933,690 | 11.5% |
| 204 | Public Defender | 39,795,320 | 39,680,180 | 40,193,782 | 44,538,051 | 4,857,871 | 12.2% |
| 210 | Office Of Pretrial Services | 5,195,356 | 5,856,281 | 5,856,281 | 6,054,924 | 198,643 | 3.4% |
| 217 | Criminal Justice Support | 53,810,674 | 54,246,501 | 54,246,501 | 47,117,677 | (7,128,824) | -13.1% |
| 230 | Sheriff's Department | 105,519,509 | 111,951,497 | 115,752,225 | 119,171,224 | 7,219,727 | 6.4% |
| 235 | Sheriff's Doc Contract | 96,563,893 | 97,236,426 | 97,661,081 | 103,333,755 | 6,097,329 | 6.3% |
| 240 | Department Of Correction | 66,283,627 | 78,801,501 | 73,697,781 | 78,379,610 | (421,891) | -0.5% |
| 246 | Probation Department | 111,862,973 | 109,969,953 | 113,827,100 | 124,039,166 | 14,069,213 | 12.8% |
| 293 | Med Exam-Coroner Fund 0001 | 3,030,740 | 3,272,029 | 3,272,029 | 3,413,315 | 141,286 | 4.3% |
| | **Total Net Expenditures** $ | 562,632,005 $ | 582,807,009 $ | 587,474,206 $ | 614,662,219 $ | 31,855,211 | 5.5% |

## Gross Expenditures By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 202 | District Attorney Department | $ 86,350,660 $ | 91,293,951 $ | 92,841,317 $ | 97,999,242 $ | 6,705,292 | 7.3% |
| 203 | District Attorney Crime Laboratory | 7,471,819 | 8,284,690 | 8,597,481 | 9,225,436 | 940,746 | 11.4% |
| 204 | Public Defender | 40,109,357 | 40,001,803 | 40,515,405 | 44,871,464 | 4,869,661 | 12.2% |
| 210 | Office Of Pretrial Services | 5,351,392 | 5,856,281 | 5,856,281 | 6,054,924 | 198,643 | 3.4% |
| 217 | Criminal Justice Support | 53,810,674 | 54,246,501 | 54,246,501 | 47,117,677 | (7,128,824) | -13.1% |
| 230 | Sheriff's Department | 107,399,200 | 117,151,392 | 121,831,297 | 124,521,117 | 7,369,725 | 6.3% |
| 235 | Sheriff's Doc Contract | 96,563,893 | 97,236,426 | 97,661,081 | 103,333,755 | 6,097,329 | 6.3% |
| 240 | Department Of Correction | 69,300,821 | 81,905,693 | 76,673,027 | 78,528,110 | (3,377,583) | -4.1% |
| 246 | Probation Department | 112,335,715 | 110,320,728 | 114,119,279 | 124,448,537 | 14,127,809 | 12.8% |
| 293 | Med Exam-Coroner Fund 0001 | 3,030,740 | 3,272,029 | 3,272,029 | 3,413,315 | 141,286 | 4.3% |
| | **Total Gross Expenditures** $ | 581,724,270 $ | 609,569,494 $ | 615,613,697 $ | 639,513,577 $ | 29,944,084 | 4.9% |

## Revenues By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 202 | District Attorney Department | $ 10,917,678 $ | 11,694,351 $ | 12,388,610 $ | 12,032,120 $ | 337,770 | 2.9% |
| 203 | District Attorney Crime Laboratory | 3,472,304 | 3,579,195 | 3,800,604 | 4,280,228 | 701,033 | 19.6% |
| 204 | Public Defender | 676,522 | 968,329 | 968,329 | 968,329 | — | — |
| 210 | Office Of Pretrial Services | 574,751 | 539,743 | 539,743 | 499,711 | (40,032) | -7.4% |
| 217 | Criminal Justice Support | 167,236,531 | 186,119,011 | 193,619,011 | 184,404,404 | (1,714,607) | -0.9% |
| 230 | Sheriff's Department | 49,200,717 | 54,741,109 | 57,288,906 | 57,618,205 | 2,877,096 | 5.3% |



## Revenues By Department

| BU | Department Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|----|-----------------|-----------------|----------|----------|---------------------|-----------------------------------|------------------------------|
| 235 | Sheriff's Doc Contract | — | — | — | — | — | — |
| 240 | Department Of Correction | 15,751,630 | 23,814,200 | 16,538,855 | 19,662,385 | (4,151,815) | -17.4% |
| 246 | Probation Department | 39,106,580 | 35,860,387 | 36,686,983 | 36,931,490 | 1,071,103 | 3.0% |
| 293 | Med Exam-Coroner Fund 0001 | 217,464 | 225,937 | 225,937 | 225,937 | — | — |
| | **Total Revenues $** | 287,154,177 $ | 317,542,262 $ | 322,056,978 $ | 316,622,809 $ | (919,452) | -0.3% |



Section 2: Public Safety and Justice



# Office of the District Attorney





**Gross Appropriation Trend**

**Staffing Trend**



## Public Purpose

➡ **Constitutional Rule of Law Upheld**

➡ **Public Safety**



Section 2: Public Safety and Justice

## Desired Results

**Just Punishment** will ensure that the public will be protected from future danger while preserving respect for law.



**Acquittal Rate**



**Completed Jury Trials**

**Just Punishment** (continued)



**Duration of Case in Superior Court**

Felonies: Average days from arraignment on
indictment/information to determination of guilt or innocence



**Number of Case Filings**

Case review measures the number of cases submitted by law
enforcement agencies for review by the DA. The DA determines what, if
any, crime occurred; who is legally responsible; and if there is sufficient
admissible evidence to convince a jury beyond a reasonable doubt as to
each suspects' guilt.

**Crime Prevention** is a central goal of society, the law and justice community, and the District Attorney.



**Crime Rate (Crimes/100,000 Population)**



**Crimes by Type**



**2006 Violent Crime Rate in Santa Clara and
Similar Counties per 100,000 Population**



**Community Prosecution — Number of Code
Enforcement Actions**





Domestic Violence Cases Where the Court Imposed
a Restraining Order



Percent Of Enrolled Truant Students Who Improved
After Truancy Mediation in School Year Ending June 2007



Percent of Enrolled Truant Students Who Improved
After Truancy Prosecution



Percentage of Truant Students who Improved Attendance
After DA Prosecuted Parents

**Victim Restitution Orders Obtained.** To compensate victims for economic losses.



Percent of Cases in which Victim was Awarded a
Restitution Fine by Court Order



Percent of Cases in which Court Ordered
Direct Restitution to Victim

(Note: significant increase results from collection methodology change
from state report, which was missing significant data, to County level
data tabulation.).



**Number of Cases Handled by Restitution Unit**

**Timely and Accurate Analysis of Physical Evidence (from law enforcement's drop-off of evidence to results returned to law enforcement).** To enable the criminal justice system to work swiftly to identify and prove the guilt or innocence of suspected offenders.




Note: dramitic increase due to vacancies and instrument problems.
Many issues have been corrected for 2008 and improvement is anticipated.



## Description of Major Services

**Criminal Prosecution** The District Attorney discharges her obligation to ensure public safety by thorough investigation, and prompt, professional prosecution leading to just verdicts and fair sentences. The legal services provided by the District Attorney contribute to the County having the lowest crime rate among California's large counties, and among the lowest nationally for metropolitan areas.

Attorneys and investigators investigate and prosecute both felony and misdemeanor crimes throughout the County. Within the Office there are general assignments and vertical assignments devoted to prosecution of specific crimes, such as homicides, sexual assaults, domestic violence, gang violence, child and elder abuse, high technology and computer crimes, major fraud, consumer fraud, real estate fraud, insurance fraud, environmental crimes, and narcotics offenses.

Violent crimes and cases involving repeat offenders are given priority and are assigned to the most experienced prosecutors. Units such as homicide, sexual assault and gang violence are vertical prosecution units. Vertical prosecution uses one designated attorney to handle a given case from start to finish, as opposed to different attorneys handling different phases of the case. Vertical prosecution is important in these types of cases to provide the most helpful service to the victims and families.

**The Domestic Violence Unit** has the philosophy that domestic violence is a crime against society and should be prosecuted to the fullest extent of the law. The team leader of the unit reviews all cases referred and determines what felony or misdemeanor charges will be filed. In appropriate cases protective orders are sought on behalf of the victim. As a vertical prosecution unit, the staff explains the criminal process to the victims, accompanies them to court, and assists them in obtaining reimbursement for their injuries and counseling for themselves and their children.

**The Physical Abuse of Children & Elders (PACE) Unit** vertically prosecutes all criminal cases involving physical abuse and neglect of Children, Elders, and Dependent Adults including cases that occur in nursing homes, schools, and hospitals. The Office has implemented PACE protocols whereby County law enforcement agencies commit themselves to conduct prompt and thorough investigations of PACE cases; reduce trauma to victimized children, elder and dependent adults; and train employees to recognize and investigate child, elder and dependent adult abuse.

**The Environmental Protection Unit** is responsible for enforcing laws intended to protect human health and the environment, and to ensure workplace safety. These responsibilities encompass laws governing such diverse areas as air pollution, asbestos, hazardous waste, hazardous materials, hazardous substances, illegal land development, illegal pesticide use, exposure warnings, timber protection, underground storage tanks, water pollution, unlawful streambed alterations, wildlife protection and workplace safety where fatalities or serious injuries are involved.

Additionally, the Environmental Protection Unit works with agencies that investigate such alleged violations, including local fire and police departments, code compliance inspectors, water pollution control plant and water district staff, the Department of Fish and Game, the State Toxics department, CHP and Cal-OSHA. Enforcement of these laws includes civil as well as criminal proceedings, which can result in substantial monetary penalties and recovery of damages to natural resources, as well as incarceration.

**The Narcotics Unit** consists of a number of specialized units devoted to appropriate handling of narcotics cases.

**The Child Abuser Vertical Prosecution Unit** targets the most serious of child sexual assault cases. Two experienced prosecutors and a part-time paralegal are assigned to the unit. They focus on cases where the victim is under the age of 14 and the assault involves the actual use of force, violence, menace, fear or duress. Because of the young age of the victims, the prosecutors focus on moving the cases through the judicial system in a timely fashion and providing services to the victims of these horrific molestation crimes.

**The Anti-Drug Abuse Unit** works with the specialized task forces within the County focusing on street level dealers.



**The Asset Forfeiture Unit** attempts to deter drug dealers through lawful court-ordered forfeiture of money, cars, homes, and jewelry obtained with drug profits.

**The Drug Treatment Court Team** deals with the most addicted defendants with felony charges. These defendants are provided with the most extensive treatment services available to the court with a goal of promoting drug dependency recovery to reduce future violations.

**The Economic Crimes Group** investigates major fraud, real estate fraud, insurance fraud, elder fraud, and high technology theft. Additionally, the group offers a variety of mediation and consumer protection services to the public, and is responsible for processing all complaints received by the Consumer Protection Unit. This group seeks to aid victims of fraud to avoid foreclosure and seek restitution.

**Financial Abuse Specialist Team (FAST).** Combating elder fraud in collaboration with the Public Guardian and other agencies, FAST targets incidents where senior citizens are victims of fraud. FAST rapidly investigates and prosecutes these cases. It has interrupted and halted many ongoing crimes, preventing further damage and loss to victims who are often either in the care of, or otherwise vulnerable to, criminals.

**High Technology Unit.** In recent years the District Attorney has teamed with local law enforcement agencies to form regional task forces such as the Rapid Enforcement Allied Computer Team (REACT), to better cope with criminality that affects high technology crime. This model has been adopted by the California legislature for state-wide funding and sponsorship of high technology investigation.

**The Consumer Protection Unit** provides information about consumer transactions to the public, and educates consumers and businesses as to their rights and responsibilities.

**Consumer Mediation Services.** The mediation staff, many of them volunteers, are available to assist consumers in resolving their disputes with businesses by offering to mediate those disputes. This process provides the consumer and the business with the opportunity to present and review both sides of the dispute. The mediation process ends when an agreement is reached, or when the consumer or the business chooses not to participate in the mediation.

Mediation Services staff do not act as an advocate for either party and cannot force either party to take any particular action. To better connect with the public, the mediation process can be initiated online at the website for the Office of the District Attorney.

**Training.** District Attorney staff engage in a wide variety of training. Prosecutors and investigators, formally through professional organizations, and informally through mentoring programs, provide a wide variety of training to local and statewide law enforcement agencies, regulatory agencies, police academies, local schools and community organizations on legal, technical and law-related issues.

**Crime Laboratory.** The District Attorney's Crime Laboratory is a nationally-accredited forensic laboratory that analyzes evidence, interprets results, and provides expert testimony concerning physical evidence related to crimes. The laboratory offers examination services in many areas of evidence: drugs (controlled substances), toxicology, DNA (forensic biology), firearms, tool marks, latent fingerprints, questioned documents, computer forensics, and trace evidence.

**Regional Computer Forensic Laboratory.** The Crime Laboratory, in collaboration with other experts, has embarked on a project to train local law enforcement agencies in computer forensics. Using grant money, the District Attorney has opened a computer forensics laboratory. Local police departments and Federal agencies participate with DA Investigators and computer criminalists to uncover and prosecute computer crimes including identity theft, fraud, money laundering, and terrorism.

**Bureau of Investigation.** The Bureau of Investigation is the peace officer unit of the Office of the District Attorney and is divided into a Criminal Division and Public Assistance Fraud Division. The bureau has statutory or customary original investigative jurisdiction in several subject matters, such as child stealing, conflict of interest, police misconduct, and many white-collar crimes. Investigators ensure cases are prepared for prosecution after charges have been filed. The bureau also has a legal process service unit consisting of civilian technicians who serve legal documents in connection with the cases prosecuted by



the office. The Bureau actively participates on the joint Terrorism Task Force to protect the residents and infrastructure of Santa Clara County.

**Diversion and Rehabilitation.** Prosecutors advocate for lawful sentences, and where appropriate, cost-effective use of alternative sentencing and rehabilitative options.

**Restitution.** Prosecutors are committed to helping with victim and witnesses services and obtaining restitution. Every crime victim, and sometimes a family member, who suffers a loss from criminal activity, is entitled to a restitution order. These losses can include, but are not limited to, medical expenses, funeral expenses, mental health counseling, lost wages or profits, and relocation expenses. The process of obtaining restitution can be complex and time consuming. To assist in this process, the office has a Restitution Unit which works with individuals entitled to compensation.

**Treatment Certification.** In order to promote safety in neighborhoods with substance abuse treatment facilities, the District Attorney certifies and monitors these facilities. Investigators work with the Courts and Probation to certify and monitor the facilities. They conduct background checks on staff and on persons enrolled in the programs to assure the programs, their staff, and enrollees are in a safe environment.

**The Bad Check Program** diverts appropriate persons who have passed bad checks out of the criminal justice system. Bad check writers are required to pay their checks in full and attend a mandatory financial responsibility class to avoid being charged with a crime. The program is conducted as a public service funded solely through offenders' fees.

**Crime Prevention.** The office is also involved in crime prevention, collaborating with other agencies to deter crime. Through its Community Prosecution program, Deputy District Attorneys are assigned to certain designated areas of the County working with neighborhood residents and other agencies to improve the quality of life for residents. Examples of those initiatives are crime mapping and truancy abatement. Crime mapping is designed to measure the incidence of crime within a geographic area so that problem pocket areas can be isolated and targeted by community prosecutors who bring resources seeking to significantly reduce or eliminate crime and create a safer

community. The Truancy Abatement Program works to reduce the number of youths who are truant and thereby reduce the chance of delinquency.

**Juvenile Dependency Unit.** This unit represents children who are harmed or neglected by their parents or caretakers. Reports of abuse and neglect can come from a family friend; a neighbor; a mandated reporter, such as a therapist; school official; or other child care provider. The Office, through an agreement with the Superior Court, is appointed to represent a child when that child is brought to the attention of the Juvenile Dependency Court. It is the job of the child's lawyer to apprise the Court of what the child wants. The attorneys on the Juvenile Dependency Unit are involved in seeing that the children they represent have appropriate placements, that they are in the right schools, and that they are receiving appropriate services from their social worker. To help keep in contact with the children they represent, each attorney has an investigator. This investigator goes out to see children at the Children's Shelter, at their schools, and in their homes and placements. While dependent children of the Court have a significantly higher rate of criminality nationwide, in Santa Clara County the District Attorney's dependency clients have a lower rate of delinquency than the local juvenile population as a whole.



## Programs and Functions

| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| Administration and Support | Yes | Required | Improved internal support services. | ◪ |
| Crime Lab Administration and Support | Yes | Required | Crime Lab equipment and supplies. | ▲ |
| Crime Lab Forensic Biology | Yes | Non-Mandated | Enhanced Criminalist staff funded with outside fees. | ▲ |
| Information Technology | Yes | Non-Mandated | Operational efficiencies. | ▲ |
| Restitution Services | No | Mandated | New Paralegal staff to provide enhanced level of service to crime victims. | ▲ |
| AIDS Litigation | Yes | Mandated | | ■ |
| Anti-Drug Abuse Enforcement | No | Mandated | | ■ |
| Asset Forfeiture | No | Mandated | | ■ |
| Bureau of Investigation | Yes | Mandated | | ■ |
| Burglary, Assault, Theft | Yes | Mandated | | ■ |
| Career Criminal | Yes | Mandated | | ■ |
| Child Sexual Assault Vertical Prosecution | No | Mandated | | ■ |
| Cold Case Investigation & Prosecution | Yes | Mandated | | ■ |
| Complaint Unit | Yes | Mandated | | ■ |
| Consumer Mediation | Yes | Non-Mandated | | ■ |
| Consumer Protection | Yes | Mandated | | ■ |
| DNA Collection Compliance | Yes | Mandated | | ■ |
| Drug Treatment Court Services | Yes | Mandated | | ■ |
| Elder Fraud | Yes | Mandated | | ■ |
| Environmental Crimes | Yes | Mandated | | ■ |
| Family Violence | Yes | Mandated | | ■ |
| Forensic Mental Issues | Yes | Mandated | | ■ |
| Gangs | Yes | Mandated | | ■ |
| Government Integrity | Yes | Mandated | | ■ |
| High Tech Crimes | Yes | Mandated | | ■ |
| Insurance Fraud | No | Mandated | | ■ |
| Juvenile Dependency Representation | Yes | Non-Mandated | | ■ |
| Juvenile Wards | Yes | Mandated | | ■ |
| Life Sentence Hearings | Yes | Mandated | | ■ |
| Major Cases | Yes | Mandated | | ■ |
| Major Fraud | Yes | Mandated | | ■ |
| Misdemeanor Prosecution | Yes | Mandated | | ■ |
| Motions, Writs and Appeals | Yes | Mandated | | ■ |
| Narcotics | Yes | Mandated | | ■ |

Impact on Current Level of Service:

☐ = Eliminated    ▼ = Reduced    ◪ = Modified    ▲ = Enhanced    ■ = No Change



| Name of Program/Function | GF Subsidy Yes /No/Less than 5% | Mandated or Non-Mandated | Impact Highlight | Impact on Current Level of Service |
|---|---|---|---|---|
| North County Prosecution | Yes | Mandated | | ■ |
| Priliminary Hearings | Yes | Mandated | | ■ |
| Probation Violation Calendar | Yes | Mandated | | ■ |
| Public Assistance Fraud | Yes | Mandated | | ■ |
| Real Estate Fraud | Yes | Mandated | | ■ |
| Regional Auto-Theft Task Force | Yes | Mandated | | ■ |
| Safe Neighborhoods Project | No | Mandated | | ■ |
| Sex Offender Registration | Yes | Mandated | | ■ |
| Sexual Assault Team | Yes | Mandated | | ■ |
| South County Prosecution | Yes | Mandated | | ■ |
| Truancy Abatement | Yes | Mandated | | ■ |
| Victim Witness Services | No | Mandated | | ■ |
| Crime Lab-Toxicology | Yes | Non-Mandated | | ■ |
| Crime Lab-Chemistry | Yes | Non-Mandated | | ■ |
| Crime Lab-Latent Prints and Trace | Yes | Non-Mandated | | ■ |
| Crime Lab-Evidence and Property | Yes | Non-Mandated | | ■ |
| Crime Lab-Firearms | Yes | Non-Mandated | | ■ |
| Crime Lab-Quality Assurance | Yes | Non-Mandated | | ■ |
| Crime Lab-Question Documents | Yes | Non-Mandated | | ■ |
| Crime Lab-Computer Forensic Lab | Yes | Non-Mandated | | ■ |
| Crime Lab-Video and Audio Photo | Yes | Non-Mandated | | ■ |

Impact on Current Level of Service:
☐ = Eliminated   ▼ = Reduced   ◪ = Modified   ▲ = Enhanced   ■ = No Change

## County Executive's Recommendation



### Administration and Support

**Delete 0.5 FTE Office Specialist III (D09) and add 1.0 FTE Office Specialist III (D09):** This action augments existing clerical staff by a net 0.5 FTE. The ongoing cost of this augmentation ($38,106) is offset by a reduction in ongoing appropriations for services and supplies.

**Service Impact:** Prior year staffing reductions have resulted in increased workloads for existing clerical staff. This action will allow for a minor enhancement of clerical staffing levels with no net fiscal impact as the department's budget for services and supplies will be reduced concomitantly.

Positions Added: 0.5
Ongoing Cost: $0

### ▲ Information Technology

**Information Technology Infrastructure Replacement:** This project will replace aging/obsolete equipment that meets or exceeds the County Information Technology

Replacement criteria. Items in this request may include servers, printers, routers/switches, laptops, and software. This project is recommended by the Information Technology Executive Committee (ITEC).

**Service Impact:** Continued and enhanced service delivery.

One-time Cost (District Attorney): $123,100
One-time Cost (Crime Laboratory): $73,300

**Information Technology Project - CRIMES.Net:** Allocate one-time and ongoing funds for the second year of a three-year project to replace the Crime Laboratory's laboratory information management system (LIMS) and upgrade the Criminal Records Information Management Exchange System used by the District Attorney's Office, (CRIMES) version 5.0, to CRIMES.Net.

CRIMES started in 1998 as a case management system for adult criminal cases, but has been so successful that components have been added for the management of investigations, juvenile criminal and juvenile dependency cases.

CRIMES.Net is being implemented in phases. Initial funding of $447,500 was approved in the FY 2008 budget for the design and implementation of a CRIMES.Net module to replace the existing Laboratory Information Management System (LIMS) for the new Crime Laboratory facility.

The second phase of the project will be the upgrade of existing CRIMES version 5.0 modules, beginning with the Adult Criminal and Bureau of Investigation modules, followed by the Juvenile Criminal and Juvenile Dependency modules. The Information Technology Executive Committee (ITEC) has approved this recommendation.

FY 2009 is the second year of a three year project. The estimated cost for FY 2010 is $567,000. A more detailed description of the project is included in the Three-Year ITEC Technology Plan. This Plan can be accessed at www.sccgov.org.

**Service Impact:** The upgrade to CRIMES.Net is expected to improve staff productivity by using workflow features to maximize case load, case organization and case prioritization. Operational costs will be reduced by eliminating paper copy reproduction

and distribution of case reports and files. Additional operational and support efficiencies are expected as both the Crime Lab and District Attorney case management systems will be on the same platform.

One-Time Cost: $805,568
Ongoing Cost: $83,400

## ▲ Restitution Services

**Add 1.0 FTE Unclassified Sr. Paralegal/Paralegal (W70/W03) for Victim Restitution Services:** The cost of the position is offset by a transfer of funds from undistributed victim restitution monies that are currently held in a trust fund.

**Service Impact:** Enhanced staffing level will allow for an increased effort to locate victims who may claim restitution monies.

**Background:** The County collects restitution for crime victims pursuant to court order. Victims then make claims for the funding once collected. While the vast majority of restitution funds are successfully provided to victims, some monies go unclaimed because the intended recipients cannot be located. Government Code section 50050 sets forth a process by which restitution funds, which are not distributed after being held for three years, are made available to support victim services.

The cost of the position equates to 64% of the current balance of undistributed victim restitution monies ($148,269). The position is recommended as unclassified because the funding source is not steady.

Positions Added: 1.0
One-time Cost: $95,527
One-time Revenue: $95,527

**Add 0.5 FTE Sr. Paralegal/Paralegal (V73/V74) for Victim Services:** The cost of the position is fully offset by grant funds from the State Office of Emergency Services (OES).

This grant is on a two-year funding cycle. The current cycle covers FY 2008 and FY 2009. FY 2008 funding supports one Paralegal position and one Office Specialist position. The approved grant award agreement anticipated an increased level of Paralegal



staffing in the second year of the grant cycle. The department expects to receive substantially similar grant awards from OES in the future.

**Positions Added: 0.5**
**Ongoing Cost: $41,051**
**Ongoing Revenue: $41,051**

## ▲ Crime Lab Administration and Support

**Allocate One-time Funds from the DNA Identification Fund to Purchase Equipment and Supplies for the New Crime Lab:** DNA Identification Fund monies are to be used for resources that increase DNA testing of criminals. The current balance in this fund is $496,285. This action would allow the entire balance to be used for equipment and supplies for the new Crime Laboratory in its start-up year.

**Background:** In 2004 Proposition 69 was passed as a statewide ballot initiative requiring increased DNA testing of criminals. A new penalty assessment was established for local agencies to assess and collect DNA. The revenue resulting from this penalty assessment is collected in the DNA Identification Fund and transferred to the General Fund to compensate the County for costs associated with the requirements of the initiative.

Ongoing revenue transferred to the General Fund is budgeted at $208,916 for FY 2009, and a balance of $496,285 accumulated in the fund is available to support one-time expenditures.

The Department of Correction and the Probation Department, both of which have responsibilities associated with Proposition 69, have indicated that there are no immediate one-time needs in these departments for the use of these funds.

Using these monies for equipment and supplies necessary for the new Crime Laboratory relieves the General Fund of this expense.

**One-time Cost: $496,285**
**One-time Revenue: $496,285**

## ▲ Crime Lab Forensic Biology

**Add 1.0 FTE Criminalist III/II/I (V67/V68/V69):** This position is necessary to address increases in the volume and complexity of work provided to outside agencies (city police departments). The ongoing cost of the position is fully offset with revenue from the outside agencies. The Crime Laboratory does not charge other County departments, such as the Sheriff's Office, for forensic analysis.

**Positions Added: 1.0**
**Ongoing Cost: $116,689**
**Ongoing Revenue: $116,689**

**Allocate One-time Funds for Forensic Services:** Outside (contract) forensic services are required to perform fiber analysis related to a high profile murder investigation. The resources of the Crime Laboratory are not sufficient for the analysis to be performed in-house. At the FY 2008 Midyear Budget Review the Board approved funding of $99,000 for this service for FY 2008. A second allocation is required for FY 2009, however it is not anticipated that any additional funding will be required after FY 2009.

**One-time Cost: $99,000**

Section 2: Public Safety and Justice

## District Attorney Department — Budget Unit 202
### Net Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3810 | HiTech React Grant Fund 0001 | $ 2,020,198 | $ 1,946,743 | $ 1,946,743 | $ 1,882,353 | $ (64,390) | -3.3% |
| 3811 | Anti-Drug Abuse Enforcement Prog Fund 0001 | 315,397 | 441,251 | 563,154 | 563,154 | 121,903 | 27.6% |
| 3813 | DA - Workers' Comp Fraud Grant Fund 0001 | 1,380,080 | 1,396,916 | 1,622,053 | 1,622,053 | 225,137 | 16.1% |
| 3812 | Child Abuser Vertical Prosecution Fund 0001 | 436,083 | 436,083 | 436,083 | 436,083 | — | — |
| 3816 | Dis & Health Ins Grant Fund 0001 | 340,668 | 450,000 | 489,332 | 489,332 | 39,332 | 8.7% |
| 3817 | DA H Tech Identity Theft Prog Fund 0001 | 561,903 | 561,603 | 561,603 | 561,603 | — | — |
| 3818 | DA-Auto Insur Grant Fund 0001 | 728,996 | 744,663 | 705,611 | 705,611 | (39,052) | -5.2% |
| 3819 | DA - Urban Grant Fund 0001 | 977,629 | 1,032,278 | 759,749 | 759,749 | (272,529) | -26.4% |
| 3832 | Administrative Svcs Fund 0001 | 18,070,195 | 18,834,227 | 19,531,675 | 20,768,112 | 1,933,886 | 10.3% |
| 3834 | Legal Spt Svcs Fund 0001 | 10,666,726 | 8,455,937 | 7,696,029 | 9,008,542 | 552,605 | 6.5% |
| 3835 | Welfare Fraud Investigations Fund 0001 | (2,456,276) | (870,000) | (2,115) | (64,325) | 805,675 | -92.6% |
| 3836 | Attorneys Fund 0001 | 40,238,816 | 40,251,194 | 40,232,973 | 42,836,794 | 2,585,600 | 6.4% |
| | **Total Net Expenditures** | $ 73,280,415 | $ 73,680,895 | $ 74,542,890 | $ 79,569,061 | $ 5,888,167 | 8.0% |

## District Attorney Department — Budget Unit 202
### Gross Expenditures by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3810 | HiTech React Grant Fund 0001 | $ 2,020,198 | $ 1,946,743 | $ 1,946,743 | $ 1,882,353 | $ (64,390) | -3.3% |
| 3811 | Anti-Drug Abuse Enforcement Prog Fund 0001 | 315,397 | 441,251 | 563,154 | 563,154 | 121,903 | 27.6% |
| 3813 | DA - Workers' Comp Fraud Grant Fund 0001 | 1,380,080 | 1,396,916 | 1,622,053 | 1,622,053 | 225,137 | 16.1% |
| 3812 | Child Abuser Vertical Prosecution Fund 0001 | 436,083 | 436,083 | 436,083 | 436,083 | — | — |
| 3816 | Dis & Health Ins Grant Fund 0001 | 340,668 | 450,000 | 489,332 | 489,332 | 39,332 | 8.7% |
| 3817 | DA H Tech Identity Theft Prog Fund 0001 | 561,903 | 561,603 | 561,603 | 561,603 | — | — |
| 3818 | DA-Auto Insur Grant Fund 0001 | 728,996 | 744,663 | 705,611 | 705,611 | (39,052) | -5.2% |
| 3819 | DA - Urban Grant Fund 0001 | 977,629 | 1,032,278 | 759,749 | 759,749 | (272,529) | -26.4% |
| 3832 | Administrative Svcs Fund 0001 | 22,024,647 | 22,614,117 | 23,131,903 | 24,491,492 | 1,877,376 | 8.3% |
| 3834 | Legal Spt Svcs Fund 0001 | 13,177,377 | 15,192,266 | 15,192,266 | 16,513,381 | 1,321,115 | 8.7% |
| 3835 | Welfare Fraud Investigations Fund 0001 | 2,318,035 | 4,497,071 | 5,364,956 | 5,302,746 | 805,675 | 17.9% |
| 3836 | Attorneys Fund 0001 | 42,069,647 | 41,980,960 | 42,067,864 | 44,671,685 | 2,690,725 | 6.4% |
| | **Total Gross Expenditures** | $ 86,350,660 | $ 91,293,951 | $ 92,841,317 | $ 97,999,242 | $ 6,705,292 | 7.3% |



## District Attorney Department — Budget Unit 202
### Expenditures by Object

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 72,196,799 | $ 73,119,055 | $ 73,510,717 | $ 78,292,244 | $ 5,173,189 | 7.1% |
| Services And Supplies | 14,099,345 | 18,174,896 | 19,228,324 | 19,706,998 | 1,532,103 | 8.4% |
| Fixed Assets | 54,516 | — | 102,276 | — | — | — |
| **Subtotal Expenditures** | 86,350,660 | 91,293,951 | 92,841,317 | 97,999,242 | 6,705,292 | 7.3% |
| Expenditure Transfers | (13,070,245) | (17,613,056) | (18,298,427) | (18,430,181) | (817,125) | 4.6% |
| **Total Net Expenditures** | 73,280,415 | 73,680,895 | 74,542,890 | 79,569,061 | 5,888,167 | 8.0% |

## District Attorney Department — Budget Unit 202
### Revenues by Cost Center

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | FY 2008 Appropriations Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3810 | HiTech React Grant Fund 0001 | $ 1,829,453 | $ 2,037,661 | $ 2,037,661 | $ 2,037,661 | $ — | — |
| 3811 | Anti-Drug Abuse Enforcement Prog Fund 0001 | 316,707 | 315,397 | 563,154 | 563,154 | 247,757 | 78.6% |
| 3813 | DA - Workers' Comp Fraud Grant Fund 0001 | 1,380,080 | 1,396,916 | 1,622,053 | 1,622,053 | 225,137 | 16.1% |
| 3812 | Child Abuser Vertical Prosecution Fund 0001 | 436,083 | 436,083 | 436,083 | 436,083 | — | — |
| 3816 | Dis & Health Ins Grant Fund 0001 | 340,668 | 450,000 | 489,332 | 489,332 | 39,332 | 8.7% |
| 3817 | DA H Tech Identity Theft Prog Fund 0001 | 563,403 | 561,603 | 561,603 | 561,603 | — | — |
| 3818 | DA-Auto Insur Grant Fund 0001 | 728,996 | 744,663 | 705,611 | 705,611 | (39,052) | -5.2% |
| 3819 | DA - Urban Grant Fund 0001 | 977,629 | 1,032,278 | 759,749 | 759,749 | (272,529) | -26.4% |
| 3832 | Administrative Svcs Fund 0001 | 3,920,266 | 4,303,749 | 4,797,363 | 4,178,944 | (124,805) | -2.9% |
| 3834 | Legal Spt Svcs Fund 0001 | 103,848 | 91,679 | 91,679 | 208,994 | 117,315 | 128.0% |
| 3835 | Welfare Fraud Investigations Fund 0001 | 409 | — | — | — | — | — |
| 3836 | Attorneys Fund 0001 | 320,136 | 324,322 | 324,322 | 468,936 | 144,614 | 44.6% |
| | **Total Revenues** | $ 10,917,678 | $ 11,694,351 | $ 12,388,610 | $ 12,032,120 | $ 337,770 | 2.9% |

## HiTech React Grant Fund 0001 — Cost Center 3810
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 1,946,743 | $ 2,037,661 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| Cost to Maintain Current Program Services | | | |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | (64,391) | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $ 1,882,352 | $ 2,037,661 |

### HiTech React Grant Fund 0001 — Cost Center 3810
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
|     FY 2009 Phone Rate Adjustment | — | 1 | — |
| Decision Packages | | | |
|        Subtotal (Recommended Changes) | — | $ 1 | $ — |
| **Total Recommendation** | — | $ 1,882,353 | $ 2,037,661 |

### Anti-Drug Abuse Enforcement Prog Fund 0001 — Cost Center 3811
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 441,251 | $ 315,397 |
| Board Approved Adjustments During FY 2008 | — | 121,903 | 247,757 |
| **Cost to Maintain Current Program Services** | | | |
|     Salary and Benefit Adjustments | — | — | |
|     Internal Service Fund Adjustments | — | 132,115 | — |
|     Other Required Adjustments | — | (132,115) | — |
|        Subtotal (Current Level Budget) | — | $ 563,154 | $ 563,154 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
|        Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 563,154 | $ 563,154 |

### DA - Workers' Comp Fraud Grant Fund 0001 — Cost Center 3813
**Major Changes to the Budget**

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 1,395,916 | $ 1,396,916 |
| Board Approved Adjustments During FY 2008 | — | 225,137 | 225,137 |
| **Cost to Maintain Current Program Services** | | | |
|     Salary and Benefit Adjustments | — | — | — |
|     Internal Service Fund Adjustments | — | 62,428 | — |
|     Other Required Adjustments | — | (62,428) | — |
|        Subtotal (Current Level Budget) | — | $ 1,622,053 | $ 1,622,053 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
|        Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 1,622,053 | $ 1,622,053 |



## Child Abuser Vertical Prosecution Fund 0001 — Cost Center 3812
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** |  |  |  |
| FY 2008 Approved Budget | — | $ 436,083 | $ 436,083 |
| Board Approved Adjustments During FY 2008 | — | — |  |
| **Cost to Maintain Current Program Services** |  |  |  |
| Salary and Benefit Adjustments | — | — |  |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $ 436,083 | $ 436,083 |
| **Recommended Changes for FY 2009** |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 436,083 | $ 436,083 |

## Dis & Health Ins Grant Fund 0001 — Cost Center 3816
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** |  |  |  |
| FY 2008 Approved Budget | — | $ 450,000 | $ 450,000 |
| Board Approved Adjustments During FY 2008 | — | 39,332 | 39,332 |
| **Cost to Maintain Current Program Services** |  |  |  |
| Salary and Benefit Adjustments | — |  | — |
| Internal Service Fund Adjustments | — | 3,593 | — |
| Other Required Adjustments | — | (3,593) | — |
| Subtotal (Current Level Budget) | — | $ 489,332 | $ 489,332 |
| **Recommended Changes for FY 2009** |  |  |  |
| Internal Service Fund Adjustments |  |  |  |
| Decision Packages |  |  |  |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 489,332 | $ 489,332 |

## DA H Tech Identity Theft Prog Fund 0001 — Cost Center 3817
### Major Changes to the Budget

|  | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** |  |  |  |
| FY 2008 Approved Budget | — | $ 561,603 | $ 561,603 |
| Board Approved Adjustments During FY 2008 | — | — | — |
| **Cost to Maintain Current Program Services** |  |  |  |
| Salary and Benefit Adjustments | — | — | — |
| Internal Service Fund Adjustments | — | — | — |
| Other Required Adjustments | — | — | — |
| Subtotal (Current Level Budget) | — | $ 561,603 | $ 561,603 |

Section 2: Public Safety and Justice



## DA H Tech Identity Theft Prog Fund 0001 — Cost Center 3817
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 561,603 | $ 561,603 |

## DA-Auto Insur Grant Fund 0001 — Cost Center 3818
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 744,663 | $ 744,663 |
| Board Approved Adjustments During FY 2008 | — | (39,052) | (39,052) |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | | — |
| Internal Service Fund Adjustments | — | (83,966) | — |
| Other Required Adjustments | — | 83,966 | — |
| Subtotal (Current Level Budget) | — | $ 705,611 | $ 705,611 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 705,611 | $ 705,611 |

## DA - Urban Grant Fund 0001 — Cost Center 3819
### Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | — | $ 1,032,278 | $ 1,032,278 |
| Board Approved Adjustments During FY 2008 | — | (272,529) | (272,529) |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | | — |
| Internal Service Fund Adjustments | — | (275,152) | — |
| Other Required Adjustments | — | 275,152 | — |
| Subtotal (Current Level Budget) | — | $ 759,749 | $ 759,749 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Decision Packages | | | |
| Subtotal (Recommended Changes) | — | $ — | $ — |
| **Total Recommendation** | — | $ 759,749 | $ 759,749 |



## Administrative Svcs Fund 0001 — Cost Center 3832
## Major Changes to the Budget

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 179.5 | $ | 18,834,227 | $ | 4,303,749 |
| Board Approved Adjustments During FY 2008 | 4.0 | | 697,448 | | 493,614 |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 645,040 | | — |
| Internal Service Fund Adjustments | — | | 84,393 | | 647,806 |
| Other Required Adjustments | — | | (642,284) | | (1,402,803) |
| Subtotal (Current Level Budget) | 183.5 | $ | 19,618,824 | $ | 4,042,366 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Transfer Victim Restitution Unclaimed Funds to the General Fund | — | | — | | 95,527 |
| FY 2009 Data Processing Adjustment | — | | 1,056 | | — |
| FY 2009 Phone Rate Adjustment | — | | (414) | | — |
| Decision Packages | | | | | |
| 1. Victim Restitution Services | 1.0 | | 95,527 | | — |

Add 1.0 FTE Unclassified Sr. Paralegal/Paralegal (W70/W03) to assist with victim restitution services. The cost of the position is offset by a transfer of funds from undistributed victim restitution monies that are currently held in a trust fund. The cost of the position equates to 65% of the current balance of victim restitution monies that have not been distributed within a 3-year time frame. The position is recommended as unclassified because the funding source is not steady.

| 2. State Victim Services Grant | 0.5 | | 41,051 | | 41,051 |
|---|---|---|---|---|---|

Add 0.5 FTE Sr. Paralegal/Paralegal (V73/V74) for victim services. The cost of the position is fully offset by grant funds from the State Office of Emergency Services. The position is recommended as a classified (ongoing) position as grant funding is expected in an amount sufficient to support this position for several years.

| 3. Augment Clerical Staff | 0.5 | | — | | — |
|---|---|---|---|---|---|

Delete 0.5 FTE Office Specialist III (D09) and add back 1.0 FTE Office Specialist III (D09), augmenting existing clerical staff by a net 0.5 FTE. The ongoing cost of this augmentation ($38,106) is offset by a reduction in ongoing appropriations for services and supplies.

| 4. Allocate Funding for Information Technology Project | — | | 888,968 | | — |
|---|---|---|---|---|---|

Allocate one-time funding in the amount of $805,568 and ongoing funding in the amount of $83,400 for the information technology project - CRIMES.Net.

| 5. Allocate One-time Funds for Technology Project | — | | 123,100 | | — |
|---|---|---|---|---|---|

Allocate one-time funds in the amount of $123,100 for IT Infrastructure Replacement Project.

| Subtotal (Recommended Changes) | 2.0 | $ | 1,149,288 | $ | 136,578 |
|---|---|---|---|---|---|
| **Total Recommendation** | 185.5 | $ | 20,768,112 | $ | 4,178,944 |

## Legal Spt Svcs Fund 0001 — Cost Center 3834
## Major Changes to the Budget

| | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 90.0 | $ | 8,455,937 | $ | 91,679 |
| Board Approved Adjustments During FY 2008 | — | | (759,908) | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 1,339,596 | | — |
| Internal Service Fund Adjustments | — | | (786,991) | | 117,315 |
| Other Required Adjustments | — | | 759,908 | | — |
| Subtotal (Current Level Budget) | 90.0 | $ | 9,008,542 | $ | 208,994 |


<div style="writing-mode: vertical">Section 2: Public Safety and Justice</div>

**Legal Spt Svcs Fund 0001 — Cost Center 3834**
**Major Changes to the Budget**

|  | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | 90.0 | $ | 9,008,542 | $ | 208,994 |

**Welfare Fraud Investigations Fund 0001 — Cost Center 3835**
**Major Changes to the Budget**

|  | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | — | $ | (870,000) | $ | — |
| Board Approved Adjustments During FY 2008 | — | | 867,885 | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | — | | — |
| Internal Service Fund Adjustments | — | | 805,675 | | — |
| Other Required Adjustments | — | | (867,885) | | — |
| Subtotal (Current Level Budget) | — | $ | (64,325) | $ | — |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | — | $ | (64,325) | $ | — |

**Attorneys Fund 0001 — Cost Center 3836**
**Major Changes to the Budget**

|  | Positions | | Appropriations | | Revenues |
|---|---|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | | | |
| FY 2008 Approved Budget | 172.0 | $ | 40,251,194 | $ | 324,322 |
| Board Approved Adjustments During FY 2008 | 1.0 | | (18,221) | | — |
| **Cost to Maintain Current Program Services** | | | | | |
| Salary and Benefit Adjustments | — | | 2,622,207 | | — |
| Internal Service Fund Adjustments | — | | (123,511) | | 144,614 |
| Other Required Adjustments | — | | 105,125 | | — |
| Subtotal (Current Level Budget) | 173.0 | $ | 42,836,794 | $ | 468,936 |
| **Recommended Changes for FY 2009** | | | | | |
| Internal Service Fund Adjustments | | | | | |
| Decision Packages | | | | | |
| Subtotal (Recommended Changes) | — | $ | — | $ | — |
| **Total Recommendation** | 173.0 | $ | 42,836,794 | $ | 468,936 |



**District Attorney Crime Laboratory — Budget Unit 203**
**Net Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3820 | Laboratory Of Criminalistics Fund 0001 | $ 7,289,499 | $ 8,111,746 | $ 8,424,537 | $ 9,045,436 | $ 933,690 | 11.5% |
| | **Total Net Expenditures** | $ 7,289,499 | $ 8,111,746 | $ 8,424,537 | $ 9,045,436 | 933,690 | 11.5% |

**District Attorney Crime Laboratory — Budget Unit 203**
**Gross Expenditures by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3820 | Laboratory Of Criminalistics Fund 0001 | $ 7,471,819 | $ 8,284,690 | $ 8,597,481 | $ 9,225,436 | $ 940,746 | 11.4% |
| | **Total Gross Expenditures** | $ 7,471,819 | $ 8,284,690 | $ 8,597,481 | $ 9,225,436 | 940,746 | 11.4% |

**District Attorney Crime Laboratory — Budget Unit 203**
**Expenditures by Object**

| Object | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|
| Salaries And Employee Benefits | $ 6,259,161 | $ 6,839,923 | $ 6,839,923 | $ 7,483,766 | $ 643,843 | 9.4% |
| Services And Supplies | 1,157,380 | 1,444,767 | 1,757,558 | 1,741,670 | 296,903 | 20.6% |
| Fixed Assets | 55,278 | — | — | — | — | — |
| **Subtotal Expenditures** | 7,471,819 | 8,284,690 | 8,597,481 | 9,225,436 | 940,746 | 11.4% |
| Expenditure Transfers | (182,321) | (172,944) | (172,944) | (180,000) | (7,056) | 4.1% |
| **Total Net Expenditures** | 7,289,499 | 8,111,746 | 8,424,537 | 9,045,436 | 933,690 | 11.5% |

**District Attorney Crime Laboratory — Budget Unit 203**
**Revenues by Cost Center**

| CC | Cost Center Name | FY 2007 Actuals | FY 2008 Appropriations Approved | Adjusted | FY 2009 Recommended | Amount Chg From FY 2008 Approved | % Chg From FY 2008 Approved |
|---|---|---|---|---|---|---|---|
| 3820 | Laboratory Of Criminalistics Fund 0001 | $ 3,472,304 | $ 3,579,195 | $ 3,800,604 | $ 4,280,228 | $ 701,033 | 19.6% |
| | **Total Revenues** | $ 3,472,304 | $ 3,579,195 | $ 3,800,604 | $ 4,280,228 | 701,033 | 19.6% |



## Laboratory Of Criminalistics Fund 0001 — Cost Center 3820
## Major Changes to the Budget

| | Positions | Appropriations | Revenues |
|---|---|---|---|
| **General Fund (Fund Number 0001)** | | | |
| FY 2008 Approved Budget | 59.0 | $ 8,111,746 | $ 3,579,195 |
| Board Approved Adjustments During FY 2008 | — | 312,791 | 221,409 |
| **Cost to Maintain Current Program Services** | | | |
| Salary and Benefit Adjustments | — | 527,154 | — |
| Internal Service Fund Adjustments | — | (3,634) | 993,591 |
| Other Required Adjustments | — | (687,682) | (1,126,941) |
| Subtotal (Current Level Budget) | 59.0 | $ 8,260,375 | $ 3,667,254 |
| **Recommended Changes for FY 2009** | | | |
| Internal Service Fund Adjustments | | | |
| Transfer from Fund 0230 to Fund 0001 for Crime Lab Equipment and Supplies | — | — | 496,285 |
| FY 2009 Data Processing Adjustment | — | 19 | — |
| FY 2009 Phone Rate Adjustment | — | (232) | — |
| Decision Packages | | | |
| 1. Add 1.0 FTE Criminalist III/II/I | 1.0 | 116,689 | 116,689 |
| Add 1.0 FTE Criminalist III/II/I (V67/V68/V69) to address increases in the volume and complexity of work provided to outside agencies. The ongoing cost of the position is fully offset with revenue from the outside agencies. | | | |
| 2. Contract Forensic Services | — | 99,000 | — |
| Allocate $99,000 from the General Fund on a one-time basis for the cost of contract forensic services. | | | |
| 3. DNA Identification Trust Fund | — | 496,285 | — |
| Allocate $496,285 from the DNA Identification Trust Fund on a one-time basis to purchase equipment and supplies for the new Crime Lab. | | | |
| 4. Allocate One-time Funds for Technology Project | — | 73,300 | — |
| Allocate one-time funds in the amount of $73,300 for IT Infrastructure Replacement Project. | | | |
| Subtotal (Recommended Changes) | 1.0 | $ 785,061 | $ 612,974 |
| **Total Recommendation** | 60.0 | $ 9,045,436 | $ 4,280,228 |



# Office of the Public Defender



Section 2: Public Safety and Justice



**Gross Appropriation Trend**

**Staffing Trend**



## Public Purpose

**Constitutional and Statutory Rights of Indigent Clients Protected**



## Desired Results

**Prompt representation of indigent clients.** This is promoted by the Department through quick intake and timely actions to prepare cases for court proceedings.



Number of Incarcerated Clients Interviewed within 3 days of Appointment by Court



Number of Cases Opened within 5 Days of Interview



**Effective Legal Advocacy.** This is promoted by the Department through training, supervision, and case management.



**Cases Reversed for Ineffective
Assistance of Counsel**

One case was reversed for ineffective assistance of counsel in 2007.



**Cases Relieved for Ineffective
Assistance of Counsel**

No cases were relieved for ineffective assistance of counsel in 2007



**Number of Litigated Murder Cases with
Favorable Results/Outcomes for Client**

**Alternatives to Incarceration.** This is promoted by the Department through prompt identification of clients' special needs, investigation, and presentation of sentencing alternatives to the court.



**Drug Cases Resulting in DEJ\* or Proposition 36\*\***

\* DEJ (Deferred Entry of Judgement) is a diversion program related to successful completion of drug treatment
\*\* Proposition 36 (SACPA) provides drug treatment in lieu of incarceration for non-violent drug offenses.



**Alternatives to Incarceration.** (Continued)



Juvenile Clients Participating in Juvenile
Treatment Court



Resources/Staff Assigned to
Diversion Efforts

## Description of Major Services

**Primary Responsibility:** The Public Defender's Office and the Alternate Defender's Office provide legal representation to indigent clients who are charged with the commission of a criminal offense alleged to have been committed in this County. The Office represents minors against whom delinquency petitions have been filed in the juvenile division of the Superior Court. The Office also represent clients in civil commitment proceedings as mandated by Government Code section 27706, including mentally ill persons conserved under the LPS Act, developmentally disabled persons and mentally impaired elders under the Probate Code. Sexually Violent Predators are also represented pursuant to Welfare and Institutions Code section 6602.

**Restructure of the Indigent Criminal Defense System:** On February 26, 2008 the Board of Supervisors approved a realignment of the indigent criminal defense system in Santa Clara County to increase the roles of the Public Defender and the Alternate Defender, and assign management of the conflict panel and other criminal defense functions to the Office of the County Counsel. Beginning July 1, 2008, with the expiration of the County's contract with the Legal Aid Society for these services, the restructure will:

■ Transfer the first tier of indigent adult defense (felony and misdemeanor) for the Palo Alto Court to the Public Defender's Office.

■ Transfer the second tier of indigent adult felony defense for the Palo Alto, Sunnyvale, and South County Courts to the Alternate Defender Office.

■ Transfer the second tier of indigent juvenile defense to the Alternate Defender Office.

■ Create a new unit within the Office of the County Counsel to manage a conflict panel, indigent Family Court civil contempt cases, and misdemeanor appeals for indigent appellants.

On April 8, 2008 the Board approved the creation of eight new positions for the Public Defender's Office (4.0 FTE Attorney, 1.0 FTE Investigator, 1.0 FTE Paralegal, 1.0 FTE Legal Clerk, and 1.0 FTE Management Analyst) and two new Attorney positions for the Alternate Defender, to staff these new/expanded responsibilities. Funding for the FY 2009 cost of these resources is built into the base budget.

**Effective Representation:** The mandate to provide representation for indigent criminal clients originates from the Sixth Amendment to the United States Constitution as well as related California Constitution provisions. These declare that a criminal defendant is entitled to counsel at all critical stages of the proceedings against him or her. In all instances the Public Defender's Office seeks to provide high quality, vigorous representation for its clients. This effort is in accord with the standard of care established by the California Supreme Court requiring that competent counsel act as a "diligent and conscientious advocate" for his or her client. The Office has developed an in-house training program to provide their attorneys,



investigators and paralegals with the information, strategies and advice to assist them in effective advocacy for the clients.

**Client Intake:** A substantial number of clients represented by the Public Defender are incarcerated. From the time of initial arrest, a series of constitutional and statutory provisions designed to safeguard clients' right, mandate that the Office quickly identify, interview and undertake representation of these defendants. Failure to initiate these actions promptly may jeopardize a criminal defendant's Sixth Amendment right to counsel and a speedy trial.

**Case Investigation:** An independent investigation of the facts and assumptions underlying a law enforcement case against the client is perhaps the single most critical service that a defender can provide. It is the Public Defender's obligation to take a fresh look at the client's case and to test the state's premises for prosecution. Prompt and effective investigation of the facts of the case by Public Defender staff provides the attorney with information critical to the preparation of the best defense for the client. Undertaking investigation at the onset of a case is invaluable in determining whether witnesses should be subpoenaed and the case should proceed to trial or whether a favorable early settlement of the case should be attempted through one of the court's early resolution options.

**Presentation of Alternatives to Incarceration to the Court:** While the goal is to obtain an acquittal for clients where possible, careful development of mitigating factors which can impact sentencing alternatives is also an important and mandated aspect of quality criminal defense services. Representation does not end with a plea of guilty or a conviction at trial. The Public Defender's Office must strive to lessen the impact of sentencing on the clients where possible, by exploring available alternatives to incarceration. The lawyers and paralegal staff work with a variety of community programs in an attempt to find the right resource for each client, and present a sentencing plan that takes into account the needs of the individual.

**County Collaborative Efforts:** The Public Defender's Office is involved in many collaborative projects that reflect commitment to improvement of County services for the indigent and mentally ill, as well as the justice system. These projects include the Jail Population Task Force, the Santa Clara County Superior Court's Streamlining Committee, the implementation of Proposition 63, Juvenile Detention Reform efforts, and the Domestic Violence Council, in addition to the many other committees and boards relevant to the clients' interests and those of the justice community.

**Community Support and Services:** Members of the Public Defender's staff assist with projects that reach outside government and into the Santa Clara County community. Examples include participation in the training phase for Santa Clara University's Innocence Project, participation in "D.U.I." trials at local high schools designed to teach high school students about the court system and the dangers of drinking and driving, volunteer legal assistance at the Homeless Court conducted by the Superior Court at the Boccardo Community Shelter and at Salvation Army, and participation in immigration rights information fairs. Senior lawyers from the Office lecture at California Public Defender Association programs around the state and participate as faculty members for Santa Clara University Law School's Annual Death Penalty College each year.

**Mental Health:** The tragedy of mental illness often introduces individuals into the civil courts, the criminal courts, or both. The Public Defender's Office represents clients in conservatorship proceedings in probate court and in civil commitment proceedings to guarantee that the civil liberties of the mentally ill are protected and that they receive the placements and services appropriate to their needs. Many of the criminally charged clients also suffer from mental illness. The Public Defender's Office represent clients who have a defense of legal insanity, those who are not competent to stand trial due to the state of their mental health, and individuals who can benefit from the services of the Criminal Mental Health Court, which provides support for mentally ill persons convicted of crimes.

**Alternate Defender Office (ADO):** Established in 1996, the ADO provides high quality defense services to indigent defendants and minors the Public Defender cannot represent because of a conflict of interest. This successful and innovative approach to assignment of conflict cases has resulted in effective but streamlined case processing, particularly in multiple defendant prosecutions.



**Juvenile Court:** Juvenile delinquency matters comprise a important part of the Public Defender's overall caseload. The Office's commitment is to provide representation to youth which maximizes their potential for re-entry into the community and minimizes the use of the California Youth Authority. The Public Defender's involvement in various Juvenile Court programs has convinced the organization that mental health and drug treatment needs of minors must be addressed at the earliest possible point of entry into the justice system in order to avoid a cycle of failure and incarceration. The Public Defender is actively participating in the Juvenile Detention Reform project, which focuses on the unnecessary and unreasonable detention of youth. The Office is also working on issues related to disproportionate minority confinement in the juvenile system. The Office participates in Juvenile Mental Health Court to increase delivery of mental health services to juvenile offenders accused of less serious offenses. and in Juvenile Treatment Court. The Office also provides advice and support to Fresh Lifelines for Youth (FLY), a program that provides mentoring and peer leadership to at-risk youth through the Juvenile Court.

**Record Reduction & Expungement Services:** Through an intra-county agreement with the Social Services Agency, the Office provides record expungement (clearance) services to CalWORKs clients. Criminal convictions often prevent clients from obtaining employment or promotion in their current job. The expungement program assists CalWorks clients to obtain record clearance of Santa Clara County convictions where eligible.

## Emerging Issues

**Sexually Violent Predator (SVP) Cases** Sexually Violent Predators (SVP) are individuals who have completed prison terms for sex offenses, and for whom the District Attorney now seeks a civil commitment in a state hospital. When the Jessica's Law initiative was passed in 2006, the law changed so that persons determined to be SVP could be committed for an indeterminate (i.e., life) term, rather than having a right to a jury trial every two years. The Public Defender anticipates that most clients who waived their right to jury trial under the two year scheme should and will demand a trial.

The local Superior Court agreed with the District Attorney that the terms could be converted from two year terms to indeterminate terms without a jury trial. There were approximately 30 cases affected by the trial court's ruling. All of those cases were appealed to the 6th District Court of Appeal and have been making their way through the appellate process over the last nine months.

Recently, the Court of Appeal ruled in the first of these cases in favor of the defense, that it was improper to convert the two year terms to indeterminate terms, and that jury trials must be conducted in each case. The District Attorney's Office has petitioned the California Supreme Court to reverse this ruling. If the Supreme Court agrees to hear the District Attorney's petition, it could be a year or two before these cases come back to Santa Clara County while the cases sit on the Supreme Court's docket.

However, if the Supreme Court chooses not to hear the petition, the cases will all return to the Superior Court in FY 2009. The Court's decision is expected near the beginning of the new fiscal year.

If the cases return from the appellate courts, the Public Defender may require an unclassified attorney position for 18 months to address this temporary backlog of cases in order to facilitate the orderly adjudication of these matters in the trial courts. Once the backlog is resolved, caseloads should stabilize. While the office would require one-time funds to meet this need, Sexually Violent Predator cases are eligible for reimbursement through SB 90, and the cost of an attorney position could be fully offset with SB 90 revenue, assuming the State has not suspended or eliminated such reimbursement in its own budget process.

