# Exhibit B

Committee Agenda Date: August 13, 2008
Agenda Item No.5

# County of Santa Clara
## Office of the County Executive
Office of Affordable Housing



FGOC-CE01 081308

Prepared by: Marjorie Matthews
Director, Office of Affordable Housing

Reviewed by: Emily Harrison
Deputy County Executive

DATE: August 13, 2008

TO: Supervisor Pete McHugh, Chairperson
Supervisor Liz Kniss, Vice-Chairperson
Finance & Government Operations Committee

FROM: 

Peter Kutras Jr.
County Executive

SUBJECT: Response to Referral on Inventory Proposal Number 3 Re: Request for $125,000 for the Housing Trust of Santa Clara County and discussion regarding the Office of Affordable Housing and proposed priorities for the Affordable Housing Fund.

## RECOMMENDED ACTION

Accept this report and forward to the full Board of Supervisors the following for discussion and possible approval: 1) an overview of the Office of Affordable Housing and the Affordable Housing Fund; 2) proposed prioritization of the Affordable Housing Fund activities and funding; and 3) allocation of $125,000 to the Housing Trust Fund from the Affordable Housing Fund.

## FISCAL IMPLICATIONS

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive Peter Kutras Jr.

1

Graves/ 00018

### Affordable Housing Fund Revenues

The AHF was established in 2002 in anticipation of housing set-aside funds from the redevelopment agreement with the City of San Jose. In 2003, $12,800,000 in set-aside funds was transferred to the AHF. In 2005, a transfer of $4,169,362 was made, bringing the total set-aside contribution to $16,969,362. Also in 2005, the County sold property at Monroe and San Tomas Expressway to the City of Santa Clara, and $5,395,312 was transferred into the AHF.

In 2004, the Board approved Board Policy 7.8 directing that 30% of the proceeds from the sale, lease, or development of General Fund surplus property be allocated to support affordable housing projects. It established an on-going source of revenue to continue supporting affordable housing for the County's lowest income populations. Since that policy was adopted, proceeds from the lease of surplus property near the Elmwood Correctional Facility have resulted in revenue to the AHF in the amount of $191,163. The annual on-going revenue is projected to be $240,300. In addition to the revenue described above, other revenues have included interest earnings of $2,027,154 and administrative fees from executed loans and grants of $47,970.

In June 2008, the Board eliminated Board Policy 7.8 and approved an annual allocation of $1 million from the General Fund to the Affordable Housing Fund for housing projects. This will be in addition to the annual $240,300 from the surplus property leases.

Attachment A summarizes the AHF Financial Status and Projections.

### Affordable Housing Fund Expenditures

<u>New Housing Units</u>
Since 2003, the Affordable Housing Fund has assisted in the acquisition or development of 21 different housing projects which have or will result in 1,658 new housing units and 51 permanent shelter beds. The housing units will all be restricted to extremely low income tenants making less than 30% of the area median income, which today is $31,850 for a family of four. Assistance to shelter facilities has been in the form of grants. Assistance to housing developments has been in the form of low interest loans with payments deferred for 55 years with assisted units restricted to the target populations for 55 years. This financing structure has proven successful in assuring both project feasibility and the long term dedication of housing for extremely low income tenants. The Office of Affordable Housing has often

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras Jr.

3

Graves/ 00019

defraying costs of the County's housing programs to the General Fund.

## Funding Priorities of the Affordable Housing Fund

The Administration recommends that future expenditures from the Affordable Housing Fund be prioritized to support the creation of affordable housing units for the County's special populations: the mentally ill, the homeless, persons with disabilities, emancipating foster youth, survivors of domestic violence, and extremely low and no income residents. The annual $1 million approved by the Board during the June budget deliberations would be restricted to financial assistance for new housing units for these populations, specifically for acquisition, development, long term leases, or capitalized operating costs. An annual $300,000 would continue to offset General Fund costs of the administration of the County's housing programs. The remaining fund balance of the AHF would be reserved to support the Homeless Transit Pass and Cold Weather Shelter Programs as well as other programs or projects that may arise to further the implementation of Destination: Home and reach the County's goal of ending homelessness.

## Request for $125,000 for the Housing Trust of Santa Clara County

Since FY1999, the County has contributed $3,750,000 to the Housing Trust of Santa Clara. All payments have been dispersed from the General Fund and are summarized below:

| | |
|---|---|
| FY1999 | $2,000,000 |
| FY2000 | 250,000 |
| FY2001 | 250,000 |
| FY2005 | 500,000 |
| FY2006 | 250,000 |
| FY2007 | 250,000 |
| FY2008 | 250,000 |
| Total | $ 3,750,000 |

The Housing Trust of Santa Clara County has offered loans and grants to create affordable housing since 2001. Funds are raised from both the private and public sectors, with $3,750,000 from the County, the largest contributor to date. Such contributions have

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras Jr

5

Graves/ 00020

County of Santa Clara- Office of Affordable Housing
Affordable Housing Fund (Fund 0196) Status and Projection
25-Jul-08

| Revenues | FY03 Actual | FY04 Actual | FY05 Actual | FY06 Actual | FY07 Actual | FY08 Actual | Projection FY09 Budget | Total Costs |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 0 | 12,717,549 | 12,662,990 | 16,037,032 | 13,450,738 | 12,026,233 | 9,181,567 | |
| First Transfer | 12,800,000 | | | | | | | 12,800,000 |
| Interest Earned | 17,077 | 205,063 | 304,399 | 559,919 | 614,428 | 406,470 | 300,000 | 2,407,356 |
| Loan Application Fees | | | 4,965 | 15,105 | 11,475 | 17,175 | 20,000 | 68,720 |
| Second Transfer | | | 4,169,362 | | | | 0 | 4,169,362 |
| San Thomas Sale | | | 5,395,312 | | | | 0 | 5,395,312 |
| Elmwood Lease Payments | | | | | | 230,879 | 0 | 230,879 |
| Reimbursement from MHD | | | | | | 675,000 | 1,325,000 | 2,000,000 |
| Transfer from Gen Fund | | | | | | | 1,000,000 | 1,000,000 |
| Sub Total | 12,817,077 | 12,922,612 | 22,537,028 | 16,612,056 | 14,076,641 | 13,355,758 | 11,826,567 | 28,071,629 |
| Allocations/Expenditures | | | | | | | | |
| Start up Cost | (99,528) | | | | | | | (99,528) |
| Administrative Expense | | (259,622) | (300,000) | (300,000) | (347,295) | (255,689) | (300,000) | (1,762,605) |
| Payment for Count Project | | | (35,000) | | | | | (35,000) |
| Reimbursement to Roads | | | (54,000) | | | | | (54,000) |
| Project Expenditures: | | | | | | | | |
| FY2005 | | | | | | | | 0 |
| FY2006 | | | (6,110,996) | | | | | (6,110,996) |
| FY2007 | | | | (2,134,246) | | | | (2,134,246) |
| FY2008-CCR- or Outstanding Commitments | | | | | (1,296,575) | | | (1,296,575) |
| Housing Plus Fund -Round I (A) | | | | | | (1,950,000) | (4,088,182) | (6,038,182) |
| Housing Plus Fund -Next NOFA | | | | | | (1,350,000) | (800,000) | (2,150,000) |
| Bridge Budget Gap for HCD deficit | | | | | | 0 | (1,850,000) | (1,850,000) |
| FY08- Assist CEO to reduce GF cost | | | | (282,108) | | 0 | 0 | (282,108) |
| Community Tech Alliance | | | | | | (200,000) | 0 | (200,000) |
| Housing Trust | | | | | | | (65,000) | (65,000) |
| Cold Weather Shelter Program (B) | | | | (380,870) | (380,870) | (367,166) | (125,000) | (1,528,906) |
| Transit Pass Program | | | | (64,094) | (25,668) | (51,336) | (400,000) | (141,098) |
| Sub Total | (99,528) | (259,622) | (6,499,996) | (3,161,318) | (2,050,408) | (4,174,190) | (7,628,182) | (23,873,244) |
| Ending Balance | 12,717,549 | 12,662,990 | 16,037,032 | 13,450,738 | 12,026,233 | 9,181,567 | 4,198,385 | 4,198,385 |

Note (A). HPF is a joint project of OAH and Mental Health to commit $4M for housing for the homeless mentally ill. Four housing projects totalling $2,150,000 was awarded in the first round. The remaining $1,850,000 is currently available over the counter.
(B) CWSP includes an increase for cost of living for FY08

## AFFORDABLE HOUSING FUND PROJECTS

| Contract No. | AGENCY NAME | PROJECT NAME | No. of Units | TOTAL COST | COUNTY FUNDS |
|---|---|---|---|---|---|
|  | Round 1 Allocations - September, 2003 | | | | |
| AHF-03-001 | Housing Authority of Santa Clara County (A) | Opportunity Center of the Midpeninsula | 89 | $19,727,363 | $1,000,000 |
| AHF-03-002 | Emergency Housing Consortium (B) | Our House Shelter and Transitional Housing for Runaway Youth | 27 | $9,943,268 | $1,000,000 |
| AHF-03-003 | Emergency Housing Consortium (A) | Sobrato Transitional Center | 140 | $6,388,644 | $1,480,000 |
| AHF-03-004 | South County Housing (A) | Sobrato Apartments | 60 | $15,167,666 | $1,700,000 |
| AHF-03-006 | Charities Housing Development (A) | Mountain View Efficeincy Studio Apartments | 118 | $19,209,362 | $1,500,000 |
| AHF-03-007 | Community Working Group (A) | Opportunity Center of the Midpeninsula | See Below[1] | See Below | $1,000,000 |
| TOTAL | | | 434 | $70,436,303 | $7,680,000 |
|  | November, 2003 | | | | |
| Contract No. | AGENCY NAME | PROJECT NAME | No. of Units | TOTAL COST | COUNTY FUNDS |
| AHF-03-008 | Housing Trust of Santa Clara County (A) | First Time Homebuyer Program | | $500,000 | $500,000 |
| TOTAL | | | | $500,000 | $500,000 |
|  | Round 2 Allocations – June, 2004 | | | | |
| Contract No. | AGENCY NAME | PROJECT NAME | No. of Units | TOTAL COST | COUNTY FUNDS |
| AHF-04-001 | Charities Housing Development (B) (C-5/07) | Senter Road Family Housing-Phase 1 | 117 | $36,982,468 | $350,000 |
| AHF-04-002 | VMC Foundation (A) | House on the Hill | 42 | $2,833,433 | $155,000 |
| AHF-04-003 | Emergency Housing Consortium (A) | Sobrato Transitional Center | See Below[2] | See Below | $520,000 |
| AHF-04-004 | Core Development (A) | Delmas Park Apartments | 123 | $36,666,495 | $260,000 |
| AHF-04-005 | Core Development | San Jose Artist Ark Housing | 148 | $30,576,736 | $440,000 |
| AHF-04-008 | Unity Care Group | Transitional Housing for Youth | 6 | $1,000,000 | $250,000 |
| AHF-04-009 | Housing for Independent People (A) | Burning Tree | 5 | $465,000 | $75,000 |
| AHF-04-011 | Mid-Peninsula Housing Coalition (C - 12/07) | New Central Park | 100 | $19,175,780 | $350,000 |
| TOTAL | | | 541 | $127,699,912 | $2,400,000 |
|  | Round 3 Allocations - September, 2005 | | | | |
| Contract No. | AGENCY NAME | PROJECT NAME | No. of Units | TOTAL COST | COUNTY FUNDS |
| AHF-05-001 | Bridge Housing Corporation (C - 6/08) | Fabian Way Senior Apts. | 66 | $22,280,361 | $1,500,000 |
| AHF-05-002 | Housing Authority of SCC (C - 4/09) | Fairgrounds Senior Housing | 198 | $36,116,360 | $1,475,000 |
| AHF-05-003 | Senior Housing Solutions | Milpitas Senior Group | 5 | $921,225 | $250,000 |
| AHF-05-005 | Charities Housing Development (C - 1/08) | Paseo Senter II | 101 | $35,681,471 | $300,000 |
| AHF-05-006 | South County Housing (Permanent Financing-9/07) | Royal Court Apts. | 55 | $17,682,386 | $475,000 |
| TOTAL | | | 425 | $112,681,803 | $4,000,000 |
|  | Round 4 Allocations – Housing Plus February, 2007 | | | | |
| HPF-07-01 | First Community Housing (D) | Fourth Street Apartments | (100) | $43,252,108 | ($600,000) |
| HPF-07-02 | First Community Housing | Curtner Gardens | 180 | $17,717,607 | $1,350,000 |
| HPF-07-03 | Charities Housing Development-A | Paseo Senter II | See Below[3] | See Below | $250,000 |
| HPF-07-04 | Charities Housing Development | Paseo Senter I | See Below[4] | See Below | $250,000 |
| HPF-08-01 | Charities Housing Development | Kings Crossing | 94 | $43,952,000 | $300,000 |
| TOTAL | | | 274 | $61,669,607 | $2,150,000 |
|  | March, 2008 | | | | |
| AHF-08-01 | Family Supportive Housing | Family Shelter | 35 | $16,600,000 | $1,000,000 |
| GRAND TOTALS | | | 1,709 | $389,587,625 | $17,730,000 |

A. Contracts Executed
B. Contracts in process
C. Permanent Financing
D. Cancelled Project

[1] Project awarded funds through Housing Authority of SCC and Community Working Group.
[2] Project funded in Round One.
[3] Project funded in Round Three.
[4] Project funded in Round Two

Graves/ 00022