# Exhibit C

# County of Santa Clara
# Department of Correction
Administration



PSJC DOC02 121307

Prepared by: Michael Rice
Associate Management Analyst B

DATE: December 13, 2007

TO: Supervisor Blanca Alvarado, Chairperson
Supervisor Ken Yeager, Vice-Chairperson
Public Safety & Justice Committee

FROM: 

Edward Flores
Chief of Correction

SUBJECT: Report Back on the Department of Correction Bed Capacities, Closed Housing Units, and Vacancy Rates

## RECOMMENDED ACTION
Accept this report back from the Department of Correction (DOC) relating to DOC bed capacities, closed housing units, and vacancy rates. (Referral from October 18, 2007, Item 6)

## FISCAL IMPLICATIONS
There are no general fund implications associated with acceptance of this report.

## REASONS FOR RECOMMENDATION
On October 18, 2007, the Public Safety and Justice Committee requested a report back from the DOC on the capacity rates for all jail facilities within the County, as well as a breakdown

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras Jr.

1

Graves/ 00023

of population by unit, classification, and facility, and information on local County jail facilities that are closed.

## ATTACHMENTS

- Bed Capacity Analysis Report

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras Jr

2

Graves/ 00024

# Department of Correction Housing Capacity Analysis

This report is in response to a request from the Public Safety and Justice Committee for clarification specific to inmate bed capacity for all jail facilities in the county to include, a breakdown of the inmate population and capacity by facility and security level; closed jail facilities; and the 15% bed vacancy rate necessary to manage the inmate population.

## Capacity and Inmate Population

### Classification

In accordance with State and Federal Law, the Department of Correction (DOC) is required to classify the inmate population so as to segregate inmates based on a number of factors. The DOC accomplishes this by identifying these factors and comparing segregation needs of the population, before determining placement of groups and individuals within our facilities.

The jail population is comprised of a highly diverse group of individuals. In order to ensure the safety of all in its custody, the department assigns a classification profile and security level to each inmate. The DOC conducts an initial risk assessment prior to assigning each inmate to a housing unit. This assessment is designed to determine if the inmate is a low, moderate, or high risk for escape, assault, disruptive behavior, or criminal activity within the jail system. It accordingly identifies the appropriate security level and profile for each inmate. There are four general security classifications of inmates: minimum, medium, high-medium, and maximum security. The profile assigned will address the inmate's individual special needs including medical care, mental health care, protective custody and sophistication level.

The DOC total inmate bed capacity of 5,380 is comprised of 1,524 minimum security, 3,563 medium security and 293 maximum security beds. The medium security beds are used interchangeably for both medium and high-medium security inmates. However, the same is not true for the other security levels. For example, if the department exceeds its medium security capacity, it would not be prudent to fill the vacant minimum security beds with the higher level inmates because the minimum housing configuration and staffing levels are not designed to securely hold those inmates. Additionally, other segregation factors, such as protective custody status, would further limit the placement of inmates in lower security housing areas because the building design does not offer the ability to segregate incompatible inmates. A 15% vacancy rate is needed in order to physically segregate the inmates as dictated by their security level and individual circumstance.

### Maximum Security Level

Maximum security inmates are extremely difficult to manage. The majority of this population must be segregated from other inmates.

---

These individuals are not normally compatible with other inmates due to their history of violent charges, assaultive behavior towards staff, gang affiliation or the notoriety of their case.

The DOC has 293 beds designed for maximum security inmates. However, 42 of these beds are not available for maximum security housing as they are designated for acute psychiatric patients. Additionally, the DOC has 32 maximum security cells that can accommodate two inmates should the inmates meet compatibility requirements. It is rare that both beds in these cells can be utilized. Exclusive of these two areas, the functional capacity for maximum security beds is 219. The average maximum security inmate population is 373 inmates; this leaves 154 maximum security inmates that require accommodation elsewhere in the system.

In order to facilitate the housing of the excess maximum security inmate population, the DOC routinely assesses inmate profiles. This process reevaluates each maximum security inmate's profile *and* his or her criminal history. By completing this review, maximum security inmates can be placed in high-medium security units when they are compatible with small groups of other inmates within high-medium security levels. While maximum security inmates may be compatible with some high-medium inmates, they are always classified as maximum security. By maintaining their maximum security classification they are transported and moved within the facilities with appropriate heightened security measures.

Medium/High-Medium Security Level

The medium security population is the largest cross section of inmates, making this segment the most difficult population to manage. The complexity of determining housing placement for this population stems from its sheer volume, the variety of individual inmate classification profiles, and the high number of non-compatible groups.

Currently, there are 3,563 beds available for medium security inmates. The average inmate population for the medium security level is 3,059. This leaves 504 available medium security level beds in the system.

Minimum Security Level

The minimum security population is the lowest level of custody and the inmates in this security level are generally compatible with each other. Inmates in this security level are afforded the least restrictive housing. There is an average of 1,156 inmates classified as minimum security. The DOC currently has 1,524 minimum security level beds, which leaves 368 available beds for minimum security inmates.

## Tables in Attachments

Housing Capacity Attachment "A" presents facility capacity and inmate population by security level assigned to an inmate. The second table further details these populations by the housing units and facilities in which these inmates reside.

Housing Capacity Attachment "B" presents capacity and inmate population by facility and housing unit only. The security level presented in this table is that of the housing unit and does not account for the security level of the inmate housed in those units.

## Closed Housing Units

The DOC has five closed housing units. Two of these facilities were closed and staffing eliminated due to previous budget reductions; two were vacated when a new facility was opened; and one was never opened or staffed.

### M-1

The M-1 building is located at the Elmwood Complex. This facility was built in the mid 1980's as part of the Master Plan for the Elmwood Complex. This facility has never housed inmates; instead this unit is currently used as office and storage space. Restoring this area to an inmate housing unit would require minor physical plant adjustments. This unit was designed for inmates with medical conditions, and could house up to 174 minimum and medium security level inmates; an analysis would be needed to determine appropriate staffing levels.

### W-1

During the FY04 budget reduction, the W-1 Women's building at Elmwood was closed and staff was eliminated. The inmate housing capacity for this unit is 111 beds; 23 maximum and 88 medium security level inmates. Three additional 24-hour post positions would be needed to staff this area. The women's population in FY04 was about 468, which allowed the DOC to absorb this population. It should be noted that the average population in the women's facility has risen to approximately 575 and has peaked at about 650.

### North County Jail

The North County Jail Facility located in Palo Alto was closed as part of the DOC FY04 Budget Reduction Plan and staff was eliminated. This facility could house up to 52 medium security level inmates. Previous staffing for this facility was three 24-hour post positions. This location is currently being used as a court holding facility for the Palo Alto Courts.

Graves/ 00027

Old Mental Health/Medical Unit (Main Jail South)

The Main Jail North facility, which included a new medical and psychiatric unit, was opened in 1987. Immediately following the opening of Main Jail North, the medical and psychiatric units were closed at Main Jail South and staff was reassigned to Main Jail North. The old Mental Health Unit at Main Jail South remains vacant but could accommodate up to 27 high-medium security level inmates.

The old Medical Unit was initially transitioned into a sobering station but is currently used for office space. This unit would need major reconstruction but has space to accommodate up to 24 high-medium security level inmates. An analysis would be needed to determine appropriate staffing levels for both units.

Total Beds In Closed Housing Units – 388 Beds

**15% Vacancy Rate**

The National Institute of Corrections (NIC) acknowledges the necessity for a 15% vacancy rate. Although there are no regulations that identify a 15% vacancy rate, the NIC recommends this as an industry standard in jail facilities in order to manage inmate population and deploy a sound classification plan.

As one of the larger county correctional systems in the nation the DOC relies on maintaining a 15% vacancy rate to properly manage a very complex inmate population and to ensure the safety and security of inmates, staff, and the community.

This report identifies the current bed capacity and vacancy rate, based on the number of beds in the system. It should be noted that there have been a significant number of beds added to the system to consolidate the inmate population, which artificially increases the DOC reported vacancy rate. These beds were added over the course of several years in order to accommodate fluctuations in the inmate population and to address previous budget reductions. When the average inmate population is compared to the Board Rated Capacity DOC facilities are actually at 121% of capacity.

ECF/SLE/TJB:cc

ATTACHMENT A

Santa Clara County Department of Correction
Housing Capacity Analysis

### HOUSING CAPACITY BY INMATE SECURITY LEVEL[1]

| Security Level | Board Rated Capacity[2] | Design Capacity | Current Capacity | AVG Population | Vacancy % | Peak Population | Vacancy % |
|---|---|---|---|---|---|---|---|
| Minimum Security | No Data | 970 | 1524 | 1156 | 24.1% | 1364 | 10.5% |
| Medium Security | No Data | 2579 | 3563 | 3059 | 14.1% | 3136 | 12.0% |
| Maximum Security | No Data | 261 | 293 | 373 | -27.3% | 373 | -27.3% |
| **Total*** | No Data | 3810 | 5380 | 4588 | 14.7% | 4873 | 9.4% |

*Total does not include 17 inmates for AVG and 18 inmates for Peak population. These inmates were in Intake Booking that had not been assigned a security level classification

### HOUSING CAPACITY BY INMATE SECURITY LEVEL BY UNIT[1]

| Housing Unit | Security Level | Board Rated Capacity[2] | Design Capacity | Current Capacity | AVG Population | Vacancy % | Peak Population | Vacancy % |
|---|---|---|---|---|---|---|---|---|
| Elmwood CCW | Minimum | No Data | 166 | 273 | 205 | | 254 | |
| Elmwood Men's | Minimum | No Data | 804 | 1251 | 942 | | 1099 | |
| Intake Booking/Medical | Minimum | Not Applicable | | | 9 | | 11 | |
| **Minimum** | | | | | | | | |
| Elmwood CCW | Medium | No Data | 240 | 380 | 321 | | 336 | |
| Elmwood CCW | Medium in Maximum | Not Applicable | | | 26 | | 21 | |
| Elmwood Men's M2 | Medium | 192 | 192 | 272 | 264 | | 269 | |
| Elmwood Men's M3 | Medium | 192 | 192 | 272 | 267 | | 260 | |
| Elmwood Men's M4 | Medium | 192 | 192 | 352 | 352 | | 343 | |
| Elmwood Men's M5 | Medium | 192 | 192 | 352 | 321 | | 331 | |
| Elmwood Men's M8 | Medium | 384 | 384 | 512 | 503 | | 511 | |
| Main Jail North | Medium | 643 | 772 | 776 | 538 | | 562 | |
| Main Jail South | Medium | No Data | 385 | 580 | 398 | | 428 | |
| Intake Booking/Medical | Medium | Not Applicable | 303[3] | 67 | 69 | | 75 | |
| **Medium** | | | | | | | | |
| 8A | Maximum | No Data | 43 | 42 | 33 | | 32 | |
| Elmwood CCW | Maximum | 52 | 52 | 52 | 16 | | 15 | |
| Elmwood CCW | Maximum in Medium | Not Applicable | | | 8 | | 10 | |
| Main Jail North | Maximum | 139 | 96 | 96 | 87 | | 87 | |
| Main Jail North | Maximum in Medium | Not Applicable | | | 137 | | 149 | |
| Main Jail South | Maximum | No Data | 70 | 103 | 83 | | 69 | |
| Intake Booking/Medical | Maximum | Not Applicable | | | 9 | | 11 | |
| **Maximum** | | | | | | | | |
| **Total** | | | | | | | | |

[1] All vacancy rates are based on current capacity and not board rated or design capacities.

[2] Board Rated Capacity

[3] The Board of Corrections has no capacity rating for the Main Jail Infirmary housing unit

Note: Due to the challenges of extracting and summarizing data at the detail level required for this report, the department calculated the average daily population from 10/1/06 - 9/30/07 as well as the average minimum, medium and maximum security inmate population. A single day, 4/23/2007 was selected as representative of the average population for the year, and as such was used for this analysis. The date of the peak population was 9/17/2007.

ATTACHMENT B

Santa Clara County Department of Correction
Housing Capacity Analysis

### HOUSING CAPACITY BY FACILITY[1]

| Facility | Security | Board Rated | Current Capacity | Peak Pop | Peak Vac% | AVG Pop | AVG Vac% |
|---|---|---|---|---|---|---|---|
| Main Jail North | Medium | 643 | 772 | 776 | 675[4] | 13.0% | 711[4] | 8.4% |
| Main Jail North | Maximum | 139 | 96 | 96 | 87 | 9.4% | 87 | 9.4% |
| 8A | Maximum | No Data | 43 | 42 | 33 | 21.4% | 32 | 23.8% |
| Medical | All Levels | No Data | 30[3] | 67 | 62 | 7.5% | 64 | 4.5% |
| Main Jail South | Medium | No Data | 385 | 580 | 398 | 31.4% | 428 | 26.2% |
| Main Jail South | Maximum | No Data | 70 | 103 | 83 | 19.4%[5] | 69 | 33.0%[5] |
| Elmwood Men's | Minimum | No Data | 804 | 1251 | 942 | 24.7% | 1099 | 12.2% |
| Elmwood Men's M2 | Medium | 192 | 192 | 272 | 264 | 2.9% | 269 | 1.1% |
| Elmwood Men's M3 | Medium | 192 | 192 | 272 | 267 | 1.8% | 260 | 4.4% |
| Elmwood Men's M4 | Medium | 192 | 192 | 352 | 352 | 0.0% | 343 | 2.6% |
| Elmwood Men's M5 | Medium | 192 | 192 | 352 | 321 | 8.8% | 331 | 6.0% |
| Elmwood Men's M8 | Medium | 384 | 384 | 512 | 503 | 1.8% | 511 | 0.2% |
| Elmwood CCW | Minimum | No Data | 166 | 273 | 205 | 24.9% | 254 | 7.0% |
| Elmwood CCW | Medium | No Data | 240 | 380 | 329[6] | 13.4% | 346[6] | 8.9% |
| Elmwood CCW | Maximum | 52 | 52 | 52 | 42 | 19.2% | 36 | 30.8% |
| Intake Booking | All Levels | | | | 25 | | 33 | |

[1] All vacancy rates are based on current capacity and not board rated or design capacities.

[2] Board Rated Capacity

[3] The Board of Corrections has no capacity rating for the Main Jail Infirmary housing unit

[4] Includes 137 Maximum Security inmates housed in Medium Security housing units for the AVG Population and 149 Maximum Security inmates housed in Medium Security housing units for Peak population

[5] This number includes 32 double bunk cells. Due to incompatibility, most of the additional beds are not used, resulting in an artificially high vacancy rate

[6] Includes 8 Maximum Security inmates housed in Medium Security housing units for AVG Population and 10 Maximum Security inmates housed in Medium Security housing units for Peak Population

*Note:* Due to the challenges of extracting and summarizing data at the detail level required for this report, the department calculated the average daily population from 10/1/06 - 9/30/07 as well as the average minimum, medium and maximum security inmate population. A single day, 4/23/2007 was selected as representative of the average population for the year, and as such was used for this analysis. The date of the peak population was 9/17/2007.

Graves/ 00030