# Exhibit D

# County of Santa Clara

Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 808-3640  FAX 288-8271




Edward C. Flores
Chief of Correction

Date:     September 14, 2007

To:       Leslie Crowell, County Budget Director

From:     Edward C. Flores, Chief of Correction

Subject:  Impact of Imposition of a Cap on State Prisoner Population

The Department of Correction has prepared an analysis of the potential impact that the imposition of a cap on state prisoner population would have on the Department of Correction's (DOC) inmate population. It is important to note that any analysis of this nature is dependent upon underlying assumptions. These assumptions are based on statistical data that is available at the time the analysis is performed. All data used in this report can be found on the California Department of Corrections and Rehabilitation's website (www.cdcr.ca.gov).

State prisoner population projections for this analysis came from the report titled "Adult Population Projections 2007 – 2012" published in the spring of 2007 (reference the column titled "State's Population Projection" in the attached report). The Office of Budget and Analysis stated that a three judge panel is considering an immediate release of 40,000 prisoners as well as imposing a cap on the state prisoner population. Therefore, this figure was used to calculate a prisoner population cap for the future. The projection for the June, 2007 population was 175,210 prisoners. If 40,000 prisoners are released, the resulting population would be 135,210 prisoners. This is the cap that was used for this analysis. However, it is important to note that the cap utilized upon implementation may vary from this number. If the cap is higher than 135,210, then the impact to the DOC would be less than what is shown in this analysis; if the cap is lower, then the impact to the DOC would be increased.

Another table on the website, "Institution Population by County of Commitment" dated December 31, 2005, represents the most recent data available. This report shows that commitments from Santa Clara County (SCC) were 3.6% of the prisoner population on that date. Another portion of the website reports first quarter, 2007 data for the top five counties. This data demonstrates that each county's percentage of the prison population did not change from the 2005 data. All variances were less than 1%. Therefore, 3.6% was used for this analysis.

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras, Jr.

Graves/ 00060

Another significant assumption is that Santa Clara County would be affected proportionately to its commitment percent of the state prison population. Thus, the 3.6% of the total population that SCC represents was applied to the total population that would be over the cap. This may, or may not, be the resulting impact. The impact will depend on the methodology the state uses to implement the cap. If another county has more than its proportional share of inmates released, then the impact to Santa Clara County would be less than what is shown in this analysis. Conversely, if another county has less than its proportional share released, then the impact to SCC would be greater than what is shown in the attached analysis. Additionally, the proportion may not stay constant as time progresses. However, it remains constant in this analysis since there is no basis for a change.

Finally, this projection uses Santa Clara County Planning Department's projection for county population. Applied to this, is the average percentage of the population that was in the jail system for the past six years. This percentage is calculated exclusive of inmates held for revenue, whether under a voluntary contract or pursuant to legislation. Any one of these factors could change as time progresses.

This analysis shows that the implementation of a cap on the state prison population could have a significant impact on DOC's inmate population. Consistent with the assumptions defined above, the immediate impact would be approximately 1,500 additional inmates and this could increase to about 2,000 additional inmates by the year 2014.

ECF/SLE:lk

cc:   Supervisor Donald F. Gage, Chair, District One
      Supervisor Blanca Alvarado, District Two
      Supervisor Pete McHugh, District Three
      Supervisor Ken Yeager, District Four
      Supervisor Liz Kniss, District Five
      Sandi Eovino, Correctional Administrative Services Manager
      Theresa Fuentes, Deputy County Counsel

Graves/ 00061

Santa Clara County Department of Correction
Projection for Impact of Court Imposed Cap on the State Prison Population

| Year | Population | Inmates | Legislated | Voluntary | Total Rev | Net of Rev | Percent | CAP Impact | CAP Legislated | Adjusted Population | Minimum | Maximum | Max %Over Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2030 | 2,267,100 | 5,101 | | | 0 | 5,101 | 0.225% | 2,130 | 160 | 7,391 | | 7,835 | 6% |
| 2026 | 2,165,800 | 4,873 | | | 0 | 4,873 | 0.225% | 2,098 | 160 | 7,131 | | 7,559 | 6% |
| 2020 | 2,073,300 | 4,666 | | | 0 | 4,666 | 0.225% | 2,056 | 160 | 6,891 | | 7,304 | 6% |
| 2015 | 1,959,100 | 4,408 | | | 0 | 4,408 | 0.225% | 2,035 | 160 | 6,603 | | 6,999 | 6% |
| 2014 | 1,938,380 | 4,361 | | | 0 | 4,361 | 0.225% | 2,004 | 160 | 6,525 | | 6,976 | 6% |
| 2013 | 1,917,660 | 4,315 | | | 0 | 4,315 | 0.225% | 1,973 | 160 | 6,448 | | 6,835 | 6% |
| 2012 | 1,896,940 | 4,268 | | | 0 | 4,268 | 0.225% | 1,943 | 160 | 6,371 | | 6,753 | 6% |
| 2011 | 1,876,220 | 4,221 | | | 0 | 4,221 | 0.225% | 1,834 | 160 | 6,215 | | 6,588 | 6% |
| 2010 | 1,855,500 | 4,175 | | | 0 | 4,175 | 0.225% | 1,731 | 160 | 6,066 | | 6,430 | 6% |
| 2009 | 1,834,940 | 4,129 | | | 0 | 4,129 | 0.225% | 1,648 | 160 | 5,937 | | 6,293 | 6% |
| 2008 | 1,814,379 | 4,082 | | | 0 | 4,082 | 0.225% | 1,549 | 160 | 5,791 | | 6,138 | 6% |
| 2007 | 1,793,819 | 4,502 | 147 | 281 | 428 | 4,074 | 0.227% | | | | 4,229 | 4,819 | 7% |
| 2006 | 1,773,258 | 4,554 | 161 | 157 | 318 | 4,236 | 0.239% | | | | 4,255 | 4,810 | 6% |
| 2005 | 1,759,585 | 4,276 | 162 | 87 | 249 | 4,027 | 0.229% | | | | 3,951 | 4,632 | 8% |
| 2004 | 1,731,300 | 4,040 | 164 | 32 | 196 | 3,844 | 0.222% | | | | 3,754 | 4,283 | 6% |
| 2003 | 1,729,900 | 3,906 | 168 | 0 | 168 | 3,738 | 0.216% | | | | 3,598 | 4,092 | 5% |
| 2002 | 1,719,600 | 3,915 | 181 | 0 | 181 | 3,734 | 0.217% | | | | | | |
| 2001 | 1,697,800 | 4,206 | | | | 4,206 | 0.248% | | | | n/a | n/a | |
| 2000 | 1,682,585 | 4,343 | | | | 4,343 | 0.258% | | | | | | |
| 1999 | 1,658,000 | 4,477 | | | | 4,477 | 0.270% | | | | | | |
| 1998 | 1,638,300 | 4,722 | | | | 4,722 | 0.288% | | | | | | |
| 1997 | 1,612,700 | 4,317 | | | | 4,317 | 0.268% | | | | | | |

SCC Maximum Population at 85% of 5,381 = 4,575

| Year | State's Population Projection | Cap | Over Cap | SCC % of State Population | Inmates to SCC | Annual Increase |
|---|---|---|---|---|---|---|
| 2007 | 175,210 | 135,210 | 40,000 | 3.6% | 1,440 | 1.73% |
| 2008 | 178,236 | 135,210 | 43,026 | 3.6% | 1,549 | 1.63% |
| 2009 | 180,981 | 135,210 | 45,771 | 3.6% | 1,648 | 1.54% |
| 2010 | 183,300 | 135,210 | 48,090 | 3.6% | 1,731 | 1.28% |
| 2011 | 186,148 | 135,210 | 50,938 | 3.6% | 1,834 | 1.55% |
| 2012 | 189,176 | 135,210 | 53,966 | 3.6% | 1,943 | 1.63% |

Average Increase for 2013 forward 1.55%

Note: This is a rough estimate. SCC could get more or less prisoners if a cap is imposed on the state prison population. Please refer to the attached memo explaining assumptions used.

Source is CDCR website Offender Information Reports
Santa Clara County commits 3.6% of state population
Cap is based on the release of 40,000 prisoners
State population projection is from Spring, 2007

| Population Projection | |
|---|---|
| Population Projection | 175,210 |
| Average Term | 4 |
| Released per year | 43,803 |
| Proposed Release | 40,000 |
| Population Cap | 135,210 |