# Exhibit E

# County of Santa Clara
# Department of Correction
Administration



PSJC DOC01 121307

Prepared by: Michael Rice
Associate Management Analyst B

DATE:     December 13, 2007

TO:       Supervisor Blanca Alvarado, Chairperson
          Supervisor Ken Yeager, Vice-Chairperson
          Public Safety & Justice Committee

FROM:     *[signature]*

          Edward Flores
          Chief of Correction

SUBJECT:  Quarterly Status Report on Expected Housing Revenues

## RECOMMENDED ACTION

Accept this report on the status of FY 2008 prisoner housing revenues for state, federal, and other counties' mental health inmates housed in Department of Correction (DOC) facilities.

## FISCAL IMPLICATIONS

There are no fiscal implications associated with this informational report.

## CONTRACT HISTORY

### Federal Agreement

In February 1998, the DOC initiated an Agreement with the United States Marshals Service (USMS) for the housing of federal prisoners. This Agreement, executed in May 1998, was created to give the DOC authority to house federal prisoners and designate an acceptable daily fee. The Agreement did not specify the number of prisoners the USMS

1



would house in the DOC's jail facilities. In February of 2000, an addendum to the original Agreement was created to exclude billing the federal government for Immigration Naturalization Services (INS) prisoners. On August 19, 2003, the Board of Supervisors delegated authority to the Chief of Correction to approve two additional addendums to the Agreement: one to include transportation services for federal prisoners, and one to permit the Department of Homeland Security, Immigration and Customs Enforcement (ICE) to utilize DOC facilities for the detention of ICE prisoners.

On June 21, 2005, the Board delegated authority to the Chief of Correction to open the Agreement with the USMS to negotiate a rate increase and amend the current Agreement. The request for a rate increase was submitted to the USMS, Washington DC Office. The USMS requested additional information from the DOC to support the proposed rate increase.

The DOC responded to this request and the USMS replied in early June 2007, with per diem rates of $103 for the Main Jail, $79 for the Elmwood Women's Facility, and $48.94 for the Elmwood Men's Facility. On June 19, 2007, the Board delegated authority to the Chief of Correction to negotiate agreements to reflect the new rates with various federal agencies. The new Agreement became effective July 1, 2007.

State Agreement

In January 2004, the Board of Supervisors authorized the Chief of Correction to negotiate an agreement with the state to provide ongoing short-term housing for inmates participating in an intensive substance abuse treatment program. Currently, under an existing Agreement with the State for the In-Custody Drug Treatment Program (ICDTP), a modified program is in place at the Elmwood Complex minimum camp. The program, with a capacity of 100 participants, includes housing for 60 days while attending the drug treatment classes.

Authority to bill the state for housing prisoners is derived from the California State Penal Code. The DOC performs an annual review with the state to determine the daily jail rate (DJR). The FY 2007 DJR for Santa Clara County is $71.57 for the Main Jail and $70.66 for Elmwood. The DOC executed an amendment to the ICDTP Agreement to reflect the new rates, and to extend the term of the Agreement to June 30, 2008. The new rates are retroactive to July 1, 2006. The DOC has not yet received the approved DJR for FY 2008.

It is important to note that the rates approved by the state are dependent on projected expenditures and inmate populations for the applicable fiscal year. Once the year is complete, the county must perform a final calculation of the daily jail rate for Main Jail and Elmwood. To the extent that this final rate differs from the initial approved rate, the county must either reimburse or invoice the state for the difference. The DOC anticipates that when the actual DJR for FY 2007 is calculated, it will be six percent less than the approved rate. Accordingly, FY 2007 revenue was recognized using the estimate of the actual DJR rather than the approved DJR.

The DOC has submitted its calculation for the FY 2008 daily jail rates. The methodology selected yields the value closest to the estimated daily jail rate using the Current Level Budget as of March 31, 2007. The DOC anticipates that California will approve the rates as submitted. The May Revise of California's FY 2008 budget included an increase of the maximum daily jail rate from $71.57 to $77.17. Since Main Jail is significantly higher than the maximum rate, it will benefit from this increase. However, for Elmwood, our estimate based on CLB is lower than this new maximum rate and, therefore, will not benefit from the increase in the maximum rate.

Mental Health Contracts

The DOC currently has agreements with San Mateo, Marin, and Alameda Counties to house their mentally ill inmates. The DOC has also negotiated an Agreement with Contra Costa County, however, at this time Contra Costa County is

2

Pena/ 00957



continuing with internal discussions on whether to proceed with an Agreement. The San Mateo Agreement is in the second year of a two-year Agreement for a guarantee of two beds per day for the full term of the Agreement. The Marin, Alameda, and Contra Costa County Agreements are each one-year agreements based on utilization.

## REASONS FOR RECOMMENDATION

On August 19, 2003, the Board of Supervisors directed the DOC to submit quarterly reports to the Public Safety and Justice Committee (PSJC) regarding the costs and impacts of housing state and federal prisoners, as well as mental health inmates from other counties. On October 21, 2003, the Board of Supervisors directed the DOC and the County Executive's Office to report back on the status of prisoner housing revenues at the mid-year budget review in February 2004. Since that time, the DOC has provided PSJC with quarterly status reports on revenue generated by housing federal, state and other counties' inmates. The DOC submitted its last report to PSJC on September 13, 2007.

## BACKGROUND

### Federal Housing Revenues:

The FY 2008 federal revenue goal is $8,692,431, which is based on an average of 260 billable inmates per day. The actual average federal inmate population from July 2007 through September 2007 was 305 per day.

### State Housing Revenues:

The FY 2008 state revenue goal is $3,266,382, which is based on an average of 125 billable state inmates per day. The actual average state inmate population from July 2007 through September 2007 was 151 per day.

### Revenues from Mental Health Contracts with Other Counties:

The FY 2008 mental health contract revenue goal is $1,976,948, which is based on an average of 4 billable inmates per day. The actual average billable inmates from July 2007 through September 2007, was 5 per day.

### Summary:

In FY 2008, the revenue goals are based on maintaining an average daily population of 125 state, 260 federal, and 4 county mental health prisoners. The attached table breaks down the year-to-date housing revenue and population data as compared to FY 2008 budgeted goals.

The Department of Correction will continue to monitor the revenue contracts.

## CONSEQUENCES OF NEGATIVE ACTION

Without acceptance of this report, the Public Safety and Justice Committee will not have information on the housing revenues for state and federal prisoners, and other counties' mental health inmates, housed in DOC facilities.

3

Pena/ 00958

## ATTACHMENTS

- 

- FY 2007 Inmate Housing Revenue Data

## SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## FY 2008 INMATE HOUSING REVENUE DATA
## AS OF SEPTEMBER 30, 2007

| Customer | Dollars | | Average Population (inmates per day) | | | | |
|---|---|---|---|---|---|---|---|
| | FY08 Original Budget | YTD Actual | FY08 Original Daily Population Goal | Jul-07 | Aug-07 | Sep-07 | YTD |
| Federal | $ 8,692,431.00 | $ 2,824,892.00 | 260 | 312 | 327 | 274 | 305 |
| State | $ 3,266,382.00 | $ 984,707.76 | 125 | 142 | 143 | 169 | 151 |
| Counties[1] | $ 1,976,948.00 | $ 630,219.00 | 4 | 5 | 6 | 4 | 5 |
| Total | $ 13,935,761.00 | $ 4,439,818.76 | | | | | |

[1] Population includes San Mateo County's guaranteed two bed days per day.
Actual population from San Mateo County may differ from the numbers above based on usage.

Pena/ 00960