# Exhibit F

### Graves, Gary

**From:** Garner, Bob
**Sent:** Monday, April 07, 2008 2:57 PM
**To:** Graves, Gary
**Subject:** RE: parole realignment

Gary, unless I'm missing something we really can't respond to this until we know the number of parolees returning to this county. But I have done a cost analysis of our treatment population that can be applied to the number when it becomes available. The cost per client treatment episode is $4,369. This includes our entire service system, including outpatient, residential treatment, THU support, methadone treatment, specialty services such as perinatal and detoxification, the various kinds of drug courts, our screening and referral system such as Gateway, the QI (quality improvement) function, data collection, analysis and reporting, and administrative support. Basically, we took all of the costs of the adult system of care, including overhead, and divided by the total number of client episodes. Some of these clients received only detoxification and never came back. Others may have received detoxification, methadone treatment, concurrent residential treatment, and perinatal services. The $4,369 is the average across all treatment episodes.

So, for every 100 parolees returned for county supervision and management, if 70% need drug and alcohol treatment, that is 70 clients X $4,369, or $174,760. This could be applied, in increments of 100 parolees, to whatever the number turns out to be.

$10,704,050

Hope this helps. If I missed something let me know.

---

**From:** Graves, Gary
**Sent:** Friday, April 04, 2008 6:02 PM
**To:** 'Sheila.Mitchell@pro.sccgov.org'; Pena, Nancy; Garner, Bob; 'dolores.carr@da.sccgov.org'
**Subject:** FW: parole realignment

As you can see from the e-mail below, the Urban Counties Caucus has requested our input on a survey instrument they are developing to collect information on the parole realignment proposal for discussion with the legislature. The survey attached seems very broad to me and could benefit from some input from those that will be directly affected by this proposal. If possible I would appreciate any feedback/input regarding how this tool could be modified/amended to assure we collect the most useful info that will have an impact in Sacramento. Naturally, the turn around time is quick so I need high level ideas/input by Monday, close of business. Thanks for your help with this!!

Gary A. Graves
Assistant County Executive

NOTICE. This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email

---

**From:** Urban Counties Caucus [mailto:urbans@ix.netcom.com]
**Sent:** Friday, April 04, 2008 10:51 AM
**To:** Graves, Gary
**Cc:** Michael Rattigan
**Subject:** parole realignment

Hi Gary!

## FY2006 - ADULT TREATMENT COST (Overhead cost is factored in)
Source: FY 2006 State Cost Report

| | |
|---|---:|
| Adult System of Care - Residential and Outpatient | 17,338,289 |
| Bay Area Services Network - Outpatient | 1,258,524 |
| SACPA - Prop 36 - Outpatient and Residential | 4,891,252 |
| CALWORKS - Outpatient | 2,693,147 |
| Research and Evaluation | 559,346 |
| QI | 915,965 |
| GATEWAY - Assessment | 532,795 |
| Addiction, Medicine and Therapy Prgm - Outpatient | 5,927,983 |
| HIV | 446,879 |
| Homeless Services | 283,154 |
| DCP - Outpatient | 362,920 |
| SATTA - Drug Testing | 365,356 |
| SAMHSA DD - Mental Health Substance Abuse - Out | 662,906 |
| CDCI - Dependency Drug Court | 493,934 |
| Justice Services | 397,193 |
| DDTC ASSESS - Drug Court | 292,442 |
| TOTAL | 37,422,085 |

Total clients served: 8,566 (Client treatment episodes)
Unit Cost: $4,369

06 DADS program costs
6/19/2008

Graves/ 00053