# Exhibit G

## SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
## MENTAL HEALTH DEPARTMENT

### FY08 Adult Full Service Partnership Service Expenses

| Service Category | | | Service Units | Service Expenses |
|---|---|---|---|---|
| OPD Team | Case Mgt/Brokerage | Hours | 4,860 | $538,927 |
| OPD Team | Mental Health Services | Hours | 939 | $173,259 |
| OPD Team | Medication Support | Hours | 120 | $113,529 |
| OPD Team | Crisis Intervention | Hours | 50 | $10,657 |
| Emergency Psychiatric Services | | Hours | 585 | $59,468 |
| | | | 6,555 | $895,839 |
| Indirect Outreach | | | | $554 |
| Housing | | | | $29,777 |
| Flex Funds | | | | $223,520 |
| Total Outpatient Services | | | 6,555 | $1,149,691 |
| Acute Hospitalization | | Days | 299 | $406,016 |
| IMD/SNF | | Days | 608 | $207,838 |
| | | | 7,462 | $1,763,544 |
| # Clients | | | | 91 |
| Expenses Per Client | | | | $19,380 |

### Notes

OPD Team based on Momentum ISP and FSP July - December units of service
ISP/FSP enrollee utilization of EPS, BAP, contract acute, IMDs based on Jul - Mar FY08
Momentum and IMD/SNF costs reflect FY08 contract amounts + 10% Admin/Overhead
EPS and BAP costs reflect FY07 cost report + 3% COLA + 10% Admin/Overhead

Graves/ 00054

SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT

FY08 County Adult Service Teams

| Service Category | | | Service Units | Cost/Unit | Service Expenses | Clients | Cost Per Client |
|---|---|---|---|---|---|---|---|
| OPD Team | Central | Hours | 12,340 | $297.07 | $3,665,741 | 1,155 | $3,174 |
| OPD Team | South County | Hours | 4,950 | $297.07 | $1,470,488 | 273 | $5,386 |
| OPD Team | North County | Hours | 4,230 | $297.07 | $1,256,644 | 290 | $4,333 |
| OPD Team | Narvaez | Hours | 14,464 | $297.07 | $4,296,945 | 817 | $5,259 |
| OPD Team | East Valley | Hours | 15,605 | $297.07 | $4,635,942 | 987 | $4,697 |
| OPD Team | Fairoaks | Hours | 5,920 | $297.07 | $1,758,616 | 482 | $3,649 |
| OPD Team | Downtown | Hours | 14,822 | $297.07 | $4,403,307 | 950 | $4,635 |
| | Total Outpatient Services | | 72,331 | | $21,487,682 | 4,954 | $4,337 |
| Emergency Psychiatric Services | | Hours | 2,153 | | $218,743 | | |
| Acute Hospitalization | | Days | 1,099 | | $1,493,468 | | |
| IMD/SNF | | Days | 2,237 | | $764,500 | | |
| | | | | | $23,964,394 | 4,954 | $4,837 |

Notes
OPD Team based on County Adult Service team July - May units of service
County OPD costs reflect FY07 cost report + 3% COLA + 10% Admin/Overhead
EPS and BAP costs reflect FY07 cost report + 3% COLA + 10% Admin/Overhead
IMD/SNF costs reflect FY08 contract amounts + 10% Admin/Overhead
OPD Team clients estimated to utilize EPS, acute hospital and IMD/SNF at one third the rate of FSP enrollees.

Graves/ 00055