# Exhibit H

## Harrison, Emily

**From:**    Scheiner, Jessica [Jessica.Scheiner@sanjoseca.gov]
**Sent:**    Monday, August 11, 2008 8:58 AM
**To:**      Harrison, Emily; Krutko, Leslye
**Cc:**      Matthews, Marjorie
**Subject:** RE: Question about Homeless Count

I completely understand! If HMIS does collect the information, is there any particular timeline, population, or question you would like me to get information on?

Also, I don't know if this helps with what you are working on, but here is the information from the 2007 San Jose Homeless Census and Survey  - Between early February and mid-March approximately 716 surveys were administered.

- Of the 710 people surveyed that answered the question regarding where they were living immediately before they became homeless, 67 individuals or 9.4% of the total said they were in jail or prison.
- Of the 714 people who answered the question "What do you think is the primary event or condition that led to your homelessness", 41 individuals or 5.7 of those that answered the question responded with "incarceration".
- Of the 711 respondents to the question "What is keeping you from getting permanent housing" 72 individuals or 10.1% of the total (the 711 respondents offered 1,387 responses) said "criminal record".

I hope that helps some! I will let you know when I hear back from the folks over at CTA!

Thanks!

*Jessica Scheiner*
*Homeless Program Manager*
*Housing Department*
*City of San José*
*200 East Santa Clara Street*
*San José, CA 95113*
*Ph: (408) 975-4417*
*Fx: (408) 998-3183*


**From:** Harrison, Emily [mailto:emily.harrison@ceo.sccgov.org]
**Sent:** Monday, August 11, 2008 8:38 AM
**To:** Scheiner, Jessica; Krutko, Leslye
**Cc:** Matthews, Marjorie
**Subject:** RE: Question about Homeless Count

Great, thanks Jessica. Margie is out on vacation which is why I'm scrambling.


**From:** Scheiner, Jessica [mailto:Jessica.Scheiner@sanjoseca.gov]
**Sent:** Monday, August 11, 2008 8:35 AM
**To:** Krutko, Leslye; Harrison, Emily
**Subject:** RE: Question about Homeless Count

Hello!

Let me check with CTA regarding what kind of information on  participation in the criminal justice system is

8/11/2008

collected in HMIS and get back to you. If the information isn't currently being collected we can probably add a question or two.

More information to come! Thanks!

*Jessica Scheiner*
*Homeless Program Manager*
*Housing Department*
*City of San José*
*200 East Santa Clara Street*
*San José, CA 95113*
*Ph: (408) 975-4417*
*Fx: (408) 998-3183*

**From:** Krutko, Leslye
**Sent:** Saturday, August 09, 2008 1:55 PM
**To:** Harrison, Emily
**Cc:** Scheiner, Jessica
**Subject:** RE: Question about Homeless Count

In 2005, the City/County completed both a homeless count and a survey. During the last homeless count, only a count was done for the County. The City contracted separately to complete a survey. My understanding of what is comtemplated this go around for the County is just a count again; the City hasn't decided whether to contract separately again for a survey, which could provide the kind of data you mention below. With just a count there is not any information about the homeless, but rather a basic count that is conducted on a single night throughout the County. It is conducted at night, and most homeless are asleep when counted.

I have asked that Destination:Home talk about this subject at an upcoming meeting. The big question is whether we want to do the expanded survey, and if so, what questions we would want to ask.

HMIS, the homeless data system, provides us with data on those homeless in the shelter system, but not street homeless. We can see whether we can get some of this information from HMIS. Jessica, can you help?

**From:** Harrison, Emily [mailto:emily.harrison@ceo.sccgov.org]
**Sent:** Fri 8/8/2008 12:03 PM
**To:** Krutko, Leslye
**Subject:** Question about Homeless Count

Leslye, do you happen to know if, in doing our homeless count, we put together any information about how many homeless individuals came out of the criminal justice system? It's useful information as we're preparing to provide feedback to the court system about the impact of having "caps" placed on the jail population. Thanks for your help, even if you don't have the answer!

Emily Harrison
Deputy County Executive
County of Santa Clara
70 W. Hedding St., 11th Floor
San Jose, CA 95110
(408) 299-5116