# Exhibit I

**Graves, Gary**

| | |
|---|---|
| From: | Eovino, Sandi [Sandi.Eovino@doc.sccgov.org] |
| Sent: | Thursday, August 07, 2008 6:57 PM |
| To: | Graves, Gary |
| Cc: | Flores, Edward; Cisi, Carla; Jensen, Kevin |
| Subject: | RE: Information |
| Attachments: | Housing Transmittal.pdf; Housing Report.pdf |

Gary,

I have provided today's revenue generating inmates to go with the 4,717 population you mention below. However, I have also provided the FY09 YTD numbers as of 8/1/08 since the 8/7/08 revenue generating population is not representative of the average. The FY09 average daily population as of 8/1/08 was 4,737.

| | 8/7/2008 | FY09 To Date 8/1/08 |
|---|---|---|
| Parole | 81 | 62 |
| ICDTP | 108 | 86 |
| Total State | 189 | 148 |
| USM | 85 | 83 |
| ICE | 186 | 168 |
| Total Feds | 271 | 251 |
| 8A | 3 | 4 |
| Total | 463 | 403 |

As noted, there are several ways to measure capacity. In addition to Board rated capacity there is design capacity, operational capacity and capacity based on beds in place. The operational capacity is based on beds in use and can change frequently based on temporary closures of housing units. The difference between operational capacity and capacity based on beds in place would be officially closed housing units or portions of housing units. I have attached a transmittal regarding housing capacities and vacancy rates. I think it includes our best presentation of the board; design and operational capacity of our jail system as of last September. There are many more nuances regarding capacity. If you have further questions, it is probably best to address those with Chief Flores.

Please let me know if you need anything further for your testimony. I am planning to be out of the office from 8/12 through 8/19.

Regards,
Sandi
808-3651

Please consider your environmental responsibility before printing this e-mail.

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

From: Graves, Gary [mailto:gary.graves@ceo.sccgov.org]
Sent: Thursday, August 07, 2008 3:02 PM
To: Eovino, Sandi
Subject: Information

Sandi, I am preparing some info for testimony in front of the 3 judge panel in the Coleman Plata case. I need some information and

would appreciate it you could provide it.

As of today the total population totaled 4,717 was is the BOC rated capacity for our system. Are there other measures of capacity that are also used? Please provide them.

at is the number of revenue producing prisoners - State, Federal and Mental Health as of August __, whatever date is convenient.

Thanks for your help!

Gary A. Graves
Assistant County Executive

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.