Case 2:90-cv-00520-KJM-SCR    Document 3143    Filed 10/30/08    Page 1 of 3

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>ROCHELLE C. EAST<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>LISA A. TILLMAN – State bar No. 126424<br>KYLE A. LEWIS, State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5500<br>Fax: (415) 703-5843<br>Lisa.Tillman@doj.ca.gov<br>Kyle.Lewis@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER – 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA TAMA – 240280<br>RENJU P. JACOB – 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjcob@hansonbridgett.com |

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURTS
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## AND THE NORTHERN DISTRICT OF CALIFORNIA
### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL MELLO REGARDING SUBMISSION OF DEPOSITION EXCERPTS** |

TO: Three-Judge Panel

I, Paul Mello, declare:

1.   I am an attorney licensed to practice before the courts of the State of California and admitted the Northern and Eastern Districts of the United States District Court of

1 California. I am a partner with the firm of Hanson Bridgett LLP, counsel of record for
2 Defendants in the *Plata v. Schwarzenegger*, et al., matter. I submit this declaration to submit
3 Defendants' Expert Witness Reports. I have personal knowledge of the matters set forth in
4 this declaration, and if called upon to do so, would and could competently testify to the
5 matters set forth below.

6     2.     Defendants intend to offer into evidence excerpts of the deposition of
7 Christopher Mumola taken by written deposition on August 25, 2008. The following are the
8 excerpts and exhibits Defendants intend to offer at trial: 1:1-22, 6:7-10, 8:12-15, 15:13-
9 17:1, 17:14-18:6, 20:4-22:21, 23:5-30:11, 31:17-33:15, 34:9-35:9, 35:18-40:1, 40:6-14,
10 40:19-41:3, 41:9-45:13, 46:2-46:10, 46:14-49:11, 49:17-51:6, 51:15-17, 52:3-14,
11 53:11-14, 53:22-54:3, 60:22-61:8, 81:18-82:21, 89:1-90:13, 98:22-101:8, 101:10-17,
12 103:4-16, 104:5-105:1, 106:3-107:5. 123:1-22, Exhibits A-D. Attached as Exhibit A is a
13 true and correct copy of the deposition excerpts and exhibit A through D from the deposition
14 of Christopher Mumola taken on August 25, 2008.

15     3.     Defendants intend to offer into evidence excerpts of the deposition of Raymond
16 A. Stoderd taken on December 7, 2007. The following are the excerpts Defendants intend to
17 offer at trial: 7:1-3, 7:7-9, 8:3-8, 8:11-16, 19:18-21:6, 21:14-22:21, 24:2-25:7,
18 27:14:28:11, 28:23-29:9, 39:20-24, 49:14-18, 58:11-18, 58:22-25, 59:1-15, 59:19-
19 60:22, 62:1-23, 84:24-86:15, 93:21-23, 94:23-25. Attached as Exhibit B is a true and
20 correct copy of the deposition excerpts from the deposition of Ray A. Stoderd taken on
21 December 7, 2007.

22     4.     Defendants intend to offer into evidence excerpts of the sealed deposition of
23 Ralph Coleman taken on December 13, 2007, in a manner in accord with the *Coleman*
24 protective order. The following are the excerpts Defendants intend to offer at trial: 10:1-25,
25 11:1-25, 12:1-24, 13:14-19, 15:16-18, 17:20-25, 19:23-25, 20:1-16, 22:1-25, 23:1-25, 24:1-
26 25, 25:1-19, 26:1-25, 27:23-28:10, 28:23-25, 29:22-25, 30:1-18, 31:6-10, 31:14-18, 32:3-18,
27 32:24-33:17, 34: 16- 36:22, 38:25 -39:12, 40:18 – 41:25, 42:1-24, 47:8 – 25, 49:24 – 50:13,
28 53:1-9, 55:15-56:20, 59:4-11, 68:4-70:8, 78:9-15, 81:14-18, 82:21- 83:10. The excerpts

Defendants intend to introduce at trial are subject to *Coleman and* Plata protective orders. A notice of motion and motion to seal has been filed for the submission of these excerpts.

5. Ralph Coleman's counsel Jane H. Kahn submitted changes and corrections to the transcript of Ralph Coleman on January 2, 2008. Attached as Exhibit C is the correspondence from Jane H. Kahn dated January 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in San Francisco, California.

//s// Paul Mello
PAUL MELLO