# EXHIBIT A
# Part 1 of 2

1              IN THE UNITED STATES DISTRICT COURTS
          FOR THE EASTERN DISTRICT OF CALIFORNIA
2             AND THE NORTHERN DISTRICT OF CALIFORNIA
     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
3     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
4     - - - - - - - - - - - - - -+
                                 |
5     RALPH COLEMAN, et al,      |
                                 |
6              Plaintiffs,       |
          vs.                    |    No. S 90-0520 LKK-JFM P
7                                |
     ARNOLD SCHWARZENEGGER,      |
8     et al,                     |    CERTIFIED
                                 |    COPY
9              Defendants.       |
                                 |
10    - - - - - - - - - - - - - -+
                                 |
11    MARCIANO PLATA, et al,     |    No. C 01-1351 TEH
                                 |
12             Plaintiffs,       |
     vs.                         |
13                               |
     ARNOLD SCHWARZENEGGER,      |
14    et al,                     |
                                 |
15             Defendants.       |
     --------------------------|
16
17          DEPOSITION OF CHRISTOPHER J. MUMOLA
                  (by written questions)
18                 Washington, D.C.
               Monday, August 25th, 2008
19                 10:00 a.m. EST
20    Job No. 2-132568
21    Pages 1 - 123
22    Reported by:  Laurie Bangart-Smith, RPR, CRR



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

6

1                    P R O C E E D I N G S

2                CHRISTOPHER J. MUMOLA,

3     having been first duly sworn, testified upon his oath

4     as follows:

5                EXAMINATION BY DEFENDANTS

6     BY DEFENSE COUNSEL:

7         Q    Please state and spell your full name for

8     the record.

9         A    Christopher John Mumola,

10    C-H-R-I-S-T-O-P-H-E-R, J-O-H-N, M-U-M-O-L-A.

11        Q    The following questions are being asked by

12    defendant Aaron Schwarzenegger, Governor of

13    California.  This deposition is being taken as part of

14    a consolidated proceeding before a three-judge panel

15    of two cases -- Coleman v. Schwarzenegger, et al, Case

16    Number 2:90-CV-00520 LKK JFM P, and Plata v.

17    Schwarzenegger, et al, Case Number C-01-1351 TEH -- to

18    determine whether a prisoner release order should be

19    issued.  We are here today to take your deposition

20    pursuant to Rule 31 of the Federal Rules of Civil

21    Procedure.

22                Although a deposition is an out-of-court

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

8

1          Do you understand this?

2      A    Yes.

3      Q    At this deposition we have a court reporter

4  who will record your answers.  When we are finished, a

5  written transcript will be prepared.  The transcript

6  will be sent to you for your review and signature,

7  again under oath.  While you can make corrections to

8  your testimony at that time, if you do so, counsel can

9  comment on those changes and ask why they were made.

10  So it is best that you keep your testimony today as

11  complete and accurate as possible.

12          Do you understand that you have an

13  obligation to testify truthfully under penalty of

14  perjury?

15      A    Yes.

16      Q    Do you understand that even though we are in

17  an informal conference room, your testimony has the

18  same force and effect as if you were testifying in a

19  court of law before a judge?

20      A    Yes.

21      Q    Do you understand that the court reporter

22  will take down everything that is said during this

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

15

1    defendants' questions.

2        Q    From each writing you have authored or

3    co-authored, provide the title of the publication.

4        A    See item number 63.

5            (Discussion was held off the record.).

6    BY DEFENSE COUNSEL:

7        Q    For each writing you have authored or

8    co-authored, provide the date it was published.

9        A    Please see item number 63.

10       Q    For each item you have authored or

11   co-authored, please summarize the writing.

12       A    Please see item number 63.

13       Q    Where do you currently work?

14       A    I currently work for the U.S. Department of

15   Justice's Bureau of Justice Statistics or BJS.

16       Q    What is the particular division that you

17   work for your employer?

18       A    I work in the corrections statistics unit of

19   BJS.

20       Q    Describe what your unit is responsible for.

21       A    The Corrections Statistics Unit is

22   responsible for collecting data on the nation's

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

16

1    correctional populations ranging from institutional

2    populations, such as State and Federal prisoners and

3    local jail inmates, to community supervision

4    populations like probation and parole offenders.

5         Q    What is your job title?

6         A    I am a policy analyst and program manager

7    for the bureau's death in custody reporting program.

8         Q    Describe your job duties and

9    responsibilities.

10        A    As manager of the deaths in custody

11   reporting program, I am responsible for the bureau's

12   data collections pertaining to mortality in the

13   criminal justice system.  This program involves

14   collecting individual reports of all deaths that take

15   place in any of the 1,300 plus state prisons and 3,000

16   plus local jails nationwide, as well as collecting

17   similar reports of all deaths that occur in the

18   process of arrests by the nearly 17,000 state and

19   local law enforcement agencies in the United States.

20   My duties include day-to-day supervision of the work

21   of one BJS staffer, as well as several U.S. Census

22   Bureau staff working on the program under an

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

17

1    interagency agreement.

2        Q    State all previous job titles you had with

3    your current employer.

4        A    Prior to my policy analyst position at BJS,

5    I was a statistical assistant.

6        Q    How long did you hold each of these job

7    titles?

8        A    I held the title of statistical assistant

9    for 11 months after joining BJS in September of 1996.

10    I have held the title of policy analyst for 11 years

11    since.  My responsibilities as manager of the death in

12    custody reporting program began when the project

13    started in 2000.

14        Q    What are your qualifications to perform your

15    current duties?

16        A    I have over a decade of experience working

17    with and managing national criminal justice data

18    collections for BJS.  I have worked on a wide variety

19    of programs for the corrections unit over the years.

20    I helped to establish our data collections, measuring

21    incarcerated populations held by U.S. territories, the

22    U.S. Department of Defense military justice system as

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

20

1    of 1995 employed as an environmental programs intern

2    with the International City/County Management

3    Association.

4            Q       What is the Bureau of Justice Statistics?

5            A       BJS is the statistical arm of the U.S.

6    Department of Justice.

7                    (Discussion was held off the record.)

8    BY DEFENSE COUNSEL:

9            Q       How many published reports have you authored

10   while working for the Bureau of Justice Statistics?

11           A       11.

12           Q       What are their titles?

13           A       Arrest-related deaths in the United States

14   2003 to 2005, published in October of 2007.  Veterans

15   in state and federal prison, 2004, with Margaret

16   Noonan, published May 2007.  Medical causes of death

17   in state prisons, 2001 to 2004, published January of

18   2007.  Drug use and dependence, state and federal

19   prisoners, 2004, with Jennifer Karberg, published

20   October 2006.  Suicide and homicide in state prisons

21   and local jails, published August 2005.  Incarcerated

22   parents and their children, published August 2000.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

21

1    Veterans in prisoner jail, published January of 2000.

2    Prisoners in 1998, published August 1999.  Substance

3    abuse and treatment, State and federal prisoners,

4    1997, published January 1999.  Substance abuse and

5    treatment of adults on probation, 1995, with Thomas

6    Bonczar, published March 1998.  Prisoners in 1996,

7    with Allen Beck, Ph.D., published June 1997.

8        Q    When were they published?

9        A    Please refer to my response to the last

10   item.

11       Q    I'm handing you what has been marked as

12   Defendants' Exhibit A, a document entitled "Medical

13   Causes of Death in State Prisons, 2001 to 2004."

14   Please review Exhibit A and let me know when you are

15   done.

16            Were you the author of Exhibit A?  Are you

17   familiar with Exhibit A?

18       A    Yes.

19       Q    Were you the author of Exhibit A?

20       A    Yes.

21       Q    Is Exhibit A a true and accurate copy of the

22   original?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

22

1      A    Yes.

2      Q    What is Deaths in Custody Reporting Act of

3  2000?

4      A    This federal legislation, Public Law

5  106-297, required states to report on a quarterly

6  basis all deaths in state prisons, local jails,

7  juvenile facilities and persons in the process of

8  arrest to the U.S. Attorney General in order to

9  qualify for a series of federal correctional grants.

10     Q    What is the deaths in custody reporting

11  program?

12     A    BJS established the deaths in custody

13  reporting program to collect the custodial death

14  reports required by the Death in Custody Reporting Act

15  of 2000.  Under the new program BJS phased in a series

16  of new quarterly data collections to implement the

17  act.  In 2000, collection of local jail death records

18  began, state prison systems were added to the program

19  in 2001, state juvenile correctional agencies were

20  added in 2002, and states began reporting arrest

21  related deaths in 2003.

22     Q    What is the connection between the Bureau of

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

23

1    Justice Statistics and the deaths in custody reporting

2    program, if any?

3        A    As stated above, the program is administered

4    by BJS.

5        Q    What is your connection to the deaths in

6    custody reporting program, if any?

7        A    I have managed the program since its

8    inception in 2000.

9        Q    From where did the Bureau of Justice

10    Statistics obtain the data that is analyzed in Exhibit

11    A?

12        A    The data analyzed and presented in Exhibit A

13    was all submitted to BJS by state departments of

14    correction.  For the period covered by the report,

15    2001 to 2004, all 50 state departments of correction

16    participated in the program.

17        Q    As the author of Exhibit A, what role did

18    you play in its preparation?

19        A    I was involved in all aspects of the

20    report's preparation.  I directly oversaw the work of

21    collecting the data and the work of a clinical data

22    specialist in applying clinical codes to each cause of

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

24

1    death.    I performed all of the data analysis presented

2    in the report and wrote the text.

3        Q    In general, what was the methodology used to

4    prepare Exhibit A?

5        A    The methodology is explained in the report.

6    The data collected from state departments of

7    corrections was analyzed using SPSS software, and text

8    and tables were developed in consultation with the

9    chief of corrections statistics and the chief editor.

10        Q    Is the statement of the methodology on Page

11    4 of Exhibit A accurate?

12        A    Yes.

13        Q    Page 4 of Exhibit A states that Margaret E.

14    Noonan verified the report.    Are you familiar with

15    what Ms. Noonan did to verify the report?

16        A    Yes.

17        Q    If so, please describe how the report was

18    verified?

19        A    Ms. Noonan is a BJS statistician who works

20    on the deaths in custody reporting program, so she is

21    very familiar with all of the data involved in this

22    report.    She reviewed all SPSS analysis coding to

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

25

1    detect errors, and reviewed all data output to ensure

2    that it was accurately reflected in the report's data

3    tables and text.

4         Ms. Noonan also reviewed all spreadsheets

5    involved in generating the data presented in the

6    report to ensure that all formulas were accurate and

7    consistent.  Consistent with BJS verification

8    practices, Ms. Noonan red dotted all data cited in the

9    report by matching it up with data output and SPSS and

10   other tools such as Microsoft Excel.

11        Q    Is Exhibit A an official publication of the

12   Bureau of Justice Statistics?

13        A    Yes.

14        Q    Please turn to appendix table 9 of Exhibit

15   A.  What does this table represent?

16        A    This table presents the average annual

17   mortality rate of state prison inmates per 100,000

18   inmates from leading causes of illness deaths for the

19   period 2001 to 2004.  These findings are presented for

20   each state and broken down specifically for the five

21   leading causes of illness deaths, as well as for

22   illness deaths overall.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

26

1      Q      What was the particular methodology used to

2    create appendix table 9?

3      A      For each year, the number of inmate illness

4    deaths in each state was divided by the custody

5    population of that state's prison system on June 30th.

6    Then multiplied by 100,000 to obtain a State-specific

7    rate of illness death in each state's prison

8    population.  The resulting illness mortality rates for

9    each year were then summed up for each state and

10    divided by four, to obtain an average annual rate of

11    illness death in each state's prison system for the

12    entire four-year period.

13          The same procedures were repeated for each

14    of the five leading causes of illness deaths.  These

15    five leading causes of illness deaths were determined

16    by national totals of illness death over the four

17    years and are not necessarily the five leading causes

18    of illness deaths in each state.

19      Q      What was the average annual mortality rate

20    for all illnesses per 100,000 state prison inmates

21    from 2001 to 2004 for the entire United States?

22      A      The rate was 223 illness deaths per 100,000

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

27

1    state prisoners nationwide.

2        Q    What was the average annual mortality for

3    all illnesses per 100,000 state prison inmates from

4    2001 to 2004 for the west region?

5        A    For the 13 states included in the west

6    region, the average annual mortality rate from all

7    illnesses was 181 deaths per 100,000 state prisoners.

8        Q    What was the average annual mortality rate

9    for all illnesses per 100,000 state prison inmates

10   from 2001 to 2004 for inmates for California?

11       A    The rate was 170 illness deaths per 100,000

12   prisoners held in California state prisons.

13       Q    Was the average annual mortality rate for

14   all illnesses per 100,000 state prison inmates from

15   2001 to 2004 in California lower than the same rate

16   for the entire United States?

17       A    Yes.

18       Q    Was the average annual mortality rate for

19   all illnesses per 100,000 state prison inmates from

20   2001 to 2004 in California lower than the same rate

21   for the west region?

22       A    Yes.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

28

1      Q    Page 3 of the body of Exhibit A identifies

2   the states with the five highest illness mortality

3   rates per 100,000 state inmates from 2001 to 2004.   Is

4   California among them?

5      A    No.

6      Q    How many states had a higher average annual

7   mortality rate for all illnesses per 100,000 state

8   prison inmates from 2001 to 2004 than California?

9      A    36.

10      Q    Is California among the 15 states with the

11   lowest average annual mortality rates per 100,000

12   state inmates from 2001 to 2004?

13      A    Yes.   California ranked 14th lowest among

14   all states in terms of average annual illness

15   mortality per 100,000 state prisoners from 2001 to

16   2004.

17      Q    Page 3 of the body of Exhibit A identifies

18   California as among the five states with the highest

19   number of prison deaths.   Please explain the

20   difference between the number of deaths and the

21   mortality rate from illness.

22      A    Presenting the data in terms of a standard

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

29

1    rate of death per 100,000 inmates in a table like this

2    facilitates comparisons across state systems.  Given

3    the huge disparity in the sizes of different states'

4    prison populations.  Some states had prison

5    populations as small as 1,200 persons during this

6    period, while others held over 160,000 prisoners.

7            Given such wide variation in the sizes of

8    the populations involved, large state prison systems

9    can have below average mortality rates, yet still have

10   a greater number of deaths than many smaller states.

11   Rates allow for a comparison of the prevalence of such

12   deaths across states as opposed to measuring their

13   incidence or simple frequency.

14            For example, California, Texas, New York and

15   Florida routinely have the four biggest state prisoner

16   populations in the nation, and these same four states

17   had the four highest counts of prisoner deaths during

18   this period.  Likewise, the other state listed on page

19   3 among the five states with the highest number of

20   deaths, Pennsylvania, routinely has one of the

21   nation's ten largest prison populations.  Larger

22   populations increase the pool of prisoners who could

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

30

1  potentially die in custody during the year, but only

2  one of these five states, Pennsylvania, appears among

3  the five states with the highest rate of illness

4  deaths.

5          Conversely, a small state like West

6  Virginia, with a prison population of less than 5,000

7  inmates during this period, may have a small number of

8  deaths, only 53 deaths over these four years, but

9  their rate of illness death in West Virginia was

10  nearly double that of California, which had over 1300

11  total deaths over the same time period.

12      Q    Is it possible to determine from the

13  information in Exhibit A, including the appendix table

14  11, whether California's average annual mortality rate

15  per 100,000 state prisoners from 2001 to 2004 was

16  lower than the same rate for U.S. residents age 15 to

17  64 from 2001 to 2003?

18      A    No.

19      Q    If so, how much lower was California's

20  average annual mortality rate than the rate for U.S.

21  residents age 15 to 64?

22      A    Not applicable.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

31

1      Q    If it is not possible to determine from the

2    information in Exhibit A whether California's average

3    annual mortality rate for state prisoners from 2001 to

4    2004 was lower than the same rate for U.S. residents

5    age 15 to 64 from 2001 to 2003, what additional

6    information would you need to make that determination?

7      A    Because of Exhibit A's focus on medical

8    issues related to mortality, the only state-specific

9    rates of mortality presented in that report are those

10   due to illnesses.  To accurately compare the average

11   annual mortality rate from all causes in California

12   prisons during 2001 to 2004 to the U.S. resident

13   population mortality rates presented in appendix table

14   11 of Exhibit A, I would need to use the mortality

15   rate of California prisoners from all causes of death

16   during this period.

17     Q    Have you made the determination of whether

18   California's average annual mortality rate for state

19   prisoners from 2001 to 2004 was lower than the same

20   rate for U.S. residents age 15 to 64 from 2001 to

21   2003?

22     A    Yes.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

32

1       Q     If so, how did you make that determination?

2       A     Looking at the data presented in state

3  prison table 8 of Exhibit C, "Deaths in custody

4  statistical tables," you can find the mortality rate

5  from all causes for California State prisoners for

6  each year, 2001 to 2004.  The table also includes 2005

7  data, but that data is outside the scope of the

8  question posed here.  Adding together these four

9  California prisoner mortality rates for the four

10  years, and dividing the sum by four, yields an average

11  annual rate of mortality from all causes for

12  California prisoners during 2001 to 2003 of 203 per

13  100,000 inmates.

14       Q     What was your conclusion?

15       A     My conclusion is that the average annual

16  rate of mortality from all causes for California

17  prisoners, during 2001 to 2004, was 34 percent lower

18  than the average annual rate of death from all causes

19  for U.S. residents age 15 to 64 during 2001 to 2003.

20  When deaths from transportation accidents are

21  excluded, the difference between the two rates is

22  reduced, with the California prisoner rate 30 percent

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

33

1    lower than the U.S. resident rate.

2              Excluding transportation accident deaths

3    from the resident population data, offers a more

4    realistic comparison, because state prisoners are not

5    allowed to drive and only rarely travel by vehicle.

6    Compared to most adult U.S. residents they experience

7    far lower exposure to any risk of fatal transportation

8    accidents.

9         Q    Is there any document evidencing this

10   conclusion?

11        A    The calculations were not explicitly

12   documented in the published documents, but the data

13   necessary to make the calculations are available in

14   appendix table 11 of Exhibit A and state prison table

15   8 of Exhibit C, as noted earlier.

16        Q    If you have not, are you aware whether

17   anyone else at the Bureau of Justice Statistics has

18   determined whether California's average annual

19   mortality rate for state prisoners from 2001 to 2004

20   was lower than the same rate for U.S. residents age 15

21   to 64 from 2001 to 2003?

22        A    Not applicable.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

34

1      Q      If so, what was the conclusion?

2      A      Not applicable.

3      Q      How was that conclusion reached, to your

4   knowledge?

5      A      Not applicable.

6      Q      Is there any document evidencing this

7   conclusion?

8      A      Not applicable.

9      Q      I am handing you what has been marked as

10  Defendants' Exhibit B, which is a letter December 18,

11  2007, from Jeffrey L. Sedgwick, director of the office

12  of justice programs, Bureau of Justice Statistics, to

13  S. Anne Johnson, Counsel for defendants in this

14  matter, which contains two attachments.

15         Are you familiar with Exhibit B, including

16  the attachments?

17     A      Yes.

18     Q      Is Exhibit B a true and accurate copy of the

19  original?

20     A      Yes.

21     Q      Did you have any role in creating Exhibit B,

22  including the attachments?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

35

1     A     Yes.  I performed the data analysis,

2   prepared the data tables and highlights, as well as

3   drafted the letter for Dr. Sedgwick's signature.

4     Q     What does attachment 1 represent?

5     A     This table presents the illness mortality

6   rate per 100,000 state prisoners for each state's

7   prison system with groupings of all states, excluding

8   California, and all western states, excluding

9   California, for the years 2001 to 2005.

10    Q     To your knowledge, who prepared attachment

11  1?

12    A     As indicated in my response to item 105, I

13  prepared the data presented in attachment 1.

14    Q     To your knowledge, what methodology was used

15  to prepare attachment 1?

16    A     The methodology involved was already

17  described in detail in my response to item 82.

18    Q     Does attachment 1 to Exhibit B present

19  similar information to appendix 9 to table A, except

20  that it also includes the year 2005?

21    A     Yes.  The data for 2005 were not available

22  at the time Exhibit A was being prepared for

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

36

1    publication.

2        Q    What was the source of the data for the year

3    2005?

4        A    The source of the data for 2005 is the same

5    as that used for 2001 to 2004, in both Exhibit A and

6    Exhibit C.  All data are from the BJS death in custody

7    reporting program.  See my response to item 74 for

8    more information.

9        Q    What was the average annual mortality rate

10    for all illnesses per 100,000 state prison inmates

11    from 2001 to 2005 for the entire United States?

12        A    The average annual mortality rate for all

13    illnesses was 224 deaths per 100,000 state prison

14    inmates nationwide during 2001 to 2005.

15        Q    What was the average annual mortality for

16    all illnesses per 100,000 state prison inmates from

17    2001 to 2005 for the west region?

18        A    The average annual mortality rate for all

19    illnesses for state prisoners in the west region was

20    184 deaths per 100,000 state prisoners held by these

21    13 states.

22        Q    What was the average annual mortality rate

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

37

1    for all illnesses per 100,000 state prison inmates

2    from 2001 to 2005 for inmates for California?

3        A    The average annual mortality rate for all

4    illnesses for California State Prisoners is 172 deaths

5    per 100,000 prisoners during the period 2001 to 2005.

6        Q    Was the average annual mortality rate for

7    all illnesses per 100,000 state prison inmates from

8    2001 to 2005 in California lower than the same rate

9    for the entire United States?

10       A    Yes.

11       Q    Was the average annual mortality rate for

12   all illnesses per 100,000 state prison inmates from

13   2001 to 2005 in California lower than the same rate

14   for the west region?

15       A    Yes.

16       Q    How many states had a higher average annual

17   mortality rate for all illnesses per 100,000 state

18   prison inmates from 2001 to 2005 than California?

19       A    36.

20       Q    Is California among the 15 states with the

21   lowest average annual mortality rates per 100,000

22   state inmates from 2001 to 2005?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

38

1      A     Yes.   California prisoners had the

2   14th lowest average annual mortality rate from all

3   illnesses.   In terms of deaths from all causes, I

4   would refer you to state prison table 8 of Exhibit C,

5   which shows that California prisoners had the

6   12th lowest mortality rate.

7      Q     Attachment 1 also contains highlights at the

8   bottom.   Number 1 says, "For each year in this period,

9   2001 to 2005, California prisoners had a lower rate of

10  illness deaths than the total of all other western

11  states ranging from five percent lower in 2004, 182

12  illness deaths per 100,000 inmates, versus 191 per

13  100,000 for all other western states, to 27 percent

14  lower in 2001."  Is this conclusion accurate?

15     A     Yes.

16     Q     To your knowledge, how was the conclusion

17  reached?

18     A     The conclusion was reached by comparing the

19  illness mortality rates shown for California for each

20  year with the rates presented for the western states,

21  excluding California, in the same table.   In each year

22  the California rate was lower.   The percentage

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

39

1    difference was calculated by dividing the difference

2    between the two rates by the higher rate.   For

3    instance, the five percent lower in 2004 finding was

4    calculated by dividing the difference in the two

5    rates, 191 minus 182 equals nine, by the higher rate,

6    191.   Nine divided by 191 equals .047, or a difference

7    of five percent.

8              Calculation of these rates for all western

9    states excluding California, involves summing all of

10   the illness deaths in the remaining 12 western states,

11   and dividing the sum of illness deaths by the sum of

12   June 30th custody populations in each of these 12

13   states prison systems for each year.   The results were

14   multiplied by 100,000 to calculate an illness

15   mortality rate for these 12 western states for each

16   year.

17        Q    Attachment 1 highlight number 1 also says,

18   "Over the entire five-year period, California's

19   average annual death rate from illness, 172 per

20   100,000, was 14 percent lower than that of all other

21   western states, 201 per 100,000."

22              Is this conclusion accurate?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

40

1    A    Yes.

2    Q    To your knowledge, how was this conclusion

3  reached?

4    A    My method in making this comparison was just

5  described in my response to item 119.

6    Q    Attachment 1, highlight number 2 says, "For

7  each year in this period, the California prisoner

8  death rate from illness was lower than the total for

9  all other states nationwide, ranging from 16 percent

10  lower in 2002 (187 per 100,000 compared to 223 per

11  100,000) to 38 percent lower in 2001 (141 per 100,000

12  compared to 229 per 100,000)."

13         Is this conclusion accurate?

14    A    Yes.

15    Q    To your knowledge, how was this conclusion

16  reached?

17    A    My method in making comparisons in mortality

18  rates was described in my response to item 119.

19    Q    Attachment 1, highlight number 2 also says,

20  "Over the entire five-year period, California's

21  average annual illness mortality rate (172 per

22  100,000) was 26 percent lower than that of all other

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

41

1    states (232 per 100,000)."

2           Is this conclusion accurate?

3     A    Yes.

4     Q    To your knowledge, how was this conclusion

5    reached?

6     A    Please refer to the discussion of comparing

7    illness mortality rates provided in response to item

8    119.

9     Q    Attachment 1, highlight number 3 states,

10    "California's prisoner death rate from illness was

11    lowest in 2001 (141 per 100,000), then peaked the

12    following year in 2002 (187 per 100,000)."

13           Is this conclusion accurate?

14     A    Yes.

15     Q    To your knowledge, how was this conclusion

16    reached?

17     A    In comparing the California illness

18    mortality rates for each of the five years covered by

19    these data, the rate for 2001 was found to be the

20    lowest and the rate for 2002 was found to be the

21    highest.

22     Q    Attachment 1, highlight number 3 also

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

42

1    states, "In the most recent years for which data were

2    available, the illness death rate in California

3    prisons was virtually unchanged (182 per 100,000 in

4    2004, 181 per 100,000 in 2005)."

5            Is this conclusion accurate?

6        A    Yes.

7        Q    To your knowledge, how was this conclusion

8    reached?

9        A    The difference between these illness death

10   rates in California prisons over these two years was

11   one death per 100,000, or a decline of one half of one

12   percent.  Given this very small percentage change, I

13   characterized the rate as "virtually unchanged."

14       Q    What does attachment 2 to Exhibit B

15   represent?

16       A    Attachment 2 presents comparative counts and

17   rates of state prisoner deaths for California and all

18   other 49 states combined by cause of death for the

19   period 2001 to 2005.

20       Q    To your knowledge, who prepared attachment

21   2?

22       A    As noted in my response to item 105, I

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

43

1   prepared both attachments to Exhibit B.

2        Q    To your knowledge, what methodology was used

3   to prepare attachment 2?

4        A    The methodology behind these tables is quite

5   simple.  For the top two tables presenting counts of

6   death by cause, I summed up the counts of death in

7   California and in the remaining 49 states

8   respectively.  For the lower two tables presenting

9   rates of death by cause, I followed the methodology

10  described earlier, dividing the count of deaths for a

11  given year by the June 30th custody populations for

12  that year, and multiplying the result by 100,000 to

13  obtain a rate of death per 100,000 inmates.

14       Q    Attachment 2 also contains highlights.

15  Number 1 states, "The tables above provides a

16  comparison of California and all other states for the

17  data presented in tables 1 and 3 of our online tables

18  of state prisoner mortality data."

19            What is the statement referring to?

20       A    The online tables of state prisoner

21  mortality data are presented in Exhibit C, these

22  tables are updated each year with the latest finalized

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

44

1    data from the death in custody reporting program,

2    which is the same data series used to produce our

3    published reports.

4            The online tables allow us to update a

5    number of our basic findings on state prisoner

6    mortality without having to produce an in-depth report

7    each and every year.  For the purpose of comparing

8    California to the rest of the country, I took the

9    published online tables 1 and 3 and adapted them to

10   remove California from the calculations of national

11   state prisoner findings.  By doing so, California

12   could be properly compared to a grouping of all other

13   states.

14       Q    I'm handing you a document marked as Exhibit

15   C, which is entitled "Deaths in Custody Statistical

16   Tables."

17            Are you familiar with Exhibit C?

18       A    Yes.

19       Q    Is Exhibit C a true and accurate copy of the

20   information available on the website?

21       A    Yes.

22       Q    The first page of Exhibit C references data

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

45

1    tables for state prison deaths, 2001 to 2005.    Are

2    these the tables referred to in highlight number 1 of

3    attachment 2 to Exhibit B?

4        A    Yes.

5        Q    Exhibit B attachment 2 highlight number 2

6    says, "As these data show, the illness death rate in

7    California prisons was below that of the rate for all

8    other states in each year, averaging 23 percent lower

9    for the entire five-year period (161 illness deaths

10   per 100,000 inmates versus 208 illness deaths per

11   100,000 inmates)."

12           Is this conclusion accurate?

13       A    Yes.

14       Q    To your knowledge, how was this conclusion

15   reached?

16       A    The methodology for calculating these rates

17   has already been discussed in the responses to

18   numerous items, such as item 119 and item 132.    The

19   conclusion that the California rate was lower for each

20   year was reached by comparing the two sets of rates,

21   and the 23 percent difference was calculated as

22   follows:    208 minus 161 equals 47, and 47 divided by

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

46

1    208 equals .226 or a difference of 23 percent.

2         Q.   Exhibit B, attachment 2, highlight number 3

3    states, "The rate of death from AIDS in California

4    prisons was lower than that of all other states

5    combined each year as well, averaging about one-third

6    lower over the entire period (11 AIDS death per

7    100,000 inmates versus 17 AIDS death per 100,000

8    inmates)."

9              Is this conclusion accurate?

10        A    Yes.

11        Q    As to your knowledge, how was this

12    conclusion reached?

13        A    Please refer to my response to item 138.

14        Q    In the letter which is the first page of

15    Exhibit B, Mr. Sedgwick writes, "In November you

16    requested that Bureau of Justice Statistics BJS staff

17    produce statistical tables of state prisoner death

18    records that would allow for comparisons between

19    California and other states.  Attached you will find

20    the data requested.  These data are unpublished but

21    have been verified by BJS staff as accurate."

22             Do you know what was done to verify the data

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

47

1    on attachments 1 and 2 to Exhibit B as accurate?

2         A    Yes.

3         Q    If so, please explain what was done to

4    verify the data on attachments 1 and 2 to Exhibit B as

5    accurate.

6         A    As noted in my response to item 133, much of

7    the data presented here in this attachment was already

8    published in our online data tables, all of which was

9    verified following BJS publication standards.  These

10   procedures were described in detail in item 79.  Any

11   new findings which were not already presented in the

12   BJS online tables were put through the same

13   procedures, with SPSS data output in Excel spreadsheet

14   formulas checked by Ms. Noonan for accuracy.

15        Q    Although it is not published, does Exhibit B

16   reflect the official analysis of the Bureau of Justice

17   Statistics performed in the course of its duties?

18        A    Yes.  As noted in the previous response, the

19   data were verified in the same manner as formally

20   published findings.  Fulfilling data requests such as

21   these is part of routine BJS activities, and all work

22   performed by myself in preparing these data was done

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

48

1       as part of my normal work duties.

2           Q       I am handing you what has been marked as

3       Exhibit D, titled "Suicide and Homicide in State

4       Prisons and Local Jails."

5               Are you familiar with Exhibit D?

6           A       Yes.

7           Q       Were you the author of Exhibit D?

8           A       Yes.

9           Q       Is Exhibit D a true and accurate copy of the

10      original?

11          A       Yes.

12          Q       Is it correct that Exhibit D was published

13      in August 2005 in the Bureau of Justice Statistics

14      special report?

15          A       Yes.

16          Q       Is it correct that Exhibit D analyzes the

17      suicide and homicide rates of county jails and state

18      prisons from 2000 to 2002 from data submitted by those

19      entities?

20          A       Yes.  However, I should note that the state

21      prison data only covered 2001 and 2002, because that

22      data collection began a year later than the local jail

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

49

1    collection.

2        Q    Since the preparation of Exhibit D, have you

3    prepared any article analyzing the suicide and

4    homicide rates of state prisons from 2003 to present?

5        A    No.    I have prepared data tables for the BJS

6    website that have included state prison suicide rates

7    for 2003 through 2006, but none of these online

8    products has included any text or commentary.    I have

9    not prepared any articles or other publications

10    analyzing suicide rates since the publication of the

11    report included as Exhibit D.

12        Q    If you have prepared an article analyzing

13    the suicide and homicide rates of state prisons from

14    2003 to present, please state where and when it was

15    published?

16        A    Not applicable.

17        Q    On Page 3 of Exhibit D you report that for

18    the time period of 2000 to 2002, 42 percent of all

19    suicides took place in four states, California, 52;

20    Texas, 49; New York, 21; and Illinois, 20.    Is that

21    correct?

22        A    Yes.

50

```
 1        Q    Since your article, Exhibit D, states at

 2   page 11 that "The demographic compositions of the

 3   inmate populations do not reflect those of the U.S.

 4   resident population," would you agree that the

 5   demographic composition of the California inmate

 6   population does not reflect those of the U.S. resident

 7   population?

 8        A    Yes.

 9        Q    Is it correct that your article, Exhibit D,

10   also states at page 11 that state prisoners had a

11   higher rate of suicide, 14 per 100,000, than the

12   overall resident population, 11, and that the once

13   standardized by age, race and gender to match the

14   state prisoner population, the U.S. resident rate of

15   suicide, 18, exceeded that of state prisoners in 2002?

16        A    Yes.

17        Q    Would you agree that once standardized by

18   age, race and gender to match the California state

19   prisoner population, the U.S. rate of suicide would

20   exceed that of California prisoners in 2002?

21        A    Without knowing the exact age, race and

22   gender distributions of the California state prisoner
```

51

1    population it is not possible for me to agree with

2    certainty.  If I had to California my best guess, I

3    would say that I am likely to agree, given the fact

4    that the standardized U.S population rate of suicide

5    is 55 percent higher than the nationwide state

6    prisoner rate.

7         Q    Have you standardized the inmate populations

8    of those state prisons with less than ten suicides per

9    year to match the age, race and gender population of

10   California state prison?  If so, what was the

11   comparative data on suicides within California and

12   within other state prisons using such standardized

13   population?

14        A    No.

15        Q    Have you discussed the California prison

16   population suicide rates with Dr. Ray Patterson?

17        A    No.

18        Q    Have you received any data from Dr. Ray

19   Patterson concerning the California prison population?

20        A    I do not know Dr. Ray Patterson and do not

21   recall receiving anything from him.  However, if he

22   works for the California Department of Corrections, it

52

1    is possible that he has been involved with data

2    submissions to BJS without my knowledge.

3         Q      Have you reviewed an article published in

4    Psychiatric Services, June 2008 addition, and authored

5    by Raymond Patterson, M.D., and Dr. Kerry Hughes,

6    M.D., entitled, "Review of Completed Suicides in

7    California Department of Corrections and

8    rehabilitation, 1999 to 2004"?

9         A      No.

10        Q      Did you provide any data to Dr. Patterson

11   and Dr. Hughes regarding suicide rates with the

12   California Department of Corrections and

13   rehabilitation at any time?

14        A      No.

15        Q      If you did provide any data to Dr. Patterson

16   and Dr. Hughes regarding suicide rates, please

17   identify the data that was provided.

18        A      Not applicable.

19        Q      Did Dr. Patterson and Dr. Hughes provide you

20   any data regarding suicide rates with the California

21   department of corrections and rehabilitation at any

22   time?

53

1          A      Not to my knowledge, no.  However, if they

2     work for the California Department of Corrections,

3     they may have been involved in the data submitted by

4     California for the deaths in custody reporting program

5     without my knowledge.

6          Q      If Dr. Patterson and Dr. Hughes did provide

7     you with data, please identify the data that was

8     provided.

9          A      To my knowledge, they have not provided me

10    with any data.

11         Q      Has anyone at any time informed you of any

12    errors in the data, findings and conclusions you

13    reported in Exhibit D?

14         A      No.

15         Q      If so, please state the name of that person

16    and the identified errors.

17         A      Not applicable.

18         Q      If errors in Exhibit D were identified to

19    you, did you confirm or disaffirm the existence of

20    those identified errors?

21         A      Not applicable.

22         Q      Is it true that Exhibit D reflects the

54

1    official analysis of the Bureau of Justice Statistics

2    performed in the course of its duties?

3         A    Yes.

4         Q    Has anyone representing the plaintiffs in

5    this matter contacted you to consult on this matter?

6         A    On August 18, 2008, I was contacted by

7    Allison Hardy, Counsel for the plaintiffs in this

8    matter, by telephone.

9         Q    Please detail all discussions you had with

10   any persons representing the plaintiffs in this

11   matter.

12        A    When she called me on August 18th, Ms. Hardy

13   asked me if I planned to testify at trial or submit

14   any further documents to the defendants in this

15   matter, after my deposition was completed today.  I

16   explained to her that I had no idea what further

17   requests would be made of me in this matter.  I

18   explained that the participation of BJS staff in these

19   types of proceedings was very unusual, and it was

20   unclear if any further participation would even be

21   allowed.

22             I told her that as far as I know, my written

60

1     DEFENSE COUNSEL:  Objection.  Vague and

2     ambiguous, calls for speculation, incomplete

3     hypothetical.

4     THE WITNESS:  A state prison system's

5     mortality rate will certainly be impacted by

6     these factors as well as others (e.g., quality of

7     medical care, use of compassionate release

8     policies); however, it is very difficult to

9     discern the level of impact each of these factors

10    may have, simply because many of them are

11    intertwined.

12    For example, age and length of time served

13    are closely linked, because inmates age as they

14    serve time.  Careful analysis would be required

15    to determine just how much the length of time

16    served in prison impacts mortality rates, apart

17    from the aging of the inmates involved.

18    Likewise, variations in the gender makeup of a

19    state prison system's population likely will

20    bring with it variations in the criminal

21    offenders housed.

22    As we saw in Defendants' Exhibit D, violent

61

```
 1        offenders in state prison were three times more

 2        likely than drug offenders to commit suicide and

 3        twice as likely to be killed in homicide.

 4        Offense distributions of male and female

 5        prisoners vary dramatically which makes it

 6        difficult to isolate impact of each factor,

 7        gender and criminal offense, on overall mortality

 8        rates.

 9             Two states with large differences in these

10        population characteristics could have very

11        similar rates of mortality in their systems

12        because some of these differences cancel each

13        other out.  Other factors such as the quality of

14        medical care and the use of compassionate release

15        policies for terminally ill prisoners could also

16        have impact on mortality rates.  Basically, the

17        overall mortality rate for any state prison

18        system is the result of many factors interacting

19        together, it is not simply a direct result of a

20        few demographic factors.

21   BY PLAINTIFFS' COUNSEL:

22        Q    Please review Exhibit B to defendant's
```

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

81

1              THE WITNESS:  Yes.

2       BY PLAINTIFFS' COUNSEL:

3              Q     According to this table, the mortality rate

4       for California from HIV was 3.6 per 100,000, correct?

5              DEFENSE COUNSEL:  Objection.  Lacks

6              foundation, document speaks for itself, document

7              not properly authenticated.

8              THE WITNESS:  Yes.

9       BY PLAINTIFFS' COUNSEL:

10             Q     And also according to this table, just two

11      states and the District of Columbia had a mortality

12      rate from HIV greater than 9 per 100,000, correct?

13             DEFENSE COUNSEL:  Objection.  Lacks

14             foundation, document speaks for itself, document

15             not properly authenticated.

16             THE WITNESS:  Yes.

17      BY PLAINTIFFS' COUNSEL:

18             Q     Directing your attention back to Defendants'

19      Exhibit B to the Notice of Deposition on the fourth

20      page, the Bureau of Justice Statistics reported that

21      the mortality rate for California State Prisoners from

22      AIDS for 2005 was nine per 100,000, correct?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

82

1          A     Yes.   However, it should be noted that this

2     question immediately following the previous item

3     implies an inappropriate comparison between the AIDS

4     mortality rate in California prisons (nine per 100,000

5     inmates) and the AIDS mortality rate in the resident

6     populations of the individual states and the District

7     of Columbia (i.e., the statement that "just two states

8     and the District of Columbia had a mortality rate from

9     HIV greater than nine per 100,000").

10               As has been noted at length earlier in this

11    deposition, state prison populations differ quite

12    sharply from resident populations by age, race and

13    gender, among several other measures.   While

14    California State Prisoner rate of HIV deaths was

15    higher than that for 48 states' resident populations,

16    a more appropriate basis of comparison would be the

17    state prison populations of these other states.

18    According to appendix table 9 of Defendants' Exhibit

19    A, you can see that the prison populations of 21

20    states had higher rates of AIDS deaths than the

21    California prison population.

22          Q     Have you performed any studies to determine,

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

89

1      Q    Who made the decision as to what information

2  to "highlight" in the notes to the statistical charts

3  to Defendants' Exhibit B?

4      A    As stated previously, I wrote the highlights

5  included with these data attachments.  My decisions

6  were guided by the research interests of the data

7  requester, namely, their interest in comparing

8  California's prison mortality rates with those of

9  other states, with particular emphasis on deaths

10  arising from medical problems.

11      Q    Who decided that the "highlights" in

12  Defendants' Exhibit B would tend to include

13  comparisons that portrayed California's rates as lower

14  than the rates of other groups of states?

15          DEFENSE COUNSEL:  Objection.  Lacks

16      foundation, argumentative.

17          THE WITNESS:  No such decision was made by

18      anyone.  As stated in my response to the previous

19      question, the comparisons chosen for the

20      highlights were guided by the topical interests

21      of the party requesting the data.  The

22      comparisons they were interested in focused on

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

90

1        comparing mortality rates (particularly illness

2        and AIDS death rates) in California, with other

3        state prison systems.

4             When those comparisons were made,

5        California's rates were consistently lower, and

6        that was what was reported in the highlights.  If

7        California's rates on such deaths were found to

8        be higher than other states on all of the same

9        measures, the same comparisons would have been

10       selected for highlights.  Simply put, the

11       comparisons in the highlights were chosen based

12       on questions posed, and not on the answers that I

13       found when analyzing the data.

14  BY PLAINTIFFS' COUNSEL:

15       Q    Is it correct that attachment 2 to

16  Defendants' Exhibit B shows that the suicide death

17  rate for California prisons was equal to or above the

18  average rate for all other states in each year,

19  averaging 17 percent higher for the entire five-year

20  period (18 suicide deaths per 100,000 inmates versus

21  15 suicide deaths per 100,000 inmates)?

22            DEFENSE COUNSEL:  Objection.  Irrelevant,

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

98

1          out that the 11 percent decline over this

2          five-year period was neither a very dramatic

3          trend nor a stable one.   The 2005 overall

4          mortality rate for all other states combined was

5          the lowest of the five-year period, (225 deaths

6          per 100,000 inmates), but it was preceded by the

7          two highest rates of the period as well.   In 2003

8          and 2004, the overall mortality rate was 266 and

9          259 deaths respectively, per 100,000 inmates.

10               Comparing 2001 to either of these years

11          would have indicated the opposite trend in the

12          prison mortality of other states.   It was

13          impossible to judge whether the 2005 decline in

14          other states prison mortality rate was a one year

15          exception to this earlier increase or the

16          beginning of a sustained downward trend.   In

17          contrast, the trend that I did highlight, that of

18          California's stable rate of illness deaths

19          following the 2002 increase, was a more

20          established pattern over four years.

21     BY PLAINTIFFS' COUNSEL:

22          Q     Please turn your attention to Exhibit D to

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

99

1    defendant's Notice of Deposition entitled "Suicide and

2    Homicides in State Prisons and Local Jails." You were

3    the author of this report, correct?

4        A    Yes, that's correct.

5        Q    On page 3 of that report you reported that

6    during 2001, 31 states reported no prison homicides,

7    correct?

8              DEFENSE COUNSEL:  Objection.  Irrelevant.

9              THE WITNESS:  Yes, that's correct.

10   BY PLAINTIFFS' COUNSEL:

11       Q    And in 2002, 29 states reported no prison

12   homicides, correct?

13             DEFENSE COUNSEL:  Objection.  Irrelevant.

14             THE WITNESS:  Yes, that's correct.

15   BY PLAINTIFFS' COUNSEL:

16       Q    On that same page you wrote that just three

17   states reported more than five homicides in 2001 to

18   2002, correct?

19             DEFENSE COUNSEL:  Objection.  Irrelevant.

20             THE WITNESS:  Yes, but given the wide range

21       of prison populations across the 50 states, it's

22       really not advisable to compare individual states

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

100

1        (particularly for such a rare phenomenon as

2        prison homicide) on purely numerical grounds.

3        Comparing rates of homicide across states would

4        be more appropriate.

5  BY PLAINTIFFS' COUNSEL:

6      Q   On the same page you stated that there were

7  87 prison homicides during 2001 to 2002, correct?

8        DEFENSE COUNSEL:  Objection.  Irrelevant.

9        THE WITNESS:  Yes, that's correct.

10  BY PLAINTIFFS' COUNSEL

11      Q   And that 21 of those homicides occurred in

12  California, correct?

13        DEFENSE COUNSEL:  Objection.  Irrelevant.

14        THE WITNESS:  Yes, but again, comparisons of

15        rates rather than counts of homicide would be

16        more appropriate, given how much larger

17        California's prison population is than most

18        states.  Based on homicides per 100,000 inmates

19        California tied for ten highest with South

20        Carolina.

21        The states that had the four highest rates

22        of homicide, South Dakota, New Mexico, Maryland

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

101

1          and Utah, had deceptively low numbers of

2          homicides (only 11 combined, compared to 21 in

3          California alone).  However, the combined prison

4          population of these four states is only roughly a

5          quarter of California's prison population.

6          Therefore, a much smaller number of homicides in

7          these much smaller prison systems resulted in

8          higher rates of homicide.

9    BY PLAINTIFFS' COUNSEL:

10        Q    Turning to page 11 of the same report, the

11   report states that the rate of suicides for state

12   prisoners is 14 per 100,000, and for the overall

13   population is 11 per 100,000, correct?

14             DEFENSE COUNSEL:  Objection.  Irrelevant.

15             THE WITNESS:  To be clear, the report

16        included these respective rates for a single

17        year, 2002.

18   BY PLAINTIFFS' COUNSEL:

19        Q    The report further states that once

20   standardized to match the age, race and gender of the

21   state prisoner population, the U.S. resident rate of

22   suicide would be 18 per 100,000, correct?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

103

1          fashion, and they do not refer to a single

2          state's prison population.

3    BY PLAINTIFFS' COUNSEL:

4        Q    Are the demographics of the California

5    prison population the same as the demographic data you

6    used to standardize the U.S. resident population when

7    you made these calculations?

8              DEFENSE COUNSEL:  Objection.  Assumes facts

9         not in evidence, misstates the facts.

10              THE WITNESS:  No, the data reflect the

11         demographic composition of the overall State

12         prisoner population across all 50 states.  It is

13         likely that the demographic composition of any

14         single state's prison system during 2002 differed

15         in some fashion from these accumulated nationwide

16         characteristics.

17    BY PLAINTIFFS' COUNSEL:

18        Q    If you answered yes to the last question,

19    please explain how you know whether the demographics

20    of the California prison population are the same as

21    the demographic data you used to standardize the U.S.

22    resident population when you made these calculations?

104

1          DEFENSE COUNSEL:  Objection.  Assumes facts

2     not in evidence, misstates the facts.

3          THE WITNESS:  Not applicable.

4  BY PLAINTIFFS' COUNSEL:

5     Q    If you answered no to the question, please

6  explain how the demographics of the California prison

7  population differ from the demographic data you used

8  to standardize the U.S. resident population when you

9  made these calculations.

10          DEFENSE COUNSEL:  Objection.  Assumes facts

11     not in evidence, misstates the facts.

12          THE WITNESS:  I do not have a demographic

13     breakdown of the California prisoner population

14     for 2002 to which I can refer.  As far as I know,

15     from working with other correctional population

16     data series, the percentage of Hispanic prisoners

17     in the California system is higher than the

18     national state prison population average, and

19     women make up a slightly lower percentage of

20     California prisoners than the national average

21     among state prison system.  I don't know how the

22     age distribution of California prisoners compares

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

105

1        to the national average for state prisoners.

2   BY PLAINTIFFS' COUNSEL:

3        Q    On page 3 of the same report, you wrote, "In

4   most state prison systems, suicides were rare events,"

5   referring to the period 2001 to 2002, correct?

6            DEFENSE COUNSEL: Objection. Vague and

7        ambiguous as to "rare," irrelevant as to time,

8        location.

9            THE WITNESS:  Yes, that's correct.

10   BY PLAINTIFFS' COUNSEL:

11        Q    And you wrote that almost half of all states

12   recorded three or fewer suicides during this period,

13   correct?

14            DEFENSE COUNSEL:  Objection.  Irrelevant as

15        to time, location.

16            THE WITNESS:  Yes, that's correct.

17   BY PLAINTIFFS' COUNSEL:

18        Q    During 2001 to 2002, California reported 52

19   suicides?

20            DEFENSE COUNSEL:  Objection.  Vague and

21        ambiguous as to reporting entity, irrelevant as

22        to time.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

· 106

1             THE WITNESS:   Yes.

2    BY PLAINTIFFS' COUNSEL:

3        Q      California reported more suicides than any

4    other state, correct?

5             DEFENSE COUNSEL:   Objection.   Vague and

6        ambiguous as to reporting entity, irrelevant as

7        to time.

8             THE WITNESS:   Numerically, yes, but please

9        bear in mind the points I made earlier about

10       comparing homicides across state systems on a

11       purely numerical basis.   Given the vast

12       differences in prison population size across

13       states, you can see states with relatively small

14       numbers of such deaths have the high rates of

15       homicide.   The point is the same when discussing

16       prison suicide comparisons.

17            While California and Texas each had far more

18       suicides than any other state during this period

19       (they had 52 and 49 respectively) while no other

20       state had more than 21), neither state was among

21       the top 20 highest suicide rates per 100,000

22       inmates.·  This is because these two states also

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

107

1          have, by far, the largest prison populations in

2          the nation.  As with homicides, most of the

3          states with the highest suicide rates had

4          relatively small prison populations and

5          relatively small numbers of suicides.

6     BY PLAINTIFFS' COUNSEL:

7          Q    On page 1 of that report you reported that

8     the homicide rate for prisons in 1990 was eight per

9     100,000 state prisoners correct?

10              DEFENSE COUNSEL:  Objection.  Irrelevant.

11              THE WITNESS:  Yes, that's correct.

12     BY PLAINTIFFS' COUNSEL:

13          Q    And that by 2002, the homicide rate had

14     dropped to four per 100,000, correct?

15              DEFENSE COUNSEL:  Objection.  Irrelevant.

16              THE WITNESS:  Yes, that's correct.

17     BY PLAINTIFFS' COUNSEL:

18          Q    Returning to page 3 of the report, you

19     reported that the homicide rate for California was

20     seven per 100,000 for 2001 to 2002, correct?

21              DEFENSE COUNSEL:  Objection.  Irrelevant.

22              THE WITNESS:  Yes, that's correct.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

123

1

2

3

4    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

5        I, Laurie Bangart-Smith, Registered

     Professional Reporter, the officer before whom

6    the foregoing deposition was taken, do hereby

     certify that the foregoing transcript is a true

7    and correct record of the testimony given; that

     said testimony was taken by me stenographically

8    and thereafter reduced to typewriting under my

     supervision; and that I am neither counsel for,

9    related to, nor employed by any of the parties to

     this case and have no interest, financial or

10   otherwise, in its outcome.

11       IN WITNESS WHEREOF, I have hereunto set my

     hand and affixed my notarial seal this 8th day of

12   September, 2008.

13   My commission expires:  March 14th, 2011

14

15   _Laurie Bangart-Smith_

16   _____

17   LAURIE BANGART-SMITH

     NOTARY PUBLIC IN AND FOR

18   THE DISTRICT OF COLUMBIA

19

20

21

22

# EXHIBIT A



EXHIBIT

A

Mumola

U.S. Department of Justice
Office of Justice Programs



# Bureau of Justice Statistics
# Data Brief

January 2007, NCJ 216340

# Medical Causes of Death in State Prisons, 2001-2004

by Christopher J. Mumola
*BJS Policy Analyst*

Between 2001 and 2004, State prison authorities nationwide reported a total of 12,129 State prisoner deaths to the Deaths in Custody Reporting Program (DCRP).* Nearly 9 in 10 of these deaths (89%) were attributed to medical conditions. Fewer than 1 in 10 were the result of suicide (6%) and homicide (2%), while alcohol/drug intoxication and accidental injury accounted for another 1% each. A definitive cause could not be determined for 1% of these deaths.

This information was obtained from individual death records collected under the *Death in Custody Reporting Act of 2000* (PL 106-297). These records provide the first national data on personal characteristics of inmates who died in custody and the circumstances of the deaths. Detailed data tables on the topics covered in this report are available as appendix tables on the BJS website at <www.ojp.usdoj.gov/bjs/abstract/mcdsp04.htm>.

Among State prisoner deaths —

- Half were the result of heart diseases and cancer
- Two-thirds involved inmates age 45 or older
- Two-thirds were the result of medical problems which were present at the time of admission
- 40% occurred in 5 States (Texas, California, Florida, New York, and Pennsylvania)
- Over 90% were evaluated by medical staff for the fatal illness; 93% received medications for the illness.

Comparative mortality rates showed —

- Male State prisoners had a death rate 72% higher than female State prisoners
- State prisoners had a 19% lower death rate than the adult U.S. resident population; among blacks, the mortality rate was 57% lower among prisoners.

*Total number of deaths excludes 258 State prison executions during 2001-2004. See *Capital Punishment, 2005* <http://www.ojp.usdoj.gov/bjs/abstract/cp05.htm>.



**10 leading causes of State prisoner deaths, 2001-04**

Heart diseases
Cancer
Liver diseases
AIDS
Suicide
Respiratory diseases
Cerebrovascular diseases
Septicemia
Influenza/pneumonia
Digestive diseases

0  500  1,000  1,500  2,000  2,500  3,000  3,500

## Heart diseases and cancer accounted for half of all State prison deaths

Correctional authorities reported over 60 different fatal medical conditions, but prisoner deaths were heavily concentrated among a small number of diseases. Heart diseases (27%), including heart attacks, and cancer (23%) caused half of all State prisoner deaths from 2001 to 2004. When combined with liver diseases (10%) and AIDS-related causes (7%), two-thirds of all State prisoner deaths were caused by these four medical conditions.

## Death rates higher among men than women in 9 of the 10 leading causes of death

While the leading causes of death were the same for both men and women in State prisons, men died at a much higher rate than women. The mortality rate of men for all causes of death (257 deaths per 100,000 inmates) was 72% higher than that of women (149 deaths per 100,000 inmates). For the top three causes of death (heart diseases, cancer, and liver diseases), the male death rate was twice the female rate. Septicemia (for example, streptococcal and staphylococcal infection) was the lone cause of death that was higher among female State prisoners (10 deaths per 100,000) than male State prisoners (5 per 100,000).

**Black and Hispanic inmate mortality rates identical; white inmates 67% higher**

Between 2001 and 2004 the mortality rates of black and Hispanic State prisoners were identical (206 deaths per 100,000 inmates), while the rate for white inmates (343 per 100,000) was 67% higher. For heart diseases and cancer, the mortality rate of whites was nearly twice that of blacks and Hispanics. Despite higher mortality rates for most leading causes of death, white inmates had a lower AIDS-related death rate (10 per 100,000) than black (26 per 100,000) and Hispanic (18 per 100,000) State prisoners.

**Two-thirds of State prison deaths involved inmates age 45 or older**

Mortality rates rose dramatically with age. The death rate of inmates age 55 and older (1,973 per 100,000) was over 3 times higher than that of inmates age 45-54 (566 per 100,000), and 11 times higher than those age 35-44 (177 per 100,000). Inmates age 45 or older comprised 14% of State prisoners from 2001 to 2004, but accounted for 67% of all inmate deaths over the same period.

Unlike the leading fatal illnesses, suicide rates were stable across all adult age groups. While suicide was the leading cause of death for inmates under the age of 35, it fell far behind several illnesses as a cause of death for older inmates. Among inmates age 55 or older, there were 46 heart disease deaths and 42 cancer deaths for each suicide.

| Cause of death | Average annual mortality rate, per 100,000 State prisoners, by age | | | |
|---|---|---|---|---|
| | 25-34 | 35-44 | 45-54 | 55 or older |
| Leading illnesses | | | | |
|   Heart diseases | 11 | 41 | 144 | 689 |
|   Cancer | 5 | 28 | 135 | 635 |
|   Liver diseases | 2 | 19 | 96 | 126 |
|   Respiratory diseases | 2 | 5 | 18 | 107 |
| Suicide | 16 | 14 | 15 | 15 |

Note: Respiratory diseases exclude influenza and pneumonia.

**Among deaths of elderly State prisoners, 85% were 45 or older when admitted**

Among older inmates, the mortality rate of those age 65 or older was particularly high. Though these elderly inmates made up 1% of prisoners, they accounted for 15% of prisoner deaths. The mortality rate of elderly prisoners was nearly 3 times higher than that of inmates age 55-64. The death rate for aortic aneurysm was 6 times higher among elderly inmates than those age 55-64; for respiratory diseases, the rate was 5 times higher.

Deaths of elderly inmates typically did not involve offenders who had been incarcerated as young adults on lengthy (or "life") sentences. A majority (59%) of the elderly State prisoners who died during this period were 55 or older when admitted, and 85% were at least 45 years old at time of admission.

**Death from illness increased with time served in prison**

The death rate from illness rose sharply for prisoners serving lengthy terms. For inmates who had served at least 10 years in State prison, the mortality rate due to illness (503 deaths per 100,000 inmates) was triple that of inmates who had served less than 5 years in prison (162 per 100,000). Long-serving inmates showed similar increases in death rates for many of the leading fatal illnesses. AIDS-related causes had the smallest increase in mortality for long-serving inmates.

| Cause of death | Average annual mortality rate per 100,000 State prisoners, by time served | | |
|---|---|---|---|
| | Less than 60 mos. | 60-119 mos. | 120 mos. or longer |
| Heart diseases | 47 | 84 | 160 |
| Cancer | 38 | 70 | 151 |
| Liver diseases | 20 | 31 | 48 |
| AIDS-related | 16 | 21 | 24 |
| Respiratory diseases | 7 | 13 | 38 |

**Lung cancer accounted for 1 in 3 cancer deaths in State prison, more than the next 6 leading cancer sites combined**

A specific cancer site was named in 79% of the cancer deaths. Lung cancer alone accounted for 8% of all State prisoner deaths. More State prisoner deaths were caused by lung cancer (910) than the next 6 leading sites of cancer deaths (864) combined (i.e., liver, colon, pancreas, non-Hodgkins lymphoma, prostate, and leukemia).

Men in State prison died from cancer at twice the rate of women (60 deaths per 100,000 inmates compared to 27 per 100,000). This gender difference in cancer death rates was particularly evident for the most common fatal cancer sites. Men died from lung, liver and colon cancer at a rate nearly triple that of women. Regardless of gender, lung cancer caused twice as many deaths as any other site.

Deaths due to gender-specific cancer sites varied. Breast, ovarian, cervical and uterine cancer accounted for 24% of female cancer deaths. By comparison, prostate and testicular cancer accounted for 4% of male cancer deaths. Breast cancer was also the second most common site of female cancer deaths.

**Cancer deaths in State prisons, 2001-04**



## Time served in prison played little role in the death rate due to communicable diseases

Death rates from communicable diseases·(other than AIDS) were much lower than those for the leading fatal illnesses, and did not show the same increases among long-serving inmates. There were no deaths in State prisons nationwide from syphilis, meningitis, or meningococcal infection. The death rate from tuberculosis was lower than 0.5 per 100,000 for all inmates, regardless of time served. The death rate for viral hepatitis (all types) was 1 per 100,000 for inmates who served less than 5 years and rose to 3 per·100,000 for inmates who served longer than 5 years.

## Two-thirds of illness deaths resulted from pre-existing conditions — including 94% of AIDS deaths

In 68% of the illness deaths, State prison authorities reported that the fatal medical condition was present at the time of admission. AIDS (94%)* and liver diseases (88%) were most commonly present at the time of admission. Cancer was present at admission in 54% of all cancer fatalities. Among leading causes of death, influenza or pneumonia was least likely to be present at time of admission (39%).

### In 93% of deaths from illness, medical staff had provided medications for the fatal condition

Among illness fatalities, 94% were evaluated by medical staff prior to death. Diagnostic tests, such as an x-ray, MRI, or blood test, were performed in 89% of these cases. For 93% of illness fatalities, medications had been administered for the fatal medical condition.

Surgery had been performed on 1 in 5 inmates who died from illness. Among deaths from leading causes, prisoners who died from septicemia were most likely to have received surgical treatments (35%), followed by those who had cancer and digestive diseases (31% each). Fatalities from AIDS (11%) and heart diseases (15%) were least likely to have had surgery.

*It is not known how many of the remaining 6% of AIDS-related deaths involved inmates whose HIV-positive status was undetected at time of admission and how many contracted HIV during their prison term.

## Over 40% of prisoner deaths took place in 5 States; mortality rates varied widely across States

Five States each recorded over 500 prisoner deaths from 2001 to 2004. Texas led all States with 1,582 deaths, followed by California (1,306), Florida (813), New York (712), and Pennsylvania (558). These five States accounted for 41% of all State prisoner deaths during the 4-year period.

Illness mortality rates varied widely across States. Five States had more than 300 illness deaths per 100,000 inmates, while 10 States had fewer than 150 illness deaths per 100,000 inmates.

Illness mortality rate per 100,000 State inmates, 2001-2004

| Five highest | | Five lowest | |
|---|---|---|---|
| Louisiana | 388 | Vermont | 108 |
| Tennessee | 344 | Alaska | 111 |
| Pennsylvania | 328 | Iowa | 111 |
| West Virginia | 326 | North Dakota | 116 |
| Kentucky | 323 | Utah | 116 |

Specific medical causes of death also varied widely across States:

- Heart disease death rates varied from 10 per 100,000 in New Hampshire to 189 per 100,000 in West Virginia

- Cancer death rates ranged from 0 in Vermont to 103 per 100,000 in Louisiana

- Liver disease death rates varied from 0 in Rhode Island to 58 per 100,000 in Colorado.

## Mortality rate in State prisons nearly 20% lower than in U.S. resident population

From 2001 to 2004, 99% of State prisoners were between ages 15 and 64. When compared to mortality rates for U.S. residents in this age group, the overall mortality rate of State prisoners was 19% lower during this period. White and Hispanic prisoners had death rates slightly above their counterparts in the resident population, while blacks were 57% less likely to die in State prisons. For all age groups under the age of 45, the death rate in State prisons was lower than in the U.S. resident population. For the 55 to 64 age group, prison death rates were 56% higher.

---

### Since 1991, AIDS-related death rate dropped 84%; death rate for all other illnesses rose 82%

Prior to the enactment of the *Death in Custody Reporting Act of 2000*, the only national statistics on prisoner deaths from specific illnesses were annual counts of AIDS-related deaths begun in 1991. Between 1991 and 2004, sharply different trends emerged for the major causes of State prison deaths. While the death rate for AIDS dropped by over 80%, the death rate from all other·illnesses rose by 82%. Over the same period, the suicide rate was nearly stable and homicide rates dropped by one-half.*

*See *Suicide and Homicide in State Prisons and Local Jails* <http://www.ojp.usdoj.gov/bjs/abstract/shsplj.htm>.



Mortality rate per 100,000 State prisoners, 1991-2004

**U.S. Department of Justice**
Office of Justice Programs
Bureau of Justice Statistics

Washington, DC 20531

Official Business
Penalty for Private Use $300

PRESORTED STANDARD
POSTAGE & FEES PAID
DOJ/BJS
Permit No. G-91

## Methodology

In 2001 BJS began collecting individual records of all State prisoner deaths pursuant to PL 106-297. Prior to the collection of these records, BJS collected aggregate death counts in the National Prisoners Statistics (NPS) program. Since 1978 NPS counts have used a single category of "illness/natural causes," with AIDS-related deaths collected as a separate count from all other illnesses starting in 1991.

Records collected under the Deaths in Custody Reporting Program (DCRP) were submitted by correctional authorities in all 50 States for each year from 2001 to 2004. For each death marked as illness/natural cause, respondents were directed to specify a medical cause of death based on an autopsy review, if available.

These text entries were later coded by clinical data specialists according to the World Health Organization's *International Statistical Classification of Diseases and Related Health Problems, Tenth Revision* (ICD-10). BJS analysis of causes of death used categories of disease published by the National Center for Health Statistics

(NCHS). See the NCHS website for mortality data for the U.S. resident population at <http://www.cdc.gov/nchs/deaths.htm>.

In compiling their DCRP records, States are instructed to include deaths of any inmates held in private prisons, medical facilities, substance abuse or mental health treatment centers, or any deaths at a work release site. Deaths of State prisoners held in local jails are excluded, but covered by a separate collection. Also excluded are executions and escaped inmates.

This report in portable document format and in ASCII and its related statistical data and tables are available at the BJS World Wide Web Internet site: <http://www.ojp.usdoj.gov/bjs/abstract/mcdsp04.htm>.

**Office of Justice Programs**

Partnerships for Safer Communities
http://www.ojp.usdoj.gov

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Jeffrey L. Sedgwick is director.

This Data Brief was written by Christopher J. Mumola, under the supervision of Allen J. Beck. Margaret E. Noonan verified the report.

Data collection and processing of 2001-2002 death records were carried out by Lara E. Allen; data collection and processing of 2003-2004 death records were carried out by Greta B. Clark and Pamela Butler, under the supervision of Charlene Sebold, Governments Division, Census Bureau, U.S. Department of Commerce. Greg Wolfe, of GW Services, converted all death causes from text to ICD-10 codes.

Carolyn C. Williams and Tina Dorsey of BJS produced and edited the report and Jayne Robinson prepared the report for final printing, under the supervision of Doris J. James.

January 2007, NCJ 216340

**Appendix table 1. Causes of death in State prisons, with average annual mortality rate per 100,000 inmates, 2001-2004**

| Cause of death | Number of State prisoner deaths | | | | Percent, 2001-04 | Average annual mortality rate, per 100,000 inmates, 2001-04 |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | | |
| All causes | 2,878 | 2,946 | 3,167 | 3,138 | 100.0% | 250 |
| Heart diseases | 788 | 828 | 836 | 862 | 27.3% | 68 |
| Cancer | 655 | 660 | 786 | 719 | 23.3 | 58 |
| Liver diseases | 320 | 301 | 315 | 294 | 10.1 | 25 |
| Chronic liver disease/cirrhosis | 89 | 88 | 78 | 84 | 2.8 | 7 |
| Other liver diseases | 231 | 213 | 237 | 210 | 7.3 | 18 |
| AIDS | 270 | 245 | 210 | 145 | 7.2 | 18 |
| Suicide | 169 | 168 | 200 | 200 | 6.1 | 15 |
| Respiratory diseases[a] | 97 | 125 | 130 | 143 | 4.1 | 10 |
| Chronic lower respiratory diseases | 31 | 35 | 39 | 57 | 1.3 | 3 |
| Lung diseases due to external agents | 2 | 2 | 2 | 2 | 0.1 | 0 |
| Other/unspecified respiratory diseases | 64 | 88 | 89 | 84 | 2.7 | 7 |
| Cerebrovascular diseases | 93 | 90 | 122 | 89 | 3.2 | 8 |
| Septicemia | 50 | 64 | 67 | 81 | 2.2 | 5 |
| Influenza/pneumonia | 47 | 47 | 74 | 57 | 1.9 | 5 |
| Digestive diseases[b] | 40 | 61 | 56 | 49 | 1.7 | 4 |
| Disorders of the gall bladder, biliary tract & pancreas | 7 | 5 | 8 | 5 | 0.2 | 1 |
| Diseases of the esophagus, stomach and duodenum | 4 | 7 | 7 | 4 | 0.2 | 0 |
| Diseases of the peritoneum | 5 | 3 | 4 | 5 | 0.1 | 0 |
| Noninfective enteritis and colitis | 1 | 1 | 2 | 1 | 0.0 | 0 |
| Other diseases of the intestines | 4 | 8 | 7 | 6 | 0.2 | 1 |
| Other/unspecified digestive diseases | 19 | 37 | 28 | 28 | 0.9 | 2 |
| Kidney diseases | 39 | 47 | 57 | 57 | 1.6 | 4 |
| Nephritis, nephrosis, nephrotic syndrome | 39 | 44 | 55 | 55 | 1.6 | 4 |
| Renal tubulo-interstitial diseases | 0 | 1 | 1 | 1 | 0.0 | 0 |
| Other disorders of the kidney and ureter | 0 | 2 | 1 | 1 | 0.0 | 0 |
| Homicide | 39 | 48 | 50 | 51 | 1.6 | 4 |
| Alcohol/drug intoxication | 36 | 37 | 23 | 23 | 1.0 | 2 |
| Accidental injury | 23 | 31 | 26 | 37 | 1.0 | 2 |
| Viral hepatitis (all types) | 9 | 16 | 17 | 40 | 0.7 | 2 |
| Aortic aneurysm | 18 | 15 | 17 | 28 | 0.6 | 2 |
| Diabetes mellitus | 21 | 11 | 11 | 16 | 0.5 | 1 |
| Other disorders of the nervous system | 12 | 4 | 8 | 10 | 0.3 | 1 |
| Anemias | 5 | 8 | 8 | 5 | 0.2 | 1 |
| Benign neoplasms, in situ neoplasms | 6 | 9 | 4 | 7 | 0.2 | 1 |
| Unspecified illness deaths — | 74 | 59 | 71 | 110 | 2.6 | 6 |
| Illness — specific medical cause unknown | 64 | 48 | 56 | 101 | 2.2 | 6 |
| Illness — multiple medical causes, unresolved[c] | 10 | 11 | 15 | 9 | 0.4 | 1 |
| All other illnesses | 29 | 34 | 54 | 78 | 1.6 | 4 |
| Deaths without a known cause — | 38 | 38 | 25 | 37 | 1.1 | 3 |
| Unknown cause of death | 33 | 36 | 16 | 30 | 0.9 | 2 |
| Multiple causes, unresolved[d] | 5 | 2 | 9 | 7 | 0.2 | 0 |

Note: Detail may not add to total due to rounding. The 20 leading causes of death listed in the table account for 94.7% of all State prison deaths during 2001-2004. Executions are not included; for data on executions, see *Capital Punishment, 2005*, <http://www.ojp.usdoj.gov/bjs/abstract/cp05.htm>.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

[c]In all such cases, none of the causes of death matched the 63 medical causes of death cited in any record for which a single illness was identified as the cause of death.

[d]Such cases were checked "other causes of death," with a text description of events, but the information was insufficient to classify the death to a single cause.

**Appendix table 2. Profile of cancer deaths in State prisons, 2001-2004**

| Site of cancer | All inmates | Gender | | Race/Hispanic origin | | | Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Hispanic | Under 18 | 18-24 | 25-34 | 35-44 | 45-54 | 55 or older |
| All causes of death | 12,129 | 11,645 | 482 | 5,898 | 4,714 | 1,285 | 7 | 292 | 1,041 | 2,616 | 3,758 | 4,402 |
| Cancer, all sites | 2,820 | 2,731 | 88 | 1,461 | 843 | 218 | 0 | 15 | 75 | 415 | 894 | 1,418 |
| Lung[a] | 910 | 885 | 25 | 505 | 351 | 44 | 0 | 2 | 4 | 114 | 279 | 511 |
| Liver[b] | 276 | 273 | 3 | 111 | 96 | 65 | 0 | 1 | 1 | 22 | 128 | 124 |
| Colon[c] | 171 | 166 | 5 | 85 | 60 | 21 | 0 | 1 | 2 | 30 | 59 | 79 |
| Pancreas | 124 | 123 | 1 | 55 | 52 | 13 | 0 | 0 | 2 | 18 | 37 | 67 |
| Non-Hodgkin's lymphoma | 114 | 112 | 2 | 65 | 34 | 14 | 0 | 2 | 7 | 24 | 43 | 38 |
| Prostate | 92 | 92 | 0 | 45 | 38 | 9 | 0 | 0 | 0 | 0 | 9 | 83 |
| Leukemia | 87 | 84 | 3 | 42 | 36 | 8 | 0 | 2 | 11 | 26 | 21 | 27 |
| Lip, oral cavity, and pharynx | 68 | 67 | 1 | 39 | 24 | 3 | 0 | 0 | 0 | 7 | 26 | 35 |
| Stomach | 61 | 59 | 2 | 21 | 35 | 5 | 0 | 1 | 2 | 12 | 19 | 26 |
| Kidney and renal pelvis | 61 | 60 | 1 | 25 | 33 | 3 | 0 | 0 | 2 | 11 | 25 | 23 |
| Esophagus | 51 | 50 | 1 | 35 | 12 | 3 | 0 | 0 | 0 | 4 | 12 | 35 |
| Other lymphoid, hematopoietic and related tissue[d] | 44 | 43 | 1 | 17 | 23 | 3 | 0 | 1 | 1 | 7 | 14 | 21 |
| Bladder | 32 | 31 | 1 | 24 | 7 | 0 | 0 | 0 | 0 | 1 | 7 | 24 |
| Skin | 29 | 28 | 1 | 24 | 3 | 1 | 0 | 0 | 2 | 11 | 8 | 8 |
| Larynx | 29 | 28 | 1 | 16 | 12 | 1 | 0 | 0 | 0 | 0 | 8 | 21 |
| Breast | 17 | 4 | 13 | 4 | 12 | 0 | 0 | 0 | 2 | 6 | 6 | 3 |
| Testicles | 14 | 14 | 0 | 5 | 5 | 4 | 0 | 1 | 5 | 7 | 1 | 0 |
| Ovary | 5 | 0 | 4 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 2 | 1 |
| Cervix uteri | 3 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| Meninges, brain, and central nervous system | 3 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| Corpus uteri and uterus, part unspecified | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Hodgkin's disease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All other types of cancer | 72 | 71 | 1 | 31 | 27 | 10 | 0 | 2 | 15 | 20 | 14 | 21 |
| Cancer, type unspecified | 585 | 568 | 17 | 323 | 211 | 37 | 0 | 3 | 22 | 99 | 180 | 279 |

Note: Detail does not sum to total because multiple sites of cancer were identified for some cases.
[a]Includes the trachea and bronchus.
[b]Includes the bile ducts.
[c]Includes the rectum and anus.
[d]Excludes Hodgkin's disease, non-Hodgkin's lymphoma, and leukemia.

**Appendix table 3. Average annual mortality rate, per 100,000 State prison inmates, from leading causes of death, by selected characteristics, 2001-2004**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average annual mortality rate, per 100,000 State prison inmates, 2001-04 | | | | | | | | | | | |
| | | Gender | | Race/Hispanic origin | | | Age | | | | | |
| Cause of death | All inmates | Male | Female | White | Black | Hispanic | Under 18 | 18-24 | 25-34 | 35-44 | 45-54 | 55 or older |
| All causes | 250 | 257 | 149 | 343 | 206 | 206 | 107 | 34 | 64 | 177 | 566 | 1,973 |
| Heart diseases | 68 | 71 | 35 | 102 | 56 | 38 | 0 | 4 | 11 | 41 | 144 | 689 |
| Cancer | 58 | 60 | 27 | 85 | 47 | 39 | 0 | 2 | 5 | 28 | 135 | 635 |
| Liver diseases | 25 | 26 | 14 | 37 | 14 | 40 | 0 | 0 | 2 | 19 | 96 | 126 |
| AIDS | 18 | 18 | 12 | 10 | 26 | 18 | 0 | 1 | 8 | 28 | 40 | 25 |
| Suicide | 15 | 15 | 12 | 24 | 8 | 17 | 46 | 14 | 16 | 14 | 15 | 15 |
| Respiratory diseases[a] | 10 | 10 | 7 | 15 | 9 | 5 | 0 | 2 | 2 | 5 | 18 | 107 |
| Cerebrovascular diseases | 8 | 8 | 7 | 10 | 8 | 6 | 0 | 1 | 2 | 4 | 21 | 70 |
| Septicemia | 5 | 5 | 10 | 7 | 5 | 4 | 0 | 0 | 1 | 3 | 15 | 46 |
| Influenza/pneumonia | 5 | 5 | 4 | 7 | 3 | 4 | 0 | 0 | 1 | 3 | 9 | 43 |
| Digestive diseases[b] | 4 | 4 | 2 | 5 | 4 | 6 | 0 | 0 | 1 | 3 | 11 | 32 |
| Number of deaths, 2001-04 | 12,129 | 11,645 | 482 | 5,898 | 4,714 | 1,285 | 7 | 292 | 1,041 | 2,616 | 3,758 | 4,402 |

Note: The 10 leading causes of death accounted for 90% of all deaths in State prisons during 2001-2004 with a reported cause. Records on 2 deaths did not indicate the gender of the deceased and 13 records were missing the age of the deceased.
[a]Excludes influenza and pneumonia.
[b]Excludes liver diseases.

**Appendix table 4. Average annual mortality rate of State prisoners age 55 or older, by cause of death, 2001-2004**

| Cause of death | Average annual mortality rate, per 100,000 State inmates, 2001-04 | |
|---|---|---|
| | Age 55-64 | Age 65 or older |
| All causes | 1,481 | 3,758 |
| Illness/natural cause* | 1,434 | 3,705 |
|   Heart diseases | 457 | 1,528 |
|   Cancer | 522 | 1,052 |
|   Respiratory diseases | 57 | 288 |
|   Cerebrovascular diseases | 46 | 153 |
|   Influenza/pneumonia | 25 | 111 |
|   Liver diseases | 132 | 103 |
|   Septicemia | 33 | 88 |
|   Digestive diseases | 22 | 70 |
|   Aortic aneurysm | 10 | 62 |
|   Kidney diseases | 24 | 58 |
| Accidental injury | 5 | 10 |
| Suicide | 17 | 10 |
| Homicide | 8 | 4 |
| Other | 1 | 4 |
| Intoxication | 4 | 2 |
| Unknown | 12 | 23 |
| Average annual custody population | 43,790 | 12,133 |
| Number of deaths, 2001-04 | 2,576 | 1,826 |

*Includes the 10 leading causes of illness deaths among inmates age 65 or older.

**Appendix table 5. Time served since admission for deaths in State prison, age 65 or older, 2001-2004**

| Time served since admission | Percent of State prisoner deaths, age 65 or older, 2001-04 |
|---|---|
| Less than 1 month | 0.7% |
| 1-5 months | 4.0 |
| 6-11 months | 4.4 |
| 12-23 months | 8.9 |
| 24-59 months | 17.9 |
| 60-119 months | 23.1 |
| 120-239 months | 26.0 |
| 240 months or more | 15.0 |

**Appendix table 6. Average annual mortality rate for leading causes of illness deaths in State prison, by time served, 2001-2004.**

| | Average annual mortality rate, per 100,000 inmates, 2001-04 | | | | | |
| Cause of death | All Inmates | Less than 12 | 12-23 | 24-59 | 60-119 | 120 or more |
|---|---|---|---|---|---|---|
| All Illnesses | 223 | 140 | 164 | 184 | 264 | 503 |
| Heart diseases | 69 | 44 | 47 | 52 | 84 | 160 |
| Cancer | 58 | 30 | 41 | 46 | 70 | 151 |
| Liver diseases | 25 | 14 | 21 | 25 | 31 | 48 |
| AIDS | 18 | 16 | 16 | 16 | 21 | 24 |
| Respiratory diseases[a] | 10 | 7 | 6 | 8 | 13 | 38 |
| Cerebrovascular diseases | 8 | 5 | 6 | 6 | 11 | 16 |
| Septicemia | 5 | 4 | 3 | 5 | 5 | 12 |
| Influenza/pneumonia | 5 | 3 | 4 | 4 | 5 | 10 |
| Digestive diseases[b] | 4 | 3 | 3 | 4 | 4 | 9 |
| Kidney diseases | 4 | 2 | 3 | 3 | 5 | 11 |
| Number of illness deaths, 2001-04[c] | 10,830 | 1,908 | 1,362 | 2,317 | 2,106 | 3,038 |

Note: Estimates of the number of State prisoners in each category of time served are drawn from the 2004 Survey of Inmates in State Correctional Facilities.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

[c]Total includes 29 illness deaths in 2001, 23 illness deaths in 2002, 2 illness deaths in 2003, and 45 illness deaths in 2004 missing information on time served.

**Appendix table 7. Average annual mortality rate for selected communicable diseases in State prisons, by time served, 2001-2004**

| Selected communicable diseases | Average annual mortality rate, per 100,000 inmates, 2001-04, by time served (in months) | | |
| | 0-11 | 12-59 | 60 or more |
|---|---|---|---|
| Viral hepatitis | 1 | 1 | 3 |
| Tuberculosis | <0.5 | <0.5 | <0.5 |
| Meningitis | 0 | 0 | 0 |
| Meningococcal infection | 0 | 0 | 0 |
| Syphilis | 0 | 0 | 0 |

Note: Estimates of the number of State prisoners in each category of time served were drawn from the 2004 Survey of Inmates in State Correctional Facilities.

**Appendix table 8. Leading causes of illness deaths in State prisons, by pre-existing status at time of admission and medical treatment provided, 2001-2004**

| | | Medical treatment provided for the fatal medical condition | | | | | |
| Cause of death | Pre-existing condition at time of admission | Evaluated by physician/ medical staff | Diagnostic test (e.g., x-rays, MRI, blood test,) | Medications | Treatments other than medication | Surgery | Housed in a special medical unit |
|---|---|---|---|---|---|---|---|
| All Illnesses | 68.3% | 94.1% | 89.3% | 93.3% | 70.7% | 20.1% | 68.2% |
| Heart diseases | 68.4% | 90.1% | 82.7% | 86.8% | 57.9% | 14.6% | 48.3 |
| Cancer | 54.4 | 96.5 | 94.5 | 97.8 | 82.6 | 30.7 | 84.7 |
| Liver diseases | 88.5 | 96.7 | 92.4 | 97.1 | 70.7 | 15.5 | 74.3 |
| AIDS | 93.5 | 96.2 | 93.3 | 96.4 | 72.8 | 11.5 | 72.1 |
| Respiratory diseases[a] | 71.9 | 95.9 | 63.9 | 96.7 | 73.2 | 12.2 | 70.8 |
| Cerebrovascular diseases | 52.4 | 89.2 | 80.9 | 85.7 | 64.0 | 22.8 | 61.8 |
| Septicemia | 68.7 | 95.5 | 90.3 | 95.6 | 81.4 | 35.4 | 82.4 |
| Influenza/pneumonia | 38.6 | 96.2 | 90.5 | 96.0 | 76.4 | 19.0 | 70.6 |
| Digestive diseases[b] | 67.7 | 95.6 | 87.5 | 93.3 | 75.3 | 31.5 | 71.9 |
| Kidney diseases | 77.4 | 97.1 | 95.9 | 97.5 | 83.8 | 23.5 | 77.4 |

Note: Percentages are based on cases in which provision of specific medical treatments was known.

[a]Excludes influenza and pneumonia.

[b]Excludes liver diseases.

**Appendix table 9. Average annual mortality rate of State prison inmates, per 100,000 inmates, from leading causes of illness deaths, by State, 2001-2004**

| Region and jurisdiction | Total number of deaths, 2001-04 | Average annual mortality rate, per 100,000 State prison inmates, 2001-04 | | | | | |
|---|---|---|---|---|---|---|---|
| | | All illnesses | Heart diseases | Cancer | Liver diseases | AIDS | Respiratory diseases[a] |
| U.S. total[b] | 12,120 | 223 | 68 | 58 | 25 | 18 | 10 |
| **Northeast** | 1,832 | 237 | 74 | 53 | 29 | 26 | 10 |
| Connecticut[c] | 130 | 141 | 47 | 15 | 32 | | 9 |
| Maine | 19 | 233 | 81 | 65 | 41 | 15 | 0 |
| Massachusetts | 104 | 226 | 86 | 64 | 20 | 10 | 0 |
| New Hampshire | 23 | 163 | 10 | 92 | 30 | 10 | 10 |
| New Jersey | 248 | 201 | 67 | 37 | 12 | 39 | 10 |
| New York | 712 | 240 | 63 | 59 | 30 | 45 | 10 |
| Pennsylvania | 558 | 328 | 115 | 70 | 41 | ... | 15 |
| Rhode Island[c] | 26 | 121 | 49 | 36 | 0 | 14 | 0 |
| Vermont[c] | 12 | 108 | 36 | 0 | 36 | 36 | 0 |
| **Midwest** | 2,195 | 203 | 79 | 53 | 19 | 8 | 10 |
| Illinois | 337 | 166 | 63 | 42 | 14 | 19 | 3 |
| Indiana | 209 | 219 | 70 | 52 | 21 | 7 | 12 |
| Iowa | 48 | 111 | 30 | 51 | 9 | 0 | 9 |
| Kansas | 105 | 258 | 84 | 65 | 22 | 3 | 6 |
| Michigan | 492 | 231 | 94 | 68 | 24 | 8 | 10 |
| Minnesota | 47 | 143 | 44 | 41 | 29 | 0 | 4 |
| Missouri | 265 | 207 | 87 | 47 | 19 | 7 | 9 |
| Nebraska | 29 | 156 | 44 | 37 | 38 | 6 | 6 |
| North Dakota | 6 | 116 | 71 | 20 | 25 | 0 | 0 |
| Ohio | 446 | 232 | 99 | 60 | 15 | 7 | 18 |
| South Dakota | 31 | 184 | 75 | 16 | 42 | 0 | 25 |
| Wisconsin | 180 | 180 | 74 | 49 | 17 | 4 | 11 |
| **South** | 5,710 | 251 | 75 | 67 | 25 | 25 | 12 |
| Alabama | 329 | 291 | 91 | 71 | 32 | 25 | 13 |
| Arkansas | 146 | 268 | 92 | 79 | 17 | 21 | 4 |
| Delaware[c] | 63 | 178 | 29 | 33 | 26 | 43 | 11 |
| Florida | 813 | 249 | 59 | 78 | 17 | 41 | 8 |
| Georgia | 415 | 201 | 68 | 57 | 14 | 24 | 10 |
| Kentucky | 164 | 323 | 116 | 94 | 22 | 23 | 14 |
| Louisiana | 314 | 388 | 117 | 103 | 42 | 53 | 6 |
| Maryland | 287 | 246 | 65 | 63 | 26 | 55 | 13 |
| Mississippi | 180 | 273 | 80 | 77 | 13 | 13 | 3 |
| North Carolina | 297 | 199 | 61 | 56 | 19 | 22 | 6 |
| Oklahoma | 239 | 234 | 75 | 60 | 29 | 11 | 16 |
| South Carolina | 229 | 239 | 108 | 39 | 18 | 15 | 13 |
| Tennessee | 280 | 344 | 116 | 75 | 51 | 22 | 20 |
| Texas | 1,582 | 241 | 65 | 63 | 30 | 14 | 14 |
| Virginia | 319 | 240 | 73 | 65 | 31 | 24 | 12 |
| West Virginia | 53 | 326 | 189 | 82 | 7 | 0 | 14 |
| **West** | 2,383 | 181 | 43 | 50 | 29 | 9 | 8 |
| Alaska[c] | 34 | 111 | 53 | 17 | 6 | 0 | 6 |
| Arizona | 289 | 225 | 63 | 67 | 41 | 8 | 8 |
| California | 1,306 | 170 | 34 | 49 | 26 | 12 | 8 |
| Colorado | 180 | 202 | 39 | 34 | 58 | ... | 17 |
| Hawaii[c] | 36 | 124 | 33 | 19 | 38 | 5 | 5 |
| Idaho | 50 | 182 | 41 | 73 | 23 | 0 | 5 |
| Montana | 35 | 272 | 56 | 83 | 47 | 0 | 10 |
| Nevada | 107 | 227 | 75 | 65 | 12 | 12 | 5 |
| New Mexico | 53 | 181 | 53 | 53 | 25 | 0 | 17 |
| Oregon | 116 | 217 | 82 | 61 | 29 | 2 | 5 |
| Utah | 35 | 116 | 35 | 23 | 6 | 0 | 0 |
| Washington | 130 | 175 | 61 | 36 | 25 | 9 | 5 |
| Wyoming | 12 | 142 | 33 | 48 | 14 | 16 | 0 |

Note: All mortality rates were calculated based on custody populations for June 30 in each year.
... Data not reported due to State law prohibiting the release of named records related to AIDS-related deaths. For information on AIDS deaths in these States, see *HIV in Prisons, 2004,* <http://www.ojp.usdoj.gov/bjs/abstract/hivp04.htm>.
[a]Excludes influenza and pneumonia.
[b]Excludes nine total prisoner deaths reported by the District of Columbia in 2001. Two of these deaths were from heart disease; liver disease, AIDS, respiratory disease, and digestive disease each accounted for one death. The District of Columbia transferred all prisoner custody operations to the Federal Bureau of Prisons during 2001.
[c]Prisons and jails form one integrated system.

**Appendix table 10. Average annual mortality rate from leading causes of illness deaths, per 100,000 State prison inmates, among the States, 2001-2004**

Average annual mortality rate, per 100,000 State prison inmates, 2001-04

| All Illnesses | | Heart diseases | | Cancer | | Liver diseases | | Respiratory diseases* | |
|---|---|---|---|---|---|---|---|---|---|
| **Five highest** | | | | | | | | | |
| Louisiana | 388 | West Virginia | 189 | Louisiana | 103 | Colorado | 58 | South Dakota | 25 |
| Tennessee | 344 | Kentucky | 119 | Kentucky | 94 | Tennessee | 51 | Tennessee | 20 |
| Pennsylvania | 328 | Louisiana | 117 | New Hampshire | 92 | Montana | 47 | Ohio | 18 |
| West Virginia | 326 | Tennessee | 116 | Montana | 83 | Louisiana | 42 | Colorado | 17 |
| Kentucky | 323 | Pennsylvania | 115 | West Virginia | 82 | South Dakota | 42 | New Mexico | 17 |
| **Five lowest** | | | | | | | | | |
| Vermont | 108 | New Hampshire | 10 | Vermont | 0 | Rhode Island | 0 | Seven Sates | 0 |
| Alaska | 111 | Delaware | 29 | Connecticut | 15 | Alaska | 6 | (Maine, Massachusetts, | |
| Iowa | 111 | Iowa | 30 | South Dakota | 16 | Utah | 6 | North Dakota, Rhode | |
| North Dakota | 116 | Hawaii | 33 | Alaska | 17 | West Virginia | 7 | Island, Utah, Vermont, | |
| Utah | 116 | Wyoming | 33 | Hawaii | 19 | Iowa | 9 | Wyoming) | |

Note: AIDS death rates are not listed because all States did not report AIDS deaths. For information on AIDS deaths by State, see *HIV in Prisons, 2004*, <http://www.ojp.usdoj.gov/bjs/abstract/hivp04.htm>.
*Excludes influenza and pneumonia.

**Appendix table 11. Average annual mortality rate, per 100,000 residents, of State prisoners and U.S. residents, by selected characteristics**

| | Average annual mortality rate, per 100,000 U.S. residents, age 15-64, 2001-03 | Average annual mortality rate, per 100,000 State prisoners, 2001-04 |
|---|---|---|
| **All U.S. residents** | | |
| All causes | 308 | 250 |
| All, excluding transpor- | | |
| tation deaths | 289 | ~ |
| **Gender** | | |
| Male | 387 | 257 |
| Female | 231 | 149 |
| **Race/Hispanic origin** | | |
| White, non-Hispanic | 312 | 343 |
| Black, non-Hispanic | 484 | 206 |
| Hispanic | 180 | 206 |
| **Age** | | |
| 15-24 | 81 | 34 |
| 25-34 | 105 | 64 |
| 35-44 | 203 | 179 |
| 45-54 | 430 | 560 |
| 55-64 | 952 | 1,481 |

Note: During the period 2001-2004, inmates age 15 to 64 made up 99% of the State prison population. Mortality data on U.S. residents are from the National Center for Health Statistics at the Centers for Disease Control and Prevention. See "Deaths: Final Data for 2003," *National Vital Statistics Reports*, Volume 54, Number 13, April 19, 2006, <http://www.cdc.gov/nchs/data/nvsr/nvsr54/nvsr54_13.pdf>.
~ Not applicable.

**Appendix table 12. Causes of death in State prisons, with International Classification of Disease, 10th revision (ICD-10) codes and average annual mortality rate per 100,000 inmates, 2001-2004**

| Cause of death (ICD-10 code range) | Number of deaths in State prisons 2001-04 | Average annual mortality rate, per 100,000 inmates 2001-04 |
|---|---|---|
| All causes | 12,129 | 250 |
| Heart diseases (I00-I09, I11, I13, I20, or I51) | 3,314 | 68 |
| Cancer (C00-C97) | 2,820 | 58 |
| Other liver diseases, excluding cirrhosis (K71-K72, K75-K77)[a] | 891 | 18 |
| AIDS[a] | 870 | 18 |
| Suicide[a] | 737 | 15 |
| Cerebrovascular diseases (I60-I69) | 394 | 8 |
| Chronic liver disease (K70, K73-K74) | 339 | 7 |
| Other respiratory diseases (J00-J06, J30-J39, J67, J70-J98) | 325 | 7 |
| Illness — specific medical cause unknown (R00-R99) | 269 | 6 |
| Septicemia (A40-A41) | 262 | 5 |
| Influenza/pneumonia (J10-J18) | 225 | 5 |
| Nephritis, nephrosis, nephrotic syndrome (N00-N07, N17-N19, N25-N27) | 193 | 4 |
| Homicide[a] | 188 | 4 |
| Chronic lower respiratory diseases (J40-J47) | 162 | 3 |
| Alcohol/drug intoxication [a] | 119 | 2 |
| Accidental injury[a] | 117 | 2 |
| Unknown cause of death | 115 | 2 |
| Other diseases of the digestive system (K90-K93) | 112 | 2 |
| Viral hepatitis, all types (B15-B19) | 82 | 2 |
| Aortic aneurysm (I71-I78) | 76 | 2 |
| Diabetes mellitus (E10-E14) | 59 | 1 |
| Illness — multiple medical causes, unresolved[c] | 45 | 1 |
| Other disorders of the nervous system (G90-G99) | 34 | 1 |
| Anemias (D50-D64) | 26 | 1 |
| Benign neoplasms, in-situ neoplasms (D00-D48) | 26 | 1 |
| Disorders of the gall bladder, biliary tract & pancreas (K80-K87) | 25 | 1 |
| Other diseases of the intestines (K55-K63) | 25 | 1 |
| Other causes/manners of death not listed[a] | 23 | <0.5 |
| Diseases of the esophagus, stomach & duodenum (K20-K31) | 22 | <0.5 |
| Atherosclerosis (I70) | 17 | <0.5 |
| Mycoses (B35-B49) | 17 | <0.5 |
| Diseases of the peritoneum (K65-K67) | 17 | <0.5 |
| Metabolic disorders (E70-E90) | 17 | <0.5 |
| Inflammatory diseases of the central nervous system (G00-G09) | 17 | <0.5 |
| Episodic and paroxysmal disorders (G40-G47) | 11 | <0.5 |
| Hypertension, hypertensive renal failure (I10-I12) | 9 | <0.5 |
| Diseases of the veins, lymphatic vessels, lymph nodes (I80-I89) | 9 | <0.5 |
| Lung diseases due to external agents (J60-J70) | 8 | <0.5 |
| Systemic atrophies, primarily affecting the central nervous system (G10-G13) | 8 | <0.5 |
| Congenital malformations, deformations (Q00-Q99) | 8 | <0.5 |
| Systemic connective tissue disorders (M30-M36) | 8 | <0.5 |
| Coagulation defects, purpura, other haemorrhagic conditions (D65-D69) | 8 | <0.5 |
| Other/unspecified infectious diseases (B99) | 7 | <0.5 |
| Tuberculosis (A16-A19) | 6 | <0.5 |
| Noninfective enteritis and colitis (K50-K52) | 5 | <0.5 |
| Protozoal diseases (B50-B64) | 5 | <0.5 |
| Other bacterial diseases (A30-A39, A42-A49) | 4 | <0.5 |
| Other disorders of the kidney and ureter (N28-N29) | 4 | <0.5 |
| Alzheimer's disease (G30) | 4 | <0.5 |
| Sequelae of infectious & parasitic diseases (B90-B94) | 4 | <0.5 |
| Other diseases of the blood, blood-forming organs (D70-D77) | 3 | <0.5 |
| Renal tubulo-interstitial diseases (N10-N16) | 3 | <0.5 |
| Other disorders of the skin and subcutaneous tissue (L80-L99) | 3 | <0.5 |
| Certain disorders involving the immune mechanism (D80-D89) | 3 | <0.5 |
| Organic mental disorders (F00-F09) | 3 | <0.5 |
| Hypotension & other/unspecified circulatory disorders (I95-I99) | 3 | <0.5 |
| Obesity and other hyperalimentation (E65-E68) | 2 | <0.5 |
| Demyelinating diseases of the central nervous system, multiple sclerosis (G35-G37) | 2 | <0.5 |
| Other disorders of glucose regulation & pancreatic internal secretion (E15-E16) | 2 | <0.5 |
| Mental & behavioral disorders due to psychoactive substance use (F10-F19) | 2 | <0.5 |

**Appendix table 12. continued**

| Cause of death (ICD-10 code range) | Number of deaths in State prisons 2001-04[a] | Average annual mortality rate, per 100,000 inmates 2001-04 |
|---|---|---|
| All causes | 12,129 | 250 |
| Parkinson's disease (G20-G21) | 2 | <0.5 |
| Unspecified mental disorders (F99) | 2 | <0.5 |
| Infections of the skin and subcutaneous tissue (L00-L08) | 1 | <0.5 |
| Osteopathies and chondropathies (M80-M94) | 1 | <0.5 |
| Arthritis — inflammatory polyarthropathies (M05-M14) | 1 | <0.5 |
| Viral infections of the central nervous system (A80-A89) | 1 | <0.5 |
| Helminthiases (B65-B83) | 1 | <0.5 |
| Other disorders of the endocrine glands (E20-E35) | 1 | <0.5 |
| Diseases of the appendix (K35-K38) | 1 | <0.5 |
| Polyneuropathies & other disorders of the peripheral nervous system (G60-G64) | 1 | <0.5 |
| Muscle disorders (M60-M63) | 1 | <0.5 |

Note: For the entire 4-year period, 66% of the illness death records specified a single medical cause of death. The medical causes listed in these cases were ranked by frequency for both male and female inmates. The medical cause of death for the remaining illness deaths was selected by choosing the most common cause listed, within gender.

[a]ICD-10 codes were only used for deaths attributed to "illness/natural causes." AIDS was a separate category under "cause of death." Any "illness/natural causes" which listed AIDS or HIV among the causes of death were recoded to "AIDS-related" deaths.

[b]Cases were checked "other causes of death" with a text description of events, but the information was insufficient to classify the case to any single cause.

[c]In all such cases, none of the causes of death matched the 63 medical causes of death cited in the single-cause cases of illness deaths.