# EXHIBIT A
# Part 2 of 2

# EXHIBIT B





**U.S. Department of Justice**

Office of Justice Programs

*Bureau of Justice Statistics*

---

*Washington, D.C. 20531*
## DEC 18 2007

S. Anne Johnson
Hanson, Bridgett, Marcus, Vlahos & Rudy LLP
425 Market Street, 26th Floor
San Francisco, CA  94105

Dear Ms. Johnson,

In November, you requested that Bureau of Justice Statistics (BJS) staff produce statistical tables of State prisoner death records that would allow for comparisons between California and other States. Attached you will find the data requested. These data are unpublished, but have been verified by BJS staff as accurate.

Attachment 1 presents illness mortality rates for State prisoners in each State for the years 2001 through 2005, as well as an average annual mortality rate for the five-year period. Data are presented for each State, as well as national and regional totals with California data excluded.

Attachment 2 presents comparative counts of deaths and mortality rates, by all causes of death, during the same five-year period. These data allow for comparisons between California State prisoners and those in all other States combined.

I hope these data are helpful. If you have any further requests, please contact Peter Brien, Attorney Advisor, Office of General Counsel in the Office of Justice Programs at (202) 305-0643, or by e-mail at peter.brien@usdoj.gov .

Sincerely,

Jeffrey L. Sedgwick, Ph. D.
Director

Enclosures:     Attachment 1 – Illness mortality rates per 100,000 State prisoners,
                         by State, 2001-2005
                     Attachment 2 – Comparative counts and rates of State prisoner deaths,
                         for California and all other States, by cause of death, 2001-2005

Attachment 1: illness mortality rate per 100,000 State prisoners, by State, 2001-2005

| | Average annual illness mortality rate, per 100,000 State prisoners, 2001-2005 | Illness mortality rate per 100,000 State prisoners | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| **All States** | | | | | | |
| All States | 224 | 217 | 219 | 232 | 225 | 225 |
| Excluding California | 232 | 229 | 223 | 241 | 232 | 232 |
| | | | | | | |
| **Northeast** | 240 | 230 | 234 | 252 | 233 | 249 |
| Connecticut | 147 | 139 | 125 | 166 | 133 | 173 |
| Maine | 188 | 298 | 330 | 102 | 201 | 0 |
| Massachusetts | 248 | 250 | 199 | 246 | 219 | 325 |
| New Hampshire | 188 | 86 | 363 | 81 | 124 | 285 |
| New Jersey | 205 | 237 | 191 | 186 | 190 | 220 |
| New York | 239 | 232 | 246 | 268 | 213 | 234 |
| Pennsylvania | 329 | 284 | 306 | 345 | 376 | 336 |
| Rhode Island | 97 | 90 | 165 | 113 | 114 | 0 |
| Vermont | 137 | 144 | 218 | 70 | 0 | 253 |
| | | | | | | |
| **Midwest** | 201 | 198 | 200 | 201 | 214 | 186 |
| Illinois | 161 | 153 | 144 | 176 | 189 | 141 |
| Indiana | 211 | 227 | 200 | 227 | 224 | 180 |
| Iowa | 133 | 86 | 122 | 119 | 116 | 221 |
| Kansas | 246 | 222 | 228 | 310 | 272 | 199 |
| Michigan | 237 | 215 | 208 | 246 | 255 | 261 |
| Minnesota | 141 | 182 | 193 | 123 | 64 | 131 |
| Missouri | 206 | 177 | 208 | 198 | 246 | 200 |
| Nebraska | 162 | 155 | 200 | 121 | 148 | 139 |
| North Dakota | 108 | 296 | 87 | 0 | 82 | 74 |
| Ohio | 238 | 239 | 247 | 187 | 254 | 251 |
| South Dakota | 171 | 75 | 204 | 330 | 128 | 118 |
| Wisconsin | 165 | 196 | 205 | 174 | 145 | 105 |
| | | | | | | |
| **South** | 250 | 252 | 234 | 268 | 246 | 246 |
| Alabama | 282 | 332 | 273 | 315 | 245 | 245 |
| Arkansas | 267 | 306 | 249 | 284 | 253 | 283 |
| Delaware | 192 | 168 | 132 | 251 | 162 | 245 |
| Florida | 254 | 243 | 220 | 272 | 260 | 273 |
| Georgia | 205 | 187 | 207 | 243 | 169 | 220 |
| Kentucky | 314 | 304 | 320 | 346 | 320 | 279 |
| Louisiana | 397 | 384 | 384 | 344 | 469 | 434 |
| Maryland | 237 | 243 | 215 | 237 | 291 | 198 |
| Mississippi | 285 | 235 | 208 | 321 | 328 | 334 |
| North Carolina | 198 | 186 | 157 | 200 | 266 | 191 |
| Oklahoma | 239 | 204 | 238 | 303 | 191 | 261 |
| South Carolina | 248 | 312 | 189 | 261 | 193 | 266 |
| Tennessee | 345 | 279 | 304 | 454 | 340 | 350 |
| Texas | 233 | 259 | 244 | 234 | 227 | 203 |
| Virginia | 240 | 221 | 216 | 273 | 248 | 242 |
| West Virginia | 311 | 461 | 225 | 386 | 251 | 252 |
| | | | | | | |
| **West** | | | | | | |
| All Western States | 184 | 182 | 186 | 179 | 186 | 198 |
| Excluding California | 201 | 193 | 209 | 191 | 191 | 220 |
| | | | | | | |
| Alaska | 102 | 120 | 190 | 45 | 90 | 65 |
| Arizona | 220 | 210 | 241 | 243 | 205 | 203 |
| California | 172 | 141 | 167 | 170 | 182 | 181 |
| Colorado | 207 | 223 | 234 | 203 | 147 | 226 |
| Hawaii | 127 | 79 | 232 | 76 | 109 | 140 |
| Idaho | 184 | 304 | 108 | 179 | 136 | 166 |
| Montana | 293 | 189 | 171 | 280 | 449 | 376 |
| Nevada | 230 | 231 | 218 | 207 | 253 | 242 |
| New Mexico | 193 | 121 | 218 | 179 | 205 | 244 |
| Oregon | 225 | 207 | 238 | 177 | 245 | 258 |
| Utah | 113 | 121 | 73 | 136 | 132 | 105 |
| Washington | 193 | 163 | 169 | 179 | 188 | 266 |
| Wyoming | 185 | 197 | 191 | 63 | 115 | 358 |

Note: All mortality rates are calculated based on custody populations for June 30.
Illness deaths include AIDS deaths.

Source: Deaths in Custody Reporting Program (DCRP), Bureau of Justice Statistics, U.S. Department of Justice. Unpublished analysis performed by BJS staff, November 7, 2007.

**Attachment 1 highlights:**

1) For each year in this period (2001-2005), California prisoners had a lower rate of illness deaths. than the total of all other Western States, ranging from 5% lower in 2004 (182 illness deaths per 100,000 inmates vs. 191 per 100,000 for all other Western States) to 27% lower in 2001. Over the entire 5 year period, California's average annual death rate from illness (172 per 100,000) was 14% lower than that of all other Western States (201 per 100,000).

2) For each year in this period, the California prisoner death rate from illness was lower than the total for all other States nationwide, ranging from 16% lower in 2002 (187 per 100,000 compared to 223 per 100,000) to 38% lower in 2001 (141 per 100,000 compared to 229 per 100,000). Over the entire 5 year period, California's average annual illness mortality rate (172 per 100,000) was 26% lower than that of all other States (232 per 100,000).

3) California's prisoner death rate from illness was lowest in 2001 (141 per 100,000), then peaked the following year in 2002 (187 per 100,000). In the most recent years for which data were available, the illness death rate in California prisons was virtually unchanged (182 per 100,000 in 2004; 181 per 100,000 in 2005).

Attachment 2: Comparative counts and rates of State prisoner deaths, for California and all other States by cause of death, 2001-2005.

Number of California prisoner deaths, by cause of death, 2001-2005

| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| All causes | 1,672 | 288 | 337 | 333 | 348 | 366 |
| Illness | 1,302 | 204 | 270 | 260 | 285 | 283 |
| AIDS | 89 | 24 | 26 | 13 | 12 | 14 |
| Suicide | 148 | 30 | 22 | 35 | 27 | 34 |
| Homicide | 63 | 12 | 9 | 15 | 10 | 17 |
| Drug/alcohol intoxication | 45 | 6 | 9 | 6 | 9 | 10 |
| Accident | 10 | 2 | 1 | 2 | 1 | 4 |
| Other/Don't know | 15 | 5 | 0 | 2 | 4 | 4 |

Number of State prisoner deaths (excluding California), by cause of death, 2001-2005

| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| All causes | 13,636 | 2,690 | 2,609 | 2,834 | 2,790 | 2,813 |
| Illness | 11,328 | 2,099 | 2,109 | 2,373 | 2,360 | 2,387 |
| AIDS | 934 | 246 | 219 | 197 | 133 | 139 |
| Suicide | 804 | 159 | 148 | 165 | 173 | 181 |
| Homicide | 181 | 27 | 39 | 35 | 41 | 39 |
| Drug/alcohol intoxication | 111 | 25 | 28 | 17 | 14 | 27 |
| Accident | 137 | 21 | 30 | 24 | 36 | 26 |
| Other/Don't know | 141 | 33 | 38 | 23 | 33 | 14 |

Mortality rate of California prisoners, by cause of death, 2001-2005

| | Average annual mortality rate, per 100,000 California prisoners, 2001-2005 | Mortality rate per 100,000 California prisoners | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 207 | 178 | 213 | 207 | 213 | 223 |
| Illness | 161 | 126 | 171 | 162 | 174 | 172 |
| AIDS | 11 | 15 | 16 | 8 | 7 | 9 |
| Suicide | 18 | 19 | 14 | 22 | 17 | 21 |
| Homicide | 8 | 7 | 6 | 9 | 6 | 10 |
| Drug/alcohol intoxication | 6 | 4 | 6 | 4 | 6 | 6 |
| Accident | 1 | 1 | | 1 | 1 | 2 |
| Other/unknown | 2 | 3 | 0 | 1 | 2 | 2 |

Mortality rate of State prisoners (excluding California), by cause of death, 2001-2005

| | Average annual mortality rate, per 100,000 State prisoners, 2001-2005 | Mortality rate per 100,000 State prisoners (excluding California) | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 251 | 252 | 250 | 266 | 259 | 225 |
| Illness | 208 | 205 | 202 | 223 | 219 | 191 |
| AIDS | 17 | 24 | 21 | 19 | 12 | 11 |
| Suicide | 15 | 14 | 14 | 15 | 16 | 14 |
| Homicide | 3 | 3 | 4 | 3 | 4 | 3 |
| Drug/alcohol intoxication | 2 | 2 | 3 | 2 | 1 | 2 |
| Accident | 3 | 2 | 3 | 2 | 3 | 2 |
| Other/unknown | 3 | 3 | 4 | 2 | 3 | 1 |

Note: All mortality rates are based on custody populations for June 30.

Source: Deaths in Custody Reporting Program (DCRP), Bureau of Justice Statistics, U.S. Department of Justice. Unpublished analysis performed by BJS staff, November 15, 2007.

Attachment 2 highlights:

1) The tables above provides a comparison of California and all other States for the data presented in Tables 1 & 3 of our online tables of State prisoner mortality data (see: http://www.ojp.usdoj.gov/bjs/dcrp/prisonindex.htm).

2) As these data show, the Illness death rate in California prisons was below that of the rate for all other States in each year, averaging 23% lower for the entire 5 year period (161 illness deaths per 100,000 inmates vs. 208 illness deaths per 100,000 inmates).

3) The rate of death from AIDS in California prisons was lower than that of all other States combined in each year as well, averaging about one-third lower over the entire time period (11 AIDS deaths per 100,000 inmates vs. 17 AIDS deaths per 100,000 inmates).

# EXHIBIT C





**U.S. Department of Justice * Office of Justice Programs**

**Bureau of Justice Statistics**

BJS home page

# Deaths in Custody Statistical Tables

by Christopher J. Mumola, BJS Policy Analyst
and Margaret E. Noonan, BJS Statistician

This site contains a series of data tables describing recent trends in mortality in State prison, local jails and State juvenile correctional facilities. Data are presented over time, by jurisdiction and by demographic groups. The mortality data are from the BJS Deaths in Custody Reporting Program (DCRP), which was launched in 2000 to implement the Death in Custody Reporting Act of 2000 (Public Law 106-297).

BJS phased in implementation of the Act over a four-year period. Data collection on deaths in local jail facilities began in 2000, followed by collection from State prison authorities in 2001. In 2002 BJS began collecting records of deaths from all State juvenile correctional systems. These collections involved individual-level reports of each death, as opposed to aggregated counts.

In 2003 BJS began collecting data on arrest-related deaths involving the nearly 18,000 State and local law enforcement agencies in the United States. Statistical tables on arrest-related deaths are forthcoming.

Source: **Deaths in Custody Reporting Program**
See also **Methodology**

**To access data tables, click on one of the criminal justice populations below:**

⬩ **State prison deaths, 2001-2005**

⬩ **Local jail deaths, 2000-2005**

⬩ **State juvenile correctional facility deaths, 2002-2005**

⬩ **State and local law enforcement arrest-related deaths, 2003-2005 (forthcoming)**

**Print version of all tables in PDF format (501 KB file)**

**For detailed analyses, see the following BJS publications:**

**Arrest-Related Deaths in the United States, 2003-2005**
(October 2007, NCJ 219534)
Presents the first detailed national statistics ever collected on arrest-related death involving State and local law enforcement agencies.

**Medical Causes of Death in State Prisons, 2001-2004**
(January 2007, NCJ 216340)
Provides an in-depth look at the various medical conditions related to mortality in State prisons.

**Suicide and Homicide in State Prisons and Local Jails**
(August 2005, NCJ 210036)
Presents detailed data on suicide and homicide rates in correctional facilities over time, as well as comparative rates of such deaths for different groups of inmates.

**U.S. Department of Justice · Office of Justice Programs**
# BJS Bureau of Justice Statistics


BJS home page

Deaths in
Custody
Statistical
Tables

- **State Prison
  Deaths**
- **Local Jail
  Deaths**
- **State juvenile
  correctional
  facility
  deaths**

# Deaths in Custody Statistical Tables

## State Prison Deaths, 2001-2005

**Table 1.** Number of State prisoner deaths, by cause of death, 2001-2005
**Table 2.** Percent of State prisoner deaths, by cause of death, 2001-2005
**Table 3.** Mortality rate per 100,000 State prisoners, by cause of death, 2001-2005
**Table 4.** Number of State prisoner deaths, by selected characteristics, 2001-2005
**Table 5.** Percent of State prisoner deaths, by selected characteristics, 2001-2005
**Table 6.** Mortality rate per 100,000 State prisoners, by selected characteristics, 2001-2005
**Table 7.** Number of State prisoner deaths, by State, 2001-2005
**Table 8.** Mortality rate per 100,000 State prisoners, by State, 2001-2005
**Table 9.** Number of State prisoner deaths, by cause and selected characteristics, 2001-2005
**Table 10.** Percent of State prisoner deaths, by cause and selected characteristics, 2001-2005
**Table 11.** Average annual mortality rate per 100,000 State prisoners, by cause and selected characteristics, 2001-2005

Source: **Deaths in Custody Reporting Program.**
    See also **Methodology**

---

**BJS home page | Top of this page**

---

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 10 of 69

Bureau of Justice Statistics - Deaths in Custody 2001-2005 - Table 1. Number of State prisoner deaths by c... Page 1 of 1



U.S. Department of Justice · Office of Justice Programs

**BJS** **Bureau of Justice Statistics**

BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

Table 1. Number of State prisoner deaths, by cause of death, 2001-2005

| Cause of death | Number of State prisoner deaths | | | | | |
|---|---|---|---|---|---|---|
| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 15,308 | 2,878 | 2,946 | 3,167 | 3,138 | 3,179 |
| Illness | 12,630 | 2,303 | 2,379 | 2,633 | 2,645 | 2,670 |
| AIDS | 1,023 | 270 | 245 | 210 | 145 | 153 |
| Suicide | 952 | 169 | 168 | 200 | 200 | 215 |
| Homicide | 244 | 39 | 48 | 50 | 51 | 56 |
| Drug/alcohol intoxication | 156 | 36 | 37 | 23 | 23 | 37 |
| Accident | 147 | 23 | 31 | 26 | 37 | 30 |
| Other/unknown | 156 | 38 | 38 | 25 | 37 | 18 |

Note: Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

BJS home page | Top of this page

Next

---

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
# Bureau of Justice Statistics

**BJS home page**

**Deaths in Custody Statistical Tables**

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

### Table 2. Percent of State prisoner deaths, by cause of death, 2001-2005

| Cause of death | Percent of State prisoner deaths | | | | | |
|---|---|---|---|---|---|---|
| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Illness | 82.5 % | 80.0 % | 80.8 % | 83.1 % | 84.3 % | 84.0 % |
| AIDS | 6.7 | 9.4 | 8.3 | 6.6 | 4.6 | 4.8 |
| Suicide | 6.2 | 5.9 | 5.7 | 6.3 | 6.4 | 6.8 |
| Homicide | 1.6 | 1.4 | 1.6 | 1.6 | 1.6 | 1.7 |
| Drug/alcohol intoxication | 1.0 | 1.3 | 1.3 | 0.7 | 0.7 | 1.2 |
| Accident | 1.0 | 0.8 | 1.1 | 0.8 | 1.2 | 0.9 |
| Other/unknown | 1.0 | 1.3 | 1.3 | 0.8 | 1.2 | 0.6 |

Note: Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

**BJS home page | Top of this page**

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 12 of 69

**BJS**  U.S. Department of Justice · Office of Justice Programs
**Bureau of Justice Statistics**



BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

Table 3. Mortality rate per 100,000 State prisoners, by cause of death, 2001-2005

| Cause of death | Average annual mortality rate per 100,000 State Prisoners, 2001-2005 | Mortality rate, per 100,000 State prisoners | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 251 | 242 | 246 | 258 | 253 | 254 |
| Illness | 207 | 194 | 198 | 215 | 213 | 213 |
| AIDS | 17 | 23 | 20 | 17 | 12 | 12 |
| Suicide | 16 | 14 | 14 | 16 | 16 | 17 |
| Homicide | 4 | 3 | 4 | 4 | 4 | 4 |
| Drug/alcohol intoxication | 3 | 3 | 3 | 2 | 2 | 3 |
| Accident | 2 | 2 | 3 | 2 | 3 | 2 |
| Other/unknown | 3 | 3 | 3 | 2 | 3 | 1 |

Note: Mortality rates are based on the June 30 State prison custody population count, collected in the National Prisoner Statistics (NPS) program. Executions are not included; for data on executions, see **Capital Punishment, 2005**.

Source: **Deaths in Custody Reporting Program.**
    See also Methodology

Previous

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

7/18/2007



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics
**BJS**

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

**Table 4. Number of State prisoner deaths, by selected characteristics, 2001-2005**

|  | Number of State prisoner deaths | | | | | |
|---|---|---|---|---|---|---|
| Characteristic | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 15,308 | 2,878 | 2,946 | 3,167 | 3,138 | 3,179 |
| **Gender** | | | | | | |
| Male | 14,660 | 2,773 | 2,811 | 3,039 | 3,001 | 3,036 |
| Female | 621 | 100 | 115 | 126 | 137 | 143 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 7,507 | 1,343 | 1,393 | 1,597 | 1,552 | 1,622 |
| Black, non-Hispanic | 5,864 | 1,159 | 1,151 | 1,205 | 1,187 | 1,162 |
| Hispanic | 1,620 | 314 | 330 | 311 | 330 | 335 |
| Other/Multiple races | 262 | 52 | 46 | 45 | 68 | 51 |
| **Age** | | | | | | |
| Under 18 | 8 | 2 | 1 | 3 | 1 | 1 |
| 18-24 | 371 | 86 | 62 | 58 | 85 | 80 |
| 25-34 | 1,278 | 256 | 243 | 278 | 256 | 245 |
| 35-44 | 3,213 | 656 | 663 | 669 | 624 | 601 |
| 45-54 | 4,766 | 896 | 909 | 983 | 966 | 1,012 |
| 55 or older | 5,632 | 972 | 1,047 | 1,171 | 1,204 | 1,238 |

Note: Detail may not sum to totals due to missing data. Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous                                                                          Next

BJS home page | Top of this page

---

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



U.S. Department of Justice · Office of Justice Programs
## BJS Bureau of Justice Statistics

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

**Table 5. Percent of State prisoner deaths, by selected characteristics, 2001-2005**

| Characteristic | Percent of State prisoner deaths, by selected characteristics | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | | |
| Male | 95.9 % | 96.5 % | 96.1 % | 96.0 % | 95.6 % | 95.5 % |
| Female | 4.1 | 3.5 | 3.9 | 4.0 | 4.4 | 4.5 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 49.2 % | 46.8 % | 47.7 % | 50.6 % | 49.5 % | 51.2 % |
| Black, non-Hispanic | 38.4 | 40.4 | 39.4 | 38.2 | 37.8 | 36.7 |
| Hispanic | 10.6 | 10.9 | 11.3 | 9.8 | 10.5 | 10.6 |
| Other/multiple races | 1.7 | 1.8 | 1.6 | 1.4 | 2.2 | 1.6 |
| **Age** | | | | | | |
| Under 18 | 0.1 % | 0.1 % | 0.0 % | 0.1 % | 0.0 % | 0.0 % |
| 18-24 | 2.4 | 3.0 | 2.1 | 1.8 | 2.7 | 2.5 |
| 25-34 | 8.4 | 8.9 | 8.3 | 8.8 | 8.2 | 7.7 |
| 35-44 | 21.0 | 22.9 | 22.7 | 21.2 | 19.9 | 18.9 |
| 45-54 | 31.2 | 31.2 | 31.1 | 31.1 | 30.8 | 31.9 |
| 55 or older | 36.9 | 33.9 | 35.8 | 37.0 | 38.4 | 39.0 |

Note: Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
   See also Methodology

Previous                         _____                         Next
                     BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 15 of 69

**U.S. Department of Justice · Office of Justice Programs**
**BJS  Bureau of Justice Statistics**



BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

**Table 6. Mortality rate per 100,000 State prisoners, by selected characteristics, 2001-2005**

| Characteristic | Average annual mortality rate per 100,000 State prisoners, 2001-2005 | Mortality rate per 100,000 State prisoners | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 251 | 242 | 246 | 258 | 253 | 254 |
| **Gender** | | | | | | |
| Male | 257 | 250 | 251 | 266 | 260 | 261 |
| Female | 151 | 129 | 146 | 153 | 163 | 164 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 346 | 327 | 324 | 366 | 352 | 364 |
| Black, non-Hispanic | 203 | 206 | 206 | 207 | 202 | 195 |
| Hispanic | 199 | 241 | 246 | 164 | 172 | 173 |
| **Age** | | | | | | |
| Under 18 | 69 | 70 | 33 | 122 | 40 | 80 |
| 18-24 | 34 | 39 | 29 | 27 | 39 | 37 |
| 25-34 | 63 | 63 | 61 | 68 | 62 | 59 |
| 35-44 | 175 | 181 | 183 | 184 | 169 | 157 |
| 45-54 | 562 | 585 | 555 | 557 | 541 | 573 |
| 55 or older | 2,020 | 2,031 | 1,992 | 2,033 | 2,066 | 1,977 |

Note: State prison rates are per 100,000 inmates held in State prison custody on June 30. Prisoner demographic subgroups are estimated based on the June 30 National Prisoner Statistics (NPS) custody counts, demographic data from the National Corrections Reporting Program (2001-2004), and the 2004 Survey of Inmates in State Correctional Facilities (2003-2005). Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
See also **Methodology**

Previous                          Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

**U.S. Department of Justice · Office of Justice Programs**
# Bureau of Justice Statistics
**BJS**



BJS home page

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Deaths in Custody Statistical Tables

Download spreadsheet version (.csv file)

· State Prison Deaths

· Local Jail Deaths

· State juvenile correctional facility deaths

### Table 7. Number of State prisoner deaths, by State, 2001-2005

| Region | Total number of State prisoner deaths | | | | | |
|---|---|---|---|---|---|---|
| | 2001-2005 | 2001 | 2002 | 2003 | 2004 | 2005 |
| All States* | 15,384 | 2,878 | 2,946 | 3,167 | 3,138 | 3,255 |
| Northeast | 2,306 | 439 | 448 | 492 | 453 | 474 |
| Connecticut | 170 | 30 | 30 | 36 | 34 | 40 |
| Maine | 19 | 6 | 7 | 2 | 4 | 0 |
| Massachusetts | 141 | 29 | 20 | 30 | 25 | 37 |
| New Hampshire | 31 | 2 | 9 | 6 | 6 | 8 |
| New Jersey | 309 | 69 | 60 | 60 | 59 | 61 |
| New York | 883 | 175 | 185 | 198 | 154 | 171 |
| Pennsylvania | 707 | 122 | 126 | 147 | 163 | 149 |
| Rhode Island | 28 | 3 | 8 | 8 | 7 | 2 |
| Vermont | 18 | 3 | 3 | 5 | 1 | 6 |
| Midwest | 2,737 | 525 | 532 | 538 | 600 | 542 |
| Illinois | 410 | 86 | 72 | 80 | 99 | 73 |
| Indiana | 254 | 47 | 50 | 56 | 56 | 45 |
| Iowa | 67 | 9 | 11 | 13 | 15 | 19 |
| Kansas | 124 | 21 | 22 | 32 | 30 | 19 |
| Michigan | 632 | 114 | 113 | 127 | 138 | 140 |
| Minnesota | 60 | 13 | 15 | 13 | 6 | 13 |
| Missouri | 335 | 57 | 65 | 66 | 77 | 70 |
| Nebraska | 37 | 7 | 8 | 7 | 7 | 8 |
| North Dakota | 7 | 3 | 1 | 1 | 1 | 1 |
| Ohio | 567 | 115 | 114 | 91 | 126 | 121 |
| South Dakota | 35 | 4 | 11 | 11 | 5 | 4 |
| Wisconsin | 209 | 49 | 50 | 41 | 40 | 29 |
| South | 7,193 | 1,370 | 1,347 | 1,532 | 1,461 | 1,483 |
| Alabama | 395 | 87 | 85 | 92 | 65 | 66 |
| Arkansas | 184 | 42 | 31 | 38 | 35 | 38 |
| Delaware | 82 | 16 | 15 | 19 | 13 | 19 |
| Florida | 1,057 | 182 | 183 | 221 | 227 | 244 |
| Georgia | 537 | 93 | 106 | 126 | 90 | 122 |
| Kentucky | 207 | 36 | 41 | 45 | 42 | 43 |
| Louisiana | 403 | 72 | 78 | 70 | 94 | 89 |
| Maryland | 344 | 70 | 71 | 67 | 79 | 57 |
| Mississippi | 244 | 36 | 33 | 58 | 53 | 64 |
| North Carolina | 367 | 67 | 61 | 74 | 95 | 70 |
| Oklahoma | 314 | 51 | 64 | 71 | 53 | 75 |
| South Carolina | 304 | 71 | 45 | 63 | 50 | 75 |
| Tennessee | 356 | 51 | 61 | 97 | 71 | 76 |
| Texas | 1,933 | 408 | 396 | 383 | 395 | 351 |
| Virginia | 403 | 71 | 69 | 93 | 86 | 84 |
| West Virginia | 63 | 17 | 8 | 15 | 13 | 10 |
| West | 3,061 | 533 | 619 | 605 | 624 | 680 |

| | | | | | |
|---|---|---|---|---|---|
| Alaska | 38 | 8 | 14 | 4 | 8 | 4 |
| Arizona | 367 | 65 | 74 | 84 | 66 | 78 |
| California | 1,672 | 288 | 337 | 333 | 348 | 366 |
| Colorado | 234 | 43 | 51 | 47 | 39 | 54 |
| Hawaii | 44 | 7 | 13 | 8 | 8 | 8 |
| Idaho | 63 | 17 | 9 | 12 | 12 | 13 |
| Montana | 47 | 6 | 5 | 12 | 12 | 12 |
| Nevada | 136 | 27 | 25 | 24 | 31 | 29 |
| New Mexico | 71 | 11 | 15 | 11 | 16 | 18 |
| Oregon | 153 | 24 | 33 | 25 | 34 | 37 |
| Utah | 41 | 3 | 9 | 10 | 11 | 8 |
| Washington | 175 | 29 | 31 | 33 | 37 | 45 |
| Wyoming | 20 | 5 | 3 | 2 | 2 | 8 |

Note: The District of Columbia transferred custody of Prison operations to the Federal Bureau of Prisons in 2001.
*Includes 9 prisoner deaths reported by the District of Columbia in 2001. Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
   See also Methodology

Previous

Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
# Bureau of Justice Statistics
**BJS**

BJS home page › 

*Deaths in Custody Statistical Tables*
**State Prison Deaths, 2001-2005**

Deaths in
Custody
Statistical
Tables

Download spreadsheet version (.csv file)

• State Prison
  Deaths
• Local Jail
  Deaths
• State juvenile
  correctional
  facility
  deaths

**Table 8. Mortality rate per 100,000 State prisoners, by State, 2001-2005**

| Region | Average annual mortality rate per 100,000 State prisoners, 2001-2005 | Mortality rate per 100,000 State prisoners | | | | |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2004 | 2005 |
| **All States** | 251 | 242 | 246 | 258 | 253 | 254 |
| **Northeast** | 269 | 255 | 258 | 287 | 266 | 279 |
| Connecticut | 180 | 167 | 157 | 187 | 181 | 210 |
| Maine | 209 | 355 | 385 | 102 | 201 | 0 |
| Massachusetts | 278 | 278 | 199 | 298 | 249 | 364 |
| New Hampshire | 253 | 86 | 363 | 242 | 247 | 326 |
| New Jersey | 227 | 241 | 208 | 228 | 224 | 231 |
| New York | 267 | 252 | 275 | 300 | 238 | 270 |
| Pennsylvania | 357 | 333 | 321 | 363 | 406 | 363 |
| Rhode Island | 159 | 90 | 221 | 226 | 200 | 59 |
| Vermont | 227 | 216 | 218 | 349 | 49 | 304 |
| **Midwest** | 225 | 221 | 222 | 220 | 245 | 218 |
| Illinois | 185 | 188 | 167 | 185 | 223 | 163 |
| Indiana | 242 | 242 | 250 | 265 | 256 | 197 |
| Iowa | 159 | 111 | 135 | 155 | 174 | 221 |
| Kansas | 277 | 246 | 251 | 354 | 327 | 210 |
| Michigan | 258 | 236 | 226 | 256 | 284 | 286 |
| Minnesota | 168 | 208 | 223 | 178 | 77 | 155 |
| Missouri | 224 | 202 | 218 | 218 | 256 | 226 |
| Nebraska | 182 | 181 | 200 | 169 | 173 | 186 |
| North Dakota | 126 | 296 | 87 | 88 | 82 | 74 |
| Ohio | 253 | 254 | 254 | 200 | 285 | 273 |
| South Dakota | 232 | 150 | 373 | 363 | 158 | 118 |
| Wisconsin | 199 | 246 | 244 | 188 | 181 | 133 |
| **South** | 273 | 272 | 262 | 289 | 271 | 273 |
| Alabama | 307 | 365 | 318 | 333 | 261 | 257 |
| Arkansas | 311 | 378 | 266 | 334 | 277 | 302 |
| Delaware | 238 | 225 | 220 | 280 | 192 | 275 |
| Florida | 270 | 253 | 249 | 286 | 277 | 287 |
| Georgia | 228 | 205 | 228 | 268 | 185 | 256 |
| Kentucky | 333 | 313 | 337 | 354 | 336 | 324 |
| Louisiana | 410 | 369 | 394 | 354 | 480 | 454 |
| Maryland | 289 | 293 | 293 | 278 | 333 | 246 |
| Mississippi | 309 | 242 | 214 | 365 | 334 | 388 |
| North Carolina | 215 | 211 | 184 | 220 | 270 | 191 |
| Oklahoma | 281 | 232 | 288 | 326 | 235 | 326 |
| South Carolina | 269 | 331 | 203 | 270 | 214 | 325 |
| Tennessee | 378 | 290 | 343 | 501 | 365 | 391 |
| Texas | 254 | 278 | 268 | 247 | 253 | 224 |
| Virginia | 260 | 231 | 223 | 299 | 277 | 271 |

Case 2:90-cv-00520-KJM-SCR   Document 3143-2   Filed 10/30/08   Page 18 of 69

Case 2:90-cv-00520-KJM-SCR   Document 3143-2   Filed 10/30/08   Page 19 of 69

| | | | | | | |
|---|---|---|---|---|---|---|
| **West Virginia** | 337 | 489 | 225 | 392 | 326 | 252 |
| **West** | 219 | 197 | 228 | 217 | 218 | 235 |
| **Alaska** | 176 | 192 | 333 | 90 | 179 | 87 |
| **Arizona** | 244 | 240 | 254 | 275 | 212 | 240 |
| **California** | 207 | 178 | 213 | 207 | 213 | 223 |
| **Colorado** | 251 | 252 | 284 | 252 | 198 | 266 |
| **Hawaii** | 165 | 137 | 252 | 151 | 146 | 140 |
| **Idaho** | 223 | 323 | 163 | 214 | 204 | 212 |
| **Montana** | 352 | 227 | 171 | 420 | 490 | 451 |
| **Nevada** | 259 | 271 | 248 | 236 | 280 | 260 |
| **New Mexico** | 230 | 191 | 252 | 179 | 252 | 274 |
| **Oregon** | 257 | 226 | 291 | 210 | 268 | 290 |
| **Utah** | 186 | 73 | 219 | 227 | 242 | 168 |
| **Washington** | 215 | 189 | 194 | 204 | 218 | 272 |
| **Wyoming** | 234 | 329 | 191 | 126 | 115 | 407 |

Note: State prison rates are per 100,000 inmates held in custody on June 30. Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
   See also Methodology

Previous                         Next

**BJS home page | Top of this page**

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

**U.S. Department of Justice · Office of Justice Programs**
# BJS Bureau of Justice Statistics

BJS home page

*Deaths in Custody Statistical Tables*
State Prison Deaths, 2001-2005

Deaths in Custody Statistical Tables

Download spreadsheet version (.csv file)

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

**Table 9. Number of State prisoner deaths, by cause of death and selected characteristics, 2001-2005**

| | Number of State prisoner deaths, by cause of death | | | | | | |
|---|---|---|---|---|---|---|---|
| Characteristic | Illness | AIDS | Suicide | Homicide | Drug/alcohol intoxication | Accident | Other/ unknown |
| Total | 12,653 | 1,023 | 952 | 244 | 156 | 147 | 133 |
| **Gender** | | | | | | | |
| Male | 12,121 | 976 | 907 | 241 | 152 | 141 | 122 |
| Female | 509 | 47 | 44 | 3 | 4 | 6 | 8 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 6,427 | 200 | 551 | 106 | 84 | 82 | 57 |
| Black, non-Hispanic | 4,747 | 690 | 213 | 84 | 31 | 43 | 56 |
| Hispanic | 1,244 | 122 | 148 | 47 | 33 | 16 | 10 |
| Other/multiple races | 164 | 10 | 37 | 6 | 7 | 6 | 6 |
| **Age** | | | | | | | |
| Under 18 | 1 | | 5 | 1 | 0 | 1 | 0 |
| 18-24 | 135 | 7 | 164 | 34 | 10 | 15 | 6 |
| 25-34 | 627 | 153 | 320 | 72 | 50 | 32 | 24 |
| 35-44 | 2,221 | 487 | 286 | 77 | 53 | 47 | 42 |
| 45-54 | 4,189 | 310 | 133 | 41 | 35 | 33 | 25 |
| 55 or older | 5,445 | 66 | 44 | 19 | 8 | 19 | 31 |

Note: Detail may not sum to totals due to missing data. Executions are not included; for data on executions, see **Capital Punishment, 2005**.

Source: Deaths in Custody Reporting Program.
    See also Methodology

Previous                                                    Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
# BJS  Bureau of Justice Statistics

BJS home page

*Deaths in Custody Statistical Tables*
**State Prison Deaths, 2001-2005**

Deaths in Custody Statistical Tables

Download spreadsheet version (.csv file)

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

**Table 10. Percent of State prisoner deaths, by cause of death and selected characteristics, 2001-2005**

Percent of State prisoner deaths, by cause of death, 2001-2005

| Characteristic | Illness | AIDS | Suicide | Homicide | Drug/alcohol intoxication | Accident | Other/ unknown |
|---|---|---|---|---|---|---|---|
| Total | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | | | |
| Male | 96.0 % | 95.4 % | 95.4 % | 98.8 % | 97.4 % | 95.9 % | 93.8 % |
| Female | 4.0 | 4.6 | 4.6 | 1.2 | 2.6 | 4.1 | 6.2 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 51.1 % | 19.6 % | 58.1 % | 43.6 % | 54.2 % | 55.8 % | 44.2 % |
| Black, non-Hispanic | 37.7 | 67.5 | 22.4 | 34.6 | 20.0 | 29.3 | 43.4 |
| Hispanic | 9.9 | 11.9 | 15.6 | 19.3 | 21.3 | 10.9 | 7.8 |
| Other/multiple races | 1.3 | 1.0 | 3.9 | 2.5 | 4.5 | 4.1 | 4.7 |
| **Age** | | | | | | | |
| Under 18 | 0.0 % | 0.0 % | 0.5 % | 0.4 % | 0.0 % | 0.7 % | 0.0 % |
| 18-24 | 1.1 | 0.7 | 17.2 | 13.9 | 6.4 | 10.2 | 4.7 |
| 25-34 | 5.0 | 15 | 33.6 | 29.5 | 32.1 | 21.8 | 18.8 |
| 35-44 | 17.6 | 47.6 | 30.0 | 31.6 | 34.0 | 32.0 | 32.8 |
| 45-54 | 33.2 | 30.3 | 14.0 | 16.8 | 22.4 | 22.4 | 19.5 |
| 55 or older | 43.2 | 6.5 | 4.6 | 7.8 | 5.1 | 12.9 | 24.2 |

Note: Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 22 of 69



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
·State Prison Deaths, 2001-2005

Download spreadsheet version (.csv file)

**Table 11. Average annual mortality rate per 1000,000 State prisoners, by cause of death and selected characteristics, 2001-2005**

| Characteristic | Average annual mortality rate per 100,000 State prisoners, 2001-2005 | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Illness | AIDS | Suicide | Homicide | Drug/alcohol intoxication | Accident | Other/ unknown |
| All deaths | 206 | 17 | 16 | 4 | 3 | 2 | 2 |
| **Gender** | | | | | | | |
| Male | 213 | 17 | 16 | 4 | 3 | 2 | 2 |
| Female | 124 | 12 | 11 | 1 | 1 | 1 | 2 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 296 | 9 | 25 | 5 | 4 | 4 | 3 |
| Black, non-Hispanic | 164 | 24 | 7 | 3 | 1 | 1 | 2 |
| Hispanic | 152 | 16 | 18 | 6 | 4 | 2 | 1 |
| **Age** | | | | | | | |
| Under 18 | 8 | 0 | 45 | 8 | 0 | 8 | 0 |
| 18-24 | 12 | 1 | 15 | 3 | 1 | 1 | 1 |
| 25-34 | 31 | 8 | 16 | 4 | 2 | 2 | 1 |
| 35-44 | 121 | 27 | 16 | 4 | 3 | 3 | 2 |
| 45-54 | 494 | 37 | 16 | 5 | 4 | 4 | 3 |
| 55 or older | 1,952 | 24 | 16 | 7 | 3 | 7 | 11 |

Note: State prison rates are per 100,000 inmates held in custody on June 30.
Prisoner demographic subgroups are estimated based on the June 30 National Prisoner Statistics (NPS) custody counts, demographic data from the National Corrections Reporting Program (2001-2004), and the 2004 Survey of Inmates in State Correctional Facilities (2003-2005). Executions are not included; for data on executions, see **Capital Punishment, 2005.**

Source: Deaths in Custody Reporting Program.
See also Methodology

Previous                                        Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Bureau of Justice Statistics - Deaths in Custody Statistical Tables - Local Jail Deaths Table List    Page 23 of 69    Page 1 of 1

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08

**BJS** | U.S. Department of Justice · Office of Justice Programs
**Bureau of Justice Statistics**



BJS home page

Deaths in
Custody
Statistical
Tables

- State Prison
  Deaths
- Local Jail
  Deaths
- State juvenile
  correctional
  facility
  deaths

# Deaths in Custody Statistical Tables

### Local Jail Deaths, 2000-2005

Table 1. Number of local jail inmate deaths by cause, 2000-2005
Table 2. Percent of local jail inmate deaths by cause, 2000-2005
Table 3. Mortality rate per 100,000 local jail inmates, by cause, 2000-2005
Table 4. Number of local jail inmate deaths, by selected characteristics, 2000-2005
Table 5. Percent of local jail inmate deaths, by selected characteristics, 2000-2005
Table 6. Mortality rate per 100,000 local jail inmates, by selected characteristics, 2000-2005
Table 7. Number of local jail inmate deaths, by 50 largest jail jurisdictions, 2000-2005
Table 8. Mortality rate per 100,000 local jail inmates, by 50 largest jail jurisdictions, 2000-2005
Table 9. Number of local jail inmate deaths, by cause and selected characteristics, 2000-2005
Table 10. Percent of local jail inmate deaths, by cause and selected characteristics, 2000-2005
Table 11. Average annual mortality rate per 100,000 local jail inmates, by cause and selected
characteristics, 2000-2005

Source: **Deaths in Custody Reporting Program.**
See also Methodology

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 24 of 69



**U.S. Department of Justice · Office of Justice Programs**
**BJS  Bureau of Justice Statistics**

BJS home page

Deaths in
Custody
Statistical
Tables

- State Prison
  Deaths
- Local Jail
  Deaths
- State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

Table 1. Number of local jail inmate deaths by cause, 2000-2005

Number of local jail inmate deaths

| Cause of death | 2000-2005 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| All causes | 5,935 | 912 | 953 | 978 | 1,003 | 1,033 | 1,056 |
| Illness | 2,764 | 462 | 432 | 459 | 458 | 487 | 466 |
| AIDS | 315 | 60 | 59 | 50 | 54 | 52 | 40 |
| Suicide | 1,802 | 289 | 315 | 314 | 296 | 301 | 287 |
| Drug/alcohol intoxication | 401 | 37 | 58 | 54 | 90 | 77 | 85 |
| Accident | 180 | 25 | 35 | 35 | 27 | 32 | 26 |
| Homicide | 118 | 17 | 22 | 20 | 14 | 23 | 22 |
| Other/unknown | 355 | 22 | 32 | 46 | 64 | 61 | 130 |

Source: Deaths in Custody Reporting Program.
See also Methodology

Previous                                                           Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 25 of 69

Bureau of Justice Statistics - Deaths in Custody 2000-2005 - Table 2. Percent of local jail inmate deaths, by...    Page 1 of 1



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics

BJS
BJS home page ·

Deaths in
Custody
Statistical
Tables

· State Prison
Deaths
· Local Jail
Deaths
· State juvenile
correctional
facility
deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

Table 2. Percent of local jail inmate deaths, by cause of death, 2000-2005

| Cause of death | Percent of local jail inmate deaths | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2000-2005 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Illness | 46.6 % | 50.7 % | 45.3 % | 46.9 % | 45.7 % | 47.1 % | 44.1 % |
| AIDS | 5.3 | 6.6 | 6.2 | 5.1 | 5.4 | 5.0 | 3.8 |
| Suicide | 30.4 | 31.7 | 33.1 | 32.1 | 29.5 | 29.1 | 27.2 |
| Drug/alcohol intoxication | 6.7 | 4.1 | 6.1 | 5.5 | 9.0 | 7.5 | 8.0 |
| Accident | 3.0 | 2.7 | 3.7 | 3.6 | 2.7 | 3.1 | 2.5 |
| Homicide | 2.0 | 1.9 | 2.3 | 2.0 | 1.4 | 2.2 | 2.1 |
| Other/unknown | 5.8 | 2.4 | 3.4 | 4.7 | 6.4 | 5.9 | 12.3 |

Source: Deaths in Custody Reporting Program.
See also Methodology

Previous

BJS home page | Top of this page

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics

| | |
|---|---|
| BJS home page | *Deaths in Custody Statistical Tables*<br>Local Jail Deaths, 2000-2005 |
| Deaths in Custody Statistical Tables | Download spreadsheet version (.csv file) |

**Table 3. Mortality rate per 100,000 local jail inmates, by cause of death, 2000-2005**

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

| Cause of death | Average annual mortality rate per 100,000 local jail inmates, 2000-2005 | Mortality rate per 100,000 jail inmates | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| All causes | 146 | 147 | 151 | 147 | 145 | 145 | 141 |
| Illness | 68 | 74 | 68 | 69 | 66 | 68 | 62 |
| AIDS | 8 | 10 | 9 | 8 | 8 | 7 | 5 |
| Suicide | 45 | 47 | 50 | 47 | 43 | 42 | 38 |
| Drug/alcohol intoxication | 10 | 6 | 9 | 8 | 13 | 11 | 11 |
| Accident | 4 | 4 | 6 | 5 | 4 | 4 | 3 |
| Homicide | 3 | 3 | 3 | 3 | 2 | 3 | 3 |
| Other/unknown | 9 | 4 | 5 | 7 | 9 | 9 | 17 |

Note: Mortality rates are based on average daily population.

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

BJS home page | Top of this page

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 27 of 69

**U.S. Department of Justice · Office of Justice Programs**

## BJS  Bureau of Justice Statistics



BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths

· Local Jail Deaths

· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

**Table 4. Number of local jail inmate deaths, by selected characteristics, 2000-2005**

| Characteristic | Number of local jail inmate deaths | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2000-2005 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 5,935 | 912 | 953 | 978 | 1,003 | 1,033 | 1,056 |
| **Gender** | | | | | | | |
| Male | 5,252 | 821 | 857 | 871 | 867 | 900 | 936 |
| Female | 673 | 91 | 91 | 107 | 133 | 131 | 120 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 3,118 | 453 | 518 | 539 | 538 | 508 | 562 |
| Black, non-Hispanic | 1,932 | 313 | 289 | 306 | 324 | 363 | 337 |
| Hispanic | 723 | 118 | 116 | 115 | 120 | 135 | 119 |
| Other/multiple races | 123 | 17 | 24 | 18 | 16 | 24 | 24 |
| **Age** | | | | | | | |
| Under 18 | 63 | 8 | 22 | 18 | 4 | 7 | 4 |
| 18-24 | 640 | 89 | 110 | 124 | 104 | 105 | 108 |
| 25-34 | 1,230 | 186 | 197 | 226 | 213 | 213 | 195 |
| 35-44 | 1,765 | 267 | 301 | 328 | 281 | 300 | 288 |
| 45-54 | 1,479 | 241 | 223 | 203 | 266 | 268 | 277 |
| 55 or older | 722 | 117 | 97 | 77 | 127 | 135 | 169 |

Note: Detail may not sum to total due to missing data.

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous                                    Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR Document 3143-2 Filed 10/30/08 Page 28 of 69

# BJS  Bureau of Justice Statistics



BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths

· Local Jail Deaths

· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

Table 5. Percent of local jail inmate deaths, by selected characteristics, 2000-2005

| Characteristic | 2000-2005 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| **Total** | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | | | |
| Male | 88.6 % | 90.0 % | 90.4 % | 89.1 % | 86.7 % | 87.3 % | 88.6 % |
| Female | 11.4 | 10.0 | 9.6 | 10.9 | 13.3 | 12.7 | 11.4 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 52.9 % | 50.3 % | 54.7 % | 55.1 % | 53.9 % | 49.3 % | 54.0 % |
| Black, non-Hispanic | 32.8 | 34.7 | 30.5 | 31.3 | 32.5 | 35.2 | 32.3 |
| Hispanic | 12.3 | 13.1 | 12.2 | 11.8 | 12.0 | 13.1 | 11.4 |
| Other/multiple races | 2.1 | 1.9 | 2.5 | 1.8 | 1.6 | 2.3 | 2.3 |
| **Age** | | | | | | | |
| Under 18 | 1.1 % | 0.9 % | 2.3 % | 1.8 % | 0.4 % | 0.7 % | 0.4 % |
| 18-24 | 10.8 | 9.8 | 11.6 | 12.7 | 10.5 | 10.2 | 10.4 |
| 25-34 | 20.8 | 20.5 | 20.7 | 23.2 | 21.4 | 20.7 | 18.7 |
| 35-44 | 29.9 | 29.4 | 31.7 | 33.6 | 28.2 | 29.2 | 27.7 |
| 45-54 | 25.1 | 26.5 | 23.5 | 20.8 | 26.7 | 26.1 | 26.6 |
| 55 or older | 12.2 | 12.9 | 10.2 | 7.9 | 12.8 | 13.1 | 16.2 |

Source: **Deaths in Custody Reporting Program**.
See also Methodology

Previous

Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR   Document 3143-2   Filed 10/30/08   Page 29 of 69

BJS home page

Deaths in Custody Statistical Tables

State Prison Deaths
Local Jail Deaths
State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

**Table 6. Mortality rate per 100,000 local jail inmates, by selected characteristics, 2000-2005**

| Characteristic | Average annual mortality rate per 100,000 local jail inmates, 2000-2005 | Mortality rate per 100,000 local jail inmates | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 146 | 147 | 151 | 147 | 145 | 145 | 141 |
| **Gender** | | | | | | | |
| Male | 147 | 150 | 154 | 148 | 142 | 144 | 143 |
| Female | 138 | 126 | 124 | 139 | 162 | 150 | 126 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 194 | 203 | 228 | 225 | 179 | 160 | 170 |
| Black, non-Hispanic | 120 | 126 | 114 | 115 | 120 | 132 | 116 |
| Hispanic | 106 | 103 | 99 | 93 | 113 | 125 | 106 |
| **Age** | | | | | | | |
| Under 18 | 89 | 72 | 194 | 150 | 32 | 54 | 30 |
| 18-24 | 56 | 51 | 62 | 66 | 54 | 52 | 51 |
| 25-34 | 95 | 94 | 98 | 106 | 97 | 94 | 82 |
| 35-44 | 167 | 165 | 183 | 190 | 156 | 162 | 148 |
| 45-54 | 363 | 388 | 353 | 305 | 385 | 375 | 371 |
| 55 or older | 800 | 856 | 698 | 526 | 835 | 859 | 1,028 |

Note: Jail inmate mortality rates are per 100,000 inmates held, based on average daily population (ADP). Inmate populations of various demographic subgroups are estimates based on the Annual Survey of Jails and the 2002 Survey of Inmates in Local Jails.

Source: Deaths in Custody Reporting Program.
See also Methodology

Previous                     BJS home page | Top of this page                     Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
# Bureau of Justice Statistics
**BJS**

BJS home page

Deaths in
Custody
Statistical
Tables

- State Prison
  Deaths
- Local Jail
  Deaths
- State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

Table 7. Number of jail inmate deaths, by 50 largest jail jurisdictions, 2000-2005

### Number of local jail inmate deaths

| Jurisdiction | 2000-2005 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| All jurisdictions | 2,116 | 337 | 339 | 360 | 343 | 363 | 374 |
| Los Angeles, CA | 199 | 35 | 37 | 33 | 28 | 23 | 43 |
| New York City, NY | 184 | 38 | 37 | 24 | 30 | 25 | 30 |
| Cook County, IL | 94 | 22 | 14 | 12 | 8 | 24 | 14 |
| Maricopa County, AZ | 66 | 10 | 7 | 14 | 8 | 9 | 18 |
| Philadelphia City, PA | 97 | 14 | 14 | 13 | 13 | 22 | 21 |
| Dade County, FL | 89 | 14 | 16 | 16 | 16 | 13 | 14 |
| Harris County, TX | 90 | 13 | 17 | 22 | 17 | 12 | 9 |
| Dallas County, TX | 62 | 7 | 6 | 16 | 13 | 12 | 8 |
| Orleans Parish, LA | 39 | 6 | 4 | 4 | 7 | 8 | 10 |
| Broward County, FL | 49 | 11 | 12 | 6 | 7 | 5 | 8 |
| San Bernardino County, CA | 34 | 3 | 4 | 7 | 6 | 4 | 10 |
| San Diego County, CA | 61 | 7 | 10 | 6 | 9 | 14 | 15 |
| Shelby County, TN | 48 | 7 | 8 | 7 | 6 | 9 | 11 |
| Orange County, CA | 20 | 3 | 1 | 2 | 6 | 3 | 5 |
| Santa Clara County, CA | 30 | 4 | 3 | 7 | 5 | 3 | 8 |
| Alameda County, CA | 52 | 10 | 6 | 13 | 12 | 7 | 4 |
| Orange County, FL | 21 | 6 | 4 | 5 | 1 | 2 | 3 |
| Bexar County, TX | 62 | 6 | 10 | 10 | 14 | 13 | 9 |
| Baltimore City, MD | 66 | 11 | 10 | 18 | 9 | 9 | 9 |
| Hillsborough County, FL | 26 | 8 | 3 | 5 | 2 | 6 | 2 |
| Sacramento County, CA | 46 | 2 | 7 | 11 | 7 | 6 | 13 |
| Riverside County, CA | 20 | 2 | 2 | 4 | 2 | 4 | 6 |
| Tarrant County, TX | 25 | 6 | 3 | 1 | 3 | 10 | 2 |
| Milwaukee County, WI | 18 | 0 | 5 | 2 | 2 | 6 | 3 |
| Jacksonville City, FL | 46 | 7 | 12 | 11 | 6 | 3 | 7 |
| Pinellas County, FL | 28 | 5 | 5 | 4 | 7 | 4 | 3 |
| Davidson County, TN | 50 | 7 | 8 | 9 | 6 | 10 | 10 |
| Clark County, NV | 31 | 8 | 9 | 4 | 3 | 1 | 6 |
| Fulton County, GA | 14 | 4 | 0 | 5 | 5 | 0 | 0 |
| King County, WA | 14 | 1 | 0 | 3 | 5 | 3 | 3 |
| Wayne County, MI | 26 | 6 | 7 | 4 | 4 | 0 | 5 |
| DeKalb County, GA | 22 | 2 | 4 | 1 | 4 | 7 | 4 |
| Palm Beach County, FL | 25 | 5 | 6 | 2 | 5 | 4 | 3 |
| Kern County, CA | 19 | 3 | 3 | 2 | 2 | 6 | 3 |
| Travis County, TX | 19 | 4 | 4 | 3 | 2 | 3 | 3 |
| Franklin County, OH | 17 | 3 | 2 | 5 | 3 | 2 | 2 |
| Allegheny County, PA | 35 | 3 | 6 | 7 | 6 | 5 | 8 |
| Marion County, IN | 24 | 7 | 5 | 3 | 6 | 1 | 2 |
| Essex County, NJ | 39 | 3 | 5 | 4 | 14 | 9 | 4 |
| Suffolk County, MA | 6 | 0 | 2 | 0 | 1 | 2 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **El Paso County, TX** | 24 | 5 | 1 | 4 | 2 | 7 | 5 |
| **Fresno County, CA** | 27 | 5 | 3 | 6 | 4 | 8 | 1 |
| **Oklahoma County, OK** | 22 | 0 | 5 | 2 | 5 | 5 | 5 |
| **Cobb County, GA** | 13 | 1 | 0 | 4 | 0 | 7 | 1 |
| **Cuyahoga County, OH** | 11 | 4 | 2 | 1 | 1 | 2 | 1 |
| **Hamilton County, OH** | 23 | 3 | 4 | 4 | 5 | 3 | 4 |
| **Hudson County, NJ** | 40 | 3 | 3 | 5 | 8 | 11 | 10 |
| **San Francisco City/Co., CA** | 19 | 3 | 3 | 3 | 1 | 3 | 6 |
| **York County, PA** | 19 | 1 | 0 | 3 | 5 | 8 | 2 |
| **Mecklenburg County, NC** | 5 | 0 | 0 | 3 | 2* | 0 | 0 |

Note: 50 largest jurisdictions as of June 30, 2002, displayed from largest to smallest.
/Not reported.

Source: Deaths in Custody Reporting Program.
 See also Methodology

Previous                                                                                          Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Bureau of Justice Statistics - Deaths in Custody 2000-2005 - Table 8: Mortality rate per 100,000 jail inmate... Page 1 of 2

Case 2:90-cv-00520-K-JM-SCR   Document 3143-2   Filed 10/30/08   Page 32 of 69



**U.S. Department of Justice · Office of Justice Programs**
# Bureau of Justice Statistics
**BJS**

BJS home page

*Deaths in Custody Statistical Tables*
*Local Jail Deaths, 2000-2005*

Deaths in Custody Statistical Tables

Download spreadsheet version (.csv file)

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

### Table 8. Mortality rate per 100,000 jail inmates, by 50 largest jail jurisdictions, 2000-2005

| Jurisdiction | Average annual mortality rate per 100,000 local jail inmates, 2000-2005 | Mortality rate per 100,000 local jail inmates | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Total | 166 | 162 | 165 | 173 | 161 | 168 | 170 |
| Los Angeles, CA | 173 | 178 | 191 | 171 | 132 | 124 | 240 |
| New York City, NY | 214 | 245 | 255 | 172 | 206 | 182 | 221 |
| Cook County, IL | 152 | 224 | 137 | 110 | 74 | 228 | 136 |
| Maricopa County, AZ | 138 | 150 | 99 | 175 | 99 | 104 | 199 |
| Philadelphia City, PA | 227 | 216 | 199 | 180 | 199 | 298 | 273 |
| Dade County, FL | 222 | 204 | 250 | 240 | 233 | 196 | 208 |
| Harris County, TX | 201 | 158 | 239 | 331 | 233 | 146 | 100 |
| Dallas County, TX | 151 | 96 | 96 | 244 | 191 | 169 | 110 |
| Orleans Parish, LA | 108 | 94 | 68 | 68 | 115 | 135 | 169 |
| Broward County, FL | 163 | 229 | 253 | 117 | 141 | 96 | 146 |
| San Bernardino County, CA | 107 | 59 | 75 | 141 | 112 | 75 | 178 |
| San Diego County, CA | 200 | 132 | 204 | 123 | 182 | 271 | 286 |
| Shelby County, TN | 158 | 121 | 155 | 145 | 128 | 185 | 217 |
| Orange County, CA | 64 | 62 | 21 | 44 | 118 | 54 | 82 |
| Santa Clara County, CA | 121 | 92 | 73 | 179 | 129 | 72 | 179 |
| Alameda County, CA | 218 | 236 | 156 | 335 | 313 | 173 | 99 |
| Orange County, FL | 89 | 145 | 96 | 132 | 26 | 58 | 79 |
| Bexar County, TX | 284 | 168 | 293 | 275 | 389 | 344 | 233 |
| Baltimore City, MD | 302 | 345 | 304 | 495 | 236 | 209 | 225 |
| Hillsborough County, FL | 117 | 239 | 86 | 143 | 53 | 141 | 43 |
| Sacramento County, CA | 212 | 66 | 218 | 334 | 193 | 150 | 310 |
| Riverside County, CA | 108 | 78 | 76 | 122 | 62 | 124 | 185 |
| Tarrant County, TX | 119 | 158 | 86 | 32 | 88 | 291 | 60 |
| Milwaukee County, WI | 93 | 0 | 145 | 64 | 62 | 177 | 107 |
| Jacksonville City, FL | 252 | 256 | 397 | 371 | 197 | 88 | 203 |
| Pinellas County, FL | 162 | 200 | 183 | 139 | 238 | 130 | 83 |
| Davidson County, TN | 284 | 251 | 306 | 315 | 204 | 311 | 320 |
| Clark County, NV | 196 | 336 | 355 | 146 | 117 | 34 | 187 |
| Fulton County, GA | 85 | 133 | 0 | 182 | 193 | 0 | 0 |
| King County, WA | 113 | / | 0 | 111 | 208 | 125 | 119 |
| Wayne County, MI | 162 | 214 | 261 | 148 | 153 | 0 | 192 |
| DeKalb County, GA | 131 | 68 | 127 | 38 | 145 | 269 | 142 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Palm Beach County, FL | 164 | 195 | 255 | 77 | 202 | 145 | 108 |
| Kern County, CA | 135 | 118 | 114 | 78 | 90 | 274 | 136 |
| Travis County, TX | 123 | 156 | 150 | 118 | 81 | 125 | 109 |
| Franklin County, OH | 115 | 139 | 88 | 199 | 112 | 75 | 74 |
| Allegheny County, PA | 220 | 131 | 209 | 283 | 229 | 183 | 284 |
| Marion County, IN | 166 | 289 | 245 | 122 | 216 | 40 | 83 |
| Essex County, NJ | 276 | 169 | 208 | 163 | 519 | 391 | 205 |
| Suffolk County, MA | 41 | 0 | 87 | 0 | 41 | 79 | 39 |
| El Paso County, TX | 178 | 250 | 47 | 167 | 84 | 292 | 229 |
| Fresno County, CA | 178 | 222 | 128 | 264 | 151 | 268 | 33 |
| Oklahoma County, OK | 160 | 0 | 268 | 89 | 197 | 189 | 214 |
| Cobb County, GA | 95 | 49 | 0 | 182 | 0 | 299 | 41 |
| Cuyahoga County, OH | 92 | 202 | 100 | 47 | 50 | 104 | 51 |
| Hamilton County, OH | 181 | 143 | 202 | 200 | 235 | 134 | 172 |
| Hudson County, NJ | 347 | 161 | 185 | 254 | 403 | 537 | 541 |
| San Francisco City/Co., CA | 167 | 141 | 168 | 154 | 50 | 165 | 328 |
| York County, PA | 169 | 64 | 0 | 155 | 252 | 436 | 109 |
| Mecklenburg County, NC | 43 | 0 | 0 | 157 | 101 | 0 | 0 |

Note: 50 largest jurisdictions as of June 30, 2002, displayed from largest to smallest.
Mortality rates are based on average daily population (ADP).
/Not reported.

Source: **Deaths in Custody Reporting Program.**
See also **Methodology**

Previous                                                                 Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 34 of 69

Bureau of Justice Statistics - Deaths in Custody 2000-2005 - Table 9. Number of local jail inmate deaths, ... Page 1 of 1



**BJS** | **U.S. Department of Justice · Office of Justice Programs**
**Bureau of Justice Statistics**

BJS home page

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

- Deaths in Custody Statistical Tables

Download spreadsheet version (.csv file)

**Table 9. Number of local jail inmate deaths, by cause of death and selected characteristics, 2000-2005**

- State Prison Deaths
- Local Jail Deaths
- State juvenile correctional facility deaths

| Characteristic | Number of local jail inmate deaths, by cause of death | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Illness | AIDS | Suicide | Drug/alcohol intoxication | Accident | Homicide | Other/ unknown |
| **Total** | 2,764 | 315 | 1,802 | 401 | 180 | 118 | 355 |
| **Gender** | | | | | | | |
| Male | 2,422 | 283 | 1,652 | 316 | 163 | 115 | 301 |
| Female | 340 | 32 | 147 | 84 | 17 | 3 | 50 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 1,229 | 48 | 1,258 | 256 | 111 | 48 | 168 |
| Black, non-Hispanic | 1,145 | 221 | 257 | 90 | 47 | 44 | 128 |
| Hispanic | 326 | 43 | 224 | 48 | 17 | 24 | 41 |
| Other/multiple races | 44 | 3 | 58 | 5 | 5 | 1 | 3 |
| **Age** | | | | | | | |
| Under 18 | 7 | 1 | 46 | 3 | 2 | 1 | 3 |
| 18-24 | 96 | 11 | 389 | 54 | 23 | 30 | 37 |
| 25-34 | 328 | 76 | 569 | 128 | 46 | 20 | 63 |
| 35-44 | 785 | 137 | 523 | 127 | 56 | 34 | 103 |
| 45-54 | 966 | 74 | 211 | 76 | 42 | 22 | 87 |
| 55 or older | 570 | 16 | 59 | 10 | 11 | 10 | 46 |

Note: Detail may not add to total due to missing data.

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous                                                                 Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-3    Filed 10/30/08    Page 35 of 69

**U.S. Department of Justice · Office of Justice Programs**

 **BJS** **Bureau of Justice Statistics**

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths

· Local Jail Deaths

· State juvenile correctional facility deaths

### Deaths in Custody Statistical Tables
Local Jail Deaths, 2000-2005

Download spreadsheet version (.csv file)

Table 10. Percent of local jail inmate deaths, by cause of death and selected characteristics, 2000-2005

| Characteristic | Percent of local jail inmate deaths, by cause of death, 2000-2005 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Illness | AIDS | Suicide | Drug/alcohol intoxication | Accident | Homicide | Other/ unknown |
| Total | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | | | |
| Male | 87.7 % | 89.8 % | 91.8 % | 79.0 % | 90.6 % | 97.5 % | 85.8 % |
| Female | 12.3 | 10.2 | 8.2 | 21.0 | 9.4 | 2.5 | 14.2 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 44.8 % | 15.2 % | 70.0 % | 64.2 % | 61.7 % | 41.0 % | 49.4 % |
| Black, Hispanic | 41.7 | 70.2 | 14.3 | 22.6 | 26.1 | 37.6 | 37.6 |
| Hispanic | 11.9 | 13.7 | 12.5 | 12.0 | 9.4 | 20.5 | 12.1 |
| Other/multiple races | 1.6 | 1.0 | 3.2 | 1.3 | 2.8 | 0.9 | 0.9 |
| **Age** | | | | | | | |
| Under 18 | 0.3 % | 0.3 % | 2.6 % | 0.8 % | 1.1 % | 0.9 % | 0.9 % |
| 18-24 | 3.5 | 3.5 | 21.6 | 13.6 | 12.8 | 25.6 | 10.9 |
| 25-34 | 11.9 | 24.1 | 31.7 | 32.2 | 25.6 | 17.1 | 18.6 |
| 35-44 | 28.5 | 43.5 | 29.1 | 31.9 | 31.1 | 29.1 | 30.4 |
| 45-54 | 35.1 | 23.5 | 11.7 | 19.1 | 23.3 | 18.8 | 25.7 |
| 55 or older | 20.7 | 5.1 | 3.3 | 2.5 | 6.1 | 8.5 | 13.6 |

Source: Deaths in Custody Reporting Program.
See also Methodology

Previous

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR   Document 3143-2   Filed 10/30/08   Page 36 of 69

Bureau of Justice Statistics - Deaths in Custody 2000-2005 - Table 11. Average annual mortality rate per 1... Page 1 of 1



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics
**BJS**

BJS home page

Deaths in Custody Statistical Tables

*Deaths in Custody Statistical Tables*
Local Jail Deaths, 2000-2005

· State Prison Deaths

· Local Jail Deaths

· State juvenile correctional facility deaths

Download spreadsheet version (.csv file)

**Table 11. Average annual mortality rate per 100,000 local jail inmates, by cause of death and selected characteristics, 2000-2005**

| Characteristic | Illness | AIDS | Suicide | Drug/alcohol intoxication | Accident | Homicide | Other/ unknown |
|---|---|---|---|---|---|---|---|
| **Total** | 68 | 8 | 45 | 10 | 4 | 3 | 9 |
| **Gender** | | | | | | | |
| Male | 68 | 8 | 46 | 9 | 5 | 3 | 8 |
| Female | 70 | 7 | 30 | 17 | 4 | 1 | 10 |
| **Race/Hispanic origin** | | | | | | | |
| White, non-Hispanic | 76 | 3 | 79 | 15 | 7 | 3 | 10 |
| Black, non-Hispanic | 71 | 14 | 16 | 6 | 3 | 3 | 8 |
| Hispanic | 48 | 6 | 33 | 7 | 2 | 4 | 6 |
| **Age** | | | | | | | |
| Under 18 | 10 | 1 | 65 | 4 | 3 | 1 | 4 |
| 18-24 | 8 | 1 | 34 | 5 | 2 | 3 | 3 |
| 25-34 | 25 | 6 | 44 | 10 | 4 | 2 | 5 |
| 35-44 | 75 | 13 | 50 | 12 | 5 | 3 | 9 |
| 45-54 | 238 | 18 | 52 | 19 | 10 | 5 | 21 |
| 55 or older | 634 | 18 | 66 | 11 | 13 | 11 | 49 |

Note: Jail inmate mortality rates are per 100,000 inmates held, based on average daily population (ADP). Inmate populations of various demographic subgroups are estimates based on the Annual Survey of Jails and the 2002 Survey of Inmates in Local Jails.

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

BJS home page | Top of this page

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08    Page 37 of 69



**U.S. Department of Justice · Office of Justice Programs**
**Bureau of Justice Statistics**



BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State juvenile
  correctional
  facility
  deaths

# Deaths in Custody Statistical Tables

## State Juvenile Correctional Facility Deaths, 2002-2005

**Table 1.** Number of deaths in State juvenile correctional facilities, by cause, 2002-2005
**Table 2.** Percent of deaths in State juvenile correctional facilities, by cause, 2002-2005
**Table 3.** Number of deaths in State juvenile correctional facilities, by selected characteristics, 2002-2005
**Table 4.** Percent of deaths in State juvenile correctional facilities, by selected characteristics, 2002-2005
**Table 5.** Number of deaths in State juvenile correctional facilities, by State, 2002-2005
**Table 6.** Number of deaths in State juvenile correctional facilities, by cause and selected characteristics, 2002-2005
**Table 7.** Percent of deaths in State juvenile correctional facilities, by cause and selected characteristics, 2002-2005

Source: **Deaths in Custody Reporting Program.**
See also Methodology

---

BJS home page | Top of this page

---

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
## Bureau of Justice Statistics
**BJS**

BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths

· Local Jail
  Deaths

· State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
State Juvenile Correctional Facility Deaths, 2002-2005

Download spreadsheet version (.csv file)

Table 1. Number of deaths in State juvenile correctional
facilities, by cause, 2002-2005

| Cause of death | Number of deaths in State juvenile correctional facilities | | | | |
|---|---|---|---|---|---|
| | 2002-2005 | 2002 | 2003 | 2004 | 2005 |
| All causes | 43 | 13 | 10 | 11 | 9 |
| Suicide | 21 | 7 | 3 | 10 | 1 |
| Illness | 10 | 3 | 2 | 1 | 4 |
| AIDS | 0 | 0 | 0 | 0 | 0 |
| Homicide | 5 | 0 | 3 | 0 | 2 |
| Accident | 2 | 1 | 0 | 0 | 1 |
| Drug/alcohol intoxication | 0 | 0 | 0 | 0 | 0 |
| Other/unknown | 5 | 2 | 2 | 0 | 1 |

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous                                                          Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*.



U.S. Department of Justice · Office of Justice Programs
## BJS  Bureau of Justice Statistics

BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
State Juvenile Correctional Facility Deaths, 2002-2005

Download spreadsheet version (.csv file)

**Table 2. Percent of deaths in State juvenile correctional facilities, by cause of death, 2002-2005**

| Cause of death | Percent of deaths in State juvenile correctional facilities | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2002-2005 | 2002 | 2003 | 2004 | 2005 |
| All causes | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Suicide | 46.5 % | 53.8 % | 30.0 % | 90.9 % | 11.1 % |
| Illness | 24.2 | 23.1 | 20.0 | 9.1 | 44.4 |
| AIDS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Homicide | 13.1 | 0.0 | 30.0 | 0.0 | 22.2 |
| Accident | 4.7 | 7.7 | 0.0 | 0.0 | 11.1 |
| Drug/alcohol intoxication | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other/unknown | 11.6 | 15.4 | 20.0 | 9.0 | 11.1 |

Source: Deaths in Custody Reporting Program.
  See also Methodology

Previous                                                              Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

U.S. Department of Justice · Office of Justice Programs
**BJS** **Bureau of Justice Statistics**



BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State juvenile
  correctional
  facility
  deaths

*Deaths in Custody Statistical Tables*
**State Juvenile Correctional Facility Deaths, 2002-2005**

Download spreadsheet version (.csv file)

**Table 3. Number of deaths in State juvenile correctional
facilities, by selected characteristics, 2002-2005**

| Characteristic | Number of deaths in State juvenile correctional facilities | | | | |
|---|---|---|---|---|---|
| | 2002-2005 | 2002 | 2003 | 2004 | 2005 |
| **Total** | 43 | 13 | 10 | 11 | 9 |
| **Gender** | | | | | |
| Male | 38 | 11 | 10 | 10 | 7 |
| Female | 5 | 2 | 0 | 1 | 2 |
| **Race/Hispanic origin** | | | | | |
| White, non-Hispanic | 16 | 6 | 1 | 4 | 5 |
| Black, non-Hispanic | 18 | 4 | 6 | 4 | 4 |
| Hispanic | 6 | 2 | 2 | 2 | 0 |
| Other/multiple races | 3 | 1 | 1 | 1 | 0 |
| **Age** | | | | | |
| 10 or younger | 0 | 0 | 0 | 0 | 0 |
| 11-12 | 2 | 0 | 0 | 1 | 1 |
| 13-15 | 8 | 4 | 1 | 1 | 2 |
| 16-17 | 29 | 8 | 9 | 8 | 4 |
| 18 or older | 4 | 1 | 0 | 1 | 2 |

Note: Detail may not add to total due to missing data.

Source: Deaths in Custody Reporting Program.
    See also Methodology

Previous                                                           Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
**BJS  Bureau of Justice Statistics**

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Juvenile Correctional Facility Deaths, 2002-2005

Download spreadsheet version (.csv file)

Table 4. Percent of deaths in State juvenile correctional facilities, by selected characteristics, 2002-2005

| Characteristic | 2002-2005 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| **Total** | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | |
| Male | 88.4 % | 84.6 % | 100.0 % | 90.9 % | 77.8 % |
| Female | 11.6 | 15.4 | 0.0 | 9.1 | 22.2 |
| **Race/Hispanic origin** | | | | | |
| White, non-Hispanic | 37.2 % | 46.2 % | 10.0 % | 36.4 % | 55.6 % |
| Black, non-Hispanic | 41.9 | 30.8 | 60.0 | 36.4 | 44.4 |
| Hispanic | 14.0 | 15.4 | 20.0 | 18.2 | 0.0 |
| Other/multiple races | 7.0 | 7.7 | 10.0 | 9.1 | 0.0 |
| **Age** | | | | | |
| 10 or younger | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| 11-12 | 4.7 | 0.0 | 0.0 | 9.1 | 11.1 |
| 13-15 | 18.6 | 30.8 | 10.0 | 9.1 | 22.2 |
| 16-17 | 67.4 | 61.5 | 90.0 | 72.7 | 44.4 |
| 18 or older | 9.3 | 7.7 | 0.0 | 9.1 | 22.2 |

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

BJS home page | Top of this page

Next

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
# BJS  Bureau of Justice Statistics

BJS home page

Deaths in Custody Statistical Tables

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

*Deaths in Custody Statistical Tables*
State Juvenile Correctional Facility Deaths, 2002-2005

Download spreadsheet version (.csv file)

**Table 5. Number of deaths in State juvenile correctional facilities, by State, 2002-2005**

| Region | Number of deaths in State juvenile correctional facilities | | | | |
|---|---|---|---|---|---|
| | 2002-2005 | 2002 | 2003 | 2004 | 2005 |
| **All States** | 43 | 13 | 10 | 11 | 9 |
| **Northeast** | 2 | 0 | 1 | 1 | 0 |
| Massachusetts | 2 | 0 | 1 | 1 | 0 |
| **Midwest** | 12 | 6 | 1 | 4 | 1 |
| Illinois | 3 | 1 | 0 | 2 | 0 |
| Kansas | 1 | 1 | 0 | 0 | 0 |
| Michigan | 3 | 3 | 0 | 0 | 0 |
| Missouri | 1 | 0 | 0 | 1 | 0 |
| North Dakota | 1 | 0 | 0 | 1 | 0 |
| Ohio | 2 | 0 | 1 | 0 | 1 |
| South Dakota | 1 | 1 | 0 | 0 | 0 |
| **South** | 20 | 4 | 5 | 5 | 6 |
| Arkansas | 2 | 1 | 0 | 0 | 1 |
| District of Columbia | 1 | 0 | 0 | 0 | 1 |
| Florida | 4 | 1 | 2 | 0 | 1 |
| Georgia | 4 | 1 | 1 | 0 | 2 |
| Louisiana | 3 | 0 | 1 | 1 | 1 |
| Maryland | 1 | 1 | 0 | 0 | 0 |
| North Carolina | 1 | 0 | 0 | 1 | 0 |
| Tennessee | 1 | 0 | 0 | 1 | 0 |
| Texas | 3 | 0 | 1 | 2 | 0 |
| **West** | 9 | 3 | 3 | 1 | 2 |
| Arizona | 3 | 2 | 1 | 0 | 0 |
| Colorado | 1 | 0 | 0 | / | 1 |
| Idaho | 3 | 1 | 2 | 0 | 0 |
| Nevada | 1 | 0 | 0 | 0 | 1 |
| Oregon | 1 | 0 | 0 | 1 | 0 |

Note: Only States that reported at least one death are shown. California did not report data in 2004 or 2005, Colorado did not report data in 2004, and Rhode Island did not report data in 2005.
/ Not reported

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous

Next

BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

**U.S. Department of Justice · Office of Justice Programs**
**BJS** **Bureau of Justice Statistics**



BJS home page

*Deaths in Custody Statistical Tables*
State Juvenile Correctional Facility Deaths, 2002-2005

Deaths in
Custody
Statistical
Tables

Download spreadsheet version (.csv file)

Table 6. Number of deaths in State juvenile correctional facilities, by cause and selected characteristics, 2002-2005

· State Prison Deaths
· Local Jail Deaths
· State juvenile correctional facility deaths

Number of deaths in State juvenile correctional facilities, 2002-2005

| Characteristic | All causes | Illness | Suicide | Homicide | Accident | Other/ unknown |
|---|---|---|---|---|---|---|
| Total | 43 | 10 | 21 | 5 | 2 | 5 |
| **Gender** | | | | | | |
| Male | 38 | 9 | 17 | 5 | 2 | 5 |
| Female | 5 | 1 | 4 | 0 | 0 | 0 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 16 | 3 | 8 | 2 | 0 | 3 |
| Black, non-Hispanic | 18 | 6 | 5 | 3 | 2 | 2 |
| Hispanic | 6 | 1 | 5 | 0 | 0 | 0 |
| Other/multiple races | 3 | 0 | 3 | 0 | 0 | 0 |
| **Age** | | | | | | |
| 10 or younger | 0 | 0 | 0 | 0 | 0 | 0 |
| 11-12 | 2 | 0 | 1 | 0 | 0 | 1 |
| 13-15 | 8 | 1 | 5 | 1 | 0 | 1 |
| 16-17 | 29 | 8 | 14 | 3 | 1 | 3 |
| 18 or older | 4 | 1 | 1 | 1 | 1 | 0 |

Note: During 2002-2005, no deaths from either AIDS or drug/alcohol intoxication were reported by State juvenile correctional authorities.

Source: **Deaths in Custody Reporting Program.**
See also Methodology

Previous                                          Next
BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*



**U.S. Department of Justice · Office of Justice Programs**
## BJS Bureau of Justice Statistics

BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
Deaths

· Local Jail
Deaths

· State juvenile
correctional
facility
deaths

*Deaths in Custody Statistical Tables*
**State Juvenile Correctional Facility Deaths, 2002-2005**

Download spreadsheet version (.csv file)

**Table 7. Percent of deaths in State juvenile correctional facilities, by cause and selected characteristics, 2002-2005**

Percent of deaths in State juvenile correctional facilities, 2002-2005

| Characteristic | All causes | Illness | Suicide | Homicide | Accident | Other/ unknown |
|---|---|---|---|---|---|---|
| Total | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| **Gender** | | | | | | |
| Male | 88.4 % | 90.0 % | 81.0 % | 100 % | 100 % | 100 % |
| Female | 11.6 | 10.0 | 19.0 | 0.0 | 0.0 | 0.0 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 37.2 % | 30.0 % | 38.1 % | 40.0 % | 0.0 % | 60.0 % |
| Black, non-Hispanic | 41.9 | 60.0 | 23.8 | 60.0 | 100.0 | 40.0 |
| Hispanic | 14.0 | 10.0 | 23.8 | 0.0 | 0.0 | 0.0 |
| Other/multiple races | 7.0 | 0.0 | 14.3 | 0.0 | 0.0 | 0.0 |
| **Age** | | | | | | |
| 10 or younger | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| 11-12 | 4.7 | 0.0 | 4.8 | 0.0 | 0.0 | 20.0 |
| 13-15 | 18.6 | 10.0 | 23.8 | 20.0 | 0.0 | 20.0 |
| 16-17 | 67.4 | 80.0 | 66.7 | 60.0 | 50.0 | 60.0 |
| 18 or older | 9.3 | 10.0 | 4.8 | 20.0 | 50.0 | 0.0 |

Note: Detail may not add to total due to missing data. During 2002-2005, no deaths from either AIDS or drug/alcohol intoxication were reported by State juvenile correctional authorities.

Source: **Deaths in Custody Reporting Program.**
  See also Methodology

Previous _____

  BJS home page | Top of this page

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

Case 2:90-cv-00520-KJM-SCR    Document 3143-2    Filed 10/30/08

**U.S. Department of Justice · Office of Justice Programs**

# Bureau of Justice Statistics

**BJS**

BJS home page

Deaths in
Custody
Statistical
Tables

· State Prison
  Deaths
· Local Jail
  Deaths
· State
  Juvenile
  Correctional
  Facility
  Deaths

*Deaths in Custody Statistical Tables*

## Methodology

### BJS Deaths in Custody Reporting Program (DCRP) – Local jail inmate death data

The Bureau of Justice Statistics (BJS) began collecting inmate death records from jail jurisdictions nationwide in December 2000 to implement the Death in Custody Reporting Act of 2000 (PL 106-297). Data on inmate deaths were requested at the end of each calendar quarter (form CJ-9 for local jails, form CJ-10 for private or multi-jurisdictional jails). Jails were also asked to submit inmate population and admission counts at the end of each calendar year which allowed for the calculation of inmate mortality rates (forms CJ-9A and CJ-10A). As part of the yearend collection of population data, jails were asked for a yearend count of inmate deaths which were reconciled with quarterly reports to identify missing records. Jails with missing death records were asked to submit the records on a separate quarterly death report form.

Jails were instructed to report the death of any inmate in their custody, even if the inmate was held for other jurisdictions, such as the State department of corrections, another State or county, or the Federal government. Jails were also instructed to include the death of any inmate sent outside the jail facility for medical, mental health or substance abuse treatment services or for work-release programs. Deaths that occurred while an inmate was in transit to or from the jail facility were included. Deaths of jail inmates who were released on temporary furloughs or who had escaped the jail facility were excluded.

From the beginning of the collection in 2000, as agent for BJS, the Governments Division of the U.S. Census Bureau collected both the quarterly death records and the yearend collection of population and admissions data from all jail jurisdictions nationwide. If a final determination of cause of death could not be made at the time of reporting, respondents were asked to indicate that autopsy reports were pending. Jurisdictions with incomplete records were contacted again over the following 12 months to obtain final cause of death data. In each year (2000 through 2005), at least 99% of the more than 3,000 jail jurisdictions nationwide responded to the collection.

For local jail survey forms, see **Deaths in Custody survey questionnaires**.

### BJS Deaths in Custody Reporting Program (DCRP) – State prisoner death data

BJS began collecting inmate death records from State prison authorities nationwide in 2001 to implement the Death in Custody Reporting Act of 2000 (PL 106-297). State departments of correction were asked to submit a quarterly report of all deaths at the end of each calendar quarter. States were also asked to submit a quarterly summary count of deaths (form NPS-4) and an individual report of each inmate death (form NPS-4A). If a final determination of cause of death could not be made at the time of reporting, respondents were asked to indicate that autopsy reports were pending. Jurisdictions with incomplete records were contacted again over the following 12 months to obtain final cause of death data.

State prisons were instructed to report the deaths of any inmate in their custody, even if the inmate was held for other jurisdictions, such as a county jail, another State, or the Federal government. State prisoner death counts include the death of any inmate held in a private prison facility under contract to the State's department of correction. Deaths of inmates in private facilities were counted in the State that had jurisdiction over the inmate, not the State where the private facility was located.

State prisons were also instructed to include the death of any inmate sent outside the prison facility for medical, mental health or substance abuse treatment services or for work-release programs. Deaths that occurred while a State prisoner was in transit to or from the prison were included. Deaths of State prisoners who were released on temporary furloughs or who had escaped the prison facility were excluded. All execution deaths were excluded from the collection because capital punishment cases are already tracked under the National Prisoners Statistics

program.

This data collection was conducted by BJS staff during 2001 and 2002 and by data collection staff of Governments Division of the U.S. Census Bureau for BJS since 2003. In each year (2001 through 2005), all 50 State departments of correction responded to the collection. The District of Columbia submitted data for its prison population until transferring all of their custody operations to the Federal Bureau of Prisons during 2001. Federal prisons are not covered by PL 106-297 and these tables do not include mortality data on Federal prisoners.

For State prisoner survey forms, see **Deaths in Custody survey questionnaires**.

### BJS Deaths in Custody Reporting Program (DCRP) – Juvenile residential facilities death data

BJS began collecting juvenile death records from State juvenile correctional administrators in 2002 to implement the Death in Custody Reporting Act of 2000 (PL 106-297). The respondents were asked to submit a quarterly report (NPS-5) which listed a summary count of all deaths at the end of each calendar quarter. Respondents also submitted an NPS-5A addendum form for a death in a juvenile facility containing detailed information about both the deceased juvenile and the death event. If a final determination of cause of death could not be made at the time of reporting, respondents were asked to indicate that the autopsy report was pending. Jurisdictions with incomplete records were contacted again over the following 12 months to obtain final cause of death data.

The NPS-5/5A questionnaires were developed after consultation with the Office of Juvenile Justice and Delinquency Prevention (OJJDP), members of the Council of Juvenile Correctional Administrators (CJCA), and selected practitioners in the juvenile justice field. Since its inception in 2002, BJS staff has conducted this data collection. In 2002 and 2003, respondents from all 50 States and the District of Columbia submitted data to the collection. For 2004 and 2005, 48 States and the District of Columbia participated in the collection.

Only State-run juvenile correctional facilities are covered in these reports. County, municipal, private and non-profit juvenile detention facilities are not included. State juvenile correctional administrators were instructed to report the death of any youth in their custody, even if the youth was held for other jurisdictions, such as a county jail, another State, or the Federal government. State juvenile correctional administrators were also instructed to include the death of any youth sent outside the facility for medical, mental health or substance abuse treatment services or for other programs. If a youth died while in transit to or from the facility, the death was included in the collection.

For State juvenile residential facility survey forms, see **Deaths in Custody survey questionnaires**.

---

BJS home page | Top of this page

---

Bureau of Justice Statistics
www.ojp.usdoj.gov/bjs/
Send comments to askbjs@usdoj.gov

OJP Freedom of Information Act page
Privacy Policy
Page last revised on *July 18, 2007*

# EXHIBIT D



U.S. Department of Justice
Office of Justice Programs



## Bureau of Justice Statistics
## Special Report

August 2005, NCJ 210036

# Suicide and Homicide
# in State Prisons and Local Jails

By Christopher J. Mumola
*BJS Policy Analyst*

Data from new Bureau of Justice Statistics (BJS) data collections offer the first opportunity to analyze the personal characteristics, current offenses, and environmental factors surrounding inmate deaths in local jails and State prisons nationwide.

To implement the Death in Custody Reporting Act of 2000 (PL 106-297), BJS began collecting inmate death records from all local jails in 2000 and expanded reporting to include State prisons in 2001. In this first report from the Deaths in Custody Reporting Program, data from 2000 to 2002 highlight inmate and facility characteristics related to high risks of suicide and homicide.

Jail suicide rates declined steadily from 129 per 100,000 inmates in 1983 to 47 per 100,000 in 2002. In 1983 suicide accounted for the majority of jail deaths (56%), but by 2002, the most common cause of jail deaths was natural causes (including AIDS) (52%), well ahead of suicides (32%). Suicide rates in State prison fell from 34 per 100,000 in 1980 to 16 per 100,000 in 1990, and have since stabilized.

State prison homicide rates dipped sharply from 1980 (54 per 100,000) to 1990 (8 per 100,000). By 2002 prison homicide rates had declined further, down to 4 per 100,000. Homicide rates in local jails were more stable, declining slightly from 5 per 100,000 in 1983 to 3 per 100,000 in 2002.

## Highlights

| Cause | Local jail inmate deaths | | | | State prison inmate deaths | | |
|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2000-02 percent | 2001 | 2002 | 2001-02 percent |
| All causes | 912 | 953 | 978 | 100% | 2,878 | 2,946 | 100% |
| Illness | 462 | 432 | 459 | 47.6% | 2,304 | 2,379 | 80.4% |
| AIDS | 60 | 59 | 50 | 5.9 | 270 | 245 | 8.8 |
| Suicide | 289 | 315 | 314 | 32.3 | 169 | 168 | 5.8 |
| Homicide | 17 | 22 | 20 | 2.1 | 39 | 48 | 1.5 |
| Accident | 25 | 35 | 35 | 3.3 | 23 | 31 | 0.9 |
| Intoxication | 37 | 58 | 54 | 5.2 | 35 | 37 | 1.2 |
| Other/unknown | 22 | 32 | 46 | 3.6 | 38 | 38 | 1.3 |

### State prison, local jail suicide rates have fallen sharply since the 1980's



Suicides per 100,000 inmates

- In 2002 the suicide rate in local jails (47 per 100,000 inmates) was over 3 times the rate in State prisons (14 per 100,000 inmates).

- The suicide rate in the Nation's 50 largest jail systems (29 per 100,000 inmates) was half that of other jails (57 per 100,000).

- Violent offenders in both local jails (92 per 100,000) and State prisons (19 per 100,000) had suicide rates over twice as high as those of nonviolent offenders (31 and 9 per 100,000 respectively).

### Homicide rates in State prisons dropped 93% from 1980 to 2002



Homicides per 100,000 inmates

- Homicide rates were similar in local jails (3 per 100,000) and State prisons (4 per 100,000).

- 67% of homicide victims in State prisons had served at least 2 years; 37% had served 5 years.

- Violent offenders were the victims of most State prison homicides (61%), and their jail homicide rate (5 per 100,000) was over twice that of nonviolent offenders (2 per 100,000).

### The Death in Custody Reporting Act of 2000

The passage of the Death in Custody Reporting Act of 2000 (DICRA, PL 106-297) dramatically altered programs collecting data on inmate deaths. Prior to the act, BJS conducted annual counts of State prisoner deaths. Counts of jail inmate deaths were collected in the Census of Jails, which is conducted every 5 or 6 years. For both populations, death counts were obtained by gender and by general cause categories, such as illness/natural causes, AIDS, suicide, and homicide. These aggregate counts of deaths did not allow for analysis of individual death cases.

DICRA was attached as a grant requirement of the Violent Offender Incarceration and Truth-in-Sentencing (VOI/TIS) incentive grant program. Beginning in 1996, these grants provided over $2.5 billion to all 50 States and U.S. Territories for expanding prison capacity to house violent offenders for longer periods. Each State receiving VOI/TIS funds was required under DICRA to report:

*"on a quarterly basis, information regarding the death of any person who is in the process of arrest, is en route to be incarcerated, or is incarcerated at a municipal or county jail, State prison, or other local or State correctional facility (including any juvenile facility) that, at a minimum, includes —*

*(A) the name, gender, race, ethnicity, and age of the deceased;*
*(B) the date, time, and location of death; and*
*(C) a brief description of the circumstances surrounding the death."*

BJS developed a new series of collections to meet the mandates of the act. Aggregate counts of deaths were replaced by detailed, individual inmate death records, collected every 3 months from over 3,000 jail jurisdictions, 50 State prison systems, juvenile correctional authorities in all 50 States, and roughly 18,000 State and local law enforcement agencies nationwide. These new data collections were phased in over 4 years, with local jails reporting in 2000, followed by State prisons in 2001 and State juvenile authorities in 2002. A network of statewide law enforcement reporters began submitting arrest-related death records to BJS in 2003.

With these new collections, BJS has enhanced both the frequency and scope of its data on inmate mortality. Among other improvements, BJS now collects information on specific medical causes of death, as determined by a coroner or medical examiner. BJS replaced a general category of "illness/natural causes," with specific categories of medical conditions related to mortality, such as cancer, heart disease, and hepatitis C. A detailed analysis of these fatal medical conditions will be the focus of the next report from this data collection series.

### Long term trends show steep declines in rates of State prisoner homicide and local jail inmate suicide

Over the past two decades, State prison and local jail inmate mortality rates have displayed some dynamic changes. Suicide was the leading cause of death among jail inmates in 1983 (129 per 100,000 inmates); by 1993 that rate had been cut by more than half (54 per 100,000 inmates), and illness/natural cause (67 per 100,000) had become the most common cause of jail deaths. By 2002 the jail suicide rate (47 per 100,000) had fallen to nearly a third of the 1983 rate. Rates of death from AIDS-related causes in jails also declined; the 2002 rate (8 per 100,000) was less than half of the 1988 rate (20 per 100,000). As a result of these reductions, the overall mortality rate in local jails dropped 37% between 1983 and 2002.

State prison suicide rates have historically been much lower than those of jails, but these also dropped sharply from 34 per 100,000 in 1980 to 14 per 100,000 inmates in 2002. Even more dramatic was the decline in homicide deaths, from 54 per 100,000 inmates in 1980 to 8 per 100,000 inmates in 1990, and to 4 per 100,000 inmates in 2002. With the introduction of new therapies during the 1990's, AIDS-related mortality rates in State prison fell rapidly from 100 per 100,000 inmates in 1995 to 15 per 100,000 inmates 5 years later. Overall State prisoner mortality rates have grown slightly (6%) since 1980; mostly due to illness/natural causes (up 40% since 1980).

| | Local jail inmate mortality rate, per 100,000 inmates | | | | |
|---|---|---|---|---|---|
| Year | All causes | Illness/ natural cause | AIDS | Suicide | Homicide |
| 2002 | 147 | 69 | 8 | 47 | 3 |
| 2001 | 151 | 68 | 9 | 50 | 3 |
| 2000 | 147 | 74 | 10 | 47 | 3 |
| 1999 | 154 | 64 | 13 | 54 | 5 |
| 1993 | 149 | 67 | 15 | 54 | 4 |
| 1988 | 199 | 82 | 20 | 85 | 3 |
| 1983 | 232 | 88 | -- | 129 | 5 |

Note: Mortality rates are based on average daily population for each year. Data on deaths for 1983-99 are from the Census of Jails; data from 2000-02 are from the Deaths in Custody data series.
-- Not available.

| | State prison inmate mortality rate, per 100,000 inmates | | | | |
|---|---|---|---|---|---|
| Year | All causes* | Illness/ natural cause | AIDS | Suicide | Homicide |
| 2002 | 246 | 198 | 20 | 14 | 4 |
| 2001 | 242 | 194 | 23 | 14 | 3 |
| 2000 | 238 | 190 | 15 | 16 | 5 |
| 1995 | 308 | 165 | 100 | 16 | 9 |
| 1990 | 228 | 187 | -- | 16 | 8 |
| 1985 | 239 | 163 | -- | 26 | 24 |
| 1980 | 233 | 141 | -- | 34 | 54 |

Note: Mortality rates for 1980-2000 are based on death counts of sentenced prisoners and the December 31 jurisdiction population as collected in the National Prisoner Statistics (NPS) program. Rates for 2001-02 are based on counts from the Deaths in Custody Reporting Program and the NPS June 30 custody population count.
*Excludes executions.    -- Not available.

| Table 1. State prison jurisdictions: Number of prisoner deaths, suicides, and homicides, and mortality rates, per 100,000 prisoners in custody, 2001-02 | | | | | |
|---|---|---|---|---|---|
| Region and jurisdiction | Number of prisoner deaths, 2001-02 | | | Average annual mortality rate (2001-02) per 100,000 prisoners held at midyear | | |
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| **U.S. total*** | 5,815 | 337 | 87 | 244 | 14 | 4 |
| **Northeast** | 887 | 46 | 5 | 257 | 13 | 1 |
| Connecticut | 60 | 9 | 0 | 162 | 24 | 0 |
| Maine | 13 | 1 | 0 | 370 | 28 | 0 |
| Massachusetts | 49 | 3 | 0 | 239 | 15 | 0 |
| New Hampshire | 11 | 0 | 0 | 224 | 0 | 0 |
| New Jersey | 129 | 3 | 0 | 225 | 5 | 0 |
| New York | 360 | 21 | 3 | 264 | 15 | 2 |
| Pennsylvania | 248 | 6 | 2 | 327 | 8 | 3 |
| Rhode Island | 11 | 2 | 0 | 155 | 28 | 0 |
| Vermont | 6 | 1 | 0 | 217 | 36 | 0 |
| **Midwest** | 1,057 | 77 | 11 | 221 | 16 | 2 |
| Illinois | 158 | 20 | 2 | 176 | 22 | 2 |
| Indiana | 97 | 6 | 3 | 246 | 15 | 8 |
| Iowa | 20 | 3 | 0 | 123 | 18 | 0 |
| Kansas | 43 | 4 | 0 | 248 | 23 | 0 |
| Michigan | 227 | 11 | 1 | 231 | 11 | 1 |
| Minnesota | 28 | 2 | 0 | 215 | 15 | 0 |
| Missouri | 122 | 6 | 1 | 210 | 11 | 2 |
| Nebraska | 15 | 0 | 0 | 190 | 0 | 0 |
| North Dakota | 4 | 0 | 0 | 192 | 0 | 0 |
| Ohio | 229 | 8 | 2 | 254 | 9 | 2 |
| South Dakota | 15 | 4 | 2 | 262 | 71 | 34 |
| Wisconsin | 99 | 13 | 0 | 245 | 32 | 0 |
| **South** | 2,717 | 121 | 40 | 267 | 12 | 4 |
| Alabama | 172 | 2 | 1 | 342 | 4 | 2 |
| Arkansas | 73 | 8 | 2 | 322 | 36 | 9 |
| Delaware | 31 | 4 | 0 | 222 | 28 | 0 |
| Florida | 365 | 11 | 3 | 251 | 8 | 2 |
| Georgia | 199 | 10 | 4 | 217 | 11 | 4 |
| Kentucky | 77 | 1 | 1 | 325 | 4 | 4 |
| Louisiana | 150 | 2 | 0 | 381 | 5 | 0 |
| Maryland | 141 | 13 | 6 | 293 | 27 | 12 |
| Mississippi | 69 | 2 | 0 | 228 | 7 | 0 |
| North Carolina | 128 | 8 | 2 | 197 | 12 | 3 |
| Oklahoma | 115 | 2 | 4 | 260 | 5 | 9 |
| South Carolina | 116 | 2 | 3 | 267 | 5 | 7 |
| Tennessee | 112 | 2 | 3 | 317 | 6 | 8 |
| Texas | 804 | 49 | 10 | 273 | 17 | 3 |
| Virginia | 140 | 4 | 1 | 227 | 6 | 2 |
| West Virginia | 25 | 1 | 0 | 357 | 14 | 0 |
| **West** | 1,154 | 93 | 31 | 213 | 17 | 6 |
| Alaska | 22 | 3 | 0 | 283 | 36 | 0 |
| Arizona | 139 | 6 | 1 | 247 | 11 | 2 |
| California | 625 | 52 | 21 | 198 | 16 | 7 |
| Colorado | 94 | 5 | 2 | 288 | 14 | 6 |
| Hawaii | 20 | 2 | 0 | 195 | 19 | 0 |
| Idaho | 26 | 3 | 0 | 243 | 28 | 0 |
| Montana | 11 | 1 | 0 | 199 | 19 | 0 |
| Nevada | 52 | 3 | 2 | 260 | 15 | 10 |
| New Mexico | 26 | 4 | 2 | 221 | 34 | 17 |
| Oregon | 57 | 5 | 0 | 259 | 23 | 0 |
| Utah | 14 | 4 | 1 | 170 | 49 | 12 |
| Washington | 60 | 4 | 2 | 192 | 13 | 6 |
| Wyoming | 8 | 1 | 0 | 260 | 33 | 0 |

Note: All mortality rates are calculated based on custody populations for June 30.
*Excludes 9 total prisoner deaths reported by the District of Columbia in 2001. None of the 9 deaths was a suicide or homicide. The District of Columbia transferred all prisoner custody operations to the Federal Bureau of Prisons during 2001.

**Nationwide, 337 State prisoners committed suicide during 2001-02**

Suicide and homicide accounted for a combined 7% of all State prisoner deaths during 2001-02 (table 1). The average annual suicide rate of State prisoners (14 suicides per 100,000 prisoners) was a third of that of local jail inmates during 2000-02 (48).

Prison suicide rates showed wide variation at the State level. New Hampshire, Nebraska, and North Dakota reported no suicide deaths during the 2-year period. Another six States had suicide rates of 5 per 100,000 prisoners or lower. Thirteen States had suicide rates of at least 25 per 100,000 prisoners, led by South Dakota (71), Utah (49), Vermont, Alaska, and Arkansas (each with 36).

In most State prison systems, suicides were rare events. Only 9 States reported as many as 10 prisoner suicides during this period, with 42% of all suicides taking place in four States. California (52), Texas (49), New York (21), and Illinois (20) reported 142 of the Nation's 337 State prisoner suicides. About half of all States (24) recorded 3 or fewer suicides.

**87 State prisoners became victims of homicide over 2 years**

Most States did not have any prisoner homicides in the course of a year. During 2001, 31 States reported no prison homicides; 29 States did not report a homicide during 2002. Three States reported 43% of all homicides — California (21), Texas (10), and Maryland (6). No other State reported more than 5 homicides during 2001-02.

Homicide rates were low in most States, and 5 had a rate of at least 10 homicides per 100,000 prisoners, led by South Dakota (34) and New Mexico (17). However, even in these 5 States, a combined total of 13 homicides were reported over 2 years.

Table 2. The 50 largest jail jurisdictions: Number of inmate deaths and suicides, and mortality rates per 100,000 inmates, 2000-02

| Jurisdiction | Number of inmate deaths, 2000-02 | | Average annual mortality rate, 2000-02 | | | |
|---|---|---|---|---|---|---|
| | | | Per 100,000 inmates — average daily population | | Per 100,000 inmates — at risk* | |
| | All causes | Suicide | All causes | Suicide | All causes | Suicide |
| Total | 1,037 | 180 | 167 | 29 | 11 | 2 |
| Los Angeles, CA | 105 | 12 | 180 | 21 | 19 | 2 |
| New York City, NY | 99 | 9 | 224 | 20 | 27 | 3 |
| Cook County, IL | 48 | 3 | 157 | 10 | 15 | 1 |
| Maricopa County, AZ | 31 | 10 | 141 | 45 | 8 | 3 |
| Philadelphia City, PA | 41 | 6 | 198 | 29 | 33 | 5 |
| Dade County, FL | 46 | 3 | 231 | 16 | 14 | 1 |
| Harris County, TX | 52 | 7 | 243 | 32 | 15 | 2 |
| Dallas County, TX | 29 | 7 | 145 | 34 | 9 | 2 |
| Orleans Parish, LA | 14 | 2 | 77 | 10 | 6 | 1 |
| Broward County, FL | 29 | 3 | 200 | 21 | 13 | 1 |
| San Bernardino County, CA | 14 | 5 | 92 | 33 | 5 | 2 |
| San Diego County, CA | 23 | 6 | 153 | 39 | 8 | 2 |
| Shelby County, TN | 22 | 0 | 140 | 0 | 11 | 0 |
| Orange County, CA | 6 | 1 | 42 | 7 | 3 | 1 |
| Santa Clara County, CA | 14 | 5 | 115 | 40 | 8 | 3 |
| Alameda County, CA | 29 | 4 | 242 | 34 | 17 | 2 |
| Orange County, FL | 15 | 1 | 124 | 8 | 8 | .1 |
| Bexar County, TX | 26 | 2 | 245 | 20 | 12 | 1 |
| Baltimore City, MD | 39 | 9 | 381 | 88 | 27 | 6 |
| Hillsborough County, FL | 16 | 4 | 156 | 39 | 8 | 2 |
| Sacramento County, CA | 20 | 8 | 206 | 81 | 11 | 4 |
| Riverside County, CA | 8 | 4 | 92 | 46 | 5 | 3 |
| Tarrant County, TX | 10 | 2 | 92 | 18 | 6 | 1 |
| Milwaukee County, WI | 7 | 0 | 70 | 0 | 3 | 0 |
| Jacksonville City, FL | 30 | 3 | 341 | 35 | 20 | 2 |
| Pinellas County, FL | 14 | 2 | 174 | 26 | 10 | 1 |
| Davidson County, TN | 24 | 2 | 291 | 25 | 21 | 2 |
| Clark County, NV | 21 | 8 | 279 | 107 | 8 | 3 |
| Fulton County, GA | 9 | 3 | 105 | 35 | 9 | 3 |
| King County, WAᵇ | 3 | 0 | 55 | 0 | 3 | 0 |
| Wayne County, MI | 17 | 8 | 208 | 97 | 13 | 6 |
| DeKalb County, GA | 7 | 0 | 78 | 0 | 6 | 0 |
| Palm Beach County, FL | 13 | 0 | 176 | 0 | 7 | 0 |
| Kern County, CA | 8 | 4 | 103 | 51 | 7 | 3 |
| Travis County, TXᶜ | 11 | 2 | 141 | 26 | 7 | 1 |
| Franklin County, OH | 10 | 4 | 142 | 55 | 7 | 3 |
| Allegheny County, PA | 16 | 6 | 208 | 80 | 17 | 6 |
| Marion County, IN | 16 | 2 | 218 | 27 | 14 | 2 |
| Essex County, NJ | 12 | 1 | 180 | 14 | 16 | 1 |
| Suffolk County, MAᵈ | 2 | 0 | 29 | 0 | 4 | 0 |
| El Paso County, TX | 10 | 2 | .154 | 33 | 9 | 2 |
| Fresno County, CA | 14 | 3 | 205 | 44 | 11 | 2 |
| Oklahoma County, OK | 7 | 3 | 119 | 51 | 5 | 2 |
| Cobb County, GA | 5 | 3 | 77 | 47 | 4 | 3 |
| Cuyahoga County, OH | 7 | 1 | 116 | 17 | 7 | 1 |
| Hamilton County, OH | 11 | 5 | 182 | 83 | 8 | 4 |
| Hudson County, NJ | 11 | 1 | 200 | 17 | 23 | 2 |
| San Francisco City/Co., CA | 9 | 4 | 154 | 73 | 6 | 3 |
| York County, PA | .4 | 0 | 73 | 0 | 10 | 0 |
| Mecklenburg County, NC | 3 | 0 | 52 | 0 | 2 | 0 |

Note: A specified cause of death was not provided for 6 deaths reported in 2000 (5 from New York City and 1 from Marion County), 11 deaths in 2001 (2 each from Bexar County and Jacksonville City, 1 each from Orleans Parish, Broward, San Diego, Hillsborough, Tarrant, Clark, and Suffolk counties), and 10 deaths in 2002 (2 from Alameda County, and 1 each from Dade, Broward, Bexar, Hillsborough, Milwaukee, King, Franklin, and Hamilton counties).
*The at-risk jail population combines the January 1 count with the number of annual admissions.
ᵇKing County data include only the years 2001-02.
ᶜTravis County data for 2002 exclude the Travis County Substance Abuse Treatment Facility.
ᵈSuffolk County data for 2000 exclude the Suffolk County House of Corrections.

## Suicide rate in the Nation's 50 largest jail jurisdictions half that of all other jails

There are over 3,300 local jails operated by county and municipal jurisdictions nationwide. Jails typically hold unsentenced offenders, those sentenced to less than a year, and offenders sentenced to longer terms who are awaiting transfer to State prison. As a result, almost every State prisoner has been through a period of jail confinement.

Over a 3-year period (2000-02), the Nation's 50 largest jail jurisdictions reported a total of 1,037 deaths from all causes (table 2). This death count represented a higher overall mortality rate (167 per 100,000 inmates in the average daily population) than other jails (140 per 100,000).

Mortality rates varied widely among the top 50 jurisdictions. Twelve of these 50 jurisdictions had overall mortality rates of fewer than 100 deaths per 100,000 inmates, led by Suffolk County, Massachusetts (29), Orange County, California (42), and Mecklenburg County, North Carolina (52). Another 16 of the top 50 jurisdictions had rates of 200 or more deaths per 100,000 inmates, led by Baltimore City, Maryland (381), Jacksonville City, Florida (341), and Davidson County, Tennessee (291).

The 50 largest jail jurisdictions collectively had a comparatively low prevalence of suicide. Inmate suicides accounted for 17% of all deaths in these 50 largest jurisdictions but were the cause of 41% of the deaths in all other jails. The suicide rate of the 50 largest jurisdictions (29 per 100,000) was half that of all other jails (57).

Eight of the top 50 jurisdictions reported no suicides during 2000-02, and another 4 jurisdictions had a suicide rate of 10 per 100,000 or less. Ten of these jurisdictions also had suicide rates of at least 50 per 100,000 inmates, led by Clark County, Nevada (107), Wayne County, Michigan (97), and Baltimore City, Maryland (88).

**During 2002 the Nation's smallest jails had a suicide rate 5 times that of the largest jails**

On an average day in 2002, over 40% of the nation's jails housed fewer than 50 inmates, while 2% of all jails held at least 1,500 inmates. Rates of inmate suicide were closely related to jail size, with the smallest facilities recording the highest suicide rates.

| Number of inmates in jail | Local jail mortality rate, per 100,000 inmates, 2002 | |
|---|---|---|
| | All causes | Suicide |
| Total | 147 | 47 |
| Fewer than 50 | 313 | 177 |
| 50-99 | 159 | 77 |
| 100-149 | 120 | 50 |
| 150-249 | 107 | 48 |
| 250-499 | 124 | 53 |
| 500-999 | 102 | 33 |
| 1,000-1,499 | 133 | 43 |
| 1,500-1,999 | 150 | 32 |
| 2,000 or more | 173 | 32 |

Note: Mortality rates are based on average daily population (ADP) during the calendar year; table excludes 47 jail facilities, which did not report valid ADP data.

The Nation's largest jail facilities recorded the lowest suicide rates (32 per 100,000 inmates). The suicide rate rose steadily as jail size decreased and was over 5 times higher (177 per 100,000) in jails holding fewer than 50 inmates. However, given their small populations, these jails accounted for 14% of all jail suicides.

**Jail suicide rates drop by over 90% when based on "at-risk" population**

BJS has usually based jail mortality rates on the average daily population of inmates (an ADP of under 700,000). A more sensitive measure of jail mortality would reflect the far larger number of admissions into these facilities over the entire year (nearly 13 million). All of these persons admitted are at risk of dying while held in jail.

Past attempts to collect admission data for a whole year were unsuccessful, because many jail information systems do not keep cumulative counts of admissions. As part of the new Deaths in Custody records, BJS collected annual admission data, which can be used to calculate an at-risk measure of mortality for the Nation's largest jails.

While the 50 jurisdictions had an average daily population of 207,471 over the 3-year period, these same jails had an average of 2,827,133 admissions each year. As a result, the at-risk mortality rates of these jurisdictions are far lower. The ADP rate of overall mortality in the top 50 jurisdictions (167 per 100,000) was 15 times the at-risk rate (11). The ADP-based suicide rate for these 50 jurisdictions (29 per 100,000) was 14 times the at-risk suicide rate for these facilities (2 per 100,000).

**Males and white inmates had the highest rates of suicide in jails**

Among local jail inmates, mortality rates varied across demographic subgroups (table 3). In terms of deaths from all causes, male inmates had a higher death rate (150 per 100,000 inmates) than females (130). Gender was a stronger factor in suicide rates: males (50 per 100,000) were 56% more likely to commit suicide than female jail inmates (32). The homicide rate of male jail inmates was low (3 per 100,000) and female inmates did not experience a single homicide during 2000-02.

The most common cause of death among jail inmates was illness (48% of all jail deaths during 2000-02). As a result, the overall mortality rate of jail inmates steadily rose with age. Among jail inmates age 18-24, the mortality rate was 60 per 100,000; this rate was 3 times higher for inmates age 35-44 (179), and over 11 times higher for inmates age 55 or older (694). The only exception to this pattern was the death rate of jail inmates under age 18 (138 per 100,000), who made up less than 2% of all jail deaths.

Jail suicide rates also increased with inmate age. Inmates age 18-24 were the least likely to commit suicide (38 suicides per 100,000 inmates); this rate increased 24% for inmates age 25-34 (47), and 39% for inmates age 35-44 (53). The oldest inmates, age 55 or older, had the highest rate of suicide (58 per 100,000) among adult inmates.

The youngest jail inmates were the exception to this pattern; jail inmates under 18 had the highest suicide rate in local jails (101 per 100,000). Given their relatively small numbers, inmates under the age of 18 committed 35 of the 918 suicides recorded nation-wide over 3 years.

**Table 3. Local jail and State prison inmate mortality rates, per 100,000 inmates, by selected characteristics**

| | Average annual mortality rate, per 100,000 inmates | | | | | |
|---|---|---|---|---|---|---|
| | Local jail inmates, 2000-02 | | | State prison inmates, 2001-02 | | |
| Characteristic | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| All inmates | 148 | 48 | 3 | 244 | 14 | 4 |
| **Gender** | | | | | | |
| Male | 150 | 50 | 3 | 251 | 14 | 4 |
| Female | 130 | 32 | 0 | 140 | 10 | 0 |
| **Age** | | | | | | |
| Under 18 | 138 | 101 | 0 | 52 | 52 | 0 |
| 18-24 | 60 | 38 | 3 | 34 | 14 | 3 |
| 25-34 | 99 | 47 | 2 | 63 | 14 | 3 |
| 35-44 | 179 | 53 | 4 | 182 | 14 | 4 |
| 45-54 | 349 | 52 | 7 | 571 | 13 | 3 |
| 55 or older | 694 | 58 | 0 | 2,019 | 13 | 4 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 219 | 96 | 3 | 327 | 22 | 5 |
| Black, non-Hispanic | 118 | 16 | 3 | 207 | 8 | 2 |
| Hispanic | 98 | 30 | 3 | 243 | 18 | 7 |

Note: Jail inmate mortality rates are per 100,000 inmates held, based on average daily population (ADP). Inmate populations of various demographic subgroups are estimates based on the Annual Survey of Jails and the 2002 Survey of Inmates in Local Jails. State prison rates are per 100,000 inmates held on June 30. Prisoner demographic subgroups are estimates based on the June 30 National Prisoner Statistics custody counts and demographic data from the National Corrections Reporting Program.

Inmate age did not have any clear relationship to jail homicide rates, which were no higher than 7 per 100,000 inmates for all age groups. Both the youngest (under 18) and oldest (55 or older) inmates had no homicide deaths during 2000-02.

**White jail inmates 6 times more likely to commit suicide than black inmates and 3 times more likely than Hispanic inmates**

Mortality rates displayed substantial differences by race and ethnicity. Death rates from all causes for both black (118 per 100,000 inmates) and Hispanic (98) jail inmates were at least 20% below the overall jail inmate mortality rate (148). But the death rate of white jail inmates (219 per 100,000) was 86% higher than that of black inmates and more than twice as high as the rate for Hispanic inmates.

Differences across racial/ethnic categories were more pronounced in jail inmate suicide rates. The suicide rate of white jail inmates (96 per 100,000 inmates) was more than triple that of Hispanic inmates (30) and was 6 times the suicide rate for black inmates (16). White inmates accounted for nearly three-quarters of all jail inmate suicides during 2000-02.

Unlike the overall mortality and suicide rates, homicide rates were not related to race/ethnicity. White, black and Hispanic jail inmates were all equally likely to be victims of a homicide (3 deaths per 100,000 inmates).

**State prisoners age 45 or older made up 17% of inmates but 66% of deaths**

Just as in local jails, male State prisoners had higher overall mortality rates than female prisoners. While this difference was modest in local jails (the male death rate was 15% higher), males (251 deaths per 100,000 prisoners) were 79% more likely than females (140) to die in State prison during 2001-02.

In contrast, male and female suicide rates in State prisons were similar (14 suicides per 100,000 males, compared to 10 per 100,000 females). In local jails men were over 50% more likely than women to commit suicide.

The increase in mortality rates seen in older jail inmates was also evident among older State prisoners. The overall death rate was lowest for State prisoners age 18-24 (34 per 100,000). The death rate was over 5 times higher for State prisoners age 35-44 (182) and nearly 17 times higher for prisoners age 45-54 (571). The mortality rate of the oldest prisoners, age 55 or older, was highest (2,019 – or 59 times higher than the rate for prisoners age 18-24).

Deaths attributed to "illness/natural cause" made up 80% of all State prison deaths reported during 2001-02. Two-thirds of all State prison deaths involved inmates age 45 or older, though such inmates represented 17% of all State prisoners held during 2001-02.

| Inmate age | Number of inmate deaths | |
| --- | --- | --- |
| | Local jails, 2000-02 | State prisons, 2001-02 |
| All inmates* | 2,834 | 5,816 |
| Under 18 | 48 | 3 |
| 18-24 | 323 | 149 |
| 25-34 | 609 | 507 |
| 35-44 | 898 | 1,323 |
| 45-54 | 667 | 1,809 |
| 55 or older | 291 | 2,027 |

*Excludes 9 jail inmates and 6 State prisoners whose ages were not reported.

Despite the close relationship between age and the overall mortality rates in State prison, inmate age was not related to suicide rates. State prisoner suicide rates ranged from 13 to 14 suicides per 100,000 prisoners for every age group over 18. The suicide rate of State prisoners under 18 was 4 times higher (52 per 100,000), but this age group accounted for less than 0.3% of State prisoners and had 3 suicides nationwide over 2 years. By comparison, 116 prisoners age 25-34 committed suicide during 2001-02.

Age also showed no relationship to State prison homicide rates, with all age groups over age 18 recording a homicide rate of either 3 or 4 per 100,000 inmates. No reported homicides involved State prisoners under age 18 during 2001-02.

**Black inmates had the lowest suicide and homicide rates in State prisons**

As in local jails, white inmates had the highest overall mortality rate (327 deaths per 100,000 prisoners). While the mortality rate of white jail inmates was 86% higher than that of blacks and 123% higher than that of Hispanics, the differences in State prison were smaller. White State prisoners were 35% more likely than Hispanic inmates (243 per 100,000) and 58% more likely than black prisoners (207) to die during 2001-02.

White inmates had the highest suicide rate of all State prisoners (22 suicides per 100,000 inmates). This rate was 22% higher than the Hispanic suicide rate (18 per 100,000). By comparison, white inmates in local jails were 3 times more likely than Hispanics to commit suicide. Black inmates had the lowest suicide rate of all State prisoners (8 per 100,000). Blacks were about a third as likely as whites to commit suicide in State prison and less than half as likely as Hispanics.

Homicide rates were less than 10 per 100,000 State prisoners for all racial/ethnic groups during 2001-02. Hispanic inmates were the most likely to be killed in State prisons (7 homicides per 100,000 inmates), which was over 3 times the homicide rate of black inmates (2 per 100,000). The homicide rate for white inmates (5) almost matched the rate for all State prisoners (4).

**Violent offenders committed suicide at nearly triple the rate of nonviolent offenders in jails**

The death rate of violent offenders in local jails (212 per 100,000) was 75% higher than that of nonviolent offenders (121), but this difference was larger in cases of suicide (table 4).

The suicide rate of violent jail inmates (92 per 100,000) was nearly triple that of nonviolent offenders (31). Kidnaping offenders had the highest suicide rate (275), followed by those inmates held for rape (252) or homicide (182).

| Current offense | Average annual mortality rate, per 100,000 local jail inmates, 2000-02 | | |
|---|---|---|---|
| | All causes | Suicide | Homicide |
| Violent | 212 | 92 | 5 |
| Nonviolent* | 121 | 31 | 2 |

*Excludes offenders with "other/unspecified" current offenses.

Among all nonviolent offenders, only probation/parole violators had a suicide rate of at least 100 per 100,000 (118). Drug offenders were found to have the lowest rates of mortality, particularly suicide. Drug offenders were the only group that had fewer

from all causes per 100,000 jail inmates (92). The suicide rate of drug offenders (18 per 100,000) was the lowest among offender groups. Violent offenders (92) were 5 times more likely to commit suicide than drug offenders, and public-order offenders were more than twice as likely to commit suicide (42).

**Local jails had an average of fewer than 20 inmate homicides each year**

Over 3 years (2000-02), there were 59 jail inmate homicides reported nationwide, resulting in a rate of 3 jail inmate homicide deaths per 100,000 inmates. Violent offenders were the most likely to be killed in local jail (5 homicides per 100,000 inmates), followed by property and public-order offenders (3 for both). Drug offenders (1 per 100,000) had the lowest homicide victimization rate of all offenders.

Kidnaping offenders had the highest rate of jail inmate homicide (15 per 100,000 inmates — 5 times the rate for all inmates), followed by inmates held for rape (9) and violation of parole/ probation (7). But even among these offenders with the highest homicide rates, a combined total of eight homicides took place nationwide over this 3-year period.

**Table 4. Average annual jail inmate mortality rates, by most serious current offense, 2000-02**

| Current offense | Number of local jail inmate deaths, 2000-02 | | | Average annual mortality rate, per 100,000 local jail inmates, 2000-02 | | |
|---|---|---|---|---|---|---|
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| All offenses | 2,843 | 918 | 59 | 148 | 48 | 3 |
| Violent offenses | 1,026 | 447 | 24 | 212 | 92 | 5 |
| Homicide* | 162 | 87 | 3 | 338 | 182 | 6 |
| Kidnaping | 54 | 37 | 2 | 401 | 275 | 15 |
| Rape | 56 | 29 | 1 | 489 | 252 | 9 |
| Other sexual assault | 122 | 51 | 0 | 227 | 95 | 0 |
| Robbery | 130 | 48 | 3 | 121 | 44 | 3 |
| Assault | 377 | 144 | 14 | 168 | 64 | 6 |
| Property offenses | 530 | 164 | 16 | 113 | 35 | 3 |
| Burglary | 139 | 58 | 4 | 108 | 45 | 3 |
| Larceny/theft | 148 | 36 | 4 | 110 | 27 | 3 |
| Arson | 12 | 4 | 0 | 208 | 70 | 0 |
| Fraud | 91 | 28 | 3 | 97 | 30 | 3 |
| Drug offenses | 434 | 85 | 7 | 92 | 18 | 1 |
| Possession | 197 | 43 | 3 | 95 | 21 | 1 |
| Trafficking | 184 | 34 | 4 | 79 | 15 | 2 |
| Public-order offenses | 765 | 200 | 12 | 160 | 42 | 3 |
| Weapons | 35 | 13 | 1 | 91 | 34 | 3 |
| Obstruction of justice | 144 | 40 | 4 | 192 | 54 | 5 |
| Traffic | 86 | 23 | 1 | 121 | 32 | 1 |
| Driving while intoxicated[b] | 113 | 22 | 1 | 92 | 18 | 1 |
| Drunkenness/morals[c] | 92 | 23 | 1 | 282 | 71 | 3 |
| Violation of parole/ probation[d] | 249 | 66 | 4 | 448 | 118 | 7 |

Note: All mortality rates were calculated using average daily population counts from the Annual Survey of Jails and offense distribution estimates from the Survey of Inmates in Local Jails, 2002.
[a]Includes murder and manslaughter.
[b]Includes driving while intoxicated and driving under the influence of drugs or alcohol.
[c]Includes drunkenness, vagrancy, disorderly conduct, unlawful assembly, morals, and commercialized vice.
[d]Includes parole or probation violations, escape, AWOL, and flight to avoid prosecution.

than 100 deaths

**Drug offenders had the lowest suicide and homicide rates of all State prisoners**

State prison mortality rates showed similar patterns by offense type (table 5). Violent offenders not only had the highest overall mortality rate (312 deaths per 100,000 prisoners), they were the only State prisoners with a death rate of at least 200 per 100,000 prisoners held. Property and public-order offenders each had a rate of 184 deaths per 100,000, followed by drug offenders (166).

Compared to violent offenders in local jails (92 suicides per 100,000 inmates), the suicide rate of violent offenders in State prison (19 per 100,000) was much lower. But among State prisoners, violent offenders were more than twice as likely to commit suicide as nonviolent offenders (9 per 100,000).

Kidnapers had the highest suicide rate (36 per 100,000 prisoners), followed by offenders held for homicide (29), sexual assault (23), and assault (20). Among nonviolent offenders, probation/parole violators had the highest suicide rates (18 per 100,000), followed by offenders held for arson (16), burglary (14), and obstruction of justice (14). Drug offenders recorded the lowest suicide rates of all State prisoners (6 per 100,000 inmates).

The rate of homicide in State prison was 4 per 100,000 prisoners, and varied little across offense types. Three types of offenders had as many as 10 homicides per 100,000 prisoners — arsonists (16), kidnapers (15), and probation/parole violators (12). Among these three categories with the highest homicide rates, the number of homicides was small, with a total of nine prisoners killed over 2 years.

State prisoners convicted of fraud and driving while intoxicated had the lowest rate of homicide, with zero homicides reported for 2001-02.

**Nearly half of jail suicides occurred in the first week of custody**

Jail inmate suicides were heavily concentrated in the first week spent in custody. Forty-eight percent of all jail suicides during 2000-02 took place during the inmate's first week following admission. In particular, almost a quarter of all jail suicides took place either on the date of admission to jail (14%) or the following day (9%).

| Time served after admission | Percent of jail inmate suicides, 2000-02 |
|---|---|
| Same day | 13.7% |
| Next day | 9.0 |
| 2-7 days | 24.9 |
| 8-14 days | 9.6 |
| 15-30 days | 7.7 |
| 31-60 days | 10.6 |
| 61-180 days | 14.0 |
| 181 days or more | 10.4 |

The frequency of jail suicides slowed after the initial week, with the second week of custody accounting for 10% of jail suicides. The next 2 weeks in custody (days 15 to 30) accounted for even fewer suicides (8%). Despite this early concentration of suicides, more suicides took place after the 60th day in jail (24%) than during the first 2 days (23%).

The median time served in jail prior to committing suicide was just over 1 week (9 days), but this period of time varied across demographic and criminal offense categories (table 6). Females spent less than half as much time as males in jail prior to committing suicide (median time served: 4 days for females and 10 days for males). The median length of time served by Hispanic inmates prior to suicide (23 days) was over twice as long as the time for white inmates (9 days) and nearly 4 times longer than that for black inmates (6 days).

**Table 5. Average annual State prison inmate mortality rates, by most serious current offense, 2001-02**

| Current offense | Number of State prison inmate deaths, 2001-02 | | | Average annual mortality rate, per 100,000 State prison inmates, 2001-02 | | |
|---|---|---|---|---|---|---|
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| **All offenses** | 5,824 | 337 | 87 | 244 | 14 | 4 |
| **Violent offenses** | 3,691 | 229 | 53 | 312 | 19 | 4 |
| Homicide[a] | 1,295 | 89 | 16 | 417 | 29 | 5 |
| Kidnaping | 151 | 5 | 5 | 454 | 36 | 15 |
| Rape | 344 | 14 | 1 | 299 | 12 | 1 |
| Other sexual assault | 803 | 36 | 8 | 523 | 23 | 5 |
| Robbery | 552 | 28 | 11 | 171 | 9 | 3 |
| Assault | 485 | 44 | 11 | 217 | 20 | 5 |
| **Property offenses** | 904 | 58 | 18 | 184 | 12 | 4 |
| Burglary | 447 | 36 | 9 | 177 | 14 | 4 |
| Larceny/theft | 199 | 10 | 4 | 209 | 10 | 4 |
| Arson | 35 | 2 | 2 | 277 | 16 | 16 |
| Fraud | 128 | 6 | 0 | 209 | 10 | 0 |
| **Drug offenses** | 853 | 33 | 11 | 166 | 6 | 2 |
| Possession | 278 | 10 | 5 | 224 | 8 | 4 |
| Trafficking | 485 | 21 | 6 | 188 | 8 | 2 |
| **Public-order offenses** | 319 | 13 | 4 | 184 | 7 | 2 |
| Weapons | 36 | 2 | 1 | 67 | 4 | 2 |
| Obstruction of justice | 53 | 2 | 1 | 381 | 14 | 7 |
| Driving while intoxicated[b] | 123 | 2 | 0 | 263 | 4 | 0 |
| Violation of parole/ probation[c] | 32 | 3 | 2 | 194 | 18 | 12 |

Note: All mortality rates were calculated using June 30 custody prisoner counts from the National Prisoner Statistics program and 2002 offense distribution estimates from the National Corrections Reporting Program.
[a]Includes murder and manslaughter.
[b]Includes driving while intoxicated and driving under the influence of drugs or alcohol.
[c]Includes parole or probation violations, escape, AWOL, and flight to avoid prosecution.

Of all offender groups, public-order offenders spent the shortest time in custody prior to committing suicide; half of their suicides took place in the first 3 days of custody. Property and drug offenders each had a median time served of about a week (7 and 8 days, respectively) prior to suicide. Violent offenders spent the longest time in custody prior to suicide; half of their suicides took place after spending 3 weeks in jail (20 days).

**7% of State prison suicides took place during the first month**

In State prison, suicides were less concentrated around admission. Sixty-five percent of jail suicides occurred in the first 30 days, but 7% of prison suicides took place during the first month. Most State prison suicides (65%) took place after the inmate's first year of confinement, and 33% took place after the inmate had served at least 5 years in prison.

| Time served since admission | Percent of State prisoner suicides, 2001-02 |
|---|---|
| Less than 1 month | 7.4% |
| 1-5 months | 14.9 |
| 6-11 months | 12.5 |
| 12-23 months | 11.0 |
| 24-59 months | 21.4 |
| 60-119 months | 18.5 |
| 120 months or more | 14.3 |

The median time served in State prison prior to a suicide (30 months) was over 100 times longer than in local jails (9 days). Male (30 months) and female (29 months) State prisoners spent almost identical amounts of time in prison before committing suicide. However, race was related to the length of time served prior to suicide. Half of all suicides by white inmates occurred in the first 21 months of custody, while the corresponding figures for black (40 months) and Hispanic inmates (49 months) were twice as long.

Violent State prisoners spent more time in custody (median time served of 45 months) prior to suicide than other offenders. Drug offenders were the only other offender group who served a median of at least a year in State prison prior to their suicides (18 months), followed by property (10 months) and public-order offenders (9 months).

**At least 80% of suicides in prison and jail occurred in the inmate's cell; time of day not a factor**

The vast majority of both local jail (80%) and State prison (87%) inmate suicides took place within the inmate's cell or room (table 7). Temporary

holding areas (lockups) were the next most common location of suicide events (10% in jails, 4% in prisons). Common areas such as cafeterias, libraries, and recreational areas were the scene of very few suicides (6% in jails, 3% in State prisons), as were areas outside of the correctional facility (2% of jail suicides, 3% percent of prison suicides).

Suicide events in both local jails and State prisons showed little relationship to the time of day. Aside from morning hours (20% of jail suicides), the frequency of suicides in other parts of the day varied from 24% (during afternoon hours) to 28% (evening and overnight hours). Similar data were reported for suicides in State prisons. Twenty percent of State prisoner suicides took place in the morning, with all other times of day varying from 25% (evening and overnight hours) to 30% (afternoon hours).

In both local jails (94%) and State prisons (89%), the majority of suicide events were followed by the performance of an autopsy or post-mortem examination by a medical examiner or county coroner.

---

**Table 6. Time served since admission by jail inmates and State prisoners committing suicide, by selected characteristics**

| Characteristic | Median time served since admission* | |
|---|---|---|
| | Local jail inmate suicides, 2000-02 | State prisoner suicides, 2001-02 |
| All inmates | 9 days | 30 months |
| **Gender** | | |
| Male | 10 days | 30 months |
| Female | 4 | 29 |
| **Race/Hispanic origin** | | |
| White, non-Hispanic | 9 days | 21 months |
| Black, non-Hispanic | 6 | 40 |
| Hispanic | 23 | 49 |
| **Current offense** | | |
| Violent | 20 days | 45 months |
| Property | 7 | 10 |
| Drug | 8 | 18 |
| Public-order | 3 | 9 |

*The median time served is that length of time at which half of the inmates spent less time in custody, and the other half spent more.

---

**Table 7. Time of day and location of suicide events in local jails and State prisons**

| | Percent of inmate suicides | |
|---|---|---|
| | Local jail inmates, 2000-02 | State prisoners, 2001-02 |
| **Time of day** | | |
| Overnight (midnight-6 a.m.) | 28.0% | 24.7% |
| Morning (6 a.m.-noon) | 19.5 | 19.9 |
| Afternoon (noon-6 p.m.) | 24.1 | 30.4 |
| Evening (6 p.m.-midnight) | 28.4 | 25.0 |
| **Location of suicide event** | | |
| Inmate's cell/room | 80.8% | 86.6% |
| Temporary holding area | 9.6 | 4.0 |
| Common area[a] | 6.1 | 3.0 |
| Outside of the facility[b] | 2.3 | 3.0 |
| Elsewhere | 1.1 | 3.4 |
| Number of suicides[c] | 918 | 337 |

[a]Includes cafeteria, exercise yard, library, day room, recreational area, and workshops.
[b]Includes inmates on work details or work release, under community supervision by the jail/prison, or in transit to/from the facility.
[c]Time of day was not reported for 12 jail and 41 prison suicides; location was not reported for 6 jail and 39 prison suicides.

**Most jail homicides occurred at least 2 weeks after admission**

During 2000-02 an annual average of fewer than 20 homicides took place in the more than 3,000 jail jurisdictions nationwide. In State prisons, which held nearly 1.2 million inmates nationwide, there were fewer than 50 homicides each year during 2001-02.

These homicide counts resulted in a rate of less than 5 homicides per 100,000 inmates in both State prison (4 per 100,000) and local jail (3 per 100,000 inmates, based on ADP). In the 50 largest jails nationwide, the at-risk rate of homicide averaged 0.4 per 100,000 inmates held during the year.

| Time served after admission | Percent of jail inmate homicides, 2000-02 |
|---|---|
| Same day | 5.3% |
| Next day | 7.0 |
| 2-7 days | 17.5 |
| 8-14 days | 15.8 |
| 15-30 days | 10.5 |
| 31-60 days | 14.0 |
| 61-180 days | 14.0 |
| 181 days or more | 15.8 |

Unlike suicides, homicides in local jails were not concentrated in the first few days following admission. Twelve percent occurred in the first 2 days in custody, but 54% took place after the inmate had served at least 2 weeks in jail. The median length of time served prior to a homicide death (29 days) was triple that of suicide deaths in local jails (9 days).

**Two-thirds of homicide victims in State prison had served at least 2 years in prison; nearly 40% had served 5 years or more**

The initial months following admission to prison accounted for a small percentage of State prisoner homicides (table 8). One percent of prison homicides took place during the victim's first month in prison, and less than a tenth of homicide victims had served fewer than 6 months (8%). A fifth of homicides involved State prisoners who had served less than a year.

Among the 5,824 total prisoner deaths reported nationwide during 2001-02, fewer than 20 were homicides of a first-year inmate. Sixty-seven percent of State prison homicide victims had spent at least 2 years in prison, while 37% had served at least 5 years.

The median time served in State prison by homicide victims was 44 months. Hispanic homicide victims (with a median time served of 22 months) were killed after serving less than half

| Table 8. Time served, time of day, and location of homicide events in State prisons, 2001-02 |  |
|---|---|
|  | Percent of State prison homicides, 2001-02 |
| **Time served after admission** |  |
| Less than 1 month | 1.1% |
| 1-5 months | 6.9 |
| 6-11 months | 11.5 |
| 12-23 months | 13.8 |
| 24-59 months | 29.9 |
| 60-119 months | 24.1 |
| 120 months or more | 12.6 |
| **Time of day** |  |
| Overnight (midnight-6 a.m.) | 11.4% |
| Morning (6 a.m.-noon) | 38.6 |
| Afternoon (noon-6 p.m.) | 28.6 |
| Evening (6 p.m.-midnight) | 21.4 |
| **Location of homicide event** |  |
| Inmate's cell/room | 60.5% |
| Temporary holding area | 2.6 |
| Common area[a] | 28.9 |
| Outside of the facility[b] | 2.6 |
| Elsewhere | 5.3 |
| [a]Includes cafeteria, exercise yard, library, day room, recreational area, and workshops. [b]Includes inmates on work details or at work release sites, under community supervision by the prison, or in transit. |  |

as much time as white (46 months) or black (55 months) prisoners.

Public-order offenders were the most likely to be killed early in their prison terms, with a median time served of just under 2 years (23 months). The median term served by both drug (40 months) and property (45 months) offenders was about twice as high. Violent offenders had the longest amount of time served in prison prior to being killed, with a median term of almost 5 years (55 months).

| Characteristic | Median time served after admission: State prisoner homicides, 2001-02 |
|---|---|
| All inmates | 44 months |
| **Race/Hispanic origin** |  |
| White, non-Hispanic | 46 months |
| Black, non-Hispanic | 55 |
| Hispanic | 22 |
| **Current offense** |  |
| Violent | 55 months |
| Property | 45 |
| Drug | 40 |
| Public-order | 23 |

Prison suicides took place almost exclusively inside the deceased's cell or room (87%); no other location accounted for even 5% of suicide events. However, over a quarter of all prison homicides (29%) took place in common areas within prisons, such as cafeterias, libraries, workshops, and recreational yards. A small percentage of homicide events took place in either a temporary holding area or a location outside of the prison facility (3% for each). Prisoners' cells or rooms (61%) were the most likely scene of a homicide in State prison.

State prison homicides were over 3 times more likely to occur during the morning (39% of homicides) than between midnight and 6 a.m. (11%).

Nearly all State prison homicides (92%) resulted in an autopsy or post-mortem exam of the deceased. All but 8 of 87 prisoner homicides during the 2-year period were committed by other inmates (91%). Of those "other homicide" events, most involved escape attempts or cases in which assailant identity was not established.

**Homicide rate of U.S. residents, when standardized, 10 times the rate of jail inmates in 2002**

According to rates compiled by the Centers for Disease Control and Prevention (CDC), the U.S. resident population experienced 6 homicides and 11 suicides per 100,000 residents (table 9). The homicide rates for both State prisoners (4) and jail inmates (3) were lower than that for the U.S. population. Suicide rates for both State prisoners (14) and jail inmates (47) were higher than the rate for the resident population. However, reliable comparisons of such rates require closer analysis.

The demographic compositions of inmate populations do not reflect those of the U.S. resident population. In 2002 the U.S. population was 51% female, 81% white, and 22% age 55 or older; by comparison, the State prison population was 6% female, 50% white, and 4% age 55 or older.

The suicide and homicide rates of these demographic subgroups vary substantially. For example, the homicide rate of black males age 18-24 in the resident population (108 per 100,000) was over 8 times that for white males of the same age (13). As a result, the differing rates of death seen in the general population and correctional facilities reflect differences in demographic makeup as much as differences in the relative safety of these environments.

To improve the comparison of mortality risks, the resident population rates can be standardized by age, race, and gender to match the proportions seen in prisons and jails. The resulting rates estimate what the resident population mortality rates would be if the U.S. resident population had the same demographic composition as prisons and jails.

Standardized to match the State prison population, the resident population had a homicide rate (35 per 100,000) nearly 9 times the rate of homicide in

Table 9. Mortality rates of U.S. resident population and State prison and local jail inmate populations, per 100,000 residents, 2002

| Cause of death | Deaths per 100,000 residents, 2002 | | | | |
|---|---|---|---|---|---|
| | | State prisons | | Local jails | |
| | U.S. resident population rate | Standardized U.S. resident rate | State prisoner rate[a] | Standardized U.S. resident rate | Local jail inmate rate[b] |
| Suicide | 11 | 18 | 14 | 17 | 47 |
| Homicide | 6 | 35 | 4 | 32 | 3 |

Note: U.S. resident population mortality rates are taken from the Centers for Disease Control and Prevention's injury mortality reports <http://webappa.cdc.gov/sasweb/ncipc/mortrate.html>. BJS standardized those rates by age, race, and gender to match the characteristics of the State prison and local jail inmate populations.
[a]State prisoner rates of suicide and homicide are based on June 30 custody population.
[b]Local jail inmate rates of suicide and homicide are based on average daily population (ADP).

State prisons (4). Standardizing to match local jail demographics yields a greater difference, the resident rate (32 per 100,000) being nearly 11 times higher than the rate in jails (3).

State prisoners had a higher rate of suicide (14 per 100,000) than the overall resident population (11). Once standardized to match the State prisoner population, the U.S. resident rate of suicide (18) exceeded that of State prisoners in 2002.

The standardized resident suicide rate (17 per 100,000) was less than half of the jail suicide rate based on ADP (47). However, an at-risk rate of jail suicide would be a more appropriate comparison, but not all jails reported the needed admission data. Based on the at-risk measure of suicide for the top 50 jail jurisdictions, an at-risk jail suicide rate for all jails would likely be less than a tenth of the ADP measure. (See page 5.)

**Methodology**

BJS phased in data collection activity under the Death in Custody Reporting Act of 2000 (PL 106-297), with the first collection of death records covering only local jail facilities. The 2000 jail collection covered the entire calendar year (the act became law in October of 2000), while subsequent collections were done on the quarterly basis required by the act.

BJS requires a quarterly report from all jails which had an inmate death during the period. All jails were instructed to

complete an annual summary of death reports and population counts (to allow for calculation of death rates).

Jail response rates for all 3 years were over 99%. In 2000, 3,063 jurisdictions responded, and 9 refused, for a response rate of 99.7%. Data for 2001 was submitted by 3,049 jurisdictions, with 2 refusals, for a response rate of 99.9%. In 2002, data were submitted by 3,030 jurisdictions and refused by 6, for a response rate of 99.8%.

Quarterly collection of State prison inmate death records began in 2001. These records were collected from State departments of corrections, rather than from each prison facility. For all years, BJS has had 100% participation from all 50 State prison systems. Data were also collected from the District of Columbia for 2001 in which it still operated a prison system, prior to transferring sentenced felons to the custody of the Federal Bureau of Prisons.

Copies of all questionnaires collected under the Deaths in Custody series can be found on the BJS website at <http://www.ojp.usdoj.gov/bjs/quest.htm>.

*Standardized U.S. resident death rates*

Homicide and suicide rates for specific age, race, and gender groups within the U.S. population can be queried from the Centers for Disease Control and Prevention's online injury mortality reports <http://webappa.cdc.gov/sasweb/ncipc/mortrate.html>.

*Suicide and Homicide in State Prisons and Local Jails*  11

For example, the 2002 suicide rate for white females, age 35-44, was 7.8 per 100,000. These rates were then standardized to match the characteristics of State prison and local jail populations by weighting the rates by the proportion of all inmates represented by that subgroup. The sum of all of the weighted subgroup rates provides the standardized rate for the resident population.

Population proportions for these gender, race and age subgroups of inmates were derived from the National Corrections Reporting Program (for State prisoners) and the 2002 Survey of Inmates in Local Jails (for jail inmates).

*Population bases for mortality rates*

Annual mortality rates were based on different population counts:

1. For prisons the custody population on June 30 of each year.

2. For local jails the average daily population in each calendar year.

Estimates of the population at risk for the largest jail jurisdictions combined the population on January 1 and admissions during the year.

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Lawrence A. Greenfeld is director.

Christopher J. Mumola wrote this report, under the supervision of Allen J. Beck. Doris J. James, Lauren E. Glaze, and Rebecca L. Medway verified the report, and Tom Hester edited it.

Christopher J. Mumola, under the supervision of Allen J. Beck, designed the survey, developed the questionnaires, and monitored data collection and data processing.

Data collection and processing of State prison death records were carried out by Lara Reynolds. Data collection and processing of local jail death records were carried out by Pamela Butler, Margaret Ferguson, Patricia Torreyson, and Pearl Chase, under the supervision of Charlene Sebold, Governments Division, Census Bureau, U.S. Department of Commerce.

August 2005   NCJ 210036

**Office of Justice Programs**
Partnerships for Safer Communities

http://www.ojp.usdoj.gov

Obtain the most recent data on inmate deaths from *Key Facts at a Glance* on the BJS Internet site:

http://www.ojp.usdoj.gov/bjs/glance/shipj.htm

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE C. EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN — State Bar No. 126424
    Deputy Attorney General
6   CHARLES ANTONEN - 221207
    Deputy Attorney General
7   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
8   Telephone: (415) 703-5443
    Facsimile:  (415) 703-5843
9   rochelle.east@doj.ca.gov
    lisa.tillman@doj.ca.gov
10  charles.antonen@doj.ca.gov

    HANSON BRIDGETT LLP
    JERROLD C. SCHAEFER - 39374
    PAUL B. MELLO - 179755
    S. ANNE JOHNSON - 197415
    SAMANTHA TAMA - 240280
    RENJU P. JACOB - 242388
    425 Market Street, 26th Floor
    San Francisco, CA  94105
    Telephone: (415) 777-3200
    Facsimile:  (415) 541-9366
    jschaefer@hansonbridgett.com
    pmello@hansonbridgett.com
    ajohnson@hansonbridgett.com
    stama@hansonbridgett.com
    rjacob@hansonbridgett.com

11  Attorneys for Defendants

12                    UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14              AND THE NORTHERN DISTRICT OF CALIFORNIA

15         UNITED STATES DISTRICT COURT COMPOSED OF THREE

16         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17  RALPH COLEMAN, et al.,                No.  2:90-CV-00520 LKK JFM P

18              Plaintiffs,               THREE-JUDGE COURT

19       v.

20  ARNOLD SCHWARZENEGGER, et al.,

21              Defendants.

22

23  MARCIANO PLATA, et al.,               No. C-01-1351 TEH

24              Plaintiffs,               THREE-JUDGE COURT

25       v.                               28 CFR § 16.22 STATEMENT OF RENJU
                                          P. JACOB IN SUPPORT OF NOTICE OF
26  ARNOLD SCHWARZENEGGER, et al.,        DEPOSITION OF CHRISTOPHER
                                          MUMOLA
27              Defendants.

28                                   - 1 -

28 CFR § 16.22 STATEMENT OF RENJU P. JACOB IN SUPPORT OF                    1457234.1
NOTICE OF DEPOSITION OF CHRISTOPHER MUMOLA (C01-1351 TEH)

1.    I, RENJU P. JACOB, hereby declare:

2    1.    I am an attorney admitted to practice in the State of California and before

3    the United States District Court for the Northern and Eastern District of California. I am

4    an Associate for the law firm of Hanson Bridgett LLP, attorneys of record for Defendants

5    in this Three-Judge Panel Proceeding. I make this statement on personal knowledge

6    and if called to testify, I could and would testify competently thereto.

7    2.    The Three Judge Panel in the *Plata* and *Coleman* cases has convened to

8    determine whether overcrowding is the primary cause for the unconstitutional delivery of

9    medical and mental health care to inmates in California and whether any relief, other

10    than a prisoner release order will remedy these constitutional violations.

11    3.    Christopher Mumola has information relevant to the issues of this Three

12    Judge Panel proceeding, in particular the delivery of prison medical care and

13    overcrowding. Mr. Mumola's deposition will cover the following topics:

14    a. The quality and status of the delivery of medical care to inmates at CDCR's

15    (California Department of Corrections and Rehabilitation) adult institutions

16    and prisons generally;

17    b. The illness mortality rates for California's prisoner population and other

18    prisons generally;

19    c. "Medical Causes of Death in State Prisons, 2001-2004" and the matters

20    and data stated therein;

21    d. "Bureau of Justice Statistics Data Brief, January 2007" and the matters and

22    data stated therein;

23    e. "Suicide and Homicide in State Prisons and Local Jails" and the matters

24    and data stated herein;

25    f. Bureau of Justice Statistics Special Report, August 2005 and the matters

26    and data stated herein.

27    4.    Christopher Mumola also has documents relevant to these Three Judge

28    Panel proceedings, in particular the delivery of prison medical care and overcrowding

- 2 -

1  and is asked to produce the following documents at his deposition.

2      a. Any and all reports and supporting data authored or prepared by YOU

3        ("YOU" refers to Christopher Mumola and the Bureau of Justice Statistics -

4        U.S. Department of Justice) that refer, relate to, or describe illness

5        mortality rates in CDCR adult institutions from January 2001 to present

6        (Refer" or "relate to" means constituting, representing, defining, depicting,

7        concerning, embodying, reflecting, identifying, stating, mentioning,

8        addressing, or pertaining to the subject matter of the request, directly or

9        indirectly, in whole or in part.)

10      b. Any and all reports and supporting data authored or prepared by YOU that

11        refer, relate to, or describe illness mortality rates in adult institutions other

12        than CDCR from January 2001 to present.

13      c. Any and all reports and supporting data authored or prepared by YOU that

14        refer, relate to, or describe any analysis of CDCR deaths from January

15        2001 to the present.

16      d. Any and all reports and supporting data authored or prepared by YOU that

17        refer, relate to, or describe any analysis of deaths in prisons other than

18        CDCR from January 2001 to the present.

19      e. Any and all reports and supporting data authored or prepared by YOU that

20        refer, relate to the quality and status of the delivery of medical care to

21        inmates at CDCR's adult institutions.

22      f. Any and all reports and supporting data authored or prepared by YOU that

23        refer, relate to the quality and status of the delivery of medical care to

24        inmates at non-CDCR's adult institutions.

25  ///

26  ///

27  ///

28  ///

- 3 -

1    DATED:  May 1, 2008

2

3                                    By: _Renju P. Jacob_

4                                         RENJU P. JACOB

5

6

7    STATE OF CALIFORNIA        )

8    COUNTY OF SAN FRANCISCO    )

9         Subscribed and sworn to (or affirmed) before me on this 1st day of May, 2008, by

10   Renju P. Jacob, proved to me on the basis of satisfactory evidence to be the person(s)

11   who appeared before me.

12

13                                    _Ann D. Ghiorso_
                                      Ann D. Ghiorso, Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      - 4 -

28 CFR § 16.22 STATEMENT OF RENJU P. JACOB IN SUPPORT OF
NOTICE OF DEPOSITION OF CHRISTOPHER MUMOLA (C01-1351 TEH)                    1457234.1

1    PROOF OF SERVICE BY MAIL

2    Coleman v. Schwarzenegger - Case No 2:90- cv00520 LKK JFM P

3    Plata v. Schwarzenegger - Case No. C01-1351 TEH

4         I, declare that I am a resident of the State of California.  I am over the age of 18
     years and not a party to the action entitled *Coleman v. Schwarzenegger/Plata v. Schwarzenegger*;
5    that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105.  On
     July 2, 2008, I served a true and accurate copy of the document(s) entitled:

6
            NOTICE OF DEPOSITION OF CHRISTOPHER MUMOLA
7    BY WRITTEN QUESTIONS; 28 CFR SEC. 16.22 STATEMENT OF RENJU P. JACOB
          IN SUPPORT OF NOTICE OF DEPOSITION OF CHRISTOPHER MUMOLA
8
     on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to
9    the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| KIMBERLY HALL BARLOW<br>Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 | STEVEN S. KAUFHOLD<br>CHAD A. STEGEMAN<br>TERESA WANG<br>Akin Gump Straus Hauer & Feld LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94102 |
| ANN MILLER RAVEL<br>THERESA FUENTES<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 | STEVEN WOODSIDE<br>ANNE L. KECK<br>Office of County Counsel<br>575 Administration Dr., Room 105A<br>Santa Rosa, CA 95403 |
| MICHAEL BIEN<br>Rosen Bien & Galvan, LLP<br>315 Montgomery St., 10th Fl.<br>San Francisco, CA 94104 | PRISON LAW OFFICE<br>DONALD SPECTER<br>2173 E. Francisco Boulevard, Suite M<br>San Rafael, CA 94964 |
| MARTIN H. DODD<br>FUTTERMAN & DUPREE<br>160 Sansome Street, 17th Floor<br>San Francisco, CA 94109 | JOHN HAGAR<br>LAW OFFICE OF JOHN HAGAR<br>PMB 314<br>1819 Polk Street<br>San Francisco, CA 94109 |
| ROD PACHECO<br>WILLIAM MITCHELL<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | GREGG ADAM<br>NATALIE LEONARD<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 |

- 1 -

PROOF OF SERVICE                                                            1549180.1

| | |
|---|---|
| MICHAEL P. MURPHY<br>CAROL L. WOODWARD<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063 | DENNIS BUNTING<br>ALAN COHEN<br>Office of County Counsel<br>County of Solano<br>675 Texas Street, Suite 6600<br>Fairfield, CA 94533 |
| DANIEL J. WALLACE<br>KELLY DUNCAN SCOTT<br>County of Santa Barbara<br>105 E. Anapamu St., Suite 201<br>Santa Barbara, CA 93101 | ROCHELLE C. EAST<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 1100<br>San Francisco, CA 94102 |
| LISA TILLMAN<br>Office of the Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 94244 | DORIS COLES-HUFF<br>U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530 |
| PETER M. BRIEN<br>U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530 | ALEXANDER SHOAIBI<br>U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530 |

☒    (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐    (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐    (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

- 2 -

PROOF OF SERVICE                                                                              1549180.1

1          I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.

                                    Tanya R. Williams

- 3 -

PROOF OF SERVICE

1549180.1

**Bonney, Michelle**

| | |
|---|---|
| **From:** | Renju P. Jacob [RJacob@hansonbridgett.com] |
| **Sent:** | Wednesday, August 20, 2008 2:48 PM |
| **To:** | Alexander.D.Shoaibi@usdoj.gov; Scheduling |
| **Cc:** | S. Anne Johnson; Hillary Plymate |
| **Subject:** | Plata v. Schwarzenegger, Coleman v. Schwarzenegger - Written Deposition of Christopher Mumola |
| **Attachments:** | Plata-Notice of Depo of Mumola by Written Questions (2).PDF; Scan080721112713.pdf; 7-30-08 DEFENDANTS_ OBJECTIONS TO PLAINTIFFS_ WRITTEN QUESTIONS FOR DEPOSITION OF CHRISTOPHER MUMOLA.PDF |

All,

I write to confirm that the written deposition of Christopher Mumola will take place on Monday, August 25, 2008 at 10:00 a.m. at:

LAD Reporting
1100 Connecticut Avenue N.W., Suite 850
Washington D.C. 20036.

You should have received the following documents:

1. Notice of Deposition of Christopher Mumola by Written Questions. This document includes Defendants' Questions and Related Exhibits.

2. Plaintiffs' Written Questions for Deposition of Christopher Mumola

3. Defendants' Objections to Plaintiffs' Written Deposition Questions for Deposition of Christopher Mumola.

I have attached the documents so you can easily access them. Please contact me if you have any questions.

Best regards,

---

RENJU P. JACOB
Attorney
Hanson Bridgett LLP
(415) 995-5049 Direct
(415) 995-3505 Fax
rjacob@hansonbridgett.com

 HansonBridgett

---

 To reduce paper use, we ask that you please consider the environment before printing this e-mail.

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

8/20/2008

**Bonney, Michelle**

| | |
|---|---|
| **From:** | Renju P. Jacob [RJacob@hansonbridgett.com] |
| **Sent:** | Wednesday, August 20, 2008 2:48 PM |
| **To:** | Alexander.D.Shoaibi@usdoj.gov; Scheduling |
| **Cc:** | S. Anne Johnson; Hillary Plymate |
| **Subject:** | Plata v. Schwarzenegger, Coleman v. Schwarzenegger - Written Deposition of Christopher Mumola |
| **Attachments:** | Plata-Notice of Depo of Mumola by Written Questions (2).PDF; Scan080721112713.pdf; 7-30-08 DEFENDANTS_ OBJECTIONS TO PLAINTIFFS_ WRITTEN QUESTIONS FOR DEPOSITION OF CHRISTOPHER MUMOLA.PDF |

All,

I write to confirm that the written deposition of Christopher Mumola will take place on Monday, August 25, 2008 at 10:00 a.m. at:

LAD Reporting
1100 Connecticut Avenue N.W., Suite 850
Washington D.C. 20036.

You should have received the following documents:

1. Notice of Deposition of Christopher Mumola by Written Questions. This document includes Defendants' Questions and Related Exhibits.

2. Plaintiffs' Written Questions for Deposition of Christopher Mumola

3. Defendants' Objections to Plaintiffs' Written Deposition Questions for Deposition of Christopher Mumola.

I have attached the documents so you can easily access them. Please contact me if you have any questions.

Best regards,

---

RENJU P. JACOB
Attorney
Hanson Bridgett LLP
(415) 995-5049 Direct
(415) 995-3505 Fax
rjacob@hansonbridgett.com

 HansonBridgett

---

 To reduce paper use, we ask that you please consider the environment before printing this e-mail.

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

8/20/2008