# EXHIBIT B

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3            AND THE NORTHERN DISTRICT OF CALIFORNIA

4      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6

7      RALPH COLEMAN, et al.,          ) 2:90-cv-00520 LKK JFM P

8                        Plaintiffs, ) THREE JUDGE COURT

9          v.                          )

10     ARNOLD SCHWARZENEGGER, et al.,  )

11                       Defendants. )

12     _____ )

13     MARCIANO PLATA, et al.,         ) No. C 01-1351 TEH

14                        Plaintiffs, ) THREE JUDGE COURT

15         v.                          )

16     ARNOLD SCHWARZENEGGER, et al.,  )

17                       Defendants. )

18     _____ )

19                        --oOo--

20              VIDEOTAPED DEPOSITION OF

21              RAYMOND ARTHUR STODERD

22                        --oOo--

23              Friday, December 7, 2007

24                        --oOo--

25     Reported By:  CHRISTINE VANDERMEER, CSR License #11110

CERTIFIED COPY

1

1          Would you please state your full name for the

2     record.

3     A     Raymond Arthur Stoderd.

4     Q     And what's your date of birth?

5     A     10/4/63.

6     Q     Okay.  Again, we're going to go through the rules.

7          You understand that you're under oath, the same

8     oath as if you were in a court of law?

9     A     Yes.

10    Q     One thing that's important in the course of the

11    deposition is that we not speak over each other.  So I'll

12    try to let you finish your answer before I speak, and if

13    you'll let me finish my question before you jump in,

14    it'll be a lot easier for the court reporter and it will

15    make a cleaner record.

16         Do you understand that?

17    A     Yes, sir.

18    Q     Okay.  If for any unjustifiable reason your

19    attorney chooses to interpose an objection -- and I'm

20    kidding about that -- if he interposes an objection,

21    unless he instructs you not to answer, please answer the

22    question.

23         If you don't understand the question, or if the

24    objection was lengthy and you need me to restate it or

25    have it re -- read back, please let us know and we'll try

Deposition of Raymond Stoderd taken on December 7, 2007

```
1    to do that, okay?

2       A    Yes, sir.

3       Q    One of the most important things today is that you

4    understand my questions.  If you don't let me know, if

5    you don't tell me you don't know, then I'm going to hold

6    you to your answers.

7            Do you understand that?

8       A    Yes, sir.

9       Q    And you're doing a great job on this one.  You

10   have to answer audibly, and you're doing that thus far.

11           After the deposition, you will have the

12   opportunity to review your deposition transcript.  You

13   will have the opportunity to make changes if you think

14   you misspoke or you need to make a correction.

15           Do you understand that?

16      A    Yes.

17      Q    Okay.  You should know, however, that if you make

18   a change, that myself or any of the other counsel in the

19   case can point out the fact that you've made a change

20   and, for example, say that you've changed your testimony,

21   and it might look bad for you or the rest of the

22   plaintiff class.

23           Do you understand that?

24      A    Yes.

25      Q    Plaintiff class.
```

8

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
 1     A     January of 1996.

 2     Q     So in July of 1995, where were you before going to

 3   Tehachapi?

 4     A     San Bruno County jail.

 5     Q     Okay.  And what is your commitment offense?

 6           MR. TRUJILLO:  If I may, object just as to

 7   privacy, so that we may have more privacy for this

 8   question, if that would be all right.

 9           MR. MELLO:  Sure.

10           MR. TRUJILLO:  So may we go off the record?

11           MR. MELLO:  Sure.

12           MR. TRUJILLO:  Thank you.

13           THE VIDEOGRAPHER:  Okay.  We're off the record at

14   10:46.

15           (Discussion off the record.)

16           THE VIDEOGRAPHER:  Back on the record at 10:49.

17   BY MR. MELLO:

18     Q     Great.  Can you tell me what your commitment

19   offense is?

20     A     Attempted murder, sexual assault with intent to

21   rape, torture, kidnap and robbery.

22     Q     Was that a strike?

23     A     Second.

24     Q     Can you tell me what your first strike was?

25     A     Attempted murder.
```

1    Q    And what's your sentence that you're serving?

2    A    Twenty-two years, eight months, plus seven to

3    life.

4    Q    You were convicted in '95, correct?

5    A    Yes.

6    Q    Have you served any other terms of incarceration

7    in California in the prison system?

8    A    Yes.

9    Q    Okay.  And that was for the first attempted

10    murder?

11    A    Yes.

12    Q    And -- and when was that?

13    A    1986.

14    Q    Through?

15    A    1989.

16    Q    Okay.  In what facilities did you serve?

17    A    Chino, CMF South Solano, California Rehabilitation

18    Center, back to Solano, and then parole.

19    Q    Do you know what your serious medical condition

20    is?

21    A    Yes, I do.

22    Q    What is it?

23    A    Full-blown AIDS.

24    Q    When were you first diagnosed with HIV?

25    A    In November of 1990.

Deposition of Raymond Stoderd taken on December 7, 2007

1      Q      So you were diagnosed while you were on the

2    outside?

3      A      No, sir.

4      Q      Okay.  Where were you diagnosed?

5      A      Donovan, San Diego, R.J. Donovan Correctional

6    Facility.

7      Q      Do you know what year you contracted HIV?

8      A      It would be speculation completely.

9      Q      Okay.

10      A      I mean, 1990.

11      Q      Okay.  But you were diagnosed in 1990 at RJD,

12    correct?

13      A      Yes, sir.

14      Q      And what medical treatment are you currently

15    receiving for HIV?

16      A      A combination heart medication, I don't know what

17    the heart, it means.

18      Q      Um-hmm.

19      A      But Truvada and Kaletra.

20      Q      Do you know how to spell those medications?

21      A      Yes, I do.

22      Q      Can you spell them for the court reporter, please?

23      A      T-R-U-V-A-D-A and Kaletra, C-A-L-E-T-R-A (sic).

24      Q      Do you have any other serious medical conditions?

25      A      Yes.

21

Deposition of Raymond Stoderd taken on December 7, 2007

1      Q      Can you tell me what those are?

2      A      Peripheral neuropathy.

3      Q      Can you spell that for the court reporter?

4      A      P-E-R-I-P-H-E-R-A-L, neuropathy,

5      N-E-U-R-O-P-H-A-T-Y (sic).

6      Q      And what is that?

7      A      It's a nerve -- nerve disorder, damage to my lower

8      legs and feet.

9      Q      And when were you diagnosed with that condition?

10     A      1997.

11     Q      So was that diagnosis made here at CMF?

12     A      No, sir.

13     Q      Where was it made?

14     A      At Corcoran.

15     Q      Are you currently receiving any treatment for that

16     condition?

17     A      Yes, sir, I am.

18     Q      And what is that treatment?

19     A      Pain medication.

20     Q      What kind of pain meds do you take?

21     A      I take 80 milligrams of methadone per day.

22     Q      And have you been taking 80 milligrams of

23     methadone since your diagnosis in 1997?

24     A      No, sir.

25     Q      Okay.  How long have you been taking that dosage

22

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
 1     A     Yes, I have.
 2     Q     Have you ever had trouble obtaining your HIV meds?
 3     A     No.
 4     Q     Have you ever had trouble obtaining your
 5   methadone?
 6     A     Not here.
 7     Q     Did you ever have trouble at Corcoran obtaining
 8   your methadone?
 9     A     Yes.
10     Q     Okay.  What types of troubles did you have
11   obtaining that medication?
12     A     Delay in reordering the prescription, lapses from
13   one day to two, two days.
14     Q     And all of those lapses or delays occurred at
15   Corcoran, correct?
16     A     Yes, sir.
17     Q     And all of those were prior to your incarceration
18   at CMF?
19     A     Yes.
20     Q     And so all of those were prior to September of
21   2006?
22     A     Yes.
23     Q     Okay.  Do you have any other serious medical
24   conditions other than the two that you've already
25   described?
```

                                                                    24

**Deposition of Raymond Stoderd taken on December 7, 2007**

1     A    I have deep vein thrombosis.

2     Q    What is deep vein thrombosis?

3     A    Blood clots in my right leg.

4     Q    Do you know when that diagnosis was made?

5     A    In August of 2005.

6     Q    And that again was made at Corcoran?

7     A    Yes, sir.

8     Q    Okay.  And was that again made by Dr. Reynolds?

9     A    No, sir.

10     Q    Who made that diagnosis?

11     A    Dr. Sanchez.

12     Q    And did Dr. Sanchez provide any treatment plan for

13 that condition?

14     A    He ordered a sonogram, to which found the blood

15 clots.  And then I was handed over to the care of

16 Dr. Reynolds.

17     Q    Do you know what, if any, specialty Dr. Reynolds

18 had or has?

19     A    No, I do not.

20     Q    Is he a -- is he an internist, a family

21 practitioner?  Do you know?

22     MR. TRUJILLO:  Asked and answered.

23 BY MR. MELLO:

24     Q    You can answer again.

25     A    I can't be specific.  It would be pure

Deposition of Raymond Stoderd taken on December 7, 2007

1    days, nine days.

2    Q    Okay.  When you say you were put into the

3    hospital, was it a facility at Corcoran or off site?

4    A    At Corcoran.

5    Q    Okay.  So the hospital at Corcoran?

6    A    Yes, sir.

7    Q    Okay.  And you said you were in the hospital and

8    you received the treatment that you just described for

9    approximately nine to ten days?

10    A    Yes, sir.

11    Q    Did it alleviate the symptoms?

12    A    Yes, it did.

13    Q    Are you currently -- strike that.

14    Are you currently receiving any treatment for that

15    condition, deep vein thrombosis?

16    A    Yes, sir.

17    Q    What treatment are you currently receiving?

18    A    Coumadin blood thinners.

19    Q    How often -- or strike that.  I'm just going to

20    back up a little.

21    How do you receive your HIV meds currently?

22    A    Controlled from the med cart.

23    Q    So does the med cart come to you, or do you go to

24    the med cart?

25    A    Kind of works both ways.

27

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    Q    How often do you receive your HIV meds?

2    A    Twice per day.

3    Q    And I believe you've testified that since you've

4 been at CMF you have not received -- not had difficulty

5 receiving those HIV meds twice a day; is that correct?

6    A    Correct.

7    Q    Okay.  How often do you receive your methadone?

8    A    Twice a day.

9    Q    Okay.  Do you receive it at the same time that you

10 receive your HIV meds?

11    A    Yes, I do.

12    Q    And again -- I'm sorry, go ahead.

13    A    In 40-milligram increments at one time, and then

14 40 the other.

15    Q    Just so I have a better idea, is it the same time

16 each day --

17    A    Yes.

18    Q    -- that you receive the meds?

19    And when is that?

20    A    At 0700 and 3:00 -- 3:00 p.m.

21    Q    So 7:00 a.m. and 3:00 p.m.?

22    A    Yes, sir.

23    Q    Okay.  And again, you haven't had any difficulty

24 obtaining those meds twice a day since you've come to

25 CMF, correct?

28

Deposition of Raymond Stoderd taken on December 7, 2007

1      A      Correct.

2      Q      The Coumadin that you receive for your deep vein

3   thrombosis, how often do you receive that?

4      A      Once per day.

5      Q      Okay.  And when do you receive that?

6      A      3:00 p.m.

7      Q      And again, you've never had difficulty obtaining

8   that medication since you've come to CMF, correct?

9      A      Correct.

10      Q      Any other serious medical condition?

11      A      Well, since I've been here, the monitoring of the

12   Coumadin levels, the -- I can't think of the name of

13   it -- but they test my blood once -- once or -- once a

14   week or once every other week.

15      Q      Okay.

16      A      To test the levels to adjust the Coumadin

17   accordingly.  Because the Coumadin makes my blood either

18   really thin or allows it to coagulate quicker.

19             Since I've been here, I've slipped through the

20   cracks routinely and have had my Coumadin levels so high

21   that the numbers have been to the point where they were

22   crucial, I mean, just incredibly high, and I was bleeding

23   out in places -- from different orifices of my body and

24   things of that nature.

25             To access the Coumadin clinician, who is one

29

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    Q    Do you know if she changed it up or down?

2    A    Down.

3    Q    Which means what to a -- to me?

4    A    That my blood was really, really thin.  So the

5    less Coumadin makes my blood thicker, the more Coumadin

6    makes it more watery.

7    Q    Okay.  And the reason that they adjust your

8    Coumadin levels is -- is because if it's too thick, then

9    you get the clotting problem in your legs, correct?

10    A    Correct.

11    Q    Okay.  And it's your testimony that when it's

12    high, you have problems with bleeding, correct?

13    A    Correct.

14    Q    Okay.  So you've told me about the -- the time

15    this week, two weeks ago, and approximately two months

16    ago.

17    Do you recall any of the other three times where

18    you filed a request for interview with Ms. Browning?

19    A    Not specifically, no.

20    Q    Okay.  Do you suffer from any other serious

21    medical conditions other than the three that you've

22    already described for us?

23    A    I have two ruptured disks in my neck, and no,

24    nothing else.

25    Q    Okay.  When were you diagnosed with the ruptured

39

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    assigned as a floor sweeper or a table wiper or

2    something.

3          MR. MELLO:  We've been going on for about an hour.

4    Does anybody need a break?

5          Okay.  Let's keep going.

6    Q    How long have you been in the disability placement

7    program?

8    A    I -- I'm not sure.

9    Q    How long have you been using a wheelchair?

10    A    Since August, September -- September of 2005.

11    Q    Okay.  Were you in a wheelchair before you came to

12    CMF?

13    A    Yes, I was.

14    Q    Do you know why you were transferred from Corcoran

15    to CMF?

16    A    Yes, I do.

17    Q    Why?

18    A    Valley fever.

19    Q    I unfortunately know what valley fever is.

20          Can you describe it to your best of (sic)

21    understanding of what it is?

22    A    Some type of dangerous pores that are found in the

23    dirt in the valley that people with low T-cells and

24    compromised immune systems can become deathly ill or die

25    from it.

49

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    to.  Why don't we take a short break.

2              MR. TRUJILLO:  Sure.

3              MR. MELLO:  Thank you.

4              THE VIDEOGRAPHER:  We're off the record at 11:45,

5    and this is the end of videotape number one.

6              (Break taken.)

7              THE VIDEOGRAPHER:  Okay.  This is videotape number

8    two in the deposition of Ray Stoderd.  We're back on the

9    record at 11:54.

10   BY MR. MELLO:

11     Q    Mr. Stoderd, if I understand your testimony, you

12   have three separate serious medical conditions that

13   you've described for us, correct?

14     A    Correct.

15     Q    Okay.  And on a daily basis, you receive

16   medication for those three separate medical conditions,

17   correct?

18     A    Correct.

19     Q    Okay.  Do you receive -- in -- in addition to the

20   daily medications, do you receive any regular -- strike

21   that.

22              I also understand that you receive either weekly

23   or biweekly blood draws for one of your serious medical

24   conditions, correct?

25     A    Correct.

                                                              58

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    Q    Okay. In addition to the daily medication

2    distribution and the weekly or biweekly blood draws, do

3    you have any other regularly scheduled medical treatments

4    or appointments with respect to your medical conditions?

5    A    I do.

6    Q    Okay. And what are those?

7    A    Dr. Daszko schedules to see me in 30-day

8    intervals.

9    Q    And if I asked this before, I apologize, and I'll

10    object to myself as asked and answered, but what kind of

11    doctor is Dr. Daszko?

12    A    I don't know how to answer that. I think that he

13    is incredible.

14    Q    Okay.

15    A    He's hands-on and a very good, caring doctor.

16    Q    And I like that answer, but my question is, is

17    he -- do you think he's a general practitioner?

18    A    Oh, I'm sorry.

19    Q    Okay. Is he a general practitioner?

20    A    Yes.

21    Q    Like a -- so he's a primary care physician?

22    A    Yes.

23    Q    Okay. How long has he been your doctor?

24    A    Five months.

25    Q    Okay. And he schedules regular 30-day

Deposition of Raymond Stoderd taken on December 7, 2007

```
1   appointments with you, correct?

2      A    Correct.

3      Q    Okay.  And in those five months that he's been

4   your doctor, has -- have you received those 30-day

5   appointments?

6      A    I believe I've seen him one time extra throughout

7   that time, so six times total.

8      Q    Okay.  And do you know why he schedules these

9   regular 30-day appointments?

10     A    To closely monitor my -- my progress.

11     Q    Okay.  And is it your understanding that he's

12  monitoring your HIV, or your other conditions, or all of

13  them?

14     A    I believe it's all of them.

15     Q    Okay.  And do you feel like he's doing that?

16     A    I do.

17     Q    Okay.  You said that you saw him one more time in

18  addition to the regular 30 days.

19          Do you know why that was?

20     A    Scheduling mistake.

21     Q    So you got an extra one?

22     A    Yeah.

23     Q    Bonus appointment, right on.  Okay.

24          Who was your doctor, your primary care physician,

25  prior to Dr. Daszko?
```

60

Deposition of Raymond Stoderd taken on December 7, 2007

1    Q    Okay.  Did you ever request any appointments with

2    Dr. Aguilera and not have them scheduled?

3    A    Not that I recall, no.

4    Q    Did you ever request any appointments with

5    Dr. Daszko and not have them scheduled?

6    A    No.

7    Q    Since you've come to CMF in September of 2006,

8    have you ever requested any doctors' appointments and not

9    had them scheduled?

10    A    No.  However, I have not really needed to be seen

11    by the doctor.  The scheduling takes care of it.  So in

12    the beginning, I really wasn't in need of any immediate

13    medical care.

14    Q    Right.

15    A    So the follow-up visits were -- they were -- they

16    were fine.

17    Q    Okay.  And you haven't sought care and not

18    received it since you've been at CMF, correct?

19    A    Correct.

20    Q    And to your understanding, you will receive this

21    outside consult with respect to your neck condition,

22    correct?

23    A    I believe it will come, yes.

24    Q    And you believe that because Dr. Daszko, who you

25    respect very much, has made that referral?

62

1    don't need Coumadin?

2        A    I believe I need it every day.  However, when the

3    levels are high, the clinician has ordered two -- one to

4    three days of no Coumadin to bring the levels down

5    quickly.

6        Q    Okay.

7        A    I have -- in the course of doing it, have noticed

8    that when the blood is high, my skin feels extremely

9    soft.  And when it's normal, I have a little bit of, you

10   know, clamminess kind of feeling, whereas otherwise it's

11   too smooth.

12       Q    Okay.  And if your skin is too smooth, what are

13   some of the side effects of that?

14       A    I itch real bad.  And when I scratch, I bleed.

15       Q    Okay.  When was the last time where you scratched

16   and bled because of this issue?

17       A    Four days ago.

18       Q    And before that?

19       A    Well, two weeks ago.

20       Q    Okay.  And your -- your blood is drawn once a

21   week; is -- is that correct?

22       A    Routinely, it -- it -- it is, but not -- it's not

23   consistently done every week.

24       Q    And on -- on what day do they draw blood?

25       A    On Fridays.

84

1    Q    Okay.  And where -- where do they draw blood

2   again?

3    A    In the serology lab.

4    Q    The serology lab, okay.

5         And are you given a specific appointment for your

6   blood draw?

7    A    I receive a ducat, a pass, for a specific time.

8   It varies, the time varies.

9    Q    The time of the appointment varies?

10   A    Yes, sir.

11   Q    Okay.  And are there other patients waiting at the

12  lab?

13   A    Yes, there are.

14   Q    Okay.  Approximately how many patients are waiting

15  for an appointment?

16        MR. MELLO:  Objection.  Vague as to time.

17  BY MR. TRUJILLO:

18   Q    You may answer the question.

19   A    A rough estimate, 25 to 30 people on a -- on a bad

20  day, or a good day, whichever way you want to look at it.

21   Q    Okay.  So is that on average?

22   A    Yes, it is.

23   Q    Okay.  When was the last time you were at the lab?

24   A    Three weeks ago.

25   Q    Okay.  Approximately how many patients were

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
 1   waiting for an appointment?
 2       A     Between 30 and 40.
 3       Q     And how long did you wait for your appointment?
 4       A     About 40 minutes, 45 minutes.
 5       Q     So if I may clarify, that was 45 minutes to -- to
 6   the time from your -- your appointment to the time you
 7   were seen by the actual clinician?
 8       A     Upon arrival, they give a pass ducat to the
 9   officer, who -- you just kind of fall in line.
10       Q     Okay.
11       A     The -- the ducat time is really moot at that
12   point.
13       Q     I see.  So on average, how long is the wait to
14   have the procedure?
15       A     Thirty minutes.
16       Q     Okay.  And on direct, you said that you sometimes
17   fall through the cracks.
18             What does that mean?
19             MR. MELLO:  I think objection, misstates the
20   testimony.
21             You can testify.
22             THE WITNESS:  Answer?
23             MR. TRUJILLO:  (Nods head.)
24             THE WITNESS:  I think that one clinician doing the
25   clinic upon -- well, it's not her -- her only
```

1    like a -- I'm a fresh, newly-diagnosed person.

2        Q    Okay.

3        A    So I am not in need of interferon treatment.

4        Q    Okay.  Have you been scheduled for any regular

5    follow-up with respect to that condition?

6        A    I have seen Dr. Haile a couple of times, yes.

7        Q    Okay.  And does that continue to be her diagnosis,

8    that you don't need treatment for hep C at this point?

9        A    It's my choice, but she's not pushing it.  It's

10   not imperative that I -- that I get it.  It's not

11   life-threatening, you know, it's --

12       Q    I'm sorry, I interrupted.

13           So you -- it's your choice not to receive hep C

14   treatment at this point, correct?

15       A    It is.

16       Q    Okay.  And you're -- you're receiving follow-up to

17   monitor your hep C, correct?

18       A    Correct.

19       Q    What's DVT?

20       A    Deep vein thrombosis.

21       Q    Okay.  In those 35 days that you were in ad seg,

22   did you have any difficulty accessing medical care?

23       A    No.

24       Q    Okay.

25           MR. MELLO:  I don't have anything further.

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
1              Are you done?

2              MR. TRUJILLO:  Just one last follow-up question.

3              MR. MELLO:  Ah, you know I'm going to have to --

4              MR. TRUJILLO:  Just about ad seg.

5              FURTHER EXAMINATION BY MR. TRUJILLO

6      Q     Were -- were you allowed -- were you treated like

7    other administrative segregation prisoners in that unit?

8      A     Yes, I was.

9      Q     So what are some of the -- strike that.

10             How is being in an administrative segregation unit

11   different than the housing unit that you are in now?

12             MR. MELLO:  Objection.  Relevance how this goes to

13   his medical care when he's already testified that it

14   wasn't impacted in any way.

15             You can answer the question.

16             THE WITNESS:  The absence of any personal

17   property, recreational items, television, radio, writing

18   material.  I had nothing in that segregation for 35 days.

19   I didn't receive anything through the mail, and my

20   property sat in the property room awaiting my discharge

21   from ad seg.

22   BY MR. TRUJILLO:

23     Q     And you were allowed to go to medical appointments

24   while in administrative segregation?

25     A     I was, yes.
```

94

```
1                    REPORTER'S CERTIFICATE

2

3

4      I hereby certify the witness in the foregoing

5   deposition,

6              RAYMOND ARTHUR STODERD,

7   was duly sworn by me to testify to the truth, the whole

8   truth, and nothing but the truth in the within-entitled

9   case; that said deposition was taken at the time and

10  place therein named; that the testimony of said witness

11  was reported by me, a duly certified shorthand reporter

12  and a disinterested person, and was thereafter

13  transcribed into typewriting.

14         I further certify that I am not of counsel or

15  attorney for either or any of the parties to said

16  deposition, nor in any way interested in the outcome of

17  this cause named in said caption.

18     In witness whereof, I have hereunto set my hand this

19  19th day of December, 2007.

20

21

22        Christine Vandermeer

23        CHRISTINE VANDERMEER

24        Certified Shorthand Reporter

25        License No. 11110
```

102