# EXHIBIT C

SANFORD JAY ROSEN
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[2]

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[3]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[4]
THOMAS NOLAN
LORI RIFKIN[5]
LOREN STEWART
KENNETH WALCZAK[6]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

**ROSEN, BIEN & GALVAN, LLP**

ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

October 29, 2008

Stacy A. Marsala
Vine, McKinnon & Hall
2959 Promenade Street, Suite 200
West Sacramento, CA 95691

      Re:    Deposition Transcript of Ralph Coleman, C-09970
              *Coleman v. Schwarzenegger*
              Date Taken: December 13, 2007
              VM & H File No.: 07-468
              <u>Our File No. 489-3</u>

Dear Ms. Marsala:

    Enclosed please find Ralph Coleman's executed acknowledgement of his deposition transcript incorporating the changes outlined in my January 2, 2008 letter to you, also enclosed.

    Please feel free to contact me with any questions.

                                Sincerely yours,

                                ROSEN, BIEN & GALVAN, LLP

                                By: Jane E. Kahn

JEK:
cc:    Defense Counsel (via email)
       Counsel for Intervenors (via email)

[1]MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2]OF COUNSEL
[3]MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4]MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5]MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
[6]MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

[249172-1]

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[2]

**ROSEN, BIEN & GALVAN, LLP**
ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[3]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[4]
THOMAS NOLAN
LORI RIFKIN[5]
LOREN STEWART
KENNETH WALCZAK[6]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

**FILE COPY**

January 2, 2008

Stacy A. Marsala
Vine, McKinnon & Hall
2959 Promenade Street, Suite 200
West Sacramento, CA 95691

    Re:  Deposition Transcript of Ralph Coleman, C-09970
*Coleman v. Schwarzenegger*
Date Taken: December 13, 2007
VM & H File No.: 07-468
<u>Our File No. 489-3</u>

Dear Ms. Marsala:

   The following are changes and/or corrections to the transcript of Ralph Coleman's deposition taken on December 13, 2007:

Page 19, L: 3: Add: after "San Quentin", the following: "for non-disciplinary reasons."

Page 19, L: 10: Add: after "seg", the following: "for non-disciplinary reasons."

Page 24, L. 23: Delete: "The first time and"

Page 25, L. 14: Delete: "Yes". Add: "No."

Page 25, L. 17: Add: before "seven man dorm", the following: "In 1979 I was not housed in a dorm but I saw a."

Page 56, L. 20: Delete: "No, I did not." Add: "Yes."

Page 57, L. 19: Delete: "No, I did not." Add: "Yes."

Page 57, L. 24-25: Delete: "I haven't seen them since that time. That's the reason why." Add: "Yes, Dr. Schwimmer."

Page 58, L. 3: Delete: "not."

Page 58, L. 21: Delete: "No." Add: "I believe I did."

MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
OF COUNSEL
MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

Stacy A. Marsala
January 2, 2008
Page 2

Page 69, L. 24: Add: after "sometimes.", the following, "However, in the summer of 2006, my building was locked down for approximately 45 to 60 days."

Page 79, L 8: Add: after "he said", the following, "that my medication was to be administered HS, at hour of sleep."

Please feel free to contact me with any questions regarding these changes.

Sincerely yours,

ROSEN, BIEN & GALVAN, LLP

By: Jane E. Kahn

JEK:
Cc: Misha Igra
    Lisa Tillman
    Coleman Co-counsel

# PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On January 2, 2008, I served the following document:

**PLAINTIFFS' CHANGES AND/OR CORRECTIONS TO THE TRANSCRIPT OF RALPH COLEMAN'S DEPOSITION TAKEN ON DECEMBER 13, 2007**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [X] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

All documents were sent to the following persons in the following manner:

**By United States Mail**

Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814

Paul B. Mello, Esq.
Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers' Association (CCPOA) Intervenors
Ronald Yank
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

District Attorney Intervenors
Rod Pacheco
Charles Hugues
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 2nd day of January, 2008 at San Francisco, California.

*[signature]*
Sofia Millham