# Exhibit K
# PART 1

# SANTA CLARA COUNTY

## MENTAL HEALTH SERVICES ACT
## THREE-YEAR PROGRAM AND EXPENDITURE PLAN

### COMMUNITY SERVICES AND SUPPORTS

Fiscal Years 2005-06, 2006-07, 2007-08

December 30, 2005

Pena/ 00093

**EXHIBIT 1:  PROGRAM AND EXPENDITURE PLAN FACE SHEET**

---

## MENTAL HEALTH SERVICES ACT (MHSA)
## THREE-YEAR PROGRAM and EXPENDITURE PLAN
## COMMUNITY SERVICES AND SUPPORTS
### Fiscal Years 2005-06, 2006-07, and 2007-08

---

County:  Santa Clara                          Date:  December 29, 2005

**County Mental Health Director:**

Nancy Pena, Ph.D.
Printed Name

*[signature]*
Signature

Date:   December 29, 2005

Mailing Address:     828 S. Bascom Ave., Suite 200

San Jose, CA  95128


Phone Number:   408-885-5782          Fax:   408-885-5788

E-mail:   Nancy.pena@hhs.co.santa-clara.ca.us

Contact Person:  Sheila Yuter

Phone:  408-885-3885

Fax:  408-885-5788

E-mail:  Sheila.yuter@hhs.co.santa-clara.ca.us

**Santa Clara County**
**Three-Year Program and Expenditure Plan Requirements**
**Mental Health Services Act**
**Community Services and Supports**

**Table of Contents**

INTRODUCTION/OVERVIEW.      1

**PART I:**      **COMMUNITY PLANNING AND PLAN REVIEW PROCESS**

Section I: Planning Process      6

Section II: Plan Review      28

**PART II: PROGRAM AND EXPENDITURE PLAN REQUIREMENTS**

Section I:      Identifying Community Issues Related to Mental Illness and Resulting from Lack of Community Services and Supports      36

Section II:      Analyzing Mental Health Needs in the Community Section III: Identifying Initial Populations for Full Service Partnerships      59

Section III:      Identifying Initial Populations for Full Service Partnerships      71

Section IV      Identifying Strategies      76

Section IV:      Assessing Capacity      76

     Endnotes      85

Section VI:      Developing Work Plans with Timeframes and Budgets/Staffing      88

**PART III:**      **REQUIRED EXHIBITS**

Exhibit 2: Program Work Plan Listing      100
Exhibit 3: Full Service Partnerships Population – Overview      105A
Exhibit 4: Work Plan Summary...      106-585
Exhibit 5: Budget and Staffing Detail with instructions      *Within each workplan*
Exhibit 6: Quarterly Progress Goals and Report
Exhibit 7: Cash Balance – Quarterly Report

Appendices      587

**Introduction and Overview**

Beginning in January 2005, the Santa Clara County Valley Health and Hospital System (SCVHHS) Mental Health Department (MHD) embarked on an inclusive and participatory planning process to ensure extensive, representative and meaningful involvement of consumers and their families, providers and system partners, and the broader community in the creation of a truly well informed Community Services and Supports (CSS) plan. Santa Clara County MHSA outreach and engagement activities sought and incorporated the thoughts, beliefs, concerns, needs, and preferences of 10,000 Santa Clara County residents into the unprecedented, community-wide planning effort which has resulted in this three-year CSS Plan. The MHD is honored to submit this plan on behalf of consumers, family members, providers, partners, other stakeholders, the Mental Health Board and the County Board of Supervisors. The plan has been designed to fundamentally improve the access, approach, availability, and delivery of mental health services in this large and diverse California county.

**Vision, Mission, and Values of the Transformed Mental Health System**

Participants in the CSS planning process agreed on the following renewed vision, mission, and values to serve as the foundation for the transformed system:

*Vision*

The MHD transformed mental health system is successful in helping to ensure that residents in need of public mental health services are:

- Physically and emotionally healthy, happy and thriving
- In a safe and permanent living situation
- Part of a loving and supporting social network
- Involved in meaningful school, work, and daily activities
- Free from trouble or causing harm to others
- Safe from harm from the environment or others

*Mission*

To assist individuals in our community affected by mental illness and serious emotional disturbance to achieve their hopes, dreams and quality of life goals. To accomplish this, services must be delivered in the least restrictive, non-stigmatizing, most accessible environment within a coordinated system of community and self-care, respectful of a person's family and loved ones, language, culture, ethnicity, gender and sexual identity.

*Values*

We believe without reservation that:

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 1

Pena/ 00096

- All people have the right to mental health and well-being
- All people must be treated with fairness, respect, and dignity in a culturally and linguistically competent way
- With effective treatment and support, recovery from mental illness is achievable
- Consumers will actively participate in their own recovery and treatment goals
- Consumers and their families will be at the center in the development, delivery, implementation, and evaluation of their treatment
- The system of care must have a structure and process for ensuring access to needed services for potential and current consumers
- All people must have access to the highest quality and most effective integrated services

## Key Objectives and Critical Elements of the Santa Clara County CSS Plan

In addition to renewing the vision, mission and values of the current mental health system, local stakeholders agreed upon key objectives and critical elements to guide development of this plan.

### Key Objectives

- Reduction in subjective suffering from mental illness
- Increase in meaningful use of time and capabilities (school, work, activities)
- Reduction of homelessness and expansion of safe and permanent housing
- Increase in access to substance abuse treatment
- Increase in natural network of supportive relationships
- Reduction in multiple foster care placements
- Reduction in incarceration/juvenile justice involvement
- Reduction in disparities to service access
- Increase in self help and consumer/family involvement

### Key Elements

- A lifespan approach
- Community engagement and support
- Cultural competency throughout
- A social ecology focus
- An emphasis on connectedness
- Recovery and resiliency-based models of care
- Consumer and family driven
- Based in strong system partnerships

## Overview of the Current System

Santa Clara County is the fifth largest county in California with an estimated 1,731,400 residents. It is the largest county in size (1,312 square miles) as well as the most

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 2

Pena/ 00097

populous county in the San Francisco Bay Area and is made up of 15 cities as well as unincorporated areas. The county has a minority-minority population with five threshold languages (English, Spanish, Vietnamese, Mandarin and Tagalog). Nearly 600,000 (34%) of all residents are foreign born and an equal amount first-generation children of immigrants.

The MHD system is a part of the SCVHHS, the public agency that houses primary care, public health, drug and alcohol, and mental health services. The MHD offers a wide variety of services to all ages through a broad range of county-run and contracted programs. The total FY06 budget is approximately $190 million.

The MHD has a strong commitment to the mental health of the entire community and over the past thirty years has been a pioneer in studying and meeting the needs of diverse communities, putting in place specialized services for many distinct populations through development and support or ethnic specific programs and agencies. (Please see **Appendix A** for an overview of the current MHD.)

**A Note about AB2034, Wraparound and Children's System of Care (CSOC)**

The CSS Plan requirements reference AB34 and AB 2034 programs for adults and the Children's System of Care (CSOC) and Wraparound for children, stating: "...the philosophies, values and service standards they incorporate, are the foundations upon which the MHSA was built." The strategies outlined in county CSS plans are expected to incorporate the elements of these important model programs.

Assembly Bill 34 (AB34) and Assembly Bill 2034 (AB2034) are the legislative foundation of integrated mental health service delivery for adults in California. A variety of programs exist in California, including one in Santa Clara County operated by Alliance for Community Care. Across the state, AB2034 programs have consistently resulted in a decrease in incarcerations, hospitalizations and homelessness, while providing an increase in consumer employment, independence and community reintegration. CSS plans are expected to incorporate key elements of AB2034 programs in their Adult and Older Adult Full Service Partnerships. AB2034 provides access to mental health services for populations with complex additional issues including substance abuse, homelessness, and acute and chronic medical problems. AB2034 gives strict guidelines that include reporting requirements, individualized service plans, integrated specialized case management teams and caseload sizes. AB2034 also provides wide latitude for counties to address the critical concerns, system weaknesses and disparities of their own communities through the unique strengths and potential of their consumers, family members and community and system partners. For more information refer to the AB34 website, http://www.ab34.org/.

Wraparound programs include services and supports which provide strengths-based, family-driven services to children and youth and their families with multiple, complex mental health and behavioral needs. These programs are based on children and families having a single, individualized plan for services and supports that is operational

Santa Clara County Mental Health Services Act                    Page 3
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Pena/ 00098

across systems (foster care, juvenile justice, education, etc.). Wraparound services are provided within local infrastructures that promote interagency collaboration, shared responsibility and accountability for effective outcomes for children and youth and their families. Such systems are referred to as Children's Systems of Care. These systems embrace and promote key values that are essential to effective local child- and family-serving mental health systems and include:

- Service strategies that build and foster child and family strengths and resiliency;
- System partnerships such as MOUs and interagency agreements that foster effective service integration, coordination, and collaboration;
- The inclusion of family professional partnerships and involvement of families at all levels of policy, planning, and service delivery;
- The incorporation of service strategies that assure cultural competency, and achieve positive outcomes in the areas of underserved populations' access to service, foster client satisfaction, and result in youth remaining at home, in school, and out of trouble;
- The inclusion of a flexible, community-based continuum of services that supports child and family individualized needs;
- A commitment to discovering "what works" for every child and family.

**A Note about Data and Terminology**

If not otherwise referenced with an endnote and accompanying source of information, all data and statistics utilized in this plan are generated from the Santa Clara County Mental Health Department Data Systems and MHD staff analysis. For the sake of brevity, a number of acronyms are used throughout this document. They include:

| | |
|---|---|
| AI/AN= | American Indian/Alaska Native |
| CBT= | Cognitive Behavioral Treatment |
| CJS= | Criminal Justice System |
| CSS= | Community Services and Supports |
| DDJAS= | Dual Diagnosis Jail Aftercare Services |
| DFCS= | Department of Family and Children's Services (within the Santa Clara County Social Services Agency) |
| DOR= | California Department of Rehabilitation |
| ECAC= | Ethnic Community Advisory Committee(s) |
| EPS= | Emergency Psychiatric Services |
| ER= | Emergency Room |
| ESL= | English as a second language |
| FFT= | Foster family therapy |
| FPL= | Federal Poverty Level |
| FSP= | Full Service Partnership |
| IMD= | Institution For Mental Disease |
| JPD= | Juvenile Probation Department |
| LCSW= | Licensed Clinical Social Worker |
| LGBTQ= | Lesbian, Gay, Bisexual, Transgender, Questioning |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 4

Pena/ 00099

MHD=      Santa Clara County Mental Health Department
MHTC=     Mental Health Treatment Court
MI=       Mentally ill
OE=       Outreach and engagement
PCIT=     Parent Child Interactive Therapy
PI=       Pacific Islander
PTSD=     Post Traumatic Stress Disorder
SCVHHS=   Santa Clara Valley Health and Hospital System
SD=       System development
SED=      Seriously emotionally disturbed
SMI=      Seriously mentally ill
SNF=      Skilled nursing facility
SSDI=     Social Security Disability Income
SSI=      Supplemental Security Income
TAY=      Transition age youth
THU=      Therapeutic housing unit

Santa Clara County Mental Health Services Act                    Page 5
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Pena/ 00100

**PART I:**     **COUNTY/COMMUNITY PUBLIC PLANNING PROCESS AND PLAN REVIEW PROCESS**

**Section I:**     **Planning Process**

**1)**     **Describe how your local public planning process included meaningful involvement of consumers and families as full partners from the inception of planning through implementation and evaluation of identified activities.**

A tone and tenor of inclusion coupled with a de-emphasis on bureaucracy and position have been at the center of MHSA planning. Self-Help Center staff, the MHD's Office of Consumer Empowerment and its Ethnic Population Services Specialist, the National Alliance for Mentally Ill (NAMI), and other consumer and family groups joined together with providers and system partners to meaningfully involve mental health system users of all ages and from all walks of life, along with their family members and core supporters. The planning process was guided by the overarching goal of reaching "non-meeting goers" as well as "meeting goers" in order to include every possible perspective, and this goal was successfully achieved. The process was designed to be user-friendly and to acknowledge, encourage and support the value of contributed ideas and suggestions.

**The Planning Approach**

The Santa Clara County MHSA planning approach incorporated a lifespan perspective within a public health model of prevention, early intervention, and intervention strategies. This framework allowed consumers, family members, and other stakeholders to consider mental health needs across two dimensions—age and level of need. A conceptual framework for the mental health system was developed to recognize overarching life goals and assist stakeholders in identifying consumer goals and obstacles. This framework helped to identify key dimensions that are essential to an effective delivery system. It was used throughout the planning process and helped participants to distinguish between consumer, provider and system-level expectations.



Lifespan Perspective on Mental Health Need

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 6

Pena/ 00101

## Positive and Negative Outcomes by Life Domain by Age



At the heart of Santa Clara County's MHSA planning process was the logic model proposed by the California Department of Mental Health (DMH) with its eight key steps: (1) Identifying community issues resulting from untreated mental illness, (2) Analyzing mental health needs in the community, (3) Identifying focal populations for Full Service Partnerships, (4) Identifying strategies, (5) Assessing capacity, (6) Developing work plan timeframes (7) Developing budget requests, and (8) Local review and public hearing.

**The Planning Process**

Santa Clara County's MHSA planning process was divided into the following four phases:

- Engagement and Commitment
- Learning and Assessment
- Prioritization and Planning
- Implementation and Evaluation

**Engagement and Commitment Phase.** During this phase a primary emphasis was placed on obtaining stakeholder involvement, with particular importance on ensuring significant participation of consumers and family members. This first phase focused on sharing the intent of the MHSA, including its vision and transformation guidelines, while

Santa Clara County Mental Health Services Act                                    Page 7
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Pena/ 00102



setting a tone of inclusion and collective receptivity, aligning expectations without losing optimism, and outlining the planning landscape. Meetings were widely publicized and well attended. Process maps were developed, updated as necessary, and distributed to promote understanding of planning stages and milestones. (Please see sample CSS Process Planning Map, **Appendix B.**)

The early and meaningful involvement of MHD staff members promoted their strong interest in including current system consumers and families in MHSA planning. MHD managers attended a January 5, 2005, MHSA Orientation and Planning meeting and the entire MHD staff attended a January 19, 2005, MHSA Orientation and Planning session. Managers and staff provided feedback on "What does transformation mean to you?" and "How can we engage stakeholders?" Extensive brainstorming was conducted at each session about ways in which broad and representative consumer involvement could be achieved. Attention also was given to ways in which an ongoing infrastructure could be developed to obtain continuing input from stakeholders and, in particular, from consumers and family members.

The first large Stakeholder Forum was held on January 26, 2005. More than 250 people attended, including a substantial number of consumers and family members.

On February 18, 2005, a large group of mental health contract and fee-for-service providers participated in a provider-oriented MHSA Orientation and Planning meeting. Included were agencies and individuals that serve every lifespan stage—children, youth, transitional-age youth and young adults, adults, and older adults—as well as ethnic and linguistic groups and all county geographic areas. They, too, demonstrated tremendous interest in MHSA planning participation, and breakout groups elicited valuable suggestions concerning how to meaningfully engage clients and family members. There was strong consensus that extensive face-to-face contact in multiple languages must be utilized to ensure that diverse consumer and family perspectives on mental health services needs are included. The providers agreed to play an active role in implementing this effort; and throughout the process, they have been active in their own involvement as well as in engaging the participation of their clients.

The consumer engagement strategies that were considered most important by the providers included:

- Ensuring that all provider staff are included in the involvement of consumers,
- Involving trusted staff and others to conduct standardized interviews,
- Hiring consumers and family members to conduct information groups and complete surveys,
- Utilizing a suggestion box and comment posters at each service location,
- Conducting focus groups for consumers and family members using trained staff and targeted to various age and language groups,
- Drawing on a variety of media to publicize MHSA planning, and
- Establishing consumer and family advisory committees.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 8

Pena/ 00103

As a further step toward achieving the DMH/MHSA vision for a mental health service system in which "clients and their families will be involved in the development, implementation and evaluation of their treatment," the MHD is working with providers to ensure that these consumer groups becomes formalized into the ongoing structure and function of their agencies.

Further inclusion of consumers was facilitated through existing consumer groups. Three MHSA Consumer Engagement Group meetings were held at Self-Help Centers, one on February 15, 2005, in San Jose (East/Central County), one on February 16, 2005, in Palo Alto (North County), and one on February 22, 2005, in Gilroy (South County). Consumer participants agreed to enlist the participation of other consumers and did so continuously throughout the planning process. Clients at each of the Self Help Centers also made direct recommendations for the top twenty things that would better address their needs. This feedback was incorporated into the process.

Additionally, there was active assistance with MHSA consumer engagement by advocacy organizations such as NAMI, Parents Helping Parents, and others. Santa Clara County's well-established Mental Health Board also includes substantial participation by consumers and family members. The Mental Health Board and its committees energetically assisted in promoting MHSA planning participation, including the broadest possible representation of consumers and family members.

Along with encouragement to participate, a variety of techniques were used to support consumer involvement, including transportation assistance, food, expense reimbursement, training, and ongoing acknowledgement of the value of their contributions. Consumers and family members consistently comprised more than one third of MHSA planning meeting participants.

**Learning and Assessment Phase.** The second planning phase included quantitative and qualitative learning about the current service delivery system; the needs and interests of consumers, family members, providers, system partners, and the community; best practice strategies; and methods to determine outcomes and ensure practice quality. It was within this phase that 10,000 voices were sought and heard through focus groups and conversations, posters that invited written comments, suggestion boxes, surveys, and presentations by MHD staff at which feedback was obtained. The 10,000 voices included substantial "inreach" to current consumers and family members as well as outreach that was targeted to ensure inclusion of unserved and underserved consumers.

**Community Participation through Inreach and Outreach**

Integration of the community through inreach and outreach was achieved by the joint and aggressive efforts of the MHD, consumers and family members, providers, system partners, and a broad spectrum of the general community. As elements of inreach and outreach, 71 focus groups and informal conversations were conducted, more than 6,000 surveys, suggestion sheets and posters with comments were received, hundreds of

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005                                                                                    Page 9

Pena/ 00104

individuals participated in training and planning meetings, and other forms of creative and confidential means were used to gather feedback. People participated in English, Spanish, Vietnamese, Chinese, and Tagalog. Six ethnic advisory groups were formed: Latino, Vietnamese, Chinese, Filipino, American Indian/Alaskan Native (AI/AN) and African American. They provided input consistent with that which was sought from the focus groups, and they served as ongoing linkages with these communities and advisors about these communities. Outreach was conducted through speaking engagements before a wide variety of groups and at community and cultural events, community centers, Self Help Centers, clinics, IMDs, homeless encampments, emergency housing shelters, street corners, and, literally, in almost every possible venue.

"Conversation kits" with MHSA materials were produced and used to support all types of personal contact regarding MHSA goals and planning. These kits incorporated information concerning MHSA, including its vision and opportunity for system change. Kits included surveys, meeting announcements with place and schedule information, focus group instructions, key contacts, and easy directions for how to obtain assistance. Training was provided on focus group facilitation.

### Surveys

Of the 10,000 voices that were reached through the inreach and outreach process, approximately 6,000 were from surveys conducted throughout the county. (Please see sample surveys, **Appendix C.**)

Six hundred surveys were completed by new immigrants and their family members at a March 12 Citizenship and Immigrant Pride Fair. At this annual, countywide event, immigrants learn about US citizenship, receive free assistance, and obtain an overview of the citizenship process. Its orientation sessions were conducted in 19 different languages. At this event, the MHD Director (who also is Spanish speaking) was joined by department staff and a cadre of volunteers with capability in various languages. They maintained an all-day MHSA booth at which there were almost continuous lines of survey participants.

Surveys also were completed at mental health agencies, at consumer and family meetings, at schools, churches, businesses, other community events, at shelters, on the streets, and, literally, in homeless living areas under bridges, by rivers and near freeway on-and-off ramps. Surveys were carried by consumers, family members, mental health service providers, other system partner and community agency staff, and a cadre of community volunteers. Surveys were printed in five languages and assistance was provided for survey respondents who had limited literacy. Overall, the 6,000 survey respondents were comprised of the following:

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 10

Pena/ 00105

| Ethnicity of Survey Respondents | |
|---|---|
| White | 25.5% |
| African American | 4.9% |
| Native American | 1.0% |
| Asian | 18.5% |
| Pacific Islander | 0.4% |
| Latino | 30.8% |
| Other | 2.3% |
| Multi-race | 1.6% |
| Unknown | 15.0% |

| Age of Survey Respondents | |
|---|---|
| Zero-5 | .20% |
| 6-11 | 1.3% |
| 12-15 | 7.1% |
| 16-25 | 22.0% |
| 26-35 | 19.2% |
| 36-49 | 24.2% |
| 50-59 | 11.5% |
| 60 + | 9.2% |
| Unknown | 5.3% |

| Type of Survey Respondent | |
|---|---|
| Consumer | 32% |
| Community member | 26% |
| Family member | 10% |
| Provider | 10% |
| Did not report | 23% |

| Gender of Survey Respondents | |
|---|---|
| Female | 53% |
| Male | 37% |
| Unknown | 10% |

**Focus Groups and Community Conversations**

The 71 focus groups and community conversations brought together 939 participants representing 22 organizations. Of the 71 focus groups and conversations, half were conducted in English, 18% were conducted in Spanish, and 11% percent in Vietnamese. One session was led completely in Tagalog, targeting the Filipino community, and one was conducted in Mandarin, targeting the Chinese community. Focus groups also included a variety of other ethnic, cultural and linguistic groups. Of the 71 focus groups and conversations, 71% involved primarily consumers, 11% involved both providers and consumers, and 7% were conducted with mental health providers.

**Presentations and Discussions**

The MHD Director and staff made more than 50 presentations to system partners and community organizations (often conducting surveys or focus groups as well). Consumers and families were involved through the activities described above as well as through dialogues with clients and staff at all three Self-Help Centers, meetings with NAMI, the San Jose City College Disabled Students Program, Parents Helping Parents, and other groups and locations. Meetings were held in all major geographic regions of the county.

**Prioritization and Planning Phase.** The third phase involved consolidating and shaping second-phase learning and information into a consensus regarding *critical*

Pena/ 00106

concerns, *individual and cultural strengths, system strengths and weaknesses, disparities and barriers* to service, and potential solutions and *strategies*. All of this information was summarized and presented to Work Groups, consisting of consumer, family member, provider, system partner, and general public representatives, to ensure diverse and informed feedback into the planning process. The task of the Work Groups was to help identify age-oriented *focal populations* to be targeted in the CSS plan.

Each step of this process was presented at the large Stakeholder Forums. The Stakeholder Leadership Committee also reviewed and accepted the community's input and endorsed the populations, as determined by the Work Groups, to be addressed in the CSS Plan.

Smaller Strategy Teams then used this wealth of information, along with other research and data on community needs, to develop recommendations for specific approaches in the CSS Plan. Incorporating the extensive feedback of consumers and community stakeholders helped to ensure that the CSS Plan is collaborative, culturally competent, driven by families and consumers, focused on wellness, and successfully achieves integrated services.

A group of Advisors, made up of ethnic and subject matter experts, devoted a full day to a process of review and comment on the Strategy Teams' preliminary recommendations. This input was taken back to the Strategy Teams at the last of their four full-day meetings for consideration prior to finalizing their CSS service recommendations.

Then, following the input of the Stakeholder Leadership Committee on September 30, 2005, concerning priorities for inclusion in the CSS Three-Year Plan, the MHSA Management Team prepared a Draft CSS Three-Year Expenditure Plan, including an outline of strategies along with projected budget amounts associated with each strategy. This overview of the CSS Work Plans (strategies, targeted consumers, and associated costs) also was presented to consumers and family members at a series of community meetings in order to receive this critically important feedback prior to publication.

Again, there was a significant level of consumer and family member participation at all levels of planning, including the Stakeholder Forums, inreach and outreach, Work Groups, Ethnic Community Advisory Committees, Strategy Teams, Advisors, the Stakeholder Leadership Committee, and the Mental Health Board.

**Implementation and Evaluation Phase.** The final phase will be completed following State approval and funding. During this phase, the focus will be on operational functions required to ensure that the most qualified service providers are selected and that all providers and stakeholders receive adequate training and support to make the changes necessary to accomplish the transformation objectives. This phase establishes the local accountability structure, the processes used to monitor and evaluate service implementation and quality, and the most effective methods to maintain ongoing interface between the Stakeholder Forums and Leadership

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 12

Pena/ 00107

Committee and system providers and administrators. Consumers and family members will continue to have active involvement.

2)      **In addition to consumers and family members, briefly describe how comprehensive and representative your public planning process was.**



**Santa Clara County MHSA Planning Structure**

Participants at all levels of the Santa Clara County MHSA planning structure were informed by the 10,000 voices heard through inreach and outreach. As described previously, inreach and outreach was conducted throughout all regions of the county; and through this, the opinions of an extremely broad spectrum of county residents were heard and recorded. Presentations were made at the School Boards Association, Santa Clara County Collaborative (Homeless Steering Committee), Silicon Valley Council of Non-Profits, Early Childhood Education Inclusion Collaborative, law and justice representatives, Social Services Agency leadership, the Domestic Violence Council, League of Women Voters, organizations representing the lesbian, gay, bisexual and transgender communities, alcohol and drug service providers, the

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 13

Pena/ 00108



Immigrant and Refugee Forum, faith organizations, veterans, the Santa Clara County Senior Commission, and many, many more.

In addition to voices obtained through the MHSA process, it should be noted that other sources of information were utilized by the MHSA planners:

- An extensive community planning process, jointly sponsored by the City of San Jose and Santa Clara County, was utilized to develop a comprehensive ten-year master plan for aging and older adult services. A strategic plan entitled, *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County* was the result of participation by more than 1,100 community members.

- Likewise, an extensive planning process, conducted by a broadly representative Task Force and six Work Groups, resulted in the completion of *Keys to Housing: A 10-Year Plan to End Chronic Homelessness in Santa Clara County. A Blueprint for the Communities of Santa Clara County,* May 2005.

- MHSA planners utilized the preliminary results from a needs assessment of lesbian/gay/bisexual/transgender (LGBT) individuals conducted by the Billy deFrank Community Center. The survey respondents contributed valuable insights into their mental health concerns and needs, and initial findings suggested a prevalence rate of mental illness that is twice that which is estimated for the "general public."

- Another valuable resource was the study conducted by the Santa Clara County Office of Human Relations in preparation for its groundbreaking December 2000 Summit on Immigrant Needs. The Summit is considered the most ambitious study of immigrant needs ever conducted by any county. Over a two-year period, 16 different need areas were researched in great detail. These included, among others, criminal justice, domestic violence, public health, housing, food, ESL, employment training, substance abuse, and mental health. In addition to detailed demographic information, respondents to a Human Needs Questionnaire provided valuable information concerning personal and family needs, family income and employment, and immigration and resettlement issues. Mental health-related questions concerned stress, the need for help with emotional problems, sadness, isolation, fear, anger, self-destruction, nightmares, flashbacks, and hallucinations.

Many other sources of information were utilized that, in effect, broadened the reach and enriched the content of MHSA planning. They are referenced with endnotes throughout the document.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 14

Pena/ 00109

## Stakeholder Forums

The Santa Clara County MHSA planning process was structured around "come one, come all" stakeholder forums, facilitated by the Mental Health Director and coordinated by an MHSA Project Management Team. The Stakeholder Forums' first meeting on January 26, 2005, drew 250 attendees. Among them were various elected officials, including Board of Supervisor members, city council members, and members of school district boards of trustees. They also included consumers and family members, providers, system partners, university representatives, employment and training providers, the media, refugee and immigrant organizations, ethnic and cultural organizations, housing providers and advocates, foundation representatives, business, labor, veterans, seniors, and an assortment of community residents.

Participation remained at approximately 200 at these monthly forums throughout the planning process. Incorporated within the Stakeholder Forums were readiness or training components that provided stakeholders with background on the current system, an understanding of the community, knowledge of key issues, and informed perspectives concerning effective services. Please see Part I, Section I, Response 4 for more detailed training information.

The Stakeholder Forums served as a broad-based advisory group to MHSA decision-makers and ensured wide-ranging representation in the process. The Stakeholder Forums provided key guidance on the methods used to engage consumers and the broader community, and participants contributed significantly to the planning and implementation of specific outreach activities.

The May Stakeholder Forum was combined with a celebration of "May is Mental Health Month." Attendance was more than 800, with consumers comprising more than half of the participants. A buffet luncheon was accompanied by multi-cultural entertainment and presentation of awards for winning entrants in the Self-Help Centers' annual art shows.

Training at this meeting focused on wellness, recovery and resiliency. Speakers included Kevin Campbell, Vice President of Strategic Planning and Service Innovation at EMQ Children and Family Services and expert on "Family Finding," and Mark Ragins, M.D., Medical Director of the Village Integrated Service Agency in Long Beach, California, an award winning model of mental health care.

## Work Groups

The Work Group meetings were launched on March 11, 2005, with 133 people in attendance at the initial meeting. The Work Groups continued to meet monthly through June and were open to all who wanted to participate. Almost 200 consumers, family members, providers, system partners, and community members collectively devoted nearly 2000 hours to perform the following critically important tasks:

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan                    Page 15
December 30, 2005


Pena/ 00110

- Review findings from the process of inreach and outreach;

- Examine system and community data and information for each age group;

- Examine systems strengths and weaknesses;

- Document key individual, family, community, and cultural strengths;

- Develop preliminary summaries of critical concerns, potential focal populations, and criteria for strategy selection;

- Brainstorm potential strategies that integrate and are consistent with best practice/culturally competent strategies and inreach and outreach findings; and

- Incorporate feedback from the Cultural Competency and Wellness and Recovery Stakeholder Forums.

At the beginning of each Work Group meeting, participants met together to receive MHSA updates, review inreach and outreach findings, and participate in discussions about issues that cut across age groups. Participants then separated into five age-oriented subgroups (0 through 5, 6 through 15, 16 through 25, 26 through 59, and 60 and over). At the end of the meetings, Work Group members reconvened to share the products of their deliberations.

There was unanimous agreement among Work Group members on the importance of the subcommittees staying closely connected to one another. There was strong feeling about the potentially negative consequences of planning exclusively in "age silos" instead of using a lifespan perspective that takes into consideration movement through age groups over time as well as the role of people in a larger social ecology system that is comprised of family, friends, and core supporters from many age groups. It was clear that ethnic communities, in particular, do not perceive themselves as living in segmented age groups. They advocated strongly for a process that provided interaction among the age-specific committees.

**Ethnic Community Advisory Committees**

For a six-week period during MHSA engagement and planning, three half-time staff were retained to assist the MHD's Ethnic Population Services Specialist in establishing and facilitating six committees, each representing one of the county's ethnic communities: Latino, Vietnamese, Chinese, African American, Filipino, and Native American. In addition, the Immigrant and Refugee Forum provided valuable input and Billy deFrank LGBT Community Center's Preliminary Report on Emotional Well-Being and Mental Health provided important information. The committees were formed in support of the MHSA planning process but will continue, along with an anticipated LGBT Committee, to have a permanent, ongoing role in the public mental health system.

The Ethnic Community Advisory Committees (ECAC) evolved from this work. Their role was to:

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 16

Pena/ 00111

- Envision ways in which the mental health system's engagement process can be more inclusive of ethnic consumers, family members and the community;
- Promote community mental health education;
- Help consumers and family members to become engaged in the mental health system;
- Identify and support "natural systems" in the community;
- Actively participate in service strategy development and implementation, including the MHSA CSS planning process; and
- Find ways to sustain ethnic community involvement at the ECAC and other levels of participation.

The ECAC members included a mix of mental health experts, community activists and leaders, and consumer and family members. Collectively, they brought extensive knowledge of effective service strategies for meeting the needs of each ethnic community. The results of the work of the ECACs were incorporated throughout the process of inreach and outreach, classification of critical concerns, categorization of focal populations, and identification and selection of service strategies.

**Stakeholder Leadership Committee**

The Stakeholder Leadership Committee emerged from the Stakeholder Forums to act as a review and decision-making body. The Committee was composed of representatives of all the key leadership categories that were outlined in Santa Clara County's MHSA Plan to Plan. These family and consumer partners, system partners, provider partners, and community partners consisted of service providers, advocates and representatives (partial list) of the following:

- Child welfare
- Education and schools
- Special education
- Law enforcement
- Judges and Court Services
- Public Defenders
- District Attorneys
- Probation
- Criminal justice/corrections
- Veterans
- Labor
- Faith communities
- Business
- Developmental disabilities
- First Five Commission
- Primary care
- Acute care

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 17

Pena/ 00112

- Public health
- Community health clinics
- Alcohol and drug services
- Mental health
- Peer mental health
- Mental Health Board
- Housing and homeless services
- Job training and employment
- Ethnic-specific agencies and organizations
- Lesbian, gay, bisexual and transgender communities
- Seniors

The Leadership Committee endorsed all planning and decision milestones. On June 24, 2005, it approved the list of critical concerns and focal populations for further study and program development by the Strategy Teams. On September 30, 2005, it helped to prioritize the strategies within each age group for inclusion in the CSS Three-Year Plan. On October 14, 2005, the Leadership Committee conducted an intensive review of the proposed Work Plans and provided feedback. Subsequently, Leadership Committee members were furnished forms on which to record written comments and suggestions. After incorporating recommendations of the Leadership Committee, the MHSA Management Team prepared a final CSS Draft Plan, which was reviewed and unanimously endorsed by the Leadership Committee at its meeting of October 28, 2005.

**Strategy Teams**

Strategy Teams meetings were all-day events, and the 150 team members were composed of individuals who applied to the MHD to serve in this capacity, identifying which one or ones of the Strategy Teams—each examining a separate focal population—on which they had a desire to serve. Applications were broadly disseminated and interest in participation was strong.

Team members were selected to ensure that they represented a range of backgrounds and perspectives and were knowledgeable about the focal population in which they had expressed interest. Each team included a mix of consumers, family members, providers, system partners, and subject experts. The selection criteria included:

- Knowledge of and experience with the focal population(s) or age group(s)
- Able to make the time commitment
- Able and willing to work effectively as a part of a team
- Represent their stakeholder group
- Agree to a consensus decision-making process

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 18

Pena/ 00113

As identified by the Work Groups and endorsed by the Leadership Committee, each of the nine Strategy Teams was organized to address one of the following focal populations:

1.  High risk infants and children aged 0 through 5, evidenced by involvement in the child welfare system; victims of abuse, neglect, trauma, domestic violence or homelessness; or pediatric high risk

2.  Child welfare system-involved children and youth ages 6 through 15

3.  Juvenile Probation Department-involved children and youth ages 6 through 15

4.  Seriously emotionally disturbed or seriously mentally ill children and youth ages 0 through 18 not mentioned above

5.  Transition age youth, ages 16 through 25, who are aging out of multiple systems—Mental Health Department, Juvenile Probation Department, child welfare system, Department of Alcohol and Drug Services, and pediatric primary health care

6.  First-time psychotic break

7.  Adults, ages 26 through 59, who are homeless mentally ill, dual diagnosed seriously mentally ill, jail involved, and frequent users of emergency rooms

8.  Unserved or underserved seriously mentally ill adults

9.  High risk seniors with complex problems who are identified by the Social Services Agency, Public Health, or primary care as being isolated, homebound, and shut-in unserved mentally ill

The Strategy Teams were designed to:

*   Review stakeholder input on critical concerns impacting the targeted focal populations;
*   Review service data and identify ethnic and other disparities in service access and utilization by targeted focal population;
*   Review relevant best and promising practice information; and
*   Recommend strategies to transform services to target populations in three funding areas: full service, system capacity, and outreach/engagement.

At the first Strategy Team meeting on July 22, 2005, all members met together for state and local planning updates, an orientation to the Strategy Team process, and a presentation on the Social Ecology and Connectedness Models by David Arredondo,

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 19

Pena/ 00114

M.D. Dr. Arredondo is a child psychiatrist and Medical Director of Applied Child Neuroscience. He has done extensive work with the First Five Commission and the Juvenile Mental Health Court. Dr. Arredondo helped participants establish a contextual framework to utilize in evaluating potential service strategies.

Subsequently, the team sessions were devoted to finalizing focal population definitions, discussing critical service and disparity data, reviewing practice evaluation criteria, and brainstorming best and promising practices. Homework involved reading and evaluating practice strategies.

At the second Strategy Team meeting on August 5, 2005, team members discussed practice strategies (their homework assignments), contributed additional strategies, and reviewed the relationship of the strategies to CSS requirements. They examined each from the perspective of which investment category it would fulfill: Full Service, System Development, or Outreach and Engagement. They identified missing elements in full service strategies. Members utilized practice strategy evaluation worksheets to rate and score practice strategies using a consistent set of evaluation criteria. (Please see Strategy Team Evaluation Criteria form, **Appendix D**.)

At the third Strategy Team meeting on August 26, 2005, members continued to discuss and review practice strategies in relationship to CSS requirements and selected potential strategies to advance. Strategies were categorized by investment category and rated. Some were selected to move forward toward possible inclusion while others were eliminated from further consideration.

**Advisors**

On September 12, 2005, between the third and final Strategy Team meetings, the strategies that were advanced for further consideration by Team members were reviewed by Advisors. The Advisors' role was as consultants to the Strategy Teams. Advisors heard the presentation of the Strategy Team leaders and commented on the emerging strategies from each Team from their expert perspectives. They focused on the efficacy of the Team-selected strategies and reviewed the preliminary selections for cultural competency and consistency with other initiatives. They also provided reflections on the inventory of strategies, including suggestions concerning specific, evidence-based practices for the Teams' consideration. Advisors written comments were subsequently furnished to the Strategy Teams for consideration.

(Please see **Appendix E** for names of committee members, group members, advisors and other participants.)

**Embedded into MHSA Planning**

Mixed throughout MHSA planning process were celebrations of accomplishments. A remarkable esprit de corps was established and maintained that fostered enthusiasm and commitment. It is the intention of MHSA leaders to support continuation of the

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 20

Pena/ 00115

sense of inclusion, community and purpose that was developed to support planning for the remaining MHSA funding categories.

A Santa Clara County MHSA web site—a component of the MHD web site—provided information about the Act, schedules for upcoming meetings, copies of PowerPoint presentations, and downloadable/printable portions of the "conversation kits." These included the survey instruments in several languages, flyers, process graphics, suggestion sheets, and other tools for inreach, outreach and education.

### The Santa Clara County Board of Supervisors

**Supervisor Liz Kniss, District 5, Chairperson of the Board**
**Supervisor Donald F. Gage, District 1**
**Supervisor Blanca Alvarado, District 2**
**Supervisor Pete McHugh, District 3**
**Supervisor James T. Beall, Jr., District 4**

Santa Clara County's Board of Supervisors adopted a resolution in support of Proposition 63 at its meeting of September 22, 2004, and the Board members have been a continuing source of vital support both before and after MHSA passage at the election in November. Regular presentations have been made by the MHD Director to the Board of Supervisors' Health and Hospital Committee, at which the questions and feedback provided guidance in MHSA planning. One presentation during the MHSA planning process was made by the MHD Director to the full Board, in addition to the December 13, 2005 meeting for presentation and approval of the Final CSS Three-Year Plan prior to its submission to the State Department of Mental Health.

Individual meetings with Board members as well as Board staff facilitated the cross-directional flow of information. Board members and Board aides have been in attendance at a full range of MHSA meetings, including the Stakeholder and Leadership Forums, Work Groups, Strategy Team, Leadership Committee, and Mental Health Board. It should be noted that the Santa Clara County Board of Supervisors has been an ongoing champion of mental health services and has worked diligently to sustain services during extremely difficult budgetary times. The continuing support and leadership of the Board of Supervisors will be an essential component of the mental health service system transformation that is the essence of the Mental Health Services Act.

### Executive County Leadership

**County Executive Mr. Peter Kutras, Jr.** Mr. Kutras provided support and guidance to the MHSA planning process and steered the course that enabled County agencies and departments to work cooperatively and effectively on this watershed effort.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 21

Pena/ 00116

**Deputy County Executive Sandra Nathan, Ph.D.** Dr. Nathan served as one of the co-chairs of the MHSA planning process and Leadership Committee. She generously contributed her knowledge and expertise.

**Executive Director, Santa Clara Valley Health and Hospital System, Mr. Robert Sillen.** The MHD, a component of the Santa Clara Valley Health and Hospital System (SCVHHS), received strong and consistent support from SCVHHS Executive Director Robert Sillen, as well as the SCVHHS Fiscal Services Department, and other SCVHHS partners. Mr. Sillen provided the combination of direction and freedom that allowed the MHD to pursue this unprecedented, community-wide, highly participatory process.

### The Santa Clara County Mental Health Board

The Santa Clara County Mental Health Board has been an active participant and key contributor to the successful Santa Clara County MHSA planning process and CSS Three-Year Plan for mental health service system transformation. Santa Clara County has a well established Mental Health Board that includes substantial participation by consumers and families. The Mental Health Board meets monthly. In addition, there are monthly meetings of its Executive Committee as well as Program Planning and Fiscal Committee, Minority Advisory Committee, Client/Consumer Empowerment Committee, Family, Adolescent and Children's Committee, and Adult and Older Adult Services Committee. The Mental Health Board and its committees energetically assisted in promoting MHSA planning participation, including the broadest possible representation of consumers and family members.

Mental Health Board Chairperson George Vizvary, a consumer advocate and leader, served as one of the three co-chairs of the MHSA planning process and Leadership Committee. Mr. Vizvary has been a faithful and active contributor in virtually all MHSA planning groups. Likewise, Mental Health Board Program Planning and Fiscal Committee Chairperson Veronica Tincher has been an active planning participant and a member of the MHSA Leadership Committee. The Program Planning and Fiscal Committee assumed the task of developing the new departmental mission and vision statement, which will provide guidance throughout the remainder of MHSA planning and implementation. The Minority Advisory Committee under the leadership of Wes Mukoyama played an active role in reviewing findings and recommendations to help ensure that they are consistent with the goal of eliminating service disparities. The Mental Health Board assumed responsibility for scheduling and conducting three public hearings to fully involve consumers, families and the public in the review and comment process on the CSS Three-Year Plan. It has been an effective partnership.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 22

Pena/ 00117

3)    **Identify the person or persons in your county who had overall responsibility for the planning process. Please provide a brief summary of staff functions performed and the amount of time devoted to the planning process to date.**

| Name/Title | Responsibility | % Time or # of Hours* |
|---|---|---|
| **Mental Health Department Staff** | | |
| Nancy Pena, Ph.D., Mental Health Director | Overall responsibility for the planning process and plan. Actively involved with inreach and outreach and served as team leader for transitional age youth strategy team | 60% |
| Bruce Copley, Deputy Director | Operations coordination, including allocation of staff resources and leadership for strategy development for adult special populations: incarcerated, homeless, dual diagnosed, frequent ER users | 40% |
| Tiffany Ho, M.D., Medical Director | Leadership for medical/psychiatric components, and ethnic and cultural concerns | 40% |
| Jaime Lopez, Division Director, Family & Children's Services | Leadership for strategy development children 0-5 years and youth 6-15 | 40% |
| Teea Gilbert, Division Director, Adult & Older Adult Services | Leadership for Adult and Older Adult with emphasis on unserved and underserved adults | 40% |
| Sheila Yuter, Sr. Health Program Specialist, MHSA coordinator | Coordination and integration of all plan development activities, and team leader for Older Adult Strategy Team | 90% |
| Maria Fuentes, Ethnic Services Manager | Leadership in outreach to cultural and ethnic communities | 40% |
| Michael Ichinaga, Ph.D., QI Manager | Leadership in education and clinical program development, with emphasis on adult programs | 25% |
| Martha Paine, Director, General Fund Services | Preparation of financial portions of CSS Plan | 10% |
| Peter Antons, Family & Children's Services Specialist | Strategy team co-leader, research and writing for sections on children in foster care, writing and review of children and youth sections | 30% |
| Alyce Cobb, Adult Services Specialist | Research and content support to adult strategy teams | 20% |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 23

Pena/ 00118

| Name/Title | Responsibility | % Time or # of Hours* |
|---|---|---|
| Sandra Trafalis, Ph.D. Health Program Specialist | Data acquisition and coordination with SCVHHS IS Department, participant in plan writing, and co-leader of First Psychotic Break Strategy Team | 80% |
| Doug Murphy, Administrative Support | Outreach to clients and families, Leadership Commit-tee member, and support for research and writing | 100% of .5 position |
| Doug Klinkerman, Information Services Specialist | Information systems programming to obtain utilization data and associated demographics | 120 hours |
| Emma Ramirez, Exec. Assistant to the Director | Administrative support for internal and external meeting preparation, attendance records, distribution of information, financial records | 40% |
| Lorraine Girard, Admin. Assistant | Administrative support for meeting preparation | 20% |
| LaShawna Ramirez, Office Specialist | Administrative support for meeting preparation and data entry for community surveys | 30% |
| **Consultants** | | |
| Jean McCorquodale | Research, process documentation, and overall plan writing | 1000 hours |
| Carolyn Verheyen | Meeting planning and facilitation, survey analysis, process management | 500 hours |
| Wendy Moschetti | Meeting facilitation, survey and work group analysis | 400 hours |
| David Arredondo, M.D. | Consultant on social ecology and connectedness models | 40 hours |
| Mark Ragins, M.D. | Consultant on recovery and wellness | 12 hours |
| Kevin Campbell, Vice President, EMQ | Consultant on children's recovery and resiliency | 6 hours |
| **Leadership Committee Chairs** | | |
| George Vizvary, MH Board Chair | Participation in community conversations plus co-chair of Leadership Committee | 60 hours |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 24

Pena/ 00119

| Name/Title | Responsibility | % Time or # of Hours* |
|---|---|---|
| Sandra Nathan, Ph.D., Deputy County Exec. | Participation in overall strategy plus co-chair of Leadership Committee | 30 hours |
| **Strategy Team Leaders** | | |
| Gina Sessions, Ph.D. Assoc. Dir., Children's Health Council | 0-5 Strategy Team co-leader; performed research, led discussions resulting in strategies for pre-school youth | 80 hours |
| Erin O'Brien, CEO, Community Solutions | JPD Strategy Team co-leader; performed research, led discussions resulting in strategies for juvenile justice youth | 80 hours |
| Larry Soto, Director, Starlight Center | JPD Strategy Team co-leader; performed research, led discussions resulting in strategies for juvenile justice youth | 80 hours |
| Laura Champion, Program Director, Eastfield Ming Quong | DFCS Strategy Team co-leader; performed research, lead discussions resulting in strategies for youth in foster care | 80 hours |
| Margaret Ledesma, Discharge Coordinator, MHD | 0-15 Un- and Underserved Youth Strategy Team co-leader; performed research, lead discussions resulting in strategies for this group | 80 hours |
| Barry Goldman-Hall, Assoc. Dir., Community Solutions | 0-15 Un- and Underserved Youth Strategy Team co-leader; performed research, led discussions resulting in strategies for this group | 80 hours |
| Brian Salada, Program Manager, MHD | Transitional Age Youth Strategy Team leader; performed research, led discussions resulting in strategies this group | 120 hours |
| Lorraine Maloon, Older Adult Coordinator, MHD | Older Adult Strategy Team co-leader; performed research, led discussions resulting in strategies for this population; participated in reviewing CSS Plan drafts | 80 hours |

Percent of time is based on full-time employees; hours are based on time devoted to the planning process in calendar year 2005.

4)     **Briefly describe the training provided to ensure all participation of stakeholders and staff in the local planning process.**

Training was incorporated within the Stakeholder Forums that provided background on the current system, an understanding of the community, knowledge of key issues, and informed perspectives concerning effective services. Every MHSA meeting was opened

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 25

Pena/ 00120

with an overview and recap of the MHSA opportunity, vision, requirements, process, and potential impact on mental health services. Updates were provided about DMH requirements and the status of planning efforts. Fundamental principles of consumer and family participation, community partnerships, cultural competence, outreach and development of services to underserved communities, expanded commitment to monitoring consumer and system outcomes, and accountability were repeatedly stressed. Significant efforts were made to establish a tone of inclusion and encourage participation in order that the diverse stakeholders could learn from one another.

## Peer-to-peer engagement strategies and focus group facilitation

Stakeholders were trained in focus group and community meeting facilitation by Carolyn Verheyen, a principal with MIG, a planning, design, communications and management firm retained by the MHD to assist with MHSA community education and involvement, meeting facilitation, and project coordination. Self Help Center Coordinators, Doug Murphy and Jennifer Jones, with the assistance of the Office of Consumer Empowerment staff, Theresa Georges, Barry Fultonberg, AlmaAlicia Castillo, and Phil Winn, planned and facilitated consumer meetings.

## Informational sheets - "Facts at a Glance"

Information packets were prepared by Jean McCorquodale, the MHSA CSS Plan writer, and were distributed to all stakeholders. (Please see Facts at a Glance packet in **Appendix F.**) They contained key statistics that helped provide a basis of understanding about the local community. They covered:

- An Overview of Santa Clara County – demographics; economy and poverty; housing and homelessness; the environment; health
- Children and Youth
- Adults
- Older Adults
- Criminal Justice information

## Cultural Competency and Equity Forum

A forum was held on April 8, 2005. The agenda included a presentation about disparities in mental health services by the MHD's Ethnic Population Services Specialist Maria Fuentes. A consumer and a family member gave moving presentations entitled, "The Soul of Recovery: Family and Consumers Perspectives." A theater group called the *Siembra Project* skillfully depicted the difficulties faced by immigrants, particularly Latinos, as they struggle to build new lives in very different and challenging circumstances. The fact sheets on county demographics were augmented with a presentation by the Office of Human Relations on "Immigrant Populations in Santa Clara County." A panel of ethnic-specific mental health service providers spoke about "Providing Culturally Competent Mental Health Services for Children, Adolescents,

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 26

Pena/ 00121

Young Adults and their Families." This was followed by a second group of ethnic-specific mental health service providers who examined these issues from the perspective of culturally competent mental health service provision for adults. Panelists represented agencies serving the African American, Eastern European, Native American, Latino, Chinese and Vietnamese communities.

Concurrent with the MHSA trainings were a series of cultural competency workshops sponsored by the MHD and the Santa Clara County Department of Alcohol and Drug Services. Each workshop included historical information and an overview of the American experience of various ethnic and cultural groups. The focus was on effective clinical approaches for working with substance abuse and mental health clients from the following communities:

- LGBTQ
- Native American
- Eastern European
- Latino
- Vietnamese
- Filipino, Korean
- African

### Wellness, Recovery and Resiliency Forum

A training/readiness forum was integrated into the May 20, 2005, meeting of Stakeholder and Leadership Committee. Wellness, recovery and resiliency for children was presented by Kevin Campbell, Vice President of Strategic Planning and Service Innovation at EMQ Children and Family Services. The Wraparound model was discussed, along with the promise and importance of "Family Finding." Wellness, recovery and resilience for adults was presented by Mark Ragins, M.D., Medical Director of the award-winning Village Integrated Service Agency in Long Beach, California. AB2034 outcomes and lessons learned were highlighted. These presentations were followed by smaller, informal discussions at which time participants asked each speaker questions and explored program aspects of particular interest.

### Social Ecology and Connectedness Training

The first of the four day-long meetings of the nine Strategy Teams included a presentation to all participants on Social Ecology and Connectedness by David Arredondo, M.D., a child psychiatrist and Medical Director of Applied Child Neuroscience. Dr. Arredondo helped participants establish a contextual framework to utilize when evaluating potential service strategies.

Ecological and Human Connectedness Models as a Context for Effective Interventions



Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Pena/ 00122



**Video of Consumer Interviews**

A particularly moving and meaningful aspect of MHSA training was the result of the enterprise and talent of a MHD consumer, Tracy McGreevy. Ms. McGreevy, at her own initiative, videotaped interviews with residents of the Julian Street Inn, a 72-bed homeless shelter providing emergency and short-term housing for the seriously mentally ill homeless population of Santa Clara County. Operated by InnVision, it is Northern California's only homeless shelter for the seriously mentally ill. From various interviews with Inn residents, Ms. McGreevy fashioned an extremely powerful film called, "Voices from InnVision." It provides insight about the histories, tragedies, hopes, aspirations, barriers, and daily struggles faced by homeless, seriously mentally ill individuals. Few people finished the film with dry eyes, and no one came away without improved understanding, heightened empathy, and increased motivation to achieve MHSA's vision and service system transformation.

The film has been shown repeatedly since its initial viewing. It has been seen by members of the Board of Supervisors, the Mental Health Board, the County Executive, deputy county executives, a broad spectrum of department heads, and by additional stakeholders in a variety of settings. The film corresponded with the message that was stressed throughout the planning process, that is, education and training must result in a sincere belief in resiliency, recovery, empowerment, and self-determination for individuals, regardless of mental illness. Education throughout MHSA planning was focused on making people think in terms of recovery, with an emphasis on maintaining wellness.

**Section II:    Plan Review**

**1)**        **Provide a description of the process to ensure that the draft plan was circulated to representatives of stakeholder interests and any interested party who requested it.**

The Draft CSS Three-Year Plan was posted on the MHD web site, and the same very extensive email list that was used throughout the CSS planning process was again utilized to notify stakeholders of the Draft Plan's online availability. Additionally, hundreds of printed copies of the Draft Plan were distributed at public meetings and were circulated in other ways. MHD staff responded to phone and email requests for copies of the Draft Plan. The Mental Health Board also assisted in publicizing the availability of the Draft CSS Plan.

**2)**        **Provide documentation of the public hearing by the mental health board or commission.**

The Mental Health Board held three public hearing on the Draft CSS Three-Year Plan: one in Gilroy (South County), a second in San Jose (Central County), and a third in Mountain View (North County). (Please see **Appendix G** for copies of public hearing

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 28

Pena/ 00123

notices, comment sheets in various languages, and newspaper articles concerning the public hearings.)

3)    **Provide the summary and analysis of any substantive recommendations for revisions.**

The Board heard testimony from 64 members of the public. Written comments were received from another 26 individuals. Of the 90 comments received, 58 (64%) came from providers or provider union advocates, and 21 (23%) came from consumers and/or family members, with the remaining 11 (13%) coming from other stakeholders.

| Organization/Affiliation | Central County Hearing | South County Hearing | North County Hearing | Written Comments to the MHD | Grand Total |
|---|---|---|---|---|---|
| Provider-County & Contract | 10 | 5 | 2 | 15 | 31 |
| Provider-Other | 15 | - | 6 | 1 | 22 |
| Consumer/Family Member | 1 | 1 | 13 | 6 | 21 |
| Community Member | - | 3 | 1 | - | 4 |
| Provider Union | 4 | - | - | - | 4 |
| Education | 1 | - | - | 1 | 2 |
| Anonymous | - | - | - | 2 | 2 |
| Local Government | 1 | - | - | - | 1 |
| Consumer Family Advocacy | - | - | 1 | - | 1 |
| Faith | - | - | - | 1 | 1 |
| Grand Total | 32 | 9 | 23 | 26 | 90 |

Comments received during the 30-day period of publication or at the three public hearings addressed housing, education, employment, cultural competency, geographic access, specific populations (victims of torture, veterans, older adults, SMI adults, and juvenile justice), as well as issues related to implementation.

**Summary of Issues and Responses**

Housing (43 comments). Many comments were offered regarding the need to address housing issues in the plan, noting that housing is an integral part of effective treatment. Several consumers gave testimony regarding how eviction and loss of housing is traumatizing and destabilizing to the mentally ill, emphasizing that mental illness is epidemic among the homeless population and that a lack of housing causes a vicious cycle of destabilization.

Others spoke of how drug/alcohol use can affect their ability to maintain housing and that dually diagnosed clients need integrated treatment. Others expressed need for an array of options beyond shelters and temporary housing, stressing that shelter care is not a housing option, and urging the Department to look at the Housing First Model for housing solutions for the mentally ill. Several speakers advocated for 25% of the

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 29

Pena/ 00124

ongoing CSS funds to be specifically allocated to the development of permanent housing for the homeless mentally ill.

Aside from this specific request of 25% of CSS to be allocated to development of permanent housing, the comments made were generally in support of the plan and the attention given throughout the planning to the issue of adequate housing.

**Response:** The CSS Plan has identified housing and support for stable living as a critical need of all mental health clients and of those enrolled in Full Service Partnerships (FSP) in particular. Stable living is one of the key performance outcomes of FSP programs. It is estimated that up to 30% of ongoing FSP resources ($2+ million per year) will be utilized to address housing support needs. In addition, an estimated $725,000 is dedicated to transitional housing beds in the Jail Aftercare continuum, making the ongoing housing support approximately 21% of ongoing program budgets. This will be combined with the proposed $2 million one-time housing fund and with funds obtained through the yet to be finalized Capital and Technology component of MHSA. It is the intent that total MHSA housing related funds will be leveraged with other federal, state and local dollars through development of innovative and collaborative housing strategies. Initial conservative estimates are that 25-30% of CSS funds will be dedicated to housing support during the initial three years.

**Cultural Competence** (15 comments). Many speakers supported various aspects of the plan that address cultural competency. It was noted that best practices often are not culturally appropriate to various ethnic communities and must be tailored in order to be culturally competent. The Department was urged to study the effectiveness of new practices in meeting the needs of specific ethnic communities. It was stressed that addressing ethnic disparities is a key part of plan and needs to be integrated throughout implementation in order to reduce ethnic disparities in mental health care utilization. There also were comments about the need for more culturally competent staff who are bicultural and bilingual.

The comments in this area did not express disagreement with any specific component of the plan.

**Response:** The proposed plan stresses cultural competence throughout all programs. Particular emphasis will be placed during the implementation phase on establishing RFP requirements that insure proposed practices will meet the needs of various ethnic communities, incorporating input from the newly established Ethnic Community Advisory Committees. This includes adaptations of best and promising practices as well as hiring of staff with demonstrated competency and experience in working with particular ethnic clients and families.

**Caseload** (12 comments). Several SEIU line staff from county and contract agencies provided input regarding the need to address the excessive caseload sizes in many programs throughout the county, arguing that therapeutic caseloads improve access and treatment for clients/consumers. Concern was expressed that transformation will

Pena/ 00125

not be possible without reductions in the workload of many workers. Some urged that a departmental policy on defining and maintaining therapeutic caseloads is needed. Others stated that an implementation plan for establishing therapeutic caseloads is needed. None of the comments expressed dissatisfaction or disagreement with any specific element of the plan, and most comments were supportive in nature.

**Response:** Staffing mix, training, and caseload size are essential elements in the proposed programs to be implemented with the CSS Plan. A major system development strategy outlined in the plan is the implementation of improved person-centered and recovery-oriented access, screening, and care management system throughout the system. The MHD has initiated planning in collaboration with county managers, staff and consumer and parent advocates to develop a plan for redesigning adult county programs. Similar planning will be implemented with contract providers.

**Lack of Services in Gilroy and Morgan Hill** (11 comments). Several comments were made during the South County Hearing regarding services to the southern part of Santa Clara County, which includes Gilroy, Morgan Hill, and San Martin. Comments included input that Gilroy and Morgan Hill are separate growing cities, each needing services located nearby. It was noted that it requires two-hours to commute from South County to San Jose using public transportation and that it is unrealistic to expect clients to comply with a treatment plan under those circumstances. Others expressed the need for more services, particularly a Drug Treatment Court and Self-Help Center, indicating that there is a significant population of underserved and unserved adults and youth who reside in South County and that many fall through the cracks because there are not enough points of entry; and poverty, language, and immigration status become barriers to service. It was noted that there is a need for a dedicated shuttle—that vouchers are not adequate.

**Response:** The MHD has sought to establish services to all geographic regions of the county. The importance of geography and community are recognized as very important to insuring client access to services. The CSS Plan outlines new urgent care resources targeted to the northern and southern regions of the county. During the initial three-year plan period, attention will be given to utilization of these new services and adjustments may be made to address differential geographic demand. In addition, consideration will be given in selection of new providers with respect to cultural and geographic access.

**MHSA Implementation** (10 comments). While not directly related to the proposed plan, several comments were made by local providers regarding the implementation phase of the plan. Some providers expressed a desire to work more closely with the Department regarding children 8 to 18. One provider, the largest community agency for Asian Americans that also provides services to refugees and survivors of torture, stressed the plan's importance in addressing the needs of Asian populations throughout the county. Another provider noted that best practices are a starting point and the MHD should look to innovators. One non-mental health provider noted that their agency serves 20,000 clients without utilizing MHD dollars and expressed hope that the Department would invite "everyone to the table" (meaning new mental health providers).

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 31

Pena/ 00126

Provider staff expressed the importance of involvement of line staff in implementation and noted that some are concerned that they will not be included in implementation and their input will not be taken into consideration by decision-makers. Encouragement was given to the Department to consider many of the non-profits and other community agencies who already have expertise delivering many of the services outlined in the plan. Consumer staff urged that the Department should fulfill the goal of three independent Self-Help Centers that are truly consumer-driven.

None of the comments in this area disagreed with specific programs or elements of the proposed plan and most expressed general support of the plan and the inclusive planning process.

**Response:** The successful implementation of the CSS Plan programs being proposed will depend on training current staff and providers as well as bringing new staff and new service models to the current system. The training and involvement of staff, consumer and family employees, and system partners will be key in the system change process. New non-profit organizations will be invited to participate in the implementation process, which will involve training on the various program strategies to be implemented as part of the RFP process.

**System Transformation/Advocacy** (7 comments). Several positive comments were made regarding critical transformation aspects of the plan. They include juvenile justice and SMI youth, criminal justice clients, service gaps for the mentally ill and developmentally delayed, and issues of peer support/self-help services that are client directed. One comment expressed dissatisfaction with the input process from a consumer perspective and expressed concern that the plan is not SMI consumer focused and will not produce transformation.

**Response:** The planning process has included the voice of many system consumers (e.g., 30% of 6,000 surveys were completed by individuals who identified themselves as consumers and numerous consumer meetings were held at Self-Help Centers and at other provider agencies).

The Full Service Partnerships will comprise 51% of funding and target those populations most severely and persistently ill, including JPD-involved youth; aging out mentally ill foster care and juvenile justice youth; seriously mentally ill adults who are institutionalized, homeless, jailed or frequent users of the emergency medical services; as well as shut-in and fragile seriously mentally ill seniors who are at risk of institutional care.

Transformation of the entire system involves intensive commitment, training and program change to embrace the new philosophies, new service strategies and new staff. Success will depend on all stakeholders making changes to improve services and putting the voice and input of consumers and families at the center of the new system.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 32

Pena/ 00127

**Service Needs of Older Adults** (4 comments). One comment noted that dedicated services to older adults are insufficient since budget cuts, despite the high need and the growing population. Another stated that the greatest need is for culturally competent services, pointing out that Asian women 65+ have the highest suicide rate. Another comment urged the development of a rapid response triage model in the community for short-term treatment planning and referral for older adults.

**Response:** The CSS Plan proposes several new strategies to address critical needs of older adults. These strategies will begin to shape how the system can better establish care for older adults. Particular attention will be given to understanding the needs of the aging population in Santa Clara County, including demographic profile of seniors and geographic location of clients. The Plan calls for strengthening partnerships with other senior providers to establish a new Older Adult System of Care in Santa Clara County. The planning process has been one important step in that process.

**Refugees and Victims of Torture** (3 comments). Several expressed importance of the strategy proposed to serve refugees who are traumatized and require specialized treatment services.

**Response:** The CSS Plan acknowledges the unique needs of survivors of torture through the proposal of a specialized treatment program for this population.

**Employment Key to Independent Living** (3 comments). Three comments stressed the importance of working partnerships needed with employers who are understanding and allow consumers to get/keep jobs

**Response:** Education and employment-based recovery strategies will be essential elements to the transformation of the system. Full service partnerships will address employment, education and meaningful activities in every full service plan. In addition, the EE-01 cross-cutting strategy is proposed to begin to shape system-wide expertise in supporting client recovery in the areas of employment, education and self-sufficiency.

**Special Needs of Veterans** (3 comments). Three comments were made regarding Veterans with SMI who often fall through cracks and end up homeless.

**Response:** Based on data regarding the homeless mentally ill, it is assumed that a portion of those who are served through Full Service Partnerships will be veterans. An important aspect of the improved system will be strengthening the partnership between the public mental health system and those agencies and providers serving veterans.

**Revise Analysis of Served/Underserved** (2 comments). Two comments related to the data analysis aspects of the plan. One indicated that the analysis of the underserved does not include information on those that are inappropriately served in institutional care, including situational characteristics and barriers to community placement. The second stated a concern regarding the reliance on FY03 service data, and that given

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 33

Pena/ 00128



budget reductions that occurred in FY04, estimates of served populations may be overstated.

**Response:** The strategy that focuses on adult seriously mentally ill specifically addresses those who are institutionalized or are at greatest risk of institutionalization. Over the past year, extensive efforts have been made by the MHD to improve the 24-hour system that serves adults and older adults, including those who are served in IMDs. The result has been a significant reduction in the IMD census and length of stay, the development of expanded community-based options for this population, and the improvement of case management services that coordinate hospital, IMD, crisis residential, and community-based residential resources. Currently, the MHD is soliciting providers to provide specific community services to those discharging from IMD from three groups: Vietnamese, developmentally disabled, and those with medical problems.

**Need for services for domestic violence victims and children** (1 comment). It was noted that domestic violence causes trauma to children and leads to children in the dependency system, that Gilroy has highest number of child protective service (CPS) calls, and Morgan Hill ranks third in the county for number of CPS calls.

**Response:** Trauma, including exposure to domestic violence, was recognized during the planning process as a critical issue in the histories of many clients of all ages. Strategy teams recommended implementing trauma-based interventions and these are included in the CSS Plan in several system development proposals.

**Need for Services in North County** (1 comment). It was noted that it is difficult to commute to VMC for many clients.

**Response:** The MHD has sought to establish services to all geographic regions of the county. The importance of geography and community are recognized as very important to insuring client access to services. The CSS Plan outlines new urgent care resources targeted to the northern and southern regions of the county. During the initial three-year plan period, attention will be given to utilization of these new services and adjustments may be made to address differential geographic demand. In addition, consideration will be given to cultural and geographic access in the selection of new providers.

**Outreach** (2 comments). Two comments noted a need for creative outreach to people whose illness prevents them from asking for help.

**Response:** The CSS Plans outline several strategies that are designed to establish new models of outreach and engagement that will effectively connect clients to services. This includes strategies that are effective with those who resist and are mistrustful of services.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 34

Pena/ 00129

**4)**          **If there are any substantive changes to the plan circulated for public review and comment, please describe those changes.**

There were no substantive changes made to the CSS Plan as a result of the public review. There was overwhelming support of the proposed plan by the Mental Health Board (please see **Appendix H**), and the Board of Supervisors unanimously approved the plan on December 13, 2005.

All of the concerns summarized in the previous section are addressed in the CSS Plan and will be a major focus as we proceed with transformation over the next three years.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 35

Pena/ 00130

**PART II:    PROGRAM AND EXPENDITURE PLAN REQUIREMENTS**

**Section I:    Identifying Community Issues Related to Mental Illness and Resulting from Lack of Community Services and Supports**

1)        List the major community issues identified through your community planning process, by age group. Indicate which community issues have been selected to be the focus of MHSA services over the next three years by placing an asterisk (*) next to these issues. (Please identify all issues for every age group even if some issues are common to more than one group.)

**Most Frequently Identified Community Issues Reported in the Public Planning Process**

| Children/Youth | TAY | Adults | Older Adults |
|---|---|---|---|
| 1. In trouble with the law (juvenile justice involvement)* | 1. In trouble with the law (juvenile or adult justice system involvement)* | 1. Concurrent drug and alcohol abuse* | 1. Concurrent medical problems (frequent ER care)* |
| 2. Abuse or neglect by parents or caregivers (child welfare system involvement)* | 2. Lack of meaningful skills, job, education (school failure)* | 2. Poverty; homelessness and inadequate housing* | 2. Sadness, depression and suicide (including grief and loss)* |
| 3. Drug and/or alcohol abuse (by the child or parent)* | 3. Drug and/or alcohol abuse (by the children or their parents)* | 3. Sadness, depression and suicide * | 3. Isolation and loneliness* |
| 4. Sadness, depression and suicide* | 4. Sadness, depression and suicide* | 4. Lack of meaningful activities or skills; unable to work* | 4. Shut-in and home-bound* |
| 5. Falling or not attending school; lack of school readiness* | 5. First-time breaks (hospitalization)* | 5. Violence in family or community (includes being in trouble with the law)* | 5. Anxiety and fear* |
| 6. Poverty; homelessness and inadequate housing* | 6. Lack of social and other supports* | 6. Frequent hospitalizations* | 6. Involuntary care* |
| 7. Hospitalization | 7. Peer and family problems* | 7. Frequent emergency medical care* | 7. Institutionalization* |
| 8. Peer and family problems* | | 8. Inability to manage independence* | 8. Incarceration |
| | | 9. Isolation* | |
| | | 10. Involuntary care and institutionalization* | |

Pena/ 00131

2) **Describe what factors or criteria led to the selection of the issues starred above to be the focus of MHSA services over the next three years. How were issues prioritized for selection? (If one issue was selected for more than one age group, describe the factors that led to including it in each.)**

The Work Groups studied the issues and problems that emerged as predominant themes from the comprehensive inreach and outreach as well as the critical concerns reported by the Ethnic Community Advisory Committees (ECAC). A lengthy process of collecting and summarizing data from all sources was completed. Two separate data bases were established, one to summarize survey data, and one to summarize data from focus groups, meetings, and face-to-face interviews.

The Work Groups and the ECAC's also brainstormed and consolidated input over several meetings regarding individual and cultural strengths, system strengths and weaknesses, and disparities and barriers to service for each age group. They examined system and community data. (Please see service data worksheets used by planning participants in **Appendix I**). In addition, system partner data and information, community surveys and surveillance, and findings from recent collaborative projects. Their work was summarized by age group and presented to the Stakeholder Leadership Committee outlining major critical concerns, preliminary focal populations, and preliminary strategies identified by stakeholders to meet critical needs of unserved and underserved populations. (Please see Inreach/Outreach and ECAC Summary in **Appendix J**). In addition, a brief summary "brochure" of the process was developed and translated into four languages for the purpose of informing the community. (Please see brochure provided in **Appendix K**).

Ultimately, the Stakeholder Leadership Committee was tasked with taking the results and recommendations of the Work Groups and establishing decision-making principles to select the final list of critical concerns and focal populations to be addressed by the CSS Three-Year Plan. The committee members agreed that the most critical concerns to be selected for the plan were those that met the following criteria:

a) Most important to consumers and families and other stakeholders as indicated through MHSA inreach and outreach efforts;

b) Most related to the most basic human needs (safety, physical health, housing, primary relationships, meaningful school/work/activity);

c) Most related to inequity of service access for cultural and other underserved populations;

d) Most related to consumer loss of liberty and independence;

e) Greatest impact on development and life course;

f) Greatest impact on families and primary relationship systems;

g) Greatest relationship to individual and community safety;

h) Greatest societal costs (incarceration, institutionalization, placement, hospitalization)

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 37

Pena/ 00132

The following table outlines the final critical concerns and focal populations endorsed by the Stakeholder Leadership Committee to be the focus of the CSS Plan.  Then they approved the formation of nine Strategy Teams to research and recommend three types of strategies: Full Service Partnerships, System Development, and Outreach and Engagement.

### Critical Concerns and Focal Populations Endorsed by the Stakeholder Leadership Committee

| Age | Critical Concerns | Focal Populations |
|---|---|---|
| **CHILDREN 0-15** | • Juvenile Justice Involvement<br>• Child Welfare and Dependency Involvement<br>• Drug and alcohol abuse<br>• Sadness, depression and suicide<br>• Failing, not attending, lack of school readiness<br>• Poverty, homelessness, inadequate housing<br>• Hospitalization<br>• Peer and family problems | 1. 0-5 Years High Risk<br>2. Foster Care Youth<br>3. Juvenile Justice Youth<br>4. SMI/SED Un/Underserved |
| **TRANSITION AGE YOUTH 16-25** | • Juvenile Justice Involvement<br>• Drug and alcohol abuse<br>• Lack of skills/ job/education (school failure)<br>• Sadness, depression, suicide<br>• First time breaks (hospitalization)<br>• Lack of social support and family network<br>• Peer and family problems | 5. 16-25 Aging Out of Youth Systems<br>6. First Break Psychosis |
| **ADULTS 26-59** | • Concurrent drug and alcohol abuse<br>• Poverty, homelessness, inadequate housing<br>• Sadness, depression and suicide<br>• Lack of work/meaningful activities or skills<br>• Violence in family/community (trouble with law)<br>• Frequent hospitalizations<br>• Frequent emergency medical care<br>• Inability to manage independence<br>• Isolation<br>• Institutionalization | 7. Jail, Homeless, Dual Dx<br>8. Unserved/Underserved SMI |
| **OLDER ADULTS 60+** | • Concurrent medical problems (frequent ER)<br>• Sadness, depression, suicide (grief and loss)<br>• Isolation and loneliness<br>• Shut-in and home-bound<br>• Anxiety and fear<br>• Involuntary Care<br>• Institutionalization<br>• Incarceration | 9. High Risk/Isolated SMI |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 38

Pena/ 00133

3)        **Describe the specific racial, ethnic, and gender disparities within the selected community issues for each age group.**

**Children and Youth 0-15**

Children and youth 15 years of age and younger comprise 22.16% (372,950) of the population in Santa Clara County. Of these, 143,338 are 5 years of age and under, and 229,612 are between the ages 6 and 15.[1] A language other than English is spoken in 45% of Santa Clara County homes in which children live[2], and 32% are Hispanic/Latino, 25% are Asian, and 27% are of other non-white races. The racial/ethnic composition of 0 through 15-year-olds in Santa Clara County is as follows:

**0-15 Year Olds – 2000 Census**

| Ethnicity | Number | % |
|---|---|---|
| African American | 10,732 | 2.87% |
| Native American | 2,835 | 0.76% |
| Asian | 92,833 | 24.89% |
| Pacific Islander | 1,456 | 0.39% |
| Hispanic/Latino | 122,529 | 32.05% |
| White | 127,105 | 34.08% |
| One other race alone | 61,857 | 16.58% |
| Two or more races | 29,985 | 8.03% |

**Juvenile Justice-Involved Youth.** An important critical issue identified for children with mental health needs was concern about youth being in trouble with the law. In Santa Clara County there is an overrepresentation of ethnic minority youth in the juvenile justice system, with African American and Latino youth having higher rates of intakes and juvenile hall detentions, while Asian and White youth have lower rates of intakes and juvenile hall detentions. Utilizing July through May FY04 data, the table below illustrates the disproportionate confinement of minorities in Santa Clara County Juvenile Hall:[3] As the table shows, while African America youth comprise 2.24% of the general population, they comprise 12% of Juvenile Hall intakes, and 12% of detentions, which is over five times their rate in the community population. Likewise, Latino youth are involved at close to two times their rate in the community.

**Juvenile Hall Intakes and Detentions by Ethnicity**

| Youth Ethnicity | Child Population Ages 0 - 17 | Juvenile Hall Intakes N = 2172 (100%) | Detentions N = 1299 (59% of Intakes) |
|---|---|---|---|
| African American | 2.24% | 259 (12%) | 156 (12%) |
| Hispanic / Latino | 29.39% | 1316 (61%) | 895 (58.15%) |
| Asian and Other | 36.36% | 195 (9%) | 172 (11.17%) |
| White | 32.01% | 402 (18%) | 322 (20.92%) |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 39

Pena/ 00134

In addition to racial disparities in juvenile justice involvement, there is evidence that these youth have a greater prevalence of mental illness than the general population, with some studies indicating that as high as 80% of juvenile justice-involved youth have mental health problems. A "Juvenile Probation Needs Assessment Report" was prepared in 2000 by the Santa Clara County Department of Alcohol and Drug Services. A validated and normed screening tool, the Massachusetts Youth Screening Instrument (MAYSI 1), was utilized to assess 419 youth in Santa Clara County custody facilities. The MAYSI 1, which measures nine domains, found incarcerated youth to be significantly impaired compared to the general juvenile population on which the MAYSI 2 was normed. Among youth in county custody, for example:

- 78% had severe past traumatic experiences that still impacted their lives;
- 69% had severe substance abuse;
- 32% had suicidal thoughts;
- 32% had major thought disturbances that seriously affected their ability to accurately perceive the external environment.

Youth involved in the juvenile justice system have been selected through the stakeholder process as one of the youth populations most burdened by untreated mental illness and serious emotional disturbance. As indicated, African American and Latino youth are over-represented in this system and these youth are a focus of the CSS plan in order to address disparities.

**Foster Care-Involved Children and Youth.** As with juvenile justice-involved youth, there are disparities in ethnic minority youth involvement in the foster care system. African American, Hispanic/Latino and Native American children are over-represented in Santa Clara County's child welfare system: According to FY03 data, rates of substantiated child abuse of African American children are six times higher than the rate of Caucasian children; the rate of Hispanic children is twice that of Caucasians. Asian American/Pacific Islander and White children are underrepresented in Santa Clara County's child welfare system:[4]

### Foster Care Youth by Ethnicity

| Ethnicity | Percentage of Child Population Ages 0 – 17 | Percentage of Children in Supervised Foster Care |
|---|---|---|
| African American | 2.24% | 13.6% |
| Hispanic / Latino | 29.39% | 55.3% |
| Native American | 0.23% | 0.6% |
| Asian American | 22.39% | 5.4% |
| White | 32.01% | 25.0% |
| Other | 13.74% | 0.1% |

2000 Census data; 2003 DFCS data

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 40

Pena/ 00135



Of particular concern, 31% of the 23,344 child abuse allegations reported to the Santa Clara County Department of Family and Children's Services in fiscal year 2002-2003 involved children ages 5 and under and 42% of all substantiated referrals during that time period involved children in the 0-through-5-year age group. Of Santa Clara County children whose first entry to foster care resulted in 5 or more days absence from their homes, 51% were 5 years of age or younger (July 1, 2002 to June 30, 2003). Of Santa Clara County children in out-of-home placements, as of July 1, 2003, 28% were 0 through 5 years of age.[5]

An important focus in the CSS Plan is seriously emotionally disturbed youth involved in the foster care system, and also the development of a system of care for emotionally disturbed youth under the age of five years of age served by all systems. Particular attention will be given to address the needs of Latino, African American and Native American youth over-represented in the foster care system.

**Drug and/or Alcohol Abuse (by the child or parent).** There is evidence that concurrent mental health problems and substance abuse are present among parents involved in the foster care and criminal justice systems, and as stated above, minority youth are over-represented in these two systems. Stakeholders have identified concurrent substance abuse as a critical concern for all ages of individuals suffering from mental illness, with a particular concern regarding the availability of effective integrated substance abuse and mental health services. Access to substance abuse services is an important element to be added to youth services in the CSS Plan, and particularly services that are effective with Latino, African American and Native American youth and their families.

To illustrate the need, more than 70% of all Santa Clara County parents who become involved in the juvenile dependency system have a substance abuse problem[6] and 30% of parents using the Family Court have drug or alcohol abuse problems. (Family Court is the court to which couples come for determinations regarding children's custody and visitation rights.) In addition, alcohol and drug treatment statistics indicate that Latinos, African Americans and Native Americans are over-represented in substance abuse treatment services. Given the high rates of mental health need among youth involved in the juvenile justice and foster care systems, it is assumed that concurrent mental health and substance abuse problems occur at high rates among families with children involved in these systems. This data is consistent with stakeholder concerns regarding concurrent substance abuse and mental illness among youth and their families. Substance abuse treatment data shown below indicates higher rates of treatment for Hispanic/Latino, African American, and Native Americans relative to their percent in the general population.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 41

Pena/ 00136

**Department of Alcohol and Drug Services (DADS)**
**Treatment Admissions by Age, Race/Ethnicity[7]**
**0-15 Year Olds**

| Ethnicity | % in Population | % in Treatment |
|---|---|---|
| American Indian/Alaskan | .076 | 0.55 |
| African American | 2.87 | 4.42 |
| Other/Unknown | 24.61 | 4.97 |
| White | 34.08 | 11.05 |
| Hispanic/Latino | 32.05 | 70.17 |
| Asian/PI | 25.28 | 8.84 |
| Total | 100 | 100 |

**Failing or Not Attending School; Lack of School Readiness.** Stakeholders identified lack of school readiness and failure in school as one of the greatest concerns relative to untreated mental illness in children. This is of particular concern among Latino children in Santa Clara County, where only 17% of Hispanic third grade students were English language proficient in 2004.[8] This concern is supported by evidence that poverty and immigrant status are related to school performance. When combined with mental health concerns related to trauma, developmental issues, and adjustment disorders, poor children from immigrant families may fare much worse than other children with similar mental health concerns.

Twenty-five percent, or 63,389 of the student body in Santa Clara County speak a language other than English. Of the students who speak a language other than English, the majority speak Spanish (64% of English learners) and 12,006 or 20% speak one of the threshold Asian/Pacific languages (including Vietnamese, Filipino and Mandarin). School readiness tests in Santa Clara County show children proficient in English scored higher than those not proficient in English, and children who attended preschool scored higher than those who did not attend preschool. For families earning the minimum wage in Santa Clara County ($14,040/yr), 65% of their income would need to go to childcare (one preschooler in a licensed center). For families earning $30,000 year, 31% of income would go to child-care, and for families earning $81,717, 11% of their income would go to childcare.[9] The impact of this is felt most heavily on Latinos who comprise the lowest wage earners.

**Poverty and Homelessness in Children and Youth.** An estimated 76,119 children in Santa Clara County were considered eligible for a free/reduced-price school breakfast, but it was estimated that 53,282 of these children are not receiving one.[10] At least 16% of the 7,646 un-housed people in Santa Clara County are families and approximately 11% had children under the age of 18 living with them (based on the 2004 "street count.")[11] The table below shows the child poverty rates by ethnicity and suggest that African American, Asian, and Latino children have close to twice the rates of poverty than white children. Poverty is also related to access to health care, which includes mental health care. Among children in kindergarten, 29.4% of Hispanic/Latinos and

Pena/ 00137

28.9% of African Americans have not visited a dentist in the past year—compared to the county rate of 19.7%. The Santa Clara CSS Plan specifically seeks to increase access to services among Latino and Asian immigrant children and families.

**Child Poverty Rates by Race/Ethnicity, Santa Clara County (1990 – 2002)[12]**



Note: African American sample data for 2002 is not available for this variable as sample was too small.

**Peer and Family Problems among Children and Youth.** Stakeholders also identified peer and family problems as a critical concern related to children with untreated mental health problems. Based on the 2004-05 teacher survey component of the Kindergarten Readiness Assessment, only half of all Santa Clara County students enter kindergarten with proficiency in relating appropriately to adults, expressing their needs, playing cooperatively, and controlling their impulses.[13] Violence was noted as a particular concern and is evidenced by the fact that nearly 10% of Santa Clara County students who responded to the 2004 California Health Kids survey reported a boyfriend or girlfriend had hit them[14]; and in 2003, 5 children were killed in domestic violence-related homicides, 3 boys and 2 girls.[15] Among the 21 domestic violence-related homicides in 2003, children were present at the scene of 13 of the deaths. The 21 domestic violence-related homicides in 2003 resulted in 6 children being left without one or both parents.[16] In addition, children are present to witness an overwhelming and continually growing number of non-fatal but serious and traumatic domestic violence incidents.

While the above data does not specifically demonstrate ethnic disparities in child and youth exposure to domestic and peer violence, given the statistics of minority overrepresentation in juvenile justice, foster care, and adult justice systems, it is assumed that minority youth have disproportionate exposure to domestic and peer violence, yet another indicator of increased risk of trauma-related mental health need among this group of youth. A particular focus of the CSS Plan is to introduce new evidenced-based practices that are effective in treating trauma-related mental health conditions.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 43

Pena/ 00138



**Sadness, Depression and Suicide.** Stakeholders identified a concern related to the number of children who are sad, withdrawn, and despondent. Of particular concern is the fact that Santa Clara County is ranked 54th in the state on the rate of youth suicide, with 58 being the worst. In addition, 12.3% of 7th graders and 18.7% of 9th graders surveyed in Santa Clara County reported having seriously considered suicide.[17] Given the data already presented on disparities related to ethnic minority youth involvement in child-serving systems, it is assumed that rates of depression are greater among youth who experience multiple risk factors, such as poverty, lack of school readiness, lack of English proficiency, and family and neighborhood violence.

### Transition Age Youth Ages 16 – 25

Transition age youth comprise 13.47% of the total county population, which totals 226,695 youth and young adults[18].

### 16-25 Age Group – 2000 Census

| Ethnicity | Number | % |
|---|---|---|
| African American | 7,900 | 3.48% |
| Native American | 1,989 | 0.87% |
| Asian | 57,256 | 25.25% |
| Native Hawaiian or Pacific Islander | 1,005 | 0.44% |
| Hispanic/Latino | 78,424 | 34.59% |
| White | 73,972 | 32.63% |
| One other race alone | 43,087 | 19.00% |
| Two or more races | 13,168 | 5.80% |

**Foster Care System Involvement.** As with younger children, stakeholders expressed concern about older youth involved in and exiting the foster care and juvenile justice systems, particularly with respect to their being equipped to manage work, living situations, peer relationships, and relationships with family members. Given the overrepresentation of minority youth in these two systems, the CSS Plan gives particular emphasis on Latino, African American and Native American youth. Latino youth had the highest numbers exiting the DFCS system through emancipation because of their greater number in the system. However, Native American and African American children had a higher percentage exit through emancipation.[19]

**Juvenile or Adult Justice System Involvement (in trouble with the law).** As with younger children and youth involved in the juvenile justice system, there is an overrepresentation of young ethnic minorities in the adult criminal justice system. Almost one quarter of the Santa Clara County adult jail population is age 18 to 24 years of age.[20] Stakeholders have identified a particular concern regarding young minority adults who are over-represented in the jail system, many who suffer from untreated

Pena/ 00139

substance abuse and mental illness. The CSS Plan proposes a continuum of services focused on those young adults and adults with mental illness who are exiting the criminal justice custody settings.

**Lack of Meaningful Skills, Job, Education (school failure).** Racial/ethnic disparities in graduation rates are evident in Santa Clara County schools. Latino students have the highest dropout rate (15.4%), followed by African American students (12.1%), Pacific Islander students (10.2%), and Native American students (9.8%). These groups are dropping out at a higher rate than the county average of 8.4%. This contrasts with Asian students (3.8%) and White student (5.1%) drop-out rates.[21]

### High School Drop-Out Rates by Ethnicity

| Race/Ethnicity | 1997 | 1999 | 2001 | 2003 | 2004 |
|---|---|---|---|---|---|
| African American/Black | 13.5% | 12.9% | 9.1% | 8.9% | 12.1% |
| Asian | 4.9% | 4.6% | 2.2% | 2.7% | 3.8% |
| Caucasian/White | 6.3% | 4.7% | 3.5% | 3.4% | 5.1% |
| Filipino | 7.8% | 10.1% | 5.1% | 5.7% | 6.8% |
| Hispanic/Latino | 17.7% | 15.9% | 12.5% | 12.2% | 15.3% |
| Native American or Alaska Native | 16.0% | 10.7% | 10.5% | 15.1% | 9.8% |
| Pacific Islander | 17.6% | 11.2% | 7.8% | 3.6% | 10.2% |
| Multiple or No response | N/A | 10.61% | 2.2% | 2.6% | 3.0% |

Source: [22]

Hispanic (20.4%), Pacific Islander (22.2%), and African American (23.3%) children are all well below the county average (44.9%) for the percentage of graduates being UC/CSU eligible. [23]

### Rates of UC/CSU Eligibility by Ethnicity

| Race/Ethnicity | 1997 | 1999 | 2001 | 2003 | 2004 |
|---|---|---|---|---|---|
| African American/Black | 26.0% | 25.7% | 25.9% | 23.6% | 23.3% |
| Asian | 64.5% | 64.6% | 63.8% | 64.3% | 63.5% |
| Caucasian/White | 49.2% | 47.3% | 46.4% | 50.7% | 53.2% |
| Filipino | 40.6% | 37.1% | 38.0% | 38.1% | 37.9% |
| Hispanic/Latino | 18.5% | 18.7% | 19.7% | 20.9% | 20.4% |
| Native American or Alaska Native | 24.7% | 28.4% | 21.1% | 30.5% | 45.9% |
| Pacific Islander | 22.2% | 21.7% | 25.3% | 16.8% | 22.2% |
| Multiple or No response | N/A | 33.3% | 14.3% | 39.3% | 36.2% |

Source: [24]

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 45

Pena/ 00140



**Homelessness and Poverty.** Significantly more young adults ages 18 to 24 reported ever being homeless compared to those among older age groups.[25] Further, experts who serve street youth in Santa Clara County report that many youth in this age group may be undercounted as homeless. This is because many of these young people "couch surf," living for brief periods of time with friends or relatives, do not have sufficient resources to afford their own apartments.

**Drug and/or Alcohol Abuse (by the youth or their parents).** As with youth-related substance abuse treatment data, African American and Latino young adults are over-represented in public substance abuse treatment services. Given the estimates of concurrent substance abuse and mental illness among criminal justice populations, and given that high numbers of substance abuse treatment clients are referred through the criminal justice system, it is assumed that a disproportionate number of young minority adults enter the criminal justice system who have significant, concurrent mental health and substance abuse problems and that these populations are unserved.

**Santa Clara County Drug and Alcohol FY05 Unduplicated Percent Substance Abuse Treatment Admissions by Age, Race/Ethnicity[26]**

| Ethnicity | Ages 16 through 25 |
|---|---|
| American Indian/Alaskan | 0.67% |
| African American | 6.43% |
| Other non-White | 0.10% |
| Other Race | 2.42% |
| Unknown | 4.58% |
| White | 25.68% |
| Hispanic/Latino | 52.44% |
| Asian/PI | 7.67% |
| Total | 100.00% |

**Sadness, Depression and Suicide.** Suicide is the third leading cause of death among teenagers ages 15-19 in Santa Clara County; and 18.7% of 9th and 19.7% of 11th graders in Santa Clara County reported having seriously considered suicide in 2004. Over 8% of these students reported having attempted suicide in the prior 12 months. The highest rate and number of suicides in Santa Clara County are among White youth. Santa Clara County ranks 54th out of California's 58 counties (with 58 being the worst) in the rate of adolescent self-inflicted injury.[27]

**First-Time Psychotic Breaks (hospitalization).** Stakeholders identified concerns regarding emerging severe psychiatric illnesses in young adults. From an epidemiological perspective, young people are the group most vulnerable to the development of psychotic disorders. It is not known at this point, what role ethnicity plays in the onset or course of psychosis or treatment in Santa Clara County.

On average, psychotic illness strikes during the prime of a young person's life in the late teens and early 20s, causing thought and memory problems, hallucinations, inappropriate emotions and apathy. These symptoms can be debilitating, interfering with a young person's ability to do critical things such as getting jobs, going to school

Pena/ 00141

and establishing relationships. Women tend to be affected a little later than their male counterparts.[28][29] Perhaps, it is the time of onset a first psychotic break that is the most distressing aspect of the illness occurring, just as young people are on the verge of major transitions in their lives.

**Lack of Social and Other Supports.** Stakeholders have identified lack of social connectedness and social supports as a critical concern regarding young adults with mental illness, particularly among youth involved in foster care and juvenile justice systems. This is supported by a community assessment completed by the United Way. Overall, 36.8% of respondents reported that they did not feel connected to their community. Significantly higher proportion of Hispanics (48.7%) reported not feeling connected to their community, compared to Whites (31.7%) and Asians/Other (35.7%). More young adults ages 18 to 24 reported feeling not connected to their community compared to their older counterparts.[30] Lack of connectedness is exacerbated by mental illness, thus it is possible that mentally ill Latino youth may experience a greater degree of disconnection than other youth with mental illness.

**Access to Health Care.** Many youth lose critical health insurance coverage once they reach 18 to 19 years, putting them at risk of neglecting their health care needs, particularly in reproductive health and maintenance of chronic health problems. An early indicator of healthcare access and use for this age group is reflected in the rate at which pregnant mothers receive prenatal care. At 70 births per 1,000, the rate of births to Hispanic teens in 2002 far exceeded that of other ethnic groups in Santa Clara County.[31] Racial/ethnic disparities in the rates of births with late or no prenatal care are evident. In 2000, 20.4% of Hispanic/Latino mothers and 17.3% of African American mothers received late or no prenatal care—rates well above the county average.[32] Compared to the county rate of 13.4%, young mothers between the ages of 12 and 17 have a high rate of late or no prenatal care (32.6%), as do young mothers between 18 and 19 years of age (26.7%).[33] With poor access to health care, it is less likely depression and other mental conditions will be identified.

**Peer and Family Problems.** The percentage of younger adults, ages 18 to 24, who experienced violence (7.1%) was higher than other age groups. (Violence was defined as being pushed, slapped, hit, punched, shaken, kicked, choked, burned, or being forced to take part in sexual activity.)[34] Ethnic data regarding Santa Clara County students who reported that their boyfriend/girlfriend hit, slapped, or physical hurt them in the past 12 months (2004)[35], suggests that Native American, African American and Latino young adults are more likely to report physical abuse by partners, as indicated by the following data gathered in the Behavioral Risk Factor Survey:

- 4.4% White
- 5.5% Hispanic/Latino
- 6.1% African American
- 2.7% Asian/Pacific Islander
- 7.2% Native American
- 3.7% Other or Unknown

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 47

Pena/ 00142

Further, among Santa Clara County students reporting they have ever been forced to have sexual intercourse[38], African American, Native American, and Latino were more likely to report being forced:

- 3%    White
- 7.4%    Hispanic/Latino
- 9.4%    African American
- 3.4%    Asian/Pacific Islander
- 8.2%    Native American
- 4.2%    Other or Unknown

Because of the issues discussed above, stakeholders identified youth exiting foster care and juvenile justice systems as among the most burdened by unaddressed mental heath needs and has proposed this group of youth to be one to receive Full Service Partnerships. The needs of Latino, African American and Native American youth in this age group are a particular focus in this CSS Plan.

### Adults 26 – 59 Years of Age

There are 864,009 adults between the ages of 26 and 59 years of age in Santa Clara County. This comprises 51.35% of the total county population.  The racial/ethnic composition of 26 through 59-year-olds in Santa Clara County is as follows:[37]

### Ages 26-59 Ethnicity – 2000 Census

| Ethnicity | # | % |
|---|---|---|
| African American | 24,737 | 2.86% |
| Native American | 5,641 | 0.65% |
| Asian | 235,295 | 27.23% |
| Native Hawaiian or Pacific Islander | 2,853 | 0.33% |
| Hispanic/Latino | 175,284 | 20.28% |
| White | 404,476 | 46.81% |
| One other race alone | 89,462 | 10.35% |
| Two or more races | 30,225 | 3.49% |

**Concurrent Drug and Alcohol Abuse.**  Stakeholders noted concerns regarding concurrent substance abuse and mental illness as a key issue for adults. The National Co-Morbidity Survey results reflect that 41% to 65.5% of those with an addictive disorder also have at least one mental disorder.  Utilizing the lower end of the estimate range (41% of DADS clients) shows in FY00, DADS served 9,178 clients, meaning that 3,763 are estimated to benefit by mental health services.  In contrast, during that same time period, a little over 8% of DADS clients, or about 750 to 760 individuals, also received services from the MHD.   The same survey reflects that 51% of those with a mental disorder have at least one addictive disorder.  In FY00, the MHD provided services to 18,614 individuals, meaning that 9,493 of these clients are estimated would benefit by substance abuse treatment services.  In contrast, during that same time

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 48

Pena/ 00143

period, slightly over 4% of MHD clients, or about 750 to 760 individuals, also received services from DADS.[38]

Substance abuse service data reveals that African American, Latino, and Native Americans are enrolled at greater rates than they are represented in the general community.

The Santa Clara County Department of Correction estimates that 80% of the jail population has drug abuse or alcohol problems with a significant number having co-occurring mental illnesses. This alone represents 48,000 individuals with a substance abuse problem.[39]

| Santa Clara County DADS FY05 Unduplicated Percent Substance Abuse Treatment Admissions by Age, Race/Ethnicity | |
|---|---|
| Ethnicity | Ages 26 through 59 |
| American Indian/Alaskan | 1.59% |
| African American | 8.01% |
| Other non-White | 0.20% |
| Other Race | 2.17% |
| Unknown | 6.00% |
| White | 35.58% |
| Hispanic/Latino | 40.03% |
| Asian/PI | 6.42% |
| Total | 100.00% |

The Substance Abuse Crime Prevention Act (SACPA), which passed in November 2000, mandates that adults in California convicted of possession or use of illegal drugs be offered substance abuse treatment in lieu of incarceration. A study of new Santa Clara County SACPA client treatment authorizations showed the following demographics. As the table indicates, Latinos, African Americans and Native Americans are over-represented, and it is assumed the majority of these individuals have concurrent mental illnesses.

| Santa Clara County SACPA New Client Treatment Authorizations October 1, 2001 through June 30, 2002 (N = 1190) | | |
|---|---|---|
| Gender | Frequency | % |
| Female | 295 | 24.8 |
| Male | 895 | 75.2 |
| Total | 1190 | 100.0 |

| Race/Ethnicity | Frequency | % |
|---|---|---|
| Latino/Hispanic | 544 | 45.7 |
| Non-Latino White | 431 | 36.2 |
| Black/African American | 100 | 8.4 |
| Asian/Pacific Islander | 76 | 6.4 |
| Native American | 20 | 1.7 |
| Other | 19 | 1.6 |
| Total | 1190 | 100.0 |

**Poverty, Homelessness and Inadequate Housing.** Another major set of issues identified by stakeholders for adults with mental illness relates to adequacy of living situations, ranging from homelessness to substandard and unstable living situations.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 49

Pena/ 00144

The quality of living situations is related to level of income and there are evident ethnic disparities in income in Santa Clara County. For example, Mexican immigrants on average earn $10 per hour; two-thirds have less than a high school education; and 25% of Latino households live below the federal poverty level.[40] Eleven percent of immigrants have 6 years or fewer of formal education, compared to 0.4% of the US born. Among immigrants, those from Mexico (28.4%) and those from Vietnam (19.7%) have the highest rates of 6 years or fewer of formal education.[41]

Overall, 16.8% of respondents to the County's 2005 survey of the homeless reported being worried about becoming homeless. Significantly more Hispanics expressed concern about becoming homeless than Whites and Asians/other.[42]

According to 2004 Santa Clara County homeless survey data, there are significant ethnic disparities among the homeless, the most troublesome relates to African Americans, who make up just over 2% of the population, while comprising 21% of the homeless population, ten times their representation in the general population. Native Americans are also significantly over-represented among the homeless, as are Latinos. This CSS Plan targets these populations in particular.

**Ethnicity of Santa Clara County Homeless Population (All Ages)[43]**

| Ethnicity | Percentage in Total Population | Percentage in Homeless Population |
|---|---|---|
| African American | 2.70% | 21% |
| Hispanic Latino | 23.98% | 31% |
| White | 44.98% | 35% |
| Native American | 0.32% | 4% |
| Asian American/Pacific Islander | 25.66% | 5% |

Source: 2000 Census Data and 2004 Santa Clara County Homeless Census/Survey Data

Additional findings from this survey include:

- Slightly more than 41% of homeless survey respondents indicated they had been homeless for one year or more, and almost 58% indicated they received no government assistance through General Assistance, Food Stamps, SSI/SSDI, CalWorks, Medi-Cal, or Veterans Administration benefits;
- Nearly one in three (33%) respondents indicated they had experienced domestic violence during their lifetime44, with over 55% of female survey respondents indicating they had experienced domestic violence;
- Overall, nearly 75% of survey respondents indicated they had experienced a disabling condition;
- Approximately 45% reported they had experienced drug addiction, while another 45% indicated they had experienced alcoholism;
- Nearly 36% of respondents had experienced mental illness or depression;
- Almost 27% indicated they had experienced a physical disability;

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 50

Pena/ 00145

- During 2004, there were 4,000 homeless individuals in the Santa Clara Valley Medical Center system.[45]

**Access to Health Care.** Immigrants are 12 times more likely to be uninsured than U.S.-born Santa Clara County residents. Mexican immigrants are 17 times more likely to be uninsured than the US-born, Vietnamese are 14 times more likely to be uninsured, and Chinese are 6 times more likely.[46] In 2003, 72.5% of residents between 18 and 65 years of age had employment-based insurance, yet only 59.2% of Hispanic/Latino residents had employment-based health insurance. Hispanic/Latinos have the highest rate of health insurance without mental health coverage (38.1%), followed by Asians (24.7%), in comparison with the overall county rate (16.6%).[47]

**Sadness, Depression and Suicide in the LGBT Community.** Among respondents to an LGBT survey conducted in June 2005, 22% specifically cited the need for help with depression. The LGBT population continues to report high incidence of factors indicating depression and risk for self-destructive behaviors. Lesbians, bisexual women, and African American/Black individuals reported the most need for mental health services. Lesbians and bisexual women reported almost twice the need reported by gay and bisexual men. Bisexual women stood out when asked about individual therapy, with 60% stating they needed this service in the past twelve months, as compared to 45% of lesbians, 25% of gay men, and 22% of bisexual men. Gay men stated the least need for group therapy (9%). Nearly 50% of all African American/Black respondents to the LGBT survey reported needing individual therapy or support groups in the past year. The group exhibiting the next highest need for these services was Native Americans, with 47% needing individual therapy and 40% needing support groups. White/Caucasian respondents reported the least amount of need for group therapy and support groups (10% and 24%, respectively), while Asian/Pacific Islanders reported the least amount of need for individual therapy (14%).[48]

A survey of persons receiving care for HIV/AIDS in Santa Clara County found that 71% had sought assistance "with serious emotional problems" within the last four months. During a review of patients' charts, severe mental illness was the most frequently noted co-morbidity among those infected with HIV.[49] The rate of 2003 AIDS cases by ethnicity shows the strikingly disproportionate incidence among African Americans, followed by a significantly higher rate among Latinos:[50]

- White                        3.1 /100,000
- African American         20.0 /100,000
- Latino                         7.3 /100,000
- Asian/Pacific Islander   1.8 /100,000

**Lack of Meaningful Activities or Skills; Unable to Work.** Throughout the inreach and outreach process consumers expressed concern about quality of life issues, including education and employment opportunities, recreation and leisure activities, self-help and peer support. While no statistics are available, one constant theme that emerged from ECAC input was the element of shame that surrounds mental illness, for

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 51

Pena/ 00146

individuals and their families from ethnic communities, and how this shame has resulted in the social and cultural isolation of many families coping with mental illness in loved ones. Because of the lack of culturally specific education and support resources for ethnic communities, it is concluded that lack of meaningful activities and social engagement has a particularly negative impact on recent immigrants and first generation consumers and their families.

**Violence in Family or Community (includes being in trouble with the law).** As indicated previously, ethnic minorities are over-represented in the criminal justice system. The Daily Jail Population Statistics of the Santa Clara County Department of Correction (9/27/05) show the following racial/ethnic and gender breakdown:

### Santa Clara County Daily Jail Population

| Ethnicity | Male Number | Male Percent | Female Number | Female Percent |
|---|---|---|---|---|
| Hispanic | 2121 | 53% | 269 | 45% |
| White | 946 | 24% | 187 | 31% |
| Black | 503 | 13% | 89 | 15% |
| Asian | 350 | 9% | 50 | 8% |
| Other | 40 | 1% | 6 | 1% |
| Native Amer. | 14 | 0% | 1 | 0% |

For the past year, the Santa Clara County Jail Task Force, a committee of law and justice and healthcare leaders, has been working to identify strategies to address a troubling increase in the county jail population. One of the greatest concerns identified has been the number of mentally ill individuals, particularly those with concurrent substance abuse problems, discharged from custody settings with little or no linkage to aftercare treatment and support. Virtually all law and justice stakeholders, including judges, district attorneys, public defenders, pre-trial services, corrections staff, and custody health care staff, have expressed deep concern regarding the unmet mental health of these individuals, many who are re-incarcerated repeatedly, primarily due to behavior related to unaddressed mental health needs. This population has been identified as one of the two focal populations of the current CSS Plan. As indicated in the table above, there is significant ethnic overrepresentation in the jail, particularly among Latinos and African Americans (it is also assumed there is significant Native American overrepresentation that is not recorded due to errors in ethnic identification).

Of particular concern, is the alarming data regarding domestic violence deaths among Asian/Pacific Island community, many of which are related to mental illness based on information presented in the media. The statistics below provide information on domestic violence-related deaths over the nine-year period from 1994-2003.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 52

Pena/ 00147

Source: Santa Clara County Domestic Violence Council, Death Review Committee 1994-2003. California Department of Finance Population Projections, 1998.

**Frequent Emergency Medical Care.** There is evidence of ethnic disparities in utilization of medical emergency services among the mentally ill. A study completed in 2000 as part of an initiative to address the needs of frequent ER Users reviewed frequent emergency room visits at five of Santa Clara County's 13 hospitals and found 558 patients made eight or more ER visits during the previous 12-month period. 120 of these 558 patients were selected for an in-depth assessment. The data reveals that African Americans, Latinos, and Native Americans are over-represented in this group as the table below indicates.

**Ethnicity of Frequent ER User Pilot Study Participants[51]**

| Ethnicity | Percentage in Total Population | Percent of Study Participants |
|---|---|---|
| African American | 2.70% | 9% |
| Hispanic Latino | 23.98% | 36% |
| White | 44.98% | 38% |
| Native American | 0.32% | 4% |
| Asian American/Pacific Islander | 25.66% | 26% |
| Other/two or more races | 2.04% | 10% |

2000 Census Data and 2002 Pilot Study Data

The data also showed that 71% of the frequent ER users had mental health histories, and over half (63%) had substance abuse histories, and 62% had inadequate housing.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 53

Pena/ 00148



## Issues Found In Frequent ER User Study

| Patient Issue | % of Study Participants |
|---|---|
| Mental health history | 71% |
| Alcohol and/or drug abuse history | 63% |
| Dual diagnosis (alcohol and drug plus mental health issues) | 30% |
| Lack of housing security (homeless, transitional/rehab, friends) | 62% |
| Probation or Parole | 23% |
| Uninsured | 50% |

**Hospitalization, Involuntary Care and Institutionalization.** During the first six months of 2005, Emergency Psychiatric Services (EPS) had on average 32.5 client contacts per day, or approximately 1,000 client contacts per month. Of 1,267 hospital admissions during FY2003 for acute inpatient mental health treatment, only 7 were voluntary. The racial/ethnic breakdown of involuntary care was as follows:

### Emergency Involuntary Admissions Compared to Overall Service User Ethnicity

| Ethnicity | % Distribution of all Service Use (FY03) | % Distribution of Involuntary Admission (FY05) |
|---|---|---|
| White | 40% | 51.4% |
| Latino | 29% | 18.5% |
| Asian | 18% | 17.1% |
| African American | 7% | 8.3% |
| Native American | 1% | 0.7% |
| Other/Unknown | 5% | 3.3% |

The above table indicates that Latinos are less likely to use emergency services while Whites are more likely.

## Older Adults 60+ Years

The current population of older adults (60+) comprises 13.11% of the total county population. Among Santa Clara County seniors ages 60 and over, their ethnicity is as follows:[52]

### Ages 60+ - 2000 Census

| Ethnicity | # | % |
|---|---|---|
| White | 142,752 | 62.8% |
| Asian | 46,480 | 20.5% |
| Hispanic | 27,952 | 12.3% |
| Black | 3,924 | 1.7% |
| Native American | 910 | 0.4% |
| Other races | 5,206 | 2.3% |
| Total | 227,224 | |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 54

Pena/ 00149

Santa Clara County is one of 11 counties in California predicted to experience the greatest population growth among its seniors. The increase in Santa Clara County's older adults is outpacing that of the total population. Between the years 2000 and 2020, the population of older adults (60+) in Santa Clara County is expected to almost double, from 220,600 to 428,300. By 2040, the size of this population is predicted to reach approximately 600,000.[53]

Over the long term, the racial composition of the county's seniors will change significantly. By 2030, no racial group will comprise a majority of the population, and by 2050, white, Hispanic, and Asian seniors will each reflect roughly 32 percent of the older adult (60+) population.[54]

### Projected Racial Distribution of Older Adults (Age 60+) in Santa Clara County[55]



### Percent of Older Adults (Age 65+) Who Speak English At Home in Santa Clara County[56]



Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 55

Pena/ 00150



**English Proficiency of Older Adults (Age 65+) Who Speak a Language Other than English at Their Home in Santa Clara County[57]**



**Concurrent Medical Problems (frequent ER care).** Among the top eight needs ranked by Santa Clara County seniors participating in the 2004 Countywide Senior Needs Assessment was lack of health professionals with gerontology and geriatric training as well as poor linkages between health care and long-term care. In the survey, a greater proportion of non-English speaking older adults were in need of assistance with home health and personal care than their English-speaking counterparts: 7.8% compared to 0.7%. 12.1% of Asian, Latino and African American older adults were uninsured compared to 2.4% of White older adults. Younger seniors were also more likely to be uninsured: 10/2% of adults aged 60 to 62 years reported being uninsured compared to roughly 2.8% of 65- to 84-year-olds and 6.1% of those 85 and older.[58]

**Concurrent Substance Abuse and Mental Health Among Seniors.** Substance abuse treatment data indicates an overrepresentation of senior Native Americans, African Americans and Latinos use of substance abuse services, suggesting a higher rate of concurrent problems among those who rely on public service for health care.

| Santa Clara County DADS FY05 Unduplicated Percent Substance Abuse Treatment Admissions by Age, Race/Ethnicity[59] | |
|---|---|
| **Ethnicity** | **Ages 60 and older** |
| American Indian/Alaskan | 2.04% |
| African American | 12.24% |
| Other non-White | 0.00% |
| Other Race | 4.08% |
| Unknown | 6.12% |
| White | 30.61% |
| Hispanic/Latino | 40.82% |
| Asian/PI | 4.08% |
| Total | 100.00% |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 56

Pena/ 00151

**Sadness, Depression and Suicide (including grief and loss).** The most prevalent mental health problems among adults age 60 and over are depressive disorders (42.1% of older adults, 60+, who received MHD services in 2003). White adults aged 60 and over represent the largest group of clients in Santa Clara County's mental health system (37.6%), followed by Asian/Pacific Islander older adults (36.7%), Hispanic/Latino (21.1%) and African American (3.8%).[60]

**Isolation and Loneliness.** A 2004 Countywide Senior Needs Assessment found that Santa Clara County seniors ranked lack of transportation and lack of information as their two most prevalent problems. Among the top eight needs ranked by Santa Clara County seniors participating in this survey was lack of information about services for older adults who do not speak English as a primary language.[61]

**Shut-In and Home-Bound.** Non-English-speaking older adults in the 2004 Countywide Senior Needs Assessment were more likely than English speakers to need help getting outside of the home or using transportation: 27.4% versus 7.6% respectively. A Santa Clara County survey revealed strong cultural stigmas associated with mental illness. Several immigrant groups, and particularly among older adult respondents, were adamant in their responses that mental illness was a "shameful sin" rather than a disease.[62] When older adults of color need mental health services, they are more heavily dependent on the public mental health system. According to a recent Santa Clara County survey, 12.1% of Asian, Latino and African American older adults were uninsured compared to 2.4% of White older adults.[63] Non-English-speaking older adults in Santa Clara County were more likely than English speakers to need help getting outside of their home or using transportation to access services: 27.4% versus 7.6% respectively.[64]

**Anxiety and Fear.** In 2004 in Santa Clara County there were 1,114 confirmed incidents of elder abuse; 60.6% were self-neglect and 39.4% were abuse by others.[65] (Elder abuse is defined as abuse of persons aged 65 and older. Self-abuse in general is when a person neglects him/herself and his/her surroundings, placing his/her health and safety at risk because of incompetence, illiteracy, ignorance, mental limitation, substance abuse or poor health.)[66] Reported incidents of elder abuse in Santa Clara County by language spoken, in descending frequency, are in English, Spanish, Vietnamese, Mandarin, Korean, and Farsi.[67]

**Involuntary Care and Institutionalization.** Older adults typically make up 9-10 percent of the persons who receive treatment at MHD acute psychiatric hospitals or that receive treatment at an IMD (Institute for Mental Disease) or MHD contracted skilled nursing facility. Because most of these clients are conserved, they are considered involuntary institutionalizations. These persons usually have a chronic psychiatric history that often includes alcohol or substance abuse. Individuals often have complex medical issues due to many years of self neglect, abrupt discontinuance of medications, injuries or chronic physical illnesses and early onset of dementia. For some older adults with a late onset of mental illness there may be mental or physical frailty and medical issues. In both cases, there needs to be special attention to combined psychiatric and

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 57

Pena/ 00152



medical treatment, life cycle issues and counseling services in support of maintaining the individual at the appropriate level of care. The level of care will involve varying degrees of intensity from in-home to long term institutional care. Self-neglect is also a risk factor that may lead to institutionalization due to physical or mental deterioration.[68]

**Cross Cutting Concerns for Unique Populations**

**Developmentally Disabled.** Stakeholders have identified the needs of developmentally disabled with concurrent mental health problems, as a population with particular unmet mental health needs in Santa Clara County. Prevalence rates show 20% to 35% of persons with mental retardation have a mental illness compared with 16% to 20% percent among the general population.[69] The number of persons served by the Department of Developmental Services (DDS) increased more than 70% between January 1993 and December 2003, far outpacing the 16% growth in the general population of California of about 16%. The gap between men and women served by DDS has increased by almost 7 percentage points, with men representing almost 60% of the population.

The age of those served by DDS has decreased as well, with over 56% of the DDS population under 22 as of December 2003, compared with 49% 10 years earlier. As of December 2003, 40.1% of the population was between the ages of 0 to14, 16.5% between the ages of 15 to 21, and 41.1% between the ages of 21 to 61, and 2.3% 62 or over.

The percentage of Hispanics in this population has grown from 24% in 1993, to 31% in 2003, making them the fastest growing segment of this population, and the second largest overall segment. African Americans represent 10.4% of the population, Asians, 5.3%, Filipino 1.9%, Native American .4%, Pacific Islander .2%, Other 7.6% and White, 43.1%.

The growth of the developmentally disabled population, including the growing percentage of Latinos with developmental disabilities, and the high prevalence of co-occurring mental illness make it imperative that we investigate how we can support families and consumers in a culturally appropriate way. Mentally ill developmentally disabled individuals also need special supportive, protective living environment in order to be able to live in the community. "

**Immigrant and Refugee Survivors of Torture.** A second high need cross-cutting population identified by stakeholders are individuals who have histories of severe torture, where many have been victims of horrendous political and/or war-related torture and abuse. It is estimated there may be up to 35,000 victims of torture residing in Santa Clara County. Many have received physically disabling injuries in addition to psychological trauma. These consumers require specialized services from professionals and para-professionals that understand this particular form of trauma from both cultural and psychiatric perspectives. There is a need for culturally compatible and innovative treatment services that integrate cultural traditions and concepts of mental illness with

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 58

Pena/ 00153

clinical mental health practices, i.e., integrating religious, spiritual and cultural familiar and compatible forms with typical therapies.

4)         **If you selected any community issues that are not identified in the "Direction" section above, please describe why these issues are more significant or your county/community.**

Not applicable.

**Section II:    Analyzing Mental Health Needs in the Community**

1)         **Using the information from population data for the county and any available estimates of unserved populations, provide a narrative analysis of the unserved populations in your county by age group. Specific attention should be paid to racial ethnic disparities. Counties will have to use multiple informing factors to address this section.**

Several steps were taken to determine the need for mental health services and the portion of that need that is being fully served, underserved or unserved. **Appendix I** provides a summary of the data utilized by Work Groups and Strategy Teams to estimate need by age group.

Need was calculated based on the University of Texas methodology applied to each age and ethnic group of the population at or below 200% of the Federal Poverty Level (FPL). The degree to which those in need were being served was determined after working definitions were developed. **Fully served** clients were defined as those who received a full complement of services through the AB2034 program for adults or Wraparound for children and adolescents. **Underserved** was defined as the remaining clients served each year, and **unserved** was defined as those estimated to be in need who received no service at all based on prevalence estimates provided by the state.

There are several caveats to the above methodology of determining mental health needs in Santa Clara County that must be taken into consideration in order to fully understand need in this community and the rationale for several of the service strategies outlined in this CSS Plan. They are presented below:

**Cost of Living.** Defining the population that relies on public mental health services as those living at or below 200% of poverty leads to an underestimation of need in Santa Clara County. Poverty level status does not take into consideration regional differences in the cost of living. Santa Clara County's high cost of living creates a disproportionate burden on families and individuals whose income is between 200% and 300% of FPL to be financially responsible for health care costs while providing only limited insurance or access to Medi-Cal. This is supported by considerable data:

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 59

Pena/ 00154



- A study that looks at income and prices across the region to develop a "self-sufficiency" standard for each of the 9 Bay Area counties found that Santa Clara County had the largest numbers of families below the self-sufficiency standard (120,815 households). [70] An adult with a preschool-age child living in Santa Clara County would need to earn $27 an hour to afford the basics—the highest amount among any of the Bay Area counties.[71]

- In 2004, 74,000 low-income Santa Clara County adults were estimated to have food insecurity and an additional 253,000 people were estimated to be living in food-insecure households – a total of 327,000 people in Santa Clara County, or 20% of all residents.[72]

- Minimum wage workers in San Jose must work more hours to afford rental housing than in any other California city.[73] The fair market rental rates in Santa Clara County are the highest of any county in the State of California.[74]

- Of the 7,646 unhoused people in Santa Clara County (a conservative number since it does not include the marginally housed) 35% were chronically unhoused—approximately 3 ½ times the national average.[75]

- It is estimated that there are 100,000 undocumented residents in Santa Clara County, or approximately 1 out of every 17 people in the county.[76]

Given the above data, it is concluded that the numbers of residents likely to rely on public service is significantly greater than those living at 200% of poverty and therefore numbers of need may be 10% to 20% higher than shown in the following prevalence tables. This is due to the disproportionate burden on lower income county residents to cover the basic cost of living expenses, leaving them with no disposable income to pay for services.

**Applied Prevalence Estimates May Underestimate Need.** Many of the focal populations selected through the stakeholder needs assessment process are populations with prevalence estimates of mental health need that are up to eight times that of the general population. For example, criminal justice population prevalence rates for both youth and adults are close to 80%, foster care youth close to 60%, and developmentally disabled and refugees may have twice the rate of illness as general populations, suggesting that need may be understated need in the following analyses.

Further, American Natives in Santa Clara County are considered an undercounted group, primarily due to errors in ethnic identification. It is estimated that American Natives from over 30 tribes are living in a variety of urban and rural settings. There are no reservations or rancherias in Santa Clara County. Given the unique socio-cultural history of these Californians in particular, need estimates are assumed to be higher than general population rates.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 60

Pena/ 00155

Prevalence estimates may also significantly underestimate need among first generation immigrant and refugee populations, who have suffered war-or politically-related trauma prior to immigration to the United States. Santa Clara has a large immigrant community, many coming from war torn and poverty-ridden countries. Input from the Refugee and Immigrant Forum, one of the Ethnic Community Advisory Committees, suggest that a high percentage of immigrating families experience debilitating and enduring stress reactions that may impact multiple generations.

**Underserved Estimates of Current Consumers May be Overstated.**  The Santa Clara County mental health system serves approximately 18,000 clients per year through age-based systems of care that provide various outpatient, case management and residential options. Without a thorough assessment of all open cases in the system, it was not possible to establish a reliable method for determining these clients who are fully served outside of the Wraparound and AB2034 programs. It is likely that there are clients who are receiving a level of service to meet their needs, are satisfied with their service levels, and are achieving results in areas of symptom relief, living situation, social and peer support, and meaningful activity. One of the major system improvement strategies proposed in this Plan is to establish a consistent person-centered and recovery-oriented utilization management system for all age groups, thus allowing for improved system management while at the same time introducing improved service strategies such as evidenced-based treatment, education- and employment-based recovery options, increased housing and benefit services, increased crisis and urgent care options, non-traditional healing methods, self-help and family support.

### Analysis of Unserved Children and Youth (0 To 15)

A review of mental health service data from FY03 reveals ethnic disparities in services provided to children 0-15 years, with Latino, Asian, and other non-white youth having the greatest relative unmet need. A particular focus of this CSS Plan is to increase service access for these populations.



Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 61

Pena/ 00156



Overall, data shows that younger children were less likely to be served than older children and that younger children of color tended to be unserved.

**0 to 5 Years.** Prevalence estimates for Santa Clara County suggest there are 2,669 children between the ages of 0 through 5 living at or below 200% of Federal Poverty Level who also suffer from SMI/SED. Nearly 82%, or 2,184, of these children remain unserved and are not receiving any kind of treatment. MHD utilization data also indicate that children of color are more likely to be among the unserved with 46% of the unserved being Latino and 25% Asian. Among White youth, 1.4% are unserved.

**6 to 15 Years.** It is estimated there are 4,221 youth between the ages of 6 and 15 who are SMI/SED. Children of color tend to be unserved with Latino and Asian children representing 88% of those who are unserved. On the other hand, the gap between need and service was not as large for White youth based on estimated SMI/SED prevalence.

Older youth are more likely to be served than children with an estimated 82% of children 0 to 5 who are unserved compared with an estimated 36% of children 6 to 15 remaining unserved. Latino youth comprise the largest group of unserved at 50% followed by unserved Asian youth at 38% and Other/Multiethnic youth at 13%.

### Analysis of Unserved Transition Age Youth

A review of mental health service data from FY03 reveals ethnic disparities in services provided to this age group, with Latino, Asian, and other non-white youth having the greatest relative unmet need. A particular focus of this CSS Plan is to increase service access for these populations.



Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 62

Pena/ 00157

Prevalence estimates for Santa Clara County indicate there are approximately 4,341 youth and young adults between the ages of 16 to 25 with SED/SMI who live at or below 200% of Federal Poverty Level. About 26%, or 1,147 of these transition age youth, are considered unserved and are not receiving any kind of treatment in the public mental health system. MHD utilization patterns and prevalence estimates show children of color, particularly Latino and Asian youth, as more likely to be unserved compared to White youth and African American youth.

**Analysis of Unserved Adults**

Prevalence data for Santa Clara County estimate that there are 13,469 adults between the ages of 26 and 59 living at or below 200% Federal Poverty Level who also suffer from SED/SMI. A review of mental health service data from FY03 reveals ethnic disparities in services provided to this age group, particularly among Latinos and Asians. Of all age groups, there is the greatest degree of service disparities in this age group, with less than half of mentally ill Asians, and under one-third of Latinos receiving service, while other ethnicities have far less unmet need. When considering the disproportionate number of Latinos in the criminal justice system, it is surmised that there is far greater need (i.e., significantly greater prevalence of mental illness) among this population and therefore far greater unmet need among Latinos than is presented in the following chart. The same is true for African American and Native American adults. A particular objective of the CSS Plan is to reduce these disparities by increasing service access for these populations.



**Analysis of Unserved Older Adults**

Prevalence data for Santa Clara County estimate that there are 2,906 older adults living at or below 200% of the Federal Poverty Level who also have a serious mental illness. Approximately 21%, or 622, are considered unserved and are not receiving any kind of treatment in the public mental health system. Relative to prevalence data, service

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 63

Pena/ 00158

utilization patterns show that there was a total of 290 Latino, 324 White and 9 Native American older adults who were unserved in FY04.

A review of mental health service data from FY03 reveals ethnic disparities in services provided to this age group, particularly among Latinos and Whites.



2)       **Using the format provided in Chart A, indicate the estimated total number of persons needing MHSA mental health services who are already receiving services, including those currently fully served and those underserved/ inappropriately served, by age group, race ethnicity, and gender. Also provide the total county and poverty population by age group and race ethnicity.**

The following provides Chart A information based on FY03 service data. It should be noted that the Department has estimated that the numbers that indicate total served populations may be overstated due to budget reductions that occurred in FY03/04 which have reduced overall system capacity. In addition, as indicated above, given the evidence that Santa Clara County has significantly higher cost of living, it is estimated that the number of residents who rely on public services for mental health needs (i.e., County Poverty Population column in Chart A) is significantly greater than those who are living at 200% of poverty or below.

Pena/ 00159



**Chart A: Service Utilization by Race/Ethnicity**

| CHILDREN AND YOUTH 0-15 | Fully Served | | Underserved/ Inappropriately Served | | Total Served | | County Poverty Population | | County Population | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Number | % | Number | % | Number | % |
| TOTAL | 181 | 69 | 1870 | 2027 | 4,147 | 100.0% | 77,813 | 100.0% | 397,008 | 100.0% |
| African American | 11 | 8 | 133 | 153 | 305 | 7.4% | 2,603 | 3.3% | 11,664 | 2.9% |
| Asian/ Pacific Islander | 5 | 0 | 246 | 189 | 440 | 10.7% | 16,699 | 21.5% | 96,924 | 24.4% |
| Latino | 71 | 30 | 927 | 1089 | 2,117 | 51.0% | 39,982 | 51.4% | 131,193 | 33.0% |
| Native American | 4 | 0 | 23 | 46 | 73 | 1.8% | 852 | 1.1% | 2,917 | 0.7% |
| White | 87 | 31 | 466 | 506 | 1,090 | 26.3% | 12,786 | 16.4% | 129,288 | 32.6% |
| Other | 0 | 0 | 75 | 44 | 121 | 2.9% | 4,891 | 6.3% | 25,022 | 6.3% |
| Unknown | 3 | 0 | 0 | 0 | 3 | | | | | |

| TRANSITION AGE YOUTH 16-25 | Fully Served | | Underserved/ Inappropriately Served | | Total Served | | County Poverty Population | | County Population | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Number | % | Number | % | Number | % |
| TOTAL | 79 | 81 | 1877 | 1834 | 3,872 | 100.0% | 49,098 | 100.0% | 252,296 | 100.0% |
| African American | 5 | 6 | 164 | 151 | 326 | 8.4% | 1,785 | 3.6% | 8,000 | 3.2% |
| Asian Pacific Islander | 3 | 6 | 290 | 312 | 611 | 16.2% | 10,295 | 21.0% | 59,758 | 23.7% |
| Latino | 25 | 30 | 763 | 628 | 1,446 | 37.2% | 25,490 | 51.9% | 83,625 | 33.1% |
| Native American | 0 | 0 | 0 | 50 | 50 | 1.3% | 536 | 1.1% | 1,834 | 0.7% |
| White | 45 | 37 | 556 | 647 | 1,285 | 33.0% | 8,577 | 17.5% | 86,725 | 34.4% |
| Other | 2 | 2 | 104 | 46 | 154 | 3.9% | 2,415 | 4.9% | 12,354 | 4.9% |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 65

Pena/ 00160

| ADULTS 26 – 59 | Fully Served | | Underserved/ Inappropriately Served | | Total Served | | County Poverty Population | | County Population | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Number | % | Number | % | Number | % |
| **TOTAL** | 33 | 19 | 6090 | 5466 | 11,609 | 100.0% | 152,035 | 100.0% | 904,708 | 100.0% |
| African American | 2 | 2 | 474 | 337 | 815 | 7.0% | 5,679 | 3.7% | 25,454 | 2.8% |
| Asian Pacific Islander | 3 | 2 | 1028 | 1177 | 2,210 | 19.0% | 42,231 | 27.8% | 245,055 | 27.1% |
| Latino | 7 | 4 | 1176 | 1214 | 2,401 | 20.7% | 55,186 | 36.3% | 181,088 | 20.0% |
| Native American | 0 | 0 | 89 | 60 | 149 | 1.3% | 1,696 | 1.1% | 5,805 | 0.6% |
| White | 17 | 11 | 2867 | 2528 | 5,423 | 46.7% | 41,163 | 27.1% | 16,204 | 46.0% |
| Other | 4 | 0 | 455 | 152 | 611 | 5.3% | 6,080 | 4.0% | 31,102 | 3.4% |

| OLDER ADULT 60+ | Fully Served | | Underserved/ Inappropriately Served | | Total Served | | County Poverty Population | | County Population | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Number | % | Number | % | Number | % |
| TOTAL | 1 | 1 | 1244 | 1159 | 2,409 | 100.0% | 22,807 | 100.0% | 227,224 | 100.0% |
| African American | 0 | 0 | 74 | 18 | 92 | 3.7% | 875 | 2.7% | 3,924 | 1.7% |
| Asian Pacific Islander | 0 | 0 | 355 | 392 | 747 | 31.0% | 8,011 | 24.4% | 46,480 | 20.5% |
| Latino | 0 | 0 | 258 | 193 | 451 | 18.7% | 8,518 | 26.0% | 27,952 | 12.3% |
| Native American | 0 | 0 | 14 | 0 | 14 | 0.6% | 266 | 0.8% | 910 | 0.4% |
| White | 1 | 1 | 453 | 462 | 917 | 38.2% | 4,119 | 43.0% | 142,752 | 62.8% |
| Other | 0 | 0 | 94 | 94 | 188 | 7.8% | 1,018 | 3.1% | 5,206 | 2.3% |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 66

Pena/ 00161

3)      **Provide a narrative discussion/analysis of the ethnic disparities in the fully served, underserved and inappropriately served populations in your county by age group as identified in Chart A. Include any available information about their age and situational characteristics as well as race ethnicity, gender, primary language, sexual orientation, and special needs.**

## Analysis of Served and Underserved Children and Youth

Among children and youth age 15 and younger, Latino children represent the majority of consumers (51%), followed by White children (26.25%), Asian/Pacific Islander children (10.70%), African American children (7.35%), Other (2.91%) and Native American (1.76%). As Chart A shows, Asian and Latino youth are underserved relative to their representation in the poverty population, while African American and White youth are shown as over-represented in service. Given the analysis presented in previous sections regarding the overrepresentation of children in juvenile justice and foster care systems and the significantly higher prevalence rates among those populations of children, these numbers are not believed to accurately reflect underserved African American and Native American youth in particular.

Upon further review by Strategy Team members of the 2,669 children 0 through 5 with SMI/SED who are at or below 200% of the Federal Poverty Level and in need of mental services, according to MHD utilization data only 486, about 18%, are receiving services. There were no children in this age group who were fully served.

Of the 4,221 children and youth ages 6 through 15 with SMI/SED who are at or below 200% of the Federal Poverty Level, 3,661, or 87%, are receiving mental health services, with 250 (6.8%) being fully served, leaving 3,415 children underserved. (Please see **Appendix I** in which 0 through 15 have been merged).

Upon review of services provided to the two primary focal populations selected for the CSS Plan, foster care and juvenile justice-involved youth, it is estimated that approximately 20% to 25% of youth in these systems receive some mental health service each year, which is less than half the rate of need based on studies. Further, many of these youth are provided only brief service through screening and crisis intervention while in custody settings and, thus, are considered to be significantly underserved.

White youth are more likely to be referred by mental health or education systems into services and, consequently, they receive intensive outpatient or residential placements in mental health care facilities. In fact, service utilization data for FY03 show that White youth were more likely to be fully served compared to children of color. In sharp contrast are utilization patterns for children of color who are more likely to receive services in juvenile hall or after being arrested and detained. The Juvenile Probation population, which is over-represented by minorities as mentioned earlier, receives a comparatively lower frequency and intensity of mental health services. This finding is

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 67

Pena/ 00162



further underscored by the fact that the prevalence of SMI/SED and ethnic profiles of clients change significantly within the dependency and custody populations. There prevalence rates for SED/SMI are as high as 50% to 60%, while estimates for the general population range from 8% and 9%, thus understating ethnic disparities.

As noted earlier, while Hispanic/Latino children ages 15 and younger make up the majority of consumers (51%), followed by White children (26.25%), Asian/Pacific Islander children (10.7%) and African American children (7.35%), relative to need, Latino and Multiethnic children and youth are more likely to be underserved. Among the underserved/inappropriately served consumers, however, Latino children (51%) represent the highest proportion of underserved youth followed by White youth (26%), Asian/Pacific Islanders (11%), African Americans (7%), Other and Multiethnic (3%), and Native Americans (2%).

## Analysis of Served and Underserved Transition Age Youth

Of the estimated 4,221 transition age youth with SMI/SED living at or below 200% of the Federal Poverty Level, 3,871, or 91.7%, received some type of services in FY03, although very few youth, 160, or (4%), were fully served in an AB2034 or Wraparound service.

According to Chart A, Latino and Asian youth are underserved relative to their representation in the county poverty population, while African American and White youth are over-represented in service relative to their numbers in the poverty population. Again, given the higher prevalence of mental illness in foster care, juvenile justice, and adult criminal justice systems and the demographic profiles of these systems, it is concluded that these data understate the underserved among African American and Native American youth in particular. Also, as with younger children, many of these youth receive very limited service while in custody settings, and thus they are considered to be significantly underserved.

In comparison to need, the disparity among Transition Age Youth is even more pronounced. Asian and Latino youth are more likely to be unserved than White youth, while White youth are more likely to be underserved or fully served compared to youth of color. Among underserved and inappropriately served clients, 48% are White, 31% Latino, 7% African American, Asian/Pacific Islander 11%, Native American .38%, and Multiethnic/Other 3%.

Further, slightly more White youth and young adults (45%) were fully served compared to Latino Transition Aged Youth (43%). Asian/Pacific Islanders, African Americans, and Multiethnic/Other together make up 11% of those who were fully served in FY03. Finally, there were no Native American youth who received full services through Wraparound programming.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 68

Pena/ 00163

## Analysis of Served and Underserved Adults

Of the estimated 13,469 adults in Santa Clara County ages 26 through 59 with SMI/SED who live at or below 200% of the Federal Poverty Level, 11,609, or about 86%, received services with only 52 (less than 1%) of these clients being fully served in an AB2034 program. Among fully served clients, White clients comprise the highest proportion. This data points to the importance of engaging more adults and, in particular, adults of color, into full service according to need.

Among the underserved or inappropriately served, White clients make up the largest proportion, with 60% being underserved or inappropriately served. Ethnicity data show 20% of Latino, 11% of Asian, 5% of African American 3% of Multiethnic or Other, and 0.4% of Native American consumers are underserved or inappropriately served.

Among the 52 fully served clients in an AB2034 program, ethnic trend data indicate that White adults comprise the highest proportion at 54%, followed by Latino clients at 21%. Similarly, among the underserved/inappropriately served, White adults comprise the highest percentage of consumers at 60%, while 20% of Latino, 5% of African American, 11% of Asian/Asian Pacific Islander, 0.4% of Native American, and 3% of Other/multiethnic were underserved/inappropriately served.

Among estimates of unserved in Santa Clara County, Latino and Asian adults are over-represented compared to White adults. While Whites comprise 27% of the Santa Clara County poverty population that is 26 through 59 years of age, they make up 46% of clients served in FY03. In contrast, Latinos of this age group, who comprise 36% of the Santa Clara County poverty population, make up only 20% of clients served. Asians of this age group comprise 28% of the Santa Clara County poverty population but make up only 19% of clients receiving outpatient services. Conversely, while African Americans of this age group comprise 4% of the poverty population, they make up 7% of clients served.

## Analysis of Served and Underserved Older Adults

Older adults were the least likely to receive full services among the focal populations; in fact, only 13 older adults were fully served in AB2034. Of the 2,906 older adults ages 60 or more with SMI/SED who are at or below 200% of the Federal Poverty Level and in need of mental health services, 2,407, or 83%, are receiving services. Two were fully served. Of older adults receiving services, 38% were White, 31% were Asian, 19% Latino, 8% were Multiethnic, 4% were African American, and 1% were Native American. There were 2,405 underserved older adults and only 2 who were fully served.

Santa Clara County population estimates show an under-representation of White older adults by 324 clients, 290 for Latino older adults, and 9 Native American older adults.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 69

Pena/ 00164

4)    **Identify objectives related to the need for, and the provision of, culturally and linguistically competent services based on the population assessment, the county's threshold languages and the disparities or discrepancies in access and service delivery that will be addressed in this Plan.**

The county will undertake the following to ensure that services provided meet the linguistic and cultural needs of Santa Clara County clients and their families.

1.    Family support and service linkages will decrease disparities by providing new service to 100 Latino and Asian families with SMI/SED children 0-5 years, increasing access to needed mental health services for young children.

2.    Outreach and Engagement strategies for ethnic minority populations will increase Full Service access for African American (N=7 ), Latino (N=15 ) and Native American (N=3  ) youth between the ages of 6-15 who are involved in the juvenile justice system.

3.    Outreach and Engagement strategies for underserved and uninsured Latino and other youth will offer Full Service Partnerships to five new youth annually.

4.    Outreach and Engagement strategies targeted to Transition Age Youth exiting the juvenile justice and foster care systems will increase Full Service access for African American (N=5), Latino (N=17), and Native American (N=1) youth between the ages of 16-25.

5.    Outreach and Engagement strategies targeted to mentally ill adults involved in the criminal justice system will decrease disparities by extending aftercare mental health services to Latino (N=66), African American (N=25), and Native American adults (N=10),

6.    Service Development strategies targeted to mentally ill adults frequently placed in locked institutional placements will move 10 non-English-speaking clients to community settings.

7.    Outreach and Engagement and Services Development strategies to address the mental health service needs of the lesbian, gay, bisexual and transgender community will increase service access for LGBTQ consumers (N=60),

8.    A permanent, ongoing role in the mental health system will be developed for the Ethnic Community Advisory Committees (ECACs) to organize consumers, family members, providers and other community members

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 70

Pena/ 00165

from specific ethnic communities for the purpose of educating and empowering these communities and increasing service access.

9. Expand self-help, family-help, education and support services to underserved Latino, Asian, Native American and African American, and immigrant and refugee communities.

10. Expand direct service capacity to provide specialized treatment services to 10 consumer survivors of torture.

**Section III: Identifying Initial Populations for Full Service Partnerships**

1) **Identify which initial populations, by age group, will be served in the first 3 years. Describe each population in terms of the situational characteristics (e.g., youth in the juvenile justice system, transition-age youth exiting foster care, homeless adults, older adults at risk of institutionalization, etc.).**

The following two populations of **children and youth** were identified as those most burdened by the concerns identified through the local planning process and, therefore, selected for full service inclusion in the Three-Year Plan:

**1. JPD-Involved Children and Youth**

**Definition:** Individuals under the age of 18 and their families who come in contact with law enforcement and/or the juvenile justice system and who are screened and assessed to be experiencing physical, social, behavioral or emotional distress related to mental health and co-occurring conditions that threaten development in one or more life domains (health/well being; family/placement; school success; safety from harm/harming others).

**Description:** This is an important population needing service due both to the high percentage of youth in the juvenile justice system with mental health issues and the overrepresentation of youth of color in the juvenile justice system. Estimates range from 50% to 90% of youth in the juvenile justice system have significant mental health issues but the percentage of youth served, much less those serve adequately, lags far behind. In terms of youth of color being over-represented, in FY03-04 among children and youth ages 0 through 17, African American youth made up 2.24% of general population but made up 12% of the Juvenile Hall population. Latino youth comprised 29.39% of the general population vs. 63% of the Juvenile Hall population, while White youth comprised 32.01% of the general population vs.16% of the Juvenile Hall population.

Pena/ 00166

2.    **Unserved and Underserved Seriously Emotionally Disturbed Children and Youth**

**Definition:** Children 0 to 18 years who have a mental disorder, which results in behavior inappropriate to the child's age according to expected developmental norms. As a result of emotional suffering, children and adolescents will have substantial impairment in two or more of the life domain areas (e.g., health and well-being; stable home, family social relations; meaningful school/work activity; safe from harm or harming in the community), and meet the eligibility requirements as defined by state and county guidelines.

**Description:** This is a population of significantly impaired young people who, due to multiple factors, including but not limited to homelessness, language and acculturation barriers, immigration status, poor or no school attendance, etc., do not come to the attention of "traditional" providers of mental health services. They are disproportionately represented in the ethnic and LGBTQ communities and typically do not receive services until an emergency arises. Finding, engaging, and providing a broad array of culturally competent, evidenced-based mental health services to this population will significantly reduce ethnic disparities.

The following population of **transition age youth** was identified as those most burdened by the concerns identified through the local planning process and, therefore, selected for full service inclusion in the Three-Year Plan:

3.    **Multi-System Users Aging Out (JPD, MHD, DFCS, DADS, Health)**

**Definition:** Those youth and young adults between the ages of 16 and 25 who are adjudicated through the Juvenile Dependency and Delinquency Courts, who have been involved with the Special Education system and/or the Mental Health system, who are screened and assessed to be experiencing physical, social, behavioral and emotional distress related to mental health and co-occurring conditions that are impacting the effective transition from childhood to adulthood and threaten failure in one or more life domains (health/well being; housing/family/interpersonal relationships; school/employment success; safety from harm/harming others).

**Description:** Youth in the foster care system, in general, and those "aging out" of the system, in particular, are a population at risk. Youth aging out are at a greater risk to a host of negative outcomes impacting their ability to become hopeful, self-sufficient, and successful adults. They face complex and unique challenges that youth in the general population are unlikely to confront as they embark into adulthood. Foster care youth, because of their early life experiences in high-risk and often dysfunctional family settings and the trauma of being removed from their biological family and being placed in foster care, exhibit a higher prevalence of mental health problems than youth in the general population. Aging out of the foster care system has been associated with higher rates of drug use, involvement with the legal system, unintended pregnancy and poor educational and career outcomes.[77]

Pena/ 00167

Likewise a high percentage of adolescents in the juvenile justice system have severe mental health problems. A 2000 Juvenile Probation Needs Assessment Report showed that among youth in county custody:

- 78% had experienced severe traumatic experiences that still had an impact on their lives;
- 69% had severe substance abuse;
- 32% had suicidal thoughts; and
- 32% had major thought disturbances that seriously affected their ability to accurately perceive the external environment.

The following two **adult** populations were identified as most burdened by concerns identified through the local planning process and, therefore, selected for full service inclusion in the Three-Year Plan:

### 4. Mentally Ill Homeless, Jail-Involved, ER Frequent Users and Dually Diagnosed

**Definition:** Adults with persistent, serious mental illness that have multiple, co-existing disorders resulting in multiple psychiatric hospitalizations, chronic homelessness, substance abuse, multiple incarcerations, chronic medical conditions leading to multiple ER visits, and other physical disabilities. This population is not typically interested or ready for traditional treatment, often leading to multiple discontinued treatment episodes. This population has distress across several life domains, and this compounds the treatment of their mental and substance abuse issues.

**Description:** This is a population of significantly impaired adults who frequently have complex psychosocial issues in conjunction with medical conditions and, in addition, they are often economically disadvantaged. Jails typically house a larger volume of mentally ill people than all other programs combined.[78] Approximately 17% of the average 4,000 Santa Clara County adult jail population receive mental health services while in custody. Due to the lifestyles of many adult inmates, jail often becomes the first provider of medical and mental health services. Initiation of treatment for longstanding but previously unidentified health problems, such as AIDS, hepatitis, and schizophrenia, is common among the inmate population. Additionally, due to the unique stressors associated with incarceration, many inmates receive mental health services in jail (i.e., medications, support therapy, and counseling) that they would not seek or qualify to receive free of charge in the community. Inmates who are mentally ill with a low level of functioning but with misdemeanor offenses are often sentenced to programs. Once they are in the programs, they cannot function at the level required to participate and often go absent without leave. These individuals are typically rearrested and have violated a condition of their probation, creating a cycle of recidivism.

Pena/ 00168

5.    **Unserved and Underserved SMI Adults**

**Definition:** Adults who have a mental disorder, which is severe in degree and persistent in duration, including schizophrenia and major affective disorders. As a result of the mental disorder, the person has substantial functional impairment in one or more life domains (e.g., independent living, social relationships, vocational skills, and/or their physical condition) or the person has a psychiatric history demonstrating that without treatment there is imminent risk of decomposition.

**Description:** Chronically mentally ill clients have frequently alienated their families and have no support system. Many clients stop taking their psychotropic medications for a variety of reasons and revert to street drugs. They come in under the influence and are seen initially as requiring detoxification. The need for mental health treatment does not make itself apparent until later. At any given time, there are more people with untreated severe mental illnesses living on the streets than are receiving care in hospitals.[79] Santa Clara County EPS evaluates approximately 35 individuals each day (all ages). Approximately 75–85% of those individuals, approximately 28 per day, are brought in by police.

The following population of **older adults** was identified as most burdened by the concerns identified through the local planning process and, therefore, selected for full service inclusion in the Three-Year Plan:

6.    **Primary Care/Public Health/SSA-Involved, Isolated, Homebound, Shut-In, Unserved Mentally Ill**

**Definition:** Individuals who are 60 years or older with significant distress or loss of functioning in multiple life domains including, but not limited to: mental issues, physical health and well-being; living conditions/family/interpersonal relationships; meaningful activity; and safety from being harmed or harming others in the community. Many have chronic mental illnesses that are exacerbated by aging, long standing self-neglect, substance abuse, physical decline and other life circumstances. Others may have initial episodes of severe depression, anxiety or other disabling conditions. Factors that contribute to these conditions include loss of primary relationships, social and cultural isolation, feelings of uselessness and loss of purpose, self-neglect, physical isolation, concerns about physical and emotional safety in the community, and trauma from war or natural disasters. The onset of dementia also has significant impact on mental health, specifically as a contributor to disabling depression and anxiety.

**Description:** Of the 2,906 older adults ages 60 or more with SMI/SED who are at or below 200% of Federal Poverty Level, 622 or 21% are completely unserved. Among SSA-involved older adults who are confirmed victims of elder abuse perpetrated by others, 29% have suffered mental/psychological abuse, 20% have suffered physical abuse, 17% have suffered neglect, 1% sexual abuse, 1% abandonment, 1% isolation, and 32% financial abuse. The annual totals of confirmed adult abuse by others along with confirmed self-neglect range from almost 1,500 to more than 2,100 annually for the

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 74

Pena/ 00169

past three years. The most common languages spoken in confirmed elder abuse reports, in order of descending frequency, are English, Spanish, Vietnamese, Mandarin, Korean, and Farsi.[80] While White older adults (60+) currently comprise about 64% of this segment of the Santa Clara County population, the racial composition of the county's seniors is changing rapidly and significantly. By 2030, no racial group will comprise a majority of the population.[81]

2)      **Describe what factors were considered or criteria established that led to the selection of the initial populations for the first three years. (Distinguish between criteria used for each age group if applicable.)**

The criteria used for selection of initial populations for the first three years of MHSA CSS funding were an extension of those decision-making principles applied earlier in the MHSA planning process to select the final list of critical concerns. Potential focal populations were compared based on:

    a) Prevalence of problems with meeting basic human needs (safety, physical health, housing, primary relationships, meaningful school/work/activity);
    b) Current inequity in service utilization;
    c) Most closely related to individual and community safety;
    d) Most closely related to loss of liberty and independence;
    e) Incurring the greatest societal costs (incarceration, institutionalization, placement, hospitalization); and
    f) Most often selected as important to consumers, families and other stakeholders.

3)      **Please discuss how your selections of initial populations in each age group will reduce specific ethnic disparities in your county.**

As described above, nine focal populations were identified by stakeholders to be the focus of the initial Three-Year CSS Plan. Six of those nine were selected to receive Full Service Partnerships. All of the populations were considered the most burdened by the concerns identified through the inreach and outreach, including ethnic communities where there are the most service disparities. Specific disparities to be addressed in each Full Service Partnership population are briefly outlined below:

1.      **JPD-Involved Youth** – Selection of this population will reduce disparities in service to Latino, African American, and Native American youth involved in the juvenile justice system.

2.      **Unserved and Underserved Seriously Emotionally Disturbed Children and Youth** – Selection of this population will reduce disparities in service to undocumented Latino and uninsured ethnic youth.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 75

Pena/ 00170

3.  **Multi-System Users Aging Out (JPD, MHD, DFCS, DADS, Health)** – Selection of this population will address disparities in service to Latino, African American, Native American, other ethnic minority, and LGBTQ youth and young adults.

4.  **Mentally Ill Homeless, Jail-Involved, ER Frequent Users and Dually Diagnosed** – Selection of this population will reduce disparities in service to mentally ill Latino, African American, and Native American adults who are involved in the criminal justice system and/or homelessness.

5.  **Unserved and Underserved SMI Adults** – Selection of this population will address disparities in service to Latino and Asian adults.

6.  **Primary Care/Public Health/SSA-Involved, Isolated, Homebound, Shut-In, Unserved Mentally Ill** – Selection of this population will address disparities in service to Latino and Asian seniors, particularly in monolingual ethnic seniors who are underserved in the current system.

## Section IV:  Identifying Strategies

(No response is required for this section.)

## Section V:  Assessing Capacity

1)  **Provide an analysis of the organization and service provider strengths and limitations in terms of capacity to meet the needs of racially and ethnically diverse populations in the county. This analysis must address the bilingual staff proficiency for threshold languages.**

The MHD system of County and contract agency providers employed just under 1,900 direct and indirect service staff in 2003, according to an ethnic origin and language proficiency survey completed by the Department. Approximately 570 County and 1300 contract agency staff were counted. It should be noted that these numbers are likely to be somewhat larger than the current fiscal year staffing due to budget reductions that occurred in FY05. Nonetheless, it is assumed that the ethnic profile of staffing is representative of the current staffing profile, given staffing language requirements that have been maintained in both County and contracted services.

The following provides a summary of staff by ethnicity and function relative to the 2000 Census information on county ethnicity. The table indicates that Mental Health employees comprise a profile of diversity similar to the overall county population, with 59% of the staffing being from non-White ethnic groups. The biggest relative variance from the county population is in Asian staff, where there is fewer Vietnamese staff

Pena/ 00171

relative to the general population, while there is relatively more non-Vietnamese Asian/Pacific Islander staff.

### Ethnicity of County and Contract Agency Staff by Job Function
### Relative to County Population
Source: MHD Mental Health Provider Survey 10/24/03

| Ethnicity | FTEs | % Total FTE's 2003 | Admin/ Mgmt N=285 | Direct Service N=1233 | Support Service N=290 | Inter- preter N=63 | County Pop 2000 | County % 2000 |
|---|---|---|---|---|---|---|---|---|
| White | 766.6 | 41% | 52% | 41% | 33% | 27% | 744,282 | 44.23% |
| Latino | 498.3 | 27% | 26% | 23% | 39% | 41% | 403,820 | 24% |
| Other Asian/P.I. | 189.8 | 10% | 9% | 10% | 10% | 11% | 259,617 | 17.84 |
| Vietnamese | 36.8 | 2% | 1% | 2% | 1% | 17% | 99,986 | 5.94% |
| Filipino | 108.9 | 6% | 3% | 6% | 8% | 2% | 76,060 | 4.52% |
| African American | 206.5 | 11% | 6% | 14% | 5% | 0% | 47,182 | 2.80% |
| American Indian | 14.0 | 1% | 1% | 1% | 0% | 0% | 11,350 | 0.67% |
| Other | 10.7 | 1% | 0% | 1% | 1% | 0% | 0 | 0% |
| Total | 1,871.7 | 100% | 100% | 100% | 100% | 100% | 1,642497 | 100% |
| FTE Duplicated by Site | 50.7 | 3% | 0% | 0% | 0% | 0% | | |

The following graphs compare ethnicity of contract agency and County paid staff.

**Contract Agency Staff (FTE) by Ethnicity N=1300**



Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 77

Pena/ 00172

**County Paid Staff (FTE)
by Ethnicity
N=570**



As shown above, of the 1,871.7 staff in the system in October 2003, 59%, or 1,105, were from diverse ethnic backgrounds. Equally important to cultural and ethnic diversity is the linguistic competencies of staff. The MHD Ethnic Services Manager coordinates a bilingual certification process for the system, whereby county and contract employees are certified as to their proficiency in speaking, reading and writing second languages. Further, particular threshold language requirements are specified in contract performance requirements. Similarly, specific direct, indirect, and management County positions are formally designated for particular threshold languages and, by County policy and agreement with labor organizations, these positions may be protected in times of layoff actions. The table below provides a summary of the languages spoken at the time of the 2003 survey. Threshold languages are noted in bold.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 78

Pena/ 00173

### Second Language Competencies of Mental Health Staff - 2003

| Language | Admin/Mgmt | Direct Service | Support Service | Interpreters | Total | % |
|---|---|---|---|---|---|---|
| African Dialects | 1 | 18 | 2 | 0 | 21 | 2% |
| American Sign | 7 | 31 | 1 | 0 | 39 | 5% |
| Cambodian | 1 | 17 | 1 | 5 | 24 | 3% |
| Cantonese | 2 | 6 | 2 | 1 | 11 | 1% |
| Farsi | 1 | 11 | 1 | 1 | 14 | 2% |
| French | 5 | 29 | 6 | 0 | 40 | 5% |
| German | 2 | 4 | 1 | 0 | 7 | 1% |
| Hindi | 2 | 15 | 3 | 0 | 20 | 2% |
| Italian | 1 | 5 | 0 | 0 | 6 | 1% |
| Japanese | 1 | 6 | 0 | 0 | 7 | 1% |
| Mandarin | 3 | 9 | 2 | 0 | 14 | 2% |
| Portuguese | 3 | 5 | 2 | 0 | 10 | 1% |
| Punjabi | 0 | 5 | 2 | 0 | 7 | 1% |
| Russian | 1 | 11 | 1 | 4 | 17 | 2% |
| Serbo-Croatian | 2 | 9 | 8 | 8 | 27 | 3% |
| Spanish | 43 | 285 | 71 | 29 | 428 | 49% |
| Tagalog | 3 | 25 | 10 | 0 | 38 | 4% |
| Vietnamese | 7 | 72 | 11 | 13 | 103 | 12% |
| Other: Polish | 2 | 5 | 1 | 1 | 9 | 1% |
| Other: Taiwanese | 6 | 3 | 0 | 0 | 9 | 1% |
| Other: Hebrew | 3 | 4 | 0 | 0 | 7 | 1% |
| **Total** | 96.4 | 589.3 | 126.7 | 6363.2 | 875.6 | 100% |

The table shows that 876.5, 47% of total staff, were proficient in other languages in addition to English; 589.3, 48% of direct service staff, were bilingual.

The following table provides a perspective on direct service staff ethnic and linguistic proficiency needs relative to the County threshold languages and the poverty population using demographic data provided on Medi-Cal beneficiaries as a proxy for the poverty population profile.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 79

Pena/ 00174

### Threshold Language Capacity Relative to 2005 Medi-Cal Beneficiary Demographics

| Ethnicity/Language | Medi-Cal Pop | % Medi-Cal Pop | Prefer Native Language | % Prefer Native Language |
|---|---|---|---|---|
| Latino/Spanish | 79,702 | 58% | 60,945 | 76% |
| Vietnamese | 18,992 | 14% | 17,713 | 93% |
| Filipino/Tagalog | 5,670 | 4% | 2,346 | 41% |
| Chinese/Mandarin | 5,283 | 4% | 2,748 | 84% |
| Chinese/Cantonese | | | 1,711 | |

The data suggests that the large majority of these individuals prefer services in their native language and that language preference may vary by ethnicity with 93% of Vietnamese individuals preferring Vietnamese, 84% of Chinese clients preferring Mandarin or Cantonese; 76% of Latinos preferring services in Spanish; and 41% of Filipinos preferring Tagalog. This information provides a means to calculate the target linguistic resources that will be needed in addressing service disparities as unserved clients are provided access to the system through new CSS Outreach and Engagement strategies.

The MHD will strive to more closely align ethnic and bilingual competency goals with the Medi-Cal ethnic percentages for the five threshold languages. In other words, the direct service staffing cultural/linguistic profile should more closely resemble the Medi-Cal population for these specific populations; and in general the MHD will seek to reflect the entire population it expects to serve. The following table illustrates the number of FTE direct staff that would be required to match the profile of direct service staff to the Medi-Cal population, using the 2003 total of 1,233 FTE direct staff.

### Comparison of 2003 Direct Staff Cultural and Linguistic Profile Relative to 2005 Medi-Cal Population Profile

| Ethnicity/ Language | Medi-Cal Population | % Medi-Cal Population Goal | Direct Service FTEs | % Direct Service | Variance from Goal |
|---|---|---|---|---|---|
| Latino/Spanish | 79,702 | 58% | 285 | 23% | -430 FTEs |
| Vietnamese | 18,992 | 14% | 72 | 6% | -101 FTEs |
| Filipino/Tagalog | 5,670 | 4% | 25 | 4% | -24 FTEs |
| Chinese/Mandarin | 5,283 | 4% | 15 | 1.2% | -24 FTEs |

The above data illustrates that despite the significant progress the MHD has made in recruiting staff with linguistic and cultural competencies, from the perspective of the consumer population the Department should expect to serve, the current staffing varies

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 80

Pena/ 00175

significantly from the profile of the desired population. Given the disparities identified in services to Latino and Asian populations, the recruitment and training of bilingual/bicultural staff in the four languages outlined above will be a primary objective.

2)      **Compare and include an assessment of the percentages of culturally, ethnically and linguistically diverse direct service providers as compared to the same characteristics of the total population who may need services in the county and the total population currently served in the county.**

The table below provides a summary of staff ethnicity in relation to the county population most likely to utilize public service and to the population of clients served in FY03.

### Comparison of Direct Provider Staff, Total Population, Poverty Population and Population Served

| | Provider Pop 2003 | % | County Pop 2000 | % | Poverty Pop 2000 | % | Total Served | % |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 1233 | 100% | 1,381,236 | 100% | 301,753 | 100% | 22,046 | 100% |
| African American | 173 | 14% | 49,042 | 4% | 10,942 | 4% | 1,545 | 7% |
| Asian/Pacific Islander | 222 | 18% | 448,217 | 32% | 77,236 | 26% | 4,008 | 18% |
| Latino | 284 | 23% | 423,858 | 31% | 129,176 | 43% | 6,415 | 29% |
| Native American | 12 | 1% | 11,466 | 1% | 3,350 | 1% | 286 | 1% |
| White | 506 | 41% | 374,969 | 27% | 66,645 | 22% | 8,719 | 40% |
| Other | 25 | 2% | 73,684 | 5% | 14,404 | 5% | 1,075 | 5% |

As the table shows, the profile of current provider staff closely aligns with the profile of current clients served, with the exception that there are more African American providers than clients served.

With respect to **Asian/Pacific Islander comparisons**, the provider population is significantly lower relative to the overall county population (18% providers vs. 32% county) and the poverty population (18% providers vs. 26% poverty), yet it matches the client population.

With respect to **Latino comparisons**, the provider population is most different from the poverty population (23% providers vs. 43% poverty), and is relatively similar to the client population (23% provider vs. 29% clients).

With respect to **Native American comparisons**, all populations are 1%.

Santa Clara County Mental Health Services Act                                        Page 81
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Pena/ 00176

With respect to White comparisons, White providers are similar to the client population (41% providers vs. 40% clients) and are significantly greater than both the general population (41% vs. 27%) and the poverty population (41% vs. 22%).

3)      **Provide an analysis and include a discussion of the possible barriers your system will encounter in implementing the programs for which funding is requested in this Plan and how you will address and overcome these barriers and challenges. Challenges may include such things as difficulty in hiring staff due to human resource shortages, lack of ethnically diverse staff, lack of staff in rural areas and/or on American Indian reservations, difficulties in hiring clients and family members, need for training of staff in recovery/wellness/resiliency and cultural competence principles and approaches, need to increase collaborative efforts with other agencies and organizations, etc.**

As the above data demonstrates, the County has a diverse workforce, with close to half of direct service staff being proficient in two languages. Spanish appears to be the one threshold language where there is significant bilingual staff; however, given the profile of the current Medi-Cal populations, a proxy for the county's poverty population, there is insufficient Spanish, Vietnamese, Tagolog, Mandarin and Cantonese-speaking staff. Increases in bilingual staff in all of these languages will be greatly needed for the MHD to achieve the objectives of reducing disparities that have been outlined in this plan.

At the same time, it is recognized that the mental health system has much to be proud of in recognizing the numerous language capabilities among mental health system staff. Much of this success can be attributed to the MHD Intem Collaborative, Intem Stipend Program, and the strong relationship the MHD has developed with local universities in training, recruiting and hiring staff. Through these programs, the MHD annually places close to 50 interns in County and contract programs. These interns are specifically identified for their bilingual competencies and the great majority eventually become employed in County and contract programs.

Stipends will continue to be offered to those students who are determined to have competencies most needed by system. Nonetheless, these new professionals will be sought by all Bay Area counties in the coming years, and Santa Clara County may lose many due to the cost of living in the area compared to other counties in the region. Continued and aggressive efforts will be required to meet the staff language criteria indicated here.

The second greatest challenge to successful implementation of the CSS Plan will be the recruitment of consumer and family staff, particularly from ethnic communities. A particular initiative will be to outreach to various communities through the continuing work of Ethnic Community Advisory Committees and to continue to support ethnic-specific agencies to recruit and hire consumers and family members. Currently, the

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 82

Pena/ 00177

MHD employs approximately 15 to 20 consumer staff through hourly contracts, and several parent partners are in permanent, benefited positions. An Important component in the Department's efforts to increase consumer and family-driven services will be the hiring of two management positions, a Director of Consumer Affairs, and a Director of Family Affairs.

Finally, the MHD and all stakeholders have committed to a "partnership in learning". Over the past year of intensive engagement of consumers, family members, system partners, providers, and community members, the result has been a tremendous amount of learning about the needs of consumers, their families, and those who are unserved. Hundreds of individuals devoted substantial time to studying best and evidenced-based practices and new promising models of service. The MHD recognizes that it has only begun to utilize that learning to shape a new system that will achieve the agreed-upon service outcomes. The next step is to embark on another phase of bringing those practices that have been selected into operation throughout the system. This will require intensive, ongoing training and education throughout all levels of our system. The MHD will need to dedicate resources to insure quality, ongoing training is provided to all participants in the system.

### Section VI: Developing Work Plans with Timeframes and Budget/Staffing

I.        Summary Information on Programs to be Developed or Expanded

1)        Please complete Exhibits 1, 2, and 3, providing summary information related to the detailed work plans contained in the Program and Expenditure Plan.

   (please see Exhibit 1 as cover sheet, and Exhibits 2, 3, and 4 in following pages)

2)        The majority of a county's total three-year CSS funding must be for Full Service Partnerships. If individuals proposed for Full Service Partnerships also receive funds under System Development or Outreach and Engagement Funding, please estimate the portion of those funds that apply toward the requirement for the majority of funds during the three-year period. (Small counties are exempt from this requirement until Year 3 of the three-year plan.) Please provide information demonstrating that this requirement has been met.

   Exhibit 2 provides a detailed summary of the three-year CSS funding proposal. The following chart provides an overview of the proposed three-year budget, including administrative and one-time expenditures.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 83

Pena/ 00178

| Type of Funding | FY 05/06 | FY 06/07 | FY 07/08 | Total | %* |
|---|---|---|---|---|---|
| Full Service Partnerships | $1,231,747 | $8,186,503 | $9,313,777 | $18,732,027 | 58% |
| System Development | $1,049,963 | $6,559,575 | $7,606,798 | $15,216,336 | 28% |
| Outreach & Engagement | $226,286 | $2,364,453 | $2,513,024 | $5,103,763 | 11% |
| Total | $2,507,996 | $17,110,530 | $19,433,600 | $39,052,126 | |
| Planning & Infrastructure | $1,064,794 | | | $1,064,794 | 3% |
| Grand Total | $3,572,790 | $17,110,530 | $19,433,600 | $40,116,920 | |

*Percentages are based on an average of 25% of system development funds and 12% of outreach and engagement funds being used by full service partnership clients.

3) **Please provide the estimated number of individuals expected to receive services through System Development Funds for each of the three fiscal years and how many of those individuals are expected to have Full Service Partnerships each year.**

The number of individuals expected to receive services through System Development Funds for each fiscal year:

FY05-06 - 694        # expected to have FSP - 17

FY06-07- 5781        # expected to have FSP - 145

FY07-08 - 5781       # expected to have FSP – 145

4) **Please provide the estimated unduplicated count of individuals expected to be reached through Outreach and Engagement strategies for each of the three fiscal years and how many of those individuals are expected to have Full Service Partnerships each year.**

FY05-06 - 258        # expected to have FSP - 11

FY06-07- 2148        # expected to have FSP - 96

FY07-08 - 2148       # expected to have FSP –96

6) **For children, youth and families, the MHSA requires all counties to implement Wraparound services, pursuant to W&I Code Section18250, or provide substantial evidence that it is not feasible in the county in which case counties should explore collaborative projects with other counties and/or appropriate alternative strategies. Wraparound programs must be**

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 84

Pena/ 00179

consistent with program requirements found in W&I Code Sections 18250-18252. If Wraparound services already exist in a county, it is not necessary to expand these services. If Wraparound services are under development, the county must complete the implementation within the three-year plan period.

## Endnotes

[1] US Census 2000

[2] Multi-System Users Evaluation Study, Leadership Team Presentation, April 26, 2005

[3] Santa Clara County Juvenile Probation Department Annual Report 2003

[4] Data based on *Child Welfare Services Reports for California*. Retrieved 1/27/04, from University of California at Berkeley Center for Social Services Research, website. URL: <http://cssr.berkeley.edu/CWSCMSreports/>.

[5] Data based on *Child Welfare Services Reports for California*. Retrieved 1/27/04, from University of California at Berkeley Center for Social Services Research, website. URL: <http://cssr.berkeley.edu/CWSCMSreports/>.

[6] Single Jurisdiction Drug Court Enhancement Grants, FY 2004, Santa Clara County Department of Alcohol and Drug Services

[7] Santa Clara County Department of Alcohol and Drug Services, 2005

[8] http://www.kidsdata.org/rgnresults.jsp?r=4&c=3&sf=n&x=156&y=7, retrieved 10/7/05

[9] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[10] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[11] Keys to Housing: A 10-Year Plan to End Chronic Homelessness in Santa Clara County, 5/25

[12] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[13] *Santa Clara County Children's Report: Key Indicators of Well-being 2005*, Kids in Common

[14] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[15] Santa Clara County Domestic Violence Council Death Review Committee Final Report, January 1 – December 31, 2003

[16] Santa Clara County Domestic Violence Council Death Review Committee Final Report, January 1 – December 31, 2003

[17] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[18] US Census 2000

[19] http://cssr.berkeley.edu/CWSCMSReports, retrieved 5/17/05

[20] Santa Clara County Department of Correction, 9/27/05, www.scvmed.org/site/0,4760,sid%253D11277,00.html

[21] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[22] http://www.kidsdata.org/, retrieved 10/7/05

[23] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[24] http://www.kidsdata.org/, retrieved 10/7/05

[25] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[26] Santa Clara County Department of Alcohol and Drug Services, 2005

[27] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[28] Grigoriadis, S. & Seeman, M. V. (2002). The Role of Estrogen in Schizophrenia: Implications for Schizophrenia Practice Guidelines for Women, *Canadian Journal of Psychiatry*, 47, 437–442.

Pena/ 00180

[29] Angermeyer, M. C., & Kuhn L (1988). Gender differences in age at onset of schizophrenia. An overview. *European Archives of Psychiatry Neurological Sciences*, 237, 351-364.

[30] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[31] http://www.kidsdata.org/, retrieved 10/7/05

[32] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[33] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[34] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[35] Santa Clara County Public Health Department, Health Assessment and Quality Improvement Division, California Healthy Kids Survey, 2004

[36] Santa Clara County Public Health Department, Health Assessment and Quality Improvement Division, California Healthy Kids Survey, 2004

[37] US Census 2000

[38] *Dual Diagnosed Clients in Alcohol and Drug Services Accessing Mental Health Services*, July 1, 1999, to June 30, 2000, Santa Clara County

[39] Santa Clara County Department of Correction, 9/27/05, www.scvmed.org/site/0,4760,sid%253D11277,00.html

[40] *Knowledge of Immigrant Nationalities in Santa Clara County*, Immigrant Action Network, 2001

[41] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[42] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004

[43] The 2004 Santa Clara County Homeless Census and Survey, April 2005, Prepared by Applied Survey Research

[44] The 2004 Santa Clara County Homeless Census and Survey, April 2005, Prepared by Applied Survey Research

[45] New Directions, Santa Clara County

[46] *Bridging Borders in Silicon Valley, Summit on Immigrant Needs and Contributions*, December 2000

[47] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[48] *Lesbian, Gay, Bisexual, and Transgender Needs Assessment: Emotional Well-Being and Mental Health*, Billy DeFrank LGBT Community Center, Santa Clara County, October 2005

[49] *HIV Medical Care Survey, An Evaluation of Persons Receiving Care for HIV/AIDS Disease in 2000 Santa Clara County*, May 2003

[50] Santa Clara County Public Health Department, Epidemiology and Data Management

[51] New Directions, Santa Clara County

[52] US Census 2000

[53] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[54] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[55] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[56] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[57] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[58] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[59] Santa Clara County Department of Alcohol and Drug Services, 2005

Pena/ 00181

[60] Cultural Competency Plan Annual Update FY 2003-2004, Santa Clara County Department of Mental Health

[61] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[62] *Bridging Borders in Silicon Valley,* Summit on Immigrant Needs and Contributions, December 6, 2000

[63] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[64] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

[65] Santa Clara County Social Services Agency, Department of Aging and Adult Services

[66] *Santa Clara County Community Profile on Violence 2003 Report*, Santa Clara County Public Health Department/Santa Clara Social Services Agency, Department of Aging and Adult services, Adult Protective Services.

[67] Santa Clara County Social Services Agency Department of Aging and Adult Services 2005 data

[68] Santa Clara County Social Services Agency Department of Aging and Adult Services, data dates as shown

[69] Stark, J. Mental Illness in Persons with Mental Retardation. News and Notes: *Quarterly Newsletter of the American Association on Mental Retardation*, 2: 1-2, 1989.

[70] *The Bottom Line: Setting the Real Standard for Bay Area Working Families,* United Way of the Bay Area,

[71] *San Francisco Chronicle,* 9/29/04

[72] *Santa Clara County Trends and Needs Assessment Report*, United Way Silicon Valley, May 2005

[73] *LOCKED OUT 2004: California's Affordable Housing Crisis*, California Budget Project, January 2004

[74] *LOCKED OUT 2004: California's Affordable Housing Crisis*, California Budget Project, January 2004

[75] *Keys to Housing: A 10-Year Plan to End Chronic Homelessness in Santa Clara County, A Blueprint for the Communities of Santa Clara County*, May 2005

[76] Santa Clara County Office of Human Relations, 2005

[77] Dubner & Motta, 1999; Halfon, Zepeda, & Inkelas, 2002, Hines & Lee, 2005; Loman & Sigal, 2000; Wertheimer, 2002

[78] U. S. Department of Health and Human Services

[79] U.S. Department of Health and Human Services

[80] Santa Clara County Social Services Agency, Department of Aging and Adult Services, 2005

[81] *Community for a Lifetime, A Ten Year Strategic Plan to Advance the Well-Being of Older Adults in Santa Clara County*, City of San Jose and County of Santa Clara, February 2005

Pena/ 00182

**Section VI: Developing Work Plans with Timeframes and Budget/Staffing**

II.     **Programs to be Developed or Expanded—the following information is required for each program. Since the review process may approve individual program work plans separately, it is critical that a complete description is provided for each program. If a particular question is not applicable for the proposed program, please so indicate. For each program, please provide the following:**

Work Plans for each of the proposed programs is provided in the following pages in the format required for Exhibit 4 in response to item question #1 below. In addition, detailed narrative is provided in response to questions #2 - #15.

1.     **Complete Exhibit 4 (as required under Section IV response). Using the format found in Exhibit 4, please provide the following summary:**

   a)     A brief description of the program

   b)     Identification of the age and situational characteristics of the priority population to be served in this program

   c)     Identification of strategies for which you will be requesting MHSA funds for this program

   d)     Identification of the funding types that will be used and the age group of the priority populations to be served for each strategy. Many strategies may be used in a program.

2.     **Please describe in detail the proposed program for which you are requesting MHSA funding and how that program advances the goals of the MHSA.**

3.     **Describe any housing or employment services to be provided.**

4.     **Please provide the average cost for each Full Service Partnership participant including all fund types and fund sources for each Full Service Partnership proposed program.**

5.     **Describe how the proposed program will advance the goals of recovery for adults and older adults or resiliency for children and youth. Explain how you will ensure the values of**

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 88

Pena/ 00183



recovery and resiliency are promoted and continually reinforced.

6.    If expanding an existing program or strategy, please describe your existing program and how that will change under this proposal.

7.    Describe which services and supports clients and/or family members will provide. Indicate whether clients and/or families will actually run the service or if they are participating as a part of a service program, team or other entity.

8.    Describe in detail collaboration strategies with other stakeholders that have been developed or will be implemented for this program and priority population, including those with tribal organizations. Explain how they will help improve system services and outcomes for individuals.

9.    Discuss how the chosen program/strategies will be culturally competent and meet the needs of culturally and linguistically diverse communities. Describe how your program and strategies address the ethnic disparities identified in Part II Section II of this plan and what specific strategies will be used to meet their needs.

10.    Describe how services will be provided in a manner that is sensitive to sexual orientation, gender-sensitive and reflect the differing psychologies and needs of women and men, boys and girls.

11.    Describe how services will be used to meet the service needs for individuals residing out-of-county.

12.    If your county has selected one or more strategies to implement with MHSA funds that are not listed in Section IV, please describe those strategies in detail including how they are transformational and how they will promote the goals of the MHSA.

13.    Please provide a timeline for this work plan, including all critical implementation dates.

14.    Develop Budget Requests: Exhibit 5 provides formats and instructions for developing the Budget and Staffing Detail Worksheets and Budget Narrative associated with each program work plan. Budgets and Staffing Detail Worksheets

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 89

Pena/ 00184



and Budget Narratives are required for each program work plan for which funds are being requested.

a.   Work plans and most budget/staffing worksheets are required at the program level. Consistent with the balance of the work plans, some services may not be part of a comprehensive program and should be budgeted as a stand-alone program and work plan. An example of this is Mobile Crisis. It is a countywide service available to a broad service population and may not necessarily be part of another program for a priority population.

b.   Information regarding strategies is requested throughout the Program and Expenditure Plan Requirements. Strategies are approaches to provide a program/service. Multiple strategies may be used as an approach for a single service. No budget detail is required at the strategy level. Examples of strategies include self-directed care plans, integrated assessments for co-occurring disorders, on-site services in child welfare shelters, and self-help support.

15.   A Quarterly Progress Report (Exhibit 6) is required to provide estimated population to be served. This form will be required to be updated quarterly specifying actual population served. Additionally, a Cash Balance Quarterly Report (Exhibit 7) is required to provide information about the cash flow activity and remaining cash on hand. All progress reports are to be submitted to the DMH County Operations analyst assigned to the County within 30 days after the close of the quarter.

(Please see answers to the above questions in the following work plans.)

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 90

Pena/ 00185

# EXHIBITS, WORK PLANS AND BUDGET WORKSHEETS

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 91

Pena/ 00186

## PART III:    REQUIRED EXHIBITS

### 1. Required Exhibits—Overview

□□ **Exhibit 1** -- Plan Face Sheet (provided as cover)
The Plan Face Sheet is the coversheet to be used in the transmission of the Program and Expenditure Plan. The Face Sheet must be printed in ink or typewritten. A single Exhibit 1 is required.

□□ **Exhibit 2** -- County Program Work Plan Listing (see
This is a listing of all work plans submitted by the County for which MHSA funding is being requested. This form provides a Program Work Plan number and Program Work Plan name that will be used consistently on all related work plan documents. It identifies the type of funding being requested for each work plan and the age group to be served. A single Exhibit 2 is required for each fiscal year.

□□ **Exhibit 3** -- Full Service Partnership Population **(to be provided in final draft)**
This Exhibit is to be used to provide the estimated number of individuals to be fully served by age group and the percent of those individuals who are currently unserved or underserved by race/ethnicity by fiscal year. This exhibit should reflect all Full Service Partnerships in all MHSA-funded programs. A single Exhibit 2 is required.  (I think they mean Exhibit 3.)

### 2. Required Exhibits—Individual Program Work Plans

□□ **Exhibit 4** -- Program Work Plan Summary.

This Exhibit provides summary information and **is required for each detailed work plan.** This Summary will include the Work Plan number and name as shown on Exhibit 1. Provide a brief description of the program and how it is intended to advance the goals of the MHSA, a brief description of the priority population being served and the age and situational characteristics of that population, a listing of strategies to be used in this program to meet the need of the individuals to be served, the type of funding being requested and the age group being targeted.

□□ **Exhibit 5** -- Budget and Staffing Detail Worksheets

This Exhibit contains all budget and staffing detail instructions and forms and is **required for each detailed work plan.** For counties that have chosen to implement intergenerational programs or strategies and are providing separate staffing for an age group, that staffing detail must be included in the Staffing Detail Worksheet contained in this Exhibit. If separate age-specific staffing is not

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 92

Pena/ 00187

planned for intergenerational strategies, the county must describe how the staffing is appropriate for the age group being served.

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December 30, 2005

Page 93

Pena/ 00188

BUDGET SUMMARY WORKSHEETS

&

EXHIBIT 2

Pena/ 00189

SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT
Mental Health Service Act CSS Funding Allocations
(Net of MediCal, Medicare and EPSDT Revenues)

| | FY06 | FY07 | FY08 | Total |
|---|---|---|---|---|
| **Age 0-15** | | | | |
| Full Service Partnerships | $147,485 | $529,327 | $603,000 | $1,279,812 |
| 0 to 5 System Development | $111,454 | $286,978 | $378,087 | $776,519 |
| Behavioral Health Recovery Services | $108,400 | $517,625 | $683,333 | $1,309,358 |
| | $367,339 | $1,333,930 | $1,664,420 | $3,365,689 |
| **Age 16-25** | | | | |
| Full Service Partnerships | $133,248 | $520,952 | $603,000 | $1,257,200 |
| Behavioral Health Recovery Services | $172,134 | $711,976 | $975,000 | $1,859,110 |
| Crisis & Drop In | $63,195 | $461,805 | $475,000 | $1,000,000 |
| Education Partnership | $27,218 | $166,357 | $218,750 | $412,325 |
| | $395,795 | $1,861,090 | $2,271,750 | $4,528,635 |
| **Age 26-59** | | | | |
| Full Service Partnerships | $165,563 | $874,966 | $1,100,000 | $2,140,529 |
| Behavioral Health Recovery Services | $326,616 | $1,389,513 | $1,891,667 | $3,607,796 |
| Jail Full Service Aftercare & Recovery | $239,517 | $2,340,128 | $2,710,000 | $5,289,645 |
| Urgent Care & Crisis Support | $398,333 | $2,758,278 | $3,000,000 | $6,156,611 |
| Consumer & Family Self Help | $124,618 | $800,170 | $900,000 | $1,824,788 |
| | $1,254,647 | $8,163,055 | $9,601,667 | $19,019,369 |
| **Age 60+** | | | | |
| Full Service Partnerships | $79,889 | $375,278 | $433,333 | $888,500 |
| Behavioral Health Recovery Services | $98,823 | $500,957 | $566,667 | $1,166,447 |
| Mobile Assessment & Outreach | $43,079 | $203,704 | $266,667 | $513,450 |
| Family & Caregiver Support | $35,000 | $352,083 | $400,000 | $787,083 |
| | $256,791 | $1,432,022 | $1,666,667 | $3,355,480 |
| **Cross Cutting Initiatives** | | | | |
| Housing Options | $0 | $1,700,000 | $1,700,000 | $3,400,000 |
| Community Family Outreach | $28,472 | $215,278 | $250,000 | $493,750 |
| Behavioral & Primary Health Care Partnership | $11,539 | $236,059 | $250,000 | $497,598 |
| Education Employment Self Sufficiency | $80,079 | $422,250 | $382,250 | $884,579 |
| Behavioral Health Learning Partnership | $95,000 | $300,000 | $200,000 | $595,000 |
| Regional Survivors of Torture Treatment | $18,333 | $100,000 | $100,000 | $218,333 |
| | $233,423 | $2,973,587 | $2,882,250 | $6,089,260 |
| **Administration** | | | | |
| 2.0 MHPS FSP Coordinators | $82,331 | $246,994 | $246,994 | $576,319 |
| 1.0 MHPS Training | $41,166 | $123,497 | $123,497 | $288,160 |
| 2.0 LCSW QI/UR Coordinators | $73,728 | $221,184 | $221,184 | $516,096 |
| 1.0 HCA UM Analyst | $36,756 | $110,268 | $110,268 | $257,292 |
| 1.0 LCSW Cult Comp Coordinator | $36,864 | $110,592 | $110,592 | $258,048 |
| Startup, Service/Supplies & Overhead | $203,540 | $405,177 | $405,177 | $1,013,894 |
| | $474,385 | $1,217,712 | $1,217,712 | $2,909,809 |
| MAA/UR Revenue | $79,591 | $270,866 | $270,866 | $671,324 |
| | $394,794 | $946,846 | $946,846 | $2,288,485 |
| **Planning** | | | | |
| 2.0 FTEs, Consultants, Supplies | $670,000 | $400,000 | $400,000 | $1,470,000 |
| Total | $3,572,789 | $17,110,530 | $19,433,600 | $40,116,918 |
| Allocation | $13,387,600 | $13,387,600 | $13,387,600 | $40,162,800 |
| Variance | $9,814,811 | ($3,722,930) | ($6,046,000) | $45,882 |

MHSA Workplan Allocations V6 Summary

Pena/ 00190

SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT
MHSA Expense & Revenue Estimates: FY06 Annualized Before One Time Allocations

| # | | Expense | Revenue | Net | FSP | SD | O&E |
|---|---|---|---|---|---|---|---|
| | **Age 0-15** | | | | | | |
| C-01 | Full Service Partnerships | $1,230,000 | $627,000 | $603,000 | $603,000 | $0 | $0 |
| C-02 | 0 to 5 System Development | $399,497 | $21,410 | $378,087 | $94,522 | $283,565 | $0 |
| C-03 | Behavioral Health Recovery Services | $1,000,000 | $316,667 | $683,333 | $239,167 | $444,166 | $0 |
| | Pct Total | $2,629,497 | $965,077 | $1,664,420 | $936,689 | $727,731 | $0 |
| | | 14.8% | 22.3% | 12.4% | 13.8% | 14.2% | 0.0% |
| | **Age 16-25** | | | | | | |
| T-01 | Full Service Partnerships | $1,230,000 | $627,000 | $603,000 | $603,000 | $0 | $0 |
| T-02 | Behavioral Health Recovery Services | $1,375,000 | $400,000 | $975,000 | $341,250 | $633,750 | $0 |
| T-03 | Crisis & Drop In | $500,000 | $25,000 | $475,000 | $47,500 | $213,750 | $213,750 |
| T-04 | Education Partnership | $250,000 | $31,250 | $218,750 | $109,375 | $109,375 | $0 |
| | Pct Total | $3,355,000 | $1,083,250 | $2,271,750 | $1,101,125 | $956,875 | $213,750 |
| | | 18.9% | 25.0% | 17.0% | 16.3% | 18.7% | 15.2% |
| | **Age 26-59** | | | | | | |
| A-01 | Full Service Partnerships | $1,500,000 | $400,000 | $1,100,000 | $1,100,000 | $0 | $0 |
| A-02 | Behavioral Health Recovery Services | $2,645,000 | $753,333 | $1,891,667 | $662,083 | $1,229,584 | $0 |
| A-03 | Jail Full Service Aftercare & Recovery | $2,494,184 | $180,184 | $2,314,000 | $1,400,000 | $457,000 | $457,000 |
| A-04 | Urgent Care & Crisis Support | $1,350,000 | $150,000 | $1,200,000 | $300,000 | $900,000 | $0 |
| A-05 | Consumer & Family Self Help | $550,000 | $0 | $550,000 | $137,500 | $137,500 | $275,000 |
| | Pct Total | $8,539,184 | $1,483,517 | $7,055,667 | $3,599,583 | $2,724,084 | $732,000 |
| | | 48.2% | 34.2% | 52.7% | 53.2% | 53.3% | 51.9% |
| | **Age 60+** | | | | | | |
| OA-01 | Full Service Partnerships | $500,000 | $166,667 | $333,333 | $333,333 | $0 | $0 |
| OA-02 | Behavioral Health Recovery Services | $700,000 | $233,333 | $466,667 | $128,333 | $238,334 | $0 |
| OA-03 | Mobile Assessment & Outreach | $400,000 | $133,333 | $266,667 | $66,667 | $100,000 | $100,000 |
| OA-04 | Family & Caregiver Support | $250,000 | $0 | $250,000 | $62,500 | $93,750 | $93,750 |
| | Pct Total | $1,850,000 | $533,333 | $1,316,667 | $590,833 | $432,084 | $193,750 |
| | | 10.4% | 12.3% | 9.8% | 8.7% | 8.5% | 13.7% |
| | **Cross Cutting Initiatives** | | | | | | |
| HO-01 | Housing Options | $0 | $0 | $0 | $0 | $0 | $0 |
| FH-01 | Community Family Outreach | $0 | $0 | $0 | $0 | $0 | $0 |
| HC-01 | Behavioral & Primary Health Care Partnership | $0 | $0 | $0 | $0 | $0 | $0 |
| EE-01 | Education Employment Self Sufficiency | $132,250 | $0 | $132,250 | $66,125 | $33,063 | $33,063 |
| LP-01 | Behavioral Health Learning Partnership | $0 | $0 | $0 | $0 | $0 | $0 |
| ST-01 | Regional Survivors of Torture Treatment | $0 | $0 | $0 | $0 | $0 | $0 |
| | | $132,250 | $0 | $132,250 | $66,125 | $33,063 | $33,063 |
| | Pct Total | 0.7% | 0.0% | 1.0% | 1.0% | 0.6% | 2.3% |
| | **Administration** | | | | | | |
| AD-01 | 2.0 MHPS FSP Coordinators | $246,994 | $26,435 | $220,559 | $220,559 | $0 | $0 |
| AD-01 | 1.0 MHPS Training | $123,497 | $12,350 | $111,147 | $31,344 | $39,902 | $39,902 |
| AD-01 | 2.0 LCSW QI/UR Coordinators | $221,184 | $165,888 | $55,296 | $15,593 | $19,851 | $19,851 |
| AD-01 | 1.0 HCA UM Analyst | $110,268 | $55,134 | $55,134 | $15,548 | $19,793 | $19,793 |
| AD-01 | 1.0 LCSW Cult Comp Coordinator | $110,592 | $11,059 | $99,533 | $28,068 | $35,732 | $35,732 |
| AD-01 | Service/Supplies | $405,177 | $0 | $405,177 | $162,311 | $121,433 | $121,433 |
| | | $1,217,712 | $270,866 | $946,846 | $473,423 | $236,711 | $236,711 |
| | Pct Total | 6.9% | 6.2% | 7.1% | 7.0% | 4.6% | 16.8% |
| | **Planning** | | | | | | |
| | 2.0 FTEs, Consultants, Supplies | $0 | $0 | $0 | $0 | $0 | $0 |

|  | Subtotal | $17,723,643 | $4,336,043 | $13,387,600 | $6,767,778 | $5,110,548 | $1,409,274 |
| | Allocation | | | $13,387,600 | $0 | $0 | $0 |
| | Unallocated | | | $0 | | | |
| | | | | | 50.6% | | |
| | | | 51% | $6,827,676 | | | |
| | | | Variance | $59,898 | | | |

MHSA Workplan Allocations VR/RevExp Annlz

Pena/ 00191



SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT
MHSA Expense & Revenue Estimates Year 1 FY06

| # | | Ongoing Expense | Ongoing Revenue | Ongoing Net | Planning & One-Time | Total | FSP | SD | O&E |
|---|---|---|---|---|---|---|---|---|---|
| | **Age 0-15** | | | | | | | | |
| C-01 | Full Service Partnerships | $172,944 | $25,459 | $147,485 | $0 | $147,485 | $147,485 | $0 | $0 |
| C-02 | 0 to 5 System Development | $62,672 | $1,218 | $61,454 | $50,000 | $111,454 | $27,864 | $83,591 | $0 |
| C-03 | Behavioral Health Recovery Services | $112,292 | $3,892 | $108,400 | $0 | $108,400 | $37,940 | $70,460 | $0 |
| | Pct Total | $347,908 | $30,569 | $317,339 | $50,000 | $367,339 | $213,289 | $154,051 | $0 |
| | | 13.9% | 16.5% | 13.7% | 4.0% | 10.3% | 12.1% | 11.7% | 0.0% |
| | **Age 16-25** | | | | | | | | |
| T-01 | Full Service Partnerships | $143,903 | $10,655 | $133,248 | $0 | $133,248 | $133,248 | $0 | $0 |
| T-02 | Behavioral Health Recovery Services | $190,446 | $18,312 | $172,134 | $0 | $172,134 | $60,247 | $111,887 | $0 |
| T-03 | Crisis & Drop In | $63,889 | $694 | $63,195 | $0 | $63,195 | $6,319 | $28,438 | $28,438 |
| T-04 | Education Partnership | $27,535 | $317 | $27,218 | $0 | $27,218 | $13,609 | $13,609 | $0 |
| | Pct Total | $425,773 | $29,978 | $395,795 | $0 | $395,795 | $213,423 | $153,934 | $28,438 |
| | | 17.0% | 16.2% | 17.1% | 0.0% | 11.1% | 12.1% | 11.7% | 5.8% |
| | **Age 26-59** | | | | | | | | |
| A-01 | Full Service Partnerships | $271,222 | $5,659 | $165,563 | $0 | $165,563 | $165,563 | $0 | $0 |
| A-02 | Behavioral Health Recovery Services | $302,548 | $25,932 | $276,616 | $50,000 | $326,616 | $114,316 | $212,301 | $0 |
| A-03 | Jail Full Service Aftercare & Recovery | $235,515 | $3,508 | $232,017 | $7,500 | $239,517 | $143,710 | $47,904 | $47,904 |
| A-04 | Urgent Care & Crisis Support | $182,345 | $4,167 | $178,178 | $220,155 | $398,333 | $99,583 | $298,750 | $0 |
| A-05 | Consumer & Family Self Help | $124,618 | $0 | $124,618 | $0 | $124,618 | $31,155 | $31,155 | $62,309 |
| | Pct Total | $1,016,258 | $39,266 | $976,972 | $277,655 | $1,254,647 | $554,327 | $590,109 | $110,213 |
| | | 40.7% | 21.2% | 42.2% | 22.0% | 35.1% | 31.4% | 44.8% | 22.4% |
| | **Age 60+** | | | | | | | | |
| OA-01 | Full Service Partnerships | $57,333 | $2,444 | $54,889 | $25,000 | $79,889 | $79,889 | $0 | $0 |
| OA-02 | Behavioral Health Recovery Services | $75,067 | $2,411 | $72,656 | $25,167 | $98,823 | $34,588 | $64,235 | $0 |
| OA-03 | Mobile Assessment & Outreach | $43,968 | $889 | $43,079 | $0 | $43,079 | $10,770 | $16,155 | $16,155 |
| OA-04 | Family & Caregiver Support | $35,000 | $0 | $35,000 | $0 | $35,000 | $8,750 | $13,125 | $13,125 |
| | Pct Total | $211,368 | $5,744 | $205,624 | $51,167 | $256,791 | $133,997 | $93,515 | $29,280 |
| | | 8.5% | 3.1% | 8.9% | 4.1% | 7.2% | 7.6% | 7.1% | 5.9% |
| | **Cross Cutting Initiatives** | | | | | | | | |
| HO-01 | Housing Options | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FH-01 | Community Family Outreach | $0 | $0 | $0 | $28,472 | $28,472 | $14,236 | $7,118 | $7,118 |
| HC-01 | Behavioral & Primary Health Care Partnership | $0 | $0 | $0 | $11,539 | $11,539 | $5,770 | $2,885 | $2,885 |
| EE-01 | Education Employment Self Sufficiency | $22,042 | $0 | $22,042 | $58,037 | $80,079 | $40,039 | $20,020 | $20,020 |
| LP-01 | Behavioral Health Learning Partnership | $0 | $0 | $0 | $95,000 | $95,000 | $47,500 | $23,750 | $23,750 |
| ST-01 | Regional Survivors of Torture Treatment | $0 | $0 | $0 | $18,333 | $18,333 | $9,167 | $4,583 | $4,583 |
| | Pct Total | $22,042 | $0 | $22,042 | $211,381 | $233,423 | $116,711 | $58,356 | $58,356 |
| | | 0.9% | 0.0% | 1.0% | 16.8% | 6.5% | 6.6% | 4.4% | 11.8% |
| | **Administration** | | | | | | | | |
| AD-01 | 2.0 MHPS FSP Coordinators | $82,331 | $2,459 | $79,872 | $0 | $79,872 | $79,872 | $0 | $0 |
| AD-01 | 1.0 Sr MHPS Training | $41,166 | $1,235 | $39,931 | $0 | $39,931 | $9,983 | $14,974 | $14,974 |
| AD-01 | 2.0 LCSW QI/UR Coordinators | $73,728 | $55,296 | $18,432 | $0 | $18,432 | $4,608 | $6,912 | $6,912 |
| AD-01 | 2.0 HCA UM Analyst | $36,756 | $18,378 | $18,378 | $0 | $18,378 | $4,595 | $6,892 | $6,892 |
| AD-01 | 1.0 LCSW Cult Comp Coordinator | $36,864 | $1,106 | $35,758 | $0 | $35,758 | $10,727 | $12,515 | $12,515 |
| AD-01 | Service/Supplies & Overhead | $203,540 | $1,117 | $202,423 | $0 | $202,423 | $97,612 | $57,405 | $57,405 |
| | Pct Total | $474,385 | $79,591 | $394,794 | $0 | $394,794 | $197,397 | $98,699 | $98,699 |
| | | 19.0% | 43.0% | 17.1% | 0.0% | 11.1% | 11.2% | 7.5% | 20.0% |
| | **Planning** | | | | | | | | |
| | 2.0 FTEs, Consultants, Supplies | $0 | $0 | $0 | $470,000 | $670,000 | $335,000 | $167,500 | $167,500 |
| | Subtotal | $2,497,734 | $185,148 | $2,312,586 | $1,260,203 | $3,572,789 | $1,764,144 | $1,316,162 | $492,465 |
| | Allocation | | | $13,387,600 | | | | | |
| | Unallocated Year 1 | | | $11,075,014 | | | | | |

|  |  |
|---|---|
| | 49.4% |
| 51% | $1,822,122 |
| Variance | $57,979 |

MHSA Workplan Allocations 123105 v5 xr 06

Pena/ 00192



SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT
MHSA Expense & Revenue Estimates Year 2 FY07

| # | | Ongoing Expense | Ongoing Revenue | Ongoing Net | Planning & One-Time | Total | FSP | SD | O&E |
|---|---|---|---|---|---|---|---|---|---|
| | **Age 0-15** | | | | | | | | |
| C-01 | Full Service Partnerships | $1,079,722 | $550,395 | $529,327 | $0 | $529,327 | $529,327 | $0 | $0 |
| C-02 | 0 to 5 System Development | $303,229 | $16,251 | $286,978 | $0 | $286,978 | $71,745 | $215,234 | $0 |
| C-03 | Behavioral Health Recovery Services | $757,500 | $239,875 | $517,625 | $0 | $517,625 | $181,169 | $336,456 | $0 |
| | | $2,140,451 | $806,521 | $1,333,930 | $0 | $1,333,930 | $782,241 | $551,690 | $0 |
| | Pct Total | 14.7% | 22.1% | 12.3% | 0.0% | 7.8% | 9.6% | 8.4% | 0.0% |
| | **Age 16-25** | | | | | | | | |
| T-01 | Full Service Partnerships | $1,062,639 | $541,687 | $520,952 | $0 | $520,952 | $520,952 | $0 | $0 |
| T-02 | Behavioral Health Recovery Services | $1,004,068 | $292,092 | $711,976 | $0 | $711,976 | $249,191 | $462,784 | $0 |
| T-03 | Crisis & Drop In | $486,111 | $24,306 | $461,805 | $0 | $461,805 | $46,181 | $207,812 | $207,812 |
| T-04 | Education Partnership | $190,122 | $23,765 | $166,357 | $0 | $166,357 | $83,179 | $83,179 | $0 |
| | Pct Total | $2,742,940 | $881,850 | $1,861,090 | $0 | $1,861,090 | $899,502 | $753,775 | $207,812 |
| | | 18.8% | 24.1% | 17.1% | 0.0% | 10.9% | 11.0% | 11.5% | 8.8% |
| | **Age 26-59** | | | | | | | | |
| A-01 | Full Service Partnerships | $1,193,136 | $318,170 | $874,966 | $0 | $874,966 | $874,966 | $0 | $0 |
| A-02 | Behavioral Health Recovery Services | $1,942,870 | $553,357 | $1,389,513 | $0 | $1,389,513 | $486,330 | $903,184 | $0 |
| A-03 | Jail Full Service Aftercare & Recovery | $2,091,656 | $151,528 | $1,940,128 | $400,000 | $2,340,128 | $1,404,077 | $468,026 | $468,026 |
| A-04 | Urgent Care & Crisis Support | $1,096,192 | $137,914 | $958,278 | $1,800,000 | $2,758,278 | $489,570 | $2,068,709 | $0 |
| A-05 | Consumer & Family Self Help | $450,170 | $0 | $450,170 | $350,000 | $800,170 | $200,043 | $200,043 | $400,085 |
| | Pct Total | $6,774,024 | $1,160,969 | $5,613,055 | $2,550,000 | $8,163,055 | $3,654,985 | $3,639,961 | $868,111 |
| | | 46.5% | 31.8% | 51.6% | 40.9% | 47.7% | 44.6% | 55.5% | 36.7% |
| | **Age 60+** | | | | | | | | |
| OA-01 | Full Service Partnerships | $412,917 | $137,639 | $275,278 | $100,000 | $375,278 | $375,278 | $0 | $0 |
| OA-02 | Behavioral Health Recovery Services | $596,250 | $295,293 | $300,957 | $200,000 | $500,957 | $175,335 | $325,622 | $0 |
| OA-03 | Mobile Assessment & Outreach | $305,556 | $101,852 | $203,704 | $0 | $203,704 | $50,926 | $76,389 | $76,389 |
| OA-04 | Family & Caregiver Support | $250,000 | $0 | $202,083 | $150,000 | $352,083 | $88,021 | $132,031 | $132,031 |
| | Pct Total | $1,564,723 | $534,784 | $982,022 | $450,000 | $1,432,022 | $689,560 | $534,042 | $208,420 |
| | | 10.7% | 14.6% | 9.0% | 7.2% | 8.4% | 8.4% | 8.1% | 8.8% |
| | **Cross Cutting Initiatives** | | | | | | | | |
| HO-01 | Housing Options | $0 | $0 | $0 | $1,700,000 | $1,700,000 | $850,000 | $425,000 | $425,000 |
| FH-01 | Community Family Outreach | $0 | $0 | $0 | $215,278 | $215,278 | $107,639 | $53,820 | $53,820 |
| HC-01 | Behavioral & Primary Health Care Partnership | $0 | $0 | $0 | $236,059 | $236,059 | $118,030 | $59,015 | $59,015 |
| EE-01 | Education Employment Self Sufficiency | $132,250 | $0 | $132,250 | $290,000 | $422,250 | $211,125 | $105,563 | $105,563 |
| LP-01 | Behavioral Health Learning Partnership | $0 | $0 | $0 | $300,000 | $300,000 | $150,000 | $75,000 | $75,000 |
| ST-01 | Regional Survivors of Torture Treatment | $0 | $0 | $0 | $100,000 | $100,000 | $50,000 | $25,000 | $25,000 |
| | Pct Total | $132,250 | $0 | $132,250 | $2,841,337 | $2,973,587 | $1,486,794 | $743,397 | $743,397 |
| | | 0.9% | 0.0% | 1.2% | 45.5% | 17.4% | 18.2% | 11.3% | 31.4% |
| | **Administration** | | | | | | | | |
| AD-01 | 2.0 MHPS FSP Coordinators | $246,994 | $26,435 | $220,559 | $0 | $220,559 | $220,559 | $0 | $0 |
| AD-01 | 1.0 Sr MHPS Training | $123,497 | $12,350 | $111,147 | $0 | $111,147 | $27,787 | $41,680 | $41,680 |
| AD-01 | 2.0 LCSW QI/UR Coordinators | $221,184 | $165,888 | $55,296 | $0 | $55,296 | $13,824 | $20,736 | $20,736 |
| AD-01 | 1.0 HCA UM Analyst | $110,268 | $55,134 | $55,134 | $0 | $55,134 | $13,784 | $20,675 | $20,675 |
| AD-01 | 1.0 LCSW Cult Comp Coordinator | $110,592 | $11,059 | $99,533 | $0 | $99,533 | $29,860 | $34,836 | $34,836 |
| AD-01 | Service/Supplies | $405,177 | $0 | $405,177 | $0 | $405,177 | $167,610 | $118,783 | $118,783 |
| | Pct Total | $1,217,712 | $270,866 | $946,846 | $0 | $946,846 | $473,423 | $236,711 | $236,711 |
| | | 8.4% | 7.4% | 8.7% | 0.0% | 5.5% | 5.8% | 3.6% | 10.0% |
| | **Planning** | | | | | | | | |
| | 2.0 FTEs, Consultants, Supplies | $0 | $0 | $0 | $400,000 | $400,000 | $200,000 | $100,000 | $100,000 |
| | Subtotal | $14,572,100 | $3,654,990 | $10,869,193 | $6,241,337 | $17,110,530 | $8,186,503 | $6,559,575 | $2,364,451 |
| | Allocation | | | $13,387,600 | | | $0 | $0 | $0 |
| | Unallocated | | | $2,518,407 | | | | | |

51%     47.8%
Variance     $8,726,370
$339,867

Pena/ 00193

MENTAL HEALTH DEPARTMENT
MHSA Expense & Revenue Estimates Year 3 FY08

| # | | Ongoing Expense | Ongoing Revenue | Net | & One-Time | Total | FSP | SD | O&E |
|---|---|---|---|---|---|---|---|---|---|
| | **Age 0-15** | | | | | | | | |
| C-01 | Full Service Partnerships | $1,230,000 | $627,000 | $603,000 | $0 | $603,000 | $603,000 | $0 | $0 |
| C-02 | 0 to 5 System Development | $399,497 | $21,410 | $378,087 | $0 | $378,087 | $94,522 | $283,565 | $0 |
| C-03 | Behavioral Health Recovery Services | $1,000,000 | $316,667 | $683,333 | $0 | $683,333 | $239,167 | $444,166 | $0 |
| | | $2,629,497 | $965,077 | $1,664,420 | $0 | $1,664,420 | $936,689 | $727,731 | $0 |
| | Pct Total | 14.8% | 23.8% | 12.5% | 0.0% | 8.6% | 10.1% | 9.6% | 0.0% |
| | **Age 16-25** | | | | | | | | |
| T-01 | Full Service Partnerships | $1,250,000 | $627,000 | $603,000 | $0 | $603,000 | $603,000 | $0 | $0 |
| T-02 | Behavioral Health Recovery Services | $1,375,000 | $400,000 | $975,000 | $0 | $975,000 | $541,250 | $433,750 | $0 |
| T-03 | Crisis & Drop In | $500,000 | $25,000 | $475,000 | $0 | $475,000 | $47,500 | $213,750 | $213,750 |
| T-04 | Education Partnership | $250,000 | $31,250 | $218,750 | $0 | $218,750 | $109,375 | $109,375 | $0 |
| | | $3,355,000 | $1,083,250 | $2,271,750 | $0 | $2,271,750 | $1,101,125 | $656,875 | $213,750 |
| | Pct Total | 18.9% | 24.4% | 17.1% | 0.0% | 11.7% | 11.8% | 12.6% | 8.5% |
| | **Age 26-59** | | | | | | | | |
| A-01 | Full Service Partnerships | $1,500,000 | $400,000 | $1,100,000 | $0 | $1,100,000 | $1,100,000 | $0 | $0 |
| A-02 | Behavioral Health Recovery Services | $2,645,000 | $753,333 | $1,891,667 | $0 | $1,891,667 | $662,083 | $1,229,584 | $0 |
| A-03 | Jail Full Service Aftercare & Recovery | $2,490,184 | $180,184 | $2,310,000 | $400,000 | $2,710,000 | $1,626,000 | $542,000 | $542,000 |
| A-04 | Urgent Care & Crisis Support | $1,350,000 | $150,000 | $1,200,000 | $1,800,000 | $3,000,000 | $750,000 | $2,250,000 | $0 |
| A-05 | Consumer & Family Self Help | $550,000 | $0 | $550,000 | $350,000 | $900,000 | $225,000 | $225,000 | $450,000 |
| | | $8,535,184 | $1,483,517 | $7,051,667 | $2,550,000 | $9,601,667 | $4,363,083 | $4,246,584 | $992,000 |
| | Pct Total | 48.2% | 33.4% | 53.1% | 41.5% | 49.4% | 46.8% | 55.8% | 39.5% |
| | **Age 60+** | | | | | | | | |
| OA-01 | Full Service Partnerships | $500,000 | $166,667 | $333,333 | $100,000 | $433,333 | $433,333 | $0 | $0 |
| OA-02 | Behavioral Health Recovery Services | $700,000 | $333,333 | $366,667 | $200,000 | $566,667 | $198,333 | $368,334 | $0 |
| OA-03 | Mobile Assessment & Outreach | $400,000 | $133,333 | $266,667 | $0 | $266,667 | $66,667 | $100,000 | $100,000 |
| OA-04 | Family & Caregiver Support | $250,000 | $0 | $250,000 | $150,000 | $400,000 | $100,000 | $150,000 | $150,000 |
| | | $1,850,000 | $633,333 | $1,216,667 | $450,000 | $1,666,667 | $798,333 | $618,334 | $250,000 |
| | Pct Total | 10.4% | 14.3% | 9.2% | 7.3% | 8.6% | 8.1% | 7.9% | 9.9% |
| | **Cross Cutting Initiatives** | | | | | | | | |
| HO-01 | Housing Options | $0 | $0 | $0 | $1,700,000 | $1,700,000 | $850,000 | $425,000 | $425,000 |
| FH-01 | Community Family Outreach | $0 | $0 | $0 | $250,000 | $250,000 | $125,000 | $62,500 | $62,500 |
| HC-01 | Behavioral & Primary Health Care Partnership | $0 | $0 | $0 | $250,000 | $250,000 | $125,000 | $62,500 | $62,500 |
| EE-01 | Education Employment Self Sufficiency | $132,250 | $0 | $132,250 | $250,000 | $382,250 | $191,125 | $95,563 | $95,563 |
| LP-01 | Behavioral Health Learning Partnership | $0 | $0 | $0 | $200,000 | $200,000 | $100,000 | $50,000 | $50,000 |
| ST-01 | Regional Survivors of Torture Treatment | $0 | $0 | $0 | $100,000 | $100,000 | $50,000 | $25,000 | $25,000 |
| | | $132,250 | $0 | $132,250 | $2,750,000 | $2,882,250 | $1,441,125 | $720,563 | $720,563 |
| | Pct Total | 0.7% | 0.0% | 1.0% | 44.7% | 14.8% | 15.5% | 9.5% | 28.7% |
| | **Administration** | | | | | | | | |
| AD-01 | 2.0 MHPS FSP Coordinators | $246,994 | $26,435 | $220,559 | $0 | $220,559 | $220,559 | $0 | $0 |
| AD-01 | 1.0 Sr MHPS Training | $123,497 | $12,350 | $111,147 | $0 | $111,147 | $27,787 | $41,680 | $41,680 |
| AD-01 | 2.0 LCSW QI/UR Coordinators | $221,184 | $165,888 | $55,296 | $0 | $55,296 | $13,824 | $20,736 | $20,736 |
| AD-01 | 1.0 HCA UM Analyst | $110,268 | $55,134 | $55,134 | $0 | $55,134 | $13,784 | $20,675 | $20,675 |
| AD-01 | 1.0 LCSW Cult Comp Coordinator | $110,592 | $11,059 | $99,533 | $0 | $99,533 | $29,860 | $34,836 | $34,836 |
| AD-01 | Service/Supplies | $405,177 | $0 | $405,177 | $0 | $405,177 | $167,610 | $118,783 | $118,783 |
| | | $1,217,712 | $270,866 | $946,846 | $0 | $946,846 | $473,423 | $236,711 | $236,711 |
| | Pct Total | 6.9% | 6.1% | 7.1% | 0.0% | 4.9% | 5.1% | 3.1% | 9.4% |
| | **Planning** | | | | | | | | |
| | 2.0 FTEs, Consultants, Supplies | $0 | $0 | $0 | $400,000 | $400,000 | $200,000 | $100,000 | $100,000 |

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal | $17,719,643 | $4,436,043 | $13,283,600 | $6,150,000 | $19,433,600 | $9,313,777 | $7,606,798 | $2,513,024 |
| Allocation | | | $13,387,600 | | | | | |
| Overallocated | | | $104,000 | | | | | |

51%    47.9%
Variance    $9,711,136
$597,358

Pena/ 00194

SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM
MENTAL HEALTH DEPARTMENT
MHSA Expense & Revenue Estimates: Years 1 - 3 FY06 - FY08

| # | | Ongoing Expense | Ongoing Revenue | Ongoing Net | Planning & One-Time | Total | FSP | SD | O&E |
|---|---|---|---|---|---|---|---|---|---|
| | **Age 0-15** | | | | | | | | |
| C-01 | Full Service Partnerships | $2,482,666 | $1,202,854 | $1,279,812 | $0 | $1,279,812 | $1,279,812 | $0 | $0 |
| C-02 | 0 to 5 System Development | $765,398 | $38,879 | $726,519 | $50,000 | $776,519 | $194,130 | $582,389 | $0 |
| C-03 | Behavioral Health Recovery Services | $1,869,792 | $560,434 | $1,309,358 | $0 | $1,309,358 | $458,276 | $851,082 | $0 |
| | Pct Total | $5,117,856 | $1,802,167 | $3,315,689 | $50,000 | $3,365,689 | $1,932,218 | $1,433,471 | $0 |
| | | 14.7% | 21.8% | 12.5% | 0.4% | 8.4% | 10.0% | 9.3% | 0.0% |
| | **Age 16-25** | | | | | | | | |
| T-01 | Full Service Partnerships | $2,436,542 | $1,179,342 | $1,257,200 | $0 | $1,257,200 | $1,257,200 | $0 | $0 |
| T-02 | Behavioral Health Recovery Services | $2,569,514 | $710,404 | $1,859,110 | $0 | $1,859,110 | $650,689 | $1,208,421 | $0 |
| T-03 | Crisis & Drop In | $1,050,000 | $50,000 | $1,000,000 | $0 | $1,000,000 | $100,000 | $450,000 | $450,000 |
| T-04 | Education Partnership | $467,657 | $55,332 | $412,325 | $0 | $412,325 | $206,163 | $206,163 | $0 |
| | Pct Total | $6,523,713 | $1,995,078 | $4,528,635 | $0 | $4,528,635 | $2,214,050 | $1,864,584 | $450,000 |
| | | 18.8% | 24.1% | 17.1% | 0.0% | 11.3% | 11.5% | 12.0% | 8.4% |
| | **Age 26-59** | | | | | | | | |
| A-01 | Full Service Partnerships | $2,864,358 | $723,829 | $2,140,529 | $0 | $2,140,529 | $2,140,529 | $0 | $0 |
| A-02 | Behavioral Health Recovery Services | $4,890,418 | $1,332,622 | $3,557,796 | $50,000 | $3,607,796 | $1,262,729 | $2,345,069 | $0 |
| A-03 | Jail Full Service Aftercare & Recovery | $4,817,365 | $335,220 | $4,482,145 | $807,500 | $5,289,645 | $3,173,787 | $1,057,929 | $1,057,929 |
| A-04 | Urgent Care & Crisis Support | $2,628,537 | $292,081 | $2,336,456 | $3,820,155 | $6,156,611 | $1,539,153 | $4,617,458 | $0 |
| A-05 | Consumer & Family Self Help | $1,124,788 | $0 | $1,124,788 | $700,000 | $1,824,788 | $456,197 | $456,197 | $912,394 |
| | Pct Total | $16,325,466 | $2,683,752 | $13,641,714 | $5,377,655 | $19,019,369 | $8,572,395 | $8,476,653 | $1,970,323 |
| | | 46.9% | 32.4% | 51.5% | 39.4% | 47.4% | 44.5% | 54.7% | 36.7% |
| | **Age 60+** | | | | | | | | |
| OA-01 | Full Service Partnerships | $770,250 | $306,750 | $463,500 | $225,000 | $688,500 | $688,500 | $0 | $0 |
| OA-02 | Behavioral Health Recovery Services | $1,371,317 | $431,037 | $740,280 | $426,167 | $1,166,447 | $408,256 | $758,191 | $0 |
| OA-03 | Mobile Assessment & Outreach | $749,524 | $236,074 | $513,450 | $0 | $513,450 | $128,363 | $192,544 | $192,544 |
| OA-04 | Family & Caregiver Support | $535,000 | $0 | $487,083 | $300,000 | $787,083 | $196,771 | $295,156 | $295,155 |
| | Pct Total | $3,626,091 | $1,173,861 | $2,404,313 | $951,167 | $3,355,480 | $1,621,890 | $1,245,891 | $487,700 |
| | | 10.4% | 14.2% | 9.1% | 7.0% | 8.4% | 8.4% | 8.0% | 9.1% |
| | **Cross Cutting Initiatives** | | | | | | | | |
| HO-01 | Housing Options | $0 | $0 | $0 | $3,400,000 | $3,400,000 | $1,700,000 | $850,000 | $850,000 |
| FH-01 | Community Family Outreach | $0 | $0 | $0 | $493,750 | $493,750 | $246,875 | $123,438 | $123,438 |
| HC-01 | Behavioral & Primary Health Care Partnership | $0 | $0 | $0 | $497,598 | $497,598 | $248,799 | $124,400 | $124,400 |
| EB-01 | Education Employment Self Sufficiency | $286,542 | $0 | $286,542 | $598,037 | $884,579 | $442,289 | $221,145 | $221,145 |
| LP-01 | Behavioral Health Learning Partnership | $0 | $0 | $0 | $595,000 | $595,000 | $297,500 | $148,750 | $148,750 |
| ST-01 | Regional Survivors of Torture Treatment | $0 | $0 | $0 | $218,333 | $218,333 | $109,167 | $54,583 | $54,583 |
| | Pct Total | $286,542 | $0 | $286,542 | $5,802,718 | $6,089,260 | $3,044,630 | $1,522,315 | $1,522,315 |
| | | 0.8% | 0.0% | 1.1% | 42.5% | 15.2% | 15.8% | 9.8% | 28.3% |
| | **Administration** | | | | | | | | |
| AD-01 | 2.0 MHPS FSP Coordinators | $576,319 | $55,330 | $520,990 | $0 | $520,990 | $520,990 | $0 | $0 |
| AD-01 | 1.0 Sr MHPS Training | $288,160 | $25,934 | $262,225 | $0 | $262,225 | $66,556 | $98,334 | $98,334 |
| AD-01 | 2.0 MHPS QI/UR Coordinators | $516,096 | $387,072 | $129,024 | $0 | $129,024 | $32,256 | $48,384 | $48,384 |
| AD-01 | 1.0 HCA UM Analyst | $257,292 | $128,646 | $128,646 | $0 | $128,646 | $32,162 | $48,242 | $48,242 |
| AD-01 | 1.0 MHPS Cult Comp Coordinator | $258,048 | $23,224 | $234,824 | $0 | $234,824 | $70,447 | $82,188 | $82,188 |
| AD-01 | Service/Supplies | $1,013,894 | $1,117 | $1,012,777 | $0 | $1,012,777 | $422,832 | $294,972 | $294,977 |
| | Pct Total | $2,909,809 | $621,324 | $2,288,485 | $0 | $2,288,485 | $1,144,243 | $572,121 | $572,127 |
| | | 8.4% | 7.5% | 8.6% | 0.0% | 5.7% | 5.9% | 3.7% | 10.7% |
| | **Planning** | | | | | | | | |
| | 2.0 FTEs, Consultants, Supplies | $0 | $0 | $0 | $1,470,000 | $1,470,000 | $735,000 | $367,500 | $367,500 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal | | $34,789,477 | $8,276,182 | $26,465,378 | $13,651,540 | $40,116,918 | $19,264,424 | $15,482,536 | $5,369,960 |
| Allocation | | | | | | $40,162,800 | | | |
| Underallocated | | | | | | $45,682 | | | |

51%    $20,459,628    48.0%
Variance    $1,195,204

12/28/2005 4:38 PM

Pena/ 00195

**EXHIBIT: COMMUNITY SERVICES AND SUPPORTS PROGRAM WORKPLAN**

Fiscal Year: 2005-06

| | | TOTAL FUNDING | | | | FUNDS REQUESTED | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | **CHILDREN** | | | | | | | | |
| C-01 | Full Service Partnership | $147,485 | | | | | | $147,485 | $147,485 |
| C-02 | Zero to Five System Development | $27,884 | $83,591 | $0 | | | | $111,454 | $111,454 |
| C-03 | Behavioral Health Recovery Services | $37,940 | $70,460 | $0 | | | | $108,400 | $108,400 |
| | | | | | | | | | |
| | **TRANSITION AGE YOUTH** | | | | | | | | |
| T-01 | Full Service Partnership | $133,248 | $0 | $0 | | $133,248 | | | $133,248 |
| T-02 | Behavioral Health Recovery Services | $60,247 | $111,887 | $0 | | $172,134 | | | $172,134 |
| T-03 | Crisis and Drop-in Services | $6,319 | $28,436 | $28,436 | | $63,195 | | | $63,195 |
| T-04 | Education Partnership | $13,609 | $13,609 | $0 | | $27,218 | | | $27,218 |
| | | | | | | | | | |
| | **ADULT** | | | | | | | | |
| A-01 | Full Service Partnership | $195,563 | $0 | $0 | | | | $165,563 | $165,563 |
| A-02 | Behavioral Health Recovery Services | $114,316 | $212,301 | $0 | | | | $326,617 | $326,617 |
| A-03 | Jail Full Service Aftercare & Recovery | $143,710 | $47,904 | $47,904 | | | | $239,517 | $239,517 |
| A-04 | Urgent Care & Crisis Support | $99,583 | $298,750 | $0 | | | | $398,333 | $398,333 |
| A-05 | Consumer & Family Self-Help | $31,155 | $31,155 | $62,309 | | | | $124,618 | $124,618 |
| | | | | | | | | | |
| | **OLDER ADULT** | | | | | | | | |

12/28/2005 4:38 PM

MHSA Workplan Allocations V6/Ex 2 06

Pena/ 00196

# EXHIBIT 3: COMMUNITY SERVICES AND SUPPORTS PROGRAM WORKPLAN LISTING

Fiscal Year: 2005-06

| Code | Program | TOTAL FUNDING | | | | FUNDS REQUESTED | | | |
|---|---|---|---|---|---|---|---|---|---|
| OA-01 | Full Service Partnership | $79,889 | | $0 | $0 | | | | $79,889 |
| OA-02 | Behavioral Health Recovery Services | $34,586 | $84,235 | $0 | $0 | | | | $98,822 |
| OA-03 | Mobile Assessment & Outreach | $10,770 | $16,155 | $16,155 | $43,080 | | | | $43,080 |
| OA-04 | Family & Caregiver Support | $8,750 | $13,125 | $13,125 | $35,000 | | | | $35,000 |
| | **SUBTOTAL** | $1,115,035 | $991,608 | $167,831 | $2,274,574 | $367,339 | $385,706 | $1,254,848 | $256,792 |
| | **CROSS-CUTTING** | | | | | | | | |
| HO-01 | Safe at Home Housing Options | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FH-01 | Community Family Outreach | $14,236 | $7,118 | $7,118 | $28,472 | $4,598 | $4,954 | $15,705 | $3,216 |
| HC-01 | Health Care Partnership | $5,770 | $2,885 | $2,885 | $11,539 | $1,864 | $2,008 | $6,385 | $1,303 |
| EE-01 | Education/Employment, Self-Sufficiency Recovery Services | $40,038 | $20,020 | $20,020 | $80,079 | $12,933 | $13,934 | $44,171 | $9,041 |
| LP-01 | Learning Partnership | $47,500 | $23,750 | $23,750 | $95,000 | $15,342 | $16,531 | $52,402 | $10,725 |
| ST-01 | Regional Survivors of Torture | $9,167 | $4,583 | $4,683 | $18,333 | $2,961 | $3,190 | $10,112 | $2,070 |
| AD-01 | Administrative Support | $197,397 | $98,699 | $98,699 | $394,794 | $63,758 | $68,697 | $217,767 | $44,571 |
| P-01 | Planning | $335,000 | $167,500 | $167,500 | $670,000 | $108,204 | $116,686 | $369,570 | $75,841 |
| | | $1,764,144 | $1,316,162 | $492,485 | $3,572,791 | $576,998 | $621,696 | $1,970,740 | $403,356 |

12/28/2005 4:38 PM

MHSA Workplan Allocations V6/Ex 2 06

Pena/ 00197

EXHIBIT 2 COMMUNITY SERVICES AND SUPPORTS PROGRAM WORK PLAN LISTING

Fiscal Year: 2006-07

| | | TOTAL FUNDING | | | FUNDS REQUESTED | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **CHILDREN** | | | | | | |
| C-01 | Full Service Partnership | $529,327 | | $0 | $529,327 | $529,327 | $529,327 |
| C-02 | Zero to Five System Development | $71,745 | $215,234 | $286,978 | $286,978 | $286,978 |
| C-03 | Behavioral Health Recovery Services | $181,169 | $336,456 | $517,625 | $517,625 | $517,625 |
| | | | | | | |
| **TRANSITION AGE YOUTH** | | | | | | |
| T-01 | Full Service Partnership | $520,952 | $0 | $520,952 | $520,952 | |
| T-02 | Behavioral Health Recovery Services | $249,191 | $462,784 | $711,975 | $711,975 | |
| T-03 | Crisis and Drop-in Services | $46,181 | $207,812 | $461,805 | $461,805 | |
| T-04 | Education Partnership | $83,179 | $83,179 | $166,357 | $166,357 | |
| | | | | | | |
| **ADULT** | | | | | | |
| A-01 | Full Service Partnership | $874,966 | $0 | $874,966 | $874,966 | |
| A-02 | Behavioral Health Recovery Services | $486,330 | $903,184 | $1,389,514 | $1,389,514 | |
| A-03 | Jail Full Service Aftercare & Recovery | $1,404,077 | $468,026 | $2,340,128 | $2,340,128 | |
| A-04 | Urgent Care & Crisis Support | $689,570 | $2,068,709 | $2,758,278 | $2,758,278 | |
| A-05 | Consumer & Family Self-Help | $200,043 | $200,043 | $400,085 | $800,170 | $800,170 |
| | | | | | | |
| **OLDER ADULT** | | | | | | |

MHSA Workplan Allocations V6/Ex 2 07

12/28/2005 4:38 PM

Pena/ 00198

**EXHIBIT: COMMUNITY SERVICES AND SUPPORTS PROGRAM WORKPLAN 2006 INC**

Fiscal Year: 2006-07

| Code | Name | TOTAL FUNDING | | | | FUNDS REQUESTED | | | |
|------|------|---|---|---|---|---|---|---|---|
| OA-01 | Full Service Partnership | $375,278 | | $0 | $375,278 | | | | $375,278 |
| OA-02 | Behavioral Health Recovery Services | $175,335 | $325,622 | $0 | $500,957 | | | | $500,957 |
| OA-03 | Mobile Assessment & Outreach | $50,926 | $76,389 | | $203,704 | | | | $203,704 |
| OA-04 | Family & Caregiver Support | $88,021 | $132,031 | $132,031 | $352,083 | | | | $352,083 |
| | **SUBTOTAL** | $6,028,287 | $5,478,467 | $1,284,343 | $12,790,097 | $1,333,930 | $1,861,089 | $8,163,056 | $1,492,022 |
| | **CROSS-CUTTING** | | | | | | | | |
| HO-01 | Safe at Home Housing Options | $850,000 | $425,000 | $425,000 | $1,700,000 | $177,300 | $247,387 | $1,084,995 | $190,336 |
| FH-01 | Community Family Outreach | $107,639 | $53,820 | $53,820 | $215,278 | $24,462 | $31,325 | $137,397 | $24,405 |
| HC-01 | Health Care Partnership | $118,030 | $59,015 | $59,015 | $236,059 | $24,620 | $34,340 | $150,661 | $28,436 |
| EE-01 | Education/Employment, Self-sufficiency Recovery Services | $211,125 | $105,563 | $105,563 | $422,250 | $44,036 | $61,442 | $209,494 | $47,277 |
| LP-01 | Learning Partnership | $150,000 | $75,000 | $75,000 | $300,000 | $31,288 | $43,653 | $191,470 | $33,589 |
| ST-01 | Regional Survivors of Torture | $50,000 | $25,000 | $25,000 | $100,000 | $10,428 | $14,551 | $63,823 | $11,196 |
| AD-01 | Administrative Support | $473,423 | $236,711 | $236,711 | $946,846 | $98,750 | $137,776 | $604,308 | $106,012 |
| P-01 | Planning | $200,000 | $100,000 | $100,000 | $400,000 | $41,718 | $58,204 | $255,293 | $44,785 |
| | | $8,186,503 | $6,559,575 | $2,364,451 | $17,110,530 | $1,784,525 | $2,488,756 | $10,920,497 | $1,915,762 |

12/28/2005 4:38 PM

MHSA Workplan Allocations V6/Ex 2 07

Pena/ 00199

THREE YEAR PROGRAM AND EXPENDITURE PLAN MHSA COMMUNITY SERVICES AND SUPPORTS PROGRAM WORKPLAN LISTING

Fiscal Year: 2007-08

| Code | Program | Total Funding | | | Funds Requested |
|---|---|---|---|---|---|
| | **CHILDREN** | | | | |
| C-01 | Full Service Partnership | $603,000 | $0 | $603,000 | $603,000 |
| C-02 | Zero to Five System Development | $94,522 | $283,565 | $378,087 | $378,087 |
| C-03 | Behavioral Health Recovery Services | $239,187 | $444,166 | $683,333 | $683,333 |
| | | | | | |
| | **TRANSITION AGE YOUTH** | | | | |
| T-01 | Full Service Partnership | $603,000 | $0 | $603,000 | $603,000 |
| T-02 | Behavioral Health Recovery Services | $341,250 | $633,750 | $975,000 | $975,000 |
| T-03 | Crisis and Drop-In Services | $47,500 | $213,750 | $213,750 | $475,000 |
| T-04 | Education Partnership | $109,375 | $109,375 | $0 | $216,750 |
| | | | | | |
| | **ADULT** | | | | |
| A-01 | Full Service Partnership | $1,100,000 | $0 | $1,100,000 | $1,100,000 |
| A-02 | Behavioral Health Recovery Services | $662,083 | $1,229,584 | $1,891,667 | $1,891,667 |
| A-03 | Jail Full Service Aftercare & Recovery | $1,626,000 | $542,000 | $2,710,000 | $2,710,000 |
| A-04 | Urgent Care & Crisis Support | $750,000 | $2,250,000 | $3,000,000 | $3,000,000 |
| A-05 | Consumer & Family Self-Help | $225,000 | $450,000 | $900,000 | $900,000 |
| | | | | | |
| | **OLDER ADULT** | | | | |

12/28/20054:38 PM

MHSA Workplan Allocations V6/Ex 2 08

Pena/ 00200

**COUNTY COMMUNITY SERVICES AND SUPPORTS PROGRAM WORK PLAN LISTING**

Fiscal Year: 2007-08

| Code | Program | TOTAL FUNDING | | | | FUNDS REQUESTED | | | |
|---|---|---|---|---|---|---|---|---|---|
| OA-01 | Full Service Partnership | $433,333 | | $0 | $433,333 | | | | $433,533 |
| OA-02 | Behavioral Health Recovery Services | $198,333 | $388,334 | $0 | $566,667 | | | | $566,667 |
| OA-03 | Mobile Assessment & Outreach | $88,667 | $100,000 | $100,000 | $288,667 | | | | $288,667 |
| OA-04 | Family & Caregiver Support | $100,000 | $150,000 | $150,000 | $400,000 | | | | $400,000 |
| | SUBTOTAL | $7,199,230 | $6,549,524 | $1,455,750 | $15,204,504 | $1,664,420 | $2,271,750 | $9,601,667 | $1,688,667 |
| | CROSS-CUTTING | | | | | | | | |
| HO-01 | Safe at Home Housing Options | $850,000 | $425,000 | $425,000 | $1,700,000 | $186,097 | $254,002 | $1,073,353 | $186,348 |
| FH-01 | Community Family Outreach | $125,000 | $62,500 | $62,500 | $250,000 | $27,367 | $37,353 | $157,875 | $27,404 |
| HC-01 | Health Care Partnership | $125,000 | $62,500 | $62,500 | $250,000 | $27,367 | $37,353 | $157,875 | $27,404 |
| EE-01 | Education/Employment, Self-Sufficiency Recovery Services | $191,125 | $95,563 | $95,563 | $382,250 | $41,944 | $57,113 | $241,391 | $41,907 |
| LP-01 | Learning Partnership | $100,000 | $50,000 | $50,000 | $200,000 | $21,894 | $29,883 | $126,300 | $21,923 |
| ST-01 | Regional Survivors of Torture | $50,000 | $25,000 | $25,000 | $100,000 | $10,947 | $14,941 | $63,150 | $10,992 |
| AD-01 | Administrative Support | $473,423 | $236,711 | $238,711 | $948,846 | $103,850 | $141,471 | $597,934 | $103,700 |
| P-01 | Planning | $200,000 | $100,000 | $100,000 | $400,000 | $43,788 | $59,765 | $252,601 | $43,847 |
| | | $9,313,777 | $7,608,798 | $2,513,024 | $19,433,600 | $2,127,374 | $2,903,832 | $12,272,347 | $2,130,246 |

12/28/2005 4:38 PM

MHSA Workplan Allocations V6/Ex 2 08

Pena/ 00201