# Exhibit K
# PART 8

# MHSA STRATEGY TEAMS
## 2005

### Team 1 – Zero to Five High Risk

Jaime Lopez, Family & Children Program Manager, MHD, Team Leader
Gina Sessions, Children's Health Council, Team Leader
Deb Baucox, EMQ
Linda Carpenter, First 5
Yolanda Garcia
Frances Johnese, DFCS
Howard Doi, SARC
Richard Coolman, M.D., CLA
Janice Battaglia, COE
Sharla Kibel, Children's Shelter
Manuel Yaniz, M.D., Gardner
Libby Echevarria, CCS
Connie Neustadter, Family Court
Dolores Silva, Public Health
Kym Haas, DADS
Mae Sampani, East Valley MH

### Team 2 – Foster Care youth

Laura Champion, EMQ, Team Leader
Peter Antons, MHD, Team Leader
Sharon Untemahrer, Parent
Patrick Clyne, M.D., Valley Health Plan
Carol Lau, AACI
Roberto Favela, EMQ
Ron Solo, United Way
Daniel Vo, DFCS
Patricia Ayers, Community Solutions
Veronica Marquez, DADS
Steven Schmidt, Children's Shelter
Gwen Westphal, DFCS
Richard Nunes, M.D., Las Plumas MH

### Team 3 – Juvenile Justice Involved Youth

Erin O'Brien, Community Solutions, Team Leader
Larry Solo, Starlight, Team Leader
Danny Garza, Latino Roundtable
Carl Tademaru, Santa Clara County Probation
Sylvia Perez, Santa Clara County Public Defender
Nishtha Jolly, Bill Wilson Center
Kathy Lee Anderson, AACI
Neil Liebert, Unity Care
Jerry Klein, M.D., JH Health
Esther Sanchez, Ranches, MH
Noel Thomas, M.D., Juvenile Hall MH
Jean Niewiadomski, EMQ
Shilrey Lee, CCPA
Calixto Manriquez, Family Member

## Team 4 – Unserved/Underserved Seriously Emotionally Disturbed/SMI Youth

Margaret Ledesman, Mental Health Dept., Team Leader
Barry Goldman-Hall, Community Solutions, Team Leader
Hansa Mehta, M.D., Las Plumas Mental Health
Monique Kane, DADS
Sue Lapp, School Health
Jwu,-Shyan Tarng, Self
Rick Ramirez, Gardner
Melanie Riedel, AACI
Rev. April Lussier, Self
Bill Stakepole, Starlight
Louise Hill, Las Plumas MH
Craig Wolfe, EMQ
Randal Ramirez, EMQ
Cherly Weldon, Chamberlains
Michael Duran, Indian Health Center

## Team 5 – Transition Age Youth Aging out of Youth Systems

Nancy Peña, Mental Health Dept., Team Leader
Brian Salada, Las Plumas MH, Team Leader
Jennifer Green, Santa Clara County Public Defender
Daniel Toleran, AARS
Juan Sanchez, Community Solutions
Carol Irwin, Self
Aila Malik, FLY Legal
Lorraine Flores, Bill Wilson Center
Ginny Cutler, EMQ
Stephen Betts, DADS
Janet Atkins/M. Schim, DFCS
Stacy Goss, Santa Clara Co PreTrial
Michael Portwood, Self
Jae Suh, Alliance
Jean Pennypacker, Court Services
Adele Shediak, Las Plumas MH
Cedric Anderson, Unity Care

## Team 6 – First Time Psychotic Break

Vonza Thompson, Alliance, Team Leader
Sandra Trafalis,Ph.D., Mental Health Dept., Team Leader
Anthony Cozzolino, M.D., Mental Health
Chun Yu Pu, Alliance
Jennifer Jones, Central Self Help Center
Earl Papa, Las Plumas MH
Maria Louise Bosin, DADS
Marcia Viquez, Self
Margene Chmyz, Self
Jen Hong, Self
Bob Reiser, Ph.D,
Veronica Tiscareno, Las Plumas MH

# MHSA STRATEGY TEAMS
## 2005

**Team 7 -- Adult Jail Involved, Homeless, Dual-Diagnosed, Frequent ER Users**

Bruce Copley, Mental Health Dept., Team Leader
Carolyn Verheyen, MIG, Team Leader
Doug Murphy, NC Self Help Center
Hope Holland, Self
Peter Luo, Self
Michael Whitney, Uriel House
Judge Stephen Manley, Superior Court
Judge Catherine Gallagher, Superior Court
Greg Sancier, San Jose Police Dept.
Dana Overstreet, Santa Clara DA
Margaret Gregg, Office of Affordable Housing
Marjorie Matthews, Office of Affordable Housing
Bob Dolci, EHC
Robert Cecil, Public Guardian
Howard Lagoze, FCS
Andra Waska, ARH
Chris Ferry, Custody Health
Altaf Bhimji, MHD 24 Hour Care
Tiffany Ho, M.D., Mental Health Dept.
Regan Rush, MHAP
Sue Seidel, Drug Treatment Court
Sandra Hernandez, Central MH
Karim Kahwaji, Alliance
Gary Giarretto, Adult Probation
Sheri Holm Lebow, ER High User
Wolfram Alderson, InnVision
Alma Alicia Castillo, MHD OCE
Kimberly Henderson, Superior Court
Lee Sturtevant Board of Supervisors Staff
Debbie Bates, Adult Probation
Mary Greenwood, Public Defender

**Team 8 -- Adult Unserved/Underserved Seriously Mentally Ill**

Michael Ichinaga, Ph.D., Mental Health QI, Team Leader
Teea Gilbert, MHD A/OA, Team Leader
David Dai, Self
Rosealne Riza, Self
Mara Munoz, North County Self Help
Barry Fultonberg, MHD OCE
Chuan Van Pham, Self
Arturo Uribe, MHD 24-Hour Care
Khanh Dang, Narvaez MH
Paul Taylor, Alliance
Phaivanh Khowong, DSS Refugee Program
Susan Detrick, HOPE
Quoc Lam, Self
Soleng Tom, M.D., Alliance
AnaLilia DeLeon, Gardener
Sergio Ayala, Self
Kathleen Collins, Representing the Office of Congresswoman Zoe Lofgren

# MHSA STRATEGY TEAMS
## 2005

**Team 9 – Older Adult High Risk Seriously Mentally Ill; Isolated/Homebound Mentally Ill**

Lorraine Maloon, MHD-A/OA, Team Leader
Sheila Yuter, Mental Health Dept., Team Leader
Sandi Douglas, Housing
Chris Pacheco, Council on Aging
Betty Malks, SSA Dept of Aging
Wes Mukoyama, Yu-Ai Kai
Sharon O'Neil, Probate
Aisa Sadikovic, EESA
Cora Tomalinas, Self
Quyen Kim Le, Narvaez, MHD
Claudia Soto, Gardner
Tami Nguyen, Catholic Charities
Simran Singh, M.D., VMC
Theresa Georges, MHD OCE
Darlene Torres, Community Solutions
Marilyn Lam, CACS

## MHSA CULTURAL AND SPECIALTY ADVISORS TO STRATEGY TEAMS
## 2005

1.  Lisa Arieta, LCSW, Starlight – Latino
2.  Dan Correa, Alliance - Latino
3.  Miguel Valencia, Ph.D, Gardner - Latino
4.  Tracy Bowers, Ujirani Family Resource Center – African American
5.  Stan Williams, LCSW, East Valley Mental Health – African American
6.  Deb Baucox, EMQ – Parent Advisor
7.  Navah Statman, Mental Health Board – Parent/Family
8.  Robert Williams, Mental Health Board – Parent/Family
9.  Ray Tovar, City of San Jose – Housing/Homeless
10. Christine Burroughs, InnVision – Housing
11. Bob Dolci, EHC Lifebuilders – Housing
12. Kristie Kesel, Housing for Independent People - Housing
13. Dina Campeau – Housing
14. Kathy Espinoza-Howard, Homeless Coordinator - Housing
15. Diana Chandler, LCSW, DFCS - LGBTQ
16. Chandra Chap, DFCS – Cambodian
17. Minh Ta, LCSW, Mekong - Vietnamese
18. Dinh Chu, LCSW, Mental Health Dept. – Vietnamese
19. Thuhien Nguyen, Ph.D., Mental Health QI – Vietnamese
20. Tiffany Ho, M.D., Mental Health Dept. – Vietnamese
21. Marilyn Lam, M.A., CACS – Vietnamese/API
22. Michael Duran, Indian Health Center – American Indian/Alaskan Native
23. Don Johnson – American Indian/Alaskan Native
24. Victor Marcellana, East Valley Mental Health - Filipino
25. Karita Hummer, LCSW, EESA - Refugees
26. Andrew Phelps, Ph.D., San Jose City College - Consumer
27. Eila Latif, Catholic Charities – Vocational/Employment
28. Jerry McCann, Alliance – Vocational/Employment
29. Chunyu Pu, Ph.D., Alliance - Chinese
30. Alice Tsoi, Ph.D., AACI – Chinese/API
31. Javier Zaldivar, SARC – Developmentally Disabled

Pena/ 00835

# MHSA WORK GROUP PARTICIPANTS
## 2005

1. Tim Allen, BHWC
2. Peter Antons, MH Admin.
3. David Arredondo, MD, Applied Child Neuroscience
4. Janet Atkins, SSA Dept of Family & Children
5. Peggy Banks, -Public Defender's Office
6. Deborah Bates, Probation Dept.
7. Steven Betts, DADS
8. Altaf Bhimji, 24 Hour Care
9. Cheryl Blankenship, DADS
10. Amando Cablas, Ph.D., Cross Systems
11. Eloisa Carranza, Rebekah
12. Robert Cecil, Public Guardian
13. Patricia Chiapellone, Alum Rock Counseling
14. Hank Chin, Consumer
15. Cliff Christian, ACT for Mental Health
16. Alyce Cobb, MH Admin.
17. Consuela Collard, DAAS
18. Bruce Copley, MH Admin.
19. Kasey Corbit, MHAP
20. Barry DelBuono, EHC
21. Judy Deleon, Gardner
22. Analilia Deleon-Gonzalez, Gardner
23. Howard Doi, San Andreas Regional Center
24. Bob Dolci, EHC
25. Robert Favela, EMQ
26. Anna Fernandez, HOPE
27. Chris Ferry, Adult Custody
28. Lorraine Flores, Bill Wilson Center
29. Maria Fuentes, MH Admin.
30. Evelyn Garcia, Office of Pretrial Services
31. Chris Gardas, MHAP
32. Gary Giarretto, Probation Dept
33. Tesa Gilbert, MH Admin.
34. Barry Goldman-Hall, Community Solutions
35. Jennifer Green, Public Defender's Office
36. Rex Green, GreenScene Results Group
37. Margaret Gregg, Office of Affordable Housing
38. David Guerrero, MH Admin.
39. Luann Hahn, MH Admin.
40. Holly Hall, Families First
41. Paul Haskin, Consumer
42. Ellen Hayenga, Family & Children Services
43. Adrianna Hemandez, Community Solutions
44. Tiffany Ho, MD, MH Admin.
45. Jenny Hoffman, Health Connections
46. Hope Holland, CAADAC Student
47. Heidi Hudson, CCS
48. Michael Ichinaga, MH QI
49. Carol Irwin, MH Board
50. Tiina Jensen, InnVision
51. Linda Jordan, Community Solutions
52. Soo Jung, DADS
53. Monique Kane, Community Health Awareness Council
54. Kristie Kesel, Housing for Independent People Inc.
55. Sarita Kohli, AACI

# MHSA WORK GROUP PARTICIPANTS
## 2005

56. Cheryl Kupras, DADS
57. Susan Mayer, Campbell Union School Dist. & EMQ
58. Pandora LaFountain, MH Admin.
59. Howard Lagoze, Family & Children Services
60. Merle Laurel, Laurel Haven
61. Otto Lee, Sunnyvale City Council #5
62. Dora Liou
63. Michael Lipman, Ambulatory Services
64. Jaime Lopez, MH Admin.
65. Alette Lundeberg, Social Services Agency
66. Lorraine Maloon, MH Admin.
67. Judy Marshall, Juvenile Probation
68. Rhonda McClinton-Brown, Community Health Partnership
69. Jean McCorquodale
70. Tracy McGreevy
71. Tom McPherson, Children's Health Council
72. Virginia Mitchen, NAMI
73. Christine Montelaro, Grace Community
74. Wes Mukoyama, MH Board
75. Doug Murphy, No Co Self Help Center
76. John Reglado, Rebekah Children's Services
77. Kimberly Nielsen, Community Solutions
78. Faye Ocomen, Asian American Recovery Services
79. Gail Ann Osmer, Consumer
80. Vicki Pacheco, Community Solutions
81. Jamie Palasky, Pretrial Services
82. Carolyn Parerer, Rebekah Children's Services
83. Kate Parnes, SELPA
84. Cathy Pasek, NAMI
85. Leann Patterson, Economic & Social Opportunities
86. Mary Patterson, Social Services Agency
87. Nancy Pena, MH Admin.
88. Brandy Pereira, Community Solutions
89. Mary Ellen Peterson, Parents Helping Parents
90. Jan Pfiffner, Probation
91. Chunyu Pu, Alliance
92. Rick Ramirez, Gardner
93. Ginny Raschella, MH Children's Shelter
94. Allan Rawland, Stars Behavioral Health
95. Walt Reeland, SELPA
96. Robert Reiser, Gronowski Clinic
97. Saozinha Restorick, Community Solutions
98. Franci Reynoso, Gardner
99. Brian Salada, Las Plumas MH
100. Esther Sanchez, So County MH
101. Juan Sanchez, Community Solutions
102. Raul Sanchez, MH Admin.
103. Larry Soto, Starlight
104. Bill Stackpole, Starlight
105. Navah Statman, MH Board
106. Paul Stevens, Unity Care
107. Annie Sullivan, Community Crime Prevention
108. Tova Sweet, DADS
109. Minh Ta, Mekong Community Center
110. Paul Taylor, Alliance
111. Veronica Tincher, MH Board

## MHSA WORK GROUP PARTICIPANTS
### 2005

112.    Ray Tovar, Homeless Manager City of San Jose
113.    Melinda Tran, MH Intern
114.    Tuan Tran, Mekong
115.    Gina Trepagnier, HOPE
116.    Andrea Urton, Gardner
117.    Miguel Valencia, Ph.D., Gardner
118.    Francisco Valenzuela, San Andreas Regional Center
119.    Carolyn Verheyen, MIG
120.    George Vizvary, MH Board
121.    Gwen Westphal, Social Services Agency
122.    Michael Whitney, NAMI
123.    Phil Winn, Central Self Help Center
124.    Sheila Yuter, MH Admin.

Pena/ 00839

# Appendix F

# MHSA Information Packets

Pena/ 00840

Pena/ 00841

# MENTAL HEALTH SERVICES ACT
## SANTA CLARA COUNTY. . . . . . . . . . . . .
### . . . . . . . . . . . .FACTS AT A GLANCE

## Demographics

- Santa Clara County is the largest county in size (1,312 square miles) as well as the most populous county in the San Francisco Bay Area with an estimated 1,731,400 residents.[1]
- Santa Clara County encompasses 1,312 square miles of land and is made up of 15 cities as well as unincorporated areas. The cities include Campbell, Cupertino, Gilroy, Los Altos Hills, Los Altos, Los Gatos, Milpitas, Monte Sereno, Morgan Hill, Mountain View, Palo Alto, San Jose, Santa Clara, Saratoga, and Sunnyvale.[2]
- Santa Clara County has a majority-minority population.[3]

  44% White           2.8% Black           .7% American Indian or Alaska Native

  25.6% Asian         3% Native Hawaiian and other    2.6% other/two or more races

  24% Hispanic       Pacific Islander
- Nearly one-half million of the county's residents are children; and the child population is increasing at a rate that is double that of the adults.[4]
- Santa Clara County has twice as many legal immigrants as any other county in Northern California. Of California's 58 counties, only Los Angeles County and Orange County have a larger total number of immigrants than Santa Clara County[5]
- However, the rate of increase of legal immigration in Santa Clara County is the highest in the State. [6]

### Legal Immigration: 2000-2002 Three-Year Average Rates per 100,000 Population

| Santa Clara County | 14.5 |
|---|---|
| California | 7.6 |
| Statewide Ranking | 1st (highest among all 58 counties) |

- In addition, it is estimated that there are 100,000 undocumented residents in Santa Clara County, or approximately 1 out of every 17 people in the county.[7]
- Nearly 600,000, or 34% of all Santa Clara County residents, are foreign born. Approximately equal amounts are first-generation children of immigrants.[8]
- Among foreign-born residents, 45% of those ages 5 and older spoke a language other than English at home.[9]

## The Economy and Poverty

- As of January 2005, Santa Clara County had a labor force of 819,800, with 770,100 employed and 49,800 unemployed (an unemployment rate of 6.1%). [10]
- Santa Clara County experienced the loss of 196,200 jobs over the period 12/2000 to 5/2003.[11] From January 2003 to January 2004, an additional 25,000 were lost.[12]
- The EMA ranked 300 out of 331 metropolitan areas in the United States for its employment outlook.[13]
- Santa Clara County has the largest number of families (120,815 households) below the self-sufficiency standard (a comparison of income and prices) among all of the 9 Bay Area counties.[14]
- An adult with a preschool-age child living in Santa Clara County would need to earn $27 an hour to afford the basics—the highest amount among any of the Bay Area counties.[15]
- 1 in 7 children lives in poverty (utilizing federal poverty guidelines which do not take into account the area's extraordinarily high cost of living).[16]
- Among the county's Latinos, 25% of households live below the federal poverty level and a very sizeable percentage does not have any type of insurance coverage (estimates/survey results vary from 12.5% to 30% or more). Mexican immigrants on average earn $10 per hour, and two-thirds have less than a high school education.[17]

## Housing and Homelessness

- The median price of a home in Santa Clara County is $615,000.[18]
- Minimum wage workers in San Jose must work more hours to afford rental housing than in any other California city.[19]
- The fair market rental rates in Santa Clara County are the highest of any county in the State of California.[20]
- The dollar amount and percentage by which rents exceed CalWORKs and SSI/SSP grants are greater in Santa Clara County than in any other county in the State.[21]

Pena/ 00842

- More than 7,100 men, women and children are without homes in Santa Clara County.[22]

## The Environment
- Santa Clara County has more than 150 groundwater contamination sites as well as 29 Superfund sites—more than any other county in the United States.[23]
- The American Lung Association produces a "report card" concerning number of high ozone days in the unhealthy range. Santa Clara County received an F.[24]

## Health
- Santa Clara County is doing well in meeting the Healthy People 2010 objectives for reducing death rates due to:
  - Motor vehicle crashes,
  - Firearm injuries,
  - Homicide,
  - All cancers,
  - Lung cancer,
  - Female breast cancer, and
  - Coronary heart disease.[25]
- Santa Clara County exceeded the national objectives for:
  - Breastfeeding initiation, and
  - Infant deaths.[26]
- However, Santa Clara County did not meet the Healthy People 2010 national standards for:
  - Deaths due to unintentional injuries,
  - Suicide,
  - Cerebrovascular disease,
  - Drug-induced deaths,
  - AIDS incidence among those over age 13,
  - Tuberculosis,
  - Low birthweight infants, and
  - Prenatal Care.[27]
- The number of persons living with AIDS in Santa Clara County as of 12/31/03 was 1511.[28]
- The number of persons living with HIV/non-AIDS as of 12/31/03 was 1392.[29]
- Immigrants are 12 times more likely to be uninsured than U.S.-born Santa Clara County residents. Mexican immigrants are 17 times more likely to be uninsured than the US-born, Vietnamese are 14 times more likely to be uninsured, and Chinese are 6 times more likely.[30] (The California HealthCare Foundation finds the disparity even greater. It indicates Hispanics as a group (not just immigrants) in California are 31.2% more likely to be uninsured.[31])

[1] California Department of Finance
[2] Association of Bay Area Governments
[3] US Census 2000
[4] Ibid
[5] (http://www.immigrantinfo.org/kin/).
[6] California Department of Finance, Demographic Research Unit.
[7] Santa Clara County Office of Human Relations, 2005
[8] US Census 2000
[9] Adult Health Status Report, Santa Clara County Public Health Department, 2004
[10] California Employment Development Department, 1/05
[11] San Jose Mercury News, 7/6/03
[12] California Employment Development Department
[13] San Jose Mercury News, April 2003
[14] "The Bottom Line: Setting the Real Standard for Bay Area Working Families," United Way of the Bay Area, September 28, 2004
[15] San Francisco Chronicle, 9/29/04
[16] US Census 2000
[17] Knowledge of Immigrant Nationalities in Santa Clara County, Immigrant Action Network, 2001
[18] San Jose Mercury News, February 16, 2005
[19] LOCKED OUT 2004. California's Affordable Housing Crisis, a publication of the California Budget Project, January 2004
[20] Ibid
[21] Ibid
[22] San Jose Mercury News, 2/8/2005
[23] http://www.svtc.org/resource/index.html (March 9, 2005)
[24] "State of the Air 2000," American Lung Association
[25] Ibid
[26] Ibid
[27] Ibid
[28] Santa Clara County Public Health Department 2005 Ryan White Title I Funding Application
[29] Ibid
[30] Bridging Borders in Silicon Valley, Summit on Immigrant Needs and Contributions, December 2000
[31] 2003 Snapshot: California's Uninsured, California HealthCare Foundation
Santa Clara County Mental Health Department, 3/11/05

# MENTAL HEALTH SERVICES ACT

### CHILDREN AND YOUTH. . . . . . . . . . .

#### . . . . . . . . . . FACTS AT A GLANCE

- The Surgeon General has reported that more than 1 in 5 U.S. children ages 9 to 17 have a mental or addictive disorder that causes impairment. [1]
- According to the National Institutes of Mental Health, "no other illnesses damage so many youths so seriously."[2]
- Nationally, about 5% to 9% of children 9 to 17 years of age are affected by a serious emotional disturbance that causes severe functional impairment.[3]
- Despite the prevalence of mental disorders in the nation's children, 79% of those ages 9 to 17 with mental disorders do not receive mental health care.[4]
- In April 2003, the General Accounting Office reported that at least 12,700 families relinquished custody of their children to the child welfare or juvenile justice systems so that they could receive mental health services.[5]
- Of youth who emancipate from foster care, national and other studies show that 75% work below grade level, 46% do not complete high school, 51% are unemployed, and 10 to 25% are homeless.[6]
- Children and youth in the juvenile justice system have significantly higher rates of mental health conditions than children in the general population.[7]
- At least 80% of youth in juvenile justice programs have mental health conditions that include learning disorders. Up to 20% of these youth have serious mental health conditions that include schizophrenia, major depression and bipolar disorder, and 6% of these youth suffer from psychotic disorders. More than half of the children and youth in the juvenile justice system have co-occurring substance abuse and mental health conditions.[8]
- In 2003, the rate of misdemeanor arrests for youth 10 to 17 in Santa Clara County was 39 per 1,000 compared to 30 per 1,000 statewide.[9]
- In 2004, 32% of 11th graders reported using alcohol, while 16% used marijuana and 12% used tobacco products.[10]
- Substance abuse also is linked to untreated mental illness—43% of children who use mental health services also have a substance abuse disorder.[11]
- 80% of people with multiple mental health and substance abuse disorders report onset before age 20. [12]
- Nearly 10% of Santa Clara County students who responded to the 2004 California Health Kids survey reported a boyfriend or girlfriend had hit them[13]
- In 2004, more than 19% of Santa Clara County's 9th and 11th graders reported seriously considering a suicide attempt. 8% of these students had actually attempted suicide at least one time in the previous 12 months.[14]
- In 2003, the rate of substantiated child abuse of African American children was 6 times higher than the rate of Caucasian children; the rate of Hispanic children was twice that of Caucasians.[15]
- 31% of the 23,344 child abuse allegations reported to the Santa Clara County Department of Family and Children's Services in fiscal year 2002-2003 involved children ages 5 and under.[16]
- 42% of all substantiated referrals during that time period involved children in the 0-to-5-year age group.[17]
- Of Santa Clara County children in out-of-home placements, as of July 1, 2003, 28% were 0-to-5 years of age.[18]

Santa Clara County Mental Health Department, 3/11/05



- Of Santa Clara County children for whom there was a substantiated recurrence of abuse or neglect, 47% were 5 years of age or younger (April 1, 2002 to March 31, 2003).[19]

- Of Santa Clara County children whose first entry to foster care resulted in 5 or more days absence from their homes, 51% were 5 years of age or younger (July 1, 2002 to June 30, 2003).[20]

- Among Santa Clara County youth, 70% of enrolled students are of non-European ethnicity, while only 40% of special education students receiving county mental health services are of non-European ethnicity.[21] At the same time, 77% of youth in the Department of Family and Children's Services and Juvenile Probation Department systems who are receiving county mental health services are of non-European ethnicity.[22]

- In the 2002-03 school year, Hispanic students were 3 time more likely to drop out of high school as compared to Caucasian and Asian students.[23]

[1] Department of Health and Human Services, *Mental Health: A Report of the Surgeon General*, 123 (1999)
[2] National Institutes of Mental Health, *Blueprint for Change: Research on Child and Adolescent Mental Health* (2001)
[3] U.S. DHHS, 1999. Mental Health: A Report of the Surgeon General
[4] ibid
[5] General Accounting Office, *Child Welfare and Juvenile Justice: Federal Agencies Could Play a Stronger Role in Helping States Reduce the Number of Children Placed Solely to Obtain Mental Health Services* (April 21, 2003)
[6] from sources cited in California Department of Social Services, Improving the Lives of California's Children and Families, 2004
[7] Challenge Grant II, Final Report 2004, California Board of Corrections
[8] Ibid
[9] Ibid
[10] Ibid
[11] SAMHSA 2002. Report to Congress on the prevention and treatment of co-occurring substances abuse disorders and mental disorders.
[12] U.S. DHHS, 2000 Prevention of Co-morbidity in children and adolescent: the nexus of mental health and substance abuse.
[13] Ibid
[14] 2005 Santa Clara County Children's Report: Key Indicators of Well-being
[15] Ibid
[16] (Data based on *Child Welfare Services Reports for California*. Retrieved 1/27/04, from University of California at Berkeley Center for Social Services Research, website. URL: <http://cssr.berkeley.edu/CWSCMSreports/>.)
[17] Ibid
[18] Ibid
[19] Ibid
[20] Ibid
[21] CDE Dataquest, 2003
[22] Santa Clara County Mental Health Department, Data Warehouse, 2003
[23] Ibid

Pena/ 00845

## MENTAL HEALTH SERVICES ACT

*ADULTS.........................*

*.............FACTS AT A GLANCE*

### Homelessness

- More than 7,100 individuals are without homes in Santa Clara County (adults and children).[1]
- 41% of respondents to a survey of homeless individuals indicated that they had been homeless for more than one year (chronically homeless). This is 4 times the national percentage of chronically homeless (10%). Further, 11% had been homeless 5 or more years.[2]
- 65% of survey respondents were male (median age of 41), 35% female (median age of 36); 80% of the urban core homeless were males.[3]
- Ethnicity of the respondents was diverse and reflected the highly diverse population of Santa Clara County, with the exception of under-representation of the Asian-American population and an over-representation of African-Americans.[4]
- English was the primary language of respondents at 83%; Spanish was spoken by 15%.[5]
- More than half had a monthly income of less than $500, 81% of $1,000 or less.[6]
- A countywide survey found that 1.9% of all residents (respondents) reported that they were homeless or had been unwillingly displaced from their homes in the past 2 years. Significantly more young adults ages 18 to 24 reported ever being homeless compared to those among older age groups.[7]
- The most common reason reported for homelessness was loss of job (24.5%).
- Overall, 16.8% of respondents reported being worried about becoming homeless. Significantly more Hispanics expressed being worried about becoming homeless than Whites and Asians/other.[8]

### Substance Abuse

- Overall, 12.4% of respondents were at risk for binge drinking (having 5 or more drinks on one occasion). More men (18%) than women (6.7%) were at risk for binge drinking. The percentages of those at risk decreased with age.[9] Among respondents ages 44 and younger, more Whites were at risk for binge drinking. Among respondents ages 45 to 64, more Hispanics were at risk for binge drinking.[10]
- The number of actively using intravenous drug users (IVDUs) in Santa Clara County is unknown, however, it is estimated that there are more than 15,000 IVDUs in the community while only approximately 1,000 are currently in treatment.[11]
- The majority of active users not in treatment are medically indigent, many are homeless, and a significant number have dual or triple diagnoses including HIV disease, hepatitis C (CDC surveillance has shown that more than 80 percent of IVDUs are hepatitis-C positive), or mental illness.[12]
- Santa Clara County tends to fall in the mid-range among California counties on most substance abuse key indicators. It did show, however, a relatively steep rise in adult alcohol and drug treatment admissions over the previous 3 years.[13]
- The Santa Clara County Department of Correction estimates that approximately 80% of the jail population has drug abuse or alcohol problems. This alone represents 48,000 individuals with a substance abuse problem.[14]

### Co-Occurring Substance Abuse and Mental Illness

- Results of a National Co-Morbidity Survey reflect that 41% to 65.5% of those with an addictive disorder also have at least one mental disorder and 51% of those with a mental disorder have at least one addictive disorder.[15]
- Applying these moderate national survey result percentages (many experts estimate comorbidity at as much as 80%) to Santa Clara County (41% of Santa Clara County Department of Alcohol and Drug Services clients, utilizing the lower end of the estimate range, and 51% of Santa Clara County Mental Health Department clients) would reflect:
  The Mental Health Department provided services to 18,614 children and families, adults and older adults in fiscal year 99-00. Utilizing the above rate of dual disorders would mean that 9,493 of these clients would benefit by substance abuse treatment services. In the same fiscal year, the Department of Alcohol and Drug Services served 9,178 clients, meaning that 3,763 would benefit by mental health services.[16]

### ~timate Partner Violence

- Of 2,645 people surveyed, 2.4% reported that in the past 12 months they experienced some violence (violence was defined as being pushed, slapped, hit, punched, shaken, kicked, choked, burned, or being forced to take part in sexual activity).[17]

- The percentage of younger adults, ages 18 to 24, who experienced violence (7.1%) was higher than other age groups.[18]
- Overall, 7.6% of respondents reported ever having been physically abused by an intimate partner. More females (12.3%) reported ever having been abused than males (3.0%).[19]
- 1.4% of respondents reported that they had injuries in the past year due to intimate partner violence. Similarly, 1.5% of respondents reported being frightened for the safety of themselves or their family or friends because of anger and threats from an intimate partner.[20]
- 11.5% of respondents reported they had been injured or physically abused during their childhood.[21]
- 11.3% of respondents reported that they had seen or heard their parents or guardians being hit, slapped, punched, shoved, kicked, or otherwise physically hurt by their spouse or partner.[22]
- Overall, 1.3% of respondents reported that they had seen a doctor, mental health counselor, or health care provider due to threats or violence from an intimate partner in the past year.[23]
- About 16% of survey respondents refused to answer the questions on intimate partner violence. More respondents refused to answer questions on intimate partner violence and sexual assault than all other questions.[24]

## Criminal Justice

- The Santa Clara County Department of Correction is the fifth largest jail system in California, and the fourteenth largest system in the United States. It books approximately 60,000 arrestees annually.[25]
- The Santa Clara County jail population as of 3/10/05 was 4,357, with 3,803 men and 554 women. Of the men, 16% are felony sentenced, 9% are misdemeanor sentenced, 62% are felony unsentenced, and 12% are misdemeanor unsentenced. Of the women, 21% are felony sentenced, 6% are misdemeanor sentenced, 59% are felony unsentenced, and 13% are misdemeanor unsentenced.[26]
- The average length of stay is 101 days.[27]
- The age profile is:

| | | | | | |
|---|---|---|---|---|---|
| 18 – 24 | 24% | 35 – 44 | 28% | 55+ | 3 %[28] |
| 25 – 34 | 33% | 45 – 54 | 12% | | |

Please see *MENTAL ILLNESS AND CRIMINAL JUSTICE, FACTS AT A GLANCE* for more information.

---

[1] San Jose Mercury News, 2/8/2005
[2] Burstein, Jerome, and Woodsmall, Linda. "1999 Santa Clara County Homeless Survey." San Jose State University, 2000
[3] Ibid
[4] Ibid
[5] Ibid
[6] Ibid
[7] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004
[8] Ibid
[9] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004
[10] Ibid
[11] Santa Clara County Public Health Department, May 2001
[12] Ibid
[13] *Community Indicators of Alcohol and Drug Abuse Risk in Santa Clara County*, July 2001, a publication of the California Department of Alcohol and Drug Programs,
[14] Santa Clara County Department of Correction
[15] Kessler, Nelson & McGonagle, "The Epidemiology of Co-Occurring Addictive and Mental Disorders: Implications for Prevention and Service Utilization," *American Journal of Orthopsychiatry*, 1996.
[16] Santa Clara County's OSCAR data system
[17] Behavioral Risk Factor Survey, Santa Clara County 2004 Chartbook, Santa Clara County Public Health Department, 2004
[18] Ibid
[19] Ibid
[20] Ibid
[21] Ibid
[22] Ibid
[23] Ibid
[24] Ibid
[25] Santa Clara County Department of Correction, 3/10/05, www.sevmed.org/site/0,4760,sid%253D11277,00.html
[26] Ibid
[27] Ibid
[28] Ibid

# MENTAL HEALTH SERVICES ACT

## OLDER ADULTS. . . . . . . . . . .

### . . . . . . . . . . . FACTS AT A GLANCE

- It is estimated that 25% (8.6 million) of older people in the United States (65 years and above) experience specific mental disorders such as depression, anxiety, substance abuse, and dementia that are not a part of normal aging.[1]
- About 5% to 10 % of older adults have major depression, yet most often it is not properly recognized and treated.[2]
- Depression is associated with other medical conditions, such as heart disease, cancer and diabetes, as well as anxiety and eating disorders.[3]   However, despite being associated with excess morbidity and mortality, depression often goes under diagnosed and untreated.[4]
- Other mental illnesses also often exist as a co-morbid condition among older adults, thus presenting an additional burden.[5]
- Although mental illnesses can be severe, older adults in need generally do not seek services or treatment.[6]
- Older adults (age 65 and above) manifest depression in different ways than do younger adults.  If they acknowledge problems they are more likely to describe physical symptoms.[7]
- Barriers to mental health services that are often encountered include: Stigma associated with mental illnesses, isolation, language and cultural differences, prevailing myths regarding inability of older adults to benefit from treatment, lack of transportation, accessibility, availability, adequately trained staff and visibility of services.[8]
- The most common primary diagnoses among older adults (60 years and above) in Santa Clara County are mood disorders, schizophrenia, and other psychotic disorders, anxiety disorders, and adjustment disorders.[9]
- Alcohol and prescription drug misuse affects as many as 17% of older adults.  Among adults 60 and older this is one of the fastest growing health problems facing the country.[10]
- Barriers to identifying and treating older adults with substance abuse problems include: ageism, lack of awareness, clinician behavior, and comorbidity.  Women, minorities and those who are homebound, including adults with physical disabilities, confront more specific barriers to treatment.  Barriers to identification and treatment include: lack of accessible transportation, lack of social support network, time spent as a caregiver, lack of expertise, and financial limitations of insurance and managed care.[11]
- Substance-abusing individuals are living longer, thus more Americans face chronic, limiting illnesses or conditions such as arthritis, diabetes, osteoporosis, and senile dementia, becoming dependent on others for helping performing their activities of daily living.[12]
- Mortality rates due to suicides increase with advancing age.  Suicidal deaths are one of the top 10 leading causes of death among older adults in Santa Clara County.[13]
- Older women attempt suicide more often then men, however, the rate of completed suicide is highest among elderly men who account for about 80% of suicides among persons age 65 years and older.[14]
- Suicide is the 8th leading cause of death in the U.S. and homicide the 13th cause of death.  Suicide is high among the elderly.  In 1998, the elderly made up 12.7 % of the population but committed 19% of the suicides.[15]
- In 1998, Santa Clara County elderly 65 years and older committed 12.5% (20) of the 127 suicides committed.  The overall rate was 14.1 % for all other male age groups and 3.2 % for all other female age groups.[16]
- Older adults have a higher prevalence of social isolation and depression and a greater use of highly lethal suicide methods.  Suicide rates among the elderly are highest for those who are divorced or widowed.[17]
- In 2001 in Santa Clara County there were 1,136 confirmed incidents of elder abuse, 1,042 confirmed incidents of self-abuse by elders, 289 confirmed incidents of dependent adult abuse perpetrated by others, and 376 incidents of dependent adult self-abuse.[23] (Elder abuse is defined as abuse of persons aged 65 and older. Self-abuse in general is when a person neglects him/herself and his/her surroundings, placing his/her health and safety at risk because of incompetence, illiteracy, ignorance, mental limitation, substance abuse or poor health.)
- Most of the reports of alleged abuse are usually made to the Adult Protective Services office by "mandated reporters."[18]

Pena/ 00848

- Less than 2% of the county's homeless are reported to be elderly (over 65 years of age).[19]
- However, documentation of the homeless elderly is considered limited; and per Mental Health Department staff experience, homeless elderly, especially women, are at high risk of violent victimization and self neglect resulting in service entry at an acute level of care.[20]
- The potential for older women to be the victims of violent crimes increases, especially over the age of 65.[21]
- The population of persons 55 and older in Santa Clara County in 1995 was 271,997; by 2000, it was 323,838.[22] By ethnicity in 2000, older adult representation was 65% White, 15% Hispanic, 17% Asian and Pacific Islander, 2% African-American, and less that 1% was American Indian.[23]
- In 2010 people age 55 and older are projected to make up 23% of the county's total population: This translates to almost double the population in 1990.[24]

---

[1] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001/ U.S. Department of Health and Human Services, Healthy People 2010).
[2] The President's New Freedom Commission on Mental Health (2002) Interim Report to the President/ DHHS, 1999.
[3] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001/ U.S. Department of Health and Human Services, Healthy People 2010).
[4] Ibid.
[5] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001.
[6] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001.
[7] The President's New Freedom Commission on Mental Health (2002) Interim Report to the President/ DHHS, 1999.
[8] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001.
[9] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001.
[10] Substance Abuse and Mental health Services Administration, Substance Abuse Among Older Adults (2001).
[11] Substance Abuse and Mental health Services Administration, Substance Abuse Among Older Adults (2001).
[12] Substance Abuse and Mental health Services Administration, Substance Abuse Among Older Adults (2001). "Gomberg, E.S.L. Elderly alcoholic men and women in treatment." Paper presented at the Research Society on Alcoholism Annual Scientific Meeting, San Diego, California, 1992. U.S, Bureau of the Census, 65+ in the United States.
[13] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001.
[14] Ibid
[15] Santa Clara Valley Health and Hospital System/ Mental Health Department, Suicide and Crisis/Center for Disease Control. Not included in data for suicide are those deaths due to self-neglect or identified as accidental.
[16] Santa Clara Valley Health and Hospital System. Mental Health Department, Suicide and Crisis/ Santa Clara county Public Health Department and state of California, Department of Finance.
[17] Santa Clara County Community Profile on Violence 2003 Report, Santa Clara County Public Health Department/NCHS National Vital Statistics System for numbers of deaths, U.S. Bureau of Census for population estimates (2003) Statistics compiled using WISQARSTM produced by the Office of Statistics and Programming, NCPC, CDC.
[18] Santa Clara County Community Profile on Violence 2003 Report, Santa Clara County Public Health Department/Santa Clara Social Services Agency, Office on Aging and Adult services, Adult Protective Services.
[19] Santa Clara County Community Profile on Violence 2003 Report, Santa Clara County Public Health Department/Santa Clara Social Services Agency, Office on Aging and Adult services, Adult Protective Services.
[20] Santa Clara County Mental Health Department, 2005
[21] Santa Clara Countywide Continuum of Care, 2001 Application Summary, Santa Clara County Homeless Services.
[22] Failing to Make Ends Meet: The Economic Status of Women in California, August 2002
[23] .Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001/California Department of Finance, Demographic Research Unit.
[24] Santa Clara Valley Health and Hospital System, Public Health Department, Data Management & Statistics. Santa Clara County's Older Adults, Key Indicators of Well-Being 2001/California Department of Finance Year 1990-2010 Population Estimates.

Santa Clara County Mental Health Department, 3/11/05

# MENTAL HEALTH SERVICES ACT
## MENTAL ILLNESS AND CRIMINAL JUSTICE............
............FACTS AT A GLANCE

### Overrepresentation of People with Mental Illness in the Criminal Justice System
- Today, there are approximately 2 million people incarcerated in U.S. prisons or jails;[1] approximately 10 million people are booked into U.S. jails over the course of the year.[2]
- Approximately 5% of the U.S. population has a serious mental illness.[3] The U.S. Department of Justice reports, however, that about 16% of the population in prison or jail has a mental illness.[4]
- A study in New York State found that men involved in the public mental health system over a 5-year period were 4 times as likely to be incarcerated as men in the general population; women were 6 times as likely.[5]
- The Los Angeles County Jail, the Cook County Jail (Chicago) and Riker's Island (New York City) each hold more people with mental illness on any given day than any psychiatric facility in the United States.[6]
- Nearly three-quarters of inmates with mental illness have a co-occurring substance abuse problem.[7]
- Inmates with mental illness in state prisons were 2.5 times as likely to have been homeless in the year preceding their arrest than inmates without a mental illness.[8]
- Nearly half the inmates in prison with a mental illness were incarcerated for committing a nonviolent crime.[9]

### Length of Incarceration for Individuals with Mental Illness
- A study of the jail in Fairfax County, Virginia found that pretrial male detainees charged with misdemeanors and identified as psychotic stayed in jail 6.5 times as long as average jail inmates.[10]
- In 2000 in Pennsylvania, inmates with mental illness were twice as likely as other inmates to serve their maximum sentence; inmates with a serious mental illness were 3 times as likely to "max out."[11]

### Detention Creates a High Risk for Suicide...
- In California, the rate of jail suicides in 2001 was 4.5 times greater than the rate in the general population.[12]
- 90% of Los Angeles County jail inmates with mental illness are repeat offenders; an estimated 31% have been incarcerated 10 or more times.[13]

### Violence and Mental Illness
- The results of several, large-scale research projects conclude that only a weak statistical association between mental disorder and violence exists. Serious violence by people with major mental disorders appears concentrated in a small fraction of the total number, and especially among those who use alcohol and other drugs.[14]
- When a person with mental illness commits a violent crime, more than half the time, the victim is a family member, a friend, or an acquaintance.[15]

### Encounters between Law Enforcement and People with Mental Illness
- In U.S. cities with a population greater than 100,000, approximately 7% of all police contacts, both investigations and complaints, involve a person believed to have a mental illness.[16]
- In one study of 331 people with severe mental disorders who were hospitalized, 20% reported being arrested or picked up by police for a crime some time in the 4 months prior to their hospital admission—most commonly for alcohol, drug, or public disorder crimes.[17]
- The New York City Police Department responds to a call dispatched as involving a person with mental illness every 6 minutes.[18]
- During the year 2000, law enforcement officers in Florida transported more than 40,000 people with mental illness for involuntary 72 hour psychiatric examinations under the Baker Act. This exceeds the number of arrests in the state during 2000 for either aggravated assault (39,120) or burglary (26,087).[19]

### Victimization and Mental Illness
- Adults abused during childhood are more than twice as likely to have at least one lifetime psychiatric diagnosis.[20]
- Illness severity may both contribute to and be exacerbated by recent victimization.[21]
- Victimization of people with mental illness is strongly associated with substance abuse longitudinally – substance abuse is both a risk factor and may follow from victimization.[22]

Santa Clara County Mental Health Department, 3/11/05

- Preliminary results of a study of 1000 psychiatric aftercare patients in Chicago show that a person with a serious mental illness is more than 7 times more likely to be the victim of any crime, including 9 times more likely to be the victim of violent crimes, and 24 times more likely to be the victim of rape.[23]
- 44% of 1800 homeless people with mental illness who participated in a community treatment program were the victims of at least one crime during the 2 months before entering the program.[24]
- One study in North Carolina found that people with mental illness are almost 3 times as likely to be victims of violent crime as people without mental illness.[25]
- Women with mental illness are more likely to be victims of sexual assault as adults than are men with mental illness, according to a study of 100 psychiatric inpatients.[26]
- Women face the risk of additional victimization along gender lines by service providers: They may be discredited as witnesses, blamed for complicity, or not taken seriously in their reporting of crimes perpetrated against them.[27]

---

[1] Allen J. Beck, Jennifer C. Karberg, Prison and Jail Inmates at Midyear 2000, Washington, DC: U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, 2000

[2] Bureau of Justice Statistics, Correctional Populations in the United States 1997, Washington, DC: U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, 1997

[3] R. C. Kessler et al., "A Methodology for Estimating the 12-Month Prevalence of Serious Mental Illness," In Mental Health United States 1999, edited by R.W. Manderscheid and M.J. Henderson, Rockville, MD, Center for Mental Health Services

[4] Paula M. Ditton, Mental Health Treatment of Inmates and Probationers, Washington DC: U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, July 1999

[5] Judith F. Cox, Pamela C. Morschauser, Steven Banks, James L. Stone, "A Five-Year Population Study of Persons Involved in the Mental Health and Local Correctional Systems," Journal of Behavioral Health Services; Research 28:2, May 2001, pp. 177-87

[6] E. Fuller Torrey, "Reinventing Mental Health Care," City Journal 9:4, Autumn 1999

[7] Linda Teplin and Karen Abram, "Co-Occurring Disorders among Mentally Ill Jail Detainees: Implications for Public Policy," American Psychologist 46:10, pp. 1036-45

[8] Ditton, Mental Health and Treatment

[9] Ibid

[10] Axelson, G.L. and O.F. Wahl. "Psychotic Versus Nonpsychotic Misdemenants in a Large County Jail: AN Anlaysis of Pretrial Treatment by the Legal System." International Journal of Law and Psychiatry 15: 379-386, 1992

[11] From unpublished description of Forensic Community Re-Entry and Rehabilitation for Female Prison Inmates with Mental Illness, Mental Retardation, and Co-occurring Disorders program, courtesy of Angela Sager, grants manager, May 12, 2002

[12] In California's county jails, suicides are up sharply." Associated Press, June 16, 2002

[13] Unpublished statistic courtesy of the Los Angeles County Board of Supervisors' Task Force on Incarcerated Mentally Ill, 1991

[14] H. Steadman, E. Mulvey, J. Monahan, P Robbins, P. Applebaum, T. Grisso, L. Roth, and E. Silver, "Violence by People Discharged From Acute Psychiatric Inpatient Facilities and by Others in the Same Neighborhoods. Archives of General Psychiatry 55, 1998, pp. 393-401. See also K.T. Meuser, et. al., "Trauma and Post-Traumatic Stress Disorder in Severe Mental Illness," Journal of Consulting and Clinical Psychology 66:3, 1998, 493-99

[15] Ditton, Mental Health and Treatment

[16] Deane, Martha, Steadman, Henry J., Borum, Randy, Veysey, Bonita, Morrissey, Joseph P. "Emerging Partnerships Between Mental Health and Law Enforcement." Psychiatric Services Vol. 50, No. 1. January 1999: pp. 99-101

[17] Swanson J, Borum, Swartz M, Hiday V. "Violent Behavior Preceding Hospitalization Among Persons with Severe Mental Illness." Law and Human Behavior, vol. 23, no. 2, April 1999:185-204v

[18] Unpublished statistic courtesy of Dr. James Fyfe, Director of Training, New York City Police Department

[19] Annette C. McGaha, Paul G. Stiles, The Florida Mental Health Act (The Baker Act) 2000 Annual Report, Louis de la Parte Florida Mental Health Institute, July 2001

[20] J.A. Stein, J.M. Golding, J.M. Siegel, M.A. Burnam, and S.B. Sorenson. "Long-term Psychological Sequelae of Child Sexual Abuse: The Los Angeles Epidemiologic Catchment Area Study." Lasting Effect of Child Sexual Abuse. Ed. G.E. Wyatt and G.J. Powell. Newbury Park, CA: Sage Publications, 1988

[21] L.A. Goodman, M.P. Salyers, K.T. Mueser, S.D. Rosenberg, M. Swartz, S.M. Essock, F.C. Osher, M.I. Butterfield, and J. Swanson. "Recent Victimi: Women and Men with Severe Mental Illness: Prevalence and Correlates." Journal of Traumatic Stress 14: 4, April 2001

[22] Ibid

[23] Linda Teplin. "Criminal Victimization of the Mentally Ill," Workshop on Crime Victims with Developmental Disabilities, National Research Council's Committee on Law and Justice, National Academy of Sciences, Irvine, CA, October 28-30, 1999

[24] J. Lam and R. Rosenheck. "The Effects of Victimization on Clinical Outcomes of Homeless Persons with Serious Mental Illness." Psychiatric Services 49:5, May 1998

[25] Virginia Hiday. Marvin S. Swartz, Jeffery W. Swanson, Randy Borum, and H. Ryan Wagner, "Criminal Victimization of Persons with Severe Mental Illness," Psychiatric Services 50, 1998, pp. 62- 68

[26] Andrea Jacobson and Bonnie Richardson. "Assault Experiences of 100 Psychiatric Inpatients: Evidence for the Need for Routine Inquiry," American Journal of Psychiatry 144:7, July 1987

[27] Susan Salasin and Robert Rich. "Mental Health Policy for Victims of Violence: The Case Against Women." International Handbook of Traumatic Stress Syndromes. Ed. John P. Wilson and Beverley Raphael. New York: Plenum Press, 1993

# Appendix G

# Public Hearing Announcements and Comment Form

Pena/ 00853



# Mental Health Services Act (MHSA)
# Mental Health Board Public Hearing Dates

### November 28, 2005 (Monday)
MHB MHSA Public Hearing
1:00 — 4:00 p.m.
Isaac Newton Senter
70 West Hedding Street, San Jose

### November 29, 2005 (Tuesday)
MHB MHSA Public Hearing
4:00 — 6:30 p.m.
St. Francis Center
7950 Church Street, Gilroy

### November 30, 2005 (Wednesday)
MHB MHSA Public Hearing
7:00 — 9:00 p.m.
Mountain View City Council Chambers
500 Castro Street, Mountain View



Pena/ 00855

# The News

THE BUSINESS JOURNAL 9

OCTOBER 28, 2008

# Santa Clara officials to unveil spending plan under Prop. 63

BY LAURA CUTLAND
lcutland@bizjournals.com

Santa Clara County officials were ready on Oct. 23 to unveil how they want to spend their share of the mental health money the state is taking from its multimillion tax in a new tax.

A broad range of services—from therapy to housing—and vocational subsidies are expected to begin to benefit next April from an infusion of $40.2 million in new mental health dollars allocated under Prop. 63. The initiative to fund mental health services was passed by voters in November 2004, increasing the income tax by 1 percent on those earning more than $1 million a year.

Mental health officials in Santa Clara County estimate the new funds will allow them to treat about 2,500 clients of the 13,000 they now turn away every year.

Counties were required to come up with a three-year spending plan for how they will use the money, the first part of which covers community services. In the future, spending plans will be required for new facilities, technology, education, training, prevention and innovation projects.

Statewide, the millionaire tax initiative is expected to pump $700 million annually into the mental health system.

Sheila Yuter, a coordinator at the Santa Clara Mental Health Department, says the county, which serves 22,000 mentally ill annually, crafted its plan with the goal of targeting groups on the fringe of the health care system, such as the homeless and children in foster care and the juvenile justice system. She said the department and about 10,000 stakeholders involved in the planning process also tried to emphasize early intervention and individualized treatments for clients.

"Right now, we operate a therapy-centered approach," says Ms. Yuter. "We're trying to turn it into client-centered approach. It's interactive and responds to clients' goals for personal development and recovery."

The department, which has an annual budget of $190 million, is proposing a three-pronged approach that will boost outpatient services funding by about 15 percent.

The centerpiece of the spending proposal is the increased use of so-called wrap-around programs, which provide the mentally ill with a comprehensive package of services such therapy, housing subsidies and job training within the community setting instead of an institutionalized one. The agency wants to provide such services to 75 additional adults at a cost of $20,000 per year per person. It is also proposing to add 25 slots in these programs for those 60 years and older and 25 spaces for kids in the juvenile justice system. In addition, five slots for youth that are seriously emotionally disturbed but aren't eligible for special education programs would be opened up under the proposal while 30 spaces would be created for transitional age youth of 16 to 25 years.

"For clients that need the wrap-around service, they are multiple system users.

If they are seriously emotionally disturbed, they are connected to social services, the primary care system and mental health services. The wrap-around gives them an individual case manager to make sure they get what they need from all these avenues," Ms. Yuter says. "It prevents in-patient hospital stays and emergency psychiatric visits."

The second part of the plan, which aims to increase the overall capacity of the county's mental health system, would, among other things, recruit more mentally ill clients who are recovering to serve as peer counselors to others. It would also draw more family members of the mentally ill into an active role through education programs and support groups.

The final piece of the proposal seeks to boost the county's outreach activities. Mental health care leaders are proposing to create drop-in clinics for those between 18 and 26, a first for Santa Clara County, and increase the presence of mental health providers at senior centers to identify early signs of depression. They also want to work more closely with schools to serve kids at risk for mental illness.

Nancy Pena, director of the county Mental Health Department, says Prop. 63 should help close the gap between those that are receiving mental health services and the 13,000 that are excluded because of budget constraints. "It's related to the fact that the health care community has not acknowledged the significance of mental health," she says of the funding shortage. "It's a

national problem and it's related to stigma."

And while most providers have yet to see the specifics of the proposal, they expressed hope that it will allow them to expand their programs and reach out to new constituencies.

Jerry Doyle, CEO of EMQ Children & Family Services, which provides mental health and social services for children and their families, for instance, praised the proposed expansion of wrap-around services, saying this aggressive approach to mental health could use a boost in the valley. "I think it's a good plan," Mr. Doyle says. "It speaks to some of the needs in Santa Clara County."

For Vonza Thompson, CEO of the Alliance for Community Care, the county's largest non-profit provider of mental health services, the new dollars could allow her to stabilize after three painful years of deep cuts, she says. "It's been very difficult," she says. "I've had to close down a number of services."

She would like to see the funding go toward increasing outpatient services and employment training programs as well as serving the non-English speaking, refugees, victims of torture, and the hearing impaired.

After a two-month public comment period, the agency expects to present the plan to the county board of supervisors for approval on Dec. 12 and to the state Department of Mental Health by the end of the year.

LAURA CUTLAND covers health care and biotechnology for the Business Journal. Reach her at (408) 299-1830.

SAN JOSE MERCURY NEWS • SUNDAY, DECEMBER 11, 2005 | **Local News**

# New funds to aid mentally ill

## SANTA CLARA COUNTY: PROPOSITION 63 MONEY COULD TRANSFORM CARE SYSTEM

By Janice Rombeck
Mercury News

Santa Clara County's plan to spend a share of money from a new state proposition to boost mental health care could dramatically change the way services are delivered to all who need treatment, from small children to juvenile offenders to elderly shut-ins.

On Tuesday, the county's mental health department will ask the county board of supervisors to approve a $39 million three-year spending plan to be used for the first phase of the county's Proposition 63 money so it can be submitted to the state for review.

If approved by the state, funding would begin in January.

In recent years, the county's $190 million mental health services annual budget has taken hits, but the money reaped from Proposition 63 — which adds a 1 percent tax on incomes over $1 million — is not replacement money.

"It's not intended to fill in the gaps," said mental health department Director Nancy Pena, "but to transform the system," which serves 20,000 people a year.

That's exactly what counties across the state were asked to do in forming these spending plans: find ways to fix a public system that has relied for too long on traditional clinical approaches and has underserved segments of the population, including ethnic groups.

Traditionally, patients with serious illnesses have depended on "public" systems for most of their lives, Pena said. In doing so, they often are placed in institutions, are not employable and become estranged from family members.

"The quality of life is very limited," she said. "Our goal is to really bring a new sense of hope to people who are suffering from mental illness."

Using a "whatever it takes" approach, treatment of the mentally ill with these new funds can be tailor-made for the individual, by involving families and social networks, Pena said. It would go beyond such traditional treatment as psycho-

See MENTAL, Page 6B

See MENTAL, Page 6B

**IF YOU'RE INTERESTED**

The Santa Clara County Board of Supervisors will meet at 9:30 a.m. Tuesday in the county government center, 70 W. Hedding St. The Community Services and Supports Plan of the Mental Health Services Act is No. 21 on the agenda.

For more information on the plan, go to www.sccmhd.org.

## MENTAL | Cash to help county improve care

Continued from Page 1B

therapy and medication.

For example, if a child needs a caregiver to attend school with them, that could be funded. Or, if a child needs a separate bedroom because of problems with nightmares, money could be spent to help the family move to a home with more bedrooms for the children.

The county's plan was developed after a yearlong study that looked at critical

The plan was developed after a study that looked at critical needs and neglected areas.

needs and neglected areas. The planning process involved hundreds of community members, Pena said, including social service directors, probation officers, public defenders, jail officials and probation experts. Advisory groups also have been formed to represent American Indians, Vietnamese, Filipinos, African-Americans, Latinos, Eastern Europeans and immigrant refugees, she said.

The plan targets nine groups:

■ Infants to 5-year-olds who are at high risk because of family situations.

■ Children in the juvenile justice system, with a focus on Latinos, African-Americans and American Indians.

■ Children in foster care, with a focus on Latinos and African-Americans.

■ Emotionally disturbed children, with a focus on Latino and Asian youths.

■ Youths and young adults from 16 to 25 who have graduated from special-education or mental-health programs but are still experiencing serious problems.

■ Youths and adults with first-time episodes of serious mental illness.

■ Mentally ill homeless, those in and out of jail and frequent users of emergency rooms.

■ Seriously mentally ill adults who haven't been treated.

■ Adults over age 60 whose mental illnesses have been intensified by aging, isolation or trauma from war or natural disasters.

Contact Janice Rombeck at jrombeck@mercurynews.com or (408) 275-0917.

**QUẬN SANTA CLARA**
**ĐẠO LUẬT DỊCH VỤ SỨC KHỎE TÂM THẦN**
Kế Hoạch CSS Ngày 28 tháng Mười, 2005

### Tờ Góp Ý

*Nếu quý vị cần thêm chỗ trống để góp ý xin dùng mặt sau của mẫu này*

Quý vị nghĩ các điểm mạnh của kế hoạch này là gì? _____

_____
_____
_____

Quý vị có điều gì đáng quan tâm về kế hoạch? _____

_____
_____
_____

Quý vị còn có các góp ý nào nữa không? _____

_____
_____
_____

Các trả lời của quý vị trong phần này là **KHÔNG BẮT BUỘC VÀ TỰ NGUYỆN**, nhưng sẽ giúp chúng tôi lượng định tiến trình này. MHSA đòi hỏi chúng tôi phải có các ghi nhận của nhiều nhóm khác nhau trong khuôn khổ tiến trình hoạch định. Để giúp chúng tôi chắc chắn làm tốt việc này, xin cho chúng tôi biết sơ qua về quý vị bằng cách trả lời cho các câu hỏi sau đây.

Quý vị liên hệ với nhóm nào nhiều nhất? _____

(Thí dụ: khách hàng, thành viên trong gia đình, nhóm sắc tộc cụ thể, cơ quan thi hành luật pháp, giáo dục, các dịch vụ xã hội, y tế công cộng, nhà cung cấp dịch vụ sức khỏe tâm thần, nhóm niềm tin, v.v...)

Tuổi của quý vị:
☐ 18 tuổi trở xuống    ☐ 19-24    ☐ 25-59    ☐ 60+

Giới tính của quý vị: _____

Khu vực địa lý hoặc thành phố nơi cư ngụ: _____

Chủng tộc/sắc tộc của quý vị: _____

Tên: _____    Số điện thoại: _____

E-mail: _____

Xin nộp các góp ý không trễ hơn ngày 30 tháng Mười Một, 2005.
Gửi cho SCVHHS Mental Health Administration 828 S. Bascom Ave, San Jose, CA 95128
Fax tới 408-885-5788 hoặc 5789
Email to Sheila.Yuter@hhs.co.santa-clara.ca.us

CSS Plan Comment Sheet – [Vietnamese]

## CONDADO DE SANTA CLARA
## DECRETO DE SERVICIOS DE SALUD MENTAL (MHSA)
### Plan de servicios y apoyo a la comunidad (CSS) fechado el 28 de octubre del 2005

### Comentarios

Si necesita espacio adicional para poner sus comentarios, utilice el dorso de este formulario

¿Cuáles cree que son los puntos más importantes de este plan? _____

_____

_____

_____

_____

_____

¿Qué preocupaciones tiene acerca del plan? _____

_____

_____

_____

_____

¿Tiene algún otro comentario? _____

_____

_____

_____

Sus respuestas en esta sección son **OPCIONALES Y VOLUNTARIAS**, y nos ayudarán a evaluar este proceso. MHSA exige que obtengamos información de varios grupos como parte del proceso de planificación. Para ayudarnos a hacerlo bien, por favor cuéntenos acerca de usted respondiendo las siguientes preguntas.

¿Con qué grupo se identifica usted? _____

(Por ejemplo: consumidor, miembro familiar, grupo étnico específico, departamento de policía, justicia, educación, servicios sociales, salud pública, proveedor de salud mental, grupo de fe, etc.)

| Su edad: | Su sexo: |
|---|---|
| ☐ 18 o menor     ☐ 19-24     ☐ 25-59     ☐ 60+ | _____ |

| Región geográfica o ciudad de residencia: | Su raza/etnia: |
|---|---|
| _____ | _____ |

Nombre: _____     N° de teléfono: _____

Correo electrónico: _____

Por favor presente sus comentarios antes del **30 de noviembre del 2005**.
Envíelos por correo a SCVHHS Mental Health Administration 828 S. Bascom Ave, San Jose, CA 95128
por fax a 408-885-5788 ó 5789
o por correo electrónico a Sheila.Yuter@hhs.co.santa-clara.ca.us

CCS Plan Comment Sheet – [Spanish]

Pena/ 00859

## SANTA CLARA COUNTY
## BATAS UKOL SA MGA SERBISYO SA PANGKAISIPANG KALUSUGAN (MHSA)
### CSS Plan Mula sa Ika-28 ng Oktubre 2005

### Papel Para sa mga Puna

Kung kailangan mo ng karagdagang lugar para sa mga puna, mangyaring gamitin ang likod ng pormang ito

Ano sa palagay mo ang mga kahusayan ng plano? _____

_____

_____

_____

Ano ang mga inaalala mo tungkol sa plano? _____

_____

_____

_____

Mayroon ka pa bang ibang mga puna? _____

_____

_____

_____

Ang iyong mga sagot sa seksyong ito ay **OPSYONAL AT KUSANG-LOOB**, ngunit makakatulong ito sa amin sa pagtatasa ng prosesong ito. Inaatasan kami ng MHSA na kumuha ng mga puna mula sa iba't-ibang mga grupo bilang bahagi ng proseso ng pagpaplano. Upang tulungan kaming siguraduhin na mahusay naming ginagawa ito, mangyaring magbigay ng kaunting impormasyon tungkol sa iyong sarili sa pamamagitan ng pagsagot sa mga sumusunod na katanungan.

Pinaka-bahagi ka ng aling grupo? _____

(Halimbawa: consumer, kapamilya, takdang etnikong grupo, pagpapatupad ng batas, hustisya, edukasyon, mga panlipunang serbisyo, pampublikong kalusugan, provider (tagapagbigay) ng pangkaisipang kalusugan, grupong nababatay sa pananampalataya/relihiyon, atbp.)

| Ang iyong edad: | | | | Ang iyong Kasarian: |
|---|---|---|---|---|
| ☐ 18 o mas bata | ☐ 19-24 | ☐ 25-59 | ☐ 60+ | _____ |

| Rehiyon o Lunsod ng Tirahan: | Ang iyong Lahi/Etnisidad: |
|---|---|
| | _____ |

Pangalan: _____    Telepono: _____

E-mail: _____

Mangyaring ibigay ang mga puna nang hindi lalampas ng Ika-30 ng Nobyembre 2005.
Ikoreo sa SCVHHS Mental Health Administration 828 S. Bascom Ave, San Jose, CA 95128
I-fax sa 408-885-5788 o 5789
Magpadala ng E-mail kay Shella.Yuter@hhs.co.santa-clara.ca.us

CSS Plan Comment Sheet – [Tagalog]

## 聖塔克萊拉縣精神健康服務法案 (MSHA)
## 社區服務與支援（CSS）計劃（2005 年 10 月 28 日）

### 意見單

如需另外的空白填寫意見，請使用本表單的背面

你認為該計劃的優勢是什麼？ _____
_____
_____
_____
_____

您對該計劃的顧慮是什麼？ _____
_____
_____
_____
_____
_____

您還有其他意見嗎？ _____
_____
_____
_____
_____

---

您這部分的回答是可選的和自願的，但將有助於我們評估這個過程。作為該計劃過程的一部分，MHSA 要求我們獲得不同群體的回答。為了切實做好這項工作，請回答下述問題，告訴我們部分關於您本人的資訊。

---

您與哪個群體的關係最為密切？ _____

（例如：消費者、家庭成員、某個特殊的種族群體、法律執行、司法、教育、社會服務、公共健康、精神健康提供者、宗教群體等等。）

---

您的年齡：
☐ 18 歲或 18 歲以下   ☐ 19-24 歲   ☐ 25-59 歲   ☐ 60 歲以上

您的性別： _____

您居住的地區或城市.： _____

種族/民族： _____

姓名： _____                電話： _____

電子郵件： _____

請於 2005 年 11 月 30 日前提交意見
郵件請寄 SCVHHS Mental Health Administration 828 S. Bascom Ave, San Jose, CA 95128
傳真請發送至 408-885-5788 或 5789
E-mail 請發送至 Shella.Yuter@hhs.co.santa-clara.ca.us

CSS Plan Comment Sheet – [Chinese]

### SANTA CLARA COUNTY
### MENTAL HEALTH SERVICES ACT
### CSS Plan Dated October 28, 2005

### Comment Sheet

If you need additional space comments please use the back of this form

What do you think are the strengths of the plan?_____

_____

_____

_____

_____

What concerns do you have about the plan? _____

_____

_____

_____

_____

Do you have other comments? _____

_____

_____

_____

_____

---

Your answers to this section are OPTIONAL AND VOLUNTARY, but will help us in evaluating this process The MHSA requires that we obtain input from a variety of groups as part of the planning process. In order to help us make sure we do this well, please tell us a little about yourself by answering the following questions.

---

With which group are you most associated? _____

(For example: consumer, family member, specific ethnic group, law enforcement, justice, education, social services, public health, mental health provider, faith based group, etc.)

---

Your age:
☐ 18 or younger    ☐ 19-24    ☐ 25-59    ☐ 60+

Your Gender:
_____

Geographical Region or City of Residence:
_____

Your Race/Ethnicity:
_____

Name:_____    Phone #_____

E-mail: _____

**Please submit comments no later than November 30, 2005.**
Mail to SCVHHS Mental Health Administration 828 S. Bascom Ave, San Jose, CA 95128
Fax to 408-885-5788 or 5789
Email to Sheila.Yuter@hhs.co.santa-clara.ca.us

Pena/ 00862

# Appendix H

## Mental Health Board Comment and Endorsement of CSS Plan

Pena/ 00863



**SANTA CLARA VALLEY**
HEALTH & HOSPITAL SYSTEM

DEPARTMENT OF
MENTAL HEALTH

*Dedicated to the Health*
*of the Whole Community*

Mental Health Board
828 South Bascom Avenue, Suite 200
San Jose, California 95128
Tel. (408) 885-5779
Fax. (408) 885-7561

December 6, 2005

To:    Board of Supervisors

From:  George Vizvary, Chairperson
       Mental Health Board

Re:    <u>Mental Health Services Act Community Services & Supports Plan</u>

The Mental Health Board of Santa Clara County, at a special meeting on December 5, 2005, fully endorsed the Mental Health Department's proposal for spending the Mental Health Services Act (MHSA) funds.   The Board also commended the Department for the extensive community involvement in the drafting of its plan.

From participation in the early planning stages to a review of the Department response to the public commentary on the final draft, the Department has kept the Mental Health Board involved in the process. Our endorsement was well informed and unanimous.

The Mental Health Board held public hearings on the Plan in San Jose, Gilroy, and Mountain View. We heard testimony from 64 members of the public; written comments were received from another 26 people. Many of them raised interesting points, many were advocating for spending in specific areas. None of the comments convinced any members of our Board to urge substantive changes to the Plan.

We commend the Plan to you and urge that you approve it for transmission to the state Department of Mental Health.

GV:MG:kp

The Department of Mental Health is a division of the Santa Clara Valley Health & Hospital System. Owned and operated by the County of Santa Clara.



**SANTA CLARA**
**VALLEY**
HEALTH & HOSPITAL SYSTEM

DEPARTMENT OF
MENTAL HEALTH

*Dedicated to the Health*
*of the Whole Community*

Mental Health Administration
828 South Bascom Avenue, Suite 200
San Jose, California 95128
Tel (408) 885-5770
Fax (408) 885-5788
Fax (408) 885-5789

December 5, 2005

TO:        Mental Health Board Members
FROM:      Nancy Peña, Ph.D., Mental Health Director
RE:        Response to CCS Plan Public Health Comments

Attached please find a summary of Mental Health Administration responses to comments
received during the 30-day public hearing period regarding the Draft CSS Plan. We
received 90 comments. Of those 58 (64%) came from providers/provider union
advocates, and 21 (23%) came from consumers and/or family members, with the
remaining coming from various venues such as community, government, and faith
stakeholders.

The comments addressed critical areas of transformation: housing, educational,
employment, cultural competency, geographic access, specific populations (victim's of
torture, veterans, older adults, SMI adults, juvenile justice) and implementation concerns.
All of these concerns are addressed in the Draft CSS Plan and will be a major focus as we
proceed with transformation over the next three years. This transformation, i.e.,
implementation of transformative strategies, will require sustained and unified
commitment and action of all stakeholders.

The MHD will provide additional detail in the final plan submitted to the state, many
addressing specific comment areas received during the comment period, however we are
not proposing significant changes in proposed strategies and budgets contained in the
Draft Plan at this time.

Thank you for your leadership and participation in the yearlong process that has resulted
in the plan before you. I am respectfully requesting your approval of the plan for
submission to the Board of Supervisors on December 13, 2005

C/    Senior Operations Group
      Robert Sillen, Executive Director HHS

**Summary of Community Input**
**December 1, 2005**

- System Partner Representation

| Organization/Affiliation | Community Venue | | | | Grand Total |
|---|---|---|---|---|---|
| | San Jose Hearing | South County Hearing | North County Hearing | Written Comments MHD | |
| Provider-County & Contract | 10 | 5 | 2 | 15 | 32 |
| Provider-Other | 15 | - | 6 | 1 | 22 |
| Consumer/Family Member | 1 | 1 | 13 | 6 | 21 |
| Community Member | - | 3 | 1 | - | 4 |
| Provider Union | 4 | - | - | - | 4 |
| Education | 1 | - | - | 1 | 2 |
| Anonymous | - | - | - | 2 | 2 |
| Local Government | 1 | - | - | - | 1 |
| Consumer Family Advocacy | - | - | 1 | - | 1 |
| Faith | - | - | - | 1 | 1 |
| Grand Totals | 32 | 9 | 23 | 26 | 90 |

Pena/ 00866

## Summary of Community Input
### December 1, 2005

| Summary of Issues | Total No Of Comments | MHD Response |
|---|---|---|
| **Housing**<br>• Eviction and loss of housing traumatizing and destabilizing to mentally ill<br>• Dually diagnosed clients need integrated treatment—drug/alcohol use can effect ability to maintain housing<br>• Dedicate 25% of ongoing budget to Housing and supportive services<br>• Need array of options beyond shelters and temporary housing<br>• Housing integral to treatment<br>• Critical to ending homelessness<br>• Mental illness epidemic among homeless population<br>• Lack of housing causes vicious cycle of destabilization. Barriers compound themselves (ex. Issues of credit)<br>• Look at Housing First Model<br>• Shelter is not a housing option | 43 | |
| **Cultural Competence**<br>• Best practices are often not culturally appropriate to various ethnic communities and they must be tailored in order to be culturally competent<br>• Addressing ethnic disparities is key part of plan and needs to be integrated throughout implementation in order to reduce ethnic disparities in mi<br>• Need for culturally competent staff who are bi cultural and bilingual | 15 | |
| **Caseload**<br>• Departmental policy on defining and maintaining therapeutic caseload is now needed.<br>• Plan for implementation of therapeutic caseload is needed.<br>• Therapeutic Caseload improves access and treatment to clients/consumers | 12 | |

December 1, 2005

Summary of Community Input
December 1, 2005

| Summary of Issues | Total No Of Comments | MHD Response |
|---|---|---|
| **Lack of Services in Gilroy and Morgan Hill** | 11 | |
| • Gilroy and Morgan Hill are separate communities each needing services located | | |
| • 2 Hour commute from So. County to San Jose using public Transportation. | | |
| • Unrealistic to expect clients to comply with a treatment plan if they have to commute and leave their communities | | |
| • Location is critical. More services are needed in South county Drug Treatment Court and Self-Help Center in So County is needed | | |
| • **Need dedicated shuttle—vouchers are not adequate** | | |
| • Significant population of underserved and Unserved adults and youth in South County many fall through the cracks, there are not enough points of entry, and poverty, language,, and Immigration status become barriers to service | | |

Page 3

December 1, 2005

Pena/ 00868

Pena/00860

## Summary of Community Input
### December 1, 2005

| Summary of Issues | Total No Of Comments | MHD Response |
|---|---|---|
| **MHSA Implementation**<br>• Service Provider would like to work with department for children 8 to 18<br>• AACI largest community agency for Asian Americans and provides services to refugees and survivors of torture.<br>• Best practices are a starting point and MHD should look to innovators. Bill Wilson served 20,000 clients, but not MH dollars. Invite everyone to the table including other contractors like ACCI, Bill Wilson, etc.<br>• Involvement of Line staff in implementation is critical. Staff are concerned that they will no be included in implementation and their input will not be taken into consideration by decision-making.<br>• Consider many of the non-profits and other community agencies in implementation of services who already have expertise delivering many of the services in the plan<br>• The dept should fulfill goal of 3 independent self-help centers that are truly consumer driven | 10 | |
| **System Transformation/Advocacy**<br>• Critical issues addressed by plan are Juvenile Justice and SMI youth. Service gaps for MI and Dev. Delayed, and issue of peer support/self-help services that are client directed;<br>• Services and implementation of MHSA need to transform the system<br>• The proposed system transformation has not had consistent and organized input from consumers and a "new vision" is lacking which may have been produced by such consumer input. For instance, Phoenix Arizona, program offers an alternative to EPS services in a center run by consumers with great outcomes.<br>• Concern expressed that the plan will not produce transformation<br>• SMI consumers are not the focal point in the plan throughout | 7 | |

Summary of Community Input
December 1, 2005

| Summary of Issues | Total No Of Comments | MHD Response |
|---|---|---|
| **Service Need Older Adults**<br>• No Dedicated services to older adults since cuts. There is high need. For example suicide rate very high among older adults<br>• Older adult population growing (baby boomers)<br>• Greatest need for culturally competent services. For example Asian women 65+ highest suicide rate<br>• POST-Rapid response triage model in community for short-term treatment plan and referral. | 4 | |
| **Refugees & Victims of Torture**<br>• Refugees are traumatized ethnicities and they need attention and special attention | 3 | |
| Juvenile Justice Population is a critical population that needs attention. Plan is commended for calling out this population and providing services | 3 | |
| **Employment key to independent living**<br>▪ Working partnerships with Employers who are understanding and allow consumers to get/keep jobs. | 3 | |
| **Special needs of Veterans who fall through cracks and up homeless with SMI** | 3 | |
| **Education**<br>▪ **Collaboration and partnerships with Community Colleges**<br>▪ Computer access and literacy for consumers would be an Important goal that would also have a very positive impact on consumer employment as well<br>▪ Psychoeducation and illness management are gaps in the current plan | 4 | |
| **Revise analysis of served/underserved**<br>• analysis of the underserved does NOT include any information on those that are inappropriately served in institutional care. IMD over utilization has been an ongoing problem and these clients are most likely able to benefit from full service partnerships. I think the plan is a repeat in strategies that already have been proved to fail in this county, i.e. – "Reinvestment Plan" from the late 90s. The analysis should be revised to include the | 2 | |

December 1, 2005

Page 5

Pena/ 00870

## Summary of Community Input
### December 1, 2005

| Summary of Issues | Total No Of Comments | MHD Response |
|---|---|---|
| individuals in the IMDs, SNFs, and the state hospitals. Ethnicity, language and other cultural indicators should be included in the analysis as well as other situational characteristics that would prevent and/or limit placement in the community. Transformation will only occur by reducing the costs associated with institutional placements.<br>• Updated statistical data to include FY 05/05 data for the served profile. As a minimum provided footnote that we are serving fewer people with the augmented funding.<br>• Please include "faith community" in the representation of the stakeholders Leadership committee on page 17. | | |
| Need for services for Domestic violence victims and children. DV causes trauma to youth and leads to youth in dependency system. Gilroy has highest number of CPS calls and Morgan Hill ranks third in the county for number of CPS calls | 1 | |
| Need for services in North County difficult to commute to VMC for many | 1 | |
| Outreach<br>• Need for creative outreach to people whose illness prevents them from asking for help. | 2 | |

December 1, 2005

Page 6

# Appendix I

## Service Data Worksheets

Pena/ 00872

Pena/ 00873

# Mental H€  Services Act
## SCC Population and Demographic Profile
### 0 to 15

### SCC Population for July 2004*

| | Ages 0 to 15 | | |
| | Female | Male | Total by Ethnicity |
|---|---|---|---|
| White | 62,996 | 66,294 | 129,289 |
| African American | 5,398 | 6,266 | 11,664 |
| Asian | 46,398 | 49,029 | 95,427 |
| Pacific Islander | 709 | 789 | 1,498 |
| Native American | 1,410 | 1,507 | 2,917 |
| Other Multi | 12,099 | 12,921 | 25,020 |
| Latino | 61,354 | 69,839 | 131,193 |
| Totals | 190,363 | 206,645 | 397,008 |

*Includes individuals in all households regardless of income level

### SCC Individuals in Households < 200% FPL*

| | Ages 0 to 15 | | |
| | Female | Male | Total by Ethnicity |
|---|---|---|---|
| White | 6,230 | 6,556 | 12,787 |
| African American | 1,204 | 1,398 | 2,602 |
| Asian | 8,004 | 8,456 | 16,461 |
| Pacific Islander | 113 | 125 | 238 |
| Native American | 412 | 440 | 852 |
| Other Multi | 2,365 | 2,526 | 4,891 |
| Latino | 18,698 | 21,283 | 39,981 |
| Totals | 37,026 | 40,787 | 77,812 |

*Estimated as of July 2004. Source Ca. Dept of MH

### Estimated Prevalence of SMI/SED for SCC*

| | Ages 0 to 15 | | | |
| | % SMI/SED* | Female | Male | Total by Ethnicity |
|---|---|---|---|---|
| White | 8.82% | 549 | 578 | 1,127 |
| African American | 9.14% | 110 | 128 | 238 |
| Asian | 8.38% | 718 | 759 | 1,477 |
| Pacific Islander | 8.66% | 10 | 11 | 21 |
| Native American | 8.50% | 35 | 37 | 72 |
| Other/Multi | 9.74% | 230 | 246 | 476 |
| Latino | 8.70% | 1,627 | 1,852 | 3,478 |
| Total Projected Population of SMI/SED | | 3,279 | 3,611 | 6,890 |

*Estimates based on University of Texas Prevalence Study.
Source Department of Mental Health

### Served, Fully Served, Unserved*

| | Ages 0 to 15 | | | |
| | Fully Served* | Under / Inappropriately Served | Served | Unserved** |
|---|---|---|---|---|
| White | 118 | 972 | 1,090 | 37 |
| African American | 19 | 286 | 305 | -67 |
| Asian/Asian Pacific Islander | 5 | 435 | 440 | 1,058 |
| Native American | 4 | 69 | 73 | -1 |
| Other/Multi/Unknown | 3 | 119 | 122 | 354 |
| Latino | 101 | 2,016 | 2,117 | 1,361 |
| Totals | 250 | 3,897 | 4,147 | 2,811 |

*Clients receiving Wraparound services are considered fully served.
**Calculated as prevalence minus those clients served both fully served or underserved/inappropriately served. A negative number indicates the number of clients served exceeds the estimated prevalence.

Data Source: Ca. Department of Mental Health

SCVHHS Mental Health Dept

Strategy Team 01o15

08-26-05

# Mental Health Services Act
## SCC Population and Demographic Profile
### 16 to 25

**SCC Population for July 2004***

| | Female | Male | Total by Ethnicity |
|---|---|---|---|
| White | 40,823 | 43,453 | 84,280 |
| African American | 3,492 | 4,283 | 7,775 |
| Asian | 27,708 | 29,401 | 57,100 |
| Pacific Islander | 460 | 505 | 965 |
| Native American | 944 | 938 | 1,882 |
| Other Multi | 5,749 | 6,257 | 12,006 |
| Latino | 37,059 | 44,209 | 81,268 |
| Totals | 116,240 | 129,046 | 245,288 |

*Includes individuals in all households regardless of income level

**Estimated Prevalence of SMI/SED for SCC***
Ages 16 to 25

| | % SMI/SED* | Female | Male | Total by Ethnicity |
|---|---|---|---|---|
| White | 8.82% | 356 | 379 | 735 |
| African American | 9.14% | 71 | 87 | 158 |
| Asian | 8.36% | 429 | 455 | 884 |
| Pacific Islander | 8.66% | 6 | 7 | 13 |
| Native American | 8.50% | 23 | 23 | 47 |
| Other Multi | 9.74% | 109 | 119 | 229 |
| Latino | 8.70% | 983 | 1,172 | 2,155 |
| Total Projected Population of SMI/SED | | 1,978 | 2,243 | 4,221 |

*Estimate based on University of Texas Prevalence Study. Source: Department of Mental Health

**SCC Individuals in Households Lt 200% FPL***
Ages 16 to 25

| | Female | Male | Total by Ethnicity |
|---|---|---|---|
| White | 4,038 | 4,297 | 8,335 |
| African American | 779 | 955 | 1,735 |
| Asian | 4,780 | 5,072 | 9,851 |
| Pacific Islander | 73 | 80 | 153 |
| Native American | 276 | 274 | 550 |
| Other Multi | 1,124 | 1,223 | 2,347 |
| Latino | 11,284 | 13,473 | 24,787 |
| Totals | 22,363 | 25,375 | 47,738 |

*Estimated as of July 2004

**Served, Fully Served, Unserved***
Ages 16 to 25

| | Fully Served* | Under/Inappropriately Served | Served | Unserved** |
|---|---|---|---|---|
| White | 82 | 1,203 | 1,285 | -550 |
| African American | 11 | 315 | 326 | -168 |
| Asian/Asian Pacific Islander | 9 | 602 | 611 | 287 |
| Native American | 0 | 50 | 50 | -3 |
| Other/Multi/Unknown | 4 | 150 | 154 | 75 |
| Latino | 55 | 1,391 | 1,446 | 709 |
| Totals | 161 | 3,711 | 3,872 | 1,070 |

*Clients receiving AB34 or Wraparound (depending on age) are considered fully served

**Calculated as prevalence minus those clients served both fully served or underserved/inappropriately served. A negative number indicates the number of clients served exceeds the estimated prevalence.

Data Source: Department of Mental Health

SCVHHS Mental Health Dept

Pena/ 00874

Mental Health Services Act
SCC Population and Demographic Profile
26 to 59

**SCC Population for July 2004***

| | Ages 26 to 59 | | |
| --- | --- | --- | --- |
| | Female | Male | Total by Ethnicity |
| White | 200,535 | 215,671 | 416,206 |
| African American | 11,894 | 13,560 | 25,454 |
| Asian | 120,156 | 121,962 | 242,119 |
| Pacific Islander | 1,480 | 1,456 | 2,936 |
| Native American | 2,877 | 2,928 | 5,805 |
| Other Multi | 14,995 | 16,107 | 31,102 |
| Latino | 85,462 | 95,626 | 181,088 |
| Total Projected Population | 437,398 | 467,310 | 904,708 |

*Includes individuals in all households regardless of income level

**SCC Individuals in Households <200% FPL***

| | Ages 26 to 59 | | |
| --- | --- | --- | --- |
| | Female | Male | Total by Ethnicity |
| White | 19,833 | 21,330 | 41,163 |
| African American | 2,654 | 3,025 | 5,679 |
| Asian | 20,727 | 21,038 | 41,765 |
| Pacific Islander | 235 | 231 | 466 |
| Native American | 840 | 855 | 1,696 |
| Other Multi | 2,931 | 3,149 | 6,080 |
| Latino | 26,044 | 29,142 | 55,186 |
| Total Projected Population | 73,265 | 78,771 | 162,035 |

*Includes individuals in all households regardless of income level
Estimated as of July 2004

**Estimated Prevalence of SMI/SED for SCC***

| | Ages 26 to 59 | | | |
| --- | --- | --- | --- | --- |
| | % SMI/SED* | Female | Male | Total by Ethnicity |
| White | 8.82% | 1,747 | 1,879 | 3,626 |
| African American | 9.13% | 242 | 276 | 518 |
| Asian | 8.97% | 1,859 | 1,887 | 3,746 |
| Pacific Islander | 8.68% | 20 | 20 | 40 |
| Native American | 8.50% | 71 | 73 | 144 |
| Other/Multi | 9.74% | 286 | 307 | 592 |
| Latino | 8.70% | 2,266 | 2,535 | 4,801 |
| Total Projected Population of SMI/SED | | 6,492 | 6,977 | 13,469 |

*Estimates based on University of Texas Prevalence Study.
Source Department of Mental Health

**Served, Fully Served, Unserved**

| | Ages 26 to 59 | | | |
| --- | --- | --- | --- | --- |
| | Fully Served* | Under/Inappropriately Served | Served | Unserved** |
| White | 28 | 5,395 | 5,423 | -1,797 |
| African American | 4 | 811 | 815 | -297 |
| Asian/Asian Pacific Islander | 5 | 2,205 | 2,210 | 1,577 |
| Native American | 0 | 149 | 149 | -5 |
| Other/Multi/Unknown | 4 | 607 | 611 | -19 |
| Latino | 11 | 2,390 | 2,401 | 2,400 |
| Total | 52 | 11,557 | 11,609 | 3,977 |

*Clients receiving AB34 services are considered fully served
**Calculated as prevalence minus those clients served both fully served or underserved/inappropriately served.  A negative number indicates the number of clients served exceeds the estimated prevalence.

08-25-05

Data Source: Department of Mental Health

SCVHHS Mental Health Dept

Strategy Team 26 to 59

Mental Health Services Act
SCC Population Demographic Profile
60 and Older

## SCC Population for July 2004*

| | Ages 60 and older | | |
|---|---|---|---|
| | Female | Male | Total by Ethnicity |
| White | 80,703 | 82,049 | 142,752 |
| African American | 2,140 | 1,783 | 3,924 |
| Asian | 25,520 | 20,487 | 46,008 |
| Pacific Islander | 263 | 209 | 472 |
| Native American | 510 | 400 | 911 |
| Other Multi | 2,905 | 2,301 | 5,206 |
| Latino | 15,860 | 11,892 | 27,952 |
| Total | 128,002 | 99,221 | 227,224 |

*Includes individuals in all households regardless of income level

## SCC Individuals in Households <200% FPL*

| | Ages 60 and older | | |
|---|---|---|---|
| | Female | Male | Total by Ethnicity |
| White | 7,982 | 6,137 | 14,118 |
| African American | 478 | 398 | 875 |
| Asian | 4,402 | 3,534 | 7,936 |
| Pacific Islander | 42 | 33 | 75 |
| Native American | 149 | 117 | 266 |
| Other Multi | 568 | 450 | 1,018 |
| Latino | 4,864 | 3,655 | 8,518 |
| Total | 18,484 | 14,323 | 32,807 |

Estimated as of July 2004

## Estimated Prevalence of SMI/SED for SCC*

| | Ages 60 and older | | | |
|---|---|---|---|---|
| | % SMI/SED* | Female | Male | Total by Ethnicity |
| White | 8.82% | 704 | 541 | 1,245 |
| African American | 9.14% | 44 | 36 | 80 |
| Asian | 8.99% | 395 | 317 | 712 |
| Pacific Islander | 8.66% | 4 | 3 | 7 |
| Native American | 8.50% | 13 | 10 | 23 |
| Other/Multi | 9.74% | 55 | 44 | 99 |
| Latino | 8.70% | 423 | 318 | 741 |
| Total Projected Population of SMI/SED | | 1,637 | 1,269 | 2,906 |

*Estimates based on University of Texas Prevalence Study,
Source Department of Mental Health

## Served, Fully Served, Unserved*

| | Ages 60 and older | | | |
|---|---|---|---|---|
| | Fully Served* | Under / Inappropriately Served | Served | Unserved** |
| White | 6 | 915 | 921 | 324 |
| African American | 7 | 92 | 99 | -19 |
| Asian/Asian Pacific Islander | 0 | 747 | 747 | -28 |
| Native American | 0 | 14 | 14 | 9 |
| Other/Multi/Unknown | 0 | 188 | 188 | 8 |
| Latino | 0 | 451 | 451 | 290 |
| Total | 13 | 2,407 | 2,420 | 622 |

*Clients receiving AB34 services are considered fully served

**Calculated as prevalence minus those clients served both fully served or underserved/inappropriately served. A negative number indicates the number of clients served exceeds the estimated prevalenc

Data Source: Department of Mental Health

SCVHHS Mental Health Dept

Strategy Team 60 Older

08-26-05

# Appendix J

# Inreach/Outreach & ECAC Summaries

Pena/ 00877

## Critical Concerns Emerging from Inreach and Outreach

The summary of problems/critical concerns from inreach and outreach are shown below by age group. The following tables present those concerns most highly ranked by participants in all facets of the inreach and outreach process: surveys, focus groups, conversations, suggestion sheets and comment posters. In general, the most often mentioned or prioritized concerns were the same, whether from the perspective of the Vietnamese or Latino (two largest minority population groups) or from consumers, family members or providers. However, within the four or five most highly ranked concerns, different groups would often rank (in the survey) or mention (in focus groups) certain concerns more often or as more significant than others. If a certain group placed a higher ranking or importance on a concern than the rest of the respondents, this concern is listed in the column under that group.

## CHILDREN AND YOUTH

| Group | Highest Ranking Concerns |
|---|---|
| Overall Findings | • Drug and alcohol abuse (by parents or children)<br>• Failing or not attending school; lack of school readiness<br>• Peer and family problems<br>• Sadness, depression and suicide<br>• In trouble with the law (juvenile justice)<br>• Abuse or neglect by parents or caregivers (child welfare)<br>• Poverty, homeless, inadequate housing |
| >16 yr-old Respondents | • In trouble with the law (juvenile justice)<br>• Homeless/runaway |
| Consumers | • In trouble with the law (juvenile justice)<br>• Concurrent medical problems/multiple risk factors<br>• Isolation due to lack of tailored services<br>• Trauma and violence in the community |
| Providers | • Isolation due to lack of tailored, culturally relevant services |
| Vietnamese Respondents | • Disobey parents/teachers<br>• Isolation and Loneliness |
| Latino Respondents | • Disobey parents/teachers/Disintegration of family<br>• Not going to school<br>• Sadness, depression<br>• Trauma and violence in the community |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

1

Pena/ 00878

# TRANSITION AGE YOUTH

| Group | Highest Ranking Concerns |
|---|---|
| Overall Findings | ■ Drug and alcohol abuse (by parents or children<br>■ Lack of meaningful skills, job, education (school failure)<br>■ Lack of social support and family network; peer and family probems<br>■ Sadness, depression and suicide<br>■ In trouble with the law (in the justice system)<br>■ First-time psychiatric breaks |
| TAY Respondents | ■ Not going to or failing in school<br>■ In trouble with the law<br>■ Homeless/ runaway<br>■ Poor relations with providers/ therapists |
| Consumers | ■ In trouble with the law<br>■ Concurrent medical problems/ multiple risk factors<br>■ Isolation due to lack of tailored services<br>■ Trauma and violence in the community |
| Providers | ■ Isolation due to lack of tailored, culturally relevant services<br>■ |
| Vietnamese Respondents | ■ Disobey parents/teachers<br>■ Isolation and Loneliness |
| Latino Respondents | ■ Disobey parents/teachers/Disintegration of family<br>■ Not going to school<br>■ Sadness, depression<br>■ Trauma and violence in the community |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

2

Pena/ 00879

**Critical Concern, Strengths, Barriers, and Potential Solutions Identified by the Ethnic Community Advisory Committees**

**LATINO COMMITTEE**

| Key Concerns | <ul><li>Stigma and shame around mental illness</li><li>Removal of children by the Social Services Agency, Department of Family and Children Services</li><li>Parents separated from their children when they are placed in Juvenile Hall</li><li>Parents fear for their safety when adult children become agitated</li><li>Isolation of family</li><li>Police insensitivity</li><li>Lack of knowledge/awareness about mental illness among public employees in schools, criminal justice, and social service settings</li><li>Insufficient knowledge about accessing the mental health system</li><li>Insufficient knowledge among consumers and their families about how to go about improving the services they receive</li><li>Insufficient housing for those released from a 72-hour hold</li><li>Lack of culturally competent (bilingual, bicultural) therapists</li></ul> |
|---|---|
| Identified Strengths | <ul><li>Faith in God and spirituality</li><li>Supportive families</li><li>Perseverance in the face of adversity</li><li>La Cultura Cura (the culture heals)</li><li>Bilingual and bicultural</li></ul> |
| Identified Barriers | <ul><li>Lack of cultural sensitivity in the mental health system</li><li>Culturally competent (bilingual, bicultural) therapists are carrying excessive case loads</li><li>Lack of good nutrition and overall care at residential facilities</li><li>Lack of standards at locked facilities regarding privacy</li><li>Lack of information about how to access the mental health system</li><li>Apprehension about getting deported</li><li>Financial eligibility</li></ul> |
| Identified Potential Solutions | <ul><li>Services in addition to medications</li><li>Family treatment plan vs. individual treatment plan</li><li>Sexual education for sexually active consumers</li><li>Familia a Familia classes for family members</li><li>Increase family member's knowledge of how to complain about services and facilities</li><li>Consumers having the ability to have more say in their treatment plan</li><li>Assistance for consumers in locating employment</li><li>Increased availability of case managers to deal with consumer crises</li><li>Adjust system so that consumers retain their medical benefits when work</li><li>Adjust system so that early intervention is a priority</li><li>Support for smoking cessation</li><li>Large scale public campaign aimed at eliminating stigma</li><li>Increased advocacy from inside and outside the system</li><li>Culturally competent Latino auditor (quality assurance)</li><li>Increase the number of shelters</li><li>Increase the number of residential facilities</li><li>Support/partner with organizations such as Latino Soccer Leagues which offer alternative activities for young boys and girls</li><li>Resume convening Latino Mental Health conference</li><li>Increase the flexibility of hiring more culturally competent staff by not requiring all staff to be licensed</li><li>Partner with the faith community</li><li>Compassion and real caring</li></ul> |

**VIETNAMESE COMMITTEE**

| • Key Concerns | • Dichotomy of values/culture gap/cultural identity conflict<br>• Family conflicts between parents and children, and between husband and wife, which can lead to domestic violence.<br>• Male youths involved with delinquency<br>• Smoking/drinking problems related to family issues<br>• Elders' social and cultural isolation<br>• Low self-esteem from multiple losses<br>• Stress from daily activities or concerning family issues<br>• PTSD/mental illness resulting from experiences surrounding the migration to the U.S. |
|---|---|
| • Identified Strengths | • Successful in their transition and adapting to western society<br>• Positive attitude of survival in life<br>• Spiritual beliefs and values<br>• Strong familial ties and support<br>• Respect for elders<br>• Strong sense of pride in their culture<br>• Care about the welfare of their community |
| • Identified Barriers | • Cultural isolation leads to lack of information about help, resources available<br>• Language barrier in communication<br>• Cultural aspect of suffering (one can be proud if one can swallow the bitterness without complaining)<br>• Cultural belief in fate<br>• Cross-cultural misunderstanding between patients and health care providers<br>• Westernized medical practices vs. herbal remedies<br>• Stigma of mental illness<br>• |
| • Identified Potential Solutions | • Building mutually beneficial relations with religious leaders<br>• Engaging leaders and building opportunities for coalitions<br>• Sharing our expertise and knowledge with each other and the community<br>• Work within the cultural framework of clients<br>• Have more funding for solutions<br>• Focus on funding for prevention work by community-based organizations<br>• Have more bilingual mental health workers<br>• Male counselors for young males involved with delinquency<br>• Parent education and training<br>• Academic assistance to youths failing in school<br>• More Vietnamese-speaking psychiatrists<br>• More services for older adults<br>• Support services to older adults in care homes<br>• Media education on mental health to educate community |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

5

Pena/ 00881

## CHINESE COMMITTEE

| | |
|---|---|
| Key Concerns | • Cultural gap between youth, adults and generations<br>• Ethnic/cultural identity conflict<br>• Culturally relevant family conflicts between parents and children<br>• Marital and parenting problems leading to depression<br>• Single parenting issues and lack of support<br>• Avoidance of seeking help due to fear of being labeled<br>• Cultural isolation and loneliness<br>• Lack of support groups for single relationships<br>• Lack of social networks for elders<br>• Severe mental illness: schizophrenia, depression, suicide, and autism<br>• Lack of transitional services |
| Strengths | • Collective altruism<br>• Strong family values and beliefs<br>• Cultural traditions and activities<br>• Resilience, love, hope and faith<br>• Humility, politeness, harmony, non-confrontative<br>• Values in higher education<br>• Loyalty and interdependency<br>• Respect of authority<br>• Filial piety and reciprocal family relationship between elderly parents and adult children |
| Barriers | • Language barrier in communication<br>• Lack of culturally appropriate services – phone conversations, primary doctors<br>• Limited knowledge about mental illness and resources available<br>• Social and cultural stigma of mental illness and treatment<br>• Lack of health insurance to attaining services<br>• Shortage of bilingual staff in public sector<br>• Avoidance of talking about emotional health or problems due to fear and distrust of system, e.g., racism, disparity of resources<br>• Shame and guilt<br>• Family secrets and loss of face<br>• Family name supersedes personal needs<br>• Social isolation |
| Potential Solutions | • Culturally and linguistically competent interventions<br>• Increase education about mental health and services<br>• More bilingual support groups for families and consumers<br>• Age appropriate services for elderly and youth<br>• Increase social and problem-solving skills in children<br>• Social networks for Chinese elders<br>• Provide educational workshops for parents<br>• Focus on prevention<br>• Mental health education and training<br>• More Chinese-speaking therapists |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

6

**FILIPINO COMMUNITY**

| Critical Concerns | |
|---|---|
| | ▪ Young people lacking respect for elders |
| | ▪ Dislike for school leads to truancy |
| | ▪ Lack of parental support/supervision |
| | ▪ Mental health issues brought on by substance use |
| | ▪ Addiction (drug and alcohol) |
| | ▪ The impact of stress on mental health |
| | ▪ Domestic violence |
| | ▪ Violence in general |
| | ▪ Discrimination |
| | ▪ Cultural isolation (mixed group focus group) |
| | ▪ Undocumented legal status |
| | ▪ Overseas Filipino workers |
| Strengths | |
| | ▪ Supportive family and friends; caring; generosity |
| | ▪ Matulungin (helpful); accommodating |
| | ▪ Sense of integrity |
| | ▪ Determination |
| | ▪ Catholic faith, spirituality |
| | ▪ Politeness |
| | ▪ Patience |
| | ▪ Maalalahanin (thoughtful, always thinking about others) |
| | ▪ God fearing (practice religion out of a sincerity and not out of fear) |
| | ▪ Fun loving—arts, music, dance |
| | ▪ Enjoy being part of a group, value being together, helping one another |
| | ▪ Strong work ethic |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

7

Pena/ 00883

| Barriers | |
|---|---|
| | • Shame associated with mental health |
| | • Keeping it (mental illness) within the family |
| | • Shyness |
| | • Denial of mental health problems |
| | • Cultural beliefs/customs that make it not ok to access services |
| | • Lack of support system to help access services |
| | • Language |
| | • Housing discrimination |
| | • Rigid definitions of financial need which limit early intervention |
| | • Older adults and World War II veterans |
| | • Young people do not access services due to fear of being "taken advantage of" (more specifically for girls) |
| | • Young men prone to putting themselves in risky situations which results in involvement with the criminal justice system |
| | • Young people don't like being told what to do |
| | • Sometimes counselors get "too involved" in helping which doesn't help the situation |
| | • Underutilization of services |
| | • Medical/Medicare coverage (dental) |
| | • Better communication between doctor and patient |
| | • Lack sufficient bilingual LCSWs |
| | • Lack of knowledge about resources |
| | • Lack of money/insurance to access mental health services |
| | • Lack of transportation |
| | • Lack of culturally competent providers |
| **Potential Solutions** | • Create public outreach and education |
| | • Early intervention |
| | • More Filipino staff |
| | • Include family members in outreach efforts |
| | • Design support systems to get people in to services |
| | • Empower clients to communicate |
| | • Have people of the same age and/or cultural background support each other |
| | • Affordable housing |
| | • Transportation tokens |
| | • Socialization programs (mixed group focus group) |
| | • Career development specific to Filipino culture |
| | • More community meetings |
| | • One stop shop (medical, dental, legal, individual and family counseling, recreational gym facilities for young and old, immigration advice, education and training for family members and community regarding mental illness) |
| | • Financial help |
| | • Information via newsletter to cut isolation and stay informed |
| | • Literature in doctors' offices and clinics |
| | • Have support system made up of people who have been through similar experiences |
| | • Medication and counseling |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

8

**AMERICAN INDIAN/ALASKAN NATIVE**

| Critical Concerns | <ul><li>Poverty and homelessness are seen as issues not only for those living on reservations but in urban areas as well</li><li>When American Indians moved to urban areas, they had to contend with the high cost of living and loss of family, cultural traditions, ceremonies, nature, health care, and other things that had been a part of the reservation</li><li>Substance abuse is a widespread epidemic in the American Indian community</li><li>People with emotional problems may self-medicate when attempting recovery</li><li>Many American Indian youth are identifying with popular Western cultural values, thus losing their traditional cultural identity and values</li></ul> |
|---|---|
| Strengths | <ul><li>Connecting and empowering people helps to address underlying factors that contribute to mental health, substance abuse as well as other problems.</li></ul> |
| Barriers | <ul><li>Western mode of mental health treatment is not as effective as traditional methods.</li><li>Insensitive and rigid counselors cannot understand youth or cope with them.</li><li>For Prop 36, clients need a court referral to receive services, so people have to commit a crime to get treatment</li><li>Short residential treatment for long-term drug users</li><li>Housing shortages lessen treatment's effectiveness since there is no long-term solution or well-rounded system of care.</li><li>Lack of staff to accommodate all mental health needs</li><li>Staff burnout due to large caseloads, which affects delivery of care</li><li>Lack of funding to develop services</li></ul> |
| Potential Solutions | <ul><li>Community approach: set up a more structured community, create treatment model that is culturally appropriate for the Native American</li><li>Family approach: increase participation of families in treatment plan.</li><li>Current mental health services: there is a great need for integrated, coordinated and culturally appropriate mental services</li><li>Housing: need temporary shelters and permanent home solutions</li><li>School-based programs: prevention rather than intervention</li></ul> |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

9

Pena/ 00885

Pena/ 00886

**AFRICAN COMMITTEE**

The African committee received information from both African American and African immigrant populations. African Americans are those with African ancestry who were born in or have acculturated into the American social systems. African immigrants are those who have recently come to America as first generation émigrés from African nations or refugees from torture or oppressive regimes.

| Critical Concerns | <ul><li>Over diagnosis of attention deficit disorder for school-aged children</li><li>Under diagnosis and treatment of depression in adolescents and adults</li><li>Too much medication and not enough supportive services</li><li>Additional stressors of living in a Eurocentric environment</li><li>Minors easily charged with felonies, setting them up for three-strikes</li><li>Placement of our children out of our families</li></ul> |
|---|---|
| Potential Strategies | <ul><li>Counselors to treat PTSD in children</li><li>Increase community programs/services for children and youth to reduce JPD and SSA involvement</li><li>Training for teachers to increase understanding of culture and child developmental stages</li><li>Develop culturally centered media campaigns that focus on mental health education/stigma/services available</li><li>Services that support and increase knowledge of special needs children and drug exposed children</li><li>Services supporting grandparents with children who have been traumatized or taken from their parents</li><li>In-service training for professionals and training for parents on behavior disorders and institutional racism within schools that labels and undermines academic success</li><li>Marriage/family strengthening classes and services</li><li>Advocates that work with the parent/family and child to help navigate the various systems</li><li>One-time (short-term) drop-in counseling (without bureaucratic process) to help individuals and families with issues or support natural support systems (i.e., pastors)</li><li>Wellness principles—holistic approaches to health/life/healing that include a variety of culturally centered approaches</li><li>More affordable housing linked with services</li></ul> |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

10

## IMMIGRANT AND REFUGEE FORUM

| Critical Concerns | |
|---|---|
| | <ul><li>Anxious, frustration, fear, depression, post traumatic stress disorder, trauma, angry, uncooperative</li><li>At beginning (if on public cash assistance) tight, controlled, not trusting, confusion, fear 30% are stuck and disoriented; isolated, lack of confidence</li><li>Financial and employment issues, no job, not enough money to support family, financial insecurity, lack of insurance, lack of jobs, housing, cost of housing and public transportation, childcare problems, cultural shock, American legal, health and financial systems are hard to negotiate</li><li>Unrealistic expectations, misinformed prior to coming to the U.S., misinformation about American way of life and expectations of parents, role reversal of child and parent, economics of the valley, increased rent, navigation of the system</li><li>Lack of social adjustment activities (at arrival and ongoing) with each phase of life; role reversal of child and parent, homebound, isolation, own community is ineffective to provide social support, peer pressure, anti-immigrant sentiment, stigma, labeling, isolation, violence, discrimination, cultural continuity problems</li><li>Language barrier, cultural differences and adjustment, not understanding rules/expectations, fear of police or being shot; lack of social adjustment activities (at arrival and on-going) with each phase of life; switching roles in the family, kids taking over the parent's role; intergenerational conflict, conflicting value issues; language barrier for the newcomers as well as longer-term residents; differences in U.S. social systems/structure starting at neighborhood level</li><li>Intergenerational conflict, role reversal of child and parent, switching roles in the family, loss or separation from family, reunification problems, own community is ineffective to provide social support, victims of domestic violence, over disciplining children</li><li>Loss of professional status and credentials</li><li>Frustration about educational goals, illiteracy in own country and own language, school and educational system problems</li><li>Legal misunderstanding, legal problems, American systems are hard to negotiate, immigration status, not understanding courts and legal system, fear of police or being shot</li><li>Loss or separation from family, reunification problems, loss of identity</li></ul> |
| Strengths | <ul><li>Motivated</li><li>Hopeful</li><li>Eager to learn English and computer skills</li><li>Seek employment</li><li>Start to trust</li><li>Try to use English language</li><li>Adapt to changes</li><li>Let go of past expectations</li><li>Form friendships</li><li>Learn</li><li>Express themselves</li><li>Show pride in accomplishments</li><li>Family reunification results in individual stabilization</li><li>Form long term realistic expectations like going to college</li><li>Gain knowledge and understanding of the systems</li><li>Learn the importance of compliance with mental health treatment/medication</li><li>Community Resources, Community-based organizations, Voluntary agencies</li><li>Leaders and emerging leaders within ethnic Communities</li><li>Mutual assistance agencies</li><li>Public Health Department</li></ul> |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

11

Pena/ 00887

**IMMIGRANT AND REFUGEE FORUM**

| | |
|---|---|
| | <ul><li>Education and employment resources</li><li>Legal assistance</li><li>Existing health promotion groups (Vietnamese, Eritrean, Latino Community)</li><li>Culture</li><li>Mosque, Churches, Places of worship</li><li>Celebrations, Cultural events</li><li>Culture affirmation, Culture and heritage preservation</li></ul> |
| **Barriers** | ***Education and services***<br><ul><li>Frustrations about educational goals, illiteracy in own country or own language</li><li>Financial-employment issues, no job, not enough money to support family, financial insecurity, lack of insurance, lack of jobs, housing, cost of housing and public transportation, childcare problems, American legal, and health systems are hard to negotiate</li></ul>***Health***<br><ul><li>Lack of prior health education, linguistic problems, language access, appropriate health service and complex system of health care.</li></ul>***Socialization/culture preservation/celebration***<br><ul><li>Lack of social adjustment activities (at arrival and on-going) with each phase of their life. Role reversal of child and parent, homebound, isolation, own community is ineffective to provide social support, peer pressure, anti-immigrant sentiment, stigma, labeling, isolation, violence, discrimination</li></ul>***Methods/practice/information and referral, counseling--informal/formal***<br><ul><li>Deficiencies and limitations of existing services, childcare, education, not enough jobs, no recognition for prior professional status, hard to navigate system, lack of insurance</li></ul>***Cultural orientation and ESL classes, tutoring, mentoring, P.E., Advocacy***<br><ul><li>Inadequacy in policies, complexity and lack of responsiveness</li></ul> |
| **Solutions** | ***Provision of educational services for clients as well as education for the community on issues concerning refugees***<br><ul><li>Welcoming programs, cultural orientation and ESL classes</li><li>Citizenship classes</li><li>Tutoring and mentoring</li><li>Education for services available</li><li>Parent education</li><li>Computer classes</li><li>Nutrition education</li><li>Education on laws/legal system</li></ul>***Provision of financial and employment services***<br><ul><li>Financial literacy and job training</li><li>Job readiness and employment services</li><li>Financial Workshops</li><li>Services for financial stability through educational programs, savings program, e.g., independent development accounts/matching savings program</li><li>Tax preparation assistance</li></ul>***Provision of health-related services***<br><ul><li>Health education, Health counseling</li><li>Health screenings</li></ul> |

Santa Clara County Mental Health Services Act
Community Services and Supports Three-Year Expenditure Plan
December, 2005

12

Pena/ 00888


**IMMIGRANT AND REFUGEE FORUM**

- Referrals for health services.
- Nursing services and Ethnic specific nursing care, e.g. ECS promoting Ethiopian nursing resource
- Workshops by doctors who speak the language of the participants. (e.g., Jewish Family Services' Russian-speaking doctors provide workshops)

*Opportunities for socialization, culture preservation and celebration*
- Senior socialization services. Visiting program to the elderly
- Recreational programs, Social cultural activities, e.g. Movies, holiday celebrations: some are family oriented, some for youth, like after-school program, others for seniors
- Social adjustment activities

*Support services, methods and practice: information and referral, case management and counseling (informal and formal)*
- Legal counseling services -- related to this group's needs e.g. Immigration
- Short-term/transitional housing/assistance with housing
- Transportation assistance
- Translation/interpretation services
- Intensive case management services, including information and referral services, e.g., referral to shelters
- Culture specific counseling (e.g., Ethiopian /community /services uses elders to provide counseling)
- Referrals to psychiatric/mental health agencies and other social services
- Short-term or transitional housing
- After-school programs
- Good communication technique: "be a good listener, allow clients to talk...sometimes there are no solutions"
- Energy assistance programs

*Acculturation/orientation*
- Field trips
- Provide safety net
- Introduction to local community
- Workshops on or direct assistance in navigating the system

*Advocacy*
- Recommendations for policy change
- Letter writing campaigns for issues by agency and clients
- Individual advocacy, pushing for services for clients

*Overall/underlying methodology/program direction goals*
- Address the general well-being of the refugee
- Cry with refugee clients: listen, empathize
- Building self sufficiency, Asset development
- Relationship building: become a friend to the refugee
- Resettlement planning
- Introduction of resources, information and referral
- Encourage mainstreaming and integration
- Promote education, learning, and benefits of education
- Job training and job placement
- Guide through transition
- Cultural and heritage preservation

Pena/ 00889

**IMMIGRANT AND REFUGEE FORUM**

- Provide social events
- Dissemination of information (radio, newsletter)
- Help clients become self motivated
- Provide counseling that helps client become independent, self-sufficient, less dependant on relatives
- Use of volunteers for outreach/in-home service
- Enable social orientation (e.g. parenting skills for this society)
- Domestic violence prevention
- Promote financial stability, Find more money to help clients
- Be an advocate
- Document stressors
- Develop programs to meet needs
- Be willing to transport clients

*Best practices/most effective strategies*
- Match grant program, includes workshops, ESL, job training, placement, case management 4-6 months.
- Intensive vocational training, three months
- Scholarship program
- Job placement and replacement
- Peer communication, mentoring
- Parties, celebrating, cultural events
- Individual focus, encouragement and empowerment
- Building confidence and creating higher expectation for the individual, Share experiences to create confidence they can do it
- Have confidence to share information that clients are unable to share with others
- One-to-one meeting to build trust which creates open communication and to share confidential information (example: HIV, marital problem, personal problem, drug, alcohol)
- Integrated case management, provided by one case manager for the whole family, addressing all their needs, referrals and follow-up all done by the case manager
- Integrated services must be timely, ongoing, and integrated.
- Community empowerment, building community network at political, social, and cultural levels so individuals can help each other and receive mutual benefits
- Listening (validate, complex issues, refer to appropriate agency)
- Experience of workers
- Be understanding-non-judgmental
- Language and culture sensitivity, Affirm culture
- Focus on everyday trauma
- Connecting with other people and groups
- Enable domestic victims, empower with information
- Set goals, individual and group counseling
- Workshops, prevention counseling, School counseling
- Train the trainers, mental health training for community professionals
- Health promoters—bring together to address mental health and talk about problems, train law makers, judges, and police
- Churches/mosques can connect place of worship with community (training leaders)
- Public Health, community education for nurses and educational leaders
- Work with ethnic media to educate community
- Sensitivity training for social workers, eligibility workers, probation officers

# IMMIGRANT AND REFUGEE FORUM

- resource people
- Cut down red tape

**Ways mental health staff could work with MAA and CBOs to enhance outcomes**
- Provide grants and resources to CBOs and MAAs to develop transitional programs and social adjustment
- Help with educational sources to embed mental health concepts into curriculum
- Provide list of pro-bono referrals for post traumatic syndrome/depression
- Provide workshops on various mental health subjects
- Come to office once a week and speak directly to the consumers as a group. As trust builds, provide individual counseling and support.
- Orientation and training for staff to recognize mental health symptoms in the clients (e.g., effects of trauma)
- Help client self identify and have services available to them
- Balancing between group and individual intervention (this helps individuals who may not be willing to seek individual services.)
- Refer client to mental health
- Orientation to mental health system
- Culturally linguistically mental health staff
- Regular training in community about mental health to address stigma, and provide community mental health education
- Know emergency response consequences. Dangers of calling 911
- Law enforcement, Police training on mental health issues
- Programs specific to immigrant mental health issues and intervention
- 24-hour hotline assistance
- Intervention in the community (assist with processing)
- Education, referral, community forum (use mental health language)
- Address stigma through education
- Family night model (domestic violence)
- Learn from community mobilization, positive responses organized

**Ways mental health staff could directly help MAAs and CBOs**
- Individual and group consultations for mental health issues on part-time basis
- Consultations and training for staff
- Money for affordable housing is priority number 1
- Written information (resource booklets, flyers, telephone numbers)
- Educate the mental health team, or worker, about culture and traditions of the clients, ask clients to explain how mental health is provided in their culture.
- Mental health team, staff to be able to use the client's culture in providing mental health services.
- Sit with the case manager and the new client during the first intake meeting, be a good listener
- Mental health and case manager co-develop questionnaire for every client to identify mental health needs, translated into clients' language.
- Multicultural/multi-service skills, Mental health staff that can speak with immigrant and general population
- Mental health system accountability
- Connected with mental health department, link client to system
- System only servicing crisis situations, need to expand criteria for treatment
- System too complicated to make accessible, Make it easier to make appointments

Pena/ 00891

## Vietnamese Community

### *Critical concerns*
1. Dichotomy of values/culture gap/cultural identity conflict
2. Family conflicts between parents and children, and between husband and wife, which can lead to domestic violence.
3. Male youths involved with delinquency
4. Smoking/drinking problems related to family issues
5. Elders' social and cultural isolation
6. Low self-esteem from multiple losses
7. Stress from daily activities, or concerning family issues
8. PTSD/mental illness resulted from the migration to the US

### *Barriers/Disparities*
9. Cultural isolation leads to lack of information about help, resources available
10. Language barrier in communication
11. Cultural aspect of suffering (one can be proud if one can swallow the bitterness without complaining)
12. Cultural belief in fate
13. Cross-cultural misunderstanding between patients and health care providers
14. Westernized medical practices vs. herbal remedies
15. Stigma of mental illness

### *Strengths*
16. Successful in their transition and adapting to western society
17. Positive attitude of survival in life
18. Spiritual beliefs and values
19. Strong familial ties and support
20. Respect for elders
21. Strong sense of pride in their culture
22. Care about the welfare of their community

### *Potential Solutions*
23. Building mutually beneficial relations with religious leaders
24. Engaging leaders and building opportunities for coalitions
25. Sharing our expertise and knowledge with each other and the community
26. Work within the cultural framework of clients
27. Have more funding for solutions
28. Focus on funding for prevention work in community-based organizations
29. Have more bilingual mental health workers
30. Male counselors for young males involved with delinquency
31. Parent education and training
32. Academic assistance to youths failing in school
33. More Vietnamese speaking psychiatrists
34. More services for older adults
35. Support services to older adults in care homes
36. Media education on MH to educate community

Santa Clara County
Proposition 63/Mental Health Services Act Planning

## The American Indian Community Report

I.  **Critical concerns:**

1. **Poverty and Homelessness** are seen as issues not only for those living on reservations but in urban areas as well
2. When American Indians moved to urban areas, they had to contend with the **high cost of living** and loss of family, cultural traditions, ceremonies, nature, health care, and other things that had been a part of the reservation
3. **Substance abuse** is a widespread epidemic in the American Indian community
4. People with **emotional problems** may self-medicate when attempting recovery
5. Many American Indian youth are identifying with popular Western cultural values, thus **losing their traditional cultural identity** and values

II.  **Barriers to treatment:**

6. **Western mode** of mental health treatment is not as effective as traditional methods.
7. Insensitive and rigid **counselors** cannot understand youth or cope with them.
8. For **Prop 36**, clients **need a court referral** to receive services, so people have to commit a crime to get treatment
9. **Short residential treatment** for long-term drug users
10. **Housing shortages** lessen treatment's effectiveness since there is no long-term solution or well-rounded system of care.
11. **Lack of staff** to accommodate all mental health needs
12. **Staff burnout** due to large caseloads, which affects delivery of care
13. **Lack of funding** to develop services

III.  **Strengths:**

14. The Indian Health Center has been conducting **GONAs (Gathering of Native Americans)** since it received a substance abuse prevention grant from Santa Clara County in 2003. The main goal of this event is to reduce substance abuse by addressing feelings of isolation and historical prejudice that many members of the American Indian community experience.

IV.  **Potential Solutions:**

15. **Community approach:** set up a more structured community, create treatment model that is culturally appropriate for the Native American
16. **Family approach:** increase participation of families in treatment plan.
17. **Current MH services:** there is a great need for integrated, coordinated and culturally appropriate mental services
18. **Housing:** need temporary shelters and permanent home solutions
19. **School-based programs:** prevention rather than intervention

Pena/ 00893

## Santa Clara County MHSA Services

### Narrative from Community Conversations with

### Latino Community

Some do not recognize symptoms of depression, for example and may attribute symptoms to laziness. Others will refer to "nervios' as a female illness and view it as a broad category of ills including anxiety and depression. Many do not trust the mental health system and strongly adhere to the adage "la ropa sucia se lava en casa," or keep the family problems within the family.

Yet bilingual bicultural therapists are intensely sought after by community members.

## Critical Concerns

Many families who *have* had their loved ones treated in the system have numerous complaints. In this situation several things are problematic. First, some families simply do not know who to complain to or may not have the English language skills to do so. Second, even when they do, they may feel intimidated or hopeless that their voice can be heard.

1. Stigma and shame around mental illness
2. Removal of children by Social Services
3. Parents are separated from their children when they are placed in Juvenile Hall (Such judgments may lead them to make hasty decisions involving removal. Families, especially immigrant families may not be aware of corporal punishment laws in the U.S. Families barely able to provide for their children need financial assistance in order to better provide for their children)
4. Parents fear for their safety when adult children become agitated
   Isolation of family (Isolation sets in, as members of their extended families grow distant because of their misconceptions around mental illness. Isolation also results from the lack of help with caretaking. This means parents are not able to stay in close touch with their families. Thus, parents end up isolated just when they need support)
5. Police insensitivity
6. Lack of knowledge/awareness about mental illness among public employees in schools, criminal justice, and other social service settings
7. Insufficient knowledge about accessing the mental health system
8. Insufficient knowledge among consumers and their families about how to go about improving the services they receive
9. Insufficient housing for those released from 72 hour hold
10. Lack of culturally competent (bilingual, bicultural) therapists

Caretakers of adult mentally ill family members are also at risk. One mother talked about fearing for her safety and literally sleeping by the door in order to have a quick escape during periods of time when her adult mentally ill son became violent.

18

Pena/ 00894

Latino community narrative

## Barriers to seeking help from mental health system

11. Lack of cultural sensitivity in mental health system
12. Culturally competent (bilingual, bicultural) therapists are carrying excessive case loads
13. Lack of good nutrition and overall care at residential facilities
14. Lack of standards at locked facilities regarding privacy
15. Lack information about how to access the mental health system
16. Apprehension about getting deported
17. Financial eligibility

## Strengths

18. Faith in God and spirituality
19. Supportive families- cooperation, familism
20. Perseverance in the face of adversity
21. La Cultura Cura (The culture heals)
22. Bilingual and bicultural

## Potential Solutions

23. Services in addition to meds
24. *Family* treatment plan vs. individual treatment plan
25. Provide sexual education for sexually active consumers
26. Familia a Familia classes for family members
27. Increase family member's knowledge of how to complain about services and facilities
28. Consumer ability to have more say in their treatment plan
29. Assistance for consumers in locating employment
30. Increased availability of case managers to deal with consumer crisis
31. Adjust system so that when consumers work they retain their medical benefits
32. Adjust system so that early intervention is a priority
33. Support for smoking cessation
34. Large scale public campaign aimed at eliminating stigma
35. Increased advocacy from inside and outside the system
36. Culturally competent Latin@ auditor (quality assurance)
37. Increase the number of shelters
38. Increase the number of residential facilities such as La Casa del Puente
39. Support/partner with organizations such as Latino Soccer Leagues which offer alternative activities for young boys and girls
40. Resume convening Latino Mental Health conference
41. Increase the flexibility of hiring more culturally competent staff by not requiring all staff to be licensed
42. Partner with the faith community
43. Compassion and real caring

19

Pena/ 00895

Filipino Community Narrative

## Mental Health Administration

## Narrative from community conversations with

### Filipino Community

1. **Significant problems and critical concerns**
   1. Young people, no respect for elders
   2. Dislike for school leads to truancy
   3. Lack of parental support/supervision
   4. Mental health issues brought on by substance use
   5. Addiction (drug and alcohol)
   6. The impact of stress on mental health
   7. Domestic violence
   8. Violence in general
   9. Discrimination
   10. Cultural isolation (mixed group focus group)
   11. Undocumented legal status
   12. Overseas Filipino workers

2. **Disparities or other barriers**
   13. Shame associated with mental health
   14. Keeping it (mental illness) within the family
   15. Shyness
   16. Denial of mental health problems
   17. Cultural beliefs/customs that make it not ok to access services
   18. Lack of support system to help access services
   19. Language
   20. Housing discrimination
   21. Rigid definitions of financial need which limit early intervention
   22. Older adults and World War II Veterans
   23. Young people do not access services due to fear of being "taken advantage of" (more specifically for girls)
   24. Young men prone to putting themselves in risky situations which results in involvement with the criminal justice system
   25. Young people don't like being told what to do
   26. Sometimes counselors get "too involved" in helping which doesn't help the situation

**System Barriers**
   27. Underutilization of services
   28. Medical/Medicare coverage (Dental)
   29. Better communication between doctor and patient
   30. Lack sufficient bilingual LCSWs
   31. Lack of knowledge about resources

32. Lack of money/insurance to access mental health services
33. Lack of transportation
34. Lack of culturally competent providers

World War II veterans suffering from mental illness are often mistakenly directed to the Veteran's Administration (VA); they do not recognize mental illness. Oftentimes these older adults have some mix of Medical and Medicare and may or may not qualify for services.

Once clients find a culturally competent therapist sometimes will not admit that they have private insurance so that they can continue seeing this person. Yet the therapist must close the case because if these clients with insurance are seen they are subsequently billed for the services.

## Strengths and coping mechanisms

35. Supportive family and friends; caring; generosity
36. Matulungin (helpful); accommodating
37. Sense of integrity
38. Determination
39. Catholic faith, spirituality
40. Politeness
41. Patience
42. Maalalahanin (thoughtful, always thinking about others)
43. God fearing (practice religion out of a sincerity and not out of fear)
44. Fun loving—arts, music, dance
45. Enjoy being part of a group, value being together, helping one another
46. Strong work ethic

## Potential solutions and strategies

47. Create public outreach and education

48. Early intervention

49. More Filipino Staff

50. Include family members in outreach efforts

51. Design support systems to get people in to services

52. Empower clients to communicate

53. Have people of the same age and/or cultural background support each other

54. Affordable Housing

55. Transportation tokens

56. Socialization programs (mixed group focus group)

57. Career development specific to Filipino culture

58. More community meetings

59. One stop shop (medical, dental, legal, individual and family counseling, recreational gym facilities (for the young and old), immigration advise,

21

Pena/ 00897

Filipino Community Narrative

education and training for family members and community regarding mental illness, – under one roof)

Solutions:

60. Financial help
61. Information via newsletter- (to cut isolation and keep informed)
62. Literature in doctor's offices and clinics
63. Have support system made up of people who have been through similar experiences
64. Medication and counseling

Pena/ 00898

**The Chinese Community's Perspectives on Mental Health Issues in Santa Clara County**

## *Critical concerns*

1. Cultural gap between youth, adults and generations
2. Ethnic/cultural identity conflict
3. Culturally relevant family conflicts between parents and children
4. Marital and parenting problems leading to depression
5. Single parenting issues and lack of support
6. Avoidance of seeking help due to fear of being labeled
7. Cultural isolation and loneliness
8. Lack of support groups for single relationships
9. Lack of social networks for elders
10. Severe mental illness: schizophrenia, depression, suicide, and autism
11. Lack of transitional services

## *Barriers/Disparities*

12. Language barrier in communication
13. Lack of culturally appropriate services -- phone conversations, primary doctors
14. Limited knowledge about mental illness and resources available
15. Social and cultural stigma of mental illness and treatment
16. Lack of health insurance to attaining services
17. Shortage of bilingual staff in public sector
18. Avoidance of talking about emotional health or problems due to fear and distrust of system, e.g., racism, disparity of resources
19. Shame and guilty
20. Family secrets and loss of face
21. Family name supersedes personal needs
22. Social isolation

## *Strengths*

23. Collective altruism
24. Strong family values and beliefs
25. Cultural traditions and activities
26. Resilience, love, hope and faith
27. Humility, politeness, harmony, nonconfrontativeness
28. Values in higher education
29. Loyalty and interdependency
30. Respect of authority
31. Filial piety and reciprocal family relationship between elderly parents and adult children

23

Pena/ 00899

The Chinese Community's Perspectives on Mental Health Issues in Santa Clara County

## _Potential Solutions_

32. Culturally and linguistically competent interventions
33. Increase education about mental health and services
34. More bilingual support groups for families and consumers
35. Age appropriate services for elderly and youth
36. Increase social and problem solving skills in children
37. Social networks for Chinese elders
38. Provide educational workshops for parents
39. Focus on prevention
40. Mental health education and training
41. More Chinese speaking therapists

24

# Appendix K

## Inreach and Outreach Summary Brochure

- *Spanish*
- *Tagalog*
- *Vietnamese*
- *English*



# Voice

## Bringing the Voice of the Community to Mental Health Service System Transformation

### SANTA CLARA COUNTY MENTAL HEALTH SERVICES ACT PLANNING STATUS REPORT

In the first six months of 2005, the Santa Clara County Mental Health Department (MHD) engaged in an inclusive and participatory planning process to ensure meaningful involvement of consumers, families, providers, and community members in the creation of the CSS plan. Through Santa Clara County MHSA outreach and engagement activities, the thoughts, beliefs, concerns, needs, and preferences of 10,000 Santa Clara County residents were sought and incorporated into an unprecedented, community-wide planning effort. Incorporating this extensive feedback helps to ensure that the CSS plan will be collaborative, culturally competent, driven by families and consumers, focused on wellness, and that it successfully achieves integrated services. From this extensive process has emerged an extraordinary amount of new information, improved understanding, renewed commitment, and a collective will to succeed. The result will be a collaborative support network that enables people with mental illness to fully realize their potential and enjoy their lives.

*continued inside...*

In November 2004 California voters passed Proposition 63, which then became the Mental Health Services Act (MHSA). The MHSA makes additional tax money available to counties to improve their public mental health service systems. This includes facilitating access to public mental health services, with special emphasis on ethnic and cultural groups who may be underserved or inappropriately served. The act is also intended to foster more extensive and more meaningful client and family participation in service delivery, with the goal of having all clients achieve a fulfilling and productive life. In the first phase of MHSA implementation, counties are preparing a three-year plan describing how they will expand and enrich mental health services and supports for residents who are most burdened by untreated mental illness. This is what is referred to as the Community Services and Supports (CSS) plan.

## của Quý

# Đem Tiếng Nói của Cộng Đồng Biến Đổi Hệ Thống Dịch Vụ Sức Khỏe Tâm Thần

BÁO CÁO TÌNH TRẠNG HOẠCH ĐỊNH ĐẠO LUẬT DỊCH VỤ SỨC KHỎE TÂM THẦN QUẬN SANTA CLARA

Trong sáu tháng đầu của năm 2005, Sở Sức Khỏe Tâm Thần Quận Santa Clara (MHD) đã có tiến trình đặt kế hoạch tổng hợp và tham gia để đảm bảo sự tham gia có ý nghĩa của các khách hàng, gia đình, người cung cấp, và các thành viên trong cộng đồng trong việc đặt ra kế hoạch CSS. Qua các hoạt động tiếp ngoại và tham gia về MHSA của Quận Santa Clara, các ý nghĩ, niềm tin, quan tâm, nhu cầu, và sở thích của 10,000 cư dân Quận Santa Clara đã được thu thập và phối hợp trong nỗ lực hoạch định trên toàn cộng đồng, chưa từng có trước đây. Kết hợp sự góp ý rộng rãi này giúp đảm bảo kế hoạch CSS sẽ có tính hợp tác, có khả năng văn hóa, được sự thúc đẩy của gia đình và khách hàng, chú trọng đến sự lành mạnh, và đạt được các dịch vụ phối hợp một cách thành công. Từ tiến trình rộng rãi này xuất hiện một số lượng đáng kể tin tức mới, gia tăng sự thông hiểu, canh tân sự cam kết, ý chí tập thể muốn thành công. Kết quả là một hệ thống hỗ trợ hợp tác giúp cho những người bị bệnh tâm thần nhận thức được đầy đủ tiềm năng của họ và vui hưởng cuộc sống.

Tiếp theo bên trong...

Tháng Mười Một 2004 các cử tri California thông qua Dự Luật 63, dự luật này sau đó trở thành Đạo Luật Dịch Vụ Sức Khỏe Tâm Thần (Mental Health Services Act - MHSA). MHSA tạo ra thêm tiền thuế dành cho các quận hạt để cải tiến các hệ thống dịch vụ sức khỏe tâm thần công cộng của họ. Việc này bao gồm tạo sự thuận lợi tiếp cận với các dịch vụ sức khỏe tâm thần công cộng, nhấn mạnh đặc biệt đến các nhóm sắc tộc và văn hóa có thể đã không được phục vụ đầy đủ hoặc phục vụ không thích hợp. Đạo luật cũng nhằm nuôi dưỡng sự tham gia rộng rãi và có ý nghĩa hơn của thân chủ và gia đình trong việc phục vụ, với mục tiêu là cho tất cả các thân chủ đạt được một đời sống trọn vẹn và có năng suất. Trong giai đoạn đầu xúc tiến MHSA, các quận chuẩn bị cho một kế hoạch ba năm, trong đó họ nêu rõ sẽ mở rộng và làm phong phú các dịch vụ và hỗ trợ về sức khỏe tâm thần như thế nào cho các cư dân đã chịu gánh nặng nhiều nhất bởi căn bệnh tâm thần khi không được chữa trị. Đây được gọi là kế hoạch các Dịch Vụ và Hỗ Trợ Cộng Đồng (CSS).

 

# Pakikinggan ang Komunidad sa Pagbabago ng Sistema ng Serbisyo sa Pangkaisipang Kalusugan

**ULAT NG KATAYUAN NG PAGPAPLANO NG BATAS UKOL SA MGA SERBISYO SA PANGKAISIPANG KALUSUGAN NG SANTA CLARA COUNTY**

Sa unang anim na buwan ng 2005, ang Santa Clara County Mental Health Department (MHD) ay sumali sa isang proseso ng masasalihan at malalahukang pagpaplano upang siguruhin ang makabuluhang paglahok ng mga consumer (taga-gamit), mga pamilya, mga provider (tagapagbigay), at mga miyembro ng komunidad sa paglikha ng plano ng CSS. Sa pamamagitan ng outreach (pagpunta sa ibang tao) at pag-anyaya ng Santa Clara County MHSA sa mga taong lumahok, ang mga pag-iisip, mga paniniwala, mga pag-aalala, mga pangangailangan, ang mga kagustuhan ng 10,000 residente ng Santa Clara County ay hiniling at isinali sa isang walang kaparis na pagsisikap na magplano sa buong komunidad. Sa pamamagitan ng pagsama sa malawak na feedback na ito, masisigurado na ang plano ng CSS ay mapagrutulungan, magiging sensiti-bo sa kultura, makikinig sa mga pamilya at mga consumer, magfo-focus sa pagiging mabuti ang kalagayan, at na matagumpay nitong makakamit ang mga integradong serbisyo. Ang bunga ng malawak na prosesong ito ay ang napakaraming bagong impormasyon, mas mahusay na pag-unawa, panibagong pangako, at nagkakaisang "kagustuhan" na magtagumpay. Ang magiging resulta ay isang matulunging pansuportang network na magbibigay-kakayahan sa mga taong may sakit sa isip na matupad nang husto ang kanilang makakaya at masiyahan sa kanilang mga buhay.

*ipinagpapatuloy sa loob...*

Noong Nobyembre 2004, ipinasa ng mga botante ng California ang Panukala 63, na siyang naging Batas Ukol sa mga Serbisyo sa Pangkaisipang Kalusugan (MHSA). Ang MHSA ay nagbibigay sa mga county ng karagdagang pera mula sa buwis upang pabutihin nila ang kanilang mga publikong sistema sa pangkaisipang kalusugan. Kabilang dito ang pagbibigay ng access sa mga publikong serbisyo sa pangkaisipang kalusugan, nang may tanging pagbibigay-diin sa mga etniko at kultural na grupo na maaaring underserved (kulang sa silbi) o hindi angkop na sinisilbihan. Binabalak din ng batas na itaguyod ang mas malawak at mas makabulu-gang paglahok ng kliyente at pamilya sa pagbigay ng serbisyo, na ang layunin ay ang makamit ng lahat ng mga kliyente ang isang nakatutupad at produktibong buhay. Sa unang bahagi ng pagsasagawa ng MHSA, ang mga county ay maghahanda ng isang tatlong-taong plano na maglalarawan kung paano nila palalawakin at pahuhusayin ang mga serbisyo at mga suporta sa pangkaisipang kalusugan para sa mga residente na pinaka-nabibigatan ng hindi ginamot na sakit sa isip. Ito ang tinatawag na Community Services and Supports (CSS) plan (plano ng Mga Serbisyo at Mga Suporta sa Komunidad – CSS).

  

# Acercando la opinión de la comunidad a la transformación del sistema de servicio de salud mental

**INFORME DEL ESTADO DE LA PLANIFICACIÓN DE LA LEY DE SERVICIOS DE SALUD MENTAL DEL CONDADO DE SANTA CLARA**

Durante los primeros seis meses del 2005, el Departamento de salud mental (MHD por sus siglas en inglés) del condado de Santa Clara se comprometió con un proceso de planificación participativo y global para garantizar la intervención significativa de los usuarios, familias, proveedores y miembros de la comunidad en la creación del plan CSS. Por medio de las actividades de alcance y compromiso con la comunidad del MHSA del condado de Santa Clara, se buscaron e incorporaron las ideas, creencias, preocupaciones, necesidades y preferencias de 10.000 residentes del condado de Santa Clara en un esfuerzo de planificación sin precedentes y que abarcó a toda la comunidad. Incorporar esta extensa retroalimentación ayuda a garantizar que el plan CSS sea colaborador, culturalmente competente, liderado por familias y usuarios, enfocados en el bienestar y que logre integrar con éxito los servicios. A partir de este extenso proceso surgió una cantidad extraordinaria de información nueva, un mejor entendimiento, un compromiso renovado y una voluntad colectiva de éxito. El resultado será una cadena de apoyo de colaboración que ayude a las personas con enfermedad mental a alcanzar sus potenciales y disfrutar de la vida.

*continuación del interior del folleto*

En noviembre del 2004 los votantes californianos aprobaron la Proposición 63, que luego se convirtió en la Ley de servicios de salud mental (MHSA por sus siglas en inglés). MHSA pone a disposición de los condados dinero-impositivo-adicional para que mejoren sus sistemas públicos de servicio de salud mental. Esto incluye facilitar el acceso a los servicios de salud mental, con especial énfasis en grupos étnicos y culturales que puedan estar subatendidos o inadecuadamente atendidos. Esta ley también tiene por objeto promover una participación más extensa y significativa del usuario y familia en la prestación del servicio, con el objetivo de que todos los usuarios logren tener una vida productiva y plena. En la primera fase de la implementación de MHSA, los condados están preparando un plan trienal describiendo cómo expandirán y enriquecerán los servicios y apoyo de salud mental a los residentes que estén más presionados por enfermedades mentales no tratadas. A esto se denomina plan de servicios y apoyo a la comunidad (CSS por sus siglas en inglés).

# Appendix L

## Strategy Teams
## Preliminary Draft Strategies

Pena/ 00906

**DRAFT**
**9/30/05**
**MHSA CSS Draft Plan Summary of Strategies**
**Children 0-15 Strategies**

**Full Service Partnerships**

CHFS-1    **Inclusive Wraparound Components**

- Wraparound Community Leadership Team
- Common eligibility criteria, screening and approval process
- Outreach and engagement to underserved
- Life Domain assessment and service partnership agreement that is individualized, strengths-based, family-driven, developmentally appropriate and goal oriented.
- Service Coordination – Facilitator, Core Team, Virtual Team
- Inter-agency service collaboration
- Evidenced based treatment interventions (child, parent, family)
- Therapeutic Behavioral Services (one-to-one)
- 24-Hour crisis support
- Housing Support – permanent, transitional, respite
- Family Assistance with basic needs (benefits, social services)
- Education consultation, support, linkage, mentors
- Parent Involvement: Advisory/Peer Support/Self-Help
- Cultural and recreational linkages
- Safety and Violence Prevention Plan (for child and family)

The Full Service Partnership model being proposed for youth aged 0-15 combines the critical core services outlined above within a model that borrows from Wraparound and a specific model know as the **Transition to Independence Process (TIP) System** (Clark, H.B., 2004, original 1995). Wraparound has been traditionally defined as a set of principles about how family members, people in their support system, and service providers should work together to support the family or individual who needs help. The TIP system outlines seven guidelines and associated practice level activities within a well-articulated framework that includes a complete operations manual, training modules, and evaluation tools.

At the center of the Wraparound-TIP hybrid model are *Facilitators* that work with young people, parents and other informal and formal key individuals to plan, link and coordinate services and activities that will engage and assist youth and families in their own planning process. The facilitator will follow the family throughout their involvement with the Mental Health system. Complementing the TIP model, youth and family goals will be individualized, developmentally appropriate and goal-oriented in the domains of family, living situation, educational/vocational, social/ recreational, psychological/emotional, medical, legal, and safety/crisis. Using Core and Virtual Teams, the Facilitator will assist the youth and family in linking to support services, building skills and assessing outcomes periodically.

The core team is made up of the youth, their Facilitator, and one or two other people that the youth wants to involve (parent, foster parent, friend, mentor). The virtual team is made up of people who need to be involved and working together to assist the youth in achieving short- and long-term goals. These elements are particularly in sync with essential core principles of the Santa Clara philosophy that includes a strengths-based and recovery orientation, an emphasis on social ecology and connectedness, and respect for cultural and familial values, while being attuned to the unique developmental challenges that come with the transition period from childhood to adulthood, particularly among young people with emotional and/or behavioral difficulties.

CHFS-2    **24-Hour Youth Drop-In/Crisis Phone (50%)**

- The Drop-In Center will help homeless at-risk youth, ages 12-17, by providing basic necessities such as food, clothing, and personal hygiene items. The program also provides

**DRAFT**
**9/30/05**

more comprehensive linkage to counseling, living skills training, job readiness training, housing assistance, health education (including HIV prevention) and other services, such as access to legal services and health care.

- A multi-lingual youth telephone crisis and information/referral hotline will operate 24 hours, 7 days a week connecting youth in Santa Clara County to an appropriate agency when they do not know where to go or to whom to speak.

- This strategy was selected because of the need for multiple points of access and services that are developmentally appropriate and youth-oriented.

CHFS-3    **Mobile Crisis Team (50%)**
- A Mobile Crisis Response Team provides 24-hour, 7 day a week response, anywhere in the community, for children and adolescents with acute mental health crises. The crisis staff will provide evaluation and crisis intervention services, including the facilitation of hospitalization when necessary, and linkage to ongoing community based services as needed. The primary aim of this program is hospital diversion, community stabilization and linkage.

- This strategy was chosen because of the high percentage of youth in high-risk groups who are hospitalized without prior diversion and prevention efforts. These youth also require case management and linkage to ensure prompt outpatient follow-up after a hospitalization. Current mobile crisis programs require enhancement in order to reach all areas of the County with a rapid response time.

CHFS-4    **Psychiatric Crisis Residential (50%)**
- In concert with strategies for the TAY population, this proposes brief crisis residential options for youth who do not require acute hospitalization but need a safe 24-hour setting where they can address psychiatric crises with the assistance of skilled mental health and psychiatric interventions. The program will utilize a 10-12-bed, unlocked RCL14 Group Home with Medi-Cal certified intensive program. Youth ages 12-17 years will be referred by Mobile Crisis Teams, Emergency Psychiatric Services, and 24-Hour Crisis support and referral telephone service. This service will be offered to both Full Service and general system clients.

- Currently there is no specific mental health certified child crisis residential program model as there is for adults. This strategy will prevent hospitalization and long-term residential care that is disruptive to durable family relationships.

CHFS-5    **Family and Kin Finding Service**
- The Family Finding program helps reconnect children back to their biological families and speed their recovery from emotional trauma. Modem search technology finds biological family members for children who have lost their family ties. Once identified, family members and counseling staff work to reestablish relationships and explore ways to find a permanent family placement for the child. The program intent is to build durable relationships with youth, whether by living or visitation arrangements.

- The strategy was chosen due to the large numbers of children placed in non-relative foster care, including residential treatment. The average time to place a child using Family Finding strategies is about 6 months to a year, compared to years of multiple

- placements in the child welfare system.

**DRAFT**
**9/30/05**

## System Development

**CHSD-1**  **0-5 System Development Initiative** - establish interagency infrastructure, multi-disciplinary assessment, specialized treatment, early education, and family support services for zero to five population and their families. The 0-5 mental health service delivery system is currently undeveloped. This gives system leaders the opportunity to design and implement a well-planned, integrated, system of care and to combine funding to support it's success. The initiation of this process is intended to draw all system participants to the table ready to contribute funds to the creation of an integrated system. This means identifying service delivery system elements first and then identifying existing funding streams.

Recommendation is made that system development funds get earmarked for three primary activities.

1. Supporting the development of a commitment among system leaders to set and maintain a clear path for implementation of the system of care
   - Convene a systems leadership team to sponsor the effort
   - Commit funding to create the various types of services needed in a manner that maximizes the effectiveness of categorical funding by mixing with flexible funding.
   - Build services to meet self identified community needs

2. Build staff skills (3 waves)
   - Build knowledge base of child development, assessment, and system resources for current direct care work force
   - Build skills for use of specific chosen intervention
   - Build collateral staff skills in child development

3. Set system-wide standards for screening and assessment

**CHSD-2**  **Child/family-Centered Screening, Assessment and Level of Care System** – Research, design and implement system-wide level of care screening, assessment, and practice guidelines that incorporate core principles and support selected evidenced based practices. Core elements will include:
- Wraparound Community Leadership Team
- Common eligibility criteria, screening and approval process
- Outreach and engagement to underserved
- Live domain assessment and service partnership agreement that is individualized, strengths-based, family-driven, developmentally appropriate and goal oriented
- Service coordination – facilitator, core team, virtual team

**CHSD-3**  **Treatment - Evidenced Based Practice**
- Incredible Years
  The Incredible Years Training Series features three comprehensive, multifaceted, developmentally based curricula for parents, teachers, and children. The program is designed to promote emotional and social competence and to prevent, reduce, and treat aggressive, defiant, oppositional, and impulsive behaviors in young children 2 to 11 years old. The strategy was chosen to increase parenting skills in birth parents, foster parents and other caregivers as well as reduce behavior problems in youth entering the DFCS system.

- CBT; Trauma-Based CBT
  Trauma-Focused CBT is an effective treatment for sexually abused and otherwise traumatized children, including those who have experienced multiple traumatic events. Includes psycho-education, affective modulation skills, individualized stress management, cognitive triad, other individual elements, and a parental treatment

**DRAFT**
**9/30/05**

component. Shows superior outcomes in both child and parent's functioning and symptoms, and increases effective parenting.

This strategy was chosen because of the high percentage of youth in both the juvenile justice and dependency systems that have experienced significant trauma, impacting their functioning.
Note: TF-CBT is a specific model of trauma based CBT

- Motivational Interviewing, Integrated MH/Substance Abuse Treatment
Motivational Interviewing (MI) is a well-established approach to treating addictions. It has been defined as "a client-centered, directive method for enhancing intrinsic motivation to change by exploring and resolving client ambivalence." Four basic principles guide the conduct of MI: 1) expressing empathy, 2) developing discrepancy, 3) supporting self-efficacy, and 4) rolling with resistance. Treatment literature surveys have revealed how rapidly significant change can occur, especially in addiction-treatment populations. The rapidity of its apparent action is probably the main reason why MI has garnered so much attention worldwide.

This strategy was chosen because of the extremely high prevalence of dual-diagnosis in high-risk youth and their families. An estimated 75% of probation-involved youth and 60% of parents of foster youth have substance abuse problems. Although the MI approach has developed mostly outside the field of mental health, research on MI applied to mental health clients has generally shown positive results, especially increased treatment engagement and adherence. Modifications of MI for this population may be necessary to provide the following benefits: an integrated approach to dual diagnosis; a tool to improve treatment adherence when compliance may be problematic; a rigorous method to improve therapists' communications skills.

- Parent Child Interactive Therapy
In PCIT, parents are taught specific skills to establish a nurturing and secure relationship with their child while increasing their child's prosocial behavior and decreasing negative behavior. This treatment focuses on two basic interactions: Child Directed Interaction (CDI) is similar to play therapy in that parents engage their child in a play situation with the goal of strengthening the parent-child relationship; Parent Directed Interaction (PDI) resembles clinical behavior therapy in that parents learn to use specific behavior management techniques as they play with their child.

The strategy was chosen to increase parenting skills in all caregivers (birth parents, foster parents and other caregivers) as well as reduce behavior problems in high-risk children. This intervention is more intensive than Incredible Years, in that it allows in-depth work with a single family and adds an emphasis on parent-child attachment.

- Functional Family Therapy; Brief Strategic Family Treatment
FFT and BSFT help children and adolescents 6 to 17 years old, who exhibit rebelliousness, truancy, delinquency, early substance use, and association with problem peers. FFT and BSFT also benefit families that are affected by poor behavior management, parental discord, anger, blaming interactions, and other problematic relations. NREPP* reviewed program results as tested with Hispanic/Latino and African American families with youth 8 through 17 years of age. FFT and BSFT can be implemented in a variety of settings, including community social services agencies, mental health clinics, health agencies, and family clinics. FFT and BSFT are delivered in 8 to 12 weekly sessions, either in the program office or the family's home.

The strategies were chosen to impact the intense family discord and acting out of youth involved in the JPD and DFCS systems. Additionally, families receiving public services

often face multiple socioeconomic hardships that prevent them from accessing traditional mental health services.

- Multi-Systemic Therapy

  MST has a strong record as evidence based practice in treating juvenile offenders, adolescent sexual offenders, chronic juvenile offenders, substance abusers, males & females. Outcomes show significant decrease in long term rates of re-arrest, reduction of out of home placements, extensive improvements in family functioning, and decreased mental health problems for serious juvenile offenders. Studies have been done in both urban and rural areas, with youth and families of various ethnicities.

  This strategy was selected because of its efficacy working with youth demographically similar to those in our County, the functional improvements in youth and families, family based treatment approach, and developing natural supports for the youth and families. Additionally, it's highly cost-effective and time limited with sustained improvements.

- Sexual Offender Treatment

**CHSD-4     24-Hour Youth Drop-In/Crisis Phone**
  - (See 24-Hour Youth Drop-In/Crisis Phone, above)

**CHSD-5     Mobile Crisis Team**
  (See Mobile Crisis Team, above)

**CHSD-6     Mentors/Peer Counselors**

**CHSD-7     Psychiatric Crisis Residential**
  (See Psychiatric Crisis Residential, above)

**CHSD-8     Enhanced Juvenile and Dependency Mental Health Treatment Courts**
  In general, the term "mental health court describes a specialized court docket for certain defendants with mental illnesses that substitutes a problem-solving model for traditional court processing. Participants are identified through specialized screening and assessments, and voluntarily participate in a judicially supervised treatment plan developed jointly by a team of court staff and mental health professionals. Incentives reward adherence to the treatment plan and other court conditions, non-adherence may be sanctioned, and success or graduation is defined according to specific criteria.

  This strategy was selected because of its efficacy during a five-year implementation in this County, which found reduced adult and juvenile court recidivism and increased participation in mental health services.

## Outreach and Engagement

The following focus groups were found to be underrepresented in public mental health services and/or in high-risk situations that create greater need for mental health intervention.

**CHOE-1     0-5 Outreach, Engagement and Access**
  - Community Cultural Resources
  - Pediatric Clinics
  - Preschool settings
  - Court System

It is important for mental health services to be mobile and accessible at natural points of linkages for families and service providers. Being present at those linkage or natural points of contact will ensure a greater likelihood that those unserved or underserved families will be identified quickly and connections made so that services are offered and provided in a timely

**DRAFT**
**9/30/05**

way. Links to community centers, pediatricians, preschool care workers and in family court settings will enhance those links for services.

CHOE-2    **DFCS Screening, Access and Engagement**
- Latino (Shelter, Intake, Resource Center)
- African American (Shelter, Intake, R Center)
- LGBT Youth (Shelter, Intake, RCenter)
- American Indian (IHC, Shelter, Intake)

CHOE-3    **JPD Screening, Access and Engagement**
- Latino (Admissions, Hall, Ranch)
- African American (Admissions, Hall, Ranches)
- Native American
- Domestic Violence Agencies
- Gang Intervention

CHOE-4    **SMI/SED Underserved**
- Primary Care Clinics
- School
- Faith-based organizations
- Homeless Family Service system
- Latino Community
- Asian Pacific Island Community

Pena/00913

## Full Service Partnerships

**TAFS-1    Inclusive wrap and TIP Components**
- Eligibility criteria, screening and approval process
- Outreach and engagement to underserved
- Youth outreach, self-help and peer support
- Life Domain assessment and service partnership agreement
- Service Coordination – Coordinator, Core Team, Virtual Team
- Inter-agency case management
- Evidenced based treatment interventions (youth, parent, family)
- Therapeutic Behavioral Services (one-to-one)
- 24-Hour crisis support
- Housing Support – permanent, transitional, respite
- Family Assistance with basic needs (benefits, social services)
- Education and vocational linkage, support, mentors and consultation
- Parent Involvement: Advisory/Peer Support/Self-Help
- Cultural and recreational linkages
- Safety and Violence Prevention Plan (for child and family)

**Description:** The Full Service Partnership model being proposed for Transition Age Youth combines the critical core services outlined above within a model that borrows from wraparound, AB34 and a specific model designed for this age group know as the Transition to Independence Process (TIP) System (Clark, H.B., 2004, original 1995). The TIP system outlines seven guidelines and associated practice level activities within a well-articulated framework that includes a complete operations manual, training modules, and evaluation tools. The model utilizes *transition facilitators* that work with young people, parents and other informal and formal key individuals to plan, link and coordinate services and activities that will engage and assist young people in their own planning process to outline and achieve their goals in the "transition domains" of employment, career-building education, living situation, personal-effectiveness and quality of life, and community-life functioning. Of particular interest to the TAY Strategy Team is the well-articulated person-centered planning approach that utilizes a "strength-discovery assessment and the young person's ecological situation", and the incorporation of *core and virtual teams*. The core team is made up of the youth, their transition facilitator, and one or two other people that the youth wants to involve (parent, foster parent, friend, mentor). The virtual team is made up of people who need to be involved and working together to assist the youth in achieving short- and long-term goals. These elements are particularly in sync with essential core principles of the Santa Clara philosophy that includes a strengths-based and recovery orientation, an emphasis on social ecology and connectedness, respect for cultural and familial values, while being attuned to the unique developmental challenges that come with the transition period from childhood to adulthood, particularly among young people with emotional and/or behavioral difficulties.

The TIP model is considered a *promising practice*, as there is not a sufficient body of outcome evaluation research to put it in the category of *best practice*. Nonetheless, this model provides excellent guidelines and training assistance. This basic model is proposed to be the organizing system, through which the transition needs of youth are assessed, and necessary services and supports are identified and provided. Due to the intensive needs of the youth that will be the focal population of the CSS Plan, it is anticipated that annual cost per youth will average $15,000 per year.

**TAFS-2    Psychiatric Crisis Residential/MH Enhancement 12-17 yrs; and 18-25 years.**

**Description:** This strategy proposes a residential crisis service for the TAY population that provides brief stay residential options for youth who do not require acute hospitalization but need a safe 24-hour

TAY Strategies - 09/29/2005
Page 2 of 2

setting where they can address psychiatric crises with the assistance of family/peer support, skilled mental health and psychiatric interventions. Currently there is no specific mental health certified child *crisis residential* program model as there is for adults. Further, for those youth over the age of 18, who may be served by *adult crisis* residential programs, often the programming and population mix is not youth-focused. Two specific programs are proposed for youth who are still minors, and those who are legally adults:  1) Ages  12-17 years: 10-12-bed, RCL14 Group Home with Medi-Cal certified intensive program and recovery-based program; 2) Ages 18-25 years: 10-12-bed, Medi-Cal certified specialized Young Adult Crisis Residential program. Both programs could accept youth referred by Mobile Crisis Teams, Emergency Psychiatric Services, and 24-Hour Crisis support and referral telephone service. Would be offered to both Full Service and general system clients. (est. $15,000 per TAY partner per year)

**TAFS-3    Housing – Specialized Transitional, Supported, and Subsidized Housing**

- **Family home support**
- **Independent rental subsidies**
- **Semi-Independent living**
- **Supported living**
- **Transition Housing Program Plus (THP-Plus)**

**Description:**  One of the most challenging prospects faced by many young people today relates to the answer to two questions: *"Where will I live?"* and *"How will I take care of myself?"*. For most youth, families provide the springboard and the safety net for the solutions that youth create as they find the answers to these questions. For those youth with severe mental illness, who also are exiting child-serving systems, this period of life can be a period of great stress and even despair, rather than one of discovery and liberation. The road to discovery and recovery must start with safe, supportive, and permanent (as is developmentally appropriate) living situations. It is proposed that an array of housing and support strategies be developed for TAY. These strategies should include options that are in line with preferences of TAY and their families, and should include support to families who care for TAY at home, supported housing, semi-independent living, rental subsidies for single and group living, specialized transitional housing for foster care youth, and supported "drop-in" housing for homeless youth.  A specific TAY housing initiative would develop this array of options, including a computerized internet-based access system. (*capacity and budget for each category to be determined and outlined in 10/14 draft*).

**TAFS-4    Education and Vocational Services**

- **Specialized Vocational Rehab (18-25 yrs.)**
- **Middle College/Community College Partnership**
- **Access/Support to Educational Services (Job Core, Nova, CET)**

**Description:** The TIP system emphasizes the importance of engaging youth in a process that prepares and facilitates them in their movement toward greater self-sufficiency and successful achievement of their goals in career-building education and employment. Education and employment plays a critical role in adolescent development in general, and in the recovery process of young adults with emotional, behavioral and psychiatric challenges in particular.  It is proposed that all TAY Full Service partnership providers be required to have vocational specialists and to integrate access to and support of education and employment services through developing partnerships with existing employment development services in the County.

It is further proposed that a specialized *recovery-through-education* program be implemented through a partnership with a local community college, Mental Health, the Department of Rehabilitation (DOR) and potential employers. This strategy would establish integrated education support, recovery-based mental health services, peer advocacy and support, and DOR services at a junior college that currently provides a middle college (high schools on college campus). In addition, employer partners would be sought, such as the local health services system, to establish co-funded career path development to such careers as Pharmacy and Radiology Technicians, Health Services Representative, clerical, and

9/30/05
**MHSA CSS Draft Plan Summary of Strategies**
**Adult 26-59 Strategies**

### Full Service Partnerships

AFS-1    **Inclusive AB34 Components**
- Eligibility criteria, screening and approval process
- Outreach and engagement to underserved
- Life Domain assessment and service partnership agreement
- Service Coordination – Coordinator, Core Team, Virtual Team
- Peer Support/Self-Help
- Inter-agency case management
- Evidenced based treatment interventions
- 24-Hour crisis support
- Housing Support – permanent, transitional, respite
- Employment and vocational support services
- Family Assistance with basic needs (benefits, social services)
- Education consultation, support, linkage, mentors
- Family Coordinators
- Cultural and recreational linkages
- Safety and Violence Prevention Planning

The Adult Strategy Team for Homeless, Incarcerated, Dual Diagnosed and Frequent ER Users has endorsed this model for one of the Full Service Strategies. The model provides "whatever services" are necessary to support the client in stabilizing his/her life with an individualize recovery plan. The foundation of this model is to have a broad collaboration with other vital community resources that support the client. Critical in this model is the belief in providing stable housing as one of the first goals. With housing in place this model provides a broad scope and variety of integrated services from which patients may select. Services include psychiatric, social and employment supports. Another desirable attribute in the support and resources to provide job training and/or educational training that provides long-term stability for the patient. Full service includes the following elements to ensure services meet the complete needs and strengths of the individual:

### System Development

ASD-1    **Urgent Care Clinics**
A missing component in the current service continuum is a service level that bridges community and emergency psychiatric services (EPS). Presently this gap results in individuals entering EPS who, if urgent care services were available, would be able to remain in the community services. This component would both reduce the cost to the system of unnecessary emergency services while at the same time would reduce the stress and trauma that can accompany an individual having to be placed in the EPS system. Features of this service would include:

- Crisis clinic near or at VMC with key satellite locations to assess individuals who are in crisis and do not require the disposition of 23 hours.
- Service by multi-disciplined, culturally proficient staff would provide assessment, short-term therapy, disposition and referrals.
- Services would be offered at set, optimum hours to the community.
- Follow-up in the community by an intensive team for short period of time once stable and fewer support systems established to augment rather than duplicate other Outpatient provider services.
- Requests for assistance from Call Center, EPS, providers, self, family, community at large or police.
- Linkage and coordination of relevant services including pharmacy, EPS other providers.

**ASD-2  Mobile Crisis Outreach Team Response**

The initiation of the Mobile Crisis Outreach Team (MCOT) will provide an interim step for the police officer in the field short of taking an individual to EPS. By working collaboratively with the field officer there will be information and an option to placing a client under the 5150 hold. This will allow for a Mental Health Professional to ascertain whether the individual can be release to the Urgent Care clinic or set up with an appointment to a community clinic for on going support and recovery services. This alternative assists in reducing the stigma of mental illness for law enforcement, the community and the individual.

Other features of the Mobile Crisis Outreach Team include:
- Linkage with the urgent care clinics and services provided at the site of need.
- Service to assess for 5150 or other level of safety need.
- Staffed with a point person to delegate on-call multi-disciplined, culturally proficient clinicians who are strategically located at satellite and/or high need locations and who can be dispatched to clients' environment immediately.
- Requests for assistance from Call Center, EPS, mental health providers, self, family, community at large, police or fire department.
- Outreach and linkage with CIT police officers, fire department and other emergency service organizations.

**ASD-3  Treatment - Evidenced Based Practice**
- Motivational Enhancement Therapy
  This model strongly supports the concept of wellness and recovery and client-centered services. Services are developed in partnership with the clients that are based on the readiness of the individual for change. This support the process of change and recovery.

- CBT; Trauma-Based CBT
  There is strong evidence that a substantial percentage of clients that are treated with mental illness symptoms have experienced trauma (physical, sexual or mental) in their life with many having experiences as children and adolescents. These earlier experience have far reaching affects on maturation and development of healthy reaction and coping mechanism later in life.

  Cognitive Behavioral Therapy (CBT) is an action-oriented form of psychosocial therapy that assumes that maladaptive, or faulty thinking patterns cause maladaptive behaviors that are counter productive or interferes with everyday living.

- Integrated Mental Health Substance Abuse Treatment
  There is a strong consensus that a best practice for clients with both mental illness and substance abuse are integrated treatment services. Teams should be comprised on staff with expertise and knowledge of both domains. Clients should be provided services based on their readiness for change.

- Alternative Practice Models

**ASD-4  Enhanced Peer Support Services**
A fundamental concept of wellness and recovery is the development of a broad range of support services that are provided by peers. Services that are provided by peers have been very well accepted and are becoming a cornerstone of recovery. The following items are recommended to enhance these services:
- Funding established for current centers to cover all operational, training and development costs plus pay competitive staff wages.
- Establish an Advisory Board composed of self-help employees, clients, family members, and county/contract providers with pay for the client and family members on the board.

- Provide resources/additional funding for current self help centers to become not-for-profit corporation
- Provide a paid mentor organization outside the mental health organizations to establish legal status, clarify mission statement, and develop short-term strategies toward long term identified plans.

### ASD-5  Family/Primary Network Support & Education

The theory of Connectiveness demonstrates the need to enhance the knowledge of family members in their understanding of mental illness and how it is affecting their loved one.  This knowledge and education can assist in the recovery of the individual as well as provide the family member with signs and symptoms that may assist in the early intervention with the client and stabilization prior to the need to higher levels of care and hospitalization.  Further, family member members can contribute to assisting in the development of individualized recovery plan for the client.  The following items are recommended to enhance these services:

- Fund NAMI to hire and supervise a full time employee to act as ombudsperson who would attend key meetings in capacity of advocacy and information conduit.
- Provide quarterly open house for family members to learn about options and resources.
- Develop a Family Advisory Board that would be consulted and give input into county plans and policies.
- Mandatory training to providers to engage and work with families.
- Outpatient providers required to provide support groups to interested family members.

### ASD-6  Enhanced Treatment Court Services

Individuals that are served through the Mental Health Treatment Court would benefit from a greater level of case management and community resources including treatment, housing and vocational rehabilitation.  The effectiveness of the court is greatly improved with services available at the time of release to the community.  This significantly improves the likelihood of stabilization and a reduction further involvement with the criminal justice system.

### ASD-7  Specialized Dual-Diagnosis Jail Aftercare

Inmates released from the county jail with mental health issues lack immediate access to case management and community reintegration services.  Often these clients leave jail with a limited supply of psychiatric medications.  Due to the lack of assistance they fail to connect with the service system and often run out of medications that have stabilized their symptoms. This result in additional visits to EPS or further involvement with law enforcement for charges such as trespassing, vagrancy, loitering, under the influence in public or other non violent citations and misdemeanors.  This individuals often end of a warrant for failure to appear and are again incarcerated resulting in further destabilization and loss of an connection with the community.

### ASD-8  Expanded Array of Housing Options

The strategy groups were unanimous in the need to increase access to various housing resources. Lack of safe and stable housing reduces the ability to achieve recovery form mental health symptoms within the community.

- Supported housing
- Supplemental Rates Housing
- Independent housing
- Housing placement fund for individuals who have no funds/insufficient funds for housing

### ASD-10  Specialized Post-IMD Housing for Physical Needs, Vietnamese, Developmentally Disabled

Specialized housing for individuals' discharge from IMDs needs to be expanded to allow for immediate release from the facilities once they have stabilized. Clients with special needs can currently not be released as quickly as possible due to the lack of capacity for these specialized services. Therefore, specialized services are needed that address the following populations:

- Supplemental services program for consumers who have severe psychiatric conditions that require additional assistance in monitoring medical issues on a daily basis, i.e. finger sticks, special diets or consumers who are frail and possibly wheelchair-dependent.
- Mentally ill, developmentally delayed individuals. These individuals need to be closely monitored with structure and behavioral supports in a community setting that ensures maximum freedom of movement within that setting and protection from victimization.
- Consumers with co-occurring disorders such as alcohol and drugs and who tend to decompensate due to active use of substances.
- Consumers who are monolingual. There is a critical need for Vietnamese speaking facilities. This requires RCF staff who can adequately communicate in consumers' language and who have understanding of the particular culture.

**ASD-10  Dual Diagnosis SA Detoxification Services**

Clients with co-occurring disorders lack access to substance abuse detoxification services. The lack of these services for these clients prevents their entry into primary substance abuse residential care facilities that can address addictions issues once the substances have cleared from their systems and connect them to community recovery resources upon successful discharge.

**ASD-11  Employment/educational Specialists**

The successful placement of clients in vocational rehabilitation programs or entry level work settings required staff with specialized knowledge of resources and contacts that general case managers lack due to case load and practical knowledge. Specialists should be developed and available throughout the system of care to provide this important service. Specialists' responsibilities are summarized below:

- Employment/educational specialists support consumers to explore vocational/educational interests, access vocational/educational services, provide ongoing support for consumers who are working/ volunteering or support consumer students at educational institutions by developing partnerships and dialog process with educational institutions.

**ASD-12  Benefit, Income and Housing Specialists**

The ability of qualified clients to obtain benefits has become more complex over the last ten years. Positions need to be developed the devote their entire attention to understanding the application process and assisting the clients through the various steps necessary to gain these important benefits that assist in clients obtaining independence from institutional settings. This is further described below:

- Benefit, Income and Housing Specialist brings to the system a thorough understanding of eligibility, application and appeal procedures for General Assistance, SSI, Medi-Cal, and Medicare.
- They work in coordination with hospital staff for follow-up of acute psychiatric services patient Medi-Cal applications for distribution to mental health service teams.
- They gather information and problem solve with staff, clients, and family members related to benefits, entitlements, reimbursement, and billing.
- Benefit, Income and Housing Specialists track and follow status of pending Medi-Cal and financial benefits applications through eligibility determination.
- Benefit, Income and Housing Specialists demonstrate tracking capability built into UNICARE system.
- Benefit, Income and Housing Specialists gather and evaluate clinical information related to disability and benefits eligibility.

**DRAFT**
9-30-05

MHSA CSS Draft Plan Summary of Strategies
Older Adult 60+ Strategies

## Full Service Partnerships

OAFS-1    Inclusive AB34 and PACE Components
- Eligibility criteria, screening and approval process
- Outreach and engagement to underserved
- Life Domain assessment and service partnership agreement
- Service Coordination -- Coordinator, Core Team, Virtual Team
- Self-Help/Peer Support
- Inter-agency case management
- Evidenced based treatment interventions
- Health care coordination
- 24-Hour crisis support
- Housing Support -- permanent, transitional, respite
- Family Assistance with basic needs (benefits, social services)
- Socialization & meaningful activities
- Cultural and community linkages
- Safety and Violence Prevention Planning

The Older Adult Strategy Team reviewed and recommended two models that are designed to address the multiple needs of the elderly: the AB34 and PACE (Program of All-Inclusive Care for the Elderly) programs. Both encompass the service delivery items listed above. They differ in two respects. The first is that AB34 attempts to reach the uninsured or unsponsored, while PACE is designed for Medicare and Medi-Cal eligible clients. The second is that PACE has a strong physical health component which includes mental health care, in addition to its emphasis on socialization and avoidance of institutionalization, while AB34 places greater emphasis on mental health and social functioning.

## System Development

OASD-1    System Development Initiative to establish interagency infrastructure, multi-disciplinary assessment, specialized treatment and support services
- In support of the development of an interagency infrastructure the MHD will dedicate resources to have an identified System of Care for Older Adults.
- Training on older adult issues with an emphasis on medical and medication issues and a Department model on mental health case management services for older adults a basic requirement of this approach.
- A referral process based on older adult criteria and service provision that is age appropriate will be developed and incorporated into all phases of care.
- An interdisciplinary team consisting of a primary team of medical, psychosocial and psychological expertise, plus community liaisons as needed, and a virtual team of resources that may include pharmacy, legal, medical specialty, housing, benefits or others as appropriate.

OASD-2    Mental Health Support to Outpatient Medical Services (e.g. community clinics, primary care, urgent care)

Coordination with health care providers is essential to accessing older adults who have mental health issues. Outreach to older adults through health care providers will provide the linkage to mental health through established agreements with health care providers.

Pena/ 00919

**DRAFT**
**9-30-05**

**OASD-3**   **Mobile Crisis and Outreach Team Response**

The Mobile Crisis Outreach Team will serve a multiple purpose;

1) Responding to situations in which an elder may be experiencing multiple medical and mental health conditions which are severely or acutely compromising their ability to seek care for themselves. This intervention may be in coordination with other service providers or in response to calls from the elder, or family or primary care givers.

2) A second function of this team is to do outreach and education to community based agencies and public service workers. The goals of outreach are not only to provide mental health education to centers that seniors may attend, but also to provide education to the general public and in particular public service employees (i.e. mail carriers, public utilities worker) and businesses which may come in contact with those elders who are most isolated and at risk of depression and decline.

**OASD-4**   **Treatment - Evidenced Based Practice**

- Psycho-educational Therapy
- CBT; Trauma related to abuse, victimization and war
- Motivational Interviewing; health issues
- Integrated MH/Substance Abuse Treatment
- Peer Reviewed Alternative Practice Models

**OASD-5**   **Enhanced Peer Support Services**

- Self-Help Peer Support
- Community, culture and language specific

**OASD-6**   **Family/Primary Network Support & Education**

- Counseling support and education to family and the primary care network that may include residential care providers, friends, service providers and significant others on aging and mental health issues.

**OASD-7**   **Expanded Day Services**

- Day services which provide a safe environment and activities that are not only age appropriate, but that also provide a linkage to the community according to the elder's interests, language and culture.

**OASD-8**   **Expanded Array of Housing Options**

- The focus is on services that help the older adult to maintain an appropriate community living arrangement and to utilize housing options that may not otherwise be available.
- Crisis residential services for persons 60 years and older who use walkers or wheelchairs, and/or who have chronic medical needs (i.e. diabetes, emphysema) that are stable but that may require assistance in managing the condition due to mental health, vision or other issues.
- Medical support services that help to maintain the older adult with mental health issues.

**OASD-9**   **Benefit and Income Specialists**

**Outreach and Education**

**OAOE-2**   **Targeted Outreach, Engagement and Access**
- Community Cultural Organizations and Centers
- Latino

- Asian Pacific Islander
- African American
- American Indian
- Recent Immigrant and Refugee
- LGBTQ
- First Episode
- Physically Isolated/Homebound
- Co-Occurring Populations
- Neglected, abused or victimized
- Isolated and Homebound
- Outreach to organizations or Institutions
  - Faith based organizations
  - Institutionalized (SNF, IMD, State Hospital)
  - Emergency and Acute Psychiatric Services
  - Medical Emergency Services
  - Primary Care Clinics

OAOE-2    **Mobile Outreach**

Outreach was recognized as one of the most important factors in transforming the mental health system to serve the older adult more effectively. The Older Adult Strategy Team was in total consensus that multiple levels of outreach were required and that such outreach needed to be tailored to the individual communities in the County. The Team strongly endorsed an approach that includes outreach to families as well as older adults, that uses community workers and peers to promote engagement, that addresses the physical health, psychosocial and psychological needs of the older adult, that goes to the older adult in community settings, and that is culturally appropriate to older adult's language, social and acculturation situation.

Pena/ 00921