# EXHIBIT L

# Santa Clara Valley Health and Hospital System
## Department of Alcohol & Drug Services

### ALCOHOL & DRUG SERVICES RESEARCH INSTITUTE
### SANTA CLARA COUNTY, CALIFORNIA

## Episodes of Care for Fiscal Year 2008
July 1, 2007 to June 30, 2008

Prepared by Julie Sizelove

The Department of Drug and Alcohol Services operates under a continuum of care model. This enables clients to move from one treatment modality to another based on level of need. An episode of care occurs when a client moves throughout the system without a break in treatment.

During fiscal year 2008, 8130 unduplicated clients received treatment services. Many of these clients received multiple services from various treatment modalities (i.e. outpatient, residential, etc). The average length of stay in treatment ranged from 278 days for AMT to 5 days for alcohol detox. The overall average length of stay was 77 days.

Table 1. Treatment Services Received in FY08

| Modality | Active Clients | Clients Served (Unduplicated)** | Average Length of Stay (days)*** |
|---|---|---|---|
| Alcohol Detox | 914 | 696 | 5 |
| Outpatient | 7320 | 6380 | 87 |
| Residential | 2269 | 1935 | 38 |
| Heroin Detox | 156 | 136 | 77 |
| AMT | 578 | 543 | 278 |
| THU* | 1545 | 1293 | 51 |
| Total | 12782 | 8130 | 77 |

*Transitional Housing Units (THUs) are not considered substance abuse treatment.
**Clients were unduplicated by each modality and then overall between all modalities. Clients may have received services in multiple modalities. Please note that the total number of unduplicated clients is not the sum of unduplicated clients for each modality.
***Length of stay is calculated only for active time in fiscal year 2008.

During a treatment episode clients often move from one treatment modality (e.g., residential) to another (e.g., outpatient). For the purposes of this report one episode of care was defined as the time from a client's first admission into treatment to their final discharge without a break in treatment over thirty days.

Table 2. Number of Episodes of Care in FY08

|  | Episodes for all modalities (#) | Episodes excluding Detox Sites (#) * | Average Length of Episode for all Modalities (days)** | Average Length of Episode without AMT (days) |
| --- | --- | --- | --- | --- |
| Total | 8213 | 7816 | 239 | 113 |

*Episodes excluding detox sites excludes episodes that only consist of admissions to Alcohol or Heroin Detox.
**Modalities included: outpatient, residential, alcohol detox, AMT, heroin detox. This includes the women's program and the Calworks program within outpatient.

Episodes include clients in a THU, however no unique episode is comprised of only a THU stay. The length of episode did not include time spent in a THU because clients in a THU are required to receive outpatient services simultaneously (THUs are not considered to be substance abuse treatment).