# EXHIBIT M

**Santa Clara Valley Health and Hospital System**
**Department of Alcohol & Drug Services**

**ALCOHOL & DRUG SERVICES RESEARCH INSTITUTE**
**SANTA CLARA COUNTY, CALIFORNIA**

# The Network for the Improvement of Addiction Treatment (NIATx)
# Preliminary Baseline Aims
# (Fiscal Year 2007)

**Prepared by: Jasmin Llamas, Data Analysis & Evaluation**

The Network for the Improvement of Addiction Treatment (NIATx) aims to improve access to and retention in addiction treatment. The four NIATx aims offer providers effective ways to plan for, institute, and measure improvements in client access and retention. The aims are as follows:

- Increase admissions to treatment
- Increase continuation from the first through the fourth treatment session
- Reduce the number of patients who do not keep an appointment (no-shows)
- Reduce waiting time between first request for service and first treatment session

In order to increase client admissions, the number of current admission must be determined. For the 2007 fiscal year the total number of admissions were calculated for each treatment location (Table 1). Continuation rates were determiend by examining the number of clients receiving more than four services within the first thirty days of treatmnet (Table 2). The number of clients that missed scheduled services are calculated through no-shows (Table3). Currently, not all providers document this information in the Department of Alcohol and Drug's (DADS) information database. For this reason, information on this domain is limited. Finally, waittime from assessment into treatment was caculated (Table 5-9). Information is provided by location, so waitime only examined clients that were referred to and entered a specific site. Some clients may have been referred to a specific site, but for various reasons the client was admitted to a different treatment location. For this report information about these clients is not included.

-1-

5/12/2008

Garner/ 00164

## Admissions

Table 1. Number of Admissions in Fiscal Year 2007.

| Location | Modality | Admissions FY07 |
|---|---|---|
| L-000040 - Central TAP - 976 Lenzen Ave | Outpatient | 631 |
| L-000140 - Catholic Charities (4306) 2625 Zanker Rd | Outpatient | 215 |
| L-000221 - (43AE) Blossoms - 3030 AlumRock Ave | Outpatient | 100 |
| L-000222 - AACI/DADS - 2400 Moorpark Ave | Outpatient | 822 |
| L-000249 - House on the Hill | Residential | 48 |
| L-000346 - AARS Adult | Outpatient | 336 |
| L-000280 - South County Clinic - 80 West Highland Ave | AMT | 30 |
| L-000280 - South County Clinic - 80 West Highland Ave | Detox | 5 |
| L-000282 - Horizon South | Detox | 611 |
| L-000282 - Horizon South | Residential | 308 |
| L-000283 - FCS | Outpatient | 659 |
| L-000315 - Mariposa Lodge | Detox | 275 |
| L-000315 - Mariposa Lodge | Residential | 525 |
| L-000338 - CADS -OP | Outpatient | 130 |
| L-000347 - Alexian EVC | AMT | 22 |
| L-000347 - Alexian EVC | Detox | 0 |
| L-000351 - Crossroads | THU | 228 |
| L-000379 - ARH Benny McKeown | Residential | 217 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT | 65 |
| L-000396 - Central Valley Clinic - 2425 Enborg | Detox | 128 |
| L-000396 - Central Valley Clinic - 2425 Enborg | OP PSAP | 111 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT PSAP | 18 |
| L-000427 - Indian Health Center | Outpatient | 111 |
| L-000431 - ARH Tx Options | Residential | 398 |
| L-000432 - 160 E Virginia/Gardner/DADS | Outpatient | 273 |
| L-000442 - East Valley Tx & Rec-2101 Alexian Dr., Ste B | Outpatient | 444 |
| L-000447 - North County - 231 Grant Ave | Outpatient | 87 |
| L-000467 - InnVision/DADS | THU | 139 |
| L-000515 - Proyecto Primavera | Outpatient | 780 |
| L-000523 - Pathway Residential | Residential | 422 |
| L-000524 - Pathway OP Ctr South County | Outpatient | 382 |
| L-000397 - Pathway OP Santa Clara | Outpatient | 114 |
| L-000426 - Pathway De La Cruz | Outpatient | 269 |
| L-000535 - 3rd Street House/ Project Ninety (IJS) | Residential | 55 |
| Total | | 8958 |

*Note: Clients can have more than one admission at a site within the same fiscal year.

Garner/ 00165

## Continuation Rates

According to NIATx, continuation rates are measured by the number of clients who received at least four services within the first 30 days of treatment. Only direct, face-to-face, services were examined. Currently, residential and transitional housing units (THU's) do not input service information into the Department of Alcohol and Drug's (DADS) information database. For this reason, residential and THU sites were not included in the table.

**Table 2. Number of Clients Receiving More than 4 and Less than 4 Direct Services within the first 30 days of Treatment in Fiscal Year 2007.**

| Location | 4+ Services N | 4+ Services % | < 4 Services N | < 4 Services % | Total (N) |
|---|---|---|---|---|---|
| L-000040 - Central TAP - 976 Lenzen Ave | 336 | 53.2% | 295 | 46.8% | 631 |
| L-000140 - Catholic Charities (4306) 2625 Zanker Rd | 134 | 62.3% | 81 | 37.7% | 215 |
| L-000221 - (43AE) Blossoms - 3030 AlumRock Ave | 68 | 68.0% | 32 | 32.0% | 100 |
| L-000222 - AACI/DADS - 2400 Moorpark Ave | 535 | 65.1% | 287 | 34.9% | 822 |
| L-000251 - AARS The Place/DADS 1340 Tully Rd Suite 304 | 36 | 64.3% | 20 | 35.7% | 56 |
| L-000280 - South County Clinic - 80 West Highland Ave | 9 | 25.7% | 26 | 74.3% | 35 |
| L-000283 - FCS | 273 | 41.4% | 386 | 58.6% | 659 |
| L-000338 - CADS -OP | 120 | 92.3% | 10 | 7.7% | 130 |
| L-000346 - AARS Adult | 247 | 73.5% | 89 | 26.5% | 336 |
| L-000347 - Alexian EVC | 1 | 4.5% | 21 | 95.5% | 22 |
| L-000396 - Central Valley Clinic - 2425 Enborg | 32 | 16.6% | 161 | 83.4% | 193 |
| L-000396 - Central Valley Clinic - 2425 Enborg (PSAP) | 108 | 83.7% | 21 | 16.3% | 129 |
| L-000397 - Pathway OP Santa Clara | 98 | 86.0% | 16 | 14.0% | 114 |
| L-000426 - Pathway De La Cruz | 225 | 83.6% | 44 | 16.4% | 269 |
| L-000427 - Indian Health Center | 47 | 42.3% | 64 | 57.7% | 111 |
| L-000432 - 160 E Virginia/Gardner/DADS | 204 | 74.7% | 69 | 25.3% | 273 |
| L-000442 - East Valley Tx & Rec-2101 Alexian Dr., Ste B | 158 | 35.6% | 286 | 64.4% | 444 |
| L-000447 - North County - 231 Grant Ave | 38 | 43.7% | 49 | 56.3% | 87 |
| L-000515 - Proyecto Primavera | 503 | 64.5% | 277 | 35.5% | 780 |
| L-000524 - Pathway OP Ctr South County | 283 | 74.1% | 99 | 25.9% | 382 |
| Total | 3455 | 59.7% | 2333 | 40.3% | 5788 |

Garner/ 00166

## No-Shows

No-shows for this report have been defined as clients who did not keep a scheduled service appointment. Currently, not all providers document no-show information in the DADS information database. For this reason, information on this domain is limited. Also, residential and transitional housing units (THU's) do not input service information into the DADS information database and were not included in the table.

**Table 3. Number of No Shows in Fiscal Year 2007.**

| Location | No Shows |
|---|---|
| L-000140 - Catholic Charities (4306) 2625 Zanker Rd | 6 |
| L-000222 - AACI/DADS - 2400 Moorpark Ave | 84 |
| L-000251 - AARS The Place/DADS 1340 Tully Rd Suite 304 | 98 |
| L-000338 - CADS -OP | 10 |
| L-000346 - AARS Adult | 171 |
| L-000400 - CAPS -OP | 55 |
| L-000432 - 160 E Virginia/Gardner/DADS | 81 |
| L-000515 - Proyecto Primavera | 441 |
| L-000400 - CAPS -OP | 0 |
| L-000055 - Treatment Plus Care | 1 |
| L-000396 - Central Valley Clinic - 2425 Enborg | 1 |
| L-000563 - OTP (Case Management) 976 Lenzen SJ | 3 |
| Total | 951 |

Garner/ 00167

## Wait time

Wait time is the time elapsed between the date of a client's first contact (assessment) and the date of the client's admission. For the purposes of this report, clients were tracked by location, examining where clients were referred to at assessment and the length of time it took for the client to be admitted to that treatment location. Some clients may have been referred to a specific site, but for various reasons the client was admitted to a different treatment location. For this report information about these clients is not included. The first table below (Table 5) lists the number of clients that were referred to and entered treatment at a specific location.

**Table 4. Number of Clients Assessed, Number Clients Admitted, and Number of Clients Assessed and Entering Treatment.**

| Location | Modality | Assessments | Assessment to Treatment |
|---|---|---|---|
| L-000040 - Central TAP - 976 Lenzen Ave | Outpatient | 720 | 375 |
| L-000140 - Catholic Charities (4306) 2625 Zanker Rd | Outpatient | 192 | 81 |
| L-000221 - (43AE) Blossoms - 3030 AlumRock Ave | Outpatient | 97 | 54 |
| L-000222 - AACI/DADS - 2400 Moorpark Ave | Outpatient | 716 | 412 |
| L-000249 - House on the Hill | Residential | 36 | 30 |
| L-000346 - AARS Adult | Outpatient | 292 | 118 |
| L-000280 - South County Clinic - 80 West Highland Ave | AMT | 22 | 9 |
| L-000280 - South County Clinic - 80 West Highland Ave | Detox | 23 | 4 |
| L-000282 - Horizon South | Detox | 879 | 462 |
| L-000282 - Horizon South | Residential | 115 | 82 |
| L-000283 - FCS | Outpatient | 704 | 415 |
| L-000315 - Mariposa Lodge | Detox | 423 | 164 |
| L-000315 - Mariposa Lodge | Residential | 307 | 238 |
| L-000338 - CADS -OP | Outpatient | 131 | 95 |
| L-000347 - Alexian EVC | AMT | 11 | 1 |
| L-000347 - Alexian EVC | Detox | 2 | 0 |
| L-000379 - ARH Benny McKeown | Residential | 97 | 79 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT | 63 | 7 |
| L-000396 - Central Valley Clinic - 2425 Enborg | Detox | 188 | 83 |
| L-000396 - Central Valley Clinic - 2425 Enborg | OP PSAP | 81 | 35 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT PSAP | 3 | 1 |
| L-000427 - Indian Health Center | Outpatient | 131 | 76 |
| L-000431 - ARH Tx Options | Residential | 305 | 233 |
| L-000432 - 160 E Virginia/Gardner/DADS | Outpatient | 160 | 101 |
| L-000442 - East Valley Tx & Rec-2101 Alexian Dr., Ste B | Outpatient | 701 | 300 |
| L-000447 - North County - 231 Grant Ave | Outpatient | 199 | 66 |
| L-000515 - Proyecto Primavera | Outpatient | 1062 | 578 |
| L-000523 - Pathway Residential | Residential | 265 | 188 |
| L-000524 - Pathway OP Ctr South County | Outpatient | 514 | 262 |
| L-000397 - Pathway OP Santa Clara | Outpatient | 361 | 70 |
| L-000426 - Pathway De La Cruz | Outpatient | 111 | 70 |
| L-000535 - 3rd Street House/ Project Ninety (IJS) | Residential | 39 | 30 |
| Total | | 8950 | 4719 |

Garner/ 00168

Below is the average number of days it took a client to enter treatment from assessment to admission. The column labeled "Number Clients" represents the number of clients that were assessed and entered the treatment location. The column labeled "Wait time" represents the average number of days it took clients assessed to a specific treatment location to be admitted into that treatment site. Average number of days are provided for each location by modality. Clients with wait times over 90 days were excluded from this average.

Table 5. Average Number of Days from Assessment to Treatment at Outpatient Locations.

| Location | Modality | Number Clients | Wait time |
| --- | --- | --- | --- |
| L-000040 - Central TAP - 976 Lenzen Ave | Outpatient | 375 | 31 |
| L-000140 - Catholic Charities (4306) 2625 Zanker Rd | Outpatient | 81 | 28 |
| L-000221 - (43AE) Blossoms - 3030 AlumRock Ave | Outpatient | 54 | 24 |
| L-000222 - AACI/DADS - 2400 Moorpark Ave | Outpatient | 412 | 27 |
| L-000283 - FCS | Outpatient | 415 | 31 |
| L-000346 - AARS Adult | Outpatient | 118 | 28 |
| L-000338 - CADS -OP | Outpatient | 95 | 37 |
| L-000396 - Central Valley Clinic - 2425 Enborg | Outpatient PSAP | 35 | 45 |
| L-000427 - Indian Health Center | Outpatient | 76 | 37 |
| L-000432 - 160 E Virginia/Gardner/DADS | Outpatient | 101 | 23 |
| L-000442 - East Valley Tx & Rec-2101 Alexian Dr., Ste B | Outpatient | 300 | 38 |
| L-000447 - North County - 231 Grant Ave | Outpatient | 66 | 34 |
| L-000515 - Proyecto Primavera | Outpatient | 578 | 26 |
| L-000524 - Pathway OP Ctr South County | Outpatient | 262 | 38 |
| L-000397 - Pathway OP Santa Clara | Outpatient | 70 | 46 |
| L-000426 - Pathway De La Cruz | Outpatient | 70 | 28 |
| Total | | 3108 | 33 |

Table 6. Average Number of Days from Assessment to Treatment at Residential Locations.

| Location | Modality | Number Clients | Wait time |
| --- | --- | --- | --- |
| L-000249 - House on the Hill | Residential | 30 | 6 |
| L-000282 - Horizon South | Residential | 82 | 9 |
| L-000315 - Mariposa Lodge | Residential | 238 | 8 |
| L-000379 - ARH Benny McKeown | Residential | 79 | 12 |
| L-000431 - ARH Tx Options | Residential | 233 | 15 |
| L-000523 - Pathway Residential | Residential | 188 | 7 |
| L-000535 - 3rd Street House/ Project Ninety (IJS) | Residential | 30 | 7 |
| Total | | 880 | 9 |

Garner/ 00169

Table 7. Average Number of Days from Assessment to Treatment at AMT Locations.

| Location | Modality | Number Clients | Wait time |
|---|---|---|---|
| L-000280 - South County Clinic - 80 West Highland Ave | AMT | 9 | 20 |
| L-000347 - Alexian EVC | AMT | 1 | 5 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT | 7 | 45 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT PSAP | 1 | 41 |
| Total | | 18 | 28 |

Table 8. Average Number of Days from Assessment to Treatment at Methodone Detox Locations.

| Location | Modality | Number Clients | Wait time |
|---|---|---|---|
| L-000280 - South County Clinic - 80 West Highland Ave | AMT Detox | 4 | 12 |
| L-000396 - Central Valley Clinic - 2425 Enborg | AMT Detox | 83 | 21 |
| Total | | 713 | 12 |

Table 9. Average Number of Days from Assessment to Treatment at Detox Locations.

| Location | Modality | Number Clients | Wait time |
|---|---|---|---|
| L-000282 - Horizon South | Detox | 462 | 5 |
| L-000315 - Mariposa Lodge | Detox | 164 | 9 |
| Total | | 713 | 12 |

Garner/ 00170