# EXHIBIT N



DEPARTMENT OF CORRECTIONS AND REHABILITATION
CORRECTIONS STANDARDS AUTHORITY

# MENTALLY ILL OFFENDER
# CRIME REDUCTION GRANT PROGRAM

## SECTION I: APPLICANT INFORMATION

### A. APPLICANT (LEAD AGENCY)

| AGENCY NAME (COUNTY AND DEPARTMENT) | | TELEPHONE NUMBER |
|---|---|---|
| County of Santa Clara Probation Department | | (408) 278-5900 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 840 Guadalupe Parkway | San Jose | CA | 95110 |

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 840 Guadalupe Parkway | San Jose | CA | 95110 |

### B. PROJECT TITLE (NAME OF PROPOSED GRANT PROGRAM) / C. AMOUNT OF FUNDS REQUESTED

| B. PROJECT TITLE (NAME OF PROPOSED GRANT PROGRAM) | C. AMOUNT OF FUNDS REQUESTED |
|---|---|
| MIOCR Youth Development Partnership (YDP) | $1,500,000 |

### D. IMPLEMENTING AGENCY (DESIGNATED BY LEAD AGENCY)

AGENCY NAME
County of Santa Clara Mental Health Department

| CONTACT PERSON | TELEPHONE NUMBER |
|---|---|
| Nancy Peña, Ph.D., Director | (408) 885-5783 |

| STREET ADDRESS | FAX NUMBER |
|---|---|
| 828 South Bascom, Suite #200 | (408) 885-5788 |

| CITY | STATE | ZIP CODE | E-MAIL ADDRESS |
|---|---|---|---|
| ...n Jose | CA | 95128 | Nancy.Pena@hhs.co.santa-clara.ca.us |

### E. PROJECT DIRECTOR

| NAME AND TITLE | TELEPHONE NUMBER |
|---|---|
| Bruce Copley, Deputy Director | (408) 885-5773 |

| STREET ADDRESS | FAX NUMBER |
|---|---|
| 828 South Bascom, Suite #200 | (408) 885-5788 |

| CITY | STATE | ZIP CODE | E-MAIL ADDRESS |
|---|---|---|---|
| San Jose | CA | 95128 | Bruce.Copley@hhs.co.santa-clara.ca.us |

### F. PROJECT FINANCIAL OFFICER

| NAME AND TITLE | TELEPHONE NUMBER |
|---|---|
| Martha Paine, Budget Director, Santa Clara Valley Health & Hospital System | (408) 885-6860 |

| STREET ADDRESS | FAX NUMBER |
|---|---|
| 2324 Enborg Lane, #360 | (408) 885-6886 |

| CITY | STATE | ZIP CODE | E-MAIL ADDRESS |
|---|---|---|---|
| San Jose | CA | 95128 | Martha.Paine@hhs.co.santa-clara.ca.us |

### G. APPLICANT'S AGREEMENT

By signing this application, the applicant assures that the grantee will abide by the laws, policies and procedures governing this funding.

NAME AND TITLE OF PERSON AUTHORIZED TO SIGN AGREEMENT (SHERIFF, DIRECTOR OF CORRECTIONS, CHIEF PROBATION OFFICER, OR BOARD OF SUPERVISORS' CHAIR)

Sheila Mitchell, Chief Probation Officer

| APPLICANT'S SIGNATURE | DATE |
|---|---|
| | 11/03/06 |

Pena/ 00049

| SECTION II. STATEMENT OF NEED |
| --- |

**A.   IMPACT OF MENTALLY ILL OFFENDERS**

In the space below, describe the impact of mentally ill offenders on the local justice system, particularly on adult or juvenile detention facilities.   Include data supporting the described impact.

Santa Clara County is the seventh largest county in California, with a population of more than 1.7 million. In FY 05-06, an estimated 8,800 youth had contact with the Juvenile Justice system, and 2,893 youth were detained in Juvenile Hall with a disproportionate number of those youth being children of color.  The average monthly Juvenile Hall census in FY 05-06 was 260.  Current detention admission screening data indicate that over 60% of detained youth have significant mental health problems, close to 80% have had significant exposure to trauma, and 30% have psychiatric disturbances that impair thinking (Final Report, Santa Clara County Probation Department, Continuum of Services, by Huskey and Associates, 12/6/05, referred to as the Huskey Report in this application).

Collaborative efforts involving Juvenile Detention Reform (JDR) and improvement of custody and community mental health services have been a priority of local policy makers and department leadership for over a decade.  Still, significant gaps remain in the present continuum of services available to mentally ill and emotionally disturbed youth involved in the juvenile justice system, from detention to courtroom decision-making to community aftercare.

Santa Clara County Mental Health Department (MHD) data indicate that 50% of detained youth have had previous service contacts with the public mental health system with an additional 30% receiving services for the first time while in detention.  A "Juvenile Probation Needs Assessment Report" prepared by the Santa Clara County Department of Alcohol and Drug Services in 2000 documents the mental health needs

Pena/ 00050

of incarcerated youth. Using a validated and normed screening tool of mental health functioning, the Massachusetts Youth Screening Instrument (MAYSI), 419 youth in Santa Clara County custody facilities were assessed. Results revealed incarcerated youth were significantly more impaired than the normed comparison group. Among youth in county custody, 78% had experienced severe trauma that continued to have an impact on their lives; 69% had severe substance abuse; 32% had suicidal thoughts; and 32% had major thought disturbances that seriously affected their ability to accurately perceive the external environment.

Since 2002 Santa Clara County and a countywide planning committee have been actively involved in implementing broader Juvenile Detention Reform (JDR) to eliminate all unnecessary and inappropriate detention of youth in the juvenile justice system. Through participation in JDR, there has been a 28% decline in the average daily Juvenile Hall population, a 61% decline in total admissions, and a 55% decrease in average length of stay. While the juvenile custody population has decreased, rates of mental illness remain high among incarcerated youth. This is confirmed by the Huskey report finding that four years after the 2000 Probation Needs Assessment, rates of behavioral health problems among the detention population remained unchanged with more than 60% of youth admitted to Juvenile Hall in 2004 identified as having a psychiatric disorder.

Further, the assessment instrument used by the Probation Department Juvenile Division (JPD) for the past eight years reveals a greater number of youth being incarcerated who are mentally ill, addicted to substances, gang involved, criminogenic in their thinking patterns, and learning disabled. Evidence also shows that families do not have the coping skills, supports and resources to deal with the challenges, multiple-needs, and risk behaviors of these youth.

Pena/ 00051

This disturbing trend continues. In FY05-06, an average of 5 youth per month were transported from Juvenile Hall to the county psychiatric emergency facility for W&I Code 5150 evaluations; and 2 youth per month were admitted to psychiatric hospitals. A snapshot of 360 youth detained in Juvenile Hall and the ranches in June 2006 reveals that 43 youth (12%) were taking psychotropic medications; 14 youth (4%) were classified as high-risk status requiring 5 or 15-minute watches; and forty-four youth (12%) were waiting placement to an appropriate community treatment facility. In addition, there were 24 documented incidents involving suicidal gesture or attempt and 29 incidents involving self-directed injury.

**B.    IDENTIFIED NEEDS**

In the space below, describe the identified need(s) that would be addressed with grant funds (i.e., the in-custody and/or post-custody gaps in treatment and/or support services for mentally ill offenders).

The MIOCR Youth Development Partnership will address gaps in three major areas of the juvenile justice system of mental health services: (1) assessment and care management, (2) court decision-making, and (3) specific culturally competent evidenced-based treatment and psycho-education for youth and parents. These gaps extend from detention to the post-custody needs of mentally ill and seriously emotionally disturbed (SED) youth offenders.

Prevalence estimates indicate close to 60% of these youth have significant mental health needs, if unaddressed, threaten further involvement in the criminal justice system. Particularly troublesome is the fact that youth of color are over-represented in the juvenile justice system while they are underrepresented in the mental health service system, with African American and Latino youth showing high rates of incarceration relative to their numbers in the general community. For example, in FY05-06 African American youth 0-17, who represented 3% of the general population, were 12% of the

Santa Clara County Juvenile MIOCR RFP - 11/3/2006                                    4

intakes to Juvenile Hall, four times their rate in the community. Latino youth, who represented 31% of the general community, were 66% of the intakes in Juvenile Hall, twice their rate in the community, while Caucasian and Asian youth rates of intake were significantly below their rates in the general community. The Huskey Report found a gap in culturally sensitive programs tailored to the needs of African American and Latino youth throughout the juvenile justice system.

   **Assessment and Care Planning.** Over the past several years, Mental Health, Drug and Alcohol Services, Custody Health and Probation staff have implemented a system to screen all youth detained in Juvenile Hall for health, mental health and substance abuse needs. Youth with risk indicators are then assessed further and offered needed service while in detention. Despite these efforts, multidisciplinary staff (custody counselors, medical, education, and mental health) continue to find themselves in a reactive, crisis-driven mode, without effective cross-discipline coordination or communication. This is evident by the number of crisis referrals, behavioral incidents, risk watches, and the number of youth cycling between custody and emergency psychiatric inpatient services.

   With assistance of the California Endowment grant-funded Healthy Returns Initiative (HRI), a collaborative effort was launched in 2005 to improve access and coordination of mental health and health services for adolescents detained or adjudicated as court wards. A key component of this effort is Multi-Disciplinary Team (MDT) staffing to coordinate custody care of youth with mental health needs. This model has been extremely effective as evidenced by a decline in behavioral crises, incidents, and hospitalizations among MDT-coordinated youth.

   Despite demonstrated results of MDT, present resources are insufficient to ensure all high-risk detained youth receive MDT plans. Moreover, a lack of program

Pena/ 00053

resources prevents MDT staff from engaging and working with youth and their families and successfully linking them to essential aftercare services. One local study found that "Linkage to community services was unreliable. ... Youths and families, for a variety of reasons, often wouldn't get—or stay—connected to services. Young people with medication or treatment needs would often re-offend and be back in custody before any coordinated treatment plan could be developed." (2004 Santa Clara County Juvenile Mental Health Court study, David Arredondo, M.D., Sandhya Shankar, LCSW, LMFT, et al.). In addition, the Huskey Report recommended improving strategies to involve families noting a "lack of intensive family intervention for youth on field supervision and in custody. ... There is no routine evaluation of the families' needs and the families are not required to be involved in the development of their children's Case Plan."

The MIOCR Youth Development Partnership will enhance and improve the effective MDT process by increasing capacity and extending its responsibilities to include linkage to and monitoring of aftercare services, more direct involvement of families through education and care planning, tracking youth outcomes, and coordinating youth access to specialized assessments and eligible entitlement and benefit services.

**Court Decision-Making.** Juvenile Court judges, public defenders, district attorneys, and supervising probation officers have consistently expressed an awareness of the presence of complex mental health issues among juvenile justice-involved youth and the need for clinical expertise to assist the court in determining the most clinically indicated course of rehabilitation for mentally ill and SED youth. This was a predominant concern expressed by juvenile law and justice stakeholders during the recent Mental Health Services Act (MHSA) planning process. The Huskey Report

Pena/ 00054

provides further support for an expanded Juvenile Mental Health Treatment Court (MHTC) caseload to serve more youth, stating that while, "more than 60% of youth in detention have a diagnosed psychiatric disorder, the Mental Health Caseload reports an average daily caseload of 15 youth." The MIOCR Youth Development Partnership will support the expansion of another effective approach currently in place in Santa Clara County by expanding MHTC (detailed below) to ensure that every judge in the Juvenile Court has treatment court capability, so all mentally ill and SED youth have access to this effective model of courtroom collaboration and oversight.

**In-Custody and Post-Custody Services.** The Huskey Report also found the present system has inadequate aftercare service resources resulting in many mentally ill and SED juvenile offenders being unserved and underserved. Of course, optimal service linkages require the availability of appropriate service options. The Santa Clara County Juvenile Justice Action Plan Update (February, 2004), surveyed 20 community-based youth service providers. In FY03-04 alone, these organizations sustained nearly $7,000,000 in cuts from their funding sources. These CBO's estimated that 15,000 unduplicated youth would no longer receive services as a result of these budget cuts.

Unfortunately, the County budget situation has worsened and new cuts are expected in FY07-08, threatening to further diminish critical community services. While California voters passed Proposition 63 in November 2004 to supplement local funding for mental health services (Santa Clara County's current annual allocation for MHSA treatment services and supports is $13.4 million), Santa Clara County revenue shortfalls have projected drastic reductions in the county general fund portion of the MHD budget. The FY07-08 budget reduction target for mental health is $34 million and will be a devastating blow to the community-based system, resulting in further restrictions in who will be eligible for usual care services.

Santa Clara County Juvenile MIOCR RFP - 11/3/2006

Pena/ 00055

A wealth of information about the unmet mental health needs of juvenile justice-involved youth also emanated from the MHD's Mental Health Services Act (MHSA) inclusive and participatory year-long planning process that involved consumers and their families, providers and system partners, subject experts, and the broader community in the creation of a well informed Community Services and Supports (CSS) plan. JPD-involved youth were among two of the nine "focal populations" identified as a critical underserved/unserved population, in two age categories—youth between the ages of 6 and 15 and transition age youth (TAY) between 16 and 25 years of age who are "aging out" of juvenile justice and foster care systems. The MHSA Juvenile Justice Strategy Team identified and prioritized several evidenced-based service models proven effective with mentally ill and SED youth offenders. The state approved CSS plan will implement Full Service Partnership (wraparound) for 30 juvenile justice involved youth; and 30 TAY who are "aging out" of foster care and juvenile justice systems, through wrap strategies modeled on Milwaukee and Transition in Process (TIP). MIOCR grant funds will provide treatment services for an additional 125 youth referred and monitored through the MIOCR Youth Development Partnership.

## C.    EXISTING RESOURCES

In the space below, explain why existing state and local resources are inadequate to address the identified need(s).

Currently, the MHD has several programs specifically tailored to serve JPD-involved youth, yet they are not adequate to meet the need. Those include:

**Juvenile Hall and Ranch Mental Health Services.** 20 FTE clinicians and 1.0 FTE psychiatrist provide risk screening, crisis response and medication management services to youth in Juvenile Hall and at the ranches 24 hours/7days a week. The primary focus of in-custody service is to conduct daily risk assessments and provide follow-up intervention for youth who have difficulty coping with detention. Of the

Pena/ 00056

estimated 2,900 youth admitted to Juvenile Hall annually, 100% receive a screening using the MAYSI instrument, and a set of recommended mental health, substance abuse, educational, medical and other services in a "Multi-agency Assessment Plan (MAAP)." The psychiatrist provides psychiatric evaluation and medication management and clinical staff follows youth referred by custody supervision, medical and education staff.  Given the demand for risk assessment and crisis intervention services, mental health clinicians have little time to involve parental/family participation in service planning or successful engagement in aftercare services.  In addition, custody and mental health staff have repeatedly expressed a need for more in-custody programming to support the emotional and behavioral adjustment of youth, such as Health Realization (HR), a psycho-educational program that is funded on a limited basis through the Department of Alcohol and Drug Services (DADS).

**Mental Health Treatment Court.**  1.0 FTE clinician provides assessment and case management to a caseload of approximately 40 youth in one of the three courtrooms of the Juvenile Court.  Out of an estimated 100 annual referrals to this court, approximately 35 youth are admitted based on screening criteria.  Santa Clara County pioneered a "therapeutic jurisprudence" model when it initiated the nation's first Juvenile Mental Health Treatment Court in 2001.  However, Juvenile Mental Health Treatment Court (also referred to as CITA—Court for the Individualized Treatment of Adolescents) capacity is limited.  CITA was launched relying solely on in-kind commitments of personnel from several county departments—MHD, JPD, District Attorney, Public Defender, County Counsel, Courts—as well as pro bono services of a child psychiatrist who consulted with the Court Team during the development phase.

Within existing capacity, the eligibility criteria restrict services to youth with a biologically determined mental illness thereby excluding a significant number of youth

Pena/ 00057

who would otherwise benefit.    Similarly, the requirement that youth be eligible for community care in lieu of detention effectively restricts participation only to those charged with misdemeanors or non-violent felonies that may be appropriately reduced to misdemeanor charges.  While CITA clearly has demonstrated value, the other two Santa Clara County juvenile courts need similar resources as they also handle cases that involve youth with serious mental health disorders, as well as seriously mentally ill youth who are charged with felonies and violent crimes. For example, in FY05-06, there were 3,017 felony arrests of juveniles in the county that represented 2,491 unique minors who may very well benefit from this treatment model but do not meet the misdemeanor-only CITA criterion.

Other data point to need that far exceeds present system capacity. For instance, the prevalence rate for serious biologically based and genetically transmitted mental illness among juvenile detainees is estimated to be about 20% and the rate for other equally debilitating mental illnesses (including post traumatic stress reactions) is considerably higher than 20%, probably double the proportion, particularly among girls. (Juvenile Mental Health Court: Rationale and Protocols, David Arredondo, M.D., et al., 2001).   There is clearly a need for additional clinical resource to expand Treatment Court and the lack of readily available, specialized, clinical expertise often leads to long delays in decision-making while further testing is ordered.  In the meantime, youth with mental illness tend to deteriorate pronouncedly while in custody.

**Multidisciplinary Team Care Planning.** The purpose of the MDT is to coordinate care among public agencies for high-risk youth and ensure continuity of health care, appropriate treatment and protection of minors and staff.  Currently 1.0 FTE clinician coordinates approximately 8 MDT meetings per month (96 per year), which offers less than 10% of the annual number of detained youth estimated to have

Pena/ 00058

mental health needs (1,736 per year) the benefit of this improved coordinated service planning.

**Community-Based Treatment.** Several programs are funded to provide outpatient, wraparound and residential support to approximately 500 juvenile justice-involved mentally ill and SED youth per year. However, these programs do not have the capacity to serve all youth in need, the youth are not adequately tracked and care managed, and there is a lack of adequate resources to serve the highest risk youth. Following disposition, the court and Probation need more and better options for community-based aftercare. For a number of years, the MHD has had contracts with two agencies for wraparound services for youth with serious mental health problems who are involved with multiple service delivery systems and who otherwise would be housed in Level 10 to 14 group home placements. Approximately 30 juvenile justice-involved youth are served each year. Unfortunately, not only has there been insufficient funding to provide this level of services for all youth who need it, but the Huskey Report found that "the Wraparound Program has not fully incorporated the Juvenile Court's expectations for the juveniles involved in the juvenile justice system."

## SECTION III: PROJECT DESIGN

**A.    PROJECT DESCRIPTION**

In the space below, describe the proposed project, including the evidence-based treatment model upon which it is based, specific services that would be provided, where and when service delivery would occur, and who would provide services (i.e., project staff by position).

Santa Clara County's MIOCR Youth Development Partnership will establish and tie together three related components: (1) multi-disciplinary team planning, care management and training, (2) expanded treatment court, and (3) intensive aftercare to better address the needs of the juvenile justice-involved, mentally ill youth and their families. The proposal responds to recommendations of the National Center for Mental

Pena/ 00059

Health and Juvenile Justice (NCMHJJ) as described in its "Blueprint for Change: A Comprehensive Model for the Identification and Treatment of Youth with Mental Health Needs in Contact with the Juvenile Justice System, January 2006." The proposed components will utilize effective and evidenced-based practices as the foundation for the project design, incorporating each of the "four Cornerstones" that form the infrastructure of this "Blueprint": collaboration, identification, diversion, and treatment.

I.    **Multi-Disciplinary Team Planning, Care Management and Training**

**MDT Expansion.** The first component of the MIOCR Youth Development Partnership will expand the current Juvenile Hall MDT program through the California Endowment-funded Healthy Returns Initiative (HRI) launched 1.5 years ago. Expansion will double the MDT meeting capacity and include any youth with emotional and behavioral problems who shows poor adjustment while in custody and who needs coordinated mental health aftercare services. The expanded program will include the following new functions: (1) coordination of specialized developmental and behavioral pediatric assessment services, including linkage to parent support and entitled developmental services, (2) health benefit enrollment services for uninsured youth, (3) linkage, monitoring and care management of youth referred to evidenced-based culturally competent aftercare mental health services, and (4) linkage of youth and parents to bilingual Health Realization, psycho-educational classes.

Grant funds will be used to hire a Program Manager to coordinate the MDT program and all components of the MIOCR Youth Development Partnership, conduct staff training, and monitor community aftercare treatment contracts. One additional clinical staff will increase the capacity of the Team to provide MDT plans and services for an **additional 144 youth annually**. One clerical support position will be funded to assist in the scheduling of MDT's, completion of written MDT plans, coordination and

Pena/ 00060

set up of staff and parent trainings, and tracking of MDT's activities. A half-time analyst will set up data collection, monitor and analyze MDT activities and outcomes, and assist in management of contracted services.

MDT is based upon and consistent with principles and practices of the California Mental Health Department's "Children's System of Care Core Values." Team members include a mental health clinical coordinator, mental health primary therapist, child psychiatrist, custody care staff and supervisors, medical clinic staff, school staff, probation officer, family members, client (when appropriate), public defender, and CBO representatives. The MDT function is facilitated by a Superior Court Standing Order that allows the sharing of information between agencies in the juvenile justice system serving youth with health and mental health issues. MDT plans will also be available to juvenile justice-involved youth who present mental health risk factors that threaten detention and further involvement in the system. MDT assessments and meetings will occur in Juvenile Hall, at the ranches, and in the community.

**Training.** The MDT model includes a heavy emphasis on ongoing staff training. The current program has implemented a successful staff training effort resulting in a dramatic decrease in 1:1 youth safety watches as coordinated care planning and staff knowledge have increased. Training is currently provided to custody staff, and the curriculum includes training in child/adolescent development; moral development; psychological disorders; crisis theory, diffusion and intervention; psychotropic medications; suicide prevention and intervention; effective communication; basic group dynamics; mental health care plans; and behavioral disorders in childhood and adolescence. MIOCR funding will permit expansion of training to court, public defender, district attorney, and supervising probation officer staff and will add specific training in Team Decision Making. Training will also be expanded to include evidence-based

Pena/ 00061

treatment and increased knowledge about model programs that have emerged from best research evidence and best clinical experience.

**Specialized Assessments**. MIOCR funding will allow **50 youth** who need specialized assessment services to receive comprehensive screening and consultation services from the Center for Learning and Achievement (CLA), a multidisciplinary assessment center for children with developmental delays, behavioral concerns and learning differences. Youth either will be transported to the centrally located CLA offices to receive these assessments or the clinical professional/s will go to the detention facility, depending on youth needs. Youth are seen by a team of specialists that offer medical, language, educational, psychological, and occupational therapy evaluations, leading to diagnosis and detailed recommendations. As appropriate, parents are immediately linked to Parents Helping Parents (PHP), a 30-year-old nonprofit that supports parents and benefits children with special needs.

**Health Realization Education for Youth, Parents and Staff**. Grant funds will pay for contract trainers to provide Health Realization (HR) education to multi-departmental staff, youth and parents. HR is based on respect for, and certainty of, the innate mental health and capacity for well-being inherent in every human being. The goal of HR is to help people realize that this birthright cannot be destroyed by present circumstances or past experiences and that it is accessible at any moment throughout our lives. HR is an approach that is applicable to prevention, intervention, and treatment within all areas of human service; and it is gaining recognition and use nationally and internationally. HR has been reviewed by the National Institute on Drug Abuse (NIDA) and identified as a "Promising Program." Through MIOCR funding, HR classes will be expanded from the current schedule of once weekly classes for boys and girls at Juvenile Hall and each of the ranches. Four additional classes are planned

Pena/ 00062

for the Hall, including two additional classes at the boy's ranch, and one additional class at the girl's ranch. **This will provide training for 355 youth** (unduplicated) per year. In addition, two classes will be offered to parents, one in English and one for Spanish-speaking families. **A total of 150 parents will be provided HR classes.**

**Benefit Assistance**. For a youth who has no form of health insurance, obtaining Medi-Cal can mean access to needed services that otherwise may not be available. Creating more access to benefits is an important corollary to the proposed service expansions. Santa Clara Valley Medical Center, the county hospital, has successfully contracted for assistance to patients who are initially denied or who need help in applying for Medi-Cal or other public programs. Utilizing culturally sensitive, multilingual staff to obtain necessary documentation, conducting home visits and/or providing transportation when necessary, and representing families throughout appeal processes, this contract service has been extremely successful in assisting patients to establish payer sources, and this service has proven to be exceptionally cost effective. Through MIOCR, it is proposed that a well-qualified firm be selected through a request for proposal process to provide these services, when needed, for **200 project participants**, utilizing a contingency fee model.

The expanded MDT component of the MIOCR Youth Development Partnership will facilitate stronger and better linkages to in-custody and aftercare services. The multicultural and multilingual team members will forge stronger bonds with parents and caregivers and conduct more thorough follow-up on service connections. Related to this will be the capacity of the MDT's proposed new .5 FTE health care analyst II and clerical support staff person to assist the MDT Coordinator in tracking outcomes through its own databases as well as to respond fully to CSA data collection and reporting requirements.

Pena/ 00063

## II.    Expanded Treatment Court

The second component of the MIOCR Youth Development Partnership will expand the present Santa Clara County Juvenile Mental Health Court (CITA). Currently, 1.0 FTE Psychiatric Social Worker provides courtroom based clinical services focused on treatment rather than punishment through collaboration between legal, mental health, other professionals, parents, families and the community.  The MIOCR program will expand treatment court services and benefits to all juvenile courts by adding two mental health clinicians (PSWs or MFTs).  It is critical that judges have sufficient information about a youth's treatment history and/or current needs to know how a mental health disorder may have contributed to the problem behavior or offense and to make an informed dispositional determination.  Every juvenile court judge will be able to better serve youth offenders with mental health disorders by utilizing the added, on-site clinical consultation.  The additional staffing also will facilitate expansion of the existing treatment court team model, similar to the widely respected Family Conference Model or Team Decision-Making, through which key family and community representatives are convened to jointly agree on a workable plan for the youth.

The current juvenile mental health treatment court has a maximum caseload of 40 youth at any given time.  The youth have periodic court appearances for as long as a year, during which time the judge monitors treatment progress and outcomes and the team decision-makers (which CITA also refers to as MDTs) continue to meet.  Some youth are stabilized and judicial supervision can end sooner.  It is expected that the proposed **expansion will increase the caseload capacity to 120 youth** through specialized, therapeutically oriented court services.  The court clinicians will (1) screen and assess juvenile court clients, in some cases in the home, (2) coordinate in-court case conference meetings and specialized assessments, (3) participate in MDT

Pena/ 00064

planning meetings, (4) provide consultation and recommendations to the juvenile court judges, (5) link clients to aftercare services, (6) assist in training of staff and providers, and (6) assist in collection of court outcome data.

It should be noted that when substance abuse is severe and determined to be the predominant disorder, youth will be referred to a concurrent treatment effort within the juvenile justice system. To the fullest extent possible, however, the proposed expansion of mental health treatment court services is based on the recognition that simultaneous treatment of all disorders by a dually trained clinician or a cross-trained treatment team whose members are competent to treat both substance abuse and mental health disorders is the most effective approach.

## III.   Intensive Aftercare Services

The third grant component will augment current aftercare services with critically needed evidenced-based community treatment, medication support, and case management services for youth released from detention. Probation, MHD and DADS have successfully collaborated to implement culturally competent, best practice approaches within juvenile detention and ranch programs. New community services will be performed by highly qualified community agencies that demonstrate ability to successfully utilize one or more of the selected, evidence-based practices that have proven effective in reducing physical, social, behavioral and emotional distress related to mental health and co-occurring conditions among youth offenders. The service providers will be selected through a request for proposal process and will be specifically selected based on demonstrated success in providing culturally competent services to African American and Latino youth.

To complement their ability to implement the specific service modalities, contractors selected will receive MHSA-funded training in Motivational Interviewing.

Pena/ 00065

(This training also will be provided to staff at the Hall and ranches.)  Motivational Interviewing is a clinical approach shown to be effective in engaging criminal justice clients, substance abusers, and medical patients in treatment services.  In addition, as a means to reinforce the learning by youth who participate in Health Realization classes, provider staff will receive HR training.

**Through a combination of MIOCR and MHSA funding, 200 youth will receive intensive aftercare services in home or community settings.**  The specific evidence-based models that have been selected as aftercare service options will include:

**Brief Strategic Family Therapy (BSFT).** This model provides families with tools to decrease individual and family risk factors through focused interventions and skill building strategies.  It targets conduct problems, associations with anti-social peers, early substance use, and problematic family relations.  BSFT can be implemented in a variety of settings.  The family and BSFT counselor meet either in the program office or the family's home.  BSFT is delivered in 8 to 12 weekly, 1- to 1.5-hour sessions. Sessions may occur more frequently around crises because these are opportunities for change. BFST has received recognition from SAMHSA, U.S. Department of Health and Human Services (Model Program); Society for Prevention Research (Presidential Award); and Center for Substance Abuse Prevention (Research Award).

**Aggression Replacement Training (ART)** is a multimodal intervention designed to alter the behavior of chronically aggressive youth.  It consists of a curriculum of 50 pro-social behaviors and is systematically taught to empower and motivate youth to modify their own anger responsiveness.  In "Aggression Replacement Training: Curriculum and Evaluation," Arnold Goldstein, Syracuse University, and Barry Glick, New York State Division for Youth, cite the results of several evaluations of ART, two at

Pena/ 00066

youth correctional facilities in New York State, two at Brooklyn youth agencies serving gang-involved youth, and elsewhere. Their evaluation "reveals aggression replacement training to be a multimodal, habilitation intervention of considerable potency with incarcerated juvenile delinquents. It enhances pro-social skill competency and overt pro-social- behavior, reduces the level of rated impulsiveness, and ... decreases both (where possible) the frequency and intensity of acting-out behaviors and enhances the participants' levels of moral reasoning."

**B.    TARGET POPULATION**

In the space below, identify the project's target population and program eligibility criteria (e.g., estimated number of offenders who would participate, criminal history, types of offenders, diagnostic categories, etc.).

The target population for this project is youth who are screened and assessed upon detention or determined at any time during detention to have mental health and co-occurring conditions that threaten development. These youth must be considered to be at risk for further involvement in the criminal justice system, prolonged detention and/or removal from home by MDT, Treatment Court, or JPD mental health staff, due to their mental health conditions. Upon court dispositions, youth may be placed in home settings and a variety of residential settings. All eligible youth will be on probation and services will be coordinated by Probation, Court and Mental Health staff. Diagnoses will include depressive, anxiety, and conduct disorders; psychotic disorders; and post-traumatic stress disorders. Particular emphasis will be placed on youth who have had multiple admissions to Emergency Medical Services or psychiatric hospitalizations within the last few months and those who are on the highest watch status in the Hall due to suicidal ideations or self-harm gestures. Youth offenses will include felony charges, excluding the most serious felonies requiring detention (e.g. murder, multiple violent offenses).

**Table One – MIOCR Juvenile Justice Youth Development Partnership
Current and Proposed Duplicated Capacity**

| Service Component | Current Capacity | MIOCR Capacity | Total Capacity |
|---|---|---|---|
| I. Assessment & Care Mgmt. | | | |
| • MDT Meetings & Linkage | 96 | 144 | 240 |
| • Developmental Assessments | 0 | 50 | 50 |
| • Health Benefit Assistance | 0 | 200 | 200 |
| II. Mental Health Treatment Court | 40 | 80 | 120 |
| III. Treatment & Psycho-Education | | | |
| • Motivational Interviewing | 75 | 125 | 200 |
| • Health Realization | 71 | 284 | 355 |
| • Brief Strategic Fam. Therapy | 75 | 125 | 200 |
| • Aggression Replacement TX | 24 | 64 | 88 |
| • Outpatient Usual Care | 500 | 0 | 500 |
| Total | 881 | 1,072 | 1,953 |

## SECTION IV: INTERAGENCY COLLABORATION

A.    **COORDINATED PLANNING PROCESS**

In the space below, describe the coordinated planning process undertaken to develop the grant proposal.  Following this description, use the table to identify the individuals who participated in this planning process.  *Refer to the section on Grant Application Requirements for information on mandatory representation and, if necessary, extend the table.*

The MIOCR Project results from ongoing collaboration in addition to a series of meetings at which top-level decision-makers were joined by staff from the agencies/departments shown below.  Evaluations of existing and proposed program components were reviewed.  A consensus was reached on the priority project elements and the highest and best use of MIOCR grant funds.  Due to space limitations, the following is a partial list of participants:

| Coordinated Planning Process Participants (include the individual's name, title and agency/organization) |
|---|
| Sheila Mitchell, Chief Probation Officer, Santa Clara County Probation Department |
| Nancy Peña, Director, Santa Clara County Mental Health Department |
| Robert Garner, Director, Santa Clara County Dept. of Alcohol and Drug Services |
| Will Lightbourne, Director, Santa Clara County Social Service Agency |
| David Wong, Principal, Osborne (Juvenile Hall) and Ranch Schools |
| Paula Mitchell, Assistant Superintendent of Alternative Schools. |

Pena/ 00068

| |
|---|
| Hon. Richard Loftus, Superior Court; Presiding Judge, Juvenile Division and Juvenile MH Treatment Court Judge |
| Mary Greenwood, Santa Clara County Public Defender |
| Marc Buller, Assistant District Attorney |
| Laurie Smith, Sheriff, Santa Clara County |
| Edward Flores, Chief of Santa Clara County Department of Corrections |
| Hon. Alden Danner, Presiding Judge, Superior Court, County of Santa Clara |
| Hon. Catherine Gallagher, Assistant Presiding Judge, Superior Court |
| Hon. Stephen Manley, Judge, Superior Court; Adult MH Treatment Court Judge |
| Kathy Duque, Deputy Chief Probation Officer, Institutional Services |
| Joann Dobrzynski, HRI MHD Coordinator, MHD Juvenile Hall Services |
| Sandhya Shankar, Juvenile MH Treatment Court, Mental Health Coordinator |
| Peter Antons, Acting Director, MHD Family and Children's Services Division |
| Linda Ramus, DADS Prevention Program Analyst, Health Realization Services |
| Maryann Barry, Associate Director, Acute Psychiatric/Custody Health Services |

## B.    PROJECT COLLABORATION

In the space below, describe the applicant's plan for ongoing collaboration among those who participated in the planning process and explain the role of each partnering agency/community-based organization in the project.

Participants have agreed on the formation of a MIOCR Steering Committee to oversee project implementation and budget usage, monitor services, collect and evaluate service data and outcomes, and provide regular status reports to local and state authorities. The Committee will have representation, at a minimum, of Probation, MHD, DADS, Courts, Public Defender, District Attorney, law enforcement, child welfare, education, MDT Coordinator, and representatives of the contract service providers. The Committee will meet at least quarterly and will be convened by the MHD. The role of each Committee member will be to coordinate project activities within their domains and report back to the Committee on project status and outcomes. All project partners are highly committed to project success. Through a Memorandum of Understanding, the MHD will assume fiscal, management and reporting responsibilities.

## C.    PAST COLLABORATION

In the space below, describe the applicant's involvement in other collaborative efforts involving treatment and support services for offenders with mentally illness.

The proposed project builds on the successful collaborative efforts of the key project

Pena/ 00069

partners in numerous, related undertakings, including (partial list only):

- Previous adult MIOCR project

- Mental Health Services Act planning process

- Development of the existing Juvenile and Adult Mental Health Treatment Courts

- Development and implementation of the Healthy Returns Initiative (Santa Clara County was one of three counties selected to receive grant funding to improve culturally competent mental health services for justice system-involved youth.)

- Participation on the Juvenile Detention Reform Committee

- Participation on the Juvenile Justice Coordinating Council

- Participation on the newly formed Juvenile Hall Advisory Board

## SECTION V: PROBABILITY OF SUCCESS

**A.    LIKELIHOOD OF SUCCESS**

In the space below, describe the likelihood that the project would succeed due to the proven effectiveness of its design (evidence-based treatment model) with the target population. Include research data.

The likelihood of success of the proposed MIOCR Project is extremely great because project components are based upon proven effective and positively evaluated processes and service models, some of which are already in place. Based on the premise that the effective rehabilitation of juvenile justice involved mentally ill and SED youth requires a coordinated and collaborative system of assessment, court decision-making and supervision, and evidenced-based custody and aftercare interventions, we are confident that the proposed MIOCR Youth Development Project will establish and coordinate critical elements of an effective system of care that will have a demonstrated impact on the involved youth.

Eleven specific outcomes are expected and will be tracked: (1) reduced days in

Pena/ 00070

custody; (2) reduced recidivism rates; (3) reduced incidents of self-harm and suicide gestures/attempts in custody; (4) reduced use of emergency/inpatient psychiatric interventions in custody and in aftercare; (5) reduced number of placement failures; (6) increased parent involvement and parent effectiveness in supporting their child's rehabilitation; (7) increased youth enrollment in health and education benefits and entitlements; (8) increased engagement of Latino and African American youth in services: (9) increased youth and family perceptions of empowerment and mastery of child and family challenges: (10) Increased school attendance by involved youth; (11) increased perceptions of effective collaboration among court, probation, mental health, and community provider staff.

The MDT concept is based on the successful model of the Children's System of Care. Its current, local utilization as a part of the Healthy Returns Initiative is showing strong, positive results. In addition, Juvenile mental health courts also have received positive reviews. The National Center for Mental Health and Juvenile Justice (NCMHJJ) undertook a preliminary investigation of juvenile mental health courts, and resulted in the identification of ten additional juvenile mental health courts that were established subsequent to Santa Clara County's. The NCMHJJ study, "Juvenile Mental Health Courts: An Emerging Strategy," June 2006, acknowledges that while more research is necessary to examine the impact of these courts on the lives of youth, the benefits of the courts include: **Leverage of the Court** in terms of both accessing community mental health services, as well as ensuring youth and family compliance with treatment requirements; **Multi-disciplinary Approach** was viewed as an opportunity for representatives from multiple systems to work together and gain an understanding of the interests and concerns of other systems; **Increased Options** and dispositional alternatives were made available to judges for youth with mental health

Pena/ 00071

needs; **Monitoring Strategies** and court supervision are effective ways to increase compliance with treatment orders; and, **Increased Awareness** of the lack of community-based mental health services available to youth helps build support for new resources.

The study notes that a few of the courts make evidence-based services available to participating youth, specifically Brief Strategic Family Therapy (BSFT). Through MIOCR funding, BSFT will be one of evidence-based service options available for Santa Clara County's treatment court clients. SAMHSA evaluations of BSFT have shown a 42% improvement on conduct problems, 75% reduction in marijuana use, 57% reduction in association with antisocial peers, and a 75% youth retention rate in BSFT services.

HR, another aftercare component, is a NIDA-recognized "Promising Practice." Health Realization, recognized by NIDA as a "Promising Program," is based on good theory and can be replicated but does not yet have the large number of studies and follow-ups necessary to be listed as a "Best Practice." However, positive program outcomes have been documented through eight evaluations, including a Juvenile Hall and Ranch Study conducted by Santa Clara University last year. The report found that HR sessions had a positive impact on in-custody youth in the areas of decision-making; self-esteem for boys; decreased levels of narcissism; family, social life, self-esteem, school satisfaction, and environmental satisfaction; sustained internal locus of control. Further, A 2002 pre/post self-assessment of adult male violent offenders showed a significant decrease in self-assessment of anxiety, significant increase in general positive affect (feelings of well-being), and significant increase in feelings of belonging. Correctional officers as well as an independent evaluator noted significant behavioral changes.

Pena/ 00072

Cultural competency will be a cornerstone of all MIOCR Project elements. All MIOCR staff and contract service providers will be required to demonstrate skills in interviewing and assessing minority individuals, to formulate treatment plans that are culturally sensitive to the individual and family's concept of health and illness, and to provide treatment interventions with an understanding of the cultural differences in treatment expectations. This is consistent with the expertise, abilities and attitudes of the current MDT members, the Court Team, and other program staff. The MDT and Juvenile Mental Health Court Team are ethnically and linguistically reflective of the juvenile populace they serve, and all staff completes in-service training in culturally competent service provision.

Santa Clara County has been a leader in the development of culturally competent mental health services. All system providers are required to demonstrate cultural competency, and the MHD contracts for services with culturally-specific providers centered in Latino, Asian, African American, Native American, and Eastern European communities; and the MHD employs an Ethnic Population Services Specialist who reviews and makes recommendations on issues of cultural competency.

For the past decade, Santa Clara County's MHD, DADS and Probation also have been recognized for their needs assessment and research/evaluation efforts. Their departments and research divisions have successfully completed several projects that have significantly advanced Santa Clara County's cost-effectiveness, culturally competent service system design, services research, and program planning and development. All services provided by the Departments and their contracted programs are entered into a data base, which maintains client information, clinical information (diagnoses and functional assessment), quality compliance, and review information related to treatment plans and types and dates of service delivery. Programs are

Pena/ 00073

reviewed for the type and amount of services provided in addition to client demographics. Mental Health provider services are evaluated through the MHD Performance Evaluation system that has recently implemented annual provider performance evaluation reports.

The MIOCR Youth Development Partnership has been carefully crafted by a broad collaborative of key partners, is based on consensus decisions, responds specifically to gaps in existing services, has received a pledge from all partners of ongoing participation in project implementation and oversight, and will be the recipient of a significant amount of complementary, matching services.

## B.    PAST SUCCESS

In the space below, describe past successes by the applicant in implementing and managing grant-funded projects (state and/or federal).

Both the applicant and designated agencies have experience in successfully managing grants and contracts. The MHD will provide fiscal oversight and grant administration. The two departments will establish all requirements and responsibilities through a formal MOU. The MHD Administration has extensive experience in the fiscal management of grants and has responsibility for managing revenue from the state and federal governments, the County General Fund, fees for service, and numerous grants and other sources. Its fiscal operations are subject to periodic audits by the County's Auditor Controller, the California Department of Mental Health, the California Department of Finance, various grantors, and the federal government. All of its records are available and open for public inspection. The MHD has extensive experience in program management and the reporting, record maintenance, data collection and analysis of contracts and programs. The MHD has received numerous other state and federal grants, such as Substance Abuse and Mental Health Services Administration

Pena/ 00074

(SAMHSA), Projects for Assistance in Transitions from Homelessness (PATH), Juvenile

Justice Crime Prevention Act (JJCPA), and FIRST 5.

## C.    TIMELINE OF ACTIVITIES

Use the table below to list project start-up/implementation activities and anticipated timelines for the 18-month grant period. If more space is needed, extend the table.

| Project Activity | Timeline (month(s)/year) |
|---|---|
| Hold first meeting of the MIOCR Project Steering Committee | January 2007 |
| Formalize JPD, MHD and DADS Memoranda of Understanding | January 2007 |
| Formalize agreed-upon, interagency project protocols | February 2007 |
| Recruit, screen and hire project staff | January - April '07 |
| Develop request for proposal (RFP) for aftercare services | February 2007 |
| Select aftercare service providers and finalize contracts | April 2007 |
| Initiate Motivational Interviewing training for custody staff and aftercare providers | March 2007 |
| Initiate Health Realization for custody staff | February 2007 |
| Select location/s for Health Realization post-custody classes | February 2007 |
| Formalize MDT and Court coordination procedures | February 2007 |
| Formalize MDT and aftercare service referral criteria and process | April 2007 |
| Begin serving youth through expanded eligibility criteria | May '07 & ongoing |
| Hold quarterly MIOCR Project Steering Committee meetings | ongoing |
| Develop data tracking and evaluation procedures per CSA directives | January 2007 and/or whenever available |
| Respond to all CSA fiscal and programmatic reporting requirements | ongoing |

## SECTION VI  PROJECT BUDGET

A.    **BUDGET LINE ITEM TOTALS:** Please fill out the following table for the project's proposed budget. Although line items may not reflect those used by counties, the CSA uses these line items for its invoices, so please insert amounts where they fit best. Amounts must be whole dollars only. Applicants must provide a 25 percent match of the grant funds requested.

| LINE ITEM | GRANT FUNDS | CASH MATCH | IN-KIND MATCH | TOTAL |
|---|---|---|---|---|
| 1. Salaries and Benefits | $646,508 | $0 | $354,893 | $1,001,401 |
| 2. Services and Supplies | $64,651 | $0 | $0 | $64,651 |
| 3. Professional Services | $298,867 | $0 | $0 | $298,867 |
| 4. CBO Contracts | $352,961 | $0 | $930,956 | $1,283,917 |
| 5. Indirect Costs | $100,985 | $0 | $0 | $100,985 |
| 6. Fixed Assets/Equipment | $0 | $0 | $0 | $0 |
| 7. Other | $0 | $0 | $0 | $0 |

Santa Clara County Juvenile MIOCR RFP - 11/3/2006

Pena/ 00075

| | TOTAL | $1,463,972 | $0 | $1,285,849 | $2,749,821 |
|---|---|---|---|---|---|

**B.    LINE ITEM DETAILS:** In the space below each line item, describe how grant funds and local match funds would be used to implement the project.  Please provide sufficient detail to assess the nexus between the requested grant funds and the proposed project.

**1. SALARIES AND BENEFITS:**

| Grant positions for the Multi-Disciplinary Team and Expanded Treatment Court: | | |
|---|---|---|
| 1.0 FTE HC Program Manager II | Apr start,  $117,733 salary and $52,116 benefits | $169,849 |
| 3.0 FTE Psych Social Worker II | May, Jun, Sep start $247,640 salary and $116,537 benefits | $364,177 |
| 0.5 FTE HC Program Analyst II | Oct start, $29,880 salary and $14,046 benefits | $43,926 |
| 1.0 FTE Sr. Health Srvs Rep | Sep start. $43,991 salary and $24,566 benefits | $68,557 |
| | | $646,508 |
| In-kind positions for the Multi-Disciplinary Team and Treatment Court: | | |
| 2.0 FTE Psych Social Worker II | Annual cost $161,174 salary and $75,421 for 18 months | $354,893 |

MIOCR funds will be used to hire one Health Care Program Manager who will oversee the MIOCR Youth Development Partnership and have responsibility for all three components.  This position will supervise MDT and Treatment Court staff and will monitor all care management activities of YDP, including contracted services and all training activities.  In addition, MIOCR funds will be used to hire 1.0 FTE clinician to provide MDT's, and 2.0 FTE's to provide in-courtroom clinical support to two Juvenile Court Judges in the expanded Mental Health Treatment Court program.   A .5 FTE Health Care Analyst II will set up, collect, summarize and prepare reports on program data to meet CSA Requirements. A 1.0 FTE Senior Health Services Representative will manage the clerical functions of the YDP programs and will coordinate MDT's, maintain client records, enter services in the client data base, and coordinate training.  The in-kind staff includes 1.0 FTE Clinician who currently provides MDT's and training, and 1.0 FTE Clinician who currently works in the Mental Health Treatment Court.

**2. SERVICES AND SUPPLIES:**

Office supplies and other program operating expenses are estimated at 10% of personnel cost ($64,651).

3. **PROFESSIONAL SERVICES:**

**Benefit Assistance ($70,000).** Grant funds will include costs associated with payment for a qualified benefit assistance provider selected through an RFP process. Current contracts for similar services are paid at $350 per successful case. The proposal estimates successful enrollment of 200 youth in health insurance over the 18-month grant period.

**Health Realization Training ($153,867):** Grant funds will include the cost of Health Realization training through contracts with professional trainers @ $225 per hour x 36 hours x 4 sessions ($32,400), in addition to 624 two-hour client classes @ $170 per class ($106,080), plus 10% administrative cost ($15,387).

**Developmental Assessments ($75,000):** Grant funds will cover the cost of 50 multidisciplinary assessments at a rate of $1,500 through the Center for Learning and Achievement (CLA), a specialized pediatric developmental and behavioral assessment center. CLA will provide screening, diagnostic assessment and written report, family and staff consultation, and parent advocacy and support to all referred youth.

4. **COMMUNITY-BASED ORGANIZATIONS:**

**Outpatient Services ($352,961).** Grant funds will establish a contract with a community-based Medi-Cal certified mental health provider with expertise in serving juvenile justice youth, and in particular, Latino and African American youth for the provision of evidenced-based outpatient service to 200 youth. Services will include Brief Strategic Family Therapy, an additional eight ART outpatient groups annually, psychiatric medication management, and case management ($507,703 in program expenses offset by $154,742 EPSDT/MediCal). In-kind support will include $930,956 in MHSA funded Full Service Partnership services to thirty Probation referred youth.

Pena/ 00077

These services will be leveraged by EPSDT/Medi-Cal revenue ($1,723,214 offset by $792,258 EPSDT/MediCal).

**5. INDIRECT COSTS:** This total may not exceed 10% of the grant funds.

Grant funds are requested to cover indirect costs of $100,895 (6.9% of grant funds) estimated at 15.62% of personnel cost based on FY06 actual experience.

**6. FIXED ASSETS/EQUIPMENT:**

None

**7. OTHER**

None

**C.    FUNDING REQUEST**

In the space below, explain why the amount of funds requested is reasonable and appropriate given the proposed project's design and scope.    If applicable, describe any other funding streams that may be used to support the proposed project.

Requested grant funds will support a comprehensive program and provide an estimated 1,072 mentally ill duplicated youth offenders with essential state-of-the-art services, from detention to aftercare increasing the current system capacity by 54%, for an average investment of $1399 per new episode of care. These services will result in reduced youth days in custody, re-arrests, behavioral incidents in custody, and use of emergency psychiatric and hospital services.  Youth are expected to perform better in school and at home as a result of the support they and their families receive.  Court staff, probation officers, and custody staff will improve their knowledge and skills in addressing the needs of these youth and will report improved service coordination. Parents will gain greater knowledge and understanding of the mental health issues impacting their child and will utilize this knowledge to support their child's development and emotional well-being. Over $1,285,849 in additional MHSA and Medi-Cal/EPSDT funding will leverage the effectiveness of the program.

Pena/ 00078