# EXHIBIT O



# DIVISION OF ADULT PAROLE OPERATIONS

## MENTALLY ILL PAROLEE POPULATION

### March 28, 2008

Pena/ 00948

This serves as a brief description of the California mentally ill parolee population and services available to increase public safety and reduce recidivism among this population by way of stabilization, restoration, and rehabilitation in the least restrictive environment possible.

Consistent with the terms of the *Valdivia v Schwarzenegger* federal court injunction, effective January 8, 2007, the California Department of Corrections and Rehabilitation (CDCR) no longer incarcerates parolees solely for psychiatric treatment (psych-return). Therefore, when a parolee requires mental health treatment above the level of care available from the Parole Outpatient Clinics (POC), CDCR relies on the counties, and other community-based providers, to obtain necessary mental health services. Specifically, parolees are brought to the county mental health facilities for a California Welfare and Institutions Code (WIC) §5150 evaluation. Oftentimes, a parolee resident does not meet the criteria for continued county services via the WIC §5150 process, but will still require a structured level of care in order to prevent negative outcomes in the community. With the end of the psych-return process, this level of care must now be provided by community-based mental health facilities.

Page 3    Mentally Ill Inmates-Parolees

Page 4    Recidivism Rates of Mentally Ill Parolees

Page 4    Current Services Provided To Mentally Ill Parolees

Page 6    Assembly Bill 900

Page 6    Adult System of Care and Current Legislative Focus on Mentally Ill Parolees

Page 8    Current Services Needs for Mentally Ill Parolees

Pena/ 00949

**Mentally Ill Inmates-Parolees:**
Inmates participating in the prison's Mental Health Services Delivery System are designated into two categories, dependent on their diagnosis and/or symptoms related to mental illness. The two designations are:

- EOP – This acronym represents the Enhanced Outpatient Program. Inmates designated EOP require increased mental health care and are house separately from the prison's general population.
- CCCMS – This acronym represents the Correctional Clinical Case Management System. Inmates designated CCCMS require minimal mental health care and are typically housed within the prison's general population

The designations of EOP and CCCMS remain constant upon parole. EOP parolees are supervised at 40 parolees to one parole agent (40:1), and CCCMS parolees are supervised at a ratio of 70:1. As of February 2008, the statewide mentally ill parolee population was 22,219. Mentally ill parolees account for approximately 20% of the overall parolee population.

The following two tables reflect the February 2008 mentally ill parolee population breakdown by parole region and mental health designation, and statewide monthly averages by California Fiscal Year's (FY) 2006/07, and 2007/08 through February 29, 2008.

Table 1

| Parole Region | CCCMS | EOP | February 2008 Mentally Ill Parolee Population |
|---|---|---|---|
| Region 1[1] | 5,123 | 642 | 5,765 |
| Region 2[2] | 3,519 | 955 | 4,474 |
| Region 3[3] | 4,644 | 1,295 | 5,939 |
| Region 4[4] | 4,925 | 1,116 | 6,041 |
| TOTAL | 18,211 | 4,008 | 22,219 |

[1] Parole Region 1 includes the Counties of Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, and Yuba.
[2] Parole Region 2 includes the Counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Luis Obispo, San Mateo, Santa Barbara, Santa Clara, Santa Cruz, Solano, Sonoma, and Ventura.
[3] Parole Region 3 consists of the County of Los Angeles.
[4] Parole Region 4 includes of the Counties of Imperial, Orange, Riverside, San Bernardino, San Diego,

3

Pena/ 00950

Table 2

| Fiscal Year | Statewide Monthly Average CCCMS | Statewide Monthly Average EOP | Statewide Monthly Average Combined |
|---|---|---|---|
| FY 06/07 | 17,965 | 3,823 | 21,788 |
| FY 07/08 | 18,535 | 3,965 | 22,500 |

The increase of 3% in the mentally ill parolee population for FY 2007/08 compared to FY 2006/07 appears as an exact correlation to the 3% increase in the overall parolee population for the same period.

**Recidivism Rates of Mentally Ill Parolees:**
Mentally ill inmates that paroled during the calendar year 2006 were followed for 12 months post release to determine if they had returned to custody, and whether or not they had POC contact.

Beginning, January 1, 2006 through December 31, 2006, the total number of mentally ill inmates released to parole was 28,674.

| | Mentally Ill Inmates Paroled in 2006 | PRTC* Within 12 Months of Parole | Overall Recidivism Rate of Mentally Ill Parolees | Parolees Without POC Contact Prior to PRTC | Recidivism Rate | Parolees With POC Contact Prior to PRTC | Recidivism Rate |
|---|---|---|---|---|---|---|---|
| EOP | 3,028 | 2,083 | 69% | 1,068 | 75% | 1,015 | 63% |
| CCCMS | 25,646 | 17,127 | 67% | 10,861 | 77% | 6,266 | 54% |

*PRTC = Parolee Returned To Custody

**Current Services Provided To Mentally Ill Parolees:**
In 1954, CDCR established the POC program to assist parolees with mental health problems successfully reintegrate into the community, and as a consequence, reduce recidivism rates among this population.

In California Fiscal Year (FY) 99/00, CDCR implemented the Mental Health Services Continuum Program (MHSCP), which provides pre-release planning and post-release treatment for mentally ill parolees. The MHSCP consists of:

1. Transitional Case Management Program for the Mentally Ill (TCMP-MI): TCMP-MI consists of two contractors which provide pre-release assessments for all inmates identified as part of the prison's Mental Health Services Delivery System. The services begin 90 days prior to parole and conclude upon parole. TCMP-MI provides needed information to the POC staff for intake and treatment preparation.

4

2. POC: POC provides mental health assessments, and treatment upon and throughout parole. Treatment consists of medication management, group therapy, and individual therapy to parolees at high risk of criminal behavior due to their mental illness. POC staff is located, conduct evaluations and provide services in CDCR parole offices located throughout the State.

The MHSCP does not provide for supportive or transitional housing, mental health board & care, assisted living, crisis management beds, or in-patient treatment. POC provides clinical services and medication management solely on an outpatient basis.

On February 5, 2007, the Division of Adult Parole Operations (DAPO) implemented a new program to assist in recidivism reduction by providing increased frequency of clinical services to mentally ill parolees upon parole from prison. Upon parole, inmates designated as:

- EOP are scheduled for 8 consecutive POC appointments which occur within 90 days of release from incarceration.
- CCCMS parolees are scheduled for 4 consecutive POC appointments which occur within 60 days of release from incarceration.

At completion of the initial POC appointments that mentally ill parolees attend upon parole, the frequency and duration of continued outpatient mental health treatment is determined by POC clinical staff.

This enhancement was approved as a result of evidence-based research conducted by the University of California, Los Angeles (UCLA), Integrated Substance Abuse Programs. The UCLA research revealed a strong positive relationship between the number of POC sessions attended and recidivism risk. Specifically, the greater number of POC contacts a mentally ill parolee has, the less likely he or she is returned to prison, and that enhancing retention in the program would further reduce recidivism outcomes.

POC Staffing

| Statewide Parole Outpatient Clinic Classifications | Total Authorized Positions | February 2008 Parolee Clinician Ratio |
|---|---|---|
| Chief Psychiatrist | 4 | N/A |
| Staff Psychiatrist | 41 | 542:1 |
| Senior Psychologist, Supervisor | 4 | N/A |
| Clinical Psychologist | 47 | 473:1 |
| Supervising Clinical Social Worker | 11 | N/A |
| Clinical Social Worker | 128 | 174:1 |
| Mental Health Program Supervisor | 4 | N/A |
| Total Positions | 239 | |

5

Pena/ 00952

**Assembly Bill 900:**
California Assembly Bill (AB) 900, Chapter 7, Statutes of 2007 added California Penal Code section (PC) 3073 that authorizes CDCR to contract with California Counties for Day Treatment Programming and Mental Health Crisis intervention and services.

AB 900 also included 13 conditions outlined in paragraphs (1) to (13) of section PC 7021(a) that must be met prior to the release of Phase II funding. Condition (8) reads "*At least 300 parolees are being served in day treatment or crisis care services, pursuant to Section 3073.*"

CDCR has heard from many stakeholders that the language in AB 900 pertaining to Day Treatment Programming is an outdated model that does not correspond with the current adult system of care models that many counties are conforming to.

Implementation Status:
The Legislature set aside $4 Million in CDCR's FY 07/08 budget in Leg Change Item 314 for Wrap Around and Residential Services for Mentally Ill Parolees. DAPO is currently utilizing the $4 Million for FY 2007/08 as regionally disbursed case management dollars at the parole unit level. These monies are being utilized solely for the mentally ill parolee population to provide transitional housing, board and care, and crises care services. DAPO is on schedule to serve 300 parolees by July 1, 2008.

DAPO is also negotiating with several counties in its efforts to enter into contractual relationships with counties and financially supplement their existing systems of mental health care for the purpose of serving an agreed upon number of parolee at any point in time during the contract period.

For FY 2008/09, the proposed budget includes $5,629,000 to augment the proposed continuation of the $4 Million in Recidivism Reduction funding for a combined total of $9,629,000 to fund contracted services for mentally ill parolees.

**Adult System of Care and Current Legislative Focus on Mentally Ill Parolees:**
The adult system of care model, begun through the implementation of Chapter 617 of the Statutes of 1999 for adult mental health and related items, and expanded by Chapter 518 of the Statutes of 2000, to provide models for parolees with serious mental illness that can meet the performance outcomes required by the Legislature.

This comprehensive model provides varied level of care, supportive/transitional housing, and an array of mental health rehabilitative services that assist with the development of independent living in the least restrictive environment possible. Mental health rehabilitative services include but are not limited to; alcohol and

Pena/ 00953

drug services, transportation, supportive housing and other housing assistance, vocational rehabilitation and supported employment services, money management and other life skills instruction.

Senate Bill (SB) 1651 was introduced on February 22, 2008 by Senators Steinberg, and Romero, with Principal coauthor Assembly Member Hayashi, and coauthors Senator Alquist and Senator Kuehl. SB 1651 is a re-write of SB 851 which was vetoed on October 10, 2007 by Governor Arnold Schwarzenegger.

SB 1651 has two components which are expansion and standardization of California Mental Health Courts, and implementation of a pilot adult system of care model program to serve mentally ill parolees. The focal point in SB 1651 for parolees as interpreted by DAPO is to provide enhanced services for mentally ill parolees. These services include, but are not limited to:

A service planning and delivery process that is target population based and includes the following:

- Each client shall have a clearly designated mental health personal services coordinator who may be part of a multidisciplinary treatment team who is responsible for providing or assuring needed services.
  - o Responsibilities include;
    - Complete assessment of the client's needs,
    - Development of the client's personal services plan,
    - Linkage with all appropriate community services,
    - Monitoring of the quality and follow through of services, and necessary advocacy to ensure each client receives those services that are agreed to in the personal services plan.
- The individual personal services plan shall ensure that members of the target population involved in the system of care receive age, gender, and culturally appropriate services, to the extent feasible, that are designed to enable recipients upon release to:
  - o Live in the most independent, least restrictive housing feasible in the local community, and, for clients with children, to live in a supportive housing environment that strives for reunification with their children or assists clients in maintaining custody of their children as is appropriate.
  - o Engage in the highest level of work or productive activity appropriate to their abilities and experience.
  - o Create and maintain a support system consisting of friends, family, and participation in community activities.
  - o Access an appropriate level of academic education or vocational training.
  - o Obtain an adequate income.
  - o Self-manage their serious mental illness and exert as much control as possible over both the day-to-day and long-term decisions that affect their lives.

Pena/ 00954

- Plans for services, including design of mental health services, coordination and access to medications, psychiatric and psychological services, substance abuse services, supportive housing or other housing assistance for parolees, vocational rehabilitation, and veterans' services.
- Provision for housing for parolees that is immediate, transitional, or permanent.
- Evaluation strategies that shall consider cultural, linguistic, gender, age, and special needs of minorities in the target populations.
- Provision for services to meet the special needs of elder adults.
- Provision for services specifically directed to seriously mentally ill young adults 25 years of age or younger that are at significant risk of becoming homeless.
- Provision for family support and consultation services, parenting support and consultation services, and peer support or self-help group support, if appropriate for the individual.
- Provision for services to be client-directed and that employ psychosocial rehabilitation and recovery principles.
- Services reflecting special needs of women from diverse cultural backgrounds, including supportive housing that accepts children, personal services coordinator, therapeutic treatment, and substance abuse treatment programs that address gender specific trauma and abuse in the lives of persons with serious mental illness, and vocational rehabilitation programs that offer job training programs free of gender bias and sensitive to the needs of women.

### Current Service Needs for Mentally Ill Parolees:

The AB 900 condition related to paroles states: *"At least 300 parolees are being served in day treatment or crisis care services, pursuant to Section 3073."*

In the numerous conversations that DAPO staff has with County representatives regarding AB 900 and other enhancements sought for mentally ill parolees, the question of who will fund residential services and step down care such as mental health board & care is posed to DAPO staff. In order to provide the complete wrap around and transition services required to achieve the most positive outcome in a mental health system of care model, funding for temporary housing and mental health board & care is required.

Board & care is necessary for both a step up from POC, and a step down from crisis care. Transitional/supportive housing is necessary for mentally ill parolees that are receiving the various mental health rehabilitative services for life skills development, and independent living when in need of a residence.

8

Pena/ 00955