1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5708
   Facsimile: (415) 703-5843
9  lisa.tillman@doj.ca.gov
   kyle.lewis@doj.ca.gov

   HANSON BRIDGETT LLP
   JERROLD C. SCHAEFER - 39374
   PAUL B. MELLO – 179755
   S. ANNE JOHNSON – 197415
   SAMANTHA D. TAMA – 240280
   RENJU P. JACOB - 242388
   425 Market Street, 26th Floor
   San Francisco, CA 94105
   Telephone: (415) 777-3200
   Facsimile: (415) 541-9366
   jschaefer@hansonbridgett.com
   pmello@hansonbridgett.com
   ajohnson@hansonbridgett.com
   stama@hansonbridgett.com
   rjacob@hansonbridgett.com

10 Attorneys for Defendants

11

12                    UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14           AND THE NORTHERN DISTRICT OF CALIFORNIA

15     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

| | |
|---|---|
| 18 RALPH COLEMAN, et al., | No. 2:90-cv-00520 LKK JFM P |
| 19          Plaintiffs, | **THREE-JUDGE COURT** |
|             v. | |
| 20 ARNOLD SCHWARZENEGGER, et al., | |
| 21          Defendants. | |
| 22 MARCIANO PLATA, et al., | No. C01-1351 TEH |
| 23          Plaintiffs, | **THREE-JUDGE COURT** |
| 24          v. | **TRIAL AFFIDAVIT OF TODD JERUE** |
| 25 ARNOLD SCHWARZENEGGER, et al., | To: Three-Judge Panel |
| 26          Defendants. | |

27

28

1

1    I, Todd Jerue, declare:

2        1.      I am a Program Budget Manager in the Department of Finance for the

3    State of California. I have personal knowledge of the facts stated in this declaration and

4    if called to testify about those facts could and would do so competently.

5                        I.      **Current Position and Background**

6        2.      I assumed my current position as a Program Budget Manager in the

7    Department of Finance (DOF) in June 2006. As a Program Budget Manager, I have

8    responsibility for overseeing the preparation and submission of the annual operations

9    and support budget of approximately 50 State agencies and departments, including the

10   California Department of Corrections and Rehabilitation (CDCR). Roughly 25-50% of

11   my time is spent overseeing budget matters for CDCR. I supervise two assistant

12   managers, six supervisors, and approximately 12 staff, plus clerical personnel. I report

13   directly to the Chief Operating Officer of DOF and ultimately the Director of Finance.

14       3.      Before my appointment as a Program Budget Manager, I served in a

15   number of budget analyst positions at DOF. From October 2004 until my current

16   appointment in June 2006, I served as an Assistant Program Budget Manager at DOF

17   overseeing budget matters for CDCR, the Department of Justice, and various other

18   departments. From July 2002 to October 2004, I was a Principal Program Budget

19   Analyst on the CDCR assignment and was responsible for examining and developing

20   correctional operations budget issues. Prior to that assignment, I was a Principal

21   Program Budget Analyst on the Department of Justice/Judiciary assignment from July

22   2001 to July 2002. From August 2000 to July 2001, I was a Principal Program Budget

23   Analyst at DOF assigned to work on general government budget matters. From 1997 to

24   2000, I was an Assistant Finance Budget Analyst and Staff Finance Budget Analyst at

25   DOF working on budget matters for a variety of State departments. I was awarded a

26   Masters of Business Administration from California State University, Sacramento in 1994

27

28

                                        2

TRIAL AFFIDAVIT OF TODD JERUE
(CASE NOS. 2:90-CV-00520 LKK JFM P AND C01-1351 TEH)

1   and obtained a Bachelor's Degree of Science in Business Administration from that
2   institution in 1990.

## II.    Overview

4       4.      A significant portion of CDCR's annual support and operations budget is
5   devoted to the provision of health care services, including medical care, mental health
6   care, and the custody, control, and transportation of inmates to health care
7   appointments. Over the past two decades, and in particular in the last three years, the
8   amount of budget expenditures directed toward the provision of CDCR health care
9   services, including medical and mental health care services, has increased dramatically.
10  As discussed in greater detail below, since Fiscal Year (FY) 1994-95 the annual CDCR
11  budget expenditures for health care services has increased more than 550% to its
12  current level in FY 2007-08. In the same period, the in-state inmate population in
13  CDCR-operated prisons has increased less than 30%. As a result of the increased
14  funding versus population growth during this time, CDCR has allocated significantly
15  more funding to service the health care needs of its inmate population, resulting in
16  demonstrably higher per inmate costs. Additionally, I anticipate the Medical program
17  operated by the Receiver will continue to request budget augmentations to support
18  CDCR health care operations.

## III.    Progression of Health Care Services Program Funding Within CDCR

20      5.      The amount of funds appropriated to CDCR for the operation of its inmate
21  health care services program has steadily grown over the past years. The information
22  contained below, while general in nature and reflecting in-state CDCR population figures
23  and budgets that are fluid, is nonetheless indicative of a greatly increased allocation of
24  funding to CDCR for the provision of inmate health care services.

25      6.      During Fiscal Year (FY) 1994-95, a total of $344 million was expended for
26  CDCR health care services, including mental health and medical care services. Due to
27  changes in categorization of budget expenditures, I am not able to determine if this total

28

3

1  includes expenditures for health care administration costs and/or custody-related costs,
2  or how much was spent on those items during that period. Taken on the whole,
3  nonetheless, the average daily inmate population at in-state CDCR-operated prisons as
4  of June 30, 1995 was 126,758, resulting in a per inmate expenditure of approximately
5  $2,714.

6       7.      During FY 2005-2006, a total of $1.252 billion was expended for CDCR
7  health care services, including mental health and medical care services, health care
8  administration, and the custody, control, and transportation of inmates to health care
9  appointments. The average daily inmate population at in-state CDCR-operated prisons
10  as of June 30, 2006, was 164,712, resulting in a per inmate expenditure of
11  approximately $7,601.

12       8.      During FY 2006-2007, a total of $1.635 billion was expended for CDCR
13  health care services, including mental health and medical care services, health care
14  administration, and the custody, control, and transportation of inmates to health care
15  appointments. The average daily inmate population at in-state CDCR-operated prisons
16  as of June 30, 2007, was 167,532, resulting in a per inmate expenditure of
17  approximately $9,759.

18       9.      During FY 2007-2008, a total of $2.249 billion was expended for CDCR
19  health care services, including mental health and medical care services, health care
20  administration, and the custody, control, and transportation of inmates to health care
21  appointments. This represents a 554% increase in expenditures for CDCR mental
22  health and medical care services as compared to FY 1994-95, and an 80% increase in
23  overall CDCR health care services program expenditures from just two years earlier in
24  FY 2005-06. The average daily inmate population at in-state CDCR-operated prisons as
25  of June 30, 2008, was 163,231, resulting in a per inmate expenditure of approximately
26  $13,778. This is a 408% increase in per inmate expenditure from FY 1994-95, and an
27  81% increase in per inmate expenditure from FY 2005-06.

28

4

1    10.    In FY 2008-2009, the anticipated expenditure for CDCR health care

2    services, including mental health and medical care services, health care administration,

3    and the custody, control, and transportation of inmates to health care appointments is

4    $2.193 billion. This decrease in anticipated expenditures is due to the removal of the

5    unallocated Program 97 funds from the CDCR health care services program budget, in

6    addition to the projected reduction of the CDCR prison population and resultant cost

7    reduction. The average daily inmate population at in-state CDCR-operated prisons,

8    based on the 2008 May Revision of the Governor's Budget projection, is 157,992,

9    resulting in a per inmate expenditure of approximately $13,887.

10                        **IV.    Conclusion**

11    11.    Based on the foregoing budget expenditure statistics, the amount of

12    funding appropriated to and utilized by CDCR for health care services programs in the

13    past 14 years has dramatically increased, including a sizeable increase in expenditures

14    since just FY 2005-06. Furthermore, in comparison to the average in-state CDCR

15    inmate population, health care service expenditures have far outpaced the growth of the

16    CDCR inmate population. As a result, there has been a concomitant increase in the

17    expenditures for CDCR health care services on a per inmate basis, particularly in recent

18    years.

19        I declare under penalty of perjury that the foregoing is true and correct. Executed

20    in Sacramento, California on October 30, 2008.

21

22                                 TODD JERUE

23

24

25

26

27

28
                                          5
TRIAL AFFIDAVIT OF TODD JERUE
(CASE NOS. 2:90-CV-00520 LKK JFM P AND C01-1351 TEH)