# EXHIBIT V
# DECL. OF GARY GRAVES

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Intervenors
   COUNTY OF SANTA CLARA
6

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10         AND THE NORTHERN DISTRICT OF CALIFORNIA

11    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

14  RALPH COLEMAN, et al.,                )   No.  CIV S-90-0520 LKK JFM P
                                          )
15          Plaintiffs,                   )   THREE-JUDGE COURT
                                          )
16  v.                                    )   **TRIAL DECLARATION OF GARY A.
                                          )   GRAVES**
17  ARNOLD SCHWARZENEGGER, et al., )
                                          )   Trial Date:    November 18, 2008
18          Defendants.                   )   Time:          1:30 p.m.
                                          )   Location:      U.S.D.C. Ceremonial Courtroom
19  _____ )
                                          )
20  MARCIANO PLATA, et al.,               )   No.  C01-1351 TEH
                                          )
21          Plaintiffs,                   )   THREE-JUDGE COURT
                                          )
22  v.                                    )
                                          )
23  ARNOLD SCHWARZENEGGER, et al., )
                                          )
24          Defendants.                   )
                                          )
25  _____ )

26          I, Gary A. Graves, declare as follows:

27          1.      I have been employed by the County of Santa Clara (the "County") for 24 years.  I

28  am currently employed as the Assistant County Executive and have been so employed since

1    August 2003. Prior to becoming the Assistant County Executive, I was the County Budget

2    Director from 1984 through 1997 and the Deputy County Executive from 1997 to 2003. I have

3    been appointed to serve as the Acting County Executive, effective November 3, 2008.

4        2.    As the Assistant County Executive, I am responsible for the day-to-day management

5    of the County and the County's fiscal operations and resource allocation. I also have

6    responsibility for preparation of the County's budget each fiscal year. My duties include

7    considering and forming opinions regarding the impact to the County of additional persons,

8    including state prisoners or parolees, needing services from the County. On August 15, 2008, I

9    prepared and submitted the Expert Report of Gary A. Graves ("Graves Report") in this case,

10   which has been filed simultaneously with this Declaration.

11       3.    The County of Santa Clara FY2009 Recommended Budget ("Recommended

12   Budget") was released by the Office of the County Executive in May 2008. On September 23,

13   2008, Governor Schwarzenegger signed the State Budget for Fiscal Year 2008-2009. The

14   Governor made approximately $153 million in budget cuts to health and human services. The

15   estimated impact of the state's budget actions on the County is approximately $13 million,

16   including $ 7.8 million in the health services area. In addition, the Board of Supervisors

17   approved $4.1 million in target amounts for the County departments to address after finalization

18   of the State Budget. Taken together, the total impact to the County's budget is approximately

19   $17.1 million. As a result, the County Executive is proposing millions of dollars in additional

20   budget cuts from the Recommended Budget to certain departments, including the Mental Health

21   Department, the Drug and Alcohol Department, and the Santa Clara Valley Medical Center.

22       4.    During the past 5 years (FY 2003 through FY 2008), the County has solved budget

23   deficits that have exceeded $1 billion, and faced a general fund deficit of $172 million for fiscal

24   year 2009. The County has forecasted significant deficits at least through 2012. The County is

25   in a dire financial situation and does not have resources to provide services to an influx of

26   prisoners released from the state prison. (*See, e.g.,* Recommended Budget (Exhibit A to County

27   Exhibit List) at p. 1 ("Every level and sector of government faces service demands and needs

28   that exceed available resources," and showing budget deficits from 2003 and projected into

1  2012).)  For all of the reasons stated in the Graves Report, my opinion is that if prisoners are

2  released into Santa Clara County pursuant to a prisoner release order issued by this Court the

3  County will not have the resources to incarcerate them and/or provide alcohol and drug

4  treatment, mental health treatment, housing, health care, and other services.  Consequently, if

5  the individuals released from state prison are unable to access these services,  there will be a

6  significant negative impact to public safety because there will be an influx of released prisoners

7  in the County without housing, substance abuse, mental health and health care services, and the

8  County jail may become overcrowded.

9       5.    I wish to correct a misstatement in the Graves Expert Report.  On page 5, I indicate

10  that ten percent of mentally ill inmates released or paroled to the County would need "inpatient"

11  services, and the cost of those services is $19,380.  The correct term is "intensive," services (or

12  "Full Service Partnership"), and the cost per client of those intensive services is $19,380.  (See

13  County Exhibit G, p. 1.)

14      The foregoing is based on my personal knowledge and my expert opinion.  If called to

15  testify as a witness I could and would testify competently thereto.  I declare under the penalty of

16  perjury under the laws of the State of California that the foregoing is true and correct.  Executed

17  this ___ day of October, 2008, at San Jose, California.

18

19

20                                       Gary A. Graves

21

22

23

24

25

26

27

28