EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br>     Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | No. 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br>     Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **TRIAL AFFIDAVIT OF DEBORAH HYSEN** <br><br> **To:** Three-Judge Panel |

TRIAL AFFIDAVIT OF DEBORAH HYSEN
(2:90-CV-00520 LKK JFM P)(C01-1351 TEH)

1659702.1

I, Deborah Hysen, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) in the position of Chief Deputy Secretary of Facilities Planning, Construction and Management. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts could and would do so competently.

## I. Current Position and Background

2. I have served as Chief Deputy Secretary of Facilities Planning, Construction and Management (formerly Facilities Management) since June 2007. My responsibilities include the overall management and oversight of the construction projects for CDCR across all of its institutions; the leasing functions of CDCR, including its headquarters operations and parole offices; telecommunications construction projects and maintenance of telecom services at the institutions; the energy projects for the institutions, including leadership in all of the energy conservation goals, such as water and electricity; setting design standards for the institutions; and the master planning of the Department in terms of the facility needs, including the Juvenile Justice facilities.

3. My background is in construction and facilities management. I started working for the State of California in 1997 as the Regional Manager for the Department of General Services for a portfolio of state office buildings. I worked for the Department of General Services for seven or eight years. During that time, I was promoted from Regional Manager to Assistant Chief of Real Estate to Assistant Deputy Director of Real Estate to Chief Deputy Director of the Department. Then, in January 2004, I went on loan to the Governor's Office for the California Performance Review (CPR), which was a reform effort. For perhaps a year and a half I was part of the executive team charged with developing the reform initiatives that came out of that effort, particularly charged with assembling all of the information into a series of books. I also acted as a liaison to the independent part of the CPR report that was being headed by former Governor Deukmejian. I was also responsible for assisting in the Governor's reorganization plans that came out of the CPR, particularly in connection with the Department of Technology

-1-

Services. After that, I worked with Clark Kelso, who was also on the executive team at CPR, on the Enterprise Architecture Initiative, which was an initiative to get state systems functioning more on an in-price basis instead of a silo department basis. I then served as Lead of the Governor's Facilities Strike Team, established on May 11, 2007 in response to Assembly Bill (AB) 900.

4. Prior to working for the State, I worked as a property, asset, and real estate manager in the Los Angeles area, managing office buildings, construction projects, retail centers, apartment complexes, medical buildings, and large-scale tenant improvements.

## II. Overview

5. CDCR has taken significant steps to improve the provision of health care to its inmates, including constructing mental health beds, and has taken steps to prevent and reduce suicides in administrative segregation units. I describe the physical plant aspect of these improvements below. With respect to medical facilities, the CDCR is aware of improvements the *Plata* Receiver has already made and his plans for future construction, which I discuss below. CDCR also has concrete plans to improve its capacity to house and provide programming to inmates. These plans include building in-fill and re-entry beds to help eliminate the use of non-traditional beds.

## III. Construction of Mental Health Beds Within Existing Institutions

6. I have reviewed recent *Coleman* court orders requiring Defendants to address the mental health bed needs of the CDCR mental health caseload. Defendants have embarked on several projects to increase bed space within existing institutions.

7. These individual projects have enabled increased bed capacity. For instance, California State Prison-Sacramento (SAC) activated an additional sixty-four Psychiatric Services Unit beds on January 1, 2008. Six months later, CDCR completed a new 50-bed mental health crisis bed center at California Medical Facility, Vacaville, and opened that facility to patients by June 2008. Kern Valley State Prison activated 1000 Enhanced Outpatient Program beds this past year.

8. Further, CDCR is at various stages of planning and design for the

construction of other mental health projects at its institutions as further described below:

   a. Salinas Valley State Prison — CDCR is currently constructing a second 64-bed Intermediate Care Facility at Salinas Valley State Prison, in compliance with the *Coleman* court order of May 2, 2006. (Defs.' Trial Exh. 1047, a true and correct copy of the *Coleman* court order, filed 3/1/07.) In addition, CDCR is developing the necessary mental health treatment and counseling space for two units (D-5 and D-6) already operating within SVSP, in accord with the *Coleman* court order of October 7, 2008. Funding for preliminary plans and working drawings was appropriated in the Governor's 08/09 Budget and CDCR is completing this work using its in-house architects and engineers.

   b. California Medical Facility — CDCR is currently 99% complete with preliminary plans to construct a 64-bed Intermediate Care Facility, and these plans are expected to be submitted to the Public Works Board at its January 2009 meeting. The future funding of this project was proposed utilizing AB 900 funds. However, further clarification of the availability of those funds is necessary since the trailer bill providing various technical changes to the statutes authorizing these projects did not pass in the most recent legislative session.

   c. California Men's Colony — I understand the *Coleman* court ordered CDCR to reopen "on a temporary emergency basis" the Locked Observation Unit at California Men's Colony as a 36-bed mental health crisis bed unit. In compliance with the *Coleman* court's order to develop a new mental health crisis bed unit at this institution, CDCR has sought funding for a 50-bed mental health bed crisis unit. CDCR completed the necessary 30-day project scope authorization package in August 2008. Once the package is released to the Joint Legislative Budget Committee, it can be scheduled for the Public Works Board hearing for authorization.

   d. California Institute for Women – CDCR has two different proposed mental health projects planned for this facility. The first, a 45-bed

- 3 -

1  Acute/Intermediate Care Facility, has completed its preliminary plans and has
2  submitted them to the Joint Legislative Budget Committee for approval. The
3  future funding of this project was proposed utilizing AB 900 funds. However,
4  further clarification of the availability of those funds is necessary since the trailer
5  bill providing various technical changes to the statutes authorizing these projects
6  did not pass in the most recent legislative session. The second, a 20-bed
7  Psychiatric Services Unit, received preliminary plan funds in the Governor's 07/08
8  Budget and requested and received supplemental appropriation for additional
9  preliminary plans and also working drawings in the Governor's 08/09 Budget.
10 CDCR is in the process of executing a contract with a selected architectural and
11 engineering firm to proceed. Both of these projects are no longer included in the
12 July 2008 Mental Health Bed Plan as separate, stand-alone projects and are
13 instead proposed to be constructed in the healthcare facilities being proposed by
14 the *Plata* Receiver in coordination with the court. Nonetheless, CDCR is
15 continuing work on the phases authorized and funded for these projects until such
16 time as the July 2008 Mental Health Bed Plan is approved by the *Coleman* court.
17      e.    San Quentin — CDCR is moving ahead on two projects at San
18 Quentin State Prison to provide 32 additional mental health crisis beds at this
19 institution. The *Plata* Receiver's current renovation of Building 22 will add 20
20 mental health crisis beds as well as treatment and office space. Further, an
21 additional 12 mental health crisis beds are planned for the new Condemned
22 Inmate Complex. Funding to complete working drawings and to commence
23 construction was appropriated in the Governor's 08/09 Budget. The working
24 drawings are currently being revised and CDCR is making preparatory plans to
25 break ground on this facility.

26          **IV.    CDCR Facilities Management Participation in**
27              **the Development of Suicide Prevention Measures**
28      9.    CDCR Facilities staff worked with CDCR clinicians and custody staff to

- 4 -

develop the *Coleman* court-approved plan to reduce suicide trends within administrative segregation units. Because suicides in administrative segregation units frequently occur by hanging, Facilities Management has committed to removing attachment points within key areas of administrative segregation units. (See Defs.' Exh. 1141, Plan to Reduce Suicide Trends, filed 10/2/06, with supplemental filed 12/1/06.)

10. An inmate placed in administrative segregation is, under the court-approved plan, housed for the first 72 hours of his or her stay in a special intake cell. The intake cells have been retrofitted to eliminate in-cell attachments points and protrusions, including the provision of concrete slab beds and the replacement of cell light fixtures. Further, these intake cells have modified doors to enable custodial and clinical staff the opportunity for increased observation of the inmate. At this time, the status of this project is 86% complete (294 cells out of 339 cells) with a projected completion date of January 2009.

11. Throughout the CDCR system, large mesh ventilation screens have been replaced with small-mesh screens in administrative segregation units. To date, large mesh ventilation screens have been replaced in 61 administrative segregation intake cells in stand-alone administrative segregation units and in intake cells within non-stand-alone administrative segregation units at some 22 sites.

12. To enhance outdoor access for inmates within administrative segregation units, CDCR developed a plan to build a total of 1,162 small management yards in administrative segregation units. Because administrative segregation units are designed to house inmates whose presence in a general population yard poses an immediate threat to the safety of the institution, other inmates or themselves, inmates within administrative segregation require their own exercise yards. Small management yards are secure enclosures constructed adjacent to the administrative segregation units that allow for out-of-cell physical activity and exercise.

13. As of October 2008, 651 of the 1,162 small management yards were completed, with an additional 35 under construction. CDCR continues to work toward

- 5 -

the design and construction of additional small management yards. Funding for the remaining 476 small management yards included in the court order was authorized in the Governor's 08/09 Budget at a cost of $25,407,000, as well as the additional augmentation allocation of $8,593,000 requested by CDCR in the May Revision to accelerate the construction schedule of the small management yards. Despite the delay in the budget passage, and the additional notification requirements that are now required in order to access this augmentation, CDCR has developed an aggressive schedule that it anticipates will allow CDCR to complete these yards within the court-ordered timeframe of June 2009. The accelerated schedule is due primarily to the waivers of the Public Contract Code which were sought and obtained for this project and are in fact being utilized to expedite design and construction activities.

### V.  Construction of Healthcare Facilities

14. CDCR is aware that the *Plata* Receiver has already made several improvements to prison healthcare facilities. These include construction at San Quentin Prison and the addition of temporary medical trailers at other prisons, to name just a few.

15. CDCR is aware of various designs being developed for the construction of mental and medical care facilities, called "consolidated health care facilities." Two of these sites will have beds dedicated to mental health care, involving acute, intermediate, and Enhanced Outpatient Program care. To my knowledge, these plans remain in flux as the Receiver has yet to settle formally on any of these sites; however, various activities are occurring at the direction of the Receiver at several sites that appear to make some sites more likely candidates than others. Specifically, the Receiver is conducting public meetings and/or commencing planning activities in connection with the requirements of the California Environmental Quality Act for sites at Folsom State Prison and RJ Donovan, as well as juvenile facility locations at the Northern California Youth Correctional Facility and the Ventura Youth Correctional Facility.

16. To my knowledge, other facilities mentioned by the Receiver as possible host sites of the proposed healthcare facilities include but may not be limited to Fred C.

- 6 -

Nelles Youth Correctional Facility, California Institute for Men, California Medical Facility - Solano, and Lancaster State Prison. CDCR has been informed that these facilities, projected to be 7 in total, could be complete as early as 2011; however, there is no information available to CDCR to independently validate the certainty of those dates and CDCR is aware that at this juncture, the *Plata* Receiver has not obtained authority or funding by the Legislature necessary to construct them.

17. I understand the *Coleman* court has already approved the August 2007 mental health bed plan and Defendants submitted the July 2008 bed plan for the court's review. (Defs' Exh. 1038 which is a true and correct copy of the *Coleman* Court Order, filed 10/18/08.) Any further modification of the submitted CDCR mental health bed plan may require re-submittal to the *Coleman* court for approval. CDCR remains committed to building these planned mental health care beds to meet the needs of the *Coleman* class members.

## VI. Construction of Infill and Reentry Beds

18. CDCR has developed a plan to construct additional capacity at CDCR sites (aka "infill beds") and to acquire land and construct capacity at other sites across the state to serve inmates in their county of origin in their last 6 – 12 months of incarceration (aka "reentry beds"), authorized in AB 900 as later amended in Senate Bill 81. CDCR has completed architectural programming and submitted 30-day project scope authorization for four infill project sites at Estrella Correctional Facility, Kern Valley State Prison, North Kern State Prison, and Wasco State Prison. These projects are projected to add an additional 4,800 beds with related programming, treatment and support spaces. With respect to celled housing, CDCR intends to house inmates at approximately 190% design bed capacity. With respect to the dormitory housing, CDCR intends to house inmates at approximately 200% design bed capacity. The infrastructure and programming space are being programmed and designed to meet the needs of the planned occupancy.

19. CDCR has also submitted a scope authorization package for the Northern

-7-

1  California Reentry Facility and three site selection packages for the study and acquisition
2  of three additional sites offered for purchase by various counties to site reentry facility
3  beds. These projects combined will add 2,000 reentry beds. In general, CDCR plans to
4  house inmates in these reentry facilities at or around design bed capacity. The funding
5  for these projects requires approval by the State Public Works Board. Further
6  clarification on the availability of those funds is necessary given the lack of passage of
7  the trailer bill providing various technical changes to the statutes authorizing these
8  projects. The schedules for these projects were predicated on a timely Public Works
9  Board action and this delay will impact the schedule at least by the amount of delay in
10 obtaining such approval. CDCR continues to explore other avenues to start these
11 projects.

20. CDCR is working with the *Plata* Receiver to plan and provide adequate medical facilities for the infill and reentry beds.

### VII. Summary

21. CDCR has built and will continue to build more capacity to address the healthcare needs of its inmates. Separately, in order to help achieve its goal of eliminating non-traditional beds, CDCR will proceed with its plans to build infill beds and reentry facilities, as funds are available.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in Sacramento, California.

*Deborah Hysen* (signature)

Deborah Hysen

- 8 -

TRIAL AFFIDAVIT OF DEBORAH HYSEN
(2:90-CV-00520 LKK JFM P)(C01-1351 TEH)

1659702.1