EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN - State Bar No. 126424
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile:  (415) 703-5843
Lisa.Tillman@doj.ca.gov
Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA D. TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DR. IRA PACKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3**<br><br>TO:  Three-Judge Panel |

Declaration of Dr. Ira Packer In Supp. of Defs.'
Opp. To Pls.' Mot. In Limine No. 3

Case No. 90-00520 LKK JFM
Case No. C01-01351 TEH

## DECLARATION OF DR. IRA PACKER

I, Ira Packer, declare as follows:

1. I have been retained as an expert witness on behalf of Defendants in this matter. As to the following facts, unless otherwise stated, I know them to be true of my own knowledge and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 3.

2. My October 1, 2008 Supplemental Report allowed me to expand upon the issues related to the impact of a prisoner release that I expressed in my December 10, 2007 report. Additionally, my October 1, 2008 Supplemental Report relied on information that I did not possess at the time I drafted my previous reports.

3. I have reviewed Plaintiffs' Motion in Limine No. 3 and believe that Plaintiffs' concern regarding a "fully functional" community mental health system is premised on a too literal reading of my Supplemental Report. In my Supplemental Report, I tried to describe the general problem of the current discharge planning process. My point was that the system's current discharge planning process is already stressed and, for many inmates, inadequate. Discharging additional inmates will only further exacerbate this problem. I discussed this explicitly in my October 3, 2008 deposition. A true and correct copy of the Deposition of Ira Packer taken on October 3, 2006, pages 87-94, 281-284, 301-324, is attached as Exhibit A.

4. With respect to my concerns regarding individual inmates subject to a prison release order, I believe that the lack of adequate services would lead to increased risk. I tried to explain to Plaintiffs' counsel during my deposition that the increased risk is per individual. Thus, each individual released without adequate resources is at increased risk, and the magnitude of risk is then fully proportional to the number of individuals released.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Worcester, Massachusetts on October 27, 2008.

*/s/ Ira Packer*
IRA PACKER

1