EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN–State bar No. 126424
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5843
Lisa.Tillman@doj.ca.gov
Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER–39374
PAUL B. MELLO–179755
S. ANNE JOHNSON–197415
SAMANTHA TAMA–240280
RENJU P. JACOB–242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjcob@hansonbridgett.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURTS
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## AND THE NORTHERN DISTRICT OF CALIFORNIA
### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants | No. Civ S 90-0520 LKK-JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants | No. C01-1351 TEH <br> **THREE-JUDGE COURT** <br> **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NUMBER 3 RE: DR. PACKER'S SUPPLEMENTAL REPORT** |

TO: Three-Judge Panel

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am admitted to practice before the United States District Court of California, Eastern and Northern

-1-

DECL. OF TILLMAN SUPP. DEFS.' OPP'N. MIL NO. 3     CASE NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

1. Districts. I am employed as a Deputy Attorney General with the Office of the Attorney General, attorney of record for the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. Defendants' counsel provided Plaintiffs' counsel with Dr. Packer's preliminary report on November 9, 2007.

4. After Dr. Packer toured certain CDCR institutions, Defendants provided Plaintiffs' counsel with Dr. Packer's final report on December 10, 2007. The December 10, 2007 report states the intent to provide testimony on whether no other relief will address the issues of alleged overcrowding and addressed the potential impact of release. Attached as Exhibit A is a true and correct copy of Dr. Packer's December 10, 2007 report.

5. Dr. Packer's deposition was initially scheduled by Plaintiffs' counsel for the date of December 17, 2007. The deposition was taken off-calendar when this Court issued an order on December 14, 2007 staying discovery.

6. On August 7, 2008, Plaintiffs' motion to compel Defendants' to provide supplemental discovery responses was heard by Magistrate Moulds. In the course of that hearing, Magistrate Moulds confirmed Defendants' understanding that expert reports were subject to supplementation under federal rules of discovery. Attached as Exhibit B is a true and correct copy of the transcript of that hearing.

7. On August 15, 2008, Defendants' counsel provided Plaintiffs' counsel with Dr. Packer's second expert report in this matter. Dr. Packer was designated on both Phase I and Phase II issues.

8. On October 1, 2008, Defendants' counsel provided Plaintiffs' counsel with Dr. Packer's supplemental report via email. That report revisits the issue of the potential impact of the release of inmates. Attached as Exhibit C is a true and correct copy of the October 1, 2008 supplemental report.

9. On October 3, 2008, Plaintiffs' counsel deposed Dr. Packer for seven hours. During that deposition, Plaintiff counsel questioned Dr. Packer about the October 1, 2008 report.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 30, 2008 in Sacramento, California.

/s/ Lisa Tillman
Lisa Tillman