ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY OF SAN MATEO, COUNTY OF SANTA BARBARA

STEVEN M. WOODSIDE, County Counsel
ANNE L. KECK, Deputy (SB # 136315)
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys on Behalf of Intervenors
THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

//

County Intervenors and Sonoma County Intervenors Opp. to Plaintiffs' MIL No. 8   1   CIV S-90-0520 LKK JFM P / C01-1351 TEH

| | | |
|---|---|---|
| 1 | MARCIANO PLATA, et al., ) | No. C01-1351 TEH |
| 2 | ) Plaintiffs, ) | THREE-JUDGE COURT |
| 3 | ) ) | **COUNTY INTERVENORS' AND SONOMA COUNTY INTERVENORS'** |
| 4 | v. ) ) | **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO** |
| 5 | ) ARNOLD SCHWARZENEGGER, et al., ) | **PLAINTIFFS' MOTION IN LIMINE NO. 8 TO EXCLUDE HEARSAY IN EXPERT** |
| 6 | ) ) | **REPORTS FROM INTRODUCTION INTO EVIDENCE AT TRIAL** |
| 7 | Defendants. ) ) | Trial Date: November 18, 2008 |
| 8 | ) ) | Time:      1:30 p.m.<br>Location: U.S.D.C. Ceremonial Courtroom |

Plaintiffs filed a motion in limine to exclude all "hearsay" evidence referenced in all Defendant and Intervenor expert reports. County Intervenors and Sonoma County Intervenors oppose a blanket exclusion of such evidence contained in reports submitted by their experts.[1]

Hearsay evidence may be admitted for a number of purposes, including for the truth of the matter asserted, under one or more recognized exceptions to the hearsay rule. Federal Rules of Evidence 803-807. There are many exceptions that are relevant in this proceeding including, but not limited to, present sense impressions, public records exception, business records exception, and the residual exception. Federal Rules of Evidence 803(1), 803(8), 803(6) and 807. Plaintiffs' motion is improper because it seeks to exclude all hearsay evidence without consideration as to whether that evidence is properly admissible under a recognized exception to the hearsay rule.

Moreover, Plaintiffs fail to reference any objectionable hearsay statements contained in the expert reports of County Intervenors and Sonoma County Intervenors. As a result, if the Court grants Plaintiffs' motion for a blanket exclusion, the County Intervenors and Sonoma County Intervenors will have been effectively denied the opportunity to present their arguments

---

[1] Defendants have filed a similar motion, entitled Defendants Motion in Limine No. 3 to Exclude Hearsay Statements in Expert Reports from Introduction Into Evidence At Trial. To the extent any party seeks a blanket exclusion of hearsay evidence contained in expert reports of County Intervenors and Sonoma County Intervenors, we oppose such exclusion on the grounds stated herein.

1  as to why each piece of evidence should not be excluded.  This result would be inequitable.
2  Plaintiffs should be required to indicate each item of evidence they object to on hearsay
3  grounds, and each item should be assessed in terms of whether or not there are applicable
4  exceptions allowing for its admission for the truth of the matter asserted, or for some other
5  purpose.  Therefore, Plaintiffs' Motion In Limine No. 8 to Exclude Hearsay in Expert Reports
6  from Introduction at Trial Should Be Denied as to expert reports submitted by County
7  Intervenors and Sonoma County Intervenors.

8        I hereby attest that I have on file the approval for the signature indicated by the
9  "conformed" signature (/S/) within this e-filed document.

10  Dated: October 30, 2008                           Respectfully submitted,

11                                                   ANN MILLER RAVEL
                                                     County Counsel
12
                                              By:          /S/
13                                                   THERESA J. FUENTES
                                                     Deputy County Counsel
14
                                                     Lead Attorneys for Intervenors
15                                                   COUNTY OF SANTA CLARA, COUNTY
                                                     OF SAN MATEO,
16                                                   COUNTY OF SANTA BARBARA

17

18  Dated: October 30, 2008                          STEVEN M. WOODSIDE
                                                     County Counsel
19
                                              By:          /S/
20                                                   ANNE L. KECK
                                                     Deputy County Counsel
21
                                                     Attorneys for Intervenor,
22                                                   COUNTY OF SONOMA,
                                                     SONOMA COUNTY SHERIFF,
23                                                   SONOMA COUNTY CHIEF
                                                     PROBATION OFFICER
24
25
26
27
28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors and Sonoma County
Intervenors Opp. to Plaintiffs' MIL No. 8          3      CIV S-90-0520 LKK JFM P / C01-1351 TEH