EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
LISA A. TILLMAN, Bar No. 126424
Deputy Attorney General
KYLE LEWIS, Bar No. 201041
Deputy Attorney General
DANIELLE F. OBANNON, Bar No. 207096
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5735
Fax: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov
danielle.obannon@doj.ca.gov

HANSON BRIDGETT, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA AND

THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> **DECLARATION OF SERVICE BY OVERNIGHT COURIER** |

Declaration of Service                                     Case Nos.: C 90-0520 LKK / C 01-01351 TEH

**DECLARATION OF SERVICE BY OVERNIGHT COURIER & DOJ MESSENGER**

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
Coleman, et al. v. Schwarzenegger, et al.
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
Plata, et al. v. Schwarzenegger, et al.
USDC, Northern District of California, Case No. C-01-1351 THE

Nos.:   **C 90-0520 LKK / C 01-01351 THE**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **October 30, 2008**, I served the attached

1.   DEFENDANTS' NOTICE OF MOTION AND MOTION TO FILE DEPOSITION TRANSCRIPT OF RALPH COLEMAN UNDER SEAL
2.   DECLARATION OF LISA A. TILLMAN IN SUPPORT OF DEFENDANTS' MOTION TO FILE UNDER SEAL
3.   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DEPOSITION TRANSCRIPT OF RALPH COLEMAN UNDER SEAL
4.   DEPOSITION TRANSCRIPT OF RALPH COLEMAN FILED UNDER SEAL
5.   DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2
6.   DECLARATION OF DR. JAMES MARQUART IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2
7.   DECLARATION OF KYLE LEWIS SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2, EX. A - B
8.   DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3
9.   DECLARATION OF DR. IRA PACKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3
10.   DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NUMBER 3 RE: DR. PACKER'S SUPPLEMENTAL REPORT, EX. A - C
11.   DECLARATION OF PAUL MELLO REGARDING SUBMISSION OF DEFENDANTS' EXPERT REPORTS, EX. A - L
12   DECLARATION OF PAUL MELLO REGARDING SUBMISSION OF DEPOSITION EXCERPTS, EX. A - C

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight Courier Service**, addressed as follows:

1

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
*DOJ Messenger*

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 30, 2008**, at San Francisco, California.

| J. Baker | |
| --- | --- |
| Declarant | Signature |

POS-3 judges-InLimine103008.wpd