ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT<br><br>**TRIAL DECLARATION OF ROBERT GARNER**<br><br>Date: November 18, 2008<br>Time: 1:30 p.m.<br>Location: U.S.D.C. Ceremonial Courtroom |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>THREE-JUDGE COURT |

I, Robert Garner, declare as follows:

1. I am currently employed as the Director of the Santa Clara County Department of Alcohol and Drug Services (the "Department"). I was named the Drug Program Coordinator of

Santa Clara County (the "County") in 1971. When the County Drug Program merged with the County Alcohol Program in 1981, I was appointed lead and have been the Department Director since that time. I also hold the position of Santa Clara County Alcohol and Drug Program Administrator.

2. As the Director of the Department, I am responsible for the overall administration of the Department, including responsibility for the overall budget and program administration. In this capacity, every fiscal year (July 1 through June 30) I prepare a recommended budget for the Department within the fiscal parameters set by the County and submit it to the County Executive's Office. The Department Recommended Budget then becomes a part of the larger County of Santa Clara Recommended Budget ( "Recommended Budget" released by the County Executive in May 2008, attached as Exhibit A to County's Trial Exhibits, pp. 508-530.)

3. In connection with preparing the budget and overseeing the programs and services provided by the Department, my duties include considering and forming opinions regarding the impact of additional persons, including prisoners or parolees, needing alcohol and drug services from the County. On August 15, 2008, I prepared and submitted the Expert Report of Robert Garner ("Garner Report"), which has been filed simultaneously with this Declaration.

4. The FY09 Department Recommended Budget contains more than $50 million of combined federal, state and County general fund dollars. (Recommended Budget, p. 518.) Approximately $24 million of the Recommended Budget comes from the County's general fund dollars. (Recommended Budget, pp. 518-19.) I am anticipating millions of dollars in further budget cuts from the Recommended Budget due to budget cuts contained within the FY09 budget for the State of California.

5. In fiscal year 2008, the Department served approximately 8,130 adult clients. (Exhibit L to County's Trial Exhibits, p. 1.) In fiscal year 2006, the Department served approximately 8,566 adult clients. (Exhibit F to County's Trial Exhibits, p. 2.) The Department provides a broad array of treatment services to adult clients through a combination of County and community based treatment providers. These services include outpatient counseling, transitional short-term (1-3 months) housing for clients who are in the outpatient

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

program but do not have adequate housing, residential programs, detoxification services, perinatal program, and methadone treatment (drug replacement for heroin and other opium addicts). The estimated cost to provide these services is $4,369.00 per client, per year. (Exhibit F to County's Trial Exhibits.)

6. The County is required by law to provide services to individuals eligible for treatment through the Substance Abuse and Crime Prevention Act of 2000 ("SACPA"), which is a voter approved initiative providing state funding for drug treatment in lieu of incarceration for certain non-violent adult drug offenders. The state does not fully fund the services that the County is required to provide under SACPA. As a result, the County must supplement one-half to two-thirds of the state SACPA allocation with state and federal discretionary funds, and County general funds. The more demands that are put on the County for services to SACPA and criminal justice clients, the less resources are available to provide services to addicted mothers, children, and other persons needing drug and alcohol services in the community.

7. Even with a $50 million Department budget, the County does not have the resources to serve everybody who needs drug and alcohol treatment. The Department maintains a waiting list for services, which ranges from an average of 33 days for outpatient services, 28 days for methadone treatment, 9 days for residential drug abuse treatment, 12 days for detoxification, and 7-14 days for residential treatment. This waiting list does not include everybody who wants or needs drug and alcohol services. Many people do not put their name on the waiting list when they find out they cannot get immediate access to treatment. In other words, they do not wait around to be selected off the waiting list, and instead continue to abuse substances in the community.

8. Alcoholics and drug addicts who do not receive treatment may continue their cycle of abuse and escalate their level of use. Because the drug and alcohol system is at capacity and has lengthy waiting periods, the County will not be able to provide immediate treatment to individuals who may be released by the Court in connection with a prisoner release order issued in this case. There will be a significant negative impact to public safety, including increased crimes and arrests, resulting from untreated alcohol and drug abusers in the community.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

9. The foregoing is based upon my personal knowledge and my expert opinion. If called to testify as a witness I could and would testify competently thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28 day of October, 2008, at San Jose, California.

Robert Garner