UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                            **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **October 22, 2008** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 30, 2008

                      **VICTORIA C. MINOR**
                      **CLERK OF COURT**

            **by:**  /s/ R. Matson

                      Deputy Clerk