**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**Victoria C. Minor**
Clerk of Court

**BILL FOR FEES DUE**

**To:   Schwarzenegger**

**RE:  RALPH COLEMAN vs.  JOHN S ZIL MD**

**USDC:          2:90–CV–00520–LKK–JFM**

A Notice of Appeal has been filed in the above–referenced case without the appropriate

fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

**VICTORIA C. MINOR**
**CLERK OF COURT**

By:  /s/  **R. Matson**
_____

Deputy Clerk