# APPENDIX A

(David Bennett Resume)

# resumes
## Team Members david



# David Bennett

## Highlights of Qualifications

* Twenty-eight years of highly successful consulting experience, independently and for the American Justice Institute and the National Institute of Corrections
* Advised over 250 criminal justice systems nation-wide
* Established Salt Lake County Pre-Trial Services
* Adept at creating economically feasible solutions to jail overcrowding and at alleviating emergency situations
* Pre-architectural design consultant for jails and court facilities
* Planner and leader of criminal justice training seminars
* Exceptionally skilled in data compilation and computer analysis

## Professional Experience

**1978 to present**

*Researching*
* Collect and analyze statistical data, and interview local officials to determine present and future jail needs
* Conduct trend and inmate sample analyses which provide various solutions to managing the jail population

*Evaluation*
* Make recommendations which stay within budget and provide long term solutions to jail overcrowding
* Assist in facility design to increase efficient use of staff and minimize life-safety concerns
* Improve the efficiency and reliability of pre-trial release and supervision programs
* Improve and consolidate record keeping

**David M. Bennett**
*Criminal Justice Consultant*
2940 American Saddler Dr.
Park City, UT 84060

Phone (435) 649-1999
Fax (435) 649-4425
davidb@xmission.com

continued                                                                 Bennett

### Implementation
* Produce a detailed report used to establish a Jail Population Management Plan
* Prepare procedures and training aids; assist in training of staff
* Advise jurisdictions on future information system needs

**1974 to 1978**

### Innovation
* Initiated a Central Intake System for all individuals booked into the jail, thereby eliminating duplicate information gathering and insuring adequate inmate assessment
* Oversaw the merger of all Pre-Trial Release functions in Salt Lake County, including T.A.S.C., into a single department which increased efficiency and effectiveness
* Reduced the jail population by one-third; the program remains today the single most significant factor in controlling the inmate population

### Coordination
* Served as liaison between various offices in the criminal justice system and thus improved communication between agencies

### Management
* Hired and supervised a staff of 45 people
* Prepared, received, and administered budgets of up to $600,000
* Saved Salt Lake County significant sums in jail costs

**1975 to 1976**

* Managed youth/parent alcohol program with a staff of 12
* Coordinated juvenile substance abuse education programs

**1973 to 1974**

* Expanded post trial drug and alcohol program so that selected prisoners were released from jail prior to trial and placed in treatment programs
* Probation Officer

Education                                                                                               Bennett | resume

**B.S., Accounting**
Fairleigh Dickinson University
Teaneck, New Jersey
1972

Project Experience

The American Justice Institute of Sacramento, California was the National Program Coordinator for the LEAA Jail Overcrowding/Pretrial Detainee Project. Consultant for AJI and worked with the following jurisdiction's criminal justice systems on solving the problems of jail overcrowding.

| | | |
|---|---|---|
| Lane, OR | Eugene | 1978-80 |
| Pierce, WA | Tacoma | 1978-80 |
| Baltimore, MD | Baltimore | 1979-81 |
| Boulder, CO | Boulder | 1979-80 |
| Jefferson, CO | Golden | 1979-80 |
| Pima, AZ | Tucson | 1979-80 |
| Multnomah, OR | Portland | 1979-80 |
| King, WA | Seattle | 1979 |
| Larimer, CO | Fort Collins | 1980 |
| Orange, FL | Orlando | 1980-81 |

Provided technical assistance to the following jurisdictions. These projects involved working with local criminal justice systems to solve jail-overcrowding problems. In some of the jurisdictions funding was provided by the National Institute of Corrections.

| | | |
|---|---|---|
| Jackson, MO | Kansas City | 1979-81; 1986 |
| Puerto Rico | San Juan | 1980 |
| Santa Cruz, CA | Santa Cruz | 1980-81 |

| continued | County / Jurisdiction | City | Year | Bennett |
|---|---|---|---|---|
| | Multnomah, OR | Portland | 1980-82; 1986-87; 2000-01 | |
| | San Diego, CA | San Diego | 1980-82 | |
| | Dallas, TX | Dallas | 1982-84 | |
| | Lauderdale, MS | Meridian | 1982 | |
| | Muskegon, MI | Muskegon | 1983-84 | |
| | Spokane, WA | Spokane | 1983-85 | |
| | Hamilton, TN | Chattanooga | 1983 | |
| | Chelan, WA | Wenatchee | 1984 | |
| | Greys Harbor, WA | Montesano | 1984 | |
| | Santa Fe, NM | Santa Fe | 1984 | |
| | Snohomish, WA | Everett | 1985-86 | |
| | Boulder, CO | Boulder | 1985 | |
| | Woodbury, IA | Sioux City | 1985 | |
| | Lexington-Fayette, KY | Lexington | 1985; 1994 | |
| | Lane, OR | Eugene | 1985-87; 1988; 1991 | |
| | Joesphine, OR | Grants Pass | 1986 | |
| | Missoula, MO | Missoula | 1985-86 | |
| | Riverside, CA | Riverside | 1986-87 | |
| | Hennepin MN | Minneapolis | 1986-88 | |
| | Baltimore MD | Baltimore | 1987-88 | |
| | Mesa CO | Grand Junction | 1987 | |
| | Westchester NY | White Plains | 1987 | |
| | Russell AL | Phenix City | 1987 | |
| | Canyon ID | Caldwell | 1987 | |
| | Livingston MI | Howell | 1988 | |
| | Monroe FL | Key West | 1988 | |
| | Fairfax VA | Fairfax | 1988 | |
| | Midland MI | Midland | 1989 | |
| | Walworth WI | Elkhorn | 1989 | |
| | Marin CA | San Rafael | 1989 | |
| | Montgomery OH | Dayton | 1989-90; 1991-93; 1997-99 | |
| | Bergen County NJ | Hackensack | 1994 | |

The following projects were pre-architectural master plan studies (Needs Assessments) designed to assess future facility needs. Some of the projects were in conjunction with DeLand and Associates, Criminal Justice Consultants (until June 1986); and Edwards and Daniels, Architects; both of Salt Lake City.

Bennett resume

| County/Client | City | Year |
|---|---|---|
| Larimar, CO | Fort Collins | 1981; 2002-05 |
| Cache, UT | Logan | 1981 |
| Iron, UT | Cedar City | 1982 |
| Morgan, CO | Fort Morgan | 1983 |
| Bannock, ID | Pocatello | 1983-84; 1993-96 |
| Davis, UT | Farmington | 1984 |
| Montgomery, KS | Independence | 1984-85 |
| Tooele UT | Tooele | 1986-87 |
| Mesa CO | Grand Junction | 1987-88 |
| Humboldt NV | Winnemucca | 1988; 1990; 1991-92 |
| Kent County MI | Grand Rapids | 1989 |
| Livingston County MI | Howell | 1989 |
| Saginaw County MI | Saginaw | 1989 |
| Salt Lake County UT | Salt Lake City | 1989; 1993-95 |
| Lander County NV | Battle Mountain | 1989 |
| Scottsbluff County NB | Scotts Bluff | 1990 |
| Utah County UT | Provo | 1990 |
| Choctaw Indian Tribe | Philadelphia MS | 1990 |
| Calhoun County MI | Marshall / Battle Creek | 1990-91; 1993 |
| Crawford County PA | Meadville | 1991 |
| Blaine County, ID | Hailey | 1992-95 |
| Benton County, AR | Bentonville | 1992 |
| Miami County, OH | Troy | 1993-96 |
| Washoe County, NV | Reno | 1993-03 |

| continued | County / Jurisdiction | City | Year | Bennett | resume |
|---|---|---|---|---|---|
| | Carson City NV | Carson City | 1994 | | |
| | Jerome County ID | Jerome | 1994-95 | | |
| | Lane County OR | Eugene | 1995-96 | | |
| | Lee County FL | Fort Myers | 1995-06 | | |
| | Fulton County GA | Atlanta | 1997-01 | | |
| | Northern Mariana Islands | Saipan | 1999-00 | | |
| | Strafford County | New Hampshire | 2000-06 | | |
| | Seneca County | New York | 2000-02 | | |
| | Cheshire County | New Hampshire | 2001-02 | | |
| | Grand Traverse County | Michigan | 2001-02; 2004 | | |
| | Blue Earth County | Minnesota | 2002-03 | | |
| | Chisago County | Minnesota | 2004-05 | | |
| | Gallatin County | Montana | 2003-06 | | |
| | Sarasota County | Florida | 2003-06 | | |
| | La Plata County | Colorado | 2005-06 | | |
| | Washington County | Oregon | 2005-06 | | |

1988
1989
1991-92

I was retained in 1988 as an expert witness to help defend the Tooele County, Utah Sheriff as a result of a lawsuit brought about following a jail suicide.

I was retained in 1989 as a consultant to a law firm defending the Canyon County, Idaho Sheriff on a lawsuit brought about due to jail conditions.

I was retained in 1991-92 as a consultant to a lawsuit in Marin County, CA. County counsel retained me to analyze the available alternatives to incarceration and to render an opinion about the size of the proposed new jail.

| 1988 to present | Jail Capacity Forecast Workbook | | Bennett resume |

I was retained by the National Institute of Corrections Jail Center from 1988-90 to co-author the Jail Capacity Forecast Workbook distributed to counties to assist in developing forecasts for future jail populations. A training seminar was developed for counties and delivered at the following locations.

| | | |
|---|---|---|
| * Atlanta GA | February | 1990 |
| * Newark OH | March | 1990 |
| * Alexandria LA | September | 1990 |
| * Tampa FL | February | 1991 |
| * Denver CO | May | 1991 |
| * Grand Rapids MI | September | 1991 |
| * Charleston SC | November | 1991 |
| * Denver CO | September | 1992 |
| * Boulder CO | February | 1993 |

I am currently once again under contract to the National Institute of Corrections to revise the 1990 document. It is anticipated that it will be completed in late 2006.

1989

I was retained by the State of Utah in 1989 to develop a profile of each county's jail population, determine the admissions, average daily population and length's of stay, and the cost of housing a prisoner in a county jail.

1979 to 1992

### Classification and Central Intake

The following seminars were sponsored by the National Institute of Corrections Jail Center, Boulder, Colorado. Six to ten counties attended each session. Lead trainer and established the agenda.

| | |
|---|---|
| * July | 1979 |
| * October | 1979 |
| * November | 1979 |
| * May | 1980 |
| * November | 1980 |
| * March | 1981 |
| * February | 1984 |
| * June | 1984 |
| * March | 1992 |

1980            Training Seminars            Colorado                Bennett, resume

### Central Intake

The following seminars were jointly sponsored by the National Instiute of Corrections Jail Center and the American Justice Instiute.   Lead trainer and established the agenda.

* January      1980
* February     1980
* June         1980

1981
to 1992

### Jail Overcrowding

The first jail overcrowding training was jointly sponsored by the National Institute of Corrections Jail Center and the American Justice Institute — lead trainer and set the agenda.  Subsequent trainings were sponsored either by the National Academy of Corrections or Pretrial Services Resource Center.

* March        1981
* August       1986
* September    1986
* October      1987
* September    1988
* April        1992

1980

### State Jail Standards

This training was sponsored by the National Institute of Corrections. Served as a consultant and trainer.

* January      1980

1980

### Consultant Training

A training session for consultants was sponsored by the National Institute of Corrections.  Served as a trainer.

* May          1980

*Planning of New Institutions*

This training is designed for counties considering new jail construction. It is sponsored by the National Institute of Corrections. Served as lead trainer.

| | | |
|---|---|---|
| * Boulder CO | March | 1979 |
| * San Diego CA | July | 1980 |
| * Cassoupolis MI | May | 1985 |
| * Hamilton MO | May | 1985 |
| * Sandusky MI | July | 1985 |
| * Bradenton FL | September | 1985 |
| * New Port Richey FL | September | 1985 |
| * Klamath Falls OR | February | 1986 |
| * Eureka CA | March | 1986 |
| * Waukesha WI | April | 1986 |
| * Shakopee MN | June | 1986 |
| * Stillwater MN | July | 1986 |
| * Columbia SC | September | 1986 |
| * Montrose CO | December | 1986 |
| * Saginaw MI | May | 1987 |
| * Chaska MN | April | 1990 |
| * Claremore OK | December | 1991 |
| * Centerville AL | February | 1992 |
| * Monroe NC | May | 1992 |
| * Mountain Home AR | March | 1993 |
| * Lexington KY | March | 1994 |
| * Longmont CO | April | 2005 |
| * Longmont CO | May | 2006 |

1982

*Options to Relieve Jail Overcrowding*

The Washington State Jail Commission and Corrections Standards Board sponsored this training. It was held in locations around the state and the majority of Washington counties participated in at least one of the sessions. Lead trainer and established the agenda.

| | |
|---|---|
| * October | 1982 |
| * October | 1982 |