APPENDIX B

(Documents Provided by County Counsel for Review)

## *Coleman/Plata*
## List of documents reviewed
## that were provided by Sonoma County Counsel

- Sonoma Count Intervenors' Response to Plaintiffs' First Set of Request for Production of Documents, and all documents produced therewith

- Sonoma County Intervenors' Response to Plaintiffs' Duplicate First Set of Requests for Production of Documents and all documents produced therewith

- Sonoma County Intervenors' Response to Coleman Plaintiffs' First Set of Interrogatories

- Sonoma County Intervenors' Response to Plata Plaintiffs' First Set of Interrogatories

- Excerpts of Plaintiffs' Responses to Interrogatories

- All settlement proposals generated by the parties as well as all disclosed versions of the Memorandum of Understanding provided by the Settlement Referee and Settlement Consultant

- Expert Report of James Austin, Ph.D.

- Excerpts from the expert report of Dr. Pablo Stewart

- Excerpts from the Report of Professor Craig Haney

- Expert Report of Paul McIntosh