# Sonoma County, California

# Corrections Master Plan

July 2007

David M. Bennett
David Bennett Consulting
2940 American Saddler Drive
Park City, Utah 84060
Tel: (435) 649-1999
davidbennett@mac.com

DRAFT

In association with

Donna Lattin
3124 Southwood Drive
Philomath OR 97370
(541) 929-9298