# *Chapter One*
# Criminal Justice System Overview

## Introduction

Sonoma County enjoys a rare synergy. The County's Information Systems Department (ISD) provides the support for the Sheriff and the Superior Court. The system is truly integrated and allowed an analysis to occur of all defendants processed by the system, rather than sampling the population.

The data contained in this chapter is an examination of all new, fresh, local arrests booked into the Sonoma County Jail from 1 July 2005 through 30 June 2006. The bookings did not include bench warrant only arrests, out of county cases, federal only cases, or probation violations only arrests.

The graphics contained in this chapter were produced as a result of the analysis of the data. The demographic information is self-reported by the defendant at the time of booking—it has not been verified. The "n" varies on each graphic depending upon the number of cases for which there was complete data for the variables being analyzed.

The only data that had to be sampled was the defendant's prior arrest history. The number of prior bookings into the Sonoma County Jail was available for all defendants; however, an examination of each defendant's overall prior criminal history had to be researched manually and so it was sampled. A total of four hundred misdemeanors and four hundred felonies were selected at random for a more detailed examination.

Finally, during the course of completing the programming to pull the data, it was determined and verified by the jail that the field of whether the

defendant was employed at the time of booking was not routinely collected. The jail has since started collecting this data. As this is an important field for understanding the population, this report contains the employment status of approximately 4,000 recently booked prisoners who were otherwise not part of this analysis.

Thanks to all of the expert help at ISD for completing the necessary programming, in particular to Kim Gilmore who under the direction of Mike Livenspargar took the lead and is responsible for the majority of the programming that produced the data analyzed here.

A. Demographics

1. Age

The first graphic shows the age of the defendants.



Thirty percent of the misdemeanants and 31 percent of the felons were between the ages of 18 to 24. Twenty-seven percent of the misdemeanants and 29 percent of the felons were between the ages of 25 to 34; and 22 percent of the misdemeanants and 25 percent of the felons were between the ages of 35 to 44. The remaining 22 percent of the misdemeanants and 16 percent of the felons were 45 years old or older.

The average of the misdemeanants in the sample was 34.4 years old and the felons 33 years old.

2. Gender

The next graphic displays the gender.



Eighty-three percent of the misdemeanants and 79 percent of the felons were male.

3. Race

The next graphic examines race.



Fifty-eight percent of the misdemeanants and 61 percent of the felons were Caucasian. Thirty-five percent of the misdemeanants and 28 percent of the felons were Hispanic; and four percent of the misdemeanants and 8 percent of the felons were African American. The remaining 4 percent of both the misdemeanants and the felons were of other races.

4. Place of Birth

    a. Overall

The next graphic shows the Place of Birth.



Fifty-three percent of the misdemeanants and 62 percent of the felons were born in California. Sixteen percent of the misdemeanants and 17 percent of the felons were born in another state; Twenty-six percent of the misdemeanants and 17 percent of the felons were born in Mexico; and 5 percent of the misdemeanants and 4 percent of the felons were born in another country other than Mexico. The remaining persons place of birth was unknown.

b. Other State

The next graphic shows the region of the county where the defendants who were born in the Untied States, but outside of the state of California were born.



Thirty percent of the misdemeanants and 29 percent of the felons were born in a western state. Twenty-one percent of the misdemeanants and 17 percent of the felons were born in the northeast; and 25 percent of both the misdemeanants and the felons were born in the Midwest. The remaining 24 percent of the misdemeanants and 29 percent of the felons were born in the south.

5. Driver's License State

The next graphic displays the state that the issued the defendant's driver's license. It should be noted that this does not necessary signify that the defendant has a valid license.



Eighty-four percent of the misdemeanants and 88 percent of the felons had a license issued by the state of California. Two percent of both the misdemeanants and felons had a license issued by another state. The remaining 14 percent of the misdemeanants and 10 percent of the felons did not have a driver's license.

6. Gang Affiliation

    a. Overall

        The next graphic shows whether the defendant was identified as having an affiliation with a gang.



        Ten percent of the misdemeanants and 19 percent of the felons were identified as having an affiliation with a gang.

b. Level

The next graphic shows the level of the affiliation.



Five percent of both the misdemeanants and the felons were identified as being "affiliated." Thirty-nine percent of the misdemeanants and 42 percent of the felons were classified as "associated;" and 6 percent of the misdemeanants and 7 percent of the felons were labeled "dropouts." The remaining 50 percent of the misdemeanants and 47 percent of the felons were identified as "members."

7. Probation

a. Booking

The next graphic displays whether the defendant's were on probation at the time of booking.



Thirty-five percent of the misdemeanants and 31 percent of the felons were on probation at the time of booking.

b. Charge Class

The next graphic shows the charge class of the probation broken down by the current charge class.



Seven percent (183 cases) of the misdemeanants in the sample who were on probation at the time of booking were on felony probation. Fifteen percent (238 cases) of the felons were on felony probation at the time of booking. The remaining defendants were on misdemeanor probation.

c. Type

The next graphic shows whether the defendants who have been identified as being on probation at the time of booking were on formal or informal probation.



Only 10 percent of the misdemeanants and 18 percent of the felons were on formal probation. The remaining defendants were on some type of informal probation.

8. Prior Bookings

a. Overall

The next graphic displays the number of prior bookings into the Sonoma County jail.



Thirty-two percent of the misdemeanants and 28 percent of the felons had never been booked before into the Sonoma County Jail. Sixteen percent of the misdemeanants and 14 percent of the felons had 1 prior booking; 14 percent of the misdemeanants and 15 percent of the felons had 2 to 3; and 18 percent of the misdemeanants and 22 percent of the felons had 4 to 9. The remaining 19 percent of the misdemeanants and 21 percent of the felons had 10 or more prior bookings.

The average number of prior bookings for the misdemeanants was 6.8 and for the felons it was 5.6. When the defendants who had never been

arrested before are not included, the average prior bookings was 10 for the misdemeanants and 7.8 for the felons.

b. More Than 10

The next graphic shows the number of prior bookings for the 1,352 misdemeanants and 1,032 felons who had more than 10 prior bookings.



Thirty-eight percent of the misdemeanants and 60 percent of the felons who had more than 10 prior bookings had between 10 and 15. Twenty-one percent of the misdemeanants and 28 percent of the felons had between 16 and 20; seventeen percent of the misdemeanants and 2 percent of the felons had between 21 and 30; and 14 percent of the misdemeanants and 9 percent of the felons had between 31 and 50. The remaining 10 percent of the misdemeanants and 1 percent of the felons had more than 50 prior bookings.

9. Prior Arrests

As discussed in the introduction, this was the one variable that had to be collected manually and therefore the data had to be sampled. Eight hundred cases split evenly between misdemeanors and felons were selected at random and the Sheriff's Office examined their overall prior arrest history.

a. Overall

The next graphic shows the overall number of prior arrests.



Twenty-eight percent of the misdemeanants and 21 percent of the felons had no prior arrests. Thirteen percent of the misdemeanants and 10 percent of the felons had 1 prior arrest; sixteen percent of the misdemeanants and 18 percent of the felons had 2 or 3 prior arrests; and 20 percent of the misdemeanants and 27 percent of the felons had between 4 and 9 prior arrests. The remaining 22 percent of the misdemeanants and 25 percent of the felons had 10 or more prior arrests.

The average number of prior arrests was 6 for the misdemeanants and 6.5 for the felons. When the defendants who had no prior arrests are not included, the average number of prior arrests for misdemeanants was 8.3 and for felons 8.2.

### b. Post Conviction Commitments

The following graphic shows the number of post conviction admissions to jail.



Seventy-seven percent of the misdemeanants and 68 percent of the felons had no prior post conviction commitments.

The average number of post conviction admissions was .6 for the misdemeanants and 1.1 for the felons. When the defendants who had no prior post conviction bookings are not included, the average number of post conviction admissions was 2.6 for the misdemeanants and 3.6 for the felons.

c. Charge Category

The next graphic displays the average number of prior arrests by the charge category for which they are arrested. This graphic merges the misdemeanor and felony arrests and shows the average for the all cases as well as with the defendants who had no prior arrests are removed.



Overall, the average number of prior arrests was 6.2 for all cases and 8.3 without the defendants who had no prior arrests. The lowest number of prior arrests was for the defendants arrested for drunk driving. The average number of priors for this group was 2.4 and when the defendants who had no prior arrests are not included, 4.3. The high number of priors was for the defendants arrested for public order offenses. The average number of priors for this was 8 and with the no priors removed, 10.1.

10. Employed

As mentioned in the introduction, this data has not been routinely collected by the Sheriff's Office. They have now begun collecting the data and this is a look at recent data. This defendant's represented in this graphic are not part of the cases being tracked through the system.



Forty-seven percent of the misdemeanants and 46 percent of the felons reported being employed at the time of booking.

B. Booking Information

1. Arresting Agency

The next graphic shows the arresting agency.



Thirty-seven percent of the misdemeanants and 47 percent of the felons were arrested by a central county police agency, primarily Santa Rosa Police Department. The Sheriff arrested nineteen percent of the misdemeanants and 26 percent of the felons; California Highway Patrol arrested twenty-two percent of the misdemeanants and 4 percent of the felons. Other city police agencies arrested 21 percent of the misdemeanants and 22 percent of the felons. The remaining 1 percent of both the misdemeanants and the felons were arrested by another agency.

2. Charge Category

    a. Overall

The next graphic shows the charge category at the time of arrest.



Twelve percent of the misdemeanants and 27 percent of the felons were arrested for a crime against persons. Four percent of the misdemeanants and 23 percent of the felons were arrested for a property offense; ten percent of the misdemeanants and 32 percent of the felons were arrested for a narcotics offense; twenty-eight percent of the misdemeanants and 1 percent of the felons were arrested for drunk driving; and 39 percent of the misdemeanants and 14 percent of the felons were arrested for a public order offense. The remaining 8 percent of the misdemeanants and 2 percent of the felons were arrested for a traffic offense.

b. Person Crimes

The next breaks down the person crimes by whether the defendant was charged with domestic violence or another person crime.



Seventy-four percent of the misdemeanants and 54 percent of the felons were arrested for domestic violence. The remaining defendants were arrested for other person crimes.

### 3. Drunk Driving

The next graphic displays for the defendants arrested for drunk driving, the number of prior drunk driving arrests.



Seventy-two percent of the misdemeanants and 56 percent of the felon drunk driving arrests were for defendants who did not have any prior DUI bookings. Twenty-one percent of the misdemeanants and 11 percent of the felons had 1 prior DUI booking; and 5 percent of the misdemeanants and 10 percent of the felons had 2 prior DUI bookings. The remaining 2 percent of the misdemeanants and 22 percent of the felons had three or more prior DUI bookings.

4. Booking to Release

   a. Overall

   The next graphic shows the overall time from booking to release.



Forty-five percent of the misdemeanants and 22 percent of the felons were released the same day they were booked. Twenty-two percent of the misdemeanants and 13 percent of the felons were released after 2 days; thirteen percent of the misdemeanants and 21 percent of the felons were released between 3 and 6 days; and 12 percent of the misdemeanants and 19 percent of the felons were released between 7 and 30 days. The remaining 8 percent of the misdemeanants and 24 percent of the felons remained in custody longer than 30 days.

The average time in custody for the misdemeanants was 10.1 days and for the felons, 37.8 days.

b. Longer Than 30 Days

The next graphic shows the time from booking to release for the group that stayed longer than 30 days.



Seventy percent of the misdemeanants and 38 percent of the felons who stayed in jail longer than 30 days were released between 31 and 90 days. Twenty-three percent of the misdemeanants and 36 percent of the felons remained in custody between 91 and 180 days; 7 percent of the misdemeanants and 22 percent of the felons were released between 181 and 360 days. The remaining 57 prisoners stayed in custody longer than 360 days.

5. Release Type

   a. Overall

The next graphic shows the overall type of release.



Seventy-four percent of the misdemeanants and 62 percent of the felons were released from custody prior to trial.

b. Pre-Trial Release Type

The next graphic shows the type of pre-trial release.



Forty-seven percent of the misdemeanants released from jail prior to trial were released on a citation release from the jail. Four percent of the misdemeanants and 13 percent of the felons released from jail prior to trial were released on recognizance; 5 percent of the misdemeanants and 16 percent of the felons were released on supervised release; and 2 percent of the misdemeanants and 1 percent of the felons were released after posting a cash bond. The remaining 41 percent of the misdemeanants and 69 percent of the felons were released after posting a surety bond.