c. Domestic Violence

(1) Released Pre-Trial

The next graphic shows whether the defendants in the sample charged with domestic violence were released from jail prior to trial.



## Domestic Violence Released Pre-Trial?

408 (31%)

1319

911 (69%)

Yes

No

Sixty-nine percent of the persons arrested for domestic violence were released from jail prior to trial.

(2) Pre-Trial Release Type

The next graphic shows the type of pre-trial release for the 911 persons arrested for drunk driving and released prior to disposition.

## Domestic Violence Pre-Trial Release Type



220 (24%)
43 (5%) 1 (0%)
15 (2%)
911
632 (69%)

| | |
|---|---|
| Surety | |
| Cash | |
| Citation | |
| Recognizance | |
| Supervised Release | |

Sixty-nine percent of the domestic violence offenders released from jail prior to trial were released following posting of a surety bond. Two percent posted cash bail and 5 percent were released on recognizance. The remaining 24 percent were released on a supervised release.

## C. Court Process

### 1. Attorney Type

The next graphic shows the type of attorney.



Forty-nine percent of the misdemeanants and 63 percent of the felons were appointed to the public defender's office for representation. Seven percent of the misdemeanants and 21 percent of the felons received other court appointed counsel and 28 percent of the misdemeanants and 15 percent of the felons retained their own counsel. The remaining 15 percent of the misdemeanants and 1 percent of the felons did not have an attorney.

2. Filing Charge

a. Decision

The next graphic shows the district attorney's filing decision as compared to the arresting officer's booking charge.



Ninety-one percent of the persons booked on a misdemeanor charge were filed on as a misdemeanor by the district attorney. One percent of the persons booked on a misdemeanor charge were elevated to a felony charge and in 8 percent of the cases the district attorney elected to not file a complaint.

Forty-two percent of the persons booked on a felony charge were filed on as a misdemeanor. Forty-seven percent of the felony arrests were filed as a felony and in 11 percent of the felony arrests the district attorney elected to not file a complaint.

b. File Charge Category

(1) Overall

The next graphic shows the district attorney filing charge.



*File Charge Category*

Fourteen percent of the misdemeanants and 20 percent of the felons were charged with a crime against persons. Eight percent of the misdemeanants and 30 percent of the felons were charged with a property offense; 17 percent of the misdemeanants and 32 percent of the felons were charged with a narcotics offense; 21 percent of the misdemeanants and 3 percent of the felons were charged with drunk driving; and 32 percent of the misdemeanants and 13 percent of the felons were charged with a public order offense. The remaining 8 percent of the misdemeanants and 1 percent of the felons were charged with a traffic offense.

(2)  Person Crimes

The next breaks down the person crimes by whether the defendant was charged with domestic violence or another person crime.



Sixty-nine percent of the misdemeanants and 18 percent of the felons were charged with domestic violence.  The remaining defendants were charged with other person crimes.

c. No Complaint Charge Category

(1) Overall

The next graphic shows the charge category for the cases the district attorney elected to not file a charge.



*Charge Category of Case "No Complainted" by DA*

Misdemeanor — Felony

Misdemeanor: 20 (4%), 193 (34%), 268 (47%), 23 (4%), 30 (5%), 36 (6%)

Felony: 5 (1%), 90 (16%), 2 (0%), 55 (10%), 90 (16%), 321 (57%)

Legend: Person, Narcotics, Public Order, Property, Drunk Driving, Traffic

Thirty-four percent of the misdemeanants and 57 percent of the felons that the district attorney decided to not file a complaint had been arrested for a crime against persons. Four percent of the misdemeanants and 16 percent of the felons had been arrested for a property offense; 5 percent of the misdemeanants and 10 percent of the felons had been arrested for a narcotics offense; 6 percent of the misdemeanants had been arrested for drunk driving; and 47 percent of the misdemeanants and 16 percent of the felons had been arrested for a public order offense. The remaining 4 percent of the

misdemeanants and 1 percent of the felons had been arrested for a traffic offense.

(2) Person Crimes

The next graphic breaks down the person crimes by whether the defendant was charged with domestic violence or another person crime.



Ninety-two percent of the misdemeanants and 77 percent of the felons had been arrested for domestic violence. The remaining defendants had been arrested for other person crimes.

   d. Strikes

      (1) Overall

         The next graphic shows whether or not strikes were filed in

the 2,226 filed felony cases.

# Filed Strikes?



The district attorney filed strikes in 8 percent of the felony cases.

(2) Number

The next graphic shows the number of filed strikes.

# Number of Filed Strikes



Seventy-five percent of the defendants who had filed strikes had one strike filed. Nineteen percent had 2 strikes, and 2 percent three strikes. The remaining 4 percent had between 5 and 7 strikes filed.

3. Waivers

   a. Preliminary Examination

      The next graphic shows for felony cases whether the defendant waived their right to a speedy preliminary examination and whether they waived the actual hearing.



      Sixty-three percent of the defendants waived their right to a speedy preliminary examination. Twenty percent waived their right to a preliminary examination.

b. Speedy Trial

(1) Overall

The next graphic shows whether the defendant waived their right to a speedy trial.



Forty-nine percent of the misdemeanants and 11 percent of the felons waived their right to a speedy trial.

(2) Custody Status

The next graphic shows the custody status of the prisoners who waived their right to a speedy trial.



Thirty-two percent of the misdemeanants and 53 percent of the felons who waived their right to a speedy trial were in-custody at the time of the waiver. The remaining defendants were out of custody.

4. Disposition

a. Number of Hearings

The next graphic shows the number of hearings between arraignment and disposition.



Forty-five percent of the misdemeanants and 13 percent of the felons had no other hearings between arraignment and disposition. Seventeen percent of the misdemeanants and 15 percent of the felons had 1 hearing; 27 percent of the misdemeanants and a third of the felons had between 2 and 5 hearings; and 8 percent of the misdemeanants and 20 percent of the felons had between 6 and 10 hearings. The remaining 4 percent of the misdemeanants and 19 percent of the felons had more than 10 hearings.

The average number of hearings between arraignment and disposition for the misdemeanants was 1.8 and for the felons were 7.1. When the

defendants who had no additional hearings are not included, the average number of hearings for the misdemeanants was 4 and for the felons 8.2.

b. Type

The next graphic shows the disposition type.



Seventy-four percent of the charged misdemeanants and 78 percent of the charged felons were convicted. Nineteen percent of the misdemeanants and 15 percent of the felons were not convicted. The remaining 7 percent of both the misdemeanors and the felonies were still pending.

c. Conviction Type

The next graphic shows the defendants who were convicted by whether the conviction came as a result of a trial or plea.



Less than 1 percent of the misdemeanants and 2 percent of the felons were convicted following trial. The remaining defendants were convicted following entrance of a plea.

d. Not Convicted Type

The next graphic shows the not convicted type by whether it was a result of the case being dismissed or the defendant found not guilty following a trial.



One percent of the misdemeanants and 2 percent of the felons who were not convicted were found not guilty at trial. The remaining defendants had their cases dismissed.

e. Trial Results

The next graphic summarizes the results of the 22 misdemeanors and 38 felonies that went to trial.



Fifty-nine percent of the misdemeanants and 82 percent of the felons whose cases went to trial were convicted.

f. Pending Cases

The next graphic examines the pending cases by whether the case is still pending due to the defendant's failure-to-appear.



Seventy-eight percent of the misdemeanants whose cases were still pending and 28 percent of the felons had failed to appear.

g. Charge Class by File Charge Class

The next graphic shows the disposition charge class by the file charge class.



All the cases disposed as misdemeanors were filed as misdemeanors. Of the filed felony cases that were disposed of through conviction, 23 percent were reduced to misdemeanors and 77 percent remained as felonies.

h. Charge Category

The next graphic displays the disposition charge category.



Nine percent of the misdemeanants and 13 percent of the felons were convicted of a crime against persons. Seven percent of the misdemeanants and 30 percent of the felons were convicted of a property offense; 16 percent of the misdemeanants and 33 percent of the felons were convicted of a narcotics offense; 24 percent of the misdemeanants and 5 percent of the felons were convicted of drunk driving; and 30 percent of the misdemeanants and 17 percent of the felons were convicted of a public order offense. The remaining 14 percent of the misdemeanants and 2 percent of the felons were convicted of a traffic offense.

(2)  Person Crimes

The next breaks down the person crimes by whether the defendant was convicted of domestic violence or another person crime.



Seventy percent of the misdemeanants and 26 percent of the felons were convicted of domestic violence.  The remaining defendants were convicted of other person crimes.

5. Rates

   a. Booking to Filing

      (1) Overall

The next graphic shows the filing rate from booking to filing. The misdemeanor rate is above 100 percent due to the felony arrests that are reduced to misdemeanors at filing.



**Case Filing Rate From Booking to Filing**

Overall, the misdemeanor-filing rate was 120 percent of the booking rate while the felony rate was 49 percent. The misdemeanor-filing rate for person crimes was 147 percent of the booking rate and the felony rate was 36 percent; the misdemeanor-filing rate for property crimes was 258 percent and the felony rate was 63 percent; the misdemeanor-filing rate for narcotics offenses was 201 percent and the felony rate was 49 percent; the DUI misdemeanor-filing rate was 89 percent and the felony rate was 131 percent; and the public order misdemeanor-filing rate was 100 percent and the felony rate was 45 percent.

The traffic misdemeanor-filing rate was 121 percent and the felony rate was 38 percent.

(2)  Person Crimes

The next graphic shows the filing rate from booking to filing for person crimes.



The domestic violence misdemeanor-filing rate was 138 percent and the felony rate was 12 percent.  The other person crimes misdemeanor-filing rate was 171 percent and the felony rate was 63 percent.

(3) Police Agency

The next graphic shows the felony-filing rate by police

agency.

# Felony Filing Rate by Police Agency



The overall felony-filing rate was 47 percent. Arrests made by the police

agencies in Central County had a filing rate of 44 percent; arrests by the sheriff

at 47 percent; highway patrol at 54 percent; and other cities police agency at 56

percent. The other agencies had a filing rate at 71 percent.

b. Filing to Disposition

(1) Overall

The next graphic shows the conviction rate from filing to disposition.

## Conviction Rate From Filing to Disposition



Overall, the misdemeanor-disposition rate was 79 percent of the filing rate while the felony rate was 60 percent. The misdemeanor-disposition rate for person crimes was 53 percent of the filing rate and the felony rate was 40 percent; the misdemeanor-disposition rate for property crimes was 68 percent and the felony rate was 61 percent; the misdemeanor-disposition rate for narcotics offenses was 74 percent and the felony rate was 61 percent; the DUI misdemeanor-disposition rate was 90 percent and the felony rate was 88 percent; and the public order misdemeanor-disposition rate was 74 percent and the felony rate was 78 percent. The traffic misdemeanor-disposition rate was 141 percent and the felony rate was 100 percent.

(2) Person Crimes

The next graphic shows the disposition rate from filing to disposition for person crimes.



**Conviction Rate From Filing to Disposition for Person Crimes**

The domestic violence misdemeanor-disposition rate was 54 percent and the felony rate was 58 percent. The other person crimes misdemeanor-disposition rate was 53 percent and the felony rate was 36 percent.

c. Booking to Disposition

(1) Overall

The next graphic shows the conviction rate from booking to disposition.

## Conviction Rate From Booking to Disposition



Overall, the misdemeanor-disposition rate was 95 percent of the booking rate while the felony rate was 29 percent. The misdemeanor-disposition rate for person crimes was 78 percent of the booking rate and the felony rate was 14 percent; the misdemeanor-disposition rate for property crimes was 177 percent and the felony rate was 38 percent; the misdemeanor-disposition rate for narcotics offenses was 149 percent and the felony rate was 29 percent; the DUI misdemeanor-disposition rate was 80 percent and the felony rate was 115 percent; and the public order misdemeanor-disposition rate was 74 percent and the felony rate was 35 percent. The traffic misdemeanor-disposition rate was 170 percent and the felony rate was 38 percent.

(2)  Person Crimes

The next graphic shows the disposition rate from booking to disposition for person crimes.



## Conviction Rate From Booking to Disposition for Person Crimes

The domestic violence misdemeanor-disposition rate was 74 percent and the felony rate was 7 percent.   The other person crimes misdemeanor-disposition rate was 90 percent and the felony rate was 23 percent.

d. Felony Summary

(1) Booking

The next graphic shows the filing decision for all the felony

cases.



## Felony Bookings

563 (11%)

2333 (47%)

4956

2060 (42%)

- No Complaint
- Misdemeanor
- Felony

Eleven percent of the felony arrests had no complaint filed by the district attorney.  Forty-two percent of the felony arrests were filed as misdemeanors and the remaining 47 percent were filed as felonies.