# Sonoma County
# *Corrections Master Plan*

## Chapter Two
## Jail Population Breakdown

# Chapter Two
# Jail Population Breakdown

# Table of Contents

A. Prisoner Status..................................................................................4
   1. Overall...........................................................................................4
   2. Pre-Trial Prisoners........................................................................5
      a. Charge Class ..........................................................................5
      b. Charge Category ....................................................................6
   3. Post Trial Prisoners ...................................................................10
      a. Charge Class ........................................................................10
      b. Charge Class ........................................................................11
      c. Sentence Length ...................................................................15
   4. Holds..........................................................................................16
      a. Type......................................................................................16
      b. Local Charges ......................................................................18
   5. Demographics ............................................................................20
      a. Arresting Agency ..................................................................20
      b. Age.......................................................................................21
      c. Gender..................................................................................22
      d. Race/Ethnicity ....................................................................23

B. Time in Custody ...............................................................................24
   1. Status.........................................................................................24
   2. Pre-Trial Prisoners......................................................................25
      a. Charge Class ........................................................................25
      b. Charge Category ..................................................................26
   3. Post Trial Prisoners ...................................................................28
      a. Charge Class ........................................................................28
      b. Charge Category ..................................................................29
   4. Holds .........................................................................................31

# *Chapter Two*
# Jail Population Breakdown

## Introduction

Kim Gilmore of Information Services Department developed the routines to complete a daily snapshot of every prisoner in custody. The snapshot methodology uses a hierarchy to determine the most significant charge for which a defendant is being held and from that determines their status. The snapshot is recorded each night at midnight and a monthly composite is prepared at the end of the month.

The data presented in this chapter is a composite of April through June 2007. It is presented in two sections: the first section details the number of prisoners in each category and the second shows how long they have been in custody. Time in custody is a different measurement then Length of Stay. Time in custody is the average length of time each prisoner in the specific category has been in custody as opposed to average length of stay, which captures all of the prisoners in jail during a given period of time.

A. Prisoner Status

1. Overall

The first graphic shows the status of the average 1,098 prisoners in custody.



Thirty-one percent of the jail population was there awaiting trial. Thirty-one percent was serving a sentence and the remaining 37 percent were in jail on holds.

2. Pre-Trial Prisoners

   a. Charge Class

The next graphic displays the pre-trial prisoners



Twenty-six percent of the pre-trial prisoners were awaiting trial on a misdemeanor and the remaining on a felony charge.

b. Charge Category

(1) Misdemeanors

(a) Overall

The next graphic shows the charge category for the pre-trial misdemeanors.



Thirty percent of the pre-trial misdemeanors were in jail awaiting trial for a crime against person. Eleven percent were awaiting trial on a property charge; 22% for a narcotics offense; 8 percent for drunk driving; and 23% for a public order offense. The remaining 6 percent were in jail for a traffic offense.

(b) Person Crimes

The next graphic examines the person crimes in greater detail.

## Pre-Trial Misdemeanor Person Crimes Charge Category



Seventy-eight percent of the misdemeanants charged with person crimes were charged with domestic violence. The remaining 22 percent were charged with "other" person offenses.

(2) Felonies

(a) Overall

The next graphic shows the charge category for the pre-trial felons.



Thirty-eight percent of the post trial felons were in jail awaiting trial for a crime against person. Thirty percent were awaiting trial on a property charge; 20% for a narcotics offense; and 1% for drunk driving. The remaining 10 percent was in jail for a public order offense.

(b) Person Crimes

The next graphic provides additional detail for the pre-trial felons charged with person crimes.



Pre-Trial Felony Person Crimes Charge Category

Fifteen percent of the felons charged with person crimes were charged with domestic violence. The remaining 85 percent were charged with "other" person offenses.

3. Post Trial Prisoners

    a. Charge Class

The next graphic shows the charge class for the post trial prisoners.



Fifty-one percent of the post trial prisoners were serving a sentence for a misdemeanor charge and the remaining had been convicted of a felony offense.

b. Charge Class

(1) Misdemeanors

(a) Overall

The next graphic shows the sentenced misdemeanor charge category.



Twenty-nine percent of the misdemeanants had been convicted of a crime against person. Ten percent had been convicted of a property offense; 29% for a narcotics offense; 11% for drunk driving; and 17 percent for a public order offense. The remaining 5% had been convicted of a traffic offense.

(b) Person Crimes

The next graphic details the type of person crime.



## Post Trial Misdemeanor Person Crimes Charge Category

- Domestic Violence
- Other Person

12 (24%)
50
38 (76%)

Seventy-six percent of the sentenced misdemeanants charged with person crimes were convicted domestic violence. The remaining 24 percent were convicted of "other" person offenses.

(2) Felonies

(a) Overall

The next graphic shows the sentenced felony charge category.



Post Trial Felonies Charge Category

- Person
- Property
- Narcotics
- Drunk Driving
- Public Order
- Traffic

30 (18%), 29 (17%), 2 (1%), 4 (2%), 169, 48 (28%), 56 (33%)

Seventeen percent of the felons had been convicted of a crime against person. Thirty-three percent had been convicted of a property offense; 28% for a narcotics offense; 2% for drunk driving; and 18 percent for a public order offense. The remaining 1% had been convicted of a traffic offense.

(b) Person Crimes

The next graphic details the type of person crime.

## Post Trial Felony Person Crimes Charge Category




Thirty-four percent of the sentenced felons charged with person crimes were convicted domestic violence. The remaining 66 percent were convicted of "other" person offenses.

Jail Population Breakdown
Chapter Two
Page 14