c. Sentence Length

The next graphic shows the average sentence length.



# Jail Sentence Length

The overall average sentence length was 212 days. The misdemeanors had been sentenced to an average 164 days and the felons 261 days.

Sonoma County Corrections Master Plan

4. Holds

 a. Type

  (1) Overall

The next graphic displays the "hold" type.

## Holds



Twenty-four percent of the holds were Probation holds. Thirty-four percent were for Immigration and Customs Enforcement (ICE); 23 percent were for California Department of Corrections (CDC); and 12 were for other counties. The remaining 5% were "other" holds.

Sonoma County Corrections Master Plan

(2) California Department of Corrections

The next graphic details the type of holds for California Department of Corrections.

# California Department of Corrections Holds



Seventy-eight percent of the CDC holds were for parole violations. The remaining 22 percent of the holds were for the state prison.

Sonoma County Corrections Master Plan

b. Local Charges

(1) Overall

The next graphic looks at the hold prisoners to determine if they also had local charges.



Overall, 76 percent of the holds also had local charges pending. Sixty-two percent of the probation holds had local charges; 93 percent of the ICE holds; 71 percent of the CDC holds; 92 percent of the holds for other counties; and 53 percent of the holds for other states. Prisoners with other holds had local charges pending in 9 percent of the cases.

(2) California Department of Corrections

The next graphic details the CDC prisoners and the presence of local charges.

# CDC Holds with Local Charges



Overall, the CDC prisoners had local charges in addition to the hold in 71 percent of the cases. Parole hold prisoners had local charges in 91 percent of the cases; and prison holds in only 1 percent of the cases. The prisoners with "other" CDC holds all had local charges pending.

5. Demographics

    a. Arresting Agency

    The next graphic shows the arresting agency.

# Arresting Agency



The Sheriff arrested 22% of the prisoners. Central County police agencies, primarily Santa Rosa Police Department arrested 32 percent of the prisoners; other agencies within Sonoma County arrested 16 percent; probation 4 percent; and prisoners booked from court and/or surrendering represented 16 percent. The remaining 11 percent were arrested by other police agencies.

Sonoma County Corrections Master Plan

b. Age

The next graphic shows the age of the prisoners in custody.

## Age



| | |
|---|---|
| ⊞ | Less Than 25 |
| ⊞ | 25 to 34 |
| | 35 to 44 |
| | Older Than 44 |

**Average - 33.7 Years Old**

Twenty-six percent of the prisoners were younger than 25 years old. Thirty percent were between the ages of 25 to 34; and 26% between 35 to 44. The remaining 18% were 45 or older.

The average age was 33.7 years old.

c. Gender

The next graphic shows the gender of the prisoners

# Gender



| | Male |
| --- | --- |
| | Female |

Fifteen percent were female.

d. Race/Ethnicity

The next graphic shows the race of the prisoners.

# Race/Ethnicity



Fifty-eight percent were Caucasian. Nine percent were African American; and 28 percent Hispanic. The remaining 4 percent were "other".

Sonoma County Corrections Master Plan

B. Time in Custody

1. Status

The next graphic shows the overall time in custody.



# Time in Custody

The overall time in custody was 87 days. Pre-Trial prisoners had been in jail for an average 94 days and post trial prisoners 77 days. Holds had been in custody an average 90 days.

Sonoma County Corrections Master Plan

2. Pre-Trial Prisoners

a. Charge Class

The next graphic shows the time in custody for the pre-trial prisoners.



The pre-trial prisoners had been in custody an average 94 days. Pre-Trial misdemeanants had been custody an average 19 days and felons an average 121 days.

Jail Population Breakdown
Chapter Two
Page 25

b. Charge Category

(1) Misdemeanors

The next graphic shows the average time in custody for the pre-trial misdemeanants by charge category.



The overall average time in custody for pre-trial misdemeanors was 19 days. Prisoners awaiting trial for domestic violence had been in custody 28 days; other person crimes an average of 14 days; property crime offenders had been in jail an average 28 days; narcotics offenders 19 days; drunk drivers 8 days; and public order offenders 13 days. The traffic offenders had been in custody an average 10 days.

Sonoma County Corrections Master Plan

(2) Felonies

The next graphic shows the average time in custody for the pre-trial felons by charge category.




The overall time in custody for pre-trial felons was 121 days. Prisoners awaiting trial for domestic violence had been in custody 94 days; other person crimes an average of 221 days property crime offenders had been in jail an average 76 days; narcotics offenders 73 days; drunk drivers 26 days; and public order offenders 56 days. The traffic offenders had been in custody an average 43 days.

3. Post Trial Prisoners

a. Charge Class

The next graphic shows the time in custody for post trial prisoners.



The overall time in custody for post trial prisoners was 77 days. Post trial misdemeanants had been in custody an average 55 days and post trial felons an average 100 days.

b. Charge Category

(1) Misdemeanors

The next graphic shows the time in custody by charge category for the sentenced misdemeanants.



The overall time in custody for post trial misdemeanants was 55 days. Prisoners serving a sentence for domestic violence had been in custody 83 days; other person crimes an average of 71 days; property crime offenders had been in jail an average 59 days; narcotics offenders 53 days; drunk drivers 31 days; and public order offenders 37 days. The traffic offenders had been in custody an average 20 days.

Sonoma County Corrections Master Plan

(2) Felonies

The next graphic shows the time in custody by charge category for the sentenced felons.



The overall average time in custody for post trial felons was 100 days. Prisoners serving a sentence for domestic violence had been in custody 107 days; other person crimes an average of 98 days; property crime offenders had been in jail an average 109 days; narcotics offenders 98 days; drunk drivers 68 days; and public order offenders 93 days. The traffic offenders had been in custody an average 56 days.

Sonoma County Corrections Master Plan

4. Holds

The final graphic shows the average time in custody for the holds by the type of hold.



The holds had been in custody an average 90 days. Probation holds had been in custody an average 48 days; ICE prisoners an average 102 days; CDC prisoners 96 days; holds for other counties 82 days and holds for other states 90 days. "Other" holds had been jail an average 152 days.