e. Residential Referrals

The specific residential treatment programs to which TASC referred clients are presented in this graphic.

## TASC Residential Referrals



Of those referred by TASC to residential treatment in March 2007, the majority (45%) was sent to the Turning Point program. Seventeen percent (17%) were referred to Orenda Center; 17% to Casa Calmecac; and 21% to other programs (WRS, St. Anthony's, Delancey St., Athena House, and Jericho Project). (Source: TASC Monthly Statistics)

f. Reason for Rejection

The next graphic provides a breakdown of the reason clients was denied treatment.

## TASC Rejection Reason



An examination was conducted of 56 cases that had been rejected for treatment by TASC in March 2007. In 38% of the cases the reason was a violent charge or history; in 27% of the cases the defendant was not a local resident; 13% of the cases were denied because the person had an outstanding debt to TASC; 9% of the cases had mental health issues that could not be accommodated in standard treatment; and 14% fell in an 'other' category. Where appropriate, TASC will attempt to make referrals after denial. For example, some mental health cases may be referred to the FACT team for consideration. These data, however, raises questions for the system about availability of treatment for special populations; policies regarding fees; the relationship between money owed and access to treatment; and how to best

respond to the out-of-county cases (the Probation Department does have a specialized out-of-county unit). (Source: TASC data collection)

> g. Office Walk-Ins
>
>> (1) Referrals
>>
>>> The referral source for out-of-custody defendants who come

to the TASC office for an assessment is presented here.



**TASC Walk-in Referrals May 2007**

2 (5%)
3 (7%)
2 (5%)
4 (9%)
43
32 (74%)

Self
Court
Probation
FACT
Attorney

Of those defendants who come to the TASC office for an assessment, the vast majority (74%) are self-referrals. One common scenario is for a defendant to bail out of jail and to then come to TASC for a treatment assessment, hoping to positively influence their case. (Source: TASC data collection)

(2) Acceptances

This graphic shows the final TASC treatment decision for walk-ins clients.

# TASC Walk-in's



Accepted
Rejected
No Show

Half (50%) of the individuals who come to the TASC office for an assessment are rejected for treatment; 48% are accepted; and 2% did not show up after making an appointment. Further analysis is needed to determine what happens to those who are rejected by TASC for treatment: whether or not they are able to access other treatment as they progress through the system. (Source: TASC data collection)

C. AODS Snapshot

    1. Treatment Type

A one-day snapshot of criminal justice clients in treatment is shown below.



AODS Snapshot
6 February 2007

22 (6%)
108 (30%)
362
232 (64%)

Out-Patient
Residential
Jail

A snapshot of persons in AODS treatment programs serving criminal justice clients was taken on 6 February 2007. Data does not include detox services, narcotic replacement therapy (methadone), or out-of-county programs to which Sonoma County offenders may be referred. Data reflects number of participants in the program on that day, not program capacity. As can be seen, the majority of clients (64%) are being served in outpatient treatment; 30% are in residential treatment; and 6% are in 'Starting Point' the in-custody program. (Source: AODS data)

2. County Treatment Beds

This graphic shows the number of residential treatment beds supported by the County and breaks them down by type.





The residential bed type distribution reflects the resource purchased by the County in FY 2006-07. The numbers are rounded, and the one bed dedicated for Dependency Court is not included. Residential treatment beds designated as "jail beds" are reserved for inmates identified in jail as needing treatment, and held in custody until a bed becomes available. The majority (75%) of beds fall in this category. (Source: AODS data)

3. Program Type

This graphic shows the distribution of criminal justice clients in treatment on 6 February 2007 by program type.



On the day of the AODS snapshot, 16% of all clients were in Drug Court; 38% were in a SACPA program; 40% were TASC referrals; and 6% were in the 'Starting Point' program in Jail. (Note: TASC numbers pertain to those in treatment and do not include the larger number of those being case managed.) (Source: AODS data)

4. Outpatient Treatment by Population

A breakout of clients in outpatient treatment by population is provided below.





These data show that, taken together, 82% of outpatient treatment is dedicated to SACPA and Drug Court. (Source: AODS data)

5. Age

This graphic provides the age distribution of those in the treatment snapshot.



AODS Snapshot
Age

| | |
|---|---|
| ▦ | **Less Than 20** |
| ▦ | **20 to 29** |
| ▨ | **30 to 39** |
| ▩ | **40 to 49** |
| ▓ | **50 or Older** |

22 (6%)
7 (2%)
101 (28%)
134 (37%)
362
98 (27%)

Only two percent (2%) of those in the treatment snapshot were under 20 years of age; (37%) were 20-39 years; (27%) were 30-39 years; (28%) were 40-49 years; and (6%) were 50 years or older. (Source: AODS data)

6. Prior Treatment

The next graphic shows the percent in treatment that had previously received treatment.



Of those in treatment on the day of the snapshot, SACPA had the highest percentage of participants with prior treatment (82%). A slight majority (51%) of TASC referrals has previously been in treatment; but only 22% of Drug Court clients had prior treatment experience. (Source: AODS data)

7. Drug of Choice:  Methamphetamine

   a. Program Type

     The percentage of clients who declare methamphetamine to be their drug of choice is noted below.

## AODS Snapshot
## Methamphetamine Drug of Choice



Methamphetamine was the primary drug of choice across program type: 74% of Drug Court clients; 62% of SACPA participants; 68% of TASC clients; and 52% of inmates in 'Starting Point' reported this as their primary drug of choice.  (Source: AODS data)

b. Treatment Type

The next graphic compares the degree to which methamphetamine is the primary drug of choice, between residential and outpatient clients.

## AODS Snapshot
## Methamphetamine Drug of Choice



Residential treatment programs in Sonoma County report a higher percentage of clients who declare methamphetamine as their primary drug of choice than clients in outpatient; showing that (at least by measure of addiction severity) the more intensive resource is being used for a more severely addicted client. (Source: AODS data)

8. In Jail last 30 Days

The percentage of treatment clients who were in Jail 30 days prior to treatment is shown here.



## AODS Snapshot
## In-Custody Within Last 30 Days

The majority of clients in the three main treatment programs (Drug Court, SACPA, and TASC) had been in Jail during the last 30 days (this includes those admitted directly from jail as well as those returned to jail for sanctions), demonstrating the inextricable connection between jail and treatment. (Source: AODS data)

9. Homeless

This graphic shows the percentage of clients in treatment who were homeless at admission.



**AODS Snapshot**
**Homeless**

At 18%, clients in the TASC program had the highest reported rate of homelessness at admission, followed by 14% of SACPA clients, and 7% of Drug Court participants. (Source: AODS data)

10. Unemployed

The next graphic shows the percentage in treatment, unemployed at admission.



Client unemployment rates range from 20% of TASC participants to 47% of Drug Court clients. (Source: AODS data)

11.  Children under 5 years

This graphic shows the percentage of clients in treatment who have a child 5 years of age or less.



## AODS Snapshot
## Children Under 5 Years of Age

The majority of clients in both the SACPA (55%) and TASC program (64%) have children 5 years or younger. (Source: AODS data)

12.  Mental Health Issues

The percentage of clients with mental health issues is presented in the next graphic.



Five percent (5%) of clients in Drug Court; 42% of SACPA participants; 20% of TASC referrals; and 25% of inmates in the 'Starting Point' program are reported to have a mental health issue that merits attention.  (Source: AODS data)

13. Clients on Psychotropic Medication

The next graphic shows the percentage of clients, by program taking psychotropic medication.



**AODS Snapshot Psychotropic Medications**

A higher percentage of clients in residential treatment (an average of 40%) are on psychotropic medications than in outpatient (15%). (Source: AODS data)

14. Residential Treatment

This graphic shows the percentage in residential treatment by participant category.



**AODS Snapshot
Residential Treatment**

TASC had the highest percentage of clients in residential treatment (64%); followed by Drug Court (12%); and SACPA (11%). (Source: AODS data)

15. Probationers

a. Caseload Type

This graphic breaks out the probationers in the snapshot by caseload type.



**AODS Snapshot Probation Supervision Supervision Level**

7 (5%)
20 (14%)
20 (14%)
146
99 (68%)

No Supervision
Office
Intensive
Other

Of those offenders in the AODS snapshot who were on probation, a sample was taken and examined in more detail. In this graphic we look at the level of supervision received by those in treatment. Given the importance of both intensive supervision and treatment for long-term success it is a positive finding that 68% of those in treatment are also on intensive supervision. Fourteen percent (14%) were not on formal supervision; 14% were on an 'Office' caseload (caseloads of up to 150 offenders); and another 5% were in an

'other; category. Note: Many of those on 'Office' caseload had been stepped down from Intensive. (Source: Probation Department)

b. Charge Class

The next graphic shows the breakout of cases by felony/misdemeanor as most serious conviction.





The majority of probation clients (83%) in treatment on the day the snapshot was taken had been convicted of a felony; the remaining 17% had been convicted of a misdemeanor. (Source: Probation Department)

D. TASC Case Management

    1. Total Caseload

    This graphic shows the breakdown of the TASC caseload.





    In May 2007 TASC had 530 cases under case management. Of these, 24% were in 'pending' status; 76% were in 'placed' status. (Source: TASC data collection)