ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SAN MATEO, COUNTY OF SANTA
BARBARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT<br><br>**COUNTY INTERVENORS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF FISCAL OR HUMAN SERVICES IMPACTS OF PRISONER RELEASE ORDER** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br><br>Trial Date: November 18, 2008<br>Time:        1:30 p.m.<br>Location:   U.S.D.C. Ceremonial Courtroom |

//

//

## I.
## INTRODUCTION

The Counties of Santa Clara and San Mateo ("County Intervenors") oppose Plaintiffs' motion in limine to exclude: (1) evidence of the financial costs that might be incurred by California county governments if the Court issues a prisoner release order pursuant to this proceeding; and (2) evidence of the cost to expand human services programs funded by county governments in order to meet additional demand for services.

## II.
## ARGUMENT

### A.   EVIDENCE OF COUNTY FINANCIAL COSTS IS RELEVANT

Plaintiffs incorrectly assert that evidence of the financial costs counties might incur to provide services to prisoners released pursuant to a prisoner release order is irrelevant. Relevant evidence is evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. Federal Rules of Evidence, Rule 401. Evidence need not prove anything, but only must have a tendency to prove a fact in issue. *United States v. Leftenant* (4th Cir. 2003) 341 F. 3d 338, 345, fn. 4. Consequently, there is a low threshold to admissibility on the issue of relevance.

Under the Prison Litigation Reform Act ("PLRA"), this Court is required to give "substantial weight to any adverse impact on public safety or the operation of a criminal justice system caused by the relief" granted in this case. 18 U.S.C. § 3626(a)(1)(A). Therefore, the question raised by Plaintiffs' motion is whether the cost to the counties to address the needs of prisoners released pursuant to a prisoner release order tends to indicate whether or not public safety or the operation of a criminal justice system will be adversely impacted. The answer to that question is emphatically yes. The county needs money to provide for the health, safety and welfare of individuals residing in the community, including funding to meet public safety needs and to operate the criminal justice system. If the need for the County services increase and become more expensive due to a prisoner release order, more money will be needed, and if

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Memo of
P&A's in Opp to MIL No. 6        2        CIV S-90-0520 LKK JFM / C01-1351 TEH

there is insufficient financial means to effectively adapt, there will likely be an adverse impact upon public safety. It is impossible to reasonably assess impact of a prisoner release order without assessing the financial wherewithal of the counties to modify or increase programs and services to meet the changing circumstances that a prisoner release order would effect.

Post-incarceration rehabilitation, treatment, housing and employment programs for parolees and public safety are inextricably connected. Correctional experts identify sobriety, stable housing and employment as key factors in a parolee's success once he or she has been released to the community. Judicial and Criminal Justice, 2007-2008 LAO analysis, p. D-102.[1] The key to a parolee's success therefore depends on well-designed and well-coordinated public service programs and services. These programs benefit public safety, among other things, by reducing criminal behavior outside prison and reducing recidivism rates. These programs, however, require funding. If a County's service programs cannot accommodate an influx of prisoners because of a lack of funding, then public safety will be threatened.

Indeed, Plaintiffs' relevancy argument is refuted by their own experts, who recognize the way in which funding of public services and public safety are connected. For example, Dr. Barry Krisberg states among other things that "the provision of transitional housing, access to health care and mental health services, drug treatment, and vocational services can ease the reentry process and reduce subsequent criminality" and that there is no "logical reason why community capacity cannot be expanded with appropriate state funding." Expert Report of Dr. Barry Krisberg, Fuentes Decl., Exh. B, p.14. Dr. James Gilligan states among other things that the "safety of the parolee with mental illness and the public is enhanced by access to community health system" and that providing appropriate levels of care [for certain mentally ill parolees] is better for public safety than is the currently implemented alternative of repeated returns to the community after short-term stints of re-incarceration without adequate treatment or pre-release planning." Expert Report of Dr. James Gilligan, Fuentes Decl., Exh. C, ¶¶ 63, 65. Dr. James Austin cites a reduction of community treatment resources as one of the factors

---

[1] http://www.lao.ca.gov/analysis_2007/crim_justice/crimjust_an107.pdf

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Memo of
P&A's in Opp to MIL No. 6                3        CIV S-90-0520 LKK JFM / C01-1351 TEH

1  leading to California's high rate of recidivism and opines "if the state provided appropriate
2  community-based treatment for individuals diverted from prison, the diversion program would
3  likely have a neutral or positive impact on public safety." Expert Report of James Austin,
4  Fuentes Decl., Exh. C, ¶ 61.  Finally, Dr. Pablo Stewart's opinion is that if the "state enhanced
5  the services provided to released individuals, public safety would improve." Supplemental
6  Expert Report of Pablo Stewart, Fuentes Decl., Exh. D, p. 63 Opinion 3.)

7       As a result, Plaintiffs cannot claim that the financial costs to counties and their ability to
8  fund the very same programs Plaintiffs experts opine are necessary to ensure public safety are
9  irrelevant.  Accordingly, their motion to exclude evidence of the fiscal impacts of a prisoner
10 release order should be denied.

11 **B.  EVIDENCE OF THE COST TO EXPAND HUMAN SERVICES PROGRAMS FUNDED BY COUNTY GOVERNMENTS IS RELEVANT**

12      Plaintiffs incorrectly assert that evidence regarding the cost to expand human services
13 programs to accommodate additional demands for services from released prisoners is irrelevant.
14 However, for all of the reasons stated above, this evidence is relevant to the issue of public
15 safety because it tends to show that the counties do not have the current resources to provide
16 services and programs (*e.g.,* drug and alcohol treatment, mental health treatment, housing,
17 social services, children's protective services, job training) to prisoners released pursuant to an
18 order of this Court.   If the counties do not have the resources to provide such services, the
19 individuals will go without those services and there will be a negative impact on public safety.
20 *See, e.g.,* Expert Report of Nancy Dane Pena, Fuentes Decl., Exh. E at p. 5  (opining on the
21 negative public safety outcomes (increased recidivism, increased psychiatric hospitalizations,
22 suicide, substance abuse and "increased community safety concerns") if mentally ill inmates
23 prisoners are released to counties that do not have the resources to treat them); Expert Report of
24 Robert Garner, Fuentes Decl., Exh. F at p. 4 (opining that the release of prisoners into the
25 community without resources to treat them would impact public safety because of escalated
26 drug use and resulting exposure to arrest and incarceration); Expert Report of Paul McIntosh,
27 Fuentes Decl., Exh. G at p. 6 ("Similar to mental health needs, if substance abuse needs go

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Memo of
P&A's in Opp to MIL No. 6        4        CIV S-90-0520 LKK JFM / C01-1351 TEH

unaddressed, overcrowding and recidivism will not be reduced. . . . Without readily available treatment, these individuals will likely revert back to old habits and resume, destructive, addictive behavior); Expert Report of Gary Graves, Exh. H at p. 4 ("If additional resources are needed to house and support inmates, the money would have to be reallocated from existing discretionary programs, like drug, alcohol and mental health treatment programs and would impair our ability to reduce recidivism and reduce the number of people in jail and prison.")

Wherefore, Plaintiffs' motion to exclude evidence regarding the cost to expand human services programs funded by county governments to meet the additional demand for services as a result of a prisoner release order should be denied.

## III.
## CONCLUSION

For all of the foregoing reasons, The County Intervenors respectfully request that the Court deny Plaintiffs' Motion in Limine No. 6 to Exclude Evidence of Fiscal or Human Services Impacts of Prisoner Release Order.

Dated: October 30, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
THERESA J. FUENTES
Deputy County Counsel

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA,
COUNTY OF SAN MATEO, COUNTY
OF SANTA BARBARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Memo of
P&A's in Opp to MIL No. 6          5          CIV S-90-0520 LKK JFM / C01-1351 TEH