# Sonoma County
# Corrections Master Plan

## Chapter Four
## Jail Capacity Forecasts

# Chapter Four
# Jail Capacity Forecasts

# Table of Contents

A. Admissions ............................................................. 5

B. Average Length of Stay ........................................ 6

C. Average Daily Population .................................... 7

D. County Population: Actual and Forecasted — 1985-2030 ............................................................. 8

   1. County Population: Actual — 1985-2007 ........................................ 8
   2. County Population: Forecasted — 2008-2030 ............................... 9

E. Rates ..................................................................... 10

   1. Admissions .......................................................................... 10
   2. Incarceration ....................................................................... 11

F. Jail Capacity Forecasts ....................................... 13

   1. Introduction ........................................................................ 13
   2. Adjustments: Peaking and Classification Factors ....................... 14
   3. The Forecasts for 2030 ........................................................ 16

G. Conclusion ......................................................... 18

# Chapter Four
# Jail Capacity Forecasts

Forecasting future jail population sizes is, or should be, a policy-based task. The changes that have occurred in United States jail populations during the last twenty-five years provide considerable evidence that shifts in local policies can bring about dramatic increases or decreases in jail populations within a county. Few planners who did jail population forecasts during the 1970s or 1980s were able to foresee the nation-wide policy-shift trends that would lead to dramatic growth in jail populations in the 1980s and 1990s. They were unable to foresee, for example, the greater focus on persons convicted of drunk driving. In the 1990s, the offenses that impacted most jails in the United States were domestic violence and all of the narcotics and drug-related crime.

Because of this failure of foresight, even those counties that built new jails during the latter half of the 1980s found that space that was supposed to be sufficient until the year 2000 was filled by the early 1990s. In many cases, the decision-makers responsible for the policy shifts at issue had been on hand when the forecasting studies were done; they were no more able than the forecasters to predict where policy emphases would fall during the coming decade.

Too much jail forecasting work done in recent years has assumed that criminal justice system policies in a county will remain the same over the forecast period. In reality, this is rarely the case. When forecasters make their predictions based on the assumption that county decision-makers will make no changes in criminal justice system policy, they doom their predictions to failure. No county criminal justice system today can afford not to *anticipate*

change. For better or for worse, all county systems will have to change, with increasing frequency, in the years to come. The question is not *whether* but *how* a particular set of policies can be expected to change. Jail forecasters must learn to take the likelihood of such changes into account and try to foresee the various possibilities. As the drunk-driving and domestic violence examples illustrate, forecasters cannot do this without the close cooperation of county decision-makers. Ultimately, the decision-makers are the ones who must decide where the emphasis will fall in the years to come.

Jail capacity forecasts must depend in large part on information made available to forecasters by a county. The forecasts contained in this report are no exception. Much historical information exists on the way the Sonoma County Jail has been used during the past 20 years. Jail admissions, average length of stay, and average daily population figures are available from 1988 to the present.

Attempts to obtain reliable, consistent older data, however, proved impossible — the records simply do not exist or are not reliable. An estimate of the forecast of county population was received from the Association of Bay Area Governments to the year 2035.

As useful as these numbers may be in constructing a picture of what is to come, they will not aid the county unless a consensus regarding criminal justice system policy for the next twenty-five years is reached. The text, tables, and graphs that follow illustrate several possible population scenarios, scenarios that suggest what the county might expect in terms of Jail bed demand given several possible policy scenarios. No one-policy scenario is the "right" scenario. It will be up to the county decision-makers to select the view of the future that best represents what they believe to be the most likely direction of county decision-makers, and then plan for jail space on that basis.

The 2007 data in the following graphics is annualized based upon the first 6 months.

A. Admissions

The first graphic presents the total admissions per year for the years 1988 to 2007.



Admissions

In 1988, the Sonoma County Jail admitted a total of 19,937 persons. The number of admissions increased until 1990 and then dropped dramatically to 16,455 in 1992. The drop coincided with the establishment of booking fees paid to the Sheriff for every booking. Admissions remained flat until 2003 when they began climbing. In 2007, it is expected there will be 20,006 bookings, which is within a few persons of the number of admissions in 1988.

B. Average Length of Stay

The next graphic shows the average length of stay for 1988 to 2007.



The average length of stay, with one exception rose steadily to 1999 where it has dropped almost every year since. The average length of stay in 1988 was 12.7 days and in 2007 is 20 days, making for a 57 percent increase over the period.

C. Average Daily Population

The next graphic presents the historic average daily populations (ADP) for the Sonoma County Jail over the period 1988 to 2007.



The average daily population was 693 in 1988. The average daily population increased steadily for 10 years before virtually flattening for the last 10 years. In 2007, the average daily population through June has been 1,096, making for a 58 percent increase over the period.

D. County Population: Actual and Forecasted — 1988-2035

1. County Population: Actual — 1988-2007

The next graphic shows the actual county population for each year between 1988 and 2007.



In 1988, 360,870 persons resided in the county. Since then, the population has risen steadily and it is estimated that 481,765 persons live in the county in 2007, a 34 percent increase over the period.

2. County Population: Forecasted — 2010-2035

The next graphic shows the forecasted county population from 2010 to 2035 as provided by the Association of Bay Area Governments.



The county population in 2010 is expected to be 509,100. Population is expected to grow to 568,900 persons by 2035, a 12 percent increase.