E. Rates

1. Admissions

The next graphic shows the rate of admissions to the Sonoma County Jail per 100,000 population from 1988 to 2007.



**Admissions Rate**

In 1988, the admission rate into the Sonoma County Jail was 5,525 per 100,000 population; by 2007, the rate had dropped to 4,153 per 100,000 population, a 25 percent decrease.

2. Incarceration

   a. Sonoma County

The incarceration rate per 100,000 of the population is shown in the graphic below for the years 1988 to 2007.



The incarceration rate rose from 192 per 100,000 population in 1988 to 227 per 100,000 population in 2007, an 18 percent increase.

b. United States

The next graphic shows the incarceration rates for the United States, Western US, and State of California for the years 1988, 1993, 1999, and 2005. The national and state data is taken from the Census of Jails from the Bureau of Justice Statistics. The national data is only collected every 5 or 6 years.



The national incarceration rate has risen from 141 persons per 100,000 population in 1988 to 252 in 2005. The western United States has risen from 180 to 235. The state of California has been flat, from 226 to 227. Sonoma County's incarceration rate has increased from 188 per 100,000 population in 1988 to 247 in 2005 which is which is virtually the same as the national average and only slightly higher than the state and regional averages.

F. Jail Capacity Forecasts

1. Introduction

A simple method of forecasting the number of Jail beds needed would be to use average daily population increases over the 20-year study period as a predictive base. During that 20-year period, the Jail population increased on average by 20.1 persons each year. Using the above method, one might predict that the average daily population would be 1,660 Jail beds for the year 2035. However, this forecast assumes that the Jail is being appropriately utilized today (that no additional pre- or post trial intermediate sanctions exist that could impact the Jail population) and that the Jail will continue to be used at the same rate over the next 20 years as it has over the past 20 years. Neither of these assumptions is likely to be true. However, a more detailed approach is recommended to be used to develop Jail population forecasts — one in which county officials can help select specific scenarios for the future on which such forecasts can be based.

The average length of stay has changed significantly over the study period. The average length of stay over the last 20 years averaged 19 days; over the last 10 years 22 days; and over the last 5 years, the average length of stay was also 22 days. In 2007, the average length of stay is 20 days. For the purposes of these forecasts, three estimated average lengths of stay have been used for the year 2035: 20, 22, and 24 days.

Admissions have been flat over the study period. The number of persons booked into the jail in 2007 is the same as in 1988; however, there have been some swings over the years. The admissions rate averaged 4,225 over the last 20 years. The admissions rates averaged 3,814 per 100,000 persons over the last 10 years and 3,878 over the last five years. The admissions rate for 2007 is

4,153. Three different admissions rates are used for these forecasts: 4,000, 4,500, and 5,000 per 100,000 population.

### 2. Adjustments: Peaking and Classification Factors

The expected average daily population for each of the forecast scenarios does *not* mean that the county should have this amount of beds available. Since these are daily averages, the county's plans should include allowances for those days (in a given year) when the population surges above the average because of normal fluctuations in admissions and releases.

This situation is similar to a storm drain system. A storm drain sits empty most of the year; however, it needs to be large enough to handle the peak run-off from a summer thundershower or melting snow from the mountains. Jail populations are very similar. During peak periods — traditionally weekends, the end of the month, and the summer months — jail populations climb. A jail needs to be large enough to handle the peak periods.

The next graphic shows the peaking factor for Sonoma County. The Jail provided the three highest population days each month for each of the years 1998-2006.



*Average Daily Population and Peak Population*

Each month's average peak population was determined and then compared with the average daily population to develop the peaking factor. The peaks have evened out, artificially, because of overcrowding. The jail is continuously operating at capacity with adjustments made to the inmate population when it would be seeing normal peak populations. The nine-year average was 3 percent. The peaking factor was rounded up to 10 percent for the purposes of the forecasts.

A second factor, classification, was used to allow for the daily need, in any jail, to have a few open beds available for new inmates within *each* classification category. In a jail of this size, an appropriate classification adjustment factor would be seven beds for each of the four primary classification categories. That is, the county should increase its estimate for

each year by 28 beds to come to a final figure of what will be needed for each of the years in this planning cycle.

### 3. The Forecasts for 2035

The next set of graphics gives figures for the year 2035 based on an average length of stay of 20 days, 22 days and 24 days.

The tables below show (1) the average daily population, (2) beds necessary to handle peak periods, and (3) beds necessary for classification purposes. These figures are given for each of the three possible admissions rates. Each table then gives the incarceration rate per 100,000 population for each of the three possible admissions rates per 100,000 population: 4000, 4500, & 5000.

By 2035, it is estimated that 568,900 persons will be living in the county; this figure provides the baseline for the tables.

# Year 2035
## Average Length of Stay of 20 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1247 | 1372 | 1400 | 220 |
| 4500 | 1403 | 1543 | 1571 | 250 |
| 5000 | 1559 | 1714 | 1742 | 270 |

## Average Length of Stay of 22 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1372 | 1509 | 1537 | 240 |
| 4500 | 1543 | 1697 | 1725 | 270 |
| 5000 | 1714 | 1886 | 1914 | 300 |

## Average Length of Stay of 24 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1496 | 1646 | 1674 | 260 |
| 4500 | 1683 | 1852 | 1880 | 300 |
| 5000 | 1870 | 2057 | 2085 | 330 |

G. Conclusion

The forecasts presented in this report are just starting points. The projections are, at best, estimates of what is likely to occur in the coming twenty-three years. Should the county decision-makers wish to alter any of the scenarios, they can do so by adjusting the key indices of jail use — county population, admissions rate, expected average lengths of stay, the peaking factor, and the classification factor. By adjusting these factors, the decision-makers will obtain different estimates of the required number of jail beds.

There is no guarantee that criminal justice system policy will not change and push jail populations higher or lower than these numbers indicate. The forecasters of the 1980s did not foresee the dramatic rise in jail populations that took place during the 1990s. No one was able to estimate those changes accurately.

Sonoma County officials must analyze the data contained in this report and adopt a plan for the future of their criminal justice system. Policy shifts that could change the amount of jail space available are detailed in this report. If the necessary changes recommended in this report do *not* occur, then *more* beds than those predicted in this report will be necessary. Left uncontrolled, the present Jail population will continue to grow, filling and overfilling whatever facilities are constructed in response to such growth, and leaving Sonoma County with *no* alternatives for managing the jail population other than simply building new facilities every few years in response to renewed overcrowding. An approach that emphasizes active management, on the other hand, may make it possible to prolong the sufficiency of *new* jail space for a *longer* period — giving Sonoma County time to explore and try out the many viable alternatives to construction that have become available in recent years and are recommended in the next chapter.