ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SAN MATEO, COUNTY OF SANTA
BARBARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. CIV S-90-0520 LKK JFM P<br><br><u>THREE-JUDGE COURT</u><br><br>**DECLARATION OF THERESA J. FUENTES IN SUPPORT OF COUNTY INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF FISCAL OR HUMAN SERVICES IMPACTS OF PRISONER RELEASE ORDER** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. C01-1351 TEH<br><br><u>THREE-JUDGE COURT</u><br><br>Trial Date: November 18, 2008<br>Time:　　　1:30 p.m.<br>Location:　U.S.D.C. Ceremonial Courtroom |

I, Theresa J. Fuentes, declare as follows:

1. I am a Deputy County Counsel with the Santa Clara County Office of the County

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of TJF ISO Opposition to
Plaintiffs' MIL No. 6                           1           CIV S-90-0520 LKK JFM / C01-1351 TEH

1  Counsel, counsel for the County of Santa Clara and lead counsel for the County Intervenors in
2  this matter.  I am an attorney at law admitted to practice before the Northern District of
3  California and the Eastern District of California.
4      2.   Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr.
5  Barry Krisberg.
6      3.   Attached hereto as Exhibit B  is a true and correct copy of the Expert Report of Dr.
7  James Gilligan.
8      4.   Attached hereto as Exhibit C  is a true and correct copy of the the Expert Report of
9  James Austin.
10     5.   Attached hereto as Exhibit D is a true and correct copy of the Supplemental Expert
11 Report of Pablo Stewart.
12     6.   Attached hereto as Exhibit E  is a true and correct copy of  the Expert Report of
13 Nancy Dane Pena.
14     7.   Attached hereto as Exhibit F  is a true and correct copy of the Expert Report of
15 Robert Garner.
16     8.   Attached hereto as Exhibit G  is a true and correct copy of the Expert Report of Paul
17 McIntosh.
18     9.   Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Gary
19 A. Graves.
20     I declare under penalty of perjury that the foregoing statements are true and correct and
21 that this was executed in San Jose, California on this 30th day of October, 2008.


                    _____/S/_____
                    Theresa J. Fuentes

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of TJF ISO Opposition to
Plaintiffs' MIL No. 6                2        CIV S-90-0520 LKK JFM / C01-1351 TEH