1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
3 | San Jose, California  95110-1770
Telephone:  (408) 299-5900
4 | Facsimile:  (408) 292-7240

5 | Attorneys for Intervenor
COUNTY OF SANTA CLARA
6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | AND THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

14 | RALPH COLEMAN, et al.,                    ) No.  CIV S-90-0520 LKK JFM P
                                            )
15 |         Plaintiffs,                      ) THREE-JUDGE COURT
                                            )
16 | v.                                       ) **DECLARATION OF ELIZABETH**
                                            ) **HOWARD IN SUPPORT OF INTERVENOR**
17 | ARNOLD SCHWARZENEGGER, et al.,            ) **COUNTY OF SANTA CLARA'S**
                                            ) **OPPOSITION TO PLAINTIFFS' MOTION**
18 |         Defendants.                      ) **IN LIMINE NO. 7 TO EXCLUDE**
                                            ) **PORTIONS OF MCINTOSH OPINION**
19 | _____      ) **TESTIMONY**
                                            )
20 | MARCIANO PLATA, et al.,                   ) No.  C01-1351 TEH
                                            )
21 |         Plaintiffs,                      ) THREE-JUDGE COURT
                                            )
22 | v.                                       )
                                            )
23 | ARNOLD SCHWARZENEGGER, et al., )
                                            )
24 |         Defendants.                      )
                                            )
25 | _____      )

26 |         I, Elizabeth Howard, declare as follows:

27 |         1. I am a Legislative Representative in the Administration of Justice Policy Unit of the

28 | California State Association of Counties ("CSAC").  In this position, I work closely with Paul

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of EH ISO Opposition to
Plaintiffs' MIL No. 7 re McIntosh                1                CIV S-90-0520 LKK JFM / C01-1351 TEH

1    McIntosh, the Executive Director of CSAC.

2        2. CSAC represents and serves as the voice of California's 58 Counties before the

3    legislature and state administration on a range of regulatory, policy, and budgetary issues such

4    as climate change, transportation, health and human services, local government financing, and

5    criminal justice issues. CSAC is a vital information resource with respect to county activities.

6        3. CSAC routinely solicits input from counties through surveys, ranging from the very

7    formal– instances in which the results are considered the sole source of county information on a

8    particular issue–to the more informal. In certain instances, CSAC-developed and initiated

9    surveys are the only source of information on a particular topic. For example, during the past

10   16 years, CSAC has conducted an annual survey of counties regarding the amount of property

11   tax revenues shifted from counties, cities and special districts to schools via the Educational

12   Revenue Augmentation Fund (ERAF). CSAC is the only source of such data in the state and

13   CSAC's annual reports, which are based on the surveys, are utilized by the Legislature,

14   Department of Finance, The Legislative Analyst's Office, and others around the state.

15       4. In addition, the Administration of Justice Policy Unit solicits feedback from counties

16   through electronically transmitted surveys (or through an online survey instrument) on average

17   twice a month. Many queries emanate from a question we receive from a county seeking

18   information from other counties related to a given practice or policy that may be in place.

19   Further, we solicit input from counties through surveys regarding the impacts of legislative or

20   budgetary proposals on counties individually or collectively. For example, in 2007 CSAC

21   undertook significant survey efforts to solicit county input regarding the impact to counties on

22   the state's efforts to reform the state's health care system. CSAC also recently did a significant

23   survey to determine the impacts of Indian gaming activities statewide.

24       5. CSAC uses the aforementioned surveys through its regular course of business to assess

25   impacts of policy and budget proposals and decisions, elicit county-specific information and

26   input, and help guide our policy development process. I am aware that these surveys are

27   provided to Paul McIntosh for use in the course and scope of his duties as the Executive

28   Director of CSAC.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of EH ISO Opposition to
Plaintiffs' MIL No. 7 re McIntosh          2          CIV S-90-0520 LKK JFM / C01-1351 TEH

6. I assisted Paul McIntosh in preparing the September 2008 survey to counties that was used to support Mr. McIntosh's expert opinions in this case. The September 2008 survey is typical of the types of surveys we do at CSAC, and which are routinely used by Mr. McIntosh and CSAC to determine impacts and issues among the counties.

I declare under penalty of perjury that the foregoing statements are true and correct and that this was executed in San Jose, California on this 30th day of October, 2008.

Elizabeth Howard