ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No.  CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT<br><br>**DECLARATION OF THERESA J. FUENTES IN SUPPORT OF INTERVENOR COUNTY OF SANTA CLARA'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 7 TO EXCLUDE PORTIONS OF MCINTOSH OPINION TESTIMONY** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No.  C01-1351 TEH<br><br>THREE-JUDGE COURT |

I, Theresa J. Fuentes, declare as follows:

1. I am a Deputy County Counsel with the County of Santa Clara Office of the County Counsel, attorneys for the County of Santa Clara in this matter. I am an attorney at law

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of TJF ISO Opposition to
Plaintiffs' MIL No. 7 re McIntosh      1      CIV S-90-0520 LKK JFM / C01-1351 TEH

1  admitted to the Northern District of California and the Eastern District of California.

2      2. Attached hereto as Exhibit A is a true and correct copy of the report prepared by the Public Policy Institute of California addressing the demographics of California prisons ("PPIC Report") cited in Mr. McIntosh's report.  The PPIC Report was provided to Plaintiffs with Mr. McIntosh's document production on September 24, 2008.

    3. Attached hereto as Exhibit B is a true and correct copy of the survey questionnaire that was sent by Mr. McIntosh to a sample of California counties (the "Survey").  The Survey was provided to Plaintiffs with Mr. McIntosh's document production on September 24, 2008.

    4. Attached hereto as Exhibit C is a true and correct copy of the Supplemental Report of Paul McIntosh and the County Responses to the Survey.

    5. Attached hereto as Exhibit D is a true and correct copy of testimony excerpts from the deposition of Paul McIntosh.  The entire deposition transcript has been lodged with the Court by Plaintiffs' counsel.

    6.  I hand delivered a copy of Mr. McIntosh's Supplemental Expert Report to Plaintiffs' Counsel on the morning of the deposition of Mr. McIntosh, which was conducted September 29, 2008.

    7. Mr. McIntosh was deposed by Plaintiffs for a total of less than 4 hours.  According to the deposition transcript, the deposition began at 10:02 and ended at 3:09.  There were several breaks during the deposition and a lunch break of approximately one hour.  Plaintiffs have not requested additional deposition time.

    8.  Attached hereto as Exhibit E is a true and correct copy of Plaintiffs Notice of Deposition of Paul McIntosh and Request for Production of Documents.

I declare under penalty of perjury that the foregoing statements are true and correct and that this was executed in San Jose, California on this 30th day of October, 2008.

                                        /S/
                               Theresa J. Fuentes

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of TJF ISO Opposition to
Plaintiffs' MIL No. 7 re McIntosh      2      CIV S-90-0520 LKK JFM / C01-1351 TEH