# EX B TO DECL. OF THERESA J. FUENTES ISO OPP TO PLAINTIFFS' MIL NO. 7



Theresa Fuentes
09/03/2008 04:50 PM

To: Sandy Baker/CCO/SCC@SCC
cc:
Subject: Fw: Preview of Survey Regarding Three Judge Panel on Prison Overcrowding

----- Forwarded by Theresa Fuentes/CCO/SCC on 09/03/2008 04:49 PM -----



"Paul McIntosh"
<pmcintosh@counties.org>
09/03/2008 03:43 PM

To: <bbohn@co.fresno.ca.us>, <blujioka@ceo.lacounty.gov>,
<bhaddix@buttecounty.net>, <bluna@rceo.org>,
<ceo@data.co.merced.ca.us>, <cpedro@co.tuolumne.ca.us>,
<dshoemaker@countyofglenn.net>, <errear@co.kern.ca.us>,
<jketelsen@co.lassen.ca.us>, <larry.spikes@co.kings.ca.us>,
<llees@co.shasta.ca.us>, <mlbrown@co.santa-barbara.ca.us>,
<mitchell@co.mendocino.ca.us>, <mlopez@sjgov.org>,
<muffer@cao.sbcounty.gov>, <ralphcordova@imperialcounty.net>,
<rlawton@co.calaveras.ca.us>, <smuranishi@co.alameda.ca.us>,
<thomas.mauk@ocgov.com>, <walt.ekard@sdcounty.ca.gov>
cc: <Theresa.Fuentes@cco.sccgov.org>, "Rosemary Lamb"
<rlamb@counties.org>, "Elizabeth Howard" <ehoward@counties.org>,
<akrauter@co.kern.ca.us>, <billyd@advocation-inc.com>,
<bobham@co.imperial.ca.us>, <borth@co.fresno.ca.us>,
<bruce.matthias@ocgov.com>, <caylerp@co.mendocino.ca.us>,
<crystal.hishida@acgov.org>, <Donna.Grubaugh@ocgov.com>,
<ereyes@sjgov.org>, <gchristmas@rceo.org>,
<jcandelaria@sbcounty.gov>, <jhope@co.shasta.ca.us>,
<jishii@co.fresno.ca.us>, <jmorales@cao.sbcounty.gov>,
<kalbertson@co.merced.ca.us>, <kdonawa@co.fresno.ca.us>,
<krustrum@co.tuolumne.ca.us>, <laura.lloyd@acgov.org>,
<llarson@sbcounty.gov>, <mhendrickson@co.merced.ca.us>,
<mlangberg@ceo.lacounty.gov>, <mrivas@ceo.lacounty.gov>,
<mtajima@ceo.lacounty.gov>, <rebecca.campbell@co.kings.ca.us>,
<sarah.aghassi@sdcounty.ca.gov>, <sfried@sbcao.org>,
<sschubert@rceo.org>, <ssoeth@countyofglenn.net>,
<sylviabermudez@co.imperial.ca.us>
Subject: Preview of Survey Regarding Three Judge Panel on Prison Overcrowding

To:     County Administrative Officers (of Selected Counties)
Cc:     Legislative Coordinators (of Selected Counties)
From:   Paul McIntosh, CSAC Executive Director
RE:     Request for Information to Supplement Expert Testimony in Prison Overcrowding Cases

I apologize in advance for this lengthy e-mail; however, it is of utmost importance and I ask that you read it thoroughly.

You may be aware of the federal court three-judge panel currently presiding over two class action lawsuits (the matters of Coleman and Plata ) against the California Department of Corrections and Rehabilitation (CDCR). This panel has set a trial date in November to determine whether prison overcrowding is the primary cause underlying the violations of state prisoners' constitutional rights. Early on in this process, CSAC joined a local law enforcement coalition, in part to ensure that individual counties could gain proper standing in this case. Presently, four individual counties have intervened; CSAC has no official standing in the case. In June, the plaintiffs and defendants failed to reach agreement on a settlement, which resulted in the forthcoming November trial.

Recently, I provided expert testimony to the court at the request of Santa Clara County outlining what I, as the CSAC Executive Director and former county executive, believe the broad impacts will be on counties should the court decide to either impose a prison population cap or order an early release of inmates. CSAC has been asked to supplement my testimony by surveying a sample of counties on what each believes the impacts would be to its jurisdiction. It should be noted that survey results will be shared with the court as well as the plaintiffs and will be a matter of public record, as required by law. You will find a link to this survey at the conclusion of this e-mail.

This survey is based on the following assumption: that should the court order an early release, it would free approximately 40,000 state prison inmates to help the CDCR achieve its desired population levels in its 33 institutions located throughout our state. I have provided a chart (attached), which, based on current parolee figures by county, estimates each county's proportionate share of the 40,000-inmate release. Please use these figures when contemplating your responses to articulate potential impacts. I realize that your answers to these questions will largely be hypothetical, but your participation in this survey will be instrumental in helping the four counties who are interveners in this case advocate for a resolution that addresses and mitigates the impacts we identify collectively through this survey.

I am asking that each of you review this survey and answer each question as thoroughly as possible. My staff, Elizabeth Howard and Rosemary Lamb, as well as Theresa Fuentes, from the County Counsel's office in Santa Clara County, will hold a conference call with each of you next week (information below) to answer any questions you may have. I am scheduled to take part in a deposition to support my testimony at the end of September, and this survey will assist me in explaining the county perspective. I cannot reiterate enough how important this survey is and how much counties have at stake in this process. I know that each of you and your staff are very busy, and I would not ask you to complete this task if it were not of high importance and of such significance to counties.

Lastly, I would like to point out that this survey was designed to largely focus on the impacts to the social welfare system. This design reflects the fact that public safety is well represented in this case. Dozens of individually elected sheriffs and district attorneys, as well as chief probation officers and police chiefs have intervened, and we believe the effects on public safety and local criminal justice system (including local law enforcement programs) will be addressed by this group. Our purpose — with this survey and my participation as an expert witness — is to articulate the more broad county impacts of an early prison release or prison population cap.

I thank you in advance for your work and efforts on behalf of all California counties. Please do not hesitate to contact my staff (Elizabeth Howard – 916/650-8131 or ehoward@counties.org or Rosemary Lamb – 916/650-8116 or rlamb@counties.org) should you have any questions regarding this survey or the case in general.

Thank you,

Paul McIntosh

**Please complete this survey by Wednesday, September 17.**

Link to Survey:

Case 2:90-cv-00520-KJM-SCR    Document 3190-2    Filed 10/30/08    Page 4 of 7

http://www.surveymonkey.com/s.aspx?sm=IowRfFbWpWMD_2ben0X7akng_3d_3d

**Conference Call Regarding Survey**
When:       Wednesday, September 10
Time:       10 a.m.
Call-in #:  (800) 867-2581
Access code: 7500513#


Estimate of 40K release by county.xls

CSAC/ 00612

**ESTIMATE OF COUNTY IMPACT OF EARLY PRISON INMATE RELEASE***

Based on prorata share of state prison population (as of 12/31/2006)

| County | Prison Institution Population by County of Commitment | Percent of Total | County share of 40,000 |
|---|---|---|---|
| Alameda | 4,546 | 2.6% | 1,055 |
| Alpine | 1 | 0.0% | 0 |
| Amador | 208 | 0.1% | 48 |
| Butte | 1,464 | 0.8% | 340 |
| Calaveras | 161 | 0.1% | 37 |
| Colusa | 91 | 0.1% | 21 |
| Contra Costa | 1,927 | 1.1% | 447 |
| Del Norte | 170 | 0.1% | 39 |
| El Dorado | 472 | 0.3% | 110 |
| Fresno | 5,456 | 3.2% | 1,266 |
| Glenn | 193 | 0.1% | 45 |
| Humboldt | 704 | 0.4% | 163 |
| Imperial | 423 | 0.2% | 98 |
| Inyo | 100 | 0.1% | 23 |
| Kern | 5,387 | 3.1% | 1,250 |
| Kings | 1,527 | 0.9% | 354 |
| Lake | 583 | 0.3% | 135 |
| Lassen | 156 | 0.1% | 36 |
| Los Angeles | 56,693 | 32.9% | 13,155 |
| Madera | 783 | 0.5% | 182 |
| Marin | 409 | 0.2% | 95 |
| Mariposa | 60 | 0.0% | 14 |
| Mendocino | 378 | 0.2% | 88 |
| Merced | 1,361 | 0.8% | 316 |
| Modoc | 55 | 0.0% | 13 |
| Mono | 28 | 0.0% | 6 |
| Monterey | 1,831 | 1.1% | 425 |
| Napa | 408 | 0.2% | 95 |
| Nevada | 171 | 0.1% | 40 |
| Orange | 9,069 | 5.3% | 2,104 |
| Placer | 1,045 | 0.6% | 242 |
| Plumas | 69 | 0.0% | 16 |
| Riverside | 11,165 | 6.5% | 2,591 |
| Sacramento | 7,245 | 4.2% | 1,681 |
| San Benito | 140 | 0.1% | 32 |
| San Bernardino | 12,521 | 7.3% | 2,905 |
| San Diego | 12,923 | 7.5% | 2,999 |
| San Francisco | 1,641 | 1.0% | 381 |
| San Joaquin | 3,667 | 2.1% | 851 |
| San Luis Obispo | 801 | 0.5% | 186 |
| San Mateo | 1,852 | 1.1% | 430 |
| Santa Barbara | 1,743 | 1.0% | 404 |
| Santa Clara | 6,122 | 3.6% | 1,421 |
| Santa Cruz | 598 | 0.3% | 139 |
| Shasta | 1,615 | 0.9% | 375 |
| Sierra | 13 | 0.0% | 3 |
| Siskiyou | 275 | 0.2% | 64 |
| Solano | 1,868 | 1.1% | 433 |
| Sonoma | 1,315 | 0.8% | 305 |
| Stanislaus | 2,404 | 1.4% | 558 |
| Sutter | 550 | 0.3% | 128 |
| Tehama | 535 | 0.3% | 124 |
| Trinity | 70 | 0.0% | 16 |
| Tulare | 2,898 | 1.7% | 672 |
| Tuolumne | 305 | 0.2% | 71 |
| Ventura | 2,170 | 1.3% | 504 |
| Yolo | 1,025 | 0.6% | 238 |
| Yuba | 581 | 0.3% | 135 |
| Other ** | 407 | 0.2% | 94 |
| Total | 172,379 | 100% | 40,000 |

* Based on figures from *California Prisons and Parolees 2006* by CDCR Data Analysis Unit

** Includes juvenile justice wards in state institutions, county diagnostic cases, safekeepers, and other state/federal custody.

CSAC/ 00613

## Assessing Potential County Impacts of a Prison Population Cap or an Early Release of State Prisoners

Exit this survey

### 1. Default Section

1. Please describe how an early release of state prisoners would affect your county mental health department. Please include any information regarding how many clients you serve, cost, the ratio of case managers, social workers and psychiatrists to clients, the length of any waiting lists and the number of vacant positions you have within your county. If you contract out services to community based agencies please note this information. (Assume 20% of inmates released into your county would require mental health services.)

2. Please describe how an early release of state prisoners would affect your county alcohol and drug programs. Include any available information regarding cost, county capacity to provide alcohol and drug services, staffing levels and any other pertinent information. (Assume 70% of inmates released into your county would require alcohol and drug treatment services.)

3. Please describe how an early release of state prisoners would affect your county health system. Please include any information regarding waiting time at county clinics, shortage of physicians and nurses, costs incurred by treating individuals without any health insurance.

4. How many parolees currently utilize General Assistance services in your county? Are there other county programs utilized by state parolees? Do you receive any funding from the state to supplement the services you provide to parolees?

5. Are there any other programs and/or service delivery areas, such as housing, which are not listed above that you believe will be significantly impacted? If yes, please explain. Provide any cost information or estimates, if available.

6. How much time do you estimate it would take to build the necessary infrastructure - both the structural and workforce infrastructure - to serve the additional clients discussed in questions 1 through 5? What resources would be required to build this infrastructure and how much do you estimate it would cost?

* 7. Please provide the following demographic information:

Name: 
County: 
Address: 
ZIP/Postal Code: 
Email Address: 

Done