# EX E TO
# DECL. OF THERESA J. FUENTES
# ISO OPP TO PLAINTIFFS'
# MIL NO. 7

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br>**PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL MCINTOSH, RETAINED EXPERT FOR COUNTY OF SANTA CLARA INTERVENORS** |
| MARCIANO PLATA, et al.,<br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1

TO EACH PARTY AND EACH ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, will take the depositions of the following person:

| Witness | Date | Time | Location |
|---|---|---|---|
| Paul McIntosh | September 29, 2008 | 10:00 a.m. | Phillips Legal Services<br>350 University Ave., Suite 270<br>Sacramento, CA 95825<br><br>(916) 927-3600 |

Said deposition, if not completed on the specified date, will continue from day-to-day, excluding Sundays and holidays, until such date as is necessary to complete the deposition. The deposition shall be recorded by stenographic means and may be videotaped. At the time of the oral deposition, Plaintiffs will tender reasonable expert witness fees, which the County shall have identified prior at the time of deposition, pursuant to Rule 26(b)(4)(C).

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Paul McIntosh is required to produce documents on September 25, 2008, the documents described in the pages attached hereto for copying and inspection at the law offices of at K&L Gates, 55 Second Street, Suite 1700, San Francisco, California 94105, 415.882.8200.

## REQUEST FOR PRODUCTION OF DOCUMENTS

I.  **INSTRUCTIONS**

1. The following Requests require the production of all responsive documents within the sole or joint possession, custody, or control of any agents, agencies, boards, departments, employees, servants, representatives, consultants, counsel, and/or other persons or entities acting or purporting to act on the County's behalf, or otherwise subject to the control of the County.

2. The following Requests are continuing in nature and require prompt supplemental responses for any and all responsive documents that come into the County's sole or joint possession, custody, or control after the service of any initial responses hereto.

3. The following Requests require the production of preliminary drafts, revisions, and/or copies of any such document if the copy is in any way different from the original.

2

PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL MCINTOSH, RETAINED EXPERT FOR COUNTY OF SANTA CLARA INTERVENORS, REQUEST FOR PRODUCTION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

4.  The following Requests require the production of all transmittal sheets, cover letters, exhibits, enclosures and attachments to the documents, in addition to the documents themselves.

5.  Pursuant to Federal Rule of Civil Procedure 34(b), all responsive documents are required to be produced either: (a) as they are kept in the usual course of business (together with copies of any file labels or binder covers for the files or binders in which they are maintained); or (b) organized and labeled to correspond with the categories of the Requests to which they respond.

6.  If any responsive document is maintained in a computer-readable form, the document shall be produced: (a) in hard copy form, in a format generally used in the ordinary course of business; and (b) on disk, tape, or other form of computer storage, with instructions necessary to convert the information into reasonably usable form (including the name and version number of the program used to create or read the data).

7.  In construing the Requests herein, the singular shall include the plural and the plural shall include the singular. A masculine, feminine or neutral pronoun shall not exclude the other genders, so that the interpretation applied results in the more expansive production. The terms "and" and "or" shall be construed broadly and expansively as "and/or," and shall not be construed to limit the documents or information sought in any manner.

8.  If any Request demands production of documents that have been lost, discarded, or destroyed, identify such documents as completely as possible. Such identification shall include, but is not limited to, a description of the subject matter of the document, the author of the document, the date of the document's creation, the date of disposal, manner of disposal, reason for disposal, person authorizing the disposal and person disposing of the document.

9.  For any responsive document or portion thereof that is either redacted or withheld, in whole or in part, on the basis of any assertion of privilege or other asserted exemption from discovery, furnish a list identifying each document, or portion thereof, not produced for this reason, together with the following information: (a) the title or identity of the document; (b) the date of the document; (c) the type or nature of the document; (d) the identity, title, or responsibilities, and relationship to the County of all persons who either prepared or received the document; (e) the number of pages and attachments; (c) the type and nature of the privilege or exemption asserted; and

(l) the contents or subject matter of the document, with sufficient detail to explain the basis for the privilege or exemption asserted (see Fed. R. Civ. P. 26(b)(5)). For any responsive document or portion thereof that may not properly be redacted or withheld in its entirety, produce each and every portion thereof to which the claimed privilege or exemption does not apply and specify, on the face of each such page or portion, the fact and reason for the redaction or withholding.

## II. DEFINITIONS

"DOCUMENT" or "DOCUMENTS" as used herein is intended to have the broadest possible meaning and to include anything coming within the definition of "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence. The term refers to but is not limited to the product of any method of recording information, whether by writing or otherwise, including without limitation: any written, electronic, or computerized files, data or software; memoranda; correspondence; communications; reports; summaries; studies, analyses; evaluations; notes or notebooks; indices; logs; books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs; transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail messages; and the like. "DOCUMENT" shall include each copy of any whole or part of a document on which there appears any marking or deletion which does not appear on the original or other copies thereof, together with all drafts or notes for the preparation of each document. If the original of a document is not available, "DOCUMENT" includes any identical copy of the original.

"REFER(S) TO" or "RELATE(S) TO" means constituting, representing, defining, depicting, concerning, embodying, reflecting, identifying, stating, mentioning, addressing, or pertaining to the subject matter of the request in whole or in part, directly or indirectly.

"COMMUNICATION" or "COMMUNICATIONS" means any exchange or transfer of information between two or more natural persons, any units of government, (including governmental agencies or local heads of government), non profit organizations, public interest groups, associations, quasi-public entities, and all other forms of legal entities, whether written, oral, or in any other form. "OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used herein shall include "EACH" and "EVERY."

4

## III. DOCUMENT REQUESTS

**Document Request 1:**

Produce all of your work produced, prepared, and/OR created in forming your opinions in this matter, including and not limited to any DOCUMENTS that are OR contain OR REFER TO any notes, summaries, research materials, and reports.

**Document Request 2:**

Produce any and all DOCUMENTS that are OR contain OR REFER TO drafts of any reports prepared in this matter.

**Document Request 3:**

Produce any and all DOCUMENTS RELATING TO any COMMUNICATIONS (i.e., letters, handwritten notes of conversations, faxes, emails, text messages, etc.) between you and counsel for the County; agents of counsel for the County; the County's attorneys and their agents; any official, employee, OR agent of the County; any intervenor OR agent OR attorney for any intervenor in this matter; any defendant OR agent OR attorney for any defendant in this matter; OR any other person related to this litigation.

**Document Request 4:**

Produce any and all DOCUMENTS, publications, reports, notes, OR other items of evidence which were reviewed, examined, considered, used OR relied upon by you in forming your opinions in this litigation.

**Document Request 5:**

Produce any and all DOCUMENTS OR other items of evidence reviewed but not relied upon by you in forming any opinion in this litigation.

**Document Request 6:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that overcrowding is not the primary cause of Defendants' failure to provide constitutionally adequate mental health care.

**Document Request 7:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that overcrowding is the primary cause of Defendants' failure to provide constitutionally adequate mental health care.

**Document Request 8:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that other relief will remedy Defendants' failure to provide constitutionally adequate mental health care.

**Document Request 9:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that other relief will not remedy Defendants' failure to provide constitutionally adequate mental health care.

**Document Request 10:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that other relief will remedy Defendants' failure to provide constitutionally adequate mental health care.

**Document Request 11:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that a prison release order will have an adverse affect on public safety.

**Document Request 12:**

Produce any and all DOCUMENTS OR other items of evidence that demonstrate that a prison release order will not have an adverse affect on public safety.

**Document Request 13:**

Produce any and all charts, graphs, exhibits, DOCUMENTS OR other items of evidence you intend OR may intend to use as demonstrative evidence in this matter.

**Document Request 14:**

Produce any and all reports, studies, publications, OR other DOCUMENTS in your possession, custody, OR control, which you authored OR contributed to, that RELATE TO the provision of mental health care in jails, prisons, and/OR mental health facilities and/OR overcrowding.

6

PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL MCINTOSH, RETAINED EXPERT FOR COUNTY OF SANTA CLARA INTERVENORS. REQUEST FOR PRODUCTION. NOS : CIV S 90-0520 LKK-JFM, C01-1351 TEH

**Document Request 15:**

Produce any and all reports, studies, publications, OR other DOCUMENTS in your possession, custody, OR control, OR which you have reviewed, which you did not author OR contribute to, that RELATE TO the provision of mental health care in jails, prisons, and/OR mental health facilities and/OR overcrowding.

**Document Request 16:**

Produce any and all transcripts of any deposition OR trial testimony you have given in any previous litigation that RELATES TO the provision of mental health care in jails, prisons, and/OR mental health facilities and/OR overcrowding.

**Document Request 17:**

Produce any and all DOCUMENTS that were provided to you by counsel for the County; agents of counsel for the County; the County's attorneys and their agents; any official, employee, OR agent of the County; any intervenor OR agent OR attorney for any intervenor in this matter; any defendant OR agent OR attorney for any defendant in this matter; OR any other person related to this litigation.

Dated: August 27, 2008        By: _____

JEFFREY L. BORNSTEIN
EDWARD P. SANGSTER
RAYMOND E. LOUGHREY

K&L Gates LLP
Attorneys for Plaintiffs

7

PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL MCINTOSH, RETAINED EXPERT FOR COUNTY OF SANTA CLARA INTERVENORS.
REQUEST FOR PRODUCTION; NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K& L GATES LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105**.

On **August 27, 2008**, I served the foregoing document(s):

PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL MCINTOSH, RETAINED EXPERT FOR COUNTY OF SANTA CLARA INTERVENORS

together with an unsigned copy of this declaration, on all interested parties in this action addressed and sent as follows:

All documents were sent to the following persons in the following manner:

| | |
|---|---|
| Edmund G. Brown Jr.<br>David S. Chaney<br>Rochelle C. East<br>**rochelle.east@doj.ca.gov**<br>Vickie P. Whitney<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Paul B. Mello, Esq.<br>Hanson & Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>**pmello@hansonbridgett.com** |
| Lead Counsel for County Intervenors<br>Ann Miller Ravel<br>Theresa Fuentes<br>**Theresa.fuentes@cco.sccgov.org**<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 | Republican Assembly and Senate Intervenors<br>Steven S. Kaufhold<br>**skaufhold@akingump.com**<br>Teresa Wang<br>Akin, Gump Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| California Correctional Peace Officers' Association (CCPOA) Intervenors<br>Natalie Leonard<br>**nleonard@cbmlaw.com**<br>Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel<br>**akeck@sonoma-county.org**<br>Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403 |

1

PROOF OF SERVICE

| | |
|---|---|
| District Attorney Intervenors<br>William E. Mitchell<br>**wemitchell@rivcoda.org**<br>Assistant District Attorney<br>Riverside County District Attorney's Office<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | California Sheriff, Probation, Police Chief<br>and Corrections Intervenors<br>Jones & Mayer LLP<br>Martin J. Mayer<br>**mjm@jones-mayer.com**<br>Michael R. Capizzi<br>**mrc@jones-mayer.com**<br>Kimberly Hall Barlow<br>khb@jones-mayer.com<br>Elizabeth R. Feffer<br>**erf@jones-mayer.com**<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 |

Rochelle East
**rochelle.East@doj.ca.gov**
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

[ XX ]  **BY MAIL (By Following Office Business Practice):** By placing a true copy thereof enclosed in a sealed envelope(s). I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]  **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]  **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ]  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to each addressee(s)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 27, 2008, at San Francisco, California.

_____
**Margarita V. Reyes**