ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT<br><br><br><br>**DECLARATION OF SANDY BAKER REGARDING PROOF OF SERVICE** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>Trial Date:  November 18, 2008<br>Time:         1:30 p.m.<br>Location:   U.S.D.C. Ceremonial Courtroom |

I, Sandy Baker, declare as follows:

1.  I am a paralegal with the Santa Clara County Office of County Counsel, attorneys for the County of Santa Clara in this matter.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declaration of Sandy Baker                                    -1-              CIV S-90-0520 LKK JFM P;  C01-1351 TEH

2. On September 24, 2008, I sent documentation of the survey and the survey responses bearing bates numbers CSAC 0001-00666 to Plaintiffs' counsel, Jeffrey Bornstein, and Defendants' counsel Kyle Lewis, via UPS overnight delivery for receipt on September 25, 2008. True and correct copies of the UPS shipping labels are attached as Exhibit A. True and correct copies of the survey and survey responses that I mailed are attached as Exhibit B.

3. On September 26, 2008 at 1:29 p.m., I emailed a copy of the Supplemental Report of Paul McIntosh and County Responses to September 2008 Survey to Plaintiff's Counsel Jeffrey Bornstein and Defendants' Counsel Kyle Lewis. A true and correct copy of the e-mail and attachments are attached as Exhibit C.

I declare under penalty of perjury that the foregoing statements are true and correct and that this was executed in San Jose, California on this 30th day of October, 2008.

_____
SANDY BAKER

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declaration of Sandy Baker                -2-         CIV S-90-0520 LKK JFM P; C01-1351 TEH