# EX A TO
# DECL. OF SANDY BAKER

**UPS Next Day Air**
**UPS Worldwide Express**
Shipping Document

See instructions on back. Visit UPS.com or call 1-800-PICK-UPS (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z F78 A63 22 1000 921 4

**SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: F 7 8 A 6 3
REFERENCE NUMBER: 107-ZL-CE080001
NAME: Theresa Fuentes
TELEPHONE: 408-299-5900
COMPANY: SANTA CLARA COUNTY COUNSEL
STREET ADDRESS: 70 W. HEDDING ST., EW, 9TH FLR
CITY AND STATE: SAN JOSE    CA    95110 1770

**EXTREMELY URGENT DELIVERY TO**
NAME: T. Bornstein
TELEPHONE: 415-882-8200
COMPANY: K+L Gates, LLP
STREET ADDRESS: 55 Second St., Suite 1700
CITY AND STATE: San Francisco, CA    94105

**WEIGHT:** 2 LBS
**TYPE OF SERVICE:** [X] Next Day Air
**METHOD OF PAYMENT:** [X] Bill Shipper's Account Number

**SHIPPER'S SIGNATURE:** X Sandy ____
**DATE OF SHIPMENT:** 9/24/08

0101911202609 1/07 MW

SHIPPER'S COPY

**UPS Next Day Air**
**UPS Worldwide Express**
Shipping Document

See Instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional Information and Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z F78 A63 22 1000 920 5

**SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: F 7 8 A 6 3
REFERENCE NUMBER: 107-ZL-CE080001
NAME: Theresa Fuentes
TELEPHONE: 408-299-5900
COMPANY: SANTA CLARA COUNTY COUNSEL
STREET ADDRESS: 70 W. HEDDING ST., EW, 9TH FLR
CITY AND STATE: SAN JOSE    ZIP CODE: CA 95110 1770

**EXTREMELY URGENT DELIVERY TO**
NAME: Kyle Lewis
TELEPHONE: 415 703-5677
COMPANY: Office of the Attorney General
STREET ADDRESS: 455 Golden Gate Ave #11000
Residential Delivery
CITY AND STATE: San Francisco CA
ZIP CODE: 94102

3 WEIGHT (Enter "LTR" if Letter)
DIMENSIONAL WEIGHT (if Applicable)
LARGE PACKAGE
4 SHIPPER RELEASE

5 TYPE OF SERVICE: [X] NEXT DAY AIR    [ ] EXPRESS (INT'L)
FOR WORLDWIDE EXPRESS SHIPMENTS — Mark an "X" in the box if shipment only contains documents of no commercial value
[ ] DOCUMENTS ONLY

6 OPTIONAL SERVICES:
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] DECLARED VALUE FOR CARRIAGE    AMOUNT
[ ] C.O.D.    AMOUNT

7 ADDITIONAL HANDLING CHARGE
[ ] An Additional Handling Charge applies for certain items.

TOTAL CHARGES: $

8 METHOD OF PAYMENT:
[X] Bill Shipper's Account Number
[ ] Bill Receiver
[ ] Bill Third Party
[ ] Credit Card (American Express, Diners Club, MasterCard, Visa)
[ ] Check

9 RECEIVER'S/THIRD PARTY'S UPS ACCT NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE

10 SHIPPER'S SIGNATURE: X Sandra Baxter
DATE OF SHIPMENT: 7/24/08

0101911202609 1/07 MW

SHIPPER'S COPY