# ADULT DETENTION PLANNING
## STAFF REPORT

# ADULT DETENTION PROJECTIONS



## FINAL REPORT
### JANUARY 2006

GENERAL SERVICES DEPARTMENT/SHERIFF'S DEPARTMENT

# Index

| Section | Page |
| --- | --- |
| Introduction………………………………………………………………….. | 1 |
| Jail Population Growth…………………………………………………….. | 2 |
| Incarceration Rate………………………………………………………….. | 3 |
| Operating Capacity…………………………………………………………. | 3 |
| Jail Population Characteristics………………………………………….. | 5 |
| Bookings……………………………………………………………………….5 | |
| Length of Stay……………………………………………………………….. | 7 |
| Average Daily Population………………………………………………….9 | |
| Treatment Programs and Alternatives to Incarceration……………….. | 12 |
| Comparison to Other Jurisdictions……………………………………….. | 13 |
| Factors Affecting Jail Population………………………………………….. | 17 |
| Previous Jail Population Projections……………………………………. | 18 |
| Proposed Strategy for Facility Planning…………………………………. | 21 |
| Interim Measures…………………………………………………………….. | 25 |
| Next Steps…………………………………………………………………….. | 25 |

Appendix A: Crime Categories

Appendix B: Alternative and Treatment Programs

Appendix C: The 2001 Jail Population Forecast – What Went Wrong

## Introduction

Currently, Sonoma County operates two adult detention facilities with a current total rated capacity of 1404 beds:

- Main Adult Detention Facility (MADF) located at the County Administration Center (rated capacity: 843 beds)
- North County Detention Facility (NCDF) located adjacent to the County Airport (rated capacity: 561 beds)

In order to fully implement inmate classification and to accommodate peak populations, the average daily population in jail should not exceed 85% of its total rated capacity ("operating capacity"). In 2004, the average daily inmate population reached 1131, which exceeded 85% of the rated capacity of these facilities at that time. Since then, the Sheriff's Department has taken steps to increase capacity by adding beds and to reduce population by using early release of inmates nearing the end of their sentence.

Growing jail population and crowded detention facilities is a statewide phenomenon. The *Jail Profile Survey Annual Report 2004* produced by the California Board of Corrections states that "Today, California's jails on average cannot fully meet the needs of the justice system due to population pressures and capacity constraints." While Sonoma County is not alone in its growing jail population pressure, the County remains responsible for providing adequate detention facilities and must find a way to deal with this problem.

Given the growth trends and current population, expansion of the Sonoma County jail facilities will be needed soon. In 2003, initial expansion planning was completed relative to the facilities as they are currently configured. As the expansion plans were being developed, the County acquired property north of MADF and the idea of consolidating the facilities in one location at the County Administration Center was proposed. This concept offers opportunities for program efficiencies and operating cost savings, so the Board of Supervisors directed staff to prepare a plan for consolidation. The next steps in developing this concept are to prepare a facility plan, estimate its cost and evaluate its feasibility. In order to prepare the plan, the facility planner needs direction regarding the number and type of detention beds to provide, which are determined by estimating what jail population will be in the future.

The purpose of this Report is to:
- review and evaluate historic jail data and previous jail population projections,
- recommend the number and types of detention beds to be provided in facility planning and
- recommend a strategy for facility planning.

In-house County staff prepared this Report based on evaluation of previous projections and using updated data supplied by the Sheriff's Department. Evaluation of the data has been limited to a cursory review with the objective of establishing future growth for facility planning only. Detailed analysis of the data or evaluation of alternatives to reduce jail population are beyond the scope of this Report.

## Jail Population Growth

<u>Overall ADP:</u> Jail population is measured in Average Daily Population ("ADP"). Annual ADP is the total number of inmates in jail recorded each morning and averaged over the entire year. Records since 1982 show a consistent pattern of growth in the ADP. Between 1982 and 2005, the ADP in Sonoma County jails increased from 356 to 1137, a growth of 219% in 23 years (an average of almost 10% per year). The steepest increase came between 1982 and 1990 when ADP grew 100% in just 8 years. The following chart shows jail population growth since 1982.



| 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|-------|
| 356 | 407 | 390 | 444 | 481 | 583 | 693 | 679 | 712 | 724 | 712 | 799 | 867 | 936 | 905 | 972 | 1031 | 1077 | 1087 | 1072 | 1018 | 1046 | 1131 | 1137 |

*ADP for 2005 is through 11/27/05

ADP is growing faster than general population. Between 1990 and 2005, general county population grew from 388,222 to 474,993 (20% increase), while jail ADP grew from 712 to 1137 (60% increase) as shown on the following chart:



## Incarceration Rate

"Incarceration Rate" is another way to measure inmate population relative to general County population. The Incarceration Rate is the total ADP divided by the total County population expressed in 10,000's (i.e. ADP per 10,000 population). The Incarceration Rate in Sonoma County grew about 30% since 1990, from 18.34 per 10,000 in 1990 to 23.77 per 10,000 in 2005. Between 1999 and 2002 the Incarceration Rate dropped but has resumed its climb in the last three years. Increasing Incarceration Rates is a nationwide phenomenon. Local incarceration rates nationwide averaged 16.30 in 1990 and grew to 24.30 by 2004, a 49% increase (per US Bureau of Justice Statistics Bulletin *Prison and Jail Inmates at Midyear 2004*). The graph below shows the growth in Sonoma County's Incarceration Rate since 1990.



On the face of it, an increasing Incarceration Rate suggests that a larger proportion of Sonoma County residents are being held in jail. However, increasing length of stay in jail or an increasing number of repeat arrests of the same individual will also increase the Incarceration Rate while the proportion of the general population stays the same.

## Operating Capacity

Annual ADP measures the average number of beds occupied over the entire year. However, in order to operate the jail facility effectively, the total number of beds provided in jail ("operating capacity") must exceed the ADP to account for the following:

- **Peak population:** Jail population fluctuates from day to day, month-to-month and season-to-season. Average Daily Population is the average of the peaks and

valleys in the population fluctuation. While 2005 ADP was 1137, the highest single day population was 1231 in November. More jail beds than ADP are needed to avoid overcrowding during peak populations. The following table shows the single day peak populations since 1998

|      | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|------|------|------|------|------|------|------|------|-------|
| ADP  | 1031 | 1077 | 1087 | 1072 | 1018 | 1046 | 1131 | 1137  |
| Peak | 1109 | 1175 | 1174 | 1148 | 1107 | 1133 | 1187 | 1231  |

*2005 data through 11/27/05

- **Inmate Classification and Separation:** Housing must be provided with sufficient beds to allow separation of inmates based on their gender, custody type and classification. This is especially critical considering the increasing population associated with gangs and the need to keep members of different gangs separated. The inmate classification system cannot be fully or effectively utilized when ADP exceeds 85% of the bed capacity. In recognition of this factor, the Court and Sheriff's Department have agreed to use early release when ADP exceeds 85%.

The accepted standard used in facility planning to calculate operating capacity is that the ADP should not exceed 85% of total jail capacity (i.e. operating capacity = 1.18 x ADP). If ADP exceeds 85%, the jail and classification system cannot operate effectively. Using this method, the operating capacity to handle the 2004 ADP would be 1335 beds (1131 ADP x 1.18). However, jail capacity at the end of 2004 was 1314 beds and, for the first time since 1997, the number of beds needed exceeded the number of beds available. In 2005, 90 beds were added to MADF increasing capacity to 1404. 2005 ADP is 1137 (through 11/27/05), which requires an operating capacity of 1342 beds, so the added beds have helped avoid overcrowding for now. The following chart compares the recommended operating capacity (needed beds) to actual capacity (available beds) since 1982, indicating a pattern of population growth followed by facility expansion.



## Jail Population Characteristics
Jail population characteristics and trends from 1995 to 2005 were evaluated to help understand the increasing ADP and Incarceration Rate, and to help predict future growth and factors that will affect the size and type of facilities needed in the future.

## Bookings
<u>Overall Bookings:</u> Since 1995, annual bookings have fluctuated from a low of 16,381 in 1996 to a high of 18,773 in 2005 (estimated per data through 11/28/05). Between 2003 and 2005, bookings grew by 1,982 from 16,791 to 18,773, a 12% increase. (The booking numbers do not include "Book, Print & Release", which do not impact jail beds). The following chart shows overall annual bookings since 1995:



| 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|------|------|------|------|------|------|------|------|------|------|-------|
| 16,781 | 16,381 | 17,361 | 16,606 | 16,698 | 16,585 | 16,997 | 17,210 | 16,791 | 18,136 | 18,773 |

*2005 bookings are estimated based on data through 11/28/05

In 2004, Santa Rosa Police Department generated the most annual bookings from law enforcement followed by the Sheriff's Department. It should be noted that these agencies had several vacancies during this period and still do. Their bookings are expected increase once the vacancies are filled. The following are 2004 bookings by jurisdiction:

| Jurisdiction | Bookings (2004) |
|---|---|
| Highway Patrol | 1,720 |
| Cloverdale | 70 |
| Cotati | 166 |
| Healdsburg | 227 |
| Petaluma | 1,045 |
| Rohnert Park | 1,202 |
| Santa Rosa | 4,022 |
| Sonoma County Sheriff | 3,431 |
| Sebastopol | 177 |
| Sonoma | 219 |
| Windsor | 532 |
| Others | 1,264 |

Bookings by Crime Category (see Appendix A for Crime Category breakdown) shows Alcohol and Drug crimes continue to be the largest segment of bookings (48% of the total bookings in 2005) and represents 87% of the spike in the bookings between 2003 and 2005. Violent crimes are the second largest category, about 18% of the total 2005 bookings. Violent crimes showed a steady increase during the early 1990's peaking in 1997 with 3,850 bookings and then dropping off and remaining relatively flat since then.



|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcohol/Drugs | 7,406 | 7,308 | 7,619 | 7,320 | 7,970 | 7,961 | 7,860 | 7,755 | 7,275 | 8,431 | 8,999 |
| Violent | 2,983 | 3,426 | 3,850 | 3,490 | 3,071 | 3,316 | 3,341 | 3,362 | 3,528 | 3,444 | 3,449 |
| Miscellaneous | 2,689 | 2,157 | 2,132 | 2,060 | 1,999 | 1,929 | 1,934 | 2,125 | 2,073 | 2,459 | 2,508 |
| Property | 2,177 | 1,903 | 2,137 | 2,122 | 2,003 | 1,777 | 2,035 | 2,180 | 2,199 | 2,109 | 2,013 |
| No Release | 1,349 | 1,315 | 1,369 | 1,392 | 1,434 | 1,355 | 1,520 | 1,548 | 1,396 | 1,432 | 1,589 |
| Sex | 177 | 272 | 254 | 222 | 221 | 247 | 307 | 240 | 320 | 261 | 215 |
| Totals | 16,781 | 16,381 | 17,361 | 16,606 | 16,698 | 16,585 | 16,997 | 17,210 | 16,791 | 18,136 | 18,773 |

*2005 bookings are estimated based on data through 11/28/05

Homicide Bookings: While bookings for Violent crimes in general have remained relatively flat since 1998, Homicide bookings have undergone a significant increase in the last five years. Between 1995 and 2000, bookings for homicide averaged about 20 per year. However, between 2001 and 2005, homicide bookings averaged 37 per year, an 82% increase. These bookings were mostly male offenders. It should be noted that the number of homicides has not increased dramatically, but the number of defendants booked for those crimes has. A detailed analysis has not been done, but discussions with the Sheriff's Department and others indicate that the increase in bookings is probably due to multiple defendant homicides, some of which are gang related. While the number of bookings for homicide is relatively low compared to bookings overall, the impact on detention housing is significant because these inmates require maximum security and stay in jail a long time during homicide trials. The following chart shows the pattern of homicides and homicide bookings since 1995:



|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Homicide bookings | 22 | 21 | 22 | 17 | 21 | 19 | 37 | 25 | 54 | 37 | 32 |
| Homicide crimes** | 15 | 17 | 13 | 11 | 8 | 11 | 12 | 16 | 12 | 17 | 6 |

*2005 Bookings are estimated based on data through 11/28/05
**Homicide crime data from California Attorney General's Office

## Length of Stay:

<u>Overall Length of Stay:</u> Average Length of Stay (ALOS) is calculated by counting the number of days served by each inmate released during the year, adding the total of these days and dividing by the number of inmates. The ALOS for an inmate includes all continuous days served from the date of intake to the date of release, including any time served during previous years. The chart below includes ALOS since 1995 and shows a significant decrease in 1999 but a 70% increase in 2004. Further evaluation would be needed to fully understand this data, but the 2004 spike is possibly due to the adjudication of several inmates who had been incarcerated for an extended period of time, which may be related to the spikes in homicide bookings experienced since 2001. Statewide ALOS has been between 22 and 23 days.



|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Length of Stay | 32.0 | 34.7 | 30.7 | 37.3 | 24.2 | 26.3 | 26.2 | 25.2 | 24.3 | 41.2 | 24.5 |

*2005 ALOS is based on data through August 2005

Gender: Female inmates generally stay in jail a shorter period of time than males. However, the fluctuation of female ALOS since 1995 is remarkably similar to male ALOS. The 2004 spike may be explained by adjudication of homicide cases, as explained above, but homicide is less of a factor for females than it is for males.



|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | 34.0 | 38.7 | 33.1 | 39.7 | 25.7 | 27.8 | 28.1 | 26.8 | 26.2 | 44.1 | 26.0 |
| Female | 21.8 | 19.4 | 20.3 | 27.5 | 17.1 | 19.8 | 17.8 | 18.1 | 16.5 | 29.7 | 18.4 |

*2005 ALOS is based on data through August 2005

Pretrial/Sentenced: On the average, sentenced inmates spend more time in jail than pretrial inmates. However, the chart below shows that sentenced ALOS actually grew during the period that overall ALOS dropped. Even more curious, sentenced ALOS dropped 16% between 2003 and 2004 when overall ALOS increased. Part of this decrease may be due to early release of sentenced inmates. Pretrial ALOS, on the other hand, seems to parallel the overall ALOS. Pretrial ALOS shows a steep decline in 1999 with gradual increase since then and a 37% increase in 2004. Since pretrial population is the largest portion of jail population it has a significant impact on ALOS overall. As previously stated, pretrial inmates in custody for homicide spend a disproportionate amount of time in jail. The average length of stay for homicide defendants who had completed adjudication since July 2005 was 700 days, more than 100 times greater than the estimated length of stay for the average pretrial inmate in 2005.



|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sentenced | 55.0 | 53.2 | 53.7 | 55.9 | 64.1 | 73.1 | 71.6 | 72.7 | 70.8 | 59.6 | 57.3 |
| Pretrial | 10.3 | 14.0 | 12.5 | 16.4 | 5.7 | 6.0 | 6.5 | 7.0 | 7.8 | 10.7 | 6.7 |

*2005 ALOS is based on data through August 2005

## Average Daily Population:

As noted above, Average Daily Population (ADP), which is the total number of inmates in jail recorded each morning and averaged over the entire year, has grown steadily since 1982. Looking at ADP by gender, felony/misdemeanor and pretrial/sentenced inmates, helps understand security level and type of housing the expansion should accommodate.

ADP by Gender: Female inmates currently account for less than 14% of the total population. However, female inmate population has grown more than twice as fast as the male population. Between 1982 and 2005, female ADP increased 446% (from 28 ADP in 1982 to 153 ADP in 2005) as compared to male ADP, which increased 200% (from 328 ADP in 1982 to 984 ADP in 2005), as shown on the following graph.



Felony/Misdemeanor: Since 1998, 66% to 72% of all inmates are in jail for felony violations. The felony population is such a huge portion of the inmate population because:

- Felonies are much more serious offenses than misdemeanors and normally take longer to adjudicate. Violent felonies can take years to get through trial. Therefore, the inmate stays in jail longer (usually under a higher level of security).
- Felony inmates are usually harder, more sophisticated and, sometimes, violent inmates who do not qualify for alternative programs, such as Supervised Own Recognizance, that would release them from jail. Conversely, Sonoma County has been aggressive in using alternative programs for lower level crimes, such as misdemeanors, which reduces that portion of the jail population.

- Booking fees financially discourage law enforcement agencies from booking low-level misdemeanants into jail, so they may sometimes cite and release them instead. If lowering or eliminating booking fees reduces this financial disincentive, more misdemeanor bookings will probably occur.

The following chart shows the ADP of the felony and misdemeanor populations in jail since 1998 (data prior to 1998 is unavailable). Between 2000 and 2002, felony population, which declined about 9%, was the main reason for the drop in overall ADP. However, since 2002, felony population has grown about 4%, while misdemeanor population has grown almost 28%, suggesting inmate characteristics are changing.



|  | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|
| Felony | 708.8 | 748.3 | 780.3 | 741.6 | 708.7 | 735.2 | 748.8 | 735.0 |
| Misdemeanor | 321.7 | 328.5 | 306.2 | 330.0 | 308.9 | 310.5 | 382.0 | 395.1 |
| **Total** | **1030.5** | **1076.8** | **1086.5** | **1071.6** | **1017.6** | **1045.7** | **1130.8** | **1130.1** |

*2005 data through 8/30/05

Pretrial/Sentenced: The pretrial population includes all felony and misdemeanor inmates in custody waiting for or going through trial. The sentenced population, however, includes only those convicted of low-level crimes, usually misdemeanors, normally with sentences of 12 months or less. Offenders convicted of serious crimes, such as felonies, are usually sentenced to state prison and are not in Sonoma County's sentenced population. Pretrial population has grown steadily since 1998 and is larger than the sentenced population (58% in 2005). Sentenced ADP dropped between 1999 and 2002 and has not reached its peak set in 1999. It appears that the sentenced population decline runs parallel with overall population decline between 2000 and 2002.



|  | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005* |
|---|---|---|---|---|---|---|---|---|
| Pretrial | 554.0 | 533.6 | 559.7 | 547.9 | 577.6 | 591.2 | 627.3 | 657.4 |
| Sentenced | 476.5 | 543.2 | 526.8 | 523.7 | 440.0 | 454.5 | 503.5 | 480.0 |
| **Total** | **1030.5** | **1076.8** | **1086.5** | **1071.6** | **1017.6** | **1045.7** | **1130.8** | **1137.4** |

*2005 data through 11/27/05

Mental Health: The Sheriff's Classification system tracks 6 categories (Inmate Behavior Code or "IBC") of inmates with mental illness. Altogether, the 2005 ADP for all categories is 192 (through October 31, 2005), or about 17% of the total population. However, the large majority of these mental health inmates are medically treated and housed with the general population ("Z" IBC Code). The other mental health inmates have more serious mental illnesses and are housed separately. These more serious mental health classifications currently have an ADP of a little less than 74, or about 6.5% of the total population. The existing Mental Health Module has a rated capacity of 42 beds. In 1998, growth in this segment of the population required the Sheriff to convert their Reception housing ("R" Module) with 50 beds to mental health. Steps are being taken to harden the R Module and to make other changes to handle this difficult population. Since 1998, the mental health population has somewhat leveled off, except for the "Z" code, which has seen radical growth from 14.4 in 1998 to 118.5 in 2005 (through 10/31/05).

Waiting for Alcohol and Drug Treatment: Inmates convicted of alcohol or drug crimes are often sentenced to residential treatment after they complete their time in custody. However, the inmate must wait in jail until a treatment bed is available. Limited treatment resources in the community cause a back up in jail and increases length of stay for inmates awaiting treatment. A one-day snap shot on December 2 indicated that there were 92 inmates in jail waiting for treatment beds, 33 of whom had completed their jail sentence and could be immediately released to an appropriate facility. While these numbers may indicate a need for more community based treatment beds, the situation is much better than it used to be. Through the efforts of the Board of Supervisors there are many more beds available and the average wait in jail has been dramatically reduced. For

example, the average wait in jail for inmates enrolled in the TASC (Treatment Accountability for Safer Communities) program was 22 weeks from 2002 to 2004. In 2005 the average wait dropped to 9 weeks. Further information about drug and alcohol treatment is in Appendix B.

Gangs: At the end of November 2005, there were 320 inmates associated with gangs, which is about 28% of the total population. Gangs create a management challenge and add another dynamic in the classification system. Not only do these inmates have to be separated by security level and special needs, but also members of different gangs must be separated from each other. This multiple layered separation creates a need for multiple housing units, and puts a strain on special and maximum security housing.

## Treatment Programs and Alternatives to Incarceration

Sonoma County uses a variety of alternative and treatment programs that help reduce jail population and lower recidivism. The following is a list of these programs and their current estimated impact on jail population in terms of estimated ADP saved.

| Program | Estimated ADP Saved |
|---|---|
| Citation Release (from jail) | 101 |
| Court Ordered OR | 24 |
| Pretrial SOR | 182 |
| Bail/Bail Bond Release | 130 |
| Supervised Electronic Confinement | 34 |
| Work Furlough | N/A |
| Work Release | 60 |
| Parole | 16 |
| Early Release* | 18 |
| Domestic Violence Court | ** |
| SACPA | 28 |
| Starting Point | 40 |
| Drug Court | 55 |
| Residential Treatment | 112 |
| Outpatient Treatment | 175 |
| Orenda Detox unit | N/A |
| FACT | Discontinued |
| MHSA/FACT | To be determined |
| MH Discharge Liaison/PO | Unknown |
| **Total** | **975** |

*Early Release is a contingency program used when ADP exceeds 85% of capacity and is not expected to continue when capacity is expanded.
**ADP savings from Domestic Violence Court could not be calculated

Without these programs, the 2005 average daily population in jail would be approximately 2112, or about 86% more than it actually was. The continuation and growth of these programs are essential in controlling jail population growth. However, it is uncertain just how much these programs should grow. Jail population characteristics