Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         gadam@cbmlaw.com
                    jstoughton@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:    916.372.9805
E-Mail:        dan.lindsay@ccpoa.org

Attorneys for Intervenor California Correctional Peace
Officers' Association

IN THE UNITED STATES DISTRICT COURTS

FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | **DIRECT TESTIMONY DECLARATION OF ERIC ADELMAN**<br><br>**TRIAL DATE: NOVEMBER 18, 2008** |

CBM-SAC\SA067516.3          -1-

**DIRECT TESTIMONY DECLARATION OF ERIC ADELMAN**

I, Eric Adelman, state as follows:

1. I am a correctional officer employed by the California Department of Corrections and Rehabilitation ("CDCR") at the California Medical Facility ("CMF") in Vacaville, California. I have been employed as a correctional officer since 1993. Based upon my work as a correctional officer, I have personal knowledge of the matters stated herein and, if called upon to do so, could and would testify competently to them.

2. From 1993 to 1994, I worked as a correctional officer at San Quentin. I transferred to CMF in February of 1994 and have been there ever since.

3. At CMF my first assignment was as a vacation relief officer. As a vacation relief officer, I would be scheduled to work as a correctional officer in various positions at CMF replacing officers who were taking vacation or leave.

4. My next position at CMF was as a visiting officer. In this position, I monitored inmates who were receiving visitors.

5. My next position at CMF was a control room officer and after that I was a search and escort officer in Unit 4. Unit 4 consisted of general population inmates most of whom were HIV positive. As a search and escort officer, I had various duties including searching inmates, escorting inmates to various places, and emergency responses.

6. My next position was as a wing officer in one of the housing units. In that position, I was responsible for the safety and security of the wing, the counting and feeding of inmates, releasing inmates to go to scheduled appointments, escorting inmates to showers and other duties as needed.

7. In my next position, I was again a control room officer and after that my next position was as a relief officer for the Unit 2 facility, where I worked in various positions.

8. My next position was in the Administrative Segregation facility ("Ad-Seg"). After that, I worked as a security officer for two construction projects at CMF.

9. I next worked in Q Wing, a Department of Mental Health unit. My duties included escorting inmates in that Unit to meetings with doctors and psychiatrists,

assisting in emergency responses and extracting inmates from cells when needed plus other duties as required.

10.   Inmates in the Department of Mental Health Unit did not leave their Unit for treatment. Rather, their treatment was received within the Unit.

11.   Since February, 2008, I have been a health care access escort officer in the Health Care Access Unit.

12.   The positions that I have identified above have enabled me to work in various locations throughout CMF and on all watches.

13.   The Healthcare Access Unit where I currently work coordinates the transporting of inmates to their medical appointments. In this position, I escorted inmates to the various health clinics in the CMF facility.

14.   As a healthcare access escort officer, I continue to have access to virtually all of the housing units at CMF. Based on my observations of these units, it is my belief that some units are overcrowded. Some inmates are confined to twelve-man dormitories and that creates an overcrowded condition. This results in me not being able to see everybody when I come into the room due to the number of inmates and their personal property crowding the area. The crowded conditions also create more tension and the potential for violence among the inmates.

15.   There have been occasions where I have escorted inmates for medical appointments but they have not been seen due to the number of other inmates being seen on that day.

//
//
//
//
//
//
//

CBM-SAC\SA067516.3                                   -3-

DIRECT TESTIMONY DECLARATION OF ERIC ADELMAN

16. I have become aware that certain inmates have come down with infectious diseases including tuberculosis and methicillin-resistant Staphylococcus aureus ("MRSA") which I understand is a staph infection that is not responsive to antibiotics. Correctional officers such as myself are not told by the medical staff which, if any, of the inmates had infectious conditions nor, to my knowledge, are the inmates with infectious conditions isolated from either the inmate population or correctional staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this ___ day of October, 2008 at _____, California.

ERIC ADELMAN

CBM-SAC\SA067516.3                                    -4-

DIRECT TESTIMONY DECLARATION OF ERIC ADELMAN