16. I have become aware that certain inmates have come down with infectious diseases including tuberculosis and methicillin-resistant Staphylococcus aureus ("MRSA") which I understand is a staph infection that is not responsive to antibiotics. Correctional officers such as myself are not told by the medical staff which, if any, of the inmates had infectious conditions nor, to my knowledge, are the inmates with infectious conditions isolated from either the inmate population or correctional staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 29 day of October, 2008 at Davis, California.

_____
ERIC ADELMAN

CBM-SAC\SA067516.3              -4-

**DIRECT TESTIMONY DECLARATION OF ERIC ADELMAN**