11.  I have seen situations where inmates have come to the clinic with large infections that have burst and are bleeding.  These inmates are given antibiotics and then sent back to their housing units.  They are not isolated and remain in contact with other inmates as well as staff.  These inmates continue to use the same housing facilities as non-infected inmates including showers and toilets.

12.  I am aware of a specific type of staph infection known as methicillin-resistant Staphylococcus aureus, or as it is more commonly known, MRSA.  MRSA is a staph infection that has proven to be resistant to antibiotics and is highly contagious.  I have knowledge of this because I contracted MRSA while I was working at the FTTF facility in 2006.

13.  I believe that I contracted my MRSA from coming in contact with inmates in the FTTF who had the MRSA condition at that time.  I did not have contact with anyone else whom I knew or believed to have MRSA at that time, other than inmates.

14.  My MRSA condition was such that I was required to be hospitalized on two different occasions and underwent two surgical procedures.  At the time that I was hospitalized with MRSA, I was placed in an isolation room and a large sign was posted outside my door indicating that I had MRSA.  I have never seen any such procedures utilized for any inmates who had MRSA at FSP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 29 day of October, 2008 at Sacramento California.

GARY BENSON

CBM-SAC\SA067517.2                              -4-