1  observed involving an inmate who suffered from seizures. This inmate devised a warning
2  system in which he wore a helmet with a string attached to bottles in an adjacent cell. If
3  he had a seizure, the inmate in the adjacent cell could see or hear the bottles shake and
4  could then summon help.

5      10.  My reason for coming forward in this is to help make conditions better
6  for everyone including inmates and the correctional staff. However, I am concerned about
7  speaking up about the problems that I have observed in the delivery of medical care,
8  overcrowding or other related topics because I fear that the CDCR will retaliate against
9  me.

10     I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct and that this declaration was executed this
12 29 day of October, 2008 at SALINAS, California.

_____
BRENDA M. GIBBONS

CBM-SAC\SA067524.3                    -4-