Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         gadam@cbmlaw.com
                    jstoughton@cbmlaw.com


Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:    916.372.9805
E-Mail:        dan.lindsay@ccpoa.org

Attorneys for Intervenor California Correctional Peace
Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | **DIRECT TESTIMONY DECLARATION OF RUBEN LEIJA, JR.**<br><br>**TRIAL DATE: NOVEMBER 18, 2008** |

CBM-SAC\SA067521.1              -1-

**DIRECT TESTIMONY DECLARATION OF RUBEN LEIJA, JR.**

I, Ruben Leija, Jr. state as follows:

1.  I am a correctional officer employed by the California Department of Corrections and Rehabilitation ("CDCR") and currently work at the Chuckawalla Valley State Prison ("CVSP"), one of the "desert institutions". I have been employed as a correctional officer by the CDCR for twelve years. All of my employment as a correctional officer has been at CVSP. Based upon my work as a correctional officer, I have personal knowledge of the matters stated herein and, if called upon to do so, could and would testify competently to them.

2.  As a correctional officer, I have worked in a variety of positions at CVSP including yard officer and a housing unit officer. My current position is that of Housing Unit Officer. In that capacity I have been assigned to Housing Unit D-10 ("D-10") since December 2007. The D-10 Unit houses three hundred and forty inmates. Based on my observations, this is more inmates than should be housed there. In D-10, as well as Housing Unit C-8, where I have also worked, inmates are kept in cubicles with three tiered bunks in rows that are only two to three feet away from one another. This living arrangement creates safety concerns, as it is difficult to monitor the activities that are going on in these units because of the number of bunks and inmates.

3.  In addition, for the three hundred and forty inmates in D-10, there are approximately eight toilets, ten sinks and twelve shower heads. This limited number of facilities has proven, from my observations, to be inadequate from the standpoint of personal hygiene and health of the inmates. In addition, the inmates have to wait in line to use these facilities creating tensions between the inmates and I have seen numerous fights break out among inmates waiting in line to use these facilities. I have also observed that there is also a sanitation problem as it is difficult for the porters to keep the toilets clean given their heavy and constant use.

4.  In addition, I have observed outbreaks of a gastrointestinal ailment and the flu among the inmates in the housing units where I have served. There are no means available to isolate those inmates who first contract these illnesses and the illnesses

1 quickly spread to many of the other inmates within those units. This also creates
2 problems with the delivery of medical services to treat these aliments.

3     5.    In addition, I have had inmates advise me that they have been told they
4 have contagious staph infections. I have also seen these conditions first hand on certain of
5 the inmates. These inmates are not isolated from the other inmates but continue to shower
6 and interact with the rest of the inmate population in the Unit. I have also had situations
7 where inmates will come back from scheduled medical appointments upset and angry, and
8 they tell me that they were not seen by any medical personnel for their condition.

9     6.    The overcrowding also has the effect of discouraging some inmates from
10 seeking medical care even when it is available. Inmates are sometimes hesitant to report
11 infections to the doctor for fear that they will be shunned by the other inmates in their
12 Housing Unit. For example, I witnessed one inmate who, rather than seek medical care,
13 chose to have a friend scrape the staph infection on his back with a spoon each night. I
14 found out about this practice when the person doing the scraping got scared of what he
15 saw and brought the inmate to me to see his condition.

16     I declare under penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct and that this declaration was executed this
18 ___ day of October, 2008 at _____, California.

19
20                            RUBEN LEIJA, JR.

CBM-SAC\SA067521.1     -3-

**DIRECT TESTIMONY DECLARATION OF RUBEN LEIJA, JR.**