1  quickly spread to many of the other inmates within those units. This also creates
2  problems with the delivery of medical services to treat these aliments.
3       5.   In addition, I have had inmates advise me that they have been told they
4  have contagious staph infections. I have also seen these conditions first hand on certain of
5  the inmates. These inmates are not isolated from the other inmates but continue to shower
6  and interact with the rest of the inmate population in the Unit. I have also had situations
7  where inmates will come back from scheduled medical appointments upset and angry, and
8  they tell me that they were not seen by any medical personnel for their condition.
9       6.   The overcrowding also has the effect of discouraging some inmates from
10 seeking medical care even when it is available. Inmates are sometimes hesitant to report
11 infections to the doctor for fear that they will be shunned by the other inmates in their
12 Housing Unit. For example, I witnessed one inmate who, rather than seek medical care,
13 chose to have a friend scrape the staph infection on his back with a spoon each night. I
14 found out about this practice when the person doing the scraping got scared of what he
15 saw and brought the inmate to me to see his condition.
16       I declare under penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct and that this declaration was executed this
18 30 day of October, 2008 at Indio, California.

RUBEN LEIJA, JR.

CBM-SAC\SA067521.1                    -3-

DIRECT TESTIMONY DECLARATION OF RUBEN LEIJA, JR.