1      10. It should also be noted that with respect to new facilities, CDCR proposes custody staffing levels related to medical care, but these suggestions may or may not match the recommendations of the Healthcare Receiver; I am not aware of any procedure to share the proposed custody staffing packages with the Receiver for comment.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 29TH day of October, 2008 at SACRAMENTO California.

_____
KEVIN RAYMOND