EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL B. MELLO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 5**<br><br>**To: Three-Judge Panel** |

- 1 -
DECLARATION OF PAUL B. MELLO IN SUPPORT OF OPP'N TO PLS.'
MIL NO. 5 (CASE NOS. 2:90-CV-00520 LKK JFM P AND C01-1351 TEH)

1659404.1

I, PAUL B. MELLO, declare:

1. I am an attorney licensed to practice in the State of California and admitted to the Northern and Eastern Districts of the United States District Court of California. I am a partner with the firm of Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v. Schwarzenegger, et al*, matter. I submit this declaration in support of Defendants' Opposition To Plaintiffs' Motion In Limine No. 5 To Exclude Certain Testimony Of Expert Gale Bataille. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to the matters set forth below.

2. Attached as Exhibit A are true and correct copies of relevant portions of the transcript of the deposition of Defendants' expert, Gale Bataille, taken on September 16, 2008. The court reporter's certification is also attached.

3. Attached as Exhibit B is a true and correct copy of *Coleman* Plaintiffs' Supplemental Responses to Defendant Arnold Schwarzeneger's First Set of Interrogatories, served on April 11, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on October 30, 2008.


    /s/ Paul B. Mello
PAUL B. MELLO