Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:     415.989.0932
Email:            gadam@cbmlaw.com
                     jstoughton@cbmlaw.com


Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:    916.372.6060
Facsimile:     916.372.9805
E-Mail:          dan.lindsay@ccpoa.org

Attorneys for Intervenor California Correctional Peace
Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>            Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>            Defendants. | **DIRECT TESTIMONY<br>DECLARATION OF DEBBRA<br>ROWLETT**<br><br>**TRIAL DATE: NOVEMBER 18, 2008** |

I, Debbra Rowlett, state as follows:

1. I am currently employed as a correctional officer by the California Department of Corrections and Rehabilitation ("CDCR"). Based upon my work as a correctional officer and a Medical Technical Assistant ("MTA") for CDCR, I have personal knowledge of the matters stated herein and, if called upon to do so, could and would testify competently to them.

2. I received a nursing credential from Sierra College. I am a licensed vocational nurse ("LVN") and have been licensed as an LVN by the State of California for over twelve (12) years.

3. In the mid to late 1990s I was employed as a LVN at Sutter Auburn Faith Hospital, Sutter Memorial Hospital, Bi-Valley Medical Clinic and Sutter General Hospital.

4. In 1998 I was hired by CDCR. My first assignment was as an MTA at the California Medical Facility ("CMF") in Vacaville. In my first position, I was assigned to an area called "G-1" and worked the first watch (10:00 p.m. to 6:00 a.m.)

5. I next worked at CMF as a medication nurse, dispensing medications to inmates at various units.

6. My next position, also at CMF, was as an MTA in a specialty clinic where outside doctors specializing in specific areas of medicine such as gastroenterology, optometry, ophthalmology and cardiology would come in to see patients.

7. I then transferred to the California State Prison at Solano ("CSP Solano"). My first position there was as a vacation relief nurse where I filled in for other LVNs who were on vacation. I later took a position as an MTA for the specialty clinic where my duties were similar to those performed at the specialty clinic at CMF. I started at CSP Solano in 2000.

9. I worked in the specialty clinic until I changed my position to correctional officer in June 2007. I have continued to work at CSP Solano as a correctional officer up to the present time. My first position as a correctional officer was

CBM-SAC\SA067515.2                -2-

**DIRECT TESTIMONY DECLARATION OF DEBBRA ROWLETT**

1   as a holiday relief position. After three months I was then assigned to an overcrowding
2   staff position. Overcrowding staff positions are positions created because of the
3   overcrowding within the institutions. In the overcrowding position, I worked in Buildings
4   21, 22 and 23.

5         10.   Buildings 21, 22 and 23 are dorm living areas and contain no cells. My
6   duties as an overcrowding officer included observing the breakfast line and distribution of
7   lunch to inmates. I have also worked the yard and have gone on hospital runs. Also
8   included in my duties was searching the inmates' living areas and patting down inmates.

9         11.   I worked in Buildings 21, 22 and 23 for approximately four to five
10  months and then transferred as a correctional officer to the specialty clinic at CSP Solano
11  in February 2008. I am still assigned to the specialty clinic as a correctional officer,
12  although I am currently on medical leave. My duties in the specialty clinic include
13  ensuring inmates make their appointments and providing security for the area.

14        12.   There are numerous conditions at CSP Solano that I have observed and
15  that I feel have created significant problems relating to the health of the inmates and the
16  delivery of such care, and I believe these are due, at least in part, to the overcrowding of
17  the inmates incarcerated in that facility.

18        13.   For one thing, the living conditions in the dorms are unsanitary and
19  unhealthy. Due to the overcrowding, one of the gyms at CSP Solano is currently being
20  used as a temporary dormitory and I have worked there. The bunks in the gym are three
21  beds high which negatively affects my ability to observe the inmates who are residing in
22  the gym. In addition, each inmate has only six cubic feet of space for personal
23  possessions and no additional space is provided for any medical supplies that an inmate
24  may require.

25        14.   Because of the large numbers of inmates living in the gym, the
26  ventilation system does not function sufficiently and the outside doors are kept open
27  during good weather to allow in additional air. However, this has also resulted in birds
28  flying into the gym. These birds tend to congregate at the ceiling and they peck away at

CBM-SAC\SA067515.2       -3-

**DIRECT TESTIMONY DECLARATION OF DEBBRA ROWLETT**

1 the ceiling materials causing pieces of those materials to come down into the areas where
2 the inmates and staff are located and where they eat their meals. In addition, the birds
3 defecate while in the building.

4     15. Another problem with the gym is that there are an inadequate number of
5 toilets for the number of inmates housed there. The toilets are in constant use and it is
6 difficult to keep them clean. Further, due to the delays in the laundry service, inmates are
7 given buckets in which to clean their clothes. Sometimes several inmates will share the
8 same bucket for cleaning clothes. This situation creates the potential for the transmission
9 of communicable diseases through the common use of such buckets.

10     16. The overcrowding also has created problems in the delivery of medical
11 care to the inmates. The number of inmates who are receiving drugs and medications has
12 increased significantly from when I first started working at CDCR. The number of
13 inmates currently receiving medications precludes staff from following through to verify
14 that inmates are in fact taking the medications that has been prescribed to them. Although
15 our job training dictates that we do so, there simply isn't enough time to watch and make
16 sure that each inmate consumes the medication that is provided to him. There have been
17 several occasions where I have found pills in the ground in the prison yard which
18 indicates to me that some inmates are not taking the medications that have been prescribed
19 to them.

20     17. I have also observed that overcrowding has adversely impacted other
21 aspects of medical care provided to inmates. While I was both an MTA and a correctional
22 officer, I observed many situations where inmates with scheduled appointments were not
23 able to be seen by healthcare practitioners due to the volume of inmates requiring medical
24 services. I have had situations where inmates have come up to me and stated that they had
25 put in a request for a medical appointment days before and had still not received an
26 appointment, but that it was no longer necessary as their symptoms were no longer
27 present. I have also seen several situations where inmates have received initial treatment
28 for a condition but then there have been a substantial delays in setting up and conducting

CBM-SAC\SA067515.2     -4-

**DIRECT TESTIMONY DECLARATION OF DEBBRA ROWLETT**

1  follow-up treatment. There have also been situations where I have seen delays of two to
2  three days for inmates either receiving new prescribed medications or renewals of
3  medications.
4      18.   The waiting room at the clinic was frequently overcrowded with inmates
5  and was usually in a filthy condition. The one bathroom for the waiting room was only
6  cleaned once a day. The ventilation in that area is also inadequate given the large
7  numbers of inmates present. The medical staff has conducted examinations and treatment
8  in the same room where the secretary who schedules appointments works, due to the lack
9  of other available space.
10      I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct and that this declaration was executed this
12 30th day of October, 2008 at Vacaville, California.

DEBBRA ROWLETT

CBM-SAC\SA067515.2                              -5-

**DIRECT TESTIMONY DECLARATION OF DEBBRA ROWLETT**