follow-up treatment. There have also been situations where I have seen delays of two to three days for inmates either receiving new prescribed medications or renewals of medications.

18. The waiting room at the clinic was frequently overcrowded with inmates and was usually in a filthy condition. The one bathroom for the waiting room was only cleaned once a day. The ventilation in that area is also inadequate given the large numbers of inmates present. The medical staff has conducted examinations and treatment in the same room where the secretary who schedules appointments works, due to the lack of other available space.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 30th day of October, 2008 at Vacaville, California.

_____
DEBBRA ROWLETT