PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**HARDY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 RE REFERENCES TO SENTENCING COMMISSION AND SENTENCING REFORM** |

I, Alison Hardy, declare as follows:

1. I am an attorney admitted to practice in this state and before this Court. I am a staff attorney at the Prison Law Office, and one of the attorneys for the plaintiff class in this action.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Transcript of Governor Arnold Schwarzenegger's Press Conference to Unveil Comprehensive Prison Reform Proposal, dated December 21, 2006, which plaintiffs downloaded from the Governor's website on August 21, 2008.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this thirtieth day of October, 2008 in Berkeley, California.

/s/ *Alison Hardy*
Alison Hardy

-1-
HARDY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 RE REFERENCES TO SENTENCING COMMISSION AND SENTENCING REFORM, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

EXHIBIT A



# GOVERNOR'S REMARKS

Thursday, 12/21/2006 4:19 pm

## Transcript of Governor Arnold Schwarzenegger's Press Conference to Unveil Comprehensive Prison Reform Proposal

GOVERNOR SCHWARZENEGGER:

Hello, everybody, and thank you for being here. Today we want to talk a little bit about prison reform. Now, everyone in this room knows that our prisons are in a crisis and in desperate need of reform. For years state government has failed to deal with this problem, and my administration has inherited a system that was dangerously overcrowded, poorly managed, and totally out of control.

Since I took office we have put forward a variety of different proposals, whether it was through the budget or through our strategic growth plan, or a special session in the legislature to create extra space and also to create other reforms.

Now we are at the point where if we don't clean up the mess the federal court is going to do the job for us. Now, that means bad news, because they will order the immediate release of criminals, and they will dig into our general funds, which means they will take money away from education and from health care. Now, as governor, I cannot let that happen, and I know that if all of us put our heads together and if we have the will, and if we put everything on the table and really focus on this problem, we can be very successful in solving this. And that is why I am so happy to see Democrats and Republicans, as well as some of our partners in law enforcement, standing up here on the stage with me, and they're all here today to pledge their support to make sure that we are successful in this. We are all committed to working on this problem until we get it solved.

Now, today I am putting forward three broad proposals:

1. A building program that will add 78,000 new beds, and I call them desperately needed beds

2. Changes in our broken parole system that will bring California into alignment with other states and reduce our recidivism rate, our unacceptably high recidivism rate, and also without jeopardizing public safety. These changes will also allow us to designate an additional 200 parole agents to enforce Jessica's Law, which increases parole time for the most serious sex crimes. With additional money in our budget we will also make sure that sex offenders don't prey on our children here in California. And;

3. We are proposing a sentencing commission to make recommendations on further sentencing guidelines and parole policies so that we can continue to be tough on criminals but at the same time be prudent with our money.

These are tough challenges, but we have to face them and we must solve those problems. We have no choice. We can no longer tolerate prisons that are dangerous to staff, dangerous to our inmates, and dangerous to the public. And we can no longer tolerate a broken parole system, outmoded sentencing laws, and prisons that are so overcrowded that rehabilitation programs are being squeezed out because of a lack of space.

So I have total faith, and I have confidence, that if both Democrats and Republicans come together on that that we can solve this problem. And now I would like to hear and have a few words said by Senator Gloria Romero. Please.

SENATOR ROMERO:

Thank you, Mr. Governor, for once again having the opportunity to work with me on prison reform. I have told people this is an opportunity for a sequel, so let's be successful in that.

And I'm here today really as a demonstration of a commitment, a commitment to continuing to engage in prison reform, both in helping to shape and also helping to shepherd a comprehensive package of prison reform for this 2007 legislative session. I applaud the Governor for actually spending a great deal of time during the interim in talking not only with myself but other members of the Legislature, advocates for prison reform, and many others who have a common concern, and that is making sure that we address the dire circumstances that stand before us or face those dire consequences.

I've had an opportunity to discuss with the Governor a number of opportunities, and what excites me is that this sets the parameters for a broad discussion, a comprehensive discussion, including a number of factors that we all know needs to be done. I emphasize, and I believe that others do emphasize, that this will be a package. Hopefully it will be a strong, bipartisan package, and I think a package that seeks not just to work things out in order to avoid judges' threats of takeover, but really to move us forward in a fashion that California needs to move forward.

Some people have asked me, "Well, what's new?" After all, last year's packages blew up. Some, in fact, this year have even suggested to me, "Just let the Governor do it. Sit back and wait," others have said, "Just let the courts do it." And I reject both of those approaches. Neither inertia nor cynicism will, or should, define how we deal with the

2007 legislative session when it comes to prison reform. Many of us have worked too hard for too long, and the stakes are too high. It's a new year, it's a new opportunity for us once again to recommit ourselves, and that's the reason why I'm here today.

We know what needs to be done; the experts have told us what needs to be done over and over. We do have to address prison capacity, and not just to build, but to use that space wisely. Depending upon how we structure that capacity we can move California's system of corrections in a way that offers further opportunities for rehabilitation and successful re-entry into our communities.

Secondly, I think that part of this discussion recognizes that this is a criminal justice system in California, and that what happens at the state level doesn't just stay at the state level; it impacts and it affects local jails and local communities. So this package, this discussion that is underway, recognizes that we've got to form partnerships with our local elected officials and our local law enforcement officials in order to realize safer communities. I'm from Los Angeles County, and I will tell you, the pressure to release early from our county jails is overwhelming in the public discourse in Los Angeles.

We know we've got to talk about parole reform, and we've debated for some time about locking folks up. I think that we have historically paid too little attention to what happens after that; you get that 200 dollars and a bus ticket out. And if these ex-prisoners are not able to lead law abiding lives, we all pay the price in new crimes that are being committed and new taxes that are going to rectify wrongs that are basically created within our own system.

We all know that California has a billion dollar parole failure, and we will never merely build ourselves out of the problem. But this package, this discussion then on parole reform is a vital part of moving us forward in a way that emphasizes not only re-entry into a community, but I would emphasize earned re-entry, and that's part of the discussion I think we're going to have when we talk about parole reform, the earned and the opportunity for parole success, even more so than just talking about parole reform.

And finally, the part that really I come to the table really eager and optimistic over, and that is about sentencing reform. This, to some extent though, is where the debate does get tough, but I will work with the Governor this year to create a sentencing commission for California. Eighteen other states have already done so, and I believe as we examine other models—and I look forward to having folks at the table to give their views—this has brought about jurisdiction-wide uniformity in sentencing. It's also reduced disparities in prison sentences, it has resulted in greater certainty of punishment. I think it brings about much logic and rationality in sentencing. And this is not just about shortening sentences; far from it. In fact, if it works well, we probably will see a lengthening of sentences where those sentences need to be lengthened. And as the new Chair of Public Safety Committee for the Senate, I fully intend to make this a major source of work, and an opportunity for all to dialogue.

Some folks have asked if this will be an abdication of legislative authority, to create a sentencing commission. Absolutely not. In fact, I would argue that, to the contrary, creating a sentencing commission is an exercise of legislative authority. Criminal sentencing is one of the most important areas the legislature addresses, and we must be responsible to our constituents to ensure that our sentencing decisions are based not on political whims but on real, reasoned judgment and evidence that links that sentence to reduce recidivism and enhance public safety. That's what good sentencing really is about.

So I look forward to participating in this next year with the Governor, my colleagues. There are 120 legislators, and I'm just one of them, and each one has an equal vote. But I will tell you that with this mandate, and with this pressure, but more so with the leadership and the recognition from the administration, through the legislature, and even from the courts, there is no reason why we cannot move expeditiously and wisely to restore the sheen to California's correctional system and really make it a system that enhances and moves for public safety, not just locks folks up.

So, Mr. Governor, thank you for your leadership. I look forward to working with you once again. You've got to be the eternal optimist to do prison reform, and that optimism has never faded. And it's even, I think, with a stronger sense of commitment that I will enter Sacramento in January with a strong mission and mandate before me. Thank you.

### SENATOR RUNNER:

Good afternoon, Senator George Runner. I think we all know that the clock is ticking for us here in the State of California. If, I guess, this was a basketball game, we'd be in the final minutes. And we are being asked to make some decisions and we are needing to do those, because that is our job. And so I appreciate greatly the fact that the Governor has stepped up, has not only continued his commitment to dealing with the crisis that we have in California prisons, but has now even gone even farther in regards to expanding a comprehensive package in regards to how we can do that.

I'm glad to be standing here with colleagues both from the Senate and the Assembly, because it is our job to begin to help deal with this issue. Some of these issues are very difficult. Some of these are difficult for us as Republicans; some of them are difficult, I'm sure, for my Democratic colleagues. But the fact is, we're at the table, and we need to come to resolution on this issue.

First of all, let me just say we cannot delay. Like I said, the clock is ticking for us. We must work together, move forward to enact a plan that will solve these problems. There's no doubt in my mind, and I think for many of my colleagues, and I think for Californians in general, that public safety is the Number 1 role for us as policy makers. That's why we have government, in order to keep our families safe. And we all know that it's dangerous to release felons into our communities when they should be staying in prison. The issue of sentence reform is a challenge for us. It's going to be an issue much debated within our caucuses. The fact is, when Californians have had a choice about sentencing, Californians consistently vote to increase sentences, because they believe that their streets should be safe, and they believe criminals should be behind bars. So as we open up that door of discussion, we're going to be there, we're going to be at that table. But I must tell you, sentencing commission is a challenge for us, and we hope it's not a codeword for a lessened sentence, less sentence, less time in prison.

The other issue that I appreciate about this, and that is that we must understand that there is a direct link and a relationship between what happens in our jails, and what happens in our prisons, that the two are very much the same system. And so I think it's important and right for the state to step up and take a role of leadership and partner with

our counties as they deal with their challenges in their jails. And I believe that goes beyond just the idea of construction. We must address the idea and the issue of ongoing cost, because if we're going to be putting state prisoners in those areas, then we have an obligation to step up and take on some of those issues, and not just shift that cost to the local governments.

It's very clear that in all of these systems, that what we're talking about is more personnel. We're talking about more parole agents, we're talking about more probation agents, we're talking about more correctional peace officers. All of those folks have got to be a part of this solution. We cannot move forward with this plan, we cannot implement a plan successfully, unless we have the line officers, whether it be parole, probation, whether it be correctional peace officers, on board making and rolling in the same direction. It is essential if we are to have a successful implanted program.

I also would like to thank the Governor specifically for his commitment, both in passing and helping with the passage of Jessica's Law, Proposition 83, and now following through on the commitment. Because when voters voted for Proposition 83 they said a couple of things. They want their children safe, but they also knew it was going to be expensive. And so when they voted for it, they said this is how we want our tax dollar spent. And this is what it is that the Governor is bringing to the table, and we appreciate that greatly.

We need to work every day, and hard, until we get this reform package done. We must continue to prioritize public safety. The Legislature has clearly run out of time, and we are in the final moments and we must work together in order to see it accomplished successfully.

Let me introduce to you Assemblymember Greg Aghazarian, a follow-up from the Republican side of the Assembly.

### ASSEMBLYMEMBER AGHAZARIAN:

Thank you very much. We have a system on the verge of collapse, and I applaud the Governor's efforts, I applaud everything he's doing to address this problem before it turns disastrous. We made progress last year as we began the discussions of what to do with this looming crisis with the prison system. We made a lot of progress, we defined a lot of issues, we isolated a lot of questions.

This is the year we have to put the meat on the bones of the skeleton we created last year. This is the time to act. If the Legislature and the Governor working together in a bipartisan fashion does not act this year, we run the risk of not only abdicating our roles as the legislative and executive process, but handing it over to the judge, handing it over to someone that's not accountable to the hardworking families and voters of this state. And what does that mean? We're elected. The Governor is elected, 120 of us are elected to represent the people. And as we all can agree, the most important role of state government is the public safety, the safety and security of our communities. I would even go so far as to say it's a right that we have to feel safe and secure in our own homes. After all, all the economic prosperity, all the work we're doing on the environment, all the work we're doing in transportation, what does it matter if we can't feel safe in our homes, in our communities, in our schools, when we're on the streets?

That's why it's important we take this initiative and we act now to solve this problem. I applaud the Governor for his bold, decisive leadership. I look forward to working with him on a bipartisan nature, because we do need to address these issues. We need to work to make sure there are an appropriate number of beds to house these violent criminals that need to be off the streets. We need to make sure we modernize, and we make sure we have an effective parole and probation system that takes into account the needs of what is going on, and make sure the people of our streets are safe from violent criminals. We need to do what it takes, and this is the time to do it.

You know, there are a lot of details in this proposal, and there is going to be a lot of debate on what things say, what they should say, what they shouldn't say, and there's going to be a lot of partisan rancor back and forth. But at the end of the day we know what our Job 1 is this year. We know that public safety is where we need to be. We need to increase the number of beds, we need to build more prisons. Yes, we get that.

But it's also important that we open the dialogue with the local communities. The counties are very integral in this. The local jails, the local communities, the decision makers at the local levels, they need to be an integral part of this discussion. We can't expect them to be handed mandates and not have the appropriate funds to fulfill those mandates. We need to make sure they have the appropriate tools to handle this. They're an equal partner with us in handling this crisis.

When it comes to sentencing, we need to be careful as we proceed with that. Previous proposals have, let's face it, not passed muster. Previous proposals have not given a level of satisfaction that sentences would be hard, sentences will be fulfilled, and sentences will be increased where they need to be increased. We need to make sure, as we're looking at the proposal, that we're not moving backwards, we're moving forward; this is about the safety of our communities.

When it comes to death row improvements, that's a function of this, and this is a great opportunity, and I applaud the Governor for taking immediate action to address the issues that were raised this past week with the death penalty system. It's important that we take a look and address that, to make sure justice is carried out. There are many people that have been given the death penalty, and we need to make sure that is addressed in this. It's an excellent opportunity to address those questions and we need to make sure that is addressed.

But in general, I'm looking forward to working in a bipartisan nature, to make sure the right thing is done. We cannot abdicate our responsibility here. We cannot leave this to a federal judge with a blank check drawing out of the general funds of the State of California. We were all elected to do a job, and let's work together and do it.

Right now I want to introduce one of our local county sheriffs, Sacramento's own Sheriff John McGinness, to say a few words.

SHERIFF McGINNESS:

Thank you. First of all, on behalf of the California State Sheriffs Association I'd like to sincerely thank Governor Schwarzenegger for having the leadership and drive to recognize that this is not a particularly popular issue. People want to have better schools, they want to have parks, they want to have nice communities where you can enjoy the quality of life, and these are not the kinds of things that people see in a positive area, that they want to see their tax dollars spent on. But reality tells us, experience tells us, that there are those people within society who have so graphically demonstrated and illustrated their tendency to behave in a dangerous manner that you need to be protected from them, and that protection comes through incarceration and it's absolutely essential to quality of life.

There are three component parts to this comprehensive plan that are terribly important. The, first of all, brick and mortar to build new facilities and expand those existing facilities so we have the bed space to house those people to whom I refer.

In addition to that, we know that not everybody who is incarcerated, or sentenced to periods of incarceration, is going to be there forever. They're going to come back into your communities, and our communities, and as a result of that, if we're going to be effective in the future we need to invest in programs today that will absolutely make a difference and reduce recidivism in the future.

And finally, the third component part that's absolutely critical, and we've heard a lot about that this week, is youthful offenders, juveniles in the criminal justice system, those who behave in a manner outside the accepted norm, that draw attention to themselves and absolutely mandate that those of us who are entrusted with the responsibility in the criminal justice system take appropriate steps to make sure that they are in a position where they can have access to programs, and again, society can be protected from them in the most extreme cases.

We have a report that we have completed some time back on this. It's available to members of the media, the full report. It's called "Do the Crime, Do the Time, Maybe," and it's at the State Sheriffs website at www.calsheriffs.org, and I encourage you to take a look at that.

And once again, a very sincere thanks to the Governor, the Members of the Legislature, and the staff, for taking this matter seriously. And I think the efforts of this comprehensive plan are very likely going to make a difference, a significant difference, in the quality of life that we all enjoy in the future. So thank you very much.

GOVERNOR SHWARZENEGGER:

Thank you. Someone has taken my folder, but that's okay. Maybe it was here?

SHERIFF McGINNESS:

I think George has it.

SENATOR RUNNER:

I was holding it for you, Governor.

GOVERNOR SCHWARZENEGGER:

Thank you very much.

SENATOR RUNNER:

Protecting it. I didn't want the Sheriff to take it.

### GOVERNOR SCHWARZENEGGER:

You have the papers, though. Thank you very much, I really appreciate it. George always take care of my papers. Very nice.

### SHERIFF McGINNESS:

Oh, I'm never coming to one of these again.

### GOVERNOR SCHWARZENEGGER:

I really appreciate it. Any questions about any of this? Yes, please.

### QUESTIONS/ANSWERS

Q: Yesterday in federal court former Corrections Secretary, Acting Secretary Woodford, said that sentencing reform was postponed earlier this year out of political considerations. Was that accurate?

GOVERNOR: No, but I'm not here to talk about what she said, and what I say, and all those things. I think we are way beyond that. I think the important thing is that you should know that this comes out of a discussion that Senator Romero and I had where Senator Romero, when I talked to her after the elections were over, I said, "Look, we got stuck in our special session. Where did we fall short?" And she said, "Well, you know, time was short, and also I think not everything was on the table." And so I turned to her and I said, "Well, if that's the problem, I will put everything on the table. I think we should address all of the issues." And we had a long, great conversation about building prisons. We have talked about creating a sentencing commission. We talked about paroles, we talked about all kinds of issues, and talked about for an hour. And I think that this conversation was really crucial. So this is actually where this came from, when we talk about building more local jails and talking about the sentencing commission and all those ideas.

Q: Governor?

GOVERNOR: Yes?

Q: In proposing a sentencing commission, what are your concerns currently about sentencing in California?

GOVERNOR: I think we want to move forward in a way like other states have shown us. I mean, there are many states that have sentencing commissions—I think there are 17 or so states that have sentencing commissions—and I think that we can learn from that. I think that we don't have to redesign the wheel. We just think that the key thing is just who do we appoint to that, that we really have the most experienced people in the profession that really can help us with looking at that and making recommendations.

Q: Are you open to any change to three strikes? I mean, that's the sentencing issue that seems to come up a lot in terms of non-violent offenders getting lengthy sentences. You've obviously campaigned against the proposition a few years ago. What are your thoughts now about that, and do you think the sentencing commission should look at three strikes?

GOVERNOR: I don't want to tamper with the three strike system.

Q: Governor, can you tell us how much money you were talking about in terms of spending and how we're going to pay for it?

GOVERNOR: Yes. I think there is approximately 10.9 billion dollars, approximately 11 billion dollars, that we are talking about for the whole package. And we're talking here about 45,000 local beds and we'll also talk about moving the 17-some thousand inmates that are right now in bad beds out of there as quickly as possible. We are building facilities, like I said, for 78,000 new beds, and that's the key thing. Now, the ones in the prisons on the state level, there will be not new jails, but we are going to add on to the facilities that are already existing. And I think that the key thing to this whole thing is to create really a good partnership with the sheriffs, with the local law enforcement, and with the local community.

Q: And how are we paying for this? Is it revenue bonds?

GOVERNOR: Yes, lease revenue bonds is one, and some of it comes from the budget, some of the ideas when it

comes to parole, or probation officers I should say, comes a certain amount, 50 million dollars or so, and bonds. And the key thing is again that we do it the right way, and that we think about----to save money, I think, is the key thing here, because we want to do it in a way where we create the vision, Democrats and Republicans, rather than a judge coming in and creating his vision.

And you know, when we talk about sentencing reform and all of those kind of things---I mean, let's just think about, and not forget, that right now there are approximately 18,000 inmates that are being released every month, because there is a shortage of space. Think about the amount of people that are being sentenced and are not even put in jail because there is not enough space. I mean, think about all of that. So we have to really put all of this into the mix when we make decisions.

And I think the key thing as we move forward is that we keep the people also safe, because we don't' want to have the wrong people go out, and right now, you know, there really is no way of judging. I mean, people are just released. They say, you know, "We are 18,000 short of beds, so let's get 18,000 out." That's the way the decisions are made now. So with a sentencing reform and all of those things I think we will really—we will guide in which direction we want to go.

And also, like I said, when it comes to spending money---I mean, think about when the federal court will go into our general fund. I mean, they can take out whatever they want. And I think that is a huge danger, because that will take money away from education, and that will take money away from health care, because those are the three big components, is health care, education, and prisons, when you talk about the budget. So that's not what we want.

So it's, again, I think, one of those things. Do we want to take charge of it and take control, pretty much like the infrastructure bonds? Do we want other forces out there always to make the decisions over how we're going to spend our money? Or should we in this building make the decisions and create a great direction and think ahead, where do we want to be 10 years from now with this prison system?

Q: Governor --

GOVERNOR: Yes?

Q: How many prisoners have we sent to other states, to other jails?

GOVERNOR:   Maybe Jim, you can answer that?

TILTON:   Sure can. We've got about 120 that have gone to date. We've got about 600 additional inmates that are getting ready to go.

Q:   Are you going to continue with this?

GOVERNOR:   Yes. We will continue to do everything we can, to look in every way possible to free up beds, because as I've said earlier in my speech, and as you have heard everyone else mention, that we can't keep squeezing out rehabilitation programs. It's again something that Senator Runner and I talked about, that rehabilitation is important, because as you have heard, every one of those inmates---except if you are on death row---eventually you come out into your neighborhoods.

So do we want to have someone just get his 200 dollars and a bus ticket and he doesn't know how to connect and how to get a job? Do we want this person to be trained, educated and prepared for getting out and getting a job and being good at that job so they can continue keeping that job? That's how we cut down the recidivism rate.

And like I said, it's unacceptable, the recidivism rate we have. It's probably the highest ---Jim, would you say it's the highest in the nation? I think it's the highest in the nation. We have, like we were talking here about anywhere between 65 and 70 percent. And imagine, that means that every----out of 10 people that go out, 7 come back in again. This is unacceptable. We can do better. I mean, we are such an innovative state, such a creative state, and we have shown this past year that we can make the impossible possible if we work together, and I think this is such a great spirit now of all of us coming together, Democrats and Republicans.

And like I said, Senator Romero and I, we had great discussions where we just said, "Okay, we've got to the extra step. Let's not get stuck with our party kind of philosophies. Let's go beyond that and let's really go and move forward with it and come to some kind of an agreement that works for everyone. And the key thing is, it keeps the people, the public, safe, because that's the key thing; keep the public safe and not have someone go in to our general funds. Okay?

Q:   Governor, I noticed some sort of nuanced differences between the way that various legislators on stage are describing how the sentencing commission or the parole thing might work. I mean, how hard is it going to be to come together on some really tough topics?

GOVERNOR: You have heard it. It's going to be tough—it's going to be tough. But it is possible. Why is it possible? Because decisions will be made this coming year, just like the decisions that were made this year, and that is what is best for California rather than what is best for your party. We've got to go beyond our philosophy in order to meet and in order to come to an agreement.

And I think this is what everyone is willing to do, because we have learned from this past year that we could do things because people went a little bit beyond, and that's how we can make things happen. And we are a model to the rest of the nation because of what our legislators have done, and I always say thank you to them because of the great work they have done.

And I know that this year they will do the same thing, that they will come through. Yes, it will be tough. It is not easy when you are stuck in something for so many years, and you don't want to bend here or bend there. But they will do it, they will break through that, and this is what is so great about this whole new atmosphere here.

Thank you very much. Thank you.