

AUG 1 2008

APPENDIX E

AUG 1 2008

**Appendix F**

CTC

AUG 1 2008

IS REQUIRED
AUG 1 2008