Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:          gadam@cbmlaw.com
                     jstoughton@cbmlaw.com

David A. Sanders, No. 221393
Christine Albertine, No. 141033
Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:    916.372.9805
E-Mail:        david.sanders@ccpoa.org

Attorneys for Intervenor California Correctional Peace
Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>　　　　　Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>　　　　　Defendants. | **DECLARATION OF NATALIE LEONARD IN SUPPORT OF PLAINTIFF INTERVENOR, CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE (a) CCPOA WITNESSES AND (b) CCPOA TESTIMONY ABOUT HOUSING, VIOLENCE, DANGER, SECURITY**<br><br>**TRIAL DATE: NOVEMBER 18, 2008** |

I, Natalie Leonard, state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to the Northern and Eastern Districts of the United States District Court of California. I am an associate in the firm of Carroll, Burdick & McDonough LLP, counsel of record for Plaintiff Intervenor California Correctional Peace Officers' Association ("CCPOA") in the *Plata v. Schwarzenegger, et al.* matter and the *Coleman v. Schwarzenegger, et al.* matter. I submit this Declaration in support of the opposition of CCPOA to the Defendants' Motion in Limine No. 11. I have personal knowledge of the matters set forth in this declaration. If called upon to do so, I would and could competently testify to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Direct Testimony Declaration of Eric Adelman which will be offered into evidence at the trial of this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the Direct Testimony Declaration of Gary Benson which will be offered into evidence at the trial of this matter.

4. Attached hereto as Exhibit C is a true and correct copy of the Direct Testimony Declaration of Brenda Gibbons which will be offered into evidence at the trial of this matter.

5. Attached hereto as Exhibit D is a true and correct copy of the Direct Testimony Declaration Ruben Leija, Jr. of which will be offered into evidence at the trial of this matter.

6. Attached hereto as Exhibit E is a true and correct copy of the Direct Testimony Declaration of Kevin Raymond which will be offered into evidence at the trial of this matter.

7. Attached hereto as Exhibit F is a true and correct copy of the Direct Testimony Declaration of Debbra Rowlett which will be offered into evidence at the trial of this matter.

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct and that this declaration was executed on
3    October 30, 2008 in San Francisco, California.
4
5                                                        /s/ Natalie Leonard
                                                    NATALIE LEONARD

CBM-SAC\SA067611.1               -3-

DECLARATION OF NATALIE LEONARD IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 2