| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99461<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>MARIA V. MORRIS, Bar No. 223903<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830 |
| K & L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY -<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>No. C01-1351 THE<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants | **DECLARATION OF DONALD SPECTER REGARDING SUBMISSION OF PLAINTIFFS' EXPERT REPORTS OF AUSTIN, KRISBERG, LEHMAN, REINGOLD, SCOTT, SHANSKY, WOODFORD** |

I, Donald Specter, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to the Northern District and Eastern Districts of the United States District Court of California. I am the Director of the Prison Law Office, counsel of record for the Plaintiff classes in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Submission of Plaintiffs' Expert Reports of Austin, Krisberg, Lehman, Reingold, Scott, Shansky, and Woodford.

2. Attached as Exhibit A is a true and correct copy of the Supplemental Report of James Austin, Ph.D., dated September 25, 2008.

3. Attached as Exhibit B is a true and correct copy of the Supplemental Report of James Austin, Ph.D., dated August 27, 2008.

4. Attached as Exhibit C is a true and correct copy of the Expert Report of James Austin, Ph.D., dated August 15, 2008.

5. Attached as Exhibit D is a true and correct copy of the Expert Report of James Austin, Ph.D., dated November 9, 2007.

6. Attached as Exhibit E is a true and correct copy of the Expert Report of Barry Krisberg, Ph.D., dated September 8, 2008.

7. Attached as Exhibit F is a true and correct copy of the Expert Report of Joseph Lehman, M.A., dated August 15, 2008.

8. Attached as Exhibit G is a true and correct copy of the Expert Report of Arthur Reingold, M.D., dated August 27, 2008.

9. Attached as Exhibit H is a true and correct copy of the Supplemental Expert Report of Doyle Wayne Scott, dated August 13, 2008.

10. Attached as Exhibit I is a true and correct copy of the Expert Report of Doyle Wayne Scott, dated November 9, 2007.

11. Attached as Exhibit J is a true and correct copy of the Third Supplemental Expert Report of Ronald Shansky, M.D., dated September 28, 2008.

12. Attached as Exhibit K is a true and correct copy of the Second Supplemental Expert Report of Ronald Shansky, M.D., dated September 10, 2008.

13. Attached as Exhibit L is a true and correct copy of the Expert Report of Ronald Shansky, M.D., dated November 9, 2007.

14. Attached as Exhibit M is a true and correct copy of the Supplemental Report of Jeanne Woodford, dated August 15, 2008.

15. Attached as Exhibit N is a true and correct copy of the Expert Report of Jeanne Woodford, dated November 9, 2007.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 30th day of October 2008 in Berkeley, California.

                            */s/ Donald Specter*
                            Donald Specter