**EXHIBIT C**

**EXHIBIT __ (Plaintiffs' Deposition Designations)**

Deposition of Gail Bataille, September 16, 2008

9:18 - 9:24
11:17 - 12:8
13:3 - 13:18
15:18 - 16:11
16:12 - 17:11
21:11 - 21:16
32:14 - 32:22
32:23 - 34:23
34:24 - 36:16
37:3 - 39:6
39:8 - 39:24
39:25 - 42:19
44:22 - 48:2
48:11 - 48:21
53:5 - 54:1
58:2 - 58:24
58:25 - 60:12
71:24 - 72:13
72:19 - 73:12
80:18 - 81:25
82:1 - 83:19
90:20 - 92:20
98:4 - 100:6
104:11 - 105:8
108:20 - 109:19
109:20 - 112:2
112:3 - 113:2
123:15 - 124:9
130:24 - 131:14
149:18 - 150:5
152:6 - 152:19
170:14 - 173:5
173:6 - 175:19
176:24 - 177:25
188:20 - 192:23
194:7 - 197:5
197:6 - 198:19
199:10 - 199:22
199:23 - 200:21
200:22 - 202:6
204:4 - 206:17
206:23 - 207:8

207:12 - 209:17
209:18 - 210:22
210:24 - 212:8
214:15 - 217:5
236:11 - 238:5
236:11 - 243:10
261:14 - 262:10
262:11 - 262:18
265:23 - 266:8
268:19 - 269:11
271:16 - 272:10
272:18 - 273:5
278:12 - 279:24
279:25 - 280:17
281:5 - 281:19
282:16 - 282:23

Deposition of Jeffrey Beard, September 26, 2008
7:8-9:19
11:1-12:7
12:18-24:7
27:24-30:19
33:4-14
34:6-35:11
35:12-38:9
39:2-42:6
43:3-25
45:2-56:12
57:4-63:1
66:12-67:20
68:18-69:17
71:5-72:7
72:24-73:23
76:20-25
78:19-79:8
79:14-80:10
80:21-81:18
82:12-83:7
83:18-24
84:5-25
85:17:19
86:5-93:3
94:12-17
98:20-103:21
106:15-107:16
107:21-111:13

123:17-126:23
126:24-127:18
137:4-19
141:19-22
143:11-144:5
149:21-150:13
150:20-153:23
157:15-159:14
164:5-165:3
166:21-170:7
174:9-178:1
181:4-182:16
191:5-192:9
192:25-19
198:11-15
199:19-200:16
207:11-21
208:25-212:1

Deposition of David Bennett, September 9, 2008
5:13 - 5:15
5:19 - 5:22
6:24 - 7:1
8:3 - 8:10
8:21 - 8:23
11:15 - 12:7
12:12 - 12:24
17:6 - 17:9
17:18 - 18:8
18:14 - 18:17
18:19 - 19:5
19:15 - 19:21
20:9 - 20:14
20:18 - 20:25
21:19 - 21:23
22:8 - 22:18
22:22 - 22:25
23:8 - 23:12
24:11 - 25:17
26:1 - 26:15
27:11 - 27:14
27:23 - 28:5
28:7 - 28:10
28:7 - 28:15
30:19 - 31:10
31:16 - 32:2

3

32:15 - 32:21
33:8 - 33:11
34:8 - 34:23
35:7 - 35:11
35:14 - 35:16
35:18 - 35:25
36:3
36:19 - 37:2
37:16 - 37:23
38:1 - 38:12
38:14 - 39:6
40:2 - 40:8
44:11 - 45:5
45:14 - 46:2
46:16 - 46:22
47:2 - 47:5
47:10 - 48:5
49:12 - 49:15
49:20 - 49:25
50:7 - 50:13
51:24 - 52:21
53:8 - 53:20
54:24 - 55:10
56:16 - 56:22
58:15 - 58:20
58:24 - 59:6
59:19 - 60:6
60:8 - 60:15
69:10 - 70:9
71:9 - 71:11
71:16 - 71:23
73:8 - 73:19
74:20 - 74:25
75:10 - 75:17
75:24 - 76:19
76:21 - 77:5
77:12 - 77:14
77:18 - 77:22
78:2 - 78:9
84:23 - 85:4
85:11 - 85:22
86:18 - 87:3
87:4 - 87:14
88:9 - 88:16
88:21 - 90:4
91:5 - 91:18

97:10 - 98:4
105:11 - 105:14
105:17
106:1 - 106:25
107:1
107:4 - 107:17
108:12 - 108:14
109:19 - 109:25
111:18 - 112:25
113:7 - 114:13
116:4 - 116:7
116:12 - 116:17
117:16 - 118:10
118:16 - 118:24
119:5 - 119:7
119:11
119:12 - 120:5
121:3 - 121:10
121:13 - 121:24

Deposition of Victor Brewer, September 4, 2008
10:17 - 13:16
14:25 - 17:19
17:20 - 19:11
21:25 - 23:9
23:10 - 24:13
24:18 - 25:1
28:17 - 34:3
36:14 - 41:1
45:2 - 46:10
47:5 - 49:17
49:22- 53:21
53:22 - 54:17
54:18 - 55:17
56:4 - 60:11
60:12 - 62:9
62:10 - 67:22
67:23 - 72:18
73:6 - 74:10
74:11 - 82:16
82:17 - 99:19
99:20 - 102:3
103:4 - 104:2
104:3 - 105:8
105:9 - 105:17
106:5 - 107:1

107:5 - 108:11
108:12 - 110:7
110:14 - 112:18
112:20 - 114:4
117:22 - 119:1
119:2 - 120:19
120:23 - 123:20
126:5 - 133:17
135:5 - 138:21
138:25 - 144:11
144:12 - 147:24
147:25 - 149:11
151:6 - 152:24
161:1 - 164:20
164:23 - 166:14
175:7 - 175:23
178:20 - 182:19
182:20 - 183:12
190:18 - 193:1

Deposition of Loren Buddress, August 26, 2008
7:23 - 17:21
20:6 - 21:8
34:19 - 36:12
38:20 - 39:10
45:10 - 45:25
49:24 - 50:16
51:18 - 52:9
55:10 - 56:13
68:3 - 69:1

Deposition of Matthew L. Cate, August 29, 2008; September 12, 2008
48:10-18
52:12-15
53: 9-12
55:16-25
57:10-13
57:19-23
59:12-60:6
60:19-61:1
62:16-22
63:21-64:5
65:4-7
66:25-67:2
74:12-18
89:16-22

90:2-9
90:14-15
91:5-9
91:17-92:5
93:3-7
94:24-95:2
95:10-15
98:10-99:13
100:24-25
102:22-103:10
103:14-16
103:19-20
103:23-104:5
104:7-16
106:16-107:4
107:15-24
110:8-12
113:6-18
115:4-18
120:4-9
121:2-5
121:13-16
121:19
127:9-14
127:17-24
135:8-15
141:13-14
141:15-22
142:4-15
143:1-13
143:16
146:18-147:1
147:3-10
147:12-22
150:3-6
151:5-11
151:23-24
155:2-8
156:1-5
156:8-13
156:18-25
157:20-158:1
161:2-9
161:16-18
162:23-163:1
163:9-15

164:22-24
165:4-5
165:11-25
168:5-7
168:11-15
168:16-25
169:1-5
170:3-5
170:15-21
171:5-15
171:21-172:3
173:6-9
173:12-14
174:5-6
174:10-16
174:21-175:11
175:14-176:19
177:20-178:4
179:18-22
180:19-181:6
192:12-18
192:22-23
193:2-9
197:20-24
198:3-4
205:4-10
205:25-206:1
206:5
206:12-13
206:16
206:18-24
207:4-7
208:25-209:3
209:8-13
210:3-6
210:18-21
213:11-21
213:25-214:1
214:6-13
219:20-220:23
220:25-221:3
221:8-15
224:22-23
224:25-225:7
225:9-13
249:3-24

250:14-251:22
255:20-256:25
272:12-22
273:16-20
278:14-18
285:16-286:10
290:10-18
295:15-23

Deposition of Salma Chaiken, August 29, 2008

34:3 - 35:17
37:21 - 38:11
41:1 - 44:19
45:17 - 47:20
47:25 - 48:12
54:15 - 54:23
56:6 - 56:24
59:12 - 59:21
70:23 - 71:9
87:9 - 87:22
92:21 - 94:13
94:14 - 97:22
98:22 - 100:7
101:17 - 101:19
103:7 - 104:13
104:19 - 105:22
110:11 - 111:25
113:17 - 113:22
114:20 - 116:16
116:20 - 117:15
118:17 - 119:8
119:9 - 119:19
121:4 - 124:20
125:14 - 125:19
130:8 - 131:18
133:19 - 134:7
137:15 - 140:24
142:16 - 143:1
143:21 - 144:23
146:20 - 149:13
158:6 - 158:23
162:23 - 164:12
165:24 - 166:19
167:7 - 168:1
169:12 - 170:24

177:4 - 179:7
180:1 - 182:9
188:3 - 190:14
191:7 - 194:18
196:11 - 197:1
197:2 - 197:23
200:3 - 201:15
202:3 - 202:17
204:5 - 207:8
213:10 - 215:3

Deposition of Adam Christianson, August 25, 2008
9:22-12:9
12:15-25
24:13-25:19
84:2-85:6

Deposition of Bill Cogbill, August 27, 2008
10: 5-21
43: 10-17
60: 21-61:25

Deposition of Richard Conklin, September 30, 2008
 6:11 - 16
10:6 - 13:3
14:3 - 8
28:3 - 32:19
34:12 - 36:13
38:2 - 48:22
49:2 - 50:13
56:18 - 58:12
58:25 - 64:6
68:6 - 69:9
70:7 - 71:21
79:23 - 80:25
81:12 - 83:24
87:2 - 89:25
92:3 - 98:24
100:10 - 103:17
107:6 - 111:7
111:17 - 113:2
116:4 - 118:7
118:8 - 119:18
123:15 - 25
140:9 - 141:7
142:8 - 25

10

143:1 - 25
153:25 - 162:14
166:3 - 167:12
168:15 - 170:23

Deposition of Karen Dalton, August 22, 2008
5:11-7:21
13:7-21:9
26:19-27:21

Deposition of Robin Dezember, August 29, 2008
12:15 - 13:23
16:8 - 16:23
20:7 - 21:13
22:24 - 23:13
26:3 - 26:6
26:14 - 27:7
31:16 - 32:3
33:8 - 34:19
34:20 - 36:6
40:10 - 40:15
40:20 - 41:25
47:13 - 48:2
48:20 - 49:1
49:24 - 52:7
53:3 - 53:23
60:18 - 61:25
66:6 - 67:12
77:6 - 78:21
86:25 - 87:11
93:4 - 95:4
98:21 - 99:22
101:18 - 101:24
102:11 - 102:25
104:21 - 105:13
119:4 - 119:21
121:20 - 123:15

Deposition of Robin Dezember, December 14, 2007
5:24 - 6:1
11:15 - 11:16
15:8 - 15:18
16:19 - 17:21
18:5 - 18:8
18:9 - 19:20
19:21 - 19:24

11

19:25 - 21:13
22:5 - 22:10
22:11 - 24:4
25:10 - 25:12
25:17 - 26:3
26:4 - 27:8
27:13 - 29:17
30:7 - 31:25
34:6 - 36:2
38:9 - 38:19
49:15 - 52:17
58:13 - 60:10
61:15 - 62:11
63:10 - 65:20
67:8 - 68:6
68:17 - 69:3
69:14 - 70:9
70:19 - 71:4
71:19 - 75:19
81:12 - 82:9
84:2 - 85:6
103:7 - 103:16
105:12 - 111:25
117:9 - 119:6
142:4 - 142:25
154:2 - 155:16
159:13 - 160:7
167:7 - 167:10
169:16 - 169:25
174:12 - 177:6
178:24 - 179:11
181:2 - 183:12

Deposition of Rick Dostal, October 2, 2008
5:11-6:12
7:22-8:3
12:14-13:8
15:5-21
16:19-17:13

Deposition of Bonnie Dumanis, October 6, 2008
5:11-17
42:15-25
58:16-59:11
86:20-87:17

Deposition of Jerry Dyer, October 6, 2008
17:9-13
18:24-19:6
19:20-20:24
21:16-23:9
43:24-44:22
45:2-10
53:24-54:24
85:25-86:9
88:3-13
88:21-90:22
91:13-25
92:1-19
95:21-97:20
111:18-112:2
114:15-116:13
117:6-11
118:4-7
118:19-119:4
121:1-25

Deposition of Karen Finn, August 26, 2008
7:16-20
11:5-19:17
28:1-29:5
32:24-33:20
53:8-54:6
54:13-59:10
63:3-65:7
67:3-24
71:9-74:18
79:1-81:12
92:6-93:12
95:11-97:7
98:12-100:7
103:11-25
109:24-110:15
133:8-134:10
159:3-165:6
180:15-181:16
189:17-198:13
218:22-220:19

Deposition of Robert Gore, October 1, 2008
49:6-18
52:3-53:12

57:11-58:9
58:18-59:12
63:2-10
64:22-65:11
68:22-69:20
69:23-70:23
71:16-72:8
80:13-81:9
85:23-86:9
92:13-93:5
95:19-96:12
97:7-98:5
101:13-105:21
111:11-25
113:17-114:13
120:19-25
127:12-128:17
129:12-18
133:13-19
140:19-141:2
149:1-20

Deposition of Gary Graves, September 16, 2008
11:22 - 17:6
19:13 - 20:21
21:1 - 23:2
37:11 - 37:23
52:8 - 54:11
55:13 - 56:4
56:19 - 60:19
62:10 - 63:13
69:11 - 70:11
103:5 - 107:16

Deposition of Thomas Hoffman, August 28, 2008
6:14 - 6:18
10:7 - 12:13
12:10 - 14:14
16:15 - 18:16
21:15 - 23:9
28:4 - 29:15
31:16 - 33:1
33:2 - 35:9
36:5 - 38:1
38:2 - 39:1
39:13 - 43:16

58:9 - 59:1
62:24 - 64:9
64:10 - 65:24
65:25 - 66:18
66:19 - 67:19
67:20 - 68:23
68:24 - 69:14
69:15 - 69:25
70:1 - 71:17
72:10 - 75:6
75:22 - 78:9
78:10 - 79:2
79:17 - 81:11
81:21 - 82:16
83:2 - 84:20
84:21 - 85:23
86:13 - 86:24
87:5 - 87:18
87:19 - 88:6
88:19 - 92:1
92:2 - 92:10
92:13 - 97:12
97:15 - 99:2
99:3 - 100:7
104:23 - 105:1
103:6 - 105:16
105:24 - 109:3
109:4 - 110:20
110:24 - 111:22
111:23 - 112:18
113:17 - 114:14
114:17 - 115:3
120:10 - 120:25
121:13 - 123:2
123:3 - 123:20
124:3 - 124:10
126:6 - 126:18
127:21 - 128:18
128:25 - 129:10
133:2 - 133:7
133:16 - 134:6
134:9 - 134:16
134:21 - 135:23
136:19 - 136:23
138:9 - 138:14
139:19 - 140:17

143:6 - 143:16
143:17 - 144:8
145:12 - 145:24
145:25 - 146:9
151:18 - 152:19
155:13 - 156:1
162:4 - 162:23
162:24 - 164:6
164:7 - 164:19
164:20 - 165:1
164:20 - 165:1
165:2 - 165:6
165:7 - 165:16
165:17 - 165:23
166:11 - 167:11
167:12 - 167:24
167:25 - 168:12
173:23 - 174:2
174:3 - 175:8
176:22 - 178:11
178:18 - 179:1
179:2 - 180:20
183:5 - 183:15
183:16 - 184:3
186:6 - 187:7
188:4 - 188:17
189:16 - 190:1
190:2 - 190:17
190:21 - 191:15
191:22 - 193:15
193:21 - 194:5
195:3 - 195:9
195:19 - 196:7
196:8 - 196:12
196:19 - 196:24
197:16 - 198:6
210:19 - 212:13
212:24 - 213:23
222:12 - 223:19
223:21 - 224:14
224:15 - 225:9
225:10 - 225:23
226:22 - 227:9
227:10 - 228:3
228:4 - 228:25
237:10 - 242:4

Deposition of Deborah Hysen, September 3, 2008

12:8-10
12:15-17
13:8-14
14:11-23
17:2-18:1
19:20-24
20:24-21:5
23:10-15
23:21-24:17
24:23-27:9
30:3-21
31:3-11
31:15-32:12
33:20-34:14
35:19-23
37:3-7
37:20-38:2
38:5-25
42:19-43:22
44:19-46:6
47:19-55:8
55:14-56:15
58:17-59:21
61:13-62:7
62:12-14
69:3-70:16
71:2-14
72:13-73:17
75:1-11
75:15-17
76:3-5
77:19-21
79:9-80:3
80:16-81:1
82:7-83:12
89:24-93:23
94:13-24
95:22-24
96:21-97:12
97:19-100:3
100:13-101:6
102:10-103:15
105:4-17
106:2-4

106:7-18
107:21-109:9
109:18-110:7
111:6-112:21
113:5-22
114:4-6
115:9-13
118:19-119:18
120:7-18
123:8-124:1
125:10-13
126:5-16
128:2-6
129:4-17
129:25-130:19
130:22-131:8
131:12-18
134:8-17
144:15-19
145:13-17
147:13-148:19
148:25-149:5
149:18-22
152:1-18
157:2-7
157:10-158:24
160:6-161:16
162:15-24

Deposition of John Ingrassia, August 11, 2008
6:13-11:15
12:8-14:8
55:8-25
56:1-25
57:1-25
58:1-25
59:1-24
61:11-16
62:9-25
63:1-8: 17-25
64:1-25
65:1-25
66:1-5
71:18-21
76:24-25
77:1-20

Deposition of Michael James, October 2, 2008
5:11-6:24
9:9-48:21 and exhibits cited therein
60:22-61:20
69:17-71:7
73:14-74:1
83:15-24
96:9-97:18


Deposition of Todd Jerue, August 29, 20087:11-16
11:8-19
29:7-34:14
38:4-40:22
81:11-86:6
95:19-99:4
104:11-109:2
120:7-130:1
139:12-141:10
142:9-146:15
177:1-179:2
182:16-184:9
219:17-226:6


Deposition of Kathy Jett, August 28, 2008
8:18-13:7
23:1-3
40:15-42:6
46:20-47:20
56:12-57:23
62:6-64:6
66:7-73:6
88:6-17
137:18 -141:15
146:6-147:15
148:5-149:4
174:11-23
205:19-206:21
219:1-223:11


Deposition of Rick Johnson, September 3, 2008

49:3 - 50:16
60:8 - 61:19
70:16 - 72:1
73:3 - 75:17

77:19 - 81:15
83:5 - 84:20
92:23 - 93:17
93:24 - 95:4
96:4 - 96:16
96:23 - 97:12
98:21 - 98:25
117:4 - 119:11
120:21 - 121:2
121:17 - 122:12
122:20 - 123:12
129:5 - 129:22
129:23 - 130:23
131:25 - 138:19
139:15 - 139:20
145:15 - 146:19
148:10 - 149:10
151:23 - 152:25
161:9 - 161:25
162:1 - 163:1
163:2 - 163:23
164:2 - 165:14
203:6 - 204:12
208:13 - 209:24
210:18 - 211:24
213:13 - 213:22
220:19 - 221:2
229:25 - 231:3
234:15 - 235:23

Deposition of Robert Kennard, January 28, 2008
7:14 - 8:7
9:15 - 11:15
12:11 - 14:14
16:18 - 19:2
19:5 - 19:17
22:13 - 24:8
28:20 - 29:3
30:7 - 30:17
34:3 - 41:9
41:20 - 41:25
42:1 - 46:11
47:3 - 48:12
49:17 - 49:19
55:25 - 59:8
94:5 - 97:15

111:15 - 112:6
114:17 - 115:10
123:9 - 124:8
138:9 - 140:9

Deposition of Scott Kernan, August 27, 2008
4:17-20
7:3-5
7:14-19
14:17-21
15:1 - 19:17
21:13 - 22:3
37:14 - 38:17
38:23 - 45:1
48:1 - 51:8
53:7 - 55:17
56:10-15
63:20-24
75:3-6
85:22 – 86:24
90:25 - 95:19
106:2-15
108:1-16
110:19 - 111:1
112:12 – 114:16
123:18-24
126:12 – 127:14
127:15 – 128:4
128:24 – 129:6
136:22 - 137:7
143:3 - 147:23
150:7-15 - 151:5
151:10-17
154:7-12
156:20 - 157:12
159:5-9
174:14 - 177:8
178:1 - 179:11
179:20 – 180:10
180:17 – 181:8
201:17 – 203:23

Deposition of Don Meyer, August 29, 2008
12:9-15:18
34:15-35:5
37:22-40:21

87:4-88:4

<u>Deposition of John Misener, January 29, 2008</u>
10:5 - 10:10
11:4 - 13:8
13:9 - 13:22
16:5 - 17:1
19:5 - 22:16
22:19 - 24:25
34:4 - 41:6
41:8 - 44:16
49:6 - 49:18
53:5 - 53:25
55:9 - 60:4
60:18 - 62:2
78:25 - 82:22
83:19 - 84:25
87:2 - 88:8
92:8 - 93:12
93:15 - 95:20
95:23 - 100:4
101:22 - 102:22
116:12 - 118:8
120:7 - 121:19
123:21 - 124:20
124:23 - 127:1
131:19 - 132:21
141:13 - 143:19
150:2 - 154:6
154:7 - 155:7
162:22 - 163:22
171:10 - 175:4
175:5 - 180:12
182:21 - 184:1
187:5 - 188:18
191:17 - 194:9
202:20 - 205:21
210:3 - 212:17
212:18 - 215:20
215:21 - 216:2
216:3 - 217:1
220:7 - 221:2
224:11 - 225:1

<u>Deposition of Christopher J. Mumola, August 25, 2008</u>
59:18-22

60:4-62:5
62:14-17
62:20-63:5
63:8-15
63:18-64:5
64:8-10
72:5-9
72:18-22
73:5-77:15
82:10-13
82:22-83:3
83:6
83:19-84:1
84:4
90:15-22
91:2-11
92:10-16
92:18
94:5-12
94:14
95:9-13
95:15
97:5-9
97:13
102:10-14
102:17-103:16
104:21-105:1

Deposition of Rodric Pacheco, September 22, 2008
Exhibits 3 and 6
5:11-22
36:17-39:23
60:5-61:3
137:21139:3

Deposition of Ira Packer, October 3, 2008
14:1 - 15:5
43:9 - 43:15
52:21 - 53:23
52:25 - 53:4
53:6 - 55:22
61:9 - 61:12
61:14 - 62:22
73:1 - 73:6
73:8 - 74:15
75:16 - 75:22

79:16 - 82:1
88:7 - 90:2
90:4 - 92:7
92:9 - 93:16
96:21 - 98:9
100:9 - 101:8
103:6 - 104:14
108:11 - 112:2
112:3 - 114:14
114:16 - 115:5
115:6 - 115:12
115:14 - 116:20
117:2 - 121:1
122:19 - 123:17
123:20 - 125:3
130:6 - 130:25
131:5 - 131:18
131:20 - 133:25
134:12 - 135:13
135:15 - 137:2
137:4 - 138:4
139:9 - 139:23
142:6 - 142:25
143:2 - 144:14
153:16 - 155:6
155:8 - 155:23
184:14 - 185:2
189:23 - 190:15
191:21 - 193:18
196:12 - 197:23
200:18 - 201:1
201:3 - 201:7
201:24 - 202:13
202:15 - 203:14
203:16 - 203:25
204:7 - 205:8
205:9 - 206:4
228:2 - 229:10
231:2 - 231:21
231:23 - 233:14
233:23 - 236:16
237:5 - 239:6
239:12 - 240:12
240:14 - 240:24
242:12 - 243:13
243:15 - 245:1

245:3 - 245:16
245:23 - 247:3
249:12 - 250:18
251:8 - 253:17
255:23 - 257:11
269:20 - 272:6
274:21 - 275:7
275:23 - 276:11
276:13 - 277:25
280:7 - 281:25
283:7 - 286:11
294:4 - 294:8
294:10 - 294:17
297:5 - 298:5
298:7 - 299:1
299:7 - 299:20
300:17 - 301:13
306:7 - 308:7
308:14 - 309:4
309:23 - 310:2
316:8 - 317:9
319:20 - 321:18
324:8 - 324:13

Deposition of Nancy Pena, September 18, 2008
5:11-6:1
11:22 - 13:8
17:18 - 26:7
31:15 - 34:13
39:4 - 21
46:23 - 52:17
61:6 - 63:6
67:5 - 68:4
87:7 - 109:15
119:15 - 120:10
140:18 - 141:4
151:8 - 156:23
159:2 - 160:7
172:4 - 177:6
179:3 - 182:6
184:9 - 186:2
189:4 - 189:21
190:5 - 7
192:17 to 193:8
194:1 - 195:20
207:13 - 24

211:15 - 24
212:1 - 18
214:16 - 216:19
219:5 - 220:2
222:1 - 19
229:13 - 24
234:7-9
237:11 - 242:11
243: 17-25
268:25 - 269:10

Deposition of Jerry Powers, August 8, 2008
11:19-12:8
30:17-20
31:15-23
59:3-60:23
63:14-64:6
73:6-75:6
158:14-162:13
172:1-174:9

Deposition of Cynthia Radavsky, August 28, 2008
8:3 - 13:6
15:4 - 21:23
22:19 - 22:22
24:13 - 28:13
34:18 - 35:8
55:3 - 58:4
58:5 - 64:23
71:5 - 71:25
72:4 - 74:11
75:6 - 80:13
81:25 - 82:12
86:9 - 86:24
88:24 - 89:10
95:25 - 97:18
98:12 - 104:15
110:20 - 112:5
120:13 - 121:15
125:10 - 128:3
128:4 - 129:9
129:10 - 135:23
136:3 - 139:25
140:1 - 141:14
142:17 - 146:14
146:19 - 154:22

154:23 - 157:20
160:4 - 161:1
162:5 - 164:8
165:11 - 166:10
167:20 - 168:14
171:24 - 173:5
175:2 - 175:18
178:25 - 184:20
184:21 - 190:1
191:18 - 192:22
196:13 - 197:22

Deposition of Lisa Rodriguez, October 6, 2008
Exhibits 1 and 2
5:11-20
18:1-22
24:5-25
25:4-26:15
27:13-23
29:22-30:13
46:11-25
48:5-24
51:8-53:18
54:21-25
55:7-16
56:5-21
65:3-67:16
68:11-15
69:10-70:10

Deposition of George Runner, September 24, 2008
4:14-17
12:25-13:24
21:10-23:14
25:22-27:18

Deposition of George Sifuentes, December 15, 2007
15:16 - 19:8
19:9 - 19:25
20:13 - 21:5
23:12 - 23:25
24:8 - 27:20
28:17 - 29:18
30:17 - 31:19
33:12 - 35:2
42:7 - 43:15

44:23 - 51:14
55:1 - 55:8
55:15 - 56:20
56:21 - 71:5
71:20 - 74:12
75:7 - 78:12
82:3 - 85:17
87:16 - 93:12
93:13 - 95:5
95:7 - 100:7
102:17 - 108:10
109:9 - 119:22
119:23 - 124:24
124:25 - 125:13
125:16 - 142:23
142:24 - 143:20
143:24 - 145:2
145:3 - 147:6
147:11 - 150:25
151:1 - 152:21
152:25 - 157:11
157:17 - 160:9
160:14 - 170:9
170:14 - 173:5
173:9 - 178:11
182:16 - 190:17
190:19 - 193:7
193:14 - 195:11
200:17 - 201:8
204:13 - 209:18
209:20 - 214:13
218:19 - 220:3
224:6 - 230:19
230:21 - 231:11
231:17 - 238:8
238:12 - 243:10
243:13 - 247:6

Deposition of Charlene Silva, September 11 and 18, 2008
8:2-10:3
10:7-23:16
23:24-25:7
34:10-12
36:4-17
36:18-20
37:2-7

37:8-11
38:15-21
38:25-47:14
54:1-19
56:11-19
58:21-59:6
61:23-62:17
63:1-64:2
64:3-65:20
70:12-25
73:4-17
74:6-8
75:21-24
78:3-79:3
90:9-92:4
93:6-94:15
96:1-102:5
103:3-113:17
114:8-21
116:16-117:6
118:6-19
124:24-125:10
125:24-127:4
127:25-129:3
129:4-9
130:12-133:21
134:2-136:2
136:3-13
136:14-137:20
138:15-139:24
139:25-140:6
141:6-20
153:2-13
153:9-155:14
159:16-160:1
160:15-164:7
165:20-166:15
167:11-13
167:16-169:12
169:15-171:2
171:3-171:7
175:23-176:7
178:5-179:23
185:1-6
187:4-9
187:15-190:18

190:19-23
191:11-192:22
193:6-24
195:1-3
201:12-202:19
204:6-11
204:16-19
206:5-11
207:10-14
207:15-209:18
218:23-219:25
220:1-4
221:16-222:18
222:23-224:20
224:21-23
225:9-226:10
227:3-234:7
245:7-18
254:11-255:25
257:21-259:13
259:14-260:7
261:12-24
262:5-22

Deposition of Todd Spitzer, September 24, 2008
4:14-15
5:20-6:5
9:7-17
10:14-11:1
14:11-21
16:7-17:4
18:6-16
20:5-13
23:5-24:4
34:3-35:15
55:3-5

Deposition of Robert Storms, August 19, 2008
12:15 - 12:25
14:10 - 15:9
15:10 - 18:13
19:15 - 20:18
23:10 - 23:23
25:8 - 26:7
41:3 - 44:17
44:24 - 45:8

45:10 - 47:1
47:5 - 49:1
51:4 - 51:16
52:4 - 54:4
54:6 - 55:3
55:6 - 58:1
59:25 - 61:7
61:8 - 61:21
62:12 - 65:4
65:5 - 66:3
66:12 - 67:3
67:5 - 67:25
68:6 - 68:24
68:5 - 70:4
70:8 - 71:2
71:13 - 71:21
73:22 - 76:2
79:3 - 80:10
80:12 - 82:15
82:17 - 83:13
84:8 - 89:5
89:7 - 92:22
92:25 - 93:13
94:10 - 95:8
96:18 - 97:4
98:3 - 99:10
101:20 - 102:24
104:3 - 106:1
106:16 - 107:7
107:14 - 108:15
109:16 - 111:11
111:5
114:8 - 115:6
115:20 - 116:11
117:4 - 117:18
120:1 - 121:19
123:12 - 124:21
125:8 - 126:9
127:6 - 132:10
132:15 - 134:10
136:25 - 137:13
137:17 - 138:7
138:8 - 140:6
141:18 - 142:9
143:24 - 145:24
147:24 - 148:22

152:3 - 152:23
155:15 - 156:7
156:10 - 157:3
158:3 - 159:24
160:5 - 160:25
161:1 - 163:9
163:10 - 166:13
166:16 - 167:4
167:15 - 169:16
174:23 - 179:20
184:17 - 185:1
198:3 - 198:12
201:14 - 202:19

Deposition of David L. Thomas, September 29,2008
8:6-9:25
11:20-13:21
15:4-17:1
20:21-24
41:20-42:21
61:10-17
67:24-71:22
72:23-73:5
83:17-84:16
91:10-92:19
97:1-98:4
101:17-102:20
106:12-107:13
110:4-111:3
112:8-113:22
117:16-118:6
125:10-13
131:22-132:20
140:19-141:11
143:9-147:6
149:10-150:20
151:6-152:4
154:1-15
158:1-159:2
159:8-160:25
162:4-14
163:2-17
164:22-166:4
167:4-12
168:15-169:5
169:24-173:2

177:19-179:14
182:6-21
186:4-15
187:9-11
188:3-12
193:1-9
194:4-16
195:3-13
199:12-200:22
204:11-205:1
217:11-20
224:15-225:23
230:13-231:4
232:6-11
235:21-236:7
244:3-16
245:13-246:14
246:18-23

<u>Deposition of James Tilton, September 3, 2008</u>
10:20 - 11:23
15:1 - 17:12
30:23 - 36:10
38:4 - 39:12
42:3 - 43:2
44:4 - 45:17
45:24 - 46:7
46:8 - 48:21
49:11 - 51:16
54:12 - 56:13
56:14 - 57:21
60:10 - 62:22
62:23 - 65:18
65:23 - 66:22
68:5 - 69:2
69:14 - 71:17
73:15 - 74:1
74:19 - 76:16
76:17 - 77:23
77:24 - 79:21
79:22 - 80:25
81:6 - 81:24
83:2 - 83:18
83:25 - 85:12
86:9 - 86:15
87:3 - 89:9

91:11 - 91:18
96:7 - 96:23
96:24 - 98:9
98:10 - 100:7
101:4 - 101:15
101:16 - 102:16
102:17 - 103:8
103:19 - 104:15
106:6 - 109:2
109:3 - 109:11
111:13 - 112:22
113:3 - 114:16
115:22 - 117:6
117:23 - 120:20
123:3 - 123:15
124:11 - 126:4
126:13 - 127:7
130:2 - 131:9
131:10 - 131:18
131:25 - 132:7
133:7 - 133:23
133:24 - 134:5
141:22 - 147:14
147:15 - 149:4
149:5 - 151:3
151:4 - 154:17
154:18 - 156:14
162:2 - 162:7
162:8 - 164:24
165:16 - 167:9
169:3 - 169:13
169:14 - 170:20
171:2 - 174:1
174:22 - 176:20
177:12 - 179:20
181:11 - 182:10
182:25 - 183:10
183:11 - 183:17
184:7 - 186:1
186:2 - 186:10
187:6 - 188:14
193:1 - 193:7
193:21 - 195:22
196:25 - 200:8
201:5 - 202:18
203:22 - 206:7

208:8 - 209:3
210:9 - 211:23
211:24 - 213:2
213:8 - 213:16
213:17 - 214:19
214:20 - 217:19
219:6 - 220:4
220:14 - 222:1
222:2 - 225:22
226:12 - 228:15
229:9 - 231:11
233:21 - 235:11
235:23 - 236:12

Deposition of Richard Word, August 28, 2008
4:13-17
6:6-9:10
14:10-17:4
25:17-26:7
56:24-57:4

Deposition of Alexander R. Yim, August 22, 2008
5:17-25
6:25-7:5
10:13-16
27:24-28:12
31:22-33:10
37:22-38:13
40:12-25
43:3-11
43:21-44:2