**EXHIBIT D**

**COLEMAN/PLATA - 3-JUDGE COURT**
**USDC, ND, C01-1351 TEH**
**USDC, ED, 90-CV-0520 LKK JFM P**

### Defendants' Joint Trial Exhibits

| Exh. No. | Exhibit Name | Bate # / ID |
|---|---|---|
| 1000 | Trial Affidavit of Matthew Cate. | |
| 1001 | Trial Affidavit of James Tilton. | |
| 1002 | Trial Affidavit of Scott Kernan. | |
| 1003 | Trial Affidavit of Deborah Hysen. | |
| 1004 | Trial Affidavit of Kathryn Jett. | |
| 1005 | Trial Affidavit of Thomas Hoffman. | |
| 1006 | Trial Affidavit of Cynthia Radavsky. | |
| 1007 | Trial Affidavit of Robin Dezember. | |
| 1008 | Trial Affidavit of Todd Jerue | |
| 1009 | OMIT | |
| 1010 | Excerpts of the Deposition of Christopher Mumola. 1:1-22, 6:7-10, 8:12-15, 15:13-17:1, 17:14-18:6, 20:4-22:21, 23:5-30:11, 31:17-33:15, 34:9-35:9, 35:18-40:1, 40:6-14, 40:19-41:3, 41:9-45:13, 46:2-46:10, 46:14-49:11, 49:17-51:6, 51:15-17, 52:3-14, 53:11-14, 53:22-54:3, 60:22-61:8, 81:18-82:21, 89:1-90:13, 98:22-101:8, 101:10-17, 103:4-16, 104:5-105:1, 106:3-107:5. 123:1-22. | [REIN000043-REIN000118] |
| 1011 | Christopher J. Mumola, "Medical Causes of Death in State Prisons, 2001-2004" Bureau of Justice Statistics Data Brief, dated January 2007. | [DEFS050838 - DEFS05849] |
| 1012 | Letter to Anne Johnson from Christopher Mumola dated December 18, 2007 and attachments. | Ex. B to Mumola's deposition |
| 1013 | Christopher Mumola, Deaths in Custody Statistical Tables | Ex. 3 to Mumola's Deposition |
| 1014 | Christopher Mumola, Suicide and Homicide in State Prisons and Local Jails. | [AUST006710 - AUST006721] |
| 1015 | Expert Report of David Thomas, dated November 9, 2007 | [DEFS053102-DEFS053104] |
| 1016 | Addendum to Statement of Opinions for David Thomas, MD JD | |
| 1017 | Addendum II to Statement of Opinions for David L. Thomas, MD, JD, September 17, 2008. | [PAC002067-PAC002077] |
| 1018 | Preliminary Expert Report of Dr. Ira packer, dated November, 2007 | |
| 1019 | Supplemental Expert Report of Dr. Ira Packer, dated December, 2007. | PAC000290-PAC000298 |
| 1020 | Addendum Expert Report of Dr. Ira Packer dated, August 15, 2008. | |
| 1021 | Expert Report of Dr. Ira Packer dated, October 1, 2008. | BK00377-BK00448] |
| 1022 | Preliminary Expert Report of Dr. James Marquart, dated August 14, 2008. | |
| 1023 | Rebuttal Expert Report of Dr. James Marquart, dated August 27, 2008. | |
| 1024 | Supplemental Expert Report of James Marquart, dated September 22, 2008. | |
| 1025 | Preliminary Expert Report of Gale Bataille, dated August 15, 2008. | [BAT000204-BAT000214] |
| 1026 | Rebuttal Expert Report of Gale Bataille, dated August 27, 2008. | |
| 1027 | Expert Report of Nancy Pena, dated August 15, 2008. | |
| 1028 | Expert Report of Charlene Silva. | |
| 1029 | Expert Report of David Bennett, dated August 15, 2008 | |
| 1030 | Supplemental Expert Report of David M. Bennett, dated October 16, 2008 | |
| 1031 | Expert Report of Robert Garner, dated August 14, 2008. | |
| 1032 | Expert Report of Gary Graves, dated August 15, 2008. | |
| 1033 | Expert Report of Paul McIntosh, dated August 13, 2008. | |
| 1034 | Declaration of Nancy Faszer Authenticating Office of the Inspector General Medical Inspection documents and attached Exhibits a-k | DEFS055120-DEFS055555 |

| | | |
|---|---|---|
| 1035 | Initial *Coleman* Complaint. | Col. Docket No. |
| 1036 | Amended *Coleman* complaint. | Col. Docket No. 60 |
| 1037 | *Coleman* Court order granting motion to convene a three-judge panel, dated July 23, 2007. | Col. Docket No. 2320 |
| 1038 | *Coleman* Court order approving August 2007 bed plan, dated October 18, 2007. | Col. Docket No. 2461 |
| 1039 | *Coleman* Court order approving plan to increase CDCR mental health clinician salaries, dated December 15, 2006. | Col. Docket No. 2083 |
| 1040 | DMH May 2007 plan to increase mental health clinician salaries, with June 2007 court order approving plan. | Col. Docket No. 2031 |
| 1041 | *Coleman* Court order approving Revised Program Guide, dated March 3, 2006. | Col. Docket No. 1173 |
| 1042 | *Coleman* Court order directing construction of 64 single cell housing units at Salinas Valley Psychiatric Program (SVPP), dated March 3, 2006. | Col. Docket No. 1172 |
| 1043 | *Coleman* Court order directing plan to expedite the construction, staffing and licensure of a mental health crisis bed unit at California Medical Facility (CMF), dated March 3, 2006. | Col. Docket No. 1772 |
| 1044 | *Coleman* Court order directing opening of the California Men's Colony (CMC) Locked Observation Unit, dated May 2, 2006. | Col. Docket No. 1800 |
| 1045 | *Coleman* Court order directing construction of 50-bed mental health crisis bed at California Men's Colony, dated October 20, 2006. | Col. Docket No. 1998 |
| 1046 | *Coleman* Court order directing long term bed plan and approving 76 inpatient beds within D-5, D-6 of Salinas Valley State Prison, dated October 20, 2006 | Col. Docket No. 1998 |
| 1047 | *Coleman* Court order directing construction of CMF beds, dated March 1, 2007. | Col. Docket No. 2154 |
| 1048 | *Coleman* Court order to construct an additional 64 intermediate care beds for Level IV patients at California Medical Facility, dated March 1, 2007. | Col. Docket No. 2154 |
| 1049 | *Coleman* Court order to install adequate temporary treatment and office space at Mule Creek State Prison, dated March 1, 2007. | Col. Docket No. 2154 |
| 1050 | *Coleman* Court order to complete and occupy 50 mental health crisis beds at California Medical Facility and California Men's Colony, dated March 27, 2007. | Col. Docket No. 2173 |
| 1051 | *Coleman* Court order approving plan to plan to construct 20 permanent psychiatric service unit (PSU) beds at California Institute for Women, dated March 28, 2007. | Col. Docket No. 2178 |
| 1052 | *Coleman* Court order regarding small management yard plan, dated June 1, 2007. | Col. Docket No. 2225 |
| 1053 | *Coleman* Court order to create adequate mental health treatment space at California Medical Facility and Salinas Valley State Prison, dated October 18, 2007. | Col. Docket No. 2461 |
| 1054 | *Coleman* Court order regarding small management yards in administrative segregation, dated January 18, 2008. | Col. Docket No. 2016 |
| 1055 | *Coleman* Court order denying request for temporary restraining order against out-of-state transfers, dated November 6, 2006. | Col. Docket No. 2025 |
| 1056 | *Coleman* Plaintiffs' request for temporary restraining order against out-of-state transfers, filed in the *Coleman*, *Plata*, and *Armstrong* cases, dated October 2006. | Col. Docket No. 2016 |
| 1057 | *Coleman* Court order of April 8, 2008 approving the stipulation to include certain credentialed osteopaths as providers of mental health care. | Col. Docket No. 2746 |
| 1058 | *Coleman* Court order approving stipulation to permit rescoping of treatment space project at California State Prison, Sacramento, dated July 8, 2008. | Col. Docket No. 2861 |
| 1059 | *Plata* Plaintiff's First Amended Complaint, dated August 20, 2001. | Plata Docket No. 20 |
| 1060 | *Plata* Stipulation for Injunctive Relief, dated June 13, 2002. | Plata Docket No. 68 |
| 1061 | *Plata* Stipulated Order Re Quality of Patient Care and Staffing, dated September 17, 2004. | Plata Docket No. 229 |
| 1062 | *Plata* Order to Show Cause Re Civil Contempt and Appointment of Interim Receiver, dated May 10, 2005. | Plata Docket No. 294 |
| 1063 | Findings of Fact and Conclusions of Law Re Appointment of Receiver, dated Oct. 3, 2005. | Plata Docket No. 371 |

| | | |
|---|---|---|
| 1064 | *Plata* Court's Order Appointing Court Expert, dated Oct. 3, 2005. | Plata Docket No. 374 |
| 1065 | *Plata* Court' Order Re Interim Remedies Relating to Clinical Staffing, dated December 1, 2005. | Plata Docket No. 420 |
| 1066 | *Plata* Court's Order for Joint Hearing on June 8, 2006 to Facilitate Coordination between *Plata* and *Coleman* Courts, dated April 14, 2006. | Plata Docket No. 501 |
| 1067 | Joint Order by *Plata*, *Coleman* and *Perez* Courts Re Monthly Coordination Agreements Between Coordination Meetings Between *Plata* Receiver, *Coleman* Special Master, and *Perez* Court Representatives, dated Jan. 26, 2007. | Plata Docket No. 603 |
| 1068 | *Plata* Court's Order Re: Receiver's Application for Order Nunc Pro Tunc, dated March 30, 2007. | Plata Docket No:621 |
| 1069 | Coordinated court's order Re: Coordination Meetings Between Plata Receiver, Coleman Special Master, and Perez Court Representative, dated May 29, 2007. | Plata Docket No. 691 |
| 1070 | *Plata* Court's Order Re: Receiver's Master Application for Order Waiving State Contracting Statutes, Regulations and Procedures, and Request for Approval of Substitute Procedures for Bidding and Award of Contracts, dated June 4, 2007. | Plata Docket No. 737 |
| 1071 | Coordinated court's order Approving Coordination Agreements Attached to Joint May 29, 2007 Order, dated June 28, 2007. | Plata Docket No. 691 |
| 1072 | *Plata* Court's Order Re: (1) Receiver's May 2007 Preliminary Plan of Action, and Motion for Order Modifying Stipulated Injunction and Orders Entered Herein, and (2) Plaintiff's Motion for Order Directing Receiver to Comply with April 4, 2003 Order, Etc., dated September 15, 2007. | |
| 1073 | Plaintiffs' Counsel's Post-Tour Letter re California Rehabilitation Center, dated June 6, 2007. | [DEFS052924-DEFS052935] |
| 1074 | Plaintiffs' Counsel's Post-Tour Letter re CCWF, dated February 7, 2007. | [DEFS052755-DEFS052765] |
| 1075 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Women, dated May 7, 2007. | [DEFS052864-DEFS052870] |
| 1076 | Plaintiffs' Counsel's Post-Tour Letter re San Quentin, dated March 7, 2007. | [DEFS052804-DEFS052812] |
| 1077 | Plaintiffs' Counsel's Post-Tour Letter re CSP-Sacramento, dated March 8, 2006 [sic]. | [DEFS052813-DEFS052826] |
| 1078 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Men, dated April 26, 2007. | [DEFS05238-DEFS052851] |
| 1079 | Plaintiffs' Counsel's Post-Tour Letter re Correctional Medical Facility, dated May 7, 2007. | [DEFS052864-DEFS052870] |
| 1080 | Plaintiffs' Counsel's Post-Tour Letter re California Men's Colony, dated August 3, 2007. | [DEFS052992-DEFS053001] |
| 1081 | Plaintiffs' Counsel's Post-Tour Letter re Kern Valley State Prison, dated August 15, 2007. | [DEFS053002-DEFS053014] |
| 1082 | Plaintiffs' Counsel's Post-Tour Letter re Deuel Vocational Institution, dated September 24, 2007. | [DEFS053015-DEFS053028] |
| 1083 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated October 9, 2007. | [DEFS053029-DEFS053043] |
| 1084 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated March 2008. | [DEFS054147-DEFS054160] |
| 1085 | *Plata* Order appointing special assistant, dated October 29, 2007. | Plata Docket No. 902 |
| 1086 | *Plata* Correctional Expert's Report Re Clinical Staffing, dated Nov. 14, 2005. | Plata Docket No.404 |
| 1087 | *Plata* Receiver's First Bi-Monthly Report and exhibits thereto, dated July 5, 2006. | Plata Docket No.527 |
| 1088 | Plata Receiver's Second Bi-Monthly Report and exhibits thereto, dated Sept. 19, 2006. | Plata Docket No. 547 |
| 1089 | Receiver's Third Bi-Monthly Report and exhibits thereto, dated December 5, 2006. | Plata Docket No. 581 |
| 1090 | Receiver's Fourth Bi-Monthly Report and exhibits thereto, dated March 20, 2007. | Plata Docket No. 618 |
| 1091 | Receiver's Plan of Action and exhibits thereto, dated May 10, 2007. | Plata Docket No. 657 |

| | | |
|---|---|---|
| 1092 | Receiver's Report Re Overcrowding, dated May 15, 2007. | Plata Docket No. 673 |
| 1093 | Appendix of Exhibits in Support of Receiver's Report Re: Overcrowding, dated May 15, 2007. | Plata Docket No. 674 |
| 1094 | Receiver's Supplemental Report Re: Overcrowding, dated June 11, 2007. | Plata Docket No. 706 |
| 1095 | Declaration of John Hagar in Support of Receiver's Report Re Overcrowding and exhibits thereto, dated June 11, 2008. | Plata Docket No. 706 |
| 1096 | Receiver's Fifth Quarterly Report and exhibits thereto, dated June 20, 2007. | Plata Docket No. 723 |
| 1097 | Receiver's Sixth Quarterly Report and exhibits thereto, dated September 25, 2007. | Plata Docket No. 866-867 |
| 1098 | Receiver's Seventh Quarterly Report, dated March 14, 2008. | Plata Docket No. 1136 |
| 1099 | Receiver's Eighth Quarterly Report, dated June 17, 2008. | Plata Docket No. 1248 |
| 1100 | Receiver's Ninth Quarterly Report, dated September 15, 2008. | Plata Docket No. 1472 |
| 1101 | Receiver's Application for Order Nunc Pro Tunc Waiving State Contracting Statutes, Regulations and Procedures with Respect to Contract Awarded to Maxtor International Pharmacy Services Corporation and Approving Receiver's Substitute Procedure for Bidding and Award of Such Contract, dated Feb. 28, 2007. | Plata Docket No. 610 |
| 1102 | Receiver's Motion for Waiver of State Law Re Receiver Career Executive Assignment Positions, dated April 13, 2007. | Plata Docket No. 636 |
| 1103 | Receiver's Amended Motion for Waiver of State Law Re Receiver Career Executive Assignments, dated April 18, 2007. | Plata Docket No. 642 |
| 1104 | Receiver's Motion for Waiver of State Law Re Physician Clinical Competency Determinations, dated April 25, 2007. | Plata Docket No. 645 |
| 1105 | Receiver's Reply Memorandum in Support of Motion for Waiver of State Law Re Clinical Competency Determinations, dated June 15, 2007. | Plata Docket No. 709 |
| 1106 | Receiver's Plan of Action and exhibits thereto, dated November 15, 2007. | Plata Docket No. 928-950 |
| 1107 | Kent Imai's Analysis of CDCR Death Reviews and supporting data, dated August 20, 2007. | [DEFS053870-DEFS053880] |
| 1108 | Summaries and Recommendations of Each of *Coleman* Special Master's Monitoring Reports on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols. | |
| 1109 | *Coleman* Special Master's Seventeenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, dated May 4, 2007. | Col. Docket No. 2140 |
| 1110 | *Coleman* Special Master's Eighteenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, dated August 27, 2007. | Col. Docket No. 2334 |
| 1111 | *Coleman* Special Master's Nineteenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, filed July 25, 2008 | Col. Docket No. 2895 |
| 1112 | *Coleman* Special Master's Twentieth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols. | Col. Docket No. 3029 |
| 1113 | *Plata* Court's Order to Show Cause Re: *Plata / Coleman / Perez / Armstrong* Construction Coordination Agreement, dated November 13, 2007. | Plata Docket No. 927 |
| 1114 | Receiver's Supplemental Application No. 2 for Order Waiving State Contracting Statute's Regulations and Procedures, dated November 20, 2007. | Plata Docket No. 959 |
| 1115 | *Plata* Court's Order Granting in Part Receiver's Supplemental Application No. 2 for Order Waiving State Contracting Statutes, Regulations, and Procedures, dated January 25, 2008. | Plata Docket No. 1066 |
| 1116 | Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated November 27, 2007. | Plata Docket No. 981 |
| 1117 | *Plata* Court's Order Granting Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated December 20, 2007. | Plata Docket No. 1026 |
| 1118 | Receiver's Response to Parties' Objections and Responses to November 13, 2007 Order to Show Cause re: Construction Coordination Agreement, dated December 17, 2007. | Plata Docket No. 1022 |
| 1119 | Receiver's Report in Support of Motion for Waiver of State Law re: Physician Clinical Competency Determinations, dated January 7, 2008. | Plata Docket No. 1038 |
| 1120 | Stipulation between State Department of Personnel Administration and Receiver Re: LVN Salary Administration, dated January 9, 2008. | Plata Docket No. 1046 |

| | | |
|---|---|---|
| 1121 | *Plata* Order Appointing New Receiver, dated January 23, 2008 | Plata Docket No. 1063 |
| 1122 | Coordinated Court's Order to Show Cause re Plata / Coleman / Perez / Armstrong Technology Coordination Agreement, dated February 4, 2008. | Plata Docket No. 1079 |
| 1123 | Coordinated Courts' Order Re: Construction Agreement, dated February 26, 2008. | Plata Docket No. 1107 |
| 1124 | Coordinated Court's Order Approving Plata / Coleman / Perez / Armstrong Technology Coordination Agreement, dated March 10, 2008. | Plata Docket No. 1123 |
| 1125 | Coordinated Court's Order to Show Cause Re: Pilot Program for CDCR Health Care CEOs, dated March 13, 2008. | Plata Docket No. 1130 |
| 1126 | Coordinated Court's Order Granting Receiver's Supplemental Application No. 4 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated April 23, 2008 | Plata Docket No. 1175 |
| 1127 | Coordinated Court's Order Approving CEO Pilot Program Coordination Agreement in Plata / Coleman / Perez, dated April 1, 2008. | Plata Docket No. 1151 |
| 1128 | *Plata* Court Order Appointing Receivership Advisory Board, dated June 6, 2008; *Plata* Court's Order Approving, with Modifications, Proposed Policies Regarding Physician Clinical Competency, dated July 9, 2008. | Plata Docket No.1227 |
| 1129 | *Plata* Court's Order Granting Receiver's Motion to Join Controller as a Defendant, dated July 10, 2008. | Plata Docket No. 1310 |
| 1130 | Receiver's Further Report re: Physician Clinical Competency Determinations, dated August 1, 2008. | Plata Docket No. 1347 |
| 1131 | *Plata* Court's Order re: Physician Clinical Competency Policies and Implementation Plan, dated August 1, 2008. | Plata Docket No. 1367 |
| 1132 | Receiver's Motion to Compel Defendants to Fund Receiver's Remedial Projects and Motion for Order Adjudging Defendants in Contempt for Failure to Do So, dated August 13, 2008. | Plata Docket No. 1379 |
| 1133 | Receiver's "Turnaround Plan of Action," dated June 6, 2008. | Plata Docket No. 1229 |
| 1134 | Receiver's Revised Plan of Action, dated November 15, 2007. | Same as 1107 |
| 1135 | Receiver's 90-Day Report re: Career Executive Assignments, dated December 21, 2007. | Plata Docket No. 1029 |
| 1136 | Receiver's 180-Day Report re: Career Executive Assignments, dated March 6, 2008. | Plata Docket No. 1119 |
| 1137 | Receiver's Revised Chapter 7, Death Reporting and Review Policy, dated July 25, 2008. | |
| 1138 | Coordinated Courts' Order Show Cause Re: Space Agreement, dated September, 05, 2008. | Col. Docket No. 1451 |
| 1139 | *Coleman* Defendants' August 2007 Mental Health Bed Plan, with attached population forecast report of John Misener/Navigant | DEFS004609-DEFS004642 |
| 1140 | Defendants' Small Management Yard Plan, filed October 29, 2007, with supplemental statements and declarations, filed December 4, 2007. | Col Docket No. 2492 and 2590 |
| 1141 | Defendants' Plan to Reduce Suicide Trends in Administrative Segregation, filed October 2, 2006, with Response to Plaintiff Objections, filed December 1, 2006. | Col. Docket No. 2061 and 1990 with Ex. A as 1990-2 |
| 1142 | Defendants' Plan to Provide Enhanced Outpatient Program (EOP) care in Reception Centers, filed July 31, 2006, with Revised Reception EOP Plan, filed December 3, 2007. | Col. Docket No. 1928 |
| 1143 | Defendants' Response to Court Order to Address Staffing Vacancies Within DMH, filed May 16, 2007. | Col. Docket No. 1772 |
| 1144 | Defendants' Response to Special Master Keating's Recommendations in 16th Round Report Concerning CDCR Mental Health Clinician's Salaries, filed December 7, 2006. | Col. Docket No. 2067 |
| 1145 | Department of Mental Health's May 2007 plan to increase mental health clinician salaries, with June 2007 court order approving plan. | Col. Docket Nos. 2222, 2301 |
| 1146 | Defendants' Plan to Provide Regionalized Care to Exhibitionists, filed July 2007, with amending memoranda and form, dated August 31, 2007. | Col. Docket No. 1753, 1754, 1773 |
| 1147 | Revised Program Guide, filed January 2006 and approved March 2006, including any amending memoranda approved after March 2006 to date. | Col. Docket No. |
| 1148 | 2008 Revised Program Guide | |
| 1149 | Weekly Report of Population, dated October 25, 2006 | |
| 1150 | Daily COCF Count, dated August 29, 2008 | |

| | | |
|---|---|---|
| 1151 | OMIT | |
| 1152 | Filed compliance statement concerning implementation of plan to train and implement policy for correctional officers to provide cardiopulmonary resuscitation to inmates. | Col. Docket No. 2346 |
| 1153 | Filed compliance statements concerning implementation of plans to provide televisions and other appliances to administrative segregation inmates, dated March 12, 2007. | Col. Docket No. 2363 |
| 1154 | Filed compliance statements concerning implementation of plans to evaluate non-board eligible psychiatrists for competency. | Col. Docket No. |
| 1155 | *Coleman* Court Order, January 15, 2008 | Col. Docket No. |
| 1156 | *Coleman* Defendant DMH plan to activate 231 beds at Atascadero State Hospital. | Col. Docket No. 2580 |
| 1157 | *Coleman* Defendants' Supplemental Report Regarding Television and Radio Accessibility in Administrative Segregation unit, filed August 21, 2007. | Col. Docket No. 2382 |
| 1158 | *Coleman* Defendants' feasibility reports on Coalinga State Hospital, filed November 2006 and Coalinga State Hospital amended feasibility report, filed December 4, 2006. | Col. Docket No. 2014 |
| 1159 | *Coleman*/CDCR Defendants' response to court order for plan to address mental health assessment needs of CCCMS inmates subject to discipline, filed October 1, 2007. | Col. Docket No. 2440 |
| 1160 | *Coleman*/CDCR Defendants' response to court order for plan to address recruitment, filed October 1, 2007. | Col. Docket No. 2442 |
| 1161 | Documents stating the *Coleman* caseload and general population of CDCR and DMH, including and not limited to: (a) CDCR Fall and spring projections, 2007, 2008, and (b) CDCR COMPSTAT reports. | |
| 1162 | Misener/Navigant mental health and overall CDCR population forecast, annual report of July 2007, report of August 2007 (and any ongoing reports), and contract, report of June 2008. | DEFS055065-DEFS055067 |
| 1163 | *Coleman* Monthly Report of Information Requested and Response to January 19, 1999 Court Order Regarding Staff Vacancies, August 2008 to present. | DEFS055079-DEFS055087 |
| 1164 | CDCR Mental Health Crisis Bed Monthly Reports, January 2008 to present. | |
| 1165 | DMH monthly report to *Coleman* Special Master on utilization of beds. | |
| 1166 | DMH monthly report to *Coleman* Special Master on CMF/VPP and SVSP/SVPP census. | |
| 1167 | DMH monthly report to *Coleman* Special Master on staffing and staff vacancies. | |
| 1168 | CDCR mental health care workload study, draft and final. | |
| 1169 | US DOJ-DMH Consent Judgment per, filed with Coleman court May 4, 2006. | Col. Docket No. 1807 |
| 1170 | State Personnel board resolution compressing hiring ranks for CDCR mental health clinicians, dated June 2007. | |
| 1171 | CDCR 2006 Annual Reports on Suicides within CDCR, sent to Secretary Tilton. | |
| 1172 | CDCR 2007 Annual Reports on Suicides within CDCR, sent to Secretary Tilton. | |
| 1173 | *Coleman* court order, October 7, 2008 | Col. Docekt No. 3073 |
| 1174 | Special Master's Report on the mental health workload study, 2008. | |
| 1175 | *Coleman* Defendants' Mental Health Bed Plan of July 2008 (produced on July 16, 2008) and its attached projections of the mental health population prepared by Navigant consulting group. | |
| 1176 | Special Master Lopes' annual report on Suicides Committed in California Department of Corrections and Rehabilitation in Calendar Year 2006. | Col. Docket No. 2084 |
| 1177 | Defendants' May 1, 2008 enhanced referral strategy to provide mental health assessments for CCCMS inmates within the disciplinary process | |
| 1178 | Defendants' May 1, 2008 further plan to enhance referral strategy for intermediate care beds at Atascadero State Hospital. | |
| 1179 | Defendants' May 1, 2008 further plan to provide EOP care in Reception Centers. | |
| 1180 | Defendants' May 1, 2008 further plan to provide EOP care in administrative segregation centers. | |
| 1181 | Defendants' May 1, 2008 further plan to enhance recruitment efforts and strategies. | |
| 1182 | Correspondence of the Department of Finance to the Legislature, dated May 13, 2008 and May 14, 2008, seeking funds for third watch staffing of exercise yards in certain prisons as well as to obtain budgetary approval of certain positions identified in the mental health workload study. | |
| 1183 | CDCR submittal to Public works Board of Small management yard proposal. | |

| | | |
|---|---|---|
| 1184 | CDCR Adult Programs Rehabilitative Programming Reform Project Work Plan | DSUPP004798-DSUPP005012 |
| 1185 | Activation memoranda for Psychiatric Services Unit at California State Prison, Sacramento, 2008. | |
| 1186 | Activation memoranda for Enhanced Outpatient Program/Sensitive Needs Yard at Kern Valley State Prison dated August 2008. | |
| 1187 | Activation memoranda for HIV/SHU unit at California State Prison, Sacramento. | |
| 1188 | CDCR/DA Memorandum Re: Discontinuance of the Four Point Assessment Given at Reception for Inmates included in the MHSDS, dated September 6, 2008. | |
| 1189 | CDCR Memorandum Re: Activation of online exams for clinical psychologists, dated August 7, 2008. | |
| 1190 | Correctional Offender Management Profiling for Alternative Sanctions (COMPAS) Report, dated September 2008. | |
| 1191 | Division of Adult Parole Operations memo on release of parolees under authority of California Penal Code section 3001, dated May 15, 2007. | Docket No. 1.192, Attachment 2 |
| 1192 | AB 900, the Public Safety and Offender Rehabilitation Services Act of 2007, which became law on May 3, 2007. | |
| 1193 | *Coleman* Defendants submitted plan to provide mental health care to *Valdivia* members, dated September 2008. | |
| 1194 | California Department of Corrections and Rehabilitation Adult Programs Rehabilitative Programming Progress Report to C-ROB, dated June 3, 2008. | DSUPP004740 |
| 1195 | Secretary Tilton's Memorandum titled: "Parolees Returned to Custody for Psychiatric Treatment", dated January 12, 2007. | |
| 1196 | CDCR's Integrated Strategy to Address Overcrowding in CDCR's Adult Institutions. | |
| 1197 | *Coleman* Court Order, 2/12/07 | Col Docekt No. 2139? |
| 1198 | Parole Violation Decision Making Instrument and associated documents. | |
| 1199 | County by County of Mentally Ill Parolees with POC Appointments During the Period of August 1 Through September 30, 2008. | |
| 1200 | Letter from the Hon. Judge Thelton E. Henderson to Senator Michael J. Machado regarding Senate Bill 1665, dated May 22, 2008. | |
| 1201 | 2008-09 Governor's Budget, Budget-Balancing Reduction Proposal, dated January 10, 2008. | |
| 1202 | 2007 Parole Census Data as June 30, 2008 | |
| 1203 | Total Population Weekly Reports produced by CDCR, dated August 27, 2008, | |
| 1204 | Spring 2007 Adult Population Projections. | |
| 1205 | UCLA Annual Report, Mental Health Services Continuum, CDCR Parole Division, dated 2003, 2004, 2005, and 2006. | DEFS055748-DEFS55889 |
| 1206 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated August 5, 2008. | DEFS055606-DEFS055608 |
| 1207 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated September 9, 2008. | |
| 1208 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated October 6, 2008. | |
| 1209 | Petersilia Article "When Prisoners Return to the Community". | DEFS056233-DEFS056240 |
| 1210 | County and Region of Parole Calendar Year 2007. | |
| 1211 | Press release dated September 29, 2008 by CDCR, with comments from Kernan. ("Out –of-State Transfers of Inmates Surpass 5,000; Allow CDCR to Reduce "Bad Beds" by 27%".) | DEFS055023-DEFS055024 |
| 1212 | Jack Leonard, Megan Garvey and Doug Smith, *Releasing Inmates Early Has a Costly Human Toll*, Los Angeles Times, May 14, 2006. | MAR002538 |
| 1213 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's First Set of Interrogatories, dated November 5, 2007. | |
| 1214 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's Second set of Interrogatories, dated December 23, 2007. | |
| 1215 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's First Set of Request for Production of Documents, dated March 6, 2008. | |

| | | |
|---|---|---|
| 1216 | *Coleman* Plaintiffs' Responses to Defendant Cate's First Set of Interrogatories, dated September 2, 2008. | |
| 1217 | Excerpts of the Deposition of Plaintiff Ray Stoderd and changes / revisions. 7:1-3, 7:7-9, 8:3-8, 8:11-16, 19:18-21:6, 21:14-22:21, 24:2-25:7, 27:14:28:11, 28:23-29:9, 39:20-24, 49:14-18, 58:11-18, 58:22-25, 59:1-15, 59:19-60:22, 62:1-23, 84:24-86:15, 93:21-23, 94:23-25. | |
| 1218 | Excerpts of the Deposition of Plaintiff Ralph Coleman changes / revisions.10:1-25, 11:1-25, 12:1-24, 13:14-19, 15:16-18, 17:20-25, 19:23-25, 20:1-16, 22:1-25, 23:1-25, 24:1-25, 25:1-19, 26:1-25, 27:23-28:10, 28:23-25, 29:22-25, 30:1-18, 31:6-10, 31:14-18, 32:3-18, 32:24 -33:17, 34: 16- 36:22, 38:25 -39:12, 40:18 – 41:25, 42:1-24, 47:8 – 25, 49:24 – 50:13, 53:1-9, 55:15-56:20, 59:4-11, 68:4-70:8, 78:9-15, 81:14-18, 82:21- 83:10. | |
| 1219 | November 3, 2006 correspondence from Tilton to Special Master Keating filed with the court in Opposition to Plaitniffs' request in Coleman for a TRO | |
| 1220 | Demonstrative Exhibit – Health Care Services Regional Administration Charts | |
| 1221 | Demonstrative Exhibit - State Court Sentencing of Convicted Felons, 2004 - Statistical Tables. (http://www.ojp.usdoj.gov/bjs/pub/html/scscf04/tables/scs04102tab.htm; http:///www.ojp.usdoj.gov/bjs/pub/html/scsf04/tables/scs04103tab.htm; http://www.ojp.usdoj.gov/bjs/pub/html/scscf04/tables/scs04105tab.htm) | |
| 1222 | CDCR and DMH Memos re: Referral of Parolees to Higher LOC and Court Order. | / Col. Docket No. 2930 |
| 1223 | *Valdivia* Court August 2008 Order Re: Care of Parolees awaiting revocation hearings. | Col. Docket No. 2930 |
| 1224 | Receiver's Facility Master Plan | DSUPP006943 |
| 1225 | CTF Soledad Facility Master Plan Report, dated October 29, 2007 | DSUPP005732-DSUPP005816 |
| 1226 | California Institution for Men Master Plan Report, dated April 14, 2008 | DSUPP005575-DSUPP005731 |
| 1227 | Mule Creek State Prison Master Plan Report, dated January 25, 2008 | DSUPP005514-DSUPP005574 |
| 1228 | Folsom State Prison Master Report, dated June 20, 2008 | DSUPP005296-DSUPP005416 |
| 1229 | Avenal Facility Master Plan Report, dated August 2008. | DSUPP005013-5043 |
| 1230 | RJ Donovan Facility Master Plan, dated June 10, 2008 | DSUPP005817-DSUPP005950 |
| 1231 | California Institution for Women Master Plan Report, dated March 28, 2008 | DSUPP005196-DSUPP005295 |
| 1232 | URS Operational Guidelines Report, dated July 8, 2008 | BAT000335-BAT000365 |
| 1233 | Demonstrative Exhibit – (Finance exhibit tracking spending and beds? - to be prepared) | |
| 1234 | Demonstrative Exhibits – Summary of Receiver's Progress in Achieving the Delivery of Adequate Medical Care. | |
| 1235 | Demonstrative Exhibit - Staffing Progress - Positions Available, Filled, and temp hires. | |
| 1236 | Demonstrative Exhibit -- Summary of Population Trends and Suicide Trends (Robert Canning). | |
| 1237 | Demonstrative Exhibit -- Summary of Population, Out-State-Transfer, and In Fill Bed Trends. | |
| 1238 | Demonstrative Exhibit -- Summary of Mental Health Bed Construction, Past/Present/Future. | |
| 1239 | Demonstrative Exhibit -- Summary of CDCR Mental Health Staffing, Past, Present, Future. | |
| 1240 | Demonstrative Exhibit -- Summary of COMPAS, Parolee Features by County. | |

| | | |
|---|---|---|
| 1241 | Demonstrative Exhibit -- Summary of Available Medical and Mental Health Care for Parolees by County. | |
| 1242 | Demonstrative Exhibit -- Summary of 'Placement' Options for Parolees by County. | |
| 1243 | Demonstrative Exhibit -- Summary of DMH Facilities/Hospitals for Inmates and for Non-inmates | |
| 1244 | Demonstrative Exhibit -- Medical Care Funding & Cost Per Inmate: 2005-06 through 2009-10 | |
| 1245 | Demonstrative Exhibit -- Hiring Progress Report-Six Month Vacancy Summary with Karen Wong's changes_10-15-08. | |
| 1246 | Demonstrative Exhibit -- AllNumbers_BasedOnSCO2_revised_10-15-08 | |
| 1247 | Demonstrative Exhibit -- CA Map with the number of mental and medical health beds as of August 2008 | |
| 1248 | Demonstrative Exhibit -- August 2008 Risk - Need Sacramento | |
| 1249 | Demonstrative Exhibit -- August 2008 Risk - Need San Diego | |
| 1250 | Demonstrative Exhibit -- County Count_MI Parolee Appointments_8-08 thru 9-08 | |
| 1251 | Demonstrative Exhibit -- Zip Count_MI Parolee Appointments_8-08 thru 9-08 | |
| 1252 | Demonstrative Exhibit - Non-traditional Beds | |
| 1253 | U.S. Census Bureau's 2007 Population Estimates obtained from the internet on October 17, 2008. | |
| 1254 | Map of California's Correctional and Rehabilitation Facilities | |
| 1255 | Prison Census Data report as of June 30, 2008, published in August 2008 by Data Analysis Unit. | |
| 1256 | The Texas Department of Criminal Justice's Statistical Report, Fiscal Year 2007 obtained from the internet on October 17, 2008. | |
| 1257 | Prisoners in 2006 Bulletin obtained from the internet on October 17, 2008. | |
| 1258 | California Department of Justice, *Crime in California*, 2006. (http://ag.ca.gov/cjsc/publications/candd/cd06/preface.pdf) | |
| 1259 | Monthly Reports of Population, years 2003 through 2008. | |
| 1260 | Demonstrative Exhibit - Executive Management Chart | |
| 1261 | California Department of Corrections and Rehabilitation, California Prisoners & Parolees, 2007, Table 9 at 17. | |
| 1261A | CALPRIS Table | DESF057620-DEFS057621 |
| 1262 | Inmate Activation Schedule. | |
| 1263 | Staffing Reports from SCO's Established Position File | DEFS0056436-DEFS057544 |
| 1264 | Staffing Report for Registries | |
| 1265 | Request for Proposal Concerning Female Rehabilitation Community Correctional Centers | |
| 1266 | Institution Activation Schedules | |
| 1267 | CDCR Organizational Charts | |
| 1268 | Special Master's Report On Defendants' Plan to Prevent Suicides in Administrative Segregation, dated December 18, 2006 | Col. Docket No. 2084 |
| 1269 | Counts of Mental Health Classes Filled and Vacant, for years 1994 -1995. | |
| 1270 | Prison Reforms: Achieving Results, Secretary Tilton | |
| 1271 | Directive issued by CDCR re: Participation of Inmates with SHU terms in DMH Intermediate Care Facilities. | |
| 1272 | Demonstrative Exhibit - Mental Health Projects | |
| 1273 | Coleman Trial court Findings and Recommendations, dated June 06, 1994. | |
| 1274 | Coleman Order, dated July 9, 2004, approving Coordinated Clinical Assessment Teams | Col. Docket No. 1594 |
| 1275 | California Department of Corrections and Rehabilitation Memorandum, dated April 4, 2008. | |
| 1276 | Coleman Order, dated August 08, 2008. | Col. Docket Nos. 2930 |
| 1277 | *Coleman / Valdivia* Draft Mental Health Plan, Draft MOU, dated September 2008. | |
| 1278 | *Coleman* court order, dated January 12, 2004 re: suicide investigation and reporting. | Col. Docket No. 1559 |
| 1279 | *Coleman* court order, dated June 9, 2005 re: CPR, vents, track suicide history | Col. Docket No. 1667, 1668 |

| | | |
|---|---|---|
| 1280 | *Coleman* stipulated court order, dated February 13, 2006 re: CPR compliance. | Col. Docket No. |
| 1281 | Patterson & Hughes, Review of Completed Suicides in the CDCR, 1999 to 2004, published in Psychiatric Services, Vol. 59 No. 6 Psychiatric Services, 678 (2008). | |
| 1282 | *Coleman* court order, dated June 08, 2006 re: address suicide trends in administrative segregation. | Col. Docket No. 1830 |
| 1283 | *Coleman* court order, dated June 13, 2002 re: suicide reports | Col. Docket No. 1383, 1384 |
| 1284 | *Coleman* Special Master's Report on Suicides Completed Within CDCR in Calendar Year 2005, filed November 16, 2007. | Col. Docket No. |
| 1285 | Coleman court order, dated December 15, 2007. | Col. Docket No. 2616, 2620 |
| 1286 | Coleman court order, dated June 28, 2007 re: ASH utilization and DMH pay parity. | Col. Docket No. 2299, 2300, 2301 |
| 1287 | *Coleman* court order, dated August 02, 2007 re: CDCR submit plans on CCCMS Mental Health Assessments, recruitment. | Col. Docket No. 2342, 2343, 2344, 2345 |
| 1288 | California Department of Corrections and Rehabilitation's Recruitment Plan, dated November 2007. | |
| 1289 | *Coleman* stipulated order, dated September 11, 2006 re: EOT for plan to reduce suicides. | Col. Docket No. 1967, 1968 |
| 1290 | Omit | Col. Docket No. |
| 1291 | *Coleman* court order, dated March 8, 2005. | Col. Docket No. 1654 |
| 1292 | *Coleman* Special Master's May 31, 2007 Response to Court's May 17, 2007 Request for Information. | Col. Docket No. 2253 |
| 1293 | *Coleman* Special Master's Fourteenth Monitoring, filed February 11, 2005. | Col. Docket No. 1649 |
| 1294 | Coleman Special Master's Sixteenth Monitoring, filed December 14, 2006. | Col. Docket No. 2081 |
| 1295 | California Department of Mental Health Population – Placement Per Institution, dated October 20, 1997, October 1, 2008. | |
| 1296 | *Coleman* court order, dated May 2, 2006 re: bed plans, EOP in Reception. | Col. Docket No. 1804, 1805 |
| 1297 | Coleman court order, dated October 20, 2006 | Col. Docket No. 1998 |
| 1298 | *Coleman* Special Master's Report on Defendants August 2007 Bed Plan dated September 2007 | Col. Docket No. 2432 |
| 1299 | Coordinated Courts' Court, filed June 28, 2007. | Col. Docket No. 2300 |
| 1300 | COMPSTAT Monitoring of Program Utilization | DEFS055104-DEFS055107 |
| 1301 | June 19, 2007 Memorandum Regarding CDCR DAI Removal of Four Points. | DEFS055102-DEFS055103 |
| 1302 | Receiver's October 2008 Monthly Report | DEFS057545-DEFS057607 |
| 1303 | Master Bed Rosters | DEFS056288-DEFS056382 |
| 1304 | Nontraditional Bed Chart | |

| | | |
|---|---|---|
| 1305 | Coleman Special Master's Report on DMHClinicians' Salary, filed January 30, 2007 | Col. Docket No. |
| 1306 | PPCP Program Matrix, Revised August 12, 2008. | |
| 1307 | DAPO Memorandum dated January 12, 2007 Re: Mental Ill Parolees. | |
| 1308 | Mentally Ill Parolee Population Report. | DEFS055890-DEFS055897 |
| 1309 | Chart re: Increase of ICDTP beds | |
| 1310 | Second Quarter 2008 Facts and Figures for Current California prison sentences. (http://www.cdcr.ca.gov/Divisions_Boards/Adult_Operations/Facts_and_Figures.html/) | |
| 1311 | *Coleman* Stipulated Order, dated July 5, 2006 | Col. Docket No. 1872 |
| 1312 | Assignment to identify HSCD projects. | |
| 1313 | Plata Plaintiffs' Supplemental Responses to Mike Genest first set of interrogatories. | |
| 1314 | Plaintiff Leslie Rhoades's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 18, 2008 (subject to protective order). | |
| 1315 | Plaintiff Gilbert Aviles's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | |
| 1316 | Plaintiff Steven Bautista's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | |
| 1317 | Plaintiff Clifford Myelle's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | |
| 1318 | Plaintiff Ray Stoderd's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | |
| 1319 | Plata Plaintiffs' Third Supplemental Response to Defendant Schwarzenegger's First Set of Interrogatories, dated September 8, 2008 | |
| 1320 | Coleman Plaintiffs' Supplemental Responses to Defendant Arnold Schwarzenegger's First Set of Interrogatories, dated April 11, 2008. | |
| 1321 | Plaintiff Marcial Plata's Supplemental Response to Defendant Michael Genest's First Set of Interrogatories, dated December 11, 2007 (subject to protective order). | |
| 1322 | Plaintiff Marciano Plata's Second Supplemental Response To Defendant Genest's First Set of Interrogatories, dated September 18, 2008 (subject to protective order). | |
| 1323 | Plata Plaintiffs' Third Supplemental Response to Defendant Tilton's First Set of Interrogatories, dated September 8, 2008. | |
| 1324 | Coleman order, dated February 12, 2007 | Col. Docket No. 2139 |
| 1325 | Response by Intervenor CCPOA to Defendant Schwarzenegger's First Set of Interrogatories (November 13, 2007). | |
| 1326 | Supplemental Response by Intevernor CCPOA to Defendant Schwarzenegger's First Set of Interrogatories (December 4, 2007). | |