**EXHIBIT F**

# EXHIBIT F

## LEGISLATOR INTERVENORS' TRIAL EXHIBIT LIST

| Exhibit | Description | Bates number |
|---|---|---|
| 1 | Article authored by Senator George Runner, *21 Reasons to Vote Yes on Prop-6 – The Safe Neighborhood Act*, FOX & HOUNDS DAILY, Sept. 30, 2008. | LEGIS001491 – LEGIS001493 |
| 2 | Memorandum compiled by Senator George Runner staff, *Who Is In Our State Prisons?* | LEGIS000047 – LEGIS000054 |
| 3 | Chart graph compiled by Senator George Runner staff, *CDCR Healthcare Budget, 2000-2008*, July 2008. | LEGIS001494 – LEGIS001495 |
| 4 | Document compiled by Senator George Runner staff, *California Prisons 1998-2008: Prison Inmate Population Has Become More Violent*, July 2008. | LEGIS001496 |
| 5 | Document compiled by Senator George Runner staff, *National and State Prisoner Mortality Rates (California Inmate Mortality – 38th Lowest Among States)*, July 2008. | LEGIS000055 |
| 6 | Senate Bill No. 1705 (last amended August 13, 2008) | LEGIS001546 - LEGIS001566 |
| 7 | Article authored by Michael Rothfeld, *Death rate of California prisoners is down nearly 30% since early 2006*, L.A. TIMES, Sept. 16, 2008. | LEGIS001513 – LEGIS001515 |
| 8 | Article authored by Jack Leonard, Megan Garvey, and Doug Smith, *Releasing Inmates Early Has a Costly Human Toll*, L.A. TIMES, May 14, 2006. | LEGIS001516 – LEGIS001522 |
| 9 | Assembly Bill No. 900 signed into law on May 3, 2007. | LEGIS001523 – LEGIS001544 |
| 10 | Article authored by Senator George Runner and Assemblyman Todd Spitzer, *A Look at AB 900 One Year Later…Nothing*, Flash Report, July 24, 2008. | LEGIS000005 – LEGIS000006 |
| 11 | Letter authored by Judge Thelton E. Henderson to Senator Michael J. Machado, Re: Senate Bill 1665, May 22, 2008. | LEGIS000056 – LEGIS000057 |

1

| 12 | Digital Video Disc of press briefing at the Sacramento Press Club featuring *Plata* Receiver Clark Kelso, Aug. 13, 2008. | LEGIS001545 |

**LEGISLATOR INTERVENORS' TRIAL EXHIBIT LIST**

# EXHIBIT G

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10            AND THE NORTHERN DISTRICT OF CALIFORNIA

11        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

14  RALPH COLEMAN, et al.,              )   No. CIV S-90-0520 LKK JFM P
                                        )
15         Plaintiffs,                  )   THREE-JUDGE COURT
                                        )
16  v.                                  )
                                        )
17  ARNOLD SCHWARZENEGGER, et al.,      )
                                        )
18         Defendants.                  )
                                        )
19  _____)
                                        )   No. C01-1351 TEH
20  MARCIANO PLATA, et al.,             )
                                        )   THREE-JUDGE COURT
21         Plaintiffs,                  )
                                        )   INTERVENOR COUNTY OF SANTA
22  v.                                  )   CLARA'S PROPOSED TRIAL EXHIBIT
                                        )   LIST
23  ARNOLD SCHWARZENEGGER, et al.,      )
                                        )   Trial Date:  November 18, 2008
24         Defendants.                  )   Time:        1:30 p.m.
                                        )   Location:    U.S.D.C. Ceremonial Courtroom
25  _____)

26  //

27  //

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List                    -1-        CIV S-90-0520 LKK JFM P / C01-1351 TEH

| Exhibit | Title | Bates No. |
|---|---|---|
| A | Fiscal Year 2009 Santa Clara County Recommended Budget | CD Graves/00016 |
| B | August 13, 2008 report to the Board of Supervisors from the Office of Affordable Housing | Graves/ 00018-22 |
| C | December 13, 2007 report to the Board of Supervisors from the Department of Correction Re: Report Back on the Department of Correction Bed Capacities, Closed Housing Units, and Vacancy Rates | Graves/ 00023-30 |
| D | September 14, 2007 report to County Budget Director from the Department of Correction Re: Impact of Imposition of a Cap on State Prisoner Population | Graves/ 00060-62 |
| E | December 13, 2007 report to the Board of Supervisors from the Department of Correction Re: Quarterly Status Report on Expected Housing Revenues | Pena/ 00956-960 |
| F | Fiscal Year 2006 Adult Treatment Cost for the Department of Drug and Alcohol | Graves/ 00052-53 Garner/ 171 |
| G | Santa Clara Valley Health and Hospital System Mental Health Department Fiscal Year 2008 Adult Full Service Partnership Expenses and County Adult Service Teams | Graves/ 00054-55 Pena/00966-967 |
| H | August 11, 2008 email to Harrison from Schneiner Re: Homeless Count | Graves/ 00058-59 |
| I | August 7, 2008 email to Graves from Eovino Re: Department of Correction Housing Report | Graves/ 00056-57 |
| J | Mentally Ill Offender Crime Reduction Grant Program- Adult | Pena/ 00015-48 |
| K | Santa Clara County Mental Health Services Act Three-Year Program and Expenditure Plan, Community Services and Supports Fiscal Years 2005-2006, 2006-2007, 2007-2008 | Pena/ 00093-921 |
| L | Santa Clara County Department of Alcohol and Drug Services Episodes of Care for Fiscal Year 2008 | Garner/ 00162-163 |
| M | Santa Clara County Department of Alcohol and Drug Services Network for the Improvement of Addiction Treatment- Preliminary Baseline Aims Fiscal Year 2007 | Garner/ 00164-170 |
| N | Mentally Ill Offender Crime Reduction Grant Program- Juvenile | Pena/ 00049-78 |
| O | California Department of Correction and Rehabilitation Division of Adult Parole Operations- Mentally Ill Parolee Population Report Dated March 28, 2008 | Pena/ 00948-55 |
| P | Adult Parole Realignment- Mental Health/ Talking Points prepared by Nancy Pena | Pena/ 00961-965 |
| Q | California Department of Correction and Rehabilitation California Prisoners and Parolees 2006 | Garner/ 00011-139 |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List                -2-         CIV S-90-0520 LKK JFM P / C01-1351 TEH

| Exhibit | Title | Bates No. |
|---|---|---|
| R | Parole Realignment and the 2008-09 Budget | Graves/ 00031-51 |
| S | September 3, 2008 Survey to Counties from Paul McIntosh | CSAC/00610-616 |
| T | County Responses to September 2008 Survey Regarding Likely Impacts of Prison Inmate Release | CSAC/00670-700 |
| U | Declaration of Robert Garner | filed separately |
| V | Declaration of Gary Graves | filed separately |
| W | Declaration of Nancy Pena | filed separately |
| X | Expert Report of Robert Garner | filed separately |
| Y | Expert Report of Gary Graves | filed separately |
| Z | Expert Report of Nancy Pena | filed separately |
| AA | Expert Report of Paul McIntosh | filed separately |
| BB | Supplemental Expert Report of Paul McIntosh | filed separately |

Dated: October 30, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:   /S/
THERESA J. FUENTES
Deputy County Counsel

Attorneys for Intervenor
County of Santa Clara

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervenor County of Santa Clara's
Proposed Trial Exhibit List        -3-        CIV S-90-0520 LKK JFM P / C01-1351 TEH

**EXHIBIT H**

**San Mateo County's Proposed Exhibit List:**

SMC-A.  Memorandum from Ross Nakasone, April 30, 2008, Subject: Response to UCC Survey on Parole Realignment

SMC-B.  Document entitled, *Who's In Prison? The Changing Demographics of Incarceration,* By Amanda Bailey and Joseph M. Hayes, from the Public Policy Institute of California's publication entitled, "California Counts, Population Trends and Profiles", Volume 8, Number 1, August 2006

SMC-C.  Document entitled, "Task Force on California Prison Crowding", by the National Council on Crime and Delinquency (NCCD) August 2006

SMC-D.  Document entitled, "When Offenders Break the Rules: Smart Responses to Parole and Probation Violations", by the PEW Center on the States, November 2007

SMC-E.  Document entitled, "Effect of Early Release from Prison on Public Safety: A Review of the Literature", by the National Council on Crime and Delinquency (NCCD) April 2007

SMC-F.  Document entitled, "Probation Adult Parolee Supervision Unit – Estimated start up and ongoing expenses, Year 1", an estimate of the cost to the Probation Department for supervision of approximately 1,000 state parolees

SMC-G.  PowerPoint Presentation, "Elimination of TANF/CYSA funding for Probation is not Cost Effective!", Chief Probation Officers of California

SMC-H.  Curriculum Vitae of Beverly Beasley Johnson, Director, Human Services Agency

SMC-I.  Document entitled, "San Mateo County Housing Indicators as of June 30, 2008", County of San Mateo Department of Housing

SMC-J.  All County Letter No. 04-59, Assembly Bill (AB) 1796 – Drug Felony Bill – Effective January 1, 2005

SMC-K.  California Welfare and Institutions Code Section 361.4

SMC-L.  Housing Our People Effectively (HOPE) Annual Report July 1, 2006 through June 30, 2007

SMC-M.  "Prison Populations and Recidivism", from Office of the Governor's website, www.gov.ca.gov/index.php?/fact-sheet/1084/

SMC-N.  Document entitled, "Snapshot Study, Old vs. New ID#'s", regarding recidivism rate in San Mateo County

SMC-O.  Document entitled, "Parolees Arrested in San Mateo County, PC 3056"

SMC-P.  Document entitled, "Maguire Correctional Facility CDC—State Prison Transfers, January – October 2008

SMC-Q.  Document entitled, "Statement of Probable Construction Costs"

SMC-R.  Draft CMHDA Forensics Committee White Paper, 8/12/08, "Mental Health and Criminal Justice: Principles, Policy and Practice in Designing Services for Justice Involved Youth and Adults with Mental Illness"

SMC-S.  Document entitled, "Report Preview: Report of the Re-Entry Policy Council: Charting the Safe and Successful Return of Prisoners to the Community"

SMC-T.  Document entitled, "Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation—Parole Division", Prepared by the UCLA Integrated Substance Abuse Program Neuropsychiatric Institute

SMC-U.  PowerPoint presentation entitled, "Running the River, Scouting the Rapids", San Mateo County Health Department Fiscal Year 2008-2009, by Charlene Silva, Director, June 23, 2008

L:\LITIGATE\C_CASES\Coleman\TRIAL\SMC Exhibit List.doc