PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99461
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA V. MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

K & L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>          Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>          Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>          Defendants | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NUMBER 8** |

I, Steven Fama, declare:

1. I am a member of the Bar of this Court and an attorney at the Prison Law Office, one of the counsel of record for the Plaintiff classes. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motions in Limine Number 8.

2. Attached hereto as Exhibit A is a true and correct copy of "Expert Panel on Corrections Reform Offers California a Roadmap for Reducing Recidivism and Overcrowding," http://www.cdcr.ca.gov/News/2007_Press_Releases/ Press20070629.html.

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Jeanne Woodford, December 18, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Jeanne Woodford, September 15, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Doyle Wayne Scott, December 14, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Doyle Wayne Scott, October 1, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Joseph Lehman, September 16, 2008.

8. Attached hereto as Exhibit G is a true and correct copy of relevant excerpts of the final transcript of the Deposition of James Austin, September 19, 2008.

9. Attached hereto as Exhibit H is a true and correct copy of relevant excerpts of the final transcript of the Deposition of Jeff Beard, September 26, 2008.

I declare under penalty of perjury under the laws of California and the United States that

///

///

1 the foregoing is true and correct, and that this declaration is executed on this 30th day of October
2 30, 2008 in Berkeley, California.

                                                  */s/ Steven Fama*

                                                  Steven Fama
                                                  Attorney for Plaintiffs

Fama Dec ISO Oppo to Defs' MIL 8
Case Nos. 90-00520; 01-1351          3