MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 083887)
By: CAROL L. WOODWARD, DEPUTY (SBN 084197)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4746
Facsimile: (650) 363-4034
E-mail: cwoodward@co.sanmateo.ca.us

Attorneys for Intervenor
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　Defendants. | Case No. C01-1351 THE<br><br>THREE-JUDGE COURT<br><br>**DECLARATION OF CAROL L. WOODWARD RE EXHIBITS FOR TRIAL** |

CAROL L. WOODWARD declares as follows:

1. I am employed as Deputy County Counsel for the County of San Mateo. I am one of the attorneys assigned to defend the instant case on behalf of Intervenor County of San Mateo. The

Case No. CIV S-90-0520 LKK JFM P
DECLARATION OF CAROL L. WOODWARD RE EXHIBITS FOR TRIAL

following is within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Intervenor County of San Mateo submits the following exhibits, attached hereto, for trial:

SMC-A. Memorandum from Ross Nakasone, April 30, 2008, Subject: Response to UCC Survey on Parole Realignment

SMC-B. Document entitled, *Who's In Prison? The Changing Demographics of Incarceration,* By Amanda Bailey and Joseph M. Hayes, from the Public Policy Institute of California's publication entitled, "California Counts, Population Trends and Profiles", Volume 8, Number 1, August 2006

SMC-C. Document entitled, "Task Force on California Prison Crowding", by the National Council on Crime and Delinquency (NCCD) August 2006

SMC-D. Document entitled, "When Offenders Break the Rules: Smart Responses to Parole and Probation Violations", by the PEW Center on the States, November 2007

SMC-E. Document entitled, "Effect of Early Release from Prison on Public Safety: A Review of the Literature", by the National Council on Crime and Delinquency (NCCD) April 2007

SMC-F. Document entitled, "Probation Adult Parolee Supervision Unit – Estimated start up and ongoing expenses, Year 1", an estimate of the cost to the Probation Department for supervision of approximately 1,000 state parolees

SMC-G. PowerPoint Presentation, "Elimination of TANF/CYSA funding for Probation is not Cost Effective!", Chief Probation Officers of California

SMC-H. Curriculum Vitae of Beverly Beasley Johnson, Director, Human Services Agency

SMC-I. Document entitled, "San Mateo County Housing Indicators as of June 30, 2008", County of San Mateo Department of Housing

SMC-J. All County Letter No. 04-59, Assembly Bill (AB) 1796 – Drug Felony Bill –Effective January 1, 2005

SMC-K. California Welfare and Institutions Code Section 361.4

SMC-L. Housing Our People Effectively (HOPE) Annual Report July 1, 2006 through June 30, 2007

SMC-M. "Prison Populations and Recidivism", from Office of the Governor's website, www.gov.ca.gov/index.php?/fact-sheet/1084/

SMC-N. Document entitled, "Snapshot Study, Old vs. New ID#'s", regarding recidivism rate in San Mateo County

SMC-O. Document entitled, "Parolees Arrested in San Mateo County, PC 3056"

SMC-P. Document entitled, "Maguire Correctional Facility CDC—State Prison Transfers, January – October 2008

SMC-Q. Document entitled, "Statement of Probable Construction Costs"

| | | |
|---|---|---|
| SMC-R. | Draft CMHDA Forensics Committee White Paper, 8/12/08, "Mental Health and Criminal Justice: Principles, Policy and Practice in Designing Services for Justice Involved Youth and Adults with Mental Illness" |
| SMC-S. | Document entitled, "Report Preview: Report of the Re-Entry Policy Council: Charting the Safe and Successful Return of Prisoners to the Community" |
| SMC-T. | Document entitled, "Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation—Parole Division", Prepared by the UCLA Integrated Substance Abuse Program Neuropsychiatric Institute |
| SMC-U. | PowerPoint presentation entitled, "Running the River, Scouting the Rapids", San Mateo County Health Department Fiscal Year 2008-2009, by Charlene Silva, Director, June 23, 2008 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Redwood City, California, on August 15, 2008.

           Carol L. Woodward     /s/

**CAROL L. WOODWARD**

L:\LITIGATE\C_CASES\Coleman\Pleadings\Decl. CLW re trial exhibits.doc