**EXHIBIT "SMC-L"**



## HOUSING OUR PEOPLE EFFECTIVELY
# HOPE

### Ending Homelessness In San Mateo County



### ANNUAL REPORT
### July 1, 2006 through June 30, 2007

*letter to community*

# vision

*Homelessness will end by ensuring that safe, accessible, affordable housing is available in San Mateo County for those in greatest need.*

### HOPE Interagency Council Members

**April Vargas**, Board Member, Threshold 15/10
**Barbara Pierce**, Mayor, City of Redwood City
**Bruce Goitia**, Police Chief, City of Menlo Park
**~is Coppola**, Homeless Continuum of Care ~esentative
**~uane Bay**, Director, San Mateo County Department of Housing
**Fran Wagstaff**, President, Mid-Peninsula Housing Coalition
**Jan Epstein**, Council Member, City of San Mateo
**Rabbi Jay Miller**, Executive Director, Peninsula Clergy Network
**Jerry Hill**, Member, Board of Supervisors
**John Maltbie**, County Manager, San Mateo County
**Julie Lancelle**, Council Member, City of Pacifica
**Kitty Lopez**, Executive Director, Samaritan House
**Mario C. Panoringan**, Chief Executive Officer, Daly City-Colma Chamber of Commerce
**Mark Church**, Member, Board of Supervisors
**Melissa Platte**, Executive Director, Mental Health Association of San Mateo County
**Michele Jackson**, Executive Director, Shelter Network
**Pat Martel**, City Manager, City of Daly City
**Pedro Gonzalez**, Vice Mayor, City of South San Francisco
**Judith Christensen**, Council Member, City of Daly City

> *Project Homeless Connect was a tremendously heart touching and awesome experience for volunteers and homeless people alike. It gave homeless people a face and a story and brought us all closer together.*
>
> — Jane, Homeless Connect Community Volunteer

We are delighted to share the first year accomplishments of Housing Our People Effectively (HOPE), San Mateo County's plan to end homelessness. As we think you'll agree, a great deal of impressive work has been accomplished, but much remains to be done. Preventing homelessness and creating housing in San Mateo County is a daunting challenge. Our continued progress toward ending homelessness depends on the involvement of a broad spectrum of community organizations and individuals. We thank the many people and organizations who have dedicated their time, expertise, and resources. We trust the results presented in this report will further inspire those who have been involved thus far to even greater action and motivate others to join our efforts.

Sincerely,

Jerry Hill, Member
*San Mateo County Board of Supervisors*
*Co-Chair, HOPE Interagency Council*

Mark Church, Member
*San Mateo County Board of Supervisors*
*Co-Chair, HOPE Interagency Council*

## DESIRED RESULTS BY 2015

- 7,900 individual and family households in San Mateo County who have been homeless or at severe risk of homelessness—due to extremely low incomes, chronic disabilities and/or other health or special needs—will secure and maintain safe, permanent, accessible, affordable, and where needed, supportive housing.

- 4,300 individual and family households will receive short-term assistance to secure or maintain housing.

## YEAR ONE GOALS AND RESULTS

### Increase Housing Opportunities

163 new housing units for families and individuals who were homeless or at-risk of homelessness were created:

- 106 units of supportive housing

- 57 units of affordable housing for people with extremely low income.



82% Increase over previous 5 years

Supportive Housing | Affordable Housing

# what's

## HIGHLIGHTS OF YEAR ONE ACCOMPLISHMENTS

### Increasing Housing Opportunities

The City of San Mateo purchased the Vendome Hotel to provide supportive housing for 14 people who have been chronically homeless. In conjunction with the Homeless Outreach Team, a partnership has been formed among the City, County and homeless service providers to outreach and provide case management to long-term homeless people in downtown San Mateo. This "Housing First" approach is proving to be a very effective means of reducing chronic homelessness.

> "The number of homeless people over at the train station, where everybody was hanging out when we started the (Homeless Outreach Team) program, has diminished dramatically. There used to be people living in Darcy's Tunnel (along San Mateo Creek), and that's not happening anymore. There were people sleeping in the parking garages, and I haven't seen that either."
>
> Kelly Mitter, Executive Director of the San Mateo Downtown Merchants' Association

### Preventing Homelessness

Shelter Network's Housing First/Partial Rent Subsidy Program offers case management and financial assistance to help pay the rent for families who are homeless or on the verge of homelessness. Between July 2006 and June 2007 18 families received assistance to prevent homelessness.

> "[The Housing First Program] helped me and my family by first allowing me to get back on my feet. It is a blessing that all the people of the program really care about families and that gives us faith that we can make it on our own. Now I can show my son what it means to be proud of your own home."
>
> -Curtis, Housing First Program Participant

### Prevent Homelessness

373 homeless households received assistance to secure housing, of which 224 (60%) secured stable, permanent housing.



Goal / Received Assistance / Secured Permanent Housing

## WHAT'S NEXT FOR HOPE YEAR 2?

- Increase supportive housing for emancipated foster youth, frequent users of emergency room services, people with mental illnesses and people with disabilities.
- Expand the Homeless Outreach Team to another city to reduce the number of people who have been homeless for long periods of time.
- Expand early intervention programs for families at risk of losing their housing or experiencing extended periods of homelessness.
- Ensure the highest quality of homeless services and housing by implementing community standards of care.
- Expand Project Homeless Connect events.
- Advocate for policies for affordable housing for people at the lowest income level.



**Welcome to Vendome**
(From left to right) Top: Robert Muehlbauer, Mark Church; Bottom: Stephen Kaplan, Jan Epstein, Michele Jackson, Susan Manheimer, Jerry Hill.

### Setting the Standards, Tracking Progress, Reporting

In early 2007 a group of volunteers that included many homeless people conducted San Mateo County's first ever Homeless Census and Survey, generating a comprehensive and accurate count of the numbers of homeless people in the community, the reasons they became homeless, and the services they need to end their homelessness. This information will provide critical information needed to develop the most effective possible interventions to end homelessness.

> *I didn't know that I had information that would be helpful. I really felt like I was a "go-to" resource for the One-Day Count staff.*
> — Aaron, homeless person who worked on the 2007 Homeless Census and Survey

### Developing Long-Term Leadership and Community Will

On May 17th, 2007, over 170 homeless people came to the Red Morton Community Center in Redwood City for the first San Mateo County Project Homeless Connect event. Staff from governmental and non-profit organizations, along with many community volunteers, provided services ranging from health and mental health services to employment counseling, housing referrals, haircuts, bus tickets, clothing vouchers, massage therapy and bike repair. As important as it was to those seeking services, for many of the 200 volunteers this event was an experience that changed their perspectives about homelessness, particularly who is homeless and why, and what they need to end their homelessness.

Elva, 47, has worked most of her adult life, and is being treated for the alcoholism that causes periods of homelessness. After hearing about Project Homeless Connect during her most recent stay in a homeless shelter, Elva came to Red Morton Community Center as a way to get back on the path to self-sufficiency. She headed straight for the resume writing assistance table and with the help of a volunteer produced an updated resume. Moving just a few tables down, she was able to apply for jobs at two national companies.

> *I've never been to anything like this... I'm blown away. Just being here... you're not alone, and that's an awesome feeling.*
> — Elva, Project Homeless Connect participant



HOPE — Ending Homelessness In San Mateo County

Names have been changed, but stories are real

### Thank You HOPE Funders

**City of Redwood City,** Homeless Connect, Donation of Red Morton Community Center

**City of San Mateo:**
- Purchase of Vendome Hotel, $1.8 million
- Vendome Hotel (Case Management), $35,000

**City of South San Francisco,** Emancipated Foster Youth Housing, $750,000

**Federal McKinney Vento Homeless Continuum of Care,** Shelter Network (operation of Vendome Hotel), $210,000

**Five Bridges Foundation,** Housing First (Shelter Network), $15,000

**Robbins Foundation,** Housing First (Shelter Network), $15,000

**San Francisco Foundation,** Housing First (Shelter Network), $30,000

**San Mateo County:**
- Department of Housing, homeless rental assistance, $60,000
- Alcohol and Other Drugs (AOD) Services, rental assistance, $60,000
- Mental Health Services, rental assistance, $60,000
- Center on Homelessness, Homeless Outreach Team (HOT), $85,000
- Emancipated Foster Youth Housing, $1 million
- Homeless Census and Survey, $10,000

**Silicon Valley Community Foundation:**
- Housing First (Shelter network) $60,000
- Homeless Connect Event, $10,000
- Homeless Census and Survey, $10,000

### A CHALLENGE TO THE COMMUNITY

We **CAN** end homelessness in San Mateo County but only with your help. Please join us in this effort. For more information or volunteer opportunities please contact Tish Birkby at (650) 802-7656 or visit our website at www.smchsa.org/HOPE.



Veterans Services Staff help homeless individuals at the first Homeless Connect Event in Redwood City

# EXHIBIT "SMC-M"



Office of the Governor — ARNOLD SCHWARZENEGGER, THE PEOPLE'S GOVERNOR

Home | About Arnold | About Maria | Newsroom | Multimedia | Issues | Blog | Interact | Appointments | Español

# Backgrounder

**RELATED CONTENT**

### Prison Populations and Recidivism

California's prison problems are tied directly to recidivism and overcrowding. When parolees commit crimes, they not only burden the state's overtaxed prison system—they create new victims and compromise public safety. California's recidivism rate is, at 70 percent, the nation's highest. The Governor knows that we cannot fix our prisons without reducing recidivism, and we cannot reduce recidivism without creating more space and programs for prisoners. Two of his proposals address these problems, with the goal of increasing public safety.

**Move non-violent female offenders to community correctional facilities**

- In his January budget the Governor called for CDCR to move 4,500 non-serious, non-violent female prisoners—approximately 40 percent of incarcerated women in California—from state prisons into community correctional facilities just prior to their release. He will reintroduce this proposal in the special session.
    - Male inmates will be housed in the facilities made available by this proposal, decreasing crisis-level overcrowding in men's facilities.
- Inmates will be housed in facilities near to where their children and families live, and will receive gender-responsive counseling and services to improve their chances for successful re-entry into their communities.
    - Research shows that these measures lower recidivism rates and enhance family reunification; increase drug and alcohol abuse recovery; and significantly stabilize women's transition to life outside of prison.
- While housed in community correctional facilities, inmates will be connected to local law enforcement and social service providers prior to release, permitting parole officers and counselors to conduct more comprehensive monitoring of parolees.
- These are secure facilities, staffed by CDCR correctional officers, who will provide 24-hour correctional coverage.

**Create secure parole re-entry facilities**

- The Governor will introduce a proposal to create secure parole re-entry facilities to house inmates for a transitional period before they are released from prison.
- These facilities will focus on reducing recidivism by providing inmates with mental health, drug and alcohol, life skills, and professional counseling prior to their release. Currently, prisoners receive almost no preparation for release, increasing the likelihood that they will violate parole, commit crimes, and create more victims.
- Inmates will be placed in facilities near to communities where they will be paroled, allowing CDCR to connect inmates with local law enforcement and social service providers. This will allow law enforcement to more closely monitor parolees, and swiftly identify violators for revocation and prosecution.
- Secure parole re-entry facilities have 24-hour confinement, secure perimeters, and no in or out privileges.

**Overcrowding and Infrastructure**

California has only authorized and built one prison over the past 10 years, and today more than 16,000 prisoners are housed in gymnasiums, day-rooms and other unsafe and overcrowded spaces. CDCR reports that it cannot house inmates after June 2007 unless the state takes immediate action. The Governor has called for two proposals to address inadequate, outdated correctional facilities.

**Construct new prisons and fix aging infrastructure throughout the system**

- The Governor will propose the construction of two new state prisons to accommodate thousands of additional inmates, and using lease-revenue bonds to fund these projects.
    - Governor Schwarzenegger included new prisons in his January 2005 Strategic Growth Plan; the special session provides legislators and the Governor another opportunity to carefully evaluate and fund the state's prison infrastructure needs.
- He is also calling for infrastructure improvements and capital outlay throughout the correctional system, including upgrades to power, water, and wastewater systems and building new spaces to house prison administrative, health care, and support services.
    - Lack of space currently makes it difficult to provide comprehensive in-prison programs for inmates.
- Increasing prison space is not enough. The safety of prisoners and employees, and the ability of prisons to offer rehabilitative programs, depend on safe staffing levels. California needs more correctional officers and high-quality officer training.

**Expedite processes so construction can begin quickly and efficiently**

- Governor Schwarzenegger's fourth proposal will allow the state to streamline its procurement and construction processes, expediting proposed prison construction and the establishment secure parole re-entry facilities.
- The special session will allow the Legislature to specify how, precisely, bidding and procurement should be modified in the face of current emergency conditions. All options will be explored, and may include changes such as modifying CEQA requirements, or authorizing bond funding by program rather than by project.

Text Version | Email the Governor | Email Alerts | Internship Program | Technical Contact | RSS Feeds | Site Map | Privacy Policy | Conditions of Use

**CA State Homepage**

© 2008 State of California

**EXHIBIT "SMC-N"**

# Snapshot Study
# Old vs. New ID#'s

This study was submitted to Assistant Sheriff Trindle on June 13th, in response to his inquiry on the recidivism rate in San Mateo County

| March-08 | | |
|---|---|---|
| Total Reported Bookings for March = | **1647** | |
| New ID#s Issued = | **570** | 34.6% |
| Old ID#s Returning = | **1077** | 65.4% |

**65%** of the total 1647 bookings had one or more confinement dates prior to March 1st.
**35%** were booked into jail with New ID#s

| April-08 | | |
|---|---|---|
| Total Reported Bookings for April = | **1582** | |
| New ID#s Issued = | **478** | 30.2% |
| Old ID#s Returning = | **1104** | 69.8% |

**70%** of the total 1647 bookings had one or more confinement dates prior to April 1st.
**30%** were booked into jail with New ID#s

| May-08 | | |
|---|---|---|
| Total Reported Bookings for May = | **1741** | |
| New ID#s Issued = | **528** | 30.3% |
| Old ID#s Returning = | **1213** | 69.7% |

**70%** of the total 1741 bookings had one or more confinement dates prior to May 1st.
**30%** were booked into jail with New ID#s

**EXHIBIT "SMC-O"**

## Parolees Arrested in San Mateo County
## PC 3056

| Months of the Year | 2006 | 2007 | 2008 |
|---|---|---|---|
| Jan | 41 | 35 | 32 |
| Feb | 42 | 52 | 36 |
| Mar | 52 | 53 | 34 |
| Apr | 40 | 40 | 30 |
| May | 34 | 47 | 37 |
| Jun | 37 | 34 | 35 |
| Jul | 32 | 40 | 40 |
| Aug | 54 | 37 | 33 |
| Sep | 32 | 29 | 30 |
| Oct | 35 | 40 | |
| Nov | 43 | 38 | |
| Dec | 45 | 36 | |
| Total | 487 | 481 | 307 |

