# EXHIBIT "SMC-P"

# Maguire Correctional Facility
# CDC - State Prison Transfers
# January – October 2008

There is an average of 30 – 35 inmates transported to CDCR per week from MCF

Violators = Average of 15 – 17 inmates per week
New Commitments = Average of 15 – 17 inmates per week

## January 2008

| Jan-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Month Summary | Month Total | YTD Summary | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | | 21 | 21 | 12 | | | 14 | 21 | 13 | 20 | 18 | | | 21 | 17 | 12 | 12 | 19 | | | | 23 | 16 | 16 | 15 | | | 27 | 26 | 19 | 22 | | 195 | | |
| Sup Ct PJ female | | 7 | 2 | 4 | | | 6 | 6 | 1 | 4 | 4 | | | 5 | 15 | 3 | 2 | 1 | | | | 1 | 6 | 2 | 3 | | | 3 | 7 | 6 | 3 | | 90 | | |
| Sup Ct Trals | | 2 | 2 | 2 | | | 1 | 2 | 2 | | | | | 1 | 1 | 1 | 1 | 1 | | | | 3 | 1 | 1 | 1 | | | 8 | 13 | 10 | 9 | | 63 | | |
| MORRISEY HRG. | | 4 | | | | | 5 | | 2 | | | | | 6 | | 3 | | | | | | | 6 | | | | | | | | | | 24 | | 24 | 0 |
| South Argn male | | 16 | 20 | 7 | | | 13 | 9 | 9 | 9 | 7 | | | 20 | 8 | 13 | 11 | 14 | | | | 20 | 11 | 19 | 13 | | | 14 | 10 | 7 | 22 | | 275 | | |
| South Argn female | | 3 | 1 | 3 | | | 2 | 5 | 3 | 2 | 3 | | | 3 | 5 | 4 | 2 | 1 | | | | 7 | 0 | 5 | 1 | | | 3 | 3 | 4 | 4 | | 64 | | |
| South Other male | | 12 | 15 | 19 | | | 7 | 12 | 10 | 11 | 35 | | | 17 | | | | 17 | 21 | | | 12 | 17 | 11 | 31 | | | | | 3 | | | 250 | | |
| South Other female | | | | | | | | | | 2 | 4 | | | | | | 1 | 3 | | | | 1 | | 1 | 3 | | | | | 1 | | | 63 | | |
| South Remands | | 6 | 1 | | | | 1 | 3 | 3 | 2 | 1 | | | | 1 | 6 | 3 | | | | | 1 | 2 | 3 | 1 | | | | 1 | 4 | 1 | | 34 | | 34 | 0 |
| NMC Argn male | | 19 | 18 | 12 | | | 16 | 11 | 9 | 8 | 12 | | | 23 | 13 | 15 | 12 | 9 | | | | 23 | 13 | 21 | 10 | | | 20 | 9 | 12 | 18 | | 416 | | |
| NMC Argn female | | 3 | 3 | 2 | | | 4 | 3 | 4 | 4 | 7 | | | 4 | 4 | 4 | 3 | 3 | | | | 13 | 3 | 5 | 4 | | | 4 | 3 | 2 | 5 | | 83 | | |
| NMC male | | 1 | 22 | 5 | | | 21 | 3 | 3 | 27 | 2 | | | 13 | 4 | 3 | 19 | 4 | | | | 13 | 1 | 17 | 7 | | | 14 | | 3 | 22 | | 294 | | |
| NMC female | | 1 | 4 | 1 | | | 1 | 3 | 5 | 2 | 1 | | | 4 | 4 | 5 | 5 | | | | | 1 | 1 | 6 | 1 | | | 5 | | 1 | 4 | | 52 | | |
| NMC Remands | | 2 | 1 | | | | 1 | 1 | 1 | | | | | | 2 | 1 | 1 | 3 | | | | 1 | 1 | 5 | 4 | | | | 1 | 2 | | | 26 | | 528 | 0 |
| Pretrials | | | 10 | 11 | | | | | | 15 | 12 | | | | | | 17 | 16 | | | | | | 15 | 12 | | | | | | | | 108 | | |
| Hillcrest To & From | | | 1 | | | | 1 | 1 | 2 | 1 | 1 | | | 4 | 4 | 5 | 3 | 2 | | | | 2 | | 1 | | | | 1 | 1 | 1 | 2 | | 77 | | |
| MSF MCC | | 4 | 7 | 5 | | | 5 | 3 | 2 | 4 | 1 | | | 4 | 4 | 3 | 3 | 9 | | | | | 4 | 8 | 3 | | | | | 6 | | | 75 | | |
| SMCG Hospital | | 3 | 1 | 1 | | | 1 | 1 | 1 | | 2 | | | 1 | 1 | 1 | 1 | 1 | | | | 2 | 3 | 1 | 1 | | | 2 | 4 | | 2 | | 30 | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 9 | | |
| WCC | | 15 | 28 | 22 | | | 14 | 16 | 9 | 16 | 22 | | | 19 | 16 | 17 | 26 | 16 | | | | 21 | 18 | 30 | 16 | | | 15 | 18 | 19 | 27 | | 403 | | |
| Other Med | | 3 | | 1 | | | | | 2 | | | | | | | | | 1 | | | | | | | | | | | | | | | 7 | | |
| Other in County | | | | | | | | | | | 9 | | | | | | | | | | | | | | | | | | | | | | 9 | | |
| San Quentin | | 3 | | 12 | | | | | 4 | | | | | | | 9 | | 7 | | | | | 10 | | 5 | | | | | 8 | | | 58 | | |
| Other CDC | | | 1 | | | | | 1 | 2 | | | | | | | | | 2 | | | | | 1 | 1 | 1 | | | | 9 | | | | 19 | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| State Hospital | | 2 | | | | | | 1 | | 1 | | | | 1 | | | | | | | | | | 1 | 2 | | | | | | | | 8 | | |
| Other Counties | | 10 | 3 | 1 | | | 11 | 3 | 5 | 6 | 6 | | | 1 | 11 | 6 | 5 | 1 | | | | 5 | 21 | 4 | 6 | | | 5 | 7 | 4 | 3 | | 125 | | |
| Out of State | | | | | | | | | 1 | | | | | | | | 1 | 1 | | | | | | | | | | | | | | | 3 | | 208 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Monthly Grand Total | | YTD Grand Total | |

Total Commits to San Quentin Jan 08 - Oct 23, 2008
610

# February 2008

| Feb-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Summary | Totals | Summary | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 14 | | | 14 | 33 | 33 | 19 | 22 | | | 21 | | 24 | 12 | 21 | | | | 18 | 29 | 24 | 22 | | | 16 | 32 | 30 | 19 | 27 | | | | | | |
| Sup Ct PJ female | 4 | | | 2 | 2 | 2 | 1 | 1 | | | 1 | | 7 | 2 | 2 | | | | 1 | 8 | 2 | 1 | | | 2 | 2 | 2 | 2 | 1 | | | | | | |
| Sup Ct Trials | 18 | | | 1 | 2 | 2 | 2 | | | | 2 | | 9 | 2 | 2 | | | | 2 | 3 | 3 | 2 | | | 3 | 4 | 3 | 2 | 1 | | | | 0 | | 0 |
| MORRISEY HRG. | | | | 4 | | 8 | | | | | 6 | | 5 | | | | | | | | | | | | 6 | | | | | | | | 0 | | 0 |
| South Argn male | 6 | | | 12 | 8 | 8 | 9 | 9 | | | 22 | | 13 | 16 | 6 | | | | 27 | 17 | 10 | 12 | | | 14 | 11 | 15 | 12 | 10 | | | | | | |
| South Argn female | 3 | | | 7 | 2 | 4 | 1 | | | | 7 | | 4 | 2 | | | | | 8 | 3 | 3 | 1 | | | 8 | 2 | 1 | 0 | 2 | | | | | | |
| South Other male | | | | | | 9 | 12 | 40 | | | 4 | | | 8 | 18 | | | | 8 | 11 | 7 | 48 | | | 13 | 7 | 10 | 5 | 28 | | | | | | |
| South Other female | | | | | | 1 | 1 | 4 | | | | | | 1 | 3 | | | | 2 | 2 | 2 | 8 | | | 1 | 2 | 2 | 2 | 4 | | | | | | |
| South Remands | 1 | | | | 3 | 4 | | 5 | | | | | 1 | | 1 | | | | 1 | | | 5 | | | 1 | 2 | 1 | 1 | 1 | | | | 0 | | 0 |
| NMC Argn male | 11 | | | 29 | 13 | 12 | 12 | 13 | | | 24 | | 16 | 20 | 15 | | | | 37 | 14 | 19 | 13 | | | 22 | 14 | 11 | 13 | 12 | | | | | | |
| NMC Argn female | 2 | | | 5 | 5 | 2 | 2 | 2 | | | 0 | | 2 | 3 | 6 | | | | 7 | 3 | 3 | 2 | | | 8 | 3 | 1 | 2 | 1 | | | | | | |
| NMC male | 3 | | | 13 | 3 | 3 | 20 | 10 | | | 18 | | 3 | 28 | 5 | | | | 7 | 6 | 22 | 6 | | | 14 | 3 | 7 | 14 | 6 | | | | | | |
| NMC female | 1 | | | 5 | 1 | 1 | 2 | | | | | | 4 | 4 | 2 | | | | 4 | | 5 | 1 | | | | | | 7 | 1 | | | | | | |
| NMC Remands | 2 | | | 3 | 2 | 1 | 2 | 4 | | | 2 | | 1 | | | | | | | | 1 | | | | 3 | 2 | | 2 | | | | | 0 | | 0 |
| Pretrials | | | | | | | 18 | 16 | | | | | | | 8 | | | | | 20 | 9 | | | | | | | 12 | 9 | | | | | | |
| Hillcrest To & From | 2 | | | | 2 | | 2 | | | | 1 | | | 18 | 1 | | | | 1 | | 1 | | | | | 3 | 1 | 2 | | | | | | | |
| MSF MCC | | | | 2 | 2 | 6 | | | | | | | 8 | 7 | | | | | | | 6 | 6 | | | 4 | 3 | 1 | 5 | 1 | | | | | | |
| SMCG Hospital | | | | 1 | 2 | | 2 | | | | 3 | | 2 | 1 | | | | | | 3 | 2 | 2 | | | 3 | 1 | 4 | 1 | 1 | | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | |
| WCC | 16 | | | 27 | 10 | 16 | 21 | 13 | | | 8 | | 16 | 17 | 12 | | | | 15 | 21 | 25 | 12 | | | 17 | 9 | 8 | 13 | 13 | | | | | | |
| Other Med | 2 | | | | 1 | | | | | | | | 2 | | x | | | | | | | | | | | | | | | | | | | | |
| Other in County | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| San Quentin | 5 | | | | | | 12 | | | | | | 10 | | 6 | | | | | 5 | | 8 | | | | | 8 | | 10 | | | | | | |
| Other CDC | 1 | | | | | | | | | | | | | | | | | | 1 | 3 | | | | | | | 1 | | | | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | 1 | | | | | | 1 | | | | | | 1 | 1 | | | | | | | | | | | | 1 | | | | | | | | | |
| Other Counties | 9 | | | 10 | 5 | 6 | 2 | 9 | | | 9 | | 19 | | 5 | | | | 4 | 6 | 7 | 7 | | | 4 | 1 | 6 | 13 | 6 | | | | | | |
| Out of State | | | | | | | | | | | 1 | | | | | | | | | | 2 | 2 | | | | | | | | | | | | | |

Monthly Grand Total     YTD Grand Total

# March 2008

| Mar-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Subtotals | Totals | Summary | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | | | 22 | 34 | 32 | 20 | 21 | | | 19 | 31 | | 13 | 17 | | | 12 | 18 | 22 | 9 | 21 | | | 19 | 40 | 29 | 18 | 28 | | | | | | | |
| Sup Ct PJ female | | | 3 | 4 | 6 | 2 | | | | 1 | 5 | | 8 | 3 | | | 2 | 5 | 2 | 2 | 2 | | | 2 | 6 | 8 | 2 | 2 | | | | | | | |
| Sup Ct Trials | | | 4 | 4 | 3 | 4 | 3 | | | 4 | 3 | | 3 | 2 | | | 2 | 2 | 1 | | | | | 7 | 9 | 10 | 5 | 7 | | | | | | | |
| MORRISEY HRG. | | | | | 3 | | | | | 9 | | 4 | | | | | 7 | | | | | | | 4 | | | | | | | | | | | |
| South Argn male | | | 18 | 11 | 9 | 11 | 18 | | | 13 | 15 | | 10 | 9 | | | 20 | 10 | 8 | 9 | 12 | | | 23 | 10 | 9 | 17 | 12 | | | | | | | |
| South Argn female | | | 2 | 1 | 5 | 1 | 1 | | | 7 | 3 | | 3 | 1 | | | 2 | 1 | 1 | 1 | | | | 2 | 6 | 2 | 2 | 2 | | | | | | | |
| South Other male | | | 4 | 6 | 7 | 10 | 20 | | | 8 | 5 | 12 | 9 | 37 | | | 3 | 11 | 17 | 7 | 32 | | | | | | | | | | | | | | |
| South Other female | | | | | 1 | 1 | 6 | | | 1 | 1 | 1 | 1 | 6 | | | | 2 | 4 | | 3 | | | | | | | | | | | | | | |
| South Remands | | | | | | | 3 | | | | 1 | 1 | 1 | 1 | | | 1 | 1 | 4 | | | | | 2 | 2 | 6 | 1 | 1 | | | | | | | |
| NMC Argn male | | | 23 | 14 | 11 | 12 | 7 | | | 19 | 12 | | 22 | 13 | | | 28 | 15 | 18 | 11 | 14 | | | 19 | 11 | 22 | 16 | 14 | | | | | | | |
| NMC Argn female | | | 3 | 0 | 2 | | 2 | | | 7 | 2 | | 2 | 4 | | | 3 | 2 | 3 | | 2 | | | 3 | 2 | 5 | 5 | 2 | | | | | | | |
| NMC male | | | 20 | 7 | 4 | 25 | 4 | | | 21 | 4 | | 33 | 6 | | | 13 | 8 | 2 | 16 | 9 | | | 20 | 4 | 5 | 22 | 6 | | | | | | | |
| NMC female | | | 6 | 0 | | 4 | 1 | | | 1 | | | 3 | 1 | | | 5 | | 1 | 2 | | | | 4 | 2 | 1 | 5 | 1 | | | | | | | |
| NMC Remands | | | 3 | | 5 | 1 | 1 | | | 3 | 2 | | | | | | 5 | | | | | | | 1 | | 1 | 1 | | | | | | | | |
| Pretrials | | | | | | 20 | 7 | | | | | | 13 | 14 | | | | | | 14 | 11 | | | | | | | 14 | | | | | | | |
| Hillcrest To & From | | | | | | 1 | | | | 2 | 1 | | 2 | | | | 1 | 4 | | | | | | 1 | 2 | | 2 | | | | | | | | |
| MSF MCC | | | 5 | 1 | 6 | 10 | | | | | | | 4 | | | | 6 | 1 | 12 | | 3 | | | 6 | 4 | 6 | 3 | 6 | | | | | | | |
| SMCG Hospital | | | 2 | 1 | 2 | 1 | 1 | | | | 3 | | 1 | 1 | | | 1 | 4 | 2 | 2 | 1 | | | 3 | | 3 | | 1 | | | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | | | 15 | 7 | 12 | 28 | 10 | | | 18 | 12 | 7 | 24 | 21 | | | 16 | 19 | 13 | 14 | 16 | | | 11 | 12 | 20 | 18 | 20 | | | | | | | |
| Other Med | | | | | | | | | | 1 | 4 | | | | | | | 2 | 2 | 1 | | | | 1 | | 2 | 3 | | | | | | | | |
| Other in County | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| San Quentin | | | | | 7 | | | | | | | 5 | | 6 | | | | | 10 | | 12 | | | | 5 | | | 12 | | | | | | | |
| Other CDC | | | | | | | 1 | | | | | 1 | 5 | | | | 1 | | 3 | 3 | | | | | | | | | | | | | | | |
| CYA all | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | | | 1 | | | | | | | | | | 2 | | | | | 1 | 2 | | 1 | | | | | | 2 | 1 | | | | | | | |
| Other Counties | | | 3 | 11 | 6 | | 9 | | | 7 | 15 | | | 10 | | | 3 | 3 | 9 | 2 | 4 | | | 8 | 15 | 8 | 3 | 11 | | | | | | | |
| Out of State | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | 1 | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Monthly Grand Total | | YTD Grand Total | |

## April 2008

| Apr-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Saturdays | Sundays | YTD Holidays | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 22 | 31 | 16 | 22 | | | 12 | 38 | 12 | 21 | 18 | | | 13 | 35 | 27 | 15 | 23 | | | 18 | 25 | 23 | 21 | 29 | | | 19 | 25 | 16 | | | | | |
| Sup Ct PJ female | 2 | 6 | 1 | 3 | | | 3 | 4 | 4 | 2 | 4 | | | 4 | 4 | 4 | 1 | | | | 2 | 4 | 6 | 3 | 4 | | | 3 | 3 | 4 | | | | | |
| Sup Ct Trials | 11 | 15 | 13 | 13 | | | 7 | 12 | 8 | 4 | | | | 12 | 10 | 9 | 9 | | | | 8 | 2 | 8 | 2 | 10 | | | 7 | 4 | 3 | | | | | |
| MORRISEY HRG. | | 2 | | | | | 7 | 7 | 10 | | | | | 4 | | 2 | | | | | | | 4 | 4 | | | | 5 | | 3 | | | | | |
| South Argn male | 8 | 11 | 35 | 9 | | | 20 | 9 | 14 | 11 | 13 | | | 20 | 16 | 6 | 8 | 11 | | | 20 | 18 | 10 | 15 | 12 | | | 19 | 9 | 11 | | | | | |
| South Argn female | 1 | 5 | 5 | 2 | | | 2 | 3 | 1 | | 1 | | | 2 | 2 | 2 | | 1 | | | 3 | 1 | 1 | 1 | 1 | | | 2 | 4 | | | | | | |
| South Other male | | | | | | | | | | 10 | 32 | | | | | | | 27 | | | | 10 | | 12 | | | | | 5 | 8 | | | | | |
| South Other female | | | | | | | | | | 1 | 8 | | | | | | | 8 | | | | 1 | | 2 | | | | | | 2 | | | | | |
| South Remands | 1 | 4 | 1 | 3 | | | 2 | 1 | | | 1 | | | 2 | 2 | 1 | | | | | 3 | 1 | | 2 | 2 | | | 3 | 4 | | | | | | |
| NMC Argn male | 14 | 15 | 38 | 14 | | | 16 | 11 | 10 | 13 | 10 | | | 24 | 11 | 8 | 13 | 12 | | | 13 | 15 | 13 | 13 | 16 | | | 29 | 12 | 13 | | | | | |
| NMC Argn female | 8 | 2 | 7 | 4 | | | 4 | 3 | 4 | 3 | 5 | | | 8 | 3 | 2 | 5 | 0 | | | 6 | 5 | 1 | 3 | 8 | | | 3 | 5 | 2 | | | | | |
| NMC male | 19 | 4 | 10 | 4 | | | 16 | 2 | 2 | 31 | 13 | | | 13 | 8 | 2 | 27 | 5 | | | 18 | 5 | 2 | 17 | 4 | | | 11 | 3 | 6 | | | | | |
| NMC female | 3 | 3 | 1 | 2 | | | 4 | 2 | 1 | 4 | | | | 4 | 3 | 3 | 3 | 1 | | | 2 | | 4 | | 1 | | | 5 | 1 | 1 | | | | | |
| NMC Remands | 1 | 2 | 1 | 1 | | | 3 | 2 | | | 1 | | | | 1 | 1 | 2 | | | | 1 | | | | | | | 3 | | | | | | | |
| Pretrials | | | | | | | | | | 18 | 20 | | | | | | 10 | 13 | | | | | | 20 | | | | | | | | | | | |
| Hillcrest To & From | 1 | 1 | 1 | | | | | | 2 | 2 | | | | | | 1 | | | | | | 1 | | 1 | | | | | | 2 | | | | | |
| MSF MCC | 10 | 4 | 3 | 9 | | | 4 | | 3 | 10 | 8 | | | 5 | 8 | 2 | 8 | 5 | | | 2 | 2 | | 4 | 2 | | | 6 | 6 | 4 | | | | | |
| SMCG Hospital | | 3 | 3 | 2 | | | 2 | 2 | 1 | 4 | 1 | | | 3 | 4 | 4 | 2 | 2 | | | | 3 | 3 | 1 | | | | 2 | 2 | 1 | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | 21 | 15 | 18 | 25 | | | 22 | 11 | 16 | 14 | 26 | | | 19 | 13 | 6 | 13 | 12 | | | 15 | 7 | 6 | 23 | 21 | | | 10 | 9 | 7 | | | | | |
| Other Med | | | | 3 | | | | 4 | | | | | | 1 | 2 | 2 | | 1 | | | 1 | | | | | | | 2 | 1 | | | | | | |
| Other in County | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| San Quentin | | 5 | | 11 | | | | | 7 | | 11 | | | | | 8 | | 19 | | | | | 11 | | 3 | | | | | 6 | | | | | |
| Other CDC | 1 | 1 | | | | | | | | | | | | | | | | 1 | | | | | | | 6 | | | | | 1 | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | | | | | | | | | | | | | | | | | | | 1 | | | | | 1 | | | | | 1 | | | | | | |
| Other Counties | 7 | 10 | 6 | 12 | | | 3 | 7 | 14 | | | | | 3 | 5 | 6 | 2 | 7 | | | 15 | 7 | 12 | 5 | 12 | | | 6 | 9 | 5 | | | | | |
| Out of State | | | | | | | | | | | 11 | | | | | | | | | | | | | | | | | | | 1 | | | | | |

Monthly Grand Total     YTD Grand Total

# May 2008

| May-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Summary | Month Bills | Summary | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 17 | 15 | | | 15 | 39 | 23 | 20 | 26 | | | 5 | 29 | 16 | 21 | 19 | | | 24 | 33 | 17 | 16 | 29 | | | | 23 | 28 | 18 | 22 | | | | | |
| Sup Ct PJ female | | 2 | | | 10 | 6 | 5 | 2 | 3 | | | 12 | 5 | 5 | 3 | 3 | | | 4 | 8 | 5 | 3 | 1 | | | | 2 | 3 | 2 | 4 | | | | | |
| Sup Ct Trials | 5 | 11 | | | 9 | 4 | 2 | 3 | | | | | 5 | 10 | 5 | 1 | | | 4 | 4 | 3 | 3 | 22 | | | | 4 | 4 | 4 | 1 | | | | | 0 |
| MORRISEY HRG. | | | | | 6 | | 4 | | | | | 6 | | 5 | | | | | | 4 | 5 | | | | | | 5 | | | | | | | | 0 |
| South Argn male | 8 | 17 | | | 10 | 13 | 12 | 14 | 10 | | | 18 | 12 | 15 | 13 | 12 | | | 21 | 9 | 11 | 12 | 10 | | | | n | 11 | 14 | 16 | | | | | |
| South Argn female | 3 | 4 | | | 8 | 2 | 1 | 3 | 1 | | | 5 | 3 | 2 | 2 | 1 | | | 9 | 1 | 2 | 3 | 2 | | | | 6 | 5 | 5 | 2 | | | | | |
| South Other male | | | | | | 13 | 18 | 10 | 27 | | | | | | | 25 | | | 5 | 13 | 12 | 8 | 16 | | | | 9 | 16 | 13 | 11 | | | | | |
| South Other female | | | | | | | | 1 | 6 | | | | | | | 10 | | | 1 | 1 | | 1 | | | | | 1 | 2 | 2 | 4 | | | | | |
| South Remands | 5 | 1 | | | 1 | 1 | 2 | 2 | 2 | | | 1 | 2 | 2 | 2 | 1 | | | 4 | | 2 | 1 | 1 | | | | | | 4 | 2 | | | | | |
| NMC Argn male | 15 | 8 | | | 16 | 13 | 14 | 14 | 6 | | | 22 | 11 | 12 | 15 | 14 | | | 24 | 16 | 10 | 14 | 13 | | | | 55 | 19 | 10 | 7 | | | | | |
| NMC Argn female | 1 | 2 | | | 6 | 1 | 1 | 3 | 3 | | | 5 | 2 | 4 | 2 | 3 | | | 3 | | 2 | 8 | 1 | | | | 6 | 4 | 3 | 5 | | | | | |
| NMC male | 11 | 6 | | | 8 | 6 | 8 | 15 | 11 | | | | 4 | 5 | 22 | 1 | | | 11 | 2 | 4 | 15 | 7 | | | | 8 | 6 | 21 | 6 | | | | | |
| NMC female | 3 | 1 | | | 16 | | | 4 | 1 | | | | 4 | 1 | 1 | 2 | | | 3 | | | 3 | | | | | | | 4 | | | | | | |
| NMC Remands | | 2 | | | 1 | | | 4 | 1 | | | 3 | | 2 | 1 | 1 | | | | | | | 5 | | | | 1 | 1 | | | | | | | 0 |
| Pretrials | 19 | 10 | | | | | | 15 | 13 | | | | | | 19 | 7 | | | | | | 13 | 15 | | | | | | 20 | 16 | | | | | |
| Hillcrest To & From | | 2 | | | 1 | 2 | 2 | 2 | | | | 1 | | 2 | | 1 | | | | 3 | | 1 | | | | | 1 | | 2 | | | | | | |
| MSF MCC | 7 | | | | 1 | 1 | | 7 | | | | | | 3 | 3 | 7 | | | 4 | | 4 | | | | | | 1 | 3 | | 7 | | | | | |
| SMCG Hospital | 2 | | | | 4 | | | | 1 | | | 4 | 3 | 3 | 1 | | | | | 1 | 4 | 3 | 2 | | | | 2 | | 2 | 2 | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | 11 | 10 | | | 10 | 10 | 6 | 9 | 14 | | | 8 | 9 | 11 | 14 | 17 | | | 14 | 16 | 14 | 11 | 17 | | | | 11 | 9 | 29 | 17 | | | | | |
| Other Med | | 2 | | | | | | 1 | | | | 1 | 2 | 2 | 1 | | | | | 2 | | | | | | | | | | | | | | | |
| Other in County | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| San Quentin | | 10 | | | | | | | | | | | | 5 | | 8 | | | | | 10 | | 9 | | | | | 7 | | 8 | | | | | |
| Other CDC | 2 | | | | | 3 | | | | | | | | | 4 | | | | | 2 | | 3 | 4 | | | | | 1 | | | | | | | |
| CYA all | | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | 3 | | | | | | |
| State Hospital | 2 | | | | | | | | | | | | | 1 | 1 | | | | | 1 | | | | | | | | | | | | | | | |
| Other Counties | 1 | 14 | | | 2 | 6 | 11 | 3 | 6 | | | 9 | 2 | 10 | 3 | 12 | | | | 5 | 12 | | 1 | | | | 16 | 3 | | 1 | | | | | |
| Out of State | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |

Monthly Grand Total    YTD Grand Total

## June 2008

| Jun-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Saturday | Month Totals | Sunday | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male |  | 20 | 31 | 20 | 14 | 20 |  |  | 19 | 34 | 27 | 18 | 14 |  |  | 18 | 30 | 16 | 14 | 14 |  |  | 14 | 24 | 21 | 19 | 28 |  |  | 11 |  |  |  |  |  |
| Sup Ct PJ female |  | 1 | 6 | 6 | 2 | 2 |  |  | 5 | 4 | 4 | 4 | 4 |  |  | 4 | 4 | 3 | 1 | 2 |  |  | 5 | 4 | 5 | 5 | 2 |  |  | 3 |  |  |  |  |  |
| Sup Ct Trials |  | 3 | 10 | 3 | 4 | 14 |  |  | 6 | 9 | 7 | 3 | 1 |  |  | 2 | 2 | 4 | 3 | 1 |  |  | 2 | 3 | 2 | 2 | 2 |  |  | 1 |  |  |  |  |  |
| MORRISEY HRG |  | 5 |  | 4 |  |  |  |  | 8 |  | 7 |  |  |  |  | 4 |  | 3 |  |  |  |  | 2 |  | 3 |  |  |  |  | 8 |  |  |  |  |  |
| South Argn male |  | 19 | 4 | 12 | 11 | 9 |  |  | 27 | 13 | 13 | 15 | 8 |  |  | 15 | 6 | 6 | 10 | 8 |  |  | 27 | 15 | 17 | 14 | 10 |  |  | 19 |  |  |  |  |  |
| South Argn female |  | 4 | 3 | 2 | 3 | 2 |  |  | 3 | 2 | 5 | 1 | 2 |  |  | 3 | 2 | 1 |  |  |  |  | 3 | 3 | 2 | 2 | 1 |  |  | 2 |  |  |  |  |  |
| South Other male |  | 6 | 2 | 19 | 6 |  |  |  | 2 |  | 3 | 9 | 39 |  |  | 7 | 13 | 16 | 12 | 23 |  |  | 6 | 1 | 9 | 17 | 23 |  |  | 4 |  |  |  |  |  |
| South Other female |  | 2 | 1 |  |  |  |  |  | 6 |  | 1 | 1 | 4 |  |  |  | 1 | 2 | 1 | 4 |  |  | 1 | 1 | 2 |  | 6 |  |  |  |  |  |  |  |  |
| South Remands |  |  |  |  |  | 1 | 1 |  |  |  | 2 | 1 |  |  |  |  | 1 | 3 |  | 1 |  |  | 1 | 3 | 1 | 3 | 1 |  |  |  |  |  |  |  |  |
| NMC Argn male |  | 27 | 16 | 9 | 17 | 22 |  |  | 25 | 19 | 16 | 19 | 21 |  |  | 30 | 13 | 10 | 14 | 11 |  |  | 20 | 19 | 8 | 14 | 11 |  |  | 30 |  |  |  |  |  |
| NMC Argn female |  | 3 | 4 | 1 | 2 | 5 |  |  | 4 | 2 | 4 | 4 | 2 |  |  | 6 | 5 | 3 | 2 | 2 |  |  | 8 | 2 | 1 | 3 | 5 |  |  | 6 |  |  |  |  |  |
| NMC male |  | 25 | 1 | 4 | 19 |  |  |  | 10 | 9 | 5 | 22 | 6 |  |  | 12 | 4 | 8 | 15 | 6 |  |  | 10 | 4 | 14 | 11 | 7 |  |  | 3 |  |  |  |  |  |
| NMC female |  | 4 | 1 | 1 | 2 |  |  |  | 2 | 1 | 1 | 2 |  |  |  | 3 | 1 | 1 | 1 | 3 |  |  | 8 | 1 | 3 |  | 1 |  |  |  |  |  |  |  |  |
| NMC Remands |  |  | 3 |  | 1 | 2 |  |  |  | 1 | 1 |  |  |  |  | 1 | 3 |  |  |  |  |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  |
| Pretrials |  |  |  |  | 14 |  |  |  |  |  |  | 19 | 16 |  |  |  |  |  | 19 |  |  |  |  |  |  | 22 | 12 |  |  |  |  |  |  |  |  |
| Hillcrest To & From |  | 2 | 2 | 2 | 1 |  |  |  | 1 | 3 | 2 | 1 |  |  |  |  | 1 | 2 |  | 2 |  |  |  |  | 1 |  |  |  |  | 1 |  |  |  |  |  |
| MSF MCC |  | 6 | 4 |  |  |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  | 7 |  |  | 3 | 3 | 2 | 3 | 6 |  |  |  |  |  |  |  |  |
| SMCG Hospital |  | 1 | 1 | 1 | 1 | 3 |  |  | 3 | 2 | 3 | 1 | 1 |  |  | 3 | 2 | 1 | 1 | 5 |  |  | 2 | 1 | 1 | 2 | 1 |  |  | 1 |  |  |  |  |  |
| SMCG ER PES |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| WCC |  | 15 | 11 | 13 | 6 | 23 |  |  | 16 | 11 | 14 | 20 | 20 |  |  | 18 | 16 | 13 | 21 | 16 |  |  | 13 | 9 | 17 | 12 | 15 |  |  | 5 |  |  |  |  |  |
| Other Med |  |  |  |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |  |  |  |  |  |
| Other in County |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |
| San Quentin |  |  |  | 5 |  | 8 |  |  |  |  | 6 |  | 8 |  |  | 2 |  | 5 |  | 8 |  |  |  |  | 7 |  | 12 |  |  |  |  |  |  |  |  |
| Other CDC |  |  | 5 |  |  |  |  |  |  |  | 5 | 1 |  |  |  | 2 |  |  | 1 | 3 |  |  |  |  |  |  | 1 |  |  |  |  |  |  |  |  |
| CYA all |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| State Hospital |  |  |  |  |  |  |  |  |  | 1 |  | 1 |  |  |  |  | 1 |  |  |  |  |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  |
| Other Counties |  | 13 | 3 | 3 | 5 | 6 | 1 |  | 2 | 8 | 9 | 6 | 3 |  |  | 1 | 3 | 12 | 1 | 3 |  |  | 7 | 8 | 6 | 2 | 2 |  |  | 4 |  |  |  |  |  |
| Out of State |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |  | 1 |  |  |  |  | 2 | 1 | 1 |  |  |  |  |  |  |  |  |  |

Monthly Grand Total          YTD Grand Total

## July 2008

| Jul-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Sundays | Month | Totals | Summary | MTD | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 34 | 23 | 24 | | | | 22 | 33 | 17 | 15 | 26 | | | 9 | 25 | 21 | 11 | 24 | | | 22 | 32 | 23 | 21 | 15 | | | 27 | 38 | 18 | 22 | | | | | |
| Sup Ct PJ female | 3 | 4 | 1 | | | | 4 | 9 | 11 | | 2 | | | 2 | 5 | 2 | 6 | | | | 2 | 4 | 3 | | 3 | | | 2 | 2 | 7 | 1 | | | | | |
| Sup Ct Trials | 2 | 2 | 1 | | | | 2 | 2 | 3 | 1 | 1 | | | 1 | 2 | 1 | 1 | 1 | | | 3 | 3 | 2 | 1 | | | | 1 | 1 | 2 | 1 | | | | | |
| MORRISEY HRG. | | | | | | | | | 6 | | | | | | 8 | | | | | | | | 6 | | | | | 6 | | 6 | | | | | | |
| South Argn male | 8 | 5 | 7 | | | | 26 | 7 | 11 | 9 | 10 | | | 9 | 14 | 12 | 9 | 9 | | | 15 | 8 | 11 | 8 | 9 | | | 20 | 8 | 14 | 12 | | | | | |
| South Argn female | 1 | | 2 | | | | 2 | 3 | 3 | 3 | 3 | | | 3 | 7 | 1 | 1 | 2 | | | 2 | 3 | 1 | 1 | 1 | | | 1 | 0 | 3 | 2 | | | | | |
| South Other male | 6 | 10 | 16 | | | | 3 | 6 | 15 | 7 | 29 | | | 8 | 5 | 11 | 15 | 20 | | | 5 | 8 | 10 | 5 | 29 | | | 7 | 8 | 7 | 8 | | | | | |
| South Other female | 3 | 6 | | | | | | 1 | | | 9 | | | 2 | 2 | 1 | 2 | 7 | | | | 1 | | | 6 | | | | | 1 | 4 | | | | | |
| South Remands | 1 | 1 | | | | | | 2 | 4 | 1 | | | | 1 | 2 | | | 2 | | | | | 1 | | 2 | | | | 3 | 3 | 2 | | | | | |
| NMC Argn male | 18 | 12 | 10 | | | | 24 | 17 | 9 | 14 | 10 | | | 18 | 13 | 14 | 10 | 11 | | | 28 | 14 | 17 | 13 | 12 | | | 20 | 7 | 12 | 15 | | | | | |
| NMC Argn female | 4 | 3 | 3 | | | | 1 | 2 | 6 | 4 | 3 | | | 1 | 2 | 2 | 1 | 3 | | | 5 | 7 | 2 | 5 | 2 | | | 5 | 1 | 3 | 10 | | | | | |
| NMC male | 3 | 9 | 14 | | | | 18 | 3 | 5 | 23 | 3 | | | 12 | 6 | 6 | 19 | 5 | | | 6 | 3 | 5 | 16 | 4 | | | 18 | 3 | 6 | 22 | | | | | |
| NMC female | | 3 | 8 | | | | 4 | 4 | 3 | 3 | | | | 3 | 2 | | 3 | 2 | | | 1 | | | 6 | 1 | | | 3 | | | 3 | | | | | |
| NMC Remands | | | | | | | 1 | 1 | 1 | 1 | | | | 5 | | 1 | | | | | | | 1 | 2 | | | | 3 | | | | | | | | |
| Pretrials | | | 31 | | | | | | | | 14 | | | | | | 15 | 16 | | | | | | 20 | 13 | | | | | | 17 | | | | | |
| Hillcrest To & From | 2 | | 1 | | | | | | 2 | 2 | | | | | 2 | 1 | | | | | 2 | 1 | | . | | | | | 1 | | | | | | | |
| MSF MCC | | | | | | | 20 | 5 | 3 | 2 | 2 | | | 4 | 5 | | | | | | 7 | | | 3 | | | | 2 | | | | | | | | |
| SMCG Hospital | 2 | | 1 | | | | 2 | 3 | | 2 | 3 | | | 3 | 2 | | | 2 | | | 4 | 2 | 3 | 1 | 2 | | | 2 | 3 | 1 | 1 | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | 8 | 8 | 17 | | | | 13 | 12 | 19 | 22 | 16 | | | 12 | 8 | 11 | 17 | 23 | | | 14 | 16 | 7 | 16 | 17 | | | 10 | 6 | 20 | 20 | | | | | |
| Other Med | 1 | | | | | | | 3 | | | | | | 2 | | 1 | | | | | | | | | 1 | | | 2 | | | | | | | | |
| Other In County | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |
| San Quentin | | 7 | | | | | | | 7 | | | | | | | | 7 | | | | | | 4 | | 3 | | | | | | | | | | | |
| Other CDC | 6 | | | | | | | | | | 8 | | | 1 | 9 | 1 | | 8 | | | | | 1 | 1 | 1 | | | | | | | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | | | | | | | | 1 | | 1 | | | | | 2 | | 1 | | | | | | | | | | | | | | 1 | | | | | |
| Other Counties | 4 | 14 | 4 | | | | 2 | 5 | 10 | 5 | 4 | | | 2 | 8 | 13 | 6 | 4 | | | 3 | 7 | 5 | 4 | 4 | | | 2 | 12 | 5 | 3 | | | | | |
| Out of State | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | 1 | | | | | |

Monthly Grand Total    YTD Grand Total

## August 2008

| Aug-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Submitted | Monthly Totals | Summary | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 22 | | | 19 | 25 | 23 | 10 | 18 | | | 17 | 22 | 22 | 25 | 25 | | | 18 | 30 | 17 | 20 | 24 | | | 18 | 30 | 23 | 23 | 25 | | | | | | |
| Sup Ct PJ female | 4 | | | 2 | 4 | 4 | 1 | 4 | | | 3 | 2 | 6 | 4 | 1 | | | 4 | 4 | 6 | 3 | 5 | | | 1 | 1 | 3 | 6 | 2 | | | | | | |
| Sup Ct Trials | | | | | | | 3 | | | | 1 | 3 | | | | | | 2 | 4 | 5 | 3 | 1 | | | 2 | 4 | 1 | 1 | 1 | | | | | | |
| MORRISEY HRG. | | | | 6 | | 7 | | | | | | | 1 | | | | | | | 2 | | | | | | | 1 | | | | | | | | |
| South Argn male | 11 | | | 23 | 13 | 14 | 8 | 12 | | | 21 | 15 | 12 | 11 | 14 | | | 24 | 26 | 11 | 16 | 16 | | | 28 | 12 | 7 | 8 | 13 | | | | | | |
| South Argn female | 1 | | | 3 | 1 | 3 | 0 | 4 | | | 3 | 1 | 2 | 1 | | | | 3 | 4 | 1 | 1 | | | | | | 4 | 2 | 3 | | | | | | |
| South Other male | 25 | | | 14 | 3 | 13 | | 22 | | | 7 | | 12 | 6 | | | | 2 | 1 | 5 | 2 | | | | 8 | | 8 | 9 | 23 | | | | | | |
| South Other female | 2 | | | 1 | 1 | | | 3 | | | | | 1 | | | | | 1 | | 1 | | | | | | | 1 | 1 | 8 | | | | | | |
| South Remands | 2 | | | | 3 | 3 | 3 | 1 | | | 2 | | 2 | | 2 | | | | 2 | 1 | 4 | 1 | | | 2 | 1 | 1 | 1 | | | | | | | |
| NMC Argn male | 18 | | | 26 | 18 | 10 | 16 | 14 | | | 19 | 4 | 13 | 13 | 19 | | | 25 | 23 | 8 | 19 | 14 | | | 27 | 18 | 11 | 12 | 17 | | | | | | |
| NMC Argn female | 2 | | | 5 | 2 | 2 | 6 | 3 | | | 4 | 1 | 4 | 2 | 4 | | | 3 | 2 | 2 | 3 | 6 | | | 9 | 5 | 1 | 1 | 3 | | | | | | |
| NMC male | 6 | | | 9 | 3 | 1 | | 5 | | | 8 | 10 | 10 | 27 | 5 | | | 15 | 4 | 10 | 7 | 1 | | | 5 | 3 | 8 | 14 | 5 | | | | | | |
| NMC female | | | | 2 | | | | 1 | | | 1 | | | 3 | 1 | | | 2 | 1 | 1 | 10 | | | | 2 | 1 | | 1 | | | | | | | |
| NMC Remands | | | | 1 | | | 2 | | | | | | | 3 | 1 | | | 3 | 1 | | 1 | | | | 3 | | | 1 | | | | | | | |
| Pretrials | 14 | | | | | | 14 | 16 | | | | | | 19 | | | | | | | | 20 | | | | | | 16 | 17 | | | | | | |
| Hillcrest To & From | 1 | | | 1 | 2 | 2 | | | | | 4 | | 2 | | 2 | | | 2 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| MSF MCC | | | | | 7 | | | | | | 10 | | 11 | 7 | | | | | 2 | | | | | | 4 | 2 | 3 | 5 | | | | | | | |
| SMCG Hospital | 1 | | | 3 | 3 | | 2 | 1 | | | 2 | 1 | 2 | 4 | 1 | | | | 2 | 2 | 1 | 1 | | | 1 | 1 | | 1 | | | | | | | |
| ER RUNS | | | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | 17 | | | 1 | 12 | 9 | 17 | 15 | | | 11 | 11 | 15 | 19 | 13 | | | 20 | 10 | 14 | 13 | 16 | | | 11 | 7 | 8 | 26 | | | | | | | |
| Other Med | | | | | 1 | | | | | | | 1 | 1 | | 2 | | | | | | 1 | | | | | | | | 1 | | | | | | |
| Other In County | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |
| San Quentin | 7 | | | | | 14 | | 13 | | | 1 | 1 | 8 | 7 | 7 | | | | | 8 | | 7 | | | | | 9 | | 7 | | | | | | |
| Other CDC | | | | | | | | | | | 1 | 1 | 5 | 1 | 1 | | | | | | | | | | | 7 | | | | | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | 4 | | | 8 | 6 | 6 | 10 | | | | | | 7 | 10 | 5 | 2 | | 2 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 3 | 12 | | | | | | |
| Other Counties | 1 | | | 1 | 1 | | | | | | | | | | | | | 2 | 13 | 6 | 5 | 8 | | | 2 | 10 | 8 | 3 | 12 | | | | | | |
| Out of State | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Monthly Grand Total

YTD Grand Total

# September 2008

| Sep-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Summary | Transfers | Superiors | YTD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SupCtPJ male | | 19 | 31 | 19 | 26 | | | 13 | 32 | 21 | 21 | 21 | | | 19 | 29 | 30 | 17 | 21 | | | 22 | 24 | 15 | 25 | 16 | | | 15 | 24 | | | | | |
| Sup Ct PJ female | | 2 | 4 | 5 | 3 | | | 14 | 5 | 8 | | 4 | | | 2 | 4 | 5 | | 3 | | | 1 | 4 | 1 | 2 | 4 | | | 1 | 1 | | | | | |
| Sup Ct Trials | | 5 | 3 | 2 | 5 | | | 2 | 2 | 1 | | | | | 1 | | | | | | | | | 3 | 8 | 1 | | | 1 | 3 | | | | | |
| MORRISEY HRG. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Argn male | | 28 | 11 | 14 | 10 | | | 14 | 7 | 7 | 18 | 16 | | | 9 | 5 | 10 | 7 | 13 | | | 23 | 13 | 20 | 15 | 11 | | | 20 | 9 | | | | | |
| South Argn female | | 3 | 2 | 4 | 5 | | | 3 | 1 | 4 | 2 | 1 | | | 2 | 2 | 2 | 3 | 1 | | | 2 | 4 | 1 | 1 | 3 | | | 1 | 2 | | | | | |
| South Other male | | 3 | 3 | 6 | 10 | | | 10 | 6 | 13 | 9 | 17 | | | 10 | 3 | 13 | 7 | 19 | | | 11 | 9 | 1 | 2 | 12 | | | 2 | 8 | | | | | |
| South Other female | | | 1 | 1 | 3 | | | 2 | 5 | 4 | 1 | 1 | | | | | 1 | 1 | 7 | | | | | 2 | 1 | 2 | | | | | | | | | |
| South Remands | | 2 | 3 | 5 | 2 | | | 3 | 2 | 1 | 1 | | | | | 2 | 1 | 6 | 1 | | | 1 | 3 | 2 | 1 | | | | 2 | 2 | | | | | |
| NMC Argn male | | 29 | 9 | 13 | 12 | | | 28 | 15 | 10 | 11 | 14 | | | 19 | 12 | 13 | 9 | 11 | | | 21 | 11 | 18 | 12 | 19 | | | 18 | 6 | | | | | |
| NMC Argn female | | 2 | 4 | 4 | 4 | | | 5 | 3 | 4 | 2 | 4 | | | 6 | 2 | 3 | 2 | 8 | | | 6 | 3 | 2 | 2 | 3 | | | 3 | | | | | | |
| NMC male | | 6 | 2 | 20 | 1 | | | 12 | 6 | 18 | 15 | 14 | | | 17 | 8 | 8 | 20 | 4 | | | 18 | 2 | 10 | 2 | | | | 4 | | | | | | |
| NMC female | | | 1 | 8 | | | | 5 | 1 | 2 | 7 | 8 | | | 3 | 1 | | 3 | 1 | | | 2 | 4 | 5 | 2 | | | | | | | | | | |
| NMC Remands | | 2 | 1 | 3 | 3 | | | 4 | 1 | 1 | 1 | 1 | | | | | 1 | 4 | 1 | | | | 2 | 2 | 1 | | | | 2 | 2 | | | | | |
| Pretrial | | | | | | | | | | | 14 | | | | | | | 18 | 8 | | | 8 | | 3 | | 13 | | | | | | | | | |
| Hillcrest To & From | | 1 | 1 | 2 | 2 | | | | | 1 | 1 | | | | | 1 | 1 | 1 | | | | 2 | 2 | 3 | 1 | | | | 3 | | | | | | |
| MSF MCC | | | | 4 | | | | | | | | 12 | | | 3 | 8 | 8 | | 6 | | | 5 | 2 | 11 | 2 | 3 | | | 1 | | | | | | |
| SMCG Hospital | | | 2 | | 3 | | | 1 | 3 | 2 | 4 | 4 | | | 1 | 1 | | 1 | 1 | | | 4 | | 2 | 3 | 1 | | | 2 | | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WCC | | 10 | 17 | 32 | 18 | | | 17 | 10 | 21 | 17 | 18 | | | 16 | 10 | 9 | 16 | 8 | | | 20 | 11 | 15 | 10 | 19 | | | 15 | | | | | | |
| Other Med | | | | | 1 | | | | | 1 | 1 | | | | | | | | | | | | | | | 1 | | | 1 | | | | | | |
| Other in County | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| San Quentin | | | 8 | | 5 | | | | | 5 | | 7 | | | | 1 | 6 | | 9 | | | | | | 6 | | | | | | | | | | |
| Other CDC | | | | | | | | | 3 | | | | | | | | 1 | 3 | 1 | | | | | | | | | | | | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | | | | 2 | 1 | | | | | | 1 | | | | | 2 | 1 | | | | | 1 | 1 | | | | | | | | | | | | |
| Other Counties | | 4 | 7 | 6 | 6 | | | | | 3 | 14 | 10 | 3 | | | 6 | 5 | 7 | 5 | | | 8 | 6 | 9 | | 6 | | | 9 | 2 | | | | | |
| Out of State | | | | 1 | 1 | | | | | | | | | | | | 1 | 1 | | | | | | | | | | | | | | | | | |

0   Monthly Grand Total      YTD Grand Total

## October 2008

| Oct-08 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Weekly 1 | Total | Summary | YTD | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Ct PJ male | 28 | 17 | 19 | | | 14 | 23 | 16 | 24 | 22 | | | | 24 | 31 | 19 | 26 | | | 22 | 29 | 28 | | | | | | | | | | | | | | |
| Sup Ct PJ female | 6 | 1 | 4 | | | 13 | 5 | 3 | 2 | 2 | | | | 1 | 4 | 1 | 3 | | | 3 | 6 | 3 | | | | | | | | | | | | | | |
| Sup Ct Trials | 3 | 3 | 1 | | | 6 | 4 | 4 | 4 | 1 | | | | 3 | 2 | 2 | 1 | | | 1 | 1 | | | | | | | | | | | | | | | |
| MORRISEY HRG. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Argn male | 22 | 10 | 7 | | | 15 | 21 | 11 | 5 | 10 | | | | 27 | 8 | 9 | 22 | | | 18 | 13 | 11 | | | | | | | | | | | | | | |
| South Argn female | 2 | 3 | 1 | | | | 4 | 1 | 1 | 1 | | | | 4 | 4 | 2 | 2 | | | 1 | 1 | 2 | | | | | | | | | | | | | | |
| South Other male | 11 | 2 | 12 | | | 8 | 7 | 10 | 6 | 19 | | | | 7 | 8 | 5 | 11 | | | 14 | 6 | 7 | | | | | | | | | | | | | | |
| South Other female | | | 6 | | | | | | | | | | | 2 | | 1 | | | | 3 | | 1 | | | | | | | | | | | | | | |
| South Remands | 1 | | 1 | | | | 2 | | | 1 | | | | | | | 2 | | | 1 | 2 | 7 | | | | | | | | | | | | | | |
| NMC Argn male | 6 | 12 | 10 | | | 22 | 19 | 23 | 13 | 13 | | | | 29 | 16 | 13 | 10 | | | 17 | 18 | 17 | | | | | | | | | | | | | | |
| NMC Argn female | 2 | 3 | 1 | | | 3 | 5 | 5 | 2 | 2 | | | | 7 | 2 | 2 | 3 | | | 6 | 3 | 3 | | | | | | | | | | | | | | |
| NMC male | | 2 | 8 | | | | 4 | 8 | 11 | 7 | | | | 13 | 5 | 22 | 7 | | | | 4 | 2 | | | | | | | | | | | | | | |
| NMC female | | | 1 | | | | 2 | 3 | 4 | | | | | 3 | 1 | 5 | 1 | | | | 2 | 1 | | | | | | | | | | | | | | |
| NMC Remands | 1 | | 1 | | | 2 | 1 | | | | | | | | 1 | 6 | | | | 3 | 1 | 1 | | | | | | | | | | | | | | |
| Pretrials | | | | | | | | | 22 | 13 | | | | | | | 11 | | | | | | | | | | | | | | | | | | | |
| Hillcrest To & From | | 3 | 1 | | | | 1 | | | 1 | | | | 3 | | 2 | | | | | 1 | 2 | | | | | | | | | | | | | | |
| MSF MCC | 5 | 2 | | | | | 1 | | 3 | | | | | | | 2 | 7 | | | 1 | 2 | | | | | | | | | | | | | | | |
| SMCG Hospital | | 1 | 4 | | | 2 | 1 | 3 | 2 | | | | | 1 | 1 | 3 | 2 | | | 1 | 3 | | | | | | | | | | | | | | | |
| SMCG ER PES | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | |
| WCC | 11 | 22 | 12 | | | 5 | 8 | 6 | 21 | 6 | | | | 15 | 18 | 17 | 14 | | | 17 | 13 | 14 | | | | | | | | | | | | | | |
| Other Med | | | 1 | | | | | | | | | | | | 1 | 1 | | | | | 1 | 2 | | | | | | | | | | | | | | |
| Other In County | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| San Quentin | 7 | | 10 | | | | | | 3 | | | | | | 5 | | 3 | | | | 5 | 8 | | | | | | | | | | | | | | |
| Other CDC | 2 | 1 | 1 | | | | | | | 1 | | | | 3 | | | | | | | | 1 | | | | | | | | | | | | | | |
| CYA all | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Hospital | | 2 | | | | | | 1 | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | |
| Other Counties | 10 | 7 | 4 | | | 2 | 21 | 5 | 7 | 3 | | | | 5 | 9 | 7 | 6 | | | 7 | 16 | 6 | | | | | | | | | | | | | | |
| Out of State | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Monthly Grand Total

YTD Grand Total