**EXHIBIT "SMC-U"**

# Running the River, Scouting the Rapids



San Mateo County Health Department
FY 2008 – 2009
Charlene Silva, Director
June 23, 2008

San Mateo County Health Department



# Overview

- Vision, Mission, Context

- Structure and Resources

- Strategies and Goals



San Mateo County Health Department



# Our Work is Driven by a Shared Vision
### *San Mateo County Shared Vision 2010*



- Ensure Basic Health and Safety for All

- Realize the Potential of Our Diverse Population

- Responsive, Effective, and Collaborative Government

San Mateo County Health Department



# Health Department Mission

To **Build a Healthy Community** and increase the Longevity and Quality of People's Lives by:

• Protecting the Public's Health,

• Caring for Vulnerable Populations, and

• Engaging the Community in Key Health Issues.

# San Mateo County Health Department



## Guided by

- Data
- Operations
- Community Voice

Data

Children's Report
Adolescent Report
Health & Quality of Life Survey
Aging 2020/2030 Model
Healthy SM 2010

Operations

Health Client Data Store
Quality Improvement
Framework

Community Voice

7 Boards and
Commissions
Program-Specific
Community Engagement

# For the Present and Future

San Mateo County Health Department



# Challenges in Building a Healthy Community

- Demographic Realities

- Increasing Chronic Disease

- Increasing Healthcare Costs

- Infrastructure That Has Not Kept Pace

- Strained Community Capacity

- Reform, and Lack of Reform, at the Federal and State Levels

San Mateo County Health Department



# Organized to
# Protect and Promote Health

| Providing Services to Vulnerable Populations | | Assuring & Guiding Population Health | |
|---|---|---|---|
| Aging & Adult Services | Correctional Health Services | Agricultural Commissioner /Sealer | Health Policy & Planning |
| Behavioral Health & Recovery Services | Family Health Services | Emergency Medical Services | Public Health & Environmental Protection |



# Resources Balanced to Sustain Current and Future Strength

| Providing Services to Vulnerable Populations | | Assuring & Guiding Population Health | |
|---|---|---|---|
| AAS $46.9 M | CHS $8.3 M | Ag C/S $4.1 M | HPP $7.4 M |
| BHRS $134.0 M | FHS $25.5 M | EMS $6.1 M | PH/EH $39.7 M |

Total budget: $274 million
Net County Cost Target Met

San Mateo County Health Department



# Net County Cost
## (In Millions)



HPP $1.90

Pub Hlth $5.36

Ag/WM $1.23

Family Hlth $7.42

Env Hlth $1.05

Corr Svcs $7.06

BHRS $20.25

Aging $4.88

IHSS $4.49

**Total Net County Cost: $53.64 Million**

 Population Health     Direct Services

San Mateo County Health Department



# Potential Additional State Budget Impacts to Health: ($6.9 million)

- ## In Home Supportive Services: ($5.3 million)
  - State Participation in Wages Reduced to Minimum Wage
  - Elimination of Domestic and Related Services to 30% of Clients
- ## Behavioral Health and Recovery Services: ($1.6 million)
  - Medi-Cal Pharmacy and Lab Services Reductions
  - Services for Youth at the Youth Services Campus
  - Gender-Specific Services for Women Offenders
- ## Proposed SSI and Medi-Cal Cuts Will Diminish Access to Necessary Services for Many Clients

San Mateo County Health Department

# Providing Services to Vulnerable Populations

## Services Reaching Residents Across the County



| | |
|---|---|
| **11,000 calls** Answered by *Aging & Adult Services TIES line* | **20,000** *Health Screenings in Jail* |
| **14,410 clients** with *Behavioral Health Diagnoses* Served | Food Vouchers & Nutritional Information to **19,000** *Women, Infants & Children* |

San Mateo County Health Department



# Assuring & Guiding Population Health

## Services Reaching Residents Across the County

| | |
|---|---|
| *19,000 Agricultural Product Shipments Inspected* | *60,000 Public Health Lab Tests Performed* |
| *40,000 EMS Responses Through Ambulance* | *130,000 gallons Household Hazardous Waste Diverted* |

| |
|---|
| 10,000 *Birth and Death Certificates* Issued |
| 3,000 **Officer of the Day Calls** Answered |

San Mateo County Health Department



# Goals for Tomorrow 

## Our Community Will Be...

→ *More Equitable by* Eliminating Health Disparities

→ *More Hopeful by* Transforming Our Behavioral Health System

→ *Better Prepared by* Anticipating Disasters

→ *Able to Access Basic Services by* Improving Access to Healthcare

→ *Supportive of Young People by* Promoting Youth Development

→ *Stronger and Healthier by* Building Community Capacity

San Mateo County Health Department



Our strategies improve health **TODAY**...

...with the goal of building a healthier **TOMORROW**

San Mateo County Health Department

# Moving Upstream




San Mateo County Health Department

# Improving Access and Services



## TODAY

- Improved Healthcare for Persons with Developmental Disabilities
- HOME Team
- Aging & Adult Services Uniform Assessment
- Mobile computing for Ag/Environmental Health Inspectors

## TOMORROW

- Emergency Medical Services RFP
- California Children Services Improvement Plan
- Re-Entry Strategic Plan
- Universal Developmental Screening

San Mateo County Health Department



# Improving Access and Services

Implementation of Healthier Outcomes Through Multidisciplinary Engagement (HOME) Team for Frequent Users of the Emergency Room:

- Four Person Multi-lingual/Multi-cultural Team

- 60+ Clients Enrolled in First Year

- Secured Dedicated Shelter Bed and Transitional Housing

- Engaged Cross-System Client Case Conferencing

HOMe
COUNTY OF SAN MATEO
HEALTHIER OUTCOMES THROUGH MULTIDISCIPLINARY ENGAGEMENT
SAN MATEO COUNTY HEALTH DEPARTMENT

San Mateo County Health Department

# Building Internal Capacity



## TODAY

- Linguistic Access Standards
- Hiring Consumers and Family Members
- Electronic Health Records
- Co-locating and Integrating Services

## TOMORROW

- Chronic Disease Prevention Focus
- ACRS
- Strengthened Youth Development
- Aging 2020/2030 Model

San Mateo County Health Department

# Building Internal Capacity



Development of **Electronic Health Records** Improving:

• Behavioral Health and Recovery Services

• Family Health Services

• Public Health Clinical Services/ San Mateo Medical Center



**Applicable Client Record Search (ACRS) to Link Health and Human Services Systems**



San Mateo County Health Department



# Engaging and Partnering with Communities

## TODAY

- Blue Ribbon Task Force on Adult Coverage
- Unnatural Causes
- BHRS East Palo Alto Access Initiative *(Stars Award Recipient)*

## TOMORROW

- As Fresh as it Gets
- Half Moon Bay Senior Campus
- Consolidated CBO Contracting
- Product Stewardship

San Mateo County Health Department



# Engaging and Partnering with Communities

- *Unnatural Causes*, a documentary series on the root causes of health disparities
  - Train-the-trainer sessions and screenings for:
    - Community
    - Youth

UN NATURAL CAUSES

...is inequality making us sick?

A seven-part documentary series exploring racial & socioeconomic inequalities in health.



San Mateo County Health Department

# Influencing Policy and Systems Change

## TODAY

- Health System Redesign
- Criminal Justice Reform
- Community Health Assessment

## TOMORROW

- Universal Health Coverage
- Integrated Long-Term Care System
- Increased Community Capacity

San Mateo County Health Department



# Influencing Policy and Systems Change

## Criminal Justice Reform

- Planning for State-Level Changes
- Building a Service Network that Provides Alternatives to Incarceration, Facilitates Residents' Return to the Community and Supports Health and Economic Self-Sufficiency
- Applying Lessons Learned from Behavioral Health Transformation

San Mateo County Health Department



# Influencing Policy and Systems Change

## Community Health Assessment, 2008

- Risk Factors and Opportunities to Build a Healthy Community

- Data to Guide Individual, Organizational and Community Action



The Healthy Community Collaborative of San Mateo County

San Mateo County Health Department



# Moving Upstream
## *(Primary Prevention)*

## TOMORROW

- Prevention of Childhood Obesity
- Sustainable Local Food System
- Healthier "Built" Environment
- Disaster Response Coordinating Committee

San Mateo County Health Department

# Moving Upstream
# (Primary Prevention)



"The Choices Individuals Make Are Shaped by the Choices They Have."

- Ensuring Healthy Places and Spaces for Everyone by Influencing Policies that Shape Our "Built Environment"



San Mateo County Health Department

# Moving Upstream
# (Primary Prevention)



- **Disaster Response Coordinating Committee**

  - Incorporating Planning and Preparedness into All Operations

  - Continuing to Build Community Preparedness

  - Partnering to Maximize Response to All Hazards





San Mateo County Health Department



# Thanks to our Partners who Contribute to a Healthful San Mateo County Every Day

- Employee Health and Fitness
- EPA Farmers' Market
- Soul Stroll for Health
- County Green Team
- City of Belmont
- City of San Mateo

And Many, Many, Many More...







# Working Together, Our Community Can Accomplish Great Things