# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# AND THE NORTHERN DISTRICT OF CALIFORNIA
# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE EXHIBIT JJ UNDER SEAL<br>**To:  Three-Judge Panel** |

On October 20, 2008, Defendants filed under Local Rules 79-5 (N.D. Cal.) and 39-141 (E.D. Cal.) to file under seal Exhibit JJ to the Declaration of Paul Mello Supporting Defendants' Motions in Limine.  The Court has reviewed Defendants' motion and supporting declaration of Deputy Attorney General Danielle F. O'Bannon and finds good

- 1 -
[PROPOSED] ORDER GR'TING DEFS.' MOT. FILE UNDER SEAL (CASE NOS. 90-00520 AND 01-1351)

1  cause to file under seal Exhibit JJ to Declaration of Paul Mello in Support of Defendants'
2  Motions in Limine.
3     Accordingly, IT IS ORDERED that Defendants' motion is granted and Exhibit JJ to
4  the Declaration of Paul Mello in Support of Defendants' Motions in Limine will be filed
5  under seal and will not be disclosed nor made part of any public record.

7  Dated: 10/31/08                              _____
8                                               Hon. Thelton E. Henderson

11 Dated: 10/31/08                              /s/
12                                              _____
                                                Hon. Lawrence K. Karlton

15 Dated: 10/31/08                              /s/
16                                              _____
                                                Hon. Stephen Reinhardt