**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>        Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>        Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>        Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>        Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MOTION TO FILE DEPOSITION TRANSCRIPT OF RALPH COLEMAN UNDER SEAL**<br><br>**To: Three-Judge Panel** |

On October 30, 2008, Defendants filed under Local Rules 79-5 (N.D. Cal.) and 39-141 (E.D. Cal.) a motion to file the deposition transcript of Ralph Coleman taken on December 13, 2007 under seal. The Three-Judge Panel Court has reviewed Defendants' motion and supporting declaration of Deputy Attorney General Lisa A.

- 1 -
[PROPOSED] ORDER GR'TING DEFS.' MOT. FILE UNDER SEAL (CASE NOS. 90-00520 AND 01-1351)

Tillman and finds good cause to file under seal the deposition transcript of Ralph Coleman taken on December 13, 2007.

Accordingly, IT IS ORDERED that Defendants' motion is granted and the deposition of Ralph Coleman will be filed under seal and will not be disclosed nor made part of any public record.

Dated:  10/31/08                         _____
                                         Hon. Thelton E. Henderson

Dated:  10/31/08                         _____/s/_____
                                         Hon. Lawrence K. Karlton

Dated:  10/31/08                         _____/s/_____
                                         Hon. Stephen Reinhardt

- 2 -
[PROPOSED] ORDER GR'TING DEFS.' MOT. FILE UNDER SEAL (CASE NOS. 90-00520 AND 01-1351)