# EXHIBIT 1 – (LEIASD0001)
# TO DECLARATION OF MARTIN A. RYAN

# Curriculum Vitae
# Sheriff Martin A. Ryan

**Martin A. Ryan**
**Sheriff-Coroner**
**Amador County Sheriff's Office**

700 Court Street
Jackson, CA

(209) 223-6515

sheriff@co.amador.ca.us

## Employment History

I have been a California peace officer for 33 years having served both the local and state levels.

I began my career in 1975 as the Chief Investigator for the Amador County District Attorney's Office. In addition to my duties, I also conducted criminal investigations, served as the county wide law enforcement training coordinator and special projects. I was also the Deputy Public Administrator/Conservator and Welfare Fraud Investigator for the Office.

In 1981 I was hired as a Special Agent for the California Department of Justice and was assigned to the Los Angeles Office of the California Bureau of Investigation (CBI). While in this assignment, I conducted criminal and civil investigations on behalf of the state Attorney General and local law enforcement. I investigated such matters as public/police corruption, major fraud, consumer fraud, deaths in custody, Commission on Judicial Performance investigations, criminal investigations, and served as a Departmental Firearms Instructor.

In 1984, I transferred to the Sacramento Office of CBI. In 1985 I was assigned CBI case agent for the Leonard Lake/Charles Ng serial murder investigation where I coordinated our statewide role in this multi-jurisdictional investigation. I later became one of CBI's first members of a new Criminal Investigations Response Team (CIRT) where we were specially trained to respond to and investigate homicides, serial murders, and officer involved shootings throughout Northern California in partnership with our forensics services bureau. I continued to investigate corruption cases and investigations of statewide importance involving elected officials, fraud, and a variety of other cases in support of local law enforcement and the Attorney General's Office.

In 1987 I was promoted to Special Agent Supervisor and directed a team of CBI agents assigned to the 26 counties that comprised the Sacramento Regional Office of CBI. I was responsible for quality control as well as case direction. I was later assigned to CBI Headquarters where I coordinated our statewide CIRT Program, insuring proper training, equipment acquisition, and continued responding to homicides and other violent crimes. I also wrote policy in such areas as report writing, inspections, firearms, etc. I was also responsible for responding to citizen complaints regarding other agencies.

In 1990, I was promoted to Special Agent in Charge (SAC) of the CBI Sacramento Regional Office where I was responsible for budgets, quality control, case acceptance and investigative direction for the teams of agents assigned to that office. I was later assigned as the SAC of the CBI Intelligence Operations Bureau, which provided intelligence analysis and database assistance to California law enforcement agencies and tracked the activities of gangs, criminal extremists, organized crime, and domestic terrorism.

In 1997, I was promoted to the position of Assistant Chief of CBI, responsible for statewide daily operations of CBI's six regional offices. I was the direct supervisor for the SAC's assigned to each of those offices. In this capacity I dealt with budgets, policy development and implementation, case acceptance, quality control, and coordination with the Attorney General's legal divisions.

In 1991 I was appointed by the Attorney General as the Chief of CBI and served in that capacity until December of 2005. As Chief, I was in daily contact with the Attorney General's Executive staff in developing priorities, developing and implementing new programs such as Sexual Predator Response Teams, budget development, and high profile statewide cases.

In June 2006 I was elected as the Sheriff-Coroner of Amador County and took office in January of 2007. In this capacity I am responsible for the 116 employees (51 sworn) and $14 million budget of this office, including the Corrections/Court Services Division, Operations Division (Patrol, Investigations, Dispatch), and Administrative Division.

## Education

During my law enforcement career, I have graduated from both the POST Basic Police Academy and the California Department of Justice Special Agent Academy.

I hold a Bachelor of Arts Degree in History from the University of California, Davis, and am a graduate of the FBI National Academy, the POST Command College, and the U.C. Davis Executive Development Course.

I hold a Lifetime Junior College Teaching Credential in Police Science and have been a POST Certified Instructor in Criminal Intelligence. I hold POST Basic, Supervisory and Management Certificates and have completed the POST Executive Course.

I have received hundreds of hours of professional training during my law enforcement career, in such diverse topics as Leadership, Management, Terrorism, Officer Involved Shootings, Firearms, Child Abuse, Homicide and Violent Crime, Officer Survival, Narcotic and Drug Identification, and Criminal Psychology and Psychological Crime Scene Analysis.