JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No:  CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**LAW ENFORCEMENT INTERVENORS' JOINDER IN OPPOSITIONS TO PLAINTIFFS' MOTION IN LIMINE NO. 8** |

1       The Sheriff, Police Chief, Chief Probation, and Chief Corrections Intervenor-

2 Defendants (collectively, the "Law Enforcement Intervenors") join in Defendants,' and

3 County Intervenors' and Sonoma County Intervenors,' oppositions to Plaintiffs' Motion

4 in Limine No. 8 to exclude hearsay in expert reports from introduction into evidence at

5 trial. A blanket exclusion is improper, and, to the extent the expert reports submitted by

6 the Law Enforcement Intervenors contains hearsay, the hearsay exception in Rule 803(6)

7 applies. By way of example, Plaintiffs cite in their motion in limine statements contained

8 in Chief Dyer's expert report relating to information obtained from a parole agent and a

9 superior court judge. As set forth in the Qualifications section of Chief Dyer's expert

10 report and addressed in Law Enforcement Intervenors' opposition to Plaintiffs' Motion in

11 Limine No. 4 filed October 30, 2008, Chief Dyer has extensive knowledge and

12 experience as a peace officer for nearly thirty years, including extensive experience with

13 parolee issues, and regularly interacts with the local courts in the performance of his

14 duties as Chief of Police. For these reasons and for the reasons set forth in Defendants,'

15 and County Intervenors' and Sonoma County Intervenors,' oppositions, Plaintiffs'

16 Motion in Limine No. 8 should be denied.

17                                Respectfully submitted,

18 DATED:   October 31, 2008         JONES & MAYER

19

20                             By: _____/s/_____

                                   Kimberly Hall Barlow

21                                    Attorneys for Sheriff, Probation, Police

                                   Chief, and Corrections Intervenor-

22                                    Defendants

23

24

25

26

27

28

LAW ENFORCEMENT INTERVENORS' JOINDER IN OPPS. TO PLS.' MOTION IN LIMINE NO. 8