PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION TO FILE EXHIBIT JJ TO MELLO DECLARATION UNDER SEAL** |

PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION TO FILE EXHIBIT JJ TO MELLO DECLARATION UNDER SEAL, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[249596-2]

Plaintiffs hereby move for reconsideration of this Court's October 31, 2008 Order ("Order", *Coleman* Docket No. 3249) granting Defendants' Motion to File Exhibit JJ to Paul Mello Declaration in Support of Defendants' Motions in Limine Under Seal ("Motion", *Coleman* Docket No. 3109). The instant Order indicates that the Court did not consider Plaintiffs' October 30, 2008 Opposition to the Motion (*Coleman* Docket No. 3186) and supporting declaration (*Coleman* Docket No. 3232) before granting Defendants' Motion. *See* 10/31/08 Order (Docket # 3249) at 1:26-2:2 (indicating that, in ruling on the Motion, the Court reviewed only Defendants' motion and supporting declarations).

As stated in their Opposition, Plaintiffs oppose the Motion on the grounds that Defendants inaccurately represented in their Motion and supporting papers that Plaintiffs had agreed to seal the Haney deposition transcript, and because the protective orders do not apply to the transcript's contents. For these reasons, Plaintiffs requested that the Motion be denied and that the Court unseal the Haney deposition transcript.

Plaintiffs therefore request that this Court reconsider the Order. In the alternative, Plaintiffs request that this Court construe the instant pleading as a formal request to unseal the Haney deposition transcript for the reasons stated in their Opposition to Defendants' Motion (*Coleman* Docket No. 3186) and supporting declaration (*Coleman* Docket No. 3232).

Dated: October 31, 2008                    Respectfully submitted,

                                           ROSEN, BIEN & GALVAN, LLP

                                           By: */s/ Lisa Ells*
                                               Lisa Ells
                                               Attorney for *Coleman* Plaintiffs and on
                                               Behalf of *Plata* Plaintiffs