1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN,                          ) Case No. Civ. S 90-0520 LKK-JFM
                                             )
12       Plaintiff,                          ) **ORDER CONFIRMING**
                                             ) **UNDISPUTED ATTORNEYS'**
13   v.                                      ) **FEES AND COSTS FOR THE**
                                             ) **SECOND QUARTER OF 2008**
14   ARNOLD SCHWARZENEGGER, et al.,          )
                                             )
15   Defendants                             )
                                             )
16   _____)

17        On October 28, 2008, the parties in this case filed a Stipulation confirming the

18   results of their meet and confer session concerning fees and costs for the Second Quarter

19   of 2008, pursuant to the March 19, 1996, periodic fees order in this case.

20        Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs fees and

21   costs of $298,687.44 plus interest, are due and collectable as of 45 days from the date of

22   entry of this order.  Daily Interest runs from August 24, 2008 at the rate of 2.12%.

23   /////

24   /////

25   /////

26   /////

27   /////

28
                                            0
        ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2008

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|---------------|----------------|-------------------------|
| $298,687.44 | 2.12% | $17.35 | August 24, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: November 3, 2008.

UNITED STATES MAGISTRATE JUDGE

/cole08.2q

---

1

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2008