1  Herman M. Thomas, Parolee
   Civil Action Proposed name:
2  Nisan Adam Delaitre
   34-200800023035-CU-PT-GDS
3  912 J. St. PMB. 26
   Sacramento, Ca. 95814
4
   Resident of State of California;
5  COUNTY OF SACRAMENTO





6                    UNITED STATES DISTRICT COUT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
                AND THE NORTHERN DISTRICT OF CALIFORNIA
8          UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
9            PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

10  RALPH COLMAN, et al.,        )   No. CIV S-90-0520 LKK JFM P
11         Plaintiffs,           )   THREE-JUDGE COURT
                                 )
12  v.                           )
13                               )
14  ARNOLD SCHWARZENEGGER, el al.,
                                     **STATE RESIDENT TRIAL BRIEF**
15         Defendants.
16  ---------------------------- )   No. C01-1351 TEH
17  MARCIANO PLATA, et al.,      )   THREE-JUDGE COURT
           Plaintiffs,           )
18                               )
19  v.                           )
                                 )
20  ARNOLD SCHWARZENEGGER, et al.,)
21         Defendants.

22
        I, Herman Thomas after viewing the file of the numbered case and
23  Style cause am moved to support the thus governing building blocks of
24  accruement in the State of California Constitution and the seal there with,
    That, unto resolving of domestic dispute be regulated in the governing body
25  Of the people of California. The U.S. Court bears so the solidity of Union
26  In the keepings with Departmental of Human and Health Services and the seal
    Of financial resolve to extend it's fitness.

I have but for justness to admire forward progress, creed, admission and motivation to the keeping of institution awareness. This four needs enforcement.

Unrecovered in the file of this case is settlement in form of incarceration housing in multitude as deficiency; is low quality water reserve; Search for in house resolve of diseases spread by way of solar fail safe polarity and static properties condensing and lowering the integrity of life line; Educational in house resolve of the need to be aware of types of bodily exposures and disposal that cause decreased and limited protection of sanitization losses. This in accordance with the continued use of electrified metal used for boundary domain barriers. I hold as substandard and a principle threat against mortals in limited capacity for release clear breathing in lock incarceration environments with procuring static residue being admitted in housing carried as magnet from one side of fence to inside segregation polarity.

Surly this equity and treasury seal of California should not be at loss to have increased gap distance and substance to potentially address ~~with~~ release ~~to do so~~ of closing these breeches expense with efforts and plans and drafts that show a evidence of inventory.

                                                Thank you,
                                                Herman Thomas

*Herman Thomas In Defense Favor of Arnold, S.*
*Nov 7, 2008*
*Herman Thomas*