EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB – 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C 01-1351 TEH (N.D. Cal.) |

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | No. C 05-5241 JSW (N.D. Cal.) |
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C 94-2307 CW (N.D. Cal.)<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: TRANSITION, ACTIVATION, AND MANAGEMENT OF THE RECEIVER'S 10,000 BED PROJECT** |

On October 30, 2008, the Courts in the above matters ordered Defendants to show cause why the agreement regarding transition, activation, and management of the Receiver's 10,000 bed project, which was reached by the Receiver in *Plata*, the Special Master in *Coleman*, and the Court Representatives in *Perez* and *Armstrong*, should not be adopted as an order of the Courts. Accordingly, Defendants submit the following statement in response to the Courts' order.

Defendants object to the agreement to the extent that it suggests that the 10,000 bed project is narrowly drawn, extends no further than necessary to correct the violation of the federal rights at issue, and is the least intrusive means necessary. Moreover, Defendants object to the agreement on the basis that it suggests that the funding requested by the Receiver is the least intrusive means necessary to meet constitutional requirements, or any suggestion that funding be obtained outside of the bounds of California law. Coordination among the Receiver, the California Department of Corrections and Rehabilitation (CDCR), the Department of Mental Health (DMH), and the Department of Finance is necessary to ensure that the medical, mental and dental care is delivered in an efficient and cost effective manner. To date, such coordination has been lacking. Accordingly, Defendants urge the Courts to establish a mechanism to

promote such coordination and team approach.

Defendants do not object in concept to the coordination of the transition planning and staff recruitment for the prison healthcare facilities. In fact, Defendants agree that the transition should be cost-effective and coordinated. But this agreement lacks sufficient detail to fully evaluate the impacts that it may have on Defendants, or the extent to which Defendants will be involved in the transition planning and staff recruitment process. Furthermore, the agreement appears to expand the scope of the Receiver's authority, while at the same time it encroaches upon the State's autonomy, in relation to other cases. For instance, the agreement is ambiguous as to the level of involvement that state actors, including CDCR and DMH, will have in hiring staff for mental health and dental services. The agreement suggests that CDCR and DMH will be incidental participants in the hiring and management of mental health and dental staff. The limits on the Receiver's hiring authority must be clarified before the agreement is approved by the Courts.

Defendants also object to the statement that the facilities would be stand-alone self-sufficient institutions in terms of staffing, food, infrastructure, clothing, and other prison needs, and any suggestion that the Receiver may unilaterally determine policy and operational design of any new facilities.

Defendants' concerns are not unreasonable, particularly in light of the Receiver's recent claim that he intends to create an entirely new state agency that has jurisdiction over the healthcare of California prisoners. To the extent this agreement is yet another step toward creating a new and distinct state agency, Defendants object to the agreement. Also, although the agreement states that "the Receiver will exercise his responsibilities in cooperation with CDCR, the DMH, and the Court representatives . . .," if the "cooperation" described in the agreement is anything like the manner in which the Receiver sought funding for the construction of his prison healthcare facilities,

/ / /

/ / /

1 | Defendants are equally concerned that the agreement will be used to further broaden
2 | the scope of the receivership.

3 | DATED: November 10, 2008             HANSON BRIDGETT LLP

5 |                                      By: /s/ Paul B. Mello
6 |                                      PAUL B. MELLO
  |                                      Attorneys for Defendants Arnold
7 |                                      Schwarzenegger, Matt Cate, et al.

8 | DATED: November 10, 2008             EDMUND G. BROWN JR.
9 |                                      Attorney General of the State of California

11 |                                     By: /s/ Rochelle C. East
   |                                     ROCHELLE C. EAST
12 |                                     Senior Assistant Attorney General
   |                                     Attorneys for Defendants Arnold
13 |                                     Schwarzenegger, Matt Cate, et al.

## DECLARATION OF SERVICE BY OVERNIGHT COURIER & DOJ MESSENGER

Case Name:  Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
Coleman, et al. v. Schwarzenegger, et al.
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
Plata, et al. v. Schwarzenegger, et al.
USDC, Northern District of California, Case No. C-01-1351 TEH

Nos.: **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **November 10, 2008**, I served the attached

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: TRANSITION, ACTIVATION, AND MANAGEMENT OF THE RECEIVER'S 10,000 BED PROJECT**

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight Courier Service**, addressed as follows:

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
*DOJ Messenger*

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 10, 2008**, at San Francisco, California.

|                  |                  |
|------------------|------------------|
| T. Oakes         | /s/ T. Oakes     |
| Declarant        | Signature        |

## DECLARATION OF SERVICE BY ELECTRONIC MAIL

Case Name:   **Perez v. Cate, et al.**

No.:   **C 05-05241 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **November 10, 2008**, I served the attached

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: TRANSITION, ACTIVATION, AND MANAGEMENT OF THE RECEIVER'S 10,000 BED PROJECT**

by transmitting a true copy via electronic mail.

**Joseph Scalzo**
3785 N. 156th Lane
Goodyear, AZ 85338
EMAIL: jscalzo2@cox.net

**Jay Shulman**
9647 Hilldale Drive
Dallas, TX 75231
EMAIL: jayshulman@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 10, 2008**, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

POS-Perez.wpd

1