UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judges:** Thelton E. Henderson, Lawrence K. Karlton and Stephen Reinhardt

**Date**: November 10, 2008

**Case No:** C 01-01351 TEH
CIV S90-0520 LKK

**Case Title**: PLATA, et al. v. SCHWARZENEGGER, et al.
COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Steve Fama, Rebekah Evenson, Alison Hardy, Ed Sangster, Maria Morris, Lisa Ells, Amy Whelan, Jane Kahn

For Defendant(s): Paul Mello, Lisa Tillman, Anne Johnson, Samantha Tama, Danielle O'Bannon

For Intervenor(s): Kimberly Hall-Barlow, Jim Henderson, Steven Kaufhold, Carol Woodward, Anne Keck, Theresa Fuentes, Kelly Scott, Gregg Adam, Natalie Leonard, William Mitchell

**Deputy Clerk**: Rowena B. Espinosa            **Court Reporter**: Lydia Zinn

## PROCEEDINGS

1. Pretrial Conference - held

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
( ) Taken under submission
( ) Withdrawn/Off Calendar
(X) Continued to: **Tuesday, 11/18/08 at 9:15 AM for Trial**

## *SUMMARY*

- The parties' motions in limine were ruled on as stated on the record.
- The parties are to meet & confer re: any disputes regarding expert testimony.
- Trial will begin Tuesday, 11/18/08 from 9:15 AM - 4:00 PM.  No trial Thanksgiving week.  Trial will end at 1:30 PM on 12/05/08.  No trial on 12/16/08 and 12/17/08.
- A time limit is not set at this time with the exception of the opening statements which are limited to 15 minutes each.
- Parties are to meet & confer and file statement of undisputed facts by 11/13/08.
- Parties are to meet & confer about exhibits.  Any objections shall be filed by 11/13/08.  A list of undisputed exhibits shall be filed by 11/13/08.  All undisputed exhibits shall be admitted at the beginning of trial.
- One set of exhibits will be used during trial; parties shall provide each judge a complete set at the end.
- Witness schedules shall be exchanged one week in advance.