PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' WITNESS LIST FOR PHASE I** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

Pursuant to the Court's request at the Pretrial Conference, the following are plaintiffs' witnesses in trial order, with short summaries of their testimony. Because some of the witnesses are traveling from out of state, minor modifications to the witness order might be necessary depending on the length of cross examinations; plaintiffs will notify the Court and the parties as soon as possible if any modifications are needed.

**Dr. Pablo Stewart**

Expert Report of November 9, 2007, Coleman Docket No. 3217, filed October 30, 2008. Supplemental Expert Report of August 15, 2007, Coleman Docket Nos. 3221 through 3221-2, filed October 30, 2008.

Dr. Stewart will testify that overcrowding within CDCR is the primary cause of the constitutional violations in the delivery of mental health care and medical care to California prisoners. He will explain the systemic effects of overcrowding on the medical and mental health care systems based on his expert tours, his interviews with staff and prisoners, his review of patients' files, his review of key documents in these cases, and on his relevant, prior experience within California and other correctional settings. If the Court permits, Dr. Stewart will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

**Doyle Wayne Scott**

Expert Report of November 9, 2007, Plata Docket No. 1714-10, filed October 30, 2008. Expert Report of August 13, 2008, Plata Docket No. 1714-9, filed October 30, 2008.

Mr. Scott will testify that overcrowding is the primary cause of medical and mental health care constitutional violations in California prisons. He will testify that California lacks the infrastructure, staff, or management capabilities to provide medical and mental health care to its prisoners and that overcrowding makes the custodial management necessary for medical and mental health care nearly impossible. His testimony is based on (a) his experience as the

head of the Texas prison system undergoing sweeping systemic reforms and the remediation of drastic overcrowding, including remediation of medical and mental health violations, (b) his experience as a prison management, staffing, and security consultant employed by numerous state and local governments and a federal court, (c) his tours of California prisons, and (d) his review of extensive documentation from the Receiver, the Special Master, defendants and their experts, and other experts regarding California prison conditions. If the Court permits, Mr. Scott will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

**Dr. Craig Haney**

Expert Report of August 15, 2007, Coleman Docket No. 3201, filed October 30, 2008.

Dr. Haney will testify about how overcrowding within CDCR is the primary cause of the constitutional violations in the delivery of mental health care as well as medical care to California prisoners. He will explain prison overcrowding and the effects of overcrowding on prisoners and prison systems, and the chronic and severe level of overcrowding within CDCR. Dr. Haney personally inspected eight California prisons in the past year, observed housing and mental health office and treatment interviewed prisoners and staff, reviewed medical records and prison records, as a foundation for his opinion concerning causation. If the Court permits, Dr. Haney will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

**Jeffrey Beard**

Jeffrey Beard, Ph.D is the Secretary of the Pennsylvania Department of Corrections. He is testifying as a non-retained expert. Based on over 30 years of correctional experience, Dr. Beard will testify that (1) the current population makes California prisons unmanageable, (2) overcrowding is the prime factor causing inadequate health care, (3) reducing the prison population is essential to providing adequate health care, (4) the operable capacity of the state prisons is at or near 130% of design capacity, (5) the mortality rates of California prisoners do

not prove whether the CDCR is providing adequate health care, and (6) the state cannot build its way out of the overcrowding crisis.

**Joseph Lehman**

Expert Report of August 15, 2008, Plata Docket No. 1714-7, filed October 30, 2008.

Mr. Lehman will testify that overcrowding is the primary cause of the constitutional health care violations in California's prisons. Mr. Lehman will explain that crowding creates violent and dangerous conditions, places intolerable burdens on the staff and facilities, undermines the prison classification system, and impacts the entire operation of the prison system, resulting in insufficient space for health services and decreased access to health care. Mr. Lehman's testimony is based on (a) his experience as the head of the state correctional systems in Washington State, Maine and Pennsylvania; (b) his 35 years of experience in corrections, parole and probation, including membership on two state sentencing commissions; (c) his participation in CDCR's Expert Panel on Adult Offender and Recidivism Reduction Programming; (d) his tours of California prisons; and (e) his review of extensive documentation regarding California prison conditions. If the Court permits, Mr. Lehman will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

**Jeanne Woodford**

Expert Report of November 9, 2007, Plata Docket No. 1714-16, filed October 30, 2008.
Expert Report of August 15, 2008, Plata Docket No. 1714-15, filed October 30, 2008.

Ms. Woodford is a former director of the California Department of Corrections. Ms. Woodford will testify that overcrowding is the primary cause of the constitutional violations in the *Plata* and *Coleman* cases. She will testify that crowding has pervasive effects throughout the prison system and overwhelms prison management; it leads to insufficient space for health care, old and deteriorating facilities including unsanitary exam rooms, strained custodial staff, strained medical and mental health care staff, insufficient health care recordkeeping, and

failures to adequately supervise, monitor, diagnose and treat prisoners. She will also testify that crowding creates unsafe conditions, resulting in violence and lockdowns, which reduces prisoners' access to medical and mental health care. Ms. Woodford's testimony is based upon (a) her experience running the California prison system; (b) her 27 years of work in the California prison system, including serving as a warden of San Quentin; (c) her inspections of numerous California prisons; and (d) her review of extensive documentation regarding California prison conditions. If the Court permits, Ms. Woodford will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

**Dr. Ronald Shansky**

Expert Report of November 9, 2007, Plata Docket No. 1714-14, filed October 30, 2008.
Second Supplement Expert Report of September 10, 2008, Plata Docket No. 1714-13, filed October 30, 2008.
Third Supplemental Report of September 28, 2008, Plata Docket No. 1714-12, filed October 30, 2008.

Dr. Shansky will testify that overcrowding is the primary cause of the unconstitutional medical care in California prisons and that CDCR lacks the necessary infrastructure, staffing and systems to deliver constitutional medical care to the number of prisoners currently incarcerated. Dr. Shansky's testimony will be based on, among other things, his extensive experience in correctional medicine, including his work as a consultant to CDCR; the Receiver's reports; the prison tours and file reviews he performed in 2007 and 2008; and the Receiver's reviews of prisoner deaths for 2006 and 2007. If the Court permits, Dr. Shansky will also testify that no other relief will remedy the constitutional violations other than a reduction in the prison population.

| | |
|---|---|
| Dated: November 11, 2008 | Respectfully submitted, |
| | PRISON LAW OFFICE |
| | By: _____/s/_____ . |
| | Sara Norman |
| | Attorneys for Plaintiffs |
| | in *Plata v. Schwarzenegger* and |
| | *Coleman v. Schwarzenegger* |