IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER RE: DEPOSITION EXCERPTS AT TRIAL |

      Pursuant to court order, this matter came on for pretrial conference on November 10, 2008. At the time of the conference, questions arose concerning the designation of witnesses and deposition excerpts.

      1. It appears from the joint pretrial statement and representations made in court at the time of the pretrial conference that plaintiffs propose to tender in deposition form so-called

admissions of approximately thirty-three witnesses who may be called to testify by defendants or intervenors.  Ordinarily, trial witnesses are subject to examination using deposition testimony where their trial testimony deviates from testimony given in deposition.  The parties, including intervenors, shall inform the court in writing what justification there is, if any, for departure from the standard practice and what authority, if any, there is for proceeding in the manner proposed by plaintiffs.  If any of the witnesses whose deposition testimony will be offered is a witness in the first phase of the now-bifurcated trial, responses to this order shall be filed electronically in each of the above-captioned actions and served not later than **5:00 PM on Sunday, November 16, 2008.**  On the first morning of trial, the court will rule on which, if any, deposition excerpts will be admitted as proposed by the parties.  The parties will have five days thereafter to file and serve objections to any deposition excerpts so admitted and any counter designations thereto.

2. Plaintiffs have also identified deposition excerpts for approximately eleven individuals who are not otherwise identified as witnesses for trial, and defendants propose two or three witnesses in the same manner.  If any of the deposition testimony is relevant to the first phase, objections to this deposition testimony and counter designations thereto shall be filed electronically in each of the above-captioned actions and served not later than **5:00 PM on Sunday, November 16, 2008.**

3. The California Correctional Peace Officers' Association intervenors (CCPOA) apparently propose to offer deposition testimony of their own witnesses.  CCPOA shall inform the court in writing what authority, if any, there is for offering the deposition testimony of their own witnesses.  The CCPOA's response to this order shall be filed electronically in each of the above-captioned actions and served not later than **5:00 PM on Sunday, November 16, 2008.**  On the first morning of trial, the court will rule on which, if any, deposition excerpts will be admitted.  The parties will have five days thereafter to file and serve objections to any deposition excerpts so admitted and any counter designations thereto.

//

4. The deadlines set forth in this order supercede those set in paragraph 3.d of the court's November 10, 2008 bifurcation order.

**IT IS SO ORDERED.**

Dated: 11/12/08

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 11/12/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 11/12/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

3