1  Gregg McLean Adam, No. 203436
   Natalie Leonard, No. 236634
2  James W. Henderson, Jr., No. 071170
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, CA 94104
   Telephone:    415.989.5900
5  Facsimile:    415.989.0932
   Email:        gadam@cbmlaw.com
6                jstoughton@cbmlaw.com

7  Daniel M. Lindsay, No. 142895
   **CALIFORNIA CORRECTIONAL**
8  **PEACE OFFICERS' ASSOCIATION**
   755 Riverpoint Drive, Suite 200
9  West Sacramento, CA 95605-1634
   Telephone:    916.372.6060
10 Facsimile:    916.372.9805
   E-Mail:       dan.lindsay@ccpoa.org
11
   Attorneys for Plaintiff Intervenor California Correctional
12 Peace Officers' Association

13

14               IN THE UNITED STATES DISTRICT COURTS
         FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
15        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
16          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17 MARCIANO PLATA, *et al.*,

18           Plaintiffs,                  No. Civ C01-1351 TEH (N.D. Cal.) *and*

19     v.                                 No. Civ S90-0520 LKK-JFM (E.D. Cal.)

20 ARNOLD SCHWARZENEGGER, *et al.*,       **THREE-JUDGE COURT**

21
22           Defendants.

23 RALPH COLEMAN, *et al.*,               **INTERVENOR CALIFORNIA
                                          CORRECTIONAL PEACE OFFICERS'
24           Plaintiffs,                  ASSOCIATION'S STATEMENT OF NON-
                                          OPPOSITION TO PLAINTIFFS' MOTION FOR
25     v.                                 RECONSIDERATION OF THE BIFURCATION
                                          OF THE TRIAL**
26 ARNOLD SCHWARZENEGGER, *et al.*,

27           Defendants.
28

CBM-SF\SF425414.2

**INTERVENOR CCPOA'S STATEMENT OF NON-OPPO TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiff Intervenor The California Correctional Peace Officers' Association ("CCPOA") files this statement of non-opposition regarding Plaintiffs' Motion for Reconsideration of the Order Bifurcating the Trial.

Dated: November 13, 2008

CARROLL, BURDICK & McDONOUGH LLP

By /s/ Natalie Leonard
Gregg McLean Adam
Natalie Leonard
James W. Henderson, Jr.
Attorneys for Plaintiff Intevenor California Correctional Peace Officers' Association