Plaintiffs' Phase 1 Deposition Designations
For Witnesses who will not testify in Phase 1

Deposition of Gail Bataille, September 16, 2008
9:18-9:24
39:25-41:15
48:11-48:21


Deposition of David Bennett, September 9, 2008
5:13-15
11:15-12:7
12:12-12:24
75:10-17
75:24-76:19
76:21-77:5
77:18-22


Deposition of Victor Brewer, September 4, 2008
10:17 - 13:16
14:25 - 19:11
49:22- 53:21
54:18 - 55:17
56:4 - 60:11
60:12 - 62:9
79:8 - 82:16
82:17 - 102:3
120:23 - 123:20
126:5 – 129:4
135:5 - 138:21
147:25 - 149:11
161:1 - 164:20
165:20- 166:14
190:18 - 193:1


Deposition of Shama Chaiken, August 29, 2008
41:1- 44:19
54:15- 54:23
56:6- 56:24
70:23- 71:9
92:21- 94:13
94:14- 97:22
98:22- 99:16
104:19- 105:22

114:20- 116:16
116:20- 117:15
118:17- 119:8
121:4- 124:20
137:15- 140:24
142:16- 143:1
143:21- 144:23
146:20- 149:13
163:18- 164:7
165:24-166:19
167:7- 168:1
169:12- 170:24
196:11- 197:23
200:3- 201:15


Deposition of Karen Finn, August 26, 2008
7:16-20
11:5-19:17
28:1-29:5
32:24-33:20
53:8-54:6
54:13-59:10
63:3-65:7
67:3-24
71:9-74:18
79:1-81:12
92:6-93:12
95:11-97:7
98:12-100:7
103:11-25
109:24-110:15
133:8-134:10
159:3-165:6
180:15-181:16
189:17-198:13
218:22-220:19


Deposition of Robert Gore, October 1, 2008
63:2-10
92:13-93:5
140:19-141:2

Deposition of Deborah Hysen, September 3, 2008
12:8-10
12:15-17
13:8-14
14:11-23
17:2-18:1
19:20-24
20:24-21:5
23:10-15
23:21-24:17
24:23-27:9
30:3-4
31:15-31:21
35:19-23
37:3-7
37:20-38:2
38:5-25
43:15-43:22
44:19-45:20
49:12-51:8
53:1-6
58:17-59:21
69:3-70:16
71:2-14
72:13-73:17
75:1-11
75:15-17
76:3-5
77:19-21
80:16-81:1
82:7-83:12
89:24-93:23
94:13-24
95:22-24
96:21-97:12
97:19-100:3
102:10-103:15
105:4-17
107:21-109:9
109:18-110:7
111:6-112:21
113:5-22
118:19-119:18
120:7-18
129:4-17
129:25-130:19

130:22-131:8
131:12-18
134:8-17
144:15-19
145:13-17
147:13-148:19
148:25-149:5
149:18-22
157:2-7
157:10-158:24
160:6-161:16


Deposition of Kathy Jett, August 28, 2008
8:18-13:7
23:1-3
40:15-42:6
62:6-64:6
70:1-73:6
88:6-17
137:18 -141:15
146:6-147:15
174:11-23


Deposition of Rick Johnson, September 3, 2008

77:19 - 81:15
83:5 - 83:11
92:23 - 93:17
94:6 - 94:9
96:4 - 97:12
139:15-139:20
163:16- 163:23
164:2 - 165: 14
210:18 - 211:14


Deposition of John Misener, January 29, 2008
16:5 - 17:1
22:19 - 24:25
49:6 - 49:18
53:5 - 53:25
116:12 - 118:8
123:21 - 124:20
131:19 - 132:21

4

154:7 - 155:7  
162:22 - 163:22  
182:21 - 184:1  
187:5 - 188:18  
191:17 - 194:9  
202:20 - 205:21  
212:18 - 215:20  
220:7 - 221:2  


Deposition of Christopher J. Mumola, August 25, 2008  
59:18-22  
60:4-62:5  
62:14-17  
62:20-63:5  
63:8-15  
63:18-64:5  
64:8-10  
72:5-9  
72:18-22  
73:5-77:15  
82:10-13  
82:22-83:3  
83:6  
83:19-84:1  
84:4  
90:15-22  
91:2-11  
92:10-16  
92:18  
94:5-12  
94:14  
95:9-13  
95:15  
97:5-9  
97:13  
102:10-14  
102:17-103:16  
104:21-105:1  


Deposition of George Sifuentes, December 15, 2007  
14:16 - 18:8  
23:8 - 26:20  
41:7 - 42:10  
43:23 - 50:14  

5

54:1 - 54:8
54:15 - 55:20
70:20 - 73:12
81:3 - 84:17
86:16 - 92:12
94:7 - 97:22
101:17 - 106:15
118:23 - 122:24
203:13 - 208:18


Deposition of Todd Spitzer, September 24, 2008
4:14-15
5:20-6:5
9:7-17
10:14-11:1
14:11-21
16:7-17:4
18:6-16
20:5-13
23:5-24:4
34:3-35:15
55:3-5


Deposition of Robert Storms, August 19, 2008
12:15 - 12:25
14:10 - 15:9
59:25 - 61:21


Deposition of James Tilton, September 3, 2008
10:20 - 11:23
15:1 - 17:12
42:3 - 43:2
45:24 - 46:7
46:8 - 48:21
49:11 - 51:16
54:12 - 56:13
56:14 - 57:21
60:10 - 62:22
62:23 - 65:18
65:23 - 66:22
68:5 - 69:2
69:14 - 71:17
73:15 - 74:1

    74:19 - 76:16
    76:17 - 77:23
    77:24 - 79:21
    79:22 - 80:25
    81:6 - 81:24
    83:25 - 85:12
    86:9 - 86:15
    87:3 - 89:9
    91:11 - 91:18
    96:7 - 96:23
    117:23 - 120:20
    124:11 - 126:4
    131:25 - 132:7
    162:2 - 162:7
    162:8 - 164:24
    174:22 - 176:20
    177:12 - 179:20
    193:1 - 193:7
    193:21 - 195:22
    220:14 - 222:1
    222:2 - 225:22
    226:12 - 228:15