EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND TECHNOLOGY**<br><br>**To:  Three-Judge Panel** |

- 1 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

1    All parties in these proceedings stipulated regarding the use of technology at trial
2    in their Joint Pretrial Conference Statement as follows:

> The parties agree that exhibits may be displayed electronically on projection screens and/or monitors at trial. The parties are allowed to use trial presentation software and trial technology consultant(s) to facilitate this process. The parties will make efforts to minimize the amount of equipment and consultants in the courtroom. To that end, to the extent the parties mutually agree to share equipment and consulting services, they agree to share in the cost equally.

8    (Jt. Pretrial Conference Statement, 10/30/2008, *Plata* Dock. No. 1724, *Coleman* Dock.
9    No. 3234 at 64:22-28.) Plaintiffs only require use of the equipment for opening
10   statements and one to two days of testimony and do not intend to use it thereafter, and
11   will share in the cost on an accordingly pro-rated basis.
12   In accordance and in furtherance of this stipulation, Defendants request the Court
13   to issue an Order allowing Defendants to bring the following equipment through security
14   starting November 18, 2008 to be used at trial before the Honorable Judges Reinhardt,
15   Henderson, and Karlton in the Ceremonial Courtroom for the United States District Court
16   for the Northern District of California, located at 450 Golden Gate Avenue, San
17   Francisco, California.

18   1 24" X 48" Technician's table
19   9 Flat panel monitors (17 in)
20   1 ELMO Document camera
21   1 3-in 6-out in-line matrix switcher
22   3 2-in 1-out VGA A/B switches (will probably only need 2, 3rd for safety)
23   1 10' cradle mount projector screen
24   1 Canon SX6 projector
25   2 1-in 6-out SVGA distribution amplifiers (DAs)
26   3 1-in 2-out SVGA DAs
27   1 Anchor Audio speaker
28   3 boxes of cable, tape, and adapters

- 2 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

1       2 laptop computers

2       2 external hard drives

3       In addition, attorneys, assistants, consultants and witnesses may bring laptop
4  computers through security and into the courtroom.

5       Defendants also request that they be allowed to store some or all of this
6  equipment in a secure location in the Courthouse.  Defendants further request that their
7  trial consultant be allowed to view the Ceremonial Courtroom and set up and test trial
8  equipment on November 17, 2008.

9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 3 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

1  ///
2  ///
3  ///
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| DATED: November 13, 2008 | | HANSON BRIDGETT LLP |

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November 13, 2008    EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Kyle A. Lewis
KYLE A. LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November 13, 2008    PRISON LAW OFFICE

By: /s/ Donald Specter
DONALD SPECTER
Attorneys for *Plata* Plaintiffs.

DATED: November 13, 2008    ROSEN BIEN & GALVAN

By: /s/ Michael Bien
MICHAEL BIEN
Attorneys for *Coleman* Plaintiffs.

DATED: November 13, 2008    CARROLL, BURDICK & MCDONOUGH

By: /s/ Natalie Leonard
NATALIE LEONARD
Attorneys for CCPOA Intervenors.

- 5 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

DATED:  November 13, 2008              AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Steven Kaufhold
    STEVEN KAUFHOLD
    Attorneys for Republican Assembly and Senate Intervenors

DATED:  November 13, 2008              JONES & MAYER

By: /s/ Kimberly Hall Barlow
    KIMBERLY HALL BARLOW
    Attorneys for Law Enforcement Intervenors

DATED:  November 13, 2008              ROD PACHECO, DISTRICT ATTORNEY, COUNTY OF RIVERSIDE

By: /s/ William E. Mitchell
    WILLIAM E. MITCHELL
    Attorneys for District Attorney Intervenors

DATED:  November 13, 2008              ANN MILLER RAVEL, COUNTY COUNSEL, SANTA CLARA COUNTY

By: /s/ Theresa J. Fuentes
    THERESA J. FUENTES
Attorneys for County Intervenors.

DATED:  November 13, 2008              STEVEN M. WOODSIDE, COUNTY COUNSEL, COUNTY OF SONOMA

By: /s/ Anne L. Keck
    ANNE L. KECK
Attorneys for the County of Sonoma, Sonoma County Sheriff/Coroner William Cogbill, Sonoma County District Attorney Stephan Passalacqua and Sonoma County Chief Probation Officer Robert OCHS.

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

**ORDER**

After reviewing the stipulation of the parties and Defendants' request, IT IS SO ORDERED:

Defendants will be permitted to bring the above-mentioned items through security and have them stored in a secure location in the courthouse. Defendants' trial consultant will be permitted to enter the Ceremonial Courthouse for viewing and to set up trial equipment on November 17, 2008. In addition, attorneys, assistants, consultants and witnesses may bring laptop computers through security and into the courtroom.

IT IS SO ORDERED

DATED: November __, 2008

By:_____
HONORABLE THELTON HENDERSON

DATED: November __, 2008

By:_____
HONORABLE LAWRENCE KARLTON

DATED: November __, 2008

By:_____
HONORABLE STEPHEN REINHARDT

- 7 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2