PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> vs. <br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. PABLO STEWART'S EXPERT REPORTS** |

DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. PABLO STEWART'S EXPERT REPORTS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253415-1]

I, Amy Whelan, declare:

1.  I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Responses to Defendants' Objections to Dr. Pablo Stewart's Expert Reports.

2.  The court held a pre-trial conference in this matter on November 10, 2008. With respect to the parties' motions *in limine* regarding hearsay contained in expert reports, the Court stated, "[a]s to the parties' motions to exclude hearsay from expert reports, which, as they now stand, would have us go through everything and find the hearsay, the parties and intervenors shall meet and confer over specific objections, and file a joint statement setting forth any remaining disputes at least three court days prior to each expert's testimony." *See Plata* Docket 1786 at pp. 7-8.

3.  In light of this order, the parties made an agreement after the pre-trial conference to meet and confer regarding Dr. Stewart and Dr. Haney's reports on Wednesday afternoon, November 12, 2008. Defendants' counsel was not ready to meet on Wednesday and the meet and confer was rescheduled for 10:00 a.m. on Thursday morning. At approximately 10:00 a.m. on Thursday November 13, 2008, Lisa Tillman called me for the meet and confer. Ms. Tillman provided only generalized objections at that time, informing me that I could expect more detailed objections in writing within an hour or so. In fact, defendants did not send their objections to Dr. Stewart's report until 12:52 p.m., the day the joint statement is due, and have still not sent any written objections to Dr. Craig Haney's expert report. Defendants' objections to Dr. Stewart's reports were 108 pages long. In the email attaching these objections, Danielle OBannon, a deputy Attorney General, informed plaintiffs' counsel that if we did not provide our responses by 4:00 p.m., only three hours after receiving the objections, defendants would not agree to file a joint statement. I informed Ms. OBannon by email that her request was unreasonable in light of the length and substance of defendants' objections and requested that

-1-
DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. PABLO STEWART'S EXPERT REPORTS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253415-1]

1 defendants wait until later in the evening to provide a joint statement in accordance with this
2 Court's order.  Ms. OBannon responded to my email, but stated that if plaintiffs were unable to
3 file by 4:00 p.m., the parties would have to file their objections separately.  Defendants then
4 filed their statement at 5:35 p.m.

5     4. Plaintiffs' counsel worked continuously on defendants' objections from the
6 moment we received them until late into the evening.

7 I declare under penalty of perjury under the laws of California and the United States that
8 the foregoing is true and correct, and that this declaration is executed this 13th day of
9 November, 2008 in San Francisco, California.

          */s/Amy Whelan*
          Amy Whelan