1   EDMUND G. BROWN JR.                HANSON BRIDGETT LLP
    Attorney General of the State of California   JERROLD C. SCHAEFER - 39374
2   DAVID S. CHANEY                    PAUL B. MELLO – 179755
    Chief Assistant Attorney General   S. ANNE JOHNSON – 197415
3   ROCHELLE C. EAST                   SAMANTHA D. TAMA – 240280
    Senior Assistant Attorney General  RENJU P. JACOB - 242388
4   JONATHAN L. WOLFF                  425 Market Street, 26th Floor
    Senior Assistant Attorney General  San Francisco, CA  94105
5   LISA A. TILLMAN – State Bar No. 126424   Telephone: (415) 777-3200
    Deputy Attorney General            Facsimile:  (415) 541-9366
6   KYLE A. LEWIS – State Bar No. 201041   jschaefer@hansonbridgett.com
    Deputy Attorney General            pmello@hansonbridgett.com
7   455 Golden Gate Avenue, Suite 11000   ajohnson@hansonbridgett.com
    San Francisco, CA 94102-7004       stama@hansonbridgett.com
8   Telephone: (415) 703-5708          rjacob@hansonbridgett.com
    Facsimile:  (415) 703-5843
9   lisa.tillman@doj.ca.gov
    kyle.lewis@doj.ca.gov
10
    Attorneys for Defendants
11

12                    **UNITED STATES DISTRICT COURT**

13             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14              **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15        **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

16          **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17

18  RALPH COLEMAN, et al.,              No. 2:90-cv-00520 LKK JFM P

19              Plaintiffs,             **THREE-JUDGE COURT**
        v.
20
    ARNOLD SCHWARZENEGGER, et al.,
21              Defendants.

22  MARCIANO PLATA, et al.,             No. C01-1351 TEH

23              Plaintiffs,             **THREE-JUDGE COURT**

24          v.                          **STIPULATION AND ~~[PROPOSED]~~
                                        ORDER REGARDING TRIAL
25  ARNOLD SCHWARZENEGGER, et al.,      EQUIPMENT AND TECHNOLOGY**

26              Defendants.             **To:  Three-Judge Panel**

27

28
                                    - 1 -
    [PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND                    1669637.2
    TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1   All parties in these proceedings stipulated regarding the use of technology at trial

2 in their Joint Pretrial Conference Statement as follows:

3
> The parties agree that exhibits may be displayed
> electronically on projection screens and/or monitors at trial.
4   The parties are allowed to use trial presentation software and
> trial technology consultant(s) to facilitate this process.  The
5   parties will make efforts to minimize the amount of equipment
> and consultants in the courtroom.  To that end, to the extent
6   the parties mutually agree to share equipment and consulting
> services, they agree to share in the cost equally.
7

8 (Jt. Pretrial Conference Statement, 10/30/2008, *Plata* Dock. No. 1724, *Coleman* Dock.

9 No. 3234 at 64:22-28.)  Plaintiffs only require use of the equipment for opening

10 statements and one to two days of testimony and do not intend to use it thereafter, and

11 will share in the cost on an accordingly pro-rated basis.

12   In accordance and in furtherance of this stipulation, Defendants request the Court

13 to issue an Order allowing Defendants to bring the following equipment through security

14 starting November 18, 2008 to be used at trial before the Honorable Judges Reinhardt,

15 Henderson, and Karlton in the Ceremonial Courtroom for the United States District Court

16 for the Northern District of California, located at 450 Golden Gate Avenue, San

17 Francisco, California.

18   1 24" X 48" Technician's table

19   9 Flat panel monitors (17 in)

20   1 ELMO Document camera

21   1 3-in 6-out in-line matrix switcher

22   3 2-in 1-out VGA A/B switches (will probably only need 2, 3rd for safety)

23   1 10' cradle mount projector screen

24   1 Canon SX6 projector

25   2 1-in 6-out SVGA distribution amplifiers (DAs)

26   3 1-in 2-out SVGA DAs

27   1 Anchor Audio speaker

28   3 boxes of cable, tape, and adapters

- 2 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)   1669637.2

1       2 laptop computers

2       2 external hard drives

3           In addition, attorneys, assistants, consultants and witnesses may bring laptop

4   computers through security and into the courtroom.

5           Defendants also request that they be allowed to store some or all of this

6   equipment in a secure location in the Courthouse.  Defendants further request that their

7   trial consultant be allowed to view the Ceremonial Courtroom and set up and test trial

8   equipment on November 17, 2008.

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)                1669637.2

1   ///

2   ///

3   ///

4   ///

5   ///

6   ///

7   ///

8   ///

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 4 -

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1669637.2

1

2
DATED:  November 13, 2008                    HANSON BRIDGETT LLP

3

4
                                             By: /s/ Paul B. Mello
                                                 PAUL B. MELLO
                                                 Attorneys for Defendants
5                                                Arnold Schwarzenegger, et al.

6
DATED:  November 13, 2008                    EDMUND G. BROWN JR.
                                             Attorney General of the State of California
7

8

9
                                             By: /s/ Kyle A. Lewis
                                                 KYLE A. LEWIS
10                                               Deputy Attorney General
                                                 Attorneys for Defendants
11                                               Arnold Schwarzenegger, et al.

12
DATED:  November 13, 2008                    PRISON LAW OFFICE

13

14
                                             By: /s/ Donald Specter
15                                               DONALD SPECTER
                                                 Attorneys for *Plata* Plaintiffs.
16

17
DATED:  November 13, 2008                    ROSEN BIEN & GALVAN

18

19
                                             By: /s/ Michael Bien
                                                 MICHAEL BIEN
20                                               Attorneys for *Coleman* Plaintiffs.

21
DATED:  November 13, 2008                    CARROLL, BURDICK & MCDONOUGH
22

23

24
                                             By: /s/ Natalie Leonard
                                                 NATALIE LEONARD
                                                 Attorneys for CCPOA Intervenors.
25

26

27

28

- 5 -

1

2
DATED:  November 13, 2008                  AKIN GUMP STRAUSS HAUER & FELD
                                           LLP

3

4
                                           By: /s/ Steven Kaufhold

5                                          STEVEN KAUFHOLD
                                           Attorneys for Republican Assembly and
6                                          Senate Intervenors

7
DATED:  November 13, 2008                  JONES & MAYER

8

9
                                           By: /s/ Kimberly Hall Barlow

10                                         KIMBERLY HALL BARLOW
                                           Attorneys for Law Enforcement Intervenors

11

12
DATED:  November 13, 2008                  ROD PACHECO, DISTRICT ATTORNEY,
                                           COUNTY OF RIVERSIDE

13

14
                                           By: /s/ William E. Mitchell

15                                         WILLIAM E. MITCHELL
                                           Attorneys for District Attorney Intervenors

16

17
DATED:  November 13, 2008                  ANN MILLER RAVEL, COUNTY COUNSEL,
                                           SANTA CLARA COUNTY

18

19
                                           By: /s/ Theresa J. Fuentes

20                                         THERESA J. FUENTES
                                           Attorneys for County Intervenors.

21
DATED:  November 13, 2008                  STEVEN M. WOODSIDE, COUNTY
22                                         COUNSEL, COUNTY OF SONOMA

23

24
                                           By: /s/ Anne L. Keck

25                                         ANNE L. KECK
                                           Attorneys for the County of Sonoma, Sonoma
                                           County Sheriff/Coroner William Cogbill, Sonoma
26                                         County District Attorney Stephan Passalacqua
                                           and Sonoma County Chief Probation Officer
27                                         Robert OCHS.

28

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND                          1669637.2
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1

**ORDER**

2     After reviewing the stipulation of the parties and Defendants' request, IT IS SO

3  ORDERED:

4     Defendants will be permitted to bring the above-mentioned items through security

5  and have them stored in a secure location in the courthouse.  Defendants' trial

6  consultant will be permitted to enter the Ceremonial Courthouse for viewing and to set

7  up trial equipment on November 17, 2008.  In addition, attorneys, assistants, consultants

8  and witnesses may bring laptop computers through security and into the courtroom.

9     IT IS SO ORDERED

10  DATED:  November 14, 2008

11                                                    By:_____/s/_____
                                                          HONORABLE THELTON HENDERSON
12
13  DATED:  November 14, 2008

14                                                    By:_____/s/_____
                                                          HONORABLE LAWRENCE KARLTON
15
16  DATED:  November 14, 2008

17                                                    By:_____/s/_____
                                                          HONORABLE STEPHEN REINHARDT
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND
TECHNOLOGY (2:90-CV-00520 LKK JFM )(C01-1351 TEH)                    1669637.2