Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:          gadam@cbmlaw.com
                    jstoughton@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:    916.372.9805
E-Mail:         dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>ARNOLD SCHWARZENEGGER, *et al.*, <br><br>　　　　　Defendants. <br><br>RALPH COLEMAN, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>ARNOLD SCHWARZENEGGER, *et al.*, <br><br>　　　　　Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and* <br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.) <br><br>**THREE-JUDGE COURT** <br><br><br>**INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S FULL WITHDRAWAL OF DEPOSITION EXCERPTS** |

CBM-SF\SF425409.2

**INTERVENOR CCPOA'S FULL WITHDRAWAL OF DEPOSITION EXCERPTS**

1

2        This notice responds to this Court's Order of November 12, 2008, which
3 requires Plaintiff Intervenor the California Correctional Peace Officers' Association
4 ("CCPOA") to present its authority and intentions regarding its use of deposition excerpts
5 at trial.

6        CCPOA fully withdraws plans to submit any deposition excerpts at trial.
7 Neither the excerpts identified in the Pre-Trial Brief, nor any other excerpts from any
8 depositions will be offered by CCPOA at trial.

9        CCPOA does not, however, withdraw the trial declarations of direct testimony
10 submitted by each of its six witnesses.

11        Dated: November 14, 2008

12                            CARROLL, BURDICK & McDONOUGH LLP

13

14                            By   /s/ Natalie Leonard
15                                  Gregg McLean Adam
                                  Natalie Leonard
16                                  James W. Henderson, Jr.
                           Attorneys for Plaintiff Intervenor California
17                          Correctional Peace Officers' Association

18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF425409.2        -2-

**INTERVENOR CCPOA'S FULL WITHDRAWAL OF DEPOSITION EXCERPTS**