PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. CRAIG HANEY'S EXPERT REPORT** |

DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. CRAIG HANEY'S EXPERT REPORT, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253555-3]

I, Jane E. Kahn, declare:

1. I am an attorney at law admitted to practice before this Court and all the Courts of the State of California, and am of counsel to Rosen, Bien & Galvan, LLP, counsel of record for the Plaintiffs in this case.

2. I submit this declaration in support of Plaintiffs' Responses to Defendants' Objections to Dr. Craig Haney's Expert Report in this case. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

3. Plaintiffs emailed defendants a copy of Dr. Craig Haney's August 15, 2008 Expert Report on August 15, 2008 and served a copy by mail.

4. During conference calls on Wednesday, November 5, 2008, and Friday, November 7, 2008, the parties discussed various issues in preparation for the pre-trial conference scheduled for November 10, 2008. Defendants asked the parties to agree to written objections to the expert reports on a rolling basis.

5. The Court held a pre-trial conference in this matter on November 10, 2008. With respect to the parties' motions *in limine* regarding hearsay contained in expert reports, the Court stated, "[a]s to the parties' motions to exclude hearsay from expert reports, which, as they now stand, would have us go through everything and find the hearsay, the parties and intervenors shall meet and confer over specific objections, and file a joint statement setting forth any remaining disputes at least three court days prior to each expert's testimony." *See Plata* Docket 1786 at pp. 7-8.

6. Plaintiffs' counsel informed defendants that Dr. Stewart would be the first witness at trial, on Tuesday, November 18th, and that Dr. Haney would testify on Wednesday, November 19th. In light of the Court's order, the joint statement regarding defendants' objections to Dr. Stewart's report was due to be filed on Thursday, November 14th and the joint statement for Dr. Haney's report on Friday, November 15th. In order to meet and confer, it was, of course, necessary for defendants to provide their objections to plaintiffs in advance of the date the joint filing was due.

THREE-JUDGE COURTDECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. CRAIG HANEY'S EXPERT REPORT, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253555-3]

7.  The parties made an agreement after the pre-trial conference to meet and confer regarding Dr. Stewart and Dr. Haney's reports on Wednesday afternoon, November 12, 2008. Defendants' counsel, however, was not ready to meet on Wednesday and the meet and confer was rescheduled for 10:00 a.m. on Thursday morning. At approximately 10:00 a.m. on Thursday, November 13, 2008, Lisa Tillman called Amy Whelan of our office for the meet and confer, but only as to Dr. Stewart's report. Ms. Tillman provided only generalized objections at that time, informing Ms. Whelan that more specific written detailed objections in writing would be provided within an hour or so. In fact, defendants did not send their objections to Dr. Stewart's report until 12:52 p.m., on the day the joint statement was due. Nor did they provide any written objections to Dr. Haney's report at any time on Wednesday, November 14th.

8.  The written objections defendants provided to Dr. Stewart's reports were 108 pages long. In the email attaching these objections, Danielle OBannon, a deputy Attorney General, informed plaintiffs' counsel that if we did not provide our responses by 4:00 p.m., only three hours after receiving the objections, defendants would not agree to file a joint statement. Ms. Whelan informed Ms. OBannon by email that her request was unreasonable in light of the length and substance of defendants' objections and requested that defendants wait until later in the evening to provide a joint statement in accordance with this Court's order. Ms. OBannon responded that if plaintiffs were unable to file by 4:00 p.m., the parties would have to file their objections separately. Defendants then filed their statement at 5:35 p.m.

9.  Plaintiffs' counsel worked continuously on defendants' objections to Dr. Stewart's report from the moment we received them until late into the evening and filed at approximately 10:00 p.m. on November 13th.

10. I received an email at 4:58 p.m. on Thursday, November 13, 2008, from Amy Whelan, informing me that Kyle Lewis, a deputy Attorney General, had called her and indicated that he would not be providing defendants' objections to Dr. Haney's report until noon on Friday, November 14, 2008. Mr. Lewis also indicated that the objections to Dr. Haney's report would be considerably longer than the objections to Dr. Stewart's report, which were 108 pages long. Ms. Whelan informed Mr. Lewis that providing objections at noon

-2-

THREE-JUDGE COURT DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. CRAIG HANEY'S EXPERT REPORT, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253555-3]

1  would not provide enough time for the parties to meet and confer and for plaintiffs to provide
2  their responses.

3      11.    At 8:46 p.m. on Thursday, November 13th, Michael Bien of my office sent an
4  email to Mr. Lewis requesting that he provide defendants' objections to Dr. Haney's report as
5  soon as possible and no later than 10:00 a.m. on Friday, November 14. I received a copy of the
6  email which is attached hereto as **Exhibit A**. I am informed that Mr. Lewis never responded to
7  Mr. Bien's email. Nor did he provide any written objections to Dr. Haney's Report by 10:00
8  a.m. on Friday, as requested by Mr. Bien.

9      12.    On Friday morning, I personally attempted to contact Mr. Lewis several times to
10 determine when he would be providing defendants' objections to Dr. Haney's report, however,
11 I was unable to reach him and he did not return my messages. At 1:53 p.m., Mr. Lewis
12 emailed defendants' 355 pages of objections to Dr. Haney's expert report. In his email, he
13 indicated that defendants would file their objections separately if they did not get our response
14 by 4:30 p.m. Attached hereto as **Exhibit B** is a true and correct copy of email from Kyle
15 Lewis to Jane Kahn, dated Friday, November 14, 2008. Defendants, in fact, did file their
16 objections at approximately 5:50 p.m. on Friday, November 14 without any response from
17 plaintiffs included in the pleading.

18     13.    After receiving defendants' objections, I called Mr. Lewis to arrange a meet and
19 confer, but was unable to reach him. I contacted Ms. Tillman and asked her for assistance in
20 reaching Mr. Lewis and approximately thirty minutes later, Mr. Lewis called my office. We
21 conducted a meet and confer, with the participation of another colleague in my office, Ms.
22 Morris. During the approximately forty-five minutes that we met, we were able to discuss less
23 than 20 of defendants' objections, and were only able to resolve Number 21 (where defendants
24 objected to the *Coleman* Program Guide as hearsay and hearsay within hearsay).

25     14.    Due to defendants' unreasonable delay in providing their objections, and the
26 Court's requirement that a joint statement be filed at least three court days prior to the expert's
27 testimony, our office has five attorneys working on this project so that it can be filed with the
28 Court before midnight.

-3-

THREE-JUDGE COURTDECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO
DR. CRAIG HANEY'S EXPERT REPORT, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253555-3]

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed this 14th day of November, 2008, at San Francisco, California.

                                              /s/ Jane E. Kahn
                                              Jane E. Kahn

-4-
THREE-JUDGE COURT DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO DR. CRAIG HANEY'S EXPERT REPORT, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[253555-3]

# **EXHIBIT A**

## Jane E. Kahn

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Thursday, November 13, 2008 8:46 PM |
| **To:** | Kyle Lewis; 'Lisa Tillman'; Paul B. Mello; Samantha D. Tama |
| **Cc:** | Coleman Team - RBG Only; Donald Specter; 'Rebekah Evenson'; Sara Norman; 'Alison Hardy'; Steve Fama |
| **Subject:** | Coleman/ Plata Trial: Objections to Plaintiffs' Experts' Reports |
| **Importance:** | High |

Kyle

It is now after 8:30 pm on Thursday, November 13. Defendants have yet to provide any objections to the Haney Expert Report (which was provided to you on August 15).

At about 5 pm today, you called Amy Whelan to say that you intended to provide the Haney objections, which will be even longer than than the 108 pages of objections that you made to the Stewart Report, at 12 noon tomorrow, Friday. Friday, as you know, is the day that the parties' joint statement is due to be filed with the Court, after the parties are to have met and conferred.

Nor am I am aware of any objections that defendants have provided as of this moment to the Lehman Report, which is on the same schedule as the Haney Report.

Defendants did not provide any specific objections to the Stewart Expert Report until 12:52 p.m. today, after the meet and confer (which was supposed to take place on Wednesday, but was delayed by defendants until Thursday morning). As a result, we have been unable to provide the Court with our responses to your objections in compliance with the Court order. We are still working on the responses after 8 hours of work.

We cannot respond to defendants' objections to the Haney Report on the unreasonable schedule that you suggest. We are within our rights to inform the Court that you have waived all of your objections and we still may do so. We will make an attempt to respond to any objections that you provide by 10 a.m. on Friday.

Michael Bien

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax) @rbg-law.com
mbien@rbg-law.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

# **EXHIBIT B**

## Jane E. Kahn

| | |
|---|---|
| **From:** | Kyle Lewis [Kyle.Lewis@doj.ca.gov] |
| **Sent:** | Friday, November 14, 2008 1:53 PM |
| **To:** | Jane E. Kahn |
| **Cc:** | Danielle OBannon; Jon Wolff; Lisa Tillman; S. Anne Johnson; Paul B. Mello; Amy Whelan |
| **Subject:** | 3-Judge Panel -- Objections to Plaintiffs' Expert Reports of Craig Haney |
| **Attachments:** | 3-Judge -- Objecs to Haney report.DOC |

Jane,
Attached please find Defendants' Objections to Craig Haney's Expert Report of August 15, 2008.

Kindly review these objections and insert any responses you may have in the space provided by 4:30 PM this afternoon. If we do not receive responses by that time, we will file our objections separately.

Regards,
Kyle Lewis

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Telephone:  (415) 703-5677
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

11/14/2008