# EXHIBIT A

**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Wednesday, October 22, 2008 1:04 PM
**To:** Paul B. Mello
**Cc:** 'Michael W. Bien'; 'Sara Norman'; 'Alison Hardy'; 'Steve Fama'; 'Ivan Trujillo'; 'Megan Hagler'; zoe@prisonlaw.com
**Subject:** Prisoner Plaintiff depos

Paul,

We agreed just now on the following:

1. Defendants can present testimony of the prisoner plaintiffs through deposition.

2. The video of deposition testimony will not be used.

3. Plaintiffs can designate testimony from the deposition in response to defendants' designation.

4. We both reserve all rights to object to the admissibility of any testimony offered.

Don