1  STEVEN S. KAUFHOLD (SBN 157195)  skaufhold@akingump.com
2  CHAD A. STEGEMAN (SBN 225745)  cstegeman@akingump.com
   TERESA WANG (SBN 252961)  twang@akingump.com
3  GALIT A. KNOTZ (SBN 252962)  gknotz@akingump.com
   Akin Gump Strauss Hauer & Feld LLP
4  580 California, 15th Floor
   San Francisco, California 94104-1036
5  Telephone:     415-765-9500
   Facsimile:     415-765-9501
6

7  Attorneys for Republican Assembly and Senate
   Intervenors
8

9

10            IN THE UNITED STATES DISTRICT COURTS

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12          AND THE NORTHERN DISTRICT OF CALIFORNIA

13     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

16  RALPH COLEMAN, et al.,              Case No.: CIV S-90-0520 LKK JFM P

17                 Plaintiffs,          **THREE-JUDGE COURT**

18       vs.

19  ARNOLD SCHWARZENEGGER, et al.,

20                 Defendants.

21  MARCIANO PLATA, et al.,             Case No.:  C01-1351 TEH

22                 Plaintiffs,          **THREE-JUDGE COURT**

23       vs.                            **LEGISLATOR INTERVENORS'
                                        OBJECTIONS AND COUNTER-
24  ARNOLD SCHWARZENEGGER, et al.,      DESIGNATIONS TO PLAINTIFFS'
                                        PHASE 1 DEPOSITION TRANSCRIPT
25                 Defendants.          DESIGNATIONS**

26

27

28

                                  1
**LEGISLATOR INTERVENORS' OBJECTIONS AND COUNTER-DESIGNATIONS TO
PLAINTIFFS' PHASE 1 DEPOSITION TRANSCRIPT DESIGNATIONS**

**Deposition of Todd Spitzer: September 24, 2008**

| Plaintiffs' Designations | Legislator Intervenors' Objections & Counter-Designations |
|---|---|
| 4:14-15 | None |
| 5:20-6:5 | None |
| 9:7-17 | Incomplete and misleading; in fairness should also introduce 9:2-9:6, 9:18-10:6. |
| 10:14-11:1 | FRE 401; FRE 402 and 403. |
| 14:11-21 | FRE 401; FRE 403 to the extent plaintiffs seek to imply a nexus between overcrowding and the underlying constitutional violations found to be present in the Plata and Coleman underlying lawsuits.<br><br>Re 14:15-22-FRE 401-403, this testimony does not relate to Phase I of the proceedings. |
| 16:7-17:4 | FRE 401-403, this testimony does not relate to Phase I of the proceedings. |
| 18:6-16 | FRE 401-403, this testimony does not relate to Phase I of the proceedings. |
| 20:5-13 | FRE 401-403, this testimony does not relate to Phase I of the proceedings; incomplete and misleading; in fairness should also introduce 20:14-21:21. |
| 23:5-24:4 | FRE 401-403, this testimony does not relate to Phase I of the proceedings; incomplete and misleading; in fairness should also introduce 22:7-23:4. |
| 34:3-35:15 | FRE 401-403, this testimony does not relate to Phase I of the proceedings; incomplete and misleading; in fairness should also introduce 35:16-38:1. |
| 55:3-5 | Non-responsive to the question asked; FRE 401; FRE 402 and 403, this statement has no relevance to the proceedings and specifically has no relation to Phase I; the question calls for speculation and information outside the deponent's personal |

**LEGISLATOR INTERVENORS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' PHASE 1 DEPOSITION TRANSCRIPT DESIGNATIONS**

| | knowledge; the question also seeks to elicit information protected by the legislator immunity privilege, the deliberative process privilege, self-critical analysis privilege and official information privilege and plaintiffs may not pursue additional questioning on this topic; the transcript designation is misleading and incomplete without the introduction of 54:10-55:2. |
|---|---|

Respectfully submitted,

DATED:  November 16, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

By:          /s/
          Steven Kaufhold
          Attorneys for Republican Assembly and
          Senator Defendant-Intervenors

**LEGISLATOR INTERVENORS' OBJECTIONS AND COUNTER-DESIGNATIONS TO
PLAINTIFFS' PHASE 1 DEPOSITION TRANSCRIPT DESIGNATIONS**