STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
GALIT A. KNOTZ (SBN 252962) gknotz@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:      415-765-9501

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF ERRATA AND WITHDRAWAL OF LEGISLATOR INTERVENORS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' PHASE 1 DEPOSITION TRANSCRIPT DESIGNATIONS** |

1

In view of Plaintiff's Errata filing on November 14, 2008 (*Plata* Docket No. 1804), the Legislator Intervenors withdraw their November 16, 2008 Objections and Counter-Designations to Plaintiffs' Phase 1 Deposition Transcript Designations (filed as Response to Court Order re: Deposition Excerpts at Trial, *Plata* Docket No. 1813; *Coleman* Docket No. 3299).

Respectfully submitted,

DATED:  November 16, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
By:         /s/
Steven Kaufhold
Attorneys for Republican Assembly and
Senator Defendant-Intervenors

**NOTICE OF ERRATA AND WITHDRAWAL OF  LEGISLATOR INTERVENORS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' PHASE 1 DEPOSITION TRANSCRIPT DESIGNATIONS**