1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

16                         Plaintiffs,

17        v.

18  **ARNOLD SCHWARZENEGGER, et al.,**

19                         Defendants.

20

21       **THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

22            **A PROTECTIVE ORDER ISSUED BY THE COURT**

23                **AND MAY NOT BE COPIED OR EXAMINED**

24              **EXCEPT IN COMPLIANCE WITH THAT ORDER**

25

26                  (See Stipulated Protective Order, 1/12/07, ¶ 7.)

27  30482773.wpd

28  CF1997CS0003

Sealed Document Cover Page

1