EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF ORDER SEALING DEPOSITION OF EXPERT WITNESS HANEY**<br>**To: Three-Judge Panel** |

## STIPULATION

This Court has recognized the privileged status of a report issued by non-party Office of the Inspector General concerning the release of Scott Thomas from San Quentin State Prison. (Docket Nos. 2799, 2851.) The OIG report was discussed during the deposition of Plaintiff expert Craig Haney and, as a result, Defendants obtained an order on October 31, 2008 permitting the filing of the entire deposition under seal. (Docket No. 3249.)

Plaintiffs and Defendants have met and conferred and agree that only that portion of the transcript of the deposition of Dr. Haney in which the OIG report was discussed requires sealing under the protective order.

Plaintiffs and Defendants therefore request this Court modify its October 31, 2008 Order to reflect only the sealing of those portions of the deposition transcript of Craig Haney in which the OIG report is discussed, namely, pages 119, line 1 through page 122, line 22.

Dated: 11/12/08 By: [signature]

Jane Kahn, Esq.
Rosen, Bien & Galvan
Attorneys for Plaintiffs

Dated: 11/14/08 By: [signature]

Lisa Tillman
Office of the Attorney General
Attorneys for Defendants

## [PROPOSED] ORDER

This Court has recognized the privileged status of a report issued by non-party Office of the Inspector General concerning the release of Scott Thomas from San

Quentin State Prison. (Docket Nos. 2799, 2851.) The OIG report was discussed during the deposition of Plaintiff expert Craig Haney and, as a result, Defendants obtained an order on October 31, 2008 permitting the filing of the entire deposition under seal. (Docket No. 3249.)

This Court has reviewed and approves the stipulation of the Plaintiffs and Defendants to modify the October 30, 2008 to seal only that portion of the transcript of the deposition of Dr. Haney in which the OIG report was discussed namely, pages 119, line 1 through page 122, line 22. This Court so orders modification of the October 31, 2008 order.

Dated: By:____________________

**DECLARATION OF SERVICE BY OVERNIGHT COURIER**

Case Name: **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.: **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On November 17, 2008, I served the attached **Stipulation and [Proposed] Order Re: Modification of Order Sealing Deposition of Expert Witness Haney** by placing a true copy thereof enclosed in a sealed envelope with **Golden State Overnight**, addressed as follows:

Honorable Stephen Reinhardt
c/o Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Lawrence K. Karlton
c/o Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 17, 2008, at Sacramento, California.

| T. Treichel | |
|---|---|
| Declarant | Signature |

30594687.wpd