EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ERRATA TO DEFENDANTS' TRIAL AFFIDAVITS**<br><br>**To:  Three-Judge Panel** |

Defendants submit the following errata to their trial affidavits.  Defendants submit this errata to correct the following:

**A.** **Declaration of Matthew Cate** (*Plata* Dock. No. 1717, *Coleman* Dock. No. 3230, filed 10/30/08).

    1. 11:19  Change reference from Defs.' Trial Ex. 1161 to Ex. 1234.

**B.** **Declaration of Scott Kernan** (*Plata* Dock. No. 1636, *Coleman* Dock. No. 3152, filed 10/30/08).

    1. 5:19-20  Change reference from Defs.' Trial Ex. 1303 to Defs.' Trial Ex. 1252.

**C.** **Declaration of Robin Dezember** (*Plata* Dock. No. 1715, *Coleman* Dock. No. 3228, filed 10/30/08).

    1. 6:18  Change reference from Defs.' Trial Ex. 1042 to Defs.' Trial Ex. 1041.

    2. 8:22  Change reference to reflect that Defs.' Trial Ex. 1146 also includes *Coleman* Court order, dated July 27, 2004.

    3. 14:16  Change reference in Defs.' Trial Ex. 1311 to reflect "a true and correct copy of the *Coleman* Stipulation, filed July 5, 2006, and Order filed August 8, 2006."

    4. 15:28  Change reference in Defs.' Trial Ex. 1157 to reflect Defs.' Supp. Reports re. Television Access, filed August 13, 2008 and filed August 21, 2008. 10.

    5. 18:10  Change reference from *Id.* to reflect Defs.' Trial Ex. 1273, *Coleman* Findings and Recommendations, at p. 26.

    6. 19:22  Change reference to reflect Defs.' Trial Ex. 1286 is a true and correct copy of the DMH Pay Parity Plan and *Coleman* court order, June 28, 2007.

    7. 28:1-3  Change reference from Defs.' Trial Ex. 1192 to Defs.' Trial Ex. 1292.

    8. 29:19-20  Change reference to reflect Defs.' Trial Ex. 1162 is the

Navigant/Misener Forecast Report, June 2006, and add Defs.' Trial Ex. 1175, a true and correct copy of the July 2008 Mental Health Bed Plan, and the June 2008 Misener/Navigant Report.

**D.    Declaration of Cynthia Radavsky** (*Plata* Dock No. 1657; *Coleman* Dock. No. 3160, filed 10/30/08).

1. 9:15-16  Change reference to omit Defs.' Trial Ex. 1066, and to reflect Defs.' Trial Ex. 1297, *Coleman* Court order, dated October 20, 2006.

DATED: November 17, 2008           HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November 17, 2008           EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Lisa A. Tillman
LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.