1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5708
   Facsimile:  (415) 703-5843
9  lisa.tillman@doj.ca.gov
   kyle.lewis@doj.ca.gov
10
   Attorneys for Defendants
11

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

12          **UNITED STATES DISTRICT COURT**

13        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14        **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15   **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

16      **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17

18  RALPH COLEMAN, et al.,

19              Plaintiffs,

            v.
20
   ARNOLD SCHWARZENEGGER, et al.,
21
              Defendants.
22

No. 2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

23  MARCIANO PLATA, et al.,

24              Plaintiffs,

25          v.

   ARNOLD SCHWARZENEGGER, et al.,
26
              Defendants.
27

28

No. C01-1351 TEH

**THREE-JUDGE COURT**

**ERRATA TO JOINT STATEMENT**

**To:  Three-Judge Panel**

1    The parties submit the following errata to the Joint Statement filed today. (*Plata*
2    Dock. No. 1815, *Coleman* Dock. No. 3301.) Defendants submit this errata to correct the
3    following:

4    (1) Exhibits B, C, D, and E, which are attached to this errata are the correct
5    exhibits to the Joint Statement. The prior Exhibits B, C, and D which were attached to
6    the joint statement should be disregarded.

7    To clarify Paragraph IV of the Joint Statement filed earlier today, the exhibits are
8    now as follows:

9    Exhibit A – Plaintiffs' Exhibit List with Objections and Responses

10    Exhibit B – Plaintiffs' Revised List

11    Exhibit C – Defendants' Exhibit List with Objections and Responses

12    Exhibit D – Defendants' Revised List

13    Exhibit E – Legislative Intervenors' Exhibit List with Objections and Responses

14    (2) Defendants agree that Jeffrey Beard will take one hour on direct examination.
15    As a result, footnote one from the Joint Statement should be disregarded (page 7, lines
16    27-28), his testimony should reflect the estimate of 60 minutes rather than 30 (page 7,
17    line 19).

18    (3) Because Mr. Beard's testimony will now be one hour, the last paragraph of
19    section III is corrected as follows: (a) Plaintiffs' case will take 25.75 hours, (b) the total
20    amount of testimony is now estimated to take 59.75 hours.

21
22
23
24
25
26
27
28

-1-

1    DATED:  November 18, 2008          HANSON BRIDGETT LLP

2

3                                         By: /s/ Paul B. Mello

4                                            PAUL B. MELLO
                                               Attorneys for Defendants
                                               Arnold Schwarzenegger, et al.

5

6    DATED:  November 18, 2008          EDMUND G. BROWN JR.
                                                 Attorney General of the State of California

7

8                                           By: /s/ Kyle A. Lewis

9                                            KYLE A. LEWIS
                                             Deputy Attorney General

10                                         Attorneys for Defendants
                                         Arnold Schwarzenegger, et al.

11

12   DATED:  November 18, 2008        PRISON LAW OFFICE

13

14                                     By: /s/ Donald Specter

15                                     DONALD SPECTER
                                     Attorneys for *Plata* Plaintiffs.

16   DATED:  November 18, 2008        ROSEN BIEN & GALVAN

17

18                                     By: /s/ Michael Bien

19                                     MICHAEL BIEN
                                     Attorneys for *Coleman* Plaintiffs.

20

21   DATED:  November 18, 2008        CARROLL, BURDICK & MCDONOUGH

22

23                                     By: /s/ Natalie Leonard

24                                     NATALIE LEONARD
                                     Attorneys for CCPOA Intervenors.

25

26

27

28

- 2 -

1

2   DATED:  November 18, 2008          AKIN GUMP STRAUSS HAUER & FELD
                                      LLP
3

4                                     By: /s/ Steven Kaufhold
                                      STEVEN KAUFHOLD
5                                     Attorneys for Republican Assembly and
                                      Senate Intervenors
6

7   DATED:  November 18, 2008          JONES & MAYER

8

9                                     By: /s/ Kimberly Hall Barlow
                                      KIMBERLY HALL BARLOW
10                                    Attorneys for Law Enforcement Intervenors

11

12  DATED:  November 18, 2008          ROD PACHECO, DISTRICT ATTORNEY,
                                      COUNTY OF RIVERSIDE
13

14                                    By: /s/ William E. Mitchell
                                      WILLIAM E. MITCHELL
15                                    Attorneys for District Attorney Intervenors

16

17  DATED:  November 18, 2008          ANN MILLER RAVEL, COUNTY COUNSEL,
                                      SANTA CLARA COUNTY
18

19                                    By: /s/ Theresa J. Fuentes
                                      THERESA J. FUENTES
20                                    Attorneys for County Intervenors.

21

22

23

24

25

26

27

28
                                    - 3 -