# Ex. E. Legislative Intervenors' Exhibits and objections and responses

| Exhibit | Description | Bates Number | Plaintiffs' Objection(s) | Legislator Intervenors' Responses to Plaintiff's Objections |
|---|---|---|---|---|
| 1 | Memorandum compiled by Senator George Runner staff, *Who Is In Our State Prisons?* | LEGIS000047-LEGIS000054 | Hearsay -- Fed.R.Evid. 802; Improper opinion testimony -- Fed.R.Evid. 701; to the extent it purports to be a compilation, improper (underlying data not produced) -- Fed.R.Evid 1006. | Document not being offered as expert testimony; any content other than publicly available statistics are made by Senator Runner's staff members in their capacity as legislative aides; Business records exception-- FRE 803(6); underlying data is public record-- FRE 803(8); FRE 807; FRE 1006- Proper foundation and underlying documents will be provided at time of testimony. |
| 2 | Chart Graph compiled by Senator George Runner staff, *CDCR Healthcare Budget, 2000-2008,* July 2008 | LEGIS001494-LEGIS001495 | Hearsay -- Fed.R.Evid. 802; improper compilation (underlying data not produced) -- Fed.R.Evid 1006. | Document not being offered as expert testimony; any content other than publicly available statistics are made by Senator Runner's staff members in their capacity as legislative aides; Business records exception-- FRE 803(6); underlying data is public record-- FRE 803(8); FRE 807; FRE 1006- Proper foundation and underlying documents will be provided at time of testimony. |
| 3 | Document compiled by Senator George Runner staff, *California Prisons 1998-2008: Prison Inmate Population Has Become More Violent,* July 2008 | LEGIS 001496 | Hearsay -- Fed.R.Evid. 802; Improper opinion testimony -- Fed.R.Evid. 701; improper compilation (underlying data not produced) -- Fed.R.Evid 1006. | Document not being offered as expert testimony; any content other than publicly available statistics are made by Senator Runner's staff members in their capacity as legislative aides; Business records exception-- FRE 803(6); underlying data is public record-- FRE 803(8); FRE 807; FRE 1006- Proper foundation and underlying documents will be provided at time of testimony; underlying report available at http://www.pewcenteronthestates.org/uploadedFiles/One%20in%20100.pdf |
| 4 | Document compiled by Senator George Runner staff, *National and State Prisoner Morality Rate (California Inmate Morality -38th Lowest Among States)* July 2008 | LEGIS000055 | Hearsay -- Fed.R.Evid. 802; Improper opinion testimony -- Fed.R.Evid. 701; improper compilation (underlying data not produced) -- Fed.R.Evid 1006. | Document not being offered as expert testimony; any content other than publicly available statistics are made by Senator Runner's staff members in their capacity as legislative aides; Business records exception-- FRE 803(6); underlying data is public record-- FRE 803(8); FRE 807; FRE 1006- Proper foundation and underlying documents will be provided at time of testimony. |
| 5 | Article authored by Michael Rothfeld, *Death Rate of California prisoners is down nearly 30% since early 2006,* L.A. Times, September 16, 2008 | LEGIS001513-LEGIS001515 | Hearsay -- Fed.R.Evid. 802 | FRE 801(c)-- Exhibit not offered for the truth of the matter asserted, but for circumstantial evidence of absence of deliberate indifference by Defendants; FRE 801(d)(2)-- portion of the cited article constitutes party admission. |

1672689.2