PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**JOINT SUBMISSION OF DEFENDANTS' AND PLAINTIFFS' EXHIBIT LISTS ANNOTATED WITH OBJECTIONS AND RESPONSES** |

[255280-1]

JOINT SUBMISSION OF DEFENDANTS' AND PLAINTIFFS' EXHIBIT LISTS ANNOTATED WITH OBJECTIONS AND RESPONSES, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

1
2
3
4
5
6
7
8
9   Pursuant to the Three Judge Court's order issued from the bench during the trial session
10  on November 18, 2008 in the above captioned matter, the Defendants and Plaintiffs submit
11  their respective exhibit lists annotated with objections and responses.
12      **Exhibit A** hereto contains Plaintiffs' Exhibit List, annotated with objections and
13  responses.
14      **Exhibit B** hereto contains Defendants' Exhibit List, annotated with objections and
15  responses.
16
Dated:  Nov. 18, 2008
17
                                    */s/ Ernest Galvan*
18                                  Ernest Galvan
                                    Rosen, Bien & Galvan
19                                  Attorneys for *Coleman* Plaintiffs

20  Dated:  Nov. 18, 2008
21
                                    */s/ Paul Mello*
22                                  Paul B. Mello
                                    Hanson Bridgett LLP
23                                  Attorneys for Defendants
24
25
26
27
28

-1-
JOINT SUBMISSION OF DEFENDANTS' AND PLAINTIFFS' EXHIBIT LISTS ANNOTATED WITH OBJECTIONS AND RESPONSES, NOS.:
CIV S 90-0520 LKK-JFM, C01-1351 TEH

[255280-1]