Exhibit B
Defendants' Exhibit List
Annotated with Objections
and Responses

### COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, C01-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM P

### Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1000 | Trial Affidavit of Matthew Cate. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1001 | Trial Affidavit of James Tilton. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1002 | Trial Affidavit of Scott Kernan | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| II. | 1003 | Trial Affidavit of Deborah Hysen. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| II. | 1004 | Trial Affidavit of Kathryn Jett. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| II. | 1005 | Trial Affidavit of Thomas Hoffman. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1006 | Trial Affidavit of Cynthia Radavsky. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1007 | Trial Affidavit of Robin Dezember. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1008 | Trial Affidavit of Todd Jerue | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| | 1009 | OMIT | | | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1010 | Excerpts of the Deposition of Christopher Mumola. 1:1-22, 6:7-10, 8:12-15, 15:13-17:1, 17:14-18:6, 20:4-22:21, 23:5-30:11, 31:17-33:15, 34:9-35:9, 35:18-40:1, 40:6-14, 40:19-41:3, 41:9-45:13, 46:2-46:10, 46:14-49:11, 49:17-51:6, 51:15-17, 52:3-14, 53:11-14, 53:22-54:3, 60:22-61:8, 81:18-82:21, 89:1-90:13, 98:22-101:8, 101:10-17, 103:4-16, 104:5-105:1, 106:3-107:5. 123:1-22. | [REIN000043-REIN000118] | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will respond pursuant to the court's order regarding deposition excerpts. |
| I./II. | 1011 | Christopher J. Mumola, "Medical Causes of Death in State Prisons, 2001-2004" Bureau of Justice Statistics Data Brief, dated January 2007. (http://www.ojp.usdoj.gov/bjs/pub/pdf/mcdsp04.pdf) (Public Record). | [DEFS050838 - DEFS05849] | Stipulate to authenticity and admissibility. | |
| I./II. | 1012 | a letter to Anne Johnson from Bureau of Justice Statistics Director Jeffrey Sedgwick dated December 18, 2007 and attachments. | Ex. B to Mumola's deposition | Stipulate to authenticity and admissibility. | |
| I./II. | 1013 | Christopher Mumola, Deaths in Custody Statistical Tables | Ex. C to Mumola's Deposition | Stipulate to authenticity and admissibility. | |
| I./II. | 1014 | Christopher Mumola, Suicide and Homicide in State Prisons and Local Jails. | Ex. D. to Mumola's Deposition | Stipulate to authenticity and admissibility. | |
| I./II. | 1015 | Expert Report of David Thomas, dated November 9, 2007 | [DEFS053102-DEFS053104] | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1016 | Addendum to Statement of Opinions for David Thomas, MD JD | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1017 | Addendum II to Statement of Opinions for David L. Thomas, MD, JD, September 17, 2008. | [PAC002067-PAC002077] | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1018 | Preliminary Expert Report of Dr. Ira packer, dated November, 2007 | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1019 | Supplemental Expert Report of Dr. Ira Packer, dated December, 2007. | PAC000290-PAC000298 | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1020 | Addendum Expert Report of Dr. Ira Packer dated, August 15, 2008. | | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| I./II. | 1021 | Expert Report of Dr. Ira Packer dated, October 1, 2008. | BK00377-BK00448] | Pltffs' objections, if any, to this testimony, will be made at the appropriate time. | Defendants will address Plaintiffs objections if and when made. |
| II. | 1022 | Preliminary Expert Report of Dr. James Marquart, dated August 14, 2008. | | phase 2 | |
| II. | 1023 | Rebuttal Expert Report of Dr. James Marquart, dated August 27, 2008. | | phase 2 | |
| II. | 1024 | Supplemental Expert Report of James Marquart, dated September 22, 2008. | | phase 2 | |
| II. | 1025 | Preliminary Expert Report of Gale Bataille, dated August 15, 2008. | [BAT000204-BAT000214] | phase 2 | |
| II. | 1026 | Rebuttal Expert Report of Gale Bataille, dated August 27, 2008. | | phase 2 | |
| II. | 1027 | Expert Report of Nancy Pena, dated August 15, 2008. | | phase 2 | |
| II. | 1028 | Expert Report of Charlene Silva. | | phase 2 | |
| II. | 1029 | Expert Report of David Bennett, dated August 15, 2008 | | phase 2 | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| II. | 1030 | Supplemental Expert Report of David M. Bennett, dated October 16, 2008 | | phase 2 | |
| II. | 1031 | Expert Report of Robert Garner, dated August 14, 2008. | | phase 2 | |
| II. | 1032 | Expert Report of Gary Graves, dated August 15, 2008. | | phase 2 | |
| II. | 1033 | Expert Report of Paul McIntosh, dated August 13, 2008. | | phase 2 | |
| I./II. | 1034 | Declaration of Nancy Faszer Authenticating Office of the Inspector General Medical Inspection documents and attached Exhibits a-k | DEFS055120-DEFS055555 | Hearsay -- Fed.R.Evid. 802.  The OIG medical inspection results included in the offered exhibit were completed as part of a pilot program, for the purpose of testing an inspection instrument, the inspection methodology, and the inspectors themselves.  The results are labeled "confidential" and were not made public by the OIG precisely because as the product of a pilot project they were not considered reliable.  Alternatively, Fed.R.Evid. 106 requires the remainder of and/or related writings to be admitted. The exhibit does not include the cover letters and other memos and materials that we believe the OIG sent to each prison with each prison's results.  Since these documents were never produced to plaintiffs during discovery, it is not clear whether defendants obtained these additional writings from the Inspector General and chose to not include them, did not ask for them, or something else. The exhibit also does not include the letters sent by plaintiffs to the OIG and others following certain of the inspections regarding matters that were not identified | Admissible under the business records exception. Fed. R. Evid. 803 (6). |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1035 | Initial *Coleman* Complaint. | Col. Docket No. | Stipulate to authenticity and admissibility. | |
| I./II. | 1036 | Amended *Coleman* complaint. | Col. Docket No. 60 | Stipulate to authenticity and admissibility. | |
| I./II. | 1037 | *Coleman* Court order granting motion to convene a three-judge panel, dated July 23, 2007. | Col. Docket No. 2320 | Stipulate to authenticity and admissibility. | |
| I./II. | 1038 | *Coleman* Court order approving August 2007 bed plan, dated October 18, 2007. | Col. Docket No. 2461 | Stipulate to authenticity and admissibility. | |
| I./II. | 1039 | *Coleman* Court order approving plan to increase CDCR mental health clinician salaries, dated December 15, 2006. | Col. Docket No. 2083 | Stipulate to authenticity and admissibility. | |
| I./II. | 1040 | DMH May 2007 plan to increase mental health clinician salaries, with June 2007 court order approving plan. | Col. Docket No. 2279, 2301 | Stipulate to authenticity and admissibility. | |
| I./II. | 1041 | *Coleman* Court order approving Revised Program Guide, dated March 3, 2006. | Col. Docket No. 1173 | Stipulate to authenticity and admissibility. | |
| I./II. | 1042 | *Coleman* Court order directing construction of 64 single cell housing units at Salinas Valley Psychiatric Program (SVPP), dated March 3, 2006. | Col. Docket No. 1772 | Stipulate to authenticity and admissibility. | |
| I./II. | 1043 | *Coleman* Court order directing plan to expedite the construction, staffing and licensure of a mental health crisis bed unit at California Medical Facility (CMF), dated March 3, 2006. | Col. Docket No. 1772 | Stipulate to authenticity and admissibility. | |
| I./II. | 1044 | *Coleman* Court order directing opening of the California Men's Colony (CMC) Locked Observation Unit, dated May 2, 2006. | Col. Docket No. 1800 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1045 | *Coleman* Court order directing construction of 50-bed mental health crisis bed at California Men's Colony, dated October 20, 2006. | Col. Docket No. 1998 | Stipulate to authenticity and admissibility. | |
| I./II. | 1046 | *Coleman* Court order directing long term bed plan and approving 76 inpatient beds within D-5, D-6 of Salinas Valley State Prison, dated October 20, 2006. | Col. Docket No. 1998 | Stipulate to authenticity and admissibility. | |
| I./II. | 1047 | *Coleman* Court order directing construction of CMF beds, dated March 1, 2007. | Col. Docket No. 2154 | Stipulate to authenticity and admissibility. | |
| I./II. | 1048 | *Coleman* Court order to construct an additional 64 intermediate care beds for Level IV patients at California Medical Facility, dated March 1, 2007. | Col. Docket No. 2154 | Stipulate to authenticity and admissibility. | |
| I./II. | 1049 | *Coleman* Court order to install adequate temporary treatment and office space at Mule Creek State Prison, dated March 1, 2007. | Col. Docket No. 2154 | Stipulate to authenticity and admissibility. | |
| I./II. | 1050 | *Coleman* Court order to complete and occupy 50 mental health crisis beds at California Medical Facility and California Men's Colony, dated March 27, 2007. | Col. Docket No. 2173 | Stipulate to authenticity and admissibility. | |
| I./II. | 1051 | *Coleman* Court order approving plan to plan to construct 20 permanent psychiatric service unit (PSU) beds at California Institute for Women, dated March 28, 2007. | Col. Docket No. 2178 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1052 | *Coleman* Court order regarding small management yard plan, dated June 1, 2007. | Col. Docket No. 2225 | Stipulate to authenticity and admissibility. | |
| I./II. | 1053 | *Coleman* Court order to create adequate mental health treatment space at California Medical Facility and Salinas Valley State Prison, dated October 18, 2007. | Col. Docket No. 2461 | Stipulate to authenticity and admissibility. | |
| I./II. | 1054 | *Coleman* Court order regarding small management yards in administrative segregation, dated January 18, 2008. | Col. Docket No. | Stipulate to authenticity and admissibility. | |
| I./II. | 1055 | *Coleman* Court order denying request for temporary restraining order against out-of-state transfers, dated November 6, 2006. | Col. Docket No. 2025 | Stipulate to authenticity and admissibility. | |
| I./II. | 1056 | *Coleman* Plaintiffs' request for temporary restraining order against out-of-state transfers, filed in the *Coleman* , *Plata,* and *Armstrong* cases, dated October 2006. | Col. Docket No. 2016 | Stipulate to authenticity and admissibility. | |
| I./II. | 1057 | *Coleman* Court order of April 8, 2008 approving the stipulation to include certain credentialed osteopaths as providers of mental health care. | Col. Docket No. 2746 | Stipulate to authenticity and admissibility. | |
| I./II. | 1058 | *Coleman* Court order approving stipulation to permit rescoping of treatment space project at California State Prison, Sacramento, dated July 8, 2008. | Col. Docket No. 2861 | Stipulate to authenticity and admissibility. | |
| I./II. | 1059 | *Plata* Plaintiff's First Amended Complaint, dated August 20, 2001. | Plata Docket No. 20 | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1060 | *Plata* Stipulation for Injunctive Relief, dated June 13, 2002. | Plata Docket No. 68 | Stipulate to authenticity and admissibility. | |
| I./II. | 1061 | *Plata* Stipulated Order Re Quality of Patient Care and Staffing, dated September 17, 2004. | Plata Docket No. 229 | Stipulate to authenticity and admissibility. | |
| I./II. | 1062 | *Plata* Order to Show Cause Re Civil Contempt and Appointment of Interim Receiver, dated May 10, 2005. | Plata Docket No. 294 | Stipulate to authenticity and admissibility. | |
| I./II. | 1063 | Findings of Fact and Conclusions of Law Re Appointment of Receiver, dated Oct. 3, 2005. | Plata Docket No.371 | Stipulate to authenticity and admissibility. | |
| I./II. | 1064 | *Plata* Court's Order Appointing Court Expert, dated Oct. 3, 2005. | Plata Docket No.374 | Stipulate to authenticity and admissibility. | |
| I./II. | 1065 | *Plata* Court' Order Re Interim Remedies Relating to Clinical Staffing, dated December 1, 2005. | Plata Docket No. 420 | Stipulate to authenticity and admissibility. | |
| I./II. | 1066 | Coordinated Court's Order for Joint Hearing on June 8, 2006 to Facilitate Coordination between Plata and Coleman Courts, dated April 14, 2006. | Col. Docket No. 1783 | Stipulate to authenticity and admissibility. | |
| I./II. | 1067 | Joint Order by *Plata*, *Coleman* and *Perez* Courts Re Monthly Coordination Agreements Between Coordination Meetings Between *Plata* Receiver, *Coleman* Special Master, and *Perez* Court Representatives, dated Jan. 26, 2007. | Plata Docket No. 603 | Stipulate to authenticity and admissibility. | |

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| | | | | | |
| I./II. | 1068 | *Plata* Court's Order Re: Receiver's Application for Order Nunc Pro Tunc, dated March 30, 2007. | Plata Docket No.621 | Stipulate to authenticity and admissibility. | |
| I./II. | 1069 | Coordinated court's order Re: Coordination Meetings Between Plata Receiver, Coleman Special Master, and Perez Court Representative, dated May 29, 2007. | Plata Docket No. 691 | Stipulate to authenticity and admissibility. | |
| I./II. | 1070 | *Plata* Court's Order Re: Receiver's Master Application for Order Waiving State Contracting Statutes, Regulations and Procedures, and Request for Approval of Substitute Procedures for Bidding and Award of Contracts, dated June 4, 2007. | Plata Docket No. 737 | Stipulate to authenticity and admissibility. | |
| I./II. | 1071 | Coordinated court's order Approving Coordination Agreements Attached to Joint May 29, 2007 Order, dated June 28, 2007. | Plata Docket No. 691 | Stipulate to authenticity and admissibility. | |
| I./II. | 1072 | *Plata* Court's Order Re: (1) Receiver's May 2007 Preliminary Plan of Action, and Motion for Order Modifying Stipulated Injunction and Orders Entered Herein, and (2) Plaintiff's Motion for Order Directing Receiver to Comply with April 4, 2003 Order, Etc. , dated September 6, 2007. | Plata Docket Nos. 929-930. | Stipulate to authenticity and admissibility. | |

**Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses**

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | |
|---|---|---|---|---|
| Phase I / II. | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1073 | Plaintiffs' Counsel's Post-Tour Letter re California Rehabilitation Center, dated June 6, 2007. | [DEFS052924-DEFS052935] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1074 | Plaintiffs' Counsel's Post-Tour Letter re CCWF, dated February 7, 2007. | [DEFS052755-DEFS052765] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1075 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Women, dated May 7, 2007. | [DEFS052864-DEFS052870] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | |
|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1076 | Plaintiffs' Counsel's Post-Tour Letter re San Quentin, dated March 7, 2007. | [DEFS052804-DEFS052812] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1077 | Plaintiffs' Counsel's Post-Tour Letter re CSP-Sacramento, dated March 8, 2006 [sic]. | [DEFS052813-DEFS052826] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1078 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Men, dated April 26, 2007. | [DEFS052838-DEFS052851] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1079 | Plaintiffs' Counsel's Post-Tour Letter re Correctional Medical Facility, dated May 7, 2007. | [DEFS052864-DEFS052870] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel's post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1080 | Plaintiffs' Counsel's Post-Tour Letter re California Men's Colony, dated August 3, 2007. | [DEFS052992-DEFS053001] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1081 | Plaintiffs' Counsel's Post-Tour Letter re Kern Valley State Prison, dated August 15, 2007. | [DEFS053002-DEFS053014] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1082 | Plaintiffs' Counsel's Post-Tour Letter re Deuel Vocational Institution, dated September 24, 2007. | [DEFS053015-DEFS053028] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1083 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated October 9, 2007. | [DEFS053029-DEFS053043] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1084 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated March 2008. | [DEFS054147-DEFS054160] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. |
| I./II. | 1085 | *Plata* Order appointing special assistant, dated October 29, 2007. | Plata Docket No. 902 | Stipulate to authenticity and admissibility. | |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | |
|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1086 | *Plata* Correctional Expert's Report Re Clinical Staffing, dated Nov. 14, 2005. | Plata Docket No.404 | Stipulate to authenticity and admissibility. | |
| I./II. | 1087 | *Plata* Receiver's First Bi-Monthly Report and exhibits thereto, dated July 5, 2006. | Plata Docket No.527 | Stipulate to authenticity and admissibility. | |
| I./II. | 1088 | Plata Receiver's Second Bi-Monthly Report and exhibits thereto, dated Sept. 19, 2006. | Plata Docket No. 547 | Stipulate to authenticity and admissibility. | |
| I./II. | 1089 | Receiver's Third Bi-Monthly Report and exhibits thereto, dated December 5, 2006. | Plata Docket No. 581 | Stipulate to authenticity and admissibility. | |
| I./II. | 1090 | Receiver's Fourth Bi-Monthly Report and exhibits thereto, dated March 20, 2007. | Plata Docket No. 618 | Stipulate to authenticity and admissibility. | |
| I./II. | 1091 | Receiver's Plan of Action and exhibits thereto, dated May 10, 2007. | Plata Docket No. 657 | Stipulate to authenticity and admissibility. | |
| I./II. | 1092 | Receiver's Report Re Overcrowding, dated May 15, 2007. | Plata Docket No. 673 | Stipulate to authenticity and admissibility. | |
| I./II. | 1093 | Appendix of Exhibits in Support of Receiver's Report Re: Overcrowding, dated May 15, 2007. | Plata Docket No. 674 | Stipulate to authenticity and admissibility. | |
| I./II. | 1094 | Receiver's Supplemental Report Re: Overcrowding, dated June 11, 2007. | Plata Docket No. 706 | Stipulate to authenticity and admissibility. | |
| I./II. | 1095 | Declaration of John Hagar in Support of Receiver's Report Re Overcrowding and exhibits thereto, dated June 11, 2008. | Plata Docket No. 706 | Stipulate to authenticity and admissibility. | |
| I./II. | 1096 | Receiver's Fifth Quarterly Report and exhibits thereto, dated June 20, 2007. | Plata Docket No. 723 | Stipulate to authenticity and admissibility. | |
| I./II. | 1097 | Receiver's Sixth Quarterly Report and exhibits thereto, dated September 25, 2007. | Plata Docket No. 866-867 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1098 | Receiver's Seventh Quarterly Report, dated March 14, 2008. | Plata Docket No. 1136 | Stipulate to authenticity and admissibility. | |
| I./II. | 1099 | Receiver's Eighth Quarterly Report, dated June 17, 2008. | Plata Docket No. 1248 | Stipulate to authenticity and admissibility. | |
| I./II. | 1100 | Receiver's Ninth Quarterly Report, dated September 15, 2008. | Plata Docket No. 1472 | Stipulate to authenticity and admissibility. | |
| I./II. | 1101 | Receiver's Application for Order Nunc Pro Tunc Waiving State Contracting Statutes, Regulations and Procedures with Respect to Contract Awarded to Maxtor International Pharmacy Services Corporation and Approving Receiver's Substitute Procedure for Bidding and Award of Such Contract, dated Feb. 28, 2007. | Plata Docket No. 610 | Stipulate to authenticity and admissibility. | |
| I./II. | 1102 | Receiver's Motion for Waiver of State Law Re Receiver Career Executive Assignment Positions, dated April 13, 2007. | Plata Docket No. 636 | Stipulate to authenticity and admissibility. | |
| I./II. | 1103 | Receiver's Amended Motion for Waiver of State Law Re Receiver Career Executive Assignments, dated April 18, 2007. | Plata Docket No. 642 | Stipulate to authenticity and admissibility. | |
| I./II. | 1104 | Receiver's Motion for Waiver of State Law Re Physician Clinical Competency Determinations, dated April 25, 2007. | Plata Docket No. 645 | Stipulate to authenticity and admissibility. | |
| I./II. | 1105 | Receiver's Reply Memorandum in Support of Motion for Waiver of State Law Re Clinical Competency Determinations, dated June 15, 2007. | Plata Docket No. 709 | Stipulate to authenticity and admissibility. | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1106 | Receiver's Plan of Action and exhibits thereto, dated November 15, 2007. | Plata Docket No. 928-950 | Stipulate to authenticity and admissibility. | |
| I./II. | 1107 | Kent Imai's Analysis of CDCR Death Reviews and supporting data, dated August 20, 2007. | [DEFS053870-DEFS053880] | Stipulate to authenticity and admissibility. | |
| I./II. | 1108 | Summaries and Recommendations of Each of *Coleman* Special Master's Monitoring Reports on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols. | DEFS059781-DEFS060509 | Stipulate to authenticity and admissibility. | |
| I./II. | 1109 | *Coleman* Special Master's Seventeenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, dated May 4, 2007. | Col. Docket No. 2274 | Stipulate to authenticity and admissibility. | |
| I./II. | 1110 | *Coleman* Special Master's Eighteenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, dated August 27, 2007. | Col. Docket No. 2334 | Stipulate to authenticity and admissibility. | |
| I./II. | 1111 | *Coleman* Special Master's Nineteenth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols, filed July 25, 2008 | Col. Docket No. 2895 | Stipulate to authenticity and admissibility. | |
| I./II. | 1112 | *Coleman* Special Master's Twentieth Monitoring Report on the Defendant's Compliance with Provisionally Approved Plans Policies or Protocols. | Col. Docket No. 3029 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1113 | *Plata* Court's Order to Show Cause Re: *Plata* / *Coleman* / *Perez* / *Armstrong* Construction Coordination Agreement, dated November 13, 2007. | Plata Docket No. 927 | Stipulate to authenticity and admissibility. | |
| I./II. | 1114 | Receiver's Supplemental Application No. 2 for Order Waiving State Contracting Statute's Regulations and Procedures, dated November 20, 2007. | Plata Docket No. 959 | Stipulate to authenticity and admissibility. | |
| I./II. | 1115 | *Plata* Court's Order Granting in Part Receiver's Supplemental Application No. 2 for Order Waiving State Contracting Statutes, Regulations, and Procedures, dated January 25, 2008. | Plata Docket No. 1066 | Stipulate to authenticity and admissibility. | |
| I./II. | 1116 | Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated November 27, 2007. | Plata Docket No. 981 | Stipulate to authenticity and admissibility. | |
| I./II. | 1117 | *Plata* Court's Order Granting Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated December 20, 2007. | Plata Docket No. 1026 | Stipulate to authenticity and admissibility. | |
| I./II. | 1118 | Receiver's Response to Parties' Objections and Responses to November 13, 2007 Order to Show Cause re: Construction Coordination Agreement, dated December 17, 2007. | Plata Docket No. 1022 | Stipulate to authenticity and admissibility. | |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | |
|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1119 | Receiver's Report in Support of Motion for Waiver of State Law re: Physician Clinical Competency Determinations, dated January 7, 2008. | Plata Docket No. 1038 | Stipulate to authenticity and admissibility. | |
| I./II. | 1120 | Stipulation between State Department of Personnel Administration and Receiver Re: LVN Salary Administration, dated January 9, 2008. | Plata Docket No. 1046 | Stipulate to authenticity and admissibility. | |
| I./II. | 1121 | *Plata* Order Appointing New Receiver, dated January 23, 2008 | Plata Docket No. 1063 | Stipulate to authenticity and admissibility. | |
| I./II. | 1122 | *Coordinated Court's Order to Show Cause re Plata / Coleman / Perez / Armstrong Technology Coordination Agreement, dated February 4, 2008.* | Plata Docket No. 1079 | Stipulate to authenticity and admissibility. | |
| I./II. | 1123 | Coordinated Courts' Order Re: Construction Agreement, dated February 26, 2008. | Plata Docket No. 1107 | Stipulate to authenticity and admissibility. | |
| I./II. | 1124 | *Coordinated Court's Order Approving Plata / Coleman / Perez / Armstrong Technology Coordination Agreement, dated March 10, 2008.* | Plata Docket No. 1123 | Stipulate to authenticity and admissibility. | |
| I./II. | 1125 | *Coordinated Court's Order to Show Cause Re: Pilot Program for CDCR Health Care CEOs, dated March 13, 2008.* | Plata Docket No. 1130 | Stipulate to authenticity and admissibility. | |
| I./II. | 1126 | *Coordinated Court's Order Granting Receiver's Supplemental Application No. 4 for Order Waiving State Contracting Statutes, Regulations and Procedures, dated April 23, 2008* | Plata Docket No. 1175 | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1127 | *Coordinated Court's Order Approving CEO Pilot Program Coordination Agreement in Plata / Coleman / Perez, dated April 1, 2008.* | Plata Docket No. 1151 | Stipulate to authenticity and admissibility. | |
| I./II. | 1128 | *Plata* Court Order Appointing Receivership Advisory Board, dated June 6, 2008; *Plata* Court's Order Approving, with Modifications, Proposed Policies Regarding Physician Clinical Competency, dated July 9, 2008. | Plata Docket No.1227 | Stipulate to authenticity and admissibility. | |
| I./II. | 1129 | *Plata* Court's Order Granting Receiver's Motion to Join Controller as a Defendant, dated July 10, 2008. | Plata Docket No. 1310 | Stipulate to authenticity and admissibility. | |
| I./II. | 1130 | Receiver's Further Report re: Physician Clinical Competency Determinations, dated August 1, 2008. | Plata Docket No. 1347 | Stipulate to authenticity and admissibility. | |
| I./II. | 1131 | *Plata* Court's Order re: Physician Clinical Competency Policies and Implementation Plan, dated August 1, 2008. | Plata Docket No. 1367 | Stipulate to authenticity and admissibility. | |
| I./II. | 1132 | Receiver's Motion to Compel Defendants to Fund Receiver's Remedial Projects and Motion for Order Adjudging Defendants in Contempt for Failure to Do So, dated August 13, 2008. | Plata Docket No. 1379 | Stipulate to authenticity and admissibility. | |
| I./II. | 1133 | Receiver's "Turnaround Plan of Action," dated June 6, 2008. | Plata Docket No. 1229 | Stipulate to authenticity and admissibility. | |
| I./II. | 1134 | Receiver's Revised Plan of Action, dated November 15, 2007. | | Stipulate to authenticity and admissibility. | |

| **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** |

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1135 | Receiver's 90-Day Report re: Career Executive Assignments, dated December 21, 2007. | Plata Docket No. 1029 | Stipulate to authenticity and admissibility. | |
| I./II. | 1136 | Receiver's 180-Day Report re: Career Executive Assignments, dated March 6, 2008. | Plata Docket No. 1119 | Stipulate to authenticity and admissibility. | |
| I./II. | 1137 | Receiver's Revised Chapter 7, Death Reporting and Review Policy, dated July 25, 2008. | | Stipulate to authenticity and admissibility. | |
| I./II. | 1138 | Coordinated Courts' Order Show Cause Re: Space Agreement, dated September, 05, 2008. | Col. Docket No. 1451 | Stipulate to authenticity and admissibility. | |
| I./II. | 1139 | *Coleman* Defendants' August 2007 Mental Health Bed Plan, with attached population forecast report of John Misener/Navigant | DEFS004609-DEFS0046 42 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan and population forecast; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1140 | Defendants' Small Management Yard Plan, filed October 29, 2007, with supplemental statements and declarations, filed December 4, 2007. | Col Docket No. 2492 and 2590 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1141 | Defendants' Plan to Reduce Suicide Trends in Administrative Segregation, filed October 2, 2006, with Response to Plaintiff Objections, filed December 1, 2006. | Col. Docket No. 2061 and 1990 with Ex. A as 1990-2 | Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1142 | Defendants' Plan to Provide Enhanced Outpatient Program (EOP) care in Reception Centers, filed July 31, 2006, with Revised Reception EOP Plan, sent December 3, 2007. | Col. Docket No. 1928, +.pdf | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1143 | Defendants' Response to Court Order to Address Staffing Vacancies Within DMH, filed May 16, 2007. | Col. Docket No. 2219 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402; Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1144 | Defendants' Response to Special Master Keating's Recommendations in 16th Round Report Concerning CDCR Mental Health Clinician's Salaries, filed December 7, 2006. | Col. Docket No. 2067 | A; Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described responses has been implemented and as to truth/accuracy of statements in document; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1145 | Department of Mental Health's May 2007 plan to increase mental health clinician salaries, with June 2007 court order approving plan. | Col. Docket Nos. 2222, 2301 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1146 | *Coleman* Order of October, 2004 and Defendants' Plan to Provide Regionalized Care to Exhibitionists, sent  July 2007, with amending memoranda and form, dated August 31, 2007.  (Subject to Protective Order and Under Seal) | Col. Docket No. 1598 and DESF058661- DEFS058675 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1147 | Revised Program Guide, filed January 2006 and approved March 2006, including any amending memoranda approved after March 2006 to date. | Col. Docket No. 1753, 1754, 1773 | Stipulate to authenticity and admissibility. | |
| I./II. | 1148 | 2008 Revised Program Guide | DEFS58231- DEFS58620 | Relevance -- this is neither approved nor final | Defendants contend that this is relevant to Phase I.  It was provided to Special Master Lopes and before the discovery cutoff and has been distributed to the field.  This document shows ongoing revision and that the training process is working. |
| I./II. | 1149 | Weekly Report of Population, dated October 25, 2006 | DEFS057648- DEFS057650 | Stipulate to authenticity and admissibility. | |
| I./II. | 1150 | Daily COCF Count, dated August 29, 2008 | DEFS058155 | Stipulate to authenticity and admissibility. | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1151 | *Madrid v. Tilton*, Special Master's Final Report and Recommendation to Cease Health Services Monitoring at Pelican Bay State Prison and Order | Order Madrid Docket No. 2148 [DEFS059649-DEFS059693 | Stipulate to authenticity and admissibility. | |
| I./II. | 1152 | Filed compliance statement concerning implementation of plan to train and implement policy for correctional officers to provide cardiopulmonary resuscitation to inmates. | Col. Docket No. 2346 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1153 | Filed compliance statements concerning implementation of plans to provide televisions and other appliances to administrative segregation inmates, dated March 12, 2007. | Col. Docket No. 2363 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in F154California prisons. |
| I./II. | 1154 | Filed compliance statements concerning implementation of plans to evaluate non-board eligible psychiatrists for competency. | Col. Docket No. 2748 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1155 | *Coleman* Court Order, January 15, 2008 | Col. Docket No. 2644 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1156 | *Coleman* Defendant DMH plan to activate 231 beds at Atascadero State Hospital. | Col. Docket No. 2580 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402; tipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Defendants contend that the plan to activate beds is relevant to receiving care and is relevant to Phase I. Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1157 | *Coleman* Defendants' Supplemental Report Regarding Television and Radio Accessibility in Administrative Segregation unit, filed August 21, 2007. | Col. Docket No. 2382 | Stipulate as to authenticity and for purpose of showing Defendants submitted report; Hearsay under FRE 802 to the extent offered to show the truth of the matters asserted; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1158 | C*oleman* Defendants' feasibility reports on Coalinga State Hospital, filed November 2006 and Coalinga State Hospital amended feasibility report, filed December 4, 2006. | Col. Docket No. 2014, 2092 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Feasibility reports are submitted to show fact that analysis occurred and it is not offered for the truth. Fed. R. Evid. 801(d). |
| I./II. | 1159 | *Coleman*/CDCR Defendants' response to court order for plan to address mental health assessment needs of CCCMS inmates subject to discipline, filed October 1, 2007. | Col. Docket No. 2440 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1160 | *Coleman/*CDCR Defendants' response to court order for plan to address recruitment, filed October 1, 2007. | Col. Docket No. 1807 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1161 | Demonstrative Exhibit - Mental Health Services Delivery System Caseload Census | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart is created for litigation; does not identify with any specificity underlying source data; unclear how and in what instances asterixed comments modify data in chart; no identification of who compiled, etc.; Produced after individuals who could discuss chart's creation had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1162 | Misener/Navigant mental health and overall CDCR population forecast, annual report of July 2007, report of August 2007 (and any ongoing reports), and contract, report of June 2008. | DEFS004609- DEFS004642 | Hearsay -- Fed.R.Evid. 802; Lack of Foundation -- Fed.R.Evid. 901 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show fact occurred in conformance with Court order to hire Navigant and to do forecasts and to do bed plans in conformance with the forecasts. |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1163 | *Coleman* Monthly Report of Information Requested and Response to January 19, 1999 Court Order Regarding Staff Vacancies, August 2008 to present. (Subject to protective order). | DEFS055079- DEFS055087 | Stipulate to authenticity and admissibility. | |
| I./II. | 1164 | CDCR Mental Health Crisis Bed Monthly Reports, January 2008 to present. | DEFS058676- DEFS058716 | Stipulate to authenticity and admissibility. | |
| I./II. | 1165 | DMH monthly report to *Coleman* Special Master on utilization of beds. (Subject to Protective Order). | Col. Docket No. 2950, 2951 | Stipulate to authenticity and admissibility. | |
| I./II. | 1166 | DMH monthly report to *Coleman* Special Master on CMF/VPP and SVSP/SVPP census. | Col Docket No. 1783 | Stipulate to authenticity and admissibility. | |
| I./II. | 1167 | DMH monthly report to *Coleman* Special Master on staffing and staff vacancies. | DEFS058108- DEFS0058119 | Stipulate to authenticity and admissibility. | |
| I./II. | 1168 | CDCR mental health care workload study, draft and final. | E_CDCRr_MH118780 | Stipulate to authenticity and admissibility. | |
| I./II. | 1169 | US DOJ-DMH Consent Judgment per, filed with Coleman court May 4, 2006. | Col. Docket No. 1807 | Relevance -- Fed.R.Evid. 402 | Defendants contend that this is relevant to Phase I. |
| I./II. | 1170 | State Personnel board resolution compressing hiring ranks for CDCR mental health clinicians, dated June 2007. | DEFS058717- DEFS058739 | Stipulate to authenticity and admissibility. | |
| I./II. | 1171 | CDCR 2006 Annual Reports on Suicides within CDCR, sent to Secretary Tilton. | DEFS055609- DEFS055632 | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1172 | CDCR 2007 Annual Reports on Suicides within CDCR, sent to Secretary Tilton. | DEFS058882-DEFS058883 | Stipulate to authenticity and admissibility. | |
| I./II. | 1173 | *Coleman* court order, October 7, 2008 | Col. Dockt No. 3073 | Stipulate to authenticity and admissibility. | |
| I./II. | 1174 | Special Master's Report on the mental health workload study, 2008. | DEFS00055108-DEFS055119 | Stipulate to authenticity and admissibility. | |
| I./II. | 1175 | *Coleman* Defendants' Mental Health Bed Plan of July 2008 (produced on July 16, 2008) and its attached projections of the mental health population prepared by Navigant consulting group. | DEFS058748-DEFS058777 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan and population forecast; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1176 | Special Master Lopes' annual report on Suicides Committed in California Department of Corrections and Rehabilitation in Calendar Year 2006. | Col. Docket No. 3030 | Stipulate to authenticity and admissibility. | |
| I./II. | 1177 | Defendants' May 1, 2008 enhanced referral strategy to provide mental health assessments for CCCMS inmates within the disciplinary process | DEFS058740-DEFS058743 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1178 | Defendants' May 1, 2008 further plan to enhance referral strategy for intermediate care beds at Atascadero State Hospital. | DEFS058884-DEFS058891 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1179 | Defendants' May 1, 2008 further plan to provide EOP care in Reception Centers. | DEFS058892-DEFS058896 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1180 | Defendants' May 1, 2008 further plan to provide EOP care in administrative segregation centers. | DEFS058897-DEFS0059013 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1181 | Defendants' May 1, 2008 further plan to enhance recruitment efforts and strategies. | DEFS059014-DEFS059041 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1182 | Correspondence of the Department of Finance to the Legislature, dated May 13, 2008 and May 14, 2008, seeking funds for third watch staffing of exercise yards in certain prisons as well as to obtain budgetary approval of certain positions identified in the mental health workload study. | DEFS059042-DEFS059065 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Not offered to show truth, offered to show act therefore admissible. Defendants contend that this is relevant to Phase I. |
| I./II. | 1183 | CDCR submittal to Public works Board of Small management yard proposal. | DEFS059066-DEFS059088 | Stipulate to authenticity and admissibility. | |
| I./II. | 1184 | CDCR Adult Programs Rehabilitative Programming Reform Project Work Plan | DSUPP004798-DSUPP005012 | Hearsay if offered to show that any implementation steps took place on the dates indicated in the project plannnig charts -- Fed.R.Evid. 802 | Offered to show implementation steps have been taking place. |
| I./II. | 1185 | Activation memoranda for Psychiatric Services Unit at California State Prison, Sacramento, 2008. | DEFS9059577-DEFS059578 | Stipulate to authenticity and admissibility. | |
| I./II. | 1186 | Activation memoranda for Enhanced Outpatient Program/Sensitive Needs Yard at Kern Valley State Prison dated August 2008. | DEFS059089-DEFS059091 | Stipulate to authenticity and admissibility. | |
| I./II. | 1187 | Activation memoranda for HIV/SHU unit at California State Prison, Sacramento. | DEFS059641-DEFS059642 | Stipulate to authenticity and admissibility. | |
| I./II. | 1188 | CDCR/DA Memorandum Re: Discontinuance of the Four Point Assessment Given at Reception for Inmates included in the MHSDS, dated September 6, 2008. | DEFS059092-DEFS059093 | Relevance -- Fed.R.Evid. 402 | Defendants contend that this is relevant to Phase I. |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1189 | CDCR Memorandum Re: Activation of online exams for clinical psychologists, dated August 7, 2008. | DEFS059094-DEFS059095 | authentication -- this is taken as an exception to our general agreement re authenticity of CDCR records.  This letter is undated -- it is thus not clear when the thing was actually written, | Defendants contend that this document has been adequately authentication.  Plaintiff received this memorandum in the court of monitoring. |
| I./II. | 1190 | Correctional Offender Management Profiling for Alternative Sanctions (COMPAS) Report, dated September 2008. | DEFS058191-DEFS058230 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This is a spreadsheet first produced 11/14/08, with what appears to by *several dozen sub-parts*, with acronyms that are not known or explained, numbers etc. that are not referenced to any source data, compiled by who knows who, etc. | Admissible under the business records exception. Fed. R. Evid. 803(6). |
| I./II. | 1191 | Division of Adult Parole Operations memo on release of parolees under authority of California Penal Code section 3001, dated May 15, 2007. | Col. Docket No. 1192, Attachment 2 | Stipulate to authenticity and admissibility. | |
| II. | 1192 | AB 900, the Public Safety and Offender Rehabilitation Services Act of 2007, which became law on May 3, 2007. (http://www.leginfo.ca.gov/pub/07-08/bill/asm/ab_0851-0900/ab_900_bill_20070503_chaptered.html) (Public Record). | DEFS058778-DEFS058779 | Stipulate to authenticity and admissibility. | |

| **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** |

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1193 | *Coleman* Defendants submitted plan to provide mental health care to *Valdivia* members, dated September 2008. | DEFS059096-DEFS0590182 | Inadmissible evidence of changes in prison conditions after August 30, 2008 -- July 2, 2008 Order at 3:6-7;  Hearsay, to the extent it is offered to show that any plan stated therein is actually being implemented -- Fed.R.Evid. 802. Foundation, as this is a draft plan, and still being negotiated.  It cannot be presented as if it were a final plan -- Fed.R.Evid. 901 | Draft plan is pending approval of the Special Masters and was negotiated through August with Plaintiffs. Offered to show that a plan memoralizng those August negotiations was proffered.  The implementation of the mental health portion of the plan is shown on the exhibit regarding referral of CDCR parolees to higher level of care. |
| I./II. | 1194 | California Department of Corrections and Rehabilitation Adult Programs Rehabilitative Programming Progress Report to C-ROB, dated June 3, 2008. | DSUPP004740-DSUPP004797 | Best Evidence Rule as to described but not available because "confidential" pending review or labor negotiations. Hearsay, to the extent offered to show that any plan stated therein is actually being implemented. | Admissible under the official information / public records exception of the hearsay rule.  Fed. R. Evid. 803(8). |
| I./II. | 1195 | Secretary Tilton's Memorandum titled: "Parolees Returned to Custody for Psychiatric Treatment", dated January 12, 2007. | DEFS055931 | Stipulate to authenticity and admissibility. | |
| I./II. | 1196 | CDCR's Integrated Strategy to Address Overcrowding in CDCR's Adult Institutions. (http://www.cdcr.ca.gov/News/docs/2008_06_18_REDUCE_overcrowding_Docs.pdf) (Public Record). | DEFS021717-DEFS0217214 | Stipulate to authenticity and admissibility. | |
| I./II. | 1197 | *Coleman* Court Order, dated February 12, 2007 re: implement plan reduce suicides | Col Docekt No. 2139 | Stipulate to authenticity and admissibility. | |
| I./II. | 1198 | Parole Violation Decision Making Instrument and associated documents. | DEFS058621-DEFS058652 | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1199 | County by County of Mentally Ill Parolees with POC Appointments During the Period of August 1 Through September 30, 2008. | DEFS058656 | Foundation -- Fed.R.Evid. 901; Improper compilation, we do not have the data this is summarizing -- .  Fed.R.Evid. 1006; Also it was produced late after we had deposed the witnesses who could explained how it was made and what these numbers signify. | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1200 | Letter from the Hon. Judge Thelton E. Henderson to Senator Michael J. Machado regarding Senate Bill 1665, dated May 22, 2008. | DEFS021091-DEFS021092 | Hearsay -- Fed.R.Evid. 802 | Legal action taken by the Court. Defendants will request that the court take Judicial Notice of the document it drafted. |
| II. | 1201 | 2008-09 Governor's Budget, Budget-Balancing Reduction Proposal, dated January 10, 2008. | DEFS059183-DEFS059203 | Stipulate to authenticity and admissibility. | |
| I./II. | 1202 | Parole Census Data as June 30, 2008. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/PCensus1/PCENSUS1d0806.pdf) (Public Record) | DEFS055900-DEFS055914 | Stipulate to authenticity and admissibility. | |
| I./II. | 1203 | Total Population Weekly Reports produced by CDCR, dated August 27, 2008, | DEFS057837-DEFS057840 | Stipulate to authenticity and admissibility. | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1204 | Spring 2007 Adult Population Projections. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Projections/S07Pub.pdf) (Public Record). | DEFS059204- DEFS059246 | Stipulate to authenticity and admissibility. | |
| I./II. | 1205 | UCLA Annual Report, Mental Health Services Continuum, CDCR Parole Division, dated 2003, 2004, 2005, and 2006. | DEFS055748- DEFS55889 | Hearsay, to the extent offered for the truth of the matter regarding recidivism figures -- Fed.R.Evid. 802. | Admissible as a business record. Fed. R. Evid. 803(6). Admissible as a public record. Fed. Evid. 803(8). |
| I./II. | 1206 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated August 5, 2008. (http://www.cphcs.ca.gov/docs/newsletter/newsletter_v1i1_20080805.pdf) (Public Record). | DEFS055606- DEFS055608 | Stipulate to authenticity and admissibility. | |
| I./II. | 1207 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated September 9, 2008. (http://www.cphcs.ca.gov/docs/newsletter/newsletter_v1i2_20080909.pdf) (Public Record). | DEFS058123- DEFS058126 | Stipulate to authenticity and admissibility. | |
| I./II. | 1208 | Receiver's Newsletter "The Turnaround Lifeline: California Prison Health Care Services", dated October 6, 2008. (http://www.cphcs.ca.gov/docs/newsletter/newsletter_v1i3_20081006.pdf) (Public Record). | DEFS058127- DEFS058130 | Stipulate to authenticity and admissibility. | |
| II. | 1209 | Petersilia Article "When Prisoners Return to the Community". (http://www.ncjrs.gov/pdffiles1/nij/184253.pdf) (Public Record). | DEFS056233- DEFS056240 | phase 2 | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1210 | County and Region of Parole Calendar Year 2007. | DEFS055915-DEFS055930 | Stipulate to authenticity and admissibility. | |
| I./II. | 1211 | Press release dated September 29, 2008 by CDCR, with comments from Kernan. ("Out –of-State Transfers of Inmates Surpass 5,000; Allow CDCR to Reduce "Bad Beds" by 27%".) (http://www.cdcr.ca.gov/News/2008_Press_Releases/Sept_29.html) (Public Record). | DEFS055023-DEFS055024 | Hearsay -- Fed.R.Evid. 802. | Not offered for its truth, offered to show act occurred. |
| II. | 1212 | Jack Leonard, Megan Garvey and Doug Smith, *Releasing Inmates Early Has a Costly Human Toll*, Los Angeles Times, May 14, 2006. | MAR002538 | Hearsay -- Fed.R.Evid. 802; also extent offered for the summary of data, improper compilation -- Fed.R.Evid. . .  FRE 1006. | Phase II Exhibit.  Defendants will respond during as part of the Phase II process. |
| I./II. | 1213 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's First Set of Interrogatories, dated November 5, 2007. (Subject to Protective Order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1214 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's Second set of Interrogatories, dated December 23, 2007. ( | | Stipulate to authenticity and admissibility. | |
| I./II. | 1215 | *Coleman* Plaintiffs' Responses to Defendant Schwarzenegger's First Set of Request for Production of Documents, dated November 2007. | | Stipulate to authenticity and admissibility. | |
| I./II. | 1216 | *Coleman* Plaintiffs' Responses to Defendant Cate's First Set of Interrogatories, dated September 2, 2008. | | Stipulate to authenticity and admissibility. | |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | |
|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1217 | Excerpts of the Deposition of Plaintiff Ray Stoderd and changes / revisions. 7:1-3, 7:7-9, 8:3-8, 8:11-16, 19:18-21:6, 21:14-22:21, 24:2-25:7, 27:14:28:11, 28:23-29:9, 39:20-24, 49:14-18, 58:11-18, 58:22-25, 59:1-15, 59:19-60:22, 62:1-23, 84:24-86:15, 93:21-23, 94:23-25. | Produced 10/30 | objections to deposition excerpts will made made, as appropriate, pursuant to the schedule otherwise established by the Court | Defendants will respond pursuant to the court's order regarding deposition excerpts. |
| I./II. | 1218 | Excerpts of the Deposition of Plaintiff Ralph Coleman changes / revisions.10:1-25, 11:1-25, 12:1-24, 13:14-19, 15:16-18, 17:20-25, 19:23-25, 20:1-16, 22:1-25, 23:1-25, 24:1-25, 25:1-19, 26:1-25, 27:23-28:10, 28:23-25, 29:22-25, 30:1-18, 31:6-10, 31:14-18, 32:3-18, 32:24 -33:17, 34: 16- 36:22, 38:25 -39:12, 40:18 – 41:25, 42:1-24, 47:8 – 25, 49:24 – 50:13, 53:1-9, 55:15-56:20, 59:4-11, 68:4-70:8, 78:9-15, 81:14-18, 82:21- 83:10. (Subject to Protective Order). | Produced 10/30 | objections to deposition excerpts will made made, as appropriate, pursuant to the schedule otherwise established by the Court | Defendants will respond pursuant to the court's order regarding deposition excerpts. |
| I./II. | 1219 | November 3, 2006 correspondence from Tilton to Special Master Keating filed with the court in Opposition to Plaitniff's' request in Coleman  for a TRO | Col. Docket No.2020 | Stipulate to authenticity and admissibility. | |
| I./II. | 1220 | Demonstrative Exhibit – Health Care Services Regional Administration Charts | Produced 11/06 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| II. | 1221 | State Court Sentencing of Convicted Felons, 2004 - Statistical Tables. (http://www.ojp.usdoj.gov/bjs/pub/html/scscf04/tables/scs04102tab.htm; http:///www.ojp.usdoj.gov/bjs/pub/html/scsf04/tables/scs04103tab.htm; http://www.ojp.usdoj.gov/bjs/pub/html/scscf04/tables/scs04105tab.htm) (Public Record). | DEFS056432-DEFS056435 | phase 2 | |
| I./II. | 1222 | CDCR and DMH Memos re: Referral of Parolees to Higher LOC with August 2008 Court Order attached. | Order Col. Docket No. 2930 | Stipulate to authenticity and admissibility. | |
| I./II. | 1223 | *Valdivia* Court August 2008 Order Re: Care of Parolees awaiting revocation hearings. | Col. Docket No. 2930 | Stipulate to authenticity and admissibility. | |
| I./II. | 1224 | Receiver's Facility Master Plan (subject to protective order). | DSUPP005951-DSUPP0069443 | Stipulate to authenticity and admissibility. | |
| I./II. | 1225 | CTF Soledad Facility Master Plan Report, dated October 29, 2007(subject to protective order). | DSUPP005732-DSUPP005816 | Stipulate to authenticity and admissibility. | |
| I./II. | 1226 | California Institution for Men Master Plan Report, dated April 14, 2008 (subject to protective order). | DSUPP005575-DSUPP005731 | Stipulate to authenticity and admissibility. | |
| I./II. | 1227 | Mule Creek State Prison Master Plan Report, dated January 25, 2008 (subject to protective order). | DSUPP005514-DSUPP005574 | Stipulate to authenticity and admissibility. | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1228 | Folsom State Prison Master Report, dated June 20, 2008 (subject to protective order). | DSUPP005296-DSUPP005416 | Stipulate to authenticity and admissibility. | |
| I./II. | 1229 | Avenal Facility Master Plan Report, dated August 2008 (subject to protective order). | DSUPP005013-DSUPP005043 | Stipulate to authenticity and admissibility. | |
| I./II. | 1230 | RJ Donovan Facility Master Plan, dated June 10, 2008 (subject to protective order). | DSUPP005817-DSUPP005950 | Stipulate to authenticity and admissibility. | |
| I./II. | 1231 | California Institution for Women Master Plan Report, dated March 28, 2008 (subject to protective order). | DSUPP005196-DSUPP005295 | Stipulate to authenticity and admissibility. | |
| I./II. | 1232 | URS Operational Guidelines Report, dated July 8, 2008 (subject to protective order). | BAT000335-BAT000365 | Stipulate to authenticity and admissibility. | |
| I./II. | 1233 | Kent Imai's Analysis of CDCR Death Reviews, dated November 3, 2008. | Plata Docket No. 1770-8 | Stipulate to authenticity and admissibility. | |
| I./II. | 1234 | CDCR Adult Population Projections, 2008-2013, published in Spring 2008;. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Projections/S08Pub_Internet.pdf) (Public Record). | | Stipulate to authenticity and admissibility. | |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1235 | Demonstrative Exhibit - Staffing Progress for Medical and Mental Health | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart is created for litigation; souce is identified as Defs' Trial Exh. No. 1263, but this document was not provided; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed; | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1236 | Demonstrative Exhibit -- Summary of Trends and Suicide Trends (Robert Canning). | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart is created for litigation; no source for underlying data identifed; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed; Objection for reasons articulated in Plaintiffs' motion to strike in connection with Defendants' MIL 10 | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1237 | Demonstrative Exhibit -- Summary of In-State Adult Population 5 Year Trend and Out-State Adult Population. | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart is created for litigation; misleading - improperly excludes camp populations; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| | 1238 | Omit | | Stipulate to authenticity and admissibility. | |
| | 1239 | Omit | | Stipulate to authenticity and admissibility. | |
| | 1240 | Omit | | Stipulate to authenticity and admissibility. | |
| II. | 1241 | Demonstrative Exhibit -- Summary of State Sevices Available to Parolees. | | phase 2 | |
| II. | 1242 | Demonstrative Exhibit -- Summary of CDCR Parolee Assistance Programs. | Produced 11/06 | phase 2 | |

| Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1243 | Demonstrative Exhibit -- Summary of DMH Facilities/Hospitals for Inmates and for Non-inmates | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; contains inaccuracies; no source for underlying data identifed; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1244 | Demonstrative Exhibit -- Healthcare Funding & Cost Per Inmate: 2005-06 through 2009-10 | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; amount of money spent not relevant under FRE 802; also foundation, and authenticity.  This chart is created for litigation; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). |

| | | | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1245 | Demonstrative Exhibit -- Hiring Progress Report-Six Month Vacancy Summary | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart does not identify with any specificity underlying source data; no identification of who compiled, etc.; Produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1246 | Demonstrative Exhibit -- AllNumbers_BasedOnSCO2_revised_10-15-08 | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart appears created for litigation; does not identify with any specificity underlying source data; no identification of who compiled, etc.; Produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1247 | Demonstrative Exhibit -- CA Map with the number of mental and medical health beds as of August 2008 | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance. This chart appears created for litigation; contains no date, inaccuracies, and mistakes; does not identify with any specificity underlying source data; no identification of who compiled, etc.; Produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated. It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose. The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| II. | 1248 | Demonstrative Exhibit -- August 2008 Risk - Need Sacramento | Produced 11/06 | phase 2 | |
| II. | 1249 | Demonstrative Exhibit -- August 2008 Risk - Need San Diego | Produced 11/06 | phase 2 | |
| II. | 1250 | County Count_MI Parolee Appointments_8-08 thru 9-08 | DEFS055955-DEFS55977 | phase 2 | |
| II. | 1251 | Zip Count_MI Parolee Appointments_8-08 thru 9-08 | DEFS055955-DEFS055977 | phase 2 | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1252 | Demonstrative Exhibit - Non-traditional Beds | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; cites Defendants' Trial Exhs. 1303 and 1304 as source for data, but those documents were not provided to Plaintiffs; provides no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1253 | U.S. Census Bureau's 2007Population Estimates obtained from the internet on October 17, 2008. (http://factfinder.census.gov/servlet /GCTTable?_bm=y&-state=gct&-ds_name=PEP_2007_EST&-_box_head_nbr=GCT-T1&-mt_name=&-_caller=geoselect&-geo_id=&-format=US-9&-_lang=en) (Public Record). | DEFS05783 4-DEFS05783 5 | Stipulate to authenticity and admissibility. | |
| I./II. | 1254 | Map of California's Correctional and Rehabilitation Facilities. (http://www.cdcr.ca.gov/Visitors/do cs/20071015-WEBmapbooklet.pdf) (Public Record). | DEFS05783 6 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1255 | Prison Census Data report as of June 30, 2008, published in August 2008 by Data Analysis Unit. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/Census/CENSUSd0806.pdf) (Public Record). | DEFS055900-DEFS055914 | Stipulate to authenticity and admissibility. | |
| II. | 1256 | The Texas Department of Criminal Justice's Statistical Report, Fiscal Year 2007 obtained from the internet on October 17, 2008. (http://www.tdcj.state.tx.us/publications/executive/Fiscal%20Year%202007%20Statistical%20Report.pdf) (Public Record). | DEFS05784 10DEFS057897 | phase 2 | |
| II. | 1257 | Prisoners in 2006 Bulletin obtained from the internet on October 17, 2008. (http://www.ojp.usdoj.gov/bjs/pub/pdf/p06.pdf) (Public Record). | DEFS057898-DEFS057923 | phase 2 | |
| II. | 1258 | California Department of Justice, *Crime in California*, 2006. (http://ag.ca.gov/cjsc/publications/candd/cd06/preface.pdf) (Public Record). | DEFS057924-DEFS058107 | phase 2 | |
| I./II. | 1259 | Monthly Reports of Population, years 2003 through 2008. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Monthly/Tpop1a_Archive.asp) (Public Record). | DEFS055025-DEFS055064 | Stipulate to authenticity and admissibility. | |
| I./II. | 1260 | Demonstrative Exhibit - Executive Management Chart | Produced 11/06 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| II. | 1261 | California Department of Corrections and Rehabilitation, California Prisoners & Parolees, 2007, Table 9 at 17. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/CalPris/CALPRISd2007.pdf) (Public Record). | Produced 11/06 | phase 2 | |
| II. | 1261A | CALPRIS Table. (http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/CalPris/CALPRISd2007.pdf) (Public Record). | DESF057620-DEFS057621 | phase 2 | |
| II. | 1262 | Inmate Activation Schedule. | DEFS055065-DEFS055067 | phase 2 | |
| II. | 1263 | Staffing Reports from SCO's Established Position File | DEFS0056436-DEFS057544 | phase 2 | |
| I./II. | 1264 | Staffing Report for Registries | DEFS055068-DEFS055078 | Stipulate to authenticity and admissibility. | |
| I./II. | 1265 | Request for Proposal Concerning Female Rehabilitation Community Correctional Centers | DEFS059254-DEFS059573 | Stipulate to authenticity and admissibility. | |
| | 1266 | Omit | | | |
| I./II. | 1267 | CDCR Organizational Charts | DEFS056268-DEFS056287 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1268 | Special Master's Report On Defendants' Plan to Prevent Suicides in Administrative Segregation, dated December 18, 2006, and May 14, 2007 Supplemental Report on plant to prevent suicides in Administrative Segregation. | Col. Docket No. 2084, 2210 | Stipulate to authenticity and admissibility. | |
| I./II. | 1269 | Counts of Mental Health Classes Filled and Vacant, for years 1994 - 1995. | DEFS05815 6- DEFS05816 6 | Hearsay if offered to show truth of the assertions regarding AB 900 milestones. - Fed.R.Evid. 802 | Not offered to show AB 900 milestones. |
| I./II. | 1270 | Prison Reforms: Achieving Results, Secretary Tilton. (http://www.cdcr.ca.gov/News/docs /AB900_Achievements_040908.pd f ) (Public Record). | DEFS02433 5- DEFS02435 4 | Stipulate to authenticity and admissibility. | |
| I./II. | 1271 | Directive issued by CDCR re: Participation of Inmates with SHU terms in DMH Intermediate Care Facilities. | DEFS05510 1 | Stipulate to authenticity and admissibility. | |
| I./II. | 1272 | Omit | | Stipulate to authenticity and admissibility. | |
| I./II. | 1273 | Coleman Trial court Findings and Recommendations, dated June 06, 1994. | Col. Docket No. 547 | Stipulate to authenticity and admissibility. | |
| I./II. | 1274 | Coleman Order, dated July 9, 2004, approving Coordinated Clinical Assessment Teams | Col. Docket No. 1594 | Stipulate to authenticity and admissibility. | |
| I./II. | 1275 | California Department of Corrections and Rehabilitation Memorandum, dated April 4, 2008. | DEFS05874 4- DEFS05847 | Stipulate to authenticity and admissibility. | |
| I./II. | 1276 | Coleman Order, dated August 08, 2008. | Col. Docket Nos. 2930 | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1277 | *Coleman / Valdivia* Draft Mental Health Plan, Draft MOU, dated October 2008. | DEFS059694-DEFS059780 | Stipulate to authenticity and admissibility. | |
| I./II. | 1278 | *Coleman* court order, dated January 12, 2004 re: suicide investigation and reporting. | Col. Docket No. 1559 | Stipulate to authenticity and admissibility. | |
| I./II. | 1279 | *Coleman* court order, dated June 9, 2005 re: CPR, vents, track suicide history | Col. Docket No. 1668 | Stipulate to authenticity and admissibility. | |
| I./II. | 1280 | *Coleman* stipulated court order, dated February 13, 2006 re: CPR compliance. | Col. Docket No. 1760 | Stipulate to authenticity and admissibility. | |
| I./II. | 1281 | Patterson & Hughes, Review of Completed Suicides in the CDCR, 1999 to 2004, published in Psychiatric Services, Vol. 59 No. 6 Psychiatric Services, 678 (2008). | DEFS058874-DEFS058880 | Stipulate to authenticity and admissibility. | |
| I./II. | 1282 | *Coleman* court order, dated June 08, 2006 re: address suicide trends in administrative segregation. | Col. Docket No. 1830 | Stipulate to authenticity and admissibility. | |
| I./II. | 1283 | *Coleman* court order, dated June 13, 2002 re: suicide reports | Col. Docket No. 1384 | Stipulate to authenticity and admissibility. | |
| I./II. | 1284 | *Coleman* Special Master's Report on Suicides Completed Within CDCR in Calendar Year 2005, filed November 16, 2007. | Col. Docket No. 3030 | Stipulate to authenticity and admissibility. | |
| I./II. | 1285 | Coleman court order, dated December 15, 2006 re: CDCR clinician pay. | Col. Docket No. 2083 | Stipulate to authenticity and admissibility. | |
| I./II. | 1286 | Coleman court order, dated June 28, 2007 re: ASH utilization and DMH pay parity, with attached June 14, 2007 DMH plan/response. | Col. Docket No. 2301, 2279 | Stipulate to authenticity and admissibility. | |

| | | **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** | | | |
|---|---|---|---|---|---|
| **Phase I / II** | **Exh. No.** | **Exhibit Name** | **Bate # / ID** | **Plaintiffs' Objections** | **Defendants' Responses** |
| I./II. | 1287 | *Coleman* court order, dated August 02, 2007 re: CDCR submit plans on CCCMS Mental Health Assessments, recruitment. | Col. Docket No. 2345 | Stipulate to authenticity and admissibility. | |
| I./II. | 1288 | California Department of Corrections and Rehabilitation's Recruitment Plan, dated November 2007. | Col. Docket No. 2442 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. |
| I./II. | 1289 | *Coleman* stipulated order, dated September 11, 2006 re: competency of psychiatrists. | Col. Docket No. 1968 | Stipulate to authenticity and admissibility. | |
| I./II. | 1290 | Demonstrative Exhibit - CDCR Waitlist Trends | DEFS059247-DEFS059253 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; no source for data identified; provides no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). |
| I./II. | 1291 | *Coleman* court order, dated March 8, 2005. | Col. Docket No. 1654 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1292 | *Coleman* Special Master's May 31, 2007 Response to Court's May 17, 2007 Request for Information. | Col. Docket No. 2253 | Stipulate to authenticity and admissibility. | |
| I./II. | 1293 | *Coleman* Special Master's Fourteenth Monitoring, filed February 11, 2005. | Col. Docket No. 1649 | Stipulate to authenticity and admissibility. | |
| I./II. | 1294 | Coleman Special Master's Sixteenth Monitoring, filed December 14, 2006. | Col. Docket No. 2081 | Stipulate to authenticity and admissibility. | |
| I./II. | 1295 | California Department of Mental Health Population – Placement Per Institution, dated October 20, 1997, October 1, 2008. | DEFS05958 7 | Stipulate to authenticity and admissibility. | |
| I./II. | 1296 | *Coleman* court order, dated May 2, 2006 re: bed plans, EOP in Reception. | Col. Docket No. 1800 | Stipulate to authenticity and admissibility. | |
| I./II. | 1297 | Coleman court order, dated October 20, 2006 | Col. Docket No. 1998 | Stipulate to authenticity and admissibility. | |
| I./II. | 1298 | *Coleman* Special Master's Report on Defendants August 2007 Bed Plan dated September 2007 | Col. Docket No. 2253 | Stipulate to authenticity and admissibility. | |
| I./II. | 1299 | Coordinated Courts' Court, filed June 28, 2007. | Col. Docket No. 2300 | Foundation, Hearsay.  Cannot tell how program capacities are counted. | This is a court order.  The defendants will request the court take Judicial Notice of the document. |
| II. | 1300 | COMPSTAT Monitoring of Program Utilization | DEFS05510 4- DEFS55107 | phase 2 | |
| I./II. | 1301 | June 19, 2007 Memorandum Regarding CDCR DAI Removal of Four Points. | DEFS05510 2- DEFS05510 3 | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I./II. | 1302 | Receiver's October 2008 Monthly Report. (http://www.cphcs.ca.gov/docs/m/RTPA_MonthlyReport_200810.pdf) (Public Record). | DEFS057545-DEFS057607 | Stipulate to authenticity and admissibility. | |
| II. | 1303 | Master Bed Rosters | DEFS056288-DEFS056382 | Untimely; relevance as to date;  Phase II | Defendants agree that this document is an exhibit for Phase II. Defendants reserve their right to respond to the admissibility of this document in Phase II of these proceedings if necessary. |
| II. | 1304 | Institution Activation Schedules | DEFS056316-DEFS056360, DEFS058134-DEFS058154 | Stipulate to authenticity and admissibility. | |
| I./II. | 1305 | Coleman Special Master's Report on DMHClinicians' Salary, filed January 30, 2007 | Col. Docket No. 2121 | Stipulate to authenticity and admissibility. | |
| I./II. | 1306 | PPCP Program Matrix, Revised August 12, 2008. | DEFS055104-DEFS055107 | Stipulate to authenticity and admissibility. | |
| I./II. | 1307 | DAPO Memorandum dated January 12, 2007 Re: Mental Ill Parolees. | to be produced on 11/07 | Hearsay if offered for truth of the matters asserted regarding recidivism of mentally ill parolees  -- Fed.R.Evid. 802;  Lack of Foundation -- Fed.R.Evid. 901;  improper summary or compliation, to the extent the recidivism chart is a summary of research data not provided in discovery -- FRE 1006 | Plaintiffs appear to be referencing a recidivism chart which is not part of this exhibit. |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1308 | Mentally Ill Parolee Population Report. | DEFS055890-DEFS055897 | Stipulate to authenticity and admissibility. | |
| I./II. | 1309 | Chart re: Increase of ICDTP Providers | DEFS058657-DEFS058660 | Stipulate to authenticity and admissibility. | |
| II. | 1310 | Second Quarter 2008 Facts and Figures for Current California prison sentences. (http://www.cdcr.ca.gov/Divisions_Boards/Adult_Operations/Facts_and_Figures.html/) (Public Record) | | phase 2 | |
| I./II. | 1311 | *Coleman* Stipulation, dated July 5, 2006 and Order dated August 8, 2006. | Col. Docket No. 1872, 1937 | Stipulate to authenticity and admissibility. | |
| I./II. | 1312 | Assignment to identify HSCD projects. | DEFS057617-DEFS057619 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance; Heasary, Fed.R.Evid. 802.  This is a spreadsheet first produced 11/14/08, no information provided regarding source of data, method of compilation, compiler, etc.; from exhibit description, it appears to be unsworn out-of-court testimony offered for the truth of the matters asserted. | Offered to show identification of projects occurred.  Relevant to Phase I issues. |
| I./II. | 1313 | Plata Plaintiffs' Supplemental Responses to Mike Genest first set of interrogatories. | | Stipulate to authenticity and admissibility. | |
| I./II. | 1314 | Plaintiff Leslie Rhoades's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 18, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |

## Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1315 | Plaintiff Gilbert Aviles's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1316 | Plaintiff Steven Bautista's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1317 | Plaintiff Clifford Myelle's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1318 | Plaintiff Ray Stoderd's Second Supplemental Response to Defendant Genest's First Set of Interrogatories, dated September 16, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1319 | Plata Plaintiffs' Third Supplemental Response to Defendant Schwarzenegger's First Set of Interrogatories, dated September 8, 2008 | | Stipulate to authenticity and admissibility. | |
| I./II. | 1320 | Coleman Plaintiffs' Supplemental Responses to Defendant Arnold Schwarzenegger's First Set of Interrogatories, dated April 11, 2008. | | Stipulate to authenticity and admissibility. | |

| **Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses** |

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|---|---|
| I./II. | 1321 | Plaintiff Marcial Plata's Supplemental Response to Defendant Michael Genest's First Set of Interrogatories, dated December 11, 2007 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1322 | Plaintiff Marciano Plata's Second Supplemental Response To Defendant Genest's First Set of Interrogatories, dated September 18, 2008 (subject to protective order). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1323 | Plata Plaintiffs' Third Supplemental Response to Defendant Tilton's First Set of Interrogatories, dated September 8, 2008. | | Stipulate to authenticity and admissibility. | |
| I./II. | 1324 | Coleman order, dated February 12, 2007 (Duplicate of Ex. No. 1197) | Col. Docket No. 2139 | Stipulate to authenticity and admissibility. | |
| I./II. | 1325 | Response by Intervenor CCPOA to Defendant Schwarzenegger's First Set of Interrogatories (November 13, 2007). | | Stipulate to authenticity and admissibility. | |
| I./II. | 1326 | Supplemental Response by Intevernor CCPOA to Defendant Schwarzenegger's First Set of Interrogatories (December 4, 2007). | | Stipulate to authenticity and admissibility. | |

| | | Defendants' Joint Trial Exhibits, Plaintiffs' Objections and Defendants' Responses | | | |
|---|---|---|---|---|---|
| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses |
| I. | 1327 | *Coleman* Plaintiffs Supplemental Responses to Defendant Schwarzenegger's First Set of Request for Production of Documents. (April 11, 2008). | | Stipulate to authenticity; Relevance; hearsay; Improper exhibit - document request respeonses are not exhibits; Untimely designated | Plaintiffs' discovery responses constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). The discovery is relevant to show that overcrowding is not the primary cause of alleged unconstitutional conditions. These exhibits should not be excluded due to timeliness. There is no prejudice in seeking to introduce Plaintiffs' responses to discovery. Plaintiffs added an exhibit to their exhibit list two days after Defendants added this document to Defendants' list and should be thus precluded from making an untimeliness argument. |
| I. | 1328 | *Coleman* Plaintiffs Supplemental Responses to Defendant Schwarzenegger's First Set of Request for Production of Documents. (April 10, 2008). | | (Assuming this exhibit is actually, Coleman Plaintiffs Supplemental Responses to Defendant Schwarzenegger's First Set of Interrogatories (April 10, 2008), which is the document that was provided to Plaintiffs as Exhibit 1328) stipulate to authenticity; Untimely designated | Plaintiffs' discovery responses constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). The discovery is relevant to show that overcrowding is not the primary cause of alleged unconstitutional conditions. These exhibits should not be excluded due to timeliness. There is no prejudice in seeking to introduce Plaintiffs' responses to discovery. Plaintiffs added an exhibit to their exhibit list two days after Defendants added this document to Defendants' list and should be thus precluded from making an untimeliness argument. |