UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL TRIAL MINUTES*

**Judge:  THELTON E. HENDERSON**

**Date:** Nov. 18, 2008

**Case No.** 01-01351  TEH          **Case Name:** PLATA, et al. v.  SCHWARZENEGGER, et al.
         CIV S90-0520 LKK                    COLEMAN, et al.  v.  SCHWARZENEGGER, et al.

**Appearances:**

   For Plaintiff(s):  Don Specter, Michael Bien, Steve Fama, Rebekah Evenson,
   Alison Hardy, Maria Morris, Lisa Ells, Amy Whelan, Jane Kahn, Sara Norman,
   Ernest Galvan,

   For Defendant(s):  Paul Mello, Lisa Tillman, Anne Johnson, Kyle Lewis

   For Intervenor(s): Kimberly Hall-Barlow, Jim Henderson, Steven Kaufhold,
   Carol Woodward, Anne Keck, Theresa Fuentes, Gregg Adam,
   Natalie Leonard, William Mitchell, Teresa Wang

**Clerk:**  Rowena B. Espinosa             **Court Reporter:** Joan Columbini/Kathy Wyatt

**Trial Began:** 11/18/08                  **Further Trial:** 11/19/08

*See attached Trial Log*