UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**        Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
**90-0520 LKK**

### EXHIBIT and WITNESS LIST

| JUDGE: THELTON E. HENDERSON | PLAINTIFF ATTORNEY: Don Specter, Michael Bien | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman, |
|---|---|---|
| TRIAL DATE: Nov. 18, 2008 | REPORTER(S): Joan Columbini/Kathy Wyatt | CLERK: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:22 am | | | Court convene; housekeeping matters discussed. | |
| | | 9:30 am | | | Opening statement by D. Specter for Plata plaintiffs | |
| | | 9:49 am | | | Opening statement by M. Bien for Coleman plaintiffs | |
| | | 10:08 am | | | Opening statement by G. Adam for CCPOA | |
| | | 10:15 am | | | Opening statement by P. Mello for the Plata defendants | |
| | | 10:33 am | | | Opening statement by L. Tillman for the Coleman defendants | |
| | | 10:45 am | | | Opening statement by S. Kaufhold for the dft-intervenors | |
| | | 10:50 am | | | Court in recess | |
| | | 11:10 am | | | Court reconvene; plaintiffs call *PABLO STEWART* to the stand and sworn in; direct examination by A. Whelan | |
| | | 11:45 am | | | Cross examination by L. Tillman | |
| | | 12:30 pm | | | Count in recess | |
| | | 1:35 pm | | | Court reconvene; cross continues | |
| | | 2:15 pm | | | P. Stewart is excused; plaintiffs call *DOYLE WAYNE SCOTT* to the stand and sworn in; direct examination by S. Norman | |
| | | 1:37 pm | | | Cross examination by P. Mello | |
| | | 3:00 pm | | | Court in recess | |
| | | 3:18 pm | | | Court reconvene | |
| | | 3:32 pm | | | Plaintiffs' re-direct by S. Norman | |
| | | 3:40 pm | | | Defendants' re-cross by P. Mello | |
| | | 3:41 pm | | | D. Scott is excused | |
| | | 3:50 pm | | | Court is adjourned for the day | |