EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ERRATA TO DECLARATION OF PAUL B. MELLO, DATED OCTOBER 30, 2008, REGARDING SUBMISSION OF DEPOSITION EXCERPTS**<br><br><br>**To:  Three-Judge Panel** |

1       Defendants submit this errata to correct Exhibit A to the Declaration of Paul Mello

2 regarding the submission of deposition excerpts.  (*Plata* Dock. No. 1630, *Coleman*

3 Dock. No. 3143, filed 10/30/08).

4       1.     At p. 2, ¶ 2, Defendants referenced the August 25, 2008 deposition

5 excerpts of Christopher Mumola which was attached as Ex. A to Paul Mello's

6 declaration.  Page 18 was inadvertently omitted from Ex. A and is attached to this errata.

7

8 DATED:  November 20, 2008         HANSON BRIDGETT LLP

9

10         By: /s/ Paul B. Mello

        PAUL B. MELLO

11         Attorneys for Defendants

        Arnold Schwarzenegger, et al.

12

13 DATED:  November 20, 2008         EDMUND G. BROWN JR.

        Attorney General of the State of California

14

15         By: /s/ Kyle A. Lewis

16         KYLE A. LEWIS

        Deputy Attorney General

17         Attorneys for Defendants

        Arnold Schwarzenegger, et al.

18

19

20

21

22

23

24

25

26

27

28

-1-

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 18

1  well as persons held under the authority of U.S.

2  immigration and customs enforcement.  I have also done

3  extensive analysis on national prisoner survey

4  databases, as well as taking a role in designing our

5  survey questionnaires on topics ranging from substance

6  abuse to prison sexual victimization.

7      Q    Is your work supervised by anyone?

8      A    Yes.

9      Q    If so, who?

10     A    My work is supervised by the BJS chief of

11  corrections statistics, Dr. William Sabol.

12     Q    What are your supervisor's qualification?

13     A    Dr. Sabol has 20 years of experience in

14  statistical research on criminal justice topics.  He

15  holds a Ph.D. in policy research and analysis from the

16  University of Pittsburgh, and also did graduate

17  research as a Fullbright Scholar at Cambridge

18  University.

19          Before joining BJS as the chief of

20  corrections statistics in December of 2006, Dr. Sabol

21  held a variety of senior research positions in

22  university and Federal Government departments,