UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**     Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| JUDGE: THELTON E. HENDERSON | PLAINTIFF ATTORNEY: Don Specter, Michael Bien | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman |
|---|---|---|
| TRIAL DATE: Nov. 19, 2008 | REPORTER(S): Joan Columbini/Kathy Wyatt | CLERK: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 am | | | Court convene; plaintiffs call *JEFFREY BEARD* to the stand and sworn in; direct examination by D. Specter | |
| | | 10:15 am | | | Cross examination by P. Mello | |
| | | 10:40 am | | | Cross examination by W. Mitchell | |
| | | 10:51 am | | | Re-direct by D. Specter | |
| | | 10:53 am | | | J. Beard is excused; Court is in recess | |
| | | 11:13 am | | | Court reconvene; plaintiffs call *JOSEPH LEHMAN* to the stand and sworn in; direct examination by D. Specter | |
| | | 11:35 am | | | Cross examination by A. Johnson | |
| | | 11:50 am | | | Cross examination by S. Kaufhold | |
| | | 11:51 am | | | Re-direct by D. Specter | |
| | | 11:55 am | | | J. Lehman is excused; Court is in recess | |
| | | 1:05 pm | | | Court reconvene; plaintiffs call *CRAIG HANEY* to the stand and sworn in; direct examination by J. Kahn | |
| | | 1:45 pm | | | Cross examination by L. Tillman | |
| | | 2:29 pm | | | Cross examination by T. Wang | |
| | | 2:32 pm | | | Re-direct by J. Kahn | |
| | | 2:40 pm | | | Re-cross by L. Tillman | |
| | | 2:46 pm | | | C. Haney is excused; Court is in recess | |
| | | 3:02 pm | | | Court reconvene; plaintiffs call *JEANNE WOODFORD* to the stand and sworn in; direct examination by D. Specter | |
| | | 3:35 pm | | | Cross examination by P. Mello | |
| | | 4:07 pm | | | Re-direct by D. Specter | |
| | | 4:10 pm | | | J. Woodford is excused; | |
| | | 4:20 pm | | | Court is adjourned for the day | |