UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Nov. 20, 2008

**Case No.** 01-01351 TEH   **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK             COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Rebekah Evenson, Alison Hardy

For Defendant(s): Paul Mello, Lisa Tillman, Anne Johnson, Kyle Lewis

For Intervenor(s): Steven Kaufhold, Natalie Leonard, William Mitchell, Teresa Wang,
Jim Henderson

**Clerk:** Rowena B. Espinosa         **Court Reporter:** Joan Columbini/Kathy Wyatt

**Trial Began:** 11/18/08             **Further Trial:** 11/21/08

*See attached Trial Log*