UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**      Case Name: **COLEMAN/PLATA, et al.** v. **SCHWARZENEGGER, et al.**
          **90-0520 LKK**

| JUDGE:<br>THELTON E. HENDERSON | PLAINTIFF ATTORNEY:<br>Don Specter, Michael Bien | DEFENSE ATTORNEY:<br>Paul Mello, Lisa Tillman |
|---|---|---|
| TRIAL DATE:<br>Nov. 20, 2008 | REPORTER(S):<br>Joan Columbini/Kathy Wyatt | CLERK:<br>Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:25 am | | | Court convene; plaintiffs call *RONALD SHANSKY* to the stand and sworn in; direct examination by A. Hardy | |
| | | 9:45 am | | | Cross examination by P. Mello | |
| | | 11:03 am | | | Court in recess | |
| | | 11:23 am | | | Court reconvene; Cross examination by S. Kaufhold | |
| | | 11:31 am | | | Re-direct by A. Hardy | |
| | | 11:45 am | | | R. Shansky is excused; pla-intervenors call *ERIC ADELMAN* to the stand and sworn in; direct examination by J. Henderson | |
| | | 12:00 pm | | | Cross examination by W. Mitchell | |
| | | 12:15 pm | | | Re-direct by J. Henderson | |
| | | 12:20 pm | | | Re-cross by W. Mitchell | |
| | | 12:25 pm | | | E. Adelman is excused | |
| | | 12:30 pm | | | Court in recess | |
| | | 1:40 pm | | | Court reconvene; pla-intervenors call *KEVIN RAYMOND* to the stand and sworn in; direct examination by J. Henderson | |
| | | 2:09 pm | | | Cross examination by K. Lewis | |
| | | 2:10 pm | | | K. Raymond is excused; pla-intervenors call *BRENDA GIBBONS* to the stand and sworn in; direct examination by J. Henderson | |
| | | 2:43 pm | | | Cross examination by K. Lewis | |
| | | 2:47 pm | | | Cross examination by W. Mitchell | |
| | | 2:49 pm | | | Re-direct by J. Henderson | |
| | | 2:50 pm | | | B. Gibbons is excused; pla-intervenors call *GARY BENSON* to the stand and sworn in; direct examination by J. Henderson | |
| | | 3:20 pm | | | Cross examination by W. Mitchell | |
| | | 3:30 pm | | | Re-direct by J. Henderson | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 3:55 pm |  |  | G. Benson is excused; housekeeping matters discussed re: chart exhibits, videos and pictures; trial schedule |  |
|  | 3:57 pm |  |  | Court in recess |  |
|  | 4:15 pm |  |  | Court reconvene to discuss further housekeeping matters; plaintiffs show photos and video to the court |  |
|  | 4:50 pm |  |  | Court is adjourned for the day |  |