UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Nov. 21, 2008

**Case No.** 01-01351 TEH    **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK            COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

   For Plaintiff(s):  Don Specter, Michael Bien, Rebekah Evenson, Maria Morris,
        Amy Whelan, Steve Fama, Jane Kahn, Ernest Galvan

   For Defendant(s):  Paul Mello, Lisa Tillman, Anne Johnson, Kyle Lewis

   For Intervenor(s):  Natalie Leonard, William Mitchell, Teresa Wang, Jim Henderson,
        Theresa Fuentes

**Clerk:** Rowena B. Espinosa            **Court Reporter:** Joan Columbini/Kathy Wyatt

**Trial Began:** 11/18/08            **Further Trial:** 12/02/08

*See attached Trial Log*