UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**    Case Name: **COLEMAN/PLATA, et al.** v. **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| **JUDGES:** T. E. HENDERSON, L. K. KARLTON, S. REINHARDT | **PLAINTIFF ATTORNEY:** Don Specter, Michael Bien, Jim Henderson | **DEFENSE ATTORNEY**: Paul Mello, Lisa Tillman, William Mitchell, Kyle Lewis |
|---|---|---|
| **TRIAL DATE:** Nov. 21, 2008 | **REPORTER(S):** Joan Columbini | **CLERK**: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:28 am | | | Court convene; housekeeping matters discussed | |
| | | 9:40 am | | | Pla-intervenors call *DEBRA ROWLETT* to the stand and sworn in; direct examination by J. Henderson | |
| | | 10:10 am | | | Direct examination by M. Bien | |
| | | 10:14 am | | | Cross examination by W. Mitchell | |
| | | 10:20 am | | | Re-direct by J. Henderson | |
| | | 10:25 am | | | D. Rowlett is excused; pla-intervenors call *RUBEN LEIJA* to the stand and sworn in; direct examination by J. Henderson | |
| | | 10:48 am | | | Direct examination by M. Bien | |
| | | 10:55 am | | | Cross examination by K. Lewis | |
| | | 11:00 am | | | Re-direct by J. Henderson | |
| | | 11:06 am | | | R. Leija is excused; pla-intervenors rest as to phase I | |
| | | 11:10 am | | | Court in recess | |
| | | 11:29 am | | | Court reconvene; defendants call *TODD JERUE* to the stand and sworn in; direct examination by K. Lewis | |
| | | 11:50 am | | | Cross examination by M. Morris | |
| | | 12:10 pm | | | T. Jerue is excused; defendants call *CYNTHIA RADAVSKY* to the stand and sworn in; direct examination by L. Tillman | |
| | | 12:35 pm | | | Court in recess | |
| | | 1:35 pm | | | Court reconvene; Cross examination by E. Galvan | |
| | | 2:40 pm | | | Cross examination by J. Henderson | |
| | | 2:42 pm | | | Re-direct by L. Tillman | |
| | | 2:51 pm | | | Re-cross by E. Galvan | |
| | | 3:05 pm | | | C. Radavsky is excused; scheduling issues discussed | |
| | | 3:18 pm | | | Court adjourned for the day | |