PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99461
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

K & L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br>　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br>No. C01-1351 TEH<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　Plaintiffs,<br>　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants | **ADDENDUM TO PLAINTIFFS' RESPONSE TO ORDER RE DEPOSITION EXCERPTS AT TRIAL – MATTHEW CATE DEPOSITION EXCERPTS** |

Plaintiffs submit this addendum to Plaintiffs' Response to Order re Deposition Excerpts at Trial. The excerpts of the deposition of Matthew Cate that plaintiffs proffer regarding the primary cause of constitutionally inadequate medical and mental health care are as follows:

**Deposition Excerpts – Matthew Cate– August 29, 2008, and September 12, 2008**

90:14-92:5
93:3-7
95:10-15
141:13-22
142:4-15
161:2-9
161:16-18
162:23-163:1
174:4-6
174:10-16
174:21-175:11
175:14-176:19
219:13-220:23
220:25-221:3
221:8-15
250:14-251:22
255:20-256:25
272:12-22

DATED: November 24, 2008

Respectfully submitted,

By: */s/ Alison Hardy*

Alison Hardy
Prison Law Office
Attorney for Plaintiffs in
*Plata v. Schwarzenegger*
and
*Coleman v. Schwarzenegger*