1   EDMUND G. BROWN JR.                    HANSON BRIDGETT LLP
    Attorney General of the State of California   JERROLD C. SCHAEFER - 39374
2   DAVID S. CHANEY                        PAUL B. MELLO – 179755
    Chief Assistant Attorney General       S. ANNE JOHNSON – 197415
3   ROCHELLE C. EAST                       SAMANTHA D. TAMA – 240280
    Senior Assistant Attorney General      RENJU P. JACOB - 242388
4   JONATHAN L. WOLFF                      425 Market Street, 26th Floor
    Senior Assistant Attorney General      San Francisco, CA  94105
5   LISA A. TILLMAN – State Bar No. 126424  Telephone: (415) 777-3200
    Deputy Attorney General                Facsimile:  (415) 541-9366
6   KYLE A. LEWIS – State Bar No. 201041   jschaefer@hansonbridgett.com
    Deputy Attorney General                pmello@hansonbridgett.com
7   455 Golden Gate Avenue, Suite 11000    ajohnson@hansonbridgett.com
    San Francisco, CA 94102-7004           stama@hansonbridgett.com
8   Telephone: (415) 703-5708              rjacob@hansonbridgett.com
    Facsimile:  (415) 703-5843
9   lisa.tillman@doj.ca.gov
    kyle.lewis@doj.ca.gov
10
    Attorneys for Defendants
11

12              UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14          AND THE NORTHERN DISTRICT OF CALIFORNIA

15      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

| | |
|---|---|
| 18  RALPH COLEMAN, et al., | No. 2:90-cv-00520 LKK JFM P |
| 19         Plaintiffs, | **THREE-JUDGE COURT** |
|         v. | |
| 20  ARNOLD SCHWARZENEGGER, et al., | |
| 21         Defendants. | |
| 22  MARCIANO PLATA, et al., | No. C01-1351 TEH |
| 23         Plaintiffs, | **THREE-JUDGE COURT** |
| 24      v. | **DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO** |
| 25  ARNOLD SCHWARZENEGGER, et al., | **PLAINTIFFS' DESIGNATIONS FOR TRIAL WITNESS ROBIN DEZEMBER** |
| 26         Defendants. | |
| 27  | **To:  Three-Judge Panel** |
| 28  | |

- 1 -

Defendants submit the following objections to Plaintiffs' designations of the

deposition testimony of Robin Dezember, December 14, 2007.

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 106:12 - 112:16 | **Hearsay, 107:17-19:**<br>Q.   Do you remember the report talking about different definitions of capacity?<br>A.   Yes.<br><br>**Objection As Stated In Transcript - Vague and Ambiguous, 107:20-25:**<br>Q.   And were you involved at all with this - with this chapter of the report?<br>A.   Yes.<br>MS. FRITZ:  Vague.  Ambiguous.<br>THE WITNESS:  I was involved, yeah.  I was involved with this chapter.<br><br>**Hearsay, 108:11-19:**<br>Q.   Okay.  On the last page, that's page 161 of the exhibit, there are the notes for the table we just looked at.  And note three defines maximum operable capacity.<br>A.   Right.<br>Q.   It says it was "determined through an assessment of experienced wardens."  Is that the analysis that you just said that you were involved with?<br>A.   Yes.<br>Q.   Okay.  On the last page, that's page 161 of the exhibit, there are the notes for the table we just looked at.  And note three defines maximum operable capacity.<br>A.   Right.<br>Q.   It says it was "determined through an assessment of experienced wardens."  Is that the analysis that you just said that you were involved with?<br>A.   Yes.<br><br>**Hearsay; Lacks Foundation; Improper Lay Testimony, 109:5-21:**<br>Q.   What did they -- what did the wardens base their assessment of capacity on?<br>A.   You mean getting to this definition?<br>Q.   Yes.<br>A.   Their experience.  It's really about all you can do with that. | 26:10-27:3; 27:4-20; 127:7-15 |

- 2 -

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | Q.    Do you remember if they considered their ability to provide medical health care programming and mental health care programming?<br>A.    It did not specifically deal with those subjects.  It dealt with what it says here, and that is operated safely and providing programming for every inmate consistent with the inmate's ability.  What it was pretty much directed to were rehabilitative programs such as education and substance abuse and other types of programs, not specifically directed toward medical, mental health or dental services.<br><br>**Hearsay; Lacks Foundation; Improper Lay Testimony, 111:2-11:**<br>Q.    What I'm asking, do you agree with the panel's determination of the maximum safe and reasonable capacity of the prisons?<br>A.    I don't independently make a judgment on that. That's why I called them together, because they have the experience of working in prisons and managing prisons under the present -- the circumstances present at that time.  So I considered them a group of experts.  I would hardly interpose my own judgment on that, having never been in their shoes.  That's why I relied on them.<br><br>**Improper Lay Testimony; Lacks Foundation; Objection As Stated In Transcript - Vague and Ambiguous, 111:21 - 112:2:**<br>Q.    And do you have -- do you have an opinion as to whether that's a reasonable assessment by the wardens?<br>MS. FRITZ:  Vague and ambiguous.<br>THE WITNESS:  I don't have an independent opinion about what that number should be or should have been.  I don't know what else to tell you.<br><br>**Improper Lay Opinion; Lacks Foundation; Objection As Stated In Transcript - Vague and Ambiguous, 111:21 - 112:2:**<br>Q.    BY MS. RIFKIN:  Do you endorse the findings of the Corrections Independent Review Panel?<br>MS. FRITZ:  Vague and ambiguous. | |

- 3 -

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | THE WITNESS:  I can use a different word.<br>   Q.    BY MS. RIFKIN:  Okay.<br>   A.    I can't endorse, but I represent that as a part of this overall report and that it's worthy of being in this report as this was a report we believed was very, very important.  I didn't just say okay, guys,<br>I call them up and get the number and put it in.  We had a meeting that lasted most of the day and I was convinced at the end of that that they were the best source of that information and that it warranted being included in the report. | |

DATED:  November 24, 2008                    HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.


DATED:  November 24, 2008                    EDMUND G. BROWN JR.
Attorney General of the State of California


By: /s/ Kyle A. Lewis
KYLE A. LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1674120.1