EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>  Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | No. 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>  Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO THE NOVEMBER 9, 2007 EXPERT REPORT OF DOYLE WAYNE SCOTT PLAINTIFFS IDENTIFIED FOR ADMISSION IN PHASE II**<br>**To:  Three-Judge Panel** |

- 1 -

DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS
OF DOYLE WAYNE SCOTT PLTFS IDENTIFIED FOR PHASE II
ADMISSION

1670883.3

The following is a listing of Defendants' objections to the statements in the November 9, 2007 expert report of Doyle Wayne Scott, which Plaintiffs' identified for admission in Phase II of the trial of Plaintiffs' request for a prisoner release order under the Prisoner Litigation Reform Act. Defendants forwarded their objections to Plaintiffs, requesting their responses, which, to the extent provided, are set forth below.

**A.    November 9, 2007 Report of Doyle Wayne Scott**

| Statement | Defendants' Objections | Plaintiffs' Responses |
|---|---|---|
| 1. "California's population surpasses by 15,000 the 'safe and reasonable' capacity, defined as 'the maximum number of inmates who can safely and reasonably be housed in the prison system…. [The CDCR] has determined that the maximum safe and reasonable capacity of the state's male prisons is 137,764 -- 179 percent of design capacity.' Joint Pls' Trial Ex. 4 at 124 (Deukmajian Report)." (November 9, 2007 Report, p. 24, ¶44.) | Objection: Hearsay | Admissible under Federal Rules of Evidence 703, 803(8). |
| 2. "Thus, any measure of California's prison capacity that includes a reasonable expectation of providing constitutional levels of medical and mental health must account for the severely limiting building design and staffing needs." (November 9, 2007 Report, p. 27, ¶50.) | Objection: Legal conclusion, unqualified legal opinion | Within the scope of expertise. |

- 2 -
DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS
OF DOYLE WAYNE SCOTT PLTFS IDENTIFIED FOR PHASE II
ADMISSION

1670883.3

| | | |
|---|---|---|
| 1 | DATED: November 25, 2008 | HANSON BRIDGETT LLP |

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November 25, 2008            EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Kyle A. Lewis
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November __, 2008            PRISON LAW OFFICE

By: /s/ Sara Norman
SARA NORMAN
Attorneys for *Plata* and *Coleman* Plaintiffs.

- 3 -
DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS
OF DOYLE WAYNE SCOTT PLTFS IDENTIFIED FOR PHASE II
ADMISSION

1670883.3

## DECLARATION OF SERVICE BY OVERNIGHT COURIER & DOJ MESSENGER

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
  **Coleman, et al. v. Schwarzenegger, et al.**
  **USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
  **Plata, et al. v. Schwarzenegger, et al.**
  **USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>December 1, 2008</u>, I served the attached

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO THE NOVEMBER 9, 2007 EXPERT REPORT OF DOYLE WAYNE SCOTT PLAINTIFFS IDENTIFIED FOR ADMISSION IN PHASE II**

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight** courier service, addressed as follows:

| | |
|---|---|
| **Honorable Stephen Reinhardt** <br> **United States Courthouse** <br> **450 Golden Gate Avenue, Room 19-5398** <br> **San Francisco, CA 94102** <br> *via DOJ Messenger* | **Honorable Thelton E. Henderson** <br> **United States Courthouse** <br> **450 Golden Gate Avenue** <br> **San Francisco, CA 94102** <br> *via DOJ Messenger* |

**Honorable Lawrence K. Karlton**
**Robert T. Matsui**
**United States Courthouse**
**501 I Street**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 1, 2008, at San Francisco, California.

| T. Oakes | */s/ T. Oakes* |
|---|---|
| Declarant | Signature |

POS 3 judge.wpd