EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

Attorneys for Defendants

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br>     v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br>     v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO THE EXPERT REPORTS OF JOSEPH LEHMAN AND JEANNE WOODFORD PLAINTIFFS IDENTIFIED FOR ADMISSION IN  PHASE II**<br><br>**To:  Three-Judge Panel** |

- 1 -

DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS OF JOSEPH LEHMAN AND JEANNE WOODFORD PLTFS IDENTIFIED FOR PHASE II ADMISSION

1668948.2

## I. INTRODUCTION

The following is a listing of Defendants' objections to the statements in the expert reports of Joseph Lehman and Jeanne Woodford Plaintiffs' identified for admission in Phase II of the trial of Plaintiffs' request for a prisoner release order under the Prisoner Litigation Reform Act. Defendants forwarded their objections to Plaintiffs, requesting their responses, which, to the extent provided, are set forth below.

### A. August 2008 Report of Joseph Lehman

| Statement | Defendants' Objections | Plaintiffs' Responses |
| --- | --- | --- |
| 1. pp. 4-9, ¶¶15-18 in their entirety. **See Attachment 1**. | Objection: Irrelevant | Relevant to whether population can be reduced without adverse effect on public safety |
| 2. "In my opinion, California must act quickly and decisively to reduce its prison population so that prisoners receive the health care services to which they are constitutionally entitled." (August 2008 Report, p. 9, ¶19.) | Objection: Legal conclusion, unqualified legal opinion | Admissible as expert opinion under Rule 702. |

### B. November 9, 2007 Report of Jeanne Woodford

| Statement | Defendants' Objections | Plaintiffs' Responses |
| --- | --- | --- |
| 1. "The tragic effects of overcrowding reach into the community. The case of Scott Thomas exemplifies the unreasonable demonstrated on staff when the prisons are so overcrowded. Scott Thomas was mistakenly released on parole on May 18, 2007 and allegedly entered a San Francisco bakery and stabbed a 15 year-old girl and a man who came to her aid.     San Quentin staff made three fundamental errors when processing this case. First, they confused Scott Thomas with another prisoner, Steve Thomas, who was a different race, 16 years younger and 40 pounds lighter. Second, in 2002 the CDCR | Objection: Irrelevant | Relevant as to the safety of the public under current conditions and whether population reduction would prevent such incidents from occurring in the future. |

| Statement | Defendants' Objections | Plaintiffs' Responses |
|---|---|---|
| designated Thomas as 'high control', which requires the Department to take additional precautions, such as close supervision, when releasing such prisoners on parole.  No such precautions were taken despite prominent documents to that effect in his prison file.  Third staff violated clear CDCR policy that required the release of a prisoner serving a term in the security housing unit directly to a parole agent.<br>      Although it is clear that individuals did not comply with CDCR policy, the inappropriate release of Thomas is really a system failure because the people doing the work have an impossible mission.  Having been a correctional counselor with similar responsibilities, I know from first hand experience that there is not enough time for the Correctional Counselor III to review 150 to 200 cases per week and do their job properly.  Nor is there sufficient trained records staff to complete adequate review of cases for parole or other legal releases."  (November 9, 2007 Report, pp. 7-8, ¶¶21-23) | | |
| 2. "Not only is this precious little time to promote effective rehabilitation, but I agree with the Little Hoover Commission that these 'short prison stints' have no effect on public safety. '[T]hey . . . disrupt families and communities where these offenders come from and return to, and diminish the potential for offenders to get and keep jobs, maintain housing and become law-abiding citizens.' Little Hoover Commission, *Solving California's Corrections Crisis*, at 27." (November 9, 2007 Report. p. 11, ¶ 33) | Objection: Hearsay | Admissible under Rule 703.  Public records exception. Rule 803(8) |
| 3. November 9, 2007 Report, ¶¶34-38 in their entirety. **See attachment 2**. | Objection: Irrelevant, hearsay, lacks foundation | These objections are unintelligible.  The paragraphs referred to cover many different subjects and documents. |

- 3 -

DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS OF
JOSEPH LEHMAN AND JEANNE WOODFORD PLTFS IDENTIFIED FOR PHASE II
ADMISSION

1668948.2

| Statement | Defendants' Objections | Plaintiffs' Responses |
|---|---|---|
| 4. (November 9, 2007 Report, pp. 13-15 Heading D "Communications with the Governor and His Staff on Overcrowding," and ¶¶40-45 in their entirety. **See attachment 2**. | Objection: Irrelevant | Relevant to the necessity for injunctive relief |
| 5. "E. Conclusion. The Governor's October 4, 2006 emergency proclamation recognized that California's prisons are severely overcrowded, creating 'extreme peril' to the health and safety of prisoners and that 'the magnitude of the circumstances exceeds the capabilities of the services, personnel, equipment, and facilities….' I agree. Until the population is reduced substantially there is no realistic hope that the unconstitutional conditions will be eliminated." (November 9, 2007 Report, p. 15, ¶46 | Objection: legal conclusion, unqualified legal opinion | Not a legal conclusion. Admissible under Rule 702 |

**C.    August 2008 Supplemental Report of Jeanne Woodford**

| Statement | Defendants' Objections | Plaintiffs' Responses |
|---|---|---|
| 1. "…that a prison construction program will not alleviate the unconstitutional conditions and that the prison population must be substantially reduced for there to be any realistic hope that the unconstitutional conditions will be eliminated." (August 2008 Suppl. Report, p. 1, ¶1.) | Objection: legal conclusion, unqualified legal opinion | Admissible under Rule 702. |
| 2. "…and that the prison population must be substantially reduced to alleviate the unconstitutional conditions. In my opinion, the state can and should safely reduce the prison population to an appropriate level that allows prisoners to receive, and staff to provide, the health care to which they are entitled and the programming that will keep all of us safe." (August 2008 Suppl. Report, pp. 1-2, ¶3.) | Objection: legal conclusion, unqualified legal opinion | Admissible under Rule 702. |

- 4 -
DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS OF JOSEPH LEHMAN AND JEANNE WOODFORD PLTFS IDENTIFIED FOR PHASE II ADMISSION

1668948.2

DATED: November 25, 2008                HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
    PAUL B. MELLO
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

DATED: November 25, 2008                EDMUND G. BROWN JR.
    Attorney General of the State of California


By: /s/ Kyle A. Lewis
    KYLE LEWIS
    Deputy Attorney General
    Attorneys for Defendants
    Arnold Schwarzenegger, et al.

DATED: November 25, 2008                PRISON LAW OFFICE


By: /s/ Alison Hardy
    ALISON HARDY
    Attorneys for *Plata* and *Coleman* Plaintiffs.

DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO EXPERT REPORTS OF JOSEPH LEHMAN AND JEANNE WOODFORD PLTFS IDENTIFIED FOR PHASE II ADMISSION

1668948.2

## DECLARATION OF SERVICE BY OVERNIGHT COURIER & DOJ MESSENGER

Case Name:  **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:  **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>December 1, 2008</u>, I served the attached

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO THE EXPERT REPORTS OF JOSEPH LEHMAN AND JEANNE WOODFORD PLAINTIFFS IDENTIFIED FOR ADMISSION IN PHASE II**

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight** courier service, addressed as follows:

**Honorable Stephen Reinhardt**
**United States Courthouse**
**450 Golden Gate Avenue, Room 19-5398**
**San Francisco, CA 94102**
*via DOJ Messenger*

**Honorable Thelton E. Henderson**
**United States Courthouse**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**
*via DOJ Messenger*

**Honorable Lawrence K. Karlton**
**Robert T. Matsui**
**United States Courthouse**
**501 I Street**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 1, 2008, at San Francisco, California.

|  T. Oakes  |  */s/ T. Oakes*  |
| :---: | :---: |
| Declarant | Signature |

POS 3 judge.wpd