1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Senior Assistant Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5708
   Facsimile:  (415) 703-5843
9  lisa.tillman@doj.ca.gov
   kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF DR. JAMES AUSTIN**<br><br>**To:  Three-Judge Panel** |

- 1 -

1  TO PLAINTIFFS MARCIANO PLATA, et al., AND RALPH COLEMAN, et al., AND
2  THEIR COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE THAT Defendants Arnold Schwarzenegger, et al.
4  (Defendants) move this Three-Judge Panel to strike portions of the expert report of
5  Plaintiffs' expert, Dr. James Austin on the grounds that Dr. Austin discusses in his expert
6  report issues related to Phase I of this Three-Judge Panel proceeding but was not
7  offered as a witness in Phase I of this proceeding. Defendants therefore move to strike
8  two portions of Dr. Austin's expert report that relate to Phase I. This motion is based
9  upon this notice and accompanying motion, any papers Defendants submit in reply, and
10 any other matters properly submitted to this Court.

## I.   ARGUMENT

Plaintiffs' expert, Dr. James Austin, discusses in his expert report issues related to Phase I of this Three-Judge Panel proceeding. However, because Dr. Austin was not offered as a witness in Phase I of this proceeding, Defendants now move to strike the following portions of Dr. Austin's expert report that relate to Phase I:

Page 5, paragraph 15: "I have also been asked to render my opinion with respect to whether overcrowding within the California Department of Corrections and Rehabilitation (CDCR) is the primary cause of the current unconstitutional conditions experienced by members of the *Coleman* and *Plata* classes . . . "

Page 21, paragraph 53: "In my opinion, overcrowding within the California Department of Corrections and Rehabilitation (CDCR) is the primary cause of the current unconstitutional conditions experienced by members of the *Coleman* and *Plata* classes."

Because Dr. Austin was not offered by Plaintiffs as a Phase I witness, Defendants respectfully request that the above two portions of Dr. Austin's expert report be stricken.

/ / /
/ / /

## II.   CONCLUSION

For the reasons stated above, Defendants respectfully request that this Court strike the above two portions of Dr. Austin's report that discuss Phase I matters.

DATED: December 1, 2008          HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: December 1, 2008          EDMUND G. BROWN JR.
Attorney General of the State of California


By: /s/ Kyle A. Lewis
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.