```
 1  JONES & MAYER
    Martin J. Mayer (SB # 73890)
 2  Michael R. Capizzi (SB # 35864)
    Kimberly Hall Barlow (SB # 149902)
 3  Ivy M. Tsai (SB # 223168)
    3777 North Harbor Boulevard
 4  Fullerton, California 92835
    (714) 446-1400; Fax (714) 446-1448
 5  e-mail: mjm@jones-mayer.com
    e-mail: mrc@jones-mayer.com
 6  e-mail: khb@jones-mayer.com
    e-mail: imt@jones-mayer.com
 7
    Attorneys for Law Enforcement
 8  Intervenor-Defendants
 9
10              IN THE UNITED STATES DISTRICT COURTS
11              FOR THE EASTERN DISTRICT OF CALIFORNIA
12              AND THE NORTHERN DISTRICT OF CALIFORNIA
13      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
14         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
```

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| Defendants. | |
| | |
| MARCIANO PLATA, et al., | Case No.: C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **LAW ENFORCEMENT INTERVENOR DEFENDANTS' WITNESS LIST FOR THE WEEK OF DECEMBER 2ND** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

-1-

December 2nd

Jerry Powers. Time permitting, Law Enforcement Intervenors will call Jerry Powers, the Stanislaus County Probation Chief to testify. Chief Powers is expected to testify regarding alternatives to a prisoner release order including full and adequate funding of probation services in counties throughout the state as a means of reducing recidivism and ultimately the long term reduction in prison population, as well as risk/needs assessment improvement, programming for probationers and parolees, the impacts of a prisoner release order on the County of Stanislaus, particularly to its Probation Department, and to probation departments throughout the state. His testimony will be based on his experiences and knowledge relating to his being a peace officer, his position as the Stanislaus County Chief Probation Officer, and also relating to his position as President of the Chief Probation Officers of California. Chief Powers has a long career in probation and was appointed the Chief Probation Officer for Stanislaus County in November of 2002. Prior to joining the Stanislaus Probation Department in 2000, Chief Powers was an officer with the San Diego County Probation Department for a number of years, rising from Corrections Deputy Probation Officer to Supervising Probation Officer. His current department is responsible for the community supervision of approximately 8,000 adult and juvenile felons in Stanislaus County, as well as other counties in the state. It also operates a 158-bed detention facility for minors and younger adults under the age of twenty. Chief Powers holds state certifications in Adult/Juvenile Corrections Officer, Deputy Probation Officer, Corrections Supervisor, and Corrections Manager/Administrator. He has a BA in Psychology from the University of California at San Diego. He is currently serving his second term as president of the Chief Probation Officers of California. Chief Powers is also a Governor's appointee to the California Council on Criminal Justice and the California Sex Offender Management Board.

Dated: December 1, 2008

JONES & MAYER

By: *[signature]*
KIMBERLY HALL BARLOW
Attorneys for Law Enforcement Intervenors