1    EDMUND G. BROWN JR.                    HANSON BRIDGETT LLP
     Attorney General of the State of California    JERROLD C. SCHAEFER - 39374
2    DAVID S. CHANEY                        PAUL B. MELLO – 179755
     Chief Assistant Attorney General      S. ANNE JOHNSON – 197415
3    ROCHELLE C. EAST                       SAMANTHA D. TAMA – 240280
     Senior Assistant Attorney General     RENJU P. JACOB - 242388
4    JONATHAN L. WOLFF                      425 Market Street, 26th Floor
     Senior Assistant Attorney General     San Francisco, CA  94105
5    LISA A. TILLMAN – State Bar No. 126424    Telephone: (415) 777-3200
     Deputy Attorney General               Facsimile:  (415) 541-9366
6    KYLE A. LEWIS – State Bar No. 201041    jschaefer@hansonbridgett.com
     Deputy Attorney General               pmello@hansonbridgett.com
7    455 Golden Gate Avenue, Suite 11000    ajohnson@hansonbridgett.com
     San Francisco, CA 94102-7004          stama@hansonbridgett.com
8    Telephone: (415) 703-5708             rjacob@hansonbridgett.com
     Facsimile:  (415) 703-5843
9    lisa.tillman@doj.ca.gov
     kyle.lewis@doj.ca.gov
10
     Attorneys for Defendants
11

12                    **UNITED STATES DISTRICT COURT**

13              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14              **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15      **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

16         **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17

18   RALPH COLEMAN, et al.,               No. 2:90-cv-00520 LKK JFM P

19                  Plaintiffs,           **THREE-JUDGE COURT**

20          v.

     ARNOLD SCHWARZENEGGER, et al.,
21                  Defendants.

22   MARCIANO PLATA, et al.,              No. C01-1351 TEH

23                  Plaintiffs,           **THREE-JUDGE COURT**

24          v.                            **DEFENDANTS' WITNESS LIST FOR THE
                                          WEEK OF DECEMBER 9, 2008**
     ARNOLD SCHWARZENEGGER, et al.,
25                  Defendants.

26

27

28
                                   - 1 -
     DEFS.' WITNESS LIST WEEK OF 12/9/08
     CASE NOS. 90-00520 LKK JFM; 0-1351 TEH                        1774079.1

Defendants intend to call the following witnesses to testify during the week of December 9, 2008[1]:

Tuesday, December 9, 2008:

1.    **Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation (CDCR)**

Secretary Cate will testify regarding the size of the CDCR population and the means of addressing that population through a combination of programs, such as reduced recidivism through parole reform and enhanced clerical support to enable timely discharge of parolees.  Secretary Cate will also testify regarding the status, implementation, and impact of certain programs on the overall size of the CDCR population, including such programs as the out-of-state transfer program; rehabilitation, infill, and reentry bed programs; and other general reform efforts in collaboration with the *Plata* and *Coleman* Courts aimed at reducing the prison population and improving inmates' access to medical and mental health care.  Secretary Cate will also testify regarding the status of construction efforts and staffing increases.

2.    **Kathryn Jett, Undersecretary Programs, CDCR**

Ms. Jett will testify, based upon her tenure as Chair of the Rehabilitation Strike Team with the Office of the Governor as well as her present work with CDCR, relevant to the status and impact of rehabilitation and reentry beds and programs implemented by CDCR and their impact on the size of the CDCR population.

3.    **Thomas Hoffman, Director, Division of Adult Parole Operations, CDCR**

Mr. Hoffman will testify regarding the status of parole reform measures, including any rehabilitation and reentry programs, and the overall issue of whether such measures provide a less intrusive means of addressing the CDCR population.

---

[1] Defendants withdraw as witnesses Deborah Hysen and James Tilton, and therefore simultaneously withdraw the trial affidavits of Ms. Hysen and Mr. Tilton.  (*Plata* Docket Nos. 1652 and 1634, respectively.)  Due to a scheduling conflict, Defendants' witness Gail Bataille is unavailable to testify the week of December 9, 2008.  Ms. Bataille is therefore scheduled to testify on December 18, 2008.

DEFS.' WITNESS LIST WEEK OF 12/9/08
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH

1774079.1

1  <u>Wednesday, December 10, 2008:</u>

2       **1.   Dr. James Marquart**

3       Dr. Marquart will testify regarding the issues to be determined in this matter,

4  including, but not limited to: (1) whether a prisoner release order will have an adverse

5  effect on public safety and the health and safety of released inmates; (2) whether

6  Defendants' current methods to reduce crowding (such as construction plans, parole

7  reform, and out of state transfers) are less "intrusive" than a general prisoner release

8  order; (3) a critical analysis of any proposed prisoner release order; and (4) without

9  limiting Defendants' right to challenge the relevance of such testimony to the issues

10  before the Three-Judge Panel in this proceeding, whether overcrowding leads to

11  violence.  Dr. Marquart may also rebut expert testimony offered by other parties in this

12  matter.

13  / / /

14  / / /

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' WITNESS LIST WEEK OF 12/9/08
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH

1774079.1

1        **2.    Scott Kernan, Undersecretary of Operations, CDCR**

2            Mr. Kernan will testify concerning the status, implementation, and impact of

3    certain programs on the overall size of the CDCR population.  He will address the

4    following programs: out-of-state transfer program, in-fill bed program, parole reform

5    measures, and placement in community programs and community correctional facilities.

6    Mr. Kernan will further testify about the *Plata* Receiver's efforts to improve medical care,

7    CDCR's efforts to improve mental health care, and CDCR's efforts to improve custody

8    staffing levels.

9

10   DATED:  December 2, 2008                HANSON BRIDGETT LLP

11

12                                          By: /s/ Paul B. Mello
                                            _____
13                                          PAUL B. MELLO
                                            Attorneys for Defendants
14                                          Arnold Schwarzenegger, et al.

15   DATED:  December 2, 2008                EDMUND G. BROWN JR.
                                            Attorney General of the State of California
16

17

18                                          By: /s/ Lisa A. Tillman
                                            _____
19                                          LISA A. TILLMAN
                                            Deputy Attorney General
20                                          Attorneys for Defendants
                                            Arnold Schwarzenegger, et al.

21

22

23

24

25

26

27

28

DEFS.' WITNESS LIST WEEK OF 12/9/08
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH

1774079.1