UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and STEPHEN REINHARDT

**Date:** Dec. 2, 2008

**Case No.** 01-01351 TEH       **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
           CIV S90-0520 LKK             COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

   For Plaintiff(s): Don Specter, Michael Bien, Jane Kahn, Ed Sangster, Alison Hardy, Sara Norman

   For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis

   For Intervenor(s): Natalie Leonard, William Mitchell, Teresa Wang, Carol Wooodward, Theresa Fuentes, Kimberly Hall-Barlow

**Clerk:** Rowena B. Espinosa       **Court Reporter:** Joan Columbini/Kathy Wyatt

**Trial Began:** 11/18/08          **Further Trial:** 12/03/08

*See attached Trial Log*