UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**  Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
           **90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Don Specter, Michael Bien, Ed Sangster. Jane Kahn, Sara Norman | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman, William Mitchell, Kimberly Hall-Barlow |
|---|---|---|
| **TRIAL DATE:** Dec. 2, 2008 | **REPORTER(S):** Joan Columbini/Kathy Wyatt | **CLERK:** Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:25 am | | | Court convene; defense calls *ROBIN DEZEMBER* to the stand and sworn in; direct examination by L. Tillman | |
| | | 9:48 am | | | Cross examination by M. Bien | |
| | | 11:20 am | | | Court in recess | |
| | | 11:40 am | | | Court reconvene; cross exam continue | |
| | | 11:48 am | | | Re-direct by L. Tillman | |
| | | 12:10 pm | | | Re-cross by M. Bien | |
| | | 12:27 pm | | | R. Dezember is excused; Court is in recess | |
| | | 1:37 pm | | | Court reconvene; plaintiffs recall *CRAIG HANEY* to the stand; direct examination by J. Kahn | |
| | | 2:00 pm | | | Cross examination by L. Tillman | |
| | | 2:25 pm | | | C. Haney is excused; dft-intervenors call *LISA RODRIGUEZ* to the stand and sworn in; direct examination by W. Mitchell; exhibits DI-507-509 are admitted | |
| | | 2:55 pm | | | Cross examination by Ed Sangster | |
| | | 3:25 pm | | | L. Rodriguez is excused; Court is in recess | |
| | | 3:40 pm | | | Dft-intervenors call *JERRY POWERS* to the stand and sworn in; direct examination by K. Hall-Barlow | |
| | | 4:50 pm | | | Court adjourned for the day | |