IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
**Plaintiffs**

vs.

No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
**et al.**
**Defendants**
_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
## REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants[1], the Special Master requests the Court's approval of the reappointment of J. Michael Keating, Esq. to his staff for the purpose of assisting the Special Master with preparation of reports to this Court, from time to time as needed. Mr. Keating served as the Coleman Special Master from 1995 to 2007.

The Special Master makes this request to support his current report writing resources which are consumed with a number of demands at this time. Since July 2008, the Special Master has filed his Nineteenth Monitoring Report, Twentieth Monitoring Report Part A, and his

---

[1] B. Powers of the Special Master
IT IS FURTHER ORDERED that the powers of the special master are and shall be limited to the following:
* * *
7. To retain or employ independent experts, specialists, assistants, administrative support staff or any other such person whose advice or assistance the special master deems necessary to the effective fulfillment of his duties under this Order of Reference. All such persons, as well as the nature of their compensation, shall be approved by the court in advance of their retention or employment.

1

psychiatric expert's Report on Suicides in the California Department of Corrections and in 2006. Presently, the Special Master is in the process of preparing his Twentieth Monitoring Report Part B. This report covers specified areas of concern apart from the usual monitoring focus areas, many of which are the subject of orders of this Court. These topics are:

- Treatment of Inmates at the Enhanced Outpatient Program Level of Care in Reception Centers;
- Beds for Women Inmates in Enhanced Outpatient Programs and Administrative Segregation Enhanced Outpatient Programs;
- The Enhanced Outpatient Program in Administrative Segregation;
- Defendants' Plan to Make Available 231 Beds at Atascadero State Hospital for Inmates at the Intermediate Inpatient Level of Care;
- Defendants' Plan for the Use of Mental Health Assessments in the Discipline of Inmates at the Correctional Clinical Case Management System Level of Care;
- Defendants' Plan to Address Recruitment of Mental Health Staff; and
- Use of Force at California State Prison, Corcoran

In addition, the Special Master is in the process of preparing his Twenty First Monitoring Report, and will soon be working with his psychiatric expert on preparing the Report on Suicides in the California Department of Corrections and Rehabilitation in 2007.

Mr. Keating is uniquely qualified to assist the Special Master with report preparation, based on his many years of experience in prison special masterships, twelve years of in-depth knowledge of the Coleman case in his role as special master, and impressive writing credentials. His participation in the writing effort would be a great asset to the Special Master's ability to produce timely and well-founded reports.

The parties are aware of the Special Master's interest in having Mr. Keating re-join his staff, and have stated that they have no objection to it.

Respectfully submitted,

/s/
Matthew A. Lopes, Jr.
Special Master

December 3, 2008

2