UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and STEPHEN REINHARDT

**Date:** Dec. 3, 2008

**Case No.** 01-01351 TEH    **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
        CIV S90-0520 LKK           COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

   For Plaintiff(s): Don Specter, Michael Bien, Jane Kahn, Alison Hardy, Sara Norman

   For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

   For Intervenor(s): Natalie Leonard, William Mitchell, Teresa Wang, Carol Woodward, Theresa Fuentes, Kimberly Hall-Barlow

**Clerk:** Rowena B. Espinosa        **Court Reporter:** Joan Columbini/Kathy Wyatt

**Trial Began:** 11/18/08        **Further Trial:** 12/04/08

*See attached Trial Log*