# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**       Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Don Specter, Michael Bien, Alison Hardy, Sara Norman | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman, Anne Johnson, Kimberly Hall-Barlow |
|---|---|---|
| TRIAL DATE: Dec. 3, 2008 | REPORTER(S): Joan Columbini/Kathy Wyatt | CLERK: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:25 am | | | Court convene; defense calls *IRA PACKER* to the stand by way of video and sworn in; direct examination by L. Tillman | |
| | | 9:53 am | | | Cross examination by M. Bien | |
| | | 11:08 am | | | Court in recess | |
| | | 11:27 am | | | Court reconvene; re-direct by L. Tillman | |
| | | 11:40 am | | | I. Packer is excused; Cross examination of J. Powers (from yesterday) by S. Norman | |
| | | 12:07 pm | | | Re-direct by K. Hall-Barlow | |
| | | 12:40 pm | | | Re-cross by S. Norman | |
| | | 12:45 pm | | | J. Powers is excused; Court in recess | |
| | | 1:50 pm | | | Court reconvene; defense calls *DAVID THOMAS* to the stand by way of video and sworn in; direct examination by A. Johnson | |
| | | 2:33 pm | | | Cross examination by A. Hardy | |
| | | 3:20 pm | | | D. Thomas is excused; Court is in recess | |
| | | 3:40 pm | | | Court reconvene; issue re: reading of deposition transcripts discussed and other housekeeping matters | |
| | | 3:50 pm | | | Deposition testimony of *CHRISTOPHER MUMOLA* read into the record by A. Johnson/S. Tama | |
| | | 5:00 pm | | | Court adjourned for the day | |