IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

vs.                                                  No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
**et al.**
    **Defendants**
_____/

## SPECIAL MASTER'S REQUEST FOR THE
## APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the reappointment of J. Michael Keating, Esq., to assist with preparation of the Special Master's reports to this Court. Mr. Keating is the former Coleman Special Master who served in that capacity from 1995 to 2007. The reasons for this request are set forth in the accompanying memorandum.

Mr. Keating is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work, and at the rate of ninety dollars ($90.00) per hour for any incidental travel, plus reasonable expenses.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          Matthew A. Lopes, Jr.
                                                          Special Master

December 4, 2008