EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>             Plaintiffs,<br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' ERRATA TO TRIAL BRIEF** |

- 1 -

DEFS.' ERRATA TO TRIAL BRIEF
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH

1777961.1

1    Defendants submit the following errata to Defendants' joint trial brief filed on
2 November 3, 2008. (*Plata* Docket No. 1759.) Defendants submit this errata to correct
3 the following error:
4    (1) Page 15, line 5 currently reads: "(Defs.' Trial Ex. 1192.)." Line 5 should be
5 corrected to read: "(Defs.' Trial Ex. 1292.)."

7 DATED: December 4, 2008            HANSON BRIDGETT LLP

9                                    By: /s/ Paul B. Mello
10                                       PAUL B. MELLO
                                         Attorneys for Defendants
11                                       Arnold Schwarzenegger, et al.

12 DATED: December 4, 2008            EDMUND G. BROWN JR.
13                                    Attorney General of the State of California

15                                    By: /s/ Lisa A. Tillman
                                         LISA A. TILLMAN
16                                       Deputy Attorney General
                                         Attorneys for Defendants
17                                       Arnold Schwarzenegger, et al.

- 2 -

DEFS.' ERRATA TO TRIAL BRIEF
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH                                    1777961.1