PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS** |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[256285-1]

1681060.1
11/26/08

1    TO DEFENDANTS SCHWARZENEGGER, et al., AND THEIR COUNSEL OF
2    RECORD:  PLEASE TAKE NOTICE THAT Plaintiffs Marciano Plata and Ralph Coleman
3    (Defendants) move this Three-Judge Panel to strike portions of the expert reports of
4    Defendants' expert James Marquart on the grounds that Dr. Marquart discusses in his expert
5    reports issues related to Phase I of this Three-Judge Panel proceeding but was not
6    offered as a witness in Phase I of this proceeding.  Plaintiffs therefore move to strike
7    the portions of Dr. Marquart's expert report that relate to Phase I.   This motion is based upon
8    this notice and accompanying motion, any papers Plaintiffs submit in reply, and
9    any other matters properly submitted to this Court.

## I.

## ARGUMENT

Defendants' expert, James Marquart, discusses in his two reports whether overcrowding is the cause of the constitutional violations in the CDCR prisons.  Specifically, Heading A, pages 6-12, of Dr. Marquart's August 15, 2008 Expert Report, and page 1, ¶3(a) of Dr. Marquart's August 27, 2008 Rebuttal Report relate solely to the Phase I issue of whether crowding is the primary cause of the constitutional violations, and are irrelevant to Phase II issues.   Declaration of Alison Hardy, ¶ 2 and 3, Exhibits A and B.

The issue of causation is related solely to Phase I of these proceedings.  However, Dr. Marquart was not offered as a witness during Phase I of the trial, and was not cross examined about these matters.  Plaintiffs therefore move to strike the identified sections of his reports. Defendants have made the same argument to strike portions of Dr. Austin's expert reports that relate to Phase I issues, and the rule should be applied uniformly to all parties.  Hardy Decl., ¶ 4, Exhibit C.  (Def's Mot. To Strike, Dec. 1, 2008 (*Plata* Docket No. 1865).)

//
//
//

-1-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

1681060.1
11/26/08

[256285-1]

## II.
## CONCLUSION

For the reasons stated above, plaintiffs respectfully request that this Court strike the above identified portions of Dr. Marquart's report that discuss Phase I matters.

Dated: December 4, 2008

Respectfully submitted,

*/s/ Alison Hardy*
Alison Hardy
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

-2-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

1681060.1
11/26/08
[256285-1]