PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY–
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

1681060.1
11/26/08

[256285-1]

Having considered Defendants' Motion to Strike Portions of the Expert Reports of Dr. James Marquart, the supporting and opposing papers, and the pleadings and papers on file with the Court, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED THAT Heading A, pages 6-12, of Dr. Marquart's August 15, 2008 Expert Report, and page 1, ¶3(a) of Dr. Marquart's August 27, 2008 Rebuttal Report are stricken.

**IT IS SO ORDERED.**

Dated: December ____, 2008       _____
                                 STEPHEN REINHARDT
                                 UNITED STATES CIRCUIT JUDGE
                                 NINTH CIRCUIT COURT OF APPEALS


Dated: December ____, 2008       _____
                                 LAWRENCE K. KARLTON
                                 SENIOR UNITED STATES DISTRICT JUDGE
                                 EASTERN DISTRICT OF CALIFORNIA


Dated: December ____, 2008       _____
                                 THELTON E. HENDERSON
                                 SENIOR UNITED STATES DISTRICT JUDGE
                                 NORTHERN DISTRICT OF CALIFORNIA

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF MARQUART EXPERT REPORTS, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

1681060.1
11/26/08
[256285-1]