EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>      Plaintiffs,<br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR VICTOR BREWER**<br><br>**To:  Three-Judge Panel** |

**Deposition of Victor Brewer, September 4, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 10:17 - 13:16 | None | None |
| 60:12 - 62:9 | None | None |
| 82:17 - 99:19 | **Lacks foundation; Objection as noted in transcript - Speculation, 92:16-21**:<br>Q.  Are there any other steps that the Receiver will have to go through to get approval to build on that land?<br>        MS. O'BANNON:  Calls for speculation.<br>        If you know...<br>        THE WITNESS:  I don't.<br>**Lacks foundation; Objection as noted in transcript - Speculation, 93:1-10:**<br>Q.  Do you know if the Receiver had secured funding for these seven facilities?<br>    A.  I have no knowledge of that.<br>    Q.  Do you know if he's secured funding for the first facility?<br>    A.  I have no direct knowledge of that.<br>    Q.  Do you have any indirect knowledge of whether he's secured funding?<br>        MS. O'BANNON:  Calls for speculation.<br>        THE WITNESS:  No. | None |
| 99:20 - 102:3 | **Objection as noted in transcript- Speculation, 100:5-15**:<br>Q.  Is there any reason, in your opinion, that the July 2008 bed plan will actually move forward?<br>        MS. O'BANNON:  Calls for speculation.  Well, the bed plan as everything detailed in this particular plan, per page, go forth as it is, as it sits here today in front of him, is that what you're asking him?  Or will there be an additional change, is that what you're asking?<br>        MS. WHELAN:  Q.  Do you understand the question?<br>    A.  Not entirely. | None |
| 103:4 - 104:2 | **Hearsay; lacks foundation, 103:4-104:2:**<br>MS. WHELAN:  Q.  I want to stick with the bedplan for a couple more questions, and then we can move on. If you turn to Page 7, there's a chart that lists the Division of Construction Activities, and as of March 2008, there are several projects listed as going forward, including the 64-bed ICF unit at Salinas, the 64-bed ICF at CMF, a 50-bed | None |

| | DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|---|
| | | MHCB at California Men's Colony, 32-bed MHCB at San Quentin, a 50-bed MHCB at CMF, and a 67 EOP bed unit at CMF. Do you see that?<br>    A.  Um-hum.<br>    Q.  And below that, as of June 2008, there's a notation that states, "To accommodate agreement whereby the DMH assumes responsibility for the inpatient acute and intermediate mental health services, the CDCR has moved the new and existing ICF beds from CDCR projects," and there's a parenthetical (SVSP/SVPP and CMF/VPP) end parenthetical, "into the CHCF construction projects."<br> Is that also your understanding of the current bed plan, that the Salinas Valley and the CMF projects will be incorporated into the Receiver's facilities?<br>    A.  That has not been discussed with the Core Planning Team, so I cannot answer that. | |
| | 104:3 - 105:8 | None | None |
| | 105:9 - 105:17 | None | None |
| | 106:5 - 107:1 | None | None |
| | 107:5 - 108:11 | None | None |
| | 108:12 - 110:7 | None | None |
| | 110:14 - 112:18 | None | None |
| | 112:20 - 114:4 | None | None |
| | 117:22 - 119:1 | None | None |
| | 119:2 - 120:19 | **Objection as noted in transcript- lacks foundation, 119:2-19:**<br>Q.  On Page 4 of this document, which is Bates No. DMH 000292, under "Additional considerations that we must recognize and resolve."  No. 1, there's a reference to a plan to open and operate an 18-bed 1370 program within Delta Yard.  Has that program been opened?<br>    A.  No.<br>        MS. O'BANNON:  I just want to object to this line of questioning and this particular document, since the witness already said this particular plan that was prepared August 22nd of 2007 is not taking place because of the Receiver's new plan, so to the extent that that's still true in regards to the content of material contained in here, I'd like to place an objection on the record. There may be a | None |

- 3 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR VICTOR BREWER (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680893.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | foundational question in regards to whether or not, maybe, these things that are on here are going to be part of the new plan or not. | |
| 120:23 - 123:20 | None | None |
| 151:6 - 152:24 | **Lacks foundation; objection as noted in transcript- speculation, 151:16-23:**<br>Q.  What's the change in the number of patients?<br>    A.  More referrals each year.  I think that goes back to the fact that I testified earlier, the CDC's improved ability to diagnose the mentally ill.<br>    Q.  Do you think that it also relates to having more people generally in the prison system?<br>        MS. O'BANNON:  Calls for speculation.<br>        THE WITNESS:  I can't answer that. | 150:24-151:5 |
| 164:23 - 166:14 | None | None |

DATED:  December 5, 2008                    HANSON BRIDGETT LLP


                                            By: /s/ Paul B. Mello
                                                PAUL B. MELLO
                                                Attorneys for Defendants
                                                Arnold Schwarzenegger, et al.

DATED:  December 5, 2008                    EDMUND G. BROWN JR.
                                            Attorney General of the State of California


                                            By: /s/ Kyle A. Lewis
                                                KYLE A. LEWIS
                                                Deputy Attorney General
                                                Attorneys for Defendants
                                                Arnold Schwarzenegger, et al.

- 4 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR VICTOR BREWER (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680893.1