EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR GEORGE SIFUENTES**<br><br>**To: Three-Judge Panel** |

- 1 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS
FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

**Deposition of George Sifuentes, December 15, 2007**

In addition to the specific objections listed below, Defendants object to the use of any excerpts from the deposition of George Sifuentes in light of the fact that Mr. Sifuentes has not served as the Director of Facilities Management at the California Department of Corrections and Rehabilitation (CDCR) since his October 2007 employment with the Prison Industry Authority. Given the passage of time, his testimony concerning the status of any construction projects during or after his tenure, including funding for those construction projects, is irrelevant.

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 14:16 - 18:8 | | |
| 22:12 - 22:25 | | |
| 43:23 - 50:14 | **50:3-9 – Objection: Lacks Foundation**<br>Q. But as of 6-26-07, there are no projects at all that have been funded that would add EOP male beds for Coleman class members; is that correct?<br>MR. McCLAIN: Objection, lacks foundation, calls for speculation.<br>THE WITNESS: My understanding, there was no funding for EOP housing beds. | |
| 54:1 - 54:8 | | 53:16-20 |
| 54:15 - 55:20 | | |
| 55:21 - 70:5 | **66:13-23 – Objection: Lacks Foundation**<br>Q. And the next project which is the 70-bed EOP ASU, which I believe we've discussed, you said you don't know what the status of that project is; is that correct?<br>A. That's correct.<br>Q. Does the fact that the -- this project was the phase of C, which is construction, mean or imply that preliminary drawings have already been funded?<br>A. It would imply that prior to '08-'09 preliminary plans and working drawings would have been completed.<br><br>**69:19-70:5 – Objections: Irrelevant; Lacks Foundation**<br>Q. So depending on what the status is of this report, whether it was -- whether it has been issued or not, the list of priorities may have, if it were preliminary, been the OFM's list of priorities that had not yet been | |

- 2 -
DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
|  | approved by the --<br>A. That's correct.<br>Q. -- CDCR? But if it has been issued, then the list of priorities would have been approved by executive staff members of the CDCR, is that correct?<br>A. This would have been the department's priority listing, that's correct. |  |
| 81:3 - 84:17 | **82:8-12 – Objection: Lacks Foundation**<br>THE WITNESS: I don't know when they started.<br>BY MS. WHELAN: Q. Do you know if any of them have started?<br>A. The consolidated care centers, I'm not aware of any of them starting. |  |
| 86:16 - 92:12 | **92:2-11 – Objection: Lacks Foundation**<br>Q. And are you aware that defendant's most recent plan excludes small management yards for SHUs and PSUs?<br>A. I'm not aware of the current plan.<br>Q. Do you know who would make the decision to exclude SHUs and PSUs from the small management yard plan?<br>MR. McCLAIN: Objection, calls for speculation.<br>THE WITNESS: No, I -- I -- I wasn't involved in that process. |  |
| 92:13 - 94:5 | **92:13-94:5 – Objection: Irrelevant**<br>Q. On page 7220 of the infrastructure plan, and this is within the facilities maintenance section of that plan?<br>A. 220<br>Q. 7220. You testified earlier that the Office of Facilities Management is not directly responsible for preventive maintenance work at the institutional level and that each institution would be responsible for that; is that correct?<br>A. That's correct.<br>Q. At the top of this page it states: "The facility system currently has a backlog of over 280,000 preventive maintenance work orders that cannot be completed due to low staffing and funding levels. This list has grown from 52 million in fiscal year 2000/2001 to 249 million in fiscal year 2006/2007. |  |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS
FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 108:9 - 118:22 | **109:24-110:10 – Objection: Lacks Foundation**<br>Q. Do you recall how this issue was resolved?<br>A. No, I'm not sure it has been resolved.<br>Q. Is this issue still pending, to your knowledge?<br>MR. McCLAIN: Object, lacks foundation.<br>THE WITNESS: I'm not sure.<br>BY MS. WHELAN: Q. But you did not -- you're not aware of anybody clarifying how the space will be used in response to this e-mail; is that correct?<br>A. I'm not aware if information was prepared in response to her request. | |
| 118:23 - 123:24 | **119:5-120:1 – Objection: Irrelevant, Lacks Foundation**<br>My question is: Why should the court at this point believe that this August 2007 plan will go forward, given that the previous plans have not?<br>MR. McCLAIN: Objection, vague, calls for speculation, lacks foundation, asked and answered.<br>THE WITNESS: In regards to the plans, the initial plan done in April of 2006 was the department's plan, submitted to the court. And it was objected to by a number of -- of folks, and it was revised. The court asked for revisions. And so the subsequent plan was in response to the court order for revision. | |
| 123:25 - 124:13 | **131:5-17 -- Objection: Lacks Foundation**<br>Q. So it's safe to say that as of October, when you left the OFM, these critical staffing shortages still existed, correct?<br>A. I can't -- I can't say that. And the reason is because OFM was given more positions for AB 900. Now how Deborah decides to distribute them, may or may not alleviate this workload problem.<br>Q. And how many additional positions was OFM given?<br>A. Approximately 90.<br>Q. And what's the status of those positions right now? Have they been funded?<br>A. They -- I -- I don't know. | |

- 4 -
DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS
FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | **132:12-24 -- Objection: Lacks Foundation**<br>Q. And do you know what the status was for hiring those 90 positions at the time that you left?<br>A. When I left, the division was actively -- was reorganizing, placing those positions in the new organization, and recruiting.<br>Q. So none of those positions had been hired as of the time you left?<br>A. I wouldn't say none of them, some of them have. But they still have a number of them that they have to recruit and fill.<br>Q. And do you know approximately how many were filled?<br>A. Probably no more than ten.<br><br>**134:5-135:10 -- Objection: Lacks Foundation**<br>Q. And do you know the status of this BCP?<br>A. This one here?<br>Q. Yes.<br>A. No, I do not.<br>Q. So you don't know if it was submitted to the legislature?<br>A. Well, the way I read this is this would be for the upcoming year, and the upcoming year being 2008 and 2009. The governor hasn't released his budget for '08-'09 yet. If you go to the first page of the BC -- COBCP.<br>Q. Uh-hmm.<br>A. You go into the header, and then you see where it says budget year '08-'09.<br>Q. Uh-hmm.<br>A. That's July 1 of 2008 through June 30th of 2009. And that's in the future, so I -- I don't know if this is going to be in that budget or not. The governor will release his budget January 10th.<br>Q. So are you saying you can tell by looking at this that this project is not funded by AB 900 and, instead, is seeking funding through the governor's budget?<br>A. I don't know how it's going to be funded because there is no indication here how -- how it's going to be funded. I mean, there's nothing here that says what your funding source is. As I mentioned earlier, Facilities Management doesn't make recommendations as to how it's to be funded. | |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 124:16 - 141:23 | **131:5-17 -- Objection: Lacks Foundation**<br>Q. So it's safe to say that as of October, when you left the OFM, these critical staffing shortages still existed, correct?<br>A. I can't -- I can't say that. And the reason is because OFM was given more positions for AB 900. Now how Deborah decides to distribute them, may or may not alleviate this workload problem.<br>Q. And how many additional positions was OFM given?<br>A. Approximately 90.<br>Q. And what's the status of those positions right now? Have they been funded?<br>A. They -- I -- I don't know.<br><br>**131:12-24 -- Objection: Lacks Foundation**<br>Q. And do you know what the status was for hiring those 90 positions at the time that you left?<br>A. When I left, the division was actively -- was reorganizing, placing those positions in the new organization, and recruiting.<br>Q. So none of those positions had been hired as of the time you left?<br>A. I wouldn't say none of them, some of them have. But they still have a number of them that they have to recruit and fill.<br>Q. And do you know approximately how many were filled?<br>A. Probably no more than ten.<br><br>**134:5-135:10 -- Objection: Lacks Foundation**<br>Q. And do you know the status of this BCP?<br>A. This one here?<br>Q. Yes.<br>A. No, I do not.<br>Q. So you don't know if it was submitted to the legislature?<br>A. Well, the way I read this is this would be for the upcoming year, and the upcoming year being 2008 and 2009. The governor hasn't released his budget for '08-'09 yet. If you go to the first page of the BC -- COBCP.<br>Q. Uh-hmm.<br>A. You go into the header, and then you see where it says budget year '08-'09.<br>Q. Uh-hmm.<br>A. That's July 1 of 2008 through June | |

- 6 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS
FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | 30th of 2009.  And that's in the future, so I -- I don't know if this is going to be in that budget or not. The governor will release his budget January 10th.<br>    Q. So are you saying you can tell by looking at this that this project is not funded by AB 900 and, instead, is seeking funding through the governor's budget?<br>    A. I don't know how it's going to be funded because there is no indication here how -- how it's going to be funded.  I mean, there's nothing here that says what your funding source is.<br>    As I mentioned earlier, Facilities Management doesn't make recommendations as to how it's to be funded. | |
| 141:24 - 142:20 | | |
| 142:24 - 144:2 | | |
| 144:3 - 146:6 | | |
| 146:11 - 149:25 | | |
| 151:25 - 156:11 | **155:23-156:11 -- Objection: Lacks Foundation**<br>Q. And so what is the status of the CMC 50-bed MHCB unit?<br>    MR. McCLAIN:  Objection, lacks foundation.<br>    THE WITNESS:  I'm not sure.<br>    BY MS. WHELAN:<br>    Q. Do you know if preliminary plans have started?<br>    MR. McCLAIN:  Objection, lacks foundation.<br>    THE WITNESS:  I do not believe they've started.<br>    BY MS. WHELAN:<br>    Q. So if preliminary plans haven't started, that means the environmental impact report has not started; is that correct?<br>    A. That's correct. | |
| 156:17 - 159:9 | | |
| 159:14 - 169:9 | **162:12-164:4 -- Objection: Lacks Foundation**<br>Q. Do you know how many staff he requested?<br>    A. No, I do not.<br>    Q. And when you say you believe he got them, do you mean you believe he got funding for them?<br>    A. Yes. | |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
|  | Q. Do you know if he was able to hire those people?<br>A. I do not know.<br>Q. And do you have -- I know you don't know the number, but do you have a general sense of the number?<br>A. No, no.<br>Q. Okay. Like more than a hundred staff members?<br>MR. McCLAIN: Objection, asked and answered, lacks foundation.<br>THE WITNESS: It wouldn't -- it would not be more than -- than a hundred.<br>BY MS. WHELAN:<br>Q. I don't want to misrepresent it, I'm just trying to get a sense of what -- if we're talking about five or we're talking about, you know, 50, just a general range.<br>A. Well, there was -- there was two organizations that -- that are impacted by something like this, Contracts was obviously one. The other one is accounting. Outside of the Office of Facilities Management, okay? Office of Facilities Management has its own issues, but outside, it would have been accounting, because they have to pay the bills when the invoices come in from -- from either the designers or the contracts. And then Contracts would have been hit, because we would have been -- in this case I mentioned we selected the site engineer, the construction manager and the architectural designer, there's a contract that needs to be processed. So they would have been impacted by that work, initially, and then when the design got done and we were ready to issue the construction bid, they would have been hit again.<br>    My guess is that -- is that Steve probably asked for no more than 15 people.<br>Q. Okay. |  |
| 169:14 - 172:5 |  |  |
| 172:9 - 177:11 |  |  |
| 181:16 - 189:17 | **183:6-184:2 -- Objection: Hearsay**<br>Q. And why were some of them stopped?<br>A. Because we were told that the plan was being revised.<br>Q. And who told you that?<br>A. Deborah Hysen.<br>Q. And how many of them have been | 180:5-23 |

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | stopped, of the six?<br>     A. I believe four.<br>     Q. Do you recall which ones they are?<br>     A. No. But I -- I -- I can tell you which ones were still ongoing.<br>     Q. Okay.<br>     A. Salinas Valley and CMF.<br>        And the reason for that is because they had mental projects in them.<br>     Q. And do you know why Ms. Hysen stopped the other four projects?<br>     A. Because she wanted an assessment of the in-fill -- she wanted to reassess the plan, and she was not sure at that time whether, when she was done with her assessment, whether those projects as proposed were still viable projects. | |
| 189:19 - 192:7 | **191:24-192:7 -- Objections: As stated in transcript: vague and ambiguous, lacks foundation**<br>Q. Okay. So as of October '07 when you left, it's safe to say there's still significant confusion about what the AB 900 bed plan would be, including in-fill beds but also including all of the beds in AB 900; is that correct?<br>     MR. McCLAIN: Objection, vague and ambiguous, lacks foundation.<br>     THE WITNESS: I would -- I would say it's uncertain. | |
| 192:14 - 194:11 | | |
| 199:17 - 200:8 | **199:17-200:8 -- Objection: Lacks Foundation**<br>Q. Exhibit 26 is a document entitled California Department of Corrections and Rehabilitation Parole Reentry Partnership with the City of Los Angeles and Lincoln Heights Jail, July 2006 to December 2006. And it's prepared and initialed by Armand Burruel, the director acting of the division of reentry on 3-7-07.<br>        This document refers to parole reentry partnership prior to the passage of AB 900; is that correct?<br>     A. Yes.<br>     Q. And it reflects that the city of Los Angeles, which was initially interested in partnering with the California Department of Corrections for a parole reentry facility, backed out of that commitment; is that | |

- 9 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS
FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | correct?<br>A. Yes. | |
| 217:19 - 219:3 | | |
| 223:6 - 229:19 | | |
| 229:21 - 230:11 | | |
| 230:17 - 237:8 | **230:20-232:8 -- Objection: Hearsay**<br>Q. Exhibit 37 is a e-mail chain primarily between Keith Beland, Robin Dzember and Deborah Hysen, between 9-6-07 and 9-9-07.<br>     The first e-mail begins on 9-6-07 and you were cc'd on that e-mail.  And it refers to the Salinas Valley State Prison GP/Ad Seg-EOP unit.<br>     And the second sentence -- I'm sorry, the first sentence, Mr. Beland states: "Pursuant to our meeting this week regarding both the Salinas Valley State Prison mental health projects (i.e. Salinas Valley State Prison 96 EOP and Salinas Valley State Prison 70 Ad Seg EOP) currently funded in AB 900, I understand that program (with Robin's concurrence) has agreed to step back and revisit how we provide therapeutic treatment space that bridges clinical needs with custody for the EOP, GP/Ad Seg population at Salinas Valley State Prison.  This is critical given the concerns that LAO has raised and that Salinas Valley State Prison will remain intact as the CCCs come to fruition."<br>     Are you familiar with what he's talking about here?<br>     A. Yes.<br>     Q. Can you tell me about what the concerns were that the LAO raised?<br>     A. Not particularly, because I did not attend the meeting that -- that the department had with the LAO regarding the Salinas Valley.<br>     But whatever they were, Keith came back and said -- and raised those issues with the department and said, we need to step back and relook at what we're doing here, in regards to this program. Because it has a lot of impacts.<br>     So he suggested a meeting to Kim Garcia, who was the point person at that time, and I still believe she is, for mental health and their capital outlay program, and | |

- 10 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
|  | agreed that a meeting should -- should be conducted and held.  I don't know if that meeting ever occurred. |  |
| 237:12 - 242:10 |  |  |

DATED: December 5, 2008     HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
　　PAUL B. MELLO
　　Attorneys for Defendants
　　Arnold Schwarzenegger, et al.

DATED: December 5, 2008     EDMUND G. BROWN JR.
　　Attorney General of the State of California


By: /s/ Kyle A. Lewis
　　KYLE A. LEWIS
　　Deputy Attorney General
　　Attorneys for Defendants
　　Arnold Schwarzenegger, et al.

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR GEORGE SIFUENTES (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1681002.1