EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' DESIGNATIONS FOR DR. ARTHUR REINGOLD**<br><br>**To: Three-Judge Panel** |

**Deposition of Dr. Arthur Reingold, September 23, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 37:20-38:15 | none | 34:17-35:17, 37:6-19, 38:16-41:1 |
| 43:13-45:6 | none | |
| 46:16-49:4 | none | 49:5-51:9 |
| 54:20-55:6 | none | 52:1-54:19, 59:8-25, 62:14-63:10. |

DATED:  December 5, 2008            HANSON BRIDGETT LLP


                                    By: /s/ Paul B. Mello
                                    PAUL B. MELLO
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.

DATED:  December 5, 2008            EDMUND G. BROWN JR.
                                    Attorney General of the State of California


                                    By: /s/ Kyle A. Lewis
                                    KYLE A. LEWIS
                                    Deputy Attorney General
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.

- 2 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS FOR DR. ARTHUR REINGOLD (2:90-CV-00520 LKK JFM)(C01-1351 TEH)                                    1680880.1