EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR SHAMA CHAIKEN**<br><br>**To: Three-Judge Panel** |

- 1 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR SHAMA CHAIKEN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680914.1

**Deposition of Shama Chaiken, August 29, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 33:20 - 34:4 | None | None |
| 37:21 - 38:11 | None | None |
| 177:4 - 179:7 | **Hearsay (Incomplete Unauthorized Draft); privilege; 176:6-177:8:**<br>    MR. BIEN: Let me mark as Exhibit 15 another e-mail -- an e-mail from you to Robin Dezember, dated October 10th, 2007, about the draft reentry mental health program.<br>    (Plaintiffs' Exhibit No. 15 was marked for identification.)<br>BY MR. BIEN:<br>   Q. This document bears production No. E_PRIV_156601 and, actually, attached to it is a -- did we give you the second -- it's all screwed up. Do you have a page 2 like this? No. Good. And then attached to it is a document dated October 10th, 2007, has production No. E_PRIV_156584 through, I hope, 156590. But I don't know. Is that what yours looks like? Is the last page 156590? 156590? Mike, how does yours look?<br>   A. 156609 and then 156610.<br>   Q. Great. Can I see that one? I'm sorry. I just have to make sure I've got the same document in front of me.<br>     So let me just reidentify for the record what has actually been marked. So it's an e-mail from Shama Chaiken to Robin Dezember, dated October 10th, 2007. The first page is E_PRIV_156601, and it runs through 156610.<br>     Can you identify this document, Dr. Chaiken?<br>   A. Yes.<br>   Q. What is it?<br>   A. It's the position paper I wrote about the reentry mental health program. | None |
| 180:1 - 182:9 | None | None |
| 188:3 - 190:14 | **Hearsay; lacks foundation; 190:8-14:**<br>Q. Okay. And in investigating that suicide, is it not correct that a psychologist working with you determined that there were 13 pallets of unfiled medical records waiting in the Northern California records center?<br>   A. I don't remember the number of | None |

- 2 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR SHAMA CHAIKEN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680914.1

| | DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|---|
| 1-4 | | pallets, but I remember that there were files that had not reached the clinicians who were providing treatment. | |
| 5-28 | 191:7 - 194:18 | **Hearsay; lacks foundation; 193:7-194:4:**<br>Q.  Right.  Then, if you go further down in that paragraph, he went in and out, and then the original records were routed by DVI to the California Department of Corrections and Rehabilitation Health Records Center for inclusion in inmate (name deleted from record per stipulation) unit health record. When DVI health records' staff attempted to obtain the outpatient health unit records for this evaluation, health records' center staff informed them that they could not locate the records because they had, quote, fifteen pallets of loose filing, end quote.<br>        MR. ANTONEN:  Do you want to go back?  You did say the inmate's name.  Can we just go back and say delete the name on the record?  I stipulate to that, just so we don't have the confidentiality issue?<br>        MR. BIEN:  That's fine.<br>        THE WITNESS:  So this is three degrees of hearsay.  So it's somebody writing a report who heard this from someone at DVI who talked to somebody at the health records' center at the end of the year, last year. So, yes, that's what the staff person said to the suicide reviewer when they were asked if they were able to obtain the past record. | **Testimony concerns Exhibit 16, which is a confidential report subject to protective order,** See 190:22-191:12:<br>(Plaintiffs' Exhibit No. 16 was marked for identification.)<br>BY MR. BIEN:<br>   Q.  I've marked as the next exhibit in order, and ask that you keep this separately from other things -- and<br>it's protected under the protective order, right, Mike --<br>   MR. STONE:  Right.<br>   MR. BIEN:  They've all signed on.<br>   MR. STONE:  Good.<br>BY MR. BIEN:<br>   Q.  -- an August 14, 2008, report from Suzan Hubbard and Brenda Epperly-Ellis to Steve Moore, Warden of DVI, and Robert Horel, Warden of Pelican Bay, concerning a suicide of an inmate.<br>      Dr. Chaiken, you've seen this report before?<br>   A.  Yes, I have. |

- 3 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR SHAMA CHAIKEN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680914.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | | Q. Okay. Is it part of your responsibility to review and discuss suicides in an effort to learn from them and identify problems in clinical care and make recommendations?<br>A. Yes. |
| 200:3 - 201:15 | **Attorney-Client Privilege; 200:3-201:16:**<br>Q. In the second sentence, you say research indicates that scales measuring Axis I diagnoses (Like Depression, Bipolar Disorder, Schizophrenia) on the MCMI-III do not correlate with future risk of violence." Can you explain to me what that means.<br>  A. So the MCMI-III is a paper and pencil psychological test that is given to individuals where they answer a series of questions, and their answers are standardized with other populations. And the results of these tests, if they're -- if they're valid for an individual, can give clinicians information about symptoms that they have, clinical syndromes, and personality factors and traits.<br>  And so what I had researched there was any evidence that the scales that we were using, or that the results of the MCMI-III test specifically on scales measuring Axis I diagnoses, do not correlate with future risk of violence.<br>  Q. Does the CDC use the MC -- this test right now in its mental health treatment?<br>  A. Yes.<br>  Q. Okay. And what is it used for?<br>  A. Diagnostic clarification.<br>  Q. Okay. And so what you're saying is that while the test is useful for that purpose, it's not useful for predicting violence?<br>  A. Correct. At least those scales were not useful for predicting violence. There were other scales, such as those measuring antisocial and narcissistic traits, anxieties, and some scales measuring substance abuse disorders that other state systems, at least, felt that had some impact | 199:3-18 **(In support of Objection)**<br>MR. BIEN: Okay. Let me mark as the next exhibit in order an e-mail from -- it's an e-mail string, but the one on the top here is from John Dovie to Anthony Kane, dated November 7, 2006 and it's copied to Shama Chaiken. It bears production No. E_PRIV_148360 through 362.<br>    (Plaintiffs' Exhibit No. 17 was marked for identification.)<br>BY MR. BIEN:<br>  Q. I'm going to ask you about the second page, which is an e-mail from you to John W.<br>  A. Can I have a moment to review this?<br>    MR. BIEN: Off the record.<br>    (Discussion held off the record.)<br>    MR. |

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | on future of violence.<br>    Q.  Okay.  Is it your understanding that mental illness alone is not a good predictor of risk of future violence?<br>    A.  My understanding is that it's more complicated than that.  So, correct, mental illness alone is not a predictor of future violence risk.<br>    Q.  Okay. | ANTONEN:  I'd like to lodge an objection based on the attorney-client privilege for the record. |

DATED:  December 5, 2008         HANSON BRIDGETT LLP


                                 By: /s/ Paul B. Mello
                                    PAUL B. MELLO
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.

DATED:  December 5, 2008         EDMUND G. BROWN JR.
                                 Attorney General of the State of California


                                 By: /s/ Kyle A. Lewis
                                    KYLE A. LEWIS
                                    Deputy Attorney General
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.