EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR TODD JERUE**<br><br>**To:  Three-Judge Panel** |

- 1 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR TODD JERUE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680963.1

**Deposition of Todd Jerue, August 29, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 7:11-16 | none | none |
| 11:8-19 | none | none |
| 29:7-34:14 | none | 34:15. |
| 104:11-109:2 | 105:1-106:2 - **Speculation, Lack of personal knowledge.**<br><br>Q. Okay. If there were a building that was going to come online in the summer of 2009, when would you think you would see -- for CDCR, when would you think you would see the first BCP about staffing for that building?<br>   A. The building was coming December of '09?<br>   Q. Summer of '09.<br>   A. Oh, summer of '09.<br>      MR. LEWIS: Objection. Calls for speculation and assumes an incomplete hypothetical.<br>      THE WITNESS: Um, luckily, I wasn't involved in the huge prison construction in the '80s where they were doing one activation package after another.<br>      But typically, at a high level, you start adding some staff possibly 12 months in advance, even if it's a just a warden, kind of like you would opening any other business. You come in with a preactivation.<br>      MS. MORRIS: Mm-hm.<br>      THE WITNESS: As you get within a month or two of the final activation, you start ramping up even more.<br>      And so, if it were summer of '09, then we would be talking about needing some staff in the '8-'9 fiscal year.<br>      MS. MORRIS: Okay.<br>      THE WITNESS: And so, that would have come at some point during this past budget process we just did. | 104:8-10. |
| 177:1-179:2 | 177:1-177:20, **Speculation, Lack of Personal Knowledge.**<br><br>   Do you recall whether you got a preactivation proposal in the -- in the pop for NCWF being turned into a reentry facility?<br>   A. I don't know if it was actually in the pop or a separate BCP, but we did, in fact, propose staffing to activate NCRF. | Q. If you know that there is an obstacle, whatever it may be, to a building project, would you recommend approving a preactivation |

- 2 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR TODD JERUE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680963.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | Q. Okay.<br>　　Did you hear from capital outlay if they thought the building could go forward prior to -- if they thought the building could go forward?<br>　　A. I don't recall.<br>　　Q. Do you recall whether or not anyone checked with them?<br>　　A. Subsequent to this E-mail, I don't know.<br>　　Q. But you do know that you approved a recommendation that NCRF be staffed?<br>　　A. Correct.<br>　　Q. Do you recall at what level?<br>　　A. I don't recall at what level or what the final conclusion was on date of activation.<br><br>179:9-179:2 - **Speculation, Lack of foundation**<br><br>Q. Okay.<br>　　Do you know now what the activation schedule -- the activation date for NCRF is?<br>　　A. I don't recall, because I think it has slipped.<br>　　Q. What do you mean "it has slipped"?<br>　　A. Meaning, I don't know the exact date, but I believe they've contacted us to tell us it is already later than planned.<br>　　A. Do you have an idea of when they contacted you to say that it was later?<br>　　A. Probably during the summer.<br>　　Q. This summer?<br>　　A. Yeah.<br>　　Q. Okay.<br>　　Do you recall how much it slipped by?<br>　　A. No.<br>　　Q. Do you know if it was by more than a year?<br>　　A. I -- I think it's less, but I'd be guessing. | staffing proposal prior to that obstacle being resolved?<br>　　MR. LEWIS: Objection. Calls for speculation on the part of the witness. And incomplete hypothetical.<br>　　THE WITNESS: What we would have to do on our side is defer to our cap outlay unit to tell us what projects they are approving for submission -- to get legislative approval, and what the activation date is of that proposal.<br>BY MS. MORRIS:<br>　　Q. Okay. |
| 182:16-184:9 | 182:16-183:25, Speculation, Lack of Personal Knowledge, hearsay.<br><br>Q. What -- why was there a need to hire specialized services to refine population estimate processes?<br>　　MR. LEWIS: Objection. Calls for speculation on the part of the witness.<br>　　He stated that his staff -- he delegated | |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR TODD JERUE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680963.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | this matter to his staff to attend.<br><br>Q. To the extent that you heard conversations during the weekly conference calls that you were on most of the time, what do you know about this issue?<br>    A. I don't recall any discussion of this issue on calls that I was on.<br>    Q. Okay.<br>        Do you know anything about why they needed to refine their population estimate processes?<br>        MR. LEWIS: Objection. Calls for speculation on the part of the witness.<br>        THE WITNESS: Um, yeah.<br>        I'm not really sure how to answer. Um, I don't know what discussions the Strike Team had on hiring someone to refine its population estimate processes.<br>        Um, I mean, there's been -- I don't recall the specifics. There have been various other -- for example, the BSA did some kind of audit on their population estimate process, but I don't recall what the discussion was.<br>        MS. MORRIS: Okay.<br>BY MS. MORRIS:<br>    Q. Did the BSA find that there was a problem with their population estimate process?<br>    A. I don't recall the actual conclusion. I think they just determined that after the first couple of years -- that they weren't very reliable. | |

- 4 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR TODD JERUE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680963.1

1  DATED: December 5, 2008                HANSON BRIDGETT LLP

2

3

4                                          By: /s/ Paul B. Mello
                                              PAUL B. MELLO
                                              Attorneys for Defendants
5                                             Arnold Schwarzenegger, et al.

6  DATED: December 5, 2008                EDMUND G. BROWN JR.
                                          Attorney General of the State of California
7

8
                                          By: /s/ Kyle A. Lewis
9                                             KYLE A. LEWIS
                                              Deputy Attorney General
10                                            Attorneys for Defendants
                                              Arnold Schwarzenegger, et al.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -