EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br> v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br> v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR KAREN FINN**<br><br>**To:  Three-Judge Panel** |

- 1 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

**Deposition of Karen Finn, August 26, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 7:16-20 | None | None |
| 11:5-19:17 | None | None |
| 28:1-29:5 | None | None |
| 32:24-33:20 | None | None |
| 53:8-54:6 | None | None |
| 54:13-59:10 | None | None |
| 63:3-65:7 | None | None |
| 67:3-24 | **Attorney Client Privilege 67:17-24:**<br>  Q. And do you recall what the outcome of that was -- those kinds of requests?<br>  A. Like I said, it was in discussions with our attorneys.<br>  Q. Do you recall if the funding went forward more quickly?<br>  A. No. I don't think it did. It did not go forward. | 66:8-22 **(In support of Objection)**<br>Q. Has there been any discussion within the Department of Finance as to whether there being a state of emergency should impact the way funding is decided and moved through the system?<br>  A. Yes. There was discussion, but it was with attorneys, and I guess it would be -- I guess it would be attorney-client privilege.<br>  MR. LEWIS: Were these attorneys from Department of Finance?<br>  THE WITNESS: Yes.<br>  MR. LEWIS: Okay.<br>  I'll assert the attorney-client privilege, then, on those conversations and instruct the witness not to answer any |

- 2 -
DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | | questions on that, if they get into attorney-client matters. |
| 71:9-74:18 | None | 78:19-25; 81:13-16. |
| 79:1-81:12 | None | None |
| 92:6-93:12 | **Lacks foundation**; **Hearsay**; **Objection as noted in transcript - Speculation, 92:6-93:2:**<br>Q. In the middle of that paragraph, there's a sentence that says: "The Facilities Strike Team will work to finish construction as quickly as possible, but at a minimum, it is expected that construction of the 12,000 Phase I infill beds will be completed in 2009." Do you see that?<br>　A. Mm-hm.<br>　Q. Does that sound possible to you?<br>　　MR. LEWIS: Objection. Calls for speculation on the part of the witness.<br>　　THE WITNESS: I've never seen -- I'm just not familiar with that phrase, so...<br>BY MS. MORRIS:<br>　Q. Which part?<br>　A. The sentence you just read. The Facilities Strike Team Will work to finish construction -- to be completed in 2009, but at a minimum, it's expected that construction will be completed in 2009.<br>　　I just don't recall that specific sentence. It does seem hard to accomplish at this point. | 88:18-89:1-12 **(In support of Objections)**<br>MS. MORRIS: I'd like to have this marked as Exhibit 1.<br>　　(Whereupon Plaintiffs' Exhibit 1 was marked for identification.)<br>　　THE WITNESS: Can I get my little reading glasses?<br>　　MS. MORRIS: Please do.<br>　　THE WITNESS: (Witness reviews the document.)<br>BY MS. MORRIS:<br>　Q. Are you familiar with this document?<br>　A. Never seen it.<br>　Q. Do you know what it is?<br>　　MR. LEWIS: She said she's never seen it.<br>　　THE WITNESS: I've never seen it. I can describe what it says. It appears to be a -- some type of, I guess, press release, as I see |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | | across the bottom of the document, released by the Department of Corrections from their Office of Public &Employee Communications. I'm not familiar with that section of the Department. |
| 95:11-97:7 | **Objection as noted in transcript - Speculation, 96:9-22:**<br>Q. Okay.<br>    Do you know why that number changed?<br>    MR. LEWIS: Objection. Calls for speculation on the part of the witness.<br>    THE WITNESS: I don't know exactly why, but what they have explained to us is, they changed their plans from the time AB 900 was enacted. The Department took a step back to go back to look to see different ways to accomplish infill beds.<br>    As I understand it, they went from a lower level of security to a higher level of security, was one of the reasons. Construction costs have increased. Um, that's kind of the two main reasons that I've been -- that have been relayed to us. | None |
| 98:12-100:7 | None | None |
| 103:11-25 | None | None |
| 109:24-110:15 | None | None |
| 133:8-134:10 | None | None |
| 159:3-165:6 | **Objection as noted in transcript - Speculation, 162:12-25:**<br>Q. Do you know if a mental health crisis bed project would be considered a health-and-safety-priority<br>type of project?<br>    MR. LEWIS: Objection. Calls for speculation on the part of the witness. Answer as best you can.<br>    THE WITNESS: I think it would depend on the nature of the request and, again, working with our counterparts in the program as to what the full plan is for providing mental health at the Department of Corrections -- providing mental health care.<br>    So, I guess what I'm trying to say is, if | |

- 4 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
|  | it's a part of an approved bed plan to provide care, I would say yes, it will be a high priority. |  |
| 180:15-181:16 | **Attorney - Client privilege; Hearsay (incomplete, unauthorized draft); Lacks Foundation; 180:15-23**:<br>Q.  But what you are certain of is this notice has not been submitted yet?<br>    A.  I can say I'm certain that no projects have been noticed to the legislature to be spent from any of the funding from AB 900.  So, therefore, I would assume this has not gone out.<br>    Whether it -- I can't believe it -- there could have been a situation, but I don't recollect.  It could have gone out and we withdrew.  I don't know. | 176:10-177:17 **(In support of Objections)**<br>MS. MORRIS:  I'd like to mark this as Exhibit 10.<br>    (Whereupon Plaintiffs' Exhibit 10  was marked for identification.)<br>    MS. MORRIS:  Exhibit 10 is a four-page letter with the Bates Nos. Priv075300 through -75303, dated July 27th, 2007.<br>    MR. LEWIS:  I will renew our objection that this is privileged material, subject to the deliberative process privilege, but I'll permit the witness to answer questions.<br>    THE WITNESS:  (Witness reviews the document.)  Okay.<br>BY MS. MORRIS:<br>    Q.  Do you know what Exhibit 10 is?<br>    A.  It appears to be -- I don't recall seeing it before, but it appears to be a draft letter notifying the legislature of the intent to allocate some of amount of money -- looks like |

- 5 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| | **DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
|---|---|---|---|
| 1-16 | | | approximately $52 million -- from AB 900 to construct a 70-bed EOP facility at Salinas Valley State Prison.<br>   Q.  Why do you think it's a draft?<br>   A.  I don't see a signature on it, so I can't tell if it was final.<br>   Q.  Okay. So, you don't know?<br>   A.  Yeah.<br>   Q.  Do you know one way or the other?<br>   A.  I'm sure it's a draft.  Because as I told you before, nothing has been allocated from AB 900, so... |
| 17-28 | 189:17-198:13 | **Objection as noted in transcript -- exhibit lacks foundation, 190:11-191:20:**<br>MR. LEWIS:  Do you have an original in better shape?<br>   MS. MORRIS:  (Indicating)<br>   MR. LEWIS:  That's the best one.<br>   MS. MORRIS:  So, no.<br>   MR. LEWIS:  Okay. This doesn't have a Bates number. Do you know where it came from?<br>   MS. MORRIS:  Um, no.<br>   THE WITNESS:  (Witness reviews the document.) Okay.<br>BY MS. MORRIS:<br>   Q.  Do you know what this document is?<br>   A.  It appears to be a BCP from a project for the Department of Corrections at state -- California State Prison at Sacramento, treatment and office space for 192 EOP inmates -- patient-inmates.<br>   Q.  And for what year is this Budget | None |

- 6 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| | DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|---|
| 1-13 | | Change Proposal?<br>A. The document says for '8-'9. 2008-2009.<br>Q. Can you tell if this has been submitted to the Department of Finance?<br>A. Um, I believe it has, because of our staff's -- I believe -- I'm assuming these stamps are original to the Department of Finance. It shows that our staff approved it for release on October -- excuse me -- April 1st, 2008. If this is the document.<br>MR. LEWIS: Pardon me.<br>Although it does have signatures, I'm going to object to this document on the basis that we do not know exactly where it came from. I indicated I find no Bates stamp on it.<br>I'll permit the witness to be questioned on it, but I'd like my objection noted for the record. We don't really know where this came from. | |
| 14-28 | 218:22-220:19 | **Objections as noted in transcript - Speculation, 219:11-220:15:**<br>Q. Okay. Is there anything that Mr. Genest has done to move projects in AB 900 along faster?<br>MR. LEWIS: Objection. Calls for speculation. Pardon me. Calls for speculation on the part of the witness.<br>THE WITNESS: I don't know what Mr. Genest has done.<br>MS. MORRIS: Okay.<br>BY MS. MORRIS:<br>Q. But you're not aware of any particular events?<br>A. I'm not personally aware, no.<br>Q. Okay.<br>Are you aware of any particular effort on the part of the DOF to speed up other Coleman-related projects that are not within AB 900?<br>MR. LEWIS: Objection. Calls for speculation on the part of the witness.<br>THE WITNESS: Again, and I don't understand your question.<br>BY MS. MORRIS:<br>Q. Has anyone at DOF -- yourself or anyone that you're aware of -- taken any efforts to try to push things along faster for Coleman projects? | None |

- 7 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR KAREN FINN (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680946.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| | A. Well, all I can say is when we have dealt with anything having to do with the Coleman proposals; we have acted in our, you know, best abilities to speed up review, recommend funding. So, we have done what we can, yes, to ensure they're funded as timely as possible, and included in the appropriate budget processes that the Governor is involved in. | |

DATED: December 5, 2008          HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: December 5, 2008          EDMUND G. BROWN JR.
Attorney General of the State of California


By: /s/ Kyle A. Lewis
KYLE A. LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.