EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' PHASE II DESIGNATIONS FOR ROBERT GORE**<br><br>**To: Three-Judge Panel** |

- 1 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II
DESIGNATIONS FOR ROBERT GORE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680956.1

**Deposition of Robert Gore, October 1, 2008**

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 49:6-18 | | |
| 52:3-53:12 | | |
| 57:11-58:9 | | |
| 58:18-59:12 | **58:18-59:12 – Objections: Lacks Foundation, Improper expert opinion**<br>Q. Yeah. So, it would be fair to say that you believed it would – that public safety and prison crowding could be further – or, not – prison corwding could be reduced by the promotion of these policies; is that fair?<br>MR. MELLO: I think that lacks foundation. You can answer. I think it's vague too.<br>MR. MAURO: Do you understand the question?<br>THE WITNESS: Prison – oh, yes. Prison overcrowding could be reduced by use of these policies.<br>MR. SPECTER: Q. And, again, since public safety was paramount – of paramount importance to you and Mr. Dunmoyer you would never have sought their – sought to have them – those policies be implemented if you believed that public safety would be at risk, correct?<br>MR. MELLO: It's overbroad. It is vague. It's an incomplete hypothetical. Lacks foundation. You can answer.<br>THE WITNESS: Generally. | |
| 64:22-65:11 | **65:9-22 – Objection: Lacks Foundation, Improper expert opinion**<br>Q. So, you believe that the current revocation system actually endangers public safety?<br>A. Yes.<br>MR. MELLO: I think that lacks foundation, calls for an expert opinion. I think it misstates the testimony thus far about this sentence. You can answer the question.<br>THE WITNESS: Let's run through it again, please.<br>MR. SPECTER: All right. Can you read the question back.<br>(Record read)<br>MR. MELLO: Same objection.<br>THE WITNESS: That's not what this says here. | 65:12-66:12 |
| 68:22-69:20 | | |

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR ROBERT GORE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680956.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
| 69:23-70:23 | | 70:24-71:11 |
| 71:16-72:8 | | 72:9-16 |
| 80:13-81:9 | | 81:10-19 |
| 85:23-86:9 | | 86:10-19 |
| 92:13-93:5 | | |
| 95:19-96:12 | **95:19-96:7 – Objections: Irrelevant, Improper expert opinion, Lacks Foundation**<br>MR. SPECTER: Q. And did you regard the Sentencing Commission as one way to get control of the California prison population?<br>MR. MELLO: Objection. You – I assume you're asking about his opinion?<br>MR. SPECTER: Yes.<br>MR. MELLO: You, personally?<br>MR. SPECTER: You, personally.<br>MR. MELLO: It's also vague as to what "Sentencing Commission" means. You can answer the question.<br>THE WITNESS: I'm not sure a Sentencing Commission would have an immediate impact on prison population. | |
| 97:7-98:5 | **97:7-14 – Objections: Lacks Foundation, Improper expert opinion**<br>Q. What is your best judgment as you sit here today?<br>MR. MELLO: Same objection. You can answer.<br>THE WITNESS: As to how to reduce prison population?<br>MR. MELLO: Your personal opinion.<br>THE WITNESS: My personal opinion is there are several components to it. | 96:20-23 |
| 101:13-105:21 | | |
| 111:11-25 | **111:11-20 – Objection: Hearsay**<br>Q. In your letter – draft letter to Governor Deukmeijan – we talked about this before lunch – you said that Mr. Hagar and Mr. Sillin had said that the consequences of a possible three-judge panel would be that you have a short time period to release up to 20,000 prisoners. Do you recall that?<br>A. In the letter, yes.<br>Q. And that was an accurate transmission of what they had said to you?<br>A. Yes. | |
| 113:17-114:13 | | |
| 120:19-25 | **120:19-25 – Objection: Lacks Foundation**<br>Q. And has – have you taken any steps to reduce the population so that adequate | |

- 3 -

DEFS.' OBJECTIONS AND COUNTER DESIGNATIONS TO PHASE II DESIGNATIONS FOR ROBERT GORE (2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1680956.1

| DEPOSITION DESIGNATIONS | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER DESIGNATIONS |
|---|---|---|
|  | health care could be provided?<br>MR. MELLO: Objection. Lacks foundation. Misstates the record. Vague. You can answer.<br>THE WITNESS: We – we strive continuously to reduce the population. |  |
| 127:12-128:17 |  | 128:24-129:5 |
| 129:12-18 |  | 130:13-16; 131:14-19 |
| 133:13-19 |  | 133:1-2 |
| 140:19-141:2 |  |  |
| 149:1-20 |  | 148:18-25; 149:22-24 |

DATED: December 5, 2008                HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
   PAUL B. MELLO
   Attorneys for Defendants
   Arnold Schwarzenegger, et al.

DATED: December 5, 2008                EDMUND G. BROWN JR.
                                       Attorney General of the State of California


By: /s/ Kyle A. Lewis
   KYLE A. LEWIS
   Deputy Attorney General
   Attorneys for Defendants
   Arnold Schwarzenegger, et al.