UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### _CIVIL TRIAL MINUTES_

**Judges:  THELTON E. HENDERSON, LAWRENCE K. KARLTON and
          STEPHEN REINHARDT**

**Date:**  Dec. 4, 2008

**Case No.** 01-01351  TEH____ **Case Name:** PLATA, et al. v.  SCHWARZENEGGER, et al.
_____CIV S90-0520 LKK_____       COLEMAN, et al.  v.  SCHWARZENEGGER, et al.

**Appearances:**

>    For Plaintiff(s):  Don Specter, Michael Bien, Alison Hardy, Ed Sangster,
>             Rebekah Evenson

>    For Defendant(s):  Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

>    For Intervenor(s):  Natalie Leonard, William Mitchell, Teresa Wang, Carol Woodward,
>             Theresa Fuentes, Kimberly Hall-Barlow, Anne Keck

**Clerk:**  Rowena B. Espinosa_____**Court Reporter:** Joan Columbini/Kathy Wyatt
_____

**Trial Began:** 11/18/08           **Further Trial:** 12/05/08

*See attached Trial Log*