# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**        Case Name: **PLATA/COLEMAN, et al.**  v.  **SCHWARZENEGGER, et al.**
         **90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Don Specter, Michael Bien, Rebekah Evenson | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman, Kimberly Hall-Barlow, William Mitchell |
|---|---|---|
| **TRIAL DATE:** Dec. 4, 2008 | **REPORTER(S):** Joan Columbini/Kathy Wyatt | **CLERK:** Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 am | | | Court convene; plaintiffs recall *JEANNE WOODFORD* to the stand; direct examination by D. Specter | |
| | | 9:47 am | | | Cross examination by P. Mello | |
| | | 10:05 am | | | Cross examination by W. Mitchell | |
| | | 10:32 am | | | Re-direct by D. Specter | |
| | | 10:40 am | | | Re-cross by W. Mitchell | |
| | | 10:42 am | | | J. Woodford is excused; Court is in recess | |
| | | 10:58 am | | | Court reconvene; housekeeping matters discussed | |
| | | 11:05 am | | | Plaintiffs call *JAMES AUSTIN* to the stand and sworn in; direct examination by R. Evenson | |
| | | 11:55 am | | | Court in recess | |
| | | 1:00 pm | | | Court reconvene; cross examination by A. Johnson | |
| | | 3:20 pm | | | Court in recess | |
| | | 3:39 pm | | | Cross examination by K. Hall-Barlow | |
| | | 4:20 pm | | | Court is adjourned for the day; J. Austin to return the week of Dec. 15 for further testimony | |