UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Dec. 5, 2008

**Case No.** 01-01351 TEH      **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK            COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Jane Kahn, Ernest Galvan

For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

For Intervenor(s): Natalie Leonard, William Mitchell, Teresa Wang, Theresa Fuentes,
Kimberly Hall-Barlow


**Clerk:** Rowena B. Espinosa          **Court Reporter:** Joan Columbini

**Trial Began:** 11/18/08               **Further Trial:** 12/09/08

*See attached Trial Log*