UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**      Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
       **90-0520 LKK**

| **JUDGES:** THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | **PLAINTIFF ATTORNEY:** Don Specter, Michael Bien, Ernest Galvan | **DEFENSE ATTORNEY:** Paul Mello, Lisa Tillman, William Mitchell, Kyle Lewis, Theresa Fuentes |
|---|---|---|
| **TRIAL DATE:** Dec. 5, 2008 | **REPORTER(S):** Joan Columbini | **CLERK:** Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 am | | | Court convene; plaintiffs recall *JEFFREY BEARD* to the stand; direct examination by D. Specter | |
| | | 10:15 am | | | Cross examination by P. Mello | |
| | | 10:31 am | | | Cross examination by W. Mitchell | |
| | | 10:50 am | | | Redirect by D. Specter | |
| | | 10:53 am | | | J. Beard is excused; Court is in recess | |
| | | 11:10 am | | | Court reconvene; plaintiffs call *JAMES GILLIGAN* to the stand and sworn in; direct examination by E. Galvan | |
| | | 11:35 am | | | Cross examination by K. Lewis | |
| | | 12:06 pm | | | Cross examination by T. Fuentes | |
| | | 12:15 pm | | | Redirect by E. Galvan | |
| | | 12:40 pm | | | J. Gilligan is excused; Counsel to prepare witness list and time limits for phase 2 by 12/08/08; Court is adjourned for the day | |