EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br>  v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>          Plaintiffs,<br>  v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OPPOSITION TO MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF DR. JAMES MARQUART**<br><br>**To:  Three-Judge Panel** |

- 1 -

DEFS.' OPP. TO MOT. TO STRIKE
CASE NOS. 90-00520 LKK JFM; 0-1351 TEH

1778903.1

1  The Court should deny Plaintiffs' motion to strike portions of Dr. James Marquart's expert reports because the testimony subject to this motion to strike is relevant to Phase II of these proceedings. Plaintiffs move to strike Heading A, pages 6-12 of Dr. Marquart's August 15, 2008 Expert Report and Page 1, ¶3(a) of Dr. Marquart's August 27, 2008 Rebuttal Report ("challenged portions").

Defendants do not offer any of the challenged portions as part of their case-in chief for phase I of these proceedings. Defendants offer the challenged portions from these reports for phase II for rebuttal purposes. Several of Plaintiffs' witnesses, including Dr. Austin, have testified in their reports or on examination essentially that crowding causes violence and violence impedes the delivery of medical and mental health care. This line of facts and reasoning might be argued to support the concept that no relief other than a prisoner release order can solve the alleged deficiencies in prison medical and mental health care. Dr. Marquart's report breaks an essential link in that argument.

Because the challenged portions are relevant to phase II, Defendants request that this Court deny Plaintiffs' motion to strike.

DATED: December 5, 2008         HANSON BRIDGETT LLP

                                By: /s/ Paul B. Mello
                                    PAUL B. MELLO
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.

DATED: December 5, 2008         EDMUND G. BROWN JR.
                                Attorney General of the State of California

                                By: /s/ Kyle A. Lewis
                                    KYLE LEWIS
                                    Deputy Attorney General
                                    Attorneys for Defendants
                                    Arnold Schwarzenegger, et al.