EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile:  (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL MELLO IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO MARQUART REPORTS**<br><br>**To:  Three-Judge Panel** |

- 1 -

I, PAUL MELLO, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to the Northern and Eastern Districts of the United States District Court of California. I am a partner with the law firm Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v. Schwarzenegger, et al.* matter. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to matters set forth below. I submit this declaration in support of Defendants' response to Plaintiffs' objections to the expert reports of Dr. James Marquart.

2. On November 10, 2008, I participated in the pretrial conference in this *Plata/Coleman* Three Judge Panel proceeding. At the beginning of this proceeding, the Court ruled upon the parties' motions in limine. Of note, Plaintiffs' motion in limine no. 2 was denied. Plaintiffs are now renewing their motion in limine no. 2 in the form of an objection to Dr. Marquart's September 22, 2008 report. A true and correct copy of an excerpt of the pretrial conference transcript containing the Court's ruling on all motions in limine is attached as Ex. A at 6:22-7:24.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on December 5, 2008.

_____/s/ Paul B. Mello_____
PAUL B. MELLO