**EXHIBIT A**

```
Volume 1
Pages 1 - 41
```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

            BEFORE THE HONORABLE THELTON E. HENDERSON,

         LAWRENCE K. KARLTON, AND STEPHEN REINHARDT

| | |
|---|---|
| Marciano Plata, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. C 01-01351-TEH |
| ) | |
| Arnold Schwarzenneger, et al., ) | |
| ) | San Francisco, California |
| Defendants. ) | Monday |
| ) | November 10, 2008 |
| _____ ) | 1:35 p.m. |
| Ralph Coleman, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. CIV S90-0520-LKK |
| ) | |
| Arnold Schwarzenneger, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs**:        Prison Law Office
                           General Delivery
                           San Quentin, CA  94964
                           (510) 280-2621
                           (510) 280-2704 (fax)
                   BY:  **REBEKAH EVENSON**
                        **STEVEN FAMA**
                        **ALISON HARDY**
                        **SARA NORMAN**
                        **DONALD SPECTER**
(Appearances Continued On Next Page)

**Reported By:**    **Lydia Zinn, CSR #9223, RPR**
                **Official Reporter - U.S. District Court**

```
 1  behalf of the Coleman defendants.  Also here on behalf of the
 2  Coleman defendants are Connie LeLouis and Danielle O'Bannon,
 3  from  the Attorney General's office.  Thank you.
 4          MR. MITCHELL:  Good afternoon.  William Mitchell,
 5  with the District Attorney Intervenors.
 6          MS. BARLOW:  Good afternoon, your Honors.
 7  Kimberly Hall Barlow, on behalf of the 67 Law Enforcement
 8  Intervenors:  sheriffs, police chiefs, chief probation
 9  officers.
10          MS. KECK:  Good afternoon, your Honors.  Anne Keck,
11  Deputy County Counsel, on behalf of the Sonoma County
12  Intervenors.
13          MS. FUENTES:  Good afternoon, your Honor.
14  Theresa Fuentes, on behalf of Santa Clara County, and also as
15  lead counsel for the County Intervenors.
16          MR. KAUFHOLD:  Good afternoon, your Honor.
17  Steve Kaufhold, from Akin, Gump, Strauss, Hauer, & Feld, for
18  the Legislative Intervenors.  I think we're all right.
19          JUDGE HENDERSON:  Okay.  Good afternoon.
20          Welcome.  We're going to begin.  As you can see,
21  Judge Karlton is in Sacramento, and is appearing by video.
22          We're going to begin with rulings on the motions *in*
23  *limine*.  And those rulings are as follows.  And we will not be
24  following up with written explanations of these rulings.
25          Plaintiffs' motion *in limine* number one is granted as
```

1  to the exclusion of witnesses from the courtroom and the
2  provision of transcripts to witnesses who have not yet
3  testified.  The motion is denied as to the provision of filed
4  testimony to witnesses.
5            Plaintiffs' motion *in limine* number seven is granted
6  as to Mr. McIntosh's testimony regarding the survey.  As to
7  Mr. McIntosh's testimony of the rate of disease, the motion is
8  denied if such testimony is based on the PPIC report, but is
9  otherwise granted.
10           Defendants' motion *in limine* number six to exclude
11 evidence of settlement discussions is granted.
12           This ruling shall also extend to exclude the
13 referee's report from evidence.
14           Defendants' motion *in limine* number 13 to limit the
15 trial testimony of Dr. Beard to the scope of his deposition is
16 granted.
17           The motion to exclude testimony by Mr. Hennessee is
18 denied.
19           The Law Enforcement Intervenors' motion *in limine*
20 regarding the testimony of Dr. Austin is denied, except that
21 plaintiffs may not introduce evidence of any analysis by
22 Dr. Austin of the documents relied on by Mr. Dyer and by
23 Mr. Powers that Dr. Austin performed after his deposition.
24           All other motions *in limine* are denied.
25           As to the parties' motions to exclude hearsay from