| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California  94104 |
| Berkeley, CA  94710 | Telephone: (415) 433-6830 |
| Telephone:  (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California  94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA  94105-3493 | |
| Telephone:  (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | No. Civ S 90-0520 LKK-JFM P <br> **THREE-JUDGE COURT** <br><br> **OBJECTIONS TO DECLARATION OF RICHARD CONKLIN** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

1
OBJECTIONS TO DECLARATION OF RICHARD CONKLIN
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-169111 v1 0903375-00001

Plaintiffs submit their objections and Defendants submit their responses to Plaintiffs' objections to the Richard Conklin Declaration.

## I.
## GENERAL OBJECTIONS

Under Federal Rules of Evidence 702, Richard Conklin is not qualified to make many of the opinions and assertions contained in his Declaration. Richard Conklin's comments are not based upon sufficient facts or data, nor are they product of reliable principles and methods.

## II.
## DEFENDATNS' RESPONSE TO PLAINTIFFS' GENERAL OBJECTIONS

## III.
## SPECIFIC OBJECTIONS

**A.     Richard Conklin Declaration**

| Statement | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|
| Paragraphs 31-38 | This is cumulative of testimony of Lisa Rodriguez, who already testified about San Diego's SB 618 program. | FRE, Rule 403. |

Dated:  December 8, 2008         By:

        /s/ Edward P. Sangster
      EDWARD P. SANGSTER
      ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs