ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SANTA BARBARA, and COUNTY OF
SAN MATEO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants. | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>**JOINT WITNESS LIST FOR REMAINDER OF TRIAL** |

//

//

As requested by the Court, the parties have agreed to the following witness schedule and time estimates for the remainder of the trial.

| Date | AM/PM | Name | Direct* | Cross | DI Cross | Redirect |
|---|---|---|---|---|---|---|
| Tues., Dec. 9 | AM | Matthew Cate | 15 min. | 45 min. | - | 15 min. |
| | AM | Thomas Hoffman | 15 min. | 30 min. | 15 min. | 15 min. |
| | AM | Kathryn Jett | 15 min. | 15 min. | - | 15 min. |
| | PM | Greg Munks, San Mateo County Sheriff | 30 min. | 30 min. | - | 15 min. |
| | PM | Rich Word, City of Vacaville Police Chief | 30 min. | 30 min. | - | 15 min. |
| | PM | Lt. Stephen Smith, L.A. County Sheriff's Dept., Custody Support Services | 30 min. | 15 min. | - | 15 min. |
| Wed., Dec. 10 | AM | Scott Kernan | 15 min. | 45 min. | 15 min. | 15 min. |
| | AM | James Marquart, Ph.D | 30 min. | 30 min. | 15 min. | 15 min. |
| | PM | Joseph Lehman | 30 min. | 30 min. | 10 min. | 15 min. |
| | PM | Richard Conklin, Chief Mental Health Clinician, San Diego County Sheriff's Dept | 30 min. | 30 min. | - | 15 min. |
| Thurs., Dec. 11 | AM | Barry Krisberg | 30 min. | 60 min. | 30 min. | 15 min. |
| | AM | David Bennett, Sonoma County outside retained expert | 30 min. | 30 min. | - | 15 min. |
| | PM | Pablo Stewart | 30 min. | 60 min. | 10 min. | 15 min. |
| | PM | Gary Graves, Acting County Executive, Santa Clara County | 30 min. | 30 min. | - | 15 min. |
| | PM | Charlene Silva, County Health Director, San Mateo County | 30 min. | 30 min. | - | 15 min. |
| Fri., Dec. 12 | AM | Jerry Dyer, Fresno City Police Chief | 30 min. | 30 min. | - | 15 min. |
| | AM | David Boesch, Assistant County Manager, County of San Mateo | 30 min. | 30 min. | - | 15 min. |
| | AM | Bonnie Dumanis, San Diego District Attorney | 15 min. | 30 min. | - | 15 min. |
| | AM | Riverside District Attorney Rodric Pacheco | 15 min. | 30 min. | - | 15 min. |
| | PM | Nancy Pena, Mental Health Director, Santa Clara County* | 30 min. | 30 min. | - | 15 min. |
| | PM | Beverly Beasley Johnson, Director of Human Services, San Mateo County* | 30 min. | 30 min. | - | 15 min. |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | PM | Former Assemblyman Todd Spitzer | 15 min. | 30 min. | - | 15 min. |
| | Thurs., Dec. 18 | AM | Gale Bataille | 30 min. | 45 min. | 15 min. | 15 min. |
| | | AM | James Austin | - | 15 min. | 30 min. | 15 min. |
| | | PM | Robert Garner, Director of Drug and Alcohol Services, Santa Clara County* | 20 min. | 30 min. | - | 10 min. |
| | | PM | Paul McIntosh, Executive Director of California State Association of Counties (CSAC)* | 30 min. | 30 min. | - | 15 min. |
| | | PM | Karen Dalton, Los Angeles County Sheriff's Dept., Director of Bureau Operations | 30 min. | 30 min. | - | 15 min. |
| | | PM | Loren Buddress, Probation Chief, San Mateo County* | 30 min. | 30 min. | - | 15 min. |
| | | PM | Duane Bay, Director of Housing, San Mateo County* | 30 min. | 30 min. | - | 15 min. |
| | | PM | Michael James, Orange county Assistant Sheriff* | 30 min. | 30 min. | - | 15 min. |
| | | PM | Alexander Yim, Los Angeles County Sheriff's Department Chief, Correctional Services Division | 30 min. | 30 min. | - | 15 min. |
| | Fri., Dec. 19 | AM | Senator George Runner | 15 min. | 30 min. | - | 15 min. |
| | | AM | Don Meyer, Yolo County Probation Chief | 30 min. | 30 min. | - | 15 min. |
| | | AM | Martin Ryan, Amador County Sheriff | 30 min. | 30 min. | - | 15 min. |
| | | AM | Sonoma County Sheriff William Cogbill* | 30 min. | 30 min. | - | 15 min. |
| | | PM | John Ingrassia, San Diego County Sheriff's Department Commander, Detention Services Bureau* | 30 min. | 30 min. | - | 15 min. |
| | | PM | Rick Dostal, Orange County Sheriff's Department, Executive Director of Special Services | 30 min. | 30 min. | - | 15 min. |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Witness List for Remainder of Trial            -3-            CIV S-90-0520 LKK / C01-1351 TEH

| | | | | | | |
|---|---|---|---|---|---|---|
| | PM | Adam Christianson, Stanislaus County Sheriff | 30 min. | 30 min. | - | 15 min. |
| | PM | Plaintiffs may call Michael Hennessy, Sheriff of San Francisco, as a rebuttal witness | 30 min. | 45 min. | 30 min. | 15 min. |

\*Defendant Intervenors have proposed that testimony for these witnesses come in through their expert reports, declarations and exhibits, and stipulated cross examination in lieu of live testimony.

Please note that the time estimates are inclusive of counsel time and do not include time for questions from the Court.

Dated: December 8, 2008

                                         Respectfully submitted,
                                         ANN MILLER RAVEL
                                         County Counsel

By:             /S/            
      THERESA J. FUENTES
      Deputy County Counsel
      Lead Attorneys for Intervenors
      COUNTY OF SANTA CLARA ,
      COUNTY OF SANTA BARBARA,
      and COUNTY OF SAN MATEO

Dated: December 8, 2008

      STEVEN M. WOODSIDE
      County Counsel

By:             /S/            
      ANNE L. KECK
      Deputy County Counsel
      Attorneys for Intervenor,
      COUNTY OF SONOMA, SONOMA
      COUNTY SHERIFF SONOMA
      COUNTY PROBATION

Dated: December 8, 2008

ROD PACHECO
District Attorney

By: _____/S/_____
WILLIAM MITCHELL
Assistant District Attorney
Attorneys for District Attorney
Intervenors

Dated: December 8, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/S/_____
CHAD STEGEMAN
Attorneys for Assembly and
Senate Republican Intervenors

Dated: December 8, 2008

JONES & MAYER

By: _____/S/_____
KIMBERLY HALL-BARLOW
Attorneys for Sheriff Intervenors,
Probation Intervenors, and Chief of
Correction Intervenors

Dated: December 8, 2008

CARROLL, BURDICK & MCDONOUGH LLP

By: _____/S/_____
NATALIE LEONARD
Attorneys for Intervenor
California Correctional Peace
Officer's Association

Dated: December 8, 2008

ROSEN, BIEN & GALVAN, LLP

By: _____/S/_____
AMY WHELAN
Attorneys for Plaintiffs

Dated: December 8, 2008

PRISON LAW OFFICE

By: _____/S/_____
DONALD SPECTER
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December 8, 2008 | EDMUND G. BROWN, JR.<br>Attorney General, State of California |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | KYLE A. LEWIS<br>Deputy Attorneys General<br>Attorneys for Defendants |
| 5 | | |
| 6 | Dated: December 8, 2008 | HANSON & BRIDGETT LLP |
| 7 | | |
| 8 | | By: /S/<br>PAUL B. MELLO<br>Attorneys for Defendants |