PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' OBJECTIONS TO REPORT AND DECLARATION OF GARY A. GRAVES AND DEFENDANT INTERVENOR SANTA CLARA COUNTY'S RESPONSES THERETO** |

-1-
PLAINTIFFS' OBJECTIONS TO REPORT AND DECLARATION OF GARY A. GRAVES AND DEFENDANT INTERVENOR SANTA CLARA COUNTY'S RESPONSES THERETO, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[259438-1]

The Parties submit the following statement of objections and responses to the report of Defendant Intervenor Santa Clara County's expert, Gary A. Graves (Exhibit SC County Y, DI-300) and the Trial Declaration of Gary A. Graves (Exhibit SC County V, DI-301).

## I.
## GENERAL OBJECTIONS

Under Federal Rules of Evidence 702, Gary A. Graves is not qualified to make many of the opinions and assertions contained in his Expert Report. His comments are not based upon sufficient facts or data, nor are they product of reliable principles and methods. Further, his opinions go beyond his expertise.

## II.
## DEFENDANT INTERVENOR SANTA CLARA COUNTY'S RESPONSE TO PLAINTIFFS GENERAL OBJECTIONS

The objection is vague. Mr. Graves is the Acting County Executive for Santa Clara County. Prior to his appointment to that position, he was the Assistant County Executive. He has nearly 30 years of experience in public sector budget and resource allocation. He will testify that the county does not have the funding or resources to provide programs and services to prisoners released pursuant to a prisoner release order. He will testify that a prisoner release order will cause significant hardship to the county and will shift the significant burden of providing housing and services to these prisoners from the state to the county. He will testify that the counties do not have the financial ability to absorb the costs of these prisoners without compromising other critical services to members of the community. He will testify that the imposition of a population cap will create jail overcrowding and have significant budgetary impacts that will trickle down and jeopardize the entire county safety-net of services. As the Acting County Executive, and formerly the Assistant County Executive, Mr. Graves is familiar with all of the departments and operations within the County and is responsible for preparing and recommending the County budget to the Board of Supervisors. His opinions are based on his knowledge, expertise, and information available to him.

# III.

# SPECIFIC OBJECTIONS

### Intervenor County of Santa Clara's Expert Report of Gary Graves

| Disputed Language | Objection | Response |
|---|---|---|
| pp. 2-4, Opinion #1, discussing creation of overcrowding on Santa Clara County Corrections system | Assumes facts not in evidence (inmates released from CDCR would be transferred to Santa Clara County Corrections system) | This objection is vague. Plaintiffs are seeking a population reduction which may be imposed through a population cap or a release of prisoners. A population cap at the state level may prevent inmates in the County jail from being transferred to state prison. A release would send prisoners back to Santa Clara County, and would have the potential for rearrest and placement in the County jail. |
| p. 4, second full paragraph, statement regarding state recidivism rate | Lack of foundation | FRE 703. Expert opinion may be based on facts or data perceived by or made known to the expert. Mr. Graves relied on information that he believes is generally known. |
| pp. 4-5, Opinion #2, discussing impact of release on Santa Clara County Drug and Alcohol system | Improper basis for opinion (FRE 703) | This objection is vague and fails to reference specific statements. Under FRE 703, expert opinion may be based on facts or data perceived by or made known to the expert. As the Acting County Executive, and formerly the Assistant County Executive, Mr. Graves is familiar with all of the departments and operations within the County and is responsible for preparing and recommending the County budget to the Board of Supervisors. His opinions are based on his knowledge, expertise, and information available to him. |
| p. 5, final partial paragraph, beliefs regarding prevalence of mental illness and level of treatment need | Improper basis for opinion (FRE 703); lack of foundation | FRE 703. Expert opinion may be based on facts or data perceived by or made known to the expert. Mr. Graves relied on information that he believes is generally known. |
| pp. 6-7, Opinion #4 regarding exacerbation of homeless problem | Improper expert opinion (FRE 702); Improper basis for opinion (FRE 703); Relevance | This objection is vague and fails to reference specific statements. Under FRE 703, expert opinion may be based on facts or data perceived by or made known to the expert. As the Acting County Executive, and formerly the Assistant County Executive, Mr. Graves is familiar with all of the departments and operations within the County and is responsible for preparing and recommending the County budget to the Board of Supervisors. His opinions are based on his knowledge, expertise, and information available to him. The information is relevant to the issue of public safety. Offenders who are homeless are more likely to commit |

| Disputed Language | Objection | Response |
|---|---|---|
| | | crimes and have increased involvement with the criminal justice system. |
| p. 7-8, Opinion #5, regarding impact of inmates on public health care facilities in Santa Clara County | Improper expert opinion (FRE 702); Improper basis for opinion (FRE 703); Relevance | This objection is vague and fails to reference specific statements. Under FRE 703, expert opinion may be based on facts or data perceived by or made known to the expert. As the Acting County Executive, and formerly the Assistant County Executive, Mr. Graves is familiar with all of the departments and operations within the County and is responsible for preparing and recommending the County budget to the Board of Supervisors. His opinions are based on his knowledge, expertise, and information available to him. The ability of released prisoners to access health services in the County is relevant to the issue of public safety. |

**Intervenor County of Santa Clara's Trial Declaration of Gary Graves**

| Disputed Language | Objection | Response |
|---|---|---|
| p. 3, lines 4-8 regarding impact on public safety of release of inmates | Improper expert opinion (FRE 702); Improper basis for opinion (FRE 703); Lack of foundation; assumes facts not in evidence | This objection is vague and ambiguous. To the extent Mr. Graves has offered his opinions regarding public safety impacts, his opinions are based on knowledge and expertise regarding the impacts of programs and services or the lack thereof on the health, welfare and safety of County residents. |

Dated: December 8, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By:  */s/ Maria v. Morris*
     Maria V. Morris
     Attorney for *Coleman* Plaintiffs and on
     Behalf of *Plata* Plaintiffs

Dated: December 8, 2008

ANN MILLER RAVEL,
COUNTY COUNSEL

By:  /s/ Theresa J. Fuentes
     Theresa J. Fuentes
     Deputy County Counsel
     Attorneys for Defendant Intervenor
     COUNTY OF SANTA CLARA