PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' OBJECTIONS TO REPORT OF CHARLENE A, SILVA** |

NO. CIV S 90-0520 LKK-JFM PPLAINTIFFS' OBJECTIONS TO REPORT OF CHARLENE A, SILVA, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[259147-1]

Plaintiffs submit the following statement of objections to the report of Defendant Intervenor San Mateo County's expert, Charlene A. Silva, *Coleman* Docket No. 3248, Ex. E. Defendant Intervenor San Mateo County has represented that it will respond to the objections on December 9, 2008.

# I.
# GENERAL OBJECTIONS

Under Federal Rules of Evidence 702, Charlene A. Silva is not qualified to make many of the opinions and assertions contained in her Written Report. Her comments are not based upon sufficient facts or data, nor are they product of reliable principles and methods.

# II.
# DEFENDANT INTERVENOR SAN MATEO COUNTY'S RESPONSE TO PLAINTIFFS GENERAL OBJECTIONS

# III.
# SPECIFIC OBJECTIONS

| Disputed Language | Objection | Response |
|---|---|---|
| pp. 1-2, first set of bullet points, describing what "we know" | Lack of foundation for each of the bullet points; Vague as to "we" | |
| p. 2, second bullet point, regarding determination that reductions must be achieved to maintain ability to carry out responsibilities | Vague | |
| p. 2, fifth bullet point, regarding staff vacancy rates | Vague | |
| pp. 2-3, second set of bullet points, regarding projections about the impact of the release of parolees | Lack of foundation for each of the bullet points; Vague as to "we"; Assumes facts not in evidence | |
| p. 2, final bullet point, regarding demographic composition of inmates released | Lack of foundation; assumes facts not in evidence; vague as to "sizable proportion" | |

-2-

| Disputed Language | Objection | Response |
|---|---|---|
| p. 3, first bullet point, regarding aging of inmate population | Lack of foundation; assumes facts not in evidence | |
| p. 3, third bullet point, regarding prevalence and treatment cost of mentally ill and substance abusing released inmates | Lack of foundation; improper basis for expert opinion | |
| p. 3, paragraph following bullet points | Improper expert opinion; argumentative | |

Respectfully submitted,

Dated:  December 8, 2008

ROSEN, BIEN & GALVAN, LLP

By:  */s/ Maria v. Morris*
    Maria V. Morris
    Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs