# APPENDIX A

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)** | | | | | |
| | *Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer* | | | | | |
| | To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated. | | | | | |
| 1 | P - 12 | Declaration of Peter Cole in Support of Motions for Enforcement and Further Remedial Orders and for a Three Judge Panel in Armstrong v. Schwarzenegger (November 18, 2006) (Armstrong Docket 958) | Armstrong Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | Relevant to existence and/or impact of overcrowding; F.R.E. 803(1) | Defendants continue to assert their hearsay and relevance objections |
| 2 | P - 13 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4, Agenda (April 12, 2007) | E_CDCR_008478 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay and relevance objections |
| 3 | P - 14 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4, Agenda (May 9, 2007) | http://www.senate.ca.gov/ftp/SEN/COMMITTEE/STANDING | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay and relevance objections |
| 4 | P - 16 | CDCR Division of Adult Parole Operations, Parole Outpatient Clinics Budget Change Proposal, Fiscal Year 2007/08 | CSP000018 - CSP000033 | Objection based on Foundation, Authenticity, Hearsy, Relevance, Privilege. (Will Stipulate to final/released as part of the budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; See Plfs Opp to Defs MIL 1 (re prison conditions); F.R.E. 803(6) (record of regularly conducted activity); Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation. | Defendants withdraw their hearsay objection and maintain all other prior objections |
| 5 | P - 17 | CDCR Budget Change Proposal for Reception Center EOP Services, Fiscal Year 2007/08 | PRIV001925 - PRIV001958 | Objection based on Foundation, Authenticity, Hearsy, Relevance, Privilege. (Will Stipulate to final/released as part of the budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; See Plfs Opp to Defs MIL 1 (re prison conditions); F.R.E. 803(6) (record of regularly conducted activity); Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation. | Defendants withdraw their hearsay objection and maintain all other prior objections |
| 6 | P - 41 | Transcript of Proceedings, Madrid v. Tilton, No. C 90-3094 TEH, (October 5, 2006) | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); (Judicial admission) | Defendants maintain their objections. |

### DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 7 | P - 42 | Transcript of Proceedings, Madrid v. Woodford, No. C 90-3094 TEH (December 20, 2006) | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); (Judicial admission) | Defendants maintain their objections. |
| 8 | P - 44 | "Folsom Prison Staph Infections Bring Fines; Health Agency Levies $21,000 for Failure to Probe, Report Cases," Sacramento Bee (November 1, 2007) | newspaper | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; (Article contains admissions from CDCR spokesperson); | Defendants continue to assert their hearsay and relevance objection. |
| 9 | P - 55 | Letter from Receiver to Schwarzenegger, et al. Regarding Additional Perspective for the Upcoming Special Session of the Legislature (July 24, 2006) | GOV000160 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay objection. |
| 10 | P - 64 | Senate Budget and Fiscal Review, Subcommittee No. 4, Agenda of March 15, 2007 | E_CDCR_023466 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | Relevant to existence and/or impact of overcrowding; F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 803(6) (record of regularly conducted activity) | Defendants continue to assert their hearsay objection. |
| 11 | P - 99 | Operational Assessment: California Training Facility, Receiver Review (March 26-29, 2007) | Produced to Parties by the Receiver | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay objection. |
| 12 | P - 100 | Operational Assessment: California Rehabilitation Center, Receiver Review (October 1-3, 2007) | Produced to Parties by the Receiver | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay objection. |
| 13 | P - 101 | Operational Assessment: Mule Creek State Prison, Receiver Review (December 18-20, 2007) | Produced to Parties by the Receiver | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay objection. |
| 14 | P - 106 | Memorandum from Robert Denkin to Peter Farber-Szekrenyi and Andrew Swanson re: Sudden Increase of CCCMS Population at Folsom State Prison, January 19, 2007 | CDCR022967 (and CDCR 019615) | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objection. |

## DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 15 | P - 109 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4 Agenda (March12, 2008) | DEFS018039 - DEFS018062 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection. |
| 16 | P - 110 | Report: Infrastructure Issues | DOF005760 - DOF005763 | Objection based on Hearsay, Relevance. | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Relevant to existence and/or impact of overcrowding; F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objection. |
| 17 | P - 117 | CDCR Estimated Bond Needs through 2015 | E_CDCR_013516.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection. |
| 18 | P - 120 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4 Agenda (March 15, 2007) | E_CDCR_023466 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | Relevant to existence and/or impact of overcrowding; See Plfs Opp to Defs MIL 1 (re prison conditions); F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10 | Defendants continue to assert their hearsay objections |
| 19 | P - 123 | Rehabilitation and Recidivism Reduction Principles, Deborah Hysen (May 31, 2007) | E_PRIV_161206-E_PRIV_161207 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; F.R.E. 803(6) (record of regularly conducted activity) | Defendants withdraw all objections and assert a privilege objection. |
| 20 | P - 124 | "From Custody to Community: Building the Bridge for California Prisoner's Returning Home," Deborah Hysen | E_PRIV_161332 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection, however defendants object that this document is an incomplete and unauthorized draft by Hysen and lacks foundation. |
| 21 | P - 127 | Impact of Overcrowding on Mental Health Services | PRIS000420 (or CDCR 018566) | Objection based on Hearsay, Authenticiation, Foundation. | F.R.E. 801(d)(2) (admission of party opponent); Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation. | Defendants maintain their objections. |
| 22 | P - 134 | "Confronting Confinement," The Commission on Safety and Abuse in America's Prisons (June 2006) | http://www.prisoncommission.org/pdfs/Confronting_Confinement.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10 | Defendants continue to assert their hearsay objections |

**DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)**

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 23 | P - 143 | CIM Suicide Prevention and Response Focused Improvement Team Minutes, May 10, 2007 Meeting (Coleman Tour Binder, October 10-12, 2007 Tour) | PRIS003257 or CDCR 021399 - CDCR 021400 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| 24 | P - 147 | State of California, Department of Finance, CMC East 50 Mental Health Crisis Beds, Capital Outlay Budget Change Proposal, Fiscal Year 2007-2008 | CDCR017447-CDCR017454 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived | Defendants maintain their objections. |
| 25 | P - 157 | Draft Document, Vacaville Psychiatric Program, Receiver Briefing Document from Victor Brewer, DMH (2006) | E_PRIV_160970 - E_PRIV_160977 | Objection based on Foundation, Authenticity, Hearsay, Relevance. (Will stipulate to final document.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert its Hearsay, Authentication and Foundation oblections. |
| 26 | P - 167 | Business Advantage Consulting: "Pleasant Valley State & Avenal" | E_BAC_155791 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent) (authorized); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 27 | P - 168 | Email and attachment from Tiffany Rolston to Andrew Wood etc. re: Report Drafts, (May 9, 2007) | E_BAC_022353 and E_BAC_022354 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) (authorized); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection. |
| 28 | P - 169 | Business Advantage Consulting: Current Workload Environment | E_BAC_102665 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) (authorized); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection. |
| 29 | P - 176 | Excerpt from 07/12 Draft Infrastructure Plan re: Health Care | E_PRIV_061857-E_PRIV_061870 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objection. |
| 30 | P - 177 | State of California, Department of Finance, Capital Outlay Budget Change Proposal, Budget Year 2007-2008, re: CSP - Sacramento: Treatment and Program Space for 350 Enhanced Outpatient Mental Health Inmate-Patients | E00013945.0003 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived | Defendants maintain their objections. |
| 31 | P - 181 | California Department of Corrections and Rehabilitation, Estimated Bond Needs through 2015 | E_PRIV_053106-E_PRIV_053109 | Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection and assert a foundation objection. |
| 32 | P - 182 | Email chain re: CDCR Healthcare Consolidation Proposal, April 18, 2007 | PRIV001534-PRIV001535 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Privileged. | F.R.E. 801(d)(2) (admission of party opponent); Any privilege has been waived (last on 11/9/07 priv log) | Defendants continue to assert their hearsay, authentication, foundation and privilege objections. |

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| | | **DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)** | | | | |
| | | *Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer* | | | | |
| | | To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated. | | | | |
| 33 | P - 183 | State of California, Department of Finance, Capital Outlay Budget Change Proposal, Budget Year 2008-2009, re: Mental Health Staffing - Workload Study | DEFS014440-DEFS014451 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived | Defendants withdraw their hearsay objections and maintain their other objections. |
| 34 | P - 184 | State of California, Department of Finance, Capital Outlay Budget Change Proposal, Budget Year 2007-2008, re: Reception Center Enhanced Outpatient Program Services (Coleman) | PRIV001925 - PRIV001958 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Ordered produced | Defendants withdraw their hearsay objections and maintain their other objections. |
| 35 | P - 191 | Last Revision March 24, 2006: Senate Budget Hearing Briefing Division of Adult Institutions Population Management 2006 | E_CDCR_023431 - E_CDCR_023437 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); .R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections. |
| 36 | P - 197 | Letter from Joe McGrath to John Hagar re: AB 900 - State Proposal Regarding Stage I, August 31, 2007 | DSUPP003331 - DSUPP003332 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their Hearsay objections. |
| 37 | P - 215 | Memo: to All Clinical Staff from Richard Berkson, M.D. re: Maintaining the MHCB Census in compliance with Title 22, 9/13/07 | CDCR022849 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objections. |
| 38 | P - 227 | Budget Change Proposal re: CDCR California Men's Colony 1,503 - Bed Consolidated Care Center, Signed August 29, 2007 for Budget Year 2008-2009 | CDCR017545 - CDCR017554 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |

### DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| # | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 39 | P - 229 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR CSP, LAC: Consolidated Care Center for Budget Year 2008-2009 | DOF007518 - DOF007532 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 40 | P - 230 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR Richard J. Donovan Correctional Facility: Consolidated Care Center for Budget Year 2008-2009 | DOF007534 - DOF007547 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 41 | P - 231 | Capitol Outlay Budget Change Proposal (COBCP) re Richard J. Donovan 886-Bed Consolidated Care Centers signed August 30, 2007 for Budget Year 2008-09 | CDCR017561 - CDCR017570 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 42 | P - 232 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR, California State Prison, Sacramento, Represa: Consolidated Care Center for Budget Year 2008-2009 | DOF007434 - DOF007447 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |

## DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 43 | P - 233 | Capital Outlay Budget Change Proposal re: California Institution for Women: 45 Acute/Intermediate Mental Health, dated May 2, 2007; for budget year 2007-08 | CDCR017649 - CDCR017659 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 44 | P - 234 | Capital Outlay Budget Change Proposal re: Mule Creek State Prison: Treatment and Program Space for 160 Enhanced Outpatient Mental Health Inmate - Patients Beds, signed March 28, 2006, for Budget Year 2006-07 | PRIV010602 - PRIV10614 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 45 | P - 235 | Finance Letter CDCR Mental Health Staffing - Workload Study, Fiscal Year 2008/09 | DEFS018317 - DEFS018321 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; Any privilege has been waived | Defendants maintain their objections. |
| 46 | P - 249 | Email from Marion Chiurazzi to Rick Johnson re HDSP Mental Health Intake Cap, November 26, 2007 | CDCR 019755 – CDCR 019762 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 47 | P - 251 | Email from Shama Chaiken to Michael Jaffe re: MH-OHU, dated June 22, 2007 | E_PRIV_143168 - E_PRIV_143169 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 48 | P - 252 | Email from Greg Hirokawa to Shama Chaiken and others re: NKSP Proposal for Ten Bed Outpatient Housing Unit (OHU), June 20, 2007 | E_PRIV_157320 - E_PRIV_157321 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objections |

**DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)**

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 49 | P - 263 | Mental Health Crisis Bed (MHCB) Unmet Need Chart (Created by RBG) | | Objection based on improper summary of compilation. Objection based on Authenticity, Foundation, Relevance, Hearsay. | Admissible pursuant to F.R.E. 1006 because it is a chart summarizing the contents of voluminous writings compiled and published by defendants, which cannot otherwise be conveniently examined in court. The underlying data is identified, is equally available to defendants, and is admissible pursuant to F.R.E.803(8) (public record), F.R.E.803(6) (business record), and F.R.E. 801(d)(2) (admission of party). It shows unmet needs for mental health treatment/ beds, which is relevant to the impact of overcrowding. | Defendants are continuing to verify the information contained in and depicted by this exhibit. At this time, Defendants maintain their objections. |
| 50 | P - 264 | Enhanced Outpatient Program (EOP) Unmet Need Chart (Created by RBG) | | Objection based on improper summary of compilation. Objection based on Authenticity, Foundation, Relevance, Hearsay. | Admissible pursuant to F.R.E. 1006 because it is a chart summarizing the contents of voluminous writings compiled and published by defendants, which cannot otherwise be conveniently examined in court. The underlying data is identified, is equally available to defendants, and is admissible pursuant to F.R.E.803(8) (public record), F.R.E.803(6) (business record), and F.R.E. 801(d)(2) (admission of party). It shows unmet needs for mental health treatment/ beds, which is relevant to the impact of overcrowding. | Defendants are continuing to verify the information contained in and depicted by this exhibit. At this time, Defendants maintain their objections. |
| 51 | P - 265 | DMH Salinas Valley Psychiatric Program Wait List Chart (Created by RBG) | | Objection based on improper summary of compilation. Objection based on Authenticity, Foundation, Relevance, Hearsay. | Admissible pursuant to F.R.E. 1006 because it is a chart summarizing the contents of voluminous writings compiled and published by defendants, which cannot otherwise be conveniently examined in court. The underlying data is identified, is equally available to defendants, and is admissible pursuant to F.R.E.803(8) (public record), F.R.E.803(6) (business record), and F.R.E. 801(d)(2) (admission of party). It shows unmet needs for mental health treatment/ beds, which is relevant to the impact of overcrowding. | Defendants are continuing to verify the information contained in and depicted by this exhibit. At this time, Defendants maintain their objections. |

## DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 52 | P - 270 | PLAINTIFFS' SECOND SUPPLEMENTAL Nomination of Special Master Candidates (10/4/1995) (Coleman Docket # 617) (Including Resume of J. Michael Keating) | Coleman Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Establishes foundation/background of Special Master | Defendants continue to assert their hearsay objections |
| 53 | P - 322 | MOTION to Compel Notice of Motion And Motion Of Receiver J. Clark Kelso For Order Adjudging Defendants In Contempt For Failure To Fund Receiver's Remedial Projects And/Or For An Order Compelling Defendants To Fund Such Projects (Entered: 08/13/2008) (Plata Docket # 1379) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 54 | P - 323 | DECLARATION of Receiver J. Clark Kelso in Support of 1379 MOTION to Compel (Entered 8/13/08) (Plata Docket #1380) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 55 | P - 325 | Uncertainty in the Ranks over Prison Plan: Schwarzenegger's Proposal Not Enough Say Two of His Officials" by James Sterngold, SFGATE.com, 7/23/06, (Plata Docket # 1421-6, accessible at Docket #1425-2 ) | newspaper | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); (Contains quotes from key defendants). Relevant to existence and/or impact of overcrowding. | Defendants continue to assert their hearsay objections |
| 56 | P - 335 | A Look At AB 900 One Year Later … Nothing, State Senator George Runner and Assemblyman Todd Spitzer (July 24, 2008) | LEGIS0000139 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Senator Runner is a defendant intervenor and a Phase I witness for intervenors | Defendants continue to assert their hearsay objections |
| 57 | P - 390 | State of California, Department of Finance, Capital Outlay Budget Change Proposal, Budget Year 2008-2009, re: CSP-SAC Treatment and Office Space to Accommodate 192 Enhances Outpatient Program Inmate-Patients | DSUPP001393 - DSUPP001404 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived; F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity) | Defendants maintain their objections. |
| 58 | P - 394 | Letters from Robert Sillen, California Prison Health Care Receivership (July 31, 2007), Robin Dezember, Division of Correctional Health Care Services (August 23, 2007) and Kathleen Billingsley, California Department of Public Health (August 30, 2007) re: General Acute Care Hospital (GACH) at CIM | | Stipulate to Foundation/Authenticity. Objection based on Hearsay. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity) | Defendants continue to assert their hearsay objections |
| 59 | P - 397 | Memorandum from Stephanie Rising-Torres, Standards Compliance Coordinator, John D. Klarick Memorial Hospital at CSP Corcoran, to Nancy Alvarez, Department of Health services Licensing and Certification re: Hospital Unusual Occurences Report, August 21, 2007 | | Objection based on Hearsay. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (business record) | Defendants continue to assert their hearsay objections |
| 60 | P - 412 | Receiver's Memorandum in Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1769) | Plata Docket 1769 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |

## DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 61 | P - 413 | Declaration of Terry Hill in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1770 through 1770-8) | Plata Docket 1770 through 1770-8 | Stipulation as to Foundation/Authenticity and Admissibility as to Exhibit G only. Objection based on Hearsay, Relevance. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 62 | P - 414 | Declaration of John Hagar in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1771) | Plata Docket 1771 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 63 | P - 415 | Declaration of Eva K. Schueller in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1772 through 1772-15) | Plata Docket 1772 through 1772-15 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 64 | P - 416 | Declaration of Richard Kirkland in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1773 through 1773-3) | Plata Docket 1773 through 1773-3 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 65 | P - 417 | Declaration of William Proctor in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1774 through 1774-4) | Plata Docket 1774 through 1774-4 | Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 66 | P - 419 | Letter from Receiver to Michael Genest re Funding for the Receivership's Strategic Plan, May 29, 2008 | DEFS028724-028725 | Stipulation to Foundation/Authentication. Objection based on Foundation, Relevance and Hearsay. | F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objections |
| 67 | P - 422 | Declaration of Joseph McGrath in Support of Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statues, Regulations and Procedures, Approving Receiver's Substitute Procedure for Bidding and Award of Contracts, November 27, 2007, (Plata Docket No. # 982) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| 68 | P - 439 | Memorandum to R. Hill from CSP-SAC, entitled "Report On Use of Alternate Sites for Crisis Bed Patients" (October 5, 2007) (20th Round SAC Tour Binder) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; F.R.E. 803(6) (record of regularly conducted activity) | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| 69 | P - 455 | Transcript of Proceedings, April 26, 2006, Coleman v. Schwarzenegger, No. C 90-520 LKK | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Provide Defendants with the part of the transcript and pages and at that time they will reconsider their objections. |

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| | | **DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)** | | | | |
| | | *Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer* | | | | |
| | | To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated. | | | | |
| 70 | P - 481 | Coleman 21st Round Monitoring Documents for Deuel Vocational Institution, Suicide Prevention & Response Focused Improvement Team Minutes, (January 16, 2008, April 9, 2008, May 14, 2008) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| 71 | P - 482 | Coleman 21st Round Monitoring Documents for California Institute for Men, May 7, 2008 Memo re: TBH Activation for Coleman 2008 Round | Coleman monitoring - memo provided by Defendants | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| 72 | P - 500 | OHU-1 And OHU Follow-Up / Wellness Check, CSP-SAC 20th Round Tour (October 29-31, 2007) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| 73 | P - 501 | Draft Memorandum from Andrew Swanson, M.D. to CDCR MH Staff re: Directive: Medication Compliance Monitoring and Ordering Reference Psychotropic Blood Levels for Mental Health Services Delivery System (MHSDS) Inmate-Patients | e-mailed by defendants | Objection based on Foundation, Authentication, Hearsay, and Relevance. (Will stipulate to final version of document.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants will stipulate to use of the Final Memo on Blood Reference. |
| 74 | P - 509 | Coleman 21st Round Monitoring Binder and Documents for California Institute for Men, May 14-16, 2008 | Coleman monitoring - produced in relation to monitoring tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| 75 | P - 511 | Coleman 21st Round Monitoring Documents for Valley State Prison for Women, (April 14, 2008) | Coleman monitoring - produced in relation to monitoring tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| 76 | P - 522 | 20th Round Monitoring Documents for California Substance Abuse Treatment Facility, September 20, 2007 Status Report on Proposed Remodeling of Mental Health Services Building | PRIS014065, PRIS014066 and PRIS014086 | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |

### DEFENDANTS' OBJECTIONS TO COLEMAN/PLATA PLAINTIFFS' TRIAL EXHIBIT LIST (PHASE I)

*Phase I Exhibits Still In Dispute on 12/8/08 After Meet and Confer*

To the extent that the court has overruled Defendants relevance objection, Defendants continue to assert the Relevance objections on all exhibits unless specifically stated.

| | JOINT PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' ORIGINAL OBJECTIONS TO PHASE I EXHIBITS | Plaintiffs' Response | DEFENDANTS' UPDATED OBJECTIONS TO PHASE I AND DEFENDANTS' OBJECTIONS TO PHASE II EXHBITS |
|---|---|---|---|---|---|---|
| 77 | P - 524 | California Correctional Institute, Coleman 20th Round Monitoring Documents and CAP | PRIS010379-PRIS010500 | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |