IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                        No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        The special master in this case has submitted a request for approval of reappointment of J. Michael Keating, Esq. to assist with preparation of the Special Master's reports to the court. Mr. Keating is to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's December 4, 2008 request for appointment of additional staff is GRANTED; and

/////

/////

2. The special master is authorized to reappoint J. Michael Keating, Esq., to perform the duties set forth in the Special Master's Request for Appointment of Additional Staff, filed December 4, 2008, and to be compensated at the rates set forth therein.

DATED: December 8, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2