JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>**ERRATA TO DECLARATION OF EXPERT WITNESS RICHARD WORD** |

| | |
|---|---|
| 1 | TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE |
| 2 | COUNSELS OF RECORD: |
| 3 | PLEASE TAKE NOTICE of the following errata in the Declaration of Expert |
| 4 | Witness Richard Word filed by the Sheriff, Police Chief, Probation and Corrections |
| 5 | Intervenor-Defendants ("Law Enforcement Intervenors"): |
| 6 | 1.    Page 5, line 11, "2005" should read "205." |
| 7 | It is requested that the Courts and parties make any necessary corrections to their |
| 8 | respective files and records. The Law Enforcement Intervenors apologize for the error. |
| 9 | Respectfully submitted, |
| 10 | DATED:   December 9, 2008         JONES & MAYER |
| 11 | |
| 12 | By:  _____/s/_____ |
| 13 | Ivy M. Tsai<br>Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor- |
| 14 | Defendants |