| | |
|---|---|
| PRISON LAW OFFICE | ROSEN BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99461 | JANE E. KAHN, Bar No. 112239 |
| SARA NORMAN, Bar No. 189536 | AMY WHELAN, Bar No. 215675 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | MARIA V. MORRIS, Bar No. 223903 |
| 1917 Fifth Street | 315 Montgomery Street, 10th Floor |
| Berkeley, CA 94710 | San Francisco, CA 94104 |
| Telephone: (510) 280-2621 | Telephone: (415) 433-6830 |
| | |
| K & L GATES LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, CA 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants | **ADDENDUM TO PLAINTIFFS'  RESPONSE TO ORDER RE DEPOSITION EXCERPTS AT TRIAL WITH SECOND REVISED APPENDIX A: PLAINTIFFS' DESIGNATIONS FOR PHASE I AND PHASE II** |

ADDENDUM TO PLAINTIFF'S RESPONSE TO ORDER RE DEPOSITION EXCERPTS

1   Attached hereto is Plaintiffs' Second Revised Exhibit A: Plaintiffs' Deposition
2  Designations for Phase I and Phase II witnesses. Plaintiffs' Second Revised Exhibit A
3  supersedes the following filings:

4  Plaintiffs' Response to Order Re Deposition Excerpts – Appendix A (for Witnesses Who Will Not Testify in Phase I), filed November 13, 2008. *Plata* Dkt # 1794-2, *Coleman* Dkt # 3283-2.

Addendum to Plaintiffs' Response to Order Re Deposition Excerpts at Trial, filed November 13, 2008. *Plata* Dkt # 1795, Coleman Dkt # 3284.

Revised Appendix A to Plaintiffs' Response to Order Re Deposition Excerpts at Trial, filed November 14, 2008. *Plata* Dkt # 1804, (inadvertently not filed in *Coleman*).

Addendum to Plaintiffs' Response to Order Re Deposition Excerpts at Trial – Matthew Cate Deposition Excerpts, filed November 24, 2008. *Plata* Dkt # 1846, *Coleman* Dkt # 3324.

Excluding the counter-designations set forth in Plaintiffs' Response to Order Re Deposition Excerpts at Trial (*Plata* Dkt # 1794; *Coleman* Dkt # 3283), Plaintiffs' Second Revised Exhibit A sets forth all deposition excerpts designated by plaintiffs.

DATED: December 9, 2008

Respectfully submitted,

By: */s/ Alison Hardy*

Alison Hardy
Prison Law Office
Attorney for Plaintiffs in
*Plata v. Schwarzenegger*
and
*Coleman v. Schwarzenegger*

ADDENDUM TO PLAINTIFF'S RESPONSE TO ORDER RE DEPOSITION EXCERPTS    1