**PLAINTIFFS' SECOND REVISED APPENDIX A**
TO PLAINTIFFS' RESPONSE TO ORDER RE
DEPOSITION EXCERPTS AT TRIAL
FILED NOVEMBER 13, 2008

**PHASE I DESIGNATIONS**

Deposition of David Bennett, September 9, 2008
5:13-15
11:15-12:7
12:12-12:24
75:10-17
75:24-76:19
76:21-77:5


Deposition of Victor Brewer, September 4, 2008
10:17 - 13:16
14:25 - 19:11
49:22- 53:21
54:18 - 55:17
56:4 - 60:11
79:8 - 82:16
82:17 – 85:21
100:16 – 101:15
120:23 - 123:20
126:5 – 129:4
135:5 - 138:21
147:25 - 149:11
161:1 - 164:20
165:20- 166:14
190:18 - 193:1

Deposition of Matthew Cate, August 29, 2008 and September 12, 2008
90:14-92:5
93:3-7
95:10-15
141:13-22
142:4-15
161:2-9
161:16-18
162:23-163:1
174:4-6
174:10-16
174:21-175:11
175:14-176:19

[253390-1]

219:13-220:23
220:25-221:3
221:8-15
250:14-251:22
255:20-256:25
272:12-22

Deposition of Shama Chaiken, August 29, 2008
6:9 – 6:13
41:1- 44:19
54:15- 54:23
56:6- 56:24
70:23- 71:9
92:21- 94:13
94:14- 97:22
98:22- 99:15
104:19- 105:22
114:20- 116:16
116:20- 117:15
118:17- 119:8
121:4- 124:20
137:15- 140:24
142:16- 143:1
143:21- 144:23
146:20- 149:13
163:18- 164:7
165:24-166:19
167:7- 168:1
169:12- 170:24
196:11- 197:23

Deposition of Robin Dezember, December 14, 2007
106:12-112:16

Deposition of Robert Gore, October 1, 2008
8:5-16
63:2-10

Deposition of Deborah Hysen, September 3, 2008
12:8-10
12:15-17
14:11-23
17:2-18:1
157:2-7

157:10-158:24

Deposition of Rick Johnson, September 3, 2008
9:18 – 9:19
77:19 - 81:15
83:5 - 83:11
92:23 - 93:17
94:6 - 94:9
96:4 - 97:12
139:15-139:20
163:16- 163:23
164:2 - 165: 14
210:18 - 211:14


Deposition of John Misener, January 29, 2008
16:5 - 17:1
22:19 - 24:25
49:6 - 49:18
53:5 - 53:25
116:12 - 118:8
123:21 - 124:20
131:19 - 132:21
154:7 - 155:7
162:22 - 163:22
182:21 - 184:1
187:5 - 188:18
191:17 - 194:9
202:20 - 205:21
212:18 - 215:20
220:7 - 221:2


Deposition of Christopher J. Mumola, August 25, 2008
59:18-22
60:4-62:5
62:14-17
62:20-63:5
63:8-15
63:18-64:5
64:8-10
72:5-9
72:18-22
73:5-77:15
82:10-13

82:22-83:3
83:6
83:19-84:1
84:4
90:15-22
91:2-11
92:10-16
92:18
94:5-12
94:14
95:9-13
95:15
97:5-9
97:13
102:10-14
102:17-103:16
104:21-105:1


Deposition of George Sifuentes, December 15, 2007
14:16 - 18:8
23:8 - 26:20
41:7 - 42:10
43:23 – 46:12
54:1 - 54:8
54:15 - 55:20
70:20 - 73:12
86:16 - 92:12
94:7 - 97:22
101:17 - 106:15
203:13 - 208:18


Deposition of James Tilton, September 3, 2008
10:20 - 11:23
15:1 - 17:12
56:14 - 57:21
60:10 - 62:22
62:23 - 65:18
65:23 - 66:22
68:5 - 69:2
69:14 - 71:17
73:15 - 74:1
74:19 - 76:16
76:17 - 77:23
77:24 - 79:21

[253390-1]

79:22 - 80:25
81:6 - 81:24
124:11 - 126:4
131:25 - 132:7
193:1 - 193:7
193:21 - 195:22
220:14 - 222:1
222:2 - 225:22
226:12 - 228:15

## PHASE II DESIGNATIONS

Deposition of Victor Brewer, September 4, 2008
10:17 - 13:16
60:12 - 62:9
82:17 - 99:19
99:20 - 102:3
103:4 - 104:2
104:3 - 105:8
105:9 - 105:17
106:5 - 107:1
107:5 - 108:11
108:12 - 110:7
110:14 - 112:18
112:20 - 114:4
117:22 - 119:1
119:2 - 120:19
120:23 - 123:20
151:6 - 152:24
164:23 - 166:14

Deposition of Shama Chaiken, August 29, 2008
33:20 - 34:4
37:21 - 38:11
177:4 - 179:7
180:1 - 182:9
188:3 - 190:14
191:7 - 194:18
200:3 - 201:15

Deposition of Karen Finn, August 26, 2008
7:16-20
11:5-19:17
28:1-29:5
32:24-33:20

5

53:8-54:6
54:13-59:10
63:3-65:7
67:3-24
71:9-74:18
79:1-81:12
92:6-93:12
95:11-97:7
98:12-100:7
103:11-25
109:24-110:15
133:8-134:10
159:3-165:6
180:15-181:16
189:17-198:13
218:22-220:19

Deposition of Robert Gore, October 1, 2008
49:6-18
52:3-53:12
57:11-58:9
58:18-59:12
64:22-65:11
68:22-69:20
69:23-70:23
71:16-72:8
80:13-81:9
85:23-86:9
92:13-93:5
95:19-96:12
97:7-98:5
101:13-105:21
111:11-25
113:17-114:13
120:19-25
127:12-128:17
129:12-18
133:13-19
140:19-141:2
149:1-20

Deposition of Deborah Hysen, September 3, 2008
13:8-14
19:20-24
20:24-21:5
23:10-15

6

23:21-24:17
24:23-27:9
30:3-4
31:15-21
35:19-23
37:3-7
37:20-38:2
38:5-25
43:15-43:22
44:19-45:20
49:12-51:8
53:1-6
55:14-56:15
58:17-59:21
69:3-70:16
71:2-14
72:13-73:17
75:1-11
75:15-17
76:3-5
77:19-21
80:16-81:1
82:7-83:12
89:24-93:23
94:13-24
95:22-24
96:21-97:12
97:19-100:3
102:10-103:15
105:4-17
107:21-109:9
109:18-110:7
111:6-112:21
113:5-22
118:19-119:18
120:7-18
129:4-17
131:12-18
134:8-17
144:15-19
145:13-17
147:13-148:19
148:25-149:5
149:18-22

Deposition of Todd Jerue, August 29, 2008 7:11-16
11:8-19
29:7-34:14
104:11-109:2
177:1-179:2
182:16-184:9

Deposition of Rick Johnson, September 3, 2008
49:3 - 50:16
98:21 - 98:25
139:15 - 139:20
163:2 - 163:23
164:2 - 165:14
210:18 - 211:24


Deposition of John Misener, January 29, 2008
16:5 - 17:1
19:5 - 22:16
22:19 - 24:25
41:8 - 44:16
49:6 - 49:18
53:5 - 53:25
55:9 - 60:4
60:18 - 62:2
78:25 - 82:22
83:19 - 84:25
93:15 - 95:20
95:23 - 100:4
101:22 - 102:22
120:7 - 121:19
141:13 - 143:19
162:22 - 163:22
216:3-217:1
220:7 - 221:2

Deposition of George Sifuentes, December 15, 2007
14:16 - 18:8
22:12 - 22:25
43:23 - 50:14
54:1 - 54:8
54:15 - 55:20
55:21 - 70:5
81:3 - 84:17
86:16 - 92:12
92:13 - 94:5

108:9 - 118:22
118:23 - 123:24
123:25 - 124:13
124:16 - 141:23
141:24 - 142:20
142:24 - 144:2
144:3 - 146:6
146:11 - 149:25
151:25 - 156:11
156:17 - 159:9
159:14 - 169:9
169:14 - 172:5
172:9 - 177:11
181:16 - 189:17
189:19 - 192:7
192:14 - 194:11
199:17 - 200:8
217:19 - 219:3
223:6 - 229:19
229:21 - 230:11
230:17 - 237:8
237:12 - 242:10

Deposition of Robert Storms, August 19, 2008
12:15 - 12:25
14:10 - 15:9
15:10 - 18:13
23:10 - 23:23
25:8 - 26:7
41:3 - 44:17
45:10 - 47:1
47:5 - 49:1
52:4 - 54:4
54:6 - 55:3
55:6 - 58:1
59:25 - 61:7
61:8 - 61:21
65:5 - 66:3
66:12 - 67:3
67:5 - 67:25
68:6 - 68:24
68:5 - 70:4
70:8 - 71:2
71:13 - 71:21
73:22 - 76:2
79:3 - 80:10

9

80:12 - 82:15
82:17 - 83:13
84:8 - 89:5
89:7 - 92:22
92:25 - 93:13
94:10 - 95:8
96:18 - 97:4
98:3 - 99:10
101:20 - 102:24
104:3 - 106:1
106:16 - 107:7
107:14 - 108:15
109:16 - 111:11
114:8 - 115:6
115:20 - 116:11
117:4 - 117:18
120:1 - 121:19
123:12 - 124:21
125:8 - 126:9
127:6 - 132:10
132:15 - 134:10
136:25 - 137:13
137:17 - 138:7
138:8 - 140:6
141:18 - 142:9
143:24 - 145:24
147:24 - 148:22
152:3 - 152:23
155:15 - 156:7
156:10 - 157:3
158:3 - 159:24
160:5 - 160:25
161:1 - 163:9
163:10 - 166:13
166:16 - 167:4
167:15 - 169:16
174:23 - 179:20
184:17 - 185:1
198:3 - 198:12
201:14 - 202:19

<u>Deposition of James Tilton, September 3, 2008</u>
10:20 - 11:23
15:1 - 17:12
30:23 - 36:10
38:4 - 39:12

10

42:3 - 43:2
44:4 - 45:17
45:24 - 46:7
46:8 - 48:21
49:11 - 51:16
54:12 - 56:13
83:2 - 83:18
83:25 - 85:12
86:9 - 86:15
87:3 - 89:9
91:11 - 91:18
98:10 - 100:7
101:4 - 101:15
101:16 - 102:16
102:17 - 103:8
103:19 - 104:15
106:6 - 109:2
109:3 - 109:11
111:13 - 112:22
113:3 - 114:16
115:22 - 117:6
117:23 - 120:20
123:3 - 123:15
126:13 - 127:7
130:2 - 131:9
131:10 - 131:18
133:7 - 133:23
133:24 - 134:5
141:22 - 147:14
147:15 - 149:4
149:5 - 151:3
151:4 - 154:17
154:18 - 156:14
162:2 - 162:7
162:8 - 164:24
165:16 - 167:9
169:3 - 169:13
169:14 - 170:20
171:2 - 174:1
181:11 - 182:10
182:25 - 183:10
183:11 - 183:17
184:7 - 186:1
186:2 - 186:10
187:6 - 188:14
193:21 – 195:22

201:5 - 202:18
203:22 - 206:7
208:8 - 209:3
210:9 - 211:23
211:24 - 213:2
213:8 - 213:16
213:17 - 214:19
214:20 - 217:19
219:6 - 220:4
229:9 - 231:11
233:21 - 235:11
235:23 - 236:12

[253390-1]