PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No.  Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA** |
| MARCIANO PLATA ,et al.,<br><br><br>   Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

1

The parties, by and through their counsel, stipulate as follows:

1.  The Court may accept the Declaration of Commander John Ingrassia into evidence as though the statements were made during testimony during trial.

2.  Commander Ingrassia would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

3.  Commander Ingrassia was designated pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6) to testify on behalf of San Diego County Sheriff's Department regarding the following topics:

    a.   The design capacity for each jail operated and/or maintained by San Diego County Sheriff's Department;

    b.   The number of people currently housed in each jail operated and/or maintained by San Diego County Sheriff's Department;

    c.   Any limits on the number of people that can be housed in any jail operated or maintained by San Diego County Sheriff's Department;

    d.   Any policies or programs in existence in the San Diego County Sheriff's Department from January 1, 1995 to the present by which an individual detained in a jail may obtain early release, including any "good time" credits;

    e.   Any methods used by the San Diego County Sheriff's Department for selecting persons for early release, including, but not limited to, any risk assessment procedures;

    f.   San Diego County's current criminal and penal justice reform efforts, which involve the San Diego County Sheriff's Department;

    g.   Any impacts that San Diego County's current criminal and penal justice reform efforts involving the San Diego County Sheriff's Department have had on public safety or the operation of San Diego County's criminal justice system;

    h.   Any impacts that a prisoner release order in these cases would have on public safety in San Diego County, along with Richard Conklin;

i.    Any impacts that a prisoner release order in these cases would have on San Diego County's criminal justice system, along with Richard Conklin.

j.    Any diversion programs that keep criminal offenders from being incarcerated in San Diego County San Diego County Sheriff's Department jail facilities, along with Richard Conklin.

4. Commander Ingrassia regards himself as the person most knowledgeable regarding the topics of the 30(b)(6) deposition.

5. Commander Ingrassia is the Commander, for the Detention Services Bureau for the San Diego County Sheriff's Department.

6. The San Diego County Sheriff's Department operates under a population cap mandated by a federal court order.

7. The San Diego County Sheriff's Department uses a variety of programs to keep its population at or below the population cap.  These include:

a.    DUI Quick Release Program;

b.    Jail Book and Release Program;

c.    Court Felony OR;

d.    Field Cite and Release;

e.    Inebriate Reception Center;

f.    Central Intake Program;

g.    Supervised Release;

h.    Drug Diversion;

i.    Sheriff's Work Release;

j.    Accelerated Release of Sentenced Inmates (P.C. 4024.1);

k.    10% Sentence Reduction (Hudler v. Duffy & Armstrong v. Board of Supervisors);

l.    County Parole;

m.    Work Release;

n.    Court Book and Release;

o.    Electronic Monitoring;

p.    Honor Camps;

q.    Work Furlough Center.

8.  These programs include releasing County inmates prior to the completion of their sentences.

9.  Commander Ingrassia is unaware of any fact which indicates that any of the Sheriff's Department programs or policies described above has had a negative impact on public safety in San Diego County.

Dated:  December 10, 2008        By:

         /s/ Edward P. Sangster

EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

Dated:  December 10, 2008        By:

                                        /s/
                                    Rochelle C. East
                                    rochelle.east@doj.ca.gov

                                    Deputy Attorney General
                                    Attorneys for Defendants

Dated:  December 10, 2008        By:

                                        /s/
                                    Paul B. Mello, Esq.
                                    pmello@hansonbridgett.com

                                    Hanson & Bridgett LLP
                                    Attorneys for Defendants

Dated:  December 10, 2008        By:

                                        /s/
                                    Theresa Fuentes
                                    theresa.fuentes@cco.sccgov.org

                                    Office of the County Counsel
                                    Attorneys for County Intervenors

Dated:  December 10, 2008        By:

                                        /s/
                                    Steven S. Kaufhold
                                    skaufhold@akingump.com

                                    Akin, Gump Strauss Hauer & Feld, LLP
                                    Attorneys for Republican Assembly and
                                    Senate Intervenors

STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

1   Dated: December 10, 2008   By:

2

3                                   /s/

                               Natalie Leonard

4                               nleonard@cbmlaw.com

5                               Carroll, Burdick & McDonough, LLP

                               Attorneys for California Correctional Peace Officers'

6                               Association (CCPOA) Intervenors

7

8   Dated: December 10, 2008   By:

9

10                                 /s/

                               Anne L. Keck

11                               akeck@sonoma-county.org

12                               Office of Sonoma County Counsel

                               Attorneys for Sonoma County Intervenors

13

14   Dated: December 10, 2008   By:

15

16                                 /s/

                               William E. Mitchell

17                               wemitchell@rivcoda.org

18                               Riverside County District Attorney's Office

                               Attorneys for District Attorney Intervenors

19

20   Dated: December 10, 2008   By:

21

22                                 /s/

                               Kimberly Hall Barlow

23                               khb@jones-mayer.com

24                               Jones & Mayer LLP

                               Attorneys for California Sheriff, Probation, Police Chief

                               and Corrections Intervenors

25

26

27

28

STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA

Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE