| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br>    vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>         Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF BEVERLY BEASLEY JOHNSON** |
| MARCIANO PLATA ,et al.,<br><br>         Plaintiffs,<br>    vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>         Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Beverly Beasley Johnson into evidence as though the statements were made during testimony during trial.

2. Ms. Beasley Johnson would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

3. Ms. Beasley Johnson does not know how many parolees currently utilize services provided by, or receive benefits from, the San Mateo County Human Services Agency.

4. Ms. Beasley Johnson does not know what percentage of parolees released to San Mateo County utilize services provided by, or receive benefits from, the San Mateo County Human Services Agency.

5. Ms. Beasley Johnson does not know what percentage of the persons utilizing services provided by, or receive benefits from, the San Mateo County Human Services Agency are parolees.

6. Of the $24 million fiscal impact estimated by Ms. Beasley Johnson, Ms. Johnson attributes $12 million to the additional to the cost of providing temporary housing to parolees through San Mateo's Motel Voucher program.

7. In estimating that $12 million cost, Ms. Beasley Johnson assumed that the Human Services Agency would provide temporary housing to 400 parolees for a full year. The motel voucher program is intended to provide homeless individuals a temporary housing option, until longer term transitional or permanent housing can be secured. The goal of Human Services is to locate housing as quickly as possible with 2 weeks being a guideline. However often that time period is exceeded. If in fact motel rooms could be secured, Ms. Johnson anticipates that homeless parolees would remain in the more temporary motel program for a longer period of time given the difficulty in locating affordable housing. If the cost was estimated using the current 2 week benefit, the fiscal impact would be $420,000.

8. Ms. Beasley Johnson includes in her estimate of the financial impact approximately $2.3 million for additional costs of the Food Stamp Program administered by the Human Services

Agency.  Because of reimbursements by the federal government, the County would pay 2% of the additional cost, or $46,000 for eligible recipients of the Food Stamp Program.  However, Ms Johnson's estimate of the financial impact of approximately 2.3 million dollars in food assistance cost is based on the assumption that some percentage of the parole population would be ineligible for the federal-reimbursed food stamp program due to disqualifying felony drug convictions.  For those disqualified, the 100% of the cost of food assistance is paid from the County general fund.

Dated: December 10, 2008          By:

    /s/ Edward P. Sangster
EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated: December 10, 2008        By:

          /s/
Rochelle C. East
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 10, 2008        By:

          /s/
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 10, 2008        By:

          /s/
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Intervenors

Dated: December ___, 2008        By:

          /s/
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Republican Assembly and
Senate Intervenors

Dated: December 10, 2008        By:

                               /s/
                               Natalie Leonard
                               nleonard@cbmlaw.com

                               Carroll, Burdick & McDonough, LLP
                               Attorneys for California Correctional Peace Officers'
                               Association (CCPOA) Intervenors

Dated: December 10, 2008        By:

                               /s/
                               Anne L. Keck
                               akeck@sonoma-county.org

                               Office of Sonoma County Counsel
                               Attorneys for Sonoma County Intervenors

Dated: December 10, 2008        By:

                               /s/
                               William E. Mitchell
                               wemitchell@rivcoda.org

                               Riverside County District Attorney's Office
                               Attorneys for District Attorney Intervenors

Dated: December 10, 2008        By:

                               /s/
                               Kimberly Hall Barlow
                               khb@jones-mayer.com

                               Jones & Mayer LLP
                               Attorneys for California Sheriff, Probation, Police Chief
                               and Corrections Intervenors