UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Dec. 9, 2008

**Case No.** 01-01351 TEH      **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK              COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

    For Plaintiff(s):  Don Specter, Michael Bien, Ed Sangster, Ernest Galvan,
        Rebekah Evenson

    For Defendant(s):  Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

    For Intervenor(s):  William Mitchell, Kimberly Hall Barlow, Carol Woodward


**Clerk:** Rowena B. Espinosa          **Court Reporter:** Joan Columbini/Debra Pas

**Trial Began:** 11/18/08              **Further Trial:** 12/10/08

*See attached Trial Log*