UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**          Case Name:  **PLATA/COLEMAN, et al.**  v.  **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| JUDGE: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Don Specter, Michael Bien, Rebekah Evenson, Ernest Galvan, Ed Sangster | DEFENSE ATTORNEY: Paul Mello, Anne Johnson, Kyle Lewis, William Mitchell, Carol Woodward, K. Hall Barlow |
|---|---|---|
| **TRIAL DATE:** Dec. 09, 2008 | **REPORTER(S):** Joan Columbini/Debra Pas | **CLERK:** Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 am | | | Court convene; Defense calls *MATTHEW CATE* to the stand and sworn in; Direct examination by P. Mello | |
| | | 9:43 am | | | Cross examination by D. Specter | |
| | | 10:25 am | | | M. Cate is excused; Defense calls *KATHRYN JETT* to the stand and sworn in; Direct examination by A. Johnson | |
| | | 10:43 am | | | Cross examination by R. Evenson | |
| | | 10:58 am | | | K. Jett is excused; Court is in recess | |
| | | 11:15 am | | | Court reconvene; Defense calls *THOMAS HOFFMAN* to the stand and sworn in; Direct examination by K. Lewis | |
| | | 11:35 am | | | Cross examination by W. Mitchell | |
| | | 11:43 am | | | Cross examination by E. Galvan | |
| | | 12:05 pm | | | Redirect by K. Lewis | |
| | | 12:08 pm | | | T. Hoffman is excused; Court is in recess | |
| | | 1:20 pm | | | Court reconvene; Dft-Intervenors call *GREGORY MUNKS* to the stand and sworn in; Direct examination by C. Woodward; DI's exhibits #213-216, 221, 222 are admitted | |
| | | 1:40 pm | | | Cross examination by E. Sangster | |
| | | 1:54 pm | | | Redirect by C. Woodward; G. Munks is excused; Dft-Intervenors call *STEPHEN SMITH* to the stand and sworn in; Direct examination by K. Hall Barlow | |
| | | 2:31 pm | | | Cross examination by R. Evenson | |
| | | 2:43 pm | | | Redirect by K. Hall Barlow | |
| | | 3:00 pm | | | Recross by R. Evenson | |
| | | 3:03 pm | | | S. Smith is excused; Court is in recess | |

| 3:20 pm | Court reconvenes; DAI-Intervenors call RICHARD WORD to the stand and sworn in; Direct examination by K. Hall Barlow |
|---|---|
| 3:45 pm | Cross examination by E. Sangster |
| 3:56 pm | Redirect by K. Hall Barlow |
| 4:00 pm | R. Word is excused; Court discuss scheduling matters |
| 4:10 pm | Court is adjourned for the day |