| | |
|---|---|
| PRISON LAW OFFICE <br> DONALD SPECTER, Bar No. 83925 <br> STEVEN FAMA, Bar No. 99641 <br> E. IVAN TRUJILLO, Bar No. 228790 <br> SARA NORMAN, Bar No. 189536 <br> ALISON HARDY, Bar No. 135966 <br> REBEKAH EVENSON, Bar No. 207825 <br> 1917 Fifth Street <br> Berkeley, CA 94710 <br> Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP <br> MICHAEL W. BIEN, Bar No. 96891 <br> JANE E. KAHN, Bar No. 112239 <br> AMY WHELAN, Bar No. 215675 <br> MARIA MORRIS, Bar No. 223903 <br> LISA ELLS, Bar No. 243657 <br> 315 Montgomery Street, 10th Floor <br> San Francisco, California 94104 <br> Telephone: (415) 433-6830 |
| K&L Gates LLP <br> JEFFREY L. BORNSTEIN, Bar No. 99358 <br> EDWARD P. SANGSTER, Bar No. 121041 <br> RAYMOND E. LOUGHREY, Bar No. 194363 <br> 55 Second Street, Suite 1700 <br> San Francisco, CA 94105-3493 <br> Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP <br> WARREN E. GEORGE, Bar No. 53588 <br> Three Embarcadero Center <br> San Francisco, California 94111 <br> Telephone: (415) 393-2000 |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br>       Plaintiffs, <br>   vs. <br> ARNOLD SCHWARZENEGGER, et al., <br>       Defendants. | No. Civ S 90-0520 LKK-JFM P <br> **THREE-JUDGE COURT** <br><br> **NOTICE OF ERRATA RE STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA** |
| MARCIANO PLATA ,et al., <br><br>       Plaintiffs, <br>   vs. <br> ARNOLD SCHWARZENEGGER, et al., <br>       Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

1

NOTICE OF ERRATA
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-169531 v1 0903375-00001

PLEASE TAKE NOTICE, due to a clerical error, document number 3381 Stipulation Regarding Tesimony of Commander John Ingrassia should be disregarded.

Dated: December 10, 2008        By:

              /s/ Edward P. Sangster
            EDWARD P. SANGSTER
            ed.sangster@klgates.com

            K&L Gates LLP
            Attorneys for Plaintiffs