| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** <br><br> **OBJECTIONS TO DECLARATION OF RODRIC PACHECO** |
| MARCIANO PLATA ,et al., <br><br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

1

1  Plaintiffs submit their objections and Defendants submit their responses to Plaintiffs' objections to
2  the Rodric Pacheco Declaration.

## I.
## GENERAL OBJECTIONS

Under Federal Rules of Evidence 702, Rodric Pacheco is not qualified to make many of the opinions and assertions contained in his Declaration. Rodric Pacheco's comments are not based upon sufficient facts or data, nor are they product of reliable principles and methods.

## II.
## DEFENDANTS' RESPONSE TO PLAINTIFFS' GENERAL OBJECTIONS

## III.
## SPECIFIC OBJECTIONS

**A.   Rodric Pacheco**

| Statement | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|
| Ex. A | Hearsay; FRE, Rule 1006; this is a summary of statistics; the raw material has not been made available; lacks foundation, personal knowledge | Witness will qualify as an expert. (FRE, Rule 702.) Witness is an elected public official and expert in law enforcement/ prosecution related issues whose duties relevant to these proceedings involve forming opinions on the potential impacts of a prisoner release order or population cap on criminal justice operations in his jurisdiction and preparing to address those impacts. <br><br> FRE, Rule 703; 803(8) Underlying data supporting recidivism rates, including names of arrestees, DOB, and dates of arrests are included in materials provided |

| | Statement | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|---|
| | Ex. C, 1 | Hearsay; FRE, Rule 703: District Attorneys do not ordinarily rely on studies for the purpose of forming opinions | Witness will qualify as an expert. (FRE, Rule 702.) Witness is an elected public official and expert in law enforcement/ prosecution related issues whose duties relevant to these proceedings involve forming opinions on the potential impacts of a prisoner release order or population cap on criminal justice operations in his jurisdiction and preparing to address those impacts. Public officials routinely consult a wide variety of information sources to assist in forming opinions about issues relevant to their responsibilities. To the extent the articles and studies are informative anecdotally or statistically of early release experiences in other jurisdictions, they are properly taken into consideration in the formation of opinions and decision-making. FRE, Rule 703 |
| | Ex. C, 3 | Hearsay; FRE, Rule 703: This is an editorial. District Attorneys do not ordinarily rely on editorials for the purpose of forming opinions | Same response. |
| | Ex. C, 4 | Hearsay; FRE, Rule 703: This is a Los Angeles Times editorial. District Attorneys do not ordinarily rely on | Same response. |

| Statement | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|
| | editorials for the purpose of forming opinions | |
| Ex. C, 5 | Hearsay; FRE, Rule 703: This is a San Francisco Chronicle editorial. District Attorneys do not ordinarily rely on editorials for the purpose of forming opinions | Same response. |
| Ex. C, 6 | Hearsay; FRE, Rule 703: This is a Los Angeles Times editorial. District Attorneys do not ordinarily rely on editorials for the purpose of forming opinions | Same response. |
| Ex. C, 7 | Hearsay; FRE, Rule 703: This is an editorial of unknown original. District Attorneys do not ordinarily rely on editorials for the purpose of forming opinions | Same response. |
| Ex. C, 8 | Hearsay, Best Evidence; FRE, Rule 703. This is an article purportedly based upon a study performed by two scholars. The study, itself, is not attached. District Attorneys do not ordinarily rely on articles about studies for the purpose of forming opinions | Same response. |
| Paragraph 12 (recitation of arrest statistics) | Lacks foundation, personal knowledge; hearsay | Foundational support is included in attached Exhibit A (DI-500.) Underlying data, including names of arrestees, DOB, and dates of arrests are |

| Statement | Plaintiffs' Objections | Defendants' Responses |
|---|---|---|
| | | included in materials provided. |
| Paragraph 20 (summary of news articles and "studies") | Hearsay; FRE, Rule 1002 (best evidence) | (FRE, Rules 702; 703) |
| Paragraph 23 (discussion of articles) | Hearsay; FRE, Rule 1002 (best evidence) | (FRE, Rules 702; 703) |
| Paragraph 25 | Speculation | (FRE, Rules 702; 703) |
| Paragraph 28 | Hearsay; FRE, Rule 1002 (best evidence) | (FRE, Rules 702; 703) |
| Paragraph 29 | Hearsay; FRE, Rule 1002 (best evidence) | (FRE, Rules 702; 703) |

Dated:  December 10, 2008          By:

    /s/ Edward P. Sangster
EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated:  December 10, 2008          By:

    /s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Intervenors