1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624
   *swoodsid@sonoma-county.org*
6  *akeck@sonoma-county.org*

7  Attorneys for Intervenors THE
   COUNTY OF SONOMA, SONOMA
8  COUNTY SHERIFF/CORONER
   WILLIAM COGBILL, SONOMA
9  COUNTY DISTRICT ATTORNEY
   STEPHAN PASSALACQUA,
10 and SONOMA COUNTY CHIEF
   PROBATION OFFICER ROBERT OCHS
11

12              IN THE UNITED STATES DISTRICT COURTS

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14          AND THE NORTHERN DISTRICT OF CALIFORNIA

15    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17
   RALPH COLEMAN, et al.,                No.    CIV S-90-0520 LKK JFM P
18      Plaintiffs,
                                         **THREE-JUDGE COURT**
19 v.

20 ARNOLD SCHWARZENEGGER, et al.,
      Defendants.                        No. C-01-1351 THE
21 _____/
                                         **THREE-JUDGE COURT**
22 MARCIANO PLATA, et al.,
      Plaintiffs,
23                                       **ERRATA TO EXPERT REPORT OF
   v.                                    DAVID M. BENNET, DATED
24                                       AUGUST 15, 2008 - EXHIBIT C**
   ARNOLD SCHWARZENEGGER, et al.,        (Submitted by Sonoma County
25    Defendants.                        Intervenors)
   _____/
26                                       Trial Date:   December 11, 2008
                                         Time:         9:15 a.m.
27                                       Ctrm:         USDC Ceremonial Courtroom

28

No. 98869
Errata to Expert Report of David M. Bennett

1    The Sonoma County Intervenors filed the Expert Report of David M. Bennett dated

2    August 15, 2008, on October 30, 2008, Docket Nos. 3178 and 3184.  The attached Exhibit

3    shall replace Exhibit C to that report in its entirety, as it is the final version of The

4    Corrections Master Plan dated December 2007.

5

6    Dated: December 10, 2008                    STEVEN WOODSIDE, County Counsel

7

8                                                By: _____

9                                                   ANNE L. KECK
                                                   Deputy County Counsel
10                                                  Attorneys for the Sonoma County Sheriff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 98869
Errata to Expert Report of David M. Bennett