### 3. Drunk Driving

The next graphic displays for the defendants arrested for drunk driving, the number of prior drunk driving arrests.



Seventy-two percent of the misdemeanants and 56 percent of the felon drunk driving arrests were for defendants who did not have any prior DUI bookings. Twenty-one percent of the misdemeanants and 11 percent of the felons had 1 prior DUI booking; and 5 percent of the misdemeanants and 10 percent of the felons had 2 prior DUI bookings. The remaining 2 percent of the misdemeanants and 22 percent of the felons had three or more prior DUI bookings.

4. Booking to Release

    a. Overall

The next graphic shows the overall time from booking to release.



Forty-five percent of the misdemeanants and 22 percent of the felons were released the same day they were booked. Twenty-two percent of the misdemeanants and 13 percent of the felons were released after 2 days; thirteen percent of the misdemeanants and 21 percent of the felons were released between 3 and 6 days; and 12 percent of the misdemeanants and 19 percent of the felons were released between 7 and 30 days. The remaining 8 percent of the misdemeanants and 24 percent of the felons remained in custody longer than 30 days.

The average time in custody for the misdemeanants was 10.1 days and for the felons, 37.8 days.

b.  Longer Than 30 Days

The next graphic shows the time from booking to release for the group that stayed longer than 30 days.



Seventy percent of the misdemeanants and 38 percent of the felons who stayed in jail longer than 30 days were released between 31 and 90 days. Twenty-three percent of the misdemeanants and 36 percent of the felons remained in custody between 91 and 180 days; 7 percent of the misdemeanants and 22 percent of the felons were released between 181 and 360 days.  The remaining 57 prisoners stayed in custody longer than 360 days.

5. Release Type

a. Overall

The next graphic shows the overall type of release.



Release Type

Misdemeanor

1847 (26%)

5134 (74%)

Felony

1895 (38%)

3031 (62%)

Pre-Trial    Post Trial

Seventy-four percent of the misdemeanants and 62 percent of the felons were released from custody prior to trial.

b. Pre-Trial Release Type

The next graphic shows the type of pre-trial release.



Forty-seven percent of the misdemeanants released from jail prior to trial were released on a citation release from the jail. Four percent of the misdemeanants and 13 percent of the felons released from jail prior to trial were released on recognizance; 5 percent of the misdemeanants and 16 percent of the felons were released on supervised release; and 2 percent of the misdemeanants and 1 percent of the felons were released after posting a cash bond. The remaining 41 percent of the misdemeanants and 69 percent of the felons were released after posting a surety bond.

c. Domestic Violence

(1) Released Pre-Trial

The next graphic shows whether the defendants in the sample charged with domestic violence were released from jail prior to trial.



Sixty-nine percent of the persons arrested for domestic violence were released from jail prior to trial.

(2) Pre-Trial Release Type

The next graphic shows the type of pre-trial release for the 911 persons arrested for drunk driving and released prior to disposition.

# Domestic Violence
# Pre-Trial Release Type



Sixty-nine percent of the domestic violence offenders released from jail prior to trial were released following posting of a surety bond. Two percent posted cash bail and 5 percent were released on recognizance. The remaining 24 percent were released on a supervised release.

C. Court Process

1. Attorney Type

The next graphic shows the type of attorney.



Forty-nine percent of the misdemeanants and 63 percent of the felons were appointed to the public defender's office for representation. Seven percent of the misdemeanants and 21 percent of the felons received other court appointed counsel and 28 percent of the misdemeanants and 15 percent of the felons retained their own counsel. The remaining 15 percent of the misdemeanants and 1 percent of the felons did not have an attorney.

2. Filing Charge

    a. Decision

       The next graphic shows the district attorney's filing decision as compared to the arresting officer's booking charge.



Ninety-one percent of the persons booked on a misdemeanor charge were filed on as a misdemeanor by the district attorney. One percent of the persons booked on a misdemeanor charge were elevated to a felony charge and in 8 percent of the cases the district attorney elected to not file a complaint.

       Forty-two percent of the persons booked on a felony charge were filed on as a misdemeanor. Forty-seven percent of the felony arrests were filed as a felony and in 11 percent of the felony arrests the district attorney elected to not file a complaint.

b. File Charge Category

(1) Overall

The next graphic shows the district attorney filing charge.



Fourteen percent of the misdemeanants and 20 percent of the felons were charged with a crime against persons. Eight percent of the misdemeanants and 30 percent of the felons were charged with a property offense; 17 percent of the misdemeanants and 32 percent of the felons were charged with a narcotics offense; 21 percent of the misdemeanants and 3 percent of the felons were charged with drunk driving; and 32 percent of the misdemeanants and 13 percent of the felons were charged with a public order offense. The remaining 8 percent of the misdemeanants and 1 percent of the felons were charged with a traffic offense.

(2) Person Crimes

The next breaks down the person crimes by whether the defendant was charged with domestic violence or another person crime.



Sixty-nine percent of the misdemeanants and 18 percent of the felons were charged with domestic violence. The remaining defendants were charged with other person crimes.

c. No Complaint Charge Category

(1) Overall

The next graphic shows the charge category for the cases the district attorney elected to not file a charge.



Thirty-four percent of the misdemeanants and 57 percent of the felons that the district attorney decided to not file a complaint had been arrested for a crime against persons. Four percent of the misdemeanants and 16 percent of the felons had been arrested for a property offense; 5 percent of the misdemeanants and 10 percent of the felons had been arrested for a narcotics offense; 6 percent of the misdemeanants had been arrested for drunk driving; and 47 percent of the misdemeanants and 16 percent of the felons had been arrested for a public order offense. The remaining 4 percent of the

misdemeanants and 1 percent of the felons had been arrested for a traffic offense.

(2) Person Crimes

The next graphic breaks down the person crimes by whether the defendant was charged with domestic violence or another person crime.



Ninety-two percent of the misdemeanants and 77 percent of the felons had been arrested for domestic violence. The remaining defendants had been arrested for other person crimes.

d. Strikes

(1) Overall

The next graphic shows whether or not strikes were filed in the 2,226 filed felony cases.

## Filed Strikes?



The district attorney filed strikes in 8 percent of the felony cases.

(2) Number

The next graphic shows the number of filed strikes.

# Number of Filed Strikes



Seventy-five percent of the defendants who had filed strikes had one strike filed. Nineteen percent had 2 strikes, and 2 percent three strikes. The remaining 4 percent had between 5 and 7 strikes filed.

3. Waivers

    a. Preliminary Examination

The next graphic shows for felony cases whether the defendant waived their right to a speedy preliminary examination and whether they waived the actual hearing.



Sixty-three percent of the defendants waived their right to a speedy preliminary examination. Twenty percent waived their right to a preliminary examination.

b. Speedy Trial

(1) Overall

The next graphic shows whether the defendant waived their right to a speedy trial.



Forty-nine percent of the misdemeanants and 11 percent of the felons waived their right to a speedy trial.

(2) Custody Status

The next graphic shows the custody status of the prisoners who waived their right to a speedy trial.



Thirty-two percent of the misdemeanants and 53 percent of the felons who waived their right to a speedy trial were in-custody at the time of the waiver. The remaining defendants were out of custody.

4. Disposition

a. Number of Hearings

The next graphic shows the number of hearings between arraignment and disposition.



Forty-five percent of the misdemeanants and 13 percent of the felons had no other hearings between arraignment and disposition. Seventeen percent of the misdemeanants and 15 percent of the felons had 1 hearing; 27 percent of the misdemeanants and a third of the felons had between 2 and 5 hearings; and 8 percent of the misdemeanants and 20 percent of the felons had between 6 and 10 hearings. The remaining 4 percent of the misdemeanants and 19 percent of the felons had more than 10 hearings.

The average number of hearings between arraignment and disposition for the misdemeanants was 1.8 and for the felons were 7.1.   When the

defendants who had no additional hearings are not included, the average number of hearings for the misdemeanants was 4 and for the felons 8.2.

> b. Type
>
> The next graphic shows the disposition type.



Seventy-four percent of the charged misdemeanants and 78 percent of the charged felons were convicted. Nineteen percent of the misdemeanants and 15 percent of the felons were not convicted. The remaining 7 percent of both the misdemeanors and the felonies were still pending.

c. Conviction Type

The next graphic shows the defendants who were convicted by whether the conviction came as a result of a trial or plea.



Less than 1 percent of the misdemeanants and 2 percent of the felons were convicted following trial. The remaining defendants were convicted following entrance of a plea.

d.  Not Convicted Type

The next graphic shows the not convicted type by whether it was a result of the case being dismissed or the defendant found not guilty following a trial.



One percent of the misdemeanants and 2 percent of the felons who were not convicted were found not guilty at trial.  The remaining defendants had their cases dismissed.

e. Trial Results

The next graphic summarizes the results of the 22 misdemeanors and 38 felonies that went to trial.



Fifty-nine percent of the misdemeanants and 82 percent of the felons whose cases went to trial were convicted.

f. Pending Cases

The next graphic examines the pending cases by whether the case is still pending due to the defendant's failure-to-appear.



Seventy-eight percent of the misdemeanants whose cases were still pending and 28 percent of the felons had failed to appear.

g.  Charge Class by File Charge Class

The next graphic shows the disposition charge class by the file charge class.



All the cases disposed as misdemeanors were filed as misdemeanors.  Of the filed felony cases that were disposed of through conviction, 23 percent were reduced to misdemeanors and 77 percent remained as felonies.