h. Charge Category

The next graphic displays the disposition charge category.



Disposition Charge Category

Misdemeanor

912 (14%)
629 (9%)
451 (7%)
1085 (16%)
2001 (30%)
1560 (24%)

Felony

35 (2%)
248 (17%)
193 (13%)
70 (5%)
432 (30%)
473 (33%)

⊠ **Person**  ▨ **Narcotics**  ▦ **Public Order**
▦ **Property**  ▨ **Drunk Driving**  ☐ **Traffic**

Nine percent of the misdemeanants and 13 percent of the felons were convicted of a crime against persons. Seven percent of the misdemeanants and 30 percent of the felons were convicted of a property offense; 16 percent of the misdemeanants and 33 percent of the felons were convicted of a narcotics offense; 24 percent of the misdemeanants and 5 percent of the felons were convicted of drunk driving; and 30 percent of the misdemeanants and 17 percent of the felons were convicted of a public order offense. The remaining 14 percent of the misdemeanants and 2 percent of the felons were convicted of a traffic offense.

(2)  Person Crimes

The next breaks down the person crimes by whether the defendant was convicted of domestic violence or another person crime.



Seventy percent of the misdemeanants and 26 percent of the felons were convicted of domestic violence.  The remaining defendants were convicted of other person crimes.

5. Rates

    a. Booking to Filing

        (1) Overall

The next graphic shows the filing rate from booking to filing. The misdemeanor rate is above 100 percent due to the felony arrests that are reduced to misdemeanors at filing.



## Case Filing Rate From Booking to Filing

Overall, the misdemeanor-filing rate was 120 percent of the booking rate while the felony rate was 49 percent. The misdemeanor-filing rate for person crimes was 147 percent of the booking rate and the felony rate was 36 percent; the misdemeanor-filing rate for property crimes was 258 percent and the felony rate was 63 percent; the misdemeanor-filing rate for narcotics offenses was 201 percent and the felony rate was 49 percent; the DUI misdemeanor-filing rate was 89 percent and the felony rate was 131 percent; and the public order misdemeanor-filing rate was 100 percent and the felony rate was 45 percent.

The traffic misdemeanor-filing rate was 121 percent and the felony rate was 38 percent.

>    (2) Person Crimes

>    The next graphic shows the filing rate from booking to filing for person crimes.



The domestic violence misdemeanor-filing rate was 138 percent and the felony rate was 12 percent. The other person crimes misdemeanor-filing rate was 171 percent and the felony rate was 63 percent.

(3)  Police Agency

The next graphic shows the felony-filing rate by police
agency.



## Felony Filing Rate by Police Agency

The overall felony-filing rate was 47 percent.  Arrests made by the police
agencies in Central County had a filing rate of 44 percent; arrests by the sheriff
at 47 percent; highway patrol at 54 percent; and other cities police agency at 56
percent.  The other agencies had a filing rate at 71 percent.

b. Filing to Disposition

(1) Overall

The next graphic shows the conviction rate from filing to disposition.



Overall, the misdemeanor-disposition rate was 79 percent of the filing rate while the felony rate was 60 percent. The misdemeanor-disposition rate for person crimes was 53 percent of the filing rate and the felony rate was 40 percent; the misdemeanor-disposition rate for property crimes was 68 percent and the felony rate was 61 percent; the misdemeanor-disposition rate for narcotics offenses was 74 percent and the felony rate was 61 percent; the DUI misdemeanor-disposition rate was 90 percent and the felony rate was 88 percent; and the public order misdemeanor-disposition rate was 74 percent and the felony rate was 78 percent. The traffic misdemeanor-disposition rate was 141 percent and the felony rate was 100 percent.

(2) Person Crimes

The next graphic shows the disposition rate from filing to disposition for person crimes.



The domestic violence misdemeanor-disposition rate was 54 percent and the felony rate was 58 percent. The other person crimes misdemeanor-disposition rate was 53 percent and the felony rate was 36 percent.

c. Booking to Disposition

(1) Overall

The next graphic shows the conviction rate from booking to disposition.

## Conviction Rate From Booking to Disposition



Overall, the misdemeanor-disposition rate was 95 percent of the booking rate while the felony rate was 29 percent. The misdemeanor-disposition rate for person crimes was 78 percent of the booking rate and the felony rate was 14 percent; the misdemeanor-disposition rate for property crimes was 177 percent and the felony rate was 38 percent; the misdemeanor-disposition rate for narcotics offenses was 149 percent and the felony rate was 29 percent; the DUI misdemeanor-disposition rate was 80 percent and the felony rate was 115 percent; and the public order misdemeanor-disposition rate was 74 percent and the felony rate was 35 percent. The traffic misdemeanor-disposition rate was 170 percent and the felony rate was 38 percent.

(2)  Person Crimes

The next graphic shows the disposition rate from booking to disposition for person crimes.



## Conviction Rate From Booking to Disposition for Person Crimes

The domestic violence misdemeanor-disposition rate was 74 percent and the felony rate was 7 percent.  The other person crimes misdemeanor-disposition rate was 90 percent and the felony rate was 23 percent.

d. Felony Summary

(1) Booking

The next graphic shows the filing decision for all the felony cases.



Felony Bookings

Eleven percent of the felony arrests had no complaint filed by the district attorney. Forty-two percent of the felony arrests were filed as misdemeanors and the remaining 47 percent were filed as felonies.

(2) Filings

The graphic shows the disposition for all the felony cases.



## Felony Filings

**Pending**

**Dismissed**

**Misdemeanor Conviction**

**Felony Conviction**

Five percent of the felony case filings are still pending. Fourteen percent of the felony filings were dismissed; 18 percent were convicted of misdemeanors and the remaining 62 percent were convicted of felony charges.

(3)  National Comparison

The final graphic in this summary section compares the disposition of felony arrests in Sonoma County with national averages. The national data is taken from the Bureau of Justice Statistics 2006 publication of Felony Defendants in Large Urban Areas in 2002.



The national average of felony bookings resolved within a year resulting in a felony conviction is 57 percent as compared with 30 percent in Sonoma County. The national average of felony bookings resolved within a year resulting in a misdemeanor conviction is 11 percent as compared to 9 percent in Sonoma County.

6. Failure-to-Appear

a. Overall

The next graphic details the failure-to-appear rate. The rate is calculated by examining all the cases where the defendant was released from jail prior to trial and determining if they had one or more failures-to-appear.



Twenty-eight percent of the misdemeanants and 21 percent of the felons failed to appear.

b. Number

The next graphic displays the number of failures to appear for each defendant.



Eighty-eight percent of the misdemeanants who failed to appear did so only once as did 93 percent of the felons. Eight percent of the misdemeanants and 5 percent of the felons failed to appear twice. Four percent of the misdemeanants and 2 percent of the felons failed to appear 3 times or more.

The average number of times that a person who failed to appear did so was 1.4 for the misdemeanants and 1.3 for the felons.

c. Time

The next graphic shows the length of time between release from custody to the defendant failing-to-appear.



The overall time from release to the failure to appear was 56.2 days. Misdemeanant's average time was 52 days and felon's were 79.7 days.

d. Type of Release

The next graphic shows the failure to appear rates by type of release.



The overall failure-to-appear rate was 31 percent for the misdemeanants and 26 percent for the felons. Misdemeanants released on a surety bond failed-to-appear at a rate of 22 percent and felons at a rate of 28 percent; cash bond released misdemeanants failed-to-appear at a rate of 10 percent and felons 16 percent; citation released misdemeanants and felons failed-to-appear at a 43 percent rate; and recognizance released misdemeanants failed-to-appear at a 40 percent rate and felons 33 percent. Supervised recognizance released misdemeanant's failed-to-appear at a 17 percent rate and felons 12 percent.

e. Prior Arrests

The next graphic details the number of prior arrests for persons who ultimately failed to appear.

## Number of Prior Arrests by Release Type and Failure-to-Appear



The average number of prior arrests was 5. Persons who failed-to-appear averaged 6.8 prior arrests as compared with defendants who did not fail to appear averaged 4.3 prior arrests. Defendants released on citation averaged 5.9 prior arrests. Citation released defendants who failed to appear averaged 6.8 prior arrests while those who did not fail to appear averaged 5.1 prior arrests. Defendants released on recognizance averaged 4.8 prior arrests. Recognizance released defendants who failed to appear averaged 4.1 prior arrests while those who did not fail to appear averaged 5.2 prior arrests. Defendants released on supervised release averaged 4.1 prior arrests. Supervised released defendants who failed to appear averaged 14.2 prior arrests while those who did not fail to appear averaged 2.9 prior arrests. Defendants released on cash bail averaged 1

prior arrests. Cash bail released defendants who failed to appear averaged no prior arrests while those who did not fail to appear averaged 1.2 prior arrests. Defendants released on surety bond averaged 4.7 prior arrests. Surety bond released defendants who failed to appear averaged 6.7 prior arrests while those who did not fail to appear averaged 4.3 prior arrests.

> 7. Re-Arrest
>
> a. Overall

The next graphic shows whether the defendants were re-arrested. The rate is calculated by examining all defendants released from custody prior to trial and determining if they were re-arrested, *prior to the case being disposed.*



Twenty-three percent of the misdemeanants and 31 percent of the felons were re-arrested.

b. Number

The next graphic displays the number of times that the defendant was re-arrested prior to disposition.



Sixty-four percent of the misdemeanants and 63 percent of the felons were re-arrested once. Twenty-two percent of both the misdemeanants and the felons were re-arrested twice. The remaining 14 percent of the misdemeanants and 15 percent of the felons were arrested three or more times.

The average number of re-arrests was 1.6 for both the misdemeanants and the felons.

c. Type of Release

The next graphic shows the re-arrest rates by type of release.



## Re-Arrest Rates by Type of Release

The overall re-arrest rate was 23 percent for the misdemeanants and 31 percent for the felons. Misdemeanants released on a surety bond re-arrested at a rate of 17 percent and felons at a rate of 34 percent; cash bond released misdemeanants re-arrested at a rate of 9 percent and felons 5 percent; citation released misdemeanants were re-arrested at a 29 percent rate and felons re-arrested at a 50 percent rate; and recognizance released misdemeanants re-arrested at a 22 percent rate and felons 17 percent. Supervised recognizance released misdemeanant's re-arrested at a 27 percent rate and felons 28 percent.

d. Prior Arrests

The next graphic details the number of prior arrests for persons who ultimately re-arrested.



## Number of Prior Arrests by Release Type and Re-Arrest

The average number of prior arrests was 4.8. Persons who re-arrested an averaged 8.6 prior arrests as compared with defendants who did not fail to appear who had an average 3.6 prior arrests. Defendants released on citation averaged 5.8 prior arrests. Citation released defendants who re-arrested averaged 11.6 prior arrests while those who did not fail to appear averaged 3.2 prior arrests. Defendants released on recognizance averaged 4.8 prior arrests. Recognizance released defendants who re-arrested averaged 5.4 prior arrests while those who did not fail to appear averaged 4.5 prior arrests. Defendants released on supervised release averaged 4.1 prior arrests. Supervised released defendants who re-arrested averaged 7.9 prior arrests while those who did not fail to appear averaged 2.7 prior arrests. Defendants released on cash bail averaged 1.1 prior arrests. There were no cash bail released defendants who

Criminal Justice System Data
Chapter One

were re-arrested while those who did not fail to appear averaged 1.1 prior arrests. Defendants released on surety bond averaged 4.4 prior arrests. Surety bond released defendants who re-arrested averaged 6.9 prior arrests while those who did not fail to appear averaged 3.9 prior arrests.

8. Sentencing

    a. Type

The next graphic shows the sentence type. Each convicted defendant is shown by the most significant sentence received. Many defendants received multiple sentence sanctions, for example jail and probation but are only counted once; in this example they are counted as a jail sentence.



A quarter of the sentenced felons received a prison sentence. Fifty-one percent of the misdemeanants and 53 percent of the felons received a jail sentence. A quarter of the misdemeanants and 5 percent of the felons are sentenced to the Work Program. Twenty-three percent of the misdemeanants and 16 percent of the felons were placed on probation. The remaining 1 percent of the misdemeanants had to pay a fine.

b. Credit for Time Served

(1) Overall

The next graphic shows whether the defendant was ordered to serve additional time or simply was sentenced to credit for the time served and released.



Thirty-six percent of the misdemeanants and 8 percent of the felons received a jail sentence were given credit for time served and released at the time of sentencing.

(2) Charge Category

(a) Overall

The next graphic shows the charge category for the defendants given credit for time served and released at sentencing.



Thirty percent of the misdemeanants and 20 percent of the felons were convicted of a crime against persons. Seven percent of the misdemeanants and 22 percent of the felons were convicted of a property offense; 8 percent of the misdemeanants and 30 percent of the felons were convicted of a narcotics offense; 8 percent of the misdemeanants and 2 percent of the felons were convicted of drunk driving; and 41 percent of the misdemeanants and 26 percent of the felons were convicted of a public order offense. The remaining 6 percent of the misdemeanants were convicted of a traffic offense.