(b) Person Crimes

The next graphic shows the persons crimes whether they were domestic violence or other person crime for the persons given credit for time served and released at sentencing.



Seventy-eight percent of the misdemeanants and 27 percent of the felons were convicted of domestic violence.

(3) Average Jail Days

(a) Overall

The next graphic shows the average jail days served for the prisoners given credit for time served and released at sentencing.



The overall length of time served was 14.5 days for misdemeanants and 52.2 days for felons. Misdemeanants convicted of persons crimes served an average 11.6 days and felons 60.4 days; misdemeanants convicted of property crimes served an average 23.7 days and felons 40.2 days; misdemeanants convicted of narcotics offenses served an average 20.8 days and felons 40.6 days; misdemeanants convicted of drunk driving served an average 6.4 days and felons 2 days; and misdemeanants convicted of property crimes served an average 15 days and felons 72.9 days. Defendants convicted of misdemeanor traffic offenses served an average 17.3 days.

(2) Person Crimes

The next graphic shows the average jail days served the prisoners convicted of person crimes.



Domestic violence misdemeanants served an average 10.2 days and felons 62.7 days. Other person crime misdemeanants served an average 17 days and felons 59.5 days.

c. Jail Sentence Length

The next graphic shows the jail sentence length for all offenders sentenced to jail.



Thirty percent of the misdemeanants and 1 percent of the felons received a sentence of 10 days or less. Twenty-nine percent of the misdemeanants and 5 percent of the felons received a sentence between 11 and 30 days; twenty-four percent of the misdemeanants received a sentence between 31 and 90 days; and thirteen percent of the misdemeanants and 27 percent of the felons received a jail sentence between 91 and 180 days. The remaining 5 percent of the misdemeanants and 67 percent of the felons received a jail sentence of 181 days or more.

The average jail sentence for the misdemeanants was 59 days and for the felons 255 days.

d. Prison Sentence Length

The next graphic shows the length of sentence for defendants sentenced to prison.



Prison Sentence Length

- 29 (9%)
- 5 (1%)
- 67 (20%)
- 90 (27%)
- 337
- 65 (19%)
- 81 (24%)

Legend:
- 16 Months or Less
- 17 to 24 Months
- 25 to 36 Months
- 37 to 72 Months
- 73 to 120 Months
- Life

Twenty percent of the prison sentences were for 16 months or less. Nineteen percent of the prison sentences were for 17 to 24 month; 24 percent were for 25 to 36 months; 27 percent were for 37 to 72 months; and 9 percent were for 73 to 120 months. The remaining 1 percent received a life prison sentence.

e. Project Intercept

The last graphic in the sentencing section displays the charge category for the 531 prisoners sentenced to Project Intercept.



## Project Intercept Referrals

Twelve percent of the Project Intercept referrals were for defendants charged with person crimes. Nineteen percent of the referrals were for property offenses; 43 percent for narcotics offenses; 1 percent for drunk driving; and 24 percent for public order offenses. The remaining 1 percent was for traffic offenses.

9. Process Times

   a. Misdemeanors

The next graphic displays the overall processing times for misdemeanants.



The overall length of time between booking and arraignment was 21.6 days. Defendants who remained in custody took an average 7.9 days and out of custody cases took 30 days.

The overall length of time between arraignment and disposition was 60.4 days. Defendants who remained in custody took an average 10.1 days and out of custody cases took 82 days.

The overall length of time between booking and sentencing was 67.2 days. Defendants who remained in custody took an average 14.7 days and out of custody cases took 77 days.

b. Felonies

(1) One

The next graphic displays the overall processing times for felons in the initial phases of the case.



**Felony Process Times One**

The overall length of time between booking and arraignment was 9.7 days. Defendants who remained in custody took an average 3.9 days and out of custody cases took 16 days.

The overall length of time between arraignment and preliminary examination was 40.7 days. Defendants who remained in custody took an average 25.9 days and out of custody cases took 58 days.

The overall length of time between arraignment and information filing was 54.6 days. Defendants who remained in custody took an average 38.2 days and out of custody cases took 72 days.

(2) Two

The next graphic displays the overall processing times for felons in the concluding phases of the case.



Felony Process Times Two

The overall length of time between arraignment and disposition was 98.4 days. Defendants who remained in custody took an average 53.6 days and out of custody cases took 128 days.

The overall length of time between disposition and sentencing was 45.6 days. Defendants who remained in custody took an average 42.8 days and out of custody cases took 46 days.

The overall length of time between booking and sentencing was 142.2 days. Defendants who remained in custody took an average 101.1 days and out of custody cases took 172 days.

c. Booking to Sentencing

(1) In-Custody

The next graphic shows the length of time between booking and sentencing for in-custody defendants.



Seventy-two percent of the misdemeanants and 13 percent of the felons took 15 days or less between booking and sentencing. Fifteen percent of the misdemeanants and 5 percent of the felons took between 16 and 30 days; eleven percent of the misdemeanants and 40 percent of the felons took between 31 and 90 days; and two percent of the misdemeanants and 28 percent of the felons took between 91 and 180 days. The remaining 1 percent of the misdemeanants and 15 percent of the felons took longer than 180 days.

The average length of time was 14.7 days for the misdemeanants and 101 days for the felons.

Criminal Justice System Data
Chapter One
Page 85

(2) Out of Custody

The next graphic shows the length of time between booking and sentencing for out of custody defendants.



One percent of the misdemeanants and 2 percent of the felons took 15 days or less between booking and sentencing. Twenty-eight percent of the misdemeanants and 3 percent of the felons took between 16 and 30 days; 35 percent of the misdemeanants and 17 percent of the felons took between 31 and 90 days; and 22 percent of the misdemeanants and 33 percent of the felons took between 91 and 180 days. The remaining 14 percent of the misdemeanants and 43 percent of the felons took longer than 180 days.

The average length of time was 77.1 days for the misdemeanants and 170 days for the felons.

(3) Failure-to-Appear

The final graphic examines the length of time between booking and sentencing by whether the defendant failed-to-appear.



The overall average length of time between booking and sentencing was 67.2 for the misdemeanants and 142.2 days for the felons. Defendants that had no failures to appear took an average 51.4 days for the misdemeanants and 130.7 days for the felons. Defendants who failed-to-appear took an average 164.5 days for the misdemeanants and 229.8 days for the felons.