# Sonoma County
# *Corrections Master Plan*

# Chapter Two
# Jail Population Breakdown

# *Chapter Two*
# Jail Population Breakdown

# Table of Contents

A. Prisoner Status................................................................................4
   1. Overall...................................................................................4
   2. Pre-Trial Prisoners................................................................5
      a. Charge Class .................................................................5
      b. Charge Category ...........................................................6
   3. Post Trial Prisoners ...........................................................10
      a. Charge Class ...............................................................10
      b. Charge Class ...............................................................11
      c. Sentence Length...........................................................15
   4. Holds ...................................................................................16
      a. Type............................................................................16
      b. Local Charges .............................................................18
   5. Demographics .....................................................................20
      a. Arresting Agency .........................................................20
      b. Age..............................................................................21
      c. Gender.........................................................................22
      d. Race/Ethnicity .............................................................23

B. Time in Custody ............................................................................24
   1. Status...................................................................................24
   2. Pre-Trial Prisoners..............................................................25
      a. Charge Class ...............................................................25
      b. Charge Category ..........................................................26
   3. Post Trial Prisoners ...........................................................28
      a. Charge Class ...............................................................28
      b. Charge Category ..........................................................29
   4. Holds ...................................................................................31

# *Chapter Two*
# Jail Population Breakdown

## Introduction

Kim Gilmore of Information Services Department developed the routines to complete a daily snapshot of every prisoner in custody. The snapshot methodology uses a hierarchy to determine the most significant charge for which a defendant is being held and from that determines their status. The snapshot is recorded each night at midnight and a monthly composite is prepared at the end of the month.

The data presented in this chapter is a composite of April through June 2007. It is presented in two sections: the first section details the number of prisoners in each category and the second shows how long they have been in custody. Time in custody is a different measurement then Length of Stay. Time in custody is the average length of time each prisoner in the specific category has been in custody as opposed to average length of stay, which captures all of the prisoners in jail during a given period of time.

A. Prisoner Status

    1. Overall

       The first graphic shows the status of the average 1,098 prisoners in custody.

# Prisoner Status



Thirty-one percent of the jail population was there awaiting trial. Thirty-one percent was serving a sentence and the remaining 37 percent were in jail on holds.

2. Pre-Trial Prisoners

   a. Charge Class

   The next graphic displays the pre-trial prisoners

# Pre-Trial Prisoners



Twenty-six percent of the pre-trial prisoners were awaiting trial on a misdemeanor and the remaining on a felony charge.

b. Charge Category

(1) Misdemeanors

(a) Overall

The next graphic shows the charge category for the pre-trial misdemeanors.



Thirty percent of the pre-trial misdemeanors were in jail awaiting trial for a crime against person. Eleven percent were awaiting trial on a property charge; 22% for a narcotics offense; 8 percent for drunk driving; and 23% for a public order offense. The remaining 6 percent were in jail for a traffic offense.

(b) Person Crimes

The next graphic examines the person crimes in greater detail.

# Pre-Trial Misdemeanor Person Crimes Charge Category



Seventy-eight percent of the misdemeanants charged with person crimes were charged with domestic violence. The remaining 22 percent were charged with "other" person offenses.

(2) Felonies

(a) Overall

The next graphic shows the charge category for the pre-trial felons.



# Pre-Trial Felonies Charge Category

Thirty-eight percent of the post trial felons were in jail awaiting trial for a crime against person. Thirty percent were awaiting trial on a property charge; 20% for a narcotics offense; and 1% for drunk driving. The remaining 10 percent was in jail for a public order offense.

(b) Person Crimes

The next graphic provides additional detail for the pre-trial felons charged with person crimes.

# Pre-Trial Felony Person Crimes Charge Category



Fifteen percent of the felons charged with person crimes were charged with domestic violence. The remaining 85 percent were charged with "other" person offenses.

3. Post Trial Prisoners

   a. Charge Class

The next graphic shows the charge class for the post trial prisoners.



## Post Trial Prisoners

Fifty-one percent of the post trial prisoners were serving a sentence for a misdemeanor charge and the remaining had been convicted of a felony offense.

b. Charge Class

(1) Misdemeanors

(a) Overall

The next graphic shows the sentenced misdemeanor charge category.



**Post Trial Misdemeanors Charge Category**

- Person
- Property
- Narcotics
- Drunk Driving
- Public Order
- Traffic

9 (5%)
29 (17%)
50 (29%)
19 (11%)
174
17 (10%)
50 (29%)

Twenty-nine percent of the misdemeanants had been convicted of a crime against person. Ten percent had been convicted of a property offense; 29% for a narcotics offense; 11% for drunk driving; and 17 percent for a public order offense. The remaining 5% had been convicted of a traffic offense.

(b)  Person Crimes

The next graphic details the type of person crime.



**Post Trial Misdemeanor Person Crimes Charge Category**

Domestic Violence

Other Person

Seventy-six percent of the sentenced misdemeanants charged with person crimes were convicted domestic violence.  The remaining 24 percent were convicted of "other" person offenses.

(2) Felonies

(a) Overall

The next graphic shows the sentenced felony charge category.



Seventeen percent of the felons had been convicted of a crime against person. Thirty-three percent had been convicted of a property offense; 28% for a narcotics offense; 2% for drunk driving; and 18 percent for a public order offense. The remaining 1% had been convicted of a traffic offense.

(b)  Person Crimes

The next graphic details the type of person crime.

## Post Trial Felony Person Crimes Charge Category





Thirty-four percent of the sentenced felons charged with person crimes were convicted domestic violence.  The remaining 66 percent were convicted of "other" person offenses.

c. Sentence Length

The next graphic shows the average sentence length.



## Jail Sentence Length

The overall average sentence length was 212 days.  The misdemeanors had been sentenced to an average 164 days and the felons 261 days.

4. Holds

   a. Type

      (1)  Overall

The next graphic displays the "hold" type.

## Holds



Twenty-four percent of the holds were Probation holds.    Thirty-four percent were for Immigration and Customs Enforcement (ICE); 23 percent were for California Department of Corrections (CDC); and 12 were for other counties. The remaining 5% were "other" holds.

(2)  California Department of Corrections

The next graphic details the type of holds for California Department of Corrections.

## California Department of Corrections Holds



Seventy-eight percent of the CDC holds were for parole violations.  The remaining 22 percent of the holds were for the state prison.

b. Local Charges

(1) Overall

The next graphic looks at the hold prisoners to determine if they also had local charges.





Overall, 76 percent of the holds also had local charges pending. Sixty-two percent of the probation holds had local charges; 93 percent of the ICE holds; 71 percent of the CDC holds; 92 percent of the holds for other counties; and 53 percent of the holds for other states. Prisoners with other holds had local charges pending in 9 percent of the cases.

(2)  California Department of Corrections

The next graphic details the CDC prisoners and the presence of local charges.



Overall, the CDC prisoners had local charges in addition to the hold in 71 percent of the cases.  Parole hold prisoners had local charges in 91 percent of the cases; and prison holds in only 1 percent of the cases.  The prisoners with "other" CDC holds all had local charges pending.

5. Demographics

   a. Arresting Agency

The next graphic shows the arresting agency.

## Arresting Agency



The Sheriff arrested 22% of the prisoners. Central County police agencies, primarily Santa Rosa Police Department arrested 32 percent of the prisoners; other agencies within Sonoma County arrested 16 percent; probation 4 percent; and prisoners booked from court and/or surrendering represented 16 percent. The remaining 11 percent were arrested by other police agencies.

b.  Age

The next graphic shows the age of the prisoners in custody.



**Age**

194 (18%)  283 (26%)  1101  291 (26%)  333 (30%)

| | Less Than 25 |
| | 25 to 34 |
| | 35 to 44 |
| | Older Than 44 |

*Average - 33.7 Years Old*

Twenty-six percent of the prisoners were younger than 25 years old. Thirty percent were between the ages of 25 to 34; and 26% between 35 to 44. The remaining 18% were 45 or older.

The average age was 33.7 years old.

c. Gender

The next graphic shows the gender of the prisoners

# Gender





Male

Female

Fifteen percent were female.

Sonoma County Corrections Master Plan

d. Race/Ethnicity

The next graphic shows the race of the prisoners.



## Race/Ethnicity

Fifty-eight percent were Caucasian. Nine percent were African American; and 28 percent Hispanic. The remaining 4 percent were "other".

B. Time in Custody

    1. Status

The next graphic shows the overall time in custody.



The overall time in custody was 87 days.  Pre-Trial prisoners had been in jail for an average 94 days and post trial prisoners 77 days.  Holds had been in custody an average 90 days.

2. Pre-Trial Prisoners

a. Charge Class

The next graphic shows the time in custody for the pre-trial prisoners.



The pre-trial prisoners had been in custody an average 94 days. Pre-Trial misdemeanants had been custody an average 19 days and felons an average 121 days.

b. Charge Category

(1) Misdemeanors

The next graphic shows the average time in custody for the pre-trial misdemeanants by charge category.



The overall average time in custody for pre-trial misdemeanors was 19 days. Prisoners awaiting trial for domestic violence had been in custody 28 days; other person crimes an average of 14 days; property crime offenders had been in jail an average 28 days; narcotics offenders 19 days; drunk drivers 8 days; and public order offenders 13 days. The traffic offenders had been in custody an average 10 days.

(2) Felonies

The next graphic shows the average time in custody for the pre-trial felons by charge category.





The overall time in custody for pre-trial felons was 121 days. Prisoners awaiting trial for domestic violence had been in custody 94 days; other person crimes an average of 221 days property crime offenders had been in jail an average 76 days; narcotics offenders 73 days; drunk drivers 26 days; and public order offenders 56 days. The traffic offenders had been in custody an average 43 days.

3. Post Trial Prisoners

a. Charge Class

The next graphic shows the time in custody for post trial prisoners.



The overall time in custody for post trial prisoners was 77 days. Post trial misdemeanants had been in custody an average 55 days and post trial felons an average 100 days.

b. Charge Category

(1) Misdemeanors

The next graphic shows the time in custody by charge category for the sentenced misdemeanants.



The overall time in custody for post trial misdemeanants was 55 days. Prisoners serving a sentence for domestic violence had been in custody 83 days; other person crimes an average of 71 days; property crime offenders had been in jail an average 59 days; narcotics offenders 53 days; drunk drivers 31 days; and public order offenders 37 days. The traffic offenders had been in custody an average 20 days.

(2) Felonies

The next graphic shows the time in custody by charge category for the sentenced felons.



The overall average time in custody for post trial felons was 100 days. Prisoners serving a sentence for domestic violence had been in custody 107 days; other person crimes an average of 98 days; property crime offenders had been in jail an average 109 days; narcotics offenders 98 days; drunk drivers 68 days; and public order offenders 93 days. The traffic offenders had been in custody an average 56 days.

4. Holds

The final graphic shows the average time in custody for the holds by the type of hold.





The holds had been in custody an average 90 days. Probation holds had been in custody an average 48 days; ICE prisoners an average 102 days; CDC prisoners 96 days; holds for other counties 82 days and holds for other states 90 days. "Other" holds had been jail an average 152 days.