2. County Treatment Beds

This graphic shows the number of residential treatment beds supported by the County and breaks them down by type.





The residential bed type distribution reflects the resource purchased by the County in FY 2006-07. The numbers are rounded, and the one bed dedicated for Dependency Court is not included. Residential treatment beds designated as "jail beds" are reserved for inmates identified in jail as needing treatment, and held in custody until a bed becomes available. The majority (75%) of beds fall in this category. (Source: AODS data)

3. Program Type

This graphic shows the distribution of criminal justice clients in treatment on 6 February 2007 by program type.



On the day of the AODS snapshot, 16% of all clients were in Drug Court; 38% were in a SACPA program; 40% were TASC referrals; and 6% were in the 'Starting Point' program in Jail. (Note: TASC numbers pertain to those in treatment and do not include the larger number of those being case managed.) (Source: AODS data)

4. Outpatient Treatment by Population

A breakout of clients in outpatient treatment by population is provided below.



These data show that, taken together, 82% of outpatient treatment is dedicated to  SACPA and Drug Court.  (Source: AODS data)

5. Age

This graphic provides the age distribution of those in the treatment snapshot.



**AODS Snapshot**
**Age**

Legend:
- Less Than 20
- 20 to 29
- 30 to 39
- 40 to 49
- 50 or Older

22 (6%)
7 (2%)
101 (28%)
134 (37%)
362
98 (27%)

Only two percent (2%) of those in the treatment snapshot were under 20 years of age; (37%) were 20-39 years; (27%) were 30-39 years; (28%) were 40-49 years; and (6%) were 50 years or older. (Source: AODS data)

6. Prior Treatment

The next graphic shows the percent in treatment that had previously received treatment.



Of those in treatment on the day of the snapshot, SACPA had the highest percentage of participants with prior treatment (82%). A slight majority (51%) of TASC referrals has previously been in treatment; but only 22% of Drug Court clients had prior treatment experience. (Source: AODS data)

7. Drug of Choice:  Methamphetamine

   a. Program Type

   The percentage of clients who declare methamphetamine to be their drug of choice is noted below.



## AODS Snapshot
## Methamphetamine Drug of Choice

Methamphetamine was the primary drug of choice across program type: 74% of Drug Court clients; 62% of SACPA participants; 68% of TASC clients; and 52% of inmates in 'Starting Point' reported this as their primary drug of choice.  (Source: AODS data)

b. Treatment Type

The next graphic compares the degree to which methamphetamine is the primary drug of choice, between residential and outpatient clients.



**AODS Snapshot**
**Methamphetamine Drug of Choice**

Residential treatment programs in Sonoma County report a higher percentage of clients who declare methamphetamine as their primary drug of choice than clients in outpatient; showing that (at least by measure of addiction severity) the more intensive resource is being used for a more severely addicted client. (Source: AODS data)

Sonoma County Corrections Master Plan

8. In Jail last 30 Days

The percentage of treatment clients who were in Jail 30 days prior to treatment is shown here.



The majority of clients in the three main treatment programs (Drug Court, SACPA, and TASC) had been in Jail during the last 30 days (this includes those admitted directly from jail as well as those returned to jail for sanctions), demonstrating the inextricable connection between jail and treatment. (Source: AODS data)

9.  Homeless

This graphic shows the percentage of clients in treatment who were homeless at admission.



At 18%, clients in the TASC program had the highest reported rate of homelessness at admission, followed by 14% of SACPA clients, and 7% of Drug Court participants. (Source: AODS data)

10. Unemployed

The next graphic shows the percentage in treatment, unemployed at admission.



**AODS Snapshot**
**Unemployed**

Client unemployment rates range from 20% of TASC participants to 47% of Drug Court clients. (Source: AODS data)

11.  Children under 5 years

This graphic shows the percentage of clients in treatment who have a child 5 years of age or less.



**AODS Snapshot**
**Children Under 5 Years of Age**

The majority of clients in both the SACPA (55%) and TASC program (64%) have children 5 years or younger. (Source: AODS data)

12. Mental Health Issues

The percentage of clients with mental health issues is presented in the next graphic.



Five percent (5%) of clients in Drug Court; 42% of SACPA participants; 20% of TASC referrals; and 25% of inmates in the 'Starting Point' program are reported to have a mental health issue that merits attention. (Source: AODS data)

13. Clients on Psychotropic Medication

The next graphic shows the percentage of clients, by program taking psychotropic medication.



A higher percentage of clients in residential treatment (an average of 40%) are on psychotropic medications than in outpatient (15%). (Source: AODS data)

14. Residential Treatment

This graphic shows the percentage in residential treatment by participant category.



**AODS Snapshot
Residential Treatment**

TASC had the highest percentage of clients in residential treatment (64%); followed by Drug Court (12%); and SACPA (11%). (Source: AODS data)

15. Probationers

a. Caseload Type

This graphic breaks out the probationers in the snapshot by caseload type.



**AODS Snapshot**
**Probation Supervision**
**Supervision Level**

No Supervision
Office
Intensive
Other

7 (5%)
20 (14%)
20 (14%)
146
99 (68%)

Of those offenders in the AODS snapshot who were on probation, a sample was taken and examined in more detail. In this graphic we look at the level of supervision received by those in treatment. Given the importance of both intensive supervision and treatment for long-term success it is a positive finding that 68% of those in treatment are also on intensive supervision. Fourteen percent (14%) were not on formal supervision; 14% were on an 'Office' caseload (caseloads of up to 150 offenders); and another 5% were in an

'other; category. Note: Many of those on 'Office' caseload had been stepped down from Intensive.  (Source: Probation Department)

b. Charge Class

The next graphic shows the breakout of cases by felony/misdemeanor as most serious conviction.



The majority of probation clients (83%) in treatment on the day the snapshot was taken had been convicted of a felony; the remaining 17% had been convicted of a misdemeanor. (Source: Probation Department)

D. TASC Case Management

1. Total Caseload

This graphic shows the breakdown of the TASC caseload.





In May 2007 TASC had 530 cases under case management. Of these, 24% were in 'pending' status; 76% were in 'placed' status. (Source: TASC data collection)

2. Pending Cases

    a. Overall

    The breakout of pending cases is provided below.







The majority of cases in 'pending' status are in-custody (92%); 8% are in the community.  TASC case managers track these cases to program entry, meeting with inmates in the interim while in jail.  TASC case managers each have, on average, 14 cases in 'pending' status.  (Source: TASC data collection)

b. In-Custody

This graphic breaks out the pending cases in more detail.







Half (50%) of the 'pending' cases that are in-custody are not yet sentenced; 43 (41%) are waiting for treatment (and will remain in jail until a bed is available in a community program); and 9% are serving a sentence. (Source: TASC data collection)

c. Waiting for Treatment

This graphic shows the breakout of TASC 'pending' cases by where they are waiting: in jail or in the community.



Of those being case managed by TASC while waiting for treatment, 80% are in Jail. This raises the question of what additional services (step-down facility); supervision (pre-trial supervision); or treatment resources (more residential, direct placement into intensive outpatient); could facilitate the release of these persons. (Source: TASC data collection)

### 3. Placed Cases

The next graphic shows the breakout of 'placed' TASC cases by whether they are active in treatment or in aftercare.

## TASC Placed Cases





'Placed' cases (persons who have been admitted to treatment) are fairly evenly divided between those who are still active in treatment and those in Aftercare. The TASC case managers have minimal contact with offenders while in treatment, but track their progress; cases in Aftercare receive, on average, one to two contacts per month (for 3 to 6 months). Each TASC staff has, on average, 47 cases in 'placed' status. Taken together with cases in 'pending' status, each TASC staff is managing an average caseload of 61 persons. (Source: TASC data collection)

E. Treatment Discharge

1. Incarceration

This graphic shows the percentage of participants, by program, discharged unsuccessfully and returned to custody.



**AODS Discharge Termination Type: Incarceration**

Over a one-year period (from Feb. 2006 to Feb. 2007), SACPA clients had a negative program termination that resulted in incarceration, at approximately two times that of Drug Court and TASC participants. Twenty-three percent (23%) of Drug Court clients were terminated and incarcerated; 40% of SACPA participants; and 21% of TASC clients. Overall, 30% of AODS clients had a negative discharge from treatment that resulted in incarceration. The higher rate of failure for SACPA most likely reflects the lack of routine access to swift jail sanctions for non-compliance; shorter program stays; and a population with comparatively high rates of prior treatment, mental health issues and other complex factors. The higher failure rate for SACPA does not however indicate lack of program value: studies have demonstrated that SACPA

participants have a lower recidivism rate than those who do not participate. (Source: AODS data)

    2. AODS Program Completion Rate

Program completion rates are shown below.



## AODS Program Completion

At 51%, Drug Court had the highest client completion rate. The SACPA completion rate, at 43%, is higher than the state average SACPA completion rate. TASC had a 30% completion rate. The overall completion rate was 38%. An issue is how to increase completion rates for the TASC programs. (Source: AODS Discharge Data collection)

3. Drug Court Sanctions

This graphic breaks out drug court jail sanctions by time in jail.

# Drug Court Jail Sanctions





A review of jail sanctions for the 36 program graduates in 2006 reveals that 90% of these sanctions were short, 2-3 day periods; 8% were 2-week sanctions; and a mere 2% were for a 1-month period. This sparing use of Jail and the emphasis on short and swift sanctions is consistent with the literature on 'what works' for long term success. (Source: Drug Court data)