4. 'Starting Point' Program

   a. Referral Source

The referral source breakdown for the in-custody treatment program is shown below.





Between June 2006 and June 2007, 32% of inmates who entered 'Starting Point' volunteered for the program. Sixty-six percent (66%) were referred by TASC; 2% were referred by the Probation Department. (Source: Jail Program Data)

b. Release Type

The breakdown of release types for the in-custody treatment program is shown here.



Of those inmates who participated in the program from June 2006 to June 2007, 57% transitioned to community treatment. For the other 43% there was no formal transfer to treatment, although some were given referrals to outpatient services. Note: the difference between the total numbers released in this graphic (n=177) and the total admitted (n=219) on the previous graph, is explained by the number still in treatment. (Source: Jail program data)

c. Program Completion

The next graphic shows the percentage of inmates who completed the in-custody treatment program.



Starting Point Program Completion
June 2006-June 2007

- 29 (16%) Completed
- 148 (84%) Not Completed
- 177

Of the inmates who exited the 'Starting Point' program in FY 2006-07, 29 persons (16%) actually completed the 90-day program. The low number reflects the fact that the program is designed to be a transition to community treatment. The issue for those who do not move on to community treatment is whether they have received a therapeutic level of intervention. The key is in ensuring continuity of treatment. (Source: Jail program data)

F. Treatment Provider and Probation Survey

1. Program Occupancy

a. Residential

This graphic shows the degree to which residential treatment programs operate at full capacity.



AODS Residential Program Occupancy

Overall: 87%; Turning Point: 89%; Athena House: 93%; Orenda Center: 79%; Henry Oloff: 93%

Overall, residential programs are operating at 87% of capacity. This ranges from 79% in Orenda Center, to 93% in Athena House and Henry Oloff. Understanding that few programs achieve 100% occupancy (with client turnover and the need to hold beds for cases in the 'pipeline') these are reasonable occupancy rates. Note: Orenda Center is a composite rate that combines their programs. (Source: Treatment Provider Survey)

b. Outpatient

This graphic shows the degree to which outpatient programs are operating at full capacity.



## AODS Out-Patient Program Occupancy

Overall, the outpatient program occupancy rate is 76%. This ranges from 44% in Campobello to 98% in Orenda. It should be noted that these rates are based on a one-time inquiry and may vary over time. Note: 'First Step' refers to the 'First Step Prenatal Day Treatment Program' (Source: Treatment Provider Survey)

c. Narcotic Replacement Program

This graphic shows the degree to which Narcotic Replacement programs (methadone) are operating at capacity.



These programs have a more fluid, open-ended availability; but according to the programs there is room for more clients. Overall, the usage rate was 53%. (Source: Treatment Provider Survey)

d. Other Programs

This graphic shows the degree to which two separate and different programs (the Interfaith Shelter and TASC) are at capacity.



AODS Other Program Occupancy

- Overall: 94%
- Interfaith Shelter: 89%
- TASC: 95%

With 68 persons in its facility this month, the Interfaith Shelter is at 89% of capacity. TASC case management is at 95% of its 475 person capacity. (Source: Treatment Provider Survey and TASC)

e. Summary

The next graphic summarized occupancy rates across program type.



AODS Summary of Program Occupancy

Overall: 74%
Residential: 87%
Out-Patient: 76%
Nar. Repl.: 53%
Other: 94%

The alcohol and drug programs had an overall 74% occupancy rate. (Source: Treatment Provider Survey)

2. AODS: Clients Entering from Jail

   a. Residential

This graphic shows the percentage of clients, by residential program, who are estimated to have entered directly from Jail.



Seventy five percent (75%) of Turning Point clients were admitted directly from Jail. Other residential programs had a smaller percentage come directly from in-custody: 5% for Athena House; 27% for Orenda; and 25% for Henry Oloff. (Source: Treatment Provider Survey)

b. Outpatient

This graphic shows the percentage of clients, by outpatient program, who are estimated to have entered directly from Jail.



Ninety-eighth percent (98%) of clients entering CHD outpatient are estimated to have come directly from Jail; 10% of DAAC; 6% of First Step; none for Orenda; and 50% of Indian Health clients. (Source: Treatment Provider Survey)

3. Probationers and TASC clients: Homeless

This graphic breaks-out the percentage of persons estimated to be homeless by supervision caseload type, and by TASC.



Seven percent (7%) of offenders on Intensive Supervision (ISP) are estimated to be homeless; none on Gang supervision; 2% on Sex Offender supervision; 4% on Domestic Violence supervision; and 1% being case managed by TASC. Although the actual number on TASC case management who are homeless is low, case managers estimate that approximately 10% of clients are residing in unsuitable housing for recovery. On the other end of the spectrum, case managers estimate that 19% are in Alcohol and Drug Free Housing. (Source: Probation Officer Survey & TASC Survey)

4. Probationers

   a. Not Fluent in English

This graphic provides an estimate of the percentage of offenders, by supervision caseload type, who are not fluent in English.



It is estimated that 11% of offenders on Intensive Supervision are not fluent in English; 7% in the Gang unit; 2% on Sex Offender supervision; and 15% on Domestic Violence supervision. (Source: Probation Officer Survey)

b. Serious Mental Health Issue

This graphic provides an estimate of the percentage of offenders, by supervision caseload type, who have a serious mental health issue, and are on psychotropic medication.



It is estimated that 8% of offenders on Intensive Supervision have a serious mental health issue, and that 9% are on psychotropic medications; for those in the Gang unit the estimate is 1% mental health issue/none on medication; for those on Sex Offender supervision mental health issues are unknown, but 6% are on psychotropic medications; and for those on Domestic Violence supervision it is estimated that 10% have a serious mental health issue, and 14% are on psychotropic medications. (Source: Probation Officer Survey)

# Summary of Findings

The data collected on Alternative Programs affirmed that the County is doing many things right. There are multiple jail diversion and jail sentence options, and treatment offerings span a broad continuum. Importantly, programs have many characteristics of effective programs: ones proven to reduce recidivism and sustain positive change.

- Treatment programs are of adequate to good duration
- Cognitive-behavioral approaches are employed
- Staff readily employ rewards as well as sanctions
- Clients may step-down from residential to outpatient treatment
- Treatment and intensive supervision are linked
- Aftercare is available
- Programs have good occupancy rates
- Residential programs appear to be serving population with more severe addiction issues than outpatient programs
- Probationers in need of psychotropic medications appear to be accessing them
- SACPA and Drug Court have higher than average completion rates
- The Domestic Violence Court has higher than average 52-week treatment completion rates
- Jail sanctions for Drug Court are used sparingly
- Offenders receiving TASC case management have low levels of homelessness

At the same time there are areas that can be strengthened to ensure programs are realizing their full potential.

- Defendants can self-refer for assessment/treatment
- High treatment denial rate for self-referral system
- Lack of access for violent offenders
- No routine front-end risk and need assessment
- Not at capacity: Drug Court
- Underutilized: Education Services Program; County Parole
- Time to Assessment and Treatment Entry too long
- Criminal risk does not formally guide program placement
- Parallel systems of Drug Court and SACPA with different philosophies on jail sanctions
- Need for continuity of treatment from jail to community

- ❖ Need for more intermediate (intensive outpatient) treatment
- ❖ Too many waiting in Jail for treatment
- ❖ Low utilization of County Parole: Need staffing and program changes for a 'structured' step-down from jail for those being denied
- ❖ Need for more dual diagnosis treatment

We know that realizing the full potential of these programs depends in large part on having a system targets the higher risk offender for the most intensive resources; stops the recycling of the low-risk but high need offenders; and manages offenders in a coordinated way along the continuum. This Report addresses program and system efforts that can ensure a *Continuum of Effective Practices*.