# Sonoma County
## *Corrections Master Plan*

# Chapter Four
# Jail Capacity Forecasts

# *Chapter Four*
# Jail Capacity Forecasts

# Table of Contents

**A. Admissions** .................................................................. **5**

**B. Average Length of Stay** ........................................... **6**

**C. Average Daily Population** ....................................... **7**

**D. County Population:  Actual and Forecasted — 1985-2030** ....................................................................... **8**

   1. County Population:  Actual — 1985-2007 ........................................8
   2. County Population:  Forecasted —  2008-2030 ................................9

**E. Rates** ............................................................................. **10**

   1. Admissions................................................................................10
   2. Incarceration.............................................................................11

**F. Jail Capacity Forecasts** ............................................ **13**

   1. Introduction..............................................................................13
   2. Adjustments:  Peaking and Classification Factors .......................14
   3. The Forecasts for 2030 ..............................................................16

**G. Conclusion** ................................................................. **18**

# *Chapter Four*
# **Jail Capacity Forecasts**

Forecasting future jail population sizes is, or should be, a policy-based task. The changes that have occurred in United States jail populations during the last twenty-five years provide considerable evidence that shifts in local policies can bring about dramatic increases or decreases in jail populations within a county. Few planners who did jail population forecasts during the 1970s or 1980s were able to foresee the nation-wide policy-shift trends that would lead to dramatic growth in jail populations in the 1980s and 1990s. They were unable to foresee, for example, the greater focus on persons convicted of drunk driving. In the 1990s, the offenses that impacted most jails in the United States were domestic violence and all of the narcotics and drug-related crime.

Because of this failure of foresight, even those counties that built new jails during the latter half of the 1980s found that space that was supposed to be sufficient until the year 2000 was filled by the early 1990s. In many cases, the decision-makers responsible for the policy shifts at issue had been on hand when the forecasting studies were done; they were no more able than the forecasters to predict where policy emphases would fall during the coming decade.

Too much jail forecasting work done in recent years has assumed that criminal justice system policies in a county will remain the same over the forecast period. In reality, this is rarely the case. When forecasters make their predictions based on the assumption that county decision-makers will make no changes in criminal justice system policy, they doom their predictions to failure. No county criminal justice system today can afford not to *anticipate*

change. For better or for worse, all county systems will have to change, with increasing frequency, in the years to come. The question is not *whether* but *how* a particular set of policies can be expected to change. Jail forecasters must learn to take the likelihood of such changes into account and try to foresee the various possibilities. As the drunk-driving and domestic violence examples illustrate, forecasters cannot do this without the close cooperation of county decision-makers. Ultimately, the decision-makers are the ones who must decide where the emphasis will fall in the years to come.

Jail capacity forecasts must depend in large part on information made available to forecasters by a county. The forecasts contained in this report are no exception. Much historical information exists on the way the Sonoma County Jail has been used during the past 20 years. Jail admissions, average length of stay, and average daily population figures are available from 1988 to the present.

Attempts to obtain reliable, consistent older data, however, proved impossible — the records simply do not exist or are not reliable. An estimate of the forecast of county population was received from the Association of Bay Area Governments to the year 2035.

As useful as these numbers may be in constructing a picture of what is to come, they will not aid the county unless a consensus regarding criminal justice system policy for the next twenty-five years is reached. The text, tables, and graphs that follow illustrate several possible population scenarios, scenarios that suggest what the county might expect in terms of Jail bed demand given several possible policy scenarios. No one-policy scenario is the "right" scenario. It will be up to the county decision-makers to select the view of the future that best represents what they believe to be the most likely direction of county decision-makers, and then plan for jail space on that basis.

The 2007 data in the following graphics is annualized based upon the first 6 months.

A.  Admissions

The first graphic presents the total admissions per year for the years 1988 to 2007.



In 1988, the Sonoma County Jail admitted a total of 19,937 persons.  The number of admissions increased until 1990 and then dropped dramatically to 16,455 in 1992.  The drop coincided with the establishment of booking fees paid to the Sheriff for every booking.  Admissions remained flat until 2003 when they began climbing.  In 2007, it is expected there will be 20,006 bookings, which is within a few persons of the number of admissions in 1988.

B.  Average Length of Stay

The next graphic shows the average length of stay for 1988 to 2007.



Average Length of Stay

The average length of stay, with one exception rose steadily to 1999 where it has dropped almost every year since. The average length of stay in 1988 was 12.7 days and in 2007 is 20 days, making for a 57 percent increase over the period.

C. Average Daily Population

The next graphic presents the historic average daily populations (ADP) for the Sonoma County Jail over the period 1988 to 2007.



**Average Daily Population**

The average daily population was 693 in 1988. The average daily population increased steadily for 10 years before virtually flattening for the last 10 years. In 2007, the average daily population through June has been 1,096, making for a 58 percent increase over the period.

D.  County Population:  Actual and Forecasted — 1988-2035

    1.  County Population:  Actual — 1988-2007

The next graphic shows the actual county population for each year between 1988 and 2007.



In 1988, 360,870 persons resided in the county. Since then, the population has risen steadily and it is estimated that 481,765 persons live in the county in 2007, a 34 percent increase over the period.

2. County Population: Forecasted — 2010-2035

The next graphic shows the forecasted county population from 2010 to 2035 as provided by the Association of Bay Area Governments.



The county population in 2010 is expected to be 509,100. Population is expected to grow to 568,900 persons by 2035, a 12 percent increase.

E. Rates

1. Admissions

The next graphic shows the rate of admissions to the Sonoma County Jail per 100,000 population from 1988 to 2007.



**Admissions Rate**

In 1988, the admission rate into the Sonoma County Jail was 5,525 per 100,000 population; by 2007, the rate had dropped to 4,153 per 100,000 population, a 25 percent decrease.

2. Incarceration

   a. Sonoma County

      The incarceration rate per 100,000 of the population is shown in the graphic below for the years 1988 to 2007.



The incarceration rate rose from 192 per 100,000 population in 1988 to 227 per 100,000 population in 2007, an 18 percent increase.

b. United States

The next graphic shows the incarceration rates for the United States, Western US, and State of California for the years 1988, 1993, 1999, and 2005. The national and state data is taken from the Census of Jails from the Bureau of Justice Statistics. The national data is only collected every 5 or 6 years.



*United States Incarceration Rates*

The national incarceration rate has risen from 141 persons per 100,000 population in 1988 to 252 in 2005. The western United States has risen from 180 to 235. The state of California has been flat, from 226 to 227. Sonoma County's incarceration rate has increased from 188 per 100,000 population in 1988 to 247 in 2005 which is which is virtually the same as the national average and only slightly higher than the state and regional averages.

F. Jail Capacity Forecasts

1. Introduction

A simple method of forecasting the number of Jail beds needed would be to use average daily population increases over the 20-year study period as a predictive base. During that 20-year period, the Jail population increased on average by 20.1 persons each year. Using the above method, one might predict that the average daily population would be 1,660 Jail beds for the year 2035. However, this forecast assumes that the Jail is being appropriately utilized today (that no additional pre- or post trial intermediate sanctions exist that could impact the Jail population) and that the Jail will continue to be used at the same rate over the next 20 years as it has over the past 20 years. Neither of these assumptions is likely to be true. However, a more detailed approach is recommended to be used to develop Jail population forecasts — one in which county officials can help select specific scenarios for the future on which such forecasts can be based.

The average length of stay has changed significantly over the study period. The average length of stay over the last 20 years averaged 19 days; over the last 10 years 22 days; and over the last 5 years, the average length of stay was also 22 days. In 2007, the average length of stay is 20 days. For the purposes of these forecasts, three estimated average lengths of stay have been used for the year 2035: 20, 22, and 24 days.

Admissions have been flat over the study period. The number of persons booked into the jail in 2007 is the same as in 1988; however, there have been some swings over the years. The admissions rate averaged 4,225 over the last 20 years. The admissions rates averaged 3,814 per 100,000 persons over the last 10 years and 3,878 over the last five years. The admissions rate for 2007 is

4,153. Three different admissions rates are used for these forecasts: 4,000, 4,500, and 5,000 per 100,000 population.

> 2. Adjustments: Peaking and Classification Factors

The expected average daily population for each of the forecast scenarios does *not* mean that the county should have this amount of beds available. Since these are daily averages, the county's plans should include allowances for those days (in a given year) when the population surges above the average because of normal fluctuations in admissions and releases.

This situation is similar to a storm drain system. A storm drain sits empty most of the year; however, it needs to be large enough to handle the peak run-off from a summer thundershower or melting snow from the mountains. Jail populations are very similar. During peak periods — traditionally weekends, the end of the month, and the summer months — jail populations climb. A jail needs to be large enough to handle the peak periods.

The next graphic shows the peaking factor for Sonoma County. The Jail provided the three highest population days each month for each of the years 1998-2006.



Each month's average peak population was determined and then compared with the average daily population to develop the peaking factor. The peaks have evened out, artificially, because of overcrowding. The jail is continuously operating at capacity with adjustments made to the inmate population when it would be seeing normal peak populations. The nine-year average was 3 percent. The peaking factor was rounded up to 10 percent for the purposes of the forecasts.

A second factor, classification, was used to allow for the daily need, in any jail, to have a few open beds available for new inmates within *each* classification category. In a jail of this size, an appropriate classification adjustment factor would be seven beds for each of the four primary classification categories. That is, the county should increase its estimate for

each year by 28 beds to come to a final figure of what will be needed for each of the years in this planning cycle.

### 3. The Forecasts for 2035

The next set of graphics gives figures for the year 2035 based on an average length of stay of 20 days, 22 days and 24 days.

The tables below show (1) the average daily population, (2) beds necessary to handle peak periods, and (3) beds necessary for classification purposes. These figures are given for each of the three possible admissions rates. Each table then gives the incarceration rate per 100,000 population for each of the three possible admissions rates per 100,000 population: 4000, 4500, & 5000.

By 2035, it is estimated that 568,900 persons will be living in the county; this figure provides the baseline for the tables.

# Year 2035
## Average Length of Stay of 20 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1247 | 1372 | 1400 | 220 |
| 4500 | 1403 | 1543 | 1571 | 250 |
| 5000 | 1559 | 1714 | 1742 | 270 |

## Average Length of Stay of 22 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1372 | 1509 | 1537 | 240 |
| 4500 | 1543 | 1697 | 1725 | 270 |
| 5000 | 1714 | 1886 | 1914 | 300 |

## Average Length of Stay of 24 Days

| Admissions Rate per 100,000 Population | Average Daily Population | Total Beds Necessary for the Peak Populations | Total Beds Necessary for Classification | Incarceration Rate per 100,000 Population |
|---|---|---|---|---|
| 4000 | 1496 | 1646 | 1674 | 260 |
| 4500 | 1683 | 1852 | 1880 | 300 |
| 5000 | 1870 | 2057 | 2085 | 330 |

## G. Conclusion

The forecasts presented in this report are just starting points. The projections are, at best, estimates of what is likely to occur in the coming twenty-three years. Should the county decision-makers wish to alter any of the scenarios, they can do so by adjusting the key indices of jail use — county population, admissions rate, expected average lengths of stay, the peaking factor, and the classification factor. By adjusting these factors, the decision-makers will obtain different estimates of the required number of jail beds.

There is no guarantee that criminal justice system policy will not change and push jail populations higher or lower than these numbers indicate. The forecasters of the 1980s did not foresee the dramatic rise in jail populations that took place during the 1990s. No one was able to estimate those changes accurately.

Sonoma County officials must analyze the data contained in this report and adopt a plan for the future of their criminal justice system. Policy shifts that could change the amount of jail space available are detailed in this report. If the necessary changes recommended in this report do *not* occur, then *more* beds than those predicted in this report will be necessary. Left uncontrolled, the present Jail population will continue to grow, filling and overfilling whatever facilities are constructed in response to such growth, and leaving Sonoma County with *no* alternatives for managing the jail population other than simply building new facilities every few years in response to renewed overcrowding. An approach that emphasizes active management, on the other hand, may make it possible to prolong the sufficiency of *new* jail space for a *longer* period — giving Sonoma County time to explore and try out the many viable alternatives to construction that have become available in recent years and are recommended in the next chapter.