UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and STEPHEN REINHARDT

**Date:** Dec. 10, 2008

**Case No.** 01-01351 TEH    **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK    COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Steve Fama, Rebekah Evenson, Ed Sangster

For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

For Intervenor(s): William Mitchell, Teresa Wang, Kimberly Hall Barlow

**Clerk:** Rowena B. Espinosa    **Court Reporter:** Joan Columbini/Debra Pas

**Trial Began:** 11/18/08    **Further Trial:** 12/11/08

*See attached Trial Log*