UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**          Case Name:  **PLATA/COLEMAN, et al.**  v.   **SCHWARZENEGGER, et al**
**90-0520 LKK**

| JUDGES:<br>THELTON E. HENDERSON,<br>LAWRENCE K. KARLTON, STEPHEN<br>REINHARDT | PLAINTIFF ATTORNEY:<br>Don Specter, Michael Bien, Steve<br>Fama, Rebekah Evenson, Ed<br>Sangster | DEFENSE ATTORNEY:<br>Paul Mello, Anne Johnson,<br>William Mitchell, Teresa Wang,<br>Kimberly Hall Barlow |
|---|---|---|
| **TRIAL DATE:**<br>Dec. 10, 2008 | **REPORTER(S):**<br>Joan Columbini/Debra Pas | **CLERK:**<br>Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 am | | | Court convene; Defense calls *SCOTT KERNAN* to the stand and sworn in; Direct examination by P. Mello | |
| | | 9:50 am | | | Cross examination by S. Fama; exhibit P-839 is admitted | |
| | | 10:25 am | | | Redirect by P. Mello | |
| | | 10:35 am | | | S. Kernan is excused; Court is in recess | |
| | | 10:50 am | | | Court reconvene; Defense calls *JAMES MARQUART* to the stand and sworn in; Direct examination by A. Johnson | |
| | | 11:33 am | | | Cross examination by W. Mitchell | |
| | | 11:42 am | | | Cross examination by D. Specter | |
| | | 12:10 pm | | | J. Marquart is excused; Court is in recess | |
| | | 1:20 pm | | | Court reconvene; Plaintiffs call *JOSEPH LEHMAN* to the stand and sworn in; Direct examination by D. Specter | |
| | | 1:44 pm | | | Cross examination by A. Johnson; Defense exhibit #1331 is admitted | |
| | | 2:10 pm | | | Cross examination by T. Wang | |
| | | 2:13 pm | | | J. Lehman is excused; Dft-Intervenors call *RICHARD CONKLIN* to the stand and sworn in; Direct examination by K. Hall Barlow | |
| | | 3:05 pm | | | Court in recess | |
| | | 3:22 pm | | | Court reconvene; Cross examination by E. Sangster | |
| | | 3:35 pm | | | Redirect by K. Hall Barlow | |
| | | 3:37 pm | | | R. Conklin is excused; Court is adjourned for the day | |
| | | | | | | |
| | | | | | | |