PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA V. MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF CHARLENE A. SILVA** |

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Charlene Ann Silva into evidence as though the statements were made during testimony during trial.

2. Ms. Silva would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

3. Ms. Silva does not know how many parolees currently utilize services provided by, or receive benefits from, the San Mateo County Health Department. The San Mateo County Health Department does not have data collection methodology to track services to parolees. Ms. Silva is not aware of any law or regulation that makes a person ineligible for services from the San Mateo County Health Department merely because he or she is a parolee with the sole exception that the department may not provide mental health services to registered sex offenders.

4. Ms. Silva does not know what percentage of parolees released to San Mateo County utilize services provided by, or receive benefits from, the San Mateo County Health Department.

5. Ms. Silva does not know what percentage of the persons utilizing services provided by, or receive benefits from, the San Mateo County Health Department are parolees.

6. Ms. Silva does not know what percentage of the County Health budget is currently spent on providing health services to parolees.

7. Ms. Silva does not know what percentage of persons released from prisons apply for any San Mateo County services.

8. Ms. Silva does not know what percentage of persons released from prisons receive any San Mateo County services.

9. Ms. Silva is not testifying as an expert in public safety. She offers no expert opinion regarding the impact on public safety of a prisoner release order.

10. Ms. Silva based her estimate that the San Mateo County Health Department has the ability to serve an estimated one in five of its current residents in need of substance abuse

treatment on the "community needs assessment" prepared by a coalition of health care providers at the county using data provided by epidemiologists employed by the county. That estimate includes persons who may need substance abuse treatment but do not seek it.

11. At the time Ms. Silva prepared her declaration, she based her estimate of $12 million in annual costs to provide appropriate mental health and substance abuse treatment, contained at page 3 of her report, on data collected and analyzed in connection with the Legislative Analyst Office Parole Realignment proposal. For the Parole Realignment project, San Mateo County staff assumed that 1000 parolees would be realigned from state parole supervision to San Mateo County probation supervision. The data was not prepared in response to this lawsuit's demand for any particular reduction in the prison population over any particular period of time.

12. The San Mateo County public health system provides psychiatric emergency services and has a 34 acute inpatient beds for psychiatric patients.

13. The San Mateo County Mental Health Services Division system provides a range of mental health services to the persons with mental illness, including assessment, treatment, supportive services, and case management services. The Mental Health Services Division provides services to approximately 10,000 persons. The Mental Health Services Division contracts with licensed board-and-care facilities to provide services for persons who cannot live independently.

14. San Mateo County has approximately 20 contract providers that operate institutions for the mentally disabled including the locked, sub acute institution for the mentally disabled called Cordilleras with between 60 and 100 beds (not all of which are locked).

15. San Mateo contracts with service providers to assist the mentally disabled in preparing for employment. However, the assessment does not guarantee immediate treatment.

16. San Mateo County's mental health program does not have a waiting list for assessments.

17. The County of San Mateo has public guardian who is responsible for conservatorships for persons who are danger to themselves or others under the Lanterman-Petris-Short Act.

Dated: December 11, 2008    By:

/s/ Lisa Ells
LISA ELLS

Rosen Bien & Galvan LLP
Attorneys for Plaintiffs

Dated: December 11, 2008    By:

/s/ Kyle Lewis
Kyle Lewis
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 11, 2008    By:

/s/ Anne Johnson
Anne Johnson, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 11, 2008    By:

/s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Intervenors

-3-

Dated: December 11, 2008     By:

                                      /s/ Steven S. Kaufhold
Steven S. Kaufhold
    skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Republican Assembly and
Senate Intervenors

Dated: December 11, 2008     By:

                                      /s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for California Correctional Peace
Officers' Association (CCPOA) Intervenors

Dated: December 11, 2008     By:

                                      /s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Sonoma County Intervenors

Dated: December 11, 2008     By:

                                      /s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Intervenors

Dated: December 11, 2008     By:

       /s/ Kimberly Hall Barlow
Kimberly Hall Barlow
   khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors

-5-