| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | THERESA J. FUENTES, Deputy County Counsel (S.B. #208588) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
|   | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |

Attorneys for Defendant Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | No. C01-1351 TEH |
| MARCIANO PLATA, et al., | THREE-JUDGE COURT |
| Plaintiffs, | **DEFENDANT INTERVENOR COUNTY OF SANTA CLARA'S NOTICE OF WITNESS SCHEDULE CHANGE FOR DECEMBER 12, 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Def. Intervenor Co. of Santa Clara's Notice
of Witness Schedule Change for 12/12/08          1          CIV S-90-0520 LKK JFM / C01-1351 TEH

1   Time permitting, Robert Garner, Director of the Santa Clara County Department of
2   Alcohol and Drug Services, will testify on Friday, December 12, 2008.  Mr. Garner is otherwise
3   scheduled on the Joint Witness List to testify on Thursday, December 18, 2008.

4   Dated:  December 12, 2008                                  Respectfully submitted,

5                                                                                ANN MILLER RAVEL
                                                                                      County Counsel
6

7                                                                     By:            /S/
                                                                                 THERESA J. FUENTES
8                                                                                Deputy County Counsel

9                                                                                Attorneys for Defendant Intervenor
                                                                                      COUNTY OF SANTA CLARA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Def. Intervenor Co. of Santa Clara's Notice
of Witness Schedule Change for 12/12/08           2        CIV S-90-0520 LKK JFM / C01-1351 TEH