**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **01-1351 TEH**        Case Name:  **PLATA/COLEMAN, et al.**  v.  **SCHWARZENEGGER, et al.**
           **90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Michael Bien, Don Specter, Ed Sangster, Amy Whelan, Rebekah Evenson, Maria Morris | DEFENSE ATTORNEY: Paul Mello, Lisa Tillman, William Mitchell, Anne Keck, Teresa Wang, Theresa Fuentes |
|---|---|---|
| **TRIAL DATE:** Dec. 11, 2008 | **REPORTER(S):** Joan Columbini/Debra Pas | **CLERK:** Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 am | | | Court convene; Plaintiffs call *BARRY KRISBERG* to the stand and sworn in; Direct examination by E. Sangster | |
| | | 9:50 am | | | Cross examination by L. Tillman | |
| | | 10:30 am | | | Cross examination by W. Mitchell | |
| | | 11:30 am | | | B. Krisberg is excused; Court in recess | |
| | | 11:45 am | | | Court reconvene; Dft-Intervenors call *DAVID BENNETT* to the stand and sworn in; Direct examination by A. Keck | |
| | | 12:20 pm | | | Court in recess | |
| | | 1:25 pm | | | Court reconvene; Cross examination by R. Evenson | |
| | | 1:29 pm | | | D. Bennett is excused; Plaintiffs recall *PABLO STEWART* to the stand; Direct examination by A. Whelan | |
| | | 1:50 pm | | | Cross examination by L. Tillman | |
| | | 2:25 pm | | | Cross examination by T. Wang | |
| | | 2:30 pm | | | P. Stewart is excused; Dft-Intervenors call *GARY GRAVES* to the stand and sworn in; Direct examination by T. Fuentes | |
| | | 2:50 pm | | | Cross examination by M. Morris | |
| | | 3:25 pm | | | Court in recess | |
| | | 3:40 pm | | | Court reconvene; Redirect by T. Fuentes | |
| | | 3:45 pm | | | Re-cross by M. Morris | |
| | | 3:46 pm | | | G. Graves is excused; scheduling matters discussed | |
| | | 3:50 pm | | | Court is adjourned for the day | |
| | | | | | | |
| | | | | | | |
| | | | | | | |