| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>   Defendants. | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** <br><br> **STIPULATION REGARDING THE TESTIMONY OF DAVID S. BOESCH** |
| MARCIANO PLATA, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>   Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

1

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of David S. Boesch into evidence as though the statements were made during testimony during trial.

2. Mr. Boesch would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

3. Mr. Boesch does not know how many parolees San Mateo County currently has. He would rely on the Sheriff's Office which maintains that data.

4. Mr. Boesch does not know what percentage of overall parolees from the state prison system San Mateo County currently has. He would rely on the Sheriff's Office which maintains that data.

5. Mr. Boesch does not know how many parolees currently utilize services of any kind provided by, or receive benefits from San Mateo County. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

6. Mr. Boesch does not know what percentage of parolees released to San Mateo County utilize services of any kind provided by, or receive benefits from, San Mateo County. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

7. Mr. Boesch does not know what percentage of the persons utilizing services of any kind provided by, or receive benefits from, San Mateo County are parolees. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

8. Mr. Boesch does not know what percentage of the County Health budget is currently spent on providing health or mental health services to parolees. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

9. Mr. Boesch does not know what percentage of persons released from prisons receive any San Mateo County services. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

10. Mr. Boesch does not know how many parolees currently utilize services of any kind provided by, or receive benefits from any County in California. That data is not collected by San Mateo County, because the County, with few exceptions, provides services to parolees without regard to their status as parolees.

11. Mr. Boesch is not testifying as an expert in public safety. He offers no expert opinion regarding the impact on public safety of a prisoner release order.

12. In forming his opinions, Mr. Boesch assumed that there would be an immediate release of 40,000 prisoners from the state prisons and/or that a population cap would freeze intakes from San Mateo county jails.

13. Mr. Boesch does not know the extent of waiting lists for medical, mental health, housing, substance abuse, or any other services provided by San Mateo County. He would rely on Department Heads in the respective County Departments for that information.

14. Mr. Boesch does not know how many people are on probation in San Mateo County. He would rely on the Chief Probation Officer for that information.

15. Mr. Boesch did not personally calculate, analyze or verify the calculations used to reach his opinion that it will cost San Mateo County $21 million in annual costs to provide services to 1,000 former inmates.

///
///
///
///
///
///
///

1      16.    At the time Mr. Boesch prepared his declaration, he based his estimate of $21 million in annual costs to provide services on data collected and analyzed in connection with the Legislative Analyst Office Parole Realignment proposal. For the Parole Realignment project, San Mateo County staff assumed that 1,000 parolees would be realigned from state parole supervision to San Mateo County probation supervision. The data was not prepared in response to this lawsuit's demand for any particular reduction in the prison population over any particular period of time.

Dated: December 11, 2008     By:

/s/ Amy Whelan
Amy Whelan
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs

Dated: December 11, 2008     By:

/s/ Carol Woodward
Carol Woodward
cwoodward@co.sanmateo.ca.us

Deputy County Counsel
Attorneys for Defendant Intervenor, San Mateo County

Dated: December 11, 2008     By:

/s/ Kyle Lewis
Kyle Lewis
kyle.lewis@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 11, 2008        By:

                                /s/ Paul B. Mello
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 11, 2008        By:

                                /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Intervenors

Dated: December 11, 2008        By:

                                /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Republican Assembly and
Senate Intervenors

Dated: December 11, 2008        By:

                                /s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for California Correctional Peace Officers'
Association (CCPOA) Intervenors

Dated: December 11, 2008        By:

        /s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Sonoma County Intervenors

Dated: December 11, 2008        By:

        /s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Intervenors

Dated: December 11, 2008        By:

        /s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors