PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br>　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF COMMANDER JOHN INGRASSIA** |
| MARCIANO PLATA ,et al.,<br><br>　　　Plaintiffs,<br>　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Commander John Ingrassia into evidence as though the statements were made during testimony during trial.

2. In addition to the facts stated in his declaration, Commander Ingrassia would testify to the following on direct examination: (a) to Commander Ingrassia's knowledge, neither he nor the Sheriff's Department does anything to assess on a periodic basis the effect, if any, on public safety of the policies and programs employed by the San Diego County Sheriff's Department to keep its population at or below the population cap; (b) San Diego County released in 2007 9,855 pre-trial detainees due to lack of housing capacity and 9007 sentenced inmates were released before their county jail sentences were complete due to lack of housing capacity in the San Diego County jail facilities.

3. Commander Ingrassia would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

4. Commander Ingrassia was designated pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6) to testify on behalf of San Diego County Sheriff's Department regarding the following topics:

    a. The design capacity for each jail operated and/or maintained by San Diego County Sheriff's Department;

    b. The number of people currently housed in each jail operated and/or maintained by San Diego County Sheriff's Department;

    c. Any limits on the number of people that can be housed in any jail operated or maintained by San Diego County Sheriff's Department;

    d. Any policies or programs in existence in the San Diego County Sheriff's Department from January 1, 1995 to the present by which an individual detained in a jail may obtain early release, including any "good time" credits;

    e. Any methods used by the San Diego County Sheriff's Department for selecting persons for early release, including, but not limited to, any risk assessment procedures;

    f. San Diego County's current criminal and penal justice reform efforts, which involve the San Diego County Sheriff's Department;

    g. Any impacts that San Diego County's current criminal and penal justice reform efforts involving the San Diego County Sheriff's Department have had on public safety or the operation of San Diego County's criminal justice system;

    h. Any impacts that a prisoner release order in these cases would have on public safety in San Diego County, along with Richard Conklin;

    i. Any impacts that a prisoner release order in these cases would have on San Diego County's criminal justice system, along with Richard Conklin.

    j. Any diversion programs that keep criminal offenders from being incarcerated in San Diego County San Diego County Sheriff's Department jail facilities, along with Richard Conklin.

5. Commander Ingrassia regards himself as the person most knowledgeable regarding the topics of the 30(b)(6) deposition.

6. Commander Ingrassia is the Commander, for the Detention Services Bureau for the San Diego County Sheriff's Department.

7. The San Diego County Sheriff's Department operates under a population cap mandated by a federal court order.

8. The San Diego County Sheriff's Department uses a variety of programs to keep its population at or below the population cap.  These include:

    a. DUI Quick Release Program;

    b. Jail Book and Release Program;

    c. Court Felony OR;

    d. Field Cite and Release;

    e. Inebriate Reception Center;

    f. Central Intake Program;

    g. Supervised Release;

    h. Drug Diversion;

    i. Sheriff's Work Release;

j. Accelerated Release of Sentenced Inmates (P.C. 4024.1);

k. 10% Sentence Reduction (Hudler v. Duffy & Armstrong v. Board of Supervisors);

l. County Parole;

m. Work Release;

n. Court Book and Release;

o. Electronic Monitoring;

p. Honor Camps;

q. Work Furlough Center.

9. These programs include releasing County inmates prior to the completion of their sentences.

10. Commander Ingrassia is unaware of any fact which indicates that any of the Sheriff's Department programs or policies described above has had a negative impact on public safety in San Diego County.

Dated: December 15, 2008        By:

    /s/ Edward P. Sangster
EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated:  December 15, 2008        By:

                                          /s/ Rochelle C. East
Rochelle C. East
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated:  December 15, 2008        By:

                                          /s/ Paul B. Mellow
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated:  December 15, 2008        By:

                                          /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Intervenors

Dated:  December 15, 2008        By:

                                          /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Republican Assembly and
Senate Intervenors

Dated: December 15, 2008          By:

           /s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for California Correctional Peace Officers' Association (CCPOA) Intervenors

Dated: December 15, 2008          By:

           /s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Sonoma County Intervenors

Dated: December 15, 2008          By:

           /s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Intervenors

Dated: December 15, 2008          By:

           /s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors