UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**         Case Name:  **PLATA/COLEMAN, et al.**  v.  **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| **JUDGE:**<br>THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | **PLAINTIFF ATTORNEY:**<br>Don Specter, Michael Bien, Rebekah Evenson, Ed Sangster, Maria Morris | **DEFENSE ATTORNEY**:<br>Paul Mello, Kyle Lewis, Kimberly Hall Barlow, William Mitchell, Theresa Fuentes, Teresa Wang |
|---|---|---|
| **TRIAL DATE:**<br>Dec. 12, 2008 | **REPORTER(S):**<br>Joan Columbini/Debra Pas | **CLERK**:<br>Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 am | | | Court convene; Dft-Intervenors call *JERRY DYER* to the stand and sworn in; direct examination by K. Hall Barlow | |
| | | 10:33 am | | | Cross examination by K. Lewis | |
| | | 10:35 am | | | Court in recess | |
| | | 10:50 am | | | Court reconvene; Cross examination by D. Specter | |
| | | 11:20 am | | | Redirect by K. Hall Barlow | |
| | | 11:21 am | | | J. Dyer is excused; Dft-Intervenors call *RODRIC PACHECO* to the stand and sworn in; Direct examination by W. Mitchell | |
| | | 11:50 am | | | Cross examination by E. Sangster | |
| | | 12:05 pm | | | R. Pacheco is excused; Court in recess | |
| | | 1:08 pm | | | Court reconvene; Scheduling matters discussed | |
| | | 1:12 pm | | | Dft-Intervenors call *BONNIE DUMANIS* to the stand and sworn in; Direct examination by W. Mitchell | |
| | | 1:35 pm | | | B. Dumanis is excused; Dft-Intervenors call *NANCY PEÑA* to the stand and sworn in; Direct examination by T. Fuentes | |
| | | 1:55 pm | | | Cross examination by M. Morris | |
| | | 2:25 pm | | | N. Pena is excused; Dft-Intervenors call *TODD SPITZER* to the stand and sworn in; Direct examination by T. Wang | |
| | | 3:05 pm | | | T. Spitzer is excused; Court in recess | |
| | | 3:20 pm | | | Court reconvene; Dft-Intervenors call *ROBERT GARNER* to the stand and sworn in; Direct examination by T. Fuentes | |
| | | 3:40 pm | | | Cross examination by E. Sangster | |
| | | 3:45 pm | | | R. Garner is excused; Court is adjourned for the day | |