PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING THE TESTIMONY OF ARTHUR LAWRENCE REINGOLD, M.D.** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Expert Report of Arthur Reingold, M.D., filed October 30, 2008 (*Coleman* Docket No. 3231-8, *Plata* Docket No. 1714-8) as though the statements were made during testimony during trial. The Report is presented as rebuttal to the testimony presented by Defendants' witness Christopher Mumola.

2. The Court may further accept the Deposition Excerpts attached hereto as Exhibit A as additional testimony of Arthur Reingold, M.D., as if it had been made at trial.

Dated: December 16, 2008    By:

    /s/ Steven Fama
Steven Fama
Prison Law Office
Attorneys for Plaintiffs

Dated: December 16, 2008    By:

    /s/ Kyle Lewis
Kyle Lewis
kyle.lewis@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 16, 2008    By:

    /s/ Paul B. Mello
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

| | |
|---|---|
| Dated: December 16, 2008 | By: |

         /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Intervenors

Dated: December 16, 2008         By:

         /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Republican Assembly and
Senate Intervenors

Dated: December 16, 2008         By:

         /s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for California Correctional Peace Officers'
Association (CCPOA) Intervenors

Dated: December 16, 2008         By:

         /s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Sonoma County Intervenors

1  Dated: December 16, 2008        By:

3              /s/ William E. Mitchell
               William E. Mitchell
4              wemitchell@rivcoda.org

5              Riverside County District Attorney's Office
               Attorneys for District Attorney Intervenors

7  Dated: December 16, 2008        By:

9              /s/ Kimberly Hall Barlow
               Kimberly Hall Barlow
10             khb@jones-mayer.com

11             Jones & Mayer LLP
               Attorneys for California Sheriff, Probation, Police Chief
12             and Corrections Intervenors

STIPULATION REGARDING TESTIMONY OF DAVID S. BOESCH
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 TEH

[260256-1]