PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF CHIEF LOREN BUDDRESS** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Chief Loren Buddress into evidence as though the statements were made during testimony during trial.

2. Chief Buddress would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

3. Chief Buddress estimated in paragraph 7 of his declaration that San Mateo County would need approximately $7.6 million to provide services for an additional 1,000 parolees.

4. Of that $7.6 million sum, approximately $2.9 million would be for the cost of using electronic or GPS monitoring on every parolee. Currently, San Mateo County Probation Department does not supervise any State parolees, and it does not currently use widespread electronic monitoring of adult probationers.

Dated: December 17, 2008        By:

        /s/ Edward P. Sangster
     EDWARD P. SANGSTER
     ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated:  December 17, 2008        By:

                /s/ Rochelle C. East
                Rochelle C. East
                rochelle.east@doj.ca.gov

                Deputy Attorney General
                Attorneys for Defendants

Dated:  December 17, 2008        By:

                /s/ Paul B. Mellow
                Paul B. Mello, Esq.
                pmello@hansonbridgett.com

                Hanson & Bridgett LLP
                Attorneys for Defendants

Dated:  December 17, 2008        By:

                /s/ Theresa Fuentes
                Theresa Fuentes
                theresa.fuentes@cco.sccgov.org

                Office of the County Counsel
                Attorneys for County Intervenors

Dated:  December 17, 2008        By:

                /s/ Steven S. Kaufhold
                Steven S. Kaufhold
                skaufhold@akingump.com

                Akin, Gump Strauss Hauer & Feld, LLP
                Attorneys for Republican Assembly and
                Senate Intervenors

Case 2:90-cv-00520-KJM-SCR    Document 3405    Filed 12/17/08    Page 4 of 4

| | | |
|---|---|---|
| Dated: December 17, 2008 | By: | |

/s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for California Correctional Peace Officers' Association (CCPOA) Intervenors

Dated: December 17, 2008    By:

/s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Sonoma County Intervenors

Dated: December ___, 2008    By:

/s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Intervenors

Dated: December 17, 2008    By:

/s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors

4
STIPULATION REGARDING TESTIMONY OF CHIEF LOREN BUDDRESS
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE