JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Intervenor-Defendants
SAN DIEGO COUNTY SHERIFF WILLIAM B. KOLENDER, ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, PLACER COUNTY SHERIFF EDWARD N. BONNER, BUTTE COUNTY SHERIFF-CORONER PERRY L. RENIFF, CALAVERAS COUNTY SHERIFF DENNIS DOWNUM, LOS ANGELES COUNTY SHERIFF LEE BACA, SANTA CLARA COUNTY SHERIFF LAURIE SMITH, SAN BENITO COUNTY SHERIFF CURTIS HILL, STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, MENDOCINO COUNTY SHERIFF TOM ALLMAN, TEHAMA COUNTY SHERIFF CLAY PARKER, LASSEN COUNTY SHERIFF STEVE WARREN, YOLO COUNTY SHERIFF ED PRIETO, SANTA BARBARA COUNTY SHERIFF BILL BROWN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, SAN MATEO COUNTY SHERIFF GREG MUNKS, YUBA COUNTY SHERIFF STEVE DURFOR, CONTRA COSTA COUNTY SHERIFF WARREN RUPF, SHASTA COUNTY SHERIFF TOM BOSENKO, RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR., VENTURA COUNTY SHERIFF BOB BROOKS, SOLANO COUNTY SHERIFF GARY R. STANTON, SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES, SUTTER COUNTY SHERIFF JIM DENNEY, LAKE COUNTY SHERIFF ROD MITCHELL, GLENN COUNTY SHERIFF LARRY JONES, TUOLUMNE COUNTY SHERIFF JIM MELE, FRESNO COUNTY SHERIFF MARGARET MIMS, MONTEREY COUNTY SHERIFF MIKE KANALAKIS, MONO COUNTY SHERIFF RICHARD SCHOLL, HUMBOLDT COUNTY SHERIFF GARY PHILP, EL DORADO COUNTY SHERIFF JEFF NEVES, MERCED COUNTY SHERIFF MARK PAZIN, DEL NORTE COUNTY SHERIFF DEAN WILSON, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, AMADOR COUNTY SHERIFF MARTIN RYAN, INYO COUNTY SHERIFF WILLIAM LUTZE, STANISLAUS COUNTY CHIEF PROBATION OFFICER

-1-

DECLARATION OF SHERIFF BILL BROWN REGARDING SANTA BARBARA COUNTY JAIL STATISTICS

| | |
|---|---|
| 1 | JERRY POWERS, VENTURA COUNTY CHIEF PROBATION OFFICER KAREN STAPLES, |
| 2 | SOLANO COUNTY CHIEF PROBATION OFFICER ISABELLE VOIT, SANTA BARBARA COUNTY |
| 3 | CHIEF PROBATION OFFICER PATRICIA STEWART, BUTTE COUNTY CHIEF PROBATION OFFICER JOHN |
| 4 | WARDELL, SAN LUIS OBISPO COUNTY CHIEF PROBATION OFFICER KIM BARRETT, CONTRA |
| 5 | COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, INYO COUNTY CHIEF |
| 6 | PROBATION OFFICER JIM MOFFETT, SHASTA COUNTY CHIEF PROBATION |
| 7 | OFFICER BRIAN RICHART, YOLO COUNTY CHIEF PROBATION OFFICER DON MEYER, |
| 8 | FRESNO COUNTY CHIEF PROBATION OFFICER LINDA PENNER, MARIPOSA COUNTY CHIEF |
| 9 | PROBATION OFFICER GAIL NEAL, CITY OF WHITTIER POLICE CHIEF DAVE SINGER, |
| 10 | CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES, CITY OF PASADENA POLICE CHIEF BARNEY |
| 11 | MELEKIAN, CITY OF ALHAMBRA POLICE CHIEF JIM HUDSON, CITY OF FREMONT |
| 12 | POLICE CHIEF CRAIG STECKLER, CITY OF GROVER BEACH POLICE CHIEF JIM COPSEY, |
| 13 | CITY OF SANTA CLARA POLICE CHIEF STEVE LODGE, CITY OF VACAVILLE POLICE CHIEF |
| 14 | RICH WORD, CITY OF WOODLAND POLICE CHIEF CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF |
| 15 | MACE McINTOSH, CITY OF PASO ROBLES POLICE CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO |
| 16 | POLICE CHIEF MICHAEL BILLDT, CITY OF ATWATER POLICE CHIEF RICHARD HAWTHORNE, |
| 17 | NATIONAL CITY POLICE CHIEF ADOLFO GONZALES, CITY OF DELANO POLICE CHIEF MARK DeROSIA, |
| 18 | CITY OF MODESTO POLICE CHIEF ROY WASDEN, CITY OF FRESNO POLICE CHIEF JERRY DYER, AND |
| 19 | CITY OF DELANO CHIEF OF CORRECTIONS GEORGE GALAZA |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |

-2-

DECLARATION OF SHERIFF BILL BROWN REGARDING SANTA BARBARA COUNTY JAIL STATISTICS

| | | |
|---|---|---|
| 1 | Plaintiffs, | **THREE-JUDGE COURT** |
| 2 | vs. | |
| 3 | ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 4 | | |
| 5 | Defendants. | |
| 6 | MARCIANO PLATA, et al., | Case No.: C01-1351 TEH |
| 7 | Plaintiffs, | **THREE-JUDGE COURT** |
| 8 | vs. | **DECLARATION OF SHERIFF BILL BROWN REGARDING SANTA BARBARA COUNTY JAIL STATISTICS** |
| 9 | ARNOLD SCHWARZENEGGER, et al., | |
| 10 | | |
| 11 | Defendants. | |

I, BILL BROWN, hereby declare as follows:

1.  I am the Sheriff-Coroner of Santa Barbara County. I am a party to this action as an intervenor-defendant. I have personal knowledge of the facts stated herein, and could and would competently testify thereto.

2.  Santa Barbara County has two jail facilities with a combined rated capacity of 812. The Santa Barbara County Main Jail, which has a rated capacity of 623, is subject to a state court-ordered cap of 706, 605 males and 101 females maximum. Pursuant to this cap, inmates are released early when the Main Jail reaches eighty-five percent capacity. In 2007, 1,784 sentenced jail inmates were required to be released before their county jail sentences were completed due to the lack of housing capacity in the jail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of December at Santa Barbara, California.

_____
BILL BROWN

-3-
DECLARATION OF SHERIFF BILL BROWN REGARDING SANTA BARBARA COUNTY JAIL STATISTICS