1 | JONES & MAYER
Martin J. Mayer (SB # 73890)
2 | Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
3 | Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
4 | Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
5 | e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
6 | e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com
7 |
Attorneys for Intervenor-Defendants
8 | SAN DIEGO COUNTY SHERIFF WILLIAM B.
KOLENDER, ORANGE COUNTY SHERIFF-
9 | CORONER SANDRA HUTCHENS, PLACER
COUNTY SHERIFF EDWARD N. BONNER,
10 | BUTTE COUNTY SHERIFF-CORONER PERRY
L. RENIFF, CALAVERAS COUNTY SHERIFF
11 | DENNIS DOWNUM, LOS ANGELES COUNTY
SHERIFF LEE BACA, SANTA CLARA COUNTY
12 | SHERIFF LAURIE SMITH, SAN BENITO COUNTY
SHERIFF CURTIS HILL, STANISLAUS COUNTY
13 | SHERIFF ADAM CHRISTIANSON, MENDOCINO
COUNTY SHERIFF TOM ALLMAN, TEHAMA
14 | COUNTY SHERIFF CLAY PARKER, LASSEN
COUNTY SHERIFF STEVE WARREN, YOLO
15 | COUNTY SHERIFF ED PRIETO, SANTA BARBARA
COUNTY SHERIFF BILL BROWN, KERN COUNTY
16 | SHERIFF DONNY YOUNGBLOOD, SAN MATEO
COUNTY SHERIFF GREG MUNKS, YUBA COUNTY
17 | SHERIFF STEVE DURFOR, CONTRA COSTA
COUNTY SHERIFF WARREN RUPF,
18 | SHASTA COUNTY SHERIFF TOM BOSENKO,
RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR.,
19 | VENTURA COUNTY SHERIFF BOB BROOKS,
SOLANO COUNTY SHERIFF GARY R. STANTON,
20 | SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES,
SUTTER COUNTY SHERIFF JIM DENNEY,
21 | LAKE COUNTY SHERIFF ROD MITCHELL,
GLENN COUNTY SHERIFF LARRY JONES,
22 | TUOLUMNE COUNTY SHERIFF JIM MELE,
FRESNO COUNTY SHERIFF MARGARET MIMS,
23 | MONTEREY COUNTY SHERIFF MIKE KANALAKIS,
MONO COUNTY SHERIFF RICHARD SCHOLL,
24 | HUMBOLDT COUNTY SHERIFF GARY PHILP,
EL DORADO COUNTY SHERIFF JEFF NEVES,
25 | MERCED COUNTY SHERIFF MARK PAZIN,
DEL NORTE COUNTY SHERIFF DEAN WILSON,
26 | SAN JOAQUIN COUNTY SHERIFF STEVE MOORE,
AMADOR COUNTY SHERIFF MARTIN RYAN,
27 | INYO COUNTY SHERIFF WILLIAM LUTZE,
STANISLAUS COUNTY CHIEF PROBATION OFFICER
28 |

-1-

DECLARATION OF MARGARET MIMS REGARDING FRESNO COUNTY JAIL STATISTICS

1  JERRY POWERS, VENTURA COUNTY CHIEF
   PROBATION OFFICER KAREN STAPLES,
2  SOLANO COUNTY CHIEF PROBATION OFFICER
   ISABELLE VOIT, SANTA BARBARA COUNTY
3  CHIEF PROBATION OFFICER PATRICIA STEWART,
   BUTTE COUNTY CHIEF PROBATION OFFICER JOHN
4  WARDELL, SAN LUIS OBISPO COUNTY CHIEF
   PROBATION OFFICER KIM BARRETT, CONTRA
5  COSTA COUNTY CHIEF PROBATION OFFICER
   LIONEL CHATMAN, INYO COUNTY CHIEF
6  PROBATION OFFICER JIM MOFFETT,
   SHASTA COUNTY CHIEF PROBATION
7  OFFICER BRIAN RICHART, YOLO COUNTY
   CHIEF PROBATION OFFICER DON MEYER,
8  FRESNO COUNTY CHIEF PROBATION OFFICER
   LINDA PENNER, MARIPOSA COUNTY CHIEF
9  PROBATION OFFICER GAIL NEAL, CITY OF
   WHITTIER POLICE CHIEF DAVE SINGER,
10 CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES,
   CITY OF PASADENA POLICE CHIEF BARNEY
11 MELEKIAN, CITY OF ALHAMBRA POLICE
   CHIEF JIM HUDSON, CITY OF FREMONT
12 POLICE CHIEF CRAIG STECKLER, CITY OF
   GROVER BEACH POLICE CHIEF JIM COPSEY,
13 CITY OF SANTA CLARA POLICE CHIEF STEVE
   LODGE, CITY OF VACAVILLE POLICE CHIEF
14 RICH WORD, CITY OF WOODLAND POLICE CHIEF
   CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF
15 MACE McINTOSH, CITY OF PASO ROBLES POLICE
   CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO
16 POLICE CHIEF MICHAEL BILLDT, CITY OF
   ATWATER POLICE CHIEF RICHARD HAWTHORNE,
17 NATIONAL CITY POLICE CHIEF ADOLFO GONZALES,
   CITY OF DELANO POLICE CHIEF MARK DeROSIA,
18 CITY OF MODESTO POLICE CHIEF ROY WASDEN,
   CITY OF FRESNO POLICE CHIEF JERRY DYER, AND
19 CITY OF DELANO CHIEF OF CORRECTIONS GEORGE
   GALAZA
20

21              IN THE UNITED STATES DISTRICT COURTS

22          FOR THE EASTERN DISTRICT OF CALIFORNIA

23          AND THE NORTHERN DISTRICT OF CALIFORNIA

24  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

25       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

26

27  RALPH COLEMAN, et al.,          Case No: CIV S-90-0520 LKK JFM P

28
                                    -2-
     DECLARATION OF MARGARET MIMS REGARDING FRESNO COUNTY JAIL STATISTICS

| | |
|---|---|
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | |
| MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **DECLARATION OF SHERIFF MARGARET MIMS REGARDING FRESNO COUNTY JAIL STATISTICS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, MARGARET MIMS, hereby declare as follows:

    1.    I am the Sheriff of Fresno County.  I am a party to this action as an intervenor-defendant.  I have personal knowledge of the facts stated herein, and could and would competently testify thereto.

    2.    Fresno County's three jail facilities have a rated capacity of 2,744 inmates. Fresno County is subject to a federal court ordered cap of 3,478.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this___day of December at Fresno, California.

_____
MARGARET MIMS

DECLARATION OF MARGARET MIMS REGARDING FRESNO COUNTY JAIL STATISTICS