JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Intervenor-Defendants
SAN DIEGO COUNTY SHERIFF WILLIAM B. KOLENDER, ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, PLACER COUNTY SHERIFF EDWARD N. BONNER, BUTTE COUNTY SHERIFF-CORONER PERRY L. RENIFF, CALAVERAS COUNTY SHERIFF DENNIS DOWNUM, LOS ANGELES COUNTY SHERIFF LEE BACA, SANTA CLARA COUNTY SHERIFF LAURIE SMITH, SAN BENITO COUNTY SHERIFF CURTIS HILL, STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, MENDOCINO COUNTY SHERIFF TOM ALLMAN, TEHAMA COUNTY SHERIFF CLAY PARKER, LASSEN COUNTY SHERIFF STEVE WARREN, YOLO COUNTY SHERIFF ED PRIETO, SANTA BARBARA COUNTY SHERIFF BILL BROWN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, SAN MATEO COUNTY SHERIFF GREG MUNKS, YUBA COUNTY SHERIFF STEVE DURFOR, CONTRA COSTA COUNTY SHERIFF WARREN RUPF, SHASTA COUNTY SHERIFF TOM BOSENKO, RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR., VENTURA COUNTY SHERIFF BOB BROOKS, SOLANO COUNTY SHERIFF GARY R. STANTON, SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES, SUTTER COUNTY SHERIFF JIM DENNEY, LAKE COUNTY SHERIFF ROD MITCHELL, GLENN COUNTY SHERIFF LARRY JONES, TUOLUMNE COUNTY SHERIFF JIM MELE, FRESNO COUNTY SHERIFF MARGARET MIMS, MONTEREY COUNTY SHERIFF MIKE KANALAKIS, MONO COUNTY SHERIFF RICHARD SCHOLL, HUMBOLDT COUNTY SHERIFF GARY PHILP, EL DORADO COUNTY SHERIFF JEFF NEVES, MERCED COUNTY SHERIFF MARK PAZIN, DEL NORTE COUNTY SHERIFF DEAN WILSON, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, AMADOR COUNTY SHERIFF MARTIN RYAN, INYO COUNTY SHERIFF WILLIAM LUTZE, STANISLAUS COUNTY CHIEF PROBATION OFFICER

-1-

1  JERRY POWERS, VENTURA COUNTY CHIEF
   PROBATION OFFICER KAREN STAPLES,
2  SOLANO COUNTY CHIEF PROBATION OFFICER
   ISABELLE VOIT, SANTA BARBARA COUNTY
3  CHIEF PROBATION OFFICER PATRICIA STEWART,
   BUTTE COUNTY CHIEF PROBATION OFFICER JOHN
4  WARDELL, SAN LUIS OBISPO COUNTY CHIEF
   PROBATION OFFICER KIM BARRETT, CONTRA
5  COSTA COUNTY CHIEF PROBATION OFFICER
   LIONEL CHATMAN, INYO COUNTY CHIEF
6  PROBATION OFFICER JIM MOFFETT,
   SHASTA COUNTY CHIEF PROBATION
7  OFFICER BRIAN RICHART, YOLO COUNTY
   CHIEF PROBATION OFFICER DON MEYER,
8  FRESNO COUNTY CHIEF PROBATION OFFICER
   LINDA PENNER, MARIPOSA COUNTY CHIEF
9  PROBATION OFFICER GAIL NEAL, CITY OF
   WHITTIER POLICE CHIEF DAVE SINGER,
10 CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES,
   CITY OF PASADENA POLICE CHIEF BARNEY
11 MELEKIAN, CITY OF ALHAMBRA POLICE
   CHIEF JIM HUDSON, CITY OF FREMONT
12 POLICE CHIEF CRAIG STECKLER, CITY OF
   GROVER BEACH POLICE CHIEF JIM COPSEY,
13 CITY OF SANTA CLARA POLICE CHIEF STEVE
   LODGE, CITY OF VACAVILLE POLICE CHIEF
14 RICH WORD, CITY OF WOODLAND POLICE CHIEF
   CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF
15 MACE McINTOSH, CITY OF PASO ROBLES POLICE
   CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO
16 POLICE CHIEF MICHAEL BILLDT, CITY OF
   ATWATER POLICE CHIEF RICHARD HAWTHORNE,
17 NATIONAL CITY POLICE CHIEF ADOLFO GONZALES,
   CITY OF DELANO POLICE CHIEF MARK DeROSIA,
18 CITY OF MODESTO POLICE CHIEF ROY WASDEN,
   CITY OF FRESNO POLICE CHIEF JERRY DYER, AND
19 CITY OF DELANO CHIEF OF CORRECTIONS GEORGE
   GALAZA
20

21              IN THE UNITED STATES DISTRICT COURTS
22            FOR THE EASTERN DISTRICT OF CALIFORNIA
23          AND THE NORTHERN DISTRICT OF CALIFORNIA
24     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
25         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
26

27 RALPH COLEMAN, et al.,          | Case No: CIV S-90-0520 LKK JFM P

28
-2-
DECLARATION OF SHERIFF TOM BOSENKO REGARDING SHASTA COUNTY JAIL STATISTICS

| | | |
|---|---|---|
| 1 | Plaintiffs, | **THREE-JUDGE COURT** |
| 2 | vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 3 | ARNOLD SCHWARZENEGGER, et al., | |
| 4 | Defendants. | |
| 5 | | |
| 6 | | Case No.: C01-1351 TEH |
| 7 | MARCIANO PLATA, et al., | **THREE-JUDGE COURT** |
| 8 | Plaintiffs, | |
| 9 | vs. | **DECLARATION OF SHERIFF TOM BOSENKO REGARDING SHASTA COUNTY JAIL STATISTICS** |
| 10 | ARNOLD SCHWARZENEGGER, et al., | |
| 11 | Defendants. | |

I, TOM BOSENKO, hereby declare as follows:

1. I am the Sheriff-Coroner of Shasta County. I am a party to this action as an intervenor-defendant. I have personal knowledge of the facts stated herein, and could and would competently testify thereto.

2. Shasta County Main Jail has a rated capacity of 381. Under a state court ordered cap, inmates are released when the population is within ten percent of the rated capacity. In 2007, 1,692 pre-trial detainees were required to be released pretrial due to the lack of housing capacity in the jail; 878 sentenced jail inmates were required to be released before their county jail sentences were completed due to the lack of housing capacity in the jail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of December at Redding, California.

_____
TOM BOSENKO

-3-

DECLARATION OF SHERIFF TOM BOSENKO REGARDING SHASTA COUNTY JAIL STATISTICS