| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br>  vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF KAREN DALTON** |
| MARCIANO PLATA ,et al.,<br><br>  Plaintiffs,<br>  vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

1

STIPULATION REGARDING TESTIMONY OF RICK DOSTAL
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-170174 v2 0903375-00001

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Karen Dalton into evidence as though the statements were made during testimony during trial.

2. The parties agree that Ms. Dalton's statements in her declaration contain two non-material errors, and that her statements are amended in the following respects:

3. Paragraph 18 should be amended by changing the last two sentences to read:

We delayed implementation of the gap funding program due to inadequate funding of the Inmate Welfare Fund, but as of the date of trial in this case, we have implemented the program and could provide gap funding to any offender who needs it. We believe this program will help people stay out of trouble, especially in that critical time upon first release.

    b.    Paragraph 31 should be amended to read, in its entirety: In addition, parole and probation often cannot offer treatment for mental health, substance abuse, and similar high risk needs. Instead, they refer clients to the services. However, lack of capacity already exists in the areas of documented inmate needs such as residential substance abuse treatment, housing, employment, etc. Lastly, the mental health system would be severely impacted. There's no doubt that if a prisoner release order is put into place, many mentally ill offenders will be released. Community Mental Health Centers do not have the necessary tools or capacity to meet the needs of these individuals coming out of jail and prison now, an increase in releases would only compound the problem. The Mental Health Services Act (Prop 63), passed by the voters in 2004 ensured a revamping of the mental health system. While there have been many modifications to the system, the ability to meet the needs of the individuals coming out of the criminal justice system is sorely lacking. In addition, there are many other angles to study here. If the direction of the state is to parole these individuals, the likelihood to receive mental health services through MHSA is diminished because parolees don't have access to these services, while probationers do. If they are placed on probation and do have access to MHSA programs, we still do not have enough services for current community and probation needs. Further, rarely is there an instance where mental health services are the single need of the offender. Usually, housing and substance abuse issues need to be addressed as

well. These services are above and beyond the mental health service needs, and capacity is lacking in these areas as well.

Dated: December 17, 2008        By:

    /s/ Edward P. Sangster
EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated: December 17, 2008     By:

        /s/ Rochelle C. East
Rochelle C. East
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 17, 2008     By:

        /s/ Paul B. Mello
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 17, 2008     By:

        /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Defendant Intervenors

Dated: December 17, 2008     By:

        /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Legislator Defendant Intervenors

1  Dated:  December 17, 2008        By:

2

3                                                     /s/ Natalie Leonard
                                                 Natalie Leonard
4                                                nleonard@cbmlaw.com

5                                                Carroll, Burdick & McDonough, LLP
                                                 Attorneys for CCPOA Plaintiff Intervenors
6

7  Dated:  December 17, 2008        By:

8

9                                                      /s/ Anne L. Keck
                                                 Anne L. Keck
10                                               akeck@sonoma-county.org

11                                               Office of Sonoma County Counsel
                                                 Attorney for Sonoma County Intervenors
12

13 Dated:  December 17, 2008        By:

14

15                                                   /s/ William E. Mitchell
                                                 William E. Mitchell
                                                 wemitchell@rivcoda.org
16
                                                 Riverside County District Attorney's Office
17                                               Attorneys for District Attorney Defendant Intervenors

18
   Dated:  December 17, 2008        By:
19

20                                                  /s/ Kimberly Hall Barlow
                                                 Kimberly Hall Barlow
21                                               khb@jones-mayer.com

22                                               Jones & Mayer LLP
                                                 Attorneys for Law Enforcement Defendant Intervenors
23

24

25

26

27

28

5

STIPULATION REGARDING TESTIMONY OF KAREN DALTON
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

1  Dated: December 17, 2008        By:

3                                               /s/ Carol L. Woodward
                                             Carol L. Woodward
4                                            cwoodward@co.sanmateo.ca.us

5                                            Office of San Mateo County Counsel
                                             Attorneys for Defendant Intervenor San Mateo County