| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF WILLIAM COGBILL** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1

STIPULATION REGARDING TESTIMONY OF WILLIAM COGBILL
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-170135 v2 0903375-00001

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept into evidence the Trial Declaration of Sonoma County Sheriff-Coroner William Cogbill (Submitted by Sonoma County Intervenors), filed on October 30, 2008 ("Cogbill Declaration"), as though the statements made therein were made during testimony during trial.

2. The Court may admit into evidence the documents attached as exhibits to the Cogbill Declaration.

Dated: December 17, 2008      By:

      /s/ Edward P. Sangster
      EDWARD P. SANGSTER
      ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated: December 17, 2008          By:

                /s/ Rochelle C. East
Rochelle C. East
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 17, 2008          By:

                /s/ Paul B. Mello
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 17, 2008          By:

                /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Defendant Intervenors

Dated: December 17, 2008          By:

                /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Legislator Defendant Intervenors

Dated:  December 17, 2008        By:

    /s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for CCPOA Plaintiff Intervenors

Dated:  December 17, 2008        By:

    /s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorney for Sonoma County Intervenors

Dated:  December 17, 2008        By:

    /s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Defendant Intervenors

Dated:  December 17, 2008        By:

    /s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for Law Enforcement Defendant Intervenors

1  Dated:  December 17, 2008          By:

2

3                                              /s/  Carol L. Woodward
                                           Carol L. Woodward
4                                          cwoodward@co.sanmateo.ca.us

5                                          Office of San Mateo County Counsel
                                           Attorneys for Defendant Intervenor San Mateo County