1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Sheriff, Probation, Police Chief,
8  and Corrections Intervenor-Defendants

9              IN THE UNITED STATES DISTRICT COURTS

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11         AND THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14

15  RALPH COLEMAN, et al.,                Case No:  CIV S-90-0520 LKK JFM P

16           Plaintiffs,                  **THREE-JUDGE COURT**

17       vs.
                                          [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]
18  ARNOLD SCHWARZENEGGER, et
    al.,                                  **ERRATA TO DECLARATION OF
19                                        EXPERT WITNESS MARTIN RYAN**
             Defendants.
20

21

22  _____          Case No.:  C01-1351 TEH

23  MARCIANO PLATA, et al.,               **THREE-JUDGE COURT**

             Plaintiffs,
24
         vs.
25
    ARNOLD SCHWARZENEGGER, et
26  al.,

27           Defendants.

28

-1-
ERRATA TO DECLARATION OF EXPERT WITNESS  MARTIN RYAN

1      TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE

2 COUNSELS OF RECORD:

3      PLEASE TAKE NOTICE of the following errata in the Declaration of Expert

4 Witness Martin Ryan filed by the Sheriff, Probation, Police Chief and Corrections

5 Intervenor Defendants:

6      1.     Page 7, line 1, "23" should read "43."

7      It is requested that the Courts and parties make any necessary corrections to their

8 respective files and records. The Intervenor Defendants apologize for the error.

9                    Respectfully submitted,

10 DATED:    December 17, 2008          JONES & MAYER

11

12                    By: _____/s/_____

13                    Ivy M. Tsai
                                 Attorneys for Sheriff, Probation, Police
                                 Chief, and Corrections Intervenor-

14                    Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA TO DECLARATION OF EXPERT WITNESS MARTIN RYAN