PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SANTA CLARA COUNTY, AND RESPONSES THERETO** |

[261594-1]

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SANTA CLARA COUNTY, AND RESPONSES THERETO,
NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

Plaintiffs submit the following objections to the trial exhibits of Santa Clara County

Intervenors, and Santa Clara County Intervenors submit the following responses.

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| 300 | **Expert Report of Gary Graves** | Objections made in separate process | |
| 301 | **Trial Declaration of Gary Graves** | Objections made in separate process | |
| 302 | Santa Clara County Recommended Budget | No objection | |
| 303 | California Association of Public Hospitals and Health Systems Fastfacts Web Page | Hearsay (FRE 801); Relevance (FRE 402) | FRE 803 (regularly conducted activity); FRE 201 (appropriate subject for judicial notice). Experts may rely on hearsay and this is the type of data a County Executive would rely on in determining ability of county to meet obligations to provide health care. Relevant to county ability to meet obligations to provide health care to prisoners who are subject to early release or prison population cap. |
| 304 | August 13, 2008 Report to the Board of Supervisors from the Office of Affordable Housing | Relevance (FRE 402) | Relevant to County's ability to provide housing to prisoners who are subject to early release or prison population cap. |
| 305 | December 13, 2007 Report to the Board of Supervisors from the DOC re Report Back on the DOC Bed Capacities, Closed Housing Units, and Vacancy Rates | No objection | |
| 306 | Parole Realignment and the 2008-2009 Budget | Relevance (FRE 402) | Relevant to explain methodology for calculating costs of providing services to prisoners who are subject to early release or prison population cap. |
| 307 | Fiscal Year 2006 Adult Treatment Cost for the Department of Alcohol and Drug Services | Hearsay (FRE 801); Relevance (FRE 402) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on |

[261594-1]

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | | hearsay and this is the type of data a County Executive would rely on in determining cost to provide drug and alcohol services. Relevant to county's ability to provide drug and alcohol services to prisoners who are subject to early release or population cap. |
| 308 | Santa Clara Valley Health and Hospital System Mental Health Department Fiscal Year 2008 Adult Full Service Partnership Expenses and County Adult Service Teams | Hearsay (FRE 801); Relevance (FRE 402) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on hearsay and this is the type of data a County Executive would rely on in determining cost to provide mental health services. Relevant to county's ability to provide mental health services to prisoners who are subject to early release or prison population cap. |
| 309 | August 7 e-mail to Graves from Eovino re Department of Correction Housing Report | Hearsay (FRE 801); Relevance (FRE 402) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on hearsay and this is the type of data a County Executive would rely on in determining jail capacity. Relevant to county's ability to incarcerate in the county jail prisoners who are subject to early release or a prison population cap. |
| 310 | August 11, 2008 email to Harrison from Scheiner re Homeless Count | Hearsay (FRE 801); Relevance (FRE 402) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on hearsay and this is the type of data a County Executive would rely on in |

[261594-1]

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | | determining ability to determine homelessness in the county. Relevant to ability to obtain housing by prisoners who are subject to early release or a prison population cap. |
| 311 | September 14, 2007 Report to County Budget Director from the Department of Correction re Impact of Imposition of a Cap on State Prisoner Population | Hearsay (FRE 801) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on hearsay and this is the type of data a County Executive would rely on in determining jail capacity. Relevant to county's ability to incarcerate in the county jail prisoners who are subject to early release or a prison population cap. |
| 312 | **Expert Report of Robert Garner** | Objections made in separate process | |
| 313 | **Trial Declaration of Robert Garner** | Objections made in separate process | |
| 314 | California Department of Corrections and Rehabilitation California Prisoners and Parolees 2006 | No objections | |
| 315 | Santa Clara County Department of Alcohol and Drug Services Episodes of Care for Fiscal Year 2008 | Relevance (FRE 402); Needless presentation of cumulative evidence that substantially outweighs probative value (FRE 403) | Relevant to county's ability to provide drug and alcohol services to prisoners who are subject to early release or population cap. The evidence is not cumulative as it contains information not contained in any other exhibit. |
| 316 | Santa Clara County Department of Alcohol and Drug Services Network for the Improvement of Addiction Treatment Preliminary Baseline Aims Fiscal Year 2007 | Relevance (FRE 402); Needless presentation of cumulative evidence that substantially outweighs probative value (FRE 403) | Relevant to county's ability to provide drug and alcohol services to prisoners who are subject to early release or population cap. This objection is vague as it does not indicate what evidence it is allegedly cumulative of. The |

[261594-1]

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | | evidence is not cumulative as it contains information not contained in any other exhibit and provides support for the testimony of Mr. Garner. |
| 317 | Santa Clara County Department of Alcohol and Drug Services Episodes of Care for Fiscal Year 2006 | Relevance (FRE 402); Needless presentation of cumulative evidence that substantially outweighs probative value (FRE 403) | Upon review, this exhibit appears to be the same as Exhibit 307.   As a result, it is withdrawn. |
| 318 | **Expert Report of Nancy Pena** | Objections made in separate process | |
| 319 | **Trial Declaration of Nancy Pena** | Objections made in separate process | |
| 320 | Santa Clara County Mentally Ill Offender Crime Reduction Grant Program - Adult | Needless presentation of cumulative evidence that substantially outweighs probative value (FRE 403) | This objection is vague as it does not indicate what evidence it is allegedly cumulative of.  The evidence is not cumulative as it contains information not contained in any other exhibit and provides support for the testimony of Dr. Pena. |
| 321 | Santa Clara County Mentally Ill Offender Crime Reduction Grant Program - Juvenile | Relevance (FRE 402) | Relevant to the County's ability to provide mental health and other services to prisoners who are subject to early release or a population cap. |
| 322 | Santa Clara County Mental Health Services Act Three Year Program and Expenditure Plan, Community Services and Supports Fiscal Year 2005-06, 2006-07, 2007-08 | Needless presentation of cumulative evidence that substantially outweighs probative value (FRE 403) | This objection is vague as it does not indicate what evidence it is allegedly cumulative of.  The evidence is not cumulative as it contains information not contained in any other exhibit and provides support for the testimony of Dr. Pena. |
| 323 | California Department of Correction and Rehabilitation Division of Adult Parole Operations - Mentally Ill Parolee Population report Dated March 28, 2008 | Stipulate to authenticity and admissibility except as to the purported "Recidivism Rates of | This document is contained in Defendants' exhibit list.  The County adopts the Defendants' |

[261594-1]

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | Mentally Ill Parolees" table at page 4 as hearsay and an improper summary that fails to meet the requirements of FRE 1006 that the underlying data be made available. The underlying data has not been made available. The author of this document, Robert Storms, testified in deposition that the information from this chart came from an outside research organization and thus was not collected in the ordinary course of business. In addition, Mr. Storms was unable to account for the manner in which the purported recidivism calculations were made. (Depo. of Robert Storms, 79:3-15; 84:8-87:25.) | response to plaintiffs' objections to this exhibit. |
| 324 | December 13, 2007 Report to the Board of Supervisors from the DOC re Quarterly Status Report on Expected Housing Revenues | No objection | |
| 325 | Adult Parole Realignment- Mental Health Talking Points prepared by Nancy Pena | Hearsay (FRE 801); Relevance (FRE 402) | FRE(8) (public record); FRE(6) (regularly conducted activity). Experts may rely on hearsay and this is the type of data a Mental Health Director would rely on in determining cost to the county to provide mental health services. It is relevant to county's methodology for determining cost and ability to provide mental health services to prisoners |

-5-

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | | who are subject to early release or prison population cap. |
| 326 | **Expert Report of Paul McIntosh** | Objections made in separate process | |
| 327 | September 14, 2007 Letter from Elizabeth Howard and Rosemary Lamb re Potential County Impacts Resulting from a Prison Population Cap | Hearsay (FRE 801) | FRE(6) (regularly conducted activity); FRE(8) (public record); FRE 807 (residual). Experts may rely on hearsay and this is the type of documentation that an executive manager in the public sector would rely on in determining cost and ability of counties to provide programs and services to prisoners who are subject to early release or a prison population cap. |
| 328 | Who's In Prison?  The Changing Demographics of Incarceration, Public Policy Institute of California, August 2006 | Hearsay (FRE 801) | FRE(6) (regularly conducted activity); FRE(8) (public record); FRE 807 (residual). Experts may rely on hearsay and this is the type of documentation that an executive manager in the public sector would rely on in determining cost and ability of counties to provide programs and services to prisoners who are subject to early release or a prison population cap. |
| 329 | Do the Crime, Do the Time?  Maybe Not in California, California State Sheriff's Association, June 2006 | Hearsay (FRE 801) | FRE(6) (regularly conducted activity); FRE(8) (public record); FRE 807 (residual). Experts may rely on hearsay and this is the type of documentation that an executive manager in the public sector would rely on in determining cost and |

[261594-1]

| Ex. No. | Exhibit Description | Objection | Response |
|---|---|---|---|
| | | | ability of counties to provide programs and services to prisoners who are subject to early release or a prison population cap. |
| 330 | Drug Treatment in the Criminal Justice System: The Current State of Knowledge, Urban Institute Justice Policy Center | Hearsay (FRE 801) | FRE(6) (regularly conducted activity); FRE(8) (public record); FRE 807 (residual). Experts may rely on hearsay and this is the type of documentation that an executive manager in the public sector would rely on in determining cost and ability of counties to provide programs and services to prisoners who are subject to early release or a prison population cap. |
| 331 | Stretched Thin 2008: State Budget Cuts Undermine California's Human Services Programs, a publication of the California Budget Project, August 2008 | Hearsay (FRE 801) | FRE(6) (regularly conducted activity); FRE(8) (public record); FRE 807 (residual). Experts may rely on hearsay and this is the type of documentation that an executive manager in the public sector would rely on in determining cost and ability of counties to provide programs and services to prisoners who are subject to early release or a prison population cap. |

[261594-1]

| 332 | **Supplemental Expert Report of Paul McIntosh** | Objections made in separate process | |

Dated:  December 17, 2008

Respectfully submitted,

*/s/ Maria V. Morris*
Maria V. Morris
Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

Dated:  December 17, 2008

Respectfully submitted,

*/s/*
Theresa J. Fuentes
Deputy County Counsel
Attorneys for Defendant Intervenor
COUNTY OF SANTA CLARA

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SANTA CLARA COUNTY, AND RESPONSES THERETO, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261594-1]