ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SAN MATEO, AND COUNTY OF
SANTA BARBARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | No. C01-1351 TEH |
| MARCIANO PLATA, et al., | THREE-JUDGE COURT |
| Plaintiffs, | |
| v. | **REVISED JOINT WITNESS LIST FOR REMAINDER OF TRIAL - DECEMBER 18 AND 19, 2008** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Revised Joint Witness List for Remainder
of Trial - December 18 and 19, 2008       -1-       CIV S-90-0520 LKK / C01-1351 TEH

As requested by the Court, the parties have agreed to the following witness schedule and time estimates for the remaining two days of trial, December 18 and 19, 2008.

| Date | Name | Direct | Cross | DI Cross | Redirect |
|---|---|---|---|---|---|
| Thurs., Dec. 18 | Gale Bataille, Defendants Retained Expert | 30 min. | 45 min. | 15 min. | 15 min. |
| | James Austin, Plaintiff's retained expert, continued testimony for cross and redirect | — | 15 min. | 30 min. | 15 min. |
| | Duane Bay, Director of Housing, San Mateo County | 30 min. | 30 min. | ___ | 15 min. |
| | Alexander Yim, Los Angeles County Sheriff's Department Chief, Correctional Services Division | 30 min. | 30 min. | ____ | 15 min. |
| | Michael James, Orange County Assistant Sheriff | 30 min. | 30 min. | __ | 15 min. |
| | Adam Christianson, Stanislaus County Sheriff | 30 min. | 30 min. | __ | 15 min. |
| | Martin Ryan, Amador County Sheriff | 30 min. | 30 min. | — | 15 min. |
| Fri., Dec. 19 | Senator George Runner | 15 min. | 30 min. | — | 15 min. |
| | Don Meyer, Yolo County Probation Chief | 30 min. | 30 min. | — | 15 min. |
| | Rick Dostal, Orange County Sheriff's Department, Executive Director of Special Services | 15 min. | 30 min. | __ | 15 min. |
| | Plaintiffs may call Michael Hennessy, Sheriff of San Francisco, as a rebuttal witness | 30 min. | 45 min. | 30 min. | 15 min. |

**The parties are still negotiating stipulations for several additional witnesses on the schedule. Although the total estimated time for December 18 exceeds 9 hours, the parties anticipate that stipulations will be reached to reduce this time significantly. In the event that stipulations are not reached, any witnesses who do not testify on December 18, will have time to testify on December 19.**

**Please note that the time estimates are inclusive of counsel time and do not include time for questions from the Court.**

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Revised Joint Witness List for Remainder
of Trial - December 18 and 19, 2008          -2-           CIV S-90-0520 LKK / C01-1351 TEH

| | | |
|---|---|---|
| 1 | Dated: December 17, 2008 | Respectfully submitted,<br>ANN MILLER RAVEL |
| 2 | | County Counsel |
| 3 | | By: _____/S/_____<br>THERESA J. FUENTES |
| 4 | | Deputy County Counsel |
| 5 | | Lead Attorneys for Intervenors<br>COUNTY OF SANTA CLARA ,<br>COUNTY OF SANTA BARBARA, |
| 6 | | and COUNTY OF SAN MATEO |
| 7 | Dated: December 17, 2008 | STEVEN M. WOODSIDE<br>County Counsel |
| 8 | | |
| 9 | | By: _____/S/_____<br>ANNE L. KECK |
| 10 | | Deputy County Counsel<br>Attorneys for Intervenor, |
| 11 | | COUNTY OF SONOMA, SONOMA<br>COUNTY SHERIFF COGBILL, |
| 12 | | SONOMA COUNTY DISTRICT<br>ATTORNEY PASSALACQUA, AND<br>SONOMA COUNTY CHIEF |
| 13 | | PROBATION OFFICER OCHS |
| 14 | Dated: December 17, 2008 | ROD PACHECO<br>District Attorney |
| 15 | | |
| 16 | | By: _____/S/_____<br>WILLIAM MITCHELL |
| 17 | | Assistant District Attorney<br>Attorneys for District Attorney |
| 18 | | Intervenors |
| 19 | Dated:  December 17, 2008 | AKIN GUMP STRAUSS HAUER<br>& FELD LLP |
| 20 | | |
| 21 | | By: _____/S/_____<br>CHAD STEGEMAN |
| 22 | | Attorneys for Assembly and<br>Senate Republican Intervenors |
| 23 | Dated: December 17, 2008 | JONES & MAYER |
| 24 | | By: _____/S/_____ |
| 25 | | KIMBERLY HALL-BARLOW<br>Attorneys for Sheriff Intervenors,<br>Probation Intervenors, and Chief of |
| 26 | | Correction Intervenors |
| 27 | | |
| 28 | | |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Revised Joint Witness List for Remainder
of Trial - December 18 and 19, 2008    -3-    CIV S-90-0520 LKK / C01-1351 TEH

| | | |
|---|---|---|
| 1 | Dated: December 17, 2008 | CARROLL, BURDICK & MCDONOUGH LLP |
| 2 | | |
| 3 | | By: _____/S/_____<br>NATALIE LEONARD |
| 4 | | Attorneys for Intervenor<br>California Correctional Peace |
| 5 | | Officer's Association |
| 6 | Dated: December 17, 2008 | ROSEN, BIEN & GALVAN, LLP |
| 7 | | By: _____/S/_____<br>AMY WHELAN |
| 8 | | Attorneys for Plaintiffs |
| 10 | Dated: December 17, 2008 | PRISON LAW OFFICE |
| 11 | | By: _____/S/_____<br>DONALD SPECTER |
| 12 | | Attorneys for Plaintiffs |
| 14 | Dated: December 17, 2008 | EDMUND G. BROWN, JR.<br>Attorney General, State of California |
| 15 | | By: _____/S/_____<br>KYLE A. LEWIS |
| 16 | | Deputy Attorney General<br>Attorneys for Defendants |
| 18 | Dated: December 17, 2008 | HANSON & BRIDGETT LLP |
| 20 | | By: _____/S/_____<br>PAUL B. MELLO<br>Attorneys for Defendants |