PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**OBJECTIONS TO TRIAL DECLARATION OF RICK DOSTAL** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1

Plaintiffs submit their objections and Defendants submit their responses to Plaintiffs' objections to the trial declaration of Rick Dostal.

## I.

## SPECIFIC OBJECTIONS

| Statement | Plaintiffs' Objections | Defendant Intervenors' Responses |
|---|---|---|
| Paragraph 11 | Object to statistics regarding inmates released early who committed new crimes based on lack of foundation, hearsay and the best evidence of the data contained in Exhibit 1 is Exhibit 1 itself. | The statistics offered represent a summary of the data contained in Exhibit 1 and are admissible under FRE, Rule 1006. The testimony is also offered to explain the contents of the exhibit. |
| Paragraph 14 | Object to the COMPAS risk assessment statistics for Orange County on the grounds of hearsay. | The hearsay exception in FRE 803(8) applies because this data is obtained from reports of CDCR that are public record. The document containing the referenced information is Exhibit DI 650, and the information specific to Orange County appears on page 2, and the percentage offered is simply the addition of the high risk and medium risk to reoffend percentages. |
| Exhibit 1 | Object to the admission of Exhibit 1 on the grounds of lack of foundation and hearsay. | The document is a public record and an official of the Orange County Sheriff's Department, prepared by the personnel of the department as part of their regular job duties and is the presentation actually made by the Orange County Sheriff to the Orange County Board of Supervisors on the date indicated. Both the Sheriff's Department and the County of Orange are public agencies of the State of California and is admissible under FRE, Rule 1005. The document is also admissible pursuant to FRE 803(6) and (8). It is also admissible as a summary of voluminous documents and writings under |

2

| Statement | Plaintiffs' Objections | Defendant Intervenors' Responses |
|---|---|---|
|  |  | FRE Rule 1006. |

Dated: December 17, 2008     By:

/s/ Fred D. Heather
FRED D. HEATHER
fred.heather@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

Dated: December 17, 2008     By:

/s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for Law Enforcement Intervenors