EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State bar No. 126424
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5843
Lisa.Tillman@doj.ca.gov
Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA TAMA – 240280
RENJU P. JACOB – 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
rjacob@hansonbridgett.com.
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURTS**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**AND THE NORTHERN DISTRICT OF CALIFORNIA**
**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**
**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' UPDATED OBJECTIONS TO PLAINTIFFS' PHASE I AND PHASE II EXHIBIT LIST AND PLAINTIFFS' RESPONSES.**<br><br>**TO: Three-Judge Panel** |

Defendants submit their updated objections to Plaintiffs' phase I and phase II exhibit list, Plaintiffs' responses, and Defendants' reply to Plaintiffs' responses to Defendants' Phase II objections. The chart containing Defendants' objections and Plaintiffs' responses is attached

to this pleading as Exhibit A.

## I. PHASE I EXHIBITS

A dispute remains regarding the following Phase I exhibits:

1. Relevance Only

1, 6, 12-13, 14, 48, 64, 72-74, 78-79, 110-111, 113-116, 120, 128, 131, 143, 161-163, 166-167, 170-172178-179, 181, 186, 189, 192-193, 197-200, 202, 204, 213, 253-254, 256, 260, 268-269, 271-, 323, 325, 388, 390, 393, 395-396, 404-406, 409-410, 412-416, 422-424, 439, 443-444, 452-456, 458-459, 462-464, 471-472, 476, 479-482, 486-491, 500, 502-514, 516, 560-561, 564-566, 575, and 585.

2. Other Grounds

16-17, 41-42, 44-45, 106, 109, 117, 119, 123-124, 127, 134, 147, 157, 177, 182, 184, 227, 229-233, 249, 251, 270, 322, 225, 394, 397, 419, 501, and 529.

## II. PHASE II EXHIBITS

A dispute remains regarding the following Phase II exhibits:

1. Relevance Only

737, 744, and 757.

2. Other Grounds

598, 599, 613, 617-618, 620, 714, 718, 724, 726, 729, 734, 738-739, 762, 767-768, 775, 777, 806, and 817.

## III. PLAINTIFFS' IMPEACHMENT DOCUMENTS

Plaintiffs have not submitted to Defendants an updated exhibit list that contain their impeachment documents. Therefore, Defendants have not had an opportunity to assert their

objections to those documents.

DATED: December 18, 2008

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: December 18, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Kyle A. Lewis
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.

**DECLARATION OF SERVICE BY OVERNIGHT COURIER & DOJ MESSENGER**

Case Name: **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.: **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On December 18, 2008, I served the attached

**DEFENDANTS' UPDATED OBJECTIONS TO PLAINTIFFS' PHASE I AND PHASE II EXHIBIT LIST AND PLAINTIFFS' RESPONSES**

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight** courier service, addressed as follows:

**Honorable Stephen Reinhardt**
**United States Courthouse**
**450 Golden Gate Avenue, Room 19-5398**
**San Francisco, CA 94102**
***via DOJ Messenger***

**Honorable Thelton E. Henderson**
**United States Courthouse**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**
***via DOJ Messenger***

**Honorable Lawrence K. Karlton**
**Robert T. Matsui**
**United States Courthouse**
**501 I Street**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 18, 2008, at San Francisco, California.

| T. Oakes | */s/ T. Oakes* |
| --- | --- |
| Declarant | Signature |

POS 3 judge.wpd