PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO** |

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO,
NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261325-1]

Plaintiffs submit the following objections to the trial exhibits of San Mateo County Intervenors, and San Mateo County Intervenors submit the following responses.

| Exh. No. | e-filed Doc. No. | Exhibit Description | Objection | Response |
|---|---|---|---|---|
| D.I. 200 (SMC-A) | 3247-2 | Memorandum from Ross Nakasone, April 30, 2008, Subject: Response to UCC Survey on Parole Realignment | Hearsay (FRE 801); Relevance (FRE 402) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert David Boesch based his opinions that are in evidence herein in part on this document.<br><br>The document is relevant, because although Mr. Nakasone prepared the memorandum originally in response to the LAO's parole realignment proposal, San Mateo County witnesses later used certain of Mr. Nakasone's calculations to determine the cost of providing services to persons released from prison or maintained at County jails pursuant to a hypothetical prisoner release order in this case. |
| D.I. 201 (SMC-B) | 3247-2 | Document entitled, Who's In Prison? The Changing Demographics of Incarceration, By Amanda Bailey and Joseph M. Hayes, from the Public Policy Institute of California's publication entitled, "California Counts, Population, Number 1, August 2006 Trends and Profiles", Volume 8 | Hearsay (FRE 801) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Loren Buddress based his opinions that are in evidence herein in part on this document. |
| D.I. 202 (SMC-C) | 3247-3 | Document entitled, "Task Force on California Prison Crowding", by the National Council on | No objections | |

-1-

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261325-1]

| Exh. No. | e-filed Doc. No. | Exhibit Description | Objection | Response |
|---|---|---|---|---|
| | | Crime and Delinquency (NCCD) August 2006 | | |
| D.I. 203 (SMC-D) | 3247-4 | Document entitled, "When Offenders Break the Rules: Smart Responses to Parole and Probation Violations", by the PEW Center on the States, November 2007 | Hearsay (FRE 801) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Loren Buddress based his opinions that are in evidence herein in part on this document. |
| D.I. 204 (SMC-E) | 3247-4 | Document entitled, "Effect of Early Release from Prison on Public Safety: A Review of the Literature", by the National Council on Crime and Delinquency'(NCCD) April 2007 | No objection | |
| D.I. 205 (SMC-F) | 3247-4 | Document entitled, "Probation Adult Parolee Supervision Unit - Estimated start up and ongoing expenses, Year 1", an estimate of the cost to the Probation Department for supervision of approximately 1,000 state parolees | Hearsay (FRE 801); Relevance (FRE 402) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Loren Buddress based his opinions that are in evidence herein in part on this document.<br><br>The document is relevant, because Chief Probation Officer Loren Buddress used the calculations in the document to form his opinions about the costs he expects to incur if a prisoner release order were issued that transferred supervision of persons released from prison or persons receiving alternative sentences from State parole personnel to County Probation Department. |
| D.I. 206 (SMC-G) | 3247-5 | PowerPoint Presentation, "Elimination of | Hearsay (FRE 801); Relevance | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a |

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261325-1]

| Exh. No. | e-filed Doc. No. | Exhibit Description | Objection | Response |
|---|---|---|---|---|
| | | TANF/CYSA funding for Probation is not Cost Effective!", Chief Probation Officers of California | (FRE 402) | means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Loren Buddress based his opinions that are in evidence herein in part on this document.<br><br>The document is relevant, because Chief Probation Officer Loren Buddress used the information in the document to form his opinions about the budget and financial situation of the Probation Department. |
| D.I. 207 (SMC-H) | 3247-5 | Curriculum Vitae of Beverly Beasley Johnson, Director, Human Services Agency | No objection | |
| D.I. 208 (SMC-I) | 3247-5 | Document entitled, "San Mateo County Housing Indicators as of June 30, 2008", County of San Mateo Department of Housing | No objection | |
| D.I. 209 (SMC-J) | 3247-5 | All County Letter No. 04-59, Assembly Bill (AB) 1796 - Drug Felony Bill - Effective January 1, 2005 | No objection | |
| D.I. 210 (SMC-K) | 3247-5 | California Welfare and Institutions Code, Section 361.4 | No objection | |
| D.I. 211 (SMC-L) | 3247-6 | Housing Our People Effectively (HOPE) Annual Report July 1,2006 through June 30, 2007 | Hearsay (FRE 801); Relevance (FRE 402) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Duane Bay based his opinions in part on this document.<br><br>The document is relevant, because San Mateo County Housing Director Duane Bay based his opinions that are in evidence herein in part on the document. |

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261325-1]

| Exh. No. | e-filed Doc. No. | Exhibit Description | Objection | Response |
|---|---|---|---|---|
| D.I. 212 (SMC-M) | 3247-6 | "Prison Populations and Recidivism", from the Office of the Governor's website, ww.gov.ca.gov/index.php?/fact-sheet/1084/ | Hearsay (FRE 801) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Sheriff Greg Munks based his opinions that are in evidence herein in part on this document. |
| D.I. 213 (SMC-N) | 3247-6 | Document entitled, "Snapshot Study, Old vs. New ID#s", regarding recidivism rate in San Mateo County | Hearsay (FRE 801); Relevance (FRE 402) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Sheriff Greg Munks based his opinions that are in evidence herein in part on this document.<br><br>The document is relevant, because the San Mateo County Sheriff Greg Munks used the old and new ID numbers of inmates to calculate the recidivism rate for San Mateo County jails, and the recidivism rate figures into his opinions that are in evidence herein. |
| D.I. 214 (SMC-O) | 3247-6 | Document entitled, "Parolees Arrested in San Mateo County, PC 3056" | No objection | |
| D.I. 215 (SMC-P) | 3247-7 | Document entitled, "Maguire Correctional Facility CDC - State Prison Transfers, January-October 2008" | No objection | |
| D.I. 216 (SMC-Q) | 3247-8 | Document entitled, "Statement of Probable Construction Costs" | No objection | |
| D.I. 217 (SMC-R) | 3247-8 | Draft CMHDA Forensics Committee White Paper, 8/12/08, "Mental Health and Criminal Justice: Principles, Policy and Practice in Designing Services for Justice | No objection | |

[261325-1]

| Exh. No. | e-filed Doc. No. | Exhibit Description | Objection | Response |
|---|---|---|---|---|
| | | Involved Youth and Adults with Mental Illness" | | |
| D.I. 218 (SMC-S) | 3247-9 3247-10 | Document entitled, "Report Preview: Report of the Re-Entry Policy Council: Charting the Safe and Successful Return of Prisoners to the Community" | Hearsay (FRE 801) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Charlene Silva based her opinions that are in evidence herein in part on this document. |
| D.I. 219 (SMC-T) | 3247-11 | Document entitled, "Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation - Parole Division", Prepared by the UCLA Integrated Substance Abuse Program Neuropsychiatric Institute | No objections | |
| D.I. 220 (SMC-U) | 3247-12 | PowerPoint Presentation, "Running the River, Scouting the Rapids" San Mateo County Health Department Fiscal Year 2008-2009, by Charlene Silva, Director, June 23, 2008 | Hearsay (FRE 801) | Fed. R. Evid. 703 permits an expert to express opinions based upon information made known to him before trial through a means other than the expert's own percipient observation, through reports, studies, literature, etc. San Mateo County non-retained expert Charlene Silva based her opinions that are in evidence herein in part on this document. |

Dated: December 17, 2008

Respectfully submitted,

/s/ Maria V. Morris
Maria V. Morris
Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS OF DEFENDANT INTERVENOR SAN MATEO COUNTY, AND RESPONSES THERETO, NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH

[261325-1]

| 1 | Dated: December 17, 2008 | Respectfully submitted, |

/s/ *Carol L. Woodward*
Carol Woodward
Deputy County Counsel
Attorneys for Defendant Intervenor
COUNTY OF SAN MATEO