MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 083887)
By: CAROL L. WOODWARD, DEPUTY (SBN 084197)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4746
Facsimile: (650) 363-4034
E-mail: cwoodward@co.sanmateo.ca.us

Attorneys for Intervenor
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.<br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.<br>Defendants. | Case No. CIV S-90-0520 LKK JFM P<br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.<br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.<br>Defendants. | Case No. C01-1351 THE<br>THREE-JUDGE COURT<br>**DECLARATION OF CAROL L. WOODWARD RE EXHIBITS FOR TRIAL** |

CAROL L. WOODWARD declares as follows:

1. I am employed as Deputy County Counsel for the County of San Mateo. I am one of the attorneys assigned to defend the instant case on behalf of Intervenor County of San Mateo. The

following is within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Intervenor County of San Mateo submits into evidence exhibits D.I. 221-231, which were not previously submitted.

3. Intervenor County of San Mateo's exhibits have been renumbered as follows:

| New Exhibit No. | Old Exhibit No. | e-filed Document No. | Document |
|---|---|---|---|
| D.I. 200 | SMC-A | 3247-2 | Memorandum from Ross Nakasone, April 30, 2008, Subject: Response to UCC Survey on Parole Realignment |
| D.I. 201 | SMC-B | 3247-2 | Document entitled, *Who's In Prison? The Changing Demographics of Incarceration*, By Amanda Bailey and Joseph M. Hayes, from the Public Policy Institute of California publication entitled, "California Counts, Population Trends and Profiles", Volume 8, Number 1, August 2006. *[Public Record: Public Policy Institute of California website, http://www.ppic.org/content/pubs/cacounts/CC_806ABCC.pdf]* |
| D.I. 202 | SMC-C | 3247-3 | Document entitled, "Task Force on California Prison Crowding", by the National Council on Crime and Delinquency (NCCD) August 2006. *[Discovery: Expert Report of Loren Buddress, San Mateo County Chief Probation Officer, Attachment 1; Deposition of Loren Buddress, August 26, 2008, Plaintiff's Exhibit 1-1.]* |
| D.I. 203 | SMC-D | 3247-4 | Document entitled, "When Offenders Break the Rules: Smart Responses to Parole and Probation Violations", by the PEW Center on the States, November 2007. *[Discovery: Expert Report of Loren Buddress, San Mateo County Chief Probation Officer, Attachment 2; Deposition of Loren Buddress, August 26, 2008, Plaintiff's Exhibit 1-2.]* |
| D.I. 204 | SMC-E | 3247-4 | Document entitled, "Effect of Early Release from Prison on Public Safety: A Review of the Literature", by the National Council on Crime and Delinquency (NCCD) April 2007. *[Discovery: Expert Report of Loren Buddress, San Mateo County Chief Probation Officer, Attachment 3; Deposition of Loren Buddress, August 26, 2008, Plaintiff's Exhibit 1-3.]* |
| D.I. 205 | SMC-F | 3247-4 | Document entitled, "Probation Adult Parolee Supervision Unit – Estimated start up and ongoing expenses, Year 1", an estimate of the cost to the Probation Department for supervision of |

| New Exhibit No. | Old Exhibit No. | e-filed Document No. | Document |
|---|---|---|---|
| | | | approximately 1,000 state parolees. *[Discovery: Expert Report of Loren Buddress, San Mateo County Chief Probation Officer, Attachment 4; Deposition of Loren Buddress, August 26, 2008, Plaintiff's Exhibit 1-4.]* |
| D.I. 206 | SMC-G | 3247-5 | PowerPoint Presentation, "Elimination of TANF/CYSA funding for Probation is not Cost Effective!", Chief Probation Officers of California. *[Discovery: Expert Report of Loren Buddress, San Mateo County Chief Probation Officer, Attachment 5; Deposition of Loren Buddress, August 26, 2008, Plaintiff's Exhibit 1-5.]* |
| D.I. 207 | SMC-H | 3247-5 | Curriculum Vitae of Beverly Beasley Johnson, Director, Human Services Agency *[Discovery: Expert Report of Beverly Beasley Johnson; Deposition of Beverly Beasley Johnson, August 19, 2008, Plaintiff's Exhibit 1.]* |
| D.I. 208 | SMC-I | 3247-5 | Document entitled, "San Mateo County Housing Indicators as of June 30, 2008", County of San Mateo Department of Housing website, *[Public Record: http://www.co.sanmateo.ca.us/vgn/images/portal/cit_609/37/46/13139465762008%2006%20June%20Indicators.pdf.; Discovery: Deposition of Beverly Beasley Johnson, August 19, 2008, Plaintiff's Exhibit 4.]* |
| D.I. 209 | SMC-J | 3247-5 | All County Letter No. 04-59, Assembly Bill (AB) 1796 – Drug Felony Bill –Effective January 1, 2005 |
| D.I. 210 | SMC-K | 3247-5 | California Welfare and Institutions Code Section 361.4 *[Public Record] http://www.leginfo.ca.gov/cgi-bin/displaycode?section=wic&group=00001-01000&file=360-370* |
| D.I. 211 | SMC-L | 3247-6 | Housing Our People Effectively (HOPE) Annual Report July 1, 2006 through June 30, 2007. *[Public Record: San Mateo County Department of Housing website, http://www.co.sanmateo.ca.us/vgn/images/portal/cit_609/42/38/1323001909HOPE_FirstAnnualReport.pdf ]* |
| D.I. 212 | SMC-M | 3247-6 | "Prison Populations and Recidivism", from Office of the Governor's website, www.gov.ca.gov/index.php?/fact-sheet/1084/ *[Public Record]* |
| D.I. 213 | SMC-N | 3247-6 | Document entitled, "Snapshot Study, Old vs. New ID#'s", regarding recidivism rate in San Mateo County. *[Declaration of Sheriff's Lt. Larry Schumaker]* |

| New Exhibit No. | Old Exhibit No. | e-filed Document No. | Document |
|---|---|---|---|
| D.I. 214 | SMC-O | 3247-6 | Document entitled, "Parolees Arrested in San Mateo County, PC 3056". *[Declaration of Sheriff's Lt. Larry Schumaker]* |
| D.I. 215 | SMC-P | 3247-7 | Document entitled, "Maguire Correctional Facility CDC—State Prison Transfers, January – October 2008. *[Declaration of Sheriff's Lt. Larry Schumaker]* |
| D.I. 216 | SMC-Q | 3247-8 | Document entitled, "Statement of Probable Construction Costs". February 25, 2008. *[Declaration of Sheriff's Lt. Larry Schumaker]* |
| D.I. 217 | SMC-R | 3247-8 | Draft CMHDA Forensics Committee White Paper, 8/12/08, "Mental Health and Criminal Justice: Principles, Policy and Practice in Designing Services for Justice Involved Youth and Adults with Mental Illness". *[Discovery: Deposition of Charlene Silva, Volume II, September 18, 2008, Plaintiff's Exhibit 8.]* |
| D.I. 218 | SMC-S | 3247-9<br>3247-10 | Document entitled, "Report Preview: Report of the Re-Entry Policy Council: Charting the Safe and Successful Return of Prisoners to the Community". [*Public Record: Downloaded from the Reentry Policy Council website, http://reentrypolicy.org/Report/Download* ] |
| D.I. 219 | SMC-T | 3247-11 | Document entitled, "Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation—Parole Division", Prepared by the UCLA Integrated Substance Abuse Program Neuropsychiatric Institute. *[Discovery: Deposition of Charlene Silva, Volume II, September 18, 2008, Plaintiff's Exhibit 10.]* |
| D.I. 220 | SMC-U | 3247-12 | PowerPoint presentation entitled, "Running the River, Scouting the Rapids", San Mateo County Health Department Fiscal Year 2008-2009, by Charlene Silva, Director, June 23, 2008. *[Discovery: Deposition of Charlene Silva, Volume I, September 11, 2008, Plaintiff's Exhibit 2.]* |
| D.I. 221 | | | Declaration of San Mateo County Sheriff Greg Munks |
| D.I. 222 | | | Report of San Mateo County Sheriff Greg Munks |
| D.I. 223 | | | Declaration of David Boesch, San Mateo County Manager (former Assistant County Manager) |
| D.I 224 | | | Report of David Boesch, San Mateo County Manager (former Assistant County Manager) |

| New Exhibit No. | Old Exhibit No. | e-filed Document No. | Document |
|---|---|---|---|
| D.I. 225 | | | Declaration of Charlene Silva, Health Department Director and Interim Chief of the Health System for San Mateo County |
| D.I. 226 | | | Report of Charlene Silva, Health Department Director and Interim Chief of the Health System for San Mateo County |
| D.I. 227 | | | Declaration of Duane Bay, Director of the San Mateo County Department of Housing |
| D.I. 228 | | | Declaration of Beverly Beasley Johnson, Director of the San Mateo County Human Services Agency |
| D.I. 229 | | | Report of Beverly Beasley Johnson, Director of the San Mateo County Human Services Agency |
| D.I. 230 | | | Declaration of Loren Buddress, San Mateo County Chief Probation Officer |
| D.I. 231 | | | Report of Loren Buddress, San Mateo County Chief Probation Officer |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Redwood City, California, on December 18, 2008.

*/s/ Carol L. Woodward*
Carol L. Woodward
Deputy County Counsel
Attorneys for Defendant Intervenor
COUNTY OF SAN MATEO

L:\LITIGATE\C_CASES\Coleman\TRIAL\SMC Exhibits for Trial\Decl. CLW re trial exhibits.FINAL.doc