Written Report

**Charlene A. Silva**
Health Director

As the Director of San Mateo County's Health Department, I have responsibility for our broad mission to build a healthy community. Within this arena, we have services aimed at caring for vulnerable populations, such as behavioral health and recovery services that comprise a system of care for persons with serious mental illness, alcohol and other drug addiction, and co-occurring mental health and substance abuse issues, aging and adult services that protect and promote the health and well-being of older adults and persons with disabilities, as well as correctional health services that address the medical and behavioral health needs of clients in our local criminal justice system. In addition, as part of a County initiative to look across all of the County's healthcare delivery system assets, I have responsibility working with colleagues leading the San Mateo Medical Center and the Health Plan of San Mateo (our local Medi-Cal and public coverage managed care plan) to leverage our joint resources to serve the needs of the underserved. Through this work, we have platforms to build on in serving the needs of parolees released to our community. However, our existing systems are stretched in meeting the needs of current residents as the number of those without health insurance has grown, as state and federal funding for many of our services has been reduced, the pressures on the safety net have increased, and the supports that keep communities and individuals healthy have frayed. It is in this context that we consider the potential impact of the early release of segments of the State correctional facility population back to our community.

As we aim to carry out existing health responsibilities entrusted to us, we know the following:
- There are an estimated 40,000 adults in our community who lack health insurance and have incomes below 400% of the Federal Poverty Level.[1]
- We have persistent health disparities in our community, disproportionately affecting populations of color and low-income populations, whose health outcomes are influenced by social and environmental factors that reflect poverty, inequities in health access and the toll of discrimination and stigma.
- We have inadequate primary care capacity within our public delivery system; the waits for a primary care appointment are currently between two and four months.

---

[1] 400% FPL represents the estimated income required to live "self-sufficiently" in our high cost-of-living area

- State budget cuts to the Medi-Cal program, which is the financial platform for safety net medical care and mental health care systems to sustain services, will likely result in reductions in current capacity.
- Our County has determined that it must achieve reductions in the level of County General Fund subsidy of our public medical care delivery system to maintain our ability to carry out our broad range of responsibilities. The Board of Supervisors has established a target reduction of General Fund subsidy for indigent healthcare from $72 million in FY 08-09 to $50 million by 2013.
- We have waits for every level of long-term care (home and community-based services, skilled nursing facility services) for low-income populations, and currently do not have any affordable assisted living capacity. Given our age profile, the aging of the baby boomer population will affect San Mateo County earlier than the State as a whole, resulting in greater stresses to an already stretched system for current County residents.
- We have had to prioritize the segments of our population with substance abuse addiction that we will serve with the limited treatment resources we have, resulting in four priority populations and an ability to serve an estimated one in five of our current residents in need of substance abuse treatment.
- As we face a local structural budget deficit, we are maintaining a 9% staff vacancy rate within our Behavioral Health and Recovery Services system to live within the local resources directed to those programs.
- We have long-standing vacancies in some critical, hard-to-fill positions, such as psychiatry, and bi-lingual/bi-cultural clinicians, mirroring statewide workforce capacity shortages that constrain our ability to meet existing clients' needs.
- The demands on the medical care and behavioral health and recovery systems have not enabled adequate attention to the "upstream" opportunities for prevention and early intervention. We have embarked on a plan to build our prevention approach, but this will be a generation-long endeavor.

In projecting the impact of the release of parolees, and the demographic composition of that population, it is clear that there are health needs that we would have to be prepared to address. Given that the criminal justice system is a "lens that magnifies inequities – socio-economic, gender, race, culture and class differences"[2], we can conservatively estimate the following health needs:

- A sizable proportion of released inmates will lack health insurance, and, likely be low-income, requiring additional capacity in our safety net medical care system. An 18-month planning process targeting the health needs of uninsured adults included an actuarial analysis of per member per month healthcare costs for the low-income, uninsured population. We

---

[2] California Mental Health Directors Association Forensics Committee White Paper, 8/12/08

- estimate a cost of $300 per client per month for medical care for the uninsured.
- We would expect that the aging of the population that we are preparing for exists among the State inmate population as well, and would require additional resources within our continuum of services for older adults. In order to support residents in the least restrictive setting possible, our Aging and Adult Services division would need additional capacity to address the long-term care needs that the released population will have over the next several years.
- We recognize that our criminal justice system has been a backstop for underlying issues of mental illness and substance abuse, and, therefore would expect to see a sizable prevalence of these needs among the population proposed to be returned. The California Mental Health Directors' Association estimates a prevalence of 15-50% of released parolees will have mental health needs, and at least 75% of this incarcerated mentally ill population also has co-occurring drug and alcohol use.[3] We would also estimate at least 75% of released parolees will have a substance abuse problem.[4] We estimate a cost in excess of $12 million annually to provide the appropriate mental health and substance abuse treatment services for this population.
- While we will make every effort to support all residents in our community to be productive and contributing members, supported by systems that keep them out of jail, we would expect that some proportion of this population will return to our local jail and require health services in this setting. Our average cost/day for correctional health services ranges from $23-$25, translating to annual costs/ inmate/day to between $8,300 and $9,000  These costs have been rising even more steeply than other costs within the Health Department's purview, given the increased complexity of healthcare needs faced by inmates and underlying drivers of healthcare inflation.

We were hopeful to have pursued a constructive dialogue about these issues through the settlement discussions. It is unfortunate that we must now pursue these critical issues within the legal dispute in which we are engaged to ensure that the State's actions do not prevent us from carrying out the mandates and mission that we have without adequate resources to address the parolees' projected healthcare needs.

## Qualifications

I have served as the San Mateo County Health Director for four years. Prior to this, I served as Director of Aging and Adult Services for San Mateo County for fourteen years. Prior positions include senior management roles within the

---

[3] California Mental Health Directors Association Forensics Committee White Paper, 8/12/08
[4] Report of the Reentry Policy Council, 2008

Sacramento Department of Social Services and a wide range of professional and community advisory boards in the health and social services fields. I began my career as a social worker in Child Protective Services in 1971.


*Charlene A. Silva*

_____
Charlene A. Silva
Director
San Mateo County Health Department

C:\DOCUME~1\CWOODW~1\LOCALS~1\Temp\XPgrpwise\HSA RULE 26 REPORT-FINAL2.doc