Beverly Beasley Johnson
Agency Director
Human Services Agency
San Mateo County
400 Harbor Boulevard, Building C
Belmont, CA 94002

August 13, 2008

Carol Woodward
Deputy County Counsel
Office of County Counsel, San Mateo County
Hall of Justice and Records
400 County Center
Redwood City, California 94063-1662

Re:   Coleman vs. Schwarzenegger
      Plata vs. Schwarzenegger

Dear Ms. Woodward:

Pursuant to your request, I have performed a programmatic and fiscal impact assessment based on the effects of an early prisoner release order on the delivery of human services in San Mateo County. Assuming that 1,000 parolees reenter San Mateo County, approximately 800 will require services administered by the Human Services Agency (HSA). Some of these services will be fundamentally altered by the magnitude of change in service population and by the need for specialized, intensive services. For example, in this county's extremely limited housing and labor market, these individuals will encounter extreme barriers to finding work and housing. The current apartment vacancy rate is 3.5% and potential renters need to provide a credit history and a verifiable source of income to landlords in order to secure rental housing. San Mateo County's current unemployment rate is 4.3%. However, we anticipate that a significant percentage of parolees will return to the communities of East Palo Alto and North Fair Oaks where the unemployment rates are 200%-300% higher. As a consequence, they will rely on social services longer. They will also need more intensive services than the general population due to reentry issues, lack of a work history, untreated substance abuse and mental illness, family stabilization needs, and the absence of social supports and resources.

This assessment does not include all services provided by the Human Services Agency, but rather, only those services that would experience a significant programmatic or fiscal impact ($1 million or greater per annum). It also includes the services provided indirectly through contractors of the Human Services Agency when the service affected would have a significant county-wide programmatic impact, such as Shelter Services, Emergency Food Services, Safety Net Services and Employment Training Services and/or has a significant annual fiscal impact of $1 million or greater per annum.

Reference documents and data sources used to develop this assessment include:

1. Food Stamps Eligibility Regulations (California Department of Social Services, Food Stamp Regulation, Division 63)
2. Medi-Cal Regulations (California Code of Regulations, Division 2, Chapter 1)
3. General Assistance Eligibility Manual (County of San Mateo, 1994)
4. California Child Welfare Services Regulations, Division 31
5. California Welfare and Institutions Codes, Title 22, Division 6, Chapter 9.5
6. Labor Market Information (State of California, Employment Development Department, June 20, 2008)
7. Adoptions and Safe Families Act, 1997
8. Housing Management Information System (County of San Mateo, 2008)
9. Child Welfare Services Case Management System (California Department of Social Services)
10. Human Services Agency Budget, FY 2008-2009 (County of San Mateo, 2008)
11. Contracts with individual service providers, FY 2008-2009
12. Shared Vision 2010 (County of San Mateo, 2001)
13. Housing Our People Effectively, Strategic Plan (County of San Mateo, 2006)
14. Human Services Agency Strategic Plan, 2008-2013 (County of San Mateo, 2008)

**Overview of the Human Services Delivery System**

The San Mateo County Human Services Agency administers public social services to benefit low-income and at-risk residents of San Mateo County. The largest programs administered by the Human Services Agency are funded through federal, state and local sources and include public assistance programs such as CalWORKS, Food Stamps, Medi-Cal; emergency assistance programs including Shelter Services and Safety Net Services; as well as ongoing Workforce Development and Child Welfare Programs.

Eligibility for each program is set by federal, state and local law, regulation and policy. The programs which are believed to have the most obvious nexus to the plaintiffs would be General Assistance, Shelter Services, Workforce Development Services, Food Stamp and Food Assistance Programs, Child Welfare Services, Indigent Medical Care and lastly, the CalWORKS program. The potential impacts to the CalWORKS program are significant, but difficult to measure since it is unclear how many returning parolees will be able to establish a household with their children in their first year of reentry. Once the parental/guardian relationship is established, those families will be eligible for financial assistance and social services through the CalWORKS program. The potential impact to the Medi-Cal program may also be significant, but again it is unclear how many returning parolees will be meet eligibility requirements (i.e. aged, disabled).

The conservative estimated county cost for the delivery of the applicable Human Services Agency services to the plaintiff population of 1,000 is believed to exceed $26

million annually and would result in a fundamental shift in the overall human service delivery system within the County of San Mateo due to two factors: the substantial increase in participation in entitlement programs and the reallocation of resources from other programs. The indirect costs of reallocation from preventative programs are not included in this assessment, but are also significant. Non-mandated preventative and early intervention programs are almost entirely funded through county dollars, which is also the sole source of General Assistance funding.

In addition, we foresee a dramatic impact on the social resiliency of individual communities. An influx of parolees will affect San Mateo County's most under-resourced communities, those already affected by fewer social and financial resources, high levels of untreated co-occurring disorders, as well as high concentrations of drug abuse, interpersonal violence, unemployment and gang involvement. These communities are already isolated by socio-economic factors and neglect. Increasing the parolee population in these communities will contribute to the criminal justice system's revolving door, further destabilize families and, for some at-risk populations, increase exposure and participation in gang culture.

### Programmatic and Fiscal Impact by Program

### General Assistance

The General Assistance (GA) program provides financial assistance to low income childless adults who fall below the established property and income limits. Service recipients fall in one of two categories, those who are employable and those who are disabled, including those who have a medical exemption due to substance abuse. The maximum monthly payment is $319 per individual. This program is funded entirely through county funds.

> Program impact:
> The annual grant amount for 800 clients: **$3,062,400**
> ($319 monthly benefit x 12 months x 800 clients)
>
> Staffing impact:
> 14.5 FTE (full-time equivalents) to administer grants, intake, screen, and case manage **$1,788,556**

### Food Stamp Program

Low-income households who meet federal eligibility requirements may participate in the Food Stamp Program. A household of one individual can receive a maximum monthly food stamp allotment of $162.

> Program impact:
> The annual grant amount for 800 anticipated clients in this program: **$1,555,200**
> ($162 monthly benefit x 12 months x 800 clients)

Staffing impact:
6.5 FTE to determine eligibility, administer grants, and case manage    **$795,541**

**The Work Fare Program**
In order to receive either GA or Food Stamp benefits, employable GA clients are required to participate in an employment skills building Work Fare Program. Due to the downturn in the economy, this program has already experienced increased participation and additional program expansion would require increased staffing and operational resources. The Work Fare program can accommodate 100 additional clients, at most.

Staffing impact:
3.0 FTE to support an additional 100 clients    **$410,634**

**Emergency Assistance Services**
Shelter Services
HSA's Center on Homelessness provides shelter services on a temporary basis to individuals and families. There are ~~N~~ shelter beds available to single individual adults through ~~three~~ contracted shelters. The existing shelter capacity has a consistent 100% occupancy rate. Other beds are available through a motel voucher program. Motel operators participate in this program on a limited basis due to the modest compensation rate of $75 per night.

[handwritten annotations: "699 w/", "all adults including", "@ vacancy rate"]

HSA utilizes a ten-year strategic plan to end homelessness in San Mateo County. The HOPE (Housing Our People Effectively) Plan is built around two key strategies: increasing the supply of permanent, affordable housing and preventing individuals and families from becoming homeless by helping them maintain their housing. Emergency or temporary shelters are not viewed as an effective solution to homelessness. The entire human services delivery system in San Mateo County, including contracted and non-profit services, does not have the physical capacity to accommodate 800 additional clients who are at-risk for homelessness.

Program impact:
The annual cost of serving 800 clients in the Motel Voucher Program would be $24 million. However, due to the limited motel bed inventory, it is assumed that the annual cost for temporary shelter through this program
**$12,045,000**
(400 beds x $75 room rate x 10% program administration costs x 365 nights)

The cost to build an 80-bed shelter    **$2,500,000**
Annual operating costs of an 80-bed shelter:    **$480,000**

Safety Net Services
In addition, safety net services are provided by contract through a network of seven community based organizations which provide information, referrals and access to emergency food and housing. This is an example of a county-wide service that would

be significantly affected by an early release order. Currently, six of the seven providers in this system do not have the training, program knowledge or specialization of services needed to assist this population. It can be assumed that they will serve the same 800 service recipients several times over the course of the year; however we are not including that factor in this analysis.

> Program impact:
> Increase contracted operating costs by 4%                                    **$30,503**
>
> Staffing impact:
> 3.0 FTE to monitor additional shelter *and* safety net contracts             **$417,536**

**Children and Family Services**
Children and Family Services is a continuum of services to children and families who come into contact with the Child Welfare System. Services include intake, referral and investigation of child abuse, emergency sheltering of children, supports for family maintenance and reunification, youth independent living services, as well as foster care and adoptions.

While Children and Family Services will not experience the most significant fiscal impact, these programs will likely experience the most profound long-term programmatic impacts. Children and families can experience long-term developmental impacts when families are destabilized due to a change in the family structure, exposure to uncertainty, changes in guardianship, relocation and court involvement. Currently, 14% of our caseloads include children with incarcerated parents. We anticipate that an early release order would more than double that high-risk caseload. These children and families require intensive case management services, including safety and risk assessments, psycho-social and socio-economic assessments, mental health services, alcohol and other drug treatment, co-ocurring disorders treatment, anger management classes, domestic violence treatment, parenting classes and additional support for basic life needs such as housing, food, transportation, clothing, child care and health care. These parents will need supervised visits with their children, monitoring, ongoing assessment and service planning. In addition, permanency planning for children in our care is subject to the Adoptions and Safe Families Act of 1997 which establishes guidelines for permanency planning for children in our care. When a parent enters and exits a child's life, the permanency planning. In order to reunify with a child, a parent needs to meet parole requirements, establish self-sufficiency, and successfully demonstrate the ability to provide a safe and stable home environment to a child. These requirements, all of which are necessary and justified, delay the permanent placement of the child.

> Program impact:
> Contracted therapeutic services                                              **$310,000**
>
> Staffing impact:

15.25 FTE to locate parents, provide assessments including psycho-social assessments, provide information and referrals, targeted treatment of mental and behavioral health issues, supervised visits, adoptions and social workers

**$1,967,237**

## Workforce Development Services

County employment services are delivered through Career Centers and Workforce Investment Act (WIA) related services delivered at those centers. Those services include a broad range of employment related activities, and contracted employment-related training and education.

It is assumed that 680 parolees will seek employment services. Of these, 47% or 332 will require intensive employment training services. This estimate is generalized from the needs of employment services clients overall and not any type of special population.

Program impact:
Annual cost of employment training services for 322 clients   **$901,000**
(Average employment training cost per client $2,798 x 322 clients)

Staffing impact:
5.0 FTE in caseworkers with 64 clients each   **$342,380**

## Medi-Cal

The Medi-Cal Program seeks to provide essential medical care and services to preserve health, alleviate sickness, and mitigate handicapping conditions for individuals or families on public assistance, or whose income is not sufficient to meet their individual needs. There are hundreds of sub-programs within Medi-Cal with varying eligibility requirements and program funding sources. Unless aged or disabled, most parolees will not qualify for Medi-Cal. However, they will need to be screened by Medi-Cal staff and referred to county medical programs.

Staffing impact:
2.5 FTE to provide screening and referral services   **$310,035**

## Summary and Opinion

The human services delivery system is a network of public and nonprofit services that seeks to aid those in need, prevent crises, and build stability in households and communities. These services are regulated by federal, state and local law or are administered as part of the local budgeting process. Our non-mandated programs and services are provided by resources made available through county government and, on a more limited basis, special grants. We already fully utilize and leverage available funding sources. Any reallocation of resources will result in a reduction in services to other programs and services. For example, to support this service population, the General Assistance Program would require an additional $4.8 million. However, that reallocation would necessarily involve a reduction in services, including safety net services, school-based services, and even, community-based services that seek to

prevent involvement in criminal activity. In addition to funding limitations, we also have program capacity limitations. Our shelters have a 100% occupancy rate and for every motel bed provided to an individual who cannot enter a shelter due to the nature of his/her prior offense, an individual or a family will go unhoused.

If the adage that "desperate people do desperate things" is true then the reality of 1,000 early release parolees arriving in San Mateo County without housing, employment, food, medical coverage, or other supports is a recipe for recidivism. When considering the impacts of an early release order, we also assessed the social and family impacts. Our high-risk communities, children and families will be disproportionately affected by an early release order. Under-resourced communities will be severely tested by the rapid influx of unemployed and unhoused individuals. These individuals may rely on their families for financial support which will have a dramatic impact on low-income families, multigenerational families and families in subsidized housing. They will have untreated therapeutic needs including mental health and substance abuse treatment and will require extended employment services. Their families, along with the children in our care who are awaiting permanent homes, will likely experience the greatest lifelong and destabilizing impacts of inadequate reentry planning and resources.

**Qualifications**
Please refer to attached resume.

**Expert Testimony**
I have not testified as an expert in any cases, State of Federal, during the last four years, nor am I receiving any additional compensation for this testimony.

Sincerely,

*Beverly Beasley Johnson*

Beverly Beasley Johnson
Agency Director

L:\LITIGATE\C_CASES\Coleman\Discovery\HSA Expert Witness Report_final.doc

15 Shorebreeze Court  Phone 650-561-3939
East Palo Alto, California 93312  E-mail: BBKSPACE@aol.com

# Beverly Beasley Johnson

## Work Experience

November 2006 – Present: San Mateo County Human Services Agency, Belmont, CA.

Agency Director
- Leadership
- Budget
- Management
- Initiatives
- Community

May 2002 – November 2002 Kern County Human Services
- Provide leadership to a large full service Public Human Services Department
- Fourteen Hundred Staff and Three Hundred Million dollar annual budget
- Effectively managed Departments budget and implemented Revenue Maximizing strategy in collaboration with Mental Health, First Five and Probation Departments
- Led our successful implementation of the Kern Citizens Review Panel, Family-to-Family Program, The Linkages Project, and the Permanency Youth Projects in Kern County
- Extensive experience with Community Partnerships, Community Collaboration and Service

September, 1999-May, 2002 Michigan Department of Civil Rights Lansing, Michigan

**Chief Deputy Director**
- Restructured Departments Legal Case Review Division to successfully eliminate Case load backlog eliminating three years of overdo legal opinions while ensuring that current legal opinions were completed within 90 days of the Commission rendering its ruling.
- Led the Departments Automation efforts by proactively identifying and contracting with outside Project management to get previously installed automation project on track. Served as liaison and Executive sponsor for the project The Department was successfully automated prior to my departure.
- Executive Sponsor of Departments Y2K planning efforts resulting in no disruption in client service.
- Served as Chief Operations Officer for the Departments day-to-day internal operations.

January, 1976 – September, 1999
Michigan Department of Social Services
Lansing, Michigan (Now the Michigan Department of Human Services)

**Social Worker, Supervisor, District Manager, Zone Manager**
- Twenty three years of progressive Social Services experience in Child Welfare, Child Care, Adult Services, Community Placement, Public Assistance, Welfare Reform and Michigan's TANF Program, the Family Independence Program, welfare to work program.
- Co-chaired the Statewide Food Stamp Payment Accuracy Initiative which addressed ways to get a handle on the food stamp error rate and avoid fiscal sanctions.
- Provided leadership to one-third, (26) of Michigan's county Social Services operations as the Zone 4 Manager
- Served on the executive leadership team for Out State Operations.
- In partnership with County Social Services Boards

- Recruited, Developed, Coached, Mentored and conducted performance appraisal on ten new County Directors appointed in my Zone.
- Delivered Direct Services to Families making up my Child Welfare Caseload including, counseling, coaching, mentoring, and case managing.

## Education

September, 1988-1992 Detroit College of Law Detroit Michigan
**Juris Doctorate**
- Member of the Michigan State bar Association (P46157)
- Served on the Open Justice Commission of the Michigan State Bar Association
- Moot Court Teams for three years

September, 1969-1973 Wayne County Community College, Wayne State University, Oakland University Rochester Michigan Bachelors of Arts Degree, Psychology Major

## Community

Mothers Against Senseless Killing (MASK)
Bethany Homeless Shelter Board First
Five Commissioner
California State University at Bakersfield Social Work Advisory Committee
California Welfare Directors Association National Association for the Advancement of Colored People
Child Welfare League of America
National Eligibility Workers Association
Kern County Network for Children

References Available Upon Request