PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARIA MORRIS, Bar No. 223903
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No.  Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF DUANE BAY** |
| MARCIANO PLATA ,et al.,<br><br><br>          Plaintiffs,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

1

SF-169934 v1 0903375-00001

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Duane Bay into evidence as though the statements were made during testimony during trial.

2. In addition to the facts stated in his declaration, Mr. Bay would testify to the following on direct examination:  Mr. Bay's opinion that a substantial portion of parolees released early from prison would be homeless or at high risk of becoming homeless is based on the fact that the San Mateo County Department of Housing is contacted by many people who are employed, healthy, appear to be motivated, clean and sober, and simply can't find housing that they can afford in the county.  As an example, in July 2008, San Mateo County reopened its Section 8 waiting list for the first time in six years for one week.  23,000 additional households got onto the waiting list in that one week.   Based on the last time the County opened up the list, the majority of the people on that list will fit the description of ordinary folk who can't afford housing.  In addition to the general population, there is a population that the County refers to as "at risk of homelessness."  These are people who are overpaying on rent using federal definitions and people with extremely low income, which is below 35 percent of the area median income.  Based on County data and Mr. Bay's experience, that population has an even harder time finding housing than the part of the general population that has a hard time finding housing.  The population of released prisoners is more likely to have one or more additional barriers to housing than folks in the general population or the "at risk of homeless" population, such as work experience issues and/or difficulty in getting work, which is often a problem either because of lack of work experience or because of a criminal record or literacy or drug or alcohol problems.  Based on County data regarding its homeless population, Mr. Bay estimates that in one year about 6,000 people in San Mateo County experience homelessness, and at any one time, around 2,000 people in San Mateo County are homeless.

3. Mr. Bay would testify to the following facts on cross-examination, and these facts should be accepted into evidence as though given in court during cross-examination at trial:

STIPULATION REGARDING TESTIMONY OF DUANE BAY
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

4.  Mr. Bay does not know how many parolees currently utilize services provided by, or receive benefits from, the Department of Housing for San Mateo County, because the Department does not collect that information.

5.  Mr. Bay does not know what percentage of parolees released to San Mateo County utilize services provided by, or receive benefits from, the Department of Housing for San Mateo County, because the Department does not collect that information.

6.  Mr. Bay does not know what percentage of the persons utilizing services provided by, or receiving benefits from, the Department of Housing for San Mateo County are parolees, because the Department does not collect that information.

7.  In Mr. Bay's opinion, if a person were released from prison four months early, that fact alone would not increase that single person's risk of homelessness in San Mateo County. In forming this opinion, I am assuming that the prisoner release order is a one-time event and not part of a pattern of shorter sentences for a class of prisoners. I also assume that the same housing stock and the same quantity and quality of applicants for housing assistance would exist on both dates.

Dated: December 18, 2008        By:

                                      /s/ Edward P. Sangster
                                    EDWARD P. SANGSTER
                                    ed.sangster@klgates.com

                                    K&L Gates LLP
                                    Attorneys for Plaintiffs

STIPULATION REGARDING TESTIMONY OF DUANE BAY
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

Dated:  December 18, 2008          By:


                                        /s/ Rochelle C. East
                                   Rochelle C. East
                                   rochelle.east@doj.ca.gov

                                   Deputy Attorney General
                                   Attorneys for Defendants


Dated:  December 18, 2008          By:


                                        /s/ Paul B. Mello
                                   Paul B. Mello, Esq.
                                   pmello@hansonbridgett.com


                                   Hanson & Bridgett LLP
                                   Attorneys for Defendants

Dated:  December 18, 2008          By:


                                        /s/ Theresa Fuentes
                                   Theresa Fuentes
                                   theresa.fuentes@cco.sccgov.org

                                   Office of the County Counsel
                                   Attorneys for County Defendant Intervenors


Dated:  December 18, 2008          By:


                                        /s/ Steven S. Kaufhold
                                   Steven S. Kaufhold
                                   skaufhold@akingump.com

                                   Akin, Gump Strauss Hauer & Feld, LLP
                                   Attorneys for Legislator Defendant Intervenors

STIPULATION REGARDING TESTIMONY OF DUANE BAY
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

Dated:  December 18, 2008          By:

                                        /s/ Natalie Leonard
                                   Natalie Leonard
                                   nleonard@cbmlaw.com

                                   Carroll, Burdick & McDonough, LLP
                                   Attorneys for CCPOA Plaintiff Intervenors

Dated:  December 18, 2008          By:

                                        /s/ Anne L. Keck
                                   Anne L. Keck
                                   akeck@sonoma-county.org

                                   Office of Sonoma County Counsel
                                   Attorney for Sonoma County Intervenors

Dated:  December 18, 2008          By:

                                        /s/ William E. Mitchell
                                   William E. Mitchell
                                   wemitchell@rivcoda.org

                                   Riverside County District Attorney's Office
                                   Attorneys for District Attorney Defendant Intervenors

Dated:  December 18, 2008          By:

                                        /s/ Kimberly Hall Barlow
                                   Kimberly Hall Barlow
                                   khb@jones-mayer.com

                                   Jones & Mayer LLP
                                   Attorneys for Law Enforcement Defendant Intervenors

STIPULATION REGARDING TESTIMONY OF DUANE BAY
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

1    Dated:  December 18, 2008          By:

2

3                                              /s/ Carol L. Woodward
                                             Carol L. Woodward
4                                             cwoodward@co.sanmateo.ca.us

5                                             Office of San Mateo County Counsel
                                             Attorneys for Defendant Intervenor San Mateo County

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING TESTIMONY OF DUANE BAY
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE