| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION REGARDING TESTIMONY OF MICHAEL JAMES** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br><br>**THREE-JUDGE COURT** |

1

STIPULATION REGARDING TESTIMONY OF MICHAEL JAMES
Nos.: Civ S 90-0520 LKK-JFM, C01-1351 THE

SF-170134 v1 0903375-00001

The parties, by and through their counsel, stipulate as follows:

1. The Court may accept the Declaration of Michael James into evidence as though the statements were made during testimony during trial, subject to the rulings on Plaintiffs' objections, if any.

2. In addition to the facts stated in his declaration, Chief James would testify to the following on direct examination:

    a) Chief James' opinion that many inmates offend multiple times is based on 23 years of observing inmate and criminal conduct. He has talked to over a thousand inmates about their criminal conduct including their arrest charges and other crimes for which they were not arrested or charged. For the past three years he was in charge of the Sheriff's Department's support services division. That division is responsible for reporting criminal history data to the state and federal governments. In his role there, he reviewed hundreds of criminal history forms. These forms indicate one's criminal history including all arrests and convictions. In another area of responsibility, Chief James worked on conversion of data from the Sheriff's Department's records management system into Coplink and Linx, computerized databases. These records show all of an individual's contacts with law enforcement whether they are a suspect, accomplice, witness or victim. Chief James and his division moved over two million records into this system and he personally reviewed a large percentage of those records.

    b) Chief James is aware of and has reviewed the data compiled by the Orange County Sheriff's Department in 1997 regarding impacts from early release in Orange County due to lack of jail capacity for the period 1994 – 1996, attached as Exhibit 1 to the Declaration of Rick Dostal (Exhibit DI 628). His opinions as to likely impacts from a prisoner release order on Orange County are based in part on that data and on his 23 years of personal experience with offenders, their likelihood of reoffending and the likely amount of crime committed by the average offender from Orange County.

    c) Chief James has assessed the likely impact of release or diversion of 52,000 prisoners

proposed by Plaintiffs given current CDCR rates derived from the California Department of Corrections and Rehabilitation Prison Census Data as of December 31, 2007, Defendant's Joint Exhibit 1255, Table 7 page 2, showing that 5.6% of the total CDCR prison population were committed from Orange County.  Assuming that rate is still correct, 5.6% of 52,000 is 2912 prisoners to be released or diverted into Orange County over the 24 month period proposed, or over 121 per month.  At a 70% recidivism rate, that would mean 2038 prisoners would reoffend within three years, which is about the same number as the current sentenced population of the Orange County jails, approximately 30% of the total jail population, the remainder being pre-trial detainees.  At a 50% recidivism rate, these 2912 prisoners would result in 1456 reoffending.

d) Chief James is aware that the group of 18-25 years old men is currently experiencing the highest rate of incarceration currently, and there are more people in this age group than in the past 20-30 years.  Chief James believes that because this group is likely to reoffend more often than older inmates and they have less self-control, as the number of people from this age group being arrested and incarcerated rises, this will result in greater pressures on the entire jail and prison system, which will in turn increase the pressure for early releases to occur at both the state and local level, whether these offenders are included in the early release/sentence reduction and diversion programs initially or not.

Dated:  December 18, 2008          By:

/s/ Edward P. Sangster
EDWARD P. SANGSTER
ed.sangster@klgates.com

K&L Gates LLP
Attorneys for Plaintiffs

3

STIPULATION REGARDING TESTIMONY OF MICHAEL JAMES
Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 THE

Dated: December 18, 2008     By:

                                    /s/ Rochelle C. East
Rochelle C. East
rochelle.east@doj.ca.gov

Deputy Attorney General
Attorneys for Defendants

Dated: December 18, 2008     By:

                                    /s/ Paul B. Mello
Paul B. Mello, Esq.
pmello@hansonbridgett.com

Hanson & Bridgett LLP
Attorneys for Defendants

Dated: December 18, 2008     By:

                                    /s/ Theresa Fuentes
Theresa Fuentes
theresa.fuentes@cco.sccgov.org

Office of the County Counsel
Attorneys for County Defendant Intervenors

Dated: December 18, 2008     By:

                                    /s/ Steven S. Kaufhold
Steven S. Kaufhold
skaufhold@akingump.com

Akin, Gump Strauss Hauer & Feld, LLP
Attorneys for Legislator Defendant Intervenors

Dated:  December 18, 2008        By:

/s/ Natalie Leonard
Natalie Leonard
nleonard@cbmlaw.com

Carroll, Burdick & McDonough, LLP
Attorneys for CCPOA Plaintiff Intervenors

Dated:  December 18, 2008        By:

/s/ Anne L. Keck
Anne L. Keck
akeck@sonoma-county.org

Office of Sonoma County Counsel
Attorneys for Defendant Intervenor Sonoma County

Dated:  December 18, 2008        By:

/s/ William E. Mitchell
William E. Mitchell
wemitchell@rivcoda.org

Riverside County District Attorney's Office
Attorneys for District Attorney Defendant Intervenors

Dated:  December 18, 2008        By:

/s/ Kimberly Hall Barlow
Kimberly Hall Barlow
khb@jones-mayer.com

Jones & Mayer LLP
Attorneys for Law Enforcement Defendant Intervenors

Dated: December 18, 2008         By:

                        /s/ Carol L. Woodward
                Carol L. Woodward
                cwoodward@co.sanmateo.ca.us

                Office of San Mateo County Counsel
                Attorneys for Defendant Intervenor San Mateo County