1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Intervenor-Defendants
8  SAN DIEGO COUNTY SHERIFF WILLIAM B.
   KOLENDER, ORANGE COUNTY SHERIFF-
9  CORONER SANDRA HUTCHENS, PLACER
   COUNTY SHERIFF EDWARD N. BONNER,
10 BUTTE COUNTY SHERIFF-CORONER PERRY
   L. RENIFF, CALAVERAS COUNTY SHERIFF
11 DENNIS DOWNUM, LOS ANGELES COUNTY
   SHERIFF LEE BACA, SANTA CLARA COUNTY
12 SHERIFF LAURIE SMITH, SAN BENITO COUNTY
   SHERIFF CURTIS HILL, STANISLAUS COUNTY
13 SHERIFF ADAM CHRISTIANSON, MENDOCINO
   COUNTY SHERIFF TOM ALLMAN, TEHAMA
14 COUNTY SHERIFF CLAY PARKER, LASSEN
   COUNTY SHERIFF STEVE WARREN, YOLO
15 COUNTY SHERIFF ED PRIETO, SANTA BARBARA
   COUNTY SHERIFF BILL BROWN, KERN COUNTY
16 SHERIFF DONNY YOUNGBLOOD, SAN MATEO
   COUNTY SHERIFF GREG MUNKS, YUBA COUNTY
17 SHERIFF STEVE DURFOR, CONTRA COSTA
   COUNTY SHERIFF WARREN RUPF,
18 SHASTA COUNTY SHERIFF TOM BOSENKO,
   RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR.,
19 VENTURA COUNTY SHERIFF BOB BROOKS,
   SOLANO COUNTY SHERIFF GARY R. STANTON,
20 SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES,
   SUTTER COUNTY SHERIFF JIM DENNEY,
21 LAKE COUNTY SHERIFF ROD MITCHELL,
   GLENN COUNTY SHERIFF LARRY JONES,
22 TUOLUMNE COUNTY SHERIFF JIM MELE,
   FRESNO COUNTY SHERIFF MARGARET MIMS,
23 MONTEREY COUNTY SHERIFF MIKE KANALAKIS,
   MONO COUNTY SHERIFF RICHARD SCHOLL,
24 HUMBOLDT COUNTY SHERIFF GARY PHILP,
   EL DORADO COUNTY SHERIFF JEFF NEVES,
25 MERCED COUNTY SHERIFF MARK PAZIN,
   DEL NORTE COUNTY SHERIFF DEAN WILSON,
26 SAN JOAQUIN COUNTY SHERIFF STEVE MOORE,
   AMADOR COUNTY SHERIFF MARTIN RYAN,
27 INYO COUNTY SHERIFF WILLIAM LUTZE,
   STANISLAUS COUNTY CHIEF PROBATION OFFICER
28 JERRY POWERS, VENTURA COUNTY CHIEF

-1-

1  PROBATION OFFICER KAREN STAPLES,
   SOLANO COUNTY CHIEF PROBATION OFFICER
2  ISABELLE VOIT, SANTA BARBARA COUNTY
   CHIEF PROBATION OFFICER PATRICIA STEWART,
3  BUTTE COUNTY CHIEF PROBATION OFFICER JOHN
   WARDELL, SAN LUIS OBISPO COUNTY CHIEF
4  PROBATION OFFICER KIM BARRETT, CONTRA
   COSTA COUNTY CHIEF PROBATION OFFICER
5  LIONEL CHATMAN, INYO COUNTY CHIEF
   PROBATION OFFICER JIM MOFFETT,
6  SHASTA COUNTY CHIEF PROBATION
   OFFICER BRIAN RICHART, YOLO COUNTY
7  CHIEF PROBATION OFFICER DON MEYER,
   FRESNO COUNTY CHIEF PROBATION OFFICER
8  LINDA PENNER, MARIPOSA COUNTY CHIEF
   PROBATION OFFICER GAIL NEAL, CITY OF
9  WHITTIER POLICE CHIEF DAVE SINGER,
   CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES,
10 CITY OF PASADENA POLICE CHIEF BARNEY
   MELEKIAN, CITY OF ALHAMBRA POLICE
11 CHIEF JIM HUDSON, CITY OF FREMONT
   POLICE CHIEF CRAIG STECKLER, CITY OF
12 GROVER BEACH POLICE CHIEF JIM COPSEY,
   CITY OF SANTA CLARA POLICE CHIEF STEVE
13 LODGE, CITY OF VACAVILLE POLICE CHIEF
   RICH WORD, CITY OF WOODLAND POLICE CHIEF
14 CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF
   MACE McINTOSH, CITY OF PASO ROBLES POLICE
15 CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO
   POLICE CHIEF MICHAEL BILLDT, CITY OF
16 ATWATER POLICE CHIEF RICHARD HAWTHORNE,
   NATIONAL CITY POLICE CHIEF ADOLFO GONZALES,
17 CITY OF DELANO POLICE CHIEF MARK DeROSIA,
   CITY OF MODESTO POLICE CHIEF ROY WASDEN,
18 CITY OF FRESNO POLICE CHIEF JERRY DYER, AND
   CITY OF DELANO CHIEF OF CORRECTIONS GEORGE
19 GALAZA

20

21          IN THE UNITED STATES DISTRICT COURTS

22      FOR THE EASTERN DISTRICT OF CALIFORNIA

23      AND THE NORTHERN DISTRICT OF CALIFORNIA

24 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

25  PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

26 RALPH COLEMAN, et al.,              Case No: CIV S-90-0520 LKK JFM P

27         Plaintiffs,               **THREE-JUDGE COURT**

28

-2-

|  |  |
|---|---|
| vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>**SUPPLEMENTAL DECLARATION OF WITNESS RICK DOSTAL** |
| MARCIANO PLATA, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

I, RICK DOSTAL, hereby declare as follows:

1.     I am the Executive Director of Administrative Services for the Orange County Sheriff's Department.  In that capacity I oversee the Financial and Administrative Services Division, Communications Division, and our Research and Development Division.

2.     Exhibit 1 to my declaration filed with the Court on October 30, 2008 (marked as Exhibit DI 628), was produced by Sheriff's Department staff in 1997 based on a comprehensive review of arrest reports, jail records, and other department data produced and maintained in the ordinary operations of the Department.  The document is an official record of the Orange County Sheriff's Department.  I reviewed the underlying data and documents and verified that the crime statistics contained in Exhibit 1 accurately reflect the statistics contained in the underlying data and documents.  Those who created and analyzed the underlying data and prepared the documentation were all under a duty to accurately report to both the Sheriff and the Board of Supervisors concerning the impacts of early release from Orange County jail facilities, and the underlying data, as well as the exhibit itself, was created by Sheriff's Department employees in the course

and scope of their official duties.  The exhibit is kept and maintained by the Orange County Sheriff's Department as an official record of the Department.

3.     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of December, 2008 at Santa Ana, California.

RICK DOSTAL

-4-