1  | JONES & MAYER
   | Martin J. Mayer (SB # 73890)
2  | Michael R. Capizzi (SB # 35864)
   | Kimberly Hall Barlow (SB # 149902)
3  | Ivy M. Tsai (SB # 223168)
   | 3777 North Harbor Boulevard
4  | Fullerton, California 92835
   | (714) 446-1400; Fax (714) 446-1448
5  | e-mail: mjm@jones-mayer.com
   | e-mail: mrc@jones-mayer.com
6  | e-mail: khb@jones-mayer.com
   | e-mail: imt@jones-mayer.com
7  |
   | Attorneys for Law Enforcement
8  | Intervenor-Defendants

9

10                IN THE UNITED STATES DISTRICT COURTS

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12            AND THE NORTHERN DISTRICT OF CALIFORNIA

13     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15 | RALPH COLEMAN, et al.,                    | Case No:  CIV S-90-0520 LKK JFM P
16 |                          Plaintiffs,      | **THREE-JUDGE COURT**
17 | vs.                                       |
18 | ARNOLD SCHWARZENEGGER, et                 | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]
19 | al.,                                      | **LAW ENFORCEMENT INTERVENOR-**
   |                                           | **DEFENDANTS' AMENDED EXHIBIT**
20 |                          Defendants.      | **LIST**
21 |
22 |
23 |                                           | Case No.:  C01-1351 TEH
   | MARCIANO PLATA, et al.,                   |
24 |                          Plaintiffs,      | **THREE-JUDGE COURT**
25 | vs.                                       |
26 | ARNOLD SCHWARZENEGGER, et                 |
27 | al.,                                      |
28 |                          Defendants.      |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|---|---|---|
| DI-600 | CDCR Adult Research Branch June 2008 Recidivism Data Recidivism Tables | 00001-00004 |
| DI-601 | Transcript of Governor Arnold Schwarzenegger Joined by Assembly Republicans, Law Enforcement Officials Waning of Dangers if Felons are Released into Communities | 00005-00011 |
| DI-602 | Stanislaus County Jail Alternative Programs Counts April 2008 | 00012-00020 |
| DI-603 | CDCR Corrections Standards Authority Mentally Ill Offender Crime Reduction Grant Program | 00021-00049 |
| DI-604 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information | 00050-00051 |
| DI-605 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Caseload | 00052-00053 |
| DI-606 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Specialized Caseloads | 00054-00055 |
| DI-607 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Banked, Monitored, and Administratively Supervised | 00056-00057 |
| DI-608 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information | 00058-00059 |
| DI-609 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Caseload | 00060-00061 |
| DI-610 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Specialized Caseloads | 00062-00063 |
| DI-611 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Banked, Monitored, and Administratively Supervised | 00064-00065 |
| DI-612 | Karen S. Dalton, DrPH, CHES, CJM -- curriculum vitae | 00066-00071 |
| DI-613 | Los Angeles County Sheriff's Department Inmate Reception Center Daily Inmate Statistics, Friday, 08/22/2008 | 00072 |
| DI-614 | NPR Inside The Nation's Largest Mental Institution by Renee Montagne. | 00073-00075 |
| DI-615 | Table 10 Institution Population By County Of Commitment. December 31, 2006 | 00076 |
| DI-616 | Power Point Presentation. Petersilia's Reform Agenda | 00077-00084 |
| DI-617 | Table 5A (Continued) Total Felon New Admissions and Parole Violations Returned With a New Term. | 00085 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|---|---|---|
| DI-618 | Table 6 Institution Population Rate Per 100,000 California Population December 31, 1982 Through December 31, 2006. | 00086 |
| DI-619 | Sheriff Adam Christianson – curriculum vitae | 3261-3263 |
| DI-620 | Richard M. Conklin, LCSW -- curriculum vitae | 3264-3266 |
| DI-621 | John L. Ingrassia -- curriculum vitae | 3267-3268 |
| DI-622 | Don L. Meyer -- curriculum vitae | 3269-3270 |
| DI-623 | Martin Ryan -- curriculum vitae | 3271-3273 |
| DI-624 | Orange County Sheriffs' Department Early Release Statistics 1986-2004 | 3274 |
| DI-625 | Orange County Sheriffs' Department Early Release Statistics 1/1/08 - 8/31/08 | 3275 |
| DI-626 | Orange County Jail Needs Assessment Preliminary Findings and Recommendation | 3276-3342 |
| DI-627 | Orange County Sheriffs' Department - Inmate Services Division - Correctional Programs Unit - Inmate Education Facts At A Glance for 2007 | 3343-3345 |
| DI-628 | Sheriff's Presentation on Theo Lacy Expansion Orange County Board of Supervisors July 1, 1997 | 3346-3373 |
| DI-629 | Fresno County Policies and Procedures, No. C-211, Criteria for Inmate Release from Custody pursuant to Federal Court Order, 9-29-06, 8-1-08 and 8-18-08 revisions | 0000165-0000171 |
| DI-630 | City/County Population Estimates with Annual Percent Change January 1, 2007 and 1008 | 0000172-0000185 |
| DI-631 | CDCR Fall 2005 Adult Population Projections, 2006-2011 | 0000186-0000187 |
| DI-632 | Fresno County Crimes and Crime Rates 1997-2006, from California Department of Justice Website | 0000188 |
| DI-633 | CDCR Parole Census Data dated 12/31/07 | 0000189-0000193 |
| DI-634 | Adult Misdemeanor Arrests for Fresno County | 0000194 |
| DI-635 | Adult Felony Arrests for Fresno County | 0000195 |
| DI-636 | Excerpts from Rational Choice and Criminal Behavior (Fresno Police) | 0000196 |
| DI-637 | Does Prison Pay? Article from Sensible Sentencing Trust (Fresno Police production) | 0000197-0000208 |
| DI-638 | April 5, 2008 Memorandum - Parole Release Impact Report (Fresno Police) | 0000209-0000210 |
| DI-639 | SF Gate article: California's system for parolees called ineffective revolving door (Fresno Police production) | 0000211-0000218 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|--------|----------|--------------|
| DI-640 | Stipulation re: Permanent Injunction; Order, filed Feb. 25, 1994, <u>Cruz v. County of Fresno</u>, United States District Court, Eastern District of California, Case No. F-93-5070 JFM [P] | 0000219-0000227 |
| DI-641 | Preliminary Examination of the Fresno Public Safety Ballot Initiative | 0000228-0000275 |
| DI-642 | The Fresno Bee, October 26, 2008 – Valley's jobless problem grows by Tim Sheehan | 0000276-0000279 |
| DI-643 | EDD News Release Dated November 21, 2008. California's Unemployment Rate Increases To 8.2 Percent | 03374-03377 |
| DI-644 | Law Enforcement Report Form. Fresno Police Department. Event: 08AW6890. Case:08-049517 | 00087-00100 |
| DI-645 | Law Enforcement Report Form. Fresno Police Department. Event: 08AR7071 Case:08-038820 | 000101-00130 |
| DI-646 | Law Enforcement Report Form. Fresno Police Department. Event: 08AZ4480. Case:08-055189 | 00131-00160 |
| DI-647 | San Joaquin County Reentry Program Facility, San Joaquin, Calavares, (prepared by CDCR) | 00166 |
| DI-648 | Amador County Statistics COMPAS Assessment Data for Amador County (8/07) | 00167 |
| DI-649 | Amador County COMPAS Assessments of Active Parolees by County as of 4/30/08 | 00168 |
| DI-650 | COMPAS Assessments, statewide, as of 9/16/08 | 00169-00208 |
| DI-651 | Adult Services Plan: Serving 18-25 year-olds Best Practices | 00209-00258 |
| DI-652 | California Department of Corrections and Rehabilitation Expert Panel on Adult Offender and Recidivism Reduction Programming Report to the California State Legislature:  A Roadmap for Effective Offender Programming in California | 00259-00476 |
| DI-653 | Edwin Zedlewski, "Making Confinement Decisions," Research In Brief, National Institute of Justice, July 1987; released July 1988. | 00477-00482 |
| DI-654 | San Benito County Jail Manual (Revision 2002) section 317. | 00483 |
| DI-655 | San Bernardino PD Interoffice Memorandum dated 7-7-08 re June 2008 Parole Report; May 2008 Report; CAPC Monthly Reports | 00484-00505 |

| Number | Document | Bates Number |
|---|---|---|
| DI-656 | April 10, 2008 Memorandum to Members of the Urban Counties Caucus Board of Directors from Casey Kaneko re Realignment of State Parolees to County Probation | 00506-00511 |
| DI-657 | San Diego County Sheriff's Detention Facilities Inmate Population History; San Diego County Sheriff, Detention Services, All Sheriff Facilities, Average Inmate Population, Fiscal Year: 2007 / 2008 | 00512-00517 |
| DI-658 | County of San Diego, UCC Survey Response | 00518-00522 |
| DI-659 | Synopsis of programs currently in place in San Diego County that provide alternatives to detention and the relative effectiveness of these programs. | 00523-00524 |
| DI-660 | San Diego County Sheriff's Department Daily Inmate Population Report | 00525 |
| DI-661 | San Diego – Court documents relating to Hudler v. Duffy, May 12, 1980, No. 404148 and Armstrong v. San Diego County Board of Supervisors, November 8, 1990; No. 588349; cases consolidated October 13, 1993. | 00526-00614 |
| DI-662 | San Diego – Sentence Calculation Record; Sentence Calculation Manual (CD); Detention Services Bureau Policies and Procedures R.1, R.3, R.5, R.11 and T.13; Final Release (IPD) Post Orders. | 00615-00639 |
| DI-663 | San Diego – Documents relating to the Mentally Ill Offender Crime Reduction Program. | 00640-00644 |
| DI-664 | Senate Budget Hearing Item #63, Senate Bill 618 (J1), May 7, 2007 | 00645 |
| DI-665 | Summary of Meeting with Jennifer Schaffer, Ph.D., Re Potential Impact of CDCR Plan to return inmates to local counties | 00646 |
| DI-666 | SB 618 Caseload as of 9/17/08 | 00647 |
| DI-667 | San Diego County Sheriff 07-08 ESP Program Roster/Active Collection Roster | 00648 |
| DI-668 | San Diego County Parole Stats - June 2008 | 00649-0060 |
| DI-669 | San Diego County Inmate Programs Work Release | 00661-00662 |
| DI-670 | San Diego County Sheriff 2007-08 Pop and Cap Graph | 00663 |
| DI-671 | San Diego County Sheriff 4024 PC Letter 050708-060708 | 00664 |
| DI-672 | San Diego County Sheriff 4024 PC Letter 060708-070708 | 00665 |
| DI-673 | San Diego County Sheriff 4024 PC Letter 070708-080708 | 00666 |
| DI-674 | San Diego County Sheriff 4024.1 PC Letter 040708-050708 | 00667 |
| DI-675 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 4/19/04 | 00668-006671 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|---|---|---|
| DI-676 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 8/26/04 | 00672-00678 |
| DI-677 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 10/14/04 | 00679-00682 |
| DI-678 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 10/14/04 | 00683-00685 |
| DI-679 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 1/20/05 | 00686-00692 |
| D1-680 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 4/20/05 | 00693-00697 |
| DI-681 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 10/31/05 | 00698-00704 |
| DI-682 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 3/1/06 | 00705-00711 |
| DI-683 | San Diego County Sheriff Bd of Corrections Jail Profile Survey. Date 7/27/05 | 00712-00718 |
| DI-684 | San Diego County Sheriff County Parole Stats | 00719-00730 |
| DI-685 | San Diego County Sheriff Court Ordered Caps in effect 2008 | 00731 |
| DI-686 | San Diego County Sheriff Work Furlough Center | 00732 |
| DI-687 | San Diego County Sheriff Work Release | 00733-00734 |
| DI-688 | San Diego County Women's Facility Needs | 00735-00775 |
| DI-689 | San Luis Obispo – correspondence with the court in regard to California Penal Code section 4024.1. 7-20-07, 7-24-07, 8-13-07 and 9-17-07; memorandum dated 7-20-07 | 00776-00820 |
| DI-690 | CSA letter to SLOSD 7-10-08 re. inspection of jail facilities | 00821-00825 |
| DI-691 | SLO Monthly Jail Profile Survey July 2007- June2008 | 00826-00837 |
| DI-692 | San Luis Obispo County Sheriff Jail Needs Assessment Update 2008 | 00838-00878 |
| DI-693 | San Mateo County Sheriff's Office Maguire Correctional Facility Women's Correctional Center Inmate Services and Case Management for Reentry 6-6-06 | 00879-00946 |
| DI-694 | San Mateo – Resolution Accepting the Mentally Ill Offender Crime Reduction Grant from the State Board of Corrections and memo from Sheriff Greg Munks to County Board of Supervisors dated May 21, 2007 with Final MIOCR grant proposal | 00947-00952 |
| DI-695 | San Mateo County Manager's Office, Response to UCC Survey on Parole Realignment, April 30, 2008 | 00953-00963 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|--------|----------|--------------|
| DI-696 | Shasta County Main Jail Superior Court Quarterly Report and letter to Presiding Judge; Quarterly Capacity Releases since 1993 cap | 00964-00989 |
| DI-697 | County of Shasta v. Pope, Stipulation and Proposed Order | 00990-01026 |
| DI-698 | Solano County Superior Court order granting authority to accelerate release. 8-31-07 | 01027 |
| DI-699 | Solano County BOC-STC Jail Profiles April 2007-June 2008 | 01028-01057 |
| DI-700 | Solano County - JCDF Rated Capacity - CSA Inspection 2006 | 01058 |
| DI-701 | Solano County - SDF Rated Capacity - CSA Inspection 2006 | 01059 |
| DI-702 | Solano County - SEP Reports 2007-2008 | 01060-01061 |
| DI-703 | Solano County - Stats on Early Release - July 07 | 01062 |
| DI-704 | Solano County Probation Adult Division County Approved Budget | 01063-01067 |
| DI-705 | Solano County Probation Proposed Budget Adult Division Narrative | 01068-01081 |
| DI-706 | Rodriguez v. County of Stanislaus, case no. CIV F-90-0601 REC JFM P dated May 4, 1992 | 01082-01102 |
| DI-708 | Stanislaus County – Copy of grant for the Mentally Ill Offender Crime Reduction Grant Program. | 01132-01160 |
| DI-709 | Sutter – Stipulation Re Population Limits, Order in Dempsey W. Haller, et al. v. The County of Sutter, et al., CIV-S-93-1256, September 15, 1994 and Order in Dempsey W. Haller, et al., CIV-S-93-1256, September 14, 1994. | 01161-01167 |
| DI-710 | Tehama – Dennis Wyckoff, et al. v. County of Tehama, et al., No. CIV-S 92 1472 GEB JFM, dated April 21, 1998 | 01168-01186 |
| DI-711 | Tehama – Letters from Captain Ronald Dodd to Judge Dennis Murray requesting accelerated release pursuant to Penal Code section 4024.1; Judge Dennis Murray's Minute Orders granting accelerated release pursuant to Penal Code section 4024.1; and letters from Captain Dennis Murray to Judge Dennis Murray informing him of any accelerated releases.  Date range:  July 22, 1997 through September 13, 2007.  Minute Orders dated 1-25-06 and 3-28-06. Letters to Court of 8-31-07(2) and 9-13-07. (Names and case numbers redacted) | 01187-01271 |
| DI-712 | Tehama Monthly Jail Profile Survey January 07- June 08 | 01272-01307 |

| Number | Document | Bates Number |
|---|---|---|
| DI-713 | Tuolumne – Stipulation Order in <u>Donald G. Ercoli, et al. v. County of Tuolumne</u>, Case No. CIV F-90-0649 JFM P, filed on December 20, 1994 | 01308-01330 |
| DI-714 | Tuolumne County Sheriff's Office Procedure No. 6.45.1. | 01331-01333 |
| DI-715 | Tuolumne – Documents related to Mentally Ill Criminal Offenders Crime Reduction Grant program. Dated March 24, 2008 | 01334-01346 |
| DI-716 | Tuolumne Co Sheriff Custody Division Jail Statistics 11/26/07 | 01347-01349 |
| DI-717 | Tuolumne County Grand Jury Final_Report_2008-06-04 | 01350-01380 |
| DI-718 | Tuolumne Jail Needs Assessment | 01381-01444 |
| DI-719 | Ventura – Penal Code section 4024.1. Declarations, all dated in approximately 30 day increments, to the Presiding Judge of the Ventura County Superior Court requesting authorization to implement the provisions of Penal Code Section 4024.1; Signed authorization documents from the Presiding Judge of the Ventura County Superior Court, allowing the accelerated release. 8-07 through 3-08; 2004-2007 Accelerated release stats. | 01445-01467 |
| DI-720 | Ventura – Letter dated February 6, 2007 from Ventura County Sheriff's Department to County Board of Supervisors in regard to the Mentally Ill Offender Crime Reduction Grant and Agreement and Proposal. | 01468-01530 |
| DI-721 | Yolo – <u>Roy et al. v. County of Yolo et al.</u>, United States District Court, Eastern District of California, NO. CIV S-90-0393, DFL-JFM P, and copy of internal tracking log of releases | 01531-01552 |
| DI-722 | Probation "Approved" Annual Budget Fiscal Year 2008/2009 (Yolo County) | 01553-01576 |
| DI-723 | CDCR Adult Research Branch - One and Two Year Follow-up Recidivism Rates For All Paroled Felons Released from Prison for the First Time in 2005 Under the Supervision of the California Department of Corrections and Rehabilitation - April 2008 | 01577-01580 |

| Number | Document | Bates Number |
|---|---|---|
| DI-724 | Yolo County Probation Violation of Probation Declarations Resulting in Prison Sentence 2007 | 01581 |
| DI-725 | Yolo County Probation Statistics Summery Adult Division July, 2008; Adult Division Totals; Supervisor's Monthly Stat Worksheets; Field Statistics | 01582-01599 |
| DI-726 | California Probation Services Survey | 01600-01620 |
| DI-727 | Yolo County Male Inmate Statistics | 01621-01622 |
| DI-728 | COMPAS Assessment Date for Yolo County | 01623 |
| DI-729 | Washington State Institute for Public Policy - Sentences for Adult Felons in Washington: Options to Address Prison Overcrowding -- Part I (Historical Trends) | 01624-01631 |
| DI-730 | Washington State Institute for Public Policy - Evidence-Based Public Policy Options to Reduce Future Prison Construction, Criminal Justice Costs, and Crime Rates | 01632-01678 |
| DI-731 | Washington State Institute for Public Policy - Sentences for Adult Felons in Washington: Options to Address Prison Overcrowding -- Part II (Recidivism Analysis) | 01679-01698 |
| DI-732 | Washington State Institute for Public Policy - Evidence-Based Adult Corrections Programs: What Works and What Does Not | 01699-01718 |
| DI-733 | CDCR Division of Adult Parole Operations - Mentally Ill Parolee Population, March 28, 2008 | 01719-01726 |
| DI-734 | NPI UCLA Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation - Parole Division | 01727-01768 |
| DI-735 | Adult Residential Facilities (community centers) (provided by Chief Probation Officer Don Meyer at deposition) | 01769-01778 |
| DI-736 | Yolo County Probation 5-Year Budget History; Yolo County Recommended Budgets for 2003/2004 through 2007/2008 | 01779-01848 |
| DI-737 | CDCR Data Analysis Unit - Estimates and Statistical Analysis Section - Offender Information Services Branch - Table 1B - Total Felons Paroled and Reparoled from an Adult Institution by County of Parole - Calendar Year 2007 | 01844-01848 |
| DI-738 | CDCR Adult Research Branch - One and Two Year Follow-up Recidivism Rates For All Paroled Felons Released from Prison for the First Time in 2005 Under the Supervision of the California Department of Corrections and Rehabilitation - June 2008 | 01849-01852 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|---|---|---|
| DI-739 | Atwater PD Re: Booking Report, by date as per Government Code 6254f(1) | 01853-01856 |
| DI-740 | Butte County Sheriff, Electronic Surveillance Program | 01857-01859 |
| DI-741 | Delano PD, 2007-2008 Booking Report Summaries | 01860-01861 |
| DI-742 | Fremont Police Department, Parole Violation Arrests, July 1, 2007 through July 1, 2008 | 01862-01865 |
| DI-743 | Roseville PD Crime Suppression Unit Re: 2008 Activity Log; 2007 Yearly Report of Activities; Case Notes | 01866-01870 |
| DI-744 | Inmates of Santa Barbara v. Sheriff John Carpenter, Case No. 152487 and its related documents | 01871-01940 |
| DI-745 | Santa Barbara - Current Policy and Procedures relating to Community Release issued 2/08 and historical Policies and Procedures relating to Community Release. | 01941-01987 |
| DI-746 | San Joaquin County Sheriff's Custody Division Policies and Procedures sections 1.4.2, 3.2.4, and 8.7.3; See In the Matters of Johnnie S. Smith, et al., Case No. 43450 and Daniel S. Gonzales, et al., Case No. 44255, Interim Order filed May 8, 1989, Superior Court, County of San Joaquin, Agreement and Consent Decree filed December 17, 1990. | 01988-02021 |
| DI-747 | San Joaquin County Corrections Standards Authority Local Jail Construction Funding Program – San Joaquin County Jail Inmate Housing & Infrastructure Construction Project; | 02022-02084 |
| DI-748 | Documents relating to AB 900 and use of the Northern California Women's Facility as a re-entry facility | 02085-02113 |
| DI-749 | Excerpts from San Joaquin County Sheriff's Department Jail Needs Assessment Update | 02114-02386 |
| DI-750 | San Joaquin – Statistics of court cap releases and work programs releases | 02387-02391 |
| DI-751 | San Joaquin County Sheriff 2007 Jail Profile Survey | 02392-02401 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|--------|----------|--------------|
| DI-752 | Michael Harris, et al., v. County of Placer, et al. Case No. CIVS 90-394 LKK-JFM | 02402-02419 |
| DI-753 | Placer County DUI Symposium; Statistical Summaries. 4/24/06 | 02420-02421 |
| DI-754 | Placer County - Request for Technical Assistance for Discharge Planning Policies and Implementation (to US Dept of Housing and Urban Development), 10/10/06; Substance Abuse Program Overview, and Misc. Papers, 3/2/07. | 02422-02429 |
| DI-755 | Placer – Mentally Ill Offender Crime Reduction Grant Application, 11/6/06 | 02430-02459 |
| DI-756 | Alhambra PD Re: Probation Arrests | 02460-02462 |
| DI-757 | Kern County Sheriff Annual Statistics 7-1-07 to 6-30-08 | 02463 |
| DI-758 | Kern Co Sheriff General Statistics | 02464 |
| DI-759 | Kern County Sheriff Bd of Corrections FY 07-08 Quarterly Reports | 02465-02468 |
| DI-760 | Kern County Sheriff Bd of Corrections Jail Profile Survey FY 07-08 Monthly Reports | 03378-03401 |
| DI-761 | Kern County Sheriff DB Policy K-320 - Inmate Population Management | 02469-02470 |
| DI-762 | Excerpts from Kern County Sheriff Jail Needs Assessment | 02471-02528 |
| DI-763 | Kern County Sheriff Max Policy C-2200 Release From Custody | 02529-02532 |
| DI-764 | Kern County Sheriff PT Policy C-200 Releasing Inmates from Pre-Trial | 02533-02536 |
| DI-765 | Kern County Sheriff PT Policy C-201 Releasing Federal Inmates from Pre-Trial | 02537-02539 |
| DI-766 | Kern County Sheriff Work Release Program FY 07-08, Annual Statistics, cover memo | 02540 |
| DI-767 | Anderson, et al. v. County of Kern, et al., case no. CIV F90295 JFM P, March1992 | 02541-02609 |
| DI-768 | Kern County Sheriff - Excerpts from Study of Jail Capacity Requirements and Options for Controlling Growth | 02610-02806 |
| DI-769 | White Paper, Earned Discharge, Division of Adult Parole Operations | 02807-02813 |

LAW ENFORCEMENT INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST

| Number | Document | Bates Number |
|--------|----------|--------------|
| DI-770 | Chief Probation Officers of California, Adult Probation Services and the Need to Increase Public Safety, Accountability, Competency Development and Cost Effectiveness | 02814 |
| DI-771 | Do the Crime, Do the Time?   Maybe Not, In California:  Jail Cell Shortage is Upsetting the Balance, California State Sheriff's Association, June 2006 | 02815-02862 |
| DI-772 | Little Hoover Commission Report, November 13, 2003 | 02863-02992 |
| DI-773 | Shasta County Probation documents | 02993-03024 |
| DI-774 | 2007 California Jails Capacity Caps and Early Release Statistics spreadsheet | 03025-03042 |
| DI-775 | AB 900 Agreements Summary (prepared by CDCR); CSA Phase I Jail Construction Funding Awards | 03043 |
| DI-776 | In re Inmates of Humboldt County Jail, No. 81205 and Consolidated Cases, Partial Ruling on Habeas Corpus, Ruling, and Ruling on Previous Order | 03044-03109 |
| DI-777 | Excerpts from Mendocino County Sheriff's Office Policies and Procedures Manual | 03110-03133 |
| DI-778 | Glenn County Jail Departmental Order concerning inmate releases | 03134-03142 |
| DI-779 | County of El Dorado v. McDonald, PV91 0591, September 6, 1991 | 03143-03146 |
| DI-780 | Contra Costa County Behaviorial Health Court | 03147-03154 |
| DI-781 | Contra Costa County Work Alternative Program | 03155-03169 |
| DI-782 | Judicial Council of California Administrative Office of the Courts. Report dated October 24, 2008 re. Court Facilities Planning: Update to Trial Court Capital- outlay Plan and Priorization Methodology and Projects Funded by Senate Bill 1407 (Action Required) | 03170-03225 |
| DI-783 | Judicial Council of California Administrative Office of the Courts. Report Summary dated October 8, 2008 re. Allocation of Trial Court Funding, Including Allocation of New Funding, a One-Time Reduction, and Other Adjustments (Action Required). | 03226-03260 |
| DI-784 | County of Fresno Proposed Budget 2008-2009 | 03402-03606 |
| DI-785 | Austin article | 03606-03706 |

Respectfully submitted,

DATED:    December 19, 2008                  JONES & MAYER

By: _____/s/_____
     Kimberly Hall Barlow
     Attorneys for Sheriff, Probation, Police
     Chief, and Corrections Intervenor-
     Defendants

-12-