UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Dec. 18, 2008

**Case No.** 01-01351 TEH    **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK                COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Ed Sangster, Ernest Galvan,
Rebekah Evenson, Fred Heather

For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

For Intervenor(s): Natalie Leonard, William Mitchell, Theresa Fuentes, Teresa Wang
Kimberly Hall Barlow, Carol Woodward

**Clerk:** Rowena B. Espinosa    **Court Reporters:** Joan Columbini/Debra Pas

**Trial Began:** 11/18/08    **Further Trial:** 12/19/08

*See attached Trial Log*