UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**    Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
**90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Ernest Galvan, Rebekah Evenson, Fred Heather | DEFENSE ATTORNEY: Kyle Lewis, Kimberly Hall Barlow, |
|---|---|---|
| TRIAL DATE: Dec. 18, 2008 | REPORTER(S): Joan Columbini/Debra Pas | CLERK: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 am | | | Court convene; Defense calls *GALE BATAILLE* to the stand and sworn in; Direct examination by K. Lewis | |
| | | 9:49 am | | | Cross examination by E. Galvan | |
| | | 10:49 am | | | G. Bataille is excused; Court is in recess | |
| | | 11:05 am | | | Court reconvene; Plaintiffs recall *JAMES AUSTIN* to the stand; Cross examination by K. Hall Barlow | |
| | | 12:30 pm | | | Court in recess | |
| | | 1:35 pm | | | Court reconvene; Redirect by R. Evenson | |
| | | 1:42 pm | | | J. Austin is excused; Dft-Intervenors call *ALEXANDER YIM* to the stand and sworn in; Direct examination by K. Hall Barlow | |
| | | 1:57 pm | | | Cross examination by F. Heather | |
| | | 2:06 pm | | | Redirect by K. Hall Barlow | |
| | | 2:15 pm | | | A. Yim is excused; Dft-Intervenors call *ADAM CHRISTIANSON* to the stand and sworn in; Direct examination by K. Hall Barlow | |
| | | 2:40 pm | | | Cross examination by E. Sangster | |
| | | 2:49pm | | | A. Christianso is excused; Dft-Intervenors call *MARTIN RYAN* to the stand and sworn in; direct examination by K. Hall Barlow | |
| | | 3:13 pm | | | Cross examination by E. Sangster | |
| | | 3:32 pm | | | Redirect by K. Hall Barlow | |
| | | 3:24 pm | | | M. Ryan is excused; Parties discuss witness schedule for tomorrow | |
| | | 3:33 pm | | | Court is adjourned for the day | |