# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **01-1351 TEH**          Case Name: **PLATA/COLEMAN, et al.** v. **SCHWARZENEGGER, et al.**
          **90-0520 LKK**

| JUDGES: THELTON E. HENDERSON, LAWRENCE K. KARLTON, STEPHEN REINHARDT | PLAINTIFF ATTORNEY: Don Specter, Michael Bien, Fred Heather, Ed Sangster, Rebekah Evenson | DEFENSE ATTORNEY: Paul Mello, Anne Johnson, Chad Stegeman, Kimberly Hall Barlow, William Mitchell |
|---|---|---|
| **TRIAL DATE:** Dec. 19, 2008 | **REPORTER(S):** Joan Columbini/Debra Pas | **CLERK**: Rowena B. Espinosa |

| PLA NO. | DFT NO. | DATE OFFERED | AD | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:22 am | | | Court convene; Dft-Intervenors call *GEORGE RUNNER* to the stand and sworn in; direct examination by C. Stegeman | |
| | | 9:40 am | | | Cross examination by F. Heather | |
| | | 9:59 am | | | Redirect by C. Stegeman | |
| | | 10:05 am | | | G. Runner is excused; Dft-Intervenors call *DON MEYER* to the stand and sworn in; Direct examination by K. Hall Barlow | |
| | | 10:47 am | | | Cross examination by E. Sangster | |
| | | 10:53 am | | | Redirect by K. Hall Barlow | |
| | | 10:55 am | | | D. Meyer is excused; Court in recess | |
| | | 11:11 am | | | Court reconvene; Dft-Intervenors rest; Defendants rest; Plaintiffs call *MICHAEL HENNESSEY* (rebuttal witness) to the stand and sworn in; Direct examination by D. Specter | |
| | | 11:31 am | | | Cross examination by W. Mitchell | |
| | | 11:40 am | | | M. Hennessey is excused; Parties discuss exhibit P-842; Plaintiffs call *NOOR DAWOOD* to the stand and sworn in to testify about exhibit P-842; Direct examination by R. Evenson | |
| | | 11:49 am | | | Cross examination by A. Johnson; Defense exhibit #1332 marked for identification (graph created in court) | |
| | | 12:25 pm | | | N. Dawood is excused; Court is in recess | |
| | | 1:33 pm | | | Court reconvene; Other housekeeping matters and closing argument schedule discussed | |
| | | 2:00 pm | | | Court is adjourned | |
| | | | | | | |
| | | | | | | |
| | | | | | | |