**EXHIBIT C**

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| vs. | **PLAINTIFF RALPH COLEMAN'S** |
| Defendants | **FIRST SET OF INTERROGATORIES TO DEFENDANT TILTON** |

**PROPOUNDING PARTIES:**    PLAINTIFF RALPH COLEMAN

**RESPONDING PARTIES:**    DEFENDANT TILTON

**SET NUMBER:**    ONE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff Ralph Coleman submits the following First Set of Interrogatories to Defendant Tilton ("Defendant") to be answered separately and fully in writing, under oath, based upon all knowledge reasonably available to them, within 30 days after service hereof.

**DEFINITIONS**

1.    "DOCUMENT" or "DOCUMENTS" as used herein is intended to have the broadest possible meaning and to include anything coming within the definition of "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence. The term refers to but is not limited to the product of any method of recording information, whether by writing or otherwise, including without limitation: any written, electronic, or computerized files, data or software; memoranda; correspondence; communications; reports; summaries; studies; analyses; evaluations; notes or notebooks; indices; logs; books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs; transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail messages; and the like. "DOCUMENT" shall include each copy of any whole or part of a document on which there appears any marking or deletion which does not appear on the original or other copies thereof, together with all drafts or notes for the preparation of each document. If the original of a document is not available or was not reviewed or received by a particular PERSON, "DOCUMENT" includes any identical copy of the original.

2.    "YOU" and "YOURS" as used herein refers to James Tilton, his agents, representatives, attorneys, and all other persons or entities acting on his behalf.

3.    As used herein, the term "IDENTIFY," when used with respect to a person, means to state the following: name of entity; telephone number; location of its business and nature of its business.

4.    As used herein, the term "IDENTIFY," when used with respect to a document, means to state the following, if available, for each document:  the name(s) of the author(s) and the recipient(s); the date; the title; the form of document (e.g. letter, memorandum, report, chart or other descriptive term); a description of the contents of the document; and its present or last known location and custodian.  If you claim that any such document was, but is no longer, in your possession or subject to your control, state what disposition was made of such document and when.  Documents to be identified shall include both documents in your possession, custody and control, and all other documents of which you have knowledge.  To the extent that the answers to the preceding questions are determinable by an examination of the document itself, you may respond by supplying such document as part of your answers to these interrogatories so long as you identify the interrogatory to which such document is responsive.

5.    "REFER" or "RELATE TO" means constituting, representing, defining, depicting, concerning, embodying, reflecting, identifying, stating, mentioning, addressing, or pertaining to the subject matter of the request, directly or indirectly, in whole or in part.

6.    The terms "and," "or," and "and/or" should be construed disjunctively or conjunctively as necessary to make the request inclusive rather than exclusive.

7.    "NON-TRADITIONAL HOUSING" or "NON-TRADITIONAL BEDS" means beds in gyms, dayrooms, or other locations not intended to house inmates and includes those beds commonly referred to as "bad beds" by Defendants, inclusive of triple-bunks.

8.    "CDCR PRISON" and "PRISONS" mean any and all facilities in which class members in this litigation are or can be incarcerated, including housing units within DMH facilities that house CDCR prisoners.

9.    "*COLEMAN* CLASS MEMBERS" or "PLAINTIFFS" means the class of state prisoners with serious mental disorders, including but not limited to those CDCR inmate-

1   patients within the Correctional Clinical Case Management System (CCCMS), the Enhanced

2   Outpatient Program (EOP), Day Treatment Program (DTP), intermediate care beds, mental

3   health crisis beds, and acute care beds.

4      10. "PRISONER RELEASE ORDER" means any order "that has the purpose or

5   effect of reducing or limiting the prison population, or that directs the release from or

6   nonadmission of prisoners to prison" as set forth in the Prison Litigation Reform Act at 18

7   U.S.C. §3626(g)(7).

8              **INSTRUCTIONS**

9      The preceding definitions apply to each interrogatory and are deemed incorporated in

10  each of the following interrogatories and these instructions.

11     1. In answering these interrogatories, quote each interrogatory before each answer.

12     2. These interrogatories shall be deemed to be continuing interrogatories so as to

13  require proper supplemental answers if further information is obtained or developed by you or

14  your counsel after the time that you serve answers to these interrogatories.

15     3. In answering these interrogatories, furnish all information available to you,

16  including information in the possession of your employees, attorneys, or otherwise subject to

17  your possession and/or control, and not merely information known of your own personal

18  knowledge.

19     4. If you cannot answer a particular interrogatory in full after exercising due

20  diligence to secure the information to do so, answer to the extent possible, specify your

21  inability to answer the remainder, state whatever knowledge you have concerning the

22  unanswered portion.

23     5. If you object to any part of an interrogatory, answer all parts of such

24  interrogatory to which you do not object and, as to each part to which you do object, set forth

25  the specific basis for you objection.

26     6. If any information is within the scope of any interrogatory but is being withheld

27  pursuant to any claim of privilege, identify the relevant interrogatories, the grounds upon

28  which the information is being withheld, the nature of the information withheld, the author,

1    State the number of EOP and CCCMS PLAINTIFFS in each Reception Center who

2  have remained in the Reception Center beyond the transfer timelines stated in the Revised

3  Program Guide (60 days for EOP and 90 days for CCCMS) since March 3, 2006.

4  **INTERROGATORY NO. 25:**

5    IDENTIFY any and all lockdowns or partial lockdowns, including dates and duration,

6  that affected housing units housing *COLEMAN* CLASS MEMBERS at CDCR PRISONS since

7  March 3, 2006.

13  Dated:  _10/17/07_                    Respectfully submitted,

16

Lori Rifkin
Rosen, Bien & Galvan
Attorneys for Plaintiffs

PLAINTIFF RALPH COLEMAN'S FIRST SET OF INTERROGATORIES TO DEFENDANT TILTON, NOS.:  CIV S 90-0520 LKK-JFM P, C01-1351
TEH

# EXHIBIT D

1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DAVID S. CHANEY
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  ROCHELLE C. EAST
Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6   1300 I Street, Suite 125
P.O. Box 944255
7  Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8  Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

**RECEIVED**

NOV 1 3 2007

Rosen, Bien & Galvan

10  Attorneys for Defendants

11           IN THE UNITED STATES DISTRICT COURT

12       FOR THE EASTERN DISTRICT OF CALIFORNIA

13      AND THE NORTHERN DISTRICT OF CALIFORNIA

14  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

| | |
|---|---|
| 17  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 18                    Plaintiffs, | **THREE JUDGE COURT** |
| 19           v. | |
| 20  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 21                    Defendants. | |
| 22  **MARCIANO PLATA, et al.,** | No. C 01-1351 TEH |
| 23                    Plaintiffs, | **THREE JUDGE COURT** |
| 24           v. | **DEFENDANT TILTON'S RESPONSE TO RALPH COLEMAN'S** |
| 25  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 26                    Defendants. | **INTERROGATORIES** |

27  Propounding Party:  Ralph Coleman

28  Responding Party:  Defendant Tilton

Tilton Response to Coleman Interrogatories, Set One

1  Set No.:                    One

2                            **DEFINITIONS**

3       In construing these discovery responses, the following definitions shall apply:

4       1.      "PLAINTIFFS" shall mean class representatives Ralph Coleman, et al., the named

5  plaintiffs in the action *Coleman v. Schwarzenegger,* Case No. 90-0520 LKK JFM (E.D. Cal.)

6  (*Coleman*).

7       2.      "DEFENDANT" shall mean James Tilton, a named defendant in the case of

8  *Coleman* v. *Schwarzenegger.*

9       3.      "DEFENDANTS" shall mean each of the named defendants in the case of

10  *Coleman* v. *Schwarzenegger,* including James Tilton in his official capacity on behalf of the

11  California Department of Corrections and Rehabilitation (CDCR), Stephen Mayberg in his

12  official capacity on behalf of the Department of Mental Health (DMH), Michael Genest in his

13  official capacity on behalf of the Department of Finance (DOF), and the Governor.

14      4.      "PROCEEDING" shall mean the three-judge panel proceeding convened under 28

15  U.S.C. Section 2284 in the cases of *Coleman* and *Plata.*

16                    **OVERALL OBJECTIONS TO INTERROGATORIES**

17      1.      DEFENDANT objects to Plaintiffs' definition of a California Department of

18  Corrections and Rehabilitation (CDCR) prison and a "prison" to include those housing units

19  within Department of Mental Health (DMH) facilities that house CDCR prisoners.

20  (Interrogatories, p. 2.) That definition mischaracterizes the role of DMH as a provider of housing

21  for incarcerated inmates. DMH's true role is defined by California Penal Code section 2684 as a

22  provider of inpatient mental health treatment to CDCR inmate-patients. Further, that definition

23  erroneously assumes the Governor's Emergency Proclamation of October 4, 2006 addressed

24  DMH as a provider of housing for incarcerated inmates. DEFENDANT will interpret the terms

25  "CDCR prison" and "prison" for the purposes of this request to mean those prisons within the

26  jurisdiction of the California Department of Corrections and Rehabilitation, pursuant to

27  California Penal Code section 5054.

28      2.      DEFENDANT objects that the discovery seeks INFORMATION that is neither

Tilton Response to Coleman Interrogatories, Set One

1 | relevant to PLAINTIFFS' claims in this PROCEEDING nor reasonably calculated to lead to the

2 | discovery of admissible evidence. PLAINTIFFS have refused to identify what if any claims they

3 | will be asserting in the PROCEEDING. Consequently, DEFENDANT objects that the discovery

4 | requires DEFENDANT to speculate what claims may or may not be asserted by PLAINTIFFS.

5 | 3. DEFENDANT objects that the requests are seek information equally available to

6 | PLAINTIFFS, and that the requests are overbroad and unduly burdensome. In accordance with

7 | the *Coleman* and *Plata* remedial orders, PLAINTIFFS receive monthly document productions

8 | and other discovery from DEFENDANT and the Receiver appointed in *Plata*.

9 | 4. DEFENDANT states that PLAINTIFFS are already in possession of

10 | DEFENDANTS' filed plans for the provision of mental health care beds, for the recruitment and

11 | retention of staffing for those mental health beds, and for the implementation of appropriate

12 | mental health care in those beds. DEFENDANT asserts the deliberative process privilege to all

13 | information sought or contained in drafts of those *Coleman* plans, all drafts of any budget

14 | proposals to fund those plans, and inter- and intra-Defendant emails concerning those plans.

15 | 5. Given the shortened time for DEFENDANT'S responses to these interrogatories,

16 | DEFENDANT hereby reserves the right to supplement these responses at a later date.

17 | 6. To the extent any request seeks information from documents prepared, created, or

18 | generated by the Office of the Inspector General, DEFENDANTS object to the discovery of such

19 | information on the basis of the official information privilege and on the basis of the right to

20 | privacy in medical, mental health, and personnel matters. Non-privileged reports of the Office of

21 | the Inspector General are available on its public web site.

22 | **RESPONSES AND OBJECTIONS TO INTERROGATORIES**

23 | INTERROGATORY NO. 1:

24 | Do you contend that some cause other than overcrowding is the primary cause of your

25 | ongoing violations of Plaintiffs' right to constitutionally adequate mental health care as set forth

26 | in the court-approved Revised Program Guide?

27 | RESPONSE TO INTERROGATORY NO. 1:

28 | DEFENDANT objects that this request seeks information protected from disclosure by

Tilton Response to Coleman Interrogatories, Set One

1  the supporting declarations of Joan Petersilia, Scott Kernan and Kathy Jett, filed May 24, 2007

2  with the *Coleman* court.

3  INTERROGATORY NO. 12:

4       Identify each and every population model relied upon for your answer to interrogatory

5  number 11 by its source, including but not limited to author, entity, and publication.

6  RESPONSE TO INTERROGATORY NO. 12:

7       DEFENDANT objects that this request seeks information protected from disclosure by

8  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

9  critical analysis privilege, and official information privilege.

10      Subject to and without waiving the foregoing objections, DEFENDANT responds as

11  follows: Such model(s) are identified in the declarations of Joan Petersilia and Kathy Jett.

12  INTERROGATORY NO. 13:

13      Identify each action, program, policy or procedure that you have adopted since October

14  2006 that you contend will limit or reduce the number of *Coleman* class members housed in

15  CDCR prisons.

16  RESPONSE TO INTERROGATORY NO. 13:

17      DEFENDANT objects that this request seeks information protected from disclosure by

18  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

19  critical analysis privilege, and official information privilege.

20      Subject to and without waiving the foregoing objections, DEFENDANT responds as

21  follows:  DEFENDANT has approved, in concept, the proposed policy to transfer certain

22  *Coleman* class members to out-of-state facilities upon proof of their eligibility under criteria

23  approved by the *Coleman* court for such transfer. Further, Defendant has, as part of the *Valdivia*

24  v. *Schwarzenegger* case, provided for In Custody Drug Treatment Program beds in each region

25  of the State, which includes 20 beds per region for parolees with dual diagnoses of mental illness

26  and substance abuse, as part of remedial sanctions in lieu of revocation and return to custody.

27  INTERROGATORY NO. 14:

28      For each such action, program, policy or procedure identified in our response to

Tilton Response to Coleman Interrogatories, Set One

1  interrogatory number 13, state the timeframe for implementation, the size of the anticipated

2  population reduction, and the date by which the population reduction will be effected.

3  RESPONSE TO INTERROGATORY NO. 14:

4       DEFENDANT objects that this request seeks information protected from disclosure by

5  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

6  critical analysis privilege, and official information privilege.

7       Subject to and without waiving the foregoing objections, DEFENDANT responds as

8  follows: Defendant states that it is presently developing and deliberating over the criteria for

9  determining a *Coleman* class member's eligibility for out-of-state transfer and so cannot state

10  with any certainty at this time the potential number of impacted inmates nor the time line for

11  implementation and impact on the mental health population. Further, Defendant has, as part of

12  the *Valdivia* case, provided for In Custody Drug Treatment Program beds in each region of the

13  State, which includes 20 beds per region for parolees with dual diagnoses of mental illness and

14  substance abuse, as part of remedial sanctions in lieu of revocation and return to custody.  The

15  timeframes for these In Custody Drug Treatment Program beds were provided to Plaintiffs and,

16  at this time, the anticipated effect on the mental health population has not been determined with

17  certainty.

18  INTERROGATORY NO. 15:

19       Identify each and every population model relied upon for your answer to interrogatory 14

20  by its source, including but not limited to author, entity, and publication.

21  RESPONSE TO INTERROGATORY NO. 15:

22       DEFENDANT objects that this request seeks information protected from disclosure by

23  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

24  critical analysis privilege, and official information privilege.

25       Subject to and without waiving the foregoing objections, DEFENDANT responds as

26  follows:  No such models were relied upon for the policies or programs indicated in response to

27  interrogatory 14.

28  //

1  INTERROGATORY NO. 16:

2      Identify the number of prisoners housed in each CDCR prison on October 17, 2007, by

3  housing unit, security level (I-IV), MHSDS membership (CCCMS or EOP), and other

4  administrative placement factors and categories (SNY, administrative segregation, OHU, CTC,

5  MHCB, reception, Security Housing Unit (SHU), Department of Mental Health (DMH).

6  RESPONSE TO INTERROGATORY NO. 16:

7      DEFENDANT objects that this request seeks information protected from disclosure by

8  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

9  critical analysis privilege, and official information privilege.

10     Subject to and without waiving the foregoing objections, DEFENDANT responds as

11 follows: The CDCR database printout provides for the number of prisoners housed in each

12 CDCR prison on October 17, 2007 (see Exhibit A).

13 INTERROGATORY NO. 17:

14     For each CDCR prison, identify the number of prisoners housed in non-traditional

15 (defined as beds in gyms, dayrooms, or other locations not intended to house inmates and

16 including those beds referred to as "bad beds" and triple bunks) and the location of such housing

17 as of October 17, 2007.

18 RESPONSES TO INTERROGATORY NO. 17:

19     Objections: DEFENDANT objects that this request seeks information protected from

20 disclosure by the attorney-client privilege, attorney work product privilege, deliberative process

21 privilege, self-critical analysis privilege, and official information privilege.

22     Subject to and without waiving the foregoing objections, DEFENDANT responds as

23 follows: The CDCR database does not contain such data.

24 INTERROGATORY NO. 18:

25     For each such non-traditional housing location, identify the number of prisoners in the

26 mental health services delivery system (EOP, CCCMS) and security level (I-IV) as well as other

27 administrative placement factors (SNY, administrative segregation, CTC, MHCB, OHU,

28 reception center, security housing unit (SHU) or Department of Mental Health program as of

Tilton Response to Coleman Interrogatories, Set One

1  October 17, 2007.

2  RESPONSE TO INTERROGATORY NO. 18

3      DEFENDANT objects that this request seeks information protected from disclosure by

4  the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

5  critical analysis privilege, and official information privilege.

6      Subject to and without waiving the foregoing objections, DEFENDANT responds as

7  follows: The CDCR database does not provide such data.

8  INTERROGATORY NO. 19:

9      Describe any restrictions you place on the housing of *Coleman* class members in non-

10 traditional housing beds identified in response to interrogatory seventeen.

11 RESPONSE TO INTERROGATORY NO. 19:

12     DEFENDANT objects that this request seeks information protected from disclosure by

13 the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

14 critical analysis privilege, and official information privilege.

15     Subject to and without waiving the foregoing objections, DEFENDANT responds as

16 follows:  The housing of *Coleman* class members is determined in accord with the standards

17 stated in the published decision of *Coleman v. Wilson*, 912 F. Supp. 1282, 1293 (1995) and the

18 Revised Program Guide, with those *Coleman* class members receiving Enhanced Outpatient

19 Program Care, Psychiatric Services Unit, and DMH-based inpatient care housed separately from

20 general population of CDCR inmates.

21 INTERROGATORY NO. 20:

22     For each CDCR prison housing unit that houses or has housed *Coleman* class members in

23 the past five years, identify the original stated capacity for housing *Coleman* class members, and

24 any adjustments you have made to the stated capacity, including the size and date of the

25 adjustment.

26 RESPONSE TO INTERROGATORY NO. 20:

27     DEFENDANT objects that this request seeks information protected from disclosure by

28 the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

1 the monitoring tours provided since the inception of the remedial process and continuing to date,

2 (c) the CDCR Health Care Services Division's monthly reports to the Special Master, (d) the

3 staffing, construction and funding reports provided at semi-annual meetings with the Special

4 Master and Plaintiffs (known as All Parties and/or Policy Meetings), (e) the Governor's Budget

5 and the May Revise, (f) the Department of Finance budgetary documents released in the *Coleman*

6 case to Plaintiffs pursuant to the August 2006 court order.

7 INTERROGATORY NO. 22:

8      Identify any and all housing units by prison, including reception centers, and housing type

9 (for example, dorm or cell housing) where EOP inmates are currently housed with general

10 population inmates.

11 RESPONSE TO INTERROGATORY NO. 22:

12      DEFENDANT objects that this request seeks information protected from disclosure by

13 the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

14 critical analysis privilege, and official information privilege.

15      Subject to and without waiving the foregoing objections, DEFENDANT responds as

16 follows: EOP inmates are not assigned to two-man cells with any general population inmate and

17 are not assigned to any yard shared with general population inmates.

18 INTERROGATORY NO. 23:

19      State the number of EOP and CCCMS plaintiffs in each reception center who have

20 remained in the reception center beyond the transfer timelines stated in the Revised Program

21 Guide (60 days for EOP and 90 days for CCCMS) since March 2006.

22 RESPONSE TO INTERROGATORY NO. 23:

23      DEFENDANT objects that this request seeks information protected from disclosure by

24 the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

25 critical analysis privilege, and official information privilege.

26      Subject to and without waiving the foregoing objections, DEFENDANT responds as

27 follows: The CDCR database does not have that information.

28 //

Tilton Response to Coleman Interrogatories, Set One

1    INTERROGATORY NO. 24:

2        Identify and all lockdowns or partial lockdowns, including dates and duration, that

3    affected housing units housing *Coleman* class members at CDCR prisons since March 3, 2006.

4    RESPONSE TO INTERROGATORY NO. 24:

5        DEFENDANT objects that this request seeks information protected from disclosure by

6    the attorney-client privilege, attorney work product privilege, deliberative process privilege, self-

7    critical analysis privilege, and official information privilege.  Further, the interrogatory is vague

8    as to the terms 'lockdown' and 'partial lockdown'.

9        Subject to and without waiving the foregoing objections, DEFENDANT responds as

10    follows:  DEFENDANT does not maintain such data.

11        Dated:  November 9, 2007

12            Respectfully submitted,

13    EDMUND G. BROWN JR.
Attorney General of the State of California

14    DAVID S. CHANEY
Chief Assistant Attorney General

15    FRANCES T. GRUNDER
16    Senior Assistant Attorney General

17    ROCHELLE C. EAST
Supervising Deputy Attorney General

18

19

20

21    LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

22

23    TiltonResponseRog1 11 8 wpd
CF1997CS0003

24

25

26

27

28

Tilton Response to Coleman Interrogatories, Set One

## VERIFICATION

I, JAMES TILTON, declare:

I am the Secretary of the California Department of Corrections and Rehabilitation and in that official capacity am a party in the pending action entitled *Coleman v. Schwarzenegger*. I have read the foregoing responses to the First Set of Interrogatories propounded by Plaintiff Ralph Coleman, and state upon my information and belief that they are true and correct.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this ___9___ day of November, 2007.

JAMES TILTON

Tilton Response to Coleman Interrogatories, Set One

22

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *Coleman v. Schwarzenegger, et al.*; *Plata v. Schwarzenegger, et al.*
Nos.:    **01-1351 & 90-0520**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 07, 2007**, I served the attached **:** **DEFENDANT TILTON'S RESPONSE TO RALPH COLEMAN'S  INTERROGATORIES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Sacramento, California  94244, addressed as follows:

| | |
|---|---|
| Claudia Center<br>The Legal Aid Society<br>Employment law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107 | Richard Goff<br>Heller, Ehrman White & McAuliffe<br>701 Fifth Avenue<br>Seattle, WA  98104 |
| Warren E. George<br>Bingham McCutchen<br>3 Embarcadero Ctr., Fl. 24<br>San Francisco, CA  94111 | Martin H. Dodd<br>Futterman & Dupree<br>160 Sansome Street, 17th Street<br>San Francisco, CA  94109 |
| Ronald Yank<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA  94104 | Ann Miller Ravel<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA  95110 |
| Jared Goldman<br>California Prison Healthcare Receivership<br>1731 Technology Dr., Suite 700<br>San Jose, CA  95110 | Steven s. Kaufhold<br>Akin Gump Straus Hauer & Feld LLP<br>580 California Street, 15th Floor<br>San Francisco, CA  94102 |

| | |
|---|---|
| Rod Pacheco<br>Chuck Hughes<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | Steven Woodside<br>Office of the County Counsel<br>575 Administration Dr., Room 105A<br>Santa Rosa, CA 95403 |
| Donald Specter<br>Prison Law Office<br>2173 'E' Francisco Blvd., Suite M<br>San Rafael, CA 94901 | Michael Bien<br>Rosen, Bien and Galvan<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 07, 2007**, at Sacramento, California.

_____                    _____
S. Burke                                                      Signature
Declarant

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
E-Mail: Lisa.Tillman@doj.ca.gov

November 28, 2007

MICHAEL BIEN                                                    Via US Mail and Email
Rosen, Bien, Galvan
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

DONALD SPECTER
Prison Law Office
2173 'E' Francisco Blvd., Suite M
San Rafael, CA 94901

RE:    Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
       Coleman, et al. v. Schwarzenegger, et al.
       Plata, et al. v. Schwarzenegger, et al

Dear Counsels:

    I understand the Coleman Defendants' response to Plaintiffs' interrogatory 16
inadvertently did not contain the referenced Exhibit A.  Please find attached Exhibit A.

                        Sincerely,

                        LISA A. TILLMAN
                        Deputy Attorney General

            For    EDMUND G. BROWN JR.
                   Attorney General

See attached service list

30358234.wpd

**EXHIBIT A** IN RESPONSE TO INTERROGATORY 16

# Mental Health Population  -  Placement Per Institution

### Download Date October 17, 2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP *II* | 1,099 | 1,212 | 110% | | 13 | | | **1,225** |
| ASP Ad-Seg | | 58 | | | 3 | | | **61** |
| CAL *I,IV* + | | 24 | | | 5 | | | **29** |
| CAL Ad-Seg | | 4 | | | 2 | | | **6** |
| CCC *I,II,III* | | 1 | | | | | | **1** |
| CCI *I,II,III,IV* * | 1,053 | 882 | 84% | | 6 | | | **888** |
| CCI Ad-Seg | | 136 | | | 14 | | | **150** |
| CCI-RC | 166 | 247 | 149% | | 34 | | | **281** |
| CCI-SHU | 130 | 172 | 132% | | 8 | | | **180** |
| CCWF | 739 | 1,000 | 135% | 54 | 55 | 102% | 12 | **1,055** |
| CCWF Ad-Seg | | 25 | | | 1 | | | **26** |
| CCWF-RC | 110 | 147 | 134% | | | | | **147** |
| CEN *III* | | 12 | | | | | | **12** |
| CEN Ad-Seg | | 10 | | | | | | **10** |
| CIM *I* | 366 | 606 | 166% | | 7 | | 34 | **613** |
| CIM-RC | 633 | 606 | 96% | | 108 | | | **714** |
| CIM-RC--Ad-Seg | | 62 | | | 12 | | | **74** |
| CIW *I* | 349 | 461 | 132% | 75 | 110 | 147% | 10 | **571** |
| CIW-RC | 100 | 110 | 110% | | 1 | | | **111** |
| CIW-RC--Ad-Seg | | 17 | | | 5 | | | **22** |
| CMC *I,II,III* | 1,049 | 1,056 | 101% | 580 | 559 | 96% | 36 | **1,615** |
| CMC Ad-Seg | | 63 | | 54 | 36 | 67% | | **99** |
| CMF *I,II,III* | 599 | 566 | 94% | 533 | 542 | 102% | | **1,108** |
| CMF Ad-Seg | | 25 | | 58 | 38 | 66% | | **63** |
| CMF** | | 69 | | | 3 | | | **72** |
| COR *I,III,IV* + * | 499 | 626 | 125% | 150 | 143 | 95% | 23 | **769** |
| COR Ad-Seg | | 186 | | 54 | 62 | 115% | | **248** |
| COR-SHU | 450 | 447 | 99% | | | | | **447** |
| CRC-M *II* | 848 | 844 | 100% | | | | | **844** |
| CTF *I,II* | 699 | 839 | 120% | | 1 | | | **840** |
| CTF Ad-Seg | | 43 | | | | | | **43** |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" * " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be
understated.   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

*R1-1*

10/17/2007

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| **CVSP** | *I,II* | | 6 | | | 2 | | | **8** |
| **CVSP Ad-Seg** | | | 1 | | | | | | **1** |
| **DVI** | *I,II* | 85 | 45 | 53% | | 1 | | | **46** |
| **DVI Ad-Seg** | | | 56 | | | 9 | | | **65** |
| **DVI-RC** | | 564 | 747 | 132% | | 35 | | | **782** |
| **DVI-RC--Ad-Seg** | | | 64 | | | 5 | | | **69** |
| **FOL** | *III* | 599 | 622 | 104% | | 4 | | | **626** |
| **FOL Ad-Seg** | | | 61 | | | | | | **61** |
| **HDSP** | *I,III,IV* * | 608 | 609 | 100% | | 1 | | 10 | **610** |
| **HDSP Ad-Seg** | | | 48 | | | 3 | | | **51** |
| **HDSP-RC** | | 91 | 112 | 123% | | 8 | | | **120** |
| **ISP** | *I,III* | | 15 | | | | | | **15** |
| **ISP Ad-Seg** | | | 6 | | | | | | **6** |
| **KVSP** | *I,IV* | 349 | 397 | 114% | | 4 | | 12 | **401** |
| **KVSP Ad-Seg** | | | 79 | | | 4 | | | **83** |
| **LAC** | *I,III,IV* + | 1,000 | 213 | 21% | 300 | 277 | 92% | 12 | **490** |
| **LAC Ad-Seg** | | | 168 | | 54 | 57 | 106% | | **225** |
| **LAC-RC** | | 149 | 419 | 281% | | 77 | | | **496** |
| **MCSP** | *I,II,III,IV* + | 999 | 1,095 | 110% | 510 | 448 | 88% | 8 | **1,543** |
| **MCSP Ad-Seg** | | | 43 | | 36 | 60 | 167% | | **103** |
| **NKSP** | *I,III* | 80 | 76 | 95% | | | | 10 | **76** |
| **NKSP-RC** | | 719 | 742 | 103% | | 47 | | | **789** |
| **NKSP-RC--Ad-Seg** | | | 49 | | | 4 | | | **53** |
| **PBSP** | *I,IV* * | 349 | 208 | 60% | 64 | 67 | 105% | 10 | **275** |
| **PBSP Ad-Seg** | | | 60 | | | 2 | | | **62** |
| **PBSP SHU** | | | 8 | | | | | | **8** |
| **PVSP** | *I,III* | 1,299 | 1,540 | 119% | | 15 | | 5 | **1,555** |
| **PVSP Ad-Seg** | | | 138 | | | 2 | | | **140** |
| **RJD** | *I,III* | 800 | 686 | 86% | 330 | 281 | 85% | 14 | **967** |
| **RJD Ad-Seg** | | | 93 | | 63 | 42 | 67% | | **135** |
| **RJD-RC** | | 399 | 438 | 110% | | 41 | | | **479** |
| **SAC** | *I,IV* * | 849 | 635 | 75% | 384 | 393 | 102% | 24 | **1,028** |
| **SAC Ad-Seg** | | | 104 | | 124 | 105 | 85% | | **209** |
| **SATF** | *II,III,IV* | 1,049 | 1,254 | 120% | | 14 | | 16 | **1,268** |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

Health Care Placement Unit

*R1-2*

10/17/2007

" + " is a 270 Design Facility.   " * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be
understated   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SATF Ad-Seg | | 96 | | | 7 | | | 103 |
| SCC _I,II,III_ | 499 | 553 | 111% | | 7 | | | 560 |
| SCC Ad-Seg | | 37 | | | 8 | | | 45 |
| SOL _II,III_ | 1,199 | 1,399 | 117% | | 7 | | 9 | 1,406 |
| SOL Ad-Seg | | 97 | | | 3 | | | 100 |
| SQ _I,II_ *** | 350 | 429 | 123% | | 57 | | | 486 |
| SQ-RC | 549 | 490 | 89% | | 20 | | | 510 |
| SQ-RC--Ad-Seg | | 58 | | 36 | 8 | 22% | | 66 |
| SVSP _I,IV_ * | 999 | 960 | 96% | 192 | 191 | 99% | 10 | 1,151 |
| SVSP Ad-Seg | | 200 | | 45 | 45 | 100% | | 245 |
| VSPW | 606 | 918 | 151% | | 4 | | | 922 |
| VSPW Ad-Seg | | 16 | | 9 | 3 | 33% | | 19 |
| VSPW SHU | | 29 | | | 3 | | | 32 |
| VSPW-RC | 143 | 228 | 159% | | 13 | | | 241 |
| WSP _I,III_ | 105 | 102 | 97% | | 1 | | 6 | 103 |
| WSP-RC | 944 | 1,022 | 108% | | 58 | | | 1,080 |
| WSP-RC--Ad-Seg | | 47 | | | 12 | | | 59 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" * " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-3

10/17/2007

|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| Totals : | 24,271 | 28,074 | 115.7% | 3,705 | 4,223 | 114.0% | 261 | 32,297 |

|  | PSU | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| CIW | 10 | 7 | 70.0% |
| PBSP | 128 | 121 | 94.5% |
| SAC | 192 | 182 | 94.79% |
| Total PSU: | 330 | 310 | 93.94% |

|  | DMH | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 101 | 39% |
| DMH CMF-AIP | 150 | 140 | 93% |
| DMH CMF-ICF | 106 | 97 | 92% |
| DMH CMF-DTP | 44 | 40 | 91% |
| DMH SVPP | 175 | 149 | 85% |
| Totals : | 731 | 527 | 72.1% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 29,037 | 33,134 | 114.1% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" * " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be
understated.   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

*R1-4*

10/17/2007

# CCCMS Population by Classification Score

Download October 17, 2007

| Institution | LEVEL I CAP | LEVEL I POP | LEVEL II CAP | LEVEL II POP | LEVEL III CAP | LEVEL III POP | LEVEL IV CAP | LEVEL IV POP | SAP CAP | SAP POP | MISC POP | Total GP CAP | Total GP POP | Total RC CAP | Total RC POP | TOTALS CAP | TOTALS POP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | | 193 | 1099 | 969 | | 45 | | 2 | | | 61 | 1099 | 1270 | | | 1099 | 1270 |
| CAL + | | 1 | | 2 | | 2 | | 22 | | | 1 | | 28 | | | | 28 |
| CCC | | 1 | | | | | | | | | | | 1 | | | | 1 |
| CCI * | 352 | 276 | 467 | 378 | | 51 | 234 | 235 | | | 157 | 1053 | 1097 | 166 | 247 | 1219 | 1344 |
| CCI-SHU * | | 1 | | 2 | | 4 | | 82 | | | 4 | 130 | 93 | | | 130 | 93 |
| CCWF | | 321 | | 241 | | 187 | | 211 | | | 65 | 739 | 1025 | 110 | 147 | 849 | 1172 |
| CEN | | | | 2 | | 16 | | 4 | | | | | 22 | | | | 22 |
| CIM | 366 | 362 | | 71 | | 7 | | 3 | | | 163 | 366 | 606 | 633 | 668 | 999 | 1274 |
| CIW | | 147 | | 219 | | 55 | | 16 | | | 24 | 349 | 461 | 100 | 127 | 449 | 588 |
| CMC | | 34 | | 295 | 1049 | 718 | | 61 | | | 11 | 1049 | 1119 | | | 1049 | 1119 |
| CMF | | 47 | | 198 | 599 | 298 | | 48 | | | | 599 | 591 | | | 599 | 591 |
| CMF** | | 9 | | 19 | | 29 | | 12 | | | | | 69 | | | | 69 |
| COR + | | 12 | | 71 | | 277 | 499 | 453 | | | 9 | 499 | 822 | | | 499 | 822 |
| COR-SHU + | | 12 | | 34 | | 45 | | 340 | | | 6 | 450 | 437 | | | 450 | 437 |
| CRC-M | | 110 | 848 | 669 | | 8 | | | | | 57 | 848 | 844 | | | 848 | 844 |
| CTF | | 256 | 599 | 476 | 100 | 77 | | 1 | | | 72 | 699 | 882 | | | 699 | 882 |
| CVSP | | 1 | | 4 | | | | 1 | | | 1 | | 7 | | | | 7 |
| DVI | | 19 | 85 | 28 | | 15 | | 14 | | | 25 | 85 | 101 | 564 | 811 | 649 | 912 |
| FOL | | 6 | | 94 | 599 | 551 | | 19 | | | 13 | 599 | 683 | | | 599 | 683 |

Mental Health and HIV numbers are as accurate as the information provided by the respective IDPS identifier systems
MISC includes all inmates that have not yet received a classification score
These numbers include Ad-Seg and SHU but not PSU   * is a 270 Design Facility   ** is a 180 Design Facility
**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Glass -Coleman Court Order

R3-1

Health Care Placement Unit

10/17/2007

| Institution | LEVEL I | | LEVEL II | | LEVEL III | | LEVEL IV | | SAP | | MISC | Total GP | | Total RC | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CAP | POP | CAP | POP | CAP | POP | CAP | POP | CAP | POP | POP | CAP | POP | CAP | POP | CAP | POP |
| HDSP * | | 1 | | 31 | 182 | 86 | 426 | 531 | | | 8 | 608 | 657 | 91 | 112 | 699 | 769 |
| ISP | | 1 | | 3 | | 15 | | 2 | | | | | 21 | | | | 21 |
| KVSP | | 3 | | 8 | | 35 | 349 | 427 | | | 3 | 349 | 476 | | | 349 | 476 |
| LAC + | | 13 | | 21 | | 59 | 1000 | 264 | | | 24 | 1000 | 381 | 149 | 419 | 1149 | 800 |
| MCSP + | | 12 | | 269 | 697 | 402 | 302 | 452 | | | 3 | 999 | 1138 | | | 999 | 1138 |
| NKSP | | 3 | | 20 | | 48 | | 4 | | | 1 | 80 | 76 | 719 | 791 | 799 | 867 |
| PBSP * | | 4 | | 2 | | 10 | 349 | 257 | | | 3 | 349 | 276 | | | 349 | 276 |
| PVSP | | 14 | | 272 | 1299 | 742 | | 633 | | | 17 | 1299 | 1678 | | | 1299 | 1678 |
| RJD | | 11 | | 78 | 800 | 256 | | 357 | | | 77 | 800 | 779 | 399 | 438 | 1199 | 1217 |
| SAC * | | 3 | | 12 | | 29 | 849 | 690 | | | 5 | 849 | 739 | | | 849 | 739 |
| SATF * | | 53 | 325 | 335 | 204 | 195 | 400 | 476 | 120 | 275 | 16 | 1049 | 1350 | | | 1049 | 1350 |
| SCC | | 73 | 258 | 216 | 241 | 255 | | 7 | | | 39 | 499 | 590 | | | 499 | 590 |
| SOL | | 123 | 712 | 752 | 487 | 562 | | 28 | | | 31 | 1199 | 1496 | | | 1199 | 1496 |
| SQ | | 87 | 350 | 182 | | 10 | | 104 | | | 46 | 350 | 429 | 549 | 548 | 899 | 977 |
| SVSP + | | | | 63 | | 305 | 999 | 791 | | | 1 | 999 | 1160 | | | 999 | 1160 |
| VSPW | | 290 | | 278 | | 148 | | 189 | | | 58 | 606 | 963 | 143 | 228 | 749 | 1191 |
| WSP | | 2 | | 20 | 105 | 61 | | 4 | | | 15 | 105 | 102 | 944 | 1069 | 1049 | 1171 |
| TOTALS: | 718 | 2,501 | 4,743 | 6,334 | 6,362 | 5,603 | 5,407 | 6,740 | 120 | 275 | 1,016 | 19,704 | 22,469 | 4,567 | 5,605 | 24,271 | 28,074 |

Mental Health and HIV numbers are as accurate as the information provided in the respective DDPS identifier systems.
MISC includes all inmates that have not yet received a classification score
These numbers include Ad-Seg and SHU but not PSU   " + " is a 270 Design Facility   " * " is a 180 Design Facility
*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Glass-Coleman Court Order

# EOP Population by Classification Score

Download October 17, 2007

| Institution | LEVEL I CAP | LEVEL I POP | LEVEL II CAP | LEVEL II POP | LEVEL III CAP | LEVEL III POP | LEVEL IV CAP | LEVEL IV POP | MISC POP | GP SUBTOTAL | RC POP | TOTALS CAP | TOTALS POP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP |  | 4 |  | 12 |  |  |  |  |  | 16 |  |  | 16 |
| CAL + |  |  |  |  |  |  |  | 6 | 1 | 7 |  |  | 7 |
| CCI * |  | 1 |  | 3 |  | 3 |  | 7 | 6 | 20 | 34 | 0 | 54 |
| CCI-SHU * |  |  |  | 1 |  | 1 |  | 3 |  | 5 |  |  | 5 |
| CCWF |  | 18 |  | 13 |  | 11 |  | 9 | 5 | 56 |  | 54 | 56 |
| CIM |  | 2 |  | 2 |  | 1 |  | 2 |  | 7 | 120 |  | 127 |
| CIW |  | 36 |  | 33 |  | 20 |  | 11 | 10 | 110 | 6 | 75 | 116 |
| CMC |  | 62 |  | 231 | 580 | 235 |  | 54 | 13 | 595 |  | 580 | 595 |
| CMF |  | 46 |  | 242 | 533 | 191 |  | 71 |  | 550 |  | 533 | 550 |
| CMF** |  |  |  | 1 | 0 | 2 |  |  |  | 3 |  | 0 | 3 |
| COR + |  | 17 |  | 37 | 150 | 93 |  | 54 | 4 | 205 |  | 150 | 205 |
| CTF |  | 1 |  |  |  |  |  |  |  | 1 |  |  | 1 |
| CVSP |  |  |  |  |  |  |  |  | 2 | 2 |  |  | 2 |
| DVI |  | 1 |  | 1 |  | 1 |  | 4 | 3 | 10 | 40 |  | 50 |
| FOL |  |  |  |  |  | 3 |  | 1 |  | 4 |  |  | 4 |
| HDSP * |  |  |  |  |  | 1 |  | 3 |  | 4 | 8 |  | 12 |
| KVSP |  |  |  |  |  | 1 |  | 7 |  | 8 |  |  | 8 |
| LAC + |  | 4 |  | 18 |  | 34 | 300 | 242 | 36 | 334 | 77 | 300 | 411 |
| MCSP + |  | 17 |  | 158 | 510 | 151 |  | 174 | 8 | 508 |  | 510 | 508 |
| NKSP |  |  |  |  |  |  |  |  |  | 0 | 51 |  | 51 |
| PBSP * |  |  |  |  |  | 2 | 64 | 67 |  | 69 |  | 64 | 69 |
| PVSP |  | 2 |  | 8 |  |  |  | 7 |  | 17 |  |  | 17 |
| RJD |  | 39 |  | 94 | 330 | 110 |  | 17 | 63 | 323 | 41 | 330 | 364 |
| SAC * |  | 1 |  | 4 |  | 24 | 384 | 463 | 6 | 498 |  | 384 | 498 |
| SATF |  | 1 |  | 4 |  | 4 |  | 12 |  | 21 |  |  | 21 |
| SCC |  | 2 |  | 3 |  | 10 |  |  |  | 15 |  |  | 15 |
| SOL |  | 2 |  | 6 |  | 1 |  | 1 |  | 10 |  |  | 10 |
| SQ |  | 3 |  | 11 |  | 4 |  | 22 | 17 | 57 | 28 |  | 85 |
| SVSP + |  | 2 |  | 4 |  | 14 | 192 | 215 | 1 | 236 |  | 192 | 236 |
| VSPW |  | 2 |  |  |  |  |  | 4 | 4 | 10 | 13 |  | 23 |
| WSP |  |  |  | 1 |  |  |  |  |  | 1 | 70 |  | 71 |
| **TOTALS:** | 0 | 263 | 0 | 887 | 2,103 | 917 | 940 | 1,456 | 179 | 3,702 | 488 | 3,172 | 4,190 |

Mental Health numbers are as accurate as the information provided by the respective DDPS identifier systems

MISC includes all inmates that have not yet received a classification score

The populations (not the capacities) include Ad-Seg and SHU but not PSU.   * is a 270 Design Facility.   * * is a 180 Design Facility.   * * * is a 180 Design Facility.

** This population includes inmates in Hospice and S1, as well as HIV inmates in IV and V dorm at CMF.   These inmates are not counted against the capacity identified in the Gates -Coleman Court Order

R4-1

# Institution Health Care Treatment Settings

Sorted by treatment setting and institution.
October 17, 2007

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| CCCMS | ASP | II | 1099 | 1099 | 1270 | -171 | 116% | | |
| | CAL | IV + | | | 28 | -28 | | | |
| | CCC | I,II,III | | | 1 | -1 | | | |
| | CCI | I,II,III,IV * | 1053 | 1053 | 1190 | -137 | 113% | | |
| | CCI-RC | | 166 | 166 | 247 | -81 | 149% | | |
| | CCWF | | 739 | 739 | 1025 | -286 | 139% | | |
| | CCWF-RC | | 110 | 110 | 147 | -37 | 134% | | |
| | CEN | III | | | 22 | -22 | | | |
| | CIM | I | 366 | 366 | 606 | -240 | 166% | | |
| | CIM-RC | | 633 | 633 | 668 | -35 | 106% | | |
| | CIW | | 349 | 349 | 461 | -112 | 132% | | |
| | CIW-RC | | 100 | 100 | 127 | -27 | 127% | | |
| | CMC | I,II,III | 1049 | 1049 | 1119 | -70 | 107% | | |
| | CMF | I,II,III | 599 | 599 | 566 | 33 | 94% | | |
| | CMF** | I,II,III | | | 69 | | | | |
| | COR | I,III,IV + | 499 | 499 | 812 | -313 | 163% | | |
| | COR-SHU | + | 450 | 450 | 447 | 3 | 99% | | |
| | CRC-M | II | 848 | 848 | 844 | 4 | 100% | | |
| | CTF | I,II | 699 | 699 | 882 | -183 | 126% | | |
| | CVSP | I,II | | | 7 | -7 | | | |
| | DVI | I,II | 85 | 85 | 101 | -16 | 119% | | |
| | DVI-RC | | 564 | 564 | 811 | -247 | 144% | | |
| | FOL | III | 599 | 599 | 683 | -84 | 114% | | |
| | HDSP | I,III,IV * | 608 | 608 | 657 | -49 | 108% | | |
| | HDSP-RC | | 91 | 91 | 112 | -21 | 123% | | |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

* Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.     " * " is a 180 Design Facility.

R5-1

10/17/2007

Health Care Placement Unit

| Current Placement | Institution | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| CCCMS | ISP I,III | | | 21 | -21 | | | |
| | KVSP I,IV | 349 | 349 | 476 | -127 | 136% | | |
| | LAC I,III,IV + | 1000 | 1000 | 381 | 619 | 38% | | |
| | LAC-RC | 149 | 149 | 419 | -270 | 281% | | |
| | MCSP I,II,III,IV + | 999 | 999 | 1138 | -139 | 114% | | |
| | NKSP I,III | 80 | 80 | 76 | 4 | 95% | | |
| | NKSP-RC | 719 | 719 | 791 | -72 | 110% | | |
| | PBSP I,IV * | 349 | 349 | 276 | 73 | 79% | | |
| | PVSP I,III | 1299 | 1299 | 1678 | -379 | 129% | | |
| | RJD I,III | 800 | 800 | 779 | 21 | 97% | | |
| | RJD-RC | 399 | 399 | 438 | -39 | 110% | | |
| | SAC I,IV * | 849 | 849 | 739 | 110 | 87% | | |
| | SATF II,III,IV | 1049 | 1049 | 1350 | -301 | 129% | | |
| | SCC I,II,III | 499 | 499 | 590 | -91 | 118% | | |
| | SOL II,III | 1199 | 1199 | 1496 | -297 | 125% | | |
| | SQ I,II | 350 | 350 | 429 | -79 | 123% | | |
| | SQ-RC | 549 | 549 | 548 | 1 | 100% | | |
| | SVSP I,IV + | 999 | 999 | 1160 | -161 | 116% | | |
| | VSPW | 606 | 606 | 963 | -357 | 159% | | |
| | VSPW-RC | 143 | 143 | 228 | -85 | 159% | | |
| | WSP I,III | 105 | 105 | 102 | 3 | 97% | | |
| | WSP-RC | 944 | 944 | 1069 | -125 | 113% | | |
| | **Totals :** | **24,141** | **24,141** | **28,049** | **-3,908** | **116%** | | |
| | | | | | | | | |
| CDC-Hospice | CMF I,II,III | 17 | 17 | 17 | 0 | 100% | | |
| | **Totals :** | **17** | **17** | **17** | **0** | **100%** | | |

R5-2

Health Care Placement Unit

10/17/2007

** This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and V dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

"+" is a 270 Design Facility.    "*" is a 180 Design Facility.

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| CTC | CEN | III | 15 | 13 | 10 | 3 | 77% | | |
| | CIW | | 20 | 18 | 9 | 9 | 50% | | |
| | CMF | I,II,III | 50 | 50 | 47 | 3 | 94% | | |
| | HDSP | I,II,IV * | 35 | 32 | 27 | 5 | 84% | | |
| | KVSP | I,V | 24 | 22 | 16 | 6 | 73% | | |
| | LAC | I,III,IV + | 18 | 17 | 16 | 1 | 94% | | |
| | MCSP | I,II,III,IV + | 12 | 11 | 9 | 2 | 82% | | |
| | NKSP | I,III | 16 | 16 | 16 | 0 | 100% | | |
| | PBSP | I,V * | 21 | 19 | 14 | 5 | 74% | | |
| | PVSP | I,III | 17 | 14 | 11 | 3 | 79% | | |
| | RJD | I,III | 30 | 28 | 21 | 7 | 75% | | |
| | SAC | I,V * | 29 | 26 | 25 | 1 | 96% | | |
| | SATF | II,III,IV | 40 | 38 | 36 | 2 | 95% | | |
| | SOL | II,III | 17 | 15 | 11 | 4 | 73% | | |
| | SVSP | I,V + | 27 | 22 | 20 | 2 | 91% | | |
| | WSP | I,III | 18 | 16 | 18 | -2 | 113% | | |
| | **Totals :** | | 389 | 357 | 306 | 51 | 86% | | |
| | | | | | | | | | |
| DMH | ASH | | 256 | 256 | 101 | 155 | 39% | | |
| | **Totals :** | | 256 | 256 | 101 | 155 | 39% | | |
| | | | | | | | | | |
| DMH CMF-AIP | CMF | I,II,III | 151 | 151 | 140 | 11 | 93% | | |
| DMH CMF-DTP | CMF | I,II,III | 44 | 44 | 40 | 4 | 91% | | |
| DMH CMF-ICF | CMF | I,II,III | 106 | 106 | 97 | 9 | 92% | | |
| | **Totals :** | | 301 | 301 | 277 | 24 | 92% | | |

R5-3

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.    " * " is a 180 Design Facility.

| Current Placement | Institution | | | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| DMH SVPP-ICF | SVSP | IV | + | 175 | 175 | 149 | 26 | 85% | | |
| | Totals : | | | 175 | 175 | 149 | 26 | 85% | | |

R5-4

Health Care Placement Unit

10/17/2007

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates -/Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.  " ** " is a 180 Design Facility.

10/17/2007

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| EOP | ASP | II | | | 16 | | | | |
| | CAL | I,IV + | | | 7 | | | | |
| | CCI | I,II,III,IV * | | | 28 | | | | |
| | CCI-RC | | | | 34 | | | | |
| | CCWF | | 54 | 54 | 56 | -2 | 104% | | |
| | CIM | I | | | 7 | | | | |
| | CIM-RC | | | | 120 | | | | |
| | CIW | | 75 | 75 | 117 | -42 | 156% | | |
| | CIW-RC | | | | 6 | | | | |
| | CMC | I,II,III | 580 | 580 | 595 | -15 | 103% | | |
| | CMF | I,II,III | 533 | 533 | 542 | -9 | 102% | | |
| | CMF** | I,II,III | | | 3 | | | | |
| | COR | I,III,IV * | 150 | 150 | 205 | -55 | 137% | | |
| | COR-SHU | * | | | 0 | | 0% | | |
| | CTF | I,II | | | 1 | | | | |
| | CVSP | I,II | | | 2 | | | | |
| | DVI | I,II | | | 10 | | | | |
| | DVI-RC | I,II | | | 40 | | | | |
| | FOL | III | | | 4 | | | | |
| | HDSP | I,II,IV * | | | 4 | | | | |
| | HDSP-RC | | | | 8 | | | | |
| | KVSP | I,IV | | | 8 | | | | |
| | LAC | I,III,IV + | 300 | 300 | 334 | -34 | 111% | | |
| | LAC-RC | | | | 77 | | | | |
| | MCSP | I,II,III,IV + | 510 | 510 | 508 | 2 | 100% | | |
| | NKSP-RC | | | | 51 | | | | |
| | PBSP | I,IV * | 64 | 64 | 69 | -5 | 108% | | |
| | PVSP | I,III | | | 17 | | | | |
| | RJD | I,III | 330 | 330 | 323 | 7 | 98% | | |

** This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

R5-5

Health Care Placement Unit

Health Care Placement Unit
10/17/2007

| Current Placement | Institution | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| EOP | RJD-RC | | | 41 | | | | |
| | SAC *I,IV* | 384 | 384 | 498 | -114 | 130% | | |
| | SATF *II,III,IV* | | | 21 | | | | |
| | SCC *I,II,III* | | | 15 | | | | |
| | SOL *II,III* | | | 10 | | | | |
| | SQ *I,II* | | | 57 | | | | |
| | SQ-RC | | | 28 | | | | |
| | SVSP *I,IV* | 192 | 192 | 236 | -44 | 123% | | |
| | VSPW | | | 10 | | | | |
| | VSPW-RC | | | 13 | | | | |
| | WSP *I,III* | | | 1 | | | | |
| | WSP-RC | | | 70 | | | | |
| | **Totals :** | 3,172 | 3,172 | 4,192 | -1,020 | 132% | | |
| | | | | | | | | |
| GACH CDC | CMC *I,II,III* | 37 | 37 | 33 | 4 | 89% | | |
| | CMF *I,II,III* | 7 | 7 | 6 | 1 | 86% | | |
| | COR *I,III,IV* | 75 | 75 | 46 | 29 | 61% | | |
| | **Totals :** | 119 | 119 | 85 | 34 | 71% | | |
| | | | | | | | | |
| HIV | CCWF | 75 | 75 | 75 | | | | |
| | CIW | 36 | 36 | 36 | | | | |
| | CMC *I,II,III* | 275 | 275 | 275 | | | | |
| | CMF *I,II,III* | 520 | 520 | 520 | | | | |
| | COR *I,III,IV* | 164 | 164 | 164 | | | | |
| | COR-SHU | 24 | 24 | 24 | | | | |
| | **Totals :** | 1,094 | 1,094 | 1,094 | | | | |

R5-6

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.    " * " is a 180 Design Facility.

| Current Placement | Institution | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| INFIRMARY | CIM _I_ | 44 | 44 | 39 | 5 | 89% | | |
| | ISP _I,III_ | 14 | 14 | 4 | 10 | 29% | | |
| | Totals : | 58 | 58 | 43 | 15 | 74% | | |
| MH OHU | CIM _I_ | 36 | 36 | 28 | 8 | 78% | | |
| | MCSP _I,II,III,IV_ + | 6 | 6 | 2 | 4 | 33% | | |
| | SAC _IV_ * | 20 | 20 | 15 | 5 | 75% | | |
| | Totals : | 62 | 62 | 45 | 17 | 73% | | |

Health Care Placement Unit

10/17/2007

R5-7

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates –Coleman Court Order

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

* + ' is a 270 Design Facility. ' * ' is a 180 Design Facility.

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| MHCB | CIM | I | | | | | | | |
| | CIM | I | 34 | 34 | | | | | |
| | CIW | | 10 | 10 | | | | | |
| | CMC | I,II,III | 36 | 36 | | | | | |
| | COR | I,III,IV | 23 | 23 | | | | | |
| | CTF | I,II | | | | | | | |
| | CVSP | I,II | | | | | | | |
| | DVI | I,II | | | | | | | |
| | HDSP | I,III,IV * | 10 | 10 | | | | | |
| | KVSP | I,IV | 12 | 12 | | | | | |
| | LAC | I,III,IV + | 12 | 12 | | | | | |
| | MCSP | I,II,III,IV + | 8 | 8 | | | | | |
| | NKSP | I,III | 10 | 10 | | | | | |
| | PBSP | I,IV * | 10 | 10 | | | | | |
| | PVSP | I,III | 5 | 5 | | | | | |
| | RJD | I,III | 14 | 14 | | | | | |
| | SAC | I,IV * | 24 | 24 | | | | | |
| | SATF | II,III,IV | 16 | 16 | | | | | |
| | SCC | I,II,III | | | | | | | |
| | SOL | II,III | 9 | 9 | | | | | |
| | SVSP | I,IV + | 10 | 10 | | | | | |
| | WSP | I,III | 6 | 6 | | | | | |
| | **Totals :** | | 249 | 249 | | | | | |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

Subscripts after institution acronyms indicate security level

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/206, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" * " is a 270 Design Facility.   " ** " is a 180 Design Facility.

Health Care Placement Unit

R5-8

10/17/2007

Health Care Placement Unit

10/17/2007

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| OHU | ASP | II | 29 | 29 | 26 | 3 | 90% | | |
| | CAL | I,IV * | 18 | 18 | 16 | 2 | 89% | | |
| | CCC | I,II,III | 19 | 19 | 10 | 9 | 53% | | |
| | CCI | I,II,III,IV * | 15 | 15 | 11 | 4 | 73% | | |
| | CIW | | 7 | 7 | 0 | 7 | 0% | | |
| | CMC | I,II,III | 41 | 41 | 33 | 8 | 80% | | |
| | CMF | I,II,III | 90 | 90 | 89 | 1 | 99% | | |
| | COR | I,III,IV | 20 | 20 | 19 | 1 | 95% | | |
| | CRC-M | II | 12 | 12 | 0 | 12 | 0% | | |
| | CTF | I,II | 18 | 16 | 14 | 2 | 88% | | |
| | CVSP | I,II | 14 | 14 | 11 | 3 | 79% | | |
| | DVI | I,II | 28 | 27 | 21 | 6 | 78% | | |
| | SAC | I,IV * | 18 | 18 | 18 | 0 | 100% | | |
| | SCC | I,II,III | 13 | 13 | 5 | 8 | 38% | | |
| | SQ | I,II | 30 | 30 | 24 | 6 | 80% | | |
| | VSPW | | 20 | 20 | 17 | 3 | 85% | | |
| | Totals : | | 392 | 389 | 314 | 75 | 81% | | |

| Current Placement | Institution | | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| PSU | CIW | | 10 | 10 | 7 | 3 | 70% | | |
| | PBSP | I,IV * | 128 | 128 | 121 | 7 | 95% | | |
| | SAC | I,IV * | 192 | 192 | 182 | 10 | 95% | | |
| | Totals : | | 330 | 330 | 310 | 20 | 94% | | |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" * " is a 270 Design Facility.   " ** " is a 180 Design Facility.

R5-9

| Current Placement | Institution | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| Resp-Isolation | CCWF | 2 | 2 | 2 | 0 | 100% | | |
| | CEN *III* | 5 | 5 | 4 | 1 | 80% | | |
| | CIW | 4 | 4 | 0 | 4 | 0% | | |
| | CMC *I,II,III* | 2 | 2 | 2 | 0 | 100% | | |
| | CMF *I,II,III* | 1 | 1 | 0 | 1 | 0% | | |
| | CMF *I,II,III* | 1 | 1 | 1 | 0 | 100% | | |
| | COR *I,II,IV* | 3 | 3 | 2 | 1 | 67% | | |
| | HDSP *I,II,IV* * | 10 | 10 | 9 | 1 | 90% | | |
| | ISP *I,III* | 5 | 5 | 1 | 4 | 20% | | |
| | KVSP *I,IV* | 8 | 8 | 8 | 0 | 100% | | |
| | LAC *I,III,IV* + | 2 | 2 | 0 | 2 | 0% | | |
| | MCSP *I,II,III,IV* + | 1 | 1 | 1 | 0 | 100% | | |
| | NKSP *I,III* | 2 | 2 | 2 | 0 | 100% | | |
| | PBSP *IV* * | 2 | 2 | 2 | 0 | 100% | | |
| | PVSP *I,III* | 17 | 17 | 11 | 6 | 65% | | |
| | RJD *I,III* | 2 | 2 | 2 | 0 | 100% | | |
| | SAC *I,IV* * | 2 | 2 | 2 | 0 | 100% | | |
| | SATF *II,III,IV* | 10 | 10 | 9 | 1 | 90% | | |
| | SOL *II,III* | 1 | 1 | 0 | 1 | 0% | | |
| | SVSP *I,IV* + | 8 | 8 | 7 | 1 | 88% | | |
| | VSPW *I,IV* | 10 | 10 | 9 | 1 | 90% | | |
| | WSP *I,III* | 2 | 2 | 2 | 0 | 100% | | |
| | **Totals :** | 100 | 100 | 76 | 24 | 76% | | |

| | Institution | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| SNF | CCWF | 38 | 38 | 31 | 7 | 82% | | |
| | **Totals :** | 38 | 38 | 31 | 7 | 82% | | |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

Subscripts after institution acronyms indicate security level.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Respiratory Isolation and MHCB are included in their respective treatment settings.

Mental Health Crisis Beds and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

"+" is a 270 Design Facility. " * " is a 180 Design Facility.

R5-10

Health Care Placement Unit

10/1/2007

# Institution Health Care Treatment Settings

Sorted by institution and treatment setting.

October 17, 2007

| Institution | Current Placement | | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| ASP *II* | CCCMS | *II* | 1099 | 1099 | 1270 | -171 | 116% | | 0 |
| | EOP | | | | 16 | | | | |
| | OHU | | 29 | 29 | 26 | 3 | 90% | | 3 |
| CAL *LIV* + | CCCMS | *IV* | | | 28 | -28 | | | 0 |
| | EOP | | | | 7 | | | | |
| | OHU | | 18 | 18 | 16 | 2 | 89% | | 2 |
| CCC *I,II,III* | CCCMS | | 19 | 19 | 1 | -1 | | | 0 |
| | OHU | | | 19 | 10 | 9 | 53% | | 9 |
| CCI *I,II,III,IV* * | CCCMS | *I,II,IV* | 1053 | 1053 | 1190 | -137 | 113% | | 0 |
| | EOP | | | | 28 | | | | |
| | OHU | | 15 | 15 | 11 | 4 | 73% | | 4 |
| CCI-RC | CCCMS | | 166 | 166 | 247 | -81 | 149% | | 0 |
| | EOP | | | | 34 | | | | |
| CCWF | CCCMS | | 739 | 739 | 1025 | -286 | 139% | | 0 |
| | EOP | | 54 | 54 | 56 | -2 | 104% | | 0 |
| | HIV | | 75 | 75 | | | | | |
| | SNF | | 38 | 38 | 31 | 7 | 82% | | 7 |
| | (MHCB) | | 12 | 12 | | | | | |
| | (Resp-Iso) | | 2 | 2 | 2 | 0 | 100% | | 0 |
| CCWF-RC | CCCMS | | 110 | 110 | 147 | -37 | 134% | | 0 |
| CEN *III* | CCCMS | | | | 22 | -22 | | | 0 |
| | CTC | *III* | 15 | 13 | 10 | 3 | 77% | | 3 |
| | (Resp-Iso) | | 5 | 5 | 4 | 1 | 80% | | 1 |

** This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Class-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates-Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

* is a 270 Design Facility. ** is a 180 Design Facility.

R6-1

| Institution | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| CIM (I) | CCCMS | 366 | 366 | 606 | -240 | 166% | | 0 |
| | EOP | | | 7 | | | | |
| | (MHCB) | | | | | | | |
| | (MHCB) | 34 | 34 | | | | | |
| | INFIRMARY | 44 | 44 | 39 | 5 | 89% | | 5 |
| | MH OHU | 36 | 36 | 28 | 8 | 78% | | 8 |
| CIM-RC | CCCMS | 633 | 633 | 668 | -35 | 106% | | 0 |
| | EOP | | | 120 | | | | |
| CIW | CCCMS | 349 | 349 | 461 | -112 | 132% | | 0 |
| | CTC | 20 | 18 | 9 | 9 | 50% | | 9 |
| | (Resp-Iso) | 4 | 4 | 0 | 4 | 0% | | 4 |
| | EOP | 75 | 75 | 117 | -42 | 156% | | 0 |
| | HIV | 36 | 36 | | | | | |
| | OHU | 7 | 7 | 0 | 7 | 0% | | 7 |
| | (MHCB) | 10 | 10 | | 2 | | | |
| | PSU | 10 | 10 | 7 | 3 | 70% | | 3 |
| CIW-RC | CCCMS | 100 | 100 | 127 | -27 | 127% | | 0 |
| | EOP | | | 6 | | | | |
| CMC (I,II,III) | CCCMS | 1049 | 1049 | 1119 | -70 | 107% | | 0 |
| | EOP | 580 | 580 | 595 | -15 | 103% | | 0 |
| | GACH CDC (III) | 37 | 37 | 33 | 4 | 89% | | 4 |
| | (MHCB) | 36 | 36 | | | | | |
| | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| | HIV | 275 | 275 | | | | | |
| | OHU | 41 | 41 | 33 | 8 | 80% | | 8 |

**This population includes inmates in Monroe and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.
Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

( ) Beds contained within the GACH, CTC, SNF or OHU as appropriate.
The mental health population numbers include inmates housed in Ad-Seg and SHU.
Subscripts after institution acronyms and current placement indicate housing level(s).
Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.
Beginning 8/206, CMC reflects a temporary MHCB capacity of 36 due to a court order.

* is a 270 Design Facility.    *** is a 180 Design Facility.

R6-2

| Institution | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| CMF I,II,III | CCCMS | 599 | 599 | 566 | 33 | 94% | | 33 |
| | CDC-Hospice | 17 | 17 | 17 | 0 | 100% | | 0 |
| | CTC | 50 | 50 | 47 | 3 | 94% | | 3 |
| | (Resp-Iso) | 1 | 1 | 1 | 0 | 100% | | 0 |
| | DMH CMF-AIP | 151 | 151 | 140 | 11 | 93% | | 11 |
| | DMH CMF-DTP | 44 | 44 | 40 | 4 | 91% | | 4 |
| | DMH CMF-ICF | 106 | 106 | 97 | 9 | 92% | | 9 |
| | EOP | 533 | 533 | 542 | -9 | 102% | | 0 |
| | GACH CDC | 7 | 7 | 6 | 1 | 86% | | 1 |
| | (G1) | 28 | 28 | 26 | 2 | 93% | | 2 |
| | (G2) | 29 | 29 | 27 | 2 | 93% | | 2 |
| | (Resp-Iso) | 1 | 1 | 0 | 1 | 0% | | 1 |
| | HIV | 520 | 520 | | | | | |
| | OHU | 90 | 90 | 89 | 1 | 99% | | 1 |
| CMF** I,II,III | CCCMS | | | 69 | | | | |
| | EOP | | | 3 | | | | |
| COR I,III,IV | +CCCMS IV | 499 | 499 | 812 | -313 | 163% | | 0 |
| | *EOP | 150 | 150 | 205 | -55 | 137% | | 0 |
| | GACH CDC | 75 | 75 | 46 | 29 | 61% | | 29 |
| | (MHCB) | 23 | 23 | | | | | |
| | (Resp-Iso) | 3 | 3 | 2 | 1 | 67% | | 1 |
| | HIV | 164 | 164 | | | | | |
| | OHU | 20 | 20 | 19 | 1 | 95% | | 1 |
| COR-SHU I,III,IV | +CCCMS | 450 | 450 | 447 | 3 | 99% | | 3 |
| | *EOP | | | 0 | | | | |
| | HIV | 24 | 24 | | | | | |
| CRC-M II | CCCMS | 848 | 848 | 844 | 4 | 100% | | 4 |
| | OHU | 12 | 12 | 0 | 12 | 0% | | 12 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" + " is a 270 Design Facility.   " * " is a 180 Design Facility.

R6-3

Health Care Placement Unit

10/17/2007

| Institution | | Current Placement | | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| CTF | I,II | CCCMS | I,II | 699 | 699 | 882 | -183 | 126% | | 0 |
| | | EOP | | | | 1 | | | | |
| | | OHU | | 18 | 16 | 14 | 2 | 88% | | 2 |
| | | (MHCB) | | | | | | | | |
| CVSP | II | CCCMS | II | | | 7 | -7 | | | 0 |
| | | EOP | | | | 2 | | | | |
| | | OHU | | 14 | 14 | 11 | 3 | 79% | | 3 |
| | | (MHCB) | | | | | | | | |
| DVI | I,II | CCCMS | II | 85 | 85 | 101 | -16 | 119% | | 0 |
| | | EOP | | | | 10 | | | | |
| | | OHU | | 28 | 27 | 21 | 6 | 78% | | 6 |
| | | (MHCB) | | | | | | | | |
| DVI-RC | | CCCMS | | 564 | 564 | 811 | -247 | 144% | | 0 |
| | | EOP | | | | 40 | | | | |
| FOL | III | CCCMS | III | 599 | 599 | 683 | -84 | 114% | | 0 |
| | | EOP | | | | 4 | | | | |
| HDSP | I,III,IV | *CCCMS | III,IV | 608 | 608 | 657 | -49 | 108% | | 0 |
| | | CTC | | 35 | 32 | 27 | 5 | 84% | | 5 |
| | | (MHCB) | | 10 | 10 | | | | | |
| | | (Resp-Iso) | | 10 | 10 | 9 | 1 | 90% | | 1 |
| | | EOP | | | | 4 | | | | |
| HDSP-RC | | CCCMS | | 91 | 91 | 112 | -21 | 123% | | 0 |
| | | EOP | | | | 8 | | | | |
| ISP | I,III | CCCMS | III | | | 21 | -21 | | | 0 |
| | | INFIRMARY | | 14 | 14 | 4 | 10 | 29% | | 10 |
| | | INFIRMARY Resp- | | 5 | 5 | 1 | 4 | 20% | | 4 |

Health Care Placement Unit
10/17/2007

R6-4

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates/Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

* , * is a 270 Design Facility.   *** is a 180 Design Facility.

Health Care Placement Unit
10/17/2007

| Institution | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| KVSP $_{IV}$ | CCCMS $_{IV}$ | 349 | 349 | 476 | -127 | 136% | | 0 |
| | CTC | 24 | 22 | 16 | 6 | 73% | | 6 |
| | (MHCB) | 12 | 12 | | | | | 0 |
| | (Resp-Iso) | 8 | 8 | 8 | 0 | 100% | | 0 |
| | EOP | | | 8 | -8 | | | 0 |
| LAC $_{I,III,IV}$ | CCCMS $_{IV}$ | 1000 | 1000 | 381 | 619 | 38% | | 619 |
| | CTC | 18 | 17 | 16 | 1 | 94% | | 1 |
| | (MHCB) | 12 | 12 | | | | | 2 |
| | (Resp-Iso) | 2 | 2 | 0 | 2 | 0% | | 0 |
| | EOP | 300 | 300 | 334 | -34 | 111% | | 0 |
| LAC-RC | CCCMS | 149 | 149 | 419 | -270 | 281% | | 0 |
| | EOP | | | 77 | | | | |
| MCSP $_{I,II,IV}$ | CCCMS $_{III,IV}$ | 999 | 999 | 1138 | -139 | 114% | | 0 |
| | CTC | 12 | 11 | 9 | 2 | 82% | | 2 |
| | (MHCB) | 8 | 8 | | | | | 0 |
| | (Resp-Iso) | 1 | 1 | 1 | 0 | 100% | | 0 |
| | EOP | 510 | 510 | 508 | 2 | 100% | | 2 |
| | MH OHU | 6 | 6 | 2 | 4 | 33% | | 4 |
| NKSP $_{I,II}$ | CCCMS $_{III}$ | 80 | 80 | 76 | 4 | 95% | | 4 |
| | CTC | 16 | 16 | 16 | 0 | 100% | | 0 |
| | (MHCB) | 10 | 10 | | | | | |
| | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| NKSP-RC | CCCMS | 719 | 719 | 791 | -72 | 110% | | 0 |
| | EOP | | | 51 | | | | |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

" * " is a 270 Design Facility.  " ** " is a 180 Design Facility.

R6-5

| Institution | | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/ Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|---|
| PBSP | I / IV | *CCCMS IV | 349 | 349 | 276 | 73 | 79% | | 73 |
| | | CTC | 21 | 19 | 14 | 5 | 74% | | 5 |
| | | (MHCB) | 10 | 10 | | | | | 0 |
| | | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| | | EOP | 64 | 64 | 69 | -5 | 108% | | 0 |
| | | PSU | 128 | 128 | 121 | 7 | 95% | | 7 |
| PVSP | I / III | CCCMS III | 1299 | 1299 | 1678 | -379 | 129% | | 0 |
| | | CTC | 17 | 14 | 11 | 3 | 79% | | 3 |
| | | (MHCB) | 5 | 5 | | | | | |
| | | (Resp-Iso) | 17 | 17 | 11 | 6 | 65% | | 6 |
| | | EOP | | | 17 | | | | |
| RJD | I / III | CCCMS III | 800 | 800 | 779 | 21 | 97% | | 21 |
| | | CTC | 30 | 28 | 21 | 7 | 75% | | 7 |
| | | (MHCB) | 14 | 14 | | | | | 0 |
| | | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| | | EOP | 330 | 330 | 323 | 7 | 98% | | 7 |
| RJD-RC | | CCCMS | 399 | 399 | 438 | -39 | 110% | | 0 |
| | | EOP | | | 41 | | | | |
| SAC | I / IV | *CCCMS IV | 849 | 849 | 739 | 110 | 87% | | 110 |
| | | CTC | 29 | 26 | 25 | 1 | 96% | | 1 |
| | | (MHCB) | 24 | 24 | | | | | |
| | | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| | | EOP | 384 | 384 | 498 | -114 | 130% | | 0 |
| | | MH OHU | 20 | 20 | 15 | 5 | 75% | | 5 |
| | | OHU | 18 | 18 | 18 | 0 | 100% | | 0 |
| | | PSU | 192 | 192 | 182 | 10 | 95% | | 10 |

**This population includes inmates in Hospice and S3 as well as HIV inmates in Unit IV and Y dorm at CMF These inmates are not counted against the capacity identified in the Gates/Coleman Court Over.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/20/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

* "*" is a 270 Design Facility.  "**" is a 180 Design Facility.

Health Care Placement Unit
10/17/2007

R6-6

| Institution | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| SATF (II,III,IV) | *CCCMS (II,III,IV) | 1049 | 1049 | 1350 | -301 | 129% | | 0 |
| | CTC | 40 | 38 | 36 | 2 | 95% | | 2 |
| | (MHCB) | 16 | 16 | | | | | |
| | (Resp-Iso) | 10 | 10 | 9 | 1 | 90% | | 1 |
| | EOP | | | 21 | | | | |
| SCC (I,II,III) | CCCMS (II,III) | 499 | 499 | 590 | -91 | 118% | | 0 |
| | EOP | | | 15 | | | | |
| | OHU | 13 | 13 | 5 | 8 | 38% | | 8 |
| | (MHCB) | | | | | | | |
| SOL (II,III) | CCCMS (II,III) | 1199 | 1199 | 1496 | -297 | 125% | | 0 |
| | CTC | 17 | 15 | 11 | 4 | 73% | | 4 |
| | (MHCB) | 9 | 9 | | | | | |
| | (Resp-Iso) | 1 | 1 | 0 | 1 | 0% | | 1 |
| | EOP | | | 10 | | | | |
| SQ (I) | CCCMS (II) | 350 | 350 | 429 | -79 | 123% | | 0 |
| | EOP | | | 57 | | | | |
| | OHU | 30 | 30 | 24 | 6 | 80% | | 6 |
| SQ-RC | CCCMS | 549 | 549 | 548 | 1 | 100% | | 1 |
| | EOP | | | 28 | | | | |
| SVSP (I,IV) | *CCCMS (IV) | 999 | 999 | 1160 | -161 | 116% | | 0 |
| | CTC | 27 | 22 | 20 | 2 | 91% | | 2 |
| | (MHCB) | 10 | 10 | | | | | |
| | (Resp-Iso) | 8 | 8 | 7 | 1 | 88% | | 1 |
| | DMH SVPP-ICF | 175 | 175 | 149 | 26 | 85% | | 26 |
| | EOP | 192 | 192 | 236 | -44 | 123% | | 0 |

R6-7

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and V dorm at CMF. These inmates are not counted against the capacity identified in the Gates-v-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate.

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been suppressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

"*" is a 270 Design Facility. "**" is a 180 Design Facility.

Health Care Placement Unit
10/17/2007

| Institution | Current Placement | Total Beds | Total Active Beds | Number Occupied | Vacant/Over | Occupancy Rate | Reserved | Available |
|---|---|---|---|---|---|---|---|---|
| VSPW | CCCMS | 606 | 606 | 963 | -357 | 159% | | 0 |
| | EOP | | | 10 | | | | |
| | OHU | 20 | 20 | 17 | 3 | 85% | | 3 |
| | (Resp-Iso) | 10 | 10 | 9 | 1 | 90% | | 1 |
| VSPW-RC | CCCMS | 143 | 143 | 228 | -85 | 159% | | 0 |
| | EOP | | | 13 | | | | |
| WSP  I,III | CCCMS | 105 | 105 | 102 | 3 | 97% | | 3 |
| | CTC | 18 | 16 | 18 | -2 | 113% | | 0 |
| | (MHCB) | 6 | 6 | | | | | |
| | (Resp-Iso) | 2 | 2 | 2 | 0 | 100% | | 0 |
| | EOP | | | 1 | | | | |
| WSP-RC | CCCMS | 944 | 944 | 1069 | -125 | 113% | | 0 |
| | EOP | | | 70 | | | | |

R6-8

Health Care Placement Unit
10/17/2007

** This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Target CMF EOP capacity is 600 upon completion of the Gates/Coleman Transition.

() Beds contained within the GACH, CTC, SNF or OHU as appropriate

The mental health population numbers include inmates housed in Ad-Seg and SHU.

Subscripts after institution acronyms and current placement indicate housing level(s).

Mental Health Crisis Bed and HIV occupancy numbers have been supressed due to insufficient data.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

"  * " is a 270 Design Facility.    " *** " is a 180 Design Facility.

**HEALTH CARE PLACEMENT UNIT**
DMH Utilization Summary
10/17/2007

| | Capacity | Current Pop | % of Capacity |
|---|---|---|---|
| ASH-ICF | 231 | 87 | 37.66% |
| ASH-APP | 25 | 12 | 48.00% |
| CSH | 50 | 50 | 100.00% |
| CMF-APP | 130 | 126 | 96.92% |
| CMF-ICF | 106 | 97 | 91.51% |
| CMF-DTP | 44 | 40 | 90.91% |
| SVPP-1 | 64 | 52 | 81.25% |
| SVPP-2 | 111 | 100 | 90.09% |
| Total: | 761 | 564 | 74.11% |

Sources: DDPS with the following exceptions:
ASH population is provided by ASH email.
CMF-APP population is provided by CMF email.
SVPP population is provided by SVSP email.

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     *Coleman v. Schwarzenegger, et al.*; *Plata v. Schwarzenegger, et al.*
Nos.:  **01-1351 & 90-0520**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 28, 2007**, I served the attached **:  DEFENDANTS' EXHIBIT A FOR COLEMAN DEFENDANTS' RESPONSE TO PLAINTIFFS' INTERROGATORY 16** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Sacramento, California  94244, addressed as follows:

| | |
|---|---|
| Claudia Center<br>The Legal Aid Society<br>Employment Law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107 | Richard Goff<br>Heller, Ehrman White & McAuliffe<br>701 Fifth Avenue<br>Seattle, WA  98104 |
| Warren E. George<br>Bingham McCutchen<br>3 Embarcadero Ctr., Fl. 24<br>San Francisco, CA  94111 | Martin H. Dodd<br>Futterman & Dupree<br>160 Sansome Street, 17th Street<br>San Francisco, CA  94109 |
| Ronald Yank<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA  94104 | Ann Miller Ravel<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA  95110 |
| Jared Goldman<br>California Prison Healthcare Receivership<br>1731 Technology Dr., Suite 700<br>San Jose, CA  95110 | Steven S. Kaufhold<br>Akin Gump Straus Hauer & Feld LLP<br>580 California Street, 15th Floor<br>San Francisco, CA  94102 |

| Rod Pacheco<br>Chuck Hughes<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501 | Steven Woodside<br>Office of the County Counsel<br>575 Administration Dr., Room 105A<br>Santa Rosa, CA 95403 |
|---|---|
| Donald Specter<br>Prison Law Office<br>2173 'E' Francisco Blvd., Suite M<br>San Rafael, CA 94901 | Michael Bien<br>Rosen, Bien and Galvan<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 28, 2007**, at Sacramento, California.

_____
Susan Burke
Declarant

_____
Signature

# EXHIBIT E

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFF RALPH COLEMAN'S FIRST SET OF INTERROGATORIES TO DEFENDANT CATE** |

[220105-2]

PROPOUNDING PARTIES:    PLAINTIFF RALPH COLEMAN

RESPONDING PARTIES:    DEFENDANT CATE

SET NUMBER:    ONE

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff Ralph Coleman submits the following First Set of Interrogatories to Defendant Cate ("Defendant") to be answered separately and fully in writing, under oath, based upon all knowledge reasonably available to them, within 21 days after service hereof pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

## DEFINITIONS

1.    "DOCUMENT" or "DOCUMENTS" as used herein is intended to have the broadest possible meaning and to include anything coming within the definition of "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence. The term refers to but is not limited to the product of any method of recording information, whether by writing or otherwise, including without limitation: any written, electronic, or computerized files, data or software; memoranda; correspondence; communications; reports; summaries; studies; analyses; evaluations; notes or notebooks; indices; logs; books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs; transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail messages; and the like. "DOCUMENT" shall include each copy of any whole or part of a document on which there appears any marking or deletion which does not appear on the original or other copies thereof, together with all drafts or notes for the preparation of each document.  If the original of a document is not available or was not reviewed or received by a particular PERSON, "DOCUMENT" includes any identical copy of the original.

2.    "YOU" and "YOURS" as used herein refers to Matthew Cate, his agents, representatives, attorneys, and all other persons or entities acting on his behalf.

-1-

[220105-2]

1      3.     As used herein, the term "IDENTIFY," when used with respect to a person,

2 means to state the following: name of entity; telephone number; location of its business and

3 nature of its business.

4      4.     As used herein, the term "IDENTIFY," when used with respect to a document,

5 means to state the following, if available, for each document: the name(s) of the author(s) and

6 the recipient(s); the date; the title; the form of document (e.g. letter, memorandum, report,

7 chart or other descriptive term); a description of the contents of the document; and its present

8 or last known location and custodian. If you claim that any such document was, but is no

9 longer, in your possession or subject to your control, state what disposition was made of such

10 document and when. Documents to be identified shall include both documents in your

11 possession, custody and control, and all other documents of which you have knowledge. To

12 the extent that the answers to the preceding questions are determinable by an examination of

13 the document itself, you may respond by supplying such document as part of your answers to

14 these interrogatories so long as you identify the interrogatory to which such document is

15 responsive.

16      5.     "REFER" or "RELATE TO" means constituting, representing, defining,

17 depicting, concerning, embodying, reflecting, identifying, stating, mentioning, addressing, or

18 pertaining to the subject matter of the request, directly or indirectly, in whole or in part.

19      6.     The terms "and," "or," and "and/or" should be construed disjunctively or

20 conjunctively as necessary to make the request inclusive rather than exclusive.

21      7.     "NON-TRADITIONAL HOUSING" or "NON-TRADITIONAL BEDS" means

22 beds in gyms, dayrooms, or other locations not intended to house inmates and includes those

23 beds commonly referred to as "bad beds" by Defendants, inclusive of triple-bunks.

24      8.     "CDCR PRISON" and "PRISONS" mean any and all facilities in which class members

25 in this litigation are or can be incarcerated, including housing units within DMH facilities that

26 house CDCR prisoners.

27      9.     "*COLEMAN* CLASS MEMBERS" or "PLAINTIFFS" means the class of state

28 prisoners with serious mental disorders, including but not limited to those CDCR inmate-

PLAINTIFF RALPH COLEMAN'S FIRST SET OF INTERROGATORIES TO DEFENDANT CATE - Nos. Civ S 90-
0520 LKK-JFM P, C01-1351 TEH

[220105-2]

1 patients within the Correctional Clinical Case Management System (CCCMS), the Enhanced

2 Outpatient Program (EOP), Day Treatment Program (DTP), intermediate care beds, mental

3 health crisis beds, and acute care beds.

4       10.    "PRISONER RELEASE ORDER" means any order "that has the purpose or

5 effect of reducing or limiting the prison population, or that directs the release from or

6 nonadmission of prisoners to prison" as set forth in the Prison Litigation Reform Act at 18

7 U.S.C. §3626(g)(7).

**INSTRUCTIONS**

9       The preceding definitions apply to each interrogatory and are deemed incorporated in

10 each of the following interrogatories and these instructions.

11       1.    In answering these interrogatories, quote each interrogatory before each answer.

12       2.    These interrogatories shall be deemed to be continuing interrogatories so as to

13 require proper supplemental answers if further information is obtained or developed by you or

14 your counsel after the time that you serve answers to these interrogatories.

15       3.    In answering these interrogatories, furnish all information available to you,

16 including information in the possession of your employees, attorneys, or otherwise subject to

17 your possession and/or control, and not merely information known of your own personal

18 knowledge.

19       4.    If you cannot answer a particular interrogatory in full after exercising due

20 diligence to secure the information to do so, answer to the extent possible, specify your

21 inability to answer the remainder, state whatever knowledge you have concerning the

22 unanswered portion.

23       5.    If you object to any part of an interrogatory, answer all parts of such

24 interrogatory to which you do not object and, as to each part to which you do object, set forth

25 the specific basis for you objection.

26       6.    If any information is within the scope of any interrogatory but is being withheld

27 pursuant to any claim of privilege, identify the relevant interrogatories, the grounds upon

28 which the information is being withheld, the nature of the information withheld, the author,

[220105-2]

1    segregation, OHU, CTC, MHCB, reception, Security Housing Unit (SHU), Psychiatric

2    Services Unit (PSU), Department of Mental Health (DMH)).

3    **INTERROGATORY NO. 17:**

4        For each CDCR PRISON, IDENTIFY the number of prisoners housed in NON-

5    TRADITIONAL HOUSING and the location of such housing as of July 1, 2008.

6    **INTERROGATORY NO. 18:**

7        For each such NON-TRADITIONAL HOUSING location, IDENTIFY the number of

8    prisoners in the MHSDS (EOP, CCCMS, or "medical necessity") and security level (I-IV), as

9    well as other administrative placement factors (SNY administrative segregation, CTC, MHCB,

10    OHU, Reception Center, Security Housing Unit (SHU), Psychiatric Services Unit (PSU), or

11    Department of Mental Health program (DMH)), as of July 1, 2008.

12    **INTERROGATORY NO. 19:**

13        IDENTIFY the number of CDCR prisoners housed outside of their classification level

14    (classification overrides) as of July 1, 2008, including the reasons for any such overrides or

15    out-of-level placements.

16    **INTERROGATORY NO. 20:**

17        IDENTIFY the number of vacancies in custodial staff positions in the DEPARTMENT

18    including each CDCR PRISON as of July 1, 2008.

19

20

21    Dated: July 1, 2008               Respectfully submitted,

22                                ROSEN, BIEN & GALVAN, LLP

23

24                              By: _____

                                   Lori Rifkin

25                                    Attorneys for Plaintiffs

26

27

28

[220105-2]