# EXHIBIT F

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE C. EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN – 126424
    Deputy Attorney General
6   CHARLES ANTONEN – 221207
    Deputy Attorney General
7   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
8   Telephone: (415) 703-5443
    Facsimile: (415) 703-5843
9   rochelle.east@doj.ca.gov
    lisa.tillman@doj.ca.gov
10  charles.antonen@doj.ca.gov

    HANSON BRIDGETT LLP
    JERROLD C. SCHAEFER - 39374
    PAUL B. MELLO - 179755
    S. ANNE JOHNSON - 197415
    SAMANTHA TAMA - 240280
    RENJU P. JACOB - 242388
    425 Market Street, 26th Floor
    San Francisco, CA 94105
    Telephone: (415) 777-3200
    Facsimile: (415) 541-9366
    jschaefer@hansonbridgett.com
    pmello@hansonbridgett.com
    ajohnson@hansonbridgett.com
    stama@hansonbridgett.com
    rjacob@hansonbridgett.com

11  Attorneys for Defendants

12              **UNITED STATES DISTRICT COURT**

13        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14         **AND THE NORTHERN DISTRICT OF CALIFORNIA**

15     **UNITED STATES DISTRICT COURT COMPOSED OF THREE**

16   **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| 17  RALPH COLEMAN, et al., | No.  2:90-CV-00520 LKK JFM P |
| 18          Plaintiffs, | **THREE-JUDGE COURT** |
| 19          v. | **DEFENDANT CATE'S RESPONSES TO** |
| 20  ARNOLD SCHWARZENEGGER, et al., | **PLAINTIFF COLEMAN'S FIRST SET OF** **INTERROGATORIES** |
| 21 | |
| 22          Defendants. | |
| 23  MARCIANO PLATA, et al., | No. C-01-1351 TEH |
| 24          Plaintiffs, | **THREE-JUDGE COURT** |
| 25          v. | |
| 26  ARNOLD SCHWARZENEGGER, et al., | |
| 27          Defendants. | |
| 28 | |

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
INTERROGATORIES, SET ONE

1556987.2

1  **PROPOUNDING PARTY: PLAINTIFFS RALPH COLEMAN, et al.**

2  **RESPONDING PARTY:    DEFENDANT CATE**

3  **SET NO.:                    ONE**

4
                                **DEFINITIONS**
5

6      In construing these discovery responses, the following definitions shall apply:

7      1.    "PLAINTIFFS" shall mean class representatives Ralph Coleman, et al., the

8  named plaintiffs in the action *Coleman v. Schwarzenegger,* Case No. 90-0520 LKK JFM

9  (E.D. Cal.) (*Coleman*).

10     2.    "DEFENDANT" shall mean Matthew Cate, a named defendant in the case

11 of *Coleman* v. *Schwarzenegger*.

12     3.    "DEFENDANTS" shall mean each of the named defendants in the case of

13
   *Coleman* v. *Schwarzenegger*, including Matthew Cate in his official capacity on behalf of
14
   the California Department of Corrections and Rehabilitation (CDCR), Stephen Mayberg
15

16 in his official capacity on behalf of the Department of Mental Health (DMH), Michael

17 Genest in his official capacity on behalf of the Department of Finance (DOF), and the

18 Governor.

19     4.    "PROCEEDING" shall mean the three-judge panel proceeding convened

20
   under 28 U.S.C. Section 2284 in the cases of *Coleman* and *Plata*.
21

22                **OVERALL OBJECTIONS TO INTERROGATORIES**

23     1.    DEFENDANT objects to Plaintiffs' definition of a California Department of

24 Corrections and Rehabilitation (CDCR) prison and a "prison" to include those housing

25 units within Department of Mental Health (DMH) facilities that house CDCR prisoners.

26 That definition mischaracterizes the role of DMH as a provider of housing for

27 incarcerated inmates. DMH's true role is defined by California Penal Code section 2684

28
                                    - 2 -

1   as a provider of inpatient mental health treatment to CDCR inmate-patients. Further,

2   that definition erroneously assumes the Governor's Emergency Proclamation of October

3   4, 2006 addressed DMH as a provider of housing for incarcerated inmates.

4   DEFENDANT will interpret the terms "CDCR prison" and "prison" for the purposes of this

5   request to mean those prisons within the jurisdiction of the California Department of

6   Corrections and Rehabilitation, pursuant to California Penal Code section 5054. Further,

7   DEFENDANTS object to Plaintiffs' definition of a CDCR prison to include "any planned

8   redesigns of, construction to, or renovations of such facilities, and any new such facilities

9   contemplated by AB 900" as an inaccurate statement of the scope of AB 900, vague, and

10  calling for speculation.

11      2.      DEFENDANT objects that the discovery seeks INFORMATION that is

12  neither relevant to PLAINTIFFS' claims in this PROCEEDING nor reasonably calculated

13  to lead to the discovery of admissible evidence. PLAINTIFFS have refused to identify

14  what if any claims they will be asserting in the PROCEEDING. Consequently,

15  DEFENDANT objects that the discovery requires DEFENDANT to speculate what claims

16  may or may not be asserted by PLAINTIFFS.

17      3.      DEFENDANT objects that the requests seek information equally available

18  to PLAINTIFFS, and that the requests are overbroad and unduly burdensome. In

19  accordance with the *Coleman* and *Plata* remedial orders, PLAINTIFFS receive monthly

20  document productions and other discovery from DEFENDANT and the Receiver

21  appointed in *Plata*.

22      4.      DEFENDANT states that PLAINTIFFS are already in possession of

23  DEFENDANTS' filed plans for the provision of mental health care beds, for the

24  recruitment and retention of staffing for those mental health beds, and for the

- 3 -

1   implementation of appropriate mental health care in those beds. DEFENDANT asserts

2   the deliberative process privilege to all information sought or contained in drafts of those

3   *Coleman* plans, all drafts of any budget proposals to fund those plans, and inter- and

4   intra-Defendant emails concerning those plans.

5

6       5.      Given the shortened time for DEFENDANT'S responses to these requests,

7   DEFENDANT hereby reserves the right to supplement these responses at a later date,

8   including after the issuance and/or receipt of expert reports and witness declarations in

9   this matter.

10      6.      To the extent any request seeks information from documents prepared,

11  created, or generated by the Office of the Inspector General, DEFENDANT objects to

12  the discovery of such information on the basis of the official information privilege and on

13  the basis of the right to privacy in medical, mental health, and personnel matters. Non-

14  privileged reports of the Office of the Inspector General are available on its public web

15

16  site.

17           **RESPONSES AND OBJECTIONS TO INTERROGATORIES**

18  **INTERROGATORY NO. 1:**

19      Do YOU contend that imposition of a PRISONER RELEASE ORDER by the Court

20  will have an adverse effect on public safety?

21

22  **RESPONSE TO INTERROGATORY NO. 1:**

23      Defendant objects to this interrogatory as vague, as imposing an improper

24  hypothetical, and as calling for speculation.

25      Without waiving these objections, Defendant states that the court has not issued a

26  prisoner release order, and this interrogatory improperly asks Defendant to speculate on

27  what "will" happen if such an unknown and unwritten order were to issue at some

28

- 4 -

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
INTERROGATORIES, SET ONE

1556987.2

unknown set of assessments and criteria for determining an inmate's fitness for diversion, there remains the possibility of a diverted convict engaging in criminal activity once released.  The witnesses in support of this statement are Kathy Jett and Joan Petersilia.  The documents in support of this statement are the Governor's Rehabilitation Strike Team Report and the published writings of Joan Petersilia.

**INTERROGATORY NO. 9:**

Do YOU contend that implementation of a program by which parole agents are directed to use a range of sanctions other than return to CDCR PRISON for parole violators based on the use of a validated risk assessment tool will have an adverse effect on public safety?

**RESPONSE TO INTERROGATORY NO. 9:**

Defendant objects to this interrogatory as vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant further objects to this interrogatory to the extent it seeks information protected from disclosure by the attorney client privilege, attorney work product privilege, deliberative process privilege, self-critical analysis privilege, and official information privilege.

Without waiving these objections, Defendant states that the court has not issued a prisoner release order, and this interrogatory improperly asks Defendant to speculate as to the impact of an unknown and unwritten order at some unknown point in the future.  Although Defendant cannot speculate, Defendant states that such parole sanction programs may have an adverse effect on public safety because there remains the possibility of a prisoner engaging in criminal activity under such a program.  Further, given the State's deficit, funding these resources is problematic.

//

- 11 -

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
INTERROGATORIES, SET ONE

1556987.2

**INTERROGATORY NO. 10:**

If YOUR response to interrogatory number nine is affirmative, IDENTIFY what

YOU contend to be the adverse effect(s) on public safety of the implementation of such

alternative sanctions, and state all facts and IDENTIFY all DOCUMENTS and witnesses

in support of YOUR contention.

**RESPONSE TO INTERROGATORY NO. 10:**

Defendant objects to this interrogatory as vague, as imposing an improper

hypothetical, and as calling for speculation.  Defendant further objects to this

interrogatory to the extent it seeks information protected from disclosure by the attorney

client privilege, attorney work product privilege, deliberative process privilege, self-critical

analysis privilege, and official information privilege.

Without waiving these objections, Defendant states that the court has not issued a

prisoner release order, and this interrogatory improperly asks Defendant to speculate as

to the impact of an unknown and unwritten order at some unknown point in the future.

Although Defendant cannot speculate, Defendant states that such parole sanction

programs may have an adverse effect on public safety because there remains the

possibility of a prisoner engaging in criminal activity under such a program.  The

witnesses in support of this statement are Kathy Jett and Joan Petersilia.  The

documents in support of this statement are the Governor's Rehabilitation Strike Team

Report and the published writings of Joan Petersilia.

**INTERROGATORY NO. 11:**

Do YOU contend that amending the current credit earning system for inmates in

CDCR PRISONS to the system outlined by the CDCR Expert Panel on Adult Offender

Reentry and Receidivsm Reduction Programs in its June 29, 2007 "Report to the

- 12 -

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
INTERROGATORIES, SET ONE

1556987.2

California Legislature:  A Roadmap for Effective Offender Programming in California" at Appendix E, pages 92-94 would have an adverse effect on public safety?

**RESPONSE TO INTERROGATORY NO. 11:**

Defendant objects to this interrogatory as vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant further objects to this interrogatory to the extent it seeks information protected from disclosure by the attorney client privilege, attorney work product privilege, deliberative process privilege, self-critical analysis privilege, and official information privilege.

Without waiving these objections, Defendant states that the court has not issued a prisoner release order, and this interrogatory improperly asks Defendant to speculate as to the impact of an unknown and unwritten order at some unknown point in the future. Although Defendant cannot speculate, Defendant states that a credit earning program may have an adverse effect on public safety because there remains the possibility of a prisoner engaging in criminal activity under such a program.

**INTERROGATORY NO. 12:**

If YOUR response to interrogatory number eleven is affirmative, IDENTIFY what YOU contend to be the adverse effect(s) on public safety of such an amendment to the current credit earning system, and all state all facts and IDENTIFY all DOCUMENTS and witnesses in support of YOUR contention.

**RESPONSE TO INTERROGATORY NO. 12:**

Defendant objects to this interrogatory as vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant further objects to this interrogatory to the extent it seeks information protected from disclosure by the attorney client privilege, attorney work product privilege, deliberative process privilege, self-critical

- 13 -

1    analysis privilege, and official information privilege.

2       Without waiving these objections, Defendant states that the court has not issued a

3    prisoner release order, and this interrogatory improperly asks Defendant to speculate as

4    to the impact of an unknown and unwritten order at some unknown point in the future.

5    Although Defendant cannot speculate, Defendant states that a credit earning program

6    may have an adverse effect on public safety because there remains the possibility of a

7    prisoner engaging in criminal activity under such a program.  The witnesses in support of

8    this statement are Kathy Jett and Joan Petersilia.  The documents in support of this

9    statement are the Governor's Rehabilitation Strike Team Report and the published

10   writings of Joan Petersilia.

11   **INTERROGATORY NO. 13:**

12      Do YOU contend that the proposal to release 22,159 inmates contained in the

13   Governor's January 10, 2008-2009 budget proposal, if implemented, would have an

14   adverse effect on public safety?

15   **RESPONSE TO INTERROGATORY NO. 13:**

16      Defendant objects to this interrogatory as argumentative and misleading, as

17   vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant

18   further objects to this interrogatory to the extent it seeks information protected from

19   disclosure by the attorney client privilege, attorney work product privilege, deliberative

20   process privilege, self-critical analysis privilege, and official information privilege.

21      Without waiving these objections, Defendant states that this was merely a

22   proposal introduced in the Governor's January 2008 proposed budget and it was not

23   included in the Governor's May Revise 2008 budget proposal.  It was not adopted and it

24   has not been implemented.  Defendant cannot speculate on what "would" have

- 14 -

1  happened if the proposal were adopted by the Legislature and implemented.  Although

2  Defendant cannot speculate, it is Defendant's position that a mandated release of

3  prisoners from state prisons could have an adverse effect on public safety, because

4  there would still be a risk that released prisoners would engage in criminal activity once

5  released.

6

7  **INTERROGATORY NO. 14:**

8     If YOUR response to interrogatory number thirteen is affirmative, IDENTIFY what

9  YOU contend to be the adverse effect(s) on public safety of the implementation of the

10  Governor's proposal, and state all facts and IDENTIFY all DOCUMENTS and witnesses

11  in support of YOUR contention.

12

13  **RESPONSE TO INTERROGATORY NO. 14:**

14     Defendant objects to this interrogatory as argumentative and misleading, as

15  vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant

16  further objects to this interrogatory to the extent it seeks information protected from

17  disclosure by the attorney client privilege, attorney work product privilege, deliberative

18  process privilege, self-critical analysis privilege, and official information privilege.

19     Without waiving these objections, Defendant states that this was merely a

20  proposal introduced in the Governor's January 2008 proposed budget and it was not

21  included in the Governor's May Revise 2008 budget proposal.  It was not adopted and it

22  has not been implemented.  Defendant cannot speculate on what "would" have

23  happened if the proposal were adopted by the Legislature and implemented.  Although

24  Defendant cannot speculate, it is Defendant's position that a mandated release of

25  prisoners from state prisons could have an adverse effect on public safety, because

26  there would still be a risk that released prisoners would engage in criminal activity once

27

28

- 15 -

1   released.  The witnesses in support of this statement are Kathy Jett and Joan Petersilia.

2   The documents in support of this statement are the Governor's Rehabilitation Strike

3   Team Report and the published writings of Joan Petersilia.

**INTERROGATORY NO. 15:**

If YOUR response to interrogatory number thirteen is **other** than affirmative, state

all facts and IDENTIFY all DOCUMENTS and witnesses in support of YOUR contention.

**RESPONSE TO INTERROGATORY NO. 15:**

Defendant objects to this interrogatory as argumentative and misleading, as

vague, as imposing an improper hypothetical, and as calling for speculation.  Defendant

further objects to this interrogatory to the extent it seeks information protected from

disclosure by the attorney client privilege, attorney work product privilege, deliberative

process privilege, self-critical analysis privilege, and official information privilege.

Without waiving these objections, it is Defendant's position that a mandated

release of prisoners from state prisons could have an adverse effect on public safety,

because there would still be a risk that released prisoners would engage in criminal

activity once released.  Accordingly, this interrogatory is inapplicable.

**INTERROGATORY NO. 16:**

IDENTIFY the number of prisoners housed in each CDCR PRISON on July 1,

2008, by housing unit, security level (I-IV), MHSDS membership (CCCMS, EOP, or

"medical necessity"), and other administrative placement factors and categories (SNY,

administrative segregation, OHU, CTC, MHCB, reception, Security Housing Unit (SHU),

Psychiatric Services Unit (PSU), Department of Mental Health (DMH)).

**RESPONSE TO INTERROGATORY NO. 16:**

Defendant objects that this interrogatory seeks information protected from

- 16 -

1  disclosure by the attorney client privilege, attorney work product privilege, deliberative

2  process privilege, self-critical analysis privilege, and official information privilege.  Such

3  information is already provided to Plaintiffs through the Defendants' monthly statistical

4
   reports to the *Coleman* Special Master and through *Coleman* monitoring tours and exit
5
6  teleconferences.  Further, this interrogatory is improperly duplicative of Plaintiffs'

7  previous discovery.  (See Defendant Tilton's Response to Plaintiff Coleman's

8  Interrogatories, Set One, Interrogatory Number 16.)

9        Without waiving said objections, Defendant states that such data will be provided.

10  **INTERROGATORY NO. 17:**

11        For each CDCR PRISON, IDENTIFY the number of prisoners housed in NON-
12
    TRADITIONAL HOUSING and the location of such housing as of July 1, 2008.
13
14  **RESPONSE TO INTERROGATORY NO. 17:**

15        Defendant objects that this interrogatory seeks information protected from

16  disclosure by the attorney client privilege, attorney work product privilege, deliberative

17  process privilege, self-critical analysis privilege, and official information privilege.  Such

18  information is already provided to Plaintiffs through the Defendants' monthly statistical
19
    reports to the *Coleman* Special Master and through *Coleman* monitoring tours and exit
20
21  teleconferences.  Further, this interrogatory is improperly duplicative of Plaintiffs'

22  previous discovery.  (See Defendant Tilton's Response to Plaintiff Coleman's

23  Interrogatories, Set One, Interrogatory Number 17.)

24        Without waiving said objections, Defendant states that such data is provided as

25  an attachment to this response.

26  //

27  //

28
                                        - 17 -
     DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
     INTERROGATORIES, SET ONE                                        1556987.2

**INTERROGATORY NO. 18:**

For each such NON-TRADITIONAL HOUSING location, IDENTIFY the number of prisoners in the MHSDS (EOP, CCCMS, or "medical necessity") and security level (I-IV), as well as other administrative placement factors (SNY administrative segregation, CTC, MHCB, OHU, Reception Center, Security Housing Unit (SHU), Psychiatric Services Unit (PSU), or Department of Mental Health program (DMH)), as of July 1, 2008.

**RESPONSE TO INTERROGATORY NO. 18:**

Defendant objects that this interrogatory seeks information protected from disclosure by the attorney client privilege, attorney work product privilege, deliberative process privilege, self-critical analysis privilege, and official information privilege.  Such information is already provided to Plaintiffs through the Defendants' monthly statistical reports to the *Coleman* Special Master and through *Coleman* monitoring tours and exit teleconferences.  Further, this interrogatory is improperly duplicative of Plaintiffs' previous discovery.  (See Defendant Tilton's Response to Plaintiff Coleman's Interrogatories, Set One, Interrogatory Number 18.)

Without waiving said objections, Defendant states such data is provided as an attachment to this response.

**INTERROGATORY NO. 19:**

IDENTIFY the number of CDCR prisoners housed outside of their classification level (classification overrides) as of July 1, 2008, including the reasons for any such overrides or out-of-level placements.

**RESPONSE TO INTERROGATORY NO. 19:**

Defendants object that this interrogatory seeks information protected from disclosure by the attorney client privilege, attorney work product privilege, deliberative

- 18 -

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS' INTERROGATORIES, SET ONE

1556987.2

1   process privilege, self-critical analysis privilege, and official information privilege.

2       Without waiving said objections, Defendant states that such data is provided as

3   an attachment to this response.

4   **INTERROGATORY NO. 20:**

5

6       IDENTIFY the number of vacancies in custodial staff positions in the

7   DEPARTMENT including each CDCR PRISON as of July 1, 2008.

8   **RESPONSE TO INTERROGATORY NO. 20:**

9       Defendants object that this interrogatory seeks information protected from

10  disclosure by the attorney client privilege, attorney work product privilege, deliberative

11  process privilege, self-critical analysis privilege, and official information privilege.

12      Without waiving said objections, Defendant states that such data is provided as

13  an attachment to this response.  The existence of a vacant custodial position does not

14

15  necessarily equate to a posted position being unfilled.

16      Dated: July 25, 2008
            Respectfully submitted,

17

18          EDMUND G. BROWN JR.
            Attorney General of the State of California
19          DAVID S. CHANEY
            Chief Assistant Attorney General
20          FRANCES T. GRUNDER
            Senior Assistant Attorney General
21          ROCHELLE C. EAST
            Acting Senior Assistant Attorney General
22

23

24

25          LISA A. TILLMAN
            Deputy Attorney General
26          Attorneys for Defendants

27

28

- 19 -

DEFENDANT CATE'S RESPONSES TO COLEMAN PLAINTIFFS'
INTERROGATORIES, SET ONE                                    1556987.2

## VERIFICATION

I, MATTHEW CATE, declare:

I am the Secretary of the California Department of Corrections and Rehabilitation and in that official capacity am a party in the pending action entitled *Coleman v. Schwarzenegger*. I have read the foregoing Responses to the First Set of Interrogatories propounded by Plaintiff Ralph Coleman, and state upon my information and belief that they are true and correct.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 25ᵗʰ day of July 2008.

_____
MATTHEW CATE

30506934.wpd
SF2007200670

**THREE JUDGE COURT**
C01-1351 TEH/2:90-cv-00520 LKK JFM P
**DEFENDANT CATE'S RESPONSE TO PLAINTIFF RALPH COLEMAN'S
INTERROGATORIES, SET ONE**

**DOCUMENTS IDENTIFIED IN RESPONSE TO INTERROGATORIES
17 AND 18**

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

|  |  | BED TYPE | |
|  |  | NON TRAD | TOTAL |
|  |  | NUMBER | NUMBER |
| LOCATION | BUILDING |  |  |
| AVENAL SP | 110 | 36 | 36 |
|  | 120 | 36 | 36 |
|  | 1G0 | 92 | 92 |
|  | 210 | 36 | 36 |
|  | 230 | 36 | 36 |
|  | 250 | 34 | 34 |
|  | 2G0 | 99 | 99 |
|  | 310 | 36 | 36 |
|  | 330 | 36 | 36 |
|  | 350 | 36 | 36 |
|  | 3G0 | 99 | 99 |
|  | 410 | 36 | 36 |
|  | 430 | 36 | 36 |
|  | 450 | 36 | 36 |
|  | 4G0 | 100 | 100 |
|  | 510 | 36 | 36 |
|  | 530 | 36 | 36 |
|  | 550 | 10 | 10 |
|  | 5G0 | 98 | 98 |
|  | 610 | 18 | 18 |
|  | 630 | 35 | 35 |
|  | 650 | 36 | 36 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| AVENAL SP | 6G0 | 100 | 100 |
| | TOTAL | 1153 | 1153 |
| CA COR INST | BUILDING | | |
| | 4AG | 132 | 132 |
| | 4BG | 134 | 134 |
| | MEG | 167 | 167 |
| | MIG | 172 | 172 |
| | RC1 | 40 | 40 |
| | RC2 | 38 | 38 |
| | RCG | 135 | 135 |
| | TOTAL | 818 | 818 |
| CA INST MEN | BUILDING | | |
| | CFW | 60 | 60 |
| | RCB | 43 | 43 |
| | RCG | 209 | 209 |
| | RCM | 36 | 36 |
| | RCS | 41 | 41 |
| | REA | 72 | 72 |
| | REB | 74 | 74 |
| | REC | 73 | 73 |
| | REG | 199 | 199 |
| | RWC | 38 | 38 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                    Department of Corrections and Rehabilitation
Classification Services Unit                                              State of California
Population Management                                                          July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| CA INST MEN | RWJ | 38 | 38 |
| | RWL | 38 | 38 |
| | RWM | 38 | 38 |
| | RWO | 36 | 36 |
| | RWS | 38 | 38 |
| | TOTAL | 1033 | 1033 |
| CA INST WOMEN | BUILDING | | |
| | BAA | 58 | 58 |
| | BAB | 24 | 24 |
| | EMA | 59 | 59 |
| | EMB | 24 | 24 |
| | HAA | 24 | 24 |
| | HAB | 22 | 22 |
| | LAA | 60 | 60 |
| | LAB | 22 | 22 |
| | MIA | 23 | 23 |
| | MIB | 22 | 22 |
| | WIA | 24 | 24 |
| | WIB | 24 | 24 |
| | TOTAL | 386 | 386 |
| CEN | BUILDING | | |
| | FBB | 155 | 155 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| CEN | FBG | 118 | 118 |
| | FCG | 107 | 107 |
| | FDG | 114 | 114 |
| | TOTAL | 494 | 494 |
| CEN CA WOMENS | BUILDING | | |
| | GB0 | 200 | 200 |
| | TOTAL | 200 | 200 |
| CHUCKAWALLA SP | BUILDING | | |
| | A10 | 78 | 78 |
| | A20 | 79 | 79 |
| | C60 | 80 | 80 |
| | C70 | 79 | 79 |
| | C80 | 80 | 80 |
| | D10 | 70 | 70 |
| | D11 | 67 | 67 |
| | D90 | 67 | 67 |
| | TOTAL | 600 | 600 |
| CORCORAN SP | BUILDING | | |
| | 3B0 | 107 | 107 |
| | 3C0 | 347 | 347 |
| | TOTAL | 454 | 454 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                              State of California
Population Management                                                                           July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| CSP LOS ANGELE | FBB | 154 | 154 |
| | FBG | 142 | 142 |
| | FCB | 191 | 191 |
| | FCG | 119 | 119 |
| | FDB | 71 | 71 |
| | FDG | 132 | 132 |
| | TOTAL | 809 | 809 |
| CSP SAC | BUILDING | | |
| | FCD | 136 | 136 |
| | TOTAL | 136 | 136 |
| CTF    C | BUILDING | | |
| | CFE | 358 | 358 |
| | TOTAL | 358 | 358 |
| DEUEL VOC INST | BUILDING | | |
| | DL1 | 30 | 30 |
| | DL2 | 38 | 38 |
| | DL3 | 40 | 40 |
| | DXO | 110 | 110 |
| | DYO | 156 | 156 |
| | DZO | 283 | 283 |
| | WCD | 40 | 40 |
| | WED | 39 | 39 |

(Continued)


POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                    Department of Corrections and Rehabilitation
Classification Services Unit                                        State of California
Population Management                                                      July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

|                |          | BED TYPE           |                 |
|                |          | NON TRAD<br>NUMBER | TOTAL<br>NUMBER |
|----------------|----------|--------------------|-----------------|
| LOCATION       | BUILDING |                    |                 |
| DEUEL VOC INST | WFD      | 22                 | 22              |
|                | WGD      | 21                 | 21              |
|                | WHD      | 40                 | 40              |
|                | TOTAL    | 819                | 819             |
| HIGH DESERT SP | BUILDING |                    |                 |
|                | FAG      | 119                | 119             |
|                | FBG      | 118                | 118             |
|                | TOTAL    | 237                | 237             |
| ISP            | BUILDING |                    |                 |
|                | BFG      | 116                | 116             |
|                | CFG      | 116                | 116             |
|                | DFG      | 108                | 108             |
|                | TOTAL    | 340                | 340             |
| KVSP           | BUILDING |                    |                 |
|                | FAG      | 114                | 114             |
|                | FCG      | 110                | 110             |
|                | FDG      | 105                | 105             |
|                | TOTAL    | 329                | 329             |
| MULE CREEK SP  | BUILDING |                    |                 |
|                | A  G     | 191                | 191             |
|                | B  0     | 80                 | 80              |
|                | B  1     | 39                 | 39              |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| MULE CREEK SP | BG0 | 160 | 160 |
| | C 1 | 79 | 79 |
| | CG0 | 180 | 180 |
| | TOTAL | 729 | 729 |
| NO KERN SP | BUILDING | | |
| | FAB | 76 | 76 |
| | FAG | 132 | 132 |
| | FAR | 74 | 74 |
| | TOTAL | 282 | 282 |
| PELICAN BAY SP | BUILDING | | |
| | GA0 | 167 | 167 |
| | TOTAL | 167 | 167 |
| PLEASANT VALLE | BUILDING | | |
| | AFG | 150 | 150 |
| | BFG | 134 | 134 |
| | CFB | 191 | 191 |
| | CFG | 148 | 148 |
| | DFB | 159 | 159 |
| | DFG | 117 | 117 |
| | TOTAL | 899 | 899 |
| RICHARD J DONO | BUILDING | | |
| | F10 | 112 | 112 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

|  |  | BED TYPE | |
|  |  | NON TRAD | TOTAL |
|  |  | NUMBER | NUMBER |
| LOCATION | BUILDING |  |  |
| RICHARD J DONO | F20 | 40 | 40 |
|  | F21 | 40 | 40 |
|  | F2G | 145 | 145 |
|  | F3G | 150 | 150 |
|  | F41 | 116 | 116 |
|  | F4G | 147 | 147 |
|  | TOTAL | 750 | 750 |
| SAN QUENTIN SP | BUILDING |  |  |
|  | G O | 332 | 332 |
|  | TOTAL | 332 | 332 |
| SATF | BUILDING |  |  |
|  | FAB | 17 | 17 |
|  | FAG | 115 | 115 |
|  | FBB | 18 | 18 |
|  | FBG | 106 | 106 |
|  | FDG | 112 | 112 |
|  | FEB | 154 | 154 |
|  | FEG | 114 | 114 |
|  | TOTAL | 636 | 636 |
| SIERRA CONS CA | BUILDING |  |  |
|  | 1T1 | 40 | 40 |
|  | 4T1 | 40 | 40 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                Department of Corrections and Rehabilitation
Classification Services Unit                                                          State of California
Population Management                                                                          July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | BUILDING | | |
| SIERRA CONS CA | 5T1 | 39 | 39 |
| | 6T1 | 150 | 150 |
| | CAA | 42 | 42 |
| | CAB | 55 | 55 |
| | CAC | 48 | 48 |
| | GY0 | 194 | 194 |
| | GY1 | 101 | 101 |
| | TOTAL | 709 | 709 |
| SOLANO SP | BUILDING | | |
| | S2H | 177 | 177 |
| | S31 | 119 | 119 |
| | S42 | 330 | 330 |
| | TOTAL | 626 | 626 |
| VSP    RC | BUILDING | | |
| | A 3 | 60 | 60 |
| | TOTAL | 60 | 60 |
| WASCO SP | BUILDING | | |
| | FAB | 70 | 70 |
| | FAG | 82 | 82 |
| | FBB | 71 | 71 |
| | FCD | 108 | 108 |
| | FHD | 104 | 104 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE ONE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING BY BY FACILITY AND BUILDING
ON JULY 01, 2008

| | | BED TYPE | |
| | | NON TRAD | TOTAL |
| | | NUMBER | NUMBER |
| LOCATION | TOTAL | | |
| WASCO SP | | 435 | 435 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                          Department of Corrections and Rehabilitation
Classification Services Unit                                                    State of California
Population Management                                                                  July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=AVENAL SP --------------------------------

| | | MENTAL HEALTH | | | | |
| | | CCCMS | | EOP | | |
| | | HSNGPROASSIGN | | HSNGPROASSIGN | | |
| | | GP | SNY | GP | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | | | |
| 110 | II | 5 | . | . | . | 5 |
| 120 | II | 10 | . | . | . | 10 |
| 1G0 | II | 9 | . | . | . | 9 |
| 210 | II | 4 | . | . | . | 4 |
| 230 | II | 4 | . | . | . | 4 |
| 250 | II | 4 | . | . | . | 4 |
| 2G0 | II | 17 | . | 1 | . | 18 |
| 310 | II | . | 4 | . | . | 4 |
| 330 | II | . | 9 | . | . | 9 |
| 350 | II | . | 13 | . | . | 13 |
| 3G0 | II | . | 11 | . | 1 | 12 |
| 410 | II | . | 13 | . | 1 | 14 |
| 430 | II | . | 6 | . | . | 6 |
| 450 | II | . | 6 | . | . | 6 |
| 4G0 | II | . | 26 | . | 1 | 27 |
| 530 | II | 10 | . | . | . | 10 |
| 550 | II | 1 | . | . | . | 1 |
| 5G0 | II | 12 | . | . | . | 12 |
| 630 | II | 2 | . | . | . | 2 |

(Continued)

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=AVENAL SP --------------------------------------------

| | | MENTAL HEALTH | | | | |
| | | CCCMS | | EOP | | |
| | | HSNGPROASSIGN | | HSNGPROASSIGN | | |
| | | GP | SNY | GP | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | | | |
| 650 | II | 9 | . | . | . | 9 |
| 6G0 | II | 24 | . | . | . | 24 |
| TOTAL | | 111 | 88 | 1 | 3 | 203 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

--------------------------------- LOCATION=CA COR INST ---------------------------------

| | | MENTAL HEALTH | | | | | | |
| | | CCCMS | | | EOP | | | |
| | | HSNGPROASSIGN | | | HSNGPROASSIGN | | | |
| | | GP | RC | SNY | GP | RC | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | | | | | |
| 4AG | RC | . | 12 | . | . | . | . | 12 |
| 4BG | RC | . | 19 | . | . | . | . | 19 |
| MEG | II | . | . | 51 | . | . | 2 | 53 |
| MIG | I | 81 | . | . | 2 | . | . | 83 |
| RC1 | RC | . | 10 | . | . | . | . | 10 |
| RC2 | RC | . | 5 | . | . | . | . | 5 |
| RCG | RC | . | 19 | . | . | 3 | . | 22 |
| TOTAL | | 81 | 65 | 51 | 2 | 3 | 2 | 204 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                                   State of California
Population Management                                                                              July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

--------------------------------- LOCATION=CA INST MEN ---------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | GP | RC | RC | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| RCB | RC | . | 8 | 1 | 9 |
| RCG | RC | . | 65 | . | 65 |
| RCM | RC | . | 14 | 1 | 15 |
| RCS | RC | . | 12 | 1 | 13 |
| REA | RC | . | 16 | 1 | 17 |
| REB | RC | . | 13 | . | 13 |
| REC | RC | . | 25 | 2 | 27 |
| REG | RC | . | 69 | . | 69 |
| RWC | RC | 3 | . | . | 3 |
| RWJ | RC | 4 | . | . | 4 |
| RWL | RC | 3 | . | . | 3 |
| RWO | RC | 9 | . | . | 9 |
| RWS | RC | 2 | . | . | 2 |
| TOTAL | | 21 | 222 | 6 | 249 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                              State of California
Population Management                                                                            July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=CA INST WOMEN --------------------------------------------

|  |  | MENTAL HEALTH | |
| | | CCCMS | |
| | | HSNGPROAS- SIGN | |
| | | GP | TOTAL |
| | | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | |
| BAA | W | 18 | 18 |
| BAB | W | 10 | 10 |
| EMA | W | 24 | 24 |
| EMB | W | 10 | 10 |
| HAA | W | 9 | 9 |
| HAB | W | 8 | 8 |
| LAA | W | 9 | 9 |
| LAB | W | 2 | 2 |
| MIA | W | 9 | 9 |
| MIB | W | 7 | 7 |
| WIA | W | 9 | 9 |
| WIB | W | 10 | 10 |
| TOTAL | | 125 | 125 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=CEN CA WOMENS --------------------------------------

| | | MENTAL HEALTH | |
| --- | --- | --- | --- |
| | | CCCMS | |
| | | HSNGPROAS-SIGN | |
| | | GP | TOTAL |
| | | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | |
| GBO | III | 34 | 34 |
| TOTAL | | 34 | 34 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                      Department of Corrections and Rehabilitation
Classification Services Unit                                                                    State of California
Population Management                                                                                   July 2008

TABLE TWO

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=CHUCKAWALLA SP --------------------------------------

|          |          | MENTAL HEALTH | | TOTAL |
|          |          | CCCMS | | |
|          |          | HSNGPROASSIGN | | |
|          |          | GP | SNY | |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER |
| A20 | II | . | 1 | 1 |
| C60 | II | 1 | . | 1 |
| C80 | II | 1 | . | 1 |
| D11 | II | 2 | . | 2 |
| TOTAL | | 4 | 1 | 5 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=CORCORAN SP --------------------------------

| | | MENTAL HEALTH | | |
| | | CCCMS | | |
| | | HSNGPROASSIGN | | |
| | | GP | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | |
| 3B0 | II | 24 | . | 24 |
| 3C0 | III | . | 28 | 28 |
| TOTAL | | 24 | 28 | 52 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=CSP LOS ANGELE --------------------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | GP | RC | RC | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| FBB | RC | . | 16 | . | 16 |
| FBG | RC | . | 11 | . | 11 |
| FCB | RC | . | 25 | . | 25 |
| FCG | II | 9 | . | . | 9 |
| FDB | RC | . | 16 | . | 16 |
| FDG | RC | . | 19 | 1 | 20 |
| TOTAL | | 9 | 87 | 1 | 97 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                                    State of California
Population Management                                                                              July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=CSP SAC --------------------------------------

|  |  | MENTAL HEALTH | |
|  |  | CCCMS | |
|  |  | HSNGPROAS-SIGN | |
|  |  | GP | TOTAL |
|  |  | NUMBER | NUMBER |
| BUILDING | HOUSELVL |  |  |
| FCD | II | 6 | 6 |
| TOTAL |  | 6 | 6 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------------- LOCATION=CTF   C --------------------------------------------------

| | | MENTAL HEALTH | |
| | | CCCMS | |
| | | HSNGPROAS-SIGN | |
| | | GP | TOTAL |
| | | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | |
| CFE | II | 12 | 12 |
| TOTAL | | 12 | 12 |

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                                State of California
Population Management                                                                            July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=DEUEL VOC INST --------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | GP | RC | RC | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| DL1 | RC | . | 3 | 2 | 5 |
| DL2 | RC | . | 11 | . | 11 |
| DL3 | RC | . | 5 | . | 5 |
| DX0 | RC | . | 38 | . | 38 |
| DY0 | RC | . | 19 | . | 19 |
| DZ0 | II | 48 | . | . | 48 |
| WCD | RC | . | 9 | . | 9 |
| WED | RC | . | 11 | 1 | 12 |
| WFD | RC | . | 8 | . | 8 |
| WGD | RC | . | 4 | . | 4 |
| WHD | RC | . | 18 | . | 18 |
| TOTAL | | 48 | 126 | 3 | 177 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=HIGH DESERT SP --------------------------------------

|  |  | MENTAL HEALTH | | |
|  |  | CCCMS | | |
|  |  | HSNGPROASSIGN | | |
|  |  | GP | SNY | TOTAL |
|  |  | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL |  |  |  |
| FAG | II | 7 | . | 7 |
| FBG | III | . | 18 | 18 |
| TOTAL |  | 7 | 18 | 25 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN.

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=KVSP --------------------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | GP | SNY | SNY | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| FAG | II | 2 | . | . | 2 |
| FCG | III | . | 33 | 1 | 34 |
| FDG | III | 3 | . | . | 3 |
| TOTAL | | 5 | 33 | 1 | 39 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                    Department of Corrections and Rehabilitation
Classification Services Unit                                              State of California
Population Management                                                          July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

--------------------------------- LOCATION=MULE CREEK SP ---------------------------------

| | | MENTAL HEALTH CCCMS HSNGPROAS-SIGN SNY NUMBER | TOTAL NUMBER |
|---|---|---|---|
| BUILDING | HOUSELVL | | |
| A G | III | 76 | 76 |
| B 0 | III | 45 | 45 |
| B 1 | III | 25 | 25 |
| BG0 | II | 79 | 79 |
| C 1 | III | 33 | 33 |
| CG0 | III | 67 | 67 |
| TOTAL | | 325 | 325 |

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=NO KERN SP --------------------------------

|  |  | MENTAL HEALTH | | |
|  |  | CCCMS | | |
|  |  | HSNGPROASSIGN | | |
|  |  | GP | RC | TOTAL |
|  |  | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL |  |  |  |
| FAB | III | 4 | . | 4 |
| FAG | RC | . | 1 | 1 |
| FAR | RC | . | 3 | 3 |
| TOTAL |  | 4 | 4 | 8 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                              State of California
Population Management                                                                            July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=PELICAN BAY SP --------------------------------------

| | | MENTAL HEALTH | |
| | | CCCMS | |
| | | HSNGPROAS-SIGN | |
| | | GP | TOTAL |
| | | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | |
| GAO | II | 6 | 6 |
| TOTAL | | 6 | 6 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=PLEASANT VALLE --------------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | | |
| | | HSNGPROASSIGN | | | |
| | | GP | SAP | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | | |
| AFG | III | . | . | 48 | 48 |
| BFG | III | 25 | . | . | 25 |
| CFB | III | 29 | 11 | . | 40 |
| CFG | III | 34 | . | . | 34 |
| DFB | III | . | . | 56 | 56 |
| DFG | II | . | . | 47 | 47 |
| TOTAL | | 88 | 11 | 151 | 250 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=RICHARD J DONO --------------------------------------------

| | | MENTAL HEALTH | | | | | |
| | | CCCMS | | | | EOP | |
| | | HSNGPROASSIGN | | | | HSNGPROAS-SIGN | |
| | | GP | RC | SAP | SNY | RC | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| F10 | III | 15 | . | 10 | . | . | 25 |
| F20 | RC | . | 17 | . | . | . | 17 |
| F21 | RC | . | 12 | . | . | 1 | 13 |
| F2G | RC | . | 6 | . | . | . | 6 |
| F3G | III | . | . | . | 52 | . | 52 |
| F41 | RC | . | 21 | . | . | . | 21 |
| F4G | RC | . | 4 | . | . | . | 4 |
| TOTAL | | 15 | 60 | 10 | 52 | 1 | 138 |

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                            State of California
Population Management                                                                        July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

---------------------------------- LOCATION=SAN QUENTIN SP ----------------------------------

|  |  | MENTAL HEALTH |  |
|  |  | CCCMS |  |
|  |  | HSNGPROAS-SIGN |  |
|  |  | RC | TOTAL |
|  |  | NUMBER | NUMBER |
| BUILDING | HOUSELVL |  |  |
| G 0 | RC | 49 | 49 |
| TOTAL |  | 49 | 49 |

Division of Adult Institutions                                    Department of Corrections and Rehabilitation
Classification Services Unit                                                            State of California
Population Management                                                                        July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------------- LOCATION=SATF --------------------------------------------

| | | MENTAL HEALTH | | | | |
| | | CCCMS | | EOP | | |
| | | HSNGPROASSIGN | | HSNGPROASSIGN | | |
| | | GP | SNY | GP | SNY | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | | | | |
| FAB | II | . | 1 | . | . | 1 |
| FAG | II | . | 18 | . | . | 18 |
| FBG | II | 2 | . | 1 | . | 3 |
| FDG | III | . | 18 | . | . | 18 |
| FEB | III | . | 35 | . | 1 | 36 |
| FEG | III | . | 27 | . | . | 27 |
| TOTAL | | 2 | 99 | 1 | 1 | 103 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=SIERRA CONS CA --------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | GP | SNY | GP | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| 1T1 | III | . | 13 | . | 13 |
| 4T1 | III | . | 4 | . | 4 |
| 5T1 | III | . | 15 | . | 15 |
| 6T1 | III | . | 39 | . | 39 |
| GY0 | II | 145 | . | 1 | 146 |
| GY1 | II | 67 | . | . | 67 |
| TOTAL | | 212 | 71 | 1 | 284 |

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------- LOCATION=SOLANO SP --------------------------------

| | | MENTAL HEALTH | |
| | | CCCMS | |
| | | HSNGPROAS-SIGN | |
| | | GP | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER |
|----------|----------|--------|--------|
| S2H | III | 36 | 36 |
| S31 | II | 14 | 14 |
| S42 | II | 34 | 34 |
| TOTAL | | 84 | 84 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections and Rehabilitation
State of California
July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------------------------- LOCATION=VSP    RC --------------------------------------

| | | MENTAL HEALTH | |
| | | CCCMS | |
| | | HSNGPROAS-SIGN | |
| | | RC | TOTAL |
| | | NUMBER | NUMBER |
| BUILDING | HOUSELVL | | |
| A 3 | RC | 14 | 14 |
| TOTAL | | 14 | 14 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

Division of Adult Institutions                                Department of Corrections and Rehabilitation
Classification Services Unit                                                           State of California
Population Management                                                                        July 2008

TABLE TWO
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
IN NON-TRADITIONAL HOUSING WHO ARE EOP OR CCCMS BY FACILITY, BUILDING
HOUSING PROGRAM ASSIGNMENT AND HOUSING LEVEL ON JULY 01, 2008

----------------------------------------------- LOCATION=WASCO SP -----------------------------------------------

| | | MENTAL HEALTH | | | |
| | | CCCMS | | EOP | |
| | | HSNGPROASSIGN | | HSNGPROAS-SIGN | |
| | | RC | SAP | RC | TOTAL |
| BUILDING | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER |
| FAB | RC | 9 | . | . | 9 |
| FAG | RC | 10 | . | . | 10 |
| FBB | RC | 18 | . | 3 | 21 |
| FCD | RC | 13 | . | . | 13 |
| FHD | RC | 8 | 3 | 1 | 12 |
| TOTAL | | 58 | 3 | 4 | 65 |

POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN

**THREE JUDGE COURT**
C01-1351 TEH/2:90-cv-00520 LKK JFM P
**DEFENDANT CATE'S RESPONSE TO PLAINTIFF RALPH COLEMAN'S
INTERROGATORIES, SET ONE**

**DOCUMENTS IDENTIFIED IN RESPONSE TO INTERROGATORY
NUMBER 19**

The following three-letter codes are used to indicate those administrative or irregular placement conditions known as administrative determinants, which may be imposed by departmental officials to override the placement of an inmate at a facility according to his/her placement score.

(1) **AGE**. Inmate's youthfulness, immaturity or advanced age.

(2) **ARS**. Current, prior conviction, or a sustained juvenile adjudication, as defined in subdivision (b)(25), for arson.

(3) **BEH**. Inmate's record of behavior indicates they are capable of successful placement at a facility with a security level lower than that which is consistent with his/her placement score. This factor shall not be used for an inmate who is currently housed at a facility with a security level higher than that which is consistent with his/her placement score.

(4) **CAM**. Placement is recommended due to a shortage of camp qualified inmates.

(5) **DEA**. Inmate was formerly or is currently sentenced to death.

(6) **DEP**. Special placement ordered by the Departmental ReviewBoard.

(7) **DIS**. Inmate's disciplinary record indicates a history of serious problems or threatens the security of the facility.

(8) **ENE**. Inmate has one or more enemies under the department's jurisdiction which have been documented on a CDC Form 812 (Rev. 8/01), Notice of Critical Case Information - Safety of Persons or on a CDC Form 812-C (Rev. 8/01), Notice of Critical Information - Confidential Enemies pursuant to section 3378. This should also be used when it is probable that the inmate may be victimized due to case factors; e.g., the nature of their offense is likely to create an enemy situation at certain facilities, current Protective Housing Unit case, and those who are natural victims because of their appearance.

(9) **ESC**. Unusual circumstances suggest the inmate is a much greater escape risk than indicated by his/her placement score; e.g., the inmate verbalized an intent to escape.

(10) **FAM**. Inmate has strong family ties to a particular area where other placement would cause an unusual hardship.

(11) **GAN**. Documentation establishes that the inmate's gang membership or association requires special attention or placement consideration.

(12) **INA**. Documentation establishes that the inmate's inactive gang status requires special attention or placement consideration.

(13) **HOL**. Hold, warrant or detainer is likely to be exercised.

(14) **LIF**. Inmate is serving a life sentence and requires placement in a facility with a security level higher than that indicated by his/her placement score.

(15) **MED**. Inmate's medical condition requires treatment or continuing medical attention not available at all facilities.

(16) **OUT**. Inmate requires placement at a specific facility for an out-to-court appearance. This factor shall also be used when a releasing authority appearance is nearing.

(17) **POP**. Shall be used only by a CSR to indicate that no beds presently exist at a facility with a security level that is consistent with the inmate's placement score.

(18) **PRE**. The short time remaining to serve limits or otherwise influences placement or program options for the inmate. This factor shall also be used for sending an inmate to a hub facility for their release to a community based correctional facility.

(19) **PSY**. Inmate's psychological condition requires special treatment or may severely limit placement options. This factor shall also be used for those inmates who are designated as Category B.

(20) **PUB**. High notoriety of an inmate has caused public interest in the case and requires exceptional placement.

(21) **SCH**. Inmate is involved in an academic program which is not available at a facility with a security level that is consistent with his/her placement score.

(22) **SEX**. Inmate has a prior incidence of rape, oral copulation, sodomy, or a lewd and lascivious act which requires restricted custody or placement.

(23) **SOR**. Inmate's bisexual or homosexual orientation may require special placement.

(24) **TIM**. Inmate's time to serve is long, requiring placement at a facility with a security level higher than that which is consistent with his/her placement score.

(25) **VIO**. Inmate has a current or prior conviction for a violent felony, or a sustained juvenile adjudication including, but not limited to, those listed under Penal Code section 667.5(c), which, as determined by the CSR, requires placement in a facility with a higher security level than that indicated by his/her placement score.

      (A) For the purposes of this subdivision, a "sustained juvenile adjudication" means a guilty determination or ruling rendered in a juvenile judicial proceeding.

      (B) The following administrative determinations regarding allegations of violent acts, including but not limited to those offenses described in Penal Code Section 667.5(c), shall have the same force and effect as a current or prior conviction for a violent felony or a sustained juvenile adjudication:

            1. Board of Prison Terms or Parole Hearings Division good cause finding, or;

            2. California Youth Authority/Youth Offender Parole Board sustained allegation.

      (C) A probation violation finding in a court of law involving, but not limited to those offenses described in Penal Code Section 667.5(c), shall have the same force and effect as a current or prior conviction in a court of law for a violent felony,

(26) **VOC**. Inmate is involved in a vocational program which is not available at a facility with a security level which is consistent with the inmate's placement score.

(27) **WOR**. Inmate has a work skill in a critical trade which warrants special placement consideration.

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL, BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=AVENAL SP --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ENE | HOL | MED | POP | PSY | TIM | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| AVENAL SP | II | 123 | 4 | 1 | 1 | 2 | 2 | 1 | 1 | 135 |
| TOTAL | | 123 | 4 | 1 | 1 | 2 | 2 | 1 | 1 | 135 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREE/UDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

------ LOCATION=CA COR CTR ------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | | TOTAL |
| | | | CAM | HOL | TIM | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| CA COR CTR | I | 23 | 17 | 1 | . | 6 | 47 |
| | II | 10 | 9 | . | . | 1 | 20 |
| | III | 23 | 1 | . | 2 | . | 26 |
| TOTAL | | 56 | 27 | 1 | 2 | 7 | 93 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CA COR INST --------

|  |  | | EXCEPTIONAL PLMT | | | |
|  |  | | ENE | PSY | WOR | TOTAL |
| LOCATION | HOUSELVL | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| CA COR INST | I | 12 | . | . | 1 | 13 |
|  | II | 35 | 2 | 1 | . | 38 |
|  | IV | 23 | . | . | . | 23 |
| TOTAL |  | 70 | 2 | 1 | 1 | 74 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Department of Corrections & Rehabilitation
State of California
July 2008

Division of Adult Institutions
Classification Services Unit
Population Management

TABLE THREE

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CA INST MEN --------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | TOTAL |
| | | NUMBER | WOR NUMBER | NUMBER |
|---|---|---|---|---|
| CA INST MEN | I | 24 | 9 | 33 |
| | II | 4 | 1 | 5 |
| | III | 2 | . | 2 |
| TOTAL | | 30 | 10 | 40 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

- - - - - - - - - LOCATION=CAL - - - - - - - - -

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | TOTAL |
| | | | ENE | HOL | TIM | WOR | | |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | | NUMBER |
| CAL | I | 6 | . | . | . | 1 | | 7 |
| | IV | 65 | 1 | 2 | 1 | . | | 69 |
| TOTAL | | 71 | 1 | 2 | 1 | 1 | | 76 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL, BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CEN --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | TOTAL |
| | | | DIS | HOL | PRE | TIM | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| CEN | I | 3 | . | 1 | . | . | 7 | 11 |
| | III | 112 | 2 | 1 | 1 | 12 | 1 | 129 |
| | IV | 12 | . | . | . | . | . | 12 |
| TOTAL | | 127 | 2 | 2 | 1 | 12 | 8 | 152 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL, BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CHUCKAWALLA SP --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | |
| | | | DIS | ENE | WOR | TOTAL | |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | |
| CHUCKAWALLA SP | I | 2 | . | . | 1 | 3 |
| | II | 41 | 1 | 2 | 2 | 46 |
| TOTAL | | 43 | 1 | 2 | 3 | 49 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CMC E --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEH NUMBER | CAM NUMBER | DIS NUMBER | MED NUMBER | POP NUMBER | PSY NUMBER | TIM NUMBER | WOR NUMBER | NUMBER |
| CMC E | III | 116 | 1 | 1 | 1 | 2 | 1 | 8 | 12 | 2 | 144 |
| TOTAL | | 116 | 1 | 1 | 1 | 2 | 1 | 8 | 12 | 2 | 144 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

------------------------ LOCATION=CMC    W ------------------------

| LOCATION | | | | EXCEPTIONAL PLMT | | | | TOTAL |
| | HOUSELVL | NUMBER | CAM NUMBER | POP NUMBER | SCH NUMBER | WOR NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|
| CMC    W | I | 6 | 2 | . | 1 | 2 | 11 |
| | II | 33 | 1 | 1 | . | . | 35 |
| TOTAL | | 39 | 3 | 1 | 1 | 2 | 46 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=CMF --------------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | HOL | MED | POP | PSY | TIM | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| CMF | I | 3 | . | . | . | . | . | 1 | 4 |
| | II | 5 | . | . | . | . | . | . | 5 |
| | III | 51 | 1 | 15 | 1 | 11 | 3 | . | 82 |
| | IV | 6 | . | . | . | . | . | . | 6 |
| TOTAL | | 65 | 1 | 15 | 1 | 11 | 3 | 1 | 97 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=CORCORAN SP --------------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | | TOTAL |
| | | | BEH | ENE | GAN | PSY | SCH | TIM | WOR | |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| CORCORAN SP | I | 5 | . | . | . | . | . | . | 1 | 6 |
| | II | . | . | . | . | . | . | . | 1 | 1 |
| | III | 70 | 1 | 1 | . | 1 | 1 | 13 | 1 | 88 |
| | IV | 18 | . | . | 1 | . | . | . | . | 19 |
| TOTAL | | 93 | 1 | 1 | 1 | 1 | 1 | 13 | 3 | 114 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=CTF    C --------------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | |
|---|---|---|---|---|---|---|---|
| | | NUMBER | LIF | POP | WOR | TOTAL | |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | |
| CTF   C | II | 42 | 1 | 1 | 1 | 45 | |
| TOTAL | | 42 | 1 | 1 | 1 | 45 | |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------- LOCATION=CSP LOS ANGELE --------------------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | TOTAL |
| | | | PII | PSY | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
|---|---|---|---|---|---|---|
| CSP LOS ANGELE | I | 4 | . | . | 5 | 9 |
| | II | 3 | . | . | . | 3 |
| | IV | 35 | 1 | 1 | . | 37 |
| TOTAL | | 42 | 1 | 1 | 5 | 49 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CRC --------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | |
|---|---|---|---|---|---|---|
| | | NUMBER | CAM NUMBER | ENE NUMBER | WOR NUMBER | TOTAL NUMBER |
| CRC | II | 68 | 2 | 2 | 1 | 73 |
| TOTAL | | 68 | 2 | 2 | 1 | 73 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Department of Corrections & Rehabilitation
State of California
July 2008

Division of Adult Institutions
Classification Services Unit
Population Management

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CSP SAC --------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | TOTAL |
| | | NUMBER | WOR NUMBER | NUMBER |
|---|---|---|---|---|
| CSP SAC | II | 4 | 4 | 8 |
| | IV | 43 | . | 43 |
| TOTAL | | 47 | 4 | 51 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=CTF    N --------------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | TOTAL |
| | | | CAM NUMBER | DIS NUMBER | NUMBER |
|---|---|---|---|---|---|
| CTF N | II | 20 | . | | 20 |
| | III | 92 | 2 | 1 | 95 |
| TOTAL | | 112 | 2 | 1 | 115 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Department of Corrections & Rehabilitation
State of California
July 2008

Division of Adult Institutions
Classification Services Unit
Population Management

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=CTF    S --------

| LOCATION | | HOUSELVL | EXCEPTION-AL PLMT | TOTAL |
| | | | NUMBER | NUMBER |
|---|---|---|---|---|
| CTF | S | I | 16 | 16 |
| TOTAL | | | 16 | 16 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=DEUEL VOC INST --------------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | TOTAL |
| | | NUMBER | POP | PSY | WOR | | |
| | | | NUMBER | NUMBER | NUMBER | | NUMBER |
|---|---|---|---|---|---|---|---|
| DEUEL VOC INST | I | . | 1 | . | 2 | | 3 |
| | II | 5 | . | 1 | . | | 6 |
| TOTAL | | 5 | 1 | 1 | 2 | | 9 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=FOLSOM SP --------------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | | TOTAL |
| | | NUMBER | POP NUMBER | PSY NUMBER | TIM NUMBER | WOR NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|
| FOLSOM SP | I | 3 | . | . | . | 3 | 6 |
| | II | 16 | 1 | . | 1 | 1 | 19 |
| | III | 84 | . | 1 | 5 | . | 90 |
| TOTAL | | 103 | 1 | 1 | 6 | 4 | 115 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=HIGH DESERT SP --------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | | TOTAL |
| | | NUMBER | PSY NUMBER | TIM NUMBER | NUMBER |
|---|---|---|---|---|---|
| HIGH DESERT SP | I | 2 | . | . | 2 |
| | II | 8 | . | . | 8 |
| | III | 21 | . | 3 | 24 |
| | IV | 46 | 1 | . | 47 |
| TOTAL | | 77 | 1 | 3 | 81 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=ISP --------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | | | TOTAL |
| | | | LIF | PRE | SCH | TIM | NOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| ISP | I | 4 | . | | . | 1 | 5 | 10 |
| | III | 136 | 1 | 1 | 1 | 31 | 2 | 172 |
| TOTAL | | 140 | 1 | 1 | 1 | 32 | 7 | 182 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=KVSP

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | TOTAL |
| | | NUMBER | WOR NUMBER | NUMBER |
|---|---|---|---|---|
| KVSP | I | 2 | 3 | 5 |
| | II | 5 | 2 | 7 |
| | III | 7 | . | 7 |
| | IV | 72 | . | 72 |
| TOTAL | | 86 | 5 | 91 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=MULE CREEK SP --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | ENE NUMBER | PSY NUMBER | TIM NUMBER | WOR NUMBER | NUMBER |
| MULE CREEK SP | I | 5 | . | . | . | 5 | 10 |
| | III | 51 | 6 | 5 | 8 | . | 70 |
| | IV | 11 | . | 1 | . | . | 12 |
| TOTAL | | 67 | 6 | 6 | 8 | 5 | 92 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREE/JUDPAN3

Department of Corrections & Rehabilitation
State of California
July 2008

Division of Adult Institutions
Classification Services Unit
Population Management

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------- LOCATION=NO KERN SP --------------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | TOTAL |
| | | NUMBER | WOR NUMBER | NUMBER |
|----------|----------|--------|------------|--------|
| NO KERN SP | I | 1 | 2 | 3 |
| | III | 14 | . | 14 |
| TOTAL | | 15 | 2 | 17 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=PELICAN BAY SP --------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | | |
| | | NUMBER | TIM NUMBER | WOR NUMBER | TOTAL NUMBER |
|---|---|---|---|---|---|
| PELICAN BAY SP | I | 1 | | 1 | 2 |
| | II | 4 | · | 1 | 5 |
| | IV | 27 | 1 | 1 | 29 |
| TOTAL | | 32 | 1 | 3 | 36 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL, BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------------------- LOCATION=PLEASANT VALLE --------------------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | | | TOTAL |
| | | | ENE | GAN | POP | TIM | WOR | | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | | NUMBER |
| PLEASANT VALLE | I | 3 | . | | . | | 4 | | 7 |
| | II | 2 | 2 | . | 1 | . | . | | 5 |
| | III | 114 | 3 | 1 | . | 15 | 2 | | 135 |
| TOTAL | | 119 | 5 | 1 | 1 | 15 | 6 | | 147 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=RICHARD J DONO --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | | | |
| | | | CAM | LIF | OUT | POP | PSY | SCH | TIM | WOR | TOTAL |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| RICHARD J DONO | I | 7 | . | . | . | . | . | 1 | . | 2 | 10 |
| | III | 34 | 1 | 1 | 2 | . | 3 | . | 1 | . | 42 |
| | IV | 20 | . | . | . | 2 | . | . | 1 | . | 23 |
| TOTAL | | 61 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 75 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=SAN QUENTIN SP --------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | | |
|---|---|---|---|---|---|
| | | | HOL | POP | TOTAL |
| | | NUMBER | NUMBER | NUMBER | NUMBER |
| SAN QUENTIN SP | I | 3 | . | . | 3 |
| | II | 40 | 1 | 1 | 42 |
| TOTAL | | 43 | 1 | 1 | 45 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=SATF --------

| LOCATION | HOUSELVL | | EXCEPTIONAL PLMT | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER | BEH | ENE | HOL | MED | SEX | TIM | | NUMBER |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | | |
| SATF | II | 57 | . | . | 1 | . | 1 | . | | 59 |
| | III | 45 | . | 1 | . | 1 | . | 6 | | 53 |
| | IV | 41 | 1 | . | . | 1 | . | 1 | | 44 |
| TOTAL | | 143 | 1 | 1 | 1 | 2 | 1 | 7 | | 156 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREE.JUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

-------- LOCATION=SIERRA CONS CA --------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEH | CAM | ENE | POP | SCH | TIM | WOR | |
| | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| SIERRA CONS CA | I | 26 | . | 38 | . | . | . | . | 1 | 65 |
| | II | 33 | 1 | 6 | . | 1 | . | . | 1 | 42 |
| | III | 39 | . | . | 1 | . | 1 | 1 | . | 42 |
| TOTAL | | 98 | 1 | 44 | 1 | 1 | 1 | 1 | 2 | 149 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

------- LOCATION=SOLANO SP -------

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | BEH | HOL | POP | PSY | SCH | TIM | |
| | | | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER | NUMBER |
| SOLANO SP | II | 43 | . | 1 | 1 | 2 | 1 | | 48 |
| | III | 78 | 1 | . | 2 | 1 | . | 12 | 94 |
| TOTAL | | 121 | 1 | 1 | 3 | 3 | 1 | 12 | 142 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

----- LOCATION=SVSP -----

| LOCATION | HOUSELVL | NUMBER | EXCEPTIONAL PLMT | | | | |
| | | | DIS NUMBER | POP NUMBER | PSY NUMBER | TIM NUMBER | TOTAL NUMBER |
|---|---|---|---|---|---|---|---|
| SVSP | I | 1 | . | . | . | . | 1 |
| | III | 32 | . | . | . | 5 | 37 |
| | IV | 66 | 1 | 1 | 1 | . | 69 |
| TOTAL | | 99 | 1 | 1 | 1 | 5 | 107 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREE/JUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE THREE

NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL BY FACILITY
EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

------- LOCATION=WASCO SP -------

| LOCATION | HOUSELVL | EXCEPTIONAL PLMT | | TOTAL |
| | | NUMBER | TIM NUMBER | NUMBER |
|---|---|---|---|---|
| WASCO SP | I | 3 | . | 3 |
| | III | 10 | 2 | 12 |
| TOTAL | | 13 | 2 | 15 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE FOUR
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL
BY EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

The FREQ Procedure

Table of HCLV by EXCEPT

HCLV(Hsg cust level)          EXCEPT

| Frequency Percent | BEH | CAM | DIS | ENE | GAN | HOL | LIF | MED | Total |
|---|---|---|---|---|---|---|---|---|---|
| I | 0 0.00 | 57 2.02 | 0 0.00 | 0 0.00 | 0 0.00 | 2 0.07 | 0 0.00 | 0 0.00 | 290 10.25 |
| | 165 5.83 | | | | | | | | |
| II | 1 0.04 | 18 0.64 | 1 0.04 | 12 0.42 | 0 0.00 | 4 0.14 | 1 0.04 | 1 0.04 | 675 23.87 |
| | 601 21.25 | | | | | | | | |
| III | 3 0.11 | 5 0.18 | 4 0.14 | 12 0.42 | 1 0.04 | 2 0.07 | 2 0.07 | 18 0.64 | 1358 48.02 |
| | 1131 39.99 | | | | | | | | |
| IV | 1 0.04 | 0 0.00 | 1 0.04 | 1 0.04 | 1 0.04 | 2 0.07 | 0 0.00 | 1 0.04 | 505 17.86 |
| | 485 17.15 | | | | | | | | |
| Total | 5 0.18 | 80 2.83 | 6 0.21 | 25 0.88 | 2 0.07 | 10 0.35 | 3 0.11 | 20 0.71 | 2828 100.00 |
| | 2382 84.23 | | | | | | | | |

(Continued)

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

Division of Adult Institutions
Classification Services Unit
Population Management

Department of Corrections & Rehabilitation
State of California
July 2008

TABLE FOUR
NUMBER OF OFFENDERS IN THE CDCR ADULT INSTITUTION POPULATION
WHOSE CLASSIFICATION SCORE DOES NOT MATCH HOUSING LEVEL
BY EXCEPTIONAL PLACEMENT AND HOUSING LEVEL ON JULY 01, 2008

The FREQ Procedure

Table of HCLV by EXCEPT

HCLV(Hsg cust level)        EXCEPT

| Frequency / Percent | OUT | PII | POP | PRE | PSY | SCH | SEX | TIM | WOR | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 / 0.00 | 0 / 0.00 | 1 / 0.04 | 0 / 0.00 | 0 / 0.00 | 2 / 0.07 | 0 / 0.00 | 1 / 0.04 | 62 / 2.19 | 290 / 10.25 |
| II | 0 / 0.00 | 0 / 0.00 | 9 / 0.32 | 0 / 0.00 | 6 / 0.21 | 1 / 0.04 | 1 / 0.04 | 2 / 0.07 | 17 / 0.60 | 675 / 23.87 |
| III | 2 / 0.07 | 0 / 0.00 | 4 / 0.14 | 2 / 0.07 | 30 / 1.06 | 3 / 0.11 | 0 / 0.00 | 131 / 4.63 | 8 / 0.28 | 1358 / 48.02 |
| IV | 0 / 0.00 | 1 / 0.04 | 3 / 0.11 | 0 / 0.00 | 4 / 0.14 | 0 / 0.00 | 0 / 0.00 | 4 / 0.14 | 1 / 0.04 | 505 / 17.86 |
| Total | 2 / 0.07 | 1 / 0.04 | 17 / 0.60 | 2 / 0.07 | 40 / 1.41 | 6 / 0.21 | 1 / 0.04 | 138 / 4.88 | 88 / 3.11 | 2828 / 100.00 |

FEMALE OFFENDERS DELETED FROM TABLE.
OFFENDERS IN AD SEG AND RC HOUSING DELETED.
POPMGMT.PCSAS.PROGRAMS.THREEJUDPAN3

**THREE JUDGE COURT**
C01-1351 TEH/2;90-cv-00520 LKK JFM P
**DEFENDANT CATE'S RESPONSE TO PLAINTIFF RALPH COLEMAN'S
INTERROGATORIES, SET ONE**

**DOCUMENTS IDENTIFIED IN RESPONSE TO INTERROGATORY
NUMBER 20**

| AdultHQ | Location | Class_Code | Abbrev_Class_Title | AUTH | FILLED | VACANT |
|---|---|---|---|---|---|---|
| Adult Institution | | | | | | |
| | *1. Avenal State Prison* | | | | | |
| | | 9903 | CORR COUNSELOR II SUP | 8 | 7 | 1 |
| | | 9662 | CORR OFFICER | 743.59 | 727.29 | 16.3 |
| | | 9656 | CORR LIEUTENANT | 37.37 | 32 | 5.37 |
| | | 9659 | CORR SERGEANT | 94.34 | 80 | 14.34 |
| | | 9901 | CORR COUNSELOR II SP | 7 | 6 | 1 |
| | | 9904 | CORR COUNSELOR I | 50.3 | 46 | 4.3 |
| | *2. CA Correctional Center* | | | | | |
| | | 9901 | CORR COUNSELOR II SP | 4 | 3 | 1 |
| | | 9904 | CORR COUNSELOR I | 38.8 | 36 | 2.8 |
| | | 9903 | CORR COUNSELOR II SUP | 5 | 4 | 1 |
| | | 9656 | CORR LIEUTENANT | 45.82 | 42 | 3.82 |
| | | 9662 | CORR OFFICER | 593.52 | 558 | 35.52 |
| | | 9659 | CORR SERGEANT | 86.39 | 75.5 | 10.89 |
| | *3. CA Correctional Institution* | | | | | |
| | | 9904 | CORR COUNSELOR I | 47.9 | 47.9 | 0 |
| | | 9656 | CORR LIEUTENANT | 40.2 | 38 | 2.2 |
| | | 9659 | CORR SERGEANT | 126.42 | 109 | 17.42 |
| | | 9662 | CORR OFFICER | 1104.26 | 1092.82 | 11.44 |
| | | 9901 | CORR COUNSELOR II SP | 6 | 5 | 1 |
| | | 9903 | CORR COUNSELOR II SUP | 9 | 8 | 1 |
| | *4. CA Institution For Men* | | | | | |
| | | 9656 | CORR LIEUTENANT | 35.5 | 33 | 2.5 |
| | | 9662 | CORR OFFICER | 957.6 | 940 | 17.6 |
| | | 9901 | CORR COUNSELOR II SP | 5.4 | 3 | 2.4 |
| | | 9659 | CORR SERGEANT | 121.56 | 110 | 11.56 |
| | | 9904 | CORR COUNSELOR I | 62 | 62 | 0 |

**5. CA Institution For Women**

| Classification | | | |
|---|---|---|---|
| 9903 CORR COUNSELOR II SUP | 11 | 8 | 3 |
| 9903 CORR COUNSELOR II SUP | 3 | 2 | 1 |
| 9901 CORR COUNSELOR II SP | 6 | 6 | 0 |
| 9662 CORR OFFICER | 383.61 | 366 | 17.61 |
| 9659 CORR SERGEANT | 60 | 55 | 5 |
| 9904 CORR COUNSELOR I | 18.85 | 18 | 0.85 |
| 9656 CORR LIEUTENANT | 25.13 | 23 | 2.13 |

**6. CA Medical Facility**

| Classification | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 80.3 | 73 | 7.3 |
| 9662 CORR OFFICER | 649.26 | 584.8 | 64.46 |
| 9903 CORR COUNSELOR II SUP | 4 | 2 | 2 |
| 9904 CORR COUNSELOR I | 29 | 24 | 5 |
| 9656 CORR LIEUTENANT | 30.67 | 23 | 7.67 |
| 9901 CORR COUNSELOR II SP | 8 | 5 | 3 |

**7. CA Men's Colony**

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 5 | 5 | 0 |
| 9903 CORR COUNSELOR II SUP | 9 | 9 | 0 |
| 9662 CORR OFFICER | 832.05 | 813 | 19.05 |
| 9659 CORR SERGEANT | 120.18 | 100 | 20.18 |
| 9656 CORR LIEUTENANT | 47.62 | 40 | 7.62 |
| 9904 CORR COUNSELOR I | 49.05 | 45.5 | 3.55 |

**8. CA Rehabilitation Center**

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 6.5 | 6.5 | 0 |
| 9903 CORR COUNSELOR II SUP | 5 | 5 | 0 |
| 9662 CORR OFFICER | 702.24 | 697 | 5.24 |
| 9659 CORR SERGEANT | 69.72 | 65 | 4.72 |
| 9656 CORR LIEUTENANT | 30.62 | 26 | 4.62 |
| 9904 CORR COUNSELOR I | 30.9 | 28 | 2.9 |

**9. CA SB AB Treat Fac SP Corcor**

| Classification | | | |
|---|---|---|---|
| 9904 CORR COUNSELOR I | 49.75 | 48 | 1.75 |
| 9903 CORR COUNSELOR II SUP | 7 | 7 | 0 |
| 9901 CORR COUNSELOR II SP | 10 | 7 | 3 |
| 9662 CORR OFFICER | 1056.24 | 1007.97 | 48.27 |
| 9659 CORR SERGEANT | 96.33 | 84 | 12.33 |
| 9656 CORR LIEUTENANT | 45.77 | 40 | 5.77 |

### 10. CA State Prison - Corcoran

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 39.6 | 27.9 | 11.7 |
| 9659 CORR SERGEANT | 112.39 | 101 | 11.39 |
| 9901 CORR COUNSELOR II SP | 13 | 10 | 3 |
| 9903 CORR COUNSELOR II SUP | 6 | 5 | 1 |
| 9904 CORR COUNSELOR I | 41.3 | 41 | 0.3 |
| 9662 CORR OFFICER | 1188.66 | 1165 | 23.66 |

### 11. CA State Prison - Sacramento

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 13.9 | 9.8 | 4.1 |
| 9656 CORR LIEUTENANT | 31.17 | 29 | 2.17 |
| 9662 CORR OFFICER | 886.12 | 843.62 | 42.5 |
| 9903 CORR COUNSELOR II SUP | 4 | 3 | 1 |
| 9904 CORR COUNSELOR I | 23.05 | 20 | 3.05 |
| 9659 CORR SERGEANT | 103.67 | 90.05 | 13.62 |

### 12. CA State Prison - Solano

| Classification | | | |
|---|---|---|---|
| 9904 CORR COUNSELOR I | 40.3 | 37 | 3.3 |
| 9656 CORR LIEUTENANT | 33.6 | 28 | 5.6 |
| 9659 CORR SERGEANT | 77.46 | 66 | 11.46 |
| 9662 CORR OFFICER | 673.25 | 646 | 27.25 |
| 9901 CORR COUNSELOR II SP | 4.5 | 3 | 1.5 |
| 9903 CORR COUNSELOR II SUP | 6 | 5 | 1 |

### 13. CA State Prison - Wasco

| Classification | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 75.12 | 71 | 4.12 |

**14. Calipatria State Prison**

| Position | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 32 | 26 | 6 |
| 9662 CORR OFFICER | 824.65 | 803 | 21.65 |
| 9903 CORR COUNSELOR II SUP | 9 | 9 | 0 |
| 9904 CORR COUNSELOR I | 66.7 | 64 | 2.7 |
| 9901 CORR COUNSELOR II SP | 6.3 | 6 | 0.3 |
| 9904 CORR COUNSELOR I | 25.3 | 25.3 | 0 |
| 9656 CORR LIEUTENANT | 29.34 | 25 | 4.34 |
| 9659 CORR SERGEANT | 66.25 | 55 | 11.25 |
| 9662 CORR OFFICER | 638.16 | 610 | 28.16 |
| 9901 CORR COUNSELOR II SP | 5 | 5 | 0 |
| 9903 CORR COUNSELOR II SUP | 4 | 4 | 0 |

**15. Centinela State Prison**

| Position | | | |
|---|---|---|---|
| 9662 CORR OFFICER | 720.2 | 698.11 | 22.09 |
| 9903 CORR COUNSELOR II SUP | 5 | 5 | 0 |
| 9901 CORR COUNSELOR II SP | 5 | 3 | 2 |
| 9659 CORR SERGEANT | 72.68 | 68 | 4.68 |
| 9656 CORR LIEUTENANT | 30.98 | 29.5 | 1.48 |
| 9904 CORR COUNSELOR I | 32 | 31.7 | 0.3 |

**16. Central CA Womens Facility**

| Position | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 55.57 | 45 | 10.57 |
| 9904 CORR COUNSELOR I | 32.85 | 32 | 0.85 |
| 9662 CORR OFFICER | 443.65 | 438.98 | 4.67 |
| 9901 CORR COUNSELOR II SP | 6 | 5 | 1 |
| 9656 CORR LIEUTENANT | 29.58 | 23 | 6.58 |
| 9903 CORR COUNSELOR II SUP | 6 | 3 | 3 |

**17. Chuckawalla Valley St Prison**

| Position | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 50.3 | 44 | 6.3 |
| 9656 CORR LIEUTENANT | 24.55 | 18 | 6.55 |
| 9904 CORR COUNSELOR I | 25.3 | 22 | 3.3 |
| 9903 CORR COUNSELOR II SUP | 4 | 2 | 2 |

**18. Correctional Training Facility**

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 3 | 2 | 1 |
| 9662 CORR OFFICER | 378.44 | 368 | 10.44 |
| 9904 CORR COUNSELOR I | 41.8 | 37 | 4.8 |
| 9903 CORR COUNSELOR II SUP | 9 | 8 | 1 |
| 9662 CORR OFFICER | 805.7 | 764.11 | 41.59 |
| 9659 CORR SERGEANT | 127.06 | 98 | 29.06 |
| 9656 CORR LIEUTENANT | 48.14 | 43.76 | 4.38 |
| 9901 CORR COUNSELOR II SP | 4 | 2 | 2 |

**19. CSP - Los Angeles County**

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 33.19 | 31 | 2.19 |
| 9659 CORR SERGEANT | 78.11 | 66 | 12.11 |
| 9904 CORR COUNSELOR I | 51.05 | 49 | 2.05 |
| 9903 CORR COUNSELOR II SUP | 7 | 7 | 0 |
| 9901 CORR COUNSELOR II SP | 7 | 7 | 0 |
| 9662 CORR OFFICER | 845.76 | 730 | 115.76 |

**20. Deuel Vocational Institution**

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 32.57 | 27 | 5.57 |
| 9903 CORR COUNSELOR II SUP | 7 | 4 | 3 |
| 9659 CORR SERGEANT | 74.28 | 55 | 19.28 |
| 9662 CORR OFFICER | 623.15 | 582 | 41.15 |
| 9901 CORR COUNSELOR II SP | 6.1 | 6 | 0.1 |
| 9904 CORR COUNSELOR I | 40.9 | 38.9 | 2 |

**21. Folsom State Prison**

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 4 | 4 | 0 |
| 9903 CORR COUNSELOR II SUP | 5 | 3 | 2 |
| 9662 CORR OFFICER | 541.64 | 509 | 32.64 |
| 9659 CORR SERGEANT | 77.12 | 71 | 6.12 |
| 9656 CORR LIEUTENANT | 30.36 | 26 | 4.36 |
| 9904 CORR COUNSELOR I | 26.3 | 26 | 0.3 |

### 22. High Desert State Prison

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 32.69 | 28.99 | 3.7 |
| 9659 CORR SERGEANT | 92.05 | 66 | 26.05 |
| 9662 CORR OFFICER | 772.84 | 707 | 65.84 |
| 9901 CORR COUNSELOR II SP | 5 | 4 | 1 |
| 9903 CORR COUNSELOR II SUP | 5 | 4 | 1 |
| 9904 CORR COUNSELOR I | 32.35 | 29 | 3.35 |

### 23. Ironwood State Prison

| Classification | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 70.82 | 68 | 2.82 |
| 9662 CORR OFFICER | 647.8 | 626 | 21.8 |
| 9903 CORR COUNSELOR II SUP | 5 | 4 | 1 |
| 9904 CORR COUNSELOR I | 28.8 | 27 | 1.8 |
| 9656 CORR LIEUTENANT | 29.11 | 23 | 6.11 |
| 9901 CORR COUNSELOR II SP | 4 | 3 | 1 |

### 24. Kern Valley State Prison

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 31.84 | 27 | 4.84 |
| 9659 CORR SERGEANT | 87.19 | 71 | 16.19 |
| 9662 CORR OFFICER | 977.05 | 940 | 37.05 |
| 9901 CORR COUNSELOR II SP | 9 | 9 | 0 |
| 9903 CORR COUNSELOR II SUP | 4 | 4 | 0 |
| 9904 CORR COUNSELOR I | 30.35 | 27 | 3.35 |

### 25. Mule Creek State Prison

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 22.5 | 19 | 3.5 |
| 9904 CORR COUNSELOR I | 26.3 | 23 | 3.3 |
| 9903 CORR COUNSELOR II SUP | 4 | 2 | 2 |
| 9901 CORR COUNSELOR II SP | 8 | 7 | 1 |
| 9659 CORR SERGEANT | 65.7 | 61.7 | 4 |
| 9662 CORR OFFICER | 540.49 | 535.96 | 4.53 |

### 26. North Kern State Prison

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 28.77 | 25 | 3.77 |
| 9659 CORR SERGEANT | 76.03 | 66 | 10.03 |
| 9662 CORR OFFICER | 775.58 | 772.61 | 2.97 |

## 27. Pelican Bay State Prison

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 5.2 | 5 | 0.2 |
| 9903 CORR COUNSELOR II SUP | 10 | 10 | 0 |
| 9904 CORR COUNSELOR I | 60.1 | 60.1 | 0 |
| 9656 CORR LIEUTENANT | 36.48 | 29 | 7.48 |
| 9904 CORR COUNSELOR I | 27 | 24 | 3 |
| 9903 CORR COUNSELOR II SUP | 6 | 5 | 1 |
| 9901 CORR COUNSELOR II SP | 11 | 10 | 1 |
| 9662 CORR OFFICER | 896.74 | 853 | 43.74 |
| 9659 CORR SERGEANT | 96.21 | 86 | 10.21 |

## 28. Pleasant Valley State Prison

| Classification | | | |
|---|---|---|---|
| 9901 CORR COUNSELOR II SP | 7 | 7 | 0 |
| 9903 CORR COUNSELOR II SUP | 5 | 5 | 0 |
| 9662 CORR OFFICER | 790.13 | 778 | 12.13 |
| 9659 CORR SERGEANT | 79 | 69 | 10 |
| 9656 CORR LIEUTENANT | 32.92 | 25 | 7.92 |
| 9904 CORR COUNSELOR I | 36 | 35 | 1 |

## 29. R J Donovan Corr Facility

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 32.23 | 29 | 3.23 |
| 9659 CORR SERGEANT | 82.97 | 71 | 11.97 |
| 9662 CORR OFFICER | 836.36 | 795 | 41.36 |
| 9901 CORR COUNSELOR II SP | 6.4 | 4 | 2.4 |
| 9903 CORR COUNSELOR II SUP | 7 | 6 | 1 |
| 9904 CORR COUNSELOR I | 42.25 | 36 | 6.25 |

## 30. Salinas Valley State Prison

| Classification | | | |
|---|---|---|---|
| 9662 CORR OFFICER | 791.27 | 782 | 9.27 |
| 9901 CORR COUNSELOR II SP | 7.8 | 6 | 1.8 |
| 9903 CORR COUNSELOR II SUP | 5 | 5 | 0 |
| 9656 CORR LIEUTENANT | 30.89 | 26 | 4.89 |
| 9659 CORR SERGEANT | 93.61 | 70 | 23.61 |
| 9904 CORR COUNSELOR I | 31.95 | 28 | 3.95 |

## 31. San Quentin State Prison

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 47.06 | 39 | 8.06 |
| 9659 CORR SERGEANT | 114.29 | 100.99 | 13.3 |
| 9662 CORR OFFICER | 915.58 | 903.9 | 11.68 |
| 9901 CORR COUNSELOR II SP | 6.1 | 4 | 2.1 |
| 9903 CORR COUNSELOR II SUP | 7 | 3 | 4 |
| 9904 CORR COUNSELOR I | 50 | 43 | 7 |

## 32. Sierra Conservation Center

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 43.7 | 38 | 5.7 |
| 9904 CORR COUNSELOR I | 37.8 | 34 | 3.8 |
| 9903 CORR COUNSELOR II SUP | 6 | 4 | 2 |
| 9901 CORR COUNSELOR II SP | 3 | 2 | 1 |
| 9659 CORR SERGEANT | 78.7 | 73 | 5.7 |
| 9662 CORR SERGEANT | 590.7 | 554 | 36.7 |

## 33. Valley State Prison For Women

| Classification | | | |
|---|---|---|---|
| 9904 CORR COUNSELOR I | 31.1 | 25.8 | 5.3 |
| 9656 CORR LIEUTENANT | 26.56 | 24 | 2.56 |
| 9659 CORR SERGEANT | 55.82 | 53 | 2.82 |
| 9662 CORR OFFICER | 447.57 | 440.55 | 7.02 |
| 9901 CORR COUNSELOR II SP | 5 | 4 | 1 |
| 9903 CORR COUNSELOR II SUP | 6.5 | 6 | 0.5 |

## Unknown

| Classification | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 4 | 0 | 4 |
| 9659 CORR SERGEANT | 14 | 0 | 14 |
| 9662 CORR OFFICER | 81 | 0 | 81 |

## Administrative Services Division

## Board of Parole Hearings

| Classification | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 200 | 157 | 43 |
| 9656 CORR LIEUTENANT | 19 | 12 | 7 |
| 9662 CORR OFFICER | 2 | 1 | 1 |

| Classification | | | |
|---|---|---|---|
| **Corrections Standard Authority** | | | |
| 9903 CORR COUNSELOR II SUP | 7 | 5 | 2 |
| 9904 CORR COUNSELOR I | 65 | 53 | 12 |
| **Division of Support Services** | | | |
| 9901 CORR COUNSELOR II SP | 2 | 1 | 1 |
| 9656 CORR LIEUTENANT | 1 | 1 | 0 |
| **Executive Division** | | | |
| 9656 CORR LIEUTENANT | 2 | 0 | 2 |
| 9659 CORR SERGEANT | 28 | 20 | 8 |
| **Facilities Management Division** | | | |
| 9656 CORR LIEUTENANT | 10 | 9 | 1 |
| 9659 CORR SERGEANT | 9 | 8 | 1 |
| 9901 CORR COUNSELOR II SP | 8.5 | 5 | 3.5 |
| 9904 CORR COUNSELOR I | 7 | 2 | 5 |
| **Financial Services Division** | | | |
| 9656 CORR LIEUTENANT | 2 | 1 | 1 |
| 9662 CORR OFFICER | 3 | 2 | 1 |
| **Information Systems Division** | | | |
| 9659 CORR SERGEANT | 1 | 1 | 0 |
| 9662 CORR OFFICER | 1 | 1 | 0 |
| 9901 CORR COUNSELOR II SP | 1 | 1 | 0 |
| **Institutions Division** | | | |
| 9904 CORR COUNSELOR I | 48.2 | 45.2 | 3 |
| 9903 CORR COUNSELOR II SUP | 17 | 14 | 3 |
| 9901 CORR COUNSELOR II SP | 44 | 36 | 8 |
| 9662 CORR OFFICER | 188.1 | 165 | 23.1 |
| 9656 CORR LIEUTENANT | 43 | 35 | 8 |
| 9659 CORR SERGEANT | 64 | 61 | 3 |
| **Legal Affairs Division** | | | |
| 9901 CORR COUNSELOR II SP | 16 | 13 | 3 |

*Parole and Community Services Division*

| | | | |
|---|---|---|---|
| 9659 CORR SERGEANT | 1 | 0 | 1 |
| 9662 CORR OFFICER | 1 | 1 | 0 |

*Risk Management Division*

| | | | |
|---|---|---|---|
| 9656 CORR LIEUTENANT | 4 | 3 | 1 |
| 9901 CORR COUNSELOR II SP | 2 | 1 | 1 |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:    **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 25, 2008, I served the attached **Defendant Cate's Responses to Plaintiff Coleman's Interrogatories, Set One** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Donald Specter
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710

Michael W. Bien
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Jeffrey L. Bornstein
K & L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Claudia Center
The Legal Aid Society -
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Warren E. George
Bingham, McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111

Richard Goff
Heller, Ehrman, White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

1

| | |
|---|---|
| 1 California Correctional Peace Officers'<br>Association (CCPOA) Intervenors | California Sheriff, Probation, Police Chief and<br>Corrections Intervenors |
| 2 Natalie Leonard<br>Gregg MacClean Adam | Jones & Mayer LLP<br>Martin J. Mayer |
| 3 Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400 | Michael R. Capizzi<br>Kimberly Hall Barlow |
| 4 San Francisco, CA 94104 | Elizabeth R. Feffer<br>3777 North Harbor Boulevard |
| 5 District Attorney Intervenors<br>William E. Mitchell | Fullerton, CA 92835 |
| 6 Assistant District Attorney<br>Riverside County District Attorney's Office | Republican Assembly and Senate<br>Intervenors |
| 7 4075 Main Street, First Floor<br>Riverside, CA 92501 | Steven S. Kaufhold<br>Akin, Gump, Strauss, Hauer & Feld, LLP |
| 8 | 580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| Paul B. Mello, Esq. | |
| 9 Hanson & Bridgett LLP<br>425 Market Street, 26th Floor | |
| 10 San Francisco, CA 94105 | County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel |
| 11 | Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 25, 2008, at Sacramento, California.

| T. Treichel | _signature_ |
|---|---|
| Declarant | Signature |

30510097.wpd

2

# EXHIBIT G

| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891 |
| 2 | STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790 | JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675 |
| 3 | SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966 | LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657 |
| 4 | REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street | 315 Montgomery Street, 10th Floor<br>San Francisco, California 94104 |
| 5 | Berkeley, CA 94710<br>Telephone: (510) 280-2621 | Telephone: (415) 433-6830 |
| 6 | | |
| 7 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588 |
| 8 | JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center<br>San Francisco, California 94111 |
| 9 | RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| 10 | San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | |
| 11 | THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER | |
| 12 | CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120 | |
| 13 | San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |
| 14 | | |
| 15 | Attorneys for Plaintiffs | |

<div align="center">

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

</div>

| | | |
|---|---|---|
| 19 | RALPH COLEMAN, et al., | ) No. Civ S 90-0520 LKK-JFM P |
| 20 | | ) |
| 21 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| | | ) |
| 22 | vs. | ) **PLAINTIFF COLEMAN'S SECOND SET OF**<br>) **INTERROGATORIES TO DEFENDANT** |
| 23 | ARNOLD SCHWARZENEGGER, et al., | ) **CATE** |
| | | ) |
| 24 | Defendants | ) |
| 25 | MARCIANO PLATA, et al., | ) No. C01-1351 TEH |
| | | ) |
| 26 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| | vs. | ) |
| 27 | ARNOLD SCHWARZENEGGER, et al., | ) |
| 28 | Defendants | ) |

1 **PROPOUNDING PARTIES:**    Plaintiff Ralph Coleman

2 **RESPONDING PARTIES:**    Defendant Matthew Cate

3 **SET NUMBER:**    **TWO**

4 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

5    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33,

6 Plaintiff Ralph Coleman requests that Defendant Cate is hereby requested to answer the

7 following interrogatories separately and fully in writing under oath within twenty-one (21)

8 days after service pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

9    **DEFINITIONS**

10    1.    "INCLUDING" means "including, but not limited to," and is not to be construed

11 to limit a Request.

12    2.    "OR" shall be construed as disjunctive and conjunctive and, as used herein, shall

13 include "and."

14    3.    "ANY" as used herein, shall include "each" and "every."

15    4.    "YOU" and "YOUR" refers to all defendants in this litigation, their agents,

16 representatives, attorneys, and all other persons or entities acting on their behalf.

17    5.    "PRISON" means any and all facilities in which class members in this litigation

18 are or can be incarcerated,  including DMH facilities, and any planned redesigns of,

19 construction to, or renovations of such facilities, and any new such facilities contemplated by

20 AB 900.

21    6.    "*COLEMAN* CLASS MEMBERS" or "PLAINTIFFS" means the class of state

22 prisoners with serious mental disorders, including but not limited to those CDCR inmate-

23 patients within the Correctional Clinical Case Management System (CCCMS), the Enhanced

24 Outpatient Program (EOP), Day Treatment Program (DTP), intermediate care beds, mental

25 health crisis beds, and acute care beds.

26    7.    "LEVEL OF CARE" means the designated placement of a *COLEMAN* CLASS

27 MEMBER into the clinically appropriate mental health program.

28

[225170-1]

8.     "APPROPRIATE HOUSING" means housing in a unit that meets the requirements and standards of the Program Guide for a given *COLEMAN* CLASS MEMBER, according to the *COLEMAN* CLASS MEMBER's LEVEL OF CARE.

9.     "MATERIAL" means having some significance to the information requested OR relevance to the issues in dispute in these proceedings.

10.    "TREATMENT SPACE" means a place designated for medical or mental health treatment.

## INTERROGATORIES

**INTERROGATORY NO. 1:**     If YOU contend that that there have been ANY MATERIAL changes to the ability of California Department of Corrections and Rehabilitation to timely place *COLEMAN* CLASS MEMBERS in APPROPRIATE HOUSING in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 2:**     If YOU contend that there have been ANY MATERIAL changes in the amount OR quality of office space available for medical professionals OR mental health professionals in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 3:**     If YOU contend that there have been ANY MATERIAL changes in the amount OR quality of TREATMENT SPACE in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 4:**     If YOU contend that there have been ANY MATERIAL changes in the mental health treatment provided to *COLEMAN* CLASS MEMBERS housed in Administrative Segregation Units in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

//

//

//

1    **INTERROGATORY NO. 5:**    If YOU contend that there has been ANY MATERIAL

2    change in the ability to move *COLEMAN* CLASS MEMBERS to higher LEVELS OF CARE

3    in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1,

4    2007, please state all facts supporting your contention.

5

6    Dated:  July 17, 2008                    Respectfully submitted,

7                                             ROSEN BIEN & GALVAN, LLP

8                                             By: _____

9                                                 Maria V. Morris
                                                  Attorneys for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28