**EXHIBIT J Part 1**

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** <br><br> **PLAINTIFF COLEMAN'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CATE** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

| | |
|---|---|
| **PROPOUNDING PARTIES:** | Plaintiff Ralph Coleman |
| **RESPONDING PARTIES:** | Defendant Matthew Cate |
| **SET NUMBER:** | ONE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 36, Plaintiff Ralph Coleman requests that Defendant Cate is hereby requested to answer the following requests for admission separately and fully in writing under oath within twenty-one (21) days after service pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

## DEFINITIONS

1. "DOCUMENT" or "DOCUMENTS" as used herein is intended to have the broadest possible meaning and to include anything coming within the definition of "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence. The term refers to but is not limited to the product of any method of recording information, whether by writing or otherwise, including without limitation: any written, electronic, or computerized files, data or software; memoranda; correspondence; communications; reports; summaries; studies, analyses; evaluations; notes or notebooks; indices; logs; books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs; transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail messages; and the like. "DOCUMENT" shall include each copy of any whole or part of a document on which there appears any marking or deletion which does not appear on the original or other copies thereof, together with all drafts or notes for the preparation of each document. If the original of a document is not available, "DOCUMENT" includes any identical copy of the original.

2. "OR" shall be construed as disjunctive and conjunctive.

3. "CDCR PRISON(S)" means any and all facilities in which class members in this litigation are OR can be incarcerated, including DMH facilities, and any planned redesigns of, construction to, or renovations of such facilities, and any new such facilities contemplated by

1  AB 900.

2  4. "YOU" and "YOUR" refers to Defendant Cate, his agents, representatives,
3  predecessors, attorneys, and all other persons or entities acting on his behalf.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the DOCUMENTS attached as Exhibit A herein are authentic and genuine photographs taken of California Institute for Men ("CIM").

**REQUEST FOR ADMISSION NO. 2:**

Admit that the DOCUMENTS attached as Exhibit A herein depict actual conditions at CIM at the time the photographs were taken.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the DOCUMENTS attached as Exhibit A herein were not staged and do not involve the use of actors.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the DOCUMENTS attached as Exhibit A herein were displayed on YOUR website as of August 12, 2008.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the DOCUMENTS attached as Exhibit A herein were displayed on YOUR website with information stating they were taken at CIM on August 7, 2006.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the DOCUMENTS attached as Exhibit B herein are authentic and genuine photos of California State Prison-Solano ("Solano").

**REQUEST FOR ADMISSION NO. 7:**

Admit that the DOCUMENTS attached as Exhibit B herein depict actual conditions at Solano at the time the photographs were taken.

**REQUEST FOR ADMISSION NO. 8:**

Admit that the DOCUMENTS attached as Exhibit B herein were not staged and do not involve the use of actors.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the DOCUMENTS attached as Exhibit B herein were displayed on YOUR website as of August 12, 2008.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the DOCUMENTS attached as Exhibit B herein were displayed on YOUR website with information stating they were taken at Solano on August 7, 2006.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the DOCUMENT attached as Exhibit C herein is an authentic and genuine photograph of Mule Creek State Prison ("MCSP").

**REQUEST FOR ADMISSION NO. 12:**

Admit that the DOCUMENT attached as Exhibit C herein depicts actual conditions at MCSP at the time the photograph was taken.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the DOCUMENT attached as Exhibit C herein was not staged and does not involve the use of actors.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the DOCUMENT attached as Exhibit C herein was displayed on YOUR website as of August 12, 2008.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the DOCUMENT attached as Exhibit C herein was displayed on YOUR website with information stating it was taken at MCSP on July 19, 2006.

**REQUEST FOR ADMISSION NO. 16:**

Admit that the DOCUMENTS attached as Exhibit D herein are authentic and genuine photographs of California Institute for Women ("CIW").

**REQUEST FOR ADMISSION NO. 17:**

Admit that the DOCUMENTS attached as Exhibit D herein depict actual conditions at CIW at the time the photographs were taken.

///

**REQUEST FOR ADMISSION NO. 18:**

Admit that the DOCUMENTS attached as Exhibit D herein were not staged and do not involve the use of actors.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the DOCUMENTS attached as Exhibit D herein were displayed on YOUR website as of August 12, 2008.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the DOCUMENTS attached as Exhibit D herein were displayed on YOUR website with information stating they were taken at CIW on August 10, 2006.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the DOCUMENTS attached as Exhibit E herein are authentic and genuine photos of California State Prison- Los Angeles ("LAC").

**REQUEST FOR ADMISSION NO. 22:**

Admit that the DOCUMENTS attached as Exhibit E herein depict actual conditions at LAC at the time the photographs were taken.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the DOCUMENTS attached as Exhibit E herein were not staged and do not involve the use of actors.

**REQUEST FOR ADMISSION NO. 24:**

Admit that the DOCUMENTS attached as Exhibit E herein were displayed on YOUR website as of August 12, 2008.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the DOCUMENTS attached as Exhibit E herein were displayed on YOUR website with information stating they were taken at LAC on August 7, 2006.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the DOCUMENT attached as Exhibit F herein is an authentic and genuine video taken of conditions in CDCR PRISONS in 2006 and 2007.

///

**REQUEST FOR ADMISSION NO. 27:**

Admit that the DOCUMENT attached as Exhibit F herein depicts actual conditions at CDCR PRISONS at the time the video was taken.

**REQUEST FOR ADMISSION NO. 28:**

Admit that the DOCUMENT attached as Exhibit F herein was not staged and did not involve the use of actors.

**REQUEST FOR ADMISSION NO. 29:**

Admit that YOU approved the contents of the voice narration in the DOCUMENT attached as Exhibit F herein.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the DOCUMENT attached as Exhibit F herein was displayed on YOUR website at http://www.cdcr.ca.gov/News/ Multi_Media.html under the link entitled "2007 Prison Reform and Rehabilitation Initiative" on August 13, 2008.

Dated: August 14, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: _____
LISA ELLS
Attorneys for Plaintiffs

# EXHIBIT A





