# EXHIBIT J Part 2

# EXHIBIT B





# EXHIBIT C

