# EXHIBIT J Part 3

# EXHIBIT D





