**EXHIBIT J Part 4**

# EXHIBIT E





