# EXHIBIT K

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>ROCHELLE C. EAST<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5500<br>Fax: (415) 703-5843<br>Email: Kyle.Lewis@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER – 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA TAMA – 240280<br>RENJU P. JACOB – 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjcob@hansonbridgett.com |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

   Plaintiffs,

  vs.

ARNOLD SCHWARZENEGGER, et al.,

   Defendants

No. Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

**RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CATE**

MARCIANO PLATA, et al.,

   Plaintiffs,

  vs.

ARNOLD SCHWARZENEGGER, et al.,

   Defendants

No. C01-1351 TEH

**THREE-JUDGE COURT**

RECEIVED

SEP 0 5 2008

Rosen, Bien & Galvan

RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232635-1]

| | |
|---|---|
| PROPOUNDING PARTIES: | Plaintiff Ralph Coleman |
| RESPONDING PARTIES: | Defendant Matthew Cate |
| SET NUMBER: | ONE |

## PRELIMINARY STATEMENT

Defendant Matthew Cate (Defendant) and counsel have not yet fully completed the investigation of the facts relating to this case and have not yet fully completed discovery in this action. All of the following responses are based solely upon information and documents which are presently available to, and specifically known by Defendant and disclose only those contentions which presently occur to Defendant. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and lead to additions, changes, and variations from these responses.

The following responses are given without prejudice to Defendant's right to produce subsequently discovered documents or to add, modify, or otherwise change or amend the responses. The information set forth is true and correct to the best knowledge of the Defendant as of this date, and is subject to correction for omissions, errors, or mistakes. These responses are based on records and information presently available to Defendant.

## RESPONSE TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the DOCUMENTS attached as Exhibit A herein are authentic and genuine photographs taken of California Institute for Men ("CIM").

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

-1-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1  Subject to, and without waiving the above objections, Defendant responds to this request as
2  follows: Defendant admits upon information and belief that these photographs were taken at the
3  identified facility.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the DOCUMENTS attached as Exhibit A herein depict actual conditions at CIM at the time the photographs were taken.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "actual conditions." Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that these photographs depict pictures taken at the identified facility, and denies upon lack of information and belief the remaining portion of this request.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the DOCUMENTS attached as Exhibit A herein were not staged and do not involve the use of actors.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "staged" and the "use of actors." Moreover, this request is compound and could require multiple conflicting responses. Finally, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Admit.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the DOCUMENTS attached as Exhibit A herein were displayed on YOUR website as of August 12, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" without providing any further descriptive information. Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the DOCUMENTS attached as Exhibit A herein were displayed on YOUR website with information stating they were taken at CIM on August 7, 2006.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" and "information." Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the DOCUMENTS attached as Exhibit B herein are authentic and genuine photos of California State Prison- Solano ("Solano").

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

-3-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1  Objection. This request seeks information that is not relevant to a claim or defense at issue in
2  this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the
3  photographs were taken. Furthermore, this request requires a response that is more properly sought
4  from parties or persons other than this responding Defendant.

5  Subject to, and without waiving the above objections, Defendant responds to this request as
6  follows: Defendant admits upon information and belief that these photographs were taken at the
7  identified facility.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the DOCUMENTS attached as Exhibit B herein depict actual conditions at Solano at the time the photographs were taken.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "actual conditions." Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that these photographs depict pictures taken at the identified facility, and denies upon lack of information and belief the remaining portion of this request.

**REQUEST FOR ADMISSION NO. 8:**

Admit that the DOCUMENTS attached as Exhibit B herein were not staged and do not involve the use of actors.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "staged" and the "use of actors." Moreover, this request is compound and could require multiple conflicting

-4-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1  responses. Finally, this request requires a response that is more properly sought from parties or
2  persons other than this responding Defendant.
3      Subject to, and without waiving the above objections, upon information and belief Defendant
4  responds to this request as follows: Admit.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the DOCUMENTS attached as Exhibit B herein were displayed on YOUR website as of August 12, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" without providing any further descriptive information. Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the DOCUMENTS attached as Exhibit B herein were displayed on YOUR website with information stating they were taken at Solano on August 7, 2006.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" and "information." Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

//
//

**REQUEST FOR ADMISSION NO. 11:**

Admit that the DOCUMENT attached as Exhibit C herein is an authentic and genuine photograph of Mule Creek State Prison ("MCSP").

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photograph was taken. Furthermore, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that the photograph was taken at the identified facility.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the DOCUMENT attached as Exhibit C herein depicts actual conditions at MCSP at the time the photograph was taken.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photograph was taken. Furthermore, this request is vague and ambiguous as to the terms "actual conditions." Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that these photographs depict pictures taken at the identified facility, and denies upon lack of information and belief the remaining portion of this request.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the DOCUMENT attached as Exhibit C herein was not staged and does not involve the use of actors.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

-6-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1    Objection. This request seeks information that is not relevant to a claim or defense at issue in
2    this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the
3    photograph was taken. Furthermore, this request is vague and ambiguous as to the terms "staged" and
4    the "use of actors." Moreover, this request is compound and could require multiple conflicting
5    responses. Finally, this request requires a response that is more properly sought from parties or
6    persons other than this responding Defendant.
7    Subject to, and without waiving the above objections, upon information and belief Defendant
8    responds to this request as follows: Admit.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the DOCUMENT attached as Exhibit C herein was displayed on YOUR website as of August 12, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" without providing any further descriptive information. Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the DOCUMENT attached as Exhibit C herein was displayed on YOUR website with information stating it was taken at MCSP on July 19, 2006.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" and "information." Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

-7-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1  Subject to, and without waiving the above objections, upon information and belief Defendant
2  responds to this request as follows: Defendant is unable to admit or deny the content of the request.

3  **REQUEST FOR ADMISSION NO. 16:**

4  Admit that the DOCUMENTS attached as Exhibit D herein are authentic and genuine
5  photographs of California Institute for Women ("CIW").

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

7  Objection. This request seeks information that is not relevant to a claim or defense at issue in
8  this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the
9  photographs were taken. Furthermore, this request requires a response that is more properly sought
10 from parties or persons other than this responding Defendant.

11 Subject to, and without waiving the above objections, Defendant responds to this request as
12 follows: Defendant admits upon information and belief that these photographs were taken at the
13 identified facility.

14 **REQUEST FOR ADMISSION NO. 17:**

15 Admit that the DOCUMENTS attached as Exhibit D herein depict actual conditions at CIW at
16 the time the photographs were taken.

17 **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

18 Objection. This request seeks information that is not relevant to a claim or defense at issue in
19 this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the
20 photograph was taken. Furthermore, this request is vague and ambiguous as to the terms "actual
21 conditions." Moreover, this request requires a response that is more properly sought from parties or
22 persons other than this responding Defendant.

23 Subject to, and without waiving the above objections, Defendant responds to this request as
24 follows: Defendant admits upon information and belief that these photographs depict pictures taken at
25 the identified facility, and denies upon lack of information and belief the remaining portion of this
26 request.

27 **REQUEST FOR ADMISSION NO. 18:**

28 Admit that the DOCUMENTS attached as Exhibit D herein were not staged and do not involve

-8-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

1 the use of actors.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "staged" and the "use of actors." Moreover, this request is compound and could require multiple conflicting responses. Finally, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Admit.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the DOCUMENTS attached as Exhibit D herein were displayed on YOUR website as of August 12, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" without providing any further descriptive information. Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the DOCUMENTS attached as Exhibit D herein were displayed on YOUR website with information stating they were taken at CIW on August 10, 2006.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" and "information." Furthermore, this request is compound and could require multiple

conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the DOCUMENTS attached as Exhibit E herein are authentic and genuine photos of California State Prison- Los Angeles ("LAC").

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that these photographs were taken at the identified facility.

**REQUEST FOR ADMISSION NO. 22:**

Admit that the DOCUMENTS attached as Exhibit E herein depict actual conditions at LAC at the time the photographs were taken.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photograph was taken. Furthermore, this request is vague and ambiguous as to the terms "actual conditions." Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that these photographs depict pictures taken at the identified facility, and denies upon lack of information and belief the remaining portion of this request.

-10-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

**REQUEST FOR ADMISSION NO. 23:**

Admit that the DOCUMENTS attached as Exhibit E herein were not staged and do not involve the use of actors.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous in that it does not state the date the photographs were taken. Furthermore, this request is vague and ambiguous as to the terms "staged" and the "use of actors." Moreover, this request is compound and could require multiple conflicting responses. Finally, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Admit.

**REQUEST FOR ADMISSION NO. 24:**

Admit that the DOCUMENTS attached as Exhibit E herein were displayed on YOUR website as of August 12, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website" without providing any further descriptive information. Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant is unable to admit or deny the content of the request.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the DOCUMENTS attached as Exhibit E herein were displayed on YOUR website with information stating they were taken at LAC on August 7, 2006.

//

//

-11-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

**REQUEST FOR ADMISSION NO. 30:**

Admit that the DOCUMENT attached as Exhibit F herein was displayed on YOUR website at http://www.cdcr.ca.gov/News/ Multi_Media.html under the title "2007 Prison Reform and Rehabilitation Initiative" on August 14, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Objection. This request seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request is vague and ambiguous as to the terms "displayed on YOUR website," and "title." Furthermore, this request is compound and could require multiple conflicting responses. Moreover, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, upon information and belief Defendant responds to this request as follows: Defendant admits upon information and belief that the video described as Exhibit F could be accessed on the CDCR website at the address identified, and is unable to is unable to admit or deny the remaining content of the request.

Dated: September 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Kyle C. Lewis*

KYLE A. LEWIS
Deputy Attorney General
Attorneys for Defendants

-14-
RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT CATE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232656-1]