# EXHIBIT L

1  PRISON LAW OFFICE                          ROSEN, BIEN & GALVAN, LLP
   DONALD SPECTER, Bar No. 83925              MICHAEL W. BIEN, Bar No. 96891
2  STEVEN FAMA, Bar No. 99641                 JANE E. KAHN, Bar No. 112239
   E. IVAN TRUJILLO, Bar No. 228790           AMY WHELAN, Bar No. 215675
3  SARA NORMAN, Bar No. 189536                LORI RIFKIN, Bar No. 244081
   ALISON HARDY, Bar No. 135966               LISA ELLS, Bar No. 243657
4  REBEKAH EVENSON, Bar No. 207825            315 Montgomery Street, 10th Floor
   1917 Fifth Street                          San Francisco, California  94104
5  Berkeley, CA  94710                        Telephone: (415) 433-6830
   Telephone:  (510) 280-2621
6
   KIRKPATRICK & LOCKHART PRESTON             BINGHAM, McCUTCHEN, LLP
7  GATES ELLIS LLP                            WARREN E. GEORGE, Bar No. 53588
   JEFFREY L. BORNSTEIN, Bar No. 99358        Three Embarcadero Center
8  EDWARD P. SANGSTER, Bar No. 121041         San Francisco, California  94111
   RAYMOND E. LOUGHREY, Bar No. 194363        Telephone: (415) 393-2000
9  55 Second Street, Suite 1700
   San Francisco, CA  94105-3493
10 Telephone:  (415) 882-8200

11 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
12 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
13 San Francisco, CA  94107
   Telephone:  (415) 864-8848
14
15 Attorneys for Plaintiffs

16              IN THE UNITED STATES DISTRICT COURTS

17          FOR THE EASTERN DISTRICT OF CALIFORNIA

18           AND THE NORTHERN DISTRICT OF CALIFORNIA

19     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN, et al.,                  ) No.  Civ S 90-0520 LKK-JFM P
                                           )
21        Plaintiffs,                      ) **THREE-JUDGE COURT**
                                           )
22    vs.                                  ) **PLAINTIFF COLEMAN'S FIRST SET OF**
                                           ) **REQUESTS FOR ADMISSION TO**
23 ARNOLD SCHWARZENEGGER, et al.,          ) **DEFENDANT SCHWARZENEGGER**
                                           )
        Defendants                         )
24                                         )
25 MARCIANO PLATA ,et al.,                 ) No. C01-1351 TEH
                                           )
26        Plaintiffs,                      ) **THREE-JUDGE COURT**
                                           )
    vs.                                    )
27                                         )
   ARNOLD SCHWARZENEGGER, et al.,          )
28                                         )
        Defendants                         )

**PROPOUNDING PARTIES:**   Plaintiff Ralph Coleman

**RESPONDING PARTIES:**   Defendant Arnold Schwarzenegger

**SET NUMBER:**   **ONE**

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 36, Plaintiff Ralph Coleman requests that Defendant Schwarzenegger is hereby requested to answer the following requests for admission separately and fully in writing under oath within twenty-one (21) days after service pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

### DEFINITIONS

1.   "DOCUMENT" or "DOCUMENTS" as used herein is intended to have the broadest possible meaning and to include anything coming within the definition of "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence. The term refers to but is not limited to the product of any method of recording information, whether by writing or otherwise, including without limitation: any written, electronic, or computerized files, data or software; memoranda; correspondence; communications; reports; summaries; studies, analyses; evaluations; notes or notebooks; indices; logs; books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs; slideshow of photographs; transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail messages; and the like. "DOCUMENT" shall include each copy of any whole or part of a document on which there appears any marking or deletion which does not appear on the original or other copies thereof, together with all drafts or notes for the preparation of each document. If the original of a document is not available, "DOCUMENT" includes any identical copy of the original.

2.   "YOU" and "YOUR" refers to Defendant Schwarzenegger, his agents, representatives, attorneys, and all other persons or entities acting on his behalf.

[232656-1]

# REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the DOCUMENT attached as Exhibit A herein is an authentic and genuine slideshow of photographs taken of Defendant Schwarzenegger at California Rehabilitation Center ("CRC").

**REQUEST FOR ADMISSION NO. 2:**

Admit that the DOCUMENT attached as Exhibit A herein depicts actual conditions at CRC at the time the photographs in the slideshow were taken.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the DOCUMENT attached as Exhibit A herein contains photographs that were taken at CRC on March 6, 2007.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the DOCUMENT attached as Exhibit A herein was not staged and did not involve the use of actors.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU approved the contents of the text accompanying the photographs in the DOCUMENT attached as Exhibit A herein.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the DOCUMENT attached as Exhibit A herein was displayed on YOUR website at http://gov.ca.gov/index.php?/photoviewer /frame/5567/ under the title "2007 Prison Reform and Rehabilitation Initiative" on August 14, 2008.

Dated:  August 14, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: _____
       LISA ELLS
       Attorneys for Plaintiffs

[232656-1]

# EXHIBIT A

















# EXHIBIT M

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5500
Fax: (415) 703-5843
8 | Email: Kyle.Lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA TAMA – 240280
RENJU P. JACOB – 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjcob@hansonbridgett.com

9 | Attorneys for Defendants

10 |             IN THE UNITED STATES DISTRICT COURTS

11 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

         AND THE NORTHERN DISTRICT OF CALIFORNIA

12 |   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13 |     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14 | RALPH COLEMAN, et al.,                ) No.  Civ S 90-0520 LKK-JFM P
                                          )
15 |          Plaintiffs,                  ) **THREE-JUDGE COURT**
                                          )
16 |     vs.                              ) **RESPONSES TO PLAINTIFF COLEMAN'S**
                                          ) **FIRST SET OF REQUESTS FOR ADMISSION**
17 | ARNOLD SCHWARZENEGGER, et al.,        ) **TO DEFENDANT SCHWARZENEGGER**
                                          )
18 |          Defendants                   )
                                          )
19 | MARCIANO PLATA ,et al.,               ) No. C01-1351 TEH
                                          )
20 |          Plaintiffs,                  ) **THREE-JUDGE COURT**
                                          )
21 |     vs.                              )
                                          )
   | ARNOLD SCHWARZENEGGER, et al.;        )
22 |                                       )
   |          Defendants                   )

### RECEIVED

SEP 0 5 2008

Rosen, Bien & Galvan

RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT SCHWARZENEGGER, NOS.: CIV S
90-0520 LKK-JFM, C01-1351 TEH

[232656-1]

| | |
|---|---|
| **PROPOUNDING PARTIES:** | Plaintiff Ralph Coleman |
| **RESPONDING PARTIES:** | Defendant Arnold Schwarzenegger |
| **SET NUMBER:** | ONE |

### PRELIMINARY STATEMENT

Defendant Arnold Schwarzenegger (Defendant) and counsel have not yet fully completed the investigation of the facts relating to this case and have not yet fully completed discovery in this action. All of the following responses are based solely upon information and documents which are presently available to, and specifically known by Defendant and disclose only those contentions which presently occur to Defendant. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and lead to additions, changes, and variations from these responses.

The following responses are given without prejudice to Defendant's right to produce subsequently discovered documents or to add, modify, or otherwise change or amend the responses. The information set forth is true and correct to the best knowledge of the Defendant as of this date, and is subject to correction for omissions, errors, or mistakes. These responses are based on records and information presently available to Defendant.

### RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the DOCUMENT attached as Exhibit A herein is an authentic and genuine slideshow of photographs taken of Defendant Schwarzenegger at California Rehabilitation Center ("CRC").

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Defendant objects to this request because it seeks information that is not relevant to a claim or defense at issue in this lawsuit. Additionally, this request requires a response that is more properly sought from parties or persons other than this responding Defendant.

Subject to, and without waiving the above objections, Defendant responds to this request as follows: Defendant admits upon information and belief that this slideshow contains pictures taken of Defendant while at the identified facility.

[232656-1]

1    **REQUEST FOR ADMISSION NO. 2:**

2        Admit that the DOCUMENT attached as Exhibit A herein depicts actual conditions at CRC at

3    the time the photographs in the slideshow were taken.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

5        Defendant objects to this request because it seeks information that is not relevant to a claim or

6    defense at issue in this lawsuit.  Additionally, this request is vague and ambiguous as to the terms

7    "actual conditions."   Moreover, this request requires a response that is more properly sought from

8    parties or persons other than this responding Defendant.

9        Subject to, and without waiving the above objections, Defendant responds to this request as

10   follows:  Defendant admits upon information and belief that these photographs depict pictures taken of

11   Defendant while at the identified facility.  Based on Defendant's objections, Defendant denies the

12   remaining portion of this request.

13   **REQUEST FOR ADMISSION NO. 3:**

14       Admit that the DOCUMENT attached as Exhibit A herein contains photographs that were

15   taken at CRC on March 6, 2007.

16   **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

17       Defendant objects to this request because it seeks information that is not relevant to a claim or

18   defense at issue in this lawsuit.  Additionally, this request requires a response that is more properly

19   sought from parties or persons other than this responding Defendant.

20       Subject to, and without waiving the above objections, Defendant responds to this request as

21   follows:  Defendant admits upon information and belief that these photographs depict Defendant while

22   at the identified facility on March 6, 2007.

23   **REQUEST FOR ADMISSION NO. 4:**

24       Admit that the DOCUMENT attached as Exhibit A herein was not staged and did not involve

25   the use of actors.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

27       Defendant objects to this request because it seeks information that is not relevant to a claim or

28   defense at issue in this lawsuit.  Additionally, this request is vague and ambiguous as to the terms

PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT SCHWARZENEGGER, NOS.:  CIV S 90-0520 LKK-
JFM, C01-1351 TEH

[232656-1]

1  "staged" and the "use of actors."  Moreover, this request is compound and could require multiple

2  conflicting responses.  Finally, this request requires a response that is more properly sought from

3  parties or persons other than this responding Defendant.

4          Subject to, and without waiving the above objections, Defendant responds to this request as

5  follows:  Defendant admits upon information and belief that the photographs depict Defendant at the

6  identified facility.  Based on the Defendant's objections, Defendant denies the remaining portion of the

7  request.

8  **REQUEST FOR ADMISSION NO. 5:**

9          Admit that YOU approved the contents of the text accompanying the photographs in the

10  DOCUMENT attached as Exhibit A herein.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

12          Defendant objects to this request because it seeks information that is not relevant to a claim or

13  defense at issue in this lawsuit.  Additionally, this request is vague and ambiguous as to the terms

14  "approved" and the "contents of the text."  Moreover, this request requires a response that is more

15  properly sought from parties or persons other than this responding Defendant.

16          Subject to, and without waiving the above objections, Defendant denies the request based upon

17  Defendant's objections.

18  **REQUEST FOR ADMISSION NO. 6:**

19          Admit that the DOCUMENT attached as Exhibit A herein was displayed on YOUR website at

20  http://gov.ca.gov/index.php?/photoviewer /frame/5567/ under the title "2007 Prison Reform and

21  Rehabilitation Initiative" on August 14, 2008.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

23          Defendant objects to this request because it seeks information that is not relevant to a claim or

24  defense at issue in this lawsuit.  Additionally, this request is vague and ambiguous as to the terms

25  "displayed," "title,"  and "2007 Prison Reform and Rehabilitation Initiative."  Furthermore, this

26  request is compound and could require multiple conflicting responses.  Moreover, this request requires

27  a response that is more properly sought from parties or persons other than this responding Defendant.

28

[232656-1]

1    Subject to, and without waiving the above objections, upon information and belief Defendant

2   responds to this request as follows:  Defendant is unable to admit or deny the content of the request,

3   because, although it appears that the DOCUMENT attached as Exhibit A was displayed at the

4   referenced website, Defendant cannot confirm that it appeared under the title "2007 Prison Reform and

5   Rehabilitation Initiative."

6

7   Dated:  September 4, 2008                    Respectfully submitted,

8                                               EDMUND G. BROWN JR.
                                                Attorney General of the State of California
9
                                                DAVID S. CHANEY
10                                              Chief Assistant Attorney General

11                                              ROCHELLE C. EAST
                                                Senior Assistant Attorney General
12
                                                JONATHAN L. WOLFF
13                                              Supervising Deputy Attorney General

14

15                                              KYLE A. LEWIS
                                                Deputy Attorney General
16                                              Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF COLEMAN'S FIRST SET OF REQUEST FOR ADMISSION TO DEFENDANT SCHWARZENEGGER, NOS.:  CIV S 90-0520 LKK-
JFM, C01-1351 TEH

[232656-1]

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:    **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 4, 2008**, I served the attached

## RESPONSES TO PLAINTIFF COLEMAN'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT SCHWARZENEGGER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

KIMBERLY HALL BARLOW
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, CA 92835

LORI RIFKIN
MICHAEL BIEN
Rosen Bien & Galvan, LLP
315 Montgomery St., 10th Floor
San Francisco, CA 94104

ANN MILLER RAVEL
THERESA FUENTES
Office of the County Counsel
County of Santa Clara
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

MARTIN H. DODD
FUTTERMAN & DUPREE
160 Sansome Street, 17TH Floor
San Francisco, CA 94109

ROD PACHECO
WILLIAM MITCHELL
Office of the District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

MICHAEL P. MURPHY
CAROL L. WOODWARD
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063

STEVEN S. KAUFHOLD
CHAD A. STEGEMAN
TERESA WANG
Akin Gump Straus Hauer & Feld LLP
580 California Street, 15th Floor
San Francisco, CA 94102

STEVEN WOODSIDE
ANNE L. KECK
Office of the Counsel
575 Administration Drive., Room 105A
Santa Rosa, CA 95403

PRISON LAW OFFICE
DONALD SPECTER
1917 Fifth Street
Berkeley, CA 94710-1916

JOHN HAGAR
LAW OFFICE OF JOHN HAGAR
PMB 314
1819 Polk Street
San Francisco, CA 94109

GREGG ADAM
NATALIE LEONARD
Carroll, Burdick, & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

DENNIS BUNTING
ALAN COHEN
Office of County Counsel
County of Solano
675 Texas Street, Suite 6600
Fairfield, CA 94533

DANIEL J. WALLACE
KELLY DUNCAN SCOTT
County of Santa Barbara
105 E. Anapamu Street, Suite 201
Santa Barbara, CA 93101

LISA TILLMAN
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA 94244

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 4, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. XIANG | _mil xg_ |
| Declarant | Signature |

20139546.wpd