# EXHIBIT P

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
ALISON HARDY Bar No.: 135966
VIBEKE NORGAARD MARTIN Bar No.: 209499
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  vs.<br><br>  Defendants | No. C01-1351 T.E.H<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFF PLATA'S FIRST SET OF INTERROGATORIES TO DEFENDANT TILTON** |

PLAINTIFF PLATA'S FIRST SET OF INTERROGATORIES TO DEFENDANT TILTON, NOS.:  CIV S 90-0520 LKK-JFM P, C01-1351 T.EH

| | |
|---|---|
| **PROPOUNDING PARTIES:** | PLAINTIFF MARCIANO PLATA |
| **RESPONDING PARTIES:** | DEFENDANT TILTON |
| **SET NUMBER:** | ONE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff Marciano Plata submits the following Set of Interrogatories to all Defendants ("Defendants") to be answered separately and fully in writing, under oath, based upon all knowledge reasonably available to them, within 30 days after service hereof.

**DEFINITIONS**

1. "YOU" and "YOURS" as used herein refers to Defendant Tilton, and any agents, representatives, attorneys, and all other persons or entities acting on his behalf.

2. As used herein, the term "IDENTIFY," when used with respect to a person, means to state the following: name of entity; telephone number; location of its business and nature of its business.

3. As used herein, the term "IDENTIFY," when used with respect to a document, means to state the following, if available, for each document: the name(s) of the author(s) and the recipient(s); the date; the title; the form of document (e.g. letter, memorandum, report, chart or other descriptive term); a description of the contents of the document; and its present or last known location and custodian. If you claim that any such document was, but is no longer, in your possession or subject to your control, state what disposition was made of such document and when. Documents to be identified shall include both documents in your possession, custody and control, and all other documents of which you have knowledge. To the extent that the answers to the preceding questions are determinable by an examination of the document itself, you may respond by supplying such document as part of your answers to these interrogatories so long as you identify the interrogatory to which such document is responsive.

1    4.    "REFER" or "RELATE TO" means constituting, representing, defining, depicting, concerning, embodying, reflecting, identifying, stating, mentioning, addressing, or pertaining to the subject matter of the request, directly or indirectly, in whole or in part.

5.    The terms "and," "or," and "and/or" should be construed disjunctively or conjunctively as necessary to make the request inclusive rather than exclusive.

6.    "CDCR PRISON" and "PRISONS" mean any and all facilities in which class members in this litigation are or can be incarcerated.

7.    "PLATA CLASS MEMBERS" or "PLAINTIFFS" means the class of state prisoners with serious medical illness.

8.    The term PRISONER RELEASE ORDER means any order "that has the purpose or effect of reducing or limiting the prison population, or that directs the release from or nonadmission of prisoners to prison" as set forth in the Prison Litigation Reform Act at 18 U.S.C. §3626(g)(7).

## INSTRUCTIONS

The preceding definitions apply to each interrogatory and are deemed incorporated in each of the following interrogatories and these instructions.

1.    In answering these interrogatories, quote each interrogatory before each answer.

2.    These interrogatories shall be deemed to be continuing interrogatories so as to require proper supplemental answers if further information is obtained or developed by you or your counsel after the time that you serve answers to these interrogatories.

3.    In answering these interrogatories, furnish all information available to you, including information in the possession of your employees, attorneys, or otherwise subject to your possession and/or control, and not merely information known of your own personal knowledge.

4.    If you cannot answer a particular interrogatory in full after exercising due diligence to secure the information to do so, answer to the extent possible, specify your inability to answer the remainder, state whatever knowledge you have concerning the unanswered portion.

For each such action, program, policy or procedure IDENTIFIED in YOUR response to interrogatory number thirteen, state the time frame for implementation, the size of the anticipated population reduction, and the date by which the population reduction will be effected.

**INTERROGATORY NO. 12:**

IDENTIFY each and every population model relied upon for YOUR answer to interrogatory fourteen by its source, including but not limited to author, entity, and publication.

**INTERROGATORY NO. 13:**

IDENTIFY any and all lockdowns or partial lockdowns, including dates and duration, that affected housing units housing PLATA CLASS MEMBERS at CDCR PRISONS since March 3, 2006.

Dated: [handwritten] 10/16/07

Respectfully submitted,

Don Specter
Prison Law Office
Attorneys for Plaintiffs