# EXHIBIT QQ Part 2

Case 2:90-cv-00520-KJM-SCR    Document 3437-7    Filed 12/23/08    Page 1 of 6

determining program eligibility:
- Arrest history.
- Probation history.
- The applicant's cohabitant's involvements with the criminal justice system and willingness to comply with the rules of the program.
- Applicant's capacity for:
  1. Self control
  2. Following instructions, court orders, and program compliance.
  3. Productivity in the community (employment, education, etc.)
  4. Cooperation with counseling and education programs.
  5. Honest and consistent information given to electronic surveillance program staff on the application and in the interview.

DISQUALIFICATION FACTORS:

Applicants who fit into any of the following categories may not be accepted into the electronic surveillance program:
- Demonstrate violent behavior.
- Past or present charges involving weapons or implied use of weapons.
- Pose a threat to the community or victim(s).
- Documented history of flight, escape, or failure to appear.
- Documented history of jail rule violations or prior program failures.
- Restriction by the courts from participation in a program.
- Conviction of sex offenses, felony assaults, or 290 PC registrants.
- Mentally disable persons who fall under section 5150 W&I.
- Previous convictions or current charges for crimes against law enforcement officers.
- Documented history of abuse of authority and trust.
- Documented gang affiliations or offenses, which are gang related.

OTHER POSSIBLE EXCLUSIONS:
- Jobs, which require the participant to work in his or her home, the home of a family member or a close personal friend may not meet the criteria.
- Jobs, which relate to the current offense or previous criminal history.
- Jobs, which preclude effective supervision such as delivery, door-to-door sales, canvassing, etc.
- Applicants who meet the criteria of the program may not be suitable or
- Appropriate for the program and may be denied program participation.

(a) Work Furlough – Its purpose is to offer an alternative to incarceration for minimum security inmates and low-risk offenders who are sentenced to serve time in the county jail.

(b) Eligibility for and participation in the Work Furlough Program is evaluated on a case-by-case basis.
- Applicants shall be sentenced on all charges with no warrants or failures to appear in any jurisdictions.
- Participants must be employed in Yolo County.
- Participants shall not have been precluded from program participation by the sentencing Judge.
- Participants are usually on a voluntary basis.
- Participants shall agree to all conditions and rules of the program in writing.
- All participants shall be interviewed prior to acceptance on the program.
- Participants shall have a clean drug test at the time of placement onto the program.
- Participants shall provide documentation of current insurance and registration of any and all vehicles the participant may drive or ride in, including written permission of legal owner if applicable, as well as

current valid driver license of any driver to be used.

- Participant's employer shall be advised that the participant is an inmate of the Monroe Detention Center. The employer must be willing to accept the conditions applicable to the program and submit proof of worker compensation insurance.
- The employer shall provide adequate supervision at the work location within Yolo County.
- The rate of pay shall be equal to or greater than the federal minimum wage and the participant must be paid the prevailing wage for the area.
- Self-employment will be considered on a case-by-case basis.
- Participants who are students shall maintain a C average or better and remain in good standing with the school.
- Employment and/or school shall lend itself to periodic, unannounced supervision by the Sheriff's Department of the participant.

ADDITIONAL FACTORS:

Work Furlough Staff will review the following relevant information in determining program eligibility:

- Arrest history.
- Probation history.
- The applicant's cohabitant's involvements with the criminal justice system and willingness to comply with the rules of the program.
- Applicant's capacity for: Self control; following instructions, court orders, and program compliance; productivity in the community (employment, education, etc.); cooperation with counseling and education programs; honest and consistent information given to work furlough program staff on the application and in the interview.

DISQUALIFICATION FACTORS:

Applicants who fit into any of the following categories may not be accepted into the Work Furlough Program:

- Demonstrate violent behavior.
- Past or present charges involving weapons or implied use of weapons.
- Pose a threat to the community or victim(s).
- Documented history of flight, escape, or failure to appear.
- Documented history of jail rule violations or prior program failures.
- Restriction by the courts from participation in a program.
- Conviction of sex offenses, felony assaults, or 290 PC registrants.
- Mentally disable persons who fall under section 5150 W&I.
- Previous convictions or current charges for crimes against law enforcement officers.
- Documentation history of abuse of authority and trust.
- Documented gang affiliations or offenses, which are gang related.

OTHER POSSIBLE EXCLUSIONS:

- Jobs which require the participant to work in his or her home, the home of a family member or a close personal friend may not meet the criteria.
- Jobs which relate to the current offense or previous criminal history.
- Jobs which preclude effective supervision such as delivery, door-to-door sales, canvassing, etc.
- Applicants who meet the criteria of the program may not be suitable or appropriate for the program and may be denied program participation.

(a) Sheriff's Working Inmate Program (SWIP) – its purposes to offer an alternative to incarceration for minimum security inmates and low-risk offenders who are sentenced to serve time in the county jail.

(b) Eligibility for and participation in the Work Release Program shall be evaluated on a case-by-case basis using the following criteria:

- Participants must be completely sentenced and have no pending cases in

Yolo County or any other jurisdiction.
- Sentences should be for 90 days or less.
- Participants shall not have failed the work release program in the last 12 months.

REASONS TO DISQUALIFY:
- Applicant has pending cases.
- Applicant is sentenced to felony assault charges or sex crime charges.
- The sentencing court precludes the applicant from participating in an alternative to incarceration program.
- Applicant has documented disciplinary history while incarcerated.
- The release of the applicant would place the safety of the public in jeopardy.

(c) Yolo County Sheriff's Department's Work Programs Policy and Procedure Manual

(d) Captain Larry Cecchettini; Lieutenant Dave Rademaker; Lieutenant Tina Day; and Sheriff's Operations Technician Corrine Reynolds.

Additional Alternative Placement Programs include court-ordered Proposition 36 placement, court-ordered Drug rehabilitation/treatment programs; Alternative to Incarceration for the Mentally Ill (AIM); Mentally Ill Offenders Crime Reduction grant (MIOCR). Intervenor-Defendant is unable to locate additional information about these programs at this time.

DATED: April 11, 2008

Respectfully submitted,
JONES & MAYER

By: _____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants