# APPENDIX A

## REMAINING OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS (PHASE I & II) AS OF 12/23/08

| PLS' TRIAL EXHIBIT | DESCRIPTION | BATES / SOURCE | DEFENDANTS' OBJECTIONS | PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS | DEFENDANTS' REPLY |
|---|---|---|---|---|---|
| P - 1 | Proclamation Regarding Prison Overcrowding, State of Emergency, Governor Schwarzenegger (October 4, 2006) | CDCR006976-CDCR006985 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 2 | Report to the State Legislature, A Roadmap for Effective Offender Programming in California, Expert Panel on Adult Offender and Recidivism Reduction Programming (June 29, 2007) | CDCR008342-CDCR008563 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 3 | Solving California's Corrections Crisis: Time is Running Out, Little Hoover Commission (January 2007) | E_CDCR_007346-E_CDCR007443 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 4 | Reforming Corrections: Report of the Corrections Independent Review Panel, Gov. Deukmejian, Chairman (June 30, 2004) | http://cpr.ca.gov/Review_Panel/ | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 5 | Understanding California Corrections, Petersilia, Joan, California Policy Research Center, University of California (May 2006) | E_CDCR_001651-E_CDCR_001752 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 6 | High Risk: The California State Auditor's Initial Assessment of High-Risk Issues the State and Select State Agencies Face, California State Auditor (May 2007) | http://www.bsa.ca.gov/pdfs/reports/2006-601.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 12 | Declaration of Peter Cole in Support of Motions for Enforcement and Further Remedial Orders and for a Three Judge Panel in Armstrong v. Schwarzenegger (November 18, 2006) (Armstrong Docket 958) | Armstrong Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants continue to assert their hearsay and relevance objections. |
| P - 13 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4, Agenda (April 12, 2007) | E_CDCR_008478 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice). | Defendants continue to assert their hearsay and relevance objections. |
| P - 14 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4, Agenda (May 9, 2007) | http://www.senate.ca.gov/ftp/SEN/COMMITTEE/STANDING | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice). | Defendants continue to assert their hearsay and relevance objections. |
| P - 15 | CDCR Division of Adult Parole Operations, Mental Health Services Continuum Program Budget Change Proposal, Fiscal Year 2007-2008 | CSP000009 - CSP000014 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 16 | CDCR Division of Adult Parole Operations, Parole Outpatient Clinics Budget Change Proposal, Fiscal Year 2007/08 | CSP000018 - CSP000033 | Objection based on Foundation, Authenticity, Hearsy, Relevance, Privilege. (Will Stipulate to final/released as part of the budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; See Plfs Opp to Defs MIL 1 (re prison conditions); F.R.E. 803(6) (record of regularly conducted activity); Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation. Any privilege has been waived. | Defendants maintain their prior objections. |
| P - 41 | Transcript of Proceedings, Madrid v. Tilton, No. C 90-3094 TEH, (October 5, 2006) | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); (Judicial admission) | Defendants maintain their objections. The entire transcript is argument of counsel. |

| | | | | | |
|---|---|---|---|---|---|
| **P - 42** | Transcript of Proceedings, Madrid v. Woodford, No. C 90-3094 TEH (December 20, 2006) | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); (Judicial admission) | Defendants object based on Relevance, Defendants assert a Hearsay objection as to argument of counsel, Defendants withdraw their hearsay objection as to the testimony of Woodford and Hickman. |
| **P - 44** | "Folsom Prison Staff Infections Bring Fines; Health Agency Levies $21,000 for Failure to Probe, Report Cases," Sacramento Bee (November 1, 2007) | newspaper | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; (Article contains admissions from CDCR spokesperson). | Defendants continue to assert their hearsay and relevance objections. |
| **P - 48** | Special Review into the California Department of Corrections and Rehabilitation's Release of Inmate Scott Thomas, Office of the Inspector General (OIG) (October 2007) (THE UNREDACTED COPY WAS SUBMITTED WITH THE COURT UNDER SEAL PURSUANT TO COURT ORDER) | Redacted copy, which is not plaintiffs' exhibit, can be found at: http://www.oig.ca.gov/reports/pdf/thomas_special_review-redacted.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 55** | Letter from Receiver to Schwarzenegger, et al. Regarding Additional Perspective for the Upcoming Special Session of the Legislature (July 24, 2006) | GOV000160 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay objection. |
| **P - 64** | Senate Budget and Fiscal Review, Subcommittee No. 4, Agenda of March 15, 2007 | E_CDCR_023466 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice) | Defendants continue to assert their hearsay and relevance objections. |
| **P - 72** | Presentation to the Senate Select Committee on Prison Population Management and Capacity, CDCR (August 15, 2006) | CDCR006250-CDCR006273 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 73** | Letter from Schwarzenegger to Senator Perata etc. Re: AB 900 (June 17, 2008) | DEFS022018-DEFS022020 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 74** | Validation of In-Fill Bed Plan, AB 900 Strike team Issue Memo No. 1, Prepared by Deborah Hysen (August 13, 2007) | CDCR020803-CDCR020815 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 78** | Movement of Prison Population, Calendar Year 2007, Department of Corrections and Rehabilitation Offender Information Services Branch, Estimates and Statistical Analysis Section, Data Analysis Unit (March 2008) | http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/Move5/Move5d2007.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 79** | California Rehabilitation Oversight Board Biannual Report (July 15, 2008) | DSUPP000561-DSUPP000620; public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 106** | Memorandum from Robert Denkin to Peter Farber-Szekrenyi and Andrew Swanson re: Sudden Increase of CCCMS Population at Folsom State Prison, January 19, 2007 | CDCR022967 (and CDCR 019615) | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2) (admission of party opponent) | Defendants continue to assert their hearsay objection. |
| **P - 109** | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4 Agenda (March12, 2008) | DEFS018039 - DEFS018062 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay and relevance objections. |
| **P - 110** | Report: Infrastructure Issues | DOF005760 - DOF005763 | Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 111** | Capital Outlay Budget Change Proposal re: Statewide Infill Housing and Program Space (FY 08/09), Department of Finance (April 11, 2007) | DOF007401 - DOF007411 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |

| | | | | |
|---|---|---|---|---|
| **P - 113** | Meeting the Challenges of Rehabilitation in California's Prison and Parole System, Rehabilitation Strike Team, Joan Petersilia, Ph.D., Chair (December 2007) | DSUPP000198 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 114** | "CDCR to Resume Moving Inmates to Private Facilities", CDCR Press Release (June 1, 2007) | E_CDCR_001532.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 115** | Overview and Planning Guide for Northern California Women's Facility Conversion to a Secure Reentry Program Facility, CDCR (August 30, 2007) | E_CDCR_001605.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 116** | Non-Competitively BID (NCB) Contract Justification with the Center for Effective Public Policy, Steven M. Alston, Director (A), Support Services (October 8, 2003) | E_CDCR_003412.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 117** | CDCR Estimated Bond Needs through 2015 | E_CDCR_013516.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection and assert a foundation objection. |
| **P - 119** | CDCR Out of State Correctional Facilities May Revise Proposal, 2007/2008, CDCR | E_CDCR_020012.0001 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 120** | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4 Agenda (March 15, 2007) | E_CDCR_023466 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | Relevant to existence and/or impact of overcrowding; See Plfs Opp to Defs MIL 1 (re prison conditions); F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10 | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 121** | Kathy Jett, Governor's Rehabilitation Strike Team Status Report (August 2007) | DSUPP004309-DSUPP004327 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| **P - 123** | Rehabilitation and Recidivism Reduction Principles, Deborah Hysen (May 31, 2007) | E_PRIV_161206-E_PRIV_161207 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; F.R.E. 803(6) (record of regularly conducted activity). Any privilege is waived. | Defendants assert objections based upon Foundation, Hearsay and Privilege. |
| **P - 124** | "From Custody to Community:  Building the Bridge for California Prisoner's Returning Home," Deborah Hysen | E_PRIV_161332 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; Relevant to existence and/or impact of overcrowding; Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation | Defendants continue to assert their hearsay objection. Defendants also assert a foundation objection.  This document is an incomplete and unauthorized draft by Hysen. |
| **P - 127** | Impact of Overcrowding on Mental Health Services | PRIS000420 (or CDCR 018566) | Objection based on Hearsay, Authentication, Foundation. | F.R.E. 801(d)(2) (admission of party opponent). | Defendants continue to assert their hearsay objections |
| **P - 128** | Issue Memo No. 1:  Validation of In-fill Bed Plan, Deborah Hysen, AB 900 Strike Team (August 13, 2007) | PRIV035590 - PRIV035607 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and continue to assert their relevance objection. |
| **P - 129** | Governor's Budget - Public Safety, The California Strategic Growth Plan:  Public Safety | PRIV035960 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and continue to assert their relevance objection. |
| **P - 131** | "Department of Corrections and Rehabilitation not doing enough to prepare inmates for release, adopt modern technology, or provide inmates with medical care" Office of the Inspector General (April 18, 2006) | http://www.oig.ca.gov/press-rlse/pdf/prlse_0406.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and continue to assert their relevance objection. |
| **P - 134** | "Confronting Confinement," The Commission on Safety and Abuse in America's Prisons (June 2006) | http://www.prisoncommission.org/pdfs/Confronting_Confinement.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding; F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10 | Defendants continue to assert their hearsay and relevance objections. |

| | | | | | |
|---|---|---|---|---|---|
| P - 143 | CIM Suicide Prevention and Response Focused Improvement Team Minutes, May 10, 2007 Meeting (Coleman Tour Binder, October 10-12, 2007 Tour) | PRIS003257 or CDCR 021399 - CDCR 021400 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay and relevance objections |
| P - 147 | State of California, Department of Finance, CMC East 50 Mental Health Crisis Beds, Capital Outlay Budget Change Proposal, Fiscal Year 2007-2008 | CDCR017447-CDCR017454 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived. | Defendants maintain their objections. |
| P - 157 | Draft Document, Vacaville Psychiatric Program, Receiver Briefing Document from Victor Brewer, DMH (2006) | E_PRIV_160970 - E_PRIV_160977 | Objection based on Foundation, Authenticity, Hearsay, Relevance. (Will stipulate to final document.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert its Hearsay, Authentication and Foundation objections. |
| P - 161 | Emails from Robert Gore re: CA prison population Size if it Mirrored the National Average and Prison Population Reduction (August 24 and 27, 2007) | page one: E_PRIV_170594 and page two is GOVPRIV001266 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 162 | Memo from Bob Gore re: Prison Population Management (July 9, 2007) | E_PRIV_171297- E_PRIV_171299 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 163 | Memo from Bob Gore re: governor's CDCR Rehab Strike Team Final Report (January 10, 2008) | DEFS036902-DEFS036907 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 166 | Business Advantage Consulting: Findings and Observations | E_BAC_099016 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 167 | Business Advantage Consulting: "Pleasant Valley State & Avenal" | E_BAC_155791 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 170 - R | Emailed Notifications of 7 MHSDS Deaths, not Suicides in Calendar Year 2008 | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 171 - R | Emailed Notifications of 7 Additional Suicides Completed in CDCR in Calendar Year 2008, Received between August 31, 2008 and October 23, 2008 | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 172 | Agenda Pages 304-312,323-324, issues 002, 121,215, 230-238 items 5225-001-0001, 5225-002-0001, and 5225-101-0001 Department of Corrections and Rehabilitation Proposals to Reduce inmate and Parole Populations June 12, 2008 | DEFS028717 - DEFS028719 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 177 | State of California, Department of Finance, Capital Outlay Budget Change Proposal, Budget Year 2007-2008, re: CSP - Sacramento: Treatment and Program Space for 350 Enhanced Outpatient Mental Health Inmate-Patients | E00013945.0003 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Foundation/authenticity: produced by defendants in discovery; if this is not resolved, plaintiffs will call defendant custodian of records to lay foundation; F.R.E. 801(d)(2) (Admission of party opponent); Relevant to existence and/or impact of overcrowding; Any privilege has been waived | Defendants maintain their objections. |
| P - 178 | Memo re: Rehab Strike Team, June 28, 2007 | E_UCI019786 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 179 | Email from Deborah Hysen to Bob Gore re: Results of Today's Infill Discussions, July 24, 2007 | E_PRIV_028167 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relvance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |

| | | | | |
|---|---|---|---|---|
| P - 181 | California Department of Corrections and Rehabilitation , Estimated Bond Needs through 2015 | E_PRIV_053106-E_PRIV_053109 | Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay objection and assert a foundation objection. |
| P - 182 | Email chain re: CDCR Healthcare Consolidation Proposal, April 18, 2007 | PRIV001534-PRIV001535 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Privileged. | F.R.E. 801(d)(2) (admission of party opponent); Any privilege has been waived (last on 11/9/07 priv log) | Defendants withdraw their Hearsay objection and maintain their privilege objection. |
| P - 186 | CDCR website: Prison Reform and Rehabilitation (Tilton Deposition Exhibit 8), January 11, 2007 | previously at: http://www.cdcr.ca.gov/communications/ssFactsNews.html; currently available at http://web.archive.org/web/20070216102102/http://www.corr.ca.gov/Communications/ssFactsNews.html | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants continue to assert their hearsay and relevance objections. |
| P - 189 | Briefing: CDCR Expert Panel Report Meeting, June 27, 2007 | E_PRIV_171626 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 192 | Email from Mike Genest to James Tilton re: Plata Update re DMH Facilities, December 27, 2005 | E_PRIV_090928 -E_PRIV_090933 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 193 | Senate Budget Hearing Briefing, 2008 | DEFS032628 - DEFS032643 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 197 | Letter from Joe McGrath to John Hagar re: AB 900 - State Proposal Regarding Stage I, August 31, 2007 | DSUPP003331 - DSUPP003332 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding. | Defendants continue to assert their hearsay and relevance objections. |
| P - 198 | Memorandum: California Department of Corrections and Rehabilitation Five-Year Infrastructure Plan, Fiscal Years 2008-2013 | PRIV007056 - PRIV007057 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 199 | California Department of Corrections and Rehabilitation Budget Balancing Reductions | E_DEFS001288 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 200 | Week Ahead Report 04/10/08 | DEFS035527 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 202 - R | Email: from Benjamin Rice to Petersilia etc. re: EP Report and Strike Team Work, July 6, 2007 | E_UCI049016 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 204 | CDCR Population Estimate | DEFS028042 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 213 | AB 900 Implementation Strike Force Briefing | CDCR001404 - CDCR001414 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 227 | Budget Change Proposal re: CDCR California Men's Colony 1,503 - Bed Consolidated Care Center, Signed August 29, 2007 for Budget Year 2008-2009 | CDCR017545 - CDCR017554 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Pltf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |
| P - 229 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR CSP, LAC: Consolidated Care Center for Budget Year 2008-2009 | DOF007518 - DOF007532 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Pltf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |

| | | | | |
|---|---|---|---|---|
| P - 230 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR Richard J. Donovan Correctional Facility: Consolidated Care Center for Budget Year 2008-2009 | DOF007534 - DOF007547 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Ptf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |
| P - 231 | Capitol Outlay Budget Change Proposal (COBCP) re Richard J. Donovan 886-Bed Consolidated Care Centers signed August 30, 2007 for Budget Year 2008-09 | CDCR017561 - CDCR017570 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Ptf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |
| P - 232 | Capitol Outlay Budget Change Proposal (COBCP) re: CDCR, California State Prison, Sacramento, Represa: Consolidated Care Center for Budget Year 2008-2009 | DOF007434 - DOF007447 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Ptf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |
| P - 233 | Capital Outlay Budget Change Proposal re: California Institution for Women: 45 Acute/Intermediate Mental Health, dated May 2, 2007; for budget year 2007-08 | CDCR017649 - CDCR017659 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Ptf Opp to Defs MIL 3 at 4-10; Any privilege has been waived. | Defendants maintain their Hearsay and Privilege objections. Defendants withdraw their Foundation and Relevance objections. |
| P - 249 | Email from Marion Chiurazzi to Rick Johnson re HDSP Mental Health Intake Cap, November 26, 2007 | CDCR 019755 – CDCR 019762 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay and relevance objections. |
| P - 251 | Email from Shama Chaiken to Michael Jaffe re: MH-OHU, dated June 22, 2007 | E_PRIV_143168 - E_PRIV_143169 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay and relevance objections. |
| P - 253 | Memorandum from Andrew Swanson to Robert Denkin re: Recent Increase of CCCMS Population at Folsom State Prison, March 6, 2007 | CDCR 019616 - CDCR 019617 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 254 | Proposal: CDCR Division of Correctional Health Care Services Staffing Allocation Plan for Mental Health Treatment in Outpatient Housing Unit Beds for Fiscal Year 2006/2007 | E_PRIV_186883 - E_PRIV186907 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 256 | Trailer Bill Legislation: Patton State Hospital Population Cap Extension | E_PRIV_132509 - E_PRIV_132511 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 260 | Email from Doug McKeever to Deborah Hysen re AB 900 funding, June 26, 2007 | E_CDCR_005083 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 268 | Institution and Camp Design Bed Capacity and Population, June 30, 1983 - June 30, 2003, Department of Corrections Data Analysis Unit, May 2004 (Final Page of Historical Trends Report, 1983-2003, Revised 2005) | final page of report located at: http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/HIST2/HIST2d2003.pdf | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance (Depends on time frame) | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 269 | Coleman Docket Report through November 11, 2008 | Coleman Docket | Objection based on Relevance, Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 270 | PLAINTIFFS' SECOND SUPPLEMENTAL  Nomination of Special Master Candidates (10/4/1995) (Coleman Docket # 617) (Including Resume of J. Michael Keating) | Coleman Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 803(8)(public record); see also Ptf Opp to Defs MIL 3 at 4-10; Establishes foundation/background of Special Master, which is relevant to this case. | Defendants continue to assert their hearsay and relevance objections. |
| P - 271 | ORDER compensation and recruitment efforts (Coleman Docket # 1667 ) (June 10, 2005) | Coleman Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  See 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 322 | MOTION to Compel Notice of Motion And Motion Of Receiver J. Clark Kelso For Order Adjudging Defendants In Contempt For Failure To Fund Receiver's Remedial Projects And/Or For An Order Compelling Defendants To Fund Such Projects (Entered: 08/13/2008) (Plata Docket # 1379) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding | Defendants continue to assert their hearsay and relevance objections. |

| | Description | Source | Objection | Response | Resolution |
|---|---|---|---|---|---|
| P - 323 | DECLARATION of Receiver J. Clark Kelso in Support of 1379 MOTION to Compel (Entered 8/13/08) (Plata Docket #1380) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 325 | Uncertainty in the Ranks over Prison Plan: Schwarzenegger's Proposal Not Enough Say Two of His Officials" by James Sterngold, SFGATE.com, 7/23/06, (Plata Docket # 1421-6, accessible at Docket #1425-2 ) | newspaper | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); (Contains quotes from key defendants). Relevant to existence and/or impact of overcrowding. | Defendants continue to assert their hearsay and relevance objections. |
| P - 335 | A Look At AB 900 One Year Later … Nothing, State Senator George Runner and Assemblyman Todd Spitzer (July 24, 2008) | LEGIS0000139 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | F.R.E. 801(d)(2) (admission of party opponent); Senator Runner is a defendant intervenor and a witness for intervenors. Relevant to existence and/or impact of overcrowding. | Defendants continue to assert their hearsay and relevance objections. |
| P - 388 | CDCR Emergency Notice Publication/Regulations Submission Regarding Inmate Transfers (COCF Program), October 9, 2008 | | Objection based on Relevance, Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 391 | Email from Robert Kennard to Jean Decker re: Solano CTC, July 11, 2006 | Produced by Department of Public Health in response to a subpoena | Stipulate to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 392 | Memorandum by Robert Kennard re: Field Visit to SVPP and SVSP on July 19, 2005, January 17, 2006 | Produced by Department of Public Health in response to a subpoena | Stipulate to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 393 | Email from Jean Decker to Robert Kennard re: Question, August 31, 2006 | Produced by Department of Public Health in response to a subpoena | Stipulate to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 394 | Letters from Robert Sillen, California Prison Health Care Receivership (July 31, 2007), Robin Dezember, Division of Correctional Health Care Services (August 23, 2007) and Kathleen Billingsley, California Department of Public Health (August 30, 2007) re: General Acute Care Hospital (GACH) at CIM | | Stipulate to Foundation/Authenticity. Objection based on Hearsay. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Plf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity) | Defendants withdraw their hearsay objection as to Robin Dezember and Kathleen Billingsley; Defendants maintain their hearsay objection as to Robert Sillen. |
| P - 395 | Email from Nadim Khoury to Robert Kennard re: P-2 Project Scope, October 20, 2005 | | Stipulate to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 396 | Facsimile from, Sharon Holma, Chief Psychologist, RJD, to Lena Ressurreccion, RN, re: MH Crisis Bed Census | | Stipulate to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 397 | Memorandum from Stephanie Rising-Torres, Standards Compliance Coordinator, John D. Klarick Memorial Hospital at CSP Corcoran, to Nancy Alvarez, Department of Health services Licensing and Certification re: Hospital Unusual Occurences Report, August 21, 2007 | | Objection based on Hearsay. | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (business record) | Defendants continue to assert their hearsay objections |
| P - 404 | Consulting Services for CDCR (Navigant), Mental Health Bed Need Study-Annual Report, July 2007 | PRIS010325 - PRIS010325; CDCR030470 - CDCR030470 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 405 | Consulting Services for CDCR (Navigant), Mental Health Bed Need Study-Based on Spring 2007 Population Projections, July 2007 | Received in underlying Coleman | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 406 | Consulting Services for CDCR (Navigant), Mental Health Bed Need Study-Based on Fall 2006 Population Projections, March 2007 | Received in underlying Coleman | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection |

| | | | | |
|---|---|---|---|---|
| P - 409 | DEFENDANTS' Plan to Address Suicide Trends in Administrative Segregation Units and Exhibit A, 10/26/06 (Coleman Docket 1990) | Coleman Docket 1990 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 410 | Institution and Camp Design Bed Capacity and Population, June 30, 1987 - June 30, 2007, Department of Corrections Data Analysis Unit, July 2008 (Final Page of Historical Trends Report, 1987-2007) | http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/HIST2/HIST2d2007.pdf | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 412 | Receiver's Memorandum in Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1769) | Plata Docket 1769 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay and relevance objections |
| P - 413 | Declaration of Terry Hill in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1770 through 1770-8) | Plata Docket 1770 through 1770-8 | Stipulation as to Foundation/Authenticity and Admissibility as to Exhibit G only. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 414 | Declaration of John Hagar in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1771) | Plata Docket 1771 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 415 | Declaration of Eva K. Schueller in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1772 through 1772-15) | Plata Docket 1772 through 1772-15 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay and relevance objections. |
| P - 416 | Declaration of Richard Kirkland in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1773 through 1773-3) | Plata Docket 1773 through 1773-3 | Stipulation to Foundation/Authentication. Objection based on Relevance and Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 417 | Declaration of William Proctor in Support of Receiver's Opposition to Motion to Stay District Court's October 27, 2008 Order Pending Appeal, November 5, 2008 (Plata Docket 1774 through 1774-4) | Plata Docket 1774 through 1774-4 | Objection based on Relevance and Hearsay. | Relevant to existence and/or impact of overcrowding; F.R.E. 201 (appropriate subject for judicial notice); F.R.E. 106 (defendants have introduced related writings by the Receiver) | Defendants continue to assert their hearsay objections |
| P - 419 | Letter from Receiver to Michael Genest re Funding for the Receivership's Strategic Plan, May 29, 2008 | DEFS028724-028725 | Stipulation to Foundation/Authentication. Objection based on Foundation, Relevance and Hearsay. | F.R.E. 201 (appropriate subject for judicial notice); Relevant to existence and/or impact of overcrowding. | Defendants continue to assert their hearsay objections |
| P - 422 | Decl of Joseph McGrath in Support of Receiver's Supp Application No. 3 for Order Waiving State Contracting Statues, Regulations and Procedures, Approving Receiver's Substitute Procedure for Bidding and Award of Contracts, November 27, 2007, (Plata Docket No. # 982) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 423 | CDCR Memorandum from Kanan, Dovey to Wardens, etc. Re: Standardization of Mental Health Crisis Bed Admission Procedures (July 21, 2005) | COL0016917 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 424 | Report on Status of Funding for Acute, Intermediate and Mental Health Crisis Bed Plan, filed September 11, 2006 (Coleman Docket 1969) | Coleman Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 439 | Memorandum to R. Hill from CSP-SAC, entitled "Report On Use of Alternate Sites for Crisis Bed Patients" (October 5, 2007) (20th Round SAC Tour Binder) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 452 | DVI Corrective Action Plan (Coleman Tour Binder, Printed 9/21/07) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |

| | | | | | |
|---|---|---|---|---|---|
| P - 453 | DVI Institution Program Status (Coleman Tour Binder, 9/19/07) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection |
| P - 454 | SVSP Current Mental Health Listing-Case Manager/Alpha (Coleman Expert Tour, Printed 10/29/07) | Expert tour - produced in response to discovery request | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 455 | Transcript of Proceedings, April 26, 2006, Coleman v. Schwarzenegger, No. C 90-520 LKK | public record | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants object based on Relevance, Defendants assert a Hearsay objection as to argument of counsel, Defendants withdraw their hearsay objection as to the testimony of Jon Rodriquez, Doug McKeever, and George Stifuentes. |
| P - 456 | CDCR Monthly Population Report (January 2003) | http://www.cdcr.ca.gov/Reports_ Research/Offender_Information _Services_Branch/Monthly/TPO P1A/TPOP1Ad0301.pdf | Stipulate to authenticity and admissibility. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 458 | CDCR Combined Mental Health Population Per Institution for January 2003 and July 2007 from CDCR Monthly Reports | Coleman monitoring - Monthly production | Stipulate as to Foundation/Authenticity. Objection based on Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 459 | CDCR Weekly Population Report (July 5, 2006) | http://www.cdcr.ca.gov/Reports_ Research/Offender_Information _Services_Branch/WeeklyWed/ TPOP1A/TPOP1Ad060705.pdf | Stipulate as to Foundation/Authenticity. Objection based on Relevance, Hearsay | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 462 | January 2007 CDCR Estimated Construction Schedule for Infill Bed Plan, Exhibit 20 To Receiver's 5/15/07 Report Re: Overcrowding  (Plata Docket 674) | Plata Docket | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 463 | CIM Corrective Action Plan (CAP) (Coleman Tour Binder, October 10-12, 2007 Tour) | CDCR 018506 - CDCR 018510 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 464 | CIM Suicide Prevention and Response Focused Improvement Team Minutes, May 10, 2007 Meeting (Coleman Tour Binder, October 10-12, 2007 Tour) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 471 | Active EOP Inmate Status as of July 23, 2008 (Haney 7/28/08 Expert Tour, SATF) | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 472 | CDCR Suicide Report for Coleman Class Member "GG" | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsayand cumulative objection and maintain their relevance objection. |
| P - 476 | INTENTIONALLY OMITTED | | | No dispute | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 479 | Letter, Tillman-Lopes, re Response to Judge Karlton's 10/17/07 order to provide a development proposal for adequate mental health treatment and counseling space at Salinas Valley State Prison (February 14, 2008) | DEFS021940-DEFS021943 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 480 | Letter, Dezember-Lopes, re Response to Judge Karlton's 10/18/07 Order to Provide a Development Proposal for Adequate Mental Health Treatment Services and Program Space at California Medical Facility (March 28, 2008) | public record | Stipulate to Foundation/Authenticity; Objectionto cover letter as Hearsay, Relevance re: attachement/response. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |

| | | | | | |
|---|---|---|---|---|---|
| P - 481 | Coleman 21st Round Monitoring Documents for Deuel Vocational Institution, Suicide Prevention & Response Focused Improvement Team Minutes, (January 16, 2008, April 9, 2008, May 14, 2008) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 482 | Coleman 21st Round Monitoring Documents for California Institute for Men, May 7, 2008 Memo re: TBH Activation for Coleman 2008 Round | Coleman monitoring - memo provided by Defendants | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 486 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for April 20, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 487 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for May 4, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 488 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for June 1, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 489 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for September 5, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 490 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for September 28, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 491 | Monthly Report on the Licensure of ICF and DTPs at the CMF, Vacaville and the SVPP for November 1, 2007 | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 500 | OHU-1 And OHU Follow-Up / Wellness Check, CSP-SAC 20th Round Tour (October 29-31, 2007) | Coleman monitoring - produced in relation to monitoring tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 501 | Draft Memorandum from Andrew Swanson, M.D. to CDCR MH Staff re: Directive: Medication Compliance Monitoring and Ordering Reference Psychotropic Blood Levels for Mental Health Services Delivery System (MHSDS) Inmate-Patients | e-mailed by defendants | Objection based on Foundation, Authentication, Hearsay, and Relevance. (Will stipulate to final version of document.) | F.R.E. 801(d)(2) (admission of party opponent); F.R.E. 803(8)(public record); see also Pltf Opp to Defs MIL 3 at 4-10; F.R.E. 803(6) (record of regularly conducted activity); Relevant to existence and/or impact of overcrowding | Defendants maintain all objections. However, Defendants will stipulate to use of the Final Memo on Blood Reference. The final version is Defendants exhibit 1275. |
| P - 502 | CDCR Health Care Placement Unit Report Showing Mental Health Inmates in Adseg/SHU/PSU (August 3, 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 503 | "Suicide and Homicide in State Prisons and Local Jails," Bureau of Justice Statistics Special Report, Mumola, Christopher J. (August 2005) | http://www.ojp.usdoj.gov/bjs/pub/pdf/shsplj.pdf | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 504 | Collection of Email and Letter Notifications of 35 Suicides Completed in the California Department of Corrections in Calendar Year 2007 | Coleman monitoring - regularly produced | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 505 | Collection of Letter Notifications of 7 Overdoses Completed in the California Department of Corrections in Calendar Year 2007 | Coleman monitoring - regularly produced | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 506 | Collection of Email and Letter Notifications of 24 Suicides Completed in the California Department of Corrections in Calendar Year 2008 | Coleman monitoring - regularly produced | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |

| | | | | |
|---|---|---|---|---|
| P - 507 | CDCR Report Regarding Inmate Incidents in Institutions, Calendar Year 2006 (Published September 2007) | http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/BEH1/BEH1d2006.pdf | Stipulate to Foundation/Authenticity; Objection based on, Hearsay, Relevance , Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 508 | Collection of Letter Notifications Regarding 12 MHSDS Homicides in the California Department of Corrections in Calendar Year 2007 | Coleman monitoring - regularly produced | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 509 | Coleman 21st Round Monitoring Binder and Documents for California Institute for Men, May 14-16, 2008 | Coleman monitoring - produced in relation to monitoring tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 510 | Excerpts from UHR and Central File for Prisoner "II" | Expert tour - responsive to request while on tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 511 | Coleman 21st Round Monitoring Documents for Valley State Prison for Women, (April 14, 2008) | Coleman monitoring - produced in relation to monitoring tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 512 | DCHCS Mental Health Institution Vacancies by Institution and Classification as of June 2008 | Coleman monitoring - Monthly production | Stipulate as to Foundation/Authenticity. Objection based on Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 513 | Excerpts from UHR and Central File for Prisoner "JJ" | Expert tour - responsive to request while on tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 514 | Active EOP Inmate Status as of July 23, 2008 (Haney 7/28/08 Expert Tour, SATF) | Expert tour - produced in response to discovery request | Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection |
| P - 515 | Excerpts from UHR and Central File for Prisoner "KK" | Expert tour - responsive to request while on tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | | Defendants withdraw their hearsay objection |
| P - 516 | CDCR Executive Summary and Suicide Report of Coleman Class Member "IIII" | Coleman monitoring - regularly produced | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 518 | Selected Documents from the Medical and Central File for Prisoner "MM" | Expert tour - responsive to request while on tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 521 | SATF Documents Provided for Expert Tour, July 28, 2008 (Haney 7/28/08 Expert Tour, SATF) | Expert tour - produced in response to discovery request | Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 522 | 20th Round Monitoring Documents for California Substance Abuse Treatment Facility, September 20, 2007 Status Report on Proposed Remodeling of Mental Health Services Building | PRIS014065, PRIS014066 and PRIS014086 | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 523 | Selected Documents from the Medical and Central File for Prisoner "VV" | Expert tour - responsive to request while on tour | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |
| P - 524 | California Correctional Institute, Coleman 20th Round Monitoring Documents and CAP | PRIS010379-PRIS010500 | Stipulate as to Foundation/Authenticity. Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objection and maintain their relevance objection. |

| | | | | | |
|---|---|---|---|---|---|
| P - 525 | North Kern State Prison Website (July 2008) | (http://www.cdcr.ca.gov/Visitors/Facilities/NKSP.html) | Stipulate as to Foundation/Authenticity.  Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 529 | Transcript of Robin Dezember Deposition (December 14, 2007) | | Stipulate to Foundation/Authenticity; Objection on Hearsay | F.R.E. 801(d)(2) (admission of party opponent). Plaintiffs have only designated a small portion of this deposition as reflected in the exhibit. | Please see Defendants objections and counter designations filed with the court. |
| P - 530 | Department of Mental Health's Monthly Bed Utilization Report for Acute Psychiatric Care Services at ASH and the VPP (August 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 531 | Department of Mental Health's Monthly Bed Utilization Report for Acute Psychiatric Care Services at ASH and the VPP (September 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 532 | Department of Mental Health's Monthly Bed Utilization Report for Acute Psychiatric Care Services at ASH and the VPP (October 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 533 | Department of Mental Health's Monthly Bed Utilization Report for Acute Psychiatric Care Services at ASH and the VPP (November 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 540 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (November 2006) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 541 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (December 2006) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 542 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (February 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 543 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (April 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 544 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (May 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 545 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (June 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 546 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (July 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 547 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (August 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 548 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (October 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 549 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (November 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance.  *See* 11/21/08 Trial Transcript at 651:18-21.  In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |

| | | | | |
|---|---|---|---|---|
| P - 550 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (December 2007) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 560 | Mental Health Treatment Plan for Coleman Class Member "UUU", June 3, 2008 (Stewart 7/30/08 Expert Tour, CMF) | Expert tour - responsive to request while on tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 561 | MHCB 2nd Quarter Chart Coleman 4/1/08 – 6/30/08 (Stewart 8/1/08 Expert Tour, MCSP) | Expert tour - produced in response to discovery request | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 564 | CDCR Executive Summary of Suicide Report for Coleman Class Member "GGGG" | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 565 | Inmate Profile for Coleman Class Member "VVV" (Stewart 8/1/08 Expert Tour, MCSP) | Expert tour - responsive to request while on tour | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 566 | HCCUP Patient Report, Patient Activity Report Summary – Inhouse for the Period of 1/1/2008 to 8/1/2008 (Stewart 8/1/08 Expert Tour, MCSP) | Expert tour - produced in response to discovery request | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and maintain their relevance objection. |
| P - 575 | CDCR Suicide Report for Coleman Class Member "HHHH" | Coleman monitoring - regularly produced | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance, Cumulative. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay and cumulative objections and maintain their relevance objection. |
| P - 585 | Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (September 2008) | Coleman monitoring - monthly production | Stipulate to Foundation/Authenticity; Objection based on Relevance, Hearsay. | This Court has already denied with prejudice defendants' objections based on relevance. *See* 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to the existence and/or impact of overcrowding. | Defendants withdraw their hearsay objection and continue to assert their relevance objection. |
| P - 598 | Email from Robert Gore to Kingston Prunty etc. Re: Parole Toolkit (July 10, 2007) | GOVPRIV001091 | Stipulate to Foundation/Authenticity; Objection based on Privilege. | Defendants assert deliberative process privilege only. Magistrate Moulds rejected defendants' deliberative process claims. Order, 5/23/08. Any privilege has been waived. | Defendants continue to maintain their privilege objection. |
| P - 599 | Fiscal Year 2007/2008 Budget Concept Statement, CDCR, Parole Accountability Project | E_PRIV_041076 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final/released as part of budget.) | Defendants assert deliberative process privilege only. Defendants assert deliberative process privilege only. Magistrate Moulds rejected defendants' deliberative process claims. Order, 5/29/08. Any privilege has been waived. | Defendants continue to maintain their privilege objections. |
| P - 613 | Article by Joan Petersilia, "Fewer Parolees Make for Safer Streets", LA Times, October 8, 2007 | E_DOF016055 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2)(admission of party opponent, made by agent concerning matter within the scope of the agency during the existence of the relationship). See http://socialecology.uci.edu/ files/vita/petersilia%20vita.pdf, listing Dr. Petersilia as "Consultant, California Parole & Community Services, Department of Corrections, 2004-present. Further, Dr. Petersilia is the Director of the Center for Evidence-Based Corrections at the University of California, Irvine, a research organization that is closely tied with the CDCR. The Center's mission is "threefold [including...] To assist The California Department of Corrections and Rehabilitation agencies to implement and evaluate these practices." The closeness of the relationship between the Center and the CDCR is further demonstrated by the Center's website, http://ucicorrections.seweb.uci.edu/, which provides links only to closely related UCI departments and CDCR. | Stipulate to Foundation/Authenticity; Objection based on Hearsay |

| | | | | | |
|---|---|---|---|---|---|
| P - 617 | Attachment #2, Parole Reform, Proposed Language Option #1, Discharge From Parole After 12 Month's Clean Time | E00027969 | Stipulate to Foundation/Authenticity. Will stipulate to final public document. | F.R.E. 801(d)(2) (admission of party opponent). Identified in production as having been authored by the Department of Finance. For a statement of a party to be admissible, it need not have been made public or final. | Stipulate to Foundation/Authenticity. Will stipulate to final public document. |
| P - 618 | Strike Team Work Product: Parole Accountability and Reform (from Joan Petersilia), September 1, 2007 | E_UCI015296 | Stipulate to Foundation/Authenticity. Will stipulate to final public document. | F.R.E. 801(d)(2) (admission of party opponent made by an agent concerning a matter within the scope of agency during the existence of the relationship. For a statement of a party to be admissible, it need not have been made public or final. | Stipulate to Foundation/Authenticity. Will stipulate to final public document. |
| P - 620 | Sonoma County Corrections Master Plan, Chapter Six: Jail Reduction Strategies | E_SON000295 - E_SON000243 | Objection based on Foundation, Authenticity, Hearsay. | F.R.E. 803(8) (public record); F.R.E. 801(d)(2)(admission of party opponent); Foundation/authenticity: if this is not resolved, plaintiff will call defendant/intervenor custodian of records to lay foundation. | Objection based on Foundation, Authenticity, Hearsay. |
| P - 714 | "Parolees with Mental Disorder: Toward Evidence-Based Practice," Louden, Dickinger & Skeem (unpublished manuscript) | E_UCI043712 | Objection based on Foundation, Authenticity, Hearsay. | F.R.E. 801(d)(2)(admission of party opponent made by an agent concerning a matter within the scope of the agency during the existence of the relationship: Dr. Skeem, one of the authors works closely with CDCR, and obtained the data relied upon in this paper from CDCR. Further, Dr. Skeem works with the Center for Evidence-Based Corrections ("Center") at the University of California - Irvine ("UCI"), a research organization that is closely tied with CDCR. The Center's mission, as described on its website is "threefold [including . . .] To assist The California Department of Corrections and Rehabilitation agencies to implement and evaluate these practices." The Center is in large part funded by CDCR. See http://uicicorrections.seweb.uci.edu/projects. The closeness of the relationship between the Center and the CDCR is further demonstrated by the Center's website, which provides links only to closely related UCI departments and CDCR. Foundation/authenticity: produced by defendants in discovery. | Objection based on Foundation, Authenticity, Hearsay. |
| P - 718 | Confidential Draft: Prison Reform Proposal | GOVPRIV006051 | Stipulate to Foundation/Authenticity; Objection based on Hearsay and Privilege. | Defendants assert deliberative process privilege only. Magistrate Moulds rejected defendants' deliberative process privilege claims. Order, 5/29/08. Any privilege has been waived. | Defendants continue to maintain their privilege objections. |
| P - 724 | 10 Points for Gov - Moving the System from "Transfer" Inmates to "Transitioning Inmates" | E_UCI015016 | Stipulate to Foundation/Authenticity. Objection based on Hearsay | F.R.E. 801(d)(2)(admission of party opponent). | Stipulate to Foundation/Authenticity; Objection based on Hearsay |
| P - 726 | Pandemic Initiative Template 8: Develop Program for Early Inmate/Ward Release | E00099815 | Stipulate to Foundation/Authenticity. Objection based on Hearsay and Relevance. | F.R.E. 801(d)(2)(admission of party opponent). Court overruled all relevance objections with prejudice 11/21/08. (Relevant to existence and/or impact of overcrowding). | Stipulate to Foundation/Authenticity. Objection based on Hearsay and Relevance. |
| P - 729 | Chart Entitled Expert Panel Report on Adult Offender Recidivism Reduction: Proposals for Reducing Institution and Parole Populations | E_DEFS001439 | Objection based on foundation / authenticity and hearsay. This document is not an Expert Panel report. It appears to be analysis of something contained in a report. | F.R.E. 801(d)(2)(admission of party opponent). This a chart entitled "Expert Panel Report on Adult Offender Recidivism Reduction: Proposals for Reducing Institution and Parole Populations" that analyzes the report. It was produced to us by Defendants during discovery, so it is authentic and has the appropriate foundation. | Objection based on Foundation/Authenticity and Hearsay. This document is not an expert panel report. It appears to be analysis of something contained in a report. |
| P - 734 | Memoranda from Jeff Fagot to Thomas Hoffman re AB 900 Management Projects and re AB 900 Rehabilitative Projects, (July 30, 2007) | E_PRIV_051484-051495 | Stipulate to Foundation/Authenticity and Admissibility. | F.R.E. 801(d)(2)(admission of party opponent). | Stipulate to Foundation/Authenticity. Objection based on Hearsay. |
| P - 735 | Memorandum from Alfred Martinez to Thomas Hoffman re Region III Assembly Bill 900 Analysis and Suggestions (August 10, 2007) | E_PRIV_057794-057805 | Objection based on hearsay | F.R.E. 801(d)(2)(admission of party opponent). | Stipulate to Foundation/Authenticity; Objection based on Hearsay |
| P - 737 | Valdivia v. Schwarzenegger, Fourth Report of the Special Master on the Status of Conditions of the Remedial Order, Valdivia v. Schwarzenegger, 2:94-cv-00671-LKK-GGH (April 2008) | Valdivia Docket | Stipulate to Foundation/Authenticity. Objection based on Relevance. | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to other relief and/or public safety. | Stipulate to Foundation/Authenticity. Objection based on Relevance. |

| | | | | | |
|---|---|---|---|---|---|
| P - 739 | Email from Tiffany Rolston to Elizabeth McAloon re Placing mental health patients in the community (February 21, 2007) | E_BAC_021877 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | Defendants assert deliberative process privilege only. This is a communication with a third party and is therefore not within any privilege, including deliberative process. | Stipulate to Foundation/Authenticity; Objection based on Hearsay |
| P - 744 | Senate Committee on Budget and Fiscal Review, Subcommittee No. 4 Agenda (April 17, 2008) | DEFS017946 | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance | This Court has already denied with prejudice defendants' objections based on relevance. See 11/21/08 Trial Transcript at 651:18-21. In any event, this document is relevant to other relief and/or public safety; FRE 803(8) (public record). | Stipulate to Foundation/Authenticity; Objection based on Hearsay, Relevance |
| P - 762 | Memo: from David Bennett to Jennifer Murray re: California Roadmap, 9/5/07 | E_SON001039 | Objections based on Foundation, Authenticity and Hearsay | F.R.E. 801(d)(2)(admission of party opponent). Foundation/authenticity: if this is not resolved, plaintiffs will call defendant intervenor custodian of records to lay foundation. | Objection based on Foundation/Authenticity and Hearsay. |
| P - 767 | Email from Suzanne Streater to Shama Chaiken re: Population Selection Subcommittee Meeting Minutes and Draft Paper, November 14, 2007 | E_PRIV_253084 | Stipulate to Foundation/Authenticity; Objection based on Hearsay | F.R.E. 801(d)(2)(admission of party opponent). | Stipulate to Foundation/Authenticity; Objection based on Hearsay |
| P - 768 | Capital Outlay Budget Change Proposal (COBCP) re: CDCR CIM, Chino; Consolidated Care Center for Budget Year 2008-2009 | DOF007549 - DOF007562 | Objection based on Foundation, Authenticity, Hearsay, Relevance, Privilege. (Will stipulate to final BCP). | F.R.E. 801(d)(2)(admission of party opponent). FRE 803(8) (public record). Magistrate Moulds rejected defendants' deliberative process claims. Order, 5/23/08. Any privilege has been waived. | Defendants withdraw their Foundation, Authenticity, and Relevance objections. Defendants maintain their Hearsay and Privilege objections. |
| P - 775 | Gore Letter to Gov Deukmejian, 7/16/07, (Plata Docket # 1421-5) | E_PRIV_171287-E_PRIV_171288 | Objection based on Relevance, Foundation, Hearsay. This is a draft letter that was never sent out. | Court overruled all relevance objections with prejudice 11/21/08. F.R.E. 801(d)(2)(admission of party opponent). Foundation: Gore testified he wrote it during deposition and wrote only what he considered to be true. Gore RT at 59:16-23 and 60:16-19. | Objection based on Relevance, Foundation, Hearsay. This is a draft letter that was never sent out. |
| P - 777 | Transcript of Proceedings, October 6, 2008, *Plata v. Schwarzenegger*, No. C 01-1351 TEH (Plata Docket 1543) | Plata Docket 1543 | Objection based on hearsay and argument of counsel. | FRE 803(8). Receiver's statements are public records of public office setting forth activities of the office. | Objection based on Hearsay and argument of counsel. |
| P - 806 | "The Role of Correctional Officers in Multidisciplinary Mental Health Care in Prisons" by Ira K. Packer, Ph.D., October 2001 (Exhibit 11 to the Packer Deposition) | | Stipulate to Foundation/Authenticity. Objection based on Hearsay. | F.R.E. 801(d)(2) (admission by agent of party opponent). F.R.E. 803(18) (Learned treatise). | Stipulate to Foundation/Authenticity. Objection based on Hearsay. |
| P - 810 | "Does Psychiatric Disorder Predict Violent Crime Among Released Jail Detainees?" by Teplin, Abram and McClelland, April 1994 (Exhibit 15 to the Packer Deposition) | | Stipulate to Foundation/Authenticity. Objection based on Hearsay. | Not offered for the truth of the matter asserted, but for impact on defendants' expert opinion. Also, statement on p. 340 that "our finding -- that psychiatric disorder was irrelevant to the probability of arrest for violent crime after release -- has important public policy implications for judicial decision making" was relied on by Dr. Packer in his October 1, 2008 report at 1 and footnote 1, and is therefore admissible under FRE 803(18). | Stipulate to Foundation/Authenticity. Objection based on Hearsay. |
| P-817 | Email from Judy Burleson to various recipients re: Agenda for Weekly Governor's Meeting October 11, 2007 @ 2pm and attached agenda (Oct. 10, 2007) | E_PRIV_242900 - E_PRIV_242901 | Stipulate to Authentication/Foundation. Objection based on Privilege. | F.R.E. 801(d)(2)(admission of party opponent). Defendants assert deliberative process privilege only. Magistrate Moulds rejected defendants' deliberative process claims. Order, 5/23/08. In addition, any privilege has been waived. | Stipulate to Authentication/Foundation. Objection based on Privilege. |
| P-825 | Florida Correctional Medical Authority Annual Report, 2003-2004 | Public Record | Objection based on Foundation and Hearsay. Document never verified by Dr. Thomas on examination. | The document was downloaded from the Florida Correctional Medical Authority's website at http://www.doh.state.fl.us/cma/reports/2002-03Annual Report.pdf | Defendants maintain their Foundation and Hearsay objections. |
| P-830 | Chart describing flow of CDCR admissions and releases -- Demonstrative exhibit used at trial on 12/4/08 | James Austin | This document is inaccurate, misleading, and mischaracterizes the data. | All data reflected in this document came from the Defendant's Fall 2008 Population Projections, Exhibit 781, to which defendants have raised no objections. | Defendants continue to assert their objections. |
| P-831 | Plata Report, Pleasant Valley State Prison (October 12, 2006) | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants continue to assert their Hearsay objections. |

| | | | | |
|---|---|---|---|---|
| **P-832** | Plata Report, Substance Abuse Treatment Facility (May 1, 2007) | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-833** | Plata Report, Avenal State Prison (May 30, 2007) | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-834** | Plata Report, Salinas Valley State Prison (October 4, 2007) | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-835** | Plata Report, California Correctional Center (October 18, 2007) | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-836** | Letter fom Prison Law Office to Clark Kelso, re: Executive Summary of April 22, 2008 site visit, Aptil 28, 2008 | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-837** | Letter fom Steve Fama to Clark Kelso, re: Executive Summary of April 22, 2008 site visit to COR, May 12, 2008 | Plata Plaintiffs | Objection based on Hearsay. The post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | FRE Rule 106 (rule of completeness). Defendants have introduced some of Plaintiffs' Post-tour Reports, and plaintiffs submit these exhibits to complete the record. | Defendants maintain their Hearsay objections. |
| **P-842** | Graph: California Parolees and Violent Crime Rate, Statewide and by County, 1990-2007 | | Improperly disclosed expert testimony; inappropriate expert testimony from a lay witness; Hearsay; misleading and mischaracterizes evidence. (See 12/19/08 trial transcript) | Admitted at trial on 12/19/08. | See 12/19/08 trial transcript. |
| **P-843** | Email, Bataille to Antonen, 9-6-08, Forwarding email Bataille to Kingdon, Ryan, Pena, 8-21-08, BAT000551-552, Bataille 9-16-08 Deposition, Exhibit 18 | Bataille's Depo Exh. 18, BAT000551-552 | Objection based on Hearsay. | FRE 801(d)(2)(C)(Bataille's statements druing her expert engagement are authorized admissions); FRE 801(d)(2)(D) (Bataille's statement made during her expert engagement are vicarious admissions); FRE 803(3) (statement of Bataille's state of mind regarding county obligations to serve parolees with mental illness at the time she was writing her report) | Defendants maintain their hearsay objection. |
| **P-844** | California State Treasurer, Projects Shut Down from the Pooled Money Investment Board Website, December 18, 2008 | http://www.treasurer.ca.gov/pmia-laif/pmib-staff/20081217_appendix.pdf | Not a proper impeachment document; was not disclosed in discovery. | Defendants have failed to raise any recognized objections to this exhibit. | Defendants maintain their objections. |

# APPENDIX B

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, Cvt-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM/F
*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*
*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I./II. | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1073 | Plaintiffs' Counsel's Post-Tour Letter re California Rehabilitation Center, dated June 6, 2007. | [DEFS 05292 4- DEFS0 52935] | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | Even if non-hearsay, these reports should not be admitted unless the Court also admits, pursuant to Fed.R.Evid 106, other letters written by plaintiffs' counsel after visits to prisons to check on the status of medical care delivery. The other letters that Plaintiffs seek to admit for this purpose have been identified as Plaintiffs' Exhibits P-831 through 837. It is unfair for defendants to assert that the letters by plaintiffs' counsel that they offer constitute party admissions, and then argue based on those selected letters that plaintiffs never, for example, asserted post-tour letters that there was a lack of adequate clinical or other medical related space or did not mention crowding related problems, when other letters did all those things. The additional letters specified by plaintiffs are "other writings" which the Court in fairness must consider together with the letters selected by defendants. Defendants' response fails to address this key point of plaintiffs' objections. |
| I./II. | 1074 | Plaintiffs' Counsel's Post-Tour Letter re CCWF, dated February 7, 2007. | [DEFS 05275 5- DEFS0 52765] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1075 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Women, dated May 7, 2007. | [DEFS 05286 4- DEFS0 52870] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1076 | Plaintiffs' Counsel's Post-Tour Letter re San Quentin, dated March 7, 2007. | [DEFS 05280 4- DEFS0 52812] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1077 | Plaintiffs' Counsel's Post-Tour Letter re CSP-Sacramento, dated March 8, 2006 [sic]. | [DEFS 05281 3- DEFS0 52826] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d). On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |

COLEMAN/PLATA - 3 JUDGE COURT/USDC, ND, C01-1351 TEH/USDC, ED, 90 CV-0520 LKK JFM

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1078 | Plaintiffs' Counsel's Post-Tour Letter re California Institute for Men, dated April 26, 2007. | [DEFS 05238-DEFS0 52851] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1079 | Plaintiffs' Counsel's Post-Tour Letter re Correctional Medical Facility, dated May 7, 2007. | [DEFS 05286 4-DEFS0 52870] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1080 | Plaintiffs' Counsel's Post-Tour Letter re California Men's Colony, dated August 3, 2007. | [DEFS 05299 2-DEFS0 53001] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1081 | Plaintiffs' Counsel's Post-Tour Letter re Kern Valley State Prison, dated August 15, 2007. | [DEFS 05300 2-DEFS0 53014] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1082 | Plaintiffs' Counsel's Post-Tour Letter re Deuel Vocational Institution, dated September 24, 2007. | [DEFS 05301 5-DEFS0 53028] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1083 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated October 9, 2007. | [DEFS 05302 9-DEFS0 53043] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |
| I./II. | 1084 | Plaintiffs' Counsel's Post-Tour Letter re Mule Creek State Prison, dated March 2008. | [DEFS 05414 7-DEFS0 54160] | Hearsay -- Fed.R.Evid. 802; In the alternative, if admitted, the following other plaintiffs' counsel post-tour letters must be admitted as well (Fed.R.Evid. 106): October 12, 2006 (PVSP), May 1, 2007 (SATF), May 30, 2007 (ASP), October 10, 2007 (VSPW), October 4, 2007 (SVSP), October 18, 2007 (FOL), October 18, 2007 (CCC), May 12, 2008 (COR), April 28, 2008 (SATF). | The post-tour letters prepared by Plaintiffs' counsel, and identified by Defendants, constitute party admissions and are admissible pursuant to Fed. R. Evid. 801(d).  On the other hand, the post-tour letters Plaintiffs request to be admitted are not subject to any hearsay exception including party admissions. | See statement above regarding D-1073. |

| Phase I/II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1139 | *Coleman* Defendants' August 2007 Mental Health Bed Plan, with attached population forecast report of John Misener/Navigant | DEFS0 04609-DEFS0 04642 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan and population forecast; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1140 | Defendants' Small Management Yard Plan, filed October 29, 2007, with supplemental statements and declarations, filed December 4, 2007. | Col. Docket No. 2492 and 2590 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1141 | Defendants' Plan to Reduce Suicide Trends in Administrative Segregation, filed October 2, 2006, with Response to Plaintiff Objections, filed December 1, 2006. | Col. Docket No. 2061 and 1990 with Ex. A as 1990-2 | Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1142 | Defendants' Plan to Provide Enhanced Outpatient Program (EOP) care in Reception Centers, filed July 31, 2006, with Revised Reception EOP Plan, sent December 3, 2007. | Col. Docket No. 1928, +.pdf | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1143 | Defendants' Response to Court Order to Address Staffing Vacancies Within DMH, filed May 16, 2007. | Col. Docket No. 2219 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402; Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, CIV-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM†

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

**Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses**

| Phase I./II. | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1144 | Defendants' Response to Special Master Keating's Recommendations in 16th Round Report Concerning CDCR Mental Health Clinician's Salaries, filed December 7, 2006. | Col. Docket No. 2067 | A; Stipulate as to authenticity and for purpose of showing Defendants submitted response; Hearsay under FRE 802 to the extent offered to show the described responses has been implemented and as to truth/accuracy of statements in document; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1145 | Department of Mental Health's May 2007 plan to increase mental health clinician salaries, with June 2007 court order approving plan. | Col. Docket Nos. 2222, 2301 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1146 | *Coleman* Order of October, 2004 and Defendants' Plan to Provide Regionalized Care to Exhibitionists, sent July 2007, with amending memoranda and form, dated August 31, 2007.  (Subject to Protective Order and Under Seal) | Col. Docket No. 1598 and DESF058661-DEFS058675 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1152 | Filed compliance statement concerning implementation of plan to train and implement policy for correctional officers to provide cardiopulmonary resuscitation to inmates. | Col. Docket No. 2346 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1153 | Filed compliance statements concerning implementation of plans to provide televisions and other appliances to administrative segregation inmates, dated March 12, 2007. | Col. Docket No. 2363 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, C01-1351 TEH/USDC, ED, 90 CV-0520 LKK JFM

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1154 | Filed compliance statements concerning implementation of plans to evaluate non-board eligible psychiatrists for competency. | Col. Docket No. 2748 | Stipulate as to authenticity and for purpose of showing Defendants submitted compliance statement; Hearsay under FRE 802 to the extent offered to show the truth of statements therein; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1156 | *Coleman* Defendant DMH plan to activate 231 beds at Atascadero State Hospital. | Col. Docket No. 2580 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402; tipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Defendants contend that the plan to activate beds is relevant to receiving care and is relevant to Phase I. Admissible under the business records exception. Fed. R. Evid. 803 (6).  Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1157 | *Coleman* Defendants' Supplemental Report Regarding Television and Radio Accessibility in Administrative Segregation unit, filed August 21, 2007. | Col. Docket No. 2382 | Stipulate as to authenticity and for purpose of showing Defendants submitted report; Hearsay under FRE 802 to the extent offered to show the truth of the matters asserted; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1158 | *Coleman* Defendants' feasibility reports on Coalinga State Hospital, filed November 2006 and Coalinga State Hospital amended feasibility report, filed December 4, 2006. | Col. Docket No. 2014, 2092 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Feasibility reports are submitted to show fact that analysis occurred and it is not offered for the truth.  Fed. R. Evid. 801(d). | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1159 | *Coleman*/CDCR Defendants' response to court order for plan to address mental health assessment needs of CCCMS inmates subject to discipline, filed October 1, 2007. | Col. Docket No. 2440 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1160 | *Coleman*/CDCR Defendants' response to court order for plan to address recruitment, filed October 1, 2007. | Col. Docket No. 1807 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, 01-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM/F

Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer

Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses

| Phase I / II. | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1162 | Misener/Navigant mental health and overall CDCR population forecast, annual report of July 2007, report of August 2007 (and any ongoing reports), and contract, report of June 2008. | DEFS0 04609-901 DEFS0 04642 | Hearsay -- Fed.R.Evid. 802; Lack of Foundation -- Fed.R.Evid. 901 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show fact occurred in conformance with Court order to hire Navigant and to do forecasts and to do bed plans in conformance with the forecasts. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1175 | *Coleman* Defendants' Mental Health Bed Plan of July 2008 (produced on July 16, 2008) and its attached projections of the mental health population prepared by Navigant consulting group. | DEFS0 58748-DEFS0 58777 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan and population forecast; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1177 | Defendants' May 1, 2008 enhanced referral strategy to provide mental health assessments for CCCMS inmates within the disciplinary process | DEFS0 58740-DEFS0 58743 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1178 | Defendants' May 1, 2008 further plan to enhance referral strategy for intermediate care beds at Atascadero State Hospital. | DEFS0 58884-DEFS0 58891 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1179 | Defendants' May 1, 2008 further plan to provide EOP care in Reception Centers. | DEFS0 58892-DEFS0 58896 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1180 | Defendants' May 1, 2008 further plan to provide EOP care in administrative segregation centers. | DEFS0 58897-DEFS0 05901 3 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |

Defendants' Trial Exhibits Still In Dispute as of 12/23/08
Plata v. Schwarzenegger, 01-1351 (N.D. Cal.); Coleman v. Schwarzenegger, 94-520 (E.D. Cal.)
Page 6

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, CV1-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1181 | Defendants' May 1, 2008 further plan to enhance recruitment efforts and strategies. | DEFS0 59014- DEFS0 59041 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay under hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1182 | Correspondence of the Department of Finance to the Legislature, dated May 13, 2008 and May 14, 2008, seeking funds for third watch staffing of exercise yards in certain prisons as well as to obtain budgetary approval of certain positions identified in the mental health workload study. | DEFS0 59042- DEFS0 59065 | Hearsay -- Fed.R.Evid. 802; Relevance -- Fed.R.Evid. 402 | Not offered to show truth, offered to show act therefore admissible. Defendants contend that this is relevant to Phase I. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1184 | CDCR Adult Programs Rehabilitative Programming Reform Project Work Plan | DSUP P0047 98- DSUP P0050 12 | Hearsay if offered to show that any implementation steps took place on the dates indicated in the project plannig charts -- Fed.R.Evid. 802 | Offered to show implementation steps have been taking place. | Withdraw Objection If Offered Only for Purpose Stated Here. |
| I./II. | 1190 | Correctional Offender Management Profiling for Alternative Sanctions (COMPAS) Report, dated September 2008. | DEFS0 58191- DEFS0 58230 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This is a spreadsheet first produced 11/14/08, with what appears to by *several dozen sub-parts*, with acronnyms that are not known or explained, numbers etc. that are not referenced to any source data, compiled by who knows who, etc. | The Defendants are offering Exhibit 1190 (COMPAS) for the limited purpose to show that CDCR has developed and is using a risk and needs tool.  This exhibit is not being offered for the truth of the actual data that has been derived from COMPAS. | Consistent with Defendants' response, Plaintiffs request that the Court issue an order stating that D-1190 is admitted only for the purpose of showing that "CDCR has implemented the Correctional Offender Management Profiling for Alternative Sanctions (COMPAS) instrument."  The quoted language is from the Trial Affidavit of Thomas Hoffman at page 8:23-25, which sponsors D-1190 as evidence of the truth of the quote.  The underlying risk and needs numbers were never made available to Plaintiffs for verification as required by FRE 1006.  Therefore, Plaintiffs request that the Court not admit this exhibit for the truth of the risk and need evaluations in the charts, but only for the purpose of showing that CDCR has a risk and needs program underway, as stated in the Trial Affidavit of Thomas Hoffman at pages 8:23 to 9:19 (Coleman Docket No. 3148). |
| I./II. | 1193 | *Coleman* Defendants submitted plan to provide mental health care to *Valdivia* members, dated September 2008. | DEFS0 59096- DEFS0 59018 2 | Inadmissible evidence of changes in prison conditions after August 30, 2008 -- July 2, 2008 Order at 3:6-7;  Hearsay, to the extent it is offered to show that any plan stated therein is actually being implemented -- Fed.R.Evid. 802.  Foundation, as this is a draft plan, and still being negotiated.  It cannot be presented as if it were a final plan -- Fed.R.Evid. 901 | Draft plan is pending approval of the Special Master and was negotiated through August with Plaintiffs. Offered to show that a plan memorializing those August negotiations was proffered. The implementation of the mental health portion of the plan is shown on the exhibit regarding referral of CDCR parolees to higher level of care. | Withdraw Objection If Offered Only for Purpose Stated Here. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, C01-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

**Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses**

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| II. | 1209 | Petersilia Article "When Prisoners Return to the Community". (http://www.ncjrs.gov /pdffiles1/nij/184253. pdf) (Public Record). | DEFS0 56233- DEFS0 56240 | Hearsay - Fed. R. Evid. 802. | Subject to a Hearsay Exception - Learned Treatise Fed. R. Evid. 803. | Federal Rule of Evidence 803(18) specifically states that if something is admitted as a learned treatise, "the statements may be read into evidence *but may not be received as exhibits.*" Defendants did not read this document into evidence at trial and the Court should accordingly reject it as a trial exhibit. In addition, Defendants failed to use this exhibit with an expert, which is also required for admission. Fed. R. Evid. 803(18) |
| I./II. | 1235 | Demonstrative Exhibit - Staffing Progress for Medical and Mental Health | Produc ed 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; source is identified as Defs' Trial Exh. No. 1263, but this document was not provided; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed; | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). | Please see main body of the joint statement for full Reply.  The underlying data identified by Defendants, D-1263 is itself a litigation summary, not a business record.  Thus, this summary cannot be admissible under either Rule 803(6) or Rule 1006. Defendants also failed to provide the underlying data "within a reasonable time" as required by Fed. R. Evid. 1006. |
| I./II. | 1236 | Demonstrative Exhibit -- Summary of  Trends and Suicide Trends (Robert Canning). | Produc ed 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; no source for underlying data identifed; no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed; Objection for reasons articulated in Plaintiffs' motion to strike in connection with Defendants' MIL 10 | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). Defendants have provided Plaintiffs with the source information for this exhibit. | Defendants' assertion of the business record exception, FRE 803(6), is beside the point.  This bar chart purports to summarize voluminous records of suicides, and must therefore meet the FRE 1006 requirement that the data used to compile the chart be made available at a "reasonable time," "to give the opposing party an opportunity to verify the reliability and accuracy of the summary prior to trial."  Amarel v. Connell, 102 F.3d 1494, 1516 (9th Cir. 1996).  The proponent of a summary has an affirmative obligation to make the raw data available even if it is not demanded in discovery. Air Safety, Inc. v. Roman Catholic Archbishop of Boston, 94 F.3d 1, 8 (1st Cir. 1996).  In the meet and confer process, Plaintiffs demanded the raw data, and received only a single sheet of paper with no data at all, but just with the formulas used to calculated the moving average line in the chart. |
| II. | 1242 | Demonstrative Exhibit -- Summary of CDCR Parolee Assistance Programs. | Produc ed 11/06 | phase 2 | Defendants have updated its Exhibit List to provide the appropriate name for this Exhibit. | The chart produced as Ex. 1242 is titled "Mental Health Programs at CDCR Institutions."  It is a map with MHSDS programs and capacities. It does not appear to match the title given here.  Plaintiffs have no objection to the map. No "Summary of CDCR Parolee Assistance Programs" has been produced to Plaintiffs. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, CVI-1351 TEH/USDC, ED, 90 CV-0520 LKK JFM

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I / II. | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1245 | Demonstrative Exhibit -- Hiring Progress Report-Six Month Vacancy Summary | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart does not identify with any specificity underlying source data; no identification of who compiled, etc.; Produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter information identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). The source data for this chart was obtained from the State Controllers Office database. | Defendants' assertion of the business record exception, FRE 803(6), is beside the point.  This table purports to summarize systemwide "established" and "filled" positions.  Defendants have not provided the source data, and in an email on December 4, 2008, stated that they would provide it at some future date.  FRE 1006 requirement that the data used to compile the chart be made available at a "reasonable time," "to give the opposing party an opportunity to verify the reliability and accuracy of the summary prior to trial."  Amarel v. Connell, 102 F.3d 1494, 1516 (9th Cir. 1996). |
| I./II. | 1246 | Demonstrative Exhibit -- AllNumbers_BasedOnSCO2_revised_10-15-08 | Produced 11/06 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart appears created for litigation; does not identify with any specificity underlying source data; no identification of who compiled, etc.; Produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart and is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter.  Admissible under the business records exception. Fed. R. Evid. 803 (6). The source data for this chart was obtained from the State Controllers Office database. | Defendants' assertion of the business record exception, FRE 803(6), is beside the point.  This bar graph purports to summarize systemwide "established" and "filled" positions.  Defendants have not provided the source data, and in an email on December 4, 2008, stated that they would provide it at some future date. FRE 1006 requirement that the data used to compile the chart be made available at a "reasonable time," "to give the opposing party an opportunity to verify the reliability and accuracy of the summary prior to trial." Amarel v. Connell, 102 F.3d 1494, 1516 (9th Cir. 1996). |
| II. | 1248 | Demonstrative Exhibit -- August 2008 Risk - Need Sacramento | Produced 11/06 | FRE 1006, summary of voluminous data that has not been made available to Plaintiffs within a reasonable time to allow verification of the data, or deposition of persons who complied it. | The Defendants are offering Exhibit 1248 (COMPAS) exhibit as identified in Mr. Hoffman's declaration. The information is offered to show that Defendants have developed a risk and need tool.  The exhibit will not be offered to show any truth of the actual data that has been derived from COMPAS. COMPAS charts are regularly created to assist DAPO and CDCR in the management of its population.  COMPAS data is regularly put into chart format. Ms. Carrie Daves operates the COMPAS software as part of her regularly performed duties. | Plaintiffs request that the Court accept this exhibit into evidence only for the limited purpose of showing that Defendants have developed a risk and needs tool and not for the truth of the risk data summarized in the map and charts. |
| II. | 1249 | Demonstrative Exhibit -- August 2008 Risk - Need San Diego | Produced 11/06 | FRE 1006, summary of voluminous data that has not been made available to Plaintiffs within a reasonable time to allow verification of the data, or deposition of persons who complied it. | The Defendants are offering Exhibit 1249 (COMPAS) as identified in Mr. Hoffman's declaration. The information is offered to show that Defendants have developed a risk and need tool.  The exhibit will not be offered to show any truth of the actual data that has been derived from COMPAS. COMPAS charts are regularly created to assist DAPO and CDCR in the management of its population.  COMPAS data is regularly put into chart format. Ms. Carrie Daves operates the COMPAS software as part of her regularly performed duties. | Plaintiffs request that the Court accept this exhibit into evidence only for the limited purpose of showing that Defendants have developed a risk and needs tool and not for the truth of the risk data summarized in the map and charts. |
| II. | 1263 | Staffing Reports from SCO's Established Position File | DEFS0056436-DEFS057544 | FRE 1006, summary of voluminous data that has not been made available to Plaintiffs within a reasonable time to allow verification of the data, or deposition of persons who complied it. | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Please see main body of the joint statement for full Reply regarding this exhibit and D-1235.  The data identified by Defendants, D-1263 is a litigation summary, not a business record.  Thus, this summary cannot be admissible under either Rule 803(6) or Rule 1006. |

COLEMAN/PLATA - 3-JUDGE COURT/USDC, ND, CIV-1351 TEH/USDC, ED, 90-CV-0520 LKK JFM/P

*Phase I Exhibits Still In Dispute on 12/23/08 After Meet and Confer*

*Plaintiffs' Joint Trial Exhibits, Defendants' Objections and Plaintiffs' Responses*

| Phase I / II | Exh. No. | Exhibit Name | Bate # / ID | Plaintiffs' Objections | Defendants' Responses | Plaintiffs' Reply |
|---|---|---|---|---|---|---|
| I./II. | 1288 | California Department of Corrections and Rehabilitation's Recruitment Plan, dated November 2007. | Col. Docket No. 2442 | Stipulate as to authenticity and for purpose of showing Defendants submitted plan; Hearsay under FRE 802 to the extent offered to show the described plan has been implemented and as to truth/accuracy of statements in plan; also hearsay within hearsay under FRE 805 | Admissible under the business records exception. Fed. R. Evid. 803 (6). Offered to show Defendants have proposed plans based upon relevant data that  address various issues arising from the development of a mental health services delivery system in California prisons. | Withdraw Objection If Offered Only for Purpose Statedd Here. |
| I./II. | 1290 | Demonstrative Exhibit - CDCR Waitlist Trends | DEFS0 59247- DEFS0 59253 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance.  This chart is created for litigation; no source for data identified; provides no identification of who compiled, etc.; produced after individuals who could discuss chart's contents had already been deposed | This exhibit depicts an appropriate chart or summary of relevant populations, locations, and/or statistics of the subject matter identified at the time(s) indicated.  It is based on information equally available to Plaintiffs, and was gathered from entities or persons that Plaintiffs have either previously deposed or had the opportunity to depose.  The subject matter addressed is relevant to issues before the Court in Phase I of trial in this matter. Admissible under the business records exception. Fed. R. Evid. 803 (6). | This series of bar graphs purports to show changes in wait lists for higher levels of care in the Mental Health Services Delivery System.  FRE 1006 requires that the materials being summarized "shall be made available for examination or copying, or both, by other parties at reasonable time or place."  The underlying data has not been made available for verification by Plaintiffs counsel as late as December 6, 2008. |
| II. | 1300 | COMPSTAT Monitoring of Program Utilization | DEFS0 55104- DEFS5 5107 | FRE 1006, summary of voluminous data that has not been made available to Plaintiffs within a reasonable time to allow verification of the data, or deposition of persons who complied it. | COMPSTAT is monitoring tool used to verify information. COMPSTAT is not being offered for the truth for the truth of the actual data that has been derived from COMPSTAT.  It is used in the regular course of business. | Plaintiffs request that the Court accept this exhibit into evidence only for the limited purpose of showing that Defendants are using COMPSTATE and not for the truth of the data summarized in the exhibit. |
| I./II. | 1308 | Mentally Ill Parolee Population Report. | DEFS0 55890- DEFS0 55897 | Stipulate to authenticity and admissibility except as to the purported "Recidivism Rates of Mentally Ill Parolees" table at page 4 as hearsay and an improper summary that fails to meet the requirements of FRE 1006 that the underlying data be made available.  The underlying data has not been made available.  the author of this document, Robert Storms, testified in deposition that the information for this chart came from an outside research organization and thus was not collected in the ordinary course of business.  In addition, Mr. Storms was unable to account for the manner in which the purported recidivism calculations were made. (Depo. of Robert Storms, 79:3-15; 84:8-87:25.) | Offered to show identification of projects occurred. Relevant to Phase I issues. | Consistent with Defendants' Response, Plaintiffs request that the Court accept this exhibit into evidence only for the limited purpose of showing that "identification of projects occurred" regarding meeting the needs of parolees with mental illness.  Plaintiffs request that the exhibit not be accepted for the truth of the matters asserted in the purported recidivism table at page 4 because Defendants have not disputed that the numbers reported in the table are hearsay, and are an improper summary under FRE 1006. |
| I./II. | 1312 | Assignment to identify HSCD projects. | DEFS0 57617- DEFS0 57619 | Improper summary or compilation -- Fed.R.Evid. 1006; also foundation, authenticity, relevance; Heasary, Fed.R.Evid. 802.  This is a spreadsheet first produced 11/14/08, no information provided regarding source of data, method of compilation, compiler, etc.; from exhibit description, it appears to be unsworn out-of-court testimony offered for the truth of the matters asserted. | Offered to show identification of projects occurred. Relevant to Phase I issues. | Withdraw Objection If Offered Only for Purpose Statedd Here. |

Defendants' Trial Exhibits Still In Dispute as of 12/23/08

Plata v. Schwarzenegger, 01-1351 (N.D. Cal.); Coleman v. Schwarzenegger, 94-520 (E.D. Cal.)

Page 10