SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN
GAY C. GRUNFELD

JANE KAHN[2]

**ROSEN, BIEN & GALVAN, LLP**
ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com
www.rbg-law.com

HOLLY BALDWIN
LISA ELLS
ELIZABETH H. ENG
MARK R. FEESER
SHIRLEY HUEY[3]
MEGHAN LANG
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[4]
THOMAS NOLAN
KENNETH WALCZAK[5]
AMY WHELAN
SARAH O. ZIMMERMAN[5]

December 24, 2008

**VIA FEDEX DELIVERY**

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Re:   *Coleman v. Schwarzenegger,* Case No. 90-0520 LKK-JFM
      *Plata v. Schwarzenegger,* Case No. 01-1351 TEH
      Our File No. 489-3

Your Honors:

   Plaintiffs and Defendants will file all excerpts of deposition testimony that have been designated and counter-designated by the parties no later than January 8, 2009. Defendants have agreed to the filing of this letter.

                              Sincerely yours,

                              ROSEN, BIEN & GALVAN, LLP

                              */s/ Maria V. Morris*

                              By:  Maria V. Morris

RA:rjs

[1] MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2] OF COUNSEL
[3] MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4] MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5] MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

[262478-1]