IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER RE: GOVERNOR'S BUDGET PROPOSAL</u> |

    The State shall advise the Court and the parties whether the Governor has submitted a budget proposal to the legislature containing any provisions relating to the release of prisoners. If so, the State shall further advise the Court and the parties whether such provisions include any statements regarding public safety as well as the method by which any reductions in the prison population should be accomplished. Further, the State shall advise the Court and the parties as to what effect, if any, the provisions in the Governor's proposed budget have on the State's positions in this lawsuit. Finally, the State shall attach to its response to this order a copy of all relevant portions of the Governor's proposed budget.

The State's response to this order shall be filed in writing with the Court by no later than Friday, January 16, 2009, and shall be simultaneously served on all parties, including intervenors.

**IT IS SO ORDERED.**

Dated: 01/06/09

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 01/06/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 01/06/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA