PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS** |

Plaintiffs hereby submit true and correct copies of the deposition excerpts designated and counter-designated by Plaintiffs and Defendants in: *Plata* Docket 1724, *Coleman* Docket 3234; *Plata* Docket 1794, *Coleman* Docket 3283; *Plata* Docket 1916, *Coleman* Docket 3378; *Plata* Docket 1910, *Coleman* Docket 3371; *Plata* Docket 1895, *Coleman* Docket 3362; *Plata* Docket 1894, *Coleman* Docket 3361; *Plata* Docket 1893, *Coleman* Docket 3360; *Plata* Docket 1892, *Coleman* Docket 3359; *Plata* Docket 1890, *Coleman* Docket 3357; *Plata* Docket 1887, *Coleman* Docket 3354; *Plata* Docket 1886, *Coleman* Docket 3353; *Plata* Docket 1885, *Coleman* Docket 3352; and *Plata* Docket 1852, *Coleman* Docket 3326.   The parties have highlighted their respective designated and counter-designated testimony in these excerpts.[1]

Plaintiffs' Phase I designations are followed by Plaintiffs' Phase II designations, and then Defendants' designations, which are not divided into phases.  Each designation is followed by counter-designation, if any, for that deponent.

**PLAINTIFFS' PHASE I DESIGNATIONS AND DEFENDANTS' COUNTER-DESIGNATIONS**

**Exhibit 1:** Deposition of David Bennett, September 9, 2008 (Designations)

5:13-15; 11:15-12:7; 12:12-12:24; 75:10-17; 75:24-76:19; 76:21-77:5

**Exhibit 2:** Deposition of Victor Brewer, September 4, 2008 (Designations)

10:17 - 13:16; 14:25 - 19:11; 49:22- 53:21; 54:18 - 55:17; 56:4 - 60:11; 79:8 - 82:16; 82:17 – 85:21; 100:16 – 101:15; 120:23 - 123:20; 126:5 – 129:4; 135:5 - 138:21; 147:25 - 149:11; 161:1 - 164:20; 165:20- 166:14; 190:18 - 193:1

**Exhibit 3:** Deposition of Victor Brewer, September 4, 2008 (Counter-Designations)

**Exhibit 4:** Deposition of Matthew Cate, August 29, 2008 and September 12, 2008 (Designations)

---

[1] In places, Plaintiffs highlighting has included a couple lines or left off a couple lines for clarity or completeness of the excerpted testimony.

1  90:14-92:5; 93:3-7; 95:10-15; 141:13-22; 142:4-15; 161:2-9; 161:16-18; 162:23-163:1; 174:4-
2  6; 174:10-16; 174:21-175:11; 175:14-176:19; 219:13-220:23; 220:25-221:3; 221:8-15; 250:14-
3  251:22; 255:20-256:25; 272:12-22

4  **Exhibit 5:**   Deposition of Matthew Cate, August 29, 2008 and September 12, 2008
5  (Counter-Designations)

6  **Exhibit 6:**   Deposition of Shama Chaiken, August 29, 2008 (Designations)
7  6:9 – 6:13; 41:1- 44:19; 54:15- 54:23; 56:6- 56:24; 70:23- 71:9; 92:21- 94:13; 94:14- 97:22;
8  98:22- 99:15; 104:19- 105:22; 114:20- 116:16; 116:20- 117:15; 118:17- 119:8; 121:4- 124:20;
9  137:15- 140:24; 142:16- 143:1; 143:21- 144:23; 146:20- 149:13; 163:18- 164:7; 165:24-
10  166:19; 167:7- 168:1; 169:12- 170:24; 196:11- 197:23

11  **Exhibit 7:**   Deposition of Shama Chaiken, August 29, 2008 (Counter-Designations)

12  **Exhibit 8:**   Deposition of Robin Dezember, December 14, 2007 (Designations)
13  106:12-112:16

14  **Exhibit 9:**   Deposition of Robert Gore, October 1, 2008 (Designations)
15  8:5-16; 63:2-10

16  **Exhibit 10:**   Deposition of Robert Gore, October 1, 2008 (Counter-Designations)

17  **Exhibit 11:**   Deposition of Deborah Hysen, September 3, 2008 (Designations)
18  12:8-10; 12:15-17; 14:11-23; 17:2-18:1; 157:2-7; 157:10-158:24

19  **Exhibit 12:**   Deposition of Deborah Hysen, September 3, 2008 (Counter-Designations)

20  **Exhibit 13:**   Deposition of Rick Johnson, September 3, 2008 (Designations)
21  9:18 – 9:19; 77:19 - 81:15; 83:5 - 83:11; 92:23 - 93:17; 94:6 - 94:9; 96:4 - 97:12; 139:15-
22  139:20; 163:16- 163:23; 164:2 - 165: 14; 210:18 - 211:14

23  **Exhibit 14:**   Deposition of John Misener, January 29, 2008 (Designations)
24  16:5 - 17:1; 22:19 - 24:25; 49:6 - 49:18; 53:5 - 53:25; 116:12 - 118:8; 123:21 - 124:20; 131:19
25  - 132:21; 154:7 - 155:7; 162:22 - 163:22; 182:21 - 184:1; 187:5 - 188:18; 191:17 - 194:9;
26  202:20 - 205:21; 212:18 - 215:20; 220:7 - 221:2

27  **Exhibit 15:**   Deposition of Christopher J. Mumola, August 25, 2008 (Designations)

28

[262404-1]

59:18-22; 60:4-62:5; 62:14-17; 62:20-63:5; 63:8-15; 63:18-64:5; 64:8-10; 72:5-9; 72:18-22; 73:5-77:15; 82:10-13; 82:22-83:3; 83:6; 83:19-84:1; 84:4; 90:15-22; 91:2-11; 92:10-16; 92:18; 94:5-12; 94:14; 95:9-13; 95:15; 97:5-9; 97:13; 102:10-14; 102:17-103:16; 104:21-105:1

**Exhibit 16:** Deposition of Christopher J. Mumola, August 25, 2008 (Counter-Designations)

**Exhibit 17:** Deposition of George Sifuentes, December 15, 2007 (Designations)

14:16 - 18:8; 23:8 - 26:20; 41:7 - 42:10; 43:23 – 46:12; 54:1 - 54:8; 54:15 - 55:20; 70:20 - 73:12; 86:16 - 92:12; 94:7 - 97:22; 101:17 - 106:15; 203:13 - 208:18

**Exhibit 18:** Deposition of George Sifuentes, December 15, 2007 (Counter-Designations)

**Exhibit 19:** Deposition of James Tilton, September 3, 2008 (Designations)

10:20 - 11:23; 15:1 - 17:12; 56:14 - 57:21; 60:10 - 62:22; 62:23 - 65:18; 65:23 - 66:22; 68:5 - 69:2; 69:14 - 71:17; 73:15 - 74:1; 74:19 - 76:16; 76:17 - 77:23; 77:24 - 79:21; 79:22 - 80:25; 81:6 - 81:24; 124:11 - 126:4; 131:25 - 132:7; 193:1 - 193:7; 193:21 - 195:22; 220:14 - 222:1; 222:2 - 225:22; 226:12 - 228:15

**PLAINTIFFS' PHASE II DESIGNATIONS AND DEFENDANTS' COUNTER-DESIGNATIONS**

**Exhibit 20:** Deposition of Victor Brewer, September 4, 2008 (Designations)

10:17 - 13:16; 60:12 - 62:9; 82:17 - 99:19; 99:20 - 102:3; 103:4 - 104:2; 104:3 - 105:8; 105:9 - 105:17; 106:5 - 107:1; 107:5 - 108:11; 108:12 - 110:7; 110:14 - 112:18; 112:20 - 114:4; 117:22 - 119:1; 119:2 - 120:19; 120:23 - 123:20; 151:6 - 152:24; 164:23 - 166:14

**Exhibit 21:** Deposition of Victor Brewer, September 4, 2008 (Counter-Designations)

**Exhibit 22:** Deposition of Shama Chaiken, August 29, 2008 (Designations)

33:20 - 34:4; 37:21 - 38:11; 177:4 - 179:7; 180:1 - 182:9; 188:3 - 190:14; ; 191:7 - 194:18; 200:3 - 201:15

**Exhibit 23:** Deposition of Shama Chaiken, August 29, 2008 (Counter-Designations)

**Exhibit 24:** Deposition of Karen Finn, August 26, 2008 (Designations)

1 | 7:16-20; 11:5-19:17; 28:1-29:5; 32:24-33:20; 53:8-54:6; 54:13-59:10; 63:3-65:7; 67:3-24;
2 | 71:9-74:18; 79:1-81:12; 92:6-93:12; 95:11-97:7; 98:12-100:7; 103:11-25; 109:24-110:15;
3 | 133:8-134:10; 159:3-165:6; 180:15-181:16; 189:17-198:13; 218:22-220:19

**Exhibit 25:** Deposition of Karen Finn, August 26, 2008 (Counter-Designations)

**Exhibit 26:** Deposition of Robert Gore, October 1, 2008 (Designations)

49:6-18; 52:3-53:12; 57:11-58:9; 58:18-59:12; 64:22-65:11; 68:22-69:20; 69:23-70:23; 71:16-72:8; 80:13-81:9; 85:23-86:9; 92:13-93:5; 95:19-96:12; 97:7-98:5; 101:13-105:21; 111:11-25; 113:17-114:13; 120:19-25; 127:12-128:17; 129:12-18; 133:13-19; 140:19-141:2; 149:1-20

**Exhibit 27:** Deposition of Robert Gore, October 1, 2008 (Counter-Designations)

**Exhibit 28:** Deposition of Deborah Hysen, September 3, 2008 (Designations)

13:8-14; 19:20-24; 20:24-21:5; 23:10-15; 23:21-24:17; 24:23-27:9; 30:3-4; 31:15-21; 35:19-23; 37:3-7; 37:20-38:2; 38:5-25; 43:15-43:22; 44:19-45:20; 49:12-51:8; 53:1-6; 55:14-56:15; 58:17-59:21;  69:3-70:16; 71:2-14; 72:13-73:17; 75:1-11; 75:15-17; 76:3-5; 77:19-21; 80:16-81:1; 82:7-83:12; 89:24-93:23; 94:13-24; 95:22-24; 96:21-97:12; 97:19-100:3; 102:10-103:15; 105:4-17; 107:21-109:9; 109:18-110:7; 111:6-112:21; 113:5-22; 118:19-119:18; 120:7-18; 129:4-17; 131:12-18; 134:8-17; 144:15-19; 145:13-17; 147:13-148:19; 148:25-149:5; 149:18-22

**Exhibit 29:** Deposition of Todd Jerue, August 29, 2008 (Designations)

7:11-16; 11:8-19; 29:7-34:14; 104:11-109:2; 177:1-179:2; 182:16-184:9

**Exhibit 30:** Deposition of Todd Jerue, August 29, 2008 (Counter-Designations)

**Exhibit 31:** Deposition of Rick Johnson, September 3, 2008 (Designations)

49:3 - 50:16; 98:21 - 98:25; 139:15 - 139:20; 163:2 - 163:23; 164:2 - 165:14; 210:18 - 211:24

**Exhibit 32:** Deposition of John Misener, January 29, 2008 (Designations)

16:5 - 17:1; 19:5 - 22:16; 22:19 - 24:25; 41:8 - 44:16; 49:6 - 49:18; 53:5 - 53:25; 55:9 - 60:4; 60:18 - 62:2; 78:25 - 82:22; 83:19 - 84:25; 93:15 - 95:20; 95:23 - 100:4; 101:22 - 102:22; 120:7 - 121:19; 141:13 - 143:19; 162:22 - 163:22; 216:3-217:1; 220:7 - 221:2

**Exhibit 33:** Deposition of John Misener, January 29, 2008 (Counter-Designations)

**Exhibit 34:** Deposition of George Sifuentes, December 15, 2007 (Designations)

1  14:16 - 18:8; 22:12 - 22:25; 43:23 - 50:14; 54:1 - 54:8; 54:15 - 55:20; 55:21 - 70:5; 81:3 -
2  84:17; 86:16 - 92:12; 92:13 - 94:5; 108:9 - 118:22; 118:23 - 123:24; 123:25 - 124:13; 124:16 -
3  141:23; 141:24 - 142:20; 142:24 - 144:2; 144:3 - 146:6; 146:11 - 149:25; 151:25 - 156:11;
4  156:17 - 159:9; 159:14 - 169:9; 169:14 - 172:5; 172:9 - 177:11; 181:16 - 189:17; 189:19 -
5  192:7; 192:14 - 194:11; 199:17 - 200:8; 217:19 - 219:3; 223:6 - 229:19; 229:21 - 230:11;
6  230:17 - 237:8; 237:12 - 242:10

**Exhibit 35:    Deposition of George Sifuentes, December 15, 2007 (Counter-Designations)**

**Exhibit 36:    Deposition of Robert Storms, August 19, 2008 (Designations)**

12:15 - 12:25; 14:10 - 15:9; 15:10 - 18:13; 23:10 - 23:23; 25:8 - 26:7; 41:3 - 44:17; 45:10 - 47:1; 47:5 - 49:1; 52:4 - 54:4; 54:6 - 55:3; 55:6 - 58:1; 59:25 - 61:7; 61:8 - 61:21; 65:5 - 66:3; 66:12 - 67:3; 67:5 - 67:25; 68:6 - 68:24; 68:5 - 70:4; 70:8 - 71:2; 71:13 - 71:21; 73:22 - 76:2; 79:3 - 80:10; 80:12 - 82:15; 82:17 - 83:13; 84:8 - 89:5; 89:7 - 92:22; 92:25 - 93:13; 94:10 - ; 95:8; 96:18 - 97:4; 98:3 - 99:10; 101:20 - 102:24; 104:3 - 106:1; 106:16 - 107:7; 107:14 - 108:15; 109:16 - 111:11; 114:8 - 115:6; 115:20 - 116:11; 117:4 - 117:18; 120:1 - 121:19; 123:12 - 124:21; 125:8 - 126:9; 127:6 - 132:10; 132:15 - 134:10; 136:25 - 137:13; 137:17 - 138:7; 138:8 - 140:6; 141:18 - 142:9; 143:24 - 145:24; 147:24 - 148:22; 152:3 - 152:23; 155:15 - 156:7; 156:10 - 157:3; 158:3 - 159:24; 160:5 - 160:25; 161:1 - 163:9; 163:10 - 166:13; 166:16 - 167:4; 167:15 - 169:16; 174:23 - 179:20; 184:17 - 185:1; 198:3 - 198:12; 201:14 - 202:19

**Exhibit 37:    Deposition of Robert Storms, August 19, 2008 (Counter-Designations)**

**Exhibit 38:    Deposition of James Tilton, September 3, 2008 (Designations)**

10:20 - 11:23; 15:1 - 17:12; 30:23 - 36:10; 38:4 - 39:12; 42:3 - 43:2; 44:4 - 45:17; 45:24 - 46:7; 46:8 - 48:21; 49:11 - 51:16; 54:12 - 56:13; 83:2 - 83:18; 83:25 - 85:12; 86:9 - 86:15; 87:3 - 89:9; 91:11 - 91:18; 98:10 - 100:7; 101:4 - 101:15; 101:16 - 102:16; 102:17 - 103:8; 103:19 - 104:15; 106:6 - 109:2; 109:3 - 109:11; 111:13 - 112:22; 113:3 - 114:16; 115:22 - 117:6; 117:23 - 120:20; 123:3 - 123:15; 126:13 - 127:7; 130:2 - 131:9; 131:10 - 131:18; 133:7 - 133:23; 133:24 - 134:5; 141:22 - 147:14; 147:15 - 149:4; 149:5 - 151:3; 151:4 - 154:17; 154:18 - 156:14; 162:2 - 162:7; 162:8 - 164:24; 165:16 - 167:9; 169:3 - 169:13; 169:14 - 170:20; 171:2

- 174:1; 181:11 - 182:10; 182:25 - 183:10; 183:11 - 183:17; 184:7 - 186:1; 186:2 - 186:10; 187:6 - 188:14; 193:21 – 195:22; 201:5 - 202:18; 203:22 - 206:7; 208:8 - 209:3; 210:9 - 211:23; 211:24 - 213:2; 213:8 - 213:16; 213:17 - 214:19; 214:20 - 217:19; 219:6 - 220:4; 229:9 - 231:11; 233:21 - 235:11; 235:23 - 236:12

**Exhibit 39:   Deposition of James Tilton, September 3, 2008 (Counter-Designations)**

**DEFENDANTS' DESIGNATIONS AND PLAINTIFFS' COUNTER-DESIGNATIONS**

**Exhibit 40:   Deposition of Ray Stoderd, December 7, 2007 (Designations)**

**Exhibit 41:   Deposition of Ray Stoderd, December 7, 2007 (Counter-Designations)**

29:10-30:6; 31:24-32:9; 33:22-34:8; 35:11-36:12; 36:17-22; 53:21-25; 57:1-10; 84:20-23; 86:16-18; 86:24-87:7; 91:7-15

**Exhibit 42:   Deposition of Ralph Coleman, December 13, 2007 (Designations)**

**Exhibit 43:   Deposition of Ralph Coleman, December 13, 2007 (Counter-Designations)**

15:2-15; 36:22-24; 37:9-18; 38:4-22; 39:13-17; 49:21-23; 50:14-51:4; 51:25-52:21; 53:10-17; 56:21-57:6; 59:12-60:12; 64:7-65:18; 71:4-24; 72:1-73:21; 74:6-76:14; 77:15-24; 80:20-81:10; 81:19-22; 84:21-25

**Exhibit 44:   Deposition of Christopher Mumola, August 25, 2008 (Designations)**

**Exhibit 45:   Deposition of Christopher Mumola, August 25, 2008 (Counter-Designations)**

102:10-14; 102:17-103:2; 107:7-9; 107:11; 107:13-14; 107:16; 107:18-20; 107:22

Dated:  January 8, 2008                                     Respectfully submitted,

                                                            ROSEN, BIEN & GALVAN LLP


                                                            */s/ Maria V. Morris*
                                                            Maria V. Morris
                                                            Attorneys for *Coleman* Plaintiffs and on
                                                            Behalf of *Plata* Plaintiffs