# EXHIBIT 3

# Deposition of Victor Brewer, September 4, 2008 (Counter-Designations)

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF CALIFORNIA
 3              AND THE NORTHERN DISTRICT OF CALIFORNIA
 4        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 5        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 6
 7   RALPH COLEMAN, et al.,
 8              Plaintiffs,
 9   vs.                              No. CIV S-90-0520 LKK JFM P
10   ARNOLD SCHWARZENEGGER, et al.
11              Defendants.
                                  /
12
     MARCIANO PLATA, et al.
13
                Plaintiffs,
14   vs.
15   ARNOLD SCHWARZENEGGER, et al.
16              Defendants.
                                  /
17
18              Deposition of VICTOR F. BREWER
19          MARKED CONFIDENTIAL (Pages 1 through 197)
20
     DATE:           SEPTEMBER 4, 2008
21
     TIME:           9:34 A.M.
22
     LOCATION:       ROSEN, BIEN & GALVAN
23                   315 Montgomery Street, 10th Floor
                     San Francisco, California 94104
24
     REPORTED BY:    Cari L. Waters-Drewry
25                   Certified Shorthand Reporter
                     License Number 12401
```

```
 1       A.   The eight percent is inclusive of all
 2   allocated staff, including office technicians.
 3            MS. WHELAN:  Okay.  Mark as Exhibit 11 a
 4   May 8th, 2006, memorandum to Victor Brewer from
 5   Stirling Price regarding Justifications for MHCB Unit
 6   Staff.
 7                    (Whereupon, Plaintiffs'
 8                    Exhibit No. 11 was marked for
 9                    identification.)
10            MS. O'BANNON:  Exhibit 11 is a Bates number
11   document E_PRIV_092150 through 092153, those previously
12   published by the defendants.  We'd like to assert the
13   same privilege as we asserted to this document
14   previously.
15            MS. WHELAN:  Q.  Are you familiar with this
16   memorandum?
17       A.   Yes.
18       Q.   Do you recall receiving this memorandum from
19   Stirling Price?
20       A.   Yes.
21       Q.   The memorandum sets out what was then the
22   Acute Psychiatric Program Unit in S-1; is that correct?
23       A.   That is correct.
24       Q.   Can you explain what the S-1 unit is now?
25       A.   It's acute.
```

```
 1                EXAMINATION BY MS. KNOTZ
 2           MS. KNOTZ:  Q.  Mr. Brewer, is it fair to say
 3   that you have seen -- this is going to be very general,
 4   but that you have seen any improvements at the two
 5   facilities that you run in terms of the delivery of
 6   mental healthcare to your patients?
 7        A.   Over the last seven years, I've seen
 8   tremendous improvements at both facilities.
 9        Q.   Can you think of the last year, specifically?
10   Does that stand out at all?  And we can talk about each
11   facility on its own.
12        A.   It's fair to say that they both improved.
13        Q.   Can you give me some more specific ideas, say
14   -- we'll start with Salinas.
15        A.   Okay.
16        Q.   So if you can give me specifics as to the sort
17   of improvements you have seen, the delivery of mental
18   healthcare to your patients over the last year or so.
19        A.   Over the last year, we were given access to
20   the Folger-Adams keys in Delta Yard, which opens the Pod
21   doors, so I can move patients freely into groups or
22   examinations.  They're working on putting in the cameras
23   and the appropriate controls to allow access to D Voc.
24        Q.   To what?
25        A.   Delta Voc, which is where our clinical offices
```

1    are. Pharmacy, which has always been operated by -- and
2    licensed by CDCR, and worked very collaboratively with
3    us in improving the delivery of medication, seven days a
4    week, 24 hours a day.
5        Q.   Anything else you can think of?
6        A.   Those are the large ticket items.
7        Q.   When you say, the first example, moving
8    patients more freely, can you be a little more specific
9    about that?
10       A.   In the treatment center, all of the doors are
11   manual. Since opening, all of our MTAs carry
12   Folger-Adams keys to open patient doors and have an
13   immediate and unrestricted access to patients.
14            In Delta Yard, we have Delta-5 or Delta-6, all
15   the doors are operated electronically from the
16   second-floor officer. It's very difficult for one
17   officer to be able to move patients out of their cell
18   and into group, even if it's in the Pod, when all three
19   groups start simultaneously. Very prolonged. Now that
20   we have keys, we will be able to do it much more freely.
21       Q.   Okay. Do you still need the same sort of
22   assistance from a correctional officer that you needed
23   before with this?
24       A.   No, we're allowed to staff the two programs
25   with MTAs where CDC no longer has MTAs. And giving the

1  keys to them, it has given us the ability to treat more
2  like a hospital as the treatment centers.
3      Q.  Thank you.
4          As to the cameras, what has that allowed you
5  to do?
6      A.  When the cameras get installed, it will give
7  you visualization of each side of the only access door
8  between the yard itself and the clinical offices, so
9  they've installed one camera.  They're about to install
10 the second and run the wiring and the TV monitor into
11 Delta-5, which is staffed 24/7, where it's currently
12 wired to the D Voc work exchange building, which is not
13 staffed at all.
14     Q.  When was that first camera installed,
15 approximately?
16     A.  About a year ago.
17     Q.  And when was it that you were given access to
18 the Folger-Adams keys?
19     A.  Within the last 60 days.
20     Q.  And can you think of specific examples of how
21 the pharmacy has been more collaborative than it has
22 been in the past years?
23     A.  Dr. Lee, who is the healthcare manager slash
24 chief medical officer, recruited Mr. Tran, who is a
25 contractor to CDCR, and made him the pharmacist in

1   charge under the license. He did this approximately
2   three years ago.
3           Upon his arrival, we were able to orchestrate
4   a far better medication delivery system, and he works
5   very collaboratively with Dr. Lee's nursing staff, as
6   well as ours in the delivery administration of
7   medications.
8       Q.   Can you give me some examples in the Vacaville
9   site?
10      A.   When we were ordered by the court to initiate
11  P-2, which was a relatively complete renovation to bring
12  it to licensing standards, the warden allocated all
13  necessary individuals to do it and complete the project
14  in less than 90 days.
15          And the new warden has done the same for P-3;
16  plus, they were required by licensing to air condition
17  the entire unit, which was a significant undertaking,
18  and they did that in less than four months.
19      Q.   So that's been completed, the air conditioner?
20      A.   Um-hum. For some of our older units, the
21  warden and I have concerns over the ability to maintain
22  appropriate temperature because of the heat drugs we're
23  on, early anti-psychotic medications, so in the
24  three-minute discussion, I told him I wanted to bring in
25  portable air conditioners, and he approved it. And

```
 1   those are used for emergency purposes, so I think both
 2   facilities work collaboratively.
 3          Q.  Just curious, how does having an air
 4   conditioner help in the delivery of mental healthcare?
 5          A.  When you're on antipsychotic medications, and
 6   the temperature in a room reaches greater than
 7   95 percent, it can cause brain damage.  That's why
 8   there's a heat plan that CDC invokes.  We invoke it five
 9   degrees before they do.
10               We ensure that our patients get ice and a
11   substantial amount of water, if their temperature is
12   increasing.  And by bringing in two or three portable
13   air conditioning units per floor, it may drain some of
14   the power, but it keeps the rooms less than 85 degrees.
15              MS. KNOTZ:  Okay.  Thank you.  No more
16   questions.
17              FURTHER EXAMINATION BY MS. WHELAN
18              MS. WHELAN:  Just have one more.
19          Q.  In terms of your units both at CMF and Salinas
20   Valley, let's take Salinas Valley first, you have the
21   64-bed freestanding unit, has anyone ever asked you to
22   accept more patients or expand that unit by more beds?
23              MS. O'BANNON:  More beds than it can handle?
24              THE WITNESS:  Are you referring to increasing
25   the number of licensed beds within the facility?
```