# EXHIBIT 9

**Deposition of Robert Gore
October 1, 2008
(Designations)**

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

--oOo--

```
RALPH COLEMAN, et al.,        )
                              )
         Plaintiff,           )
                              ) No.
    vs.                       ) 2:90-cv-00520 LKK JFM P
                              )
ARNOLD SCHWARZENEGGER, et al.,)
                              )
         Defendants.          )
                              )
MARCIANO PLATA, et al.,       )
                              )
         Plaintiff,           )
                              ) No.
    vs.                       ) C01-1351 TEH
                              )
ARNOLD SCHWARZENEGGER, et al.,)
                              )
         Defendants.          )
                              )
```

DEPOSITION OF
ROBERT J. GORE

October 1, 2008

REPORTED BY: ALESIA L. COLLINS-HUDSON, CSR 7751

(Job No. 413307)

Merrill Legal Solutions
(800) 869-9132

```
 1      Q.   And those are the only documents that you
 2   reviewed?
 3      A.   Correct.
 4      Q.   Good.  Good.  So, what is your position now?
 5      A.   I work for the governor of California.  My
 6   title is senior deputy cabinet secretary.
 7      Q.   And what are your responsibilities?
 8      A.   I -- well, my portfolio of issue management
 9   includes Corrections, Food and Agriculture, Labor and
10   Workforce Development, and the Department of Finance.
11           Broadly, what a deputy cabinet secretary does
12   is work with his or her secretaries to be their
13   advocates in the horseshoe to create, develop and manage
14   policy and to respond to crisis.  There's usually
15   multiple crisis at any one time.  That's pretty much it
16   in a brief version.
17      Q.   Okay.  That's great.  How long have you had
18   that position?
19      A.   Since January 2007.
20      Q.   And who do you report to?
21      A.   Dan Dunmoyer.
22      Q.   And his position is?
23      A.   And he is the cabinet secretary.
24      Q.   Okay.  And, in terms of your -- well, Mr. Cate
25   is the secretary of Corrections; right?
```

1       MR. SPECTER:  No.
2       Q.   So, was part of the reason why you were writing
3   to the governor was because you saw this as a immediate
4   crisis that needed to be resolved?
5       A.   Saw what?
6       Q.   The overcrowding.
7            MR. MELLO:  Objection.  Vague as to "crisis."
8   Vague as to "immediate need."
9            THE WITNESS:  Overcrowding needed to be
10  resolved, yes.  And it was, and remains, serious.
11           MR. SPECTER:  Q.  Right.  And the reason -- was
12  one of the reasons you were writing is because of the
13  actions of the three-judge -- or, the possible -- the
14  potential for Judges Henderson and Karlton to form a
15  three-judge panel and issue a prison release order?
16      A.   Not necessarily.  It could have been the
17  increased urgency overall, and this is simply one
18  element.
19      Q.   I see.  Okay.  And then it says in the last
20  paragraph, "The legislative Republican caucuses indicate
21  they are strongly opposed to such measures."  See that?
22      A.   Yeah.
23      Q.   "And particularly any move that results in
24  fewer parole violators returning to prison."  You see
25  that?

```
1                    CERTIFICATE OF REPORTER
2           I, ALESIA L. COLLINS-HUDSON, a Certified Shorthand
3    Reporter, hereby certify that the witness in the
4    foregoing deposition was by me duly sworn to tell the
5    truth, the whole truth, and nothing but the truth in the
6    within-entitled cause;
7           That said deposition was taken down in
8    shorthand by me, a disinterested person, at the time and
9    place therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12          That before completion of the deposition,
13   review of the transcript [X] was [ ] was not requested.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed are
16   appended hereto.
17          I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22                DATED:  October 10, 2008
23
24                        _____
25                        ALESIA L. COLLINS-HUDSON, CSR No. 7751
```