# EXHIBIT 10

**Deposition of Robert Gore
October 1, 2008
(Counter-Designations)**

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

--oOo--

RALPH COLEMAN, et al.,  )
                        )
        Plaintiff,      )
                        ) No.
    vs.                 ) 2:90-cv-00520 LKK JFM P
                        )
ARNOLD SCHWARZENEGGER, et al., )
                        )
        Defendants.     )
                        )
MARCIANO PLATA, et al., )
                        )
        Plaintiff,      )
                        ) No.
    vs.                 ) C01-1351 TEH
                        )
ARNOLD SCHWARZENEGGER, et al., )
                        )
        Defendants.     )

DEPOSITION OF
ROBERT J. GORE

October 1, 2008

REPORTED BY: ALESIA L. COLLINS-HUDSON, CSR 7751

(Job No. 413307)

ROBERT J. GORE                    October 1, 2008

Page 59

```
 1        THE WITNESS:  Prison -- oh, yes.  Prison
 2   overcrowding could be reduced by use of these policies.
 3        MR. SPECTER:  Q.  And, again, since public
 4   safety was paramount -- of paramount importance to you
 5   and Mr. Dunmoyer you would never have sought their --
 6   sought to have them -- those policies be implemented if
 7   you believed that public safety would be at risk,
 8   correct?
 9        MR. MELLO:  It's overbroad.  It is vague.  It's
10   an incomplete hypothetical.  Lacks foundation.  You can
11   answer.
12        THE WITNESS:  Generally.
13        MR. SPECTER:  Q.  Okay.  Let's go to this.
14        (Exhibit 3 marked)
15        (Witness reviewing document.)
16        MR. SPECTER:  Q.  I have just handed to you a
17   two-page document which appears to be a letter -- or, at
18   least a draft letter to Governor Deukmejian dated July
19   16th, 2007, Bates EPRIV171287 to 171288.  Are you
20   familiar with this draft of a letter?
21        A.   Vaguely.
22        Q.   Did you draft this?
23        A.   Yes.
24        Q.   Did you send it?
25        A.   No.
```