# EXHIBIT 11

**Deposition of Deborah Hysen
September 3, 2008
(Designations)**

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

--oOo--

RALPH COLEMAN, et al.,

        Plaintiffs,

vs.                                No. CIV S 90-0520
                                LKK-JFM P
ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

DEPOSITION OF

DEBORAH HYSEN

September 3, 2008

REPORTED BY:   KAREN A. FRIEDMAN, CSR 5425    JOB # 412304

DEBORAH HYSEN                September 3, 2008

Page 12

```
 1       A.   No.  I worked with Clark Kelso.  He was also on
 2  the executive team at CPR; it ended up being the same
 3  acronym, strangely enough.  And I worked his Enterprise
 4  Architecture Initiative, which was an initiative to get
 5  state systems functioning more on an in-price basis
 6  instead of a silo department basis.
 7            So I worked with him to help launch that.
 8       Q.   At what point did you begin to work for the
 9  Governor's strike team on AB 900 implementation?
10       A.   It was in May of 2007.
11       Q.   I'm sorry if I jumped ahead.  Was there any
12  employment between the time you were working with Clark
13  Kelso and the strike team?
14       A.   No, I resigned.
15       Q.   So in May 2007 you became the head of the
16  facilities strike team.  Is that right?
17       A.   Correct.
18       Q.   Who appointed you to that position?
19       A.   That's an interesting question.  I believe it
20  was Bob Gore.
21       Q.   And who is Bob Gore?
22       A.   He is the deputy cabinet secretary for the
23  Governor's office.
24       Q.   Is Bob Gore, was he in charge of the strike
25  teams on AB 900?
```

1  Department?

2  A.  Well, I began working for the Department in
3  June, but the strike team evolved.

4  Q.  This is June 2007?

5  A.  Correct. It evolved over that summer into a
6  more Department-owned set of goals, and I think that
7  was, for me that was important. That the Department
8  helped shape its future.

9  Q.  During the course of your -- well, let's talk
10  about what you do now.

11      Could you describe your current position.

12  A.  Current position is the chief deputy secretary
13  for facility planning construction management, which the
14  real estate arm of CDCR.

15  Q.  Of the California Department of Corrections and
16  Rehabilitation?

17  A.  Yes.

18  Q.  And that's the position you took in June 2007?

19  A.  Well, the organization that I was hired into
20  was referred to as the office of facilities management,
21  and we later, we later reorganized it and renamed it
22  into the program called facility planning construction
23  management.

24  Q.  Do you use an acronym to describe that?

25  A.  I try not to. I tried to make a word, not to

1  the conversation on what direction AB 900 is heading in.
2      Q.   What are your current duties and
3  responsibilities as chief deputy secretary?
4      A.   Our program's responsible for maintaining all
5  of the construction projects for CDCR, across all of its
6  institutions.
7           We handle all of the leasing functions of CDCR,
8  including our headquarters operations, our parole
9  offices.
10          We provide all the telecom, the
11 telecommunications construction projects, and maintain
12 the services for telecom at the institutions.
13          We provide all of the energy projects for the
14 institutions, so we lead all of the energy conservation
15 goals.  That includes water, electricity.  We also
16 provide all of the design standards for the institutions
17 so we have a set of standards across the spectrum, so
18 there's commonality, particularly with a focus on
19 security.
20          We of course provide all of the construction
21 expertise for the Department.  And ultimately my goal is
22 to provide oversight of the facility maintenance
23 functions of the institutions.
24          We also do the master planning of the
25 Department in terms of the facility needs, and that

DEBORAH HYSEN                September 3, 2008

Page 18

1    includes the JJ facilities as well.
2        Q.   Juvenile justice?
3        A.   Sorry.
4        Q.   You said your plan, or, I'm not sure exactly
5    what your words were, but regarding facilities
6    maintenance, you do not currently have control over how
7    that works?
8        A.   Well, that was one of the key reorganizational
9    aspects in our efforts for the strike team, is that we
10   recognized, fairly early on, if we simply just build
11   these and don't take an ownership role in maintaining
12   the facilities, then the State's investment will not be
13   maintained properly.  So we created a maintenance
14   services branch of pretty high-level facility
15   executives, that will provide oversight across all
16   institutions, with a dotted-line relationship to the
17   chief of plants.
18           And the end goal is to make certain that when
19   there are priorities, as there always are in
20   institutions, that there's a clear understanding of the
21   role the plant plays in the overall operation of the
22   facilities.  So ultimately I would like to see us take a
23   more primary role in that.
24           Right now we're in a guiding and recommending
25   state, and I would like to see more of driving standards

Page 157

```
 1            MS. NORMAN:  Okay.  One last document.
 2                  (Whereupon, Deposition Exhibit No. 16
 3                  was marked for identification.)
 4            MS. NORMAN:  Q.  Have you seen this document
 5   before?
 6       A.   Yeah.  I started to write it and didn't finish
 7   it.
 8       Q.   So it's something that you wrote?
 9       A.   It's something I started to write.
10       Q.   Okay.  And when was it that you started it?
11       A.   Oh, man; I couldn't say with any certainty.
12       Q.   Do you remember if it was this year or last
13   year?
14       A.   I would say it was last year.
15       Q.   And I'm guessing it was probably after at least
16   you started on the strike team.  So before May?
17       A.   Given that I'm using that title, as Chief
18   Deputy Secretary.
19       Q.   So it would be not before June, at the least?
20       A.   Yeah.  I would assume so.
21       Q.   What did you start to write this document for?
22       A.   That's a good question.  You know, at some
23   point I wanted to create a, what's called a SharePoint
24   site, which is a technology tool that Microsoft uses to
25   have kind of a virtual space for collaboration.  And I
```

DEBORAH HYSEN                September 3, 2008

Page 158

1   sort of envisioned this blogging, if you will, to engage
2   the stakeholders in the process; to communicate progress
3   to the community.  To educate, inform, engage,
4   collaborate.
5            And I think that this was my first attempt, and
6   clearly I stopped to kind of look at how I could
7   continue to communicate what we're doing and why it's so
8   important that there was more than just CDCR engaged in
9   this effort.
10       Q.  Could you read from the first page, second
11  paragraph.  Could you read starting with the word
12  "Currently" and going to the end of the paragraph.
13       A.  "Currently, there is simply not enough space in
14  the prisons to meet the basic medical, mental health,
15  and dental needs of prisoners, and spaces that were
16  designed for rehabilitation and vocational purposes now
17  house either temporary beds or, in some cases, are
18  actually abandoned because there is simply not enough
19  staff, resources, or modernization funds available to
20  restore them to their intended purpose."
21       Q.  Was that true at the time you wrote it?
22       A.  I think it was my understanding at the time
23  that the information that I started to write was
24  accurate.  I think partly the reason why I stopped is
25  clearly there were pretty important gaps here that I

CERTIFICATE OF REPORTER

I, KAREN A. FRIEDMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: _September 9_, 2008

_____
KAREN A. FRIEDMAN, CSR 5425

165