# EXHIBIT 12

**Deposition of Deborah Hysen
September 3, 2008
(Counter-Designations)**

DEBORAH HYSEN                September 3, 2008

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

--oOo--

RALPH COLEMAN, et al.,               )
                                     )
            Plaintiffs,              )
                                     )
    vs.                              )  No. CIV S 90-0520
                                     )  LKK-JFM P
ARNOLD SCHWARZENEGGER, et al.,       )
                                     )
            Defendants.              )
                                     )
_____)

DEPOSITION OF

DEBORAH HYSEN

_____

September 3, 2008

REPORTED BY:  KAREN A. FRIEDMAN, CSR 5425    JOB # 412304

Merrill Legal Solutions
(800) 869-9132

DEBORAH HYSEN                September 3, 2008

Page 157

1           MS. NORMAN: Okay. One last document.
2               (Whereupon, Deposition Exhibit No. 16
3               was marked for identification.)
4           MS. NORMAN: Q. Have you seen this document
5    before?
6       A.  Yeah. I started to write it and didn't finish
7    it.
8       Q.  So it's something that you wrote?
9       A.  It's something I started to write.
10      Q.  Okay. And when was it that you started it?
11      A.  Oh, man; I couldn't say with any certainty.
12      Q.  Do you remember if it was this year or last
13   year?
14      A.  I would say it was last year.
15      Q.  And I'm guessing it was probably after at least
16   you started on the strike team. So before May?
17      A.  Given that I'm using that title, as Chief
18   Deputy Secretary.
19      Q.  So it would be not before June, at the least?
20      A.  Yeah. I would assume so.
21      Q.  What did you start to write this document for?
22      A.  That's a good question. You know, at some
23   point I wanted to create a, what's called a SharePoint
24   site, which is a technology tool that Microsoft uses to
25   have kind of a virtual space for collaboration. And I

Merrill Legal Solutions
(800) 869-9132

DEBORAH HYSEN                September 3, 2008

Page 158

1  sort of envisioned this blogging, if you will, to engage
2  the stakeholders in the process; to communicate progress
3  to the community. To educate, inform, engage,
4  collaborate.
5       And I think that this was my first attempt, and
6  clearly I stopped to kind of look at how I could
7  continue to communicate what we're doing and why it's so
8  important that there was more than just CDCR engaged in
9  this effort.
10      Q.  Could you read from the first page, second
11 paragraph. Could you read starting with the word
12 "Currently" and going to the end of the paragraph.
13      A.  "Currently, there is simply not enough space in
14 the prisons to meet the basic medical, mental health,
15 and dental needs of prisoners, and spaces that were
16 designed for rehabilitation and vocational purposes now
17 house either temporary beds or, in some cases, are
18 actually abandoned because there is simply not enough
19 staff, resources, or modernization funds available to
20 restore them to their intended purpose."
21      Q.  Was that true at the time you wrote it?
22      A.  I think it was my understanding at the time
23 that the information that I started to write was
24 accurate. I think partly the reason why I stopped is
25 clearly there were pretty important gaps here that I

1  needed to research further. I needed to make sure that
2  I was not overreaching my expertise, my involvement.
3  And so I think part of the reason I stopped is I wasn't
4  certain where this was going to head; what role I should
5  play in communicating some of these conditions; and
6  really starting to understand this more.
7      Q.  Since the time that you wrote this, CDCR has
8  not added any prison bed capacity, has it, through the
9  infill or reentry program?
10     A.  Well, we did add a 50-bed mental health crisis
11  facility at CMF, so that was additional capacity;
12  California Medical Facility.
13         We also -- as part of AB 900 it was
14  contemplated we would convert part of CFRC, at 800 beds
15  there, and we did that conversion fairly early on.
16  We've added capacity outside of the prison system, in
17  out-of-state facilities.
18     Q.  So approximately how many beds, total, have
19  been added since you wrote these words?
20     A.  Well, the potential for the 8,000, I'm not sure
21  where they are right now, the out-of-state facilities.
22  They're in probably the 4- to 5,000 range of beds. So
23  those are out of capacity. Whether or not we own them,
24  I think, is somewhat irrelevant. Their capacity to us.
25         We added, as I said, the 50-bed crisis center.

CERTIFICATE OF REPORTER

I, KAREN A. FRIEDMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: _September 9_, 2008

_____
KAREN A. FRIEDMAN, CSR 5425

165

MERRILL LEGAL SOLUTIONS 415-357-4300