# EXHIBIT 13

## Deposition of Rick Johnson
## September 3, 2008
## (Designations)

**Golden Gate Reporting**

Page 1

```
            IN THE UNITED STATES DISTRICT COURTS
          FOR THE EASTERN DISTRICT OF CALIFORNIA
          AND THE NORTHERN DISTRICT OF CALIFORNIA
     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE


   RALPH COLEMAN, et al.,

               Plaintiffs,
                            Case No. Civ S 90-0520 LKK-JFM P
   vs.

   ARNOLD SCHWARZENEGGER, et al.,

               Defendants.
   _____/

   MARCIANO PLATA, et al.,

               Plaintiffs,
                            Case No. C01-1351 TEH
   vs.

   ARNOLD SCHWARZENEGGER, et al.,

               Defendants.
   _____/



               DEPOSITION OF RICK W. JOHNSON


   DATE:        September 3, 2008

   TIME:        9:30 a.m.

   LOCATION:    ROSEN, BIEN & GALVAN, LLP
                315 Montgomery Street, Tenth Floor
                San Francisco, California 94104

   REPORTED BY: Katy Leonard
                Certified Shorthand Reporter
                License Number 11599
```

## Golden Gate Reporting

Page 9

```
 1                    RICK W. JOHNSON,
 2   called as a witness by the Plaintiffs, who, having
 3   been duly sworn by me, was examined and testified as
 4   hereinafter set forth.
 5                      ---oOo---
 6
 7
 8        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 9
10   BY MS. KAHN:
11        Q.  Good morning, Mr. Johnson.
12        A.  Good morning.
13        Q.  I wanted to let you know that I've asked the
14   Court Reporter, Ms. Leonard, to keep track of the time
15   on the record.
16             And I'm Jane Kahn, and I'm representing the
17   Coleman and Plata plaintiffs today in this deposition.
18             Can you please state your full name?
19        A.  Richard Warren Johnson.
20        Q.  Have you ever been deposed before,
21   Mr. Johnson?
22        A.  Yes.
23        Q.  And have you ever been a plaintiff or a
24   defendant in an action before?
25        A.  You mean, state or private?
```

## Golden Gate Reporting

```
 1   correct?

 2            MS. FRITZ:  Vague and ambiguous as to time.

 3   BY MS. KAHN:

 4        Q.  Looking at this weekly July 21st, 2008 report,

 5   at that time you did not have enough EOP beds for EOPs

 6   requiring EOP beds; correct?

 7        A.  If I can be more specific, there's some --

 8   there's some type of placements that we currently have a

 9   shortage of beds for.  For example, the SNY EOP.

10        Q.  Are there others on this list that are waiting

11   for a transfer that have not been transferred?

12        A.  Yes.

13        Q.  Okay.

14            MS. KAHN:  I just want to mark one more.  I'd

15   like to mark this as Exhibit 2.

16            (Whereupon Plaintiffs' Exhibit 2

17             was marked for identification.)

18   BY MS. KAHN:

19        Q.  So, what I marked as Exhibit 2 is an MHSDS

20   Weekly MIS Summary Report, dated August 6, 2008.  And

21   the Bates stamp, which is somewhat difficult to read, is

22   DSUPP002775, and then DSUPP002776.

23            Did you get a chance to look at this?

24        A.  Yes.

25        Q.  Are you familiar with this?
```

**Golden Gate Reporting**

Page 78

1      A.   Yes.

2      Q.   Can you tell me about this report?

3      A.   This report is our -- kind of our first

4  attempt at an overall summary report based on our data

5  that we have in HCPOP, and so, we -- so, this focuses on

6  the mental health populations.  This is a weekly report

7  that we generate that includes the -- the capacity

8  census, and then the wait list for each of our mental

9  health, different level of care.

10     Q.   And who -- and the underlying data comes from

11 where?

12     A.   It comes from HCPOP -- I mean, the

13 underlying -- and then it comes, as you see, from the

14 census source in the right-hand column.  So, it comes

15 from different sources.

16          And the DDPS is from our automated system.

17 The field reporting is direct reporting from

18 institutions.  And then we get electronic transmissions

19 from the DMH hospitals.

20     Q.   Okay.  Thank you.

21     A.   Sure.

22     Q.   So, I'd like you to first look at line 5,

23 which is 3 C-MS, and that's a footnote -- well, first,

24 let's look at Capacity.  And then the number under

25 "Capacity" is 24,922.

## Golden Gate Reporting

Page 79

1          And do you know what this number represents?

2          A.   The Capacity number is based on the staff

3     capacities that were distributed to all the institutions

4     for the -- so, it's a staff capacity.

5          Q.   And what do you mean when you say "staff

6     capacity"?

7          A.   Staff capacity is that the institutions were

8     officially given a triple C-MS mission for a certain

9     number of inmate patients, and so, they're allocated the

10    staffing for that number.  And that that's what the

11    capacity here is based on, those staffing allocations.

12         Q.   Okay.

13         And that's a staffing allocation based on the

14    program guide; correct?

15         A.   Yeah, at the time that it was -- that they

16    were allocated.

17         Q.   Okay.

18         And is that capacity number based upon how

19    many of the allocated staffing has been filled?

20         A.   No.

21         Q.   No.

22         So, it's based upon the allocated staff for

23    the number of triple C-MS patients at that facility?

24         A.   Correct.

25         Q.   Okay.

**Golden Gate Reporting**

Page 80

```
 1               It's based upon available program treatment
 2   space?
 3          A.  Um, no.
 4          Q.  No.
 5               So, it's only based upon a staffing allocation
 6   per triple C-MS patient, how many staff should you have?
 7          A.  Correct.
 8          Q.  Okay.
 9               And then I want you to look at the next
10   heading -- "Census."
11          A.  The Census for triple C-MS is 28,672.
12          Q.  What does that number represent?
13          A.  That is the actual number of inmate patients
14   in the -- in those beds for the -- each of the -- for
15   each of the programs listed.
16          Q.  Okay.
17               So, currently on August 6, 2008, within the 33
18   prisons, those triple C-MS programs -- strike that.
19               At the CDCR prisons on August 6, 2008, which
20   is triple C-MS programs, they were operating over their
21   capacity; correct?
22          A.  Well, there was -- there was more triple C-MS
23   inmates than we have the staffed capacity for, correct.
24          Q.  Okay.
25               And that is not considering actually how many
```

**Golden Gate Reporting**

Page 81

1    staff are hired into those allocated positions; correct?

2        A.   Correct.

3        Q.   Okay.

4            And then go to next box, "Wait List."  And

5    under "Wait List" there are listed 1,065 triple C-MS.

6            What does that "Wait List" figure refer to?

7        A.   That "Wait List" is the number of cases that

8    we know have been endorsed and they're requesting

9    transfer requests for, and so, it's the number of

10   inmates that are not in a triple C-MS official program

11   that are waiting for -- that are going through the

12   process to be transferred to a triple C-MS institution.

13       Q.   So, that would include Reception Center

14   prisoners?

15       A.   Yes.

16           And the Census information, it also includes

17   all the triple C-MS inmates that aren't in an official

18   triple C-MS, like, the RC inmates that are being

19   processed, for example, or any that are, say, in a heat

20   risk institution that haven't been transferred out yet

21   because the Census information goes off our automated

22   system, which is IMIS-driven.  And so, anyone that has a

23   triple C-MS identifier then would be picked up as part

24   of the total census.

25       Q.   So, they would be on the census?

Golden Gate Reporting

Page 83

1   that are coded triple C-MS and DDPS.  So, that would

2   include those on the Wait List.

3         Q.  Okay.

4         A.  Okay.

5         Q.  Is there a capacity limitation set for the

6   triple C-MS programs?

7         A.  Yes.

8         Q.  What's that?

9         A.  Typically, the capacity is to take a triple

10  C-MS institution up to a 130 percent of staff capacity

11  before we close them to any additional intake.

12        Q.  And how is that determined to be an

13  appropriate capacity?

14        A.  The -- well, that standard was set, you know,

15  years ago when I wasn't part of the that decision.  I

16  understand it was clinically-driven from the Mental

17  Health Services Program, and at the Friday meeting that

18  I mentioned with the Mental Health Administrators and

19  the Regional Administrators, the 130 percent is a

20  general rule that is used.

21             If the Mental Health Administrators or the

22  Regional Administrators know of any operational or

23  staffing barriers where they cannot go up to 130

24  percent, then they can request that the -- that a

25  different standard be applied to any of our

**Golden Gate Reporting**

Page 92

```
 1              THE WITNESS:  I follow --
 2              MS. KAHN:  You can answer the question.
 3              THE WITNESS:  I follow counsel on that.
 4              MS. FRITZ:  No.
 5              Answer the question.
 6              MS. KAHN:  She's not directing you -- the only
 7    time -- she'll be objecting all day long.  That's her
 8    job.
 9              If she tells you not to answer the question,
10    then you don't answer the question.  Otherwise, she'll
11    just continue to object.
12              THE WITNESS:  Can you describe the
13    nontraditional housing?
14              MS. KAHN:  It would be dorm housing, gyms,
15    day-room housing.
16              THE WITNESS:  No, it would not surprise me.
17              MS. KAHN:  Okay.
18              We'll come back to that later in the
19    deposition.
20              THE WITNESS:  Mm-hm.
21              MS. KAHN:  Okay.
22    BY MS. KAHN:
23         Q.  So, let's go back to the MHSDS Weekly MIS
24    Report, which was Exhibit 2.  So, I'd like you to look
25    at line 6, which is EOP.  Again, there's a footnote
```

**Golden Gate Reporting**

Page 93

1     there that -- which says, "The EOP Wait List is a subset

2     of EOP census" --

3         A.  Okay.

4         Q.  -- "as all EOPs are coded EOP and DDPS."  But

5     let's first look at the "Capacity" number.  And it says,

6     "3,667."

7             Can you tell me your understanding of what

8     that number represents?

9         A.  That number represents the -- once again, the

10    allocated staff capacities that was given to the

11    specific EOP institutions for their EOP mission.

12        Q.  Okay.

13            And again, is that number based on filled

14    staffing positions?

15        A.  No.

16        Q.  Okay.

17        A.  On allocated positions.

18        Q.  Okay.

19            And when capacity was determined at the

20    institutions, was there an assessment of program and

21    treatment space for those programs?

22        A.  Um, yes.

23        Q.  Okay.

24            And you testified earlier that you worked at

25    Mule Creek State Prison?

## Golden Gate Reporting

Page 94

```
1        A.   Correct.
2        Q.   Was there an assessment of treatment space for
3    those programs?
4             MS. FRITZ:   Vague and ambiguous as to time.
5    BY MS. KAHN:
6        Q.   Before those -- before the Level 4 EOP program
7    was established at Mule Creek, was there treatment space
8    developed for that program?
9        A.   I'm not aware of that.
10       Q.   Okay.
11            Is there a plan now to develop treatment space
12   for the Mule Creek EOP program?
13       A.   I'm not sure.
14       Q.   You're not sure?
15       A.   (Witness nods.)
16       Q.   Okay.
17            But it's your understanding that program and
18   treatment space was developed for the EOP programs to
19   meet their capacity?
20       A.   Let me -- if I can rephrase it.
21       Q.   Sure.
22       A.   Is that it's considered.  And, you know, we're
23   all aware that not all the EOPs have enough treatment
24   space for their mission, but then when they open an EOP
25   program, they identify and they consider the space
```

**Golden Gate Reporting**

Page 96

```
1    Beds that are available in the -- with the mission
2    that's given -- with an EOP mission that's given.
3         Q.   Okay.
4              So, then I'd like you to look at "Census" for
5    the EOP, and that number is "4,639."
6              What does that number represent?
7         A.   That is the actual number of EOP inmates
8    statewide that we have the IMIS DDPS.  They're
9    identified on DDPS as "EOP."
10        Q.   And where are those EOPs housed at this time?
11        A.   They're both in the -- well, we have the 36 --
12   actually, in the programs, and then the others are in
13   non-EOP programs, including Reception Centers.
14        Q.   And at other prisons without EOP programs
15   waiting to transfer?
16        A.   That's correct.
17        Q.   So -- and then the Wait List for EOP lists 177
18   EOPs.
19             What does that number represent?
20        A.   That's the number that have been endorsed and
21   are requesting bus seats for transfer to institutions.
22        Q.   Okay.
23             So, the Department is -- has a shortfall of
24   approximately a thousand EOP beds today -- on August 6,
25   2008, the Department had approximately a shortfall of a
```

**Golden Gate Reporting**

Page 97

1    thousand EOP beds; correct?

2        A.  Well, we had a thousand more inmates than we

3    had programs for.

4        Q.  Okay.

5            So, if there were a thousand less EOP patients

6    in the Department on August 6th, 2008, you would be able

7    to place all the EOPs within CDCR in appropriate beds;

8    correct?

9        A.  There would still be some that are on the

10   Waiting List that are in the process of being

11   transferred, but outside of those that are in the

12   process, then that should be the case.

13       Q.  Okay.

14           Do any of the EOP programs currently operate

15   over their capacity within CDCR?

16       A.  No.

17       Q.  No.

18           In your -- so, you're involved in the transfer

19   and placement of EOPs within the system?

20       A.  Correct.

21       Q.  We saw that list before.

22           What factors do you consider in these

23   placement decisions?

24       A.  It's the same factors.  It's the same meeting

25   and process that we use for the triple C-MS population,

**Golden Gate Reporting**

Page 139

1    reasons behind it when that does happen, like I just

2    explained with some of the overflow cases.

3        Q.  So, this is an active, fluid process?

4        A.  Yes.

5        Q.  And it's happening all day long?

6        A.  Yes.

7        Q.  Okay.

8            So, is there any relief in sight for you with

9    the shortage of MHCB beds?

10           MS. FRITZ:  Vague.  Ambiguous.

11           MS. KAHN:  I think you know that -- understand

12   the question.

13           MS. FRITZ:  Same objection.

14   BY MS. KAHN:

15       Q.  Are there any new MHCB beds that will be

16   opening in the next year or two?

17       A.  Not that -- not Mental Health Crisis Beds that

18   I'm aware of -- new beds.

19       Q.  And the 50-bed unit at CMF is already opened?

20       A.  Yes.

21       Q.  Okay.  All right.

22           MS. KAHN:  I'm going to briefly show you

23   another document, which is very similar to what you just

24   saw.

25           THE WITNESS:  Okay.

**Golden Gate Reporting**

Page 163

1          THE WITNESS:  Thank you.

2    BY MS. KAHN:

3          Q.  And my question is, on this June 17th, 2008,

4    memo directing institutions -- the originating

5    institutions, which do not have hub beds, correct, to

6    refer their EOPs in segregation to a primary or an

7    alternative hub, will that address -- will they be able

8    to transfer their patients given the identified

9    shortfall of EOP Ad Seg beds?

10         MS. FRITZ:  What -- are you referring to

11   Exhibit 12 or a different exhibit?

12         MS. KAHN:  Exhibit 11 that we just looked at.

13         THE WITNESS:  Which is here.  (Indicating)

14         MS. FRITZ:  Got it.

15   BY MS. KAHN:

16         Q.  Exhibit 11 is addressed at better utilization

17   of hub beds; correct?

18         A.  Yes.  Number 11 was to better utilize the beds

19   that we do have.

20         Q.  Okay.

21             Does is it address in any way the existing

22   shortfall of Ad Seg beds?

23         A.  No.

24         Q.  No?

25         A.  It was not a bed-planning document, then.

**Golden Gate Reporting**

Page 164

1     Q.  Okay.

2         So, what should the originating institutions

3  who do not have hub beds -- what is the plan for those

4  institutions when they have EOPs in their programs?

5         Where should they be -- what should they be

6  doing with their EOPs?

7         A.  So, the institutions that they call the

8  "primary," the "alternate," and they don't have a bed

9  available, then they contact our unit.  And then we keep

10  track of where there are -- and possibly some Ad Seg EOP

11  beds -- hub beds available that aren't in one of their

12  two aligned institutions.

13        And we're now maintaining a waiting list for

14  the Ad Seg EOP overflows.  And then it goes by date of

15  the referral for who gets the next -- I don't know the

16  term that we call it, but the next nondesignated hub bed

17  that's available.

18        Q.  And how big is that waiting list now?

19        A.  I don't know exactly.

20        Q.  Okay.

21        Are there any plans for new Ad Seg beds?

22        A.  Um, I don't know of any immediate plans to

23  build any new beds.

24        Q.  Okay.

25        I just want to direct you to fiscal year 09/10

**Golden Gate Reporting**

Page 165

1    and the bed deficit there for those beds.

2           And that number is 171; correct?

3           MS. FRITZ:  The document speaks for itself.

4           THE WITNESS:  Correct.

5           MS. KAHN:  Okay.

6    BY MS. KAHN:

7        Q.  And so, HCPOP -- HCPOP's role in this will be

8    maintaining the wait list and trying to prioritize

9    transfers to those beds as well?

10       A.  Correct.

11       Q.  And is there a process for considering acuity

12   of the EOP housed in a nonhub Ad Seg for transfer to a

13   hub?

14       A.  There is no process for priority on that list.

15       Q.  Okay.

16           So, it's -- is it based on placement on the

17   list?

18       A.  Yeah.

19           The date -- the order of the date on that

20   waiting list.

21       Q.  All right.

22           As long as we have the Navigant document in

23   front of us -- well, that's it.

24           MS. KAHN:  I think we should take a break.

25           MS. FRITZ:  Okay.

## Golden Gate Reporting

```
                                              Page 210
 1          MS. KAHN:  All right.  Let's take a break.

 2          (Off the record from 3:28 p.m.

 3           until 3:43 p.m.)

 4          MS. KAHN:  This is number 18.

 5          (Whereupon Plaintiffs' Exhibit 18,

 6           per the Protective Order, was listed

 7           and bound separately.)

 8          THE WITNESS:  (Witness reviews the document.)

 9   BY MS. KAHN:

10       Q.  Okay.

11           You're still sworn.

12       A.  Okay.

13          MS. KAHN:  Should we wait for Michael?

14          MS. FRITZ:  Let me see.

15          No.  We're fine.

16          MS. KAHN:  Okay.

17   BY MS. KAHN:

18       Q.  So, what I've handed you here today is

19   Enclosure 16 from the Coleman monthly report, dated

20   August 28th, 2008.  And Enclosure 16 is a list -- a Wait

21   List of EOP inmates waiting for transfer to a PSU;

22   correct?

23       A.  Correct.

24       Q.  And have you seen this document before?

25       A.  Yes.
```

## Golden Gate Reporting

Page 211

1      Q.   Does your office create this document?

2      A.   Yes.

3      Q.   Yes.   Okay.

4           And as of August 5th, 2008, there were 26 EOP

5   patients on the PSU Wait List.

6      A.   Apparently so.

7      Q.   Apparently so.

8           Are there any new PSU beds under construction?

9      A.   Not that I'm aware of.

10     Q.   Okay.

11          Any new PSU beds slated for -- what's the word

12  I want to use?

13          Any new PSU beds coming online in the next

14  year or two?

15     A.   Not that I'm aware of.

16     Q.   Okay.

17          So, I want to look at this Wait List for a

18  second and ask you if there is any prioritization

19  applied to the EOP patients placed on this list.

20     A.   We use the same process that we do for the

21  Mental Health Crisis Bed prioritization, which is any

22  request for clinical priority has to go to the Regional

23  Chief or Dr. Chiurazzi.   Otherwise, we go by the order

24  date on the waiting list.

25     Q.   Looking at this list, I'm going to go down to

CERTIFICATION OF DEPOSITION OFFICER

I, KATY LEONARD, duly authorized to administer oaths pursuant to Section 2093(b) of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was thereafter transcribed by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of this cause named in said caption.

_____
KATY LEONARD, CSR 11599