# EXHIBIT 15

# Deposition of Christopher J. Mumola
# August 25, 2008
# (Designations)

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

```
              IN THE UNITED STATES DISTRICT COURTS
            FOR THE EASTERN DISTRICT OF CALIFORNIA
            AND THE NORTHERN DISTRICT OF CALIFORNIA
      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE


- - - - - - - - - - - - - -+
                           |
RALPH COLEMAN, et al,      |
                           |
          Plaintiffs,      |
     vs.                   |       No. S 90-0520 LKK-JFM P
                           |
ARNOLD SCHWARZENEGGER,     |
et al,                     |
                           |
          Defendants.      |
                           |
- - - - - - - - - - - - - -+
                           |
MARCIANO PLATA, et al,     |       No. C 01-1351 TEH
                           |
          Plaintiffs,      |
     vs.                   |
                           |
ARNOLD SCHWARZENEGGER,     |
et al,                     |
                           |
          Defendants.      |
--------------------------|


              DEPOSITION OF CHRISTOPHER J. MUMOLA
                    (by written questions)
                      Washington, D.C.
                   Monday, August 25th, 2008
                       10:00 a.m. EST

Job No. 2-132568

Pages 1 - 123

Reported by:  Laurie Bangart-Smith, RPR, CRR
```

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 59

1        sharply by the type of illness involved.  While

2        many of the leading medical causes of prison

3        deaths such as heart disease, cancer and liver

4        disease, showed dramatic increases in their .

5        mortality rates between newly admitted and

6        long-serving inmates, communicable diseases

7        showed much slower increases in mortality rates

8        over time served.

9    BY PLAINTIFFS' COUNSEL:

10        Q    And according to appendix table 6, on page 8

11   of the Data Brief, the mortality rate for state

12   prisoners who had served less than 12 months was 140

13   per 100,000, correct?

14        A    To be more specific, the illness mortality

15   rate for state prisoners who had served less than 12

16   months was 140 per 100,000.  This rate does not take

17   into account deaths from other causes.

18        Q    A state prison system's mortality rate will

19   be highly dependent on the composition of the prison

20   population, including the age, gender, race and length

21   of time served of the state prisoners in a given

22   state's prison system, correct?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 60

1          DEFENSE COUNSEL:  Objection.  Vague and

2     ambiguous, calls for speculation, incomplete

3     hypothetical.

4          THE WITNESS:  A state prison system's

5     mortality rate will certainly be impacted by

6     these factors as well as others (e.g., quality of

7     medical care, use of compassionate release

8     policies); however, it is very difficult to

9     discern the level of impact each of these factors

10    may have, simply because many of them are

11    intertwined.

12          For example, age and length of time served

13    are closely linked, because inmates age as they

14    serve time.  Careful analysis would be required

15    to determine just how much the length of time

16    served in prison impacts mortality rates, apart

17    from the aging of the inmates involved.

18    Likewise, variations in the gender makeup of a

19    state prison system's population likely will

20    bring with it variations in the criminal

21    offenders housed.

22          As we saw in Defendants' Exhibit D, violent

**DEPOSITION OF CHRISTOPHER J. MUMOLA**
**CONDUCTED ON MONDAY, AUGUST 25, 2008**

Page 61

1    offenders in state prison were three times more

2    likely than drug offenders to commit suicide and

3    twice as likely to be killed in homicide.

4    Offense distributions of male and female

5    prisoners vary dramatically which makes it

6    difficult to isolate impact of each factor,

7    gender and criminal offense, on overall mortality

8    rates.

9        Two states with large differences in these

10   population characteristics could have very

11   similar rates of mortality in their systems

12   because some of these differences cancel each

13   other out.  Other factors such as the quality of

14   medical care and the use of compassionate release

15   policies for terminally ill prisoners could also

16   have impact on mortality rates.  Basically, the

17   overall mortality rate for any state prison

18   system is the result of many factors interacting

19   together, it is not simply a direct result of a

20   few demographic factors.

21   BY PLAINTIFFS' COUNSEL:

22       Q    Please review Exhibit B to defendant's

### DEPOSITION OF CHRISTOPHER J. MUMOLA
### CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 62

1    deposition notice, the second page of Exhibit B is a

2    chart entitled "Attachment 1:  Illness mortality rate

3    per 100,000 state prisoners by state, 2001 to 2005."

4    Correct?

5        A    Yes.

6        Q    That chart lists all 50 states, with the

7    illness mortality rates per 100,000 state prisoners

8    for each state for each of the years from 2001 to

9    2005, correct?

10       A    Yes.

11       Q    The chart also lists the average mortality

12   rate per 100,000 for the five-year period, correct?

13       A    Average annual illness mortality rate, yes.

14       Q    The yearly and five-year mortality rates on

15   this chart do not take into account the proportion of

16   state prisoners in different age cohorts in the

17   different state prisons, correct?

18            DEFENSE COUNSEL:  Objection.  The phrase "do

19        not take into account" is vague and ambiguous.

20            THE WITNESS:  Correct.  These illness

21        mortality rates are not adjusted to account for

22        variations in prisoner age across state systems.

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 63

1    BY PLAINTIFFS' COUNSEL:

2         Q    The yearly and five-year mortality rates on

3    this chart do not take into account the proportion of

4    male to female prisoners in the different state

5    prisons, correct?

6              DEFENSE COUNSEL:  Objection.  The phrase "do

7         not take into account" is vague and ambiguous.

8              THE WITNESS:  Correct.  These illness

9         mortality rates are not adjusted to account for

10        variations in prisoner gender across state

11        systems.

12   BY PLAINTIFFS' COUNSEL:

13        Q    The yearly and five-year mortality rates on

14   this chart do not take into account the racial makeup

15   of the different state prisons, correct?

16             DEFENSE COUNSEL:  Objection.  The phrase "do

17        not take into account" is vague and ambiguous.

18             THE WITNESS:  Correct.  These illness

19        mortality rates are not adjusted to account for

20        variations in prisoner race or Hispanic origin

21        across state systems.

22

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 64

1   BY PLAINTIFFS' COUNSEL:

2       Q    The yearly and five-year mortality rates on

3   this chart do not take into account the proportionate

4   prisoners serving different lengths of time in the

5   different state prisons, correct?

6            DEFENSE COUNSEL:  Objection.  The phrase "do

7       not take into account" is vague and ambiguous.

8            THE WITNESS:  Correct.  These illness

9       mortality rates are not adjusted to account for

10      variations in time served across state systems.

11  BY PLAINTIFFS' COUNSEL:

12      Q    Shifting back to Defendants' Exhibit A in

13  the Data Brief you wrote on page 3, "When compared to

14  mortality rates for U.S. residents in this age group,

15  i.e., 15 to 64, the overall mortality rate of state

16  prisoners was 19 percent lower during this period,

17  i.e., 2001 to 2004," correct?

18      A    Yes.

19      Q    You reported in the Data Brief at page 3

20  that for the period of 2001 to 2004, 99 percent of

21  state prisoners were between the ages of 15 and 64,

22  correct?

# DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 72

1     just two medical conditions, heart disease and

2     cancer (541.7 per 100,000) is 15 times greater

3     than the rate of death from unintentional injury

4     (35.8 per 100,000).

5          So I would say that unintentional injury is

6     a very significant factor in the overall

7     mortality rate of those persons age 15 to 34, but

8     a much smaller contributor towards the overall

9     mortality of adults over the age of 35.

10    BY PLAINTIFFS' COUNSEL:

11         Q    According to the Data Brief unintentional

12    injury was not one of the ten leading causes of death

13    of state prisoners in 2001 to 2004, correct?

14         A    Correct.  Unintentional injury or accidental

15    injury, as BJS referred to such deaths in the report,

16    was the 16th most common cause of death in state

17    prison during 2001 to 2004.

18         Q    The fact that the mortality rate for 2001 to

19    2004 is lower in state prisons than in the U.S.

20    resident population is likely related to the very low

21    rate of death from unintentional injury for state

22    prisoners aged 15 to 64 years old, correct?

**DEPOSITION OF CHRISTOPHER J. MUMOLA**
**CONDUCTED ON MONDAY, AUGUST 25, 2008**

Page 73

1                DEFENSE COUNSEL:   Objection.   Lacks

2       foundation, calls for speculation, incomplete

3       hypothetical, and the term "likely related" is

4       vague and ambiguous.

5                THE WITNESS:   While I agree that the lower

6       rate of unintentional injury deaths in state

7       prison was a factor in the lower overall

8       mortality rate of state prisoners 15 to 64, I

9       would disagree that it was the primary factor in

10      the overall difference.

11  BY PLAINTIFFS' COUNSEL:

12      Q    If you disagree with the above statement,

13  please explain why.

14      A    If you look at appendix table 11 of the Data

15  Brief, you can see that we presented two average

16  annual mortality rates for the U.S. resident

17  population age 15 to 64, for the years 2001 through

18  2003.  One rate included all causes of death, and the

19  other rate excluded all transportation deaths.

20           Transportation deaths typically account for

21  close to half of all accidental deaths in the U.S.

22  population.  However, state prisoners are exposed to

**DEPOSITION OF CHRISTOPHER J. MUMOLA**
**CONDUCTED ON MONDAY, AUGUST 25, 2008**

Page 74

1    drastically lower risks of transportation deaths that

2    other U.S. residents, because they are not allowed to

3    drive and are only rarely transported by vehicles

4    driven by others, for purposes such as court

5    appearances transfers or work details.  For the most

6    part prisoners spend, state prisoners spend most of

7    their days in confinement and are removed from any

8    risk of dying in motor vehicle accidents.

9              As a result, I felt it would be appropriate

10    to reflect this differing exposure to risk in the Data

11    Brief's comparison of state prison and U.S. resident

12    mortality rates, but the removal of all transport

13    deaths from the calculation of U.S. resident mortality

14    rates did not change the fact that state prisoner

15    mortality rates were still lower for persons age 15 to

16    64.  With transportation deaths included, the U.S.

17    resident mortality rate among persons age 15 to 64 was

18    58 deaths higher per 100,000 people (308 compared to

19    250).  With transport deaths excluded, the U.S.

20    resident mortality rate remained 39 deaths higher per

21    100,000 people (289 compared to 250).

22              Expressed another way, the higher prevalence

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 75

1    of transport deaths in the U.S. population only

2    accounted for one third of the difference in these

3    overall mortality rates.  The remaining two-thirds of

4    the difference in these mortality rates must be

5    explained by other factors.  My further research on

6    this subject has led me to believe that the

7    consistently lower mortality rates of black males in

8    state prison is a major factor in the difference in

9    these overall mortality rates.

10          Following the release of the Data Brief, I

11   had a number of requests from epidemiologists to take

12   a closer look at these differing mortality rates

13   within race and gender groups.  Specifically these

14   researchers were intrigued by the fact that white and

15   Hispanic prisoners both had higher mortality rates in

16   prison, but the mortality rate of black prisoners was

17   less than half that of other black U.S. residents.

18          Originally our discussions focused on

19   homicide deaths among young black males as the reason

20   for this disparity.  As you can see in defendants

21   Exhibit D, page 11, BJS data from the deaths in

22   custody reporting program indicate that U.S. residents

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 76

1  are nine times more likely to die from homicide than

2  state prisoners, once rates are standardized to match

3  the age, rate and gender combinations of state

4  prisons.

5        On page 5 of that same report you can see

6  that black state prisoners had the lowest homicide

7  rate, two homicides per 100,000 inmates, making them

8  the least likely racial group to experience a homicide

9  within a larger population that was already far less

10  likely to be killed in a homicide than other U.S.

11  residents.

12        This difference was even more notable

13  because young black males typically have the highest

14  homicide mortality rates in the U.S. resident

15  population, and young black males routinely have the

16  highest prison incarceration rates of any group in the

17  U.S. resident population.  But when I performed a

18  closer analysis of the data presented in the Data

19  Brief with more specific breakdowns by gender race and

20  age, I found that the lower prison mortality rates for

21  black males were not confined to young adults with

22  much higher rates of homicide death outside of prison.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 77

1    In fact, the prison mortality rates of black

2    males were lower for all age groups between 15 and 64

3    as opposed to whites and Hispanics who had lower

4    mortality rates in prison for young adults but much

5    higher rates of deaths for prisoners among males age

6    45 to 64.  This finding seems to indicate that lower

7    mortality rates for black state prisoners are the

8    result of both lower risk of homicide for young males

9    as well as lower risk of fatal illness among older

10   males.

11   Given that black males routinely make up

12   40 percent or more of the state prison population,

13   these lower death rates for black males in prison are

14   likely a major contributing factor in the overall

15   lower rate of death for state prisoners age 15 to 64.

16   These data were shared with two university researchers

17   in the summer of 2007, months before my first contact

18   with any parties in this deposition.

19   When contacted by the defendants for data on

20   prisoner mortality, I provided them with this same

21   spreadsheet as well.  The date of the email message

22   was October 29, 2007, and I have brought a copy of

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 82

```
 1      A    Yes.   However, it should be noted that this

 2   question immediately following the previous item

 3   implies an inappropriate comparison between the AIDS

 4   mortality rate in California prisons (nine per 100,000

 5   inmates) and the AIDS mortality rate in the resident

 6   populations of the individual states and the District

 7   of Columbia (i.e., the statement that "just two states

 8   and the District of Columbia had a mortality rate from

 9   HIV greater than nine per 100,000").

10           As has been noted at length earlier in this

11   deposition, state prison populations differ quite

12   sharply from resident populations by age, race and

13   gender, among several other measures.  While

14   California State Prisoner rate of HIV deaths was

15   higher than that for 48 states' resident populations,

16   a more appropriate basis of comparison would be the

17   state prison populations of these other states.

18   According to appendix table 9 of Defendants' Exhibit

19   A, you can see that the prison populations of 21

20   states had higher rates of AIDS deaths than the

21   California prison population.

22           Q    Have you performed any studies to determine,
```

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 83

1    on a state-by-state basis, the relationship between

2    each state's overall mortality rate and the mortality

3    rate for that state's state prisoner population?

4            DEFENSE COUNSEL:  Objection.  Overbroad, not

5        relevant to subject matter.

6            THE WITNESS:  No.  All of the state-specific

7        data I have analyzed have referred to the

8        comparisons of state prisoner death rates across

9        states.  I have not focused relating

10       state-specific resident population mortality

11       rates to prison death rates in those same states.

12   BY PLAINTIFFS' COUNSEL:

13       Q    If so, please describe the studies and any

14   findings and/or conclusions you have made.

15           DEFENSE COUNSEL:  Objection.  Overbroad, not

16       relevant to subject matter.

17           THE WITNESS:  Not applicable.

18   BY PLAINTIFFS' COUNSEL:

19       Q    Are you familiar with any studies performed

20   to determine, on a state-by-state basis, the

21   relationship between each state's overall mortality

22   rate and the mortality rate for that state's state

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 84

1    prisoner population?

2            DEFENSE COUNSEL:  Objection.  Overbroad, not

3        relevant to subject matter.

4            THE WITNESS:  No.

5    BY PLAINTIFFS' COUNSEL:

6        Q    If so, please describe those studies and any

7    findings and/or conclusions those studies have made.

8            DEFENSE COUNSEL:  Objection.  Overbroad, not

9        relevant to subject matter.

10           THE WITNESS:  Not applicable.

11   BY PLAINTIFFS' COUNSEL:

12       Q    Did you participate in preparing or

13   verifying the statistical tables attached as

14   Defendants' Exhibit B to your deposition notice?

15       A    Yes.  My role in preparing these statistical

16   tables has already been discussed in my response to

17   defendant's question item 105.

18       Q    Please identify the person or persons who

19   did participate in preparing and verifying the

20   statistical tables attached as Defendants' Exhibit B.

21       A    Again, please refer to my responses to

22   earlier defendants questions on this topic,

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 90

1       comparing mortality rates (particularly illness

2       and AIDS death rates) in California, with other

3       state prison systems.

4           When those comparisons were made,

5       California's rates were consistently lower, and

6       that was what was reported in the highlights.  If

7       California's rates on such deaths were found to

8       be higher than other states on all of the same

9       measures, the same comparisons would have been

10      selected for highlights.  Simply put, the

11      comparisons in the highlights were chosen based

12      on questions posed, and not on the answers that I

13      found when analyzing the data.

14   BY PLAINTIFFS' COUNSEL:

15      Q    Is it correct that attachment 2 to

16   Defendants' Exhibit B shows that the suicide death

17   rate for California prisons was equal to or above the

18   average rate for all other states in each year,

19   averaging 17 percent higher for the entire five-year

20   period (18 suicide deaths per 100,000 inmates versus

21   15 suicide deaths per 100,000 inmates)?

22           DEFENSE COUNSEL:  Objection.  Irrelevant,

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 91

1       misstates the facts.

2          THE WITNESS:  The suicide mortality rate for

3       California prisons was equal to or above the rate

4       of suicide deaths in all other states combined in

5       each year from 2001 to 2005.  The average annual

6       suicide rates referenced in this question were

7       accurate for the two groups, but the California

8       suicide rate was actually 20 percent higher for

9       this period (a difference of three, divided by a

10      base of 15, comes to a difference of .20 or

11      20 percent).

12   BY PLAINTIFFS' COUNSEL:

13      Q    Who decided not to include this information

14   as a "highlight"?

15          DEFENSE COUNSEL:  Objection.  Lacks

16      foundation, argumentative, irrelevant.

17          THE WITNESS:  As stated earlier, I made the

18      decisions in terms of writing these highlights,

19      and I included comparisons on the topics of

20      interest to the data requester.  The defendants

21      did not express any interest in comparisons of

22      suicide rates, so I did not think such comparison

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 92

```
 1        needed to be highlighted.  Furthermore, the scale
 2        of the difference between California and all
 3        other states combined was quite small compared to
 4        the difference in illness/AIDS mortality rates.
 5        The difference in suicide rates amounted to three
 6        suicides per 100,000 inmates each year, compared
 7        to a difference of 53 illness or AIDS death per
 8        100,000 inmates each year.
 9   BY PLAINTIFFS' COUNSEL:
10        Q    Is it correct that attachment 2 to
11   Defendants' Exhibit B shows that the homicide death
12   rate for California prisons was above the average rate
13   for all other states in each year, averaging more than
14   double the average rate for the other states for the
15   entire five-year period (8 homicide deaths per 100,000
16   inmates versus 3 homicide deaths per 100,000 inmates)?
17             DEFENSE COUNSEL:  Objection.  Irrelevant.
18             THE WITNESS:  Yes, that is correct.
19   BY PLAINTIFFS' COUNSEL:
20        Q    Who decided not to include this information
21   as a "highlight"?
22             DEFENSE COUNSEL:  Objection.  Lacks
```

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 94

1          inmates each year, compared to a difference of 53

2          illness or AIDS deaths per 100,000 inmates each

3          year.

4    BY PLAINTIFFS' COUNSEL:

5          Q      Is it correct that attachment 2 to

6    Defendants' Exhibit B shows that the drug/alcohol

7    intoxication death rate for California prisons was

8    above the rate for all other states in each year,

9    averaging triple the average rate for all other states

10   for the entire five-year period (6 drug/alcohol

11   intoxication death per 100,000 inmates versus 2

12   drug/alcohol intoxication deaths per 100,000 inmates)?

13              DEFENSE COUNSEL:  Objection.  Irrelevant.

14              THE WITNESS:  Yes, that's correct.

15   BY PLAINTIFFS' COUNSEL:

16         Q      Who decided not to include this information

17   as a "highlight"?

18              DEFENSE COUNSEL:  Objection.  Lacks

19         foundation, argumentative.

20              THE WITNESS:  I made this decision

21         consistent with the reasons already stated

22         several times for how I selected findings for

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 95

```
 1        these highlights.  Drug and alcohol intoxication
 2        deaths were not a topic of interest for the data
 3        requester, and the scale of difference between
 4        the rates was quite small (4 deaths per 100,000
 5        inmates per year) compared to the difference in
 6        illness/AIDS mortality rates (53 illness or AIDS
 7        deaths per 100,000 inmates each year).
 8   BY PLAINTIFFS' COUNSEL:
 9        Q    Is it correct that attachment 2 to
10   Defendants' Exhibit B shows that California prisons
11   mortality rate from all causes has increased from 2001
12   (178 per 100,000 inmates) to 2005 (223 per 100,000
13   inmates) and increased of about 25 percent?
14             DEFENSE COUNSEL:  Objection.  Irrelevant.
15             THE WITNESS:  Yes, that is correct.
16   BY PLAINTIFFS' COUNSEL:
17        Q    Who decided not to include this information
18   as a "highlight"?
19             DEFENSE COUNSEL:  Objection.  Lacks
20        foundation, argumentative, irrelevant.
21             THE WITNESS:  In an indirect way this trend
22        was already discussed in attachment 1, highlight
```

**DEPOSITION OF CHRISTOPHER J. MUMOLA**
**CONDUCTED ON MONDAY, AUGUST 25, 2008**

Page 97

1      number 3, I didn't think it was important to

2      repeat the point when composing highlights for

3      attachment 2.

4  BY PLAINTIFFS' COUNSEL:

5      Q    Is it correct that attachment 2 to

6  Defendants' Exhibit B also shows that the mortality

7  rate for all other states for all causes has declined

8  from 2001 (252 per 100,000 inmates) to 2005, (225 per

9  100,000 inmates) a decline of about 11 percent?

10          DEFENSE COUNSEL:  Objection.  Misstates

11      document, the phrase "has declined" is vague and

12      ambiguous.

13          THE WITNESS:  Yes, that's correct.

14  BY PLAINTIFFS' COUNSEL:

15      Q    Who decided not to include this information

16  as a "highlight"?

17          DEFENSE COUNSEL:  Objection.  Lacks

18      foundation, argumentative, irrelevant.

19          THE WITNESS:  My process for selecting and

20      writing these highlights has already been

21      discussed in my response to numerous items.  In

22      terms of this particular question, I would point

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 102

1          DEFENSE COUNSEL:  Objection.  Irrelevant.

2          THE WITNESS:  Yes, that's correct.  The

3      increase resulting from standardizing the U.S.

4      resident rate is largely the result of the

5      virtual absence of young children and the elderly

6      from the state prison population.  These are two

7      large groups of U.S. residents with relatively

8      low suicide rates.

9   BY PLAINTIFFS' COUNSEL:

10      Q    When the Bureau of Justice Statistics

11   standardized the U.S. resident population to reflect

12   the age, race and gender of the state prisoner

13   population, which state prison systems demographic

14   data did you use?

15          DEFENSE COUNSEL:  Objection.  Assumes facts

16      not in evidence.

17          THE WITNESS:  The age, race and gender

18      characteristics of the total population of all

19      state prison systems was used to standardize the

20      U.S. resident population rates.  In BJS

21      publications, all references to the state

22      prisoner population are used collectively in this

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 103

1     fashion, and they do not refer to a single

2     state's prison population.

3  BY PLAINTIFFS' COUNSEL:

4     Q    Are the demographics of the California

5  prison population the same as the demographic data you

6  used to standardize the U.S. resident population when

7  you made these calculations?

8          DEFENSE COUNSEL:  Objection.  Assumes facts

9     not in evidence, misstates the facts.

10         THE WITNESS:  No, the data reflect the

11    demographic composition of the overall State

12    prisoner population across all 50 states.  It is

13    likely that the demographic composition of any

14    single state's prison system during 2002 differed

15    in some fashion from these accumulated nationwide

16    characteristics.

17 BY PLAINTIFFS' COUNSEL:

18    Q    If you answered yes to the last question,

19 please explain how you know whether the demographics

20 of the California prison population are the same as

21 the demographic data you used to standardize the U.S.

22 resident population when you made these calculations?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 104

1           DEFENSE COUNSEL:  Objection.  Assumes facts

2       not in evidence, misstates the facts.

3           THE WITNESS:  Not applicable.

4   BY PLAINTIFFS' COUNSEL:

5       Q    If you answered no to the question, please

6   explain how the demographics of the California prison

7   population differ from the demographic data you used

8   to standardize the U.S. resident population when you

9   made these calculations.

10          DEFENSE COUNSEL:  Objection.  Assumes facts

11      not in evidence, misstates the facts.

12          THE WITNESS:  I do not have a demographic

13      breakdown of the California prisoner population

14      for 2002 to which I can refer.  As far as I know,

15      from working with other correctional population

16      data series, the percentage of Hispanic prisoners

17      in the California system is higher than the

18      national state prison population average, and

19      women make up a slightly lower percentage of

20      California prisoners than the national average

21      among state prison system.  I don't know how the

22      age distribution of California prisoners compares

### DEPOSITION OF CHRISTOPHER J. MUMOLA
### CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 105

1        to the national average for state prisoners.

2    BY PLAINTIFFS' COUNSEL:

3        Q    On page 3 of the same report, you wrote, "In

4    most state prison systems, suicides were rare events,"

5    referring to the period 2001 to 2002, correct?

6            DEFENSE COUNSEL:  Objection.  Vague and

7        ambiguous as to "rare," irrelevant as to time,

8        location.

9            THE WITNESS:  Yes, that's correct.

10   BY PLAINTIFFS' COUNSEL:

11       Q    And you wrote that almost half of all states

12   recorded three or fewer suicides during this period,

13   correct?

14           DEFENSE COUNSEL:  Objection.  Irrelevant as

15       to time, location.

16           THE WITNESS:  Yes, that's correct.

17   BY PLAINTIFFS' COUNSEL:

18       Q    During 2001 to 2002, California reported 52

19   suicides?

20           DEFENSE COUNSEL:  Objection.  Vague and

21       ambiguous as to reporting entity, irrelevant as

22       to time.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

123

1

2

3

4    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

5            I, Laurie Bangart-Smith, Registered
        Professional Reporter, the officer before whom
6        the foregoing deposition was taken, do hereby
        certify that the foregoing transcript is a true
7        and correct record of the testimony given; that
        said testimony was taken by me stenographically
8        and thereafter reduced to typewriting under my
        supervision; and that I am neither counsel for,
9        related to, nor employed by any of the parties to
        this case and have no interest, financial or
10       otherwise, in its outcome.
11           IN WITNESS WHEREOF, I have hereunto set my
        hand and affixed my notarial seal this 8th day of
12       September, 2008.
13       My commission expires:  March 14th, 2011

14

15       *Laurie Bangart-Smith*

16       _____

17    LAURIE BANGART-SMITH

      NOTARY PUBLIC IN AND FOR

18    THE DISTRICT OF COLUMBIA

19

20

21

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664