# EXHIBIT 17

**Deposition of George Sifuentes
December 15, 2007
(Designations)**

**Part A**

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF

THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28

UNITED STATES CODE

---oOo---

RALPH COLEMAN, et al.,
        Plaintiffs,

                              Case No.

vs.

                              Civ S 90-0520 LKK-JFM

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

MARCIANO PLATA, et al.,

        Plaintiffs,      Case No.

vs.                            C01-1351 TEH

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

DEPOSITION OF GEORGE SIFUENTES

December 14, 2007

Reported by:
LUCY CARRILLO-GRUBBS, RMR, CRR, RPR, CRP, CSR
License No. 6766

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1   Q. Michael Stone?

2   A. Yeah.

3   Q. And was that the only time that you met with
4   an attorney for this deposition?

5   A. Yes.

6   MS. WHELAN: We noticed your deposition today,
7   which is why you're here. I'm going to mark as
8   Exhibit 1, your notice of deposition for the court
9   reporter.

10   (Plaintiffs' Exhibit No. 1 was marked for
11   identification.)

12   BY MS. WHELAN:

13   Q. Have you seen this before? Does it look
14   familiar to you?

15   A. Yes, I've seen it before.

16   Q. Okay.

17   I want to spend a little bit of time on your
18   general background. I know that you're -- I saw, I
19   think, a statement saying that you've been with the
20   Department for something like 20 years, is that
21   true?

22   A. I was with Department of Corrections -- I've
23   been with Corrections or was with Corrections since
24   19- -- from 1987 to this past October.

25   Q. Okay. And then what happened in October?

GEORGE SIFUENTES

```
 1      A. Oh, I transferred over to Cal -- what's
 2  known as Cal PIA, Prison Industries.
 3      Q. And is that a separate state agency from the
 4  CDCR?
 5      A. It is part of CDCR, I'm not sure it's a
 6  state agency. It's a state entity but I'm not sure
 7  it's an agency, it has a funny -- funny authority.
 8      Q. And what does the acronym stand for?
 9      A. Cal -- well, Cal is, you know, short for
10  California, then PIA is Prison Industry Authority.
11      Q. So as of October -- strike that.
12          Before October you were with the Office of
13  Facilities Management, is that correct?
14      A. That's correct.
15      Q. And then in October of this year you moved
16  over to Cal PIA?
17      A. That's correct.
18      Q. I'm sorry, what's your position at Cal PIA
19  now, your title?
20      A. I head up the modular building enterprise.
21      Q. Okay, let's go back to that in a minute.
22      A. Okay.
23      Q. Can you just give me a brief description of
24  your educational history since high school?
25      A. Yes. I attended University of California at
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 16

1  Davis and received a bachelor's in economics and a
2  bachelor's in political science in 1975.
3          And that's it for formal education.
4      Q. Okay, so no graduate school?
5      A. No graduate school.
6      Q. And prior to working for the California
7  Department of Corrections, where did you work?
8      A. State of California, the Department of
9  Social Services Benefit Payments.
10     Q. And what did you do in that position?
11     A. Oh, I had a number of jobs there, started
12 off as a welfare case reviewer, worked in research,
13 worked in audits, and administrative services jobs.
14     Q. How many years were you with the Department
15 of Social Services you said?
16     A. It was -- it was Benefit Payments and then
17 it got renamed Social Services.  I started in '75,
18 and was there until I moved to Corrections, which
19 was in '87.
20     Q. So you did a variety of jobs within the
21 Department of Social Services?
22     A. Right.
23     Q. And what was your first position with the
24 CDCR?
25     A. My first position with the CDCR was chief of

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

correctional officer recruitment and selection.

Q. How long were you in that position?

A. I did that job for about a year.

Q. What was your second position?

A. Then I moved over to what was known at the time as Planning and Construction, which eventually became the Office of Facilities Management. But when I initially started with Planning Construction I was a project director.

Q. And when you took that job as a project director, did you go through any kind of licensing process?

A. No.

Q. Do you have any construction related licenses?

A. No.

Q. And could you give me just a brief description of the various titles you've held in the Office of Facilities Management?

A. Sure.

After project director, then I became the chief of the construction operations branch. Then I became the assistant deputy director of the Office of Facilities Management. And then ultimately the deputy director of facilities management.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Q. And how long did you hold the position of
2  deputy director of Office of Facilities --
3  A. I started acting in that position since
4  March of 2004.
5  Q. So in March of 2004 through October of --
6  A. October.
7  Q. Of 2007?
8  A. Right.
9  MS. WHELAN: This is an organizational
10 structure chart that I just printed off from the
11 CDCR website, I'll mark it as Exhibit 2, if you
12 could.
13 (Plaintiffs' Exhibit No. 2 was marked for
14 identification.)
15 BY MS. WHELAN:
16 Q. I just want to get the structure of Office
17 of Facilities Management down.
18   It appears that it's directly under the
19 Facility Planning Construction and Management Team;
20 is that correct? I know the writing is a little
21 small.
22 A. Well, the Office of Facilities Management no
23 longer exists, it was renamed to the Facility
24 Planning Construction Management when Ms. Deborah
25 Hysen was appointed to that position.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Q. Just to help out the court reporter, we're having kind of a good conversation, but if you could just wait until I complete my question, I know you can probably anticipate what I'm going to say, but just let me complete it before you answer, I think it will help her also, and me.

A. Okay.

Q. Okay.

When you were working with the Office of Facilities Management, can you describe for me your responsibilities as the deputy director?

A. Yes. As the deputy director my overall responsibility was to manage that organization, to oversee that organization and to oversee the department's capital outlay program.

Q. And can you explain what capital outlay projects are?

A. Yes. In the state budget there is a portion of that budget known as capital outlay, and capital outlay are physical assets, most commonly buildings. And the state budget breaks that funding and that project approvals out separately than funding for general salaries or equipment. And corrections is one of the few departments that has a capital outlay program.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

 1    Q. And so you were involved in capital outlay
 2 projects for CDCR facilities?
 3    A. That's correct.
 4    Q. And does capital outlay refer to some sort
 5 of funding restriction also?
 6    A. Yes, it does. Capital outlay has its own
 7 rules and regulations with regard to authority, the
 8 funding and/or approvals.
 9    Q. When you were working with the OFM, did you
10 have responsibilities for capital outlay projects
11 related to Coleman bed planning efforts?
12    A. Yes.
13    Q. And can you tell me what some of those were?
14    A. Some of those were, for example, the 50-bed
15 mental health facility, crisis bed facility at CMF,
16 that's currently under construction.
17       The facility at Salinas Valley, the original
18 CTC at Salines Valley, plus the additional that's
19 currently under -- I believe it's 64 beds that's
20 currently under construction as we speak, would have
21 been the two primary examples.
22    Q. And when I ask you about your involvement in
23 construction, I mean your office, obviously. But do
24 you also have direct involvement in construction
25 projects?

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
 1      A. Yes, I do.
 2      Q. And can you explain what your direct
 3  involvement is?
 4      A. Well, as deputy director my involvement is
 5  monitoring the progress of those projects, for
 6  example.  In addition, in helping -- in -- in
 7  addition, help -- help formulate what the
 8  department's response should be for capital outlay
 9  need, whether that be Coleman or any other capital
10  outlay need.
11      Q. And before you left the Office of Facilities
12  Management, were you involved in any capital outlay
13  projects related to the Plata lawsuit?
14      A. No -- wait a minute, I take that back,
15  that's not correct.
16         Yes, I did.
17      Q. And which ones were those?
18      A. Well, that would have been the one at San
19  Quentin, what's known as the building 22 project.  I
20  was the liaison with the receiver's office on two
21  things, one, was the environmental impact report for
22  that project.  The receiver wanted the EIR done and
23  so he did it through our office because we have in
24  our office environmental planners who handle that
25  work.
```

1    The second part had to do with asking us for
2 space recommendations for staff for medical and
3 mental health and dental.
4    And then thirdly, asking us to help review
5 the plans that they were developing so that we could
6 provide appropriate input.
7    So that's where we were involved.
8    Q. And what is the status of that project?
9    A. That project, last I understood, it was
10 authorized by the legislature, and the receiver's
11 office has selected a constructor or design builder.
12 And I'm not sure what -- I'm not sure the status of
13 their schedule, but that's the last I recall.
14    Q. So they are still in the preconstruction
15 phase?
16    A. I'm not sure.
17    MR. McCLAIN: Objection, lacks foundation.
18    BY MS. WHELAN:
19    Q. You can go ahead and answer.
20    A. I'm not sure.
21    Q. You stated that you are involved in Coleman
22 bed planning projects, how familiar are you with the
23 underlying case?
24    MR. McCLAIN: I'm just going to object to that
25 as misstating testimony.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  existing Salinas Valley facility that was already
2  there. It was -- so these were in addition to those
3  beds. So this would have handled -- not handled,
4  they would have housed the same level of inmates
5  that were at the Salinas Valley facility, and those
6  were acute level, high-level security inmates.
7       Q. I know you're not a mental health clinician
8  and so I want to just clarify for you and make a
9  representation to you, because I don't want to hold
10 you to this position, but I understand that you
11 believe that acute care inmates were going to be
12 housed in this facility. But it's my understanding
13 that it is intermediate care facility beds that were
14 being built at D-5 and D-6. And that the acute beds
15 for men at this time were at the CMF Vacaville
16 hospital.
17      Does that sound correct to you?
18      A. No.
19      Q. Okay. So you -- you believe that acute men,
20 Level IV men were going to be housed in these units?
21      A. What my understanding was that the
22 department was severely short on high level acute
23 care beds. And that you could not -- you had a very
24 limited number of beds at CMF to do that.
25      The only other place that they were being

1  housed was at Salinas Valley, the original facility.
2  And that we were -- we converted Delta 5 and Delta 6
3  to house additional men that had the same security
4  and same type of care required that was at Salinas
5  Valley.
6      Q. How many beds were there in the D-5 and D-6
7  units?
8      A. Oh, I want to say 52 in each, 50 or 52.
9      So there would have been, in total, between
10 a 100 and 104.
11     Q. Okay. I'm going to represent to you that
12 the Salinas Valley D-5 and D-6 units house
13 intermediate care facility patients that are high
14 level, as you said, Level IV.
15     A. Okay.
16     Q. If you refer to this last page of the
17 Navigant, intermediate male celled housing is the
18 third category down. And you'll see that as of July
19 13th, 2007 there is a bed deficit of 29 beds, and
20 then it shows deficits of 49 beds in fiscal year
21 2007-8, five beds in fiscal year 2008-9 and 20 beds
22 in fiscal year in fiscal year 2009-10. Do you see
23 that?
24     A. Yes, I do.
25     Q. Do you have any understanding of whether