# EXHIBIT 19

## Deposition of James Tilton
## September 3, 2008
## (Designations)

## Part A

**Golden Gate Reporting**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE


RALPH COLEMAN, et al.,

        Plaintiffs,

vs.                    No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER, et al.

        Defendants.

_____/

MARCIANO PLATA, et al.

        Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.

        Defendants.

_____/


Deposition of JAMES EDWIN TILTON


DATE:             SEPTEMBER 3, 2008

TIME:             9:41 A.M.

LOCATION:       ROSEN, BIEN & GALVAN
                  315 Montgomery Street, 10th Floor
                  San Francisco, California 94104

REPORTED BY:    Cari L. Waters-Drewry
                  Certified Shorthand Reporter
                  License Number 12401

**Golden Gate Reporting**

Page 10

```
 1    be videotaped.  It is correct that the videographer was      09:45:01
 2    ordered by counsel for CCPOA; although, I do think it's      09:45:06
 3    a proper notice, and the videotaping is proper.              09:45:12
 4         I do not have any intention to release the              09:45:18
 5    videotape to the press, and I'd be glad to notify you,       09:45:22
 6    Ms. Tillman, if I know of any such plan; although, I         09:45:28
 7    don't know of any restriction in the protective order or     09:45:33
 8    otherwise that would cover that.  I'm just telling you,      09:45:37
 9    as a professional, it's not my intent to do so.              09:45:40
10         If we use the videotape, we'd be using it at            09:45:44
11    trial.  And my understanding is that evidence at trial       09:45:48
12    is public.  But, in any event, it is not my intent to        09:45:51
13    release the videotape to the press.                          09:45:57
14         MS. TILLMAN:  I appreciate that statement.              09:46:00
15    Again, if I -- I'll await word from CCPOA in regards to      09:46:02
16    their ability to provide me with some assurance that         09:46:07
17    this videotape will not be used for any purpose other        09:46:11
18    than trial in this three-judge panel matter.                 09:46:13
19              EXAMINATION BY MR. BIEN                             09:46:16
20         MR. BIEN:  Q.  Mr. Tilton, could you please             09:46:21
21    state your name and current position for the record.         09:46:25
22         A.   James Edwin Tilton, T-I-L-T-O-N, retired           09:46:30
23    secretary for CDCR.                                          09:46:35
24         Q.   Okay.  And, Mr. Tilton, when did you retire?       09:46:37
25         A.   May 16th of this year.                             09:46:41
```

**Golden Gate Reporting**

Page 11

```
 1      Q.   And are you employed in any way by the State      09:46:43
 2  of California at this moment?                              09:46:48
 3      A.   Well, I'm listed as a retired annuitant, and I    09:46:50
 4  don't have any outstanding bills, but I probably will      09:46:54
 5  start with all of the court cases that I'm working on.     09:46:57
 6  Besides that, no other role.                               09:47:00
 7      Q.   What does retired annuitant mean?                 09:47:03
 8      A.   Retired annuitant means that if you do work       09:47:07
 9  for the State, and there's an ability to get paid for      09:47:10
10  that work on a part-time basis.                            09:47:14
11      Q.   Do you understand that the State will be          09:47:18
12  compensating you for your time today?                      09:47:20
13      A.   Yes.                                              09:47:24
14      Q.   And if you were called as a witness at trial,     09:47:24
15  do you understand you would be compensated by the State    09:47:27
16  for your time at trial?                                    09:47:30
17      A.   That's my understanding, yes.                     09:47:31
18      Q.   Is it your intent, if requested by the State      09:47:33
19  to do work as a retired annuitant, in addition to          09:47:39
20  testifying, are you available to the State to do other     09:47:47
21  work as a retired annuitant?                               09:47:47
22      A.   That's up in the air.  I've made no decisions,    09:47:48
23  but I'm willing to do that.                                09:47:50
24      Q.   Have you been employed by any other entity        09:47:51
25  since you left the State of California?                     09:47:57
```

**Golden Gate Reporting**

Page 15

```
 1        Q.    Let's shift to your employment history.  I     09:51:24
 2   know that you retired as secretary of the CDCR.  On what   09:51:31
 3   date did you first become an acting secretary?            09:51:38
 4        A.    April 18th of '06.                              09:51:42
 5        Q.    And what was your position immediately before   09:51:48
 6   that?                                                      09:51:50
 7        A.    Before that, it was called -- what's called a   09:51:50
 8   program budget manager with the Department of Finance.     09:51:53
 9        Q.    And in your role of Department of Finance, did  09:52:05
10   you have responsibility for CDCR budget matters?           09:52:07
11        A.    Yes, I did.                                     09:52:11
12        Q.    Okay.  And how long did you have that position  09:52:13
13   at DOF?                                                    09:52:19
14        A.    That position, approximately three years.       09:52:21
15        Q.    Okay.  And you were at DOF before that?          09:52:23
16        A.    Yes.                                            09:52:31
17        Q.    How long have you been at DOF?                   09:52:31
18        A.    Since 1998.                                     09:52:34
19        Q.    Okay.  In various positions at the Department   09:52:36
20   of Finance?                                                09:52:40
21        A.    Right, two positions.  Right.                   09:52:41
22        Q.    And at what point in your work at Department    09:52:44
23   of Finance did you first have any responsibility for       09:52:46
24   CDC's, Department of Corrections, budget items?            09:52:49
25        A.    Well, the last three years, I was responsible   09:52:53
```

## Golden Gate Reporting

Page 16

```
 1    for their support budget.  The prior five years, I was       09:52:55
 2    responsible for their capital outlay.  Their                 09:53:02
 3    construction program was under my purview.                   09:53:07
 4         Q.  And prior to 1998, where did you work?              09:53:17
 5         A.  Prior to 1998, I was the deputy director for        09:53:23
 6    administration for the Department of Corrections.            09:53:26
 7         Q.  And how long did you have that position?            09:53:31
 8         A.  That particular position, I think, since 1987.      09:53:34
 9         Q.  In general, what were your responsibilities in      09:53:47
10    that time period?                                            09:53:50
11         A.  I was responsible for all the administrative        09:53:52
12    functions, which is procurement, accounting, budgeting,      09:53:53
13    personnel.  At one period, I had all of the IT programs.     09:53:57
14    I had health and safety, labor relations for a while,        09:54:02
15    and training.                                                09:54:06
16         Q.  And training?                                       09:54:12
17         A.  And training, right.                                09:54:13
18         Q.  Who did you report to as deputy director?           09:54:14
19         A.  I reported to the chief deputy director.            09:54:17
20         Q.  And did the chief deputy director report to         09:54:32
21    the secretary during that period?                            09:54:34
22         A.  No, he reported to the director of                  09:54:36
23    corrections.                                                 09:54:37
24         Q.  Director of corrections, that's right.              09:54:39
25             And during that period, there was a State           09:54:43
```

**Golden Gate Reporting**

Page 17

| | | |
|---|---|---|
| 1 | entity called Youth and Adult Correctional Authority; is | 09:54:47 |
| 2 | that correct? | 09:54:51 |
| 3 | A.   The Youth and Adult Correctional Agency? | 09:54:51 |
| 4 | Q.   Correctional Agency, yes. | 09:54:54 |
| 5 | A.   Yes. | 09:54:54 |
| 6 | Q.   And that was the secretary level, at that | 09:54:55 |
| 7 | point? | 09:54:57 |
| 8 | A.   That's correct. | 09:54:58 |
| 9 | Q.   Prior to becoming deputy director for | 09:55:02 |
| 10 | administration, did you have other positions at CDCR? | 09:55:04 |
| 11 | A.   Yes, for the two years prior to that, I was | 09:55:13 |
| 12 | assistant deputy over financial operations. | 09:55:13 |
| 13 | Q.   Did you ever work for CDCR in a purely | 09:55:21 |
| 14 | custodial position, such as warden or deputy warden? | 09:55:26 |
| 15 | A.   No. | 09:55:32 |
| 16 | Q.   Were you ever a correctional officer? | 09:55:34 |
| 17 | A.   No. | 09:55:37 |
| 18 | Q.   When did you first begin working at CDCR? | 09:55:44 |
| 19 | A.   In 1985. | 09:55:48 |
| 20 | Q.   What was your prior work experience before | 09:55:50 |
| 21 | that? | 09:55:53 |
| 22 | A.   I was with the Department of Finance. | 09:55:53 |
| 23 | Classification was principal program budget analyst, and | 09:55:54 |
| 24 | I had the corrections assignment. | 09:56:04 |
| 25 | Q.   Okay.  And when did you begin that period of | 09:56:08 |

## Golden Gate Reporting

Page 56

1    beds being allocated to each of those facilities.                    11:09:14

2        Q.    What is it about AB 900 that mandated that you             11:09:17

3    do that, that you add program space?                                 11:09:20

4        A.    Well, it requires it.  There's -- I can't cite            11:09:21

5    it, but, basically, it says, for every infill bed you                11:09:24

6    place, you will also make sure you provide like program              11:09:28

7    space for those inmates.                                             11:09:33

8        Q.    The idea being that -- do you understand that              11:09:35

9    the idea being that you would not be adding to the                   11:09:36

10   burden on existing program space in a prison by adding              11:09:42

11   these infill beds, that you would at least have to add              11:09:47

12   enough space to deal with any new inmates?                          11:09:48

13       A.    That's correct.                                           11:09:48

14       Q.    Do you understand that the Department had                 11:09:53

15   recognized that before AB 900 was enacted, that it had a            11:09:55

16   shortage of program space for the existing population in            11:10:00

17   its prisons?                                                        11:10:02

18       A.    Yes.                                                      11:10:03

19       Q.    Could you explain that.  What do you mean by,            11:10:04

20   shortage of program space?                                          11:10:07

21       A.    Well, on two-fold:  One is that as the                   11:10:09

22   Departments got more overcrowded, added more inmates                11:10:12

23   into the prisons, they did not add appropriate program             11:10:17

24   administrative space.  Pretty simple assessment to come            11:10:20

25   to in a lockup prison.                                              11:10:27

## Golden Gate Reporting

Page 57

```
1        Q.    Okay.  Have you read the Receiver's report on      11:10:29
2   overcrowding that came out in the spring of 2007?             11:10:39
3           MS. TILLMAN:  I'll object to the extent it is          11:10:44
4   ambiguous.  I think it came out, and then there was a          11:10:45
5   supplemental also filed.                                       11:10:47
6           So whichever you want to refer to, go ahead.           11:10:48
7           THE WITNESS:  There is a document the Receiver          11:10:51
8   put out that I read around that time.  Whether it's the        11:10:53
9   final document, I don't know.                                  11:10:56
10          MR. BIEN:  Q.  I'll just refer to it, and you          11:10:59
11  can tell me whether it refreshes your recollection about       11:11:00
12  it or not, but I really want to try to mark it here            11:11:03
13  right now.                                                     11:11:05
14          But do you recall that the Receiver, one of            11:11:05
15  his findings was that CDCR, in adding to its capacity          11:11:11
16  over the years, had not added sufficient program space         11:11:17
17  to meet the needs of inmate population?                        11:11:20
18       A.    Yes.                                                11:11:24
19       Q.    And do you agree that that was a correct            11:11:24
20  assessment by the Receiver?                                    11:11:26
21       A.    Yes.                                                11:11:29
22       Q.    During the time that you were at DOF,               11:11:37
23  responsible for reviewing CDCR capital projects, were          11:11:39
24  you involved in any discussions of whether or not              11:11:47
25  additional program space should be added to CDCR               11:11:51
```

## Golden Gate Reporting

Page 60

```
1    involved with either finance or the Department of       11:14:29
2    Corrections?                                            11:14:31
3         A.   Yes.                                          11:14:32
4         Q.   Okay.  And is it correct that the Kern Valley 11:14:32
5    project, the -- certain systems in the prison were      11:14:38
6    designed to allow for a population above 100 percent of 11:14:51
7    design at capacity?                                     11:14:57
8         A.   You're asking for -- would have to be         11:14:59
9    assumptions on my part, and not specific knowledge.     11:15:05
10        Q.   Were you ever told, or did you ever learn,    11:15:08
11   that CDCR, in working with its architects and planners, 11:15:11
12   plans for, for example, electrical systems and water    11:15:20
13   systems at some level above design bed capacity?        11:15:24
14        A.   Yes.                                          11:15:29
15        Q.   Have you ever learned that CDCR, in planning  11:15:30
16   medical and mental health and educational program space,11:15:34
17   does not plan for operation above design bed capacity?  11:15:39
18        A.   No, because I think that's not true.          11:15:46
19        Q.   Okay.  What about my -- what about that point 11:15:48
20   is not true?                                            11:15:51
21        A.   Well, in my tenure, we've talked years of     11:15:52
22   experience, there were assumptions being made of        11:15:58
23   providing program space for the inmates in the prisons, 11:16:01
24   not to 200 percent, which we end up going to, but there 11:16:05
25   were assumptions about how to accommodate program space,11:16:09
```

**Golden Gate Reporting**

Page 61

```
1    as known at that time, for the population above what's      11:16:14
2    called design.                                               11:16:18
3        Q.  Are you aware of what level of -- I'm just          11:16:18
4    using the term overcrowding to refer to a percentage        11:16:23
5    above design bed capacity.  Are you aware of any -- of       11:16:27
6    what level above design bed capacity CDCR planned           11:16:31
7    program space to?                                            11:16:36
8        A.  Well, again, you're asking back a lot of            11:16:38
9    years, but we had a general assumption when we were          11:16:41
10   overcrowded prisons in the '80s and '90s, we talked,         11:16:43
11   typically, of 140 percent, depending on the type of         11:16:48
12   inmate, that we would make sure we provided programs         11:16:51
13   based on the population.                                     11:16:53
14           I don't know at what level that dropped off,        11:16:54
15   but, clearly, it was more than 100 percent, and we had       11:16:57
16   both staffing, as well as facility because we had, in        11:17:00
17   fact, fully-programmed facilities at that time.              11:17:04
18       Q.  So your understanding is that CDCR facilities       11:17:07
19   could operate in terms of delivering necessary programs      11:17:14
20   at or about 140 percent of design capacity, in general       11:17:20
21   terms?                                                       11:17:25
22       A.  At least that level.                                11:17:25
23       Q.  Okay.  And for certain programs, it might be        11:17:27
24   lower if they have special needs?                            11:17:30
25       A.  Well, I don't mean to fill in answers, but          11:17:32
```

## Golden Gate Reporting

Page 62

1    there were assumptions being made, when we built the    11:17:36

2    prisons, that we would overcrowd.  And when we did that,    11:17:38

3    based on the knowledge of what the program definition    11:17:41

4    was, and the staffing related to that, we made    11:17:44

5    accommodations to fully program -- it was part of our    11:17:47

6    process to make sure every inmate had a job program to    11:17:51

7    be in place.    11:17:56

8         Now, definitions of what it takes to staff    11:17:57

9    programs has changed, and, so, it may have moved from    11:18:00

10   that, but, clearly, there was an understanding that we    11:18:03

11   would put more than design beds, number of inmates in    11:18:06

12   the prisons.  And when we did that, we would provide    11:18:06

13   appropriate program space, as defined at that time.    11:18:08

14        Q.   You would agree that at some point when the    11:18:13

15   population exceeded, in general, 140 percent, and got to    11:18:17

16   be 150, 160, 170, at some point, certain facilities lost    11:18:25

17   the ability, in terms of space, to deliver adequate    11:18:31

18   programs to the inmates?    11:18:37

19        A.   Yes.    11:18:38

20        Q.   And it varied from facility to facility, is    11:18:39

21   what that point was?    11:18:41

22        A.   That's true.    11:18:44

23        Q.   Is that something that you were -- you became    11:18:45

24   aware of when you became secretary of CDCR, that there    11:18:46

25   were limits in terms of delivery of programs based on    11:18:49

**Golden Gate Reporting**

Page 63

| | | |
|---|---|---|
| 1 | overcrowding? | 11:18:52 |
| 2 | A.   It would be before that. | 11:18:54 |
| 3 | Q.   When did you first become aware of that? | 11:18:56 |
| 4 | A.   When I was at finance. | 11:18:58 |
| 5 | Q.   Do you recall any particular discussions of | 11:19:03 |
| 6 | that issue, limitations on programs based on | 11:19:06 |
| 7 | overcrowding? | 11:19:07 |
| 8 | A.   Well, I mean, it was in combination with the | 11:19:07 |
| 9 | level of overcrowding, and I was an advocate for | 11:19:11 |
| 10 | building more facilities.  It was North Kern, to be | 11:19:15 |
| 11 | honest, came out of my initiative to go do that. | 11:19:22 |
| 12 | So I knew you've got too many inmates, more | 11:19:25 |
| 13 | inmates than we anticipated, both in terms of housing, | 11:19:28 |
| 14 | as well as programs, and knew that we were taxing the | 11:19:30 |
| 15 | facilities beyond their expectation, and, therefore, we | 11:19:34 |
| 16 | needed to do something to accommodate the population | 11:19:41 |
| 17 | growth. | 11:19:41 |
| 18 | Q.   When you say you were an advocate for Kern | 11:19:41 |
| 19 | Valley, that was a project that was -- came up through | 11:19:45 |
| 20 | the BCP process that you described earlier during your | 11:19:48 |
| 21 | tenure at the Department of Finance? | 11:19:52 |
| 22 | A.   Generally, yes. | 11:19:54 |
| 23 | Q.   When you say, generally, what do you mean? | 11:19:56 |
| 24 | Did it start at an earlier date, or did it -- I don't | 11:19:58 |
| 25 | really understand. | 11:20:05 |

## Golden Gate Reporting

Page 64

```
1        A.   I asked for, where's your request for -- so,        11:20:06

2   at finance, I said, wait, where are you?  Where is your        11:20:10

3   request?  There was not one.                                   11:20:15

4        Q.   So you were someone who was responsible for          11:20:17

5   reviewing CDCR budgetary requests and capital requests,        11:20:18

6   saw that the population was increasing, and, yet, the          11:20:25

7   request for additional capacity, which would take              11:20:30

8   several years to build, wasn't coming through?                 11:20:33

9        A.   Correct.                                             11:20:37

10            MS. TILLMAN:  Is that correct?                       11:20:37

11            THE WITNESS:  Yes.                                   11:20:38

12            MR. BIEN:  Q.  When you say you advocated for         11:20:39

13   it, what process did you undertake to advocate for the        11:20:41

14   project?                                                      11:20:45

15        A.   I met with the secretary of the agency and the      11:20:46

16   Governor's office.                                            11:20:50

17        Q.   And who was the secretary at that time?             11:20:53

18        A.   Senator Presley.                                    11:20:58

19        Q.   Did you advocate for a construction of more         11:21:00

20   than one new prison at that time?                             11:21:02

21        A.   Yes.                                                11:21:05

22        Q.   And why did you advocate for more than one?         11:21:05

23        A.   At the time, I felt, let's get started on two,      11:21:08

24   and we'll see where it goes, but we need to get going on      11:21:11

25   reestablishing a capital outlay program.                      11:21:16
```

## Golden Gate Reporting

Page 65

```
 1      Q.   When you say reestablishing a capital outlay       11:21:22
 2  program, had there been a major capital outlay program      11:21:25
 3  for CDCR in your tenure that had been approved and moved     11:21:29
 4  forward?                                                     11:21:33
 5      A.   Yes, I was there when we built 20 prisons.          11:21:34
 6      Q.   Okay.  And do you recall what time frame that       11:21:39
 7  was done?                                                    11:21:40
 8      A.   Well, I got there in '85.  They had started a       11:21:41
 9  couple, and we activated -- I think all of them were         11:21:45
10  activated under my watch when I was there, most of them.     11:21:48
11  I think there may have been existing prisons, two or         11:21:51
12  three, that got activated after I left in '98, but, by       11:21:54
13  and large, they were all done prior to that.                 11:21:58
14      Q.   Is it correct that upon completion of that          11:22:05
15  very major prison construction project, that the             11:22:08
16  long-term capital planning and construction process for      11:22:11
17  CDCR stopped for a while?                                    11:22:18
18      A.   True.                                               11:22:21
19      Q.   Okay.                                               11:22:22
20           MR. BIEN:  I've asked the court reporter to         11:22:49
21  mark several exhibits during the break to kind of speed      11:22:52
22  things up a little bit.                                      11:22:56
23      Q.   Let me show you, the first document was marked      11:22:57
24  as Exhibit 1.  It is called Inmate Population                11:23:01
25  Rehabilitation, and Housing Management Plan dated July       11:23:05
```

**Golden Gate Reporting**

Page 66

1    2006.  It bears Production Number CDCR 006341 through    11:23:09

2    6353.    11:23:12

3         You can look at that, Mr. Tilton.    11:23:21

4         MR. BIEN:  I have a copy for you, Lisa and    11:23:24

5    Bruce.    11:23:28

6         MS. TILLMAN:  Thank you.    11:23:29

7         THE WITNESS:  (Witness reviewing document.)    11:23:31

8    Okay.    11:23:31

9         MR. BIEN:  Q.  Mr. Tilton, can you identify    11:25:06

10   this document?    11:25:09

11        A.   This was a document that was prepared at my    11:25:10

12   request to raise to people's attention the need to    11:25:12

13   provide increased facilities for the Department and was    11:25:16

14   the initial discussion point of the special session.    11:25:19

15        Q.   When you say, the special session, can you    11:25:28

16   explain what that is?    11:25:30

17        A.   Well, one of the issues that I identified when    11:25:32

18   I went over as a secretary, temporarily, was to address    11:25:35

19   the lack of program and the overcrowding situation, so    11:25:37

20   this was a document that was my initial raising the    11:25:41

21   issue about, what do you do to solve the problem?  And    11:25:47

22   this was the initial proposal.    11:25:50

23        Q.   So you'd been on the job for a few months; is    11:25:52

24   that correct?    11:25:56

25        A.   Sixty days, I think, uh-huh.    11:25:56

**Golden Gate Reporting**

Page 68

```
 1   need for a special session?                          11:27:26
 2       A.   I think the use of the special session came 11:27:27
 3   out of those dialogues.  I was advocating, however   11:27:30
 4   process you give me, I need authorization to get going. 11:27:33
 5       Q.   You thought it was urgent to address        11:27:34
 6   overcrowding in the California prison system?         11:27:36
 7       A.   Yes, I did.                                  11:27:39
 8       Q.   Why?                                         11:27:40
 9       A.   I believe that -- two-fold:  One is that the 11:27:45
10   funding of programs was insufficient to allow the    11:27:48
11   opportunity for inmates to serve their time safely and 11:27:52
12   productively.  At the same time, we were moving towards 11:27:56
13   -- the population started growing at that time, and we 11:27:58
14   were going to move to the point where, in my view, we 11:28:01
15   would be out of beds.                                 11:28:04
16       Q.   There were some -- during this time period, 11:28:08
17   isn't it correct that you made public statements that 11:28:13
18   unless emergency measures were taken to address the  11:28:21
19   shortages, that CDCR would have to close its doors to 11:28:21
20   new admissions?                                       11:28:27
21       A.   Yes.                                         11:28:29
22       Q.   What did you mean by that?                   11:28:29
23       A.   Just that, I felt that there was a level of 11:28:31
24   overcrowding that, even on a short-term basis, I was  11:28:34
25   unable -- unwilling to put both inmates and my staff in, 11:28:39
```

**Golden Gate Reporting**

Page 69

| | | |
|---|---|---|
| 1 | so if the population kept growing, I was going to put a | 11:28:44 |
| 2 | no vacancy sign and do a waiting list of some kind. | 11:28:48 |
| 3 | Q.   Did you understand that you had the power, as | 11:28:54 |
| 4 | secretary, to, in fact, close the prison to new | 11:28:56 |
| 5 | admissions if there was a state of overcrowding? | 11:29:00 |
| 6 | MS. TILLMAN:  Objection.  Calls for a legal | 11:29:04 |
| 7 | conclusion. | 11:29:05 |
| 8 | You can answer the question, if you know. | 11:29:06 |
| 9 | THE WITNESS:  I didn't have the power.  I | 11:29:09 |
| 10 | wasn't addressing the power issues.  I was addressing, | 11:29:11 |
| 11 | as the manager of the Department, what I felt was a | 11:29:11 |
| 12 | level of overcrowding that, I need to emphasize, was not | 11:29:14 |
| 13 | something I wanted to manage. | 11:29:19 |
| 14 | MR. BIEN:  Q.  Okay.  Did you understand, | 11:29:21 |
| 15 | based on your evaluation at that time, that the level of | 11:29:23 |
| 16 | overcrowding was dangerous for both inmates and | 11:29:29 |
| 17 | correctional staff? | 11:29:33 |
| 18 | MS. TILLMAN:  Vague and ambiguous. | 11:29:34 |
| 19 | But you can answer the question. | 11:29:35 |
| 20 | THE WITNESS:  I wouldn't use the word | 11:29:35 |
| 21 | dangerous, because the statistics I looked at, I found | 11:29:38 |
| 22 | the Department was able to minimize incidents, but not | 11:29:41 |
| 23 | in a fashion that I thought was productive to our | 11:29:45 |
| 24 | mission. | 11:29:45 |
| 25 | MR. BIEN:  Q. What do you mean by that? | 11:29:46 |

**Golden Gate Reporting**

Page 70

```
 1        A.    Lockdown inmates, the fact that if you shut      11:29:47
 2   down inmates and keep them in their cells, you're not       11:29:49
 3   going to have incidents, but that was counter to what I     11:29:53
 4   thought, both the role of the Department, as well as the    11:29:57
 5   instructions that I had in terms of what the policies       11:30:00
 6   should be in the Department to provide the inmates an       11:30:03
 7   opportunity for a program.                                  11:30:04
 8            MR. BIEN:  Q.  Did you understand that the         11:30:08
 9   administration had established a mission for the            11:30:09
10   Department of Corrections, which included a                 11:30:12
11   rehabilitation of prisoners?                                11:30:16
12        A.    Yes.                                             11:30:19
13        Q.    Okay.  Did you understand that the need to       11:30:20
14   lock down an overcrowded prison to maintain safety and      11:30:28
15   security was inconsistent with that mission?                11:30:33
16        A.    Yes.                                             11:30:36
17        Q.    And why was that?                                11:30:36
18            MS. TILLMAN:  I'm just going to object as          11:30:40
19   asked and answered.                                         11:30:41
20            You can answer again, if you like.                 11:30:42
21            THE WITNESS:  Well, I mean, my issue was that      11:30:43
22   we had an environment where inmates -- significant          11:30:47
23   number of inmates were being locked down, which             11:30:51
24   prevented them from getting the program.  And without       11:30:53
25   getting the program, then it was a kind of Catch 22 in      11:30:55
```

**Golden Gate Reporting**

Page 71

| | | |
|---|---|---|
| 1 | terms of managing the facility. | 11:30:59 |
| 2 | And, therefore, I advocated a -- setting up an | 11:31:00 |
| 3 | environment where if an inmate was willing to do their | 11:31:04 |
| 4 | time productively and not be a predator, that you | 11:31:08 |
| 5 | deserved an opportunity to a program. And in our | 11:31:11 |
| 6 | environment, we did not have that. | 11:31:15 |
| 7 | MR. BIEN: Q. What is it -- I'm sorry. Let's | 11:31:23 |
| 8 | try it again. | 11:31:23 |
| 9 | What is it about the lockdown situation that | 11:31:23 |
| 10 | was inconsistent with programming? | 11:31:26 |
| 11 | MS. TILLMAN: Objection. Asked and answered. | 11:31:29 |
| 12 | THE WITNESS: Well, when you're locked down, | 11:31:33 |
| 13 | you're not going to programming. I mean, there's some | 11:31:34 |
| 14 | minimal programming, but the reality is, if you're | 11:31:38 |
| 15 | locked in yourself, you're not free to go off to a | 11:31:38 |
| 16 | classroom or whatever. Then, the ability to provide | 11:31:41 |
| 17 | programs for you is inhibited. | 11:31:43 |
| 18 | MR. BIEN: Q. Did you investigate whether or | 11:31:46 |
| 19 | not CDCR Wardens were excessively locking down their | 11:31:48 |
| 20 | prisons during the period you were secretary? | 11:31:54 |
| 21 | A. I would not use the term excessively, but one | 11:31:57 |
| 22 | of the issues that I brought into play was a measurement | 11:32:00 |
| 23 | of what we were doing in terms of locking down, | 11:32:04 |
| 24 | performance measures, and those, and where we had | 11:32:07 |
| 25 | incidents of extremes, what do we need to do to, in | 11:32:11 |

**Golden Gate Reporting**

Page 73

| | | |
|---|---|---|
| 1 | insufficient security measures in place to allow | 11:33:59 |
| 2 | programming when you wanted them to have programming? | 11:34:03 |
| 3 | A.    Yes. | 11:34:06 |
| 4 | Q.    Can you recall any circumstances? | 11:34:06 |
| 5 | A.    Well, there was a -- when I first got to the | 11:34:09 |
| 6 | Department, there were huge vacancies. | 11:34:11 |
| 7 | Q.    In what area? | 11:34:14 |
| 8 | A.    Custody, for custody staff.  And, so, many | 11:34:14 |
| 9 | institutions had such huge vacancies that they could not | 11:34:17 |
| 10 | staff because of such extreme overtime, that they were | 11:34:22 |
| 11 | having difficulty staffing a post and had no choice but | 11:34:25 |
| 12 | to minimize movement in the facility.  And, therefore, | 11:34:28 |
| 13 | had they been able to staff, they may have been able to | 11:34:33 |
| 14 | provide more programs and program activity. | 11:34:35 |
| 15 | Q.    Is it correct that to run programs in a | 11:34:36 |
| 16 | lockdown environment requires additional custody staff? | 11:34:42 |
| 17 | MS. TILLMAN:  I'll object as vague and | 11:34:47 |
| 18 | ambiguous and overbroad. | 11:34:48 |
| 19 | If you understand... | 11:35:00 |
| 20 | THE WITNESS:  Well, I'm hesitating because I | 11:35:00 |
| 21 | know a warden who had a lockdown and provided all the | 11:35:00 |
| 22 | programs and everything, had less staff.  But, by and | 11:35:03 |
| 23 | large, if your -- lock down inmates, it takes more | 11:35:06 |
| 24 | resources to move services to that population than if | 11:35:09 |
| 25 | they get to have preview.  So, generally, I would say | 11:35:12 |

**Golden Gate Reporting**

Page 74

| | | |
|---|---|---|
| 1 | the answer is, yes. | 11:35:14 |
| 2 | MR. BIEN:  Q.  Would you turn to Page -- I | 11:35:17 |
| 3 | guess it's the third page of the document, Page 1 of the | 11:35:22 |
| 4 | report.  It says, "Overview" at the top? | 11:35:25 |
| 5 | A.   (Witness complying). | 11:35:31 |
| 6 | Q.   The first -- I guess the first statement, at | 11:35:36 |
| 7 | the top there, in the box, says, "Based upon the current | 11:35:36 |
| 8 | population and projected growth, the California | 11:35:38 |
| 9 | Department of Corrections and Rehabilitation will run | 11:35:38 |
| 10 | out of beds for its adult male population by June 2007." | 11:35:38 |
| 11 | Is that a statement that you believed at that | 11:35:39 |
| 12 | time, in July of 2006? | 11:35:49 |
| 13 | A.   Yes. | 11:35:51 |
| 14 | Q.   And is that what we were talking about | 11:35:52 |
| 15 | earlier, that you literally felt that the Department may | 11:35:54 |
| 16 | have to actually close its doors to new admissions | 11:35:57 |
| 17 | unless something was done? | 11:36:02 |
| 18 | A.   Yes. | 11:36:04 |
| 19 | Q.   In the first paragraph, this report refers to | 11:36:08 |
| 20 | CDCR having insufficient cells and dormitory housing, | 11:36:15 |
| 21 | and CDCR had been required to activate non-traditional | 11:36:19 |
| 22 | temporary housing. | 11:36:24 |
| 23 | Can you explain what non-traditional temporary | 11:36:29 |
| 24 | housing is? | 11:36:29 |
| 25 | A.   These are areas not designed to house inmates, | 11:36:30 |

**Golden Gate Reporting**

Page 75

| | | |
|---|---|---|
| 1 | but the reality is, many of them had been converted to | 11:36:33 |
| 2 | housing units, gyms, for example. For years, the | 11:36:37 |
| 3 | Department had placed inmates in those conditions. I | 11:36:41 |
| 4 | made a policy call that the goal was to get out of all | 11:36:45 |
| 5 | of those facilities. | 11:36:48 |
| 6 | Q. It says here, gyms, day rooms, and TV rooms | 11:36:49 |
| 7 | had been converted to non-traditional temporary housing. | 11:36:54 |
| 8 | A. Right. | 11:36:58 |
| 9 | Q. Have you ever heard the term bad beds? | 11:36:59 |
| 10 | A. Yes. | 11:37:02 |
| 11 | Q. What does that refer to? | 11:37:02 |
| 12 | A. Well, it may -- sometimes it's interchangeable | 11:37:03 |
| 13 | with non-traditional beds. | 11:37:05 |
| 14 | Q. Have you ever used the term bad beds? | 11:37:07 |
| 15 | A. Probably. | 11:37:11 |
| 16 | Q. When you were secretary, did you advocate for | 11:37:15 |
| 17 | the goal that CDCR would no longer have to house inmates | 11:37:22 |
| 18 | in these non-traditional beds? | 11:37:27 |
| 19 | A. Yes. | 11:37:29 |
| 20 | Q. Was that goal accepted by the administration | 11:37:30 |
| 21 | as a goal for CDCR? | 11:37:34 |
| 22 | A. Yes. | 11:37:37 |
| 23 | Q. What are the reasons that you advocated for | 11:37:40 |
| 24 | eliminating the use of non-traditional beds? | 11:37:43 |
| 25 | A. Well, a whole series of assumptions I had, or | 11:37:47 |

## Golden Gate Reporting

Page 76

```
 1    conclusions I came to:  One is that to properly manage    11:37:50
 2    the prison environment, I felt it needed to reduce the    11:37:54
 3    overcrowding to a situation where we weren't in those     11:37:58
 4    beds, as well as less -- more flexibility in placing      11:38:04
 5    inmates.                                                  11:38:07
 6            In other words, we needed more flexibility in     11:38:08
 7    terms of, how do you accommodate one inmate based on      11:38:11
 8    background, program needs, gang affiliation in an         11:38:14
 9    environment that maintains that safe environment, and we  11:38:18
10    had gotten so overcrowded that we were making not         11:38:21
11    prudent decisions in terms of the housing center          11:38:26
12    population.                                               11:38:27
13            And in an environment where you say you're        11:38:28
14    going to do a program and reform, not to have the use of  11:38:31
15    these facilities for the purpose, as designed, was        11:38:35
16    inappropriate.                                            11:38:39
17        Q.  You talked about flexibility.  Could you -- I     11:38:48
18    just want to ask some more about that.  When an inmate    11:38:51
19    comes into the system, is it correct that the Department  11:38:56
20    attempts to -- goes through a process of -- to            11:39:01
21    understand the inmates' security needs and other needs    11:39:08
22    to determine where they should be placed?                 11:39:10
23        A.  Yes.                                              11:39:14
24        Q.  And the more I've been involved in this           11:39:14
25    process, the more complex I realize it must be for CDCR   11:39:20
```