# EXHIBIT 20

**Deposition of Victor Brewer
September 4, 2008
(Phase II Designations)**

**Part B**

Page 92

1    Q.    Which of those sites were you referring to
2 that has the land mass appropriate for Facility 1?
3    A.    Stockton and CIM, California Institution for
4 Men.
5    Q.    As you sit here today, are there any concrete
6 plans to build Facility 1 at either the Stockton or the
7 CIM site?
8    A.    The current design team is working for the
9 construction of Facility 1 at Stockton, but it has not
10 been approved by the Receiver, and it has not been
11 announced.
12    Q.    And until it is approved by the receiver, is
13 it accurate to say that that site is still up in the
14 air?
15    A.    I can't speak for the Receiver.
16    Q.    Are there any other steps that the Receiver
17 will have to go through to get approval to build on that
18 land?
19         MS. O'BANNON:   Calls for speculation.
20         If you know...
21         THE WITNESS:   I don't.
22         MS. WHELAN:   Q.   And the current plan, if it
23 moves forward, is to build Facility 1 by January 1st of
24 2011; is that correct?
25    A.    That's correct.

1    Q.    Do you know if the Receiver had secured
2  funding for these seven facilities?
3    A.    I have no knowledge of that.
4    Q.    Do you know if he's secured funding for the
5  first facility?
6    A.    I have no direct knowledge of that.
7    Q.    Do you have any indirect knowledge of whether
8  he's secured funding?
9          MS. O'BANNON:  Calls for speculation.
10         THE WITNESS:  No.
11         MS. WHELAN:  Q.  Does the Core Planning Team
12  deal with the financial funding for these facilities?
13    A.    No.
14    Q.    Will DMH create an MOU, a memorandum of
15  understanding, with the CDCR and/or the Receiver to run
16  these beds?
17         MS. O'BANNON:  If you know.
18         THE WITNESS:  It's my understanding we will
19  create an MOU between DMH and CDCR to operate these beds
20  that.
21         MS. WHELAN:  Q.  Do you know if that MOU
22  exists in any form as of today?
23    A.    To my knowledge, no.
24    Q.    There's also some discussion in the bed plan
25  that DMH will continue to run the acute and the ICF

1  beds?
2          MS. O'BANNON: (To the court reporter) Can you
3  read back that question?
4          (Record read.)
5          MS. WHELAN: Q. Is that accurate that DMH
6  will continue to run all acute and ICF beds in the
7  long-term for Coleman class members?
8          A. That's my understanding.
9          Q. Will any new units within DMH be created in
10 order to run those beds?
11         MS. O'BANNON: In the current facilities that
12 we currently have now?
13         MS. WHELAN: No, in the Receiver facilities.
14         THE WITNESS: Could you repeat the question,
15 so I'm very clear on it.
16         (Record read.)
17         THE WITNESS: Are you referring to a patient
18 unit, or are you referring to a headquarters operational
19 unit?
20         MS. WHELAN: Q. Sorry. I'm referring to the
21 management structure of DMH.
22         Is the current plan to use the current DMH
23 structure to run the acute and ICF beds within the
24 Receiver's facilities?
25         THE WITNESS: (Sotto voce conference between

Confidential Transcript

Page 95

1    the witness and his counsel.)
2            It is currently in the formation stages of
3    forming a new division within the Department of Mental
4    Health called Correctional Mental Health Services
5    Division.
6            MS. WHELAN:  Q.  Will you have a role within
7    that division, as far as you know?
8        A.   I'm currently on special assignment to
9    headquarters to assist in the formation of that
10   division.
11       Q.   And is the plan that you'll continue in some
12   capacity within the new division?
13       A.   I do like being employed.
14           MS. O'BANNON:  Will he work in the division?
15   Will he have a job?
16           THE WITNESS:  Is that what you're asking?
17           MS. WHELAN:  Q.  I'm just asking if it's a
18   plan that you're going to be part of this new division.
19       A.   In some capacity, yes.
20       Q.   Do you know what the capacity will be?
21       A.   They have not advertised the positions yet.
22   That will be up to Dr. Mayberg to select the
23   individuals, through the interview process, who he
24   wants.
25       Q.   Do you have an understanding of what the

Confidential Transcript

Page 96

1  structure of this new division will be?
2     A.    Yes.
3     Q.    Can you explain what the structure will be?
4     A.    It will be very similar to Long-term Care
5  Services Division.  It will consist of a Deputy
6  Director, Assistant Deputy Director, five CEAs over
7  finance hospital operations, correctional programs and
8  support, and two other support areas.
9     Q.    Can you explain what a CEA is?
10    A.    Career Executive Assignment, which is an
11 appointed position, and that is delegated by the
12 Governor to either the agency or, in some cases, the
13 Governor himself appoints the individuals.
14    Q.    On Page 4 of the bed plan, in the first full
15 paragraph, it states, "Construction sites and schedules
16 for the CHCFs are still in development with anticipation
17 of the first 1,500-bed facility targeted to begin
18 construction in January of 2009, anticipating completion
19 by January 2011."
20          That's also consistent with what you testified
21 to a few minutes ago, correct?
22    A.    Correct.
23    Q.    Is the 2011 completion date, do you know if
24 that refers to the completion of construction?
25    A.    Yes.

```
 1        Q.   Is there also a goal for when patients will
 2   begin to be moved into that facility?
 3        A.   I cannot speak for CDCR for either the medical
 4   or their mental health.  For DMH to open and license a
 5   490-bed facility, it will take a minimum of 60 days
 6   preparation before patients can be admitted, which is
 7   consistent with opening the new programs.
 8        Q.   Can you explain some of the factors that might
 9   make that minimum of 60 days longer?
10        A.   When the construction is completed, it is not
11   a clean facility.  First thing you have to do is clean
12   it, then you search the entire area for potential weapon
13   stock or contraband, then you start the installation of
14   beds, all of your electronic equipment, then you have to
15   have your biomedical engineers come in and test and
16   verify and certify that the equipment is safe.
17             You have to recruit the staff.  You have to
18   orient and train the staff, and that must be documented
19   before licensure is issued.  That's a great deal of work
20   to open a 500-bed hospital.
21        Q.   Do you have any sense, in your experience,
22   what the realistic time frame would be if construction
23   is completed by January 1st of 2011, at what point
24   patients will realistically begin to move into those
25   beds?
```

1  A. Realistically, you should be able to open
2  select units in 60 days, and all additional units, we
3  determine based on your success in recruiting staff.
4  Q. Do you have concerns about recruiting adequate
5  staff members for these facilities?
6  A. I've had concerns about recruiting adequate
7  staff for the last 33 years.
8  Q. What are your concerns about recruiting
9  adequate staff members?
10 A. There are 886 positions for Facility 1 and
11 over 1,100 for Facility 5. That's a significant number
12 of healthcare professionals to recruit when there's a
13 national shortage.
14 Q. The 886 and the 1,100 numbers, does that refer
15 only to mental health staff?
16 A. DMH staff.
17 Q. And that would include directors, clinicians,
18 and also -- would it also include administrative staff?
19 A. Yes, it would be similar to the recruitment
20 and opening of Coalinga or the psychiatric programs.
21 The structure is very, very similar.
22 Q. Moving down further on Page 4 of the bed plan,
23 in the second full paragraph, it says, "The planning for
24 the delivery of mental health services for the CHCFs is
25 based on the Receiver's current construction schedule

1  and is the basis for the current plan and the response
2  to the five issues. Once sites' facility bed
3  configuration and construction schedules are known, a
4  further update and status report can be provided to the
5  Special Master.
6      It is recommended that these status reports
7  key on specific elements that are necessary to provide a
8  full response to the questions: No. 1, projected dates
9  for completion of each of the CHCFs; No. 2, the
10 configuration of both the CDCR and the DMH mental health
11 beds that correspond with the final planning and design
12 for these facilities; and, No. 3, the operational plan
13 for the facilities, which will include the government's
14 administrative and clinical structure and authority of
15 the Receiver, the CDCR and the DMH."
16      To your knowledge, have any of these status
17 reports referred to in this bed plan been issued to the
18 Special Master since July 16, 2008?
19     A.   None that I'm aware of.
20     Q.   You said before that you've been involved with
21 every bed plan since 2001; is that correct?
22     A.   Yes.
23     Q.   Is it accurate to say that those bed plans
24 have changed throughout the months that they've been
25 issued, and, specifically, I know there was a

Page 100

1   December 2006 bed plan, and April 2007 bed plan, a
2   June 2007 plan, an updated August 2007 plan, and now
3   this new July 2008 plan; is that correct?
4       A.   That's correct.
5       Q.   Is there any reason, in your opinion, that the
6   July 2008 bed plan will actually move forward?
7           MS. O'BANNON:  Calls for speculation.  Well,
8   the bed plan as everything detailed in this particular
9   plan, per page, go forth as it is, as it sits here today
10  in front of him, is that what you're asking him?  Or
11  will there be an additional change, is that what you're
12  asking?
13          MS. WHELAN:  Q.  Do you understand the
14  question?
15      A.   Not entirely.
16      Q.   Okay.  There have been one, two, three, at
17  least five bed plans issued since December of 2006.
18  Would you agree with that?
19      A.   Correct.
20      Q.   And many of those bed plans have not moved
21  forward, which has resulted in new bed plans being
22  issued at various times; is that correct?
23      A.   That's correct.
24      Q.   Do you have an opinion whether the most
25  current plan will now move forward when the previous

```
 1   ones did not?
 2        A.   Yes, I do have an opinion.
 3        Q.   What's your opinion?
 4        A.   I believe this one will move forward.
 5        Q.   Why do you think that?
 6        A.   In the previous bed plans, there were changes
 7   in CDCR's administration.  There were changes in the bed
 8   plan.  We have now coupled with the Receiver in Coleman,
 9   and I believe the Receiver will be the driving force on
10   this bed plan; therefore, I believe it will occur.
11        Q.   So is it accurate to say that now that the
12   Receiver has taken over, the bed planning efforts, you
13   believe, will result in the beds actually being built at
14   some point?
15        A.   Yes, I do.
16        Q.   And it's your testimony that the first
17   facility is set to be constructed with a goal of
18   completion of construction by January 1st, 2011; is that
19   correct?
20        A.   That has been announced in our planning
21   meetings by the contractors who are working directly for
22   the Receiver; that is true.
23        Q.   Has there been any discussion of expediting
24   that time frame?
25        A.   I don't believe you can physically shorten the
```

Confidential Transcript

Page 102

1  design and construction of a 1,688-bed facility in less
2  than two and a quarter years.  That's a very aggressive
3  time frame.
4          MS. WHELAN:  I'm sort of losing track of time.
5          (Whereupon, a luncheon recess was taken at
6  12:50 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1         AFTERNOON SESSION - 1:39 P.M.
2
3         CONTINUED EXAMINATION BY MS. WHELAN
4         MS. WHELAN:  Q.  I want to stick with the bed
5    plan for a couple more questions, and then we can move
6    on.
7         If you turn to Page 7, there's a chart that
8    lists the Division of Construction Activities, and as of
9    March 2008, there are several projects listed as going
10   forward, including the 64-bed ICF unit at Salinas, the
11   64-bed ICF at CMF, a 50-bed MHCB at California Men's
12   Colony, 32-bed MHCB at San Quentin, a 50-bed MHCB at
13   CMF, and a 67 EOP bed unit at CMF.
14        Do you see that?
15   A.   Um-hum.
16   Q.   And below that, as of June 2008, there's a
17   notation that states, "To accommodate agreement whereby
18   the DMH assumes responsibility for the inpatient acute
19   and intermediate mental health services, the CDCR has
20   moved the new and existing ICF beds from CDCR projects,"
21   and there's a parenthetical (SVSP/SVPP and CMF/VPP) end
22   parenthetical, "into the CHCF construction projects."
23        Is that also your understanding of the current
24   bed plan, that the Salinas Valley and the CMF projects
25   will be incorporated into the Receiver's facilities?

Page 104

```
 1        A.   That has not been discussed with the Core
 2   Planning Team, so I cannot answer that.
 3        Q.   Let's go through a couple of these and see if
 4   you have knowledge of them.  I'll break it down for you.
 5   The 64-bed ICF at Salinas Valley, is it correct that
 6   that is currently under construction?
 7        A.   It is nearing completion.
 8        Q.   Do you know when the construction will be
 9   complete on that 64-bed unit?
10        A.   The last weekly report I received indicated it
11   should be completed on or around the first week of
12   December.
13        Q.   Does that date, the first week of December,
14   refer to the completion of construction?
15        A.   Yes.
16        Q.   Do you know what the time frame is to then
17   begin licensing and cleaning up the unit to then move in
18   patients?
19        A.   Once it's completed, we have to receive a
20   certificate of occupancy from the State Fire Marshal.
21   If that can occur within one to two weeks, meaning, now,
22   it's middle of December, it would be reasonable to
23   believe that sometime in the middle of February, we'd be
24   ready for licensing of admissions of the first patients,
25   which goes back to the 60-day interval.
```

Page 105

1    Q.    And you mean the middle of February 2009; is
2  that correct?
3    A.    Yes.
4    Q.    When the 64-bed unit is up and running and
5  fully occupied, is there a plan, at this point, to take
6  any beds down, for instance, in the D-5 or the D-6
7  units?
8    A.    No.
9    Q.    Moving on to the 64-bed ICF project at CMF,
10 are you familiar with that project, as well?
11   A.    Yes.
12   Q.    I believe you described earlier in the
13 deposition what phase that's in, but could you say
14 again.
15   A.    It's in the architectural planning stage,
16 right now, with the anticipation it will be operational
17 in 2011.
18   Q.    Are you also familiar with the 50-bed MHCB
19 project at the California Men's Colony?
20   A.    No.
21   Q.    Is it correct to say you have no knowledge of
22 when that may be built?
23   A.    That's correct.
24   Q.    And do you know if it's even in any stage of
25 planning?

Page 106

```
 1       A.    I have no idea.
 2       Q.    Do you have any knowledge of a 32-bed MHCB
 3  unit at San Quintin?
 4       A.    No.
 5       Q.    Do you have any knowledge of a 50-bed MHCB
 6  unit at CMF?
 7       A.    It opened approximately 90 days ago.
 8       Q.    Do you know how many patients are now in that
 9  unit?
10       A.    No.
11       Q.    Are there any plans to convert the DMH run,
12  MHCBs into acute beds now that this 50-bed MHCB unit is
13  open?
14       A.    There's been discussion with the Special
15  Master, and he's not indicated a time frame.
16       Q.    Have you made a recommendation about
17  converting the 20 MHCBs into acute beds?
18       A.    Um-hum.
19             MS. O'BANNON:  Yes?
20             THE WITNESS:  Yes, I have.
21             MS. WHELAN:  Q.  What was your recommendation?
22       A.    To do it as soon as they were fully
23  operational, referring to the 50 mental health crisis
24  beds in CMF.
25       Q.    To your knowledge, are they fully operational?
```

```
 1        A.    I don't know.
 2        Q.    Do you have any knowledge of the 67 EOP bed
 3   unit at CMF?
 4        A.    No.
 5        Q.    Going back for one second to the 64-bed unit
 6   at CMF, which you said would be operational based on
 7   plans by 2011; is that correct?
 8        A.    That's correct.
 9        Q.    Will that unit remain at CMF once the
10   Receiver's facilities are up and running?
11              MS. O'BANNON:    Do you know?
12              THE WITNESS:    There are no plans, to my
13   knowledge, to close any unit at this time.
14              MS. WHELAN:    Q.    I'm just trying to figure out
15   if -- it seems a little strange to me, but I don't know
16   the plans of -- if they're building a 64-bed unit at CMF
17   of ICF beds, that's planned to be completed by 2011,
18   with, then, the intent of moving those beds into a
19   Receiver project, which is also planned to be completed
20   in or around 2011 or 2012, why they would continue to
21   construct that unit?
22              MS. O'BANNON:    Is that a question?
23              MS. WHELAN:    Q.    Do you have any knowledge of
24   that?
25              MS. O'BANNON:    May call for speculation.
```

1            THE WITNESS:  Mr. Lopes indicated to me
2   some -- many months ago that DMH would not close any
3   units until such time that he made that determination.
4            MS. WHELAN:  Q.  The 64-bed unit is not open
5   yet and has not even begun construction, correct?
6        A.   That's correct.
7        Q.   But as far as you know, it will be built, and
8   you have no knowledge that those beds will then be taken
9   down or moved into the Receiver's facilities; is that
10  correct?
11       A.   That's accurate.
12       Q.   Attachment B -- Oh, sorry, let's go, first, to
13  Page 17 of the bed plan.  I'm hoping you can explain
14  this chart to me, but I don't know if you can.  It's a
15  chart that shows time frames for State licensure and
16  Joint Commission accreditation for the DMH's proposed
17  acute and intermediate inpatient treatment program.
18            Do you know what project this chart refers to;
19  meaning, what construction projects?
20       A.   It would appear to be specific for CMF and the
21  64 beds.
22       Q.   So this chart appears to relate to the new
23  64-bed ICF unit that will be constructed at CMF; is that
24  correct?
25       A.   That's what it appears to me, because the