# EXHIBIT 21

**Deposition of Victor Brewer
September 4, 2008
(Phase II Counter-Designations)**

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                AND THE NORTHERN DISTRICT OF CALIFORNIA
         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
         PURSUANT TO SECTION 2284, TITLE  28 UNITED STATES CODE


    RALPH COLEMAN, et al.,
              Plaintiffs,
    vs.                             No. CIV S-90-0520 LKK JFM P
    ARNOLD SCHWARZENEGGER, et al.
              Defendants.
    _____/

    MARCIANO PLATA, et al.

              Plaintiffs,
    vs.
    ARNOLD SCHWARZENEGGER, et al.
              Defendants.
    _____/


               Deposition of VICTOR F. BREWER
         MARKED CONFIDENTIAL (Pages 1 through 197)

    DATE:        SEPTEMBER 4, 2008

    TIME:        9:34 A.M.

    LOCATION:    ROSEN, BIEN & GALVAN
                 315 Montgomery Street, 10th Floor
                 San Francisco, California 94104

    REPORTED BY: Cari L. Waters-Drewry
                 Certified Shorthand Reporter
                 License Number 12401
```

```
 1    course of, I think, your seven years with DMH?
 2        A.   No.
 3        Q.   So it has remained consistent that
 4    approximately 70 percent of the patients have co-morbid
 5    or dual diagnoses?
 6        A.   I had a study done when I first arrived at
 7    Vacaville to define the needs for the program, and it
 8    has remained constant since then.
 9        Q.   And when was this study done?
10        A.   Done following patients from 2002 to about
11    2004.  I believe I got the document in 2005.  It
12    compared the patients between Vacaville and Salinas.
13        Q.   Do you recall what the results were in terms
14    of comparing the patients between Vacaville and Salinas?
15        A.   Predominantly, what I described earlier, the
16    patients in the -- comparing intermediate program to
17    intermediate program.  In the Level III patients, they
18    are much higher functioning, less violent, but still ran
19    close to 70 percent for dual diagnoses.
20             The patients in Salinas were far more violent,
21    had a longer history of violence, had a substantial
22    history of abuse in childhood, which contributed to
23    their disease.
24        Q.   In terms of your experience over the past
25    seven years running the DMH units at CMF and Salinas
```

1   Valley, have you noticed any differences in the acuity
2   level of patients, generally, that you see in those
3   units?
4       A.   No, it appears to be relatively -- the acuity
5   appears to be consistent.
6       Q.   So over the past seven years, the acuity level
7   of patients in those DMH units has remained
8   approximately the same?
9       A.   Yes.
10      Q.   How do you define acuity?
11      A.   Well, again, if a person is suicidal seven
12  years ago, and he's suicidal today, the result is the
13  same outcome, same acuity level. I don't see a change
14  in the type of patient. I see a change in the number of
15  patients.
16      Q.   What's the change in the number of patients?
17      A.   More referrals each year. I think that goes
18  back to the fact that I testified earlier, the CDC's
19  improved ability to diagnose the mentally ill.
20      Q.   Do you think that it also relates to having
21  more people generally in the prison system?
22           MS. O'BANNON:  Calls for speculation.
23           THE WITNESS:  I can't answer that.
24           MS. WHELAN:  Q.  You testified that there's a
25  national average in terms of the percentage of people