STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624
*swoodsid@sonoma-county.org*
*akeck@sonoma-county.org*

Attorneys for Intervenors THE
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF/CORONER
WILLIAM COGBILL, SONOMA
COUNTY DISTRICT ATTORNEY
STEPHAN PASSALACQUA,
and SONOMA COUNTY CHIEF
PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants.<br>_____ /<br>MARCIANO PLATA, et al.,<br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants.<br>_____ / | No.   CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br><br>No. C-01-1351 TEH<br><br>**SONOMA COUNTY INTERVENORS' WITHDRAWAL OF DESIGNATED DEPOSITION EXCERPTS** |

Intervenors the County of Sonoma, Sonoma County Sheriff William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer

1  Robert Ochs (collectively, "Sonoma County Intervenors") hereby withdraw the deposition

2  excerpts that they designated in the parties' Joint Pre-Trial Statement, filed with the Court on

3  October 30, 2008 (see Section VII.C.3(c)).  Accordingly, Sonoma County Intervenors do not

4  designate any deposition excerpts to be admitted into evidence in this matter.

5      Respectfully submitted,

6  Dated: January 8, 2009                STEVEN M. WOODSIDE, County Counsel

7

8                             By:     /s/ Anne L. Keck
                                 ANNE L. KECK
9                                  Deputy County Counsel
                                 Attorneys for Intervenors the County of Sonoma,
10                                 the Sonoma County Sheriff-Coroner William
                                Cogbill, the Sonoma County District Attorney
11                                 Stephan Passalacqua, and Sonoma County Chief
                                Probation Officer Robert Ochs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sonoma County Intervenors' Withdrawal of
Designated Deposition Excerpts           2