# EXHIBIT 23

**Deposition of Shama Chaiken
August 29, 2008
(Phase II Counter-Designations)**

```
 1              IN THE UNITED STATES DISTRICT COURTS
            FOR THE EASTERN DISTRICT OF CALIFORNIA
 2            AND THE NORTHERN DISTRICT OF CALIFORNIA
    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 3  PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 4
 5  RALPH COLEMAN, et al.,
 6       Plaintiffs,
 7  vs.                         No. Civ S 90-0520 LKK-JFM P
 8  ARNOLD SCHWARZENEGGER,
    et al.,
 9
         Defendants.
10  _____/
    MARCIANO PLATA, et al.,
11
         Plaintiffs,
12
    vs.                         No. C01-1351 TEH
13
    ARNOLD SCHWARZENEGGER,
14  et al.,
15       Defendants.
    _____/
16
17           DEPOSITION OF SHAMA CHAIKEN
18  DATE:          August 29, 2008
19  TIME:          9:28 a.m.
20
21  LOCATION:      ROSEN, BIEN & GALVAN, LLP
                   315 Montgomery Street, Tenth Floor
22                 San Francisco, California
23
    REPORTED BY:   Brenda L. Marshall
24                 Certified Shorthand Reporter
                   License Number 6939
25
```

1   A.  I have discussed the problem with people. I
2   have not been involved specifically in efforts to look at
3   a solution to that.
4   Q.  Okay. There was a recent suicide at DVI just a
5   couple of months ago of a person who was returned on
6   parole. Do you recall that?
7   A.  Yes.
8   Q.  Okay. And in investigating that suicide, is it
9   not correct that a psychologist working with you
10  determined that there were 13 pallets of unfiled medical
11  records waiting in the Northern California records center?
12  A.  I don't remember the number of pallets, but I
13  remember that there were files that had not reached the
14  clinicians who were providing treatment.
15      MR. BIEN: I'm going to mark as the next
16  exhibit, and this is definitely going to be
17  confidential --
18      MR. ANTONEN: Do we want to -- do you want to
19  take a break?
20      THE WITNESS: I'm okay.
21      MR. BIEN: Okay.
22      (Plaintiffs' Exhibit No. 16 was marked
23      for identification.)
24  BY MR. BIEN:
25  Q.  I've marked as the next exhibit in order, and

1    ask that you keep this separately from other things -- and
2    it's protected under the protective order, right, Mike --
3         MR. STONE:  Right.
4         MR. BIEN:  They've all signed on.
5         MR. STONE:  Good.
6    BY MR. BIEN:
7         Q.  -- an August 14, 2008, report from Suzan Hubbard
8    and Brenda Epperly-Ellis to Steve Moore, Warden of DVI,
9    and Robert Horel, Warden of Pelican Bay, concerning a
10   suicide of an inmate.
11        Dr. Chaiken, you've seen this report before?
12        A.  Yes, I have.
13        Q.  Okay.  Is it part of your responsibility to
14   review and discuss suicides in an effort to learn from
15   them and identify problems in clinical care and make
16   recommendations?
17        A.  Yes.
18        Q.  Is it correct that -- I'm turning to the
19   recommendations page.  Is it correct that one of the
20   recommendations, No. 2, had to do with the fact that this
21   inmate was paroled directly from a DMH facility and there
22   was not appropriate communication between DMH and the
23   parole outpatient clinic concerning his mental health
24   needs?
25        A.  Yes.

```
 1   deaths that were unclear as to the reason that the person
 2   died when suicide is a possibility.
 3           MR. BIEN:  Okay.  Let me mark as the next
 4   exhibit in order an e-mail from -- it's an e-mail string,
 5   but the one on the top here is from John Dovie to Anthony
 6   Kane, dated November 7, 2006 and it's copied to Shama
 7   Chaiken.  It bears production No. E_PRIV_148360 through
 8   362.
 9           (Plaintiffs' Exhibit No. 17 was marked
10           for identification.)
11   BY MR. BIEN:
12       Q.  I'm going to ask you about the second page,
13   which is an e-mail from you to John W.
14       A.  Can I have a moment to review this?
15           MR. BIEN:  Off the record.
16           (Discussion held off the record.)
17           MR. ANTONEN:  I'd like to lodge an objection
18   based on the attorney-client privilege for the record.
19           MR. BIEN:  You know, just can we go off the
20   record for one second?
21           (Discussion held off the record.)
22           THE WITNESS:  Okay.
23   BY MR. BIEN:
24       Q.  Okay.  In your -- on the second page of the
25   document, there's an e-mail from you to Mr. W.  Do you see
```