# EXHIBIT 24

**Deposition of Karen Finn
August 26, 2008
(Phase II Designations)**

**Part A**

Golden Gate Reporting

Page 1

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

                  Case No. Civ S 90-0520 LKK-JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

MARCIANO PLATA, et al.,

    Plaintiffs,

                  Case No. C01-1351 TEH

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

DEPOSITION OF KAREN FINN

| | |
|---|---|
| DATE: | August 26, 2008 |
| TIME: | 9:30 a.m. |
| LOCATION: | ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104 |
| REPORTED BY: | Katy Leonard<br>Certified Shorthand Reporter<br>License Number 11599 |

1       KAREN FINN,
2  called as a witness by the Plaintiffs, who, having
3  been duly sworn by me, was examined and testified as
4  hereinafter set forth.
5                       ---oOo---
6
7
8       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
9
10 BY MS MORRIS:
11      Q.  Hi.
12      A.  Hi.
13      Q.  My name is Maria Morris. I'm an attorney with
14 Rosen, Bien & Galvan. We're plaintiffs' counsel in this
15 matter.
16          Could you state your name for the record,
17 please?
18      A.  My name is Karen Finn. F, as in Frank, i-n-n.
19      Q.  Where do you work?
20      A.  I work for the State Department of Finance.
21      Q.  What is your business address?
22      A.  My address is 915 L Street, Ninth Floor, in
23 Sacramento, 95814.
24      Q.  Okay.
25          Have you ever been deposed before?

```
1      Q.   Okay.
2           Have you previously testified in court?
3      A.   No, I have not.
4      Q.   Okay.
5           What is -- did you graduate from college?
6      A.   Yes, I did.
7      Q.   What college?
8      A.   The University of Santa Clara.
9      Q.   When was that?
10     A.   1980.
11     Q.   Okay.
12          And what was your degree in?
13     A.   My degree is in accounting.
14     Q.   Okay.
15          Did you have any further education after that?
16     A.   No, I did not.
17     Q.   And was that a BA?
18     A.   It was a BS.
19     Q.   BS.  Okay.
20          And what was your first job out of college?
21     A.   Out of college.  I worked as an employment tax
22  auditor for the Employment Development Department for
23  the State.
24     Q.   Okay.
25          Have you been working for the State since
```

```
 1   then?
 2       A.  I had a break.  I worked for EDD for
 3   approximately six months, and then I left to go work in
 4   a private corporation in Sunnyvale called "Amdahl
 5   Corporation."  A-m-d-a-h-l.  It was a computer company.
 6   And I worked there for approximately ten years.
 7       Q.  And what kind of work were you doing there?
 8       A.  Financial analysis.
 9       Q.  Okay.
10       A.  And budgeting and analysis.
11       Q.  Okay.
12           And when you say "financial analysis," what
13   does that mean?
14       A.  Analyze -- at the time, for Amdahl
15   Corporation, it was analyzing sales numbers, performance
16   of different sales products.  That's what I can
17   remember.  Putting budgets together for different
18   regions of the marketing areas of the company.
19       Q.  Okay.
20       A.  That kind of stuff.
21       Q.  And you worked for them for about ten years?
22       A.  Approximately ten years.
23       Q.  Till around 1990, '91?
24       A.  '89, I think it was.
25       Q.  Then where did you go?
```

1      A.   Then we moved to Sacramento.
2      Q.   Okay.
3      A.   And approximately a year after moving to
4   Sacramento, I went to work for the State with the
5   Department of Finance.
6      Q.   Okay.
7           So, is that --
8      A.   It was like, '89, I think.  I think we moved
9   at the beginning of '89, and I went to work in the mid
10  to end of 1989.
11     Q.   Okay.
12     A.   I don't recall specifically.
13     Q.   And that was with the Department of Finance?
14     A.   Yes.
15          And I've been there ever since.
16     Q.   What was your first position at the Department
17  of Finance?
18     A.   I was a Budget Analyst.
19          Do you want to know the program areas that I
20  was involved in?
21     Q.   That would be great.
22     A.   I can't recall exactly.
23     Q.   To the extent you can remember.
24     A.   It was some general government departments.  I
25  was working -- I think it was some trial court funding

1  programs, a program called the "State Mandated Cost
2  Programs," and then various local government analysis of
3  bills -- analyzing impacts on local governments as
4  legislation was going through the legislature.
5       Q.  Okay.
6           And how long were you a Budget Analyst?
7       A.  I progressed from various -- there's
8  promotional opportunities from an Assistant Budget
9  Analyst to an Associate to a staff, and that range of
10 promotions was probably over -- until about 1997.  I
11 believe I was then promoted into a manager position.
12      Q.  Okay.
13          And in '97, when you were promoted to a
14 manager, what were you?
15          What was your title?
16      A.  I was called a "Principal Program Budget
17 Analyst."  No.  Yeah.  Principal Program Budget Analyst.
18      Q.  And what does that mean?
19      A.  It's the first-level manager for the
20 Department of Finance.  Budget Analysts that I just
21 talked about now report to that first-level manager.
22      Q.  Okay.
23          And was there a particular area of the budget
24 that you were responsible for?
25      A.  Many areas.

Golden Gate Reporting

Page 15

1      At that time there was the Department of
2 General Services.  There was the department -- actually,
3 all of the budgets under the Resource Agency, which
4 encompasses -- like, the Department of Forestry, the
5 Department of Conservation Corp.  And then the
6 Department of Corrections and the Department of Youth
7 Authority.  And that's all I can recall.
8      Q.  Okay.
9          And how long did you stay in that position?
10     A.  Again, there were a couple of promotional
11 levels, and I -- let's see.
12         I was promoted to a different level that
13 wasn't called "principal" in approximately 2003.  I
14 don't recall exactly, but I believe it was about then.
15 And I was promoted to a position called "Assistant
16 Program Budget Manager."
17     Q.  And during the period from '97 till around
18 2003 --
19     A.  Mm-hm.
20     Q.  -- did you remain responsible for overseeing
21 the same portions of the budget?
22     A.  No.
23         It was evolving.  Some of them stayed the
24 same, but there were some changes.  I can't recall
25 exactly --

```
1        Q.  Okay.
2        A.  -- how they all changed.  But some stayed the
3   same, but some changed.
4        Q.  And did CDCR -- which I guess was CDC at that
5   point --
6        A.  Yeah.
7        Q.  -- did that ever leave from your oversight?
8        A.  No.
9        Q.  So, you've stayed --
10       A.  Yes.  I stayed.  I had that.
11       Q.  All right.
12            And were you overseeing everything for CDC or
13  just portions of it?
14       A.  I don't understand what you mean.
15       Q.  During this period from '97 to 2003 --
16       A.  Mm-hm.
17       Q.  -- what were you doing with regards to the CDC
18  budget?
19       A.  The role that I had was overseeing the budgets
20  for capital projects for the Department of Corrections.
21  Budgeting for capital projects.
22       Q.  And pardon my ignorance on this.
23            That means buildings?
24       A.  Could mean buildings, renovations of
25  buildings, construction of infrastructure at facilities
```

Golden Gate Reporting

1  or institutions. Acquisitions of land is also called a
2  "capital project."
3      Q.  So, generally sort of physical real estate
4  type of projects?
5      A.  Yes.
6      Q.  Okay.
7          And that remained true throughout that time
8  period?
9      A.  Yes.
10     Q.  Okay.  All right.
11         And then when you became an Assistant Program
12 Budget Manager in around 2003 --
13     A.  Mm-hm.
14     Q.  -- were you still responsible for overseeing
15 the capital projects for CDCR?
16     A.  Yes.
17     Q.  Okay.
18         And what was the -- what was the difference
19 between what you were doing as a Principal Program
20 Budget Manager --
21     A.  Analyst.
22     Q.  Analyst.  Okay.
23         -- and the next step up?
24     A.  Again, it's the next step of management.  Now
25 I had not only my replacement, but that position's

Golden Gate Reporting

Page 18

1  colleagues who had the responsibility for the rest of
2  the State agencies' capital budgets.
3      Q.  Okay.  All right.
4          And how long were you in that position?
5      A.  Until April of 2007.
6      Q.  And then what happened?
7      A.  Then I was promoted to my current position,
8  which is called a "Program Budget Manager."
9      Q.  And what do you do as a Program Budget
10 Manager?
11     A.  Now I oversee the budgeting for not only --
12 the capital projects that we just talked about for State
13 agencies, but I also have responsibility for some
14 program budgets for the Resource Agency, the California
15 Environmental Protection Agency, the Public Utilities
16 Commission.  That's it.
17     Q.  But not for CDCR?
18     A.  Yes.
19         I'm just higher up in the hierarchy, so all of
20 that is underneath my purview.
21     Q.  So, are only capital outlay projects of CDCR
22 within your purview, or there are also some program
23 aspects that are under your purview?
24     A.  Not of Corrections.
25     Q.  Okay.

1 So, with regard to Corrections, it's only the
2 capital?
3     A. Correct.
4        Can I also add too, one of the other
5 responsibilities of our staff is after projects are
6 approved and budgeted, we also have responsibility to
7 oversee the administration and -- the administration of
8 those projects so they are constructed like the
9 legislature envisioned.
10    Q. And are you the Program Budget Manager for all
11 capital outlay projects in the State?
12    A. No.
13       Not the Highway Transportation Program nor the
14 capital investments that the State provides for the
15 local school districts.
16    Q. But other than that?
17    A. Other than that, yes.
18    Q. Okay.
19       And who do you report to?
20    A. I report to Fred Klass who is the Chief
21 Operating Officer of the Department of Finance.
22    Q. Do you report to Michael Genest?
23    A. And Michael Genest who is the Director of
24 Finance.
25    Q. Do you report more directly to one than the

1    Q.   So, by the time it's released from the
2  Governor's office, the Department of Finance has already
3  recommended it?
4    A.   Has recommended the various components that
5  are in the budget.
6    Q.   Mm-hm.
7    A.   Yes.
8    Q.   So, each part of the Governor's budget
9  released in January has already gone through the
10 Department of Finance and had the Department of Finance
11 say, Yes, we recommend this?
12   A.   Well, remember, the way the California State
13 budget is budgeted is incrementally.  The baseline of
14 operational support the departments have isn't as
15 vetted, if you will, as the incremental changes the
16 departments have asked.
17        So, I don't want you to think that we've gone
18 through the detail of their base budget.  We're really
19 talking about the incremental changes that they want to
20 make.
21   Q.   Okay.
22        So, new projects or --
23   A.   New staffing.
24   Q.   -- new staffing?
25   A.   Yes.  Yes.

1        Q.  Okay.  All right.
2            But for those incremental budget additions,
3    those are all vetted by DOF before coming out of the
4    Governor's office?
5        A.  Correct.
6        Q.  Okay.
7            And then what happens?
8        A.  In January, the budget is released, and the
9    legislature then starts to conduct hearings on the
10   various budget changes that the administration is
11   recommending.
12           And the budget hearings happen, and the
13   legislature has split up committees into various program
14   areas.  So, each budget committee concentrates on its
15   area of programs and has hearings and makes their own
16   recommendations on the Governor's proposals to include
17   or not include something in the budget that will
18   ultimately be enacted.
19       Q.  Okay.
20       A.  Hopefully by June 30th.
21           The Assembly -- Assembly and the Senate are
22   concurrently meeting on their own versions of the State
23   budget.  They come together in approximately early June
24   in what's called a "conference committee" where they
25   work out differences that they each might have had in

Golden Gate Reporting

Page 32

```
 1      Q.   Right.
 2      A.   It's up to the departments to bring forward
 3   what they believe needs to be added or changed in their
 4   budget.
 5      Q.   And are these generally smaller changes that
 6   they're proposing than whatever they proposed in the
 7   fall, or not particularly?
 8      A.   There's no dollar threshold, but generally
 9   they are just either smaller changes or -- I can't think
10   of some examples.  There's no theme to them.
11      Q.   Okay.  All right.
12           And so, do both of these two processes -- the
13   April finance letter and the May revise -- do they both
14   then get filtered through the Governor's office and
15   released in the Governor's -- in a new proposed budget
16   or --
17      A.   Yes.  Yes.
18      Q.   Together?
19      A.   Well, separately.
20      Q.   Separate?
21      A.   One in April; one in May.
22      Q.   Okay.  All right.
23           Okay.  All right.
24           Now, can you walk me through that process for
25   capital outlay?
```

```
1        A.   Mm-hm.
2             The capital projects are slightly different.
3   When I explained that most budget proposals come in
4   September, we ask that the capital budget proposals come
5   usually in the spring -- April, May -- a few months
6   earlier, because at the time not only are they giving us
7   proposals for the budget year, they're actually giving
8   us five years of proposals.
9             We have what's called a "five-year plan" that
10  is done for the State's infrastructure and capital
11  needs.  So, they're giving us five years' worth of
12  proposals.  And so, our staff needs a little more time
13  to look at those type of projects.  So, it starts
14  earlier.
15            But once it gets into September, October,
16  pretty much everything is the same, except there's also
17  then, as I said, a five-year plan that's also released.
18  We try as close to the Governor's budget as possible,
19  but it's been probably like February, March that it's
20  been coming out after the January proposal.
21       Q.   And this is a guess:  As the -- the farther
22  out in the five-year plan, the sort of -- the more vague
23  the proposals are; is that accurate?
24       A.   Correct.
25       Q.   Okay.
```

Golden Gate Reporting

Page 53

1       Q.  Okay.  Thank you.
2           MS. MORRIS:  Let's take a five-minute break.
3   A ten-minute break.
4           (Off the record from 10:34 a.m.
5            until 10:50 a.m.)
6           MS. MORRIS:  Going back on the record.
7   BY MS. MORRIS:
8       Q.  When there's a BCP that is responding to
9   something that the Court has ordered, how does that
10  impact the analysis?
11      A.  We're certainly sensitive to it and recognize
12  that, and, I think, give it more deference than
13  something that the Department has more latitude to
14  decide to do.
15      Q.  Okay.  All right.
16      A.  Actually, I wouldn't say "I think."  We do
17  give it more deference than an optional thing that the
18  Department has to do.
19      Q.  Okay.
20          Are there other sort of categories of things
21  that would knock a BCP into that more deferential
22  review?
23      A.  Certainly we look to projects that protect
24  safety of the clients or the people that are in it,
25  whether it's office workers or inmates or -- security

Golden Gate Reporting

Page 54

1  issues certainly get a high deference. Fire-life safety
2  corrections to facilities, because they're so old or
3  need some corrections.
4       Um, security. Fire-life safety. Safety.
5  Those are probably -- and court-ordered are probably the
6  top categories of projects.
7       Q. Is the court order usually provided to the
8  Department of Finance when there's a court-ordered --
9  court-related BCP?
10      A. Um, yes. Yes.
11         I would say we ask for it, yes.
12      Q. Okay.
13         For a building project, say, one new building,
14 how long does that generally take from the initial BCP
15 to the building being usable?
16      A. Again, the answer is that it depends on the
17 building.
18         I mean, I don't want to be catty, but it
19 depends on the size, the complexity, the necessity of
20 whether new land has to be bought --
21      Q. Okay.
22      A. -- or whether the State has existing land it
23 can build on. So, there's all sorts of factors that
24 come into play.
25      Q. Okay.

```
 1         A.   There's no pat answer, but three to five
 2   years.
 3         Q.   All right.
 4              And are there different funding steps for a
 5   building project?
 6         A.   I think you mean phases --
 7         Q.   Possibly, yes.
 8         A.   -- if I can correct you.
 9         Q.   Yes.
10         A.   Capital projects have -- the way -- the State
11   projects have different phases. Again, it depends on
12   whether they need to acquire dirt, land. That's a
13   phase. We call it an "acquisition phase."
14              So, depending on what the Department -- they
15   might need a new location for a brand-new facility
16   someplace in, you know, a new part of the state. So,
17   depending on how long it might take to buy a piece of
18   land -- that could take time.
19              Then there's a design phase of the project
20   which takes place. And generally we budget that in two
21   pieces. Its called -- the "preliminary plans" is the
22   first phase of design, and "working drawings" is the
23   second phase of design. And then lastly is the
24   "construction phase", the actual money that's needed to
25   build the building.
```