# EXHIBIT 24

**Deposition of Karen Finn**
**August 26, 2008**
**(Phase II Designations)**

**Part B**

Golden Gate Reporting

Page 56

1      Q.   I've seen reference to "architects and
2   engineering."
3           Would that be part of one of these phases
4   you've already described?
5      A.   Correct.
6           Architects and engineers are the -- they're
7   either the designers or the engineers who review the
8   structural integrity of the building, and they are
9   actually -- there's architect and engineering services
10  budgeted as part of the preliminary plans, budgeted as
11  part of the working drawings.
12          And actually, there's a small part of
13  architects and engineers that are needed through the
14  construction phase, if something needs to be -- and I
15  understand -- be designed or tweaked for a change order,
16  those services are necessary.
17     Q.   Okay.  All right.
18          And what about -- how long would -- withdrawn.
19          Does the need for an Environmental Impact
20  Report or Study impact the funding cycle for a building
21  project?
22     A.   Does it -- I don't understand your question.
23     Q.   Some -- for some projects, an Environmental
24  Impact Study is required; correct?
25     A.   I'm not an expert on that.  So, I can't -- I

Golden Gate Reporting

1    don't know if it's required for every single project.

2         Q.    But for some it is?

3         A.    Some it is, yes.

4         Q.    Okay.

5              Does that have to be completed prior to

6    getting funding for any particular one of these phases,

7    if one is required?

8         A.    If one is required.  It's usually funded --

9    those activities are funded as part of the design phase.

10        Q.    Okay.

11        A.    Because as I -- to the best of my ability, I

12   understand part of the environmental process involves

13   the visual part of a project, letting the community

14   know, or letting -- what it's going to -- what the

15   project is going to look like.

16        Q.    Okay.  All right.

17             Is there any -- I realize that some projects

18   are larger and some are smaller, but is there any sort

19   of standard process for budgeting the various phases for

20   a building project?

21             Would one phase be likely to be funded one

22   year and the next phase the next year?

23             Is there any sort of standard?

24        A.    What we try and fund in a -- as you know, the

25   State budget is a one-year funding cycle.  We try and

Golden Gate Reporting

Page 58

1    fund -- try and recommend for funding only those phases

2    that can be expended in that one-year funding cycle.

3        Q.   Okay.

4        A.   Yeah.

5        Q.   So, could that mean, for example, if you had a

6    really large project -- very, very large, many-year

7    project, that the funding cycle could be -- that for one

8    year's budget you'd only be funding part of the

9    preliminary plans, or would you always fund the entire

10   preliminary plans?

11       A.   We would always fund the entire preliminary

12   plans.  Even though it might take a couple years to

13   complete, we would fund it in the first year -- in year

14   one, for example.  It might take two years to get those

15   done, so there could be a gap in funding.  And maybe the

16   third year, then, they might get funded the working

17   drawings.

18       Q.   Okay.

19            So, essentially you'd be approving the funding

20   for two years' worth of work to come out of -- on

21   preliminary drawings --

22       A.   Mm-hm.

23       Q.   -- in the example I gave -- to come out of one

24   year's budget?

25       A.   Correct.

Golden Gate Reporting

Page 59

1    Q.   Okay.

2         And is there any -- would you ever have

3    preliminary plans and working drawings being funded in

4    the same budget cycle?

5    A.   Certainly, yes.

6    Q.   Would that only be for a small project?

7         Could that be medium-size projects?

8    A.   Um, it could be -- again, it just depends on

9    the nature of the project and the need for the funding

10   in that year.

11        Q.   Okay.

12             Is there any sort of overall cap for --

13   withdrawn.

14             As the projects move up the management chain

15   at DOF, how are projects weighed and decided for

16   recommendation or not, or for approval or not?

17             Like, what goes into those decisions besides

18   the specifics of each particular project?

19             Are there projects that are more important

20   than others so some project might get left off because

21   this one is more important?

22             How is that analysis made as it moves up the

23   DOF chain?

24        A.   Are you talking about just for a department or

25   are you talking the whole budget?

Golden Gate Reporting

Page 63

1              Santa Claus.

2        Q.   Okay.

3              What would you say is the fastest turnaround

4    time that you can recall seeing from a CDCR capital

5    project going from the initial funding request to having

6    a building that's open?

7        A.   I have no idea.

8        Q.   Do you think you've ever seen that in a

9    two-year span?

10       A.   From the time of -- from a time a project is

11   supported for funding to it being opened two years?  I

12   can't think of any.  I can't think of anything like

13   that, no.

14       Q.   Can you think of any having happened in three

15   years?

16       A.   I can't think of time lines and the specifics

17   of any buildings.

18             That just seems so quick.  That it just

19   doesn't seem like it's happened in two or three years.

20       Q.   What would you guess would be -- what would

21   you estimate to be the minimum amount of time that it

22   would take from the time that DOF says --

23       A.   Recommends.

24       Q.   -- Yes, we support this, to the time that a

25   building for CDCR is built and inhabited or used?

Golden Gate Reporting

Page 64

1       A.   I would say the minimum is probably three

2   years.

3       Q.   Okay.

4            But you're not sure if you've ever seen that?

5       A.   I just can't think of an example.

6       Q.   Okay.

7            And what -- are smaller buildings simpler and

8   quicker, generally?

9       A.   It depends on what that building is for.

10      Q.   Okay.

11           What are some of the types of buildings for

12  CDCR that would happen more quickly?

13      A.   I would say maybe some small maintenance

14  facilities or things that are not as sophisticated.  A

15  building that has a program in it.  So, you know, a

16  maintenance facility to -- or a maybe a small office

17  building on the site that's, you know, just for staff

18  and its offices.  It doesn't need medical space or --

19  something like that could probably be done in a

20  relatively short time.

21      Q.   And by "relatively short time," you mean --

22      A.   This three-year period.

23      Q.   Three-year sort of period.

24           What about for a medical facility?

25           What would you think would be the minimum

Golden Gate Reporting

Page 65

1   amount of time you would see that being -- going from

2   funding approval at DOF to being usable?

3        A.   Again, my best guess, four to five years.

4        Q.   Okay.

5             What about for a mental health facility?

6        A.   The same category.  Four to five years.

7             They're complicated, sophisticated buildings.

8        Q.   Okay.  All right.

9             Are you aware of the proclamation by the

10  Governor that California prisons were in a state of

11  emergency a couple years ago?

12       A.   I'm aware of it, yes.

13       Q.   To your understanding, does that state of

14  emergency still exist?

15       A.   I'm not aware.  I'm not an expert on that

16  area.

17       Q.   Okay.

18            Do you know if the existence of a state of

19  emergency in the prison system gave any options for

20  changing, speeding up, effecting the financing process?

21       A.   Repeat the question again.

22       Q.   Do you know if having a state of emergency in

23  the prison system made it possible to change the funding

24  process to make it go faster or more smoothly?

25       A.   No.

Golden Gate Reporting

Page 67

1    around?

2         A.   I don't recall.

3         Q.   Were you ever asked to try to push funding

4    through more quickly for a capital project for CDCR as

5    part of this -- the -- as part of the resolution to the

6    state of emergency?

7         A.   I can't recall specifically.

8         Q.   Can you recall generally?

9         A.   Generally I would say -- I think there were

10   discussions from the Department of -- or, requests from

11   the Department of Corrections.

12        Q.   What more can you remember than that?

13        A.   Yeah.

14             Um, I think there were references to the

15   Governor's proclamation as to whether they could go

16   forward quicker with capital projects.

17        Q.   And do you recall what the outcome of that

18   was -- those kinds of requests?

19        A.   Like I said, it was in discussions with our

20   attorneys.

21        Q.   Do you recall if the funding went forward more

22   quickly?

23        A.   No.   I don't think it did.   It did not go

24   forward.

25        Q.   If a court orders something to be done very

Golden Gate Reporting

Page 71

```
 1        A.   Other than stand-alone legislation?  No.
 2        Q.   Okay.  All right.
 3             If the receiver needs money for a capital
 4   project, does that pass through the DOF in any way?
 5             MR. LEWIS:  Objection.
 6             Can you lay a little foundation on that,
 7   please?
 8   BY MS. MORRIS:
 9        Q.   Are you familiar with the Plata receiver?
10        A.   Yes.
11        Q.   If the Plata receiver is looking to build a
12   facility, for example, would his need for that money
13   pass through the Department of Finance?
14        A.   Would it pass through?  Um, I think --
15             MR. LEWIS:  Have you ever seen one that comes
16   through the receiver -- from the receiver's office?
17             Have you ever seen them come through your
18   office?
19             THE WITNESS:  Yes, but not in the traditional
20   process that we talked about.  It didn't meet -- you
21   know, it wasn't deadline-driven.  It was out of the
22   process, if you will.
23             MS. MORRIS:  Okay.
24   BY MS. MORRIS:
25        Q.   And what does the DOF do with -- well, what
```

Golden Gate Reporting

1  does the receiver give to the Department of Finance --

2         A.  Um --

3         Q.  -- in terms of paperwork?

4         A.  Oh, oh, oh.  We worked with his staff to

5  understand the request that he was making just like any

6  other department.

7         Q.  Okay.

8         A.  Yeah.

9         Q.  And are his requests subject to the same sort

10  of analysis that other capital outlay requests --

11  funding requests would be subject to?

12         A.  The same analysis, meaning, the same

13  process -- same analytical process?

14         Q.  Yes.

15         A.  Yes.

16         Q.  And does the DOF go through the same process

17  of making -- either recommending giving this money or

18  not recommending giving the money?

19         A.  Yes, we did, but again, he hasn't been there

20  multiple years.  There's only been one request that he's

21  made.  So, I don't want it to seem that there's been

22  this history.

23         Q.  All right.

24         But essentially, the process went through the

25  same steps it would go through if this were just an

Golden Gate Reporting

Page 73

1    ordinary BCP.

2            Is that what I'm hearing?

3        A.   Yes.  Yes.

4            He submitted his request.  He submitted

5    justifications or backup for his request that he was

6    making, yes.

7        Q.   Do you recall -- withdrawn.

8            Did the DOF then recommend something with

9    regard to this request from the receiver to the

10   Governor's office?

11       A.   Yes.

12       Q.   And what was the recommendation?

13       A.   The recommendation was to fund his request to

14   build -- to receive funding for his facilities that he

15   was recommending to build.

16       Q.   Do you recall if this is for the 10,000 beds?

17       A.   Yes.

18       Q.   Do you recall if all the funding that he

19   requested -- whether the recommendation was that he

20   received all of the funding he requested?

21       A.   Again, I don't understand.

22           Did we support his -- did we recommend funding

23   exactly what he requested?

24       Q.   Mm-hm.

25       A.   Is that what you're saying?

Page 74

1      Q.   Yeah.

2      A.   No.   It's not exactly like he submitted to us.

3      Q.   And how did it change?

4      A.   It changed basically in the funding source --

5   the funding sources that he recommended -- that he

6   requested.   And I don't remember if the dollars changed.

7   I just can't recall.

8      Q.   Okay.

9      A.   But I know the funding sources we had to

10  change.   We recommended it be changed.

11     Q.   Do you recall what he requested it came from?

12     A.   I think he requested all of it from the

13  general fund, and we recommended that part of it be

14  financed with some lease revenue bonds.

15     Q.   Okay.

16          And that recommendation, did that go into the

17  Governor's proposed budget?

18     A.   Yes.

19     Q.   And that has not -- that is -- is it still in

20  the budget that's being debated?

21     A.   I don't know all the components right now that

22  are being debated, so I couldn't tell you.

23     Q.   Are you aware of it having come out of the

24  budget that's being debated at any point?

25     A.   From the legislature's point of view or from

Golden Gate Reporting

Page 79

1          How does the building get built if the bonds

2    aren't issued until right around the time it's complete?

3          A.   The legislature in AB 900, as well as in most

4    lease revenue authorizations, authorizes the State to

5    borrow internally, loan itself money to build the

6    buildings, and then the bonds pay back those loans --

7          Q.   Okay.

8          A.   -- once they're issued.

9          Q.   Okay.

10          Has that process happened for these bonds or

11    any portion the bonds for AB 900?

12          A.   No.   No projects have started.

13          Q.   Okay.

14          So, would that -- when would you expect that

15    borrowing process -- that internal borrowing process to

16    start?

17          Would it be prior to preliminary plans or

18    during or --

19          A.   In order for the Department of Corrections,

20    which is who's going to spend that, to begin the design,

21    the preliminary plans for a project, yes, they will need

22    to come and initiate a loan to begin the design.   And

23    so, as soon as they are ready to pursue designs of a

24    project or multiple projects, they will initiate a

25    request to begin that process.

Golden Gate Reporting

Page 80

1      Q.   And that request would go to who or what
2  department?
3      A.   It's a joint, if you will, process.  There's
4  the -- an entity called the "State Public Works Board"
5  which is the issuer of those bonds, and our staff are
6  also not only staff to the Department of Finance, but
7  staff to the Public Works Board.
8          So, the loan application and the request to
9  initiate a loan come to our staff who work with that
10 department to begin that loan application process to
11 initiate a loan for a project.
12     Q.   Okay.
13          And so, the preliminary -- the preliminary
14 plans cannot start until after that loan process has
15 been approved?
16     A.   Correct.
17     Q.   Okay.
18          For -- do you know if — withdrawn.
19          Would you, in your position, know whether
20 those loans had been -- whether any loan for any AB 900
21 project had been approved?
22     A.   I would probably hear, just because -- just
23 through staff and our close day-to-day working
24 relationship, yes, and the staff have initiated -- I
25 don't even know how to describe it -- kind of the

Golden Gate Reporting

Page 81

```
1    initial loan or authorization.  The board authorized the
2    beginning of the loan process.
3              It's -- I hate to be bureaucratic and
4    technical, but the way AB 900 is, is somewhat unique in
5    its authorization.  There's no specific project.  If you
6    look at most lease revenue bonds lease projects, they're
7    very specific.  AB 900 is not like that.
8              So, what the legislature said is, Before you,
9    Corrections, start expending money on preliminary plans,
10   let us know what -- notice us of which project you're
11   going to initiate.
12             So, the Department hasn't done that yet.
13        Q.   Okay.  All right.
14             But they have started the process of getting
15   the money -- getting ready to come to them.
16        A.   Yes.  Yes.
17        Q.   Okay.
18             How long does the process of getting the loan,
19   the internal loan -- how long does that process take?
20        A.   Generally 30 days.
21        Q.   Okay.
22             And the commencement of the loan getting the
23   process, is that -- do you know for what amount of
24   funding that is, or is it the -- is it some significant
25   portion of the funding?
```

Golden Gate Reporting

Page 92

```
 1        A.   Mm-hm.

 2        Q.   The paragraph that starts, "The newly

 3   established..."

 4             Do you see that?

 5        A.   Mm-hm.

 6        Q.   In the middle of that paragraph, there's a

 7   sentence that says:

 8             "The Facilities Strike Team will work to

 9             finish construction as quickly as possible,

10             but at a minimum, it is expected that

11             construction of the 12,000 Phase I infill beds

12             will be completed in 2009."

13             Do you see that?

14        A.   Mm-hm.

15        Q.   Does that sound possible to you?

16             MR. LEWIS:  Objection.  Calls for speculation

17   on the part of the witness.

18             THE WITNESS:  I've never seen -- I'm just not

19   familiar with that phrase, so...

20   BY MS. MORRIS:

21        Q.   Which part?

22        A.   The sentence you just read.  The Facilities

23   Strike Team Will work to finish construction -- to be

24   completed in 2009, but at a minimum, it's expected that

25   construction will be completed in 2009.
```