# EXHIBIT 24

# Deposition of Karen Finn
# August 26, 2008
# (Phase II Designations)

# Part C

```
 1            I just don't recall that specific sentence.
 2   It does seem hard to accomplish at this point.
 3        Q.   "At this point"?
 4        A.   I mean, to read that.  It does seem hard to
 5   accomplish that by 2009.
 6        Q.   Okay.
 7             Even looking at it from May of 2007?
 8        A.   Correct.
 9        Q.   Okay.
10             Do you know if construction on any Phase I
11   infill beds has started?
12        A.   No.  Construction has not started.
13        Q.   How quickly do you think it would be possible,
14   from your experience with capital outlay projects, to
15   construct 12,000 infill beds?
16        A.   I would have no way of guessing.  12,000
17   infill beds.  I don't know if that is one facility.  I
18   don't know if it's two.  I couldn't guess.
19        Q.   What would be the -- you sound as though how
20   many facilities it would be would make a difference on
21   your ability to estimate that.
22             MR. LEWIS:  I'll renew my objections as to
23   speculation.  Also add that it's an incomplete
24   hypothetical and requires a lot of information that
25   simply isn't in the knowledge of this witness or before
```

1    A.    When it was submitted to us, after.
2    Q.    The plan that you just described, at any
3    point, did the Department of Finance look at it?
4    A.    I'm sure -- yeah, I'm sure we did.
5    Q.    Would that have been -- when?
6    A.    Probably around the time AB 900 was enacted.
7    Q.    Okay.
8          So, in the spring of 2007?
9    A.    Spring of 2007.
10   Q.    Okay.
11         Do you know how many beds CDCR currently plans
12   to build -- how many infill beds CDCR currently plans to
13   build in Phase I?
14   A.    I can't recall specifically.
15   Q.    Okay.
16   A.    I do know it's not 12,000.
17   Q.    Okay.
18         Do you know if the total number of beds -- of
19   infill beds is still planned to be 16,000?
20   A.    Yes.
21         I know it is not planned to be 1600 -- 16,000.
22   Q.    Okay.
23         Do you know what it is currently expected to
24   be?
25   A.    I can't recall off the top of my head.

Golden Gate Reporting

Page 96

1   Q.  Okay.
2       Do you know when it changed from being the
3   16,000 to being some other number?
4   A.  Specifically when, no, I don't know the
5   specific date.
6   Q.  Do you know roughly?
7   A.  Roughly, I would say approximately the spring
8   of this year.
9   Q.  Okay.
10      Do you know why that number changed?
11      MR. LEWIS:  Objection.  Calls for speculation
12  on the part of the witness.
13      THE WITNESS:  I don't know exactly why, but
14  what they have explained to us is, they changed their
15  plans from the time AB 900 was enacted.  The Department
16  took a step back to go back to look to see different
17  ways to accomplish infill beds.
18      As I understand it, they went from a lower
19  level of security to a higher level of security, was one
20  of the reasons.  Construction costs have increased.
21      Um, that's kind of the two main reasons that
22  I've been -- that have been relayed to us.
23  BY MS. MORRIS:
24  Q.  What do you understand to be the issue with
25  the changing security level of the beds and why that

1   would impact the number of beds?
2        A.   Um, higher security-level beds, meaning, cells
3   versus dormitories, are more expensive to construct.
4   Wide-open dorm versus a facility that has individual
5   cells and secure doors and more technical, mechanical
6   pieces to it is more extensive than a wide-open dorm
7   that can handle the inmates.
8        Q.   Do you know if there was any reassessment of
9   the need for the infill beds?
10       A.   Reassessment -- I don't understand your
11  question.
12       Q.   It sounds -- what I'm hearing from you is that
13  the number of beds -- of infill beds that will be built
14  has been changed because of the cost of building those
15  beds, both because of the type of beds that will be
16  built and because of just construction costs going up.
17       A.   Mm-hm.
18       Q.   Do you know if there was any consideration of
19  how many beds are needed that played into that
20  recalculation of going from 16,000 to some other number?
21       A.   I don't know.
22       Q.   Okay.
23       A.   I don't know what they took into
24  consideration.
25       Q.   Other than the things that you mentioned?

1       A.   Right.
2       Q.   The cost of the construction and the type of
3  cell?
4       A.   Correct.
5       Q.   Okay. All right.
6            Do you know -- if you go down slightly farther
7  on Exhibit 2, in the middle of the page there's a
8  paragraph No. 2?
9       A.   Mm-hm.
10      Q.   "New secure reentry beds."
11      A.   Mm-hm.
12      Q.   And it says that, "AB 900 provides for the
13 creation of 16,000 reentry beds."
14           Do you see that?
15      A.   Mm-hm.
16      Q.   Farther down at the bottom of that paragraph
17 it says that:
18              "The facility strike team will expedite
19           construction to provide 6,000 Phase I reentry
20           beds followed by the remaining 10,000 reentry
21           beds in Phase II."
22           Do you see that?
23      A.   Yes.
24      Q.   Do you know whether that is currently the plan
25 to have 6,000 Phase I reentry beds and 10,000 reentry

1  beds in Phase II?
2      A.  I don't recall specifically, but I do not
3  think 16,000 is the total.
4      Q.  Currently?
5      A.  Currently.  Right.
6          I don't know -- I can't recall if 6,000 is
7  still appropriate for Phase I.  I just recall that
8  16,000 is not the total they estimate they can construct
9  now.
10     Q.  Okay.
11         Do you recall what the total is?
12     A.  I don't recall.
13     Q.  Okay.
14     A.  I can approximate, but I just don't recall.
15     Q.  I'm sorry.
16         Did you say that you don't know whether 6,000
17  will be done in Phase I or not?
18     A.  Yeah.  I don't remember.
19     Q.  Okay.
20         But you think that it's no longer 16,000 in
21  total?
22     A.  Yes.  I'm positive it's not 16,000 in total.
23  I just can't recall what the number is.
24     Q.  Do you recall when that number changed from
25  16,000 to a lower number?

1          A.   It was the same time.  The spring of this
2    year.
3          Q.   And do you know what the reasons for those
4    changes are?
5          A.   I don't know.
6               I can surmise it was just more refined
7    estimates of construction costs.  And that's it.
8          Q.   Okay.
9               Are you involved with the facility's Strike
10   Team, or were you?
11         A.   I was initially.  I was a member of it.
12         Q.   Okay.
13              And what was your role for the Facility Strike
14   Team?
15         A.   Really, as I remember, I was more of a
16   consultation.  I was not an official member.  I forget
17   how my designation was made.
18              However, my designation, it was different than
19   a Facility Strike Team.  It was a consultation role or
20   an advisory role or -- as opposed to the official team.
21         Q.   Okay.
22              On a more practical level, as opposed to
23   titles?
24         A.   Mm-hm.
25         Q.   What was your role?

Page 103

1  reassessment of the cost of the beds?
2       A.  Specifically, no.
3       Q.  Mm-hm.
4       A.  Again, generally and anecdotally what I've
5  heard is because they've changed their plan, relooked at
6  things -- where they want to site, what types of beds,
7  from a dorm to a higher level of security -- was the
8  basis for a lot of the changes.
9       Q.  Do you know if 8,000 medical and mental health
10 beds -- withdrawn.
11          Could you look at the paragraph noted as
12 "paragraph 3" about medical and mental health beds?
13          It states that, "A total of 8,000 medical
14 mental health beds will be created."
15          Do you see that?
16      A.  Mm-hm.
17      Q.  And I believe that's what you thought it was?
18      A.  I remember that number; correct.
19      Q.  Do you know if that is still planned to be
20 part of AB 900?
21      A.  Meaning, will there be 8,000 beds constructed
22 from AB 900?
23      Q.  Mm-hm.
24      A.  No, it will not be constructed -- they will
25 not be funded from AB 900.

```
1        A.   Again, I can't remember the specifics, if
2   that's the total or not.
3        Q.   Where would you find the -- where would you
4   expect to find what the current anticipated total number
5   of beds is?
6        A.   Um, in my personal -- I would probably go back
7   and have documents in my office.  I'd also look to my
8   staff and ask them to, you know, submit or show me where
9   the most recent document is that shows the revised plan
10  so I make sure I'm looking at the correct proposal.
11            I noticed this chart only goes to 13/14, so I
12  don't know if there's proposed construction outside of
13  that time frame.
14       Q.   Do you know if AB 900 had a date by which the
15  AB 900 construction was supposed to be complete?
16       A.   I do know there was a date -- there are dates
17  in there, and I just can't recall what they are.  I
18  think they're dates that Phase I needs to be -- there's
19  a date that Phase II needs to be gotten to.  And I
20  believe there are -- yeah, some maximum dates in
21  AB 900 -- I just can't recall what they are -- they have
22  to be done by.
23       Q.   Okay.
24            Do you know if CDCR is planning on acquiring
25  any land for any of the AB 900 projects?
```

Page 110

1    A.    Yes.  For any of -- yes, for some of them.
2    Q.    Okay.
3    A.    The reentry facilities have some land
4  required, yes.
5    Q.    Do you know if any land has been acquired?
6    A.    No land has been acquired.
7    Q.    Do you know if any land has been agreed to be
8  acquired?
9    A.    I don't know.
10   Q.    Okay.
11         Do you know if any land has been identified?
12   A.    Can you clarify?
13         Identified by who?
14   Q.    Um, well, let's start with identified by CDCR.
15   A.    Not to my knowledge.
16   Q.    Okay.
17         In the time that you've been overseeing
18  capital projects for CDCR, in general, what's the sort
19  of standard time frame for acquiring plans for CDCR?
20   A.    I'm trying to remember the last acquisition
21  that they completed.
22         I don't think they've, over the years -- I
23  guess the only really real acquisition has been for a
24  new prison that was constructed down in Delano.  North
25  Kern.  Kern Valley State Prison.  I forget which one.  I

1  with -- like, that were made at the same time as AB 900?
2      A.  Well, AB 900 was a separate piece of
3  legislation, so it's hard to say what you mean by "the
4  same time."
5      Q.  Okay.  That's fair.
6      A.  Yeah.
7      Q.  Do you know -- withdrawn.
8          You mentioned that there was one request for
9  funding passed through the Department of Finance for the
10 receiver's project; is that correct?
11     A.  Yes.
12     Q.  Okay.
13         Do you recall what that was for -- what the
14 project or projects for which funding was being
15 requested were?
16     A.  He's requested funding to construct 10,000
17 beds.
18     Q.  Okay.
19     A.  5,000 for the Coleman court and 5,000 for the
20 Plata court.  He's also requested funding at each of the
21 32 or 33 institutions -- I think it's 33 institutions.
22 I get confused at times -- to go into each of the
23 institutions and look at remodelling or upgrading their
24 clinic and treatment space.
25     Q.  Okay.

1    A.  So, those are two requests that have been
2  wrapped up into one ultimate bill the administration
3  supported.
4    Q.  Okay.
5        And are those both in the current budget
6  debate?
7    A.  Yes.
8    Q.  So, if they are approved, they will be part of
9  the 2008-2009 budget?
10   A.  Correct.
11   Q.  Okay.
12       And then there was a project at San Quentin
13  which is not part of that?
14   A.  Correct.
15   Q.  Okay.
16       Do you know where the funding for that
17  San Quentin project is coming from?
18   A.  That came from -- the legislature, when they
19  enacted the bill to authorize the San Quentin project,
20  they said it's -- approximately 140 million shall come
21  out of the AB 900 medical and mental health pot of
22  funds.
23   Q.  So, that money is actually coming from AB 900
24  funds?
25   A.  Yes.  Yes.

```
 1            (Whereupon Plaintiffs' Exhibit 7
 2         was marked for identification.)
 3         MS. MORRIS:  Exhibit 7 bears the Bates Nos.
 4  CDCR017447 through -17454.
 5  BY MS. MORRIS:
 6      Q.  Do you know what Exhibit 7 is?
 7      A.  It appears to be a BCP -- some version of a
 8  BCP for the Department, BCP for a 50-bed mental health
 9  crisis project at California Men's Colony in San Luis
10  Obispo.
11      Q.  Okay.
12          And are you familiar with this BCP, whether
13  this specific version of it or some other version of it?
14      A.  I'm familiar with the project.  I've heard of
15  it.
16          I don't know if this is the exact BCP that was
17  the supporting request for it.
18      Q.  Okay.
19          Do you know if a BCP for this 50-bed mental
20  health crisis project -- mental — 50-bed mental health
21  crisis bed at California Men's Colony has been approved
22  for funding?
23      A.  I can't be specific, but I believe it has been
24  approved.  I just can't be specific where.
25          MR. LEWIS:  I'm sorry.
```

```
 1            You can't be specific?
 2            THE WITNESS:  I can't be specific.  No.
 3            MR. LEWIS:  Okay.
 4            THE WITNESS:  I mean, I know it has been
 5   approved, but I don't know when or where.
 6   BY MS. MORRIS:
 7       Q.   When you say "where," are you talking about
 8   the institution?
 9       A.   No.
10            I'm talking which vehicle.  I thought it was
11   approved in last year's budget, but I can't be specific.
12       Q.   So, for the --
13       A.   '7-'8.
14       Q.   '7-'8 budget.  Okay.
15       A.   I just don't remember.
16       Q.   Okay.  All right.
17            And you believe it has been approved?
18       A.   Yes.
19            I believe, but I can't remember if it was in
20   the '7-'8 budget or in the '8-'9 budget for --
21   possibility.
22       Q.   Okay.
23            So, that actually means you don't know if it's
24   actually been funded; does it?
25       A.   Well, I know it's not started construction.  I
```

```
 1   know it's not started design.  Actually, I don't know
 2   that it's not started design.  Take that back.
 3              It's not been funded.  It's not been released
 4   from funds from AB 900.
 5              I believe it's one of the smaller projects
 6   that I talked about earlier that is part of the Coleman
 7   bed plan that is not at one of the locations that the
 8   receiver is talking about constructing at.  I believe
 9   that's an example of one of the small projects that will
10   ultimately be funded out of AB 900.
11        Q.   Pardon me for my confusion.
12              So, if this is one of the projects that will
13   ultimately be funded out of AB 900, would it actually
14   have a BCP that would go through the whole vetting
15   process?
16        A.   It -- BCP-type information.
17        Q.   But it wouldn't say BCP at the top?
18        A.   It wouldn't have to.
19              I believe that there were prior -- I don't
20   know why it's in this particular format right now, but I
21   do know it's talked about as a project needed for the
22   Coleman bed plan that is before the Court right now to
23   approve.
24        Q.   Do you know if the mental health crisis bed
25   project at CMC was approved for funding the first year
```

```
 1   that it was -- that a BCP on it was proposed or was
 2   submitted to the Department of Finance?
 3        A.   I don't recall.
 4        Q.   Do you know how many years a proposal for
 5   funding for the CMC -- for the California Men's Colony
 6   mental health crisis bed project has been submitted?
 7        A.   No, I don't know.
 8        Q.   Okay.
 9             Do you know if it was submitted for more than
10   one year?
11        A.   I don't know.  Hm-mm.  I don't know.
12        Q.   Do you know if a mental health crisis bed
13   project would be considered a health-and-safety-priority
14   type of project?
15             MR. LEWIS:  Objection.  Calls for speculation
16   on the part of the witness.
17             Answer as best you can.
18             THE WITNESS:  I think it would depend on the
19   nature of the request and, again, working with our
20   counterparts in the program as to what the full plan is
21   for providing mental health at the Department of
22   Corrections -- providing mental health care.
23             So, I guess what I'm trying to say is, if it's
24   a part of an approved bed plan to provide care, I would
25   say yes, it will be a high priority.
```

```
 1    BY MS. MORRIS:
 2        Q.   But you -- earlier you said there were a
 3    couple of different priorities.  A couple of different
 4    types of projects that got priority that were
 5    court-ordered projects.
 6        A.   Mm-hm.
 7        Q.   Which something that was part of an approved
 8    plan would be a court-ordered project.
 9        A.   Mm-hm.
10        Q.   You also said there would be projects that
11    related to health and safety that would be a high
12    priority for funding; correct?
13        A.   Mm-hm.
14        Q.   Do you know if a mental health crisis bed
15    project would be considered a project needed for health
16    and safety, and therefore prioritized?
17        A.   As I said before, depending on the
18    programmatic needs that are recomended by our
19    colleagues, if they concur, yes, it would be supported.
20             I mean, I wouldn't make that decision on my
21    own.
22        Q.   How would that decision get made as to whether
23    or not it is a priority?
24        A.   In a discussion among colleagues, you mean?
25        Q.   How do you identify, Oh, this is a health and
```