# EXHIBIT 25

**Deposition of Karen Finn
August 26, 2008
(Phase II Counter-Designations)**

```
 1              IN THE UNITED STATES DISTRICT COURTS
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 2              AND THE NORTHERN DISTRICT OF CALIFORNIA
          UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 3         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 4
 5      RALPH COLEMAN, et al.,
 6              Plaintiffs,
                                   Case No. Civ S 90-0520 LKK-JFM P
 7      vs.
 8      ARNOLD SCHWARZENEGGER, et al.,
 9              Defendants.
        _____/
10
        MARCIANO PLATA, et al.,
11
                Plaintiffs,
12                                 Case No. C01-1351 TEH
        vs.
13
        ARNOLD SCHWARZENEGGER, et al.,
14
                Defendants.
15      _____/
16
17                     DEPOSITION OF KAREN FINN
18
19      DATE:          August 26, 2008
20      TIME:          9:30 a.m.
21      LOCATION:      ROSEN, BIEN & GALVAN, LLP
                       315 Montgomery Street, Tenth Floor
22                     San Francisco, California 94104
23      REPORTED BY:   Katy Leonard
                       Certified Shorthand Reporter
24                     License Number 11599
25
```

```
 1              MR. LEWIS:  Are you asking if there was
 2   anything in the emergency proclamation that might have
 3   affected the budget process?
 4              MS. MORRIS:  Mm-hm.
 5              THE WITNESS:  I don't remember the
 6   proclamation in detail to be able to comment on that.
 7   BY MS. MORRIS:
 8         Q.  Has there been any discussion within the
 9   Department of Finance as to whether there being a state
10   of emergency should impact the way funding is decided
11   and moved through the system?
12         A.  Yes.  There was discussion, but it was with
13   attorneys, and I guess it would be -- I guess it would
14   be attorney-client privilege.
15              MR. LEWIS:  Were these attorneys from
16   Department of Finance?
17              THE WITNESS:  Yes.
18              MR. LEWIS:  Okay.
19              I'll assert the attorney-client privilege,
20   then, on those conversations and instruct the witness
21   not to answer any questions on that, if they get into
22   attorney-client matters.
23   BY MS. MORRIS:
24         Q.  Did you have any discussions with people at
25   the Department of Finance when the attorneys weren't
```

1      Q.  Okay.
2          Okay.  Are you aware of -- withdrawn.
3          Does the fact that there are lawsuits impact
4  the ability to issue the lease revenue bonds?
5          MR. LEWIS:  Objection.  Calls for a legal
6  conclusion on the part of the witness.
7          THE WITNESS:  Yeah.
8          I was just going to say, I'd have to -- now
9  we're going to get into my legal lack of knowledge.
10         MS. MORRIS:  Okay.
11 BY MS. MORRIS:
12     Q.  Do you know if the lease revenue bonds have
13 been issued?
14     A.  No, they have not.
15     Q.  Do you know when in -- if all were going
16 perfectly smoothly, at what point in relation to the
17 planning and construction of the AB 900 projects -- at
18 what point would the lease revenue bonds be issued?
19     A.  Traditionally for any lease revenue bonds, not
20 just an AB 900, bonds are issued ideally as close as
21 possible to when a building is completed so that we know
22 exactly how much was used to build that building so that
23 we can issue a -- an accurate, efficient amount of lease
24 revenue bonds.
25     Q.  Okay.

```
1   initial loan or authorization.  The board authorized the
2   beginning of the loan process.
3            It's -- I hate to be bureaucratic and
4   technical, but the way AB 900 is, is somewhat unique in
5   its authorization.  There's no specific project.  If you
6   look at most lease revenue bonds lease projects, they're
7   very specific.  AB 900 is not like that.
8            So, what the legislature said is, Before you,
9   Corrections, start expending money on preliminary plans,
10  let us know what -- notice us of which project you're
11  going to initiate.
12           So, the Department hasn't done that yet.
13       Q.  Okay.  All right.
14           But they have started the process of getting
15  the money -- getting ready to come to them.
16       A.  Yes.  Yes.
17       Q.  Okay.
18           How long does the process of getting the loan,
19  the internal loan -- how long does that process take?
20       A.  Generally 30 days.
21       Q.  Okay.
22           And the commencement of the loan getting the
23  process, is that -- do you know for what amount of
24  funding that is, or is it the -- is it some significant
25  portion of the funding?
```

```
 1        A.  Actually, 30 days from the time they're
 2   authorized -- each department is authorized to get a
 3   loan.  So, I probably should correct my statement.  It's
 4   probably -- from the time they submit a request to the
 5   Department of Finance to the time they actually get the
 6   loan is probably 60 days.
 7            If they submit it to us, we recommend to the
 8   State Public Works Board to approve the loan.  And then
 9   the loan is approved probably 30 days later at the
10   Pooled Money Investment Board meeting, which is the
11   State entity who actually facilitates the loan.  They
12   have the loan -- they have the funds to loan.
13        Q.  Okay.
14            And so, at that 60-days, more or less, point,
15   would CDCR be able to say, Okay, we're starting the
16   plan?
17        A.  Mm-hm.  Yes.
18            MS. MORRIS:  I'd like to have this marked as
19   Exhibit 1.
20            (Whereupon Plaintiffs' Exhibit 1
21             was marked for identification.)
22            THE WITNESS:  Can I get my little reading
23   glasses?
24            MS. MORRIS:  Please do.
25            THE WITNESS:  (Witness reviews the document.)
```

```
 1    BY MS. MORRIS:
 2         Q.   Are you familiar with this document?
 3         A.   Never seen it.
 4         Q.   Do you know what it is?
 5         MR. LEWIS:  She said she's never seen it.
 6         THE WITNESS:  I've never seen it.
 7         I can describe what it says.  It appears to be
 8    a -- some type of, I guess, press release, as I see
 9    across the bottom of the document, released by the
10    Department of Corrections from their Office of Public &
11    Employee Communications.  I'm not familiar with that
12    section of the Department.
13         MS. MORRIS:  Okay.  Okay.
14    BY MS. MORRIS:
15         Q.   My understanding of this is that it is a press
16    release about AB 900.  And I'd actually just like to ask
17    you --
18         A.   Okay.
19         Q.   I'm hoping it will spark your recollection of
20    some of the details about AB 900.
21         A.   Mm-hm.
22         Q.   If you could look at page 2 of Finn Exhibit 1?
23         A.   Page 2.  Okay.
24         Q.   And if you go down to the third paragraph.
25    Sort of the middle of that paragraph, there's a sentence
```

```
 1          Q.   Okay.
 2               Do you have any idea of what those were?
 3          A.   Specifically, no.
 4               What it meant was prior to the mental health
 5     bed plan being approved in November -- excuse me -- in
 6     December of 2006, there were other projects proposed and
 7     funded in the '6-'7 budget that as a result of the Court
 8     approving this revised bed plan, those projects -- that
 9     $43 million projects -- were not a part of that most
10     recent bed plan, weren't needed anymore, according to
11     the Court.
12          Q.   Okay.
13               MS. MORRIS:  I'd like to mark this as
14     Exhibit 10.
15               (Whereupon Plaintiffs' Exhibit 10
16                was marked for identification.)
17               MS. MORRIS:  Exhibit 10 is a four-page letter
18     with the Bates Nos. Priv075300 through -75303, dated
19     July 27th, 2007.
20               MR. LEWIS:  I will renew our objection that
21     this is privileged material, subject to the deliberative
22     process privilege, but I'll permit the witness to answer
23     questions.
24               THE WITNESS:  (Witness reviews the document.)
25               Okay.
```

1  BY MS. MORRIS:
2      Q.  Do you know what Exhibit 10 is?
3      A.  It appears to be -- I don't recall seeing it
4  before, but it appears to be a draft letter notifying
5  the legislature of the intent to allocate some of amount
6  of money -- looks like approximately $52 million -- from
7  AB 900 to construct a 70-bed EOP facility at Salinas
8  Valley State Prison.
9      Q.  Why do you think it's a draft?
10     A.  I don't see a signature on it, so I can't tell
11 if it was final.
12     Q.  Okay.
13         So, you don't know?
14     A.  Yeah.
15     Q.  Do you know one way or the other?
16     A.  I'm sure it's a draft.  Because as I told you
17 before, nothing has been allocated from AB 900, so...
18     Q.  Okay.
19         So, do you know if this has been -- if this --
20 withdrawn.
21         Earlier you spoke about CDCR would be required
22 to have a budget package talking about the scope and the
23 estimate of costs and the programming.
24         Is that what -- essentially what this is?
25     A.  Appears to be a draft letter for that.  I