# EXHIBIT 29

## Deposition of Todd Jerue
## August 29, 2008
## (Phase II Designations)

## Golden Gate Reporting

Page 1

```
         IN THE UNITED STATES DISTRICT COURTS
        FOR THE EASTERN DISTRICT OF CALIFORNIA
         AND THE NORTHERN DISTRICT OF CALIFORNIA
    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
```

RALPH COLEMAN, et al.,

        Plaintiffs,

                Case No. Civ S 90-0520 LKK-JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

_____/

MARCIANO PLATA, et al.,

        Plaintiffs,

                Case No. C01-1351 TEH

vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

_____/


DEPOSITION OF TODD JERUE


DATE:            August 29, 2008

TIME:            9:40 a.m.

LOCATION:        ROSEN, BIEN & GALVAN, LLP
                 315 Montgomery Street, Tenth Floor
                 San Francisco, California  94104

REPORTED BY:     Katy Leonard
                 Certified Shorthand Reporter
                 License Number 11599

**Golden Gate Reporting**

Page 7

```
 1                    TODD JERUE,
 2   called as a witness by the Plaintiffs, who, having
 3   been duly sworn by me, was examined and testified as
 4   hereinafter set forth.
 5                    ---oOo---
 6
 7
 8        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 9
10   BY MS. MORRIS:
11        Q.   Can you state your name for the record?
12        A.   Todd Jerue.
13        Q.   And how is that spelled?
14        A.   T-o-d-d, J-e-r-u-e.
15        Q.   And what is your business address?
16        A.   915 L Street, Sacramento California   95814.
17        Q.   Okay.
18             And have you ever been deposed before?
19        A.   No.
20        Q.   Okay.
21             Let me just sort of run you through how this
22   works.
23        A.   Okay.
24        Q.   Basically I'm going to ask you questions all
25   day long.  And then you're going to respond to my
```

**Golden Gate Reporting**

Page 11

1    pocket," maybe you know perfectly.  Maybe you've got a

2    pretty good idea, but you have some information about

3    whether and how many keys there are.  So, that would be

4    an estimate, and I would be entitled to that

5    information.

6         A.  Okay.

7         Q.  But I'm not going to ask you that.

8             Okay.  And I think that's all of the basics.

9             What is your educational background?

10        A.  Um, highest level, I have an MBA from CSU

11   Sacramento.

12        Q.  Okay.

13            And is that specialized in anything

14   particular?

15        A.  Um, no.  That was not.

16        Q.  Okay.

17            And when was that?

18        A.  I believe I completed that in about '94, '93.

19   In that territory.

20        Q.  Okay.

21            Did you work in any sort of financial analysis

22   position prior to that?

23        A.  Um, not really.  I was -- for about six months

24   I sold life insurance.

25        Q.  Okay.

**Golden Gate Reporting**

Page 29

```
 1        Q.   Okay.
 2             And does Department of Justice at this point
 3   include trial courts?
 4        A.   Yes.
 5             It's still within that same assignment.
 6        Q.   Okay.  All right.
 7             And then what was next?
 8        A.   June of 2006, my previous boss left to be the
 9   Secretary of Corrections, and I was promoted to his
10   position.
11        Q.   So, that's Jim?
12        A.   Tilton.
13        Q.   So, he was your boss when you were the
14   Assistant?
15        A.   That's correct.  Program Budget Manager.
16        Q.   Thank you.
17        A.   He was the -- take the A off.  He was the
18   Program Budget Manager.
19        Q.   Okay.
20             How close were you working with Jim when he
21   was the Program Budget Manager?
22        A.   Very closely.  Day-to-day.
23        Q.   Day-to-day.  Okay.
24             And how was your working relationship with
25   him?
```

**Golden Gate Reporting**

Page 30

1          A.  Very good.

2          Q.  So, he was to become Secretary of Corrections,

3    and you move up?

4          A.  Correct.

5          Q.  Okay.

6              And you become the Program Budget Manager?

7          A.  Yes, which means I now have even a larger --

8    so, I now have five agency secretaries.  So, instead of

9    just Corrections and courts and Department of Justice, I

10   now have Secretary for Food and Agriculture, Secretary

11   for Labor agency, Secretary for Veterans Affairs.  I

12   think the unit has approximately 50 departments that are

13   underneath -- that are in my portfolio.

14         Q.  Okay.

15             But -- so, those three you just listed and

16   Corrections?

17         A.  Corrections.

18         Q.  DOJ?

19         A.  DOJ, trial courts, Emergency Services,

20   National Guard.

21         Q.  Okay.  All right.

22         A.  That's still my position today.

23         Q.  Okay.

24             How did your job change when you became the

25   Program Budget Manager?

**Golden Gate Reporting**

Page 31

1      A.  I think in three major areas.  More

2    involvement with external, such as the Governor's office

3    at higher levels.  Now overseeing even -- I now have two

4    assistant managers, five supervisors, approximately 12

5    staff, two clerical.  Today it's a unit of 22, so larger

6    breadth of responsibility.

7      Q.  Mm-hm.

8          And are you the last person at the Department

9    of Finance to say yea or nay to a Budget Proposal?

10         Is that within your purview?

11     A.  No.

12         I'm the last person in our building to

13   approve the recommendation to go to the Director of

14   Finance.

15     Q.  Okay.  All right.

16         And then he would be the last approval to send

17   it on to the Governor?

18     A.  That's correct.

19     Q.  Okay.

20         And he's in a different building?

21     A.  Yeah.  He's in the Capitol.

22     Q.  How closely do you work with him?

23     A.  Um, it varies.  Um, he calls me directly.

24     Q.  Mm-hm.

25     A.  We also have a Chief Deputy.  And so, it

Page 32

1    really depends on the issue, you know, as far as chain

2    of command.  Many times, though, briefings will involve

3    all of the levels of our Capitol office -- Director,

4    Chief Deputy.  If necessary, Legal, et cetera.

5        Q.  When you say of the "Capitol office," I'm a

6    little confused.

7        A.  We --

8        Q.  What would be a meeting of the sort you just

9    described?

10        A.  Could be a budget briefing.

11        Q.  Okay.

12        A.  Could be just some issue-driven where the

13    Director or Chief Deputy says, Bring some folks over.

14    We want to talk about an issue.  And so, we parade the

15    right number of people over to the Capitol and have

16    meetings in their office.

17        Q.  And that would probably be you and sort of

18    going down the line of people who had worked on a

19    particular issue?

20        A.  Correct.

21            For example, when we have a budget briefing

22    for the whole unit, we take the whole unit.  We take 20

23    people over to our conference room and brief the

24    Director.

25        Q.  Okay.

**Golden Gate Reporting**

Page 33

1          And about how much of your time would you say
2      is taken up on Department of Corrections' issues?
3          A.  Um, it's an estimate.  I would say between 25
4      to 50 percent.
5          Q.  Okay.
6          So, it's a substantial portion of your work?
7          A.  Yes.
8          Q.  Are there any other departments whose budgets
9      take up as much of your time as CDCR?
10          A.  No.
11          In the aggregate, some of the agencies -- for
12      example, State Consumer Services Agency, we probably
13      have five or so different departments.  In the
14      aggregate, some of those agencies can start taking up
15      some time, but those, probably 5 to 10 percent maximum,
16      even in the aggregate.
17          Q.  Okay.
18          A.  It's just volume is what gets me to my time.
19          Q.  Okay.  All right.
20          And who are the different people that you
21      directly report to now?
22          A.  I directly report to Fred Klass.  I believe
23      his title is Chief Operating Officer.  I guess he's
24      viewed as my direct supervisor.  Ana Matosantos is the
25      Chief Deputy Director.  Then Mike Genest is my director.

## Golden Gate Reporting

```
 1   That would be my chain of command.
 2            MR. LEWIS:  And you said Fred Klass was the
 3   Chief Operating Officer?
 4            THE WITNESS:  Chief Operating Officer.
 5   BY MS. MORRIS:
 6       Q.  What is his role?
 7       A.  It's kind of hard to describe.  Not really
 8   budget issue per se.  More operational.  But at the same
 9   time, our operation is processing a budget.  And so, it
10   gets gray at times.
11            But he is my supervisor, and there's only, I
12   think, six others at my level, so he is the immediate
13   supervisor of seven Program Budget Managers.  So, he
14   does -- he is kind of the conduit, the shepherd, the
15   go-between between the two appointees at 915 L Street.
16       Q.  Okay.  All right.
17            Is Michael Wilkening one of the other six
18   people at your level?
19       A.  He was until he just left the Department.
20       Q.  What was his purview?
21       A.  His purview was the Heath and Human Services
22   Agency.
23       Q.  Was there a fair bit of interaction between
24   the work that has to be done for CDCR and what has to be
25   done for Heath and Human Services?
```

**Golden Gate Reporting**

Page 104

1  don't recall if it was actually for recruitment or if it

2  was just for regular processing they have to do related

3  to exams and hiring.

4       Q.  Okay.

5           Do you know if it was approved?

6       A.  I know there were some resources approved.  I

7  don't know the level.

8       Q.  Okay.

9           Do you know if -- do you know if there have

10 been -- actually, withdrawn.

11          For projects within AB 900, obviously there's

12 the capital outlay aspect --

13     A.  Correct.

14     Q.  -- for a lot of the projects.  But, once a

15 building is built, it will have to be staffed.

16     A.  Correct.

17     Q.  And that would come within your purview.

18     A.  Correct.

19     Q.  Do you know what the funding mechanism for

20 getting staff into those buildings would be?

21          Is it affected by AB 900 or is it just an

22 ordinary process?

23     A.  No.

24          That would be an ordinary BCP that they would

25 submit consistent with the completion of the building.

**Golden Gate Reporting**

Page 105

1    Q.  Okay.

2        If there were a building that was going to

3    come online in the summer of 2009, when would you think

4    you would see -- for CDCR, when would you think you

5    would see the first BCP about staffing for that

6    building?

7    A.  The building was coming December of '09?

8    Q.  Summer of '09.

9    A.  Oh, summer of '09.

10       MR. LEWIS:  Objection.  Calls for speculation

11   and assumes an incomplete hypothetical.

12       THE WITNESS:  Um, luckily, I wasn't involved

13   in the huge prison construction in the '80s where they

14   were doing one activation package after another.

15       But typically, at a high level, you start

16   adding some staff possibly 12 months in advance, even if

17   it's a just a warden, kind of like you would opening any

18   other business.  You come in with a preactivation.

19       MS. MORRIS:  Mm-hm.

20       THE WITNESS:  As you get within a month or two

21   of the final activation, you start ramping up even more.

22       And so, if it were summer of '09, then we

23   would be talking about needing some staff in the '8-'9

24   fiscal year.

25       MS. MORRIS:  Okay.

**Golden Gate Reporting**

Page 106

1          THE WITNESS:  And so, that would have come at

2     some point during this past budget process we just did.

3          MS. MORRIS:  Okay.

4     BY MS. MORRIS:

5          Q.  Do you know if there was a BCP for staffing at

6     the proposed infill facility at North Kern State Prison

7     that was in last year's budget?

8          A.  I don't recall.

9          Q.  Okay.

10          A.  I'm not familiar with the activation of a

11     North Kern infill project.

12          Q.  Okay.

13          A.  But I should clarify, it doesn't always mean

14     that it's in a stand-alone proposal.

15          Q.  Okay.

16          A.  If it's an activation of an already approved

17     activation, it could simply be in their large population

18     BCP, where we are showing the movement of inmates and

19     the activation of housing units.

20          Q.  Okay.

21          A.  So, the best answer is, I don't know.

22          Q.  Okay.

23          Are you aware of any Budget Proposals that

24     include -- that have been made -- that were made for the

25     '07-'08 fiscal year, the one that ended in July, that

**Golden Gate Reporting**

```
 1   included staffing -- a request for staffing for any
 2   infill project?
 3        A.  I don't recall any for a specific activation
 4   of an infill project.
 5        Q.  Okay.
 6        A.  I know we had a proposal to provide facility
 7   headquarters, facility staff, but I don't recall
 8   anything to activate a facility.
 9        Q.  Okay.
10            What about for a security -- a secured reentry
11   facility?
12        A.  In the '7-'8 budget?
13        Q.  Mm-hm.
14        A.  Not in the '7-'8 budget.
15        Q.  Okay.
16            Same question for the '08-'09 budget:  Were
17   there any requests for funding for positions for infill
18   beds?
19        A.  Not that I recall.
20        Q.  Okay.
21            What about for secured reentry facilities?
22        A.  Yes, there was a proposal to activate the
23   Northern California reentry facility, which is the
24   conversion of what used to be a female prison in
25   Stockton.
```

## Golden Gate Reporting

Page 108

1    Q.   The N --

2    A.   NCWF, Northern California Women's Facility.

3    It changed to NCRF.

4    Q.   And that's part of the campus where the

5    Juvenile Justice facilities are; is that correct?

6    A.   Actually, I don't know.

7    Q.   Okay.

8         And any reentry facilities --

9    A.   Not that I recall.

10   Q.   Okay.

11        Do you know of any funding proposals for the

12   '08-'09 fiscal year that related to programming at any

13   infill beds at any infill facilities?

14   A.   At infill facility, I don't think.

15   Q.   Okay.

16        What about secured entry facilities?

17   A.   Only for the one I mentioned -- NCRF.

18   Q.   Okay.

19        So, that would cover both custody staff and

20   other types of activities for --

21   A.   Correct.  Whatever programs they -- were

22   determined that they needed at that facility.

23   Q.   Okay.

24        Do you have any recollection about what sorts

25   of programs they were?

**Golden Gate Reporting**

Page 109

1       A.   I actually don't recall specifically what they

2   were.

3              MS. MORRIS:  I'd like to mark this as Jerue

4   Exhibit 1.

5              (Whereupon Plaintiffs' Exhibit 1

6               was marked for identification.)

7              THE WITNESS:  Thank you.

8              (Witness reviews the document.)

9   BY MS. MORRIS:

10      Q.   Can you just read the title of what this

11  document is?

12      A.   The very top title?

13      Q.   Yeah.

14             And then the title of proposed changes.

15      A.   (Reading)

16             "State of California, Budget Change Proposal -

17  Cover Sheet, for Fiscal Year 2007/08."

18             And the title of the proposed change is, "Day

19  Treatment Programming for Severely Mentally Ill Adult

20  Parolees."

21      Q.   Can you tell me just generally what this

22  document is?

23      A.   This document is the means by which

24  departments submit to the Department of Finance requests

25  for additional funding.

**Golden Gate Reporting**

Page 177

1          Do you recall whether you got a preactivation

2    proposal in the -- in the pop for NCWF being turned into

3    a reentry facility?

4          A.  I don't know if it was actually in the pop or

5    a separate BCP, but we did, in fact, propose staffing to

6    activate NCRF.

7          Q.  Okay.

8          Did you hear from capital outlay if they

9    thought the building could go forward prior to -- if

10   they thought the building could go forward?

11         A.  I don't recall.

12         Q.  Do you recall whether or not anyone checked

13   with them?

14         A.  Subsequent to this E-mail, I don't know.

15         Q.  But you do know that you approved a

16   recommendation that NCRF be staffed?

17         A.  Correct.

18         Q.  Do you recall at what level?

19         A.  I don't recall at what level or what the final

20   conclusion was on date of activation.

21         Q.  So, when you -- when you approve a

22   preactivation proposal, do you have to have an

23   activation date?

24         A.  Yes.

25         Otherwise, we really don't know how to work

**Golden Gate Reporting**

Page 178

1  with the Department and agree on when certain staffing

2  can come online.

3         Q.  Okay.

4         A.  So, it's really the project side that knows

5  what the design, construction, et cetera, is so that

6  they can determine a completion date.  And then that's

7  the date that we work from for the Department to

8  generate their activation schedule.

9         Q.  Okay.

10         Do you know now what the activation

11  schedule -- the activation date for NCRF is?

12         A.  I don't recall, because I think it has

13  slipped.

14         Q.  What do you mean "it has slipped"?

15         A.  Meaning, I don't know the exact date, but I

16  believe they've contacted us to tell us it is already

17  later than planned.

18         Q.  Do you have an idea of when they contacted you

19  to say that it was later?

20         A.  Probably during the summer.

21         Q.  This summer?

22         A.  Yeah.

23         Q.  Okay.

24         Do you recall how much it slipped by?

25         A.  No.

**Golden Gate Reporting**

Page 179

1      Q.   Do you know if it was by more than a year?

2      A.   I -- I think it's less, but I'd be guessing.

3      Q.   Given that you had approved a -- or,

4  recommended for approval a preactivation proposal and

5  the budget is not yet signed --

6      A.   Right.

7      Q.   -- do you make any sort of communication to

8  the legislature about, you know, This aspect of this

9  budget needed to change?

10      A.   Yes.

11           And my staff have done that and they're aware

12  of that, but I just don't recall the details.

13      Q.   Okay.

14           But they have put that new fact into the whole

15  budget process --

16      A.   Yes.

17      Q.   -- with the legislature?

18      A.   Yes.

19      Q.   Okay.

20           MS. MORRIS:  This is Exhibit 13.

21           (Whereupon Plaintiffs' Exhibit 13

22            was marked for identification.)

23           THE WITNESS:  (Witness reviews the document.)

24           MS. MORRIS:  Exhibit 13 is a document

25  entitled, "Assembly Bill 900, Public Safety and Offender

**Golden Gate Reporting**

Page 182

```
 1              On page 1 -- page 5 of the Executive
 2    Summary --
 3         A.   Okay.
 4         Q.   -- one of the bullet points states that:
 5              "The Strike Team obtained approval of NCB
 6              to hire specialized services for CDCR to
 7              refine its population estimate processes."
 8              What is this referring to?
 9         A.   Which bullet is that?
10              MR. LEWIS:  (Indicating)
11              THE WITNESS:  Oh, I see.
12              MS. MORRIS:  6.
13              THE WITNESS:  What was your question?
14              I'm sorry.
15    BY MS. MORRIS:
16         Q.   What -- why was there a need to hire
17    specialized services to refine population estimate
18    processes?
19              MR. LEWIS:  Objection.  Calls for speculation
20    on the part of the witness.
21              He stated that his staff -- he delegated this
22    matter to his staff to attend.
23    BY MS. MORRIS:
24         Q.   To the extent that you heard conversations
25    during the weekly conference calls that you were on most
```

**Golden Gate Reporting**

Page 183

1    of the time, what do you know about this issue?

2         A.  I don't recall any discussion of this issue on

3    calls that I was on.

4         Q.  Okay.

5              Do you know anything about why they needed to

6    refine their population estimate processes?

7              MR. LEWIS:  Objection.  Calls for speculation

8    on the part of the witness.

9              THE WITNESS:  Um, yeah.

10             I'm not really sure how to answer.  Um, I

11   don't know what discussions the Strike Team had on

12   hiring someone to refine its population estimate

13   processes.

14             Um, I mean, there's been -- I don't recall the

15   specifics.  There have been various other -- for

16   example, the BSA did some kind of audit on their

17   population estimate process, but I don't recall what the

18   discussion was.

19             MS. MORRIS:  Okay.

20   BY MS. MORRIS:

21        Q.  Did the BSA find that there was a problem with

22   their population estimate process?

23        A.  I don't recall the actual conclusion.  I think

24   they just determined that after the first couple of

25   years -- that they weren't very reliable.

**Golden Gate Reporting**

Page 184

```
 1        Q.  What do you mean, "after the first couple of
 2   years"?
 3        A.  Meaning, multiyear, long-term projections,
 4   which is what we would expect of any kind of statistical
 5   analysis.
 6        Q.  So, a projection that goes out several years
 7   is more likely to be inaccurate as you get toward the
 8   end of it?
 9        A.  Correct.
10        Q.  Okay.
11             If you go to page ii, the first bullet point
12   under "Recommendations" says that:
13             The recommendation is to "dedicate a
14             significant portion of the $50 million
15             appropriation in AB 900 to an internal
16             competitive application process and award the
17             funds to the institution."
18        Do you know if this has been done?
19        A.  The money was not allocated in this fashion.
20        Q.  How was it allocated?
21        A.  Well, after this time, the legislature -- let
22   me describe what this is.
23             This is basically taking that pot, and this
24   Strike Team viewing that pot as free money.
25        Q.  That pot of $50 million?
```

CERTIFICATION OF DEPOSITION OFFICER


I, KATY LEONARD, duly authorized to administer oaths pursuant to Section 2093(b) of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was thereafter transcribed by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of this cause named in said caption.



_____

KATY LEONARD, CSR 11599