# EXHIBIT 30

**Deposition of Todd Jerue
August 29, 2008
(Phase II Counter-Designations)**

```
 1            IN THE UNITED STATES DISTRICT COURTS
           FOR THE EASTERN DISTRICT OF CALIFORNIA
 2         AND THE NORTHERN DISTRICT OF CALIFORNIA
      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 3     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 4
 5    RALPH COLEMAN, et al.,
 6              Plaintiffs,
                                  Case No. Civ S 90-0520 LKK-JFM P
 7    vs.
 8    ARNOLD SCHWARZENEGGER, et al.,
 9              Defendants.
      _____/
10
      MARCIANO PLATA, et al.,
11
                Plaintiffs,
12                                Case No. C01-1351 TEH
      vs.
13
      ARNOLD SCHWARZENEGGER, et al.,
14
                Defendants.
15    _____/
16
17            DEPOSITION OF TODD JERUE
18
19    DATE:       August 29, 2008
20    TIME:       9:40 a.m.
21    LOCATION:   ROSEN, BIEN & GALVAN, LLP
                  315 Montgomery Street, Tenth Floor
22                San Francisco, California  94104
23    REPORTED BY: Katy Leonard
                   Certified Shorthand Reporter
24                 License Number 11599
25
```

1  That would be my chain of command.
2      MR. LEWIS: And you said Fred Klass was the
3  Chief Operating Officer?
4      THE WITNESS: Chief Operating Officer.
5  BY MS. MORRIS:
6      Q. What is his role?
7      A. It's kind of hard to describe. Not really
8  budget issue per se. More operational. But at the same
9  time, our operation is processing a budget. And so, it
10 gets gray at times.
11     But he is my supervisor, and there's only, I
12 think, six others at my level, so he is the immediate
13 supervisor of seven Program Budget Managers. So, he
14 does -- he is kind of the conduit, the shepherd, the
15 go-between between the two appointees at 915 L Street.
16     Q. Okay. All right.
17     Is Michael Wilkening one of the other six
18 people at your level?
19     A. He was until he just left the Department.
20     Q. What was his purview?
21     A. His purview was the Heath and Human Services
22 Agency.
23     Q. Was there a fair bit of interaction between
24 the work that has to be done for CDCR and what has to be
25 done for Heath and Human Services?

```
 1   don't recall if it was actually for recruitment or if it
 2   was just for regular processing they have to do related
 3   to exams and hiring.
 4       Q.  Okay.
 5           Do you know if it was approved?
 6       A.  I know there were some resources approved.  I
 7   don't know the level.
 8       Q.  Okay.
 9           Do you know if -- do you know if there have
10   been -- actually, withdrawn.
11           For projects within AB 900, obviously there's
12   the capital outlay aspect --
13       A.  Correct.
14       Q.  -- for a lot of the projects.  But, once a
15   building is built, it will have to be staffed.
16       A.  Correct.
17       Q.  And that would come within your purview.
18       A.  Correct.
19       Q.  Do you know what the funding mechanism for
20   getting staff into those buildings would be?
21           Is it affected by AB 900 or is it just an
22   ordinary process?
23       A.  No.
24           That would be an ordinary BCP that they would
25   submit consistent with the completion of the building.
```