# EXHIBIT 31

## Deposition of Rick Johnson
## September 3, 2008
## (Phase II Designations)

Golden Gate Reporting

Page 1

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.                                    Case No. Civ S 90-0520 LKK-JFM P

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

MARCIANO PLATA, et al.,

    Plaintiffs,

vs.                                    Case No. C01-1351 TEH

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

DEPOSITION OF RICK W. JOHNSON

DATE:        September 3, 2008

TIME:        9:30 a.m.

LOCATION:    ROSEN, BIEN & GALVAN, LLP
             315 Montgomery Street, Tenth Floor
             San Francisco, California 94104

REPORTED BY: Katy Leonard
             Certified Shorthand Reporter
             License Number 11599

Golden Gate Reporting

Page 49

1  How long did you remain as a CC-III for the
2  Northern Region?
3      A.  Um, until January of this year.  And then in
4  January of this year, I became the Chief and Associate,
5  Warden level.
6      Q.  And what's your current position with the
7  CDCR?
8      A.  It's the Chief over the Health Care Placement
9  Oversight Program.
10     Q.  Okay.
11     A.  And as an Associate Warden.
12     Q.  Okay.
13         And how long have you been Chief of this
14  program?
15     A.  Since January 1 of '08.
16     Q.  Okay.
17         And were you previously Chief of the Health
18  Care Placement Unit?
19     A.  Acting, yes, but not in an official capacity
20  until January.
21     Q.  And how long were you acting Chief of the
22  Health Care Placement Unit?
23     A.  I was acting since August of '07 until I got
24  picked up permanently on January 1, and then the year
25  before, I acted for about nine years from -- not nine

Golden Gate Reporting

Page 50

1   years -- nine months from, I believe, August of the
2   previous summer until about May. And so, I was acting
3   for nine months, about a year and a half before I got
4   picked up.
5       Q. And did your job tasks change during all those
6   periods of time --
7       A. Um --
8       Q. -- or just your title?
9       A. Um, it changed recently where we've been given
10  more of a data repository and bed-planning function, and
11  so -- in addition to health care placements. And so,
12  now we pretty much have three missions to provide
13  oversight over, one being the health care placements;
14  two, the data repository for Coleman data; and then the
15  third is the bed planning for -- assisting with the bed
16  planning for Coleman, both short-term and long-term.
17      Q. Okay.
18          So, I'm going to -- and that -- and that
19  changed at what time?
20          In January, '08?
21      A. The data repository changed about January,
22  '08.
23          And then with the -- with bed planning, we're
24  just assuming that responsibility now. And then
25  actually getting some new positions that haven't been

Golden Gate Reporting

Page 98

1  and so, it's part of the Friday morning meeting with the
2  Mental Health and Regional Staff. And then with the
3  Monday transportation scheduling meeting.
4      Q. So, are you looking at classification score?
5      A. Well, that's already built into the
6  endorsements, because those that are endorsed are
7  endorsed by the classification level. And so, that's --
8      Q. You're not involved in that process?
9      A. No. No.
10     Q. So, by the time they get to your office, all
11 of -- they've already gone through the CNPR and they've
12 already been endorsed to an institution; correct?
13     A. Correct. By the time they get to the
14 transportation scheduling, then they've already gone
15 through that process.
16     Q. And you're just trying to find a bed and a
17 bus?
18     A. Helping to facilitate the transfers and the
19 bus, yes.
20     Q. Okay.
21        As far as you know, does CDCR had have any
22 plans for new beds?
23     A. Yes. Just activated some EOP SNY beds at Kern
24 Valley. And after that activation, I'm not aware of any
25 others in the short term that we plan on activating.

Page 139

1  reasons behind it when that does happen, like I just
2  explained with some of the overflow cases.
3      Q.  So, this is an active, fluid process?
4      A.  Yes.
5      Q.  And it's happening all day long?
6      A.  Yes.
7      Q.  Okay.
8          So, is there any relief in sight for you with
9  the shortage of MHCB beds?
10         MS. FRITZ:  Vague.  Ambiguous.
11         MS. KAHN:  I think you know that -- understand
12 the question.
13         MS. FRITZ:  Same objection.
14 BY MS. KAHN:
15     Q.  Are there any new MHCB beds that will be
16 opening in the next year or two?
17     A.  Not that -- not Mental Health Crisis Beds that
18 I'm aware of -- new beds.
19     Q.  And the 50-bed unit at CMF is already opened?
20     A.  Yes.
21     Q.  Okay.  All right.
22         MS. KAHN:  I'm going to briefly show you
23 another document, which is very similar to what you just
24 saw.
25         THE WITNESS:  Okay.

Golden Gate Reporting

Page 163

1          THE WITNESS:  Thank you.
2  BY MS. KAHN:
3       Q.  And my question is, on this June 17th, 2008,
4  memo directing institutions -- the originating
5  institutions, which do not have hub beds, correct, to
6  refer their EOPs in segregation to a primary or an
7  alternative hub, will that address -- will they be able
8  to transfer their patients given the identified
9  shortfall of EOP Ad Seg beds?
10          MS. FRITZ:  What -- are you referring to
11  Exhibit 12 or a different exhibit?
12          MS. KAHN:  Exhibit 11 that we just looked at.
13          THE WITNESS:  Which is here.  (Indicating)
14          MS. FRITZ:  Got it.
15  BY MS. KAHN:
16       Q.  Exhibit 11 is addressed at better utilization
17  of hub beds; correct?
18       A.  Yes.  Number 11 was to better utilize the beds
19  that we do have.
20       Q.  Okay.
21          Does is it address in any way the existing
22  shortfall of Ad Seg beds?
23       A.  No.
24       Q.  No?
25       A.  It was not a bed-planning document, then.

1   Q.   Okay.
2        So, what should the originating institutions
3   who do not have hub beds -- what is the plan for those
4   institutions when they have EOPs in their programs?
5        Where should they be -- what should they be
6   doing with their EOPs?
7   A.   So, the institutions that they call the
8   "primary," the "alternate," and they don't have a bed
9   available, then they contact our unit.  And then we keep
10  track of where there are -- and possibly some Ad Seg EOP
11  beds -- hub beds available that aren't in one of their
12  two aligned institutions.
13       And we're now maintaining a waiting list for
14  the Ad Seg EOP overflows.  And then it goes by date of
15  the referral for who gets the next -- I don't know the
16  term that we call it, but the next nondesignated hub bed
17  that's available.
18  Q.   And how big is that waiting list now?
19  A.   I don't know exactly.
20  Q.   Okay.
21       Are there any plans for new Ad Seg beds?
22  A.   Um, I don't know of any immediate plans to
23  build any new beds.
24  Q.   Okay.
25       I just want to direct you to fiscal year 09/10

```
 1   and the bed deficit there for those beds.
 2           And that number is 171; correct?
 3           MS. FRITZ:  The document speaks for itself.
 4           THE WITNESS:  Correct.
 5           MS. KAHN:  Okay.
 6   BY MS. KAHN:
 7       Q.  And so, HCPOP -- HCPOP's role in this will be
 8   maintaining the wait list and trying to prioritize
 9   transfers to those beds as well?
10       A.  Correct.
11       Q.  And is there a process for considering acuity
12   of the EOP housed in a nonhub Ad Seg for transfer to a
13   hub?
14       A.  There is no process for priority on that list.
15       Q.  Okay.
16           So, it's -- is it based on placement on the
17   list?
18       A.  Yeah.
19           The date -- the order of the date on that
20   waiting list.
21       Q.  All right.
22           As long as we have the Navigant document in
23   front of us -- well, that's it.
24           MS. KAHN:  I think we should take a break.
25           MS. FRITZ:  Okay.
```

```
                                                          Page 210
 1              MS. KAHN:  All right.  Let's take a break.
 2              (Off the record from 3:28 p.m.
 3               until 3:43 p.m.)
 4              MS. KAHN:  This is number 18.
 5              (Whereupon Plaintiffs' Exhibit 18,
 6               per the Protective Order, was listed
 7               and bound separately.)
 8              THE WITNESS:  (Witness reviews the document.)
 9   BY MS. KAHN:
10        Q.  Okay.
11            You're still sworn.
12        A.  Okay.
13            MS. KAHN:  Should we wait for Michael?
14            MS. FRITZ:  Let me see.
15            No.  We're fine.
16            MS. KAHN:  Okay.
17   BY MS. KAHN:
18        Q.  So, what I've handed you here today is
19   Enclosure 16 from the Coleman monthly report, dated
20   August 28th, 2008.  And Enclosure 16 is a list -- a Wait
21   List of EOP inmates waiting for transfer to a PSU;
22   correct?
23        A.  Correct.
24        Q.  And have you seen this document before?
25        A.  Yes.
```

Golden Gate Reporting

Page 211

1     Q.   Does your office create this document?
2     A.   Yes.
3     Q.   Yes.  Okay.
4          And as of August 5th, 2008, there were 26 EOP
5     patients on the PSU Wait List.
6     A.   Apparently so.
7     Q.   Apparently so.
8          Are there any new PSU beds under construction?
9     A.   Not that I'm aware of.
10    Q.   Okay.
11         Any new PSU beds slated for -- what's the word
12    I want to use?
13         Any new PSU beds coming online in the next
14    year or two?
15    A.   Not that I'm aware of.
16    Q.   Okay.
17         So, I want to look at this Wait List for a
18    second and ask you if there is any prioritization
19    applied to the EOP patients placed on this list.
20    A.   We use the same process that we do for the
21    Mental Health Crisis Bed prioritization, which is any
22    request for clinical priority has to go to the Regional
23    Chief or Dr. Chiurazzi.  Otherwise, we go by the order
24    date on the waiting list.
25    Q.   Looking at this list, I'm going to go down to

CERTIFICATION OF DEPOSITION OFFICER

I, KATY LEONARD, duly authorized to administer oaths pursuant to Section 2093(b) of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was thereafter transcribed by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of this cause named in said caption.

KATY LEONARD, CSR 11599