# EXHIBIT 32

# Deposition of John Misener
# January 29, 2008
# (Phase II Designations)

# Part B

1    get data through HCCUP data source for those sometimes.

2    I think I have that right.

3        Q    You mean that the HCPU data sometimes, for

4    instance, won't include data from the OHUs, so you have

5    to get that data from another source?

6        A    Health Care Placement Unit people in general,

7    I don't believe they check the information in their data

8    sets on OHUs.  And particularly for OHUs that have a

9    mental health designation, they're sort of transitional

10   observation units for mental health that I believe up to

11   72 hours of observation before they decide whether or

12   not clinically they should be referred to a mental

13   health crisis unit or some other setting or sent back to

14   a regular cell or a bed.

15       Q    What is your source or sources of wait list

16   data?

17       A    I believe those are all Health Care Placement

18   Unit.  At least that's who I get them from.

19            I'm trying to think.  There's a lot of

20   cross-pollination going on between data people, too, so

21   they obviously get it from other people, too.  But

22   generally that's who sends it to me.

23       Q    Referring back to Exhibit 5, which is your

24   E-mail to Mary Beth Thomas, do you recall which

25   departments at that time were not efficiently getting

                                  82

                          JOHN MISENER

BARKLEY
Court Reporters

1    you data?

2        A    Let's see.  This was first part of 2006.

3    Yeah.

4            Well, I guess my -- my comment about the

5    HCCUP, the HCCUP department was the one we were having

6    the most trouble with.  And as it says right in the text

7    there, that getting the DMH database, particularly one

8    that had detail in Atascadero, had been a problem till

9    we -- till this E-mail date apparently, because I

10   finally got some data from them.

11           And the department's dependent on this other

12   department DMH to get that data.  And anecdotally, I

13   heard, you know, they have their own issues of staffing

14   and stuff that limited their ability to apparently code

15   that data in or get it into a format that was usable at

16   the time.  I don't remember the months that were

17   involved or what.

18           But -- DMH also is -- no, never mind.

19       Q    You also mentioned in this E-mail, you wrote

20   reflect --

21           After discussing problems getting data, you

22   wrote, reflecting what Doug or Robin said on the last

23   call, that we are dealing with an organization in

24   crisis.

25           Was -- was it your opinion at that time that

                              83

                    JOHN MISENER

BARKLEY
Court Reporters

1    the CDCR was in crisis?

2        A    Well, a lot of government agencies are in

3    crisis all the time.  He laughed.

4            But I don't remember exactly what maybe the

5    issues were at the time, other than maybe people trying

6    to fit into new positions or people leaving or -- I

7    don't remember at the time.  Challenged by several -- a

8    number of demands at the same time.

9            And an organization that is dealing with the

10   population that it's dealing with in terms of

11   overpopulation, like the current situation, it --

12   probably existed back then as well, I would think.

13       Q    Do you have an opinion sitting here today

14   about whether or not the CDCR is in crisis?

15       A    From a layman's perspective or from what I

16   hear, read, and people send me newspapers and stuff, I

17   would think it's -- yeah.  It has a lot of challenges.

18   It's got too many inmates and not enough places to put

19   them.

20           If you look at the bed need forecasts and the

21   capacities out there, there's a challenge, financial

22   challenge to upgrade the -- the supply of types of

23   programs that are needed.  And those things -- you can't

24   just turn those on, you know, tomorrow.  It takes a

25   number of years usually to build things, so.

JOHN MISENER

BARKLEY
Court Reporters

1    And we take the -- divide 90 percent into that number

2    and figure out the bed need from that.

3         Q    What are the cons of the census rate model?

4         A    Well, the limitation -- I mean, you can't

5    do -- you can't really -- you're not really seeing what

6    the length of stay of the inmate is or the average

7    length of stay for the whole group.

8            So it doesn't allow you to make as accurate an

9    adjustment, if there were to be major changes in the

10   type of clinical program that is offered to inmates,

11   like say at the intermediate level.  Or at the acute

12   level, for that matter.  That's primarily it.

13           DEPOSITION OFFICER:  Okay.  Exhibit 6.

14   BY MS. WHELAN

15        Q    Exhibit 6 is a E-mail from John Misener to

16   Robin Dezember dated March 3rd, 2006.

17           Do you recognize this E-mail?

18        A    Yeah.  Yes, I do.

19        Q    The subject is current mental health

20   forecasts.  And this E-mail refers again to the UNA

21   study that we've been talking about.  And it -- the

22   original E-mail actually included a graphic showing the

23   disposition of UNA patients, which is not attached to

24   this E-mail.  But I think we'll see that later, because

25   it's included in one of your reports.


                              93


                        JOHN MISENER

BARKLEY
Court Reporters

```
 1              At this time in March of 2006, you were still
 2     trying to deal with data from the UNA study; is that
 3     correct?
 4          A     Yeah.  Yes, that's correct.
 5          Q     Why were you still dealing with that data at
 6     this point?  In other words, why was it significant to
 7     your work at that time?
 8          A     Well, I think you recall what I said earlier
 9     was the next time we were brought in was there was a
10     request for assistance in December of 2005.  The
11     contract I think actually settled in January or
12     something, if I recall correctly.
13              So this is part of that study.  The department
14     had difficulty and itself was not satisfied with their
15     efforts of incorporating the UNA results into a model
16     that they could -- could be used to forecast the bed
17     requirements.  So this is part of that rather intense
18     effort to figure out how to do it.
19          Q     In the second paragraph you wrote, I guess I
20     was surprised at how many were not transferred, meaning
21     the UNA identified inmate patients.
22              Do you recall why you were surprised?
23          A     Yeah.  Because it was a big number.
24          Q     And did you ever determine why those patients
25     weren't transferred?
```

94

JOHN MISENER

BARKLEY
Court Reporters

1    A    What we did is we classified them in the pie

2    chart.  If you look at those that weren't transferred,

3    they came into a couple of fairly well identified

4    categories that were added up from the database on a

5    comment field.

6         And we tried to consolidate like terms, things

7    like paroled or, you know, there were various types

8    of -- types of terminology that were in that category.

9    Some that were no longer needing -- you know no longer

10   needing service like that or was blank.

11        And so although some of those causes we tried

12   to quantify, others were just other.  Because we had no

13   idea why.

14   Q    And do you recall what the total number was

15   that was not -- didn't -- never made it into the level

16   of care that they needed?

17   A    No.  But I think if you refer back to some --

18   I think one of the pie charts was actually in the report

19   back in -- the report based on fall 2006.  I think we go

20   to lengths sort of breaking that out.

21        DEPOSITION OFFICER:  Exhibit 7.

22   BY MS. WHELAN

23   Q    Exhibit 7 is the June 2006 mental health bed

24   need study authored by a John Misener of McManis

25   Consulting and Mary Beth Thomas of Navigant Consulting.

95

JOHN MISENER

BARKLEY
Court Reporters

1          Page 7 includes a pie chart that you referred

2     to of the UNA case disposition.  Looking at this pie

3     chart, can you now explain for me some of these numbers

4     of what happened to those UNA identified inmate

5     patients?

6          A    I'm also looking at page 8, which follows,

7     because there's more of a tabular setting here.

8          Well, on page 7, you know, you see that

9     various prisons that -- trying to figure out what the N

10    is here.  The number.  Is it 512?  Let's see.  Okay.

11    That's 250 --

12         Q    Well, the report refers to records for inmates

13    among the UNA studies, 512 inmates who were not admitted

14    to a program as of the end dates for these databases.

15         A    Bear with me a second.  Should have put the

16    sample size at the bottom here, and I didn't do it.

17    Okay.  So what is it.  Oh, okay.  You're right.  512.

18    Okay.

19         So this is what happened to the 512.  And you

20    can see which -- which program they were admitted to.

21    Acute, a day treatment program, or intermediate care at

22    CMF.  Salinas Valley.  A few women at the Patton State.

23    ASH.

24         Okay.  That's -- this is -- what I was looking

25    for is why the chart -- in my own mind, the pie slices

96

BARKLEY
Court Reporters

1    were bigger, but I see now it's because three of these

2    slices over here.  Paroled or deceased, 11 percent.

3    There was some kind of clinical improvement or the

4    referral was rescinded for some reason, 42, or

5    8 percent.  And then the wait -- people were either on a

6    wait list or there's no other reason for why they

7    weren't referred, 19 percent.

8         Q    In your E-mail of March 3rd, 2006, which is

9    Exhibit 6, when you wrote that you were surprised at how

10   many were not transferred, what sections of this pie

11   chart were you referring to?

12            MS. TILLMAN:  Let's just say that that

13   mischaracterizes the statements in the exhibit.

14            I'm sorry.  Let me withdraw that objection.  I

15   see where you were at.  Thank you.

16            THE WITNESS:  Well, first of all, I guess the

17   19 percent I was surprised about.

18   BY MS. WHELAN:

19        Q    So the 19 percent is people who were on a wait

20   list or there was some other unidentified reason why

21   they were not referred?

22        A    Right.  And not being a clinician or having

23   seen this data before at the time, I probably would also

24   add in that those three pie charts, pie slices that I

25   was just referring to, seem to be fairly high number of

97

JOHN MISENER

BARKLEY
Court Reporters

1    the total that were identified for care that ended up

2    not receiving it.

3            But, you know, as I said, some of those

4    reasons I think are logical.  Somebody was paroled, or

5    obviously if they died or they all of a sudden got

6    better and didn't need care.

7        Q    This goes back to a question I asked earlier,

8    though, which is while it may be understandable why

9    someone didn't make it to their level of care because

10   they either died or paroled, one question I have is

11   whether there was a consideration as to how long the

12   person remained on the waiting list before they died or

13   paroled.

14       A    Correct.  Would you like me to talk about what

15   we actually did to try to resolve that issue?

16       Q    Yes, please.

17       A    You can see here there was a comment made

18   about Sharon Riegel and I having talked about what the

19   best methodology might be for incorporating the UNA

20   patients in the current forecast.

21            Mary Beth was -- Mary Beth Thomas was an

22   advocate for taking those other slices where the inmates

23   hadn't received care for whatever reason, trying to

24   apply the pattern of admission of the other sections of

25   the pie, intermediate versus acute, and adding those in

JOHN MISENER



1    as the UNA adjustment.

2         Because all of these other slices showed up in

3    the -- the department's data as utilization.  So they

4    were actually admitted, so there's no reason to double

5    count them.  They were already in the rate that we were

6    using.

7         It's these ones, what we refer to as the UNA

8    adjustment, got added in and then fed back into the

9    formula under a separate line item on all of the models

10   for acute and intermediate as the, quote, UNA

11   adjustment, unquote.

12        Because the logic was, maybe at the time

13   they -- even if they don't need the care now, after

14   months of being on a waiting list or whatever, they

15   still should be counted, because they needed the care at

16   the time.  That was the logic.

17        Q    So are you saying that even as to the paroled

18   slash deceased category, which represents here

19   11 percent of the 512 UNA inmates, that you used that

20   11 percent in your model as a need for beds?

21        A    Yeah.  They showed up as a potential census,

22   as were the other of those three slices of clinical

23   improvement and the wait list.

24        Q    So all three -- the paroled/deceased category,

25   the clinical improvement slash referral rescinded

                              99

                       JOHN MISENER

1    category, and the wait list slash other reason not

2    referred categories were included in your formula as a

3    demand for mental health care; is that correct?

4        A    That's correct.

5        Q    And were those three categories treated

6    equally?

7        A    As I recall, what we did was -- I'm drawing a

8    blank as to whether we actually looked -- if we were

9    able to get down to the level of knowing exactly which

10   ones were referred to which programs, as the methodology

11   of splitting them into acute versus intermediate, or

12   whether we took the characteristics of the rest of the

13   pie and split it that way.  There was some limitations

14   of what we could do with the data in the form that we

15   got it.

16        The other challenge was how to allocate it by

17   year.  Since the assessment itself took a long period of

18   time, we knew that some of the -- and I wish I had the

19   dates they were actually done.  It's probably -- no.

20   You said there was no dates in the Alvarez report.

21        But they did spread across fiscal years.  So

22   for fiscal '06, there was a smaller adjustment than was

23   for fiscal '05, under the -- under the concept that if

24   you're going to do a -- a study that goes over a period

25   of time, that you should make the adjustment in the

100

JOHN MISENER

BARKLEY
Court Reporters

1    correct year.

2            But the lion's share of the UNA adjustment

3    took place in fiscal '05, and the smaller amount in

4    fiscal '06.  And it was further broken down into

5    intermediate and acute, and I think a tiny adjustment

6    for Patton State.  I think we made a small adjustment

7    there.

8        Q    So at this time back in March of '06 when you

9    wrote this E-mail to Robin Dezember, you were working

10   out how to include the UNA data into your forecast.  It

11   was then included in the 2005/2006 reports; is that

12   correct?

13           MS. TILLMAN:  Which reports?

14           MS. WHELAN:  The Navigant reports.

15           THE WITNESS:  Yeah.  The -- this issue we

16   resolved to the best of our ability in the report that

17   follows, which is what?  June -- the one you just gave

18   me is June '06?

19           MS. TILLMAN:  Exhibit 7 is June '06?

20           THE WITNESS:  Right.

21   BY MS. WHELAN

22       Q    So this June '06 Navigant report included a

23   formula for forecasted bed need based on your general

24   methodology, either the census rate or the discharge

25   rate, as well as an adjustment for the UNA study

                              101

BARKLEY
Court Reporters

1    results; correct?

2        A    That's correct.

3        Q    And beginning at -- which report after this

4    June '06 report was the first to then exclude the UNA

5    adjustment?

6        A    Well, I understand that the UNA adjustment is

7    in the rates for those years for perpetuity, let's say.

8    All the reports we'll do from now until the end of the

9    contract, the UNA adjustment was in the proper years for

10   those rates.

11       But the March 2007 report does not have a --

12   an additional or does not have a UNA adjustment in 2007.

13   Because there was no survey or no unmet needs values

14   that we could add to that.

15       Q    So whereas the 2000 --

16       A    So -- this is the first one?

17       MS. TILLMAN:  I'm sorry.  Was he finished?

18   Were you finished with your answer?

19       THE WITNESS:  I think March 2007.  Let's see.

20   Yeah.  March 2007 was the first one where we didn't add

21   new unmet need adjustment numbers to the current year.

22   I think that's the best way to answer that.

23       DEPOSITION OFFICER:  We're on 8.

24   BY MS. WHELAN

25       Q    Exhibit 8 is a E-mail chain between Mary Beth

JOHN MISENER

BARKLEY
Court Reporters

1    because they don't track those.

2        Q    Who told you that the OHUs are observation

3    units with respect to psychiatric patients?

4        A    I think -- one of the E-mails from -- or

5    discussions with Rick Johnson, I think that was one of

6    the comments that I -- I seemed to glean from that.

7        Q    Has anyone ever told you that OHUs are also

8    used as overflow beds for MHCBs?

9        A    I don't recall if they did or not.  Perhaps

10   one of the court experts might have mentioned that.

11       Q    If the bed -- if the OHU beds are being used

12   as overflow beds for MHCBs, how would that affect your

13   calculation of patients housed in those beds?

14       A    Well, if they were somebody that had been

15   referred for a mental health crisis bed unit, but they

16   are now residing in an OHU, I'd want to find a set of

17   data that would allow me to accurately quantify it and

18   add it to the model.

19       Q    But that's not part of your model right now,

20   as far as you know?

21       A    No.

22            Let me make one additional comment about that.

23   Is if they're already on the wait list, say, okay, let's

24   say hypothetically that they're getting crisis bed

25   treatment in an OHU.  And they're also on the waiting

                              120

                        JOHN MISENER

BARKLEY
Court Reporters

1  list.  In an OHU or MHOHU and are already on the wait

2  list, which technically I guess they would be.  They're

3  not currently in a crisis bed, but they're in an OHU on

4  the waiting list, then they're already counted.

5          So I guess, depending on how good their

6  ability to track those situations, then if they happen

7  to be on the waiting list for the next opening in a

8  crisis bed, then they would be counted.

9          And I think Mr. Johnson does -- did a pretty

10  good job of trying to vet that out.  Because I know I

11  had mentioned it several times and was in favor of

12  adding them in.  He says, well, they're already on the

13  wait list, so we wouldn't want to add them in twice, I

14  think was the response.

15      Q    But if somebody is housed in an OHU as an MHCB

16  overflow patient but has not been placed on the wait

17  list, they wouldn't show up in your data; correct?

18      A    No.  They wouldn't show up, and they should be

19  added in.

20      Q    Have you ever heard the term zz cell?

21      A    Say that again.

22      Q    A zz cell.

23      A    No.  I'm not familiar with that.

24      Q    Have you ever been told that the CDCR uses

25  alternative placements for inmates when they are unable

121

JOHN MISENER

BARKLEY
Court Reporters

1    on the from or to.  But this is one of the text E-mails

2    he produced.

3    BY MS. WHELAN

4         Q    So I can't explain why you had it,

5    Mr. Misener.

6         A    Nor can I, actually.  I guess he BCCed me.

7    But I don't remember actually -- I'm glad he's doing

8    this.  Must have been a BCC, I guess.

9         Q    Does the E-mail look familiar to you?

10        A    Well, like I say, he talked to me over the

11   phone about wanting to do this.  So the E-mail per se is

12   not that familiar, but --

13        Q    Okay.  Well, let me ask you about some of the

14   topics he talks about, and you can tell me what your

15   understanding of them was.

16             He is writing to Sharon Riegel telling her

17   that he left a voicemail message for her, and then he

18   writes, what I want to do is establish a document --

19   sorry.

20             What I want to do is establish and document a

21   recognized and regular process for the production and

22   receipt of the data required to produce the twice yearly

23   bed demand forecast.  I assume that the data will need

24   to flow at least monthly and be retained in some form,

25   parens, comprehensive database, end parens, for use with

                          141

                   JOHN MISENER

1    the fall and spring population projections to support

2    continually updating the five-year bed demand forecast.

3            To your knowledge, was a process like this

4    established whereby there would be a monthly flow of

5    data retained in a comprehensive database?

6        A    I'm not aware that there has been one, no.

7        Q    In the second paragraph, he wrote -- and I'm

8    starting one sentence in.  Once we know what data is

9    available or must be made available in order to run the

10   forecast and we know the source, we can then set up a

11   regular required process for its delivery to the, quote,

12   unquote, forecast manager, whomever that turns out to

13   be.

14           To your knowledge, is there a forecast manager

15   for the data projections?

16       A    Well, when I first read that, I thought maybe

17   he was referring to the person that eventually takes

18   over the forecasting process from Navigant.  Although he

19   could be talking about the liaison.

20           But I really don't know.  And I think it --

21   putting this into current context, the -- the two main

22   people that I had liaison were Doug McKeever, and more

23   importantly Michael Barks, have both gone on to do other

24   jobs.

25           So whatever good intentions this may have

142

JOHN MISENER

1    had -- if, for example, there hasn't been any progress

2    made on this, I can see that some of the staff shifting

3    occurred such that it didn't happen.

4        Q    And in paragraph 3 he wrote, the goal is to be

5    able to run the forecast every six months without having

6    to regenerate requests for data to put into the model

7    and to establish accountability for the routine

8    provision of each data element.

9            Presumably at this point he's trying to make

10   your life easier?

11       A    That's correct.  And I remember talking with

12   Doug McKeever about doing the same thing.  Why wait

13   until the population projections are out.  Why not have

14   Health Care Placement Unit or HCCUP or whatever send me

15   data each month as it's rendered from the -- from their

16   data systems.

17       Q    But as of now, including today, that does not

18   happen; correct?

19       A    It hasn't happened.

20           DEPOSITION OFFICER:  Exhibit 16.

21   BY MS. WHELAN

22       Q    Exhibit 16 is a June 20th, 2006 E-mail chain

23   between Robin Dezember and John Misener.

24       A    Yeah.  I remember this.

25       Q    At the top of the E-mail Robin Dezember wrote

JOHN MISENER

BARKLEY
Court Reporters

1    Possibly rotating a few prisons each year.

2         But your first recommendation is the HCPU

3    daily census be logged on a periodic basis into a

4    database for each program so that staff would not have

5    to compile data from numerous Excel files and hard

6    copies in order to respond to data requests.

7         Has that now happened?

8         A    Well, no.  The person that used to compile

9    this had left.  But the turnaround -- and there's still

10   ad hoc requests from me, but the turnaround on the Excel

11   reports from Health Care Placement Unit are quick, and

12   frankly is not the -- I don't find it to be a real

13   problem.

14        Q    So this issue has sort of passed over time,

15   because they're getting data to you in a timely manner?

16        A    It would be nice.  But yeah, they get it to me

17   in a Excel format, and they're labeled, easy to read,

18   and they have all of their sources and caveats at the

19   bottom.  Easy to read and understand, so haven't -- this

20   might not be the most important thing on the list.

21   That's for sure.

22        Q    And your second recommendation is that DMH

23   data be consistently -- and you suggest monthly --

24   entered into the access database.

25        Has that been done?

162

JOHN MISENER

BARKLEY
Court Reporters

1      A     No.  It's been ad hoc.  And I think for the

2    last couple studies I may have done it myself.

3      Q     Is that a recommendation that you still have

4    and --

5      A     I think they should use it.  I think they

6    should do this on an ongoing basis, because when there's

7    a -- when Navigant departs the scene, they'll still need

8    to keep track of their bed requirements by program.  And

9    to me this is the easiest way to do it.

10      Q     Your third recommendation is that a database

11    be developed that allows for patient level of tracking

12    of EOP admissions and discharges to monitor length of

13    stay.

14          Do you recall why you made that

15    recommendation?

16      A     Well, I don't remember who made the comment

17    about that inmates enter the program and never leave.

18    But probably made it in connection with the observation,

19    and I believe in a group setting they thought it was a

20    good idea.

21      Q     And has that now been done?

22      A     Not that I know of.

23      Q     Does this touch at all on the program -- on

24    the problem you mentioned earlier, which is that your

25    data will not reflect length of stay until somebody is

JOHN MISENER

BARKLEY
Court Reporters

1    that none of the OHUs are counted as MHCB supply beds?

2        A    That's correct.

3        Q    On the final page of the report, page 18, you

4    do a comparison of -- and correct me if I'm using the

5    wrong term, but rates of increase in mental health

6    populations as opposed to the general population as a

7    whole; is that correct?

8        A    Right.

9        Q    And you find that while the general population

10   increased at a rate of 8 percent, the mental health

11   populations, excluding triple CMS inmates, are projected

12   to increase at a rate of 15.2 percent; is that correct?

13       A    Yes.  Uh-huh.

14       Q    What are the possible explanations for the

15   higher rate of increase of the mental health population

16   as compared to the general prison population?

17       A    Well, increase -- increased morbidity at

18   intake and increased morbidity once you're in prison.  I

19   think the other, you know -- some of the

20   publications -- I think it's Department of Justice or

21   Bureau of Prisons -- nationally show similar increases

22   in other states.  So it's not surprising.

23       Q    And do they set forth any hypotheses for that?

24       A    I think something -- maybe similar to what I

25   just said.  But they're observing increased utilization

JOHN MISENER

BARKLEY
Court Reporters

1    of the services to prisoners in -- in other states.

2        Q    Your report also finds that the triple CMS

3    population is projected to grow at a rate of 28 percent

4    as compared to the general population growth rate of

5    8 percent; is that correct?

6        A    Are you on the last page?

7            MS. TILLMAN:  I'm sorry.  Which one is that

8    now?

9            MS. WHELAN:  This is still on page 18.

10           MS. TILLMAN:  I'm just going to object.  I'm

11   concerned you might be comparing apples and oranges.

12   One paragraph talks about triple CMS and the overall

13   increase in the mental health population, and the other

14   paragraph seems to describe the difference of the

15   populations.  Maybe I'm not understanding the

16   information.

17           THE WITNESS:  Yeah.  The top chart on page 18

18   includes all of what the department calls the mental

19   health MHSDS population.  The bottom chart excludes

20   triple CMS, because it's such a huge chunk.  There's

21   25,000 or 28,000, something like that, prisoners that

22   are in that program.

23           And since triple CMS is the less -- the least

24   acute, I thought it was important to look at -- at the

25   overall population, of which we were able to -- to get a

217

JOHN MISENER

BARKLEY
Court Reporters

```
1              MS. TILLMAN:  The right axis.
2     BY MS. WHELAN
3         Q    All right.  I'm sorry.  So --
4         A    Right.  So we're saying it will exceed
5     21 percent, but it will be around 22 percent or so.
6     21-point something.
7         Q    Okay.  So just to clarify, the MHSDS
8     population in 2007 represented 18.7 percent of the
9     population, but you're forecasting that by 2012 the
10    MHSDS population will represent approximately 22 percent
11    of the population; is that correct?
12        A    That's correct.  And as we do additional
13    iterations of these reports, we may see the incidence
14    grow at a faster rate, and so we'll -- we'll readjust
15    the slope of the line to reflect that.
16        Q    Have you done any similar calculations for
17    other populations, such as the acute male population
18    alone?
19        A    Separating these out more into separate?
20        Q    Right.
21        A    No.
22        Q    So this represents your full calculations,
23    which were for the entire mental health services
24    delivery system, and then the mental health services
25    delivery system minus the triple CMS patients; is that
```

220

JOHN MISENER

BARKLEY
Court Reporters

1    correct?

2        A    That's correct.

3        Q    Would further breakdown of those categories be

4    helpful to your model?

5        A    Well, these are sort of a composite

6    after-the-fact combination of all the different factors.

7            I think you might find it intriguing, though,

8    that it may be the females that are growing faster than

9    the males, because a lot of programs are going

10   gangbusters.  Where some of the more intense ones

11   aren't.  The EOPs, the deficits there seem to be grower

12   even faster.

13       Q    Well, you point out in this report that --

14       A    But there's such a small amount of population,

15   so.

16       Q    Right.  But you point out in the report that

17   even though, for instance, the general population

18   decreased for women, the census of EOP women increased;

19   is that correct?

20       A    Triple CMS also.  Seem to be growing at a

21   rapid rate.  Those are the -- numbers wise, those are

22   the biggest programs.  Maybe not the most intense,

23   but -- just in terms of actual census.

24       Q    So you haven't broken these categories down

25   further, but you can tell from some of the data that the

221

JOHN MISENER



1          <u>DEPOSITION OFFICER'S CERTIFICATE</u>

2

3    STATE OF CALIFORNIA          }
                                  }    ss.
4    COUNTY OF ALAMEDA            }

5

6          I, Karen Moon, hereby certify:

7          I am a duly qualified Certified Shorthand

8    Reporter in the State of California, holder of

9    Certificate Number CSR 12450 issued by the Court

10   Reporters Board of California and which is in full force

11   and effect.   (Fed. R. Civ. P. 28(a)).

12         I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.   (Fed. R. Civ.

16   P. 28(a), 30(f)(1)).

17         I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.   (Fed. R. Civ. P.

21   28).

22         I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                       / / /

                          235

BARKLEY
Court Reporters

1   of the testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3         Before completion of the deposition, review of

4   the transcript [xx ] was [  ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated: _February 22, 2008_

10

11                              _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BARKLEY