# EXHIBIT 34

**Deposition of George Sifuentes
December 15, 2007
(Phase II Designations)**

**Part A**

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF

THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28

UNITED STATES CODE

---oOo---

RALPH COLEMAN, et al.,
        Plaintiffs,

                        Case No.

vs.
                        Civ S 90-0520 LKK-JFM

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

MARCIANO PLATA, et al.,

        Plaintiffs,     Case No.

vs.                      C01-1351 TEH

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

DEPOSITION OF GEORGE SIFUENTES

December 14, 2007

Reported by:
LUCY CARRILLO-GRUBBS, RMR, CRR, RPR, CRP, CSR
License No. 6766

1    Q. Michael Stone?
2    A. Yeah.
3    Q. And was that the only time that you met with
4 an attorney for this deposition?
5    A. Yes.
6    MS. WHELAN: We noticed your deposition today,
7 which is why you're here. I'm going to mark as
8 Exhibit 1, your notice of deposition for the court
9 reporter.
10    (Plaintiffs' Exhibit No. 1 was marked for
11 identification.)
12    BY MS. WHELAN:
13    Q. Have you seen this before? Does it look
14 familiar to you?
15    A. Yes, I've seen it before.
16    Q. Okay.
17    I want to spend a little bit of time on your
18 general background. I know that you're -- I saw, I
19 think, a statement saying that you've been with the
20 Department for something like 20 years, is that
21 true?
22    A. I was with Department of Corrections -- I've
23 been with Corrections or was with Corrections since
24 19- -- from 1987 to this past October.
25    Q. Okay. And then what happened in October?

1   A. Oh, I transferred over to Cal -- what's
2   known as Cal PIA, Prison Industries.
3   Q. And is that a separate state agency from the
4   CDCR?
5   A. It is part of CDCR, I'm not sure it's a
6   state agency. It's a state entity but I'm not sure
7   it's an agency, it has a funny -- funny authority.
8   Q. And what does the acronym stand for?
9   A. Cal -- well, Cal is, you know, short for
10  California, then PIA is Prison Industry Authority.
11  Q. So as of October -- strike that.
12      Before October you were with the Office of
13  Facilities Management, is that correct?
14  A. That's correct.
15  Q. And then in October of this year you moved
16  over to Cal PIA?
17  A. That's correct.
18  Q. I'm sorry, what's your position at Cal PIA
19  now, your title?
20  A. I head up the modular building enterprise.
21  Q. Okay, let's go back to that in a minute.
22  A. Okay.
23  Q. Can you just give me a brief description of
24  your educational history since high school?
25  A. Yes. I attended University of California at

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Davis and received a bachelor's in economics and a
2  bachelor's in political science in 1975.
3       And that's it for formal education.
4       Q. Okay, so no graduate school?
5       A. No graduate school.
6       Q. And prior to working for the California
7  Department of Corrections, where did you work?
8       A. State of California, the Department of
9  Social Services Benefit Payments.
10      Q. And what did you do in that position?
11      A. Oh, I had a number of jobs there, started
12 off as a welfare case reviewer, worked in research,
13 worked in audits, and administrative services jobs.
14      Q. How many years were you with the Department
15 of Social Services you said?
16      A. It was -- it was Benefit Payments and then
17 it got renamed Social Services. I started in '75,
18 and was there until I moved to Corrections, which
19 was in '87.
20      Q. So you did a variety of jobs within the
21 Department of Social Services?
22      A. Right.
23      Q. And what was your first position with the
24 CDCR?
25      A. My first position with the CDCR was chief of

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

correctional officer recruitment and selection.

Q. How long were you in that position?

A. I did that job for about a year.

Q. What was your second position?

A. Then I moved over to what was known at the time as Planning and Construction, which eventually became the Office of Facilities Management. But when I initially started with Planning Construction I was a project director.

Q. And when you took that job as a project director, did you go through any kind of licensing process?

A. No.

Q. Do you have any construction related licenses?

A. No.

Q. And could you give me just a brief description of the various titles you've held in the Office of Facilities Management?

A. Sure.

After project director, then I became the chief of the construction operations branch. Then I became the assistant deputy director of the Office of Facilities Management. And then ultimately the deputy director of facilities management.

1  Q. And how long did you hold the position of
2  deputy director of Office of Facilities --
3  A. I started acting in that position since
4  March of 2004.
5  Q. So in March of 2004 through October of --
6  A. October.
7  Q. Of 2007?
8  A. Right.
9  MS. WHELAN: This is an organizational
10 structure chart that I just printed off from the
11 CDCR website, I'll mark it as Exhibit 2, if you
12 could.
13     (Plaintiffs' Exhibit No. 2 was marked for
14 identification.)
15 BY MS. WHELAN:
16 Q. I just want to get the structure of Office
17 of Facilities Management down.
18     It appears that it's directly under the
19 Facility Planning Construction and Management Team;
20 is that correct? I know the writing is a little
21 small.
22 A. Well, the Office of Facilities Management no
23 longer exists, it was renamed to the Facility
24 Planning Construction Management when Ms. Deborah
25 Hysen was appointed to that position.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  A. We build modular buildings.

2  Q. Can you briefly describe what those are?

3  A. Yeah. What they've been so far have been
classrooms, for example, for the division of
juvenile justice, they've been offices and treatment
rooms for the department -- the CDCR, but they are
buildings that we can manufacture and put on site.

Q. Are these the buildings being used for the
AB 900 in-fill projects?

A. We haven't -- I don't have an order for any
AB 900 project, except for DARS.

Q. And what is DARS?

A. The Division of Alcohol Recovery Services?
That's -- that's -- I think that's -- but they've
put in an order for office space and treatment
space.

Q. Who has?

A. DARS.

Q. Okay.

A. Yeah.

Q. And you said you don't have any orders for
modular buildings related to AB 900 projects?

A. Other than DARS.

Q. So DARS also qualifies for AB 900 funding?

A. Yes, yes, it does.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  these -- the numbers above the -- strike that.
2      Do you have any understanding of whether
3  the -- the column that says intermediate male celled
4  housing refers to existing housing including
5  temporary units such as D-5 and D-6?
6      MR. McCLAIN: Okay, objection, lacks
7  foundation, calls for speculation.
8      THE WITNESS: I don't know what those
9  numbers --
10     BY MS. WHELAN:
11     Q. So you have no understanding of these
12 numbers or where they came from?
13     A. No, I don't -- yeah, I don't know what
14 the -- the numbers are made up of, whether they
15 include or do not include temporary housing.
16     Q. Okay, thank you.
17     Do you have any understanding of whether or
18 not since the time that Mr. Brewer's memo was
19 issued, which is Exhibit 4 for this deposition,
20 additional treatment rooms or interview rooms were
21 built in D-5 and D-6?
22     A. I do not know.
23     MS. WHELAN: This will be marked as Exhibit 5.
24     (Plaintiffs' Exhibit No. 5 was marked for
25 identification.)

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

BY MS. WHELAN:

Q. Exhibit 5 consists of a June 26, 2007 e-mail from Dean Borg to Doug McKeever, entitled mental health major capital outlay projects, with an attachment of the same title. Have you ever seen this document before?

A. I probably have.

Q. And you say you probably have, why do you say you probably have?

A. We used to keep lists of what we thought were current capital outlay projects, and so -- and there were many of them, so I suspect that I've seen this list.

Q. Okay.

This is a list showing mental health major capital outlay projects as of June 26, 2007. If you could just refer back again to this last page of the Navigant report also, just keep them both next to you.

Above, midway down the page.

A. Okay.

Q. This report shows -- refers to EOP, GP, male bed need.

MR. McCLAIN: You're talking about the Navigant report?

Page 45

```
 1        MS. WHELAN:  The Navigant report.
 2        Q. And it shows deficits of EOP male beds as of
 3   2007.  As of July 13th, 2007 there's a deficit of
 4   270 beds, fiscal year 2007-2008 there's a deficit of
 5   370 beds?
 6        A. Uh-hmm.
 7        Q. Fiscal year 2008-2009 there's deficit of 454
 8   beds and fiscal year 2009 to 2010 there's a deficit
 9   of 520 beds.  And then this document shows surplus
10   beds.
11        Do you see that?
12        A. Yes, I do.
13        Q. Referring back to the 6-26-07 mental health
14   major capital outlay project document, is it correct
15   that on that document there are no EOP construction
16   projects for men under the currently under
17   construction category?
18        A. That's not correct, the very first one says
19   EOP treatment space for 384 inmates.
20        Q. I'm under the "currently under
21   construction"?
22        A. Oh, I apologize.
23        Q. That's okay.
24        A. That's correct, 50 mental crisis beds and 64
25   intermediate care facility beds.
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

   Q. Now moving to the "currently under design" category, you referred to a project for treatment space for EOP inmates at CSP Sacramento.
       Do you agree that that project will not create new EOP beds?
   A. That's correct.
   Q. Moving down to the second project under "currently under design," CSP Los Angeles County, EOP treatment space for 150 inmates. Do you agree that that will not add any EOP beds for male inmates?
   MR. McCLAIN: Just a minute. Object as to lacks foundation and vague.
   THE WITNESS: But that's correct.
   BY MS. WHELAN:
   Q. And there are no other EOP projects listed under the "currently under design" category, do you agree?
   A. I agree.
   Q. Then there's a third category of projects that have not began design pending funding decisions. There are four projects listed, including Salinas Valley State Prison, 70 Ad Seg-EOP bed project, do you see that?
   A. Yes, I do.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Q. You agree that that would add 70 EOP ad seg
2  beds, correct?
3  A. Housing beds, yes, it would.
4  Q. But it would not add any EOP general
5  population beds, correct?
6  A. I'm not sure I agree with that. It could.
7  Q. If it's an administrative segregation EOP
8  units it could house?
9  A. It would be -- yes, I do.
10 Q. And why do you say that?
11 A. Because you build it to administrative
12 segregation standards, but you could operate it as
13 anything less than that, which general population
14 celled housing would be one of those.
15 Q. Okay.
16 A. So it could provide capacity.
17 Q. Okay. And at the time that this document
18 was create, which appears to be June 26th, '07, that
19 project had no funding; is that correct?
20 A. That's correct.
21 Q. And then there is a Salinas Valley State
22 Prison EOP treatment space for 96 inmates, do you
23 agree that that would not add any EOP beds for male
24 inmates?
25 A. Yes, I agree.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

    Q. Now referring to the one project on this document that has the potential to add EOP beds for men, which is the one that you and I discussed, the Salinas Valley State Prison 70 administrative segregation/EOP bed unit, do you know what the status of that project is?

    A. No, I do not.

    Q. Do you know if that project has been funded?

    A. No, I do not.

    Q. Do you know if that project has been subject -- strike that.

    Do you know if the department has submitted a budget change proposal for that project?

    MR. McCLAIN: I'm going to object to that as deliberate process privilege.

    You can answer if you know.

    THE WITNESS: I don't believe it has.

    BY MS. WHELAN:

    Q. Do you have any knowledge whether AB 900 will be a source of funding for that project?

    MR. McCLAIN: Objection, lacks foundation, calls for speculation.

    THE WITNESS: AB 900 does authorize mental health beds.

    BY MS. WHELAN:

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
 1      Q.  Do you know if AB 900 is a funding source
 2  specifically for the 70-bed administrative
 3  segregation EOP unit at Salinas Valley?
 4      MR. McCLAIN:  Objection, lacks foundation,
 5  calls for speculation.
 6      THE WITNESS:  That, I do not know.
 7      BY MS. WHELAN:
 8      Q.  You testified that -- I should say, you
 9  agreed that on this mental health major capital
10  outlay project list only one project would add
11  EOP -- potentially add EOP male beds?
12      A.  Yeah, and I wish to correct that.
13          I also would note that the five consolidated
14  care centers that are listed at the bottom of that
15  page, the last page, which are under projects that
16  have not begun design pending funding decisions, the
17  ones listed were CSP Sac, for CSP Los Angeles, for
18  CMC, for California Institution for Men, and for RJ
19  Donovan Correctional Facility, they would have
20  added, under the concept of a consolidated care
21  center at the time that I understood it, it would
22  have added EOP beds, it would have added
23  intermediate beds, and it would have added acute
24  beds all in one consolidated care center.  So there
25  would have been added capacity, if my understanding
```

1  of the definition of consolidated care center still
2  is correct, so...
3      Q. But as of 6-26-07, there are no projects at
4  all that have been funded that would add EOP male
5  beds for Coleman class members; is that correct?
6      MR. McCLAIN: Objection, lacks foundation,
7  calls for speculation.
8      THE WITNESS: My understanding, there was no
9  funding for EOP housing beds.
10     BY MS. WHELAN:
11     Q. And there are no projects listed on here
12 that would create EOP beds for male inmates that are
13 funded at this time; is that correct?
14     A. That's correct.
15     MS. WHELAN: This is Exhibit 6 for the
16 deposition.
17     (Plaintiffs' Exhibit No. 6 was marked for
18 identification.)
19     BY MS. WHELAN:
20     Q. Which is a July 5th, 2007 memorandum to Jim
21 Martone from George Sifuentes, and attached to this
22 memorandum are what appear to be summaries of
23 Coleman bed plan projects, including the California
24 Men's Colony, 50-bed mental health crisis bed
25 facility on page 1 of that attachment.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288