# EXHIBIT 34

**Deposition of George Sifuentes
December 15, 2007
(Phase II Designations)**

**Part C**

1      A. Yes.

2      Q. That is listed as also in the WC phase and
3 it's 272 -- approximately 272 million dollars; is
4 that correct?

5      A. That's correct.

6      Q. And do you know what the status is of that
7 project?

8      A. No, I do not.

9      Q. And the 45-bed acute ICF unit at CIW, which
10 is the next project, can you tell from this chart
11 what this funding request is for?

12      A. Yes. This funding request is for
13 construction and for fiscal year '08-'09 in the
14 amount of approximately 54 million dollars.

15      Q. Would that imply that the project has
16 already been funded for preliminary plans?

17      A. Yes, it has been.

18      Q. And do you know when that was funded for
19 preliminary plans?

20      A. Earlier this year.

21      Q. And do you know the current status of the
22 45-bed acute ICF unit at CIW?

23      A. Prior to when I left, they were beginning
24 preliminary design.

25      Q. And do you recall what the construction

GEORGE SIFUENTES

1  schedule is for that project?
2      A. No, I do not.
3      Q. Moving to the next project, which is the
4  Salinas Valley State Prison 96-bed conversion of the
5  EOP treatment and program space. Do you know the
6  status of that project?
7      A. No, I do not.
8      Q. And it appears that they are -- this would
9  be a request for working drawings and construction
10 for a little over nine and a half million dollars;
11 is that correct?
12     A. That's correct.
13     Q. And the next project which is the 70-bed EOP
14 ASU, which I believe we've discussed, you said you
15 don't know what the status of that project is; is
16 that correct?
17     A. That's correct.
18     Q. Does the fact that the -- this project was
19 the phase of C, which is construction, mean or imply
20 that preliminary drawings have already been funded?
21     A. It would imply that prior to '08-'09
22 preliminary plans and working drawings would have
23 been completed.
24     Q. And why is that?
25     A. Before you construct, you must have approved

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  plans.  And there's two phases of plans, there's
2  preliminary plans and working drawings, and those
3  have to be produced and approved by the state public
4  works board.  And they won't allow you to go into
5  construction until you have those documents
6  approved.
7       Q.  Okay.
8           And then the next four projects are the CCC
9  projects at Lancaster, RJD, CIM and CMC, which seek
10 funding ranging between approximately 350 million
11 dollars to almost 600 million dollars; is that
12 correct?
13      A.  That's correct.
14      Q.  And all of those phases are in the WC phase?
15      A.  That's correct.
16      Q.  That's correct.
17      A.  You missed No. 7.
18      Q.  I did.
19          So No. 7 is the CMF 64-bed ICF unit for 50
20 million dollars; is that correct?
21      A.  Yes.  They were asking for construction
22 of -- in the amount of 50 million dollars for that
23 one.
24      Q.  And again, this chart implies that
25 preliminary plans were already approved and

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  completed, correct?
2      A. That's correct.
3         And they are underway.
4      Q. Okay.
5         And do you know what the status of that
6  project is?
7      A. When I left they were under preliminary
8  plans and they were preparing or had prepared the
9  environmental impact report.
10     Q. And do you recall what the construction
11 completion date is?
12     A. No, no.  It would have been -- it would have
13 been too early at that time.
14     Q. Too early at that time to have one, you
15 mean?
16     A. To -- to have a definitive construction
17 schedule.
18     Q. Okay.
19        Now, were you directly involved in creating
20 this report?
21     A. My involvement was as -- as deputy director
22 was to ensure that the report was -- was prepared
23 and to make sure that the staff that were working
24 for me on this report involved all the stakeholders,
25 and made sure that the projects that the

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  stakeholders were in favor of were represented in
2  this report.
3       And then make sure it was completed. And
4  then to make sure that the projects from -- from
5  that matrix from priority standpoint were in fact
6  the priorities of the department. That was my role.
7       Q. And how would you make sure that those were
8  the priorities of the department?
9       A. My staff and I would meet with the
10 respective deputy directors who -- whoever put forth
11 the request, making sure that they were represented
12 in here and in the priorities. And then went to
13 executive management to say, here's what we believe
14 the priorities are. And then put that in the
15 listing. And then final approval came when it was
16 signed by the agency secretary and sent to the
17 Department of Finance.
18      Q. Okay.
19        So depending on what the status is of this
20 report, whether it was -- whether it has been issued
21 or not, the list of priorities may have, if it were
22 preliminary, been the OFM's list of priorities that
23 had not yet been approved by the --
24      A. That's correct.
25      Q. -- CDCR?

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1   But if it has been issued, then the list of
2 priorities would have been approved by executive
3 staff members of the CDCR; is that correct?
4   A. This would have been the department's
5 priority listing, that's correct.
6   Q. And one thing that might be helpful would be
7 to determine whether or not this issue -- I mean,
8 this -- I'm sorry, this report was issued. So do
9 you -- I assume you're going to have to do that at
10 some point anyway, and that you will let me know
11 about that, is that true?
12   MR. McCLAIN: I don't know if it was issued or
13 not, and I don't even know. I don't think I'm going
14 to be able to find that out for you today.
15   MS. WHELAN: Okay.
16   MR. McCLAIN: You're welcome to ask
17 Mr. Sifuentes if he knows of this issue, but I think
18 you've already done that.
19   MS. WHELAN: Okay.
20   Q. If you turn to page 7105, and this is in --
21 this is the first page of the Executive Summary
22 section in this report.
23   About halfway down the page in the Executive
24 Summary there's a paragraph that says, "The most
25 urgent concern facing the CDCR is overcrowding. The

GEORGE SIFUENTES

1  short-term plan, because it was two months out,
2  three months out, at most.
3       Q. Okay.
4          And then on the next page, it moves into
5  intermediate term projects, which are listed here as
6  July 2007 to June 2009. The third project listed
7  are the CCCs, which are part of the Coleman bed
8  plan; is that correct?
9       A. Yes, that's correct.
10      Q. And do you know if the July 2007 to June
11 2009 range refers to when construction would be
12 complete?
13      A. Well, it doesn't say specifically in the
14 verbiage, but "establish," in my mind, would have
15 meant we would have designed and constructed those
16 facilities.
17      Q. I'm sorry, in your mind it would mean that
18 you would design and construct?
19      A. At five institutions.
20      Q. And do you think that it's reasonable to
21 assume that you could design and construct
22 consolidated care centers at five institutions by
23 June 2009?
24      A. Today?
25      Q. Today.

GEORGE SIFUENTES

```
 1        MR. McCLAIN:  Objection, calls for speculation.
 2        THE WITNESS:  In my opinion, it would not be
 3   done by June 2009.
 4        BY MS. WHELAN:
 5        Q.  And do you have an opinion when it would be
 6   done?
 7        MR. McCLAIN:  Objection, calls for speculation.
 8        THE WITNESS:  I don't know when they started.
 9        BY MS. WHELAN:
10        Q.  Do you know if any of them have started?
11        A.  The consolidated care centers, I'm not aware
12   of any of them starting.
13        Q.  At what point in the process of either
14   designing or establishing a program for these CCCs
15   would you be able to establish a construction
16   schedule?
17        A.  A definitive one would be after the
18   environmental impact report document phase was
19   completed.
20        Q.  And in your experience, how long does the
21   environmental impact report phase take?
22        A.  It can take --
23        MR. McCLAIN:  Objection, overbroad, vague.
24        THE WITNESS:  My experience is -- is an
25   environmental document can take between nine to
```

1  twelve months to complete.  If there's any court
2  related litigation, it can be an additional 12 to 24
3  months.
4      BY MS. WHELAN:
5      Q. And when you say litigation, can you explain
6  what you mean?
7      A. After the environmental document is prepared
8  and certified by, in this case, the agency
9  secretary, there is a 30-day litigation period upon
10 which anybody can bring fourth litigation to stop or
11 invalidate the environmental document, if in fact he
12 proposes to build the facility.  And that their --
13 then you get into litigation.  And in my experience,
14 it could take upward -- almost two years to complete
15 that process.
16     Q. And just to clarify, to complete which
17 process?
18     A. The litigation process.
19     Q. Okay.
20         And is it correct to say that each one of
21 the CCCs would have to have a separate EIR process?
22     A. Yes, based upon the number of new beds it
23 was going to be adding.
24     Q. And so it's your testimony that for each one
25 of the CCCs, the environmental -- the EIR phase

1  could take nine to twelve months to complete the
2  report and possibly another 12 to 24 months if
3  litigation is initiated; is that correct?
4       MR. McCLAIN: Objection, misstates testimony
5  and calls for speculation.
6       THE WITNESS: It's my opinion that each of the
7  CCCs would require an environmental document, and it
8  would take nine to twelve months to complete that
9  document.
10      If litigation is pursued by others, it could
11 take 12 to 24 months to resolve the litigation.
12      BY MS. WHELAN:
13      Q. And we started talking about the EIR phase
14 because you stated that a definitive construction
15 schedule could not be completed until the EIR phase
16 is completed; is that correct?
17      A. That's correct.
18      Q. Back on to page 7137, it's the same page we
19 were on.
20      A. Oh.
21      Q. Listed as the long-term projects are the
22 state-wide mental health facilities to meet the
23 needs of the mental health population.
24      Do you know what that refers to? And the
25 second sentence says: "This would also allow

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Case 2:90-cv-00520-KJM-SCR    Document 3451-7    Filed 01/08/09    Page 12 of 15

Page 86

right?

A. Yes, that's correct.

Q. Do you think that this long-term paragraph is referring to those projects?

MR. McCLAIN: Objection, lacks foundation.

THE WITNESS: I -- the intention of that paragraph was to understand that we needed to under- -- well, we needed to understand that the mental health population had been growing and was going to continue to grow. I think even the Navigant study said that. And that we would have to prepare proposals to make sure we met those needs, whether it was for housing, whether it was for treatment or whether it was for space.

MS. WHELAN: Okay, thank you.

Q. Moving ahead into the program delivery changes-existing section of this report. And I'm on page 7201.

In this chart the first category listed on this page is small management exercise yards Phase I. And it's listed as priority No. 25.

And in the solution column it says, "Construct 341 statewide small management exercise yards to replace large group exercise yards in administrative segregation housing units at 15 Level

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  II and III/reception centers. This phase will build
2  small management yards at various institutions."
3        Are you familiar with this project?
4     A. Yes.
5     Q. At the time that you left the Office of
6  Facilities Management do you recall how many of
7  these small management yards were built?
8     A. These particular ones?
9     Q. Yes. Of the 341.
10    A. I'm not aware of -- of any of the 341 being
11 built, these particular ones.
12    Q. And at the time that you left the Office of
13 Facilities Management, do you know how many small
14 management yards existed within the CDCR?
15    A. Approximately 200 or so.
16    Q. Did you have experience overseeing the
17 construction of small management yards?
18    A. Yes.
19    Q. And where did you oversee construction of
20 those yards?
21    A. Well, statewide, I mean, as a program. With
22 the small management yards, it was approved by the
23 legislature a number of years ago for high security,
24 ad seg, Level IV -- Level IV institutions. And they
25 authorized us to go ahead and -- and install small

1  management yards at Level IV institutions, which we
2  did.
3      We also included the small management yards
4  in the new ad seg building, which we have. And the
5  plan for the department was to go to all the ad segs
6  statewide and build small management yards,
7  regardless of level of classification. That they
8  were going to start with Level IV, then they were
9  going to go to Level III, then they were going to go
10 to Level II, Level I and reception. And that was --
11 that was the overall plan.
12     MS. WHELAN: I'm looking for the June 1st, 2007
13 Judge Karlton order. And I think it is in here.
14     I apologize to everyone for my delay.
15     Can we mark this as No. 8.
16     (Plaintiffs' Exhibit No. 8 was marked for
17 identification.)
18     MS. WHELAN: We're marking as Exhibit 8 an
19 order issued by Judge Karlton on June 1st, 2007.
20 And this order is regarding suicide prevention and
21 administrative segregation units.
22     Q. If you'd turn to page 2 of the order.
23     First of all, have you seen this order
24 before?
25     A. Yes, I have.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1     Q. Okay.
2         If you'd turn to page 2, the very last
3  partial paragraph, it says: "At present, defendants
4  have only 719 of the 1,480 small management yards
5  required to give necessary out of cell exercise time
6  to inmates in administrative segregation."
7         Does that sound accurate to you, on a
8  statewide level?
9     A. Yeah. I was off by 500, we had many more.
10    Q. Okay.
11        It also says that: "Eighty-six additional
12 yards are under construction, and that defendants
13 are presently seeking authority to fund 179
14 additional yards in fiscal year 2007/8."
15        On the next page it refers to defendant's
16 plan, I'm looking at the last sentence in the very
17 first paragraph. And it says: "As the Special
18 Master found, 2012 is 'simply too late.'"
19        And that's referring to defendant's plan to
20 complete building of these small management yards by
21 2012.
22        Are you familiar with defendant's recent
23 plan regarding small management yards?
24    A. No, I'm not.
25    Q. Which was -- okay.