# EXHIBIT 34

# Deposition of George Sifuentes
# December 15, 2007
# (Phase II Designations)

# Part D

1    Do you understand where this 1,480 number
2 comes from?
3    A. Yes. They -- as I mentioned earlier, the
4 department had a plan to replace all ad seg -- not
5 to replace, excuse me, but to add all small
6 management yards to all the administrative
7 segregation units throughout the state.
8    We started with Level IVs, and we were
9 moving through doing Level IIIs and Level IIs. And
10 there is a listing of the -- there was one big list
11 that had ad segs, it had some other projects like
12 SHU, and it had, if I recall correctly, PSU. And it
13 was on one listing that -- one -- the person that
14 was a lead for that project had, and -- and that's
15 where the number, about 1,400, came from, in terms
16 of, you know, point in time, here's how many we
17 would need based upon what we know, you know, what's
18 our ad seg population; where are the ad segs being
19 run from; and how many we have.
20    And so we used that as our -- as that's
21 where we need to be. We're at 719 -- this is June,
22 we're at 719. We had a certain number under
23 construction, we had asked for, if I recall, it was
24 design funds for the 179, because that's how many we
25 thought we would do in a year.

GEORGE SIFUENTES

1     And the plan, I believe -- the plan that was
2 turned into the court was, we were going to get 179
3 in '07-'08, and then we were going to get another
4 group in '08-'09, another group in '09-'10, another
5 group in '10-'11. When it was all said and done
6 they would all be finished, the entire 1480,
7 would -- would be completed by 2012. But I'm not
8 sure when in 2012.
9     Q. And you just testified that you thought
10 about 179 of these yards could be built in a year;
11 is that correct?
12    A. That's how much we thought we could design
13 and begin construction in a year.
14    Q. Okay.
15    A. It normally takes you nine to ten months to
16 design the work.
17    Q. And so did you have an estimate about how
18 many you could build in a year?
19    A. About 100 -- within a 12-month period, we
20 would -- I think it's fairer to say that we could
21 have completed the 179 within a 24-month period.
22    Q. Okay.
23       And you testified that the 1480 number
24 included small management yards for SHUs and PSUs?
25    A. Yeah. My recollection of the listing is

Page 92

1  yes, it did.
2     Q. And are you aware that defendant's most
3  recent plan excludes small management yards for SHUs
4  and PSUs?
5     A. I'm not aware of the current plan.
6     Q. Do you know who would make the decision to
7  exclude SHUs and PSUs from the small management
8  plan?
9     MR. McCLAIN: Objection, calls for speculation.
10    THE WITNESS: No, I -- I -- I wasn't involved
11 in that process.
12    MS. WHELAN: Okay.
13    Q. On page 7220 of the infrastructure plan, and
14 this is within the facilities maintenance section of
15 that plan?
16    A. 220.
17    Q. 7220.
18    You testified earlier that the Office of
19 Facilities Management is not directly responsible
20 for preventive maintenance work at the institutional
21 level and that each institution would be responsible
22 for that; is that correct?
23    A. That's correct.
24    Q. At the top of this page it states: "The
25 facility system currently has a backlog of over

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 93

1  280,000 preventive maintenance work orders that
2  cannot be completed due to low staffing and funding
3  levels.  This list has grown from 52 million in
4  fiscal year 2000/2001 to 249 million in fiscal year
5  2006/07.  These figures are conservative estimates,
6  generated by the institutions.  Additionally, the
7  number of work orders that could not be completed in
8  the last fiscal year exceeded 235,000."
9        Do you have any knowledge of this problem at
10 the institutional level?
11      A.  Only from a statewide level.  And the reason
12 for that is because a statewide preventive
13 maintenance program is a computer program, and
14 Facilities Management has three staff that in
15 Sacramento collects this data, that's where that --
16 this is where the data came from.  It's inputted --
17 inputted by the institutions, and provided to us by
18 the institutions.
19      Q.  So your office monitors this to the extent
20 that you input the data that you receive from the
21 institutions?
22      A.  No.  The institution inputs the data, we
23 have access to the computers and we can read in
24 terms of number of, you know, maintenance work
25 orders outstanding, number completed per month on an

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  institution-by-institution-by-institution level.
2  And we use that information to help support and
3  defend some of their requests we were going forward
4  with, with regards to funds for repair or
5  maintenance or replacement thereof.
6          Q.  Okay.
7          I've moved into the healthcare section of
8  this report, and it's page 7250.
9          A.  7250.
10         Q.  Yes.
11         This section is talking about MHCBs, which
12 are mental health crisis beds.  And it states that:
13 "Approximately 264 inmate patients were in an MHCB
14 as of February 20th, 2007, excluding 13
15 inmate-patients on the wait list, for which the CDCR
16 is staffed for capacity of 285 inmate patients.  It
17 is important to note that MHCB capacity includes 36
18 beds at the California Men's Colony that were
19 licensed on a temporary emergency basis, and 45
20 acute beds utilized as MHCBs at CMF.  Both of these
21 MHCB units must be replaced by permanent
22 facilities."
23         Are you familiar with the temporary units
24 that are referred to in this paragraph, including
25 the 36 bed unit at CMC?

1   AFTERNOON SESSION; 1:33 P.M.
2   EXAMINATION RESUMED BY MS. WHELAN
3      MS. WHELAN: I want to shift over a little bit
4   into AB 900 projects.
5      This will be the next exhibit.
6      (Plaintiffs' Exhibit No. 9 was marked for
7   identification.)
8      BY MS. WHELAN:
9      Q. Exhibit 9 is an e-mail chain spanning August
10  9th to August 10th of 2007 involving primarily Nancy
11  Paulus, a staff member at the LAO, and Deborah
12  Hysen, who I believe is the chief deputy secretary
13  of the Facility Planning Construction and Management
14  Office; is that correct?
15     A. Right. That's correct.
16     Q. Mr. Sifuentes, this original e-mail from
17  Nancy Paulus of the LAO refers to a project that
18  we've discussed during this deposition, which is the
19  70-bed Salinas Valley State Prison Ad Seg-EOP unit.
20  In Ms. Paulus' e-mail dated August 9th she's
21  referring to a section letter about this project
22  that the LAO received and she then goes on to state
23  that the LAO requested and received additional
24  information about the project. I assume from the
25  CDCR.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1          Is that correct?
2          A. She would have received it from the
3  Department of Finance, who would have received it
4  from CDCR.
5          Q. Okay. Thank you.
6             Do you recognize this e-mail?
7          A. Yes, I do.
8          Q. And you were cc'd on the e-mail at the time
9  Ms. Paulus sent it, correct?
10         A. Yes.
11         Q. The LAO is requesting additional information
12 in this e-mail, including, No. 1, a copy of the site
13 assessment that was completed, describing the on
14 site infrastructure scope and costs referenced as
15 part of the three page estimate of the project. And
16 then in No. 2, they request information as to how
17 the 50,203 square feet of planned space will be
18 broken down by square footage and space type.
19            And it appears she's asking how much of that
20 space will be dedicated to bed space as opposed to
21 program space, healthcare space and administration
22 space; is that correct?
23         A. Yes, that's correct.
24         Q. Do you recall how this issue was resolved?
25         A. No, I'm not sure it has been resolved.

Page 110

```
 1      Q. Is this issue still pending, to your
 2   knowledge?
 3      MR. McCLAIN:  Object, lacks foundation.
 4      THE WITNESS:  I'm not sure.
 5      BY MS. WHELAN:
 6      Q. But you did not -- you're not aware of
 7   anybody clarifying how the space will be used in
 8   response to this e-mail; is that correct?
 9      A. I'm not aware if information was prepared in
10   response to her request.
11      Q. Moving to No. 3, the LAO is asking what kind
12   of design standard will be used for the
13   bed/treatment space.  Are you aware of whether or
14   not this question was answered --
15      A. No.
16      Q. -- by the CDCR?
17      A. No, I'm not aware.
18      Q. Moving on to No. 4, she asks:  "What type of
19   staffing will be required for this project?"  And
20   she goes on to state that staffing is a function of
21   programs.  And the design of these mental health bed
22   facilities should be driven by program plans.  She
23   states that programs should not be developed after
24   the facility is near completion.
25      And she requests an estimate of annual costs
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  of staffing these facilities, -- staffing for these
2  facilities based upon the types of programs planned.
3      Do you know if that issue was resolved?
4    A. No, I do not.
5    Q. Up at the top, Deborah Hysen responds -- or
6  I should say, she forwards this e-mail on to Dennis
7  Dunne, Robin Dezember, Andy Morgan, Doug McKeever
8  and you, and she states in the text of the e-mail
9  that this project, the 70-bed ASU project at Salinas
10 Valley State Prison, is the first, and then she
11 says, though "not really AB 900 per se?
12     Do you know what she means by that?
13   A. Yes, I do.
14   Q. Can you tell me what she means?
15   A. Yes.
16     We have to step back a little bit here and
17 talk about the approved bed plans.  As you know, the
18 approved bed plans had changed over from -- you
19 know, from April 2006, from June, to September, they
20 had changed.  I mean, the configuration of the
21 facilities and the types and where they were going
22 to be, they had changed over time, based upon, you
23 know, the agreement or disagreement upon the results
24 of the Navigant report.
25     The last plan submitted to the court was

GEORGE SIFUENTES

1  December of 2006, and in that plan, the 70-bed
2  Salinas Valley ad seg was not a project that was
3  proposed in the December plan.  However, the
4  department -- the administration had gone forward
5  and requested and received approval for those
6  projects that were in the December plan.  And they
7  were up for deliberation with the legislature.
8          The plan, after December, and I -- and I --
9  I can't remember, I guess it's now the June 2000
10 plan -- 2007 plan.
11     Q.  The most current plan now is the August 2007
12 plan?
13     A.  2007 plan.
14     Q.  Which you were looking at.
15     A.  Yeah.  But between December of 2007 the
16 projects morphed again.  And one of the projects
17 that came out of that latest revision was the ad seg
18 70-bed at Salinas Valley, okay?
19          Our strategy was to take funding that was
20 available for a project that the legislature had
21 already approved, and use it for the 70-bed.
22          Now, you do that through, she's got this --
23 she's got the term incorrect, it's not a section
24 letter it's a scope letter.
25          You can change a project, you can change its

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  scope, what it's supposed to do.  You can change its
2  schedule, you can change its dollars, up to the --
3  to the original limit, through a formal notification
4  to the legislature.  The administration did that.
5        Now, I can't quite recall what we -- we were
6  proposing to move forward with the 70-bed ad seg
7  project, because it was approved and agreed by
8  everybody, you know, CDCR, special master,
9  plaintiff's counsel.  We wanted to move as quick as
10 we can.  And that was our fastest way of getting
11 that project moved through.
12       And so we proposed to the legislature to
13 say, we want to do this 70-bed.  We're not going to
14 do a previously approved project because it's no
15 longer supported by the plan.  But we want to do
16 this one, we want to substitute A for B.  And if you
17 allow us to do that, we can get moving forward.
18       Because that was the fastest way we could go
19 forward.  That's what -- that's how we got to here.
20       So when she says it's not an AB 900 plan,
21 that's correct, because we were using a previously
22 approved appropriation to try to move forward the
23 70-bed ad seg at Salinas.
24    Q.  And what was the funding source for the
25 original project before it was re- scoped into the

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  70-bed project?
2      A. It was funded through the budget act of
3  2006.
4      Q. She goes on -- Ms. Hysen goes on to say, "I
5  expect more will come on future projects but we need
6  to have the blanks filled in so that we start to
7  regain credibility with LAO and JLBC."
8      Do you know what she's referring to there?
9      A. No, I do not.
10     Q. Are you aware of the department losing
11 credibility with the LAO?
12     A. Yes.
13     Q. And do you -- can you explain that to me?
14     A. Yes.  They were concerned about some of
15 our -- our capital outlay projects, the costs, the
16 scope.
17     Now I need to preface that with saying that
18 the LAO staff was brand-new, they had been there --
19 Nancy had probably been there about probably three
20 or four months, and her superior, Steve Durham, had
21 been there probably only six months prior to that.
22 So they were new and they were not -- they were not
23 familiar with the process we were using to request
24 funds for projects, whether it was mental health
25 projects or any other projects before.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288