# EXHIBIT 34

**Deposition of George Sifuentes
December 15, 2007
(Phase II Designations)**

**Part F**

Page 126

1  correct?
2      A. That's correct.
3      Q. So is it safe to say that this is a
4  tentative project completion date?
5      A. Yes. And it would have assumed no
6  litigation.
7      Q. I'm on the BCP section now. In the
8  signature section there is no signature but there's
9  a typed name of Gary Pierce, with a date of March
10 29th, '07. And this is for 1,503 beds CCC. And
11 this is for WC Phase 2. Can you describe again what
12 that means?
13     A. Describe the W & C? ? That would have been
14 funds to complete working drawings and construction.
15     Q. Do you know what the Phase 2 refers to?
16     A. No.
17     Q. I think we're going to see other ones that
18 have a Phase 1, so we'll come back to that, because
19 that might help you to understand.
20         So the project -- the summary of the
21 proposal is that this project will support
22 approximately 1,123 mental health beds capable of
23 supporting all custody levels, plus 380 support
24 facility beds at an estimated cost of 616 million
25 dollars; is that correct?

GEORGE SIFUENTES

Page 127

1    A. That's correct.
2    Q. Can you explain what the 380 support
3 facility beds are?
4    A. Yes. Those are minimum level inmates, in
5 this particular case, non- -- not participating in
6 the mental health program. And they are used to --
7 as janitors, landscapers, they help out, they're
8 really a support crew for the institution.
9    Q. So although this entire project is for 1,503
10 beds, only 1,123 will be for mental health Coleman
11 class members, correct?
12    A. Correct.
13       Can I ask you a question? CCC and
14 misdefined is Coleman class members?
15    Q. Yes.
16    A. Okay, that's all.
17    Q. Are you familiar with this document? Have
18 you seen it before?
19    A. I am sure -- I'm familiar with FIW, I'm
20 familiar with COBCPs in general. These particular
21 ones, I can't state for certainty that I've -- I saw
22 it.
23    Q. Who is Gary Pierce?
24    A. Gary Pierce is associate construction
25 analyst with the Office of Facilities Management,

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  and he was the lead analyst on new Coleman beds.
2  And was one of the primary liaisons with the
3  department -- with the mental health division of --
4  within healthcare, and Office of Facilities
5  Management.
6      Q. On -- beginning on page 3 of the BCP section
7  of this exhibit.
8      A. Okay.
9      Q. There's a section called project site
10 selection, and it essentially describes a
11 coordination effort with the receiver regarding the
12 sites that have been chosen for CCCs; is that
13 correct?  And it goes on to the next page.
14     A. Yeah.  I don't know if that's correct.  And
15 the reason I say that is my understanding, there was
16 five CCCs, and the receiver I know was looking at
17 seven separate -- different sites.  I don't believe
18 there's an intent to have seven CCCs.
19     My understanding, it was only going to be
20 five.  And they were trying to co- locate it, to the
21 extent they could, at the same sites that the
22 receiver wanted to be at.
23     Q. Okay.  So the receiver at this point, you
24 believe, was -- had seven sites in mind, and the
25 CCCs were going to be at five sites?

GEORGE SIFUENTES

A. That's correct, my understanding.

Q. And at the time that this was created, which was March of 2007, do you know if the receiver had chosen his sites for -- for medical beds?

A. No, I'm not aware that the receiver has chosen his sites for medical beds.

Q. So even today, you're not aware of him choosing sites for the medical beds; is that correct?

A. That's correct. I know he's still looking at sites.

Q. Under the project staffing section, which is on page 4.

A. Uh-hmm.

Q. Begins on page 4. It talked -- it begins by talking about recruitment and retention of qualified mental health staff being a major hurdle for the CDCR to overcome not just the proposed mental health facilities, but an ongoing problem for current programs and institutions.

Do you agree with that?

A. Yes. I previously stated that one of the major problems for the department is staffing at all -- all different programs, all levels.

Q. And then on the very last page, it -- it

GEORGE SIFUENTES

Page 130

1  talks about staffing -- it continues to talk about
2  staffing but this time as it relates to the Office
3  of Facilities Management. And under the heading
4  that says impact on the support budget, it states,
5  "The CDCR Office of Facilities Management is
6  requesting funding and position authority for 45
7  positions, nine per project, to plan, design,
8  construct, and activate five mental health CCCs."
9       As of the time you left the OFM, had the OFM
10 added any of those 45 positions?
11     A. No.
12     Q. Had the OFM achieved funding for any of
13 those 45 positions?
14     A. No.
15     Q. In the next paragraph it talks about --
16 well, let me read it. It says: "Currently, OFM has
17 a significant amount of workload related to projects
18 that are under design or construction."
19       And then in the next paragraph it says:
20 "Current staff resources within OFM have been fully
21 committed to the existing critical workload.
22 Consequently the workload associated with the mental
23 health projects cannot be absorbed. It is necessary
24 for OFM to add resources that are dedicated
25 specifically to these projects to ensure that the

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

beds are completed and activated timely to address the department's commitments to the Coleman core."

Is that correct?

A. That's correct.

Q. So it's safe to say that as of October, when you left the OFM, these critical staffing shortages still existed, correct?

A. I can't -- I can't say that. And the reason is because OFM was given more positions for AB 900. Now how Deborah decides to distribute them, may or may not alleviate this workload problem.

Q. And how many additional positions was OFM given?

A. Approximately 90.

Q. And what's the status of those positions right now? Have they been funded?

A. They -- I -- I don't know.

Q. So when you say AB 900 provided positions, what do you mean by that?

A. When AB 900 was enacted, the department was asked, what resources you would need in addition to carry out AB 900. Because AB 900 of and itself did not provide staffing resources.

A proposal was -- well, actually, what was agreed to was approximately 90 positions coming to

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  the Department of Corrections, OFM, to -- to manage
2  and run the AB 900 program.
3      Q. And were they -- were those positions
4  actually funded through AB 900?
5      A. No. They weren't -- they were funded
6  separately. I can't say they're not going to be
7  funded by AB 900, because they might be
8  subsequently, but not initially they were not
9  because AB 900 was a separate bill, was already
10 enacted, already enrolled, by the time the agreement
11 was to get more staff.
12     Q. And do you know what the status was for
13 hiring those 90 positions at the time that you left?
14     A. When I left, the division was actively --
15 was reorganizing, placing those positions in the new
16 organization, and recruiting.
17     Q. So none of those positions had been hired as
18 of the time you left?
19     A. I wouldn't say none of them, some of them
20 have. But they still have a number of them that
21 they have to recruit and fill.
22     Q. And do you know approximately how many were
23 filled?
24     A. Probably no more than ten.
25     Q. Now, I'm going to talk about other CCCs

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  also, but mostly just to go through the schedule.
2  But all of them have the same language about the
3  OFM's workload, which makes sense given that they're
4  all for CCCs.
5      A. Uh-hmm.
6      Q. Is that your understanding, that the
7  workload issues would apply to each one of the CCCs?
8      A. The workload issues would have applied --
9  our statement here was that the -- the existing
10 staff at the time that this document was written,
11 this was prior to AB 900 being implemented.  With
12 the staff that we had at OFM, we were being fully
13 utilized for the capital outlay program that we had
14 in hand, which was over 200 million in -- in
15 '06-'07, and at that time, was going to be proposing
16 another 83 million on top of that, for the
17 subsequent year.
18     So what we were saying is for the next
19 couple of years we're just -- whatever staff we
20 have, we're going to be busy.  If you want to start
21 adding large programs, such as this one would be,
22 this is what we're going to need to run those five,
23 because we believe, to meet any kind -- to do these
24 as expeditiously as possible, you had to have
25 started them all at the same time.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1   And that the way for us to do that was to
2   get approximately 45 people, dedicate them to this
3   program, and that would be their sole
4   responsibility. That we didn't have any other
5   resources to dedicate to.
6       Q. And do you know the status of this BCP?
7       A. This one here?
8       Q. Yes.
9       A. No, I do not.
10      Q. So you don't know if it was submitted to the
11  legislature?
12      A. Well, the way I read this is this would be
13  for the upcoming year, and the upcoming year being
14  2008 and 2009. The governor hasn't released his
15  budget for '08-'09 yet. If you go to the first page
16  of the BC -- COBCP.
17      Q. Uh-hmm.
18      A. You go into the header, and then you see
19  where it says budget year '08-'09.
20      Q. Uh-hmm.
21      A. That's July 1 of 2008 through June 30th of
22  2009. And that's in the future, so I -- I don't
23  know if this is going to be in that budget or not.
24  The governor will release his budget January 10th.
25      Q. So are you saying you can tell by looking at

1  this that this project is not funded by AB 900 and,
2  instead, is seeking funding through the governor's
3  budget?
4      A. I don't know how it's going to be funded
5  because there is no indication here how -- how it's
6  going to be funded. I mean, there's nothing here
7  that says what your funding source is.
8      As I mentioned earlier, Facilities
9  Management doesn't make recommendations as to how
10 it's to be funded.
11     You know, our responsibilities is to come up
12 with the scope, the cost and schedule. And what I'm
13 saying is that we would have -- if -- if -- if you
14 look on the first page and you see that column that
15 says January 10 action, that would be the -- what we
16 would request is that on January 10th when the
17 budget is released, that this document, this
18 project, be in that budget. And if it's so adopted
19 it would read that you're asking for this amount
20 (indicating) for this project.
21     Q. Okay.
22     And at what point would this project be
23 funded if it were included in the governor's
24 2008-2009 budget?
25     MR. McCLAIN: Objection, calls for speculation,

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
 1   lacks foundation.
 2        THE WITNESS:  If it -- if it was part of the
 3   budget act for '08-'09, it would be approved the
 4   date of enactment.
 5        BY MS. WHELAN:
 6        Q.  Date of enactment of the budget?
 7        A.  Of the Budget Act, right.
 8        Q.  And who would make the decision about the
 9   source of funding for this CCC?
10        MR. McCLAIN:  Objection.
11        BY MS. WHELAN:
12        Q.  What agency would make that decision?
13        A.  That was Department of --
14        MR. McCLAIN:  Objection, lacks foundation,
15   calls for speculation.
16        THE WITNESS:  In my experience, it's Department
17   of Finance makes those calls.
18        BY MS. WHELAN:
19        Q.  And can you just explain very briefly what
20   the process is for this?  I assume that Mr. Pierce
21   created this and he -- he works for the Office of
22   Facilities Management, and then who does he submit
23   it to?
24        A.  He would -- he would submit it to his
25   supervisor, then ultimately to me, I mean, because
```

```
 1   that document is represented as one of the listings
 2   in here.  If you go back to the infrastructure plan,
 3   if I remember correctly, you'll see this project
 4   listed.  This is what we call the backup document to
 5   that.
 6          So it's -- it's on that project priority
 7   listing, it will be there, and the numbers here, or
 8   the description here, should match what's in that
 9   listing.
10          So for every project you have listed in here
11   (indicating), some that you're interested in, some
12   that you're not interested in, there will be backup
13   documentation in this very similar format to back up
14   our request.
15      Q.  And so you said that this would come
16   ultimately to you?
17      A.  Right.
18      Q.  And did this come to you?
19      A.  I -- because of the number of -- of projects
20   that are listed and there are more than a hundred, I
21   would have gotten binders, and this would have been
22   within those binders, that say this is the backup to
23   our plan.  I would not have read them, I would have
24   trusted staff that that's what they were supposed to
25   do.  And then this would be submitted -- our plan
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288