# EXHIBIT 34

## Deposition of George Sifuentes
## December 15, 2007
## (Phase II Designations)

## Part G

would be submitted to finance for their review and approval.

    Q. And what would this document look like if it had been approved? I assume there would be signatures on it with --

    A. No, actually. Actually there would not be signatures. That would probably be the name you would see on that document.

    Q. So why are there signature lines for the agency secretary and the department director and --

    A. Well, process calls for them to be signed, but when you're -- it -- ever since I've been in Facilities Management that's always been delegated down to the deputy director, the Office of Facilities Management. And then the way we got approval of the submission was approval of the -- of the transmittal letter that said here's your plan. And -- and once that was signed by either the secretary or previous to that the director, it would approve that listing. And we would then submit all of the BCPs that were reflective of that listing. We would not submit those binders and binders and binders of documents to them for signature, that hasn't been a practice.

    Q. Okay.

```
 1        But as of the time you left the OFM in
 2   October of '07, this consolidated care center at CMC
 3   was not funded; is that correct?
 4        A. That's correct.
 5        MS. WHELAN: This is 11.
 6        (Plaintiffs' Exhibit No. 11 was marked for
 7   identification.)
 8        THE WITNESS: It's 11?
 9        MS. WHELAN: This is 11.
10        Q. Exhibit 11 is a budget change proposal -- a
11   capital outlay budget change proposal for the same
12   CMC 1503 consolidated care center project. And this
13   one refers to DB Phase 1, and was approved by Gary
14   Pierce, apparently on August 28th, '07. And signed
15   also by Wendy Santos?
16        A. Santos.
17        Q. Santos on 8-29-07; is that correct?
18        A. That's correct.
19        Q. Can you explain what DB Phase 1 refers to in
20   the phases to be funded section of this?
21        A. Yes.
22        DB stands for design build, which is --
23   which is a project delivery method. And Phase 1
24   would refer to the amount of money we needed to
25   begin that process, to begin the design build
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  process.
2      Q. And does the Office of Facilities Management
3  do design build projects?
4      A. The Office of Facilities Management has
5  never done a design build project.
6      Q. So is it your understanding that these
7  consolidated care centers would be the first design
8  build projects that the OFM would do?
9      A. Yes.
10     Q. And when we were talking about some of the
11 OFM staffing needs earlier, do those staffing needs
12 also relate to burdens placed on OFM by the design
13 build process?
14     A. Yes.
15     Q. And what kind of experience would the OFM
16 need to conduct design build projects that were
17 different from design bid build projects?
18     A. We would have -- we would have had to
19 recruit and hopefully retain project directors that
20 were familiar with the delivery system of design
21 build.
22     Q. On page nine of this BCP it refers again to
23 OFM's requests for funding and position authority
24 for nine positions for this plan. Would those
25 include the project directors that you just

GEORGE SIFUENTES

1  mentioned?
2      A. Yes.
3      Q. But as of the date that you left the OFM had
4  any of those project directors been hired?
5      A. Oh, no, not for this -- not for this
6  project. This was not -- when I left this was not
7  an approved project, thus there would not have been
8  any staff associated with it.
9      Q. And do you know if it's now an approved
10 project?
11     A. I do not know if it's now an approved
12 project.
13     Q. Can you explain why this project, which is
14 DB Phase 1, appears to have been submitted five
15 months after the BCP for WC Phase 2?
16     A. Well, I don't know if any of these -- if
17 either of these two documents have been submitted.
18 I think what's fair to say is that the document,
19 No. 11, was -- was prepared apparently by Gary and
20 Wendy at a later date. And what I suspect is that
21 they were charged with putting together a BCP that
22 reflected the department utilizing design build as a
23 delivery method for this particular project.
24     (Plaintiffs' Exhibit No. 12 was marked for
25 identification.)

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
 1        BY MS. WHELAN:
 2        Q. Exhibit 12 is a fiscal impact worksheet and
 3   project cost summary and BCP for the CIM
 4   Consolidated Care Center.  The start of preliminary
 5   plans for this Consolidated Care Center was listed
 6   as August 1st, 2007, do you see that?
 7        A. Yes, I do.
 8        Q. Did preliminary plans start on August 1st,
 9   2007?
10        A. No, they did not.
11        Q. And are you aware of preliminary plans
12   starting since August 1st, 2007 for this project?
13        A. No, I'm not.
14        Q. And it lists a project completion date of
15   April 15th, 2011; is that correct?
16        A. That's correct.
17        Q. Is it safe to say that's a tentative date of
18   completion?
19        A. Yes, that date would have assumed EIR
20   without litigation.
21        (Plaintiffs' Exhibit No. 13 was marked for
22   identification.)
23        BY MS. WHELAN:
24        Q. Exhibit 13 is a fiscal impact worksheet and
25   cost summary and BCP for the Lancaster Consolidated
```

1  Care Center; is that correct?
2      A. That's correct.
3      Q. And the schedule set forth at the start of
4  preliminary plans is August 1st, 2007; is that
5  right?
6      A. That's right.
7      Q. Did preliminary plans start on August 1st,
8  2007?
9      A. No, they did not.
10     Q. And have they since started since August
11 1st, 2007?
12     A. I don't believe so.
13     Q. And this lists a project completion date of
14 December 30th, 2012; is that correct?
15     A. That's correct.
16     Q. And same question, is it fair to say that
17 that's a tentative completion date, based on the
18 fact that no environmental report has been done on
19 this project?
20     A. Well, that -- it -- it would -- it's a
21 tentative date, assuming that the -- there would not
22 have been any litigation regarding the environmental
23 report.
24     Q. Do you know if this project was approved?
25     A. I'm not aware that it was approved.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Q. Do you know if it's been funded?
2  A. I'm not aware that it's been funded.
3  MS. WHELAN: This is Exhibit 14.
4  (Plaintiffs' Exhibit No. 14 was marked for
5  identification.)
6  BY MS. WHELAN:
7  Q. This is the fiscal impact worksheet and cost
8  summary and BCP for the RJ Donovan Consolidated Care
9  Center; is that correct?
10  A. That's correct.
11  Q. The start of preliminary plans is listed on
12  the -- under the schedule as August 1st, 2007; is
13  that right?
14  A. That's correct.
15  Q. Did preliminary plans begin on that date?
16  A. No, they did not.
17  Q. And did preliminary -- have preliminary
18  plans begun since that date?
19  MR. McCLAIN: Objection, lacks foundation.
20  THE WITNESS: I don't believe so.
21  BY MS. WHELAN:
22  Q. And this lists a project completion of
23  December 30th, 2013; is that correct?
24  A. That's correct.
25  Q. Is it fair to say that that's a tentative

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
1    completion date?
2        A.  Yes.
3        Q.  Do you know what the status is of this BCP
4    and whether it was approved?
5        A.  I don't know the status of the BCP.
6        Q.  And do you know if this has been submitted
7    to the legislature?
8        A.  I --
9        MR. McCLAIN:  Objection, lacks foundation.
10       THE WITNESS:  I do not know if it has.
11       MS. WHELAN:  Just to be clear, Exhibit 14
12   refers to the WC Phase 2 portion of the RJD
13   Consolidated Care Centers.
14   Exhibit 15 is the DB Phase 1 of that project.
15       (Plaintiffs' Exhibit No. 15 was marked for
16   identification.)
17       BY MS. WHELAN:
18       Q.  Exhibit 15 is the capital outlay budget
19   change proposal for Phase I for the design build
20   Phase I portion of the RJD 886 bed Consolidated Care
21   Center; is that correct?
22       A.  That's correct.
23       Q.  Has this project been funded?
24       A.  Not to my knowledge.
25       Q.  And prior to leaving the OFM, had you
```

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 146

1  received -- had OFM received the nine staff members
2  for this project?
3      A. No, it did not.
4      Q. And is that also true for the Lancaster
5  Consolidated Care Center?
6      A. Yes.
7         Can we take a break so I can get a glass of
8  water?
9      MS. WHELAN:  Sure.
10     (Recess.)
11     (Plaintiffs' Exhibit No. 16 was marked for
12 identification.)
13     BY MS. WHELAN:
14     Q. Exhibit 16 is the fiscal impact worksheet
15 cost proposals and capital outlay budget change
16 proposal for the 622 bed Consolidated Care Center at
17 CSP Sac; is that correct?
18     A. That's correct.
19     Q. On the front page under the schedule it said
20 that the preliminary plans were to start on August
21 1st, 2007; is that correct?
22     A. That's correct.
23     Q. And did they start on that date?
24     A. Not to my knowledge.
25     Q. The project completion date is listed as

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  December 30th, 2011; is that correct?
2      A. That's correct.
3      Q. And is it fair to say that that's a
4  tentative completion date?
5      A. Yes.
6      Q. Are you aware that the special master was
7  concerned after receiving the department's August
8  2007 bed plan that the consolidated care centers
9  were more likely to be completed -- were not likely
10 to be completed until more like the year 2014?
11     A. No, I wasn't aware the Special Master's
12 concern at that time.
13     Q. In your experience, with construction and
14 working with the department, do you think it's
15 realistic that these five consolidated care centers
16 could be built by 2011?
17     A. As of today, starting today?
18     Q. Yes.
19     A. In my opinion, that's not likely.
20     Q. And in your opinion, what would be a more
21 reasonable completion date?
22     A. Well, my understanding today is we do not
23 have authority to -- to design or construct these,
24 these facilities, thus funding is not available.
25     Funding under the typical or normal, shall I

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

say, budgeting process would not become available until July -- the earliest would be July of '08. So one could not begin doing any of this work until July of '08.

So I believe you have to add at least 12 months to the schedules that were proposed previously.

Q. And do you believe that then additional time could also be added for other factors that could effect these plans, such as litigation related to environmental impact reports?

MR. McCLAIN: Objection, calls for speculation.

THE WITNESS: Time would have to be added if those factors do in fact become a problem for the project.

BY MS. WHELAN:

Q. And do you agree that time would also be added if there is community opposition to these projects?

MR. McCLAIN: Objection, calls for speculation.

THE WITNESS: No, not necessarily.

BY MS. WHELAN:

Q. Are there delays resulting from the normal construction process that might also effect these projects?

1  MR. McCLAIN: Objection, calls for speculation.
2  THE WITNESS: During construction unexpected
3  delays could occur, so it is possible that an
4  expected construction issue could arise at a
5  particular site.
6  BY MS. WHELAN:
7  Q. And can you give some examples generally of
8  what those are?
9  A. A contractor going bankrupt, a site
10 condition not previously known, are usually the two
11 most common ones.
12 Q. Could there also be problems with bonds?
13 A. Not during construction. The contractor's
14 bond prior to being awarded the contract. They have
15 to prove -- they have to provide copies of those
16 bonds to the department prior to the signing of the
17 contract.
18 So that -- our job -- that's not the
19 problem. The problem is when they go bankrupt and
20 the bonding company has to take over the work.
21 Q. Aside from the CCCs that we've been talking
22 about, is the design build process used for other
23 Coleman bed projects?
24 A. No. The department's never used design
25 build.

GEORGE SIFUENTES