# EXHIBIT 34

**Deposition of George Sifuentes
December 15, 2007
(Phase II Designations)**

**Part H**

Page 151

1    The Sacramento project related to treatment
2 and programming space for 380 EOP inmates?
3        A. It's under the design bid build authority.
4        Q. And what about the Lancaster project to
5 build treatment and office space for 150 EOP
6 inmates?
7        A. The same design bid build.
8        Q. What about the California medical facility,
9 64-bed intermediate care facility?
10        A. The same, design bid build.
11        Q. The 50-bed CMF MHCB project, do you know the
12 status of that now?
13        A. It's under construction. And I reported at
14 the September -- before I left I attended the last
15 September all parties meeting and reported that
16 that -- at that time it appeared to me it would be
17 completed, ready for occupancy, middle of January.
18        Q. And do you know if the department has an
19 estimate about when that facility will be populated
20 with inmate patients?
21        A. I'm not aware of that timeline.
22        (Plaintiffs' Exhibit No. 17 was marked for
23 identification.)
24        BY MS. WHELAN:
25        Q. Exhibit 17 is a August 9, 2007 e-mail from

GEORGE SIFUENTES

1  Jim Martone to George Sifuentes. And the attachment
2  is a AB 900 funds Coleman mental health bed listing;
3  is that correct?
4      A. Yes.
5      Q. I believe you referred to this e-mail before
6  or I might be mistaken, I thought you said that
7  there was a listing of which mental health projects
8  would be funded through AB 900, is that true?
9      A. No. What I stated is I -- my reading of AB
10 900 is that there's funds from AB 900 that could be
11 used for medical mental health or dental beds.
12     Q. Okay.
13        This document shows that the Phase I fund
14 designated in AB 900 for medical mental health or
15 dental beds is $857,100,000, correct?
16     A. Correct.
17     Q. And then it goes on to list the cost of
18 various Coleman bed plan projects, including several
19 that we just talked about, such as the EOP project
20 at Sac, the EOP project at Lancaster, the EOP ad seg
21 project at Salinas Valley, the ICF project at CMF
22 and the acute/ICF project at CIW, correct?
23     A. Correct.
24     Q. Then it states that the mental health
25 projects proposed using AB 900 total 1,643,000; is

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  that correct?
2     A. Yes, that's correct.
3     Q. Does this mean that all of the above
4  projects will be funded through AB 900?
5     A. No, it does not.
6        What it means is that from Jim Martone, the
7  Department of Finance, this is how they represent
8  the funds could be distributed from AB 900 to the
9  following projects.
10    Q. But you're saying that it's not clear if
11 they're funded through AB 900; is that correct?
12    A. That's correct.
13    Q. On the same document, the California Men's
14 Colony, 50-bed MHCB is listed below the CCCs, do you
15 see that -- I'm sorry, above the CCCs?
16    A. Yes.
17    Q. Do you understand why that CMC 50-bed mental
18 health crisis bed project is listed separately from
19 the CMC Consolidated Care Center?
20    A. Yes.
21    Q. Can you explain why that is?
22    A. Yes.  In one of the AB 900 -- excuse me, in
23 one of the bed plans it was identified that we had a
24 shortage of mental health crisis beds statewide, and
25 that one was needed in Southern California.  And

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

mental health colony was selected as a second site for another 50-bed, because it -- it was to be the twin of the 50-bed over at CMF, that's currently under construction.

So that moved -- that moved forward about three years ago as a separate project.

During that time, the consolidated care center concept came about. And it was decided that if we were going to go to CMC anyway, rather than build a separate 50-bed mental health crisis bed, make that part of the consolidated care center. You know, don't build -- don't build special -- separate ones, just incorporate it. And everybody said that's great, that's good.

At the time that we submitted last year's budget, which would have been January 10 of '07, the department was in a position where it didn't have authority to go forward with the CCCs. It had made a commitment to the court that it would put forth a funding request for the 50-bed, and we did.

And so during the legislative process we agreed with staffers that, hey, you may view this as a duplicative request because we have a 50-bed and then we have a CCC for CMC. And your question's going to be, is the 50-bed in there. And our -- our

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  answer's going to be is yes. But we have a separate
2  request because we had made a promise to the court
3  and we don't have the blessing from the court about
4  the CCC at CMC at the time that we made the
5  submittal.
6      And so they went forward. And during that
7  next six months, you know, the concept of CCCs and
8  who was going to do them and what they were going to
9  be became a little bit more solidified.
10     And what the conference committee did was --
11 well, and then while that was moving, an AB 900 came
12 on top. And when they enacted AB 900, they set
13 aside this 857 million for medical, mental and
14 dental. And what they said was, wait a minute, why
15 should I approve this separately if there's already
16 a funding source.
17     So they moved the funding. They say, if you
18 really want to do this and if we're going to do this
19 because you're not building the CCC at CMC, that's
20 really the choice, and you have to build this, then
21 take it out of AB 900. Or what they said was, you
22 have a funding source in AB 900, is what they said.
23     Q. And so what is the status of the CMC 50-bed
24 MHCB unit?
25     MR. McCLAIN: Objection, lacks foundation.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  THE WITNESS: I'm not sure.
2  BY MS. WHELAN:
3  Q. Do you know if preliminary plans have
4  started?
5  MR. McCLAIN: Objection, lacks foundation.
6  THE WITNESS: I do not believe they've started.
7  BY MS. WHELAN:
8  Q. So if preliminary plans haven't started,
9  that means the environmental impact report has not
10 started; is that correct?
11 A. That's correct.
12 MS. WHELAN: I'm going to move into the in-fill
13 portion of AB 900.
14 (Plaintiffs' Exhibit No. 18 was marked for
15 identification.)
16 BY MS. WHELAN:
17 Q. Exhibit 18 is a May 16th, 2007 Declaration
18 of Deborah Hysen in Support of Defendant's Report in
19 Response to the Court's February 15th, 2007 Order.
20 Have you ever seen this declaration before?
21 A. Yes, after it was signed and submitted.
22 Q. Were you involved at all in creating this
23 declaration?
24 A. No, I was not.
25 Q. On page 3 of her declaration, beginning in

GEORGE SIFUENTES

1 paragraph 6, she -- she describes Phase I of AB 900
2 consisting of 7,484 in-fill beds at existing prisons
3 plus an additional 4,516 in-fill beds once site
4 assessments have been done for other facilities, for
5 a total of 12,000 in-fill beds.
6     Do you see that?
7     A. Yes.
8     Q. She also refers to Phase I including 6,000
9 reentry beds and 6,000 medical mental health beds,
10 do you see that?
11     A. Yes.
12     Q. In paragraph 7 she states that the 12,000
13 Phase I in-fill beds will be completed in 2009, do
14 you see that?
15     A. Yes, I do.
16     Q. Do you agree with that statement?
17     MR. McCLAIN: Objection, calls for speculation,
18 lacks foundation.
19     THE WITNESS: I do not see how they're going to
20 be -- all 12,000 are going to be completed in 2009.
21     BY MS. WHELAN:
22     Q. Do you know how many have been completed as
23 of today?
24     A. I'm not aware of any of them completed as of
25 today.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  Q. And why is it your opinion that 12,000 will
2  not be completed by 2009?
3  A. Well, prior to me leaving Facilities,
4  preliminary plans had not yet been started for any
5  of these beds.
6  Q. And so that also means that no environmental
7  impact reports had been started for any of these
8  beds, is that true?
9  A. Yes, that's true.
10 Q. The 12,000 Phase I in-fill beds that she
11 refers to, do you have an understanding of whether
12 they will replace existing beds or create new beds?
13 MR. McCLAIN: Objection, lacks foundation.
14 THE WITNESS: AB 900 requires that those be new
15 beds. And that the people occupying those new beds
16 will come from your nontraditional beds.
17 BY MS. WHELAN:
18 Q. Okay, so the people who are in the so-called
19 "bad beds" in triple bunks will be -- will move into
20 the new in-fill beds constructed under AB 900?
21 A. I can't say that's going to happen. What I
22 can say is that the end result of the movement of
23 the inmates will result in the elimination of the
24 nontraditional beds.
25 Q. So these 12,000 Phase I in-fill beds are not

Page 159

1  creating new beds, is that correct?
2      MR. McCLAIN: Objection, vague, lacks
3  foundation.
4      THE WITNESS: They are creating new housing
5  units.
6      BY MS. WHELAN:
7      Q. They're creating new housing units for
8  existing inmates; is that correct?
9      A. That's correct.
10     MS. WHELAN: This is Exhibit 19.
11         (Plaintiffs' Exhibit No. 19 was marked for
12 identification.)
13     BY MS. WHELAN:
14     Q. Exhibit 19 is a in-fill bed program AB 900
15 Office of Facilities Management's program
16 assumptions, dated April 27th, 2007. Have you seen
17 this document before?
18     A. Yes, I created it.
19     Q. Oh, good.
20         So the document explains that 21 sites will
21 be impacted by in-fill beds; is that correct?
22     A. That's correct.
23     Q. And by sites, does that mean prisons?
24     A. Yes, it means prisons.
25     Q. You also state that each site will require

GEORGE SIFUENTES

1  three professional consultant contracts for 24
2  months; is that correct?
3      A. Yes. And I did that exercise so that the
4  contract staff would understand what workload was
5  going to in all probability be coming their way.
6      Q. And have these professional consultant
7  contracts been hired?
8      A. Prior to me leaving they were selected and
9  they were undergoing negotiations to -- to be hired.
10     Q. And then you state that eleven of the sites
11 will have public construction contracts which will
12 have a 12 to 24 month duration.
13     Can you explain what that means?
14     A. Yes.
15     What it means is of the 21 sites that are
16 being impacted, eleven of those sites are going to
17 have public -- excuse me, private contractors.
18 That's -- that's how we refer to it as public
19 construction contracts.
20     Again, this was done so that Contracts would
21 get an idea of the workload that was coming to them,
22 because they were responsible for the bidding
23 process and the awarding of the contracts.
24 Facilities Management was responsible for the
25 design, but once we got the project designed, we

1  send it over to Contracts for them to do the
2  bidding. It was just checks and balance, so this
3  was work that was coming to them that they may not
4  have realized when AB 900 was implemented.
5     And I was trying to give them a general idea
6  of, this is the impact that could be hitting you.
7  That based upon what I understood of the program,
8  based upon what I saw, eleven of the sites were
9  going to have public construction contracts.
10    Q. And what kind of increased workload would
11 that create for the contracting department?
12    A. Well, from here it means that 44 contracts
13 would be -- would have to be bid, and would have to
14 be awarded. And -- which is a significant increase
15 over their workload. They -- they probably receive
16 from us maybe one or two a month, but this 44 would
17 have been around -- they would have been hit within
18 probably a three-four month period with 44. It
19 would have been a large amount of work.
20    Q. And do you know what the status is of those
21 44 contracts?
22    MR. McCLAIN: Objection, lacks foundation.
23    THE WITNESS: No, I do not.
24    BY MS. WHELAN:
25    Q. And did anyone from the contract section

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  contact you after you sent this number to them?
2      A. Oh, yes, absolutely.
3         Steve Alston, who is listed on -- Steve
4  Alston, who heads up the Contracts organization.
5  And I worked with Steve about, Steve, here's the
6  work I'm going to be sending to you, you know, based
7  upon what I understand the program to be back in
8  April.  Just trying to help him make sure he got --
9  this helped him put together a request for staff,
10 which he requested, and I believe he got for
11 contract support.
12     Q. Do you know how many staff he requested?
13     A. No, I do not.
14     Q. And when you say you believe he got them, do
15 you mean you believe he got funding for them?
16     A. Yes.
17     Q. Do you know if he was able to hire those
18 people?
19     A. I do not know.
20     Q. And do you have -- I know you don't know the
21 number, but do you have a general sense of the
22 number?
23     A. No, no.
24     Q. Okay.  Like more than a hundred staff
25 members?

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 163

1    MR. McCLAIN: Objection, asked and answered,
2 lacks foundation.
3    THE WITNESS: It wouldn't -- it would not be
4 more than -- than a hundred.
5    BY MS. WHELAN:
6    Q. I don't want to misrepresent it, I'm just
7 trying to get a sense of what -- if we're talking
8 about five or we're talking about, you know, 50,
9 just a general range.
10    A. Well, there was -- there was two
11 organizations that -- that are impacted by something
12 like this, Contracts was obviously one. The other
13 one is accounting. Outside of the Office of
14 Facilities Management, okay? Office of Facilities
15 Management has its own issues, but outside, it would
16 have been accounting, because they have to pay the
17 bills when the invoices come in from -- from either
18 the designers or the contracts. And then Contracts
19 would have been hit, because we would have been --
20 in this case I mentioned we selected the site
21 engineer, the construction manager and the
22 architectural designer, there's a contract that
23 needs to be processed. So they would have been
24 impacted by that work, initially, and then when the
25 design got done and we were ready to issue the

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288