# EXHIBIT 34

## Deposition of George Sifuentes
## December 15, 2007
## (Phase II Designations)

## Part I

Page 164

1  construction bid, they would have been hit again.
2          My guess is that -- is that Steve probably
3  asked for no more than 15 people.
4      Q. Okay.
5          And then accounting, you said, would be
6  effected too?
7      A. Yes.
8      Q. Do you know if they had to request more
9  people?
10     A. Yes, they did.
11     Q. Do you know how many staff they requested?
12     A. No, but it -- it would probably have been no
13 more than ten.
14     Q. Do you know if they received funding for
15 those staff?
16         MR. McCLAIN: Objection, lacks foundation,
17 calls for speculation.
18         THE WITNESS: No. I know they received funding
19 but for how many positions, I do not know.
20         BY MS. WHELAN:
21     Q. And do you know if they hired any of those
22 staff members?
23         MR. McCLAIN: Objection, lacks foundation.
24 Sorry.
25         THE WITNESS: That I do not know.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1    BY MS. WHELAN:
2    Q. Then you refer to 13 sites having inmate
3 ward labor?
4    A. Right.
5    Q. Performing construction work for 18 to 24
6 months durations. Let me just clarify: When you
7 refer to the 12-to-24-month durations, is that the
8 duration of the contract or the construction itself?
9    A. The construction itself.
10    Q. Okay.
11       So this was estimating that eleven of the
12 in-fill sites would have construction happening for
13 12 to 24 months?
14    A. No. It says that eleven of the sites are
15 going to have private contractors on the site for a
16 period of 11 to 24 months. That's what public
17 construction contracts are.
18    Q. I'm sorry, you just said private
19 contractors, is that what you meant?
20    A. Yeah, private construction contractors. It
21 will be -- it will be at eleven sites, and if it's
22 for -- if it's for public works contracts for each
23 site, the Contracts unit can expect upwards of 44
24 bids that it's going to have to release, manage and
25 award those contracts. That's what I was alerting

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

them to, okay?

Also, letting accounting know that potentially there's going to be at least 44 new contracts out there that they're going to have to invoice, you know, they're going to get invoiced. So they go ahead and justify their workload based upon what I'm -- what my needs are of them.

Q. So the 13 sites with inmate ward labor, you specific will have construction work for 18 to 24 months. Why is that longer than the public -- the eleven sites with public construction contracts?

A. It depends on the nature of the work. If you -- if you go through here, you'll see what some of the parameters were. And if you'll notice, that though it's not said on each one of these, each one of these facilities here, they were all built inside a secure perimeter. And that's why we were going to use inmate ward labor.

And when you're building inside a secured perimeter, you are going to have delays, because you bring in materials, supplies and personnel through the secure -- through the secure perimeter, as -- as we're doing right now at the CMF 50-bed. It will just drive delays, it just takes longer, it's harder to do work under those conditions.

1       The eleven sites, they were going to have
2  work -- my plan was for them to have work that was
3  outside the secure perimeter. So they would not be
4  impeded by going through that secure perimeter,
5  thus, they could get to the work much, much quicker.
6       Q. And is it your understanding that the work
7  at the eleven sites which are outside the secure
8  perimeter will happen simultaneously?
9       A. Yes, they could.
10      Q. And is that also true for the 13 sites with
11 inmate ward labor?
12      A. Yes.
13      Q. And you say it could because it depends on
14 whether the contracts are in place; is that correct?
15      A. It depends on the contracts, it depends on
16 the nature of the work, and the site.
17      Q. Okay.
18         And would the Office of Facilities
19 Management be directly involved in any of these
20 sites?
21      A. Each one of them.
22      Q. Okay.
23         So every one of them?
24      A. Yes.
25      Q. And so presumably these in-fill projects

1   also have a workload effect on the OFM; is that
2   correct?
3       A. Yes, they do.  Yes, it does.
4       Q. And do you recall what that workload effect
5   was?
6       A. Yes.  We requested about 100 new positions
7   to do this work.
8       Q. And when did you make that request?
9       A. That request was made at the time right
10  after AB 900 was implemented.
11      Q. So approximately May or June of 2007?
12      A. May, yeah, May, early June.
13      Q. And what happened as a result of that
14  request?
15      A. Well, I mentioned earlier that there was 100
16  positions coming to OFM, and that Deborah was taking
17  that and reorganizing, doing some reorganization, so
18  our request got translated into that and -- and
19  people are making reorganization decisions and
20  hiring decisions.
21      Q. Okay.
22      And do you know if any of those positions
23  have been hired?
24      A. Well, as I mentioned before, I think
25  probably ten or so of those have been -- have been

1  hired.
2      Q. So these are the same positions as the OFM
3  needs for also Coleman bed planning projects; is
4  that correct?
5      A. No.  The Coleman bed -- the Coleman was a
6  separate -- the 45, that I believe you're referring
7  to, it was a separate request.  AB 900, at the time
8  of enactment, was mostly focusing on in-fill, not
9  mental health beds.
10         Is it all right to take a five-minute break?
11     MS. WHELAN:  Yeah.  I think it's about time for
12 us to take a break.
13        (Recess.)
14        (Plaintiffs' Exhibit No. 20 was marked for
15 identification.)
16     BY MS. WHELAN:
17     Q. Exhibit 20 is a May 8th, 2007 e-mail from
18 Corey Cummings to Joe Moss with a cc to Dean Borg,
19 Theresa Schwartz and George Sifuentes.
20        And attached to the e-mail is a CDCR
21 estimated construction schedule for in-fill bed plan
22 dated January 2007.
23        This chart lists the department's in-fill
24 bed planning schedule as of January 2007; is that
25 correct?

1   A. Yes.
2   Q. And have you seen this chart before?
3   A. Yes.
4   Q. Are you familiar with the projects listed on
5   the chart?
6   A. Yes, I was.
7   Q. So it looks like -- I know you left the
8   Office of Facilities Management in October of 2007.
9   The first -- well, first of all, can you explain why
10  there are two estimated start date columns on this
11  chart, one is an estimated start date and one is an
12  estimated construction start date?
13  A. Oh, yes.
14  The estimated start date, the first column
15  that's titled estimated start date, is when we would
16  begin the design of the project.
17  Q. Okay.
18  So the estimated start date refers to the
19  beginning of the design process and the estimated
20  construction start date, obviously refers to the
21  start date for construction; is that correct?
22  A. Right. That's correct.
23  Q. I think you gave me your cough.
24  A. I apologize, you do not want this.
25  Q. So the first project which is 400 beds at

GEORGE SIFUENTES

1  the PVSP dorm, did you begin design of that project
2  in July '07?
3      A. No, we did not.
4      Q. Any of these first one, two, three, four,
5  five, six, seven, eight, nine, ten, eleven, twelve,
6  thirteen, fourteen projects that are listed that
7  were set to begin in July of '07, did any of those
8  begin then?
9      A. No.
10     Q. And all of those projects range from
11 construction of 200 to 400 beds; is that correct?
12     A. Yes.
13     Q. Then there are one, two, three, four
14 projects listed that were set to begin in August
15 '07, did those begin in August '07?
16     A. No, they did not.
17     Q. And those four projects range in scope from
18 150 to 440 beds; is that correct?
19     A. That's correct.
20     Q. The next four projects were set to begin in
21 September '07, did any of those begin in September
22 '07?
23     A. No, they did not.
24     Q. And those range in scope from 200 to 400
25 dorm beds; is that correct?

GEORGE SIFUENTES

1  A. Yes.

2  Q. As of the time that you left in October of
3  2007, had any of these in-fill projects begun the
4  design phase?

5  A. No.

6  (Plaintiffs' Exhibit No. 21 was marked for
7  identification.)

8  BY MS. WHELAN:

9  Q. Exhibit 21 is a e-mail chain on June 7th,
10 primarily between Corey Cummings, George Sifuentes
11 and Deborah Hysen, regarding the in-fill bed plan;
12 is that correct?

13 A. Yes.

14 Q. Beginning with Mr. Cummings' e-mail --

15 A. This one here?

16 Q. No, I'm sorry, at the very bottom.

17 A. Oh, okay.

18 Q. Starting at the very bottom of this chain.

19 A. Right.

20 Q. Is this what you were referring to when you
21 said that each of the in-fill beds would replace a
22 nontraditional bed?

23 A. No.  There's language in --

24 Q. Oh, I'm sorry, my mistake, this refers to
25 out of state, sorry.

1  A. Yeah.

2  Q. Sorry.

3  A. That's okay.

4  Q. This refers to the position that each --
5  each inmate transferred out of state will result in
6  the removal of a nontraditional bed; is that
7  correct?

8  A. That's correct.

9  Q. And in your experience, is that what was
10 happening?

11 A. Yes. I mean, it's in the spirit of AB 900,
12 which said any beds you get from AB 900 is to
13 address the reduction of nontraditional beds.

14 Q. And do you recall at the time that you left
15 the OFM, how many of the nontraditional beds were
16 taken off line as a result of out of state
17 transfers?

18 A. No, I'm not sure how many out of state
19 transfers have occurred since AB 900.

20 Q. Okay.

21 Up at the top which is an e-mail from
22 Deborah Hysen to you and Scott Kernan, Ms. Hysen
23 refers to a serious error in the in-fill bed plan
24 and the follow up site assessments, do you know what
25 she's referring to there?

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1   A. Yeah.
2       I'm reading this, because I read it when it
3   first came out. This clearly is a misunderstanding
4   on her part about how the in-fill bed plan was
5   created, because it was created back in
6   spring-summer of 2006. And that the January plan,
7   this January in-fill bed plan is -- is -- was never
8   intended to turn out to be what it is now, which is
9   the AB 900 plan.
10      Q. And what do you mean by that?
11      A. The -- the -- back in spring of 2006 the
12  department was directed to put together an emergency
13  housing plan, which later got named to the in-fill
14  bed plan. And what this represents is an emergency
15  bed plan, an emergency construction.
16      Q. Just to clarify, you're referring back to
17  exhibit --
18      A. Exhibit 20.
19      Q. Exhibit 20.
20      A. Yeah. Referring to the date January 2006,
21  this plan here was not developed in response to AB
22  900. This was -- this was developed in the spring
23  of 2006, summer of 2006 and was submitted by the
24  department as the emergency bed plan for the
25  department. As a matter of fact, the governor

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  called a special session for that.
2      And this plan, bed plan was approved by the
3  senate during special session, but was never
4  approved by the assembly.
5      The department resubmitted this plan with
6  adjusted dates, obviously because we had lost time,
7  in January of 2007. What people believe is that
8  this is the AB 900 plan, it is not. What occurred
9  was that AB 900 was drawn up, not with anybody in
10 Facilities Management participation, but it was
11 drawn up. And she made the same mistake a lot of
12 people have made saying, well, your -- your plan is
13 flawed because it doesn't reflect what was in AB
14 900. Of course it wasn't, it was done prior to the
15 AB 900. We were never asked to help develop AB 900.
16     So she sees some -- some flaws between the
17 enacted AB 900 and this plan, and there would be,
18 because they're different plans.
19     Q. So just to clarify. This is the -- Exhibit
20 20 represents the CDCR's emergency bed plan, which
21 consists of construction projects listed on there.
22 And are those in-fill beds nontraditional beds?
23     A. These beds here?
24     Q. Yes.
25     A. These beds represent brand-new housing units

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288