# EXHIBIT 34

## Deposition of George Sifuentes
## December 15, 2007
## (Phase II Designations)

## Part K

Page 193

Q. The very last page of the document sets out a schedule of submittals which looks like a schedule related to this project; is that correct?

A. It -- it is a schedule for deliverables from -- from our environmental consultant.

Q. Okay. So each of the 17 tasks listed on this document relate to the environmental impact report; is that correct?

A. That's correct.

Q. And if I add up the weeks correctly, we come to approximately 300. And I convert the weeks into days, it's about 301 days. Or -- I should have done the math before.

A. It's about ten months.

Q. It's about ten months.

So this schedule is reflecting that the environmental impact report tasks related to the 500 design Kern Valley State Prison project will -- is estimated to take about ten months; is that correct?

A. Yes, after notice to proceed.

Q. And what is the notice to proceed?

A. That's when you actually send a letter to your consultant saying you're now authorized to proceed.

So the schedule is, we expect this to be

GEORGE SIFUENTES

Page 194

1  completed within a certain time frame after your

2  notice to proceed.

3      Q. And so at this point that you sign this

4  document, which was September 13, '07, had the

5  notice to proceed been issued?

6      A. It would not have been issued prior to my

7  signature and prior to Ms. Hysen's signature.  It

8  would have been issued subsequent to that, to that

9  date.

10     Q. Do you know if it was issued?

11     A. I do not know.

12      (Plaintiffs' Exhibit No. 25 was marked for

13  identification.)

14     BY MS. WHELAN:

15     Q. Exhibit 25 is a September 25th, 2007 e-mail

16  from Chuck Pattillo to George Sifuentes, and

17  attached to the e-mail is a September 25th, 2007

18  memorandum to Deborah Hysen from the modular

19  building enterprise -- I'm sorry, from Cal PIA

20  regarding the modular building enterprise.  And

21  following that is a draft CDCR/PIA modular building

22  review and approval process, which was revised on

23  July 27th, 2007.

24     A. And that's the program I currently head.

25     Q. And this is the program you currently head,

GEORGE SIFUENTES

Page 199

1  that space that we need.

2         One of the projects that's approved right

3  now is the mental health building for Mill Creek, we

4  just received approval from that two weeks ago.  And

5  so we have approval to proceed with that one and

6  we're starting the design, and hope to get that out

7  soon.

8         And others, a drug treatment -- office and

9  treatment space.  Because one of the requirements of

10  AB 900 was to create a drug treatment space and

11  counseling for, if I recall correctly, an additional

12  4,000 inmates.  So these buildings will be -- will

13  allow the department to do that.

14         (Plaintiffs' Exhibit No. 26 was marked for

15  identification.)

16         BY MS. WHELAN:

17         Q. Exhibit 26 is a document entitled California

18  Department of Corrections and Rehabilitation Parole

19  Reentry Partnership with the City of Los Angeles and

20  Lincoln Heights Jail, July 2006 to December 2006.

21  And it's prepared and initialed by Armand Burruel,

22  the director acting of the division of reentry on

23  3-7-07.

24         This document refers to parole reentry

25  partnership prior to the passage of AB 900; is that

GEORGE SIFUENTES

1    correct?

2        A. Yes.

3        Q. And it reflects that the city of Los

4    Angeles, which was initially interested in

5    partnering with the California Department of

6    Corrections for a parole reentry facility, backed

7    out of that commitment; is that correct?

8        A. Yes.

9        (Plaintiffs' Exhibit No. 27 was marked for

10   identification.)

11       BY MS. WHELAN:

12       Q. Exhibit 27 is an AB 900 Secure Reentry

13   Facilities Portfolio Charter, dated May 5th, 2007.

14       Are you familiar with this document?

15       A. I've never seen this document.

16       Q. So as far as you know, this is a draft

17   document that was never distributed; is that

18   correct?

19       MR. McCLAIN:  Objection, lacks foundation,

20   calls for speculation.

21       THE WITNESS:  No, I can't make any statement

22   about this document.  I've never seen it.

23       MS. WHELAN:  Okay.

24       Q. Under the core team resources section, your

25   listed as a person, do you see that?

GEORGE SIFUENTES

Page 217

1  correct?

2       A. I think it's more accurate to say that she

3  thought she knew what the hundred were, she later

4  found out it did not include staffing for the mental

5  health CCC projects.

6       Q. And do you know how this was resolved, if it

7  was?

8       A. I don't know if it was resolved.

9       Q. Was it resolved before you left OFM in

10  October of 2007?

11       A. No.  When I left OFM in '07, we only -- I

12  only knew of us receiving approximately 100 PYs.

13       Q. And by PYs, you mean?

14       A. Positions.

15       MS. WHELAN:  Okay.

16       (Plaintiffs' Exhibit No. 33 was marked for

17  identification.)

18       BY MS. WHELAN:

19       Q. 33 is a e-mail chain spanning May 8th, 2007

20  through May 15th, 2007, and involving George

21  Sifuentes, Doug McKeever, Dean Borg, Keith Beland

22  and other various staff members.

23       A. Where does it start?

24       Oh.

25       Q. Do you recall this e-mail chain?

GEORGE SIFUENTES

Page 218

1    A. Not particularly.

2    Q. Okay.  That's fine.  It was several months

3 ago.

4          I'm starting with your e-mail on 5-14-07 at

5 10:18 p.m., it's on the second page, do you see that

6 one?

7          And you wrote "to Dean Borg."  And who is

8 Dean Borg?

9    A. Dean Borg was the -- was one of my -- my two

10 assistant deputy directors.

11    Q. Okay.

12          So you wrote to Mr. Borg, "Did you get

13 clarification on what the mental health projects

14 were that are being financed by AB 900?"  And if you

15 go up a little further, he responded to you and he

16 said:  "It is the non- CCC projects.  CIW 45 bed.

17 CMF 64 bed, SVSP 70 bed and the SVSP treatment

18 space, and SAC and LAC EOP treatment space

19 projects."

20          Do you recall this e-mail?

21    A. I recall this -- this -- this discussion,

22 and it was -- it's supported by one of the previous

23 exhibits, the one that came to me by -- from Mr. Jim

24 Martone, where he lists those projects that he

25 thought were coming out of AB 900.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 219

1    Q. And who is Jim Martone?

2    A. Jim Martone works for the Department of

3    Finance.

4         Q. Okay.

5         And do you know what he made that

6    determination based on?

7         A. Well, I will tell you that these dates, when

8    you look at these dates and why we were keeping

9    those hours, was because of the legislative process

10   was occurring.  There were legislative hearings and

11   there were meetings going on regarding the budget,

12   and obviously at that late, we had gotten

13   information that -- that the legislature and finance

14   were making decisions as to how to fund projects

15   that we were proposing in a variety of manners.  As

16   I stated earlier, we're not -- Facilities is not --

17   does not decide how they're going to be funded, that

18   is done through the legislative process, which is

19   Department of Finance and legislative staff get

20   involved in.

21        It appears that late at night, really late

22   at night, people started making or started getting

23   information about finances, decisions to do things

24   and to do -- to not do certain things.  And Dean was

25   my liaison with finance during the budget hearings.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 223

1    projects?

2         A. Nothing that I'm aware of.

3         (Plaintiffs' Exhibit No. 35 was marked for

4    identification.)

5         BY MS. WHELAN:

6         Q. Exhibit 35 is a May 17th, 2007 e-mail from

7    Steve Alston to George Sifuentes, including an

8    attachment of the AB 900 OFM assessment report

9    document.  And that document is the assessment

10   report by the OFM, it's dated May of 2007.

11         Have you seen this document before?

12         A. Yes, I have.

13         Q. Were you involved in creating this document?

14         A. No.

15         Other than being interviewed by the team --

16   some of the team members and responding to questions

17   and/or documents that they may have requested.

18         Q. On page 2 of this report in the Executive

19   Summary section.  And I'm about midway down the

20   page, it says, "Ultimately, the OFM does not have a

21   plan to build the facilities necessary for 16,238

22   new beds.  Its current construction schedule

23   includes three in-fill projects, which account for

24   only 1,200 additional beds.  The completion schedule

25   of those projects includes Pleasant Valley State

GEORGE SIFUENTES

Page 224

1    Prison in April 2009, Kern Valley State Prison in

2    April 2009, and Salinas Valley State Prison in

3    January 2011."

4         Is that an accurate description of the OFM's

5    status.

6         A. In May?

7         Q. In May of 2007?

8         A. As it relates to AB 900, yes.  Because AB

9    900 was just enacted a few days prior to this

10   report, I believe, being issued.

11        Q. And two paragraphs down it says that, "The

12   assessment team has determined that, based on CDCR's

13   current staffing and progress to date, it does not

14   have the ability to complete Phase I within 18 to 24

15   months without significant changes to its program."

16        Is that an accurate reflection of OFM in May

17   of 2008?

18        A. Yes.

19        Q. At the time that you left the OFM in October

20   of 2007, was the OFM in the same situation, which is

21   to say that it did not have the ability to complete

22   Phase I of AB 900 within the 18 to 24 months

23   specified in that bill without significant changes

24   to its program?

25        A. The difference between May 2007 and October

GEORGE SIFUENTES

Page 225

1  2007 is that Facilities Management did receive

2  another hundred -- about a hundred positions, so

3  that it could begin putting together the program

4  that it needed to deliver these beds.

5      Q. So you received funding for 100 positions?

6      A. For, yeah, approximately 100 position.

7      Q. Sure.

8      And those are the positions that you

9  referred to earlier, that Deborah Hysen needs to now

10  decide what she will do with; is that correct?

11      A. Right.

12      Q. And at the time that you left in October,

13  how many of those positions had been hired?

14      A. Probably -- my estimation, no more than ten.

15      Q. On the next page it talks about staffing

16  issues, and it goes on to say facilities and

17  maintenance staff, I'm reading one sentence in, and

18  it says, "In general, there appears to be no

19  supervisory relationship of headquarter facility

20  staff over on-site facility/maintenance staff.  OFM

21  stated that no single entity is responsible for the

22  physical environment at the CDCR.  However, the OFM

23  does have four staff currently preparing a statewide

24  facility maintenance plan that is expected to be

25  completed by February 2008."

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1    At the time that you left the OFM in October

2  of 2007, did these issues still exist?

3    A. Yes, there were still only four people

4  assigned and they were still trying to prepare a

5  statewide facilities maintenance plan for the

6  department.

7    Q. And was the estimated completion date of

8  that plan still February of 2008?

9    A. Yes.

10    Q. It also says that, "The OFM has a total of

11  306 staff positions with 61 of the positions

12  currently vacant."

13    At the time that you left the OFM in

14  October, did you have the same vacancy rate?

15    A. No, it was probably half that amount.

16    Q. So more like 30 positions vacant?

17    A. Right.

18    Q. Out of 306?

19    A. Right.

20    Q. On page 4 under the heading called Future

21  Staffing, it states, "The CDCR requested 233

22  additional positions through a Budget Change

23  Proposal for in-fill housing and reentry programs

24  for fiscal years '07-'08 and '08-'09; however, the

25  request was denied."

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 227

1          Are you aware that -- are you familiar with

2    that request for 233 positions?

3          A. Yes.

4          Q. And are you aware that it was denied?

5          A. Yes.

6          Q. And do you know what the current status is

7    of that request?

8          A. Oh, that request was denied, it was never --

9    it was never -- that request was denied, it's off

10   the table.

11         Q. Under the Planning and Contracting Issues

12   heading still on page 4.

13         A. Okay.

14         Q. It refers to the five-year infrastructure

15   plan as OFM's master plan.  We were looking at that

16   document earlier, correct?

17         A. Yes, the 2008 through -13 plan.

18         Q. And then on the next page it says:  "With

19   the current staffing levels at the CDCR, it will be

20   impossible to conduct both assignments of current

21   workload and those generated by AB 900 unless

22   significant changes are made to allow for staff

23   increases."

24         Were you familiar with that problem back in

25   May of 2007?

GEORGE SIFUENTES

1    A. Absolutely.

2    Q. And do you know what staff -- staffing

3 levels this paragraph is referring to?  I mean,

4 which categories of stuff?

5    A. It's referring to the -- what will be

6 required by CDCR, not just OFM, but by CDCR, to

7 handle its repair and maintenance as well as its

8 capital outlay program.

9        The paragraph above it addresses needs to

10 correct deferred maintenance facilities and

11 additional monies for its major capital outlay

12 program.  And the deferred maintenance monies, for

13 example, were going to go to the local institutions.

14    Q. And so this section of the report refers to

15 the ability of the CDCR to handle existing

16 infrastructure problems in addition to new projects

17 that have been approved by AB 900; is that correct?

18    A. It's more correct to say existing problems

19 at the institution level, as well as already

20 approved capital outlay projects and future capital

21 outlay projects.

22    Q. So basically any building that -- any

23 building projects that are in the works, is that

24 true?

25    A. Anything new, we would have a very difficult

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

Page 229

1   time handling.

2       Q. And also any existing infrastructure

3   problems having to do with wear and tear of things

4   like that?

5       A. Right.

6       Q. And does this refer to the Office of

7   Facilities Management staffing in particular?

8       A. It refers to staffing at CDCR facilities and

9   the Office of Facilities Management.  It's the

10  locals and the headquarters staff.

11      Q. So does this refer to correctional officer

12  staffing and medical and mental health staffing

13  and --

14      A. No.  This refers to maintenance and repair

15  and capital outlay.

16      Q. So maintenance and repair in the

17  institutional level and in the Office of Facilities

18  Management?

19      A. Yes.

20      MS. WHELAN:  Okay.

21      (Plaintiffs' Exhibit No. 36 was marked for

22  identification.)

23      MS. WHELAN:  36 is an April 27th, 2007 e-mail

24  with a enclosure called Office of Facilities

25  Management In-Fill and Reentry Staffing Proposal.

GEORGE SIFUENTES