# EXHIBIT 34

# Deposition of George Sifuentes
# December 15, 2007
# (Phase II Designations)

# Part L

1   Q. Do you recognize the OFM in-fill and reentry
2   staffing proposal?
3   A. Yes.
4   Q. Are these the 233 positions that we were
5   talking about before, that the OFM would need for
6   in-fill and reentries, projects related to AB 900?
7   A. For in-fill, primarily. It was only a
8   couple positions, one or two for reentry.
9   Q. And these are the positions that you
10  referred to as off the table; is that correct?
11  A. Right.
12  MS. WHELAN: I am nearing the end, but I'm
13  missing something, so can we just take a quick
14  break?
15  MR. McCLAIN: Sure.
16  (Recess.)
17  (Plaintiffs' Exhibit No. 37 was marked for
18  identification.)
19  BY MS. WHELAN:
20  Q. Exhibit 37 is a e-mail chain primarily
21  between Keith Beland, Robin Dzember and Deborah
22  Hysen, between 9-6-07 and 9-9-07.
23      The first e-mail begins on 9-6-07 and you
24  were cc'd on that e-mail. And it refers to the
25  Salinas Valley State Prison GP/Ad Seg-EOP unit.

GEORGE SIFUENTES

1    And the second sentence -- I'm sorry, the
2 first sentence, Mr. Beland states: "Pursuant to our
3 meeting this week regarding both the Salinas Valley
4 State Prison mental health projects (i.e. Salinas
5 Valley State Prison 96 EOP and Salinas Valley State
6 Prison 70 Ad Seg EOP) currently funded in AB 900, I
7 understand that program (with Robin's concurrence)
8 has agreed to step back and revisit how we provide
9 therapeutic treatment space that bridges clinical
10 needs with custody for the EOP, GP/Ad Seg population
11 at Salinas Valley State Prison. This is critical
12 given the concerns that LAO has raised and that
13 Salinas Valley State Prison will remain intact as
14 the CCCs come to fruition."
15    Are you familiar with what he's talking
16 about here?
17    A. Yes.
18    Q. Can you tell me about what the concerns were
19 that the LAO raised?
20    A. Not particularly, because I did not attend
21 the meeting that -- that the department had with the
22 LAO regarding the Salinas Valley.
23    But whatever they were, Keith came back and
24 said -- and raised those issues with the department
25 and said, we need to step back and relook at what

GEORGE SIFUENTES

1  we're doing here, in regards to this program.
2  Because it has a lot of impacts.
3         So he suggested a meeting to Kim Garcia, who
4  was the point person at that time, and I still
5  believe she is, for mental health and their capital
6  outlay program, and agreed that a meeting should --
7  should be conducted and held.
8         I don't know if that meeting ever occurred.
9     Q. And do you know if the issues with the
10 treatment space and clinical needs were resolved?
11    A. Again, I don't know if that meeting was ever
12 held and so I don't know if they were ever resolved.
13    Q. Okay.
14        If you move up in the chain to the e-mail
15 that Robin Dzember wrote on September 8th, 2007. He
16 wrote "So long as we get this moving in the right
17 direction, I will agree. I am troubled, however, by
18 the description of responsibility for actions
19 relative to this project, and as it might apply to
20 any other project in CDCR. I've had extensive
21 experience with building project development,
22 planning, design and construction on all site --
23 sides of the equation and in this experience the
24 facility project managers or directors have the lead
25 in organizing the planning, programming, design and

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  construction management activities necessary for the
2  various projects."
3       And then he goes down a little bit further
4  and in the second to last paragraph he says: "It is
5  important that I get a true understanding of the
6  services that OFM will provide and is capable of
7  performing so that I can generate realistic
8  expectations of what needs -- what needs to
9  transpire in the event we actually move forward with
10 the four billion mental health/dental building
11 program."
12      Do you know what Mr. Dzember is referring to
13 in terms of getting an understanding of the services
14 that OFM can provide related to mental health and
15 dental bed programs?
16      A. Yes. I think that what this memo -- what
17 this e-mail represents is a pissing match between
18 mental -- between healthcare, the nonPlata
19 healthcare and Facilities Management, at least with
20 one of the project directors, about who is providing
21 information with regards to what the program
22 parameters are.
23      And in this particular case, there was
24 clearly --
25      Q. And when you say program parameters, what do

GEORGE SIFUENTES

1  you mean?
2      A. In terms of what program is to be provided
3  so that design decisions can be made. I think what
4  happened here is that someone said, what are you
5  trying to do with this 70-bed Ad Seg-EOP? You know,
6  what services do you want to provide? And I think
7  when that meeting was -- and those questions weren't
8  answered.
9      And when Keith came back, he said, hey, wait
10 a minute. I need to hear from program what you want
11 to do and what not to do, what's going to be allowed
12 or not allowed before I can move forward with trying
13 to present a design -- a design solution for you.
14     So I think when he sent that out to -- to
15 Kim saying, Kim, you need to take the lead on this.
16 Robin stepped in and said, well, wait a minute. And
17 I think Robin was wrong, because I think he
18 misunderstood what Keith was trying to do here.
19     The program people need to tell the
20 designers what do you want, and I think that's what
21 Keith was trying to express. And I think Robin was
22 saying, woa, woa, woa, wait a minute. I'm not sure
23 I agree or disagree. And was trying to lay out
24 what -- what services Facilities was going to
25 provide and which ones they weren't going to

1  provide.
2      I think it's completely clearly an
3  overreaction to an e-mail about, we need to get
4  started here and talk about what you want facilities
5  to design for you.
6      Q. Okay.
7      And then if you move up in the chain to
8  Deborah Hysen's response to Robin Dzember, and
9  you're copied also in that response, she says:
10 "Robin, you are right, I agreed earlier to Keith's
11 idea, mainly because I think OFM lacked an
12 understanding of what the program needs are and we
13 wanted to clearly understand them."
14     Later down she says, "Myself and my
15 consultants have struggled with understanding OFM's
16 capacity to take on and effectively plan for any new
17 projects.  And while I'm concerned that we are not
18 adequately positioned to do this now, I am working
19 on strategies to get this turned around.  Keith
20 should remain on point for you in this."
21     Do you know why Ms. Hysen was struggling
22 with understanding OFM's capacity to take on and
23 effectively plan for new projects?
24     MR. McCLAIN:  Objection, lacks foundation,
25 calls for speculation.