# EXHIBIT 34

# Deposition of George Sifuentes
# December 15, 2007
# (Phase II Designations)

# Part M

Case 2:90-cv-00520-KJM-SCR   Document 3453-4   Filed 01/08/09   Page 1 of 9

1    THE WITNESS: No. You'd have to ask her.
2    BY MS. WHELAN:
3    Q. So she didn't discuss that directly with you?
4
5    A. No, she did not.
6    Q. Did you ever respond to this e-mail?
7    A. I don't believe so.
8    Q. Moving up a little further, Mr. Dzember
9    writes back to Ms. Hysen and he writes, "I think I
10   understand your dilemma, it's like my own, 80
11   percent vacancies in headquarters."
12        Do you know what staffing vacancies he's
13   referring to there?
14   A. He says his own, so...
15        I'm assuming he's referencing to his own
16   organization.
17   Q. And what is his organization?
18   A. Healthcare nonPlata.
19   Q. And then Ms. Hysen writes back to him and
20   says, "Not so much 80 percent vacancies, hundred
21   percent vacant stares when asking staff at OFM to do
22   anything. I don't know what's worse, having to hire
23   80 percent or in my case, with only 20 percent
24   vacancy, having to keep the other 80 percent."
25        Do you know what staffing vacancies she's

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  referring to?
2      MR. McCLAIN: Objection, lacks foundation,
3  calls for speculation.
4      THE WITNESS: No, I'd have to ask her.
5      BY MS. WHELAN:
6      Q. Do you agree with her characterization about
7  her "vacant stares" by OFM when she requests work?
8      A. Absolutely not.
9      MS. WHELAN: Almost done.
10     (Plaintiffs' Exhibit No. 38 was marked for
11  identification.)
12     MS. WHELAN: Exhibit 38 is a document entitled
13  Major AB 900 Facility-Related Activities, Recap for
14  the week of 8/13/07.
15     Q. Have you ever seen this document before?
16     A. I don't know if -- I don't know if I've seen
17  this particular document or not.
18     I don't believe this was produced by anyone
19  in the Office of Facilities Management.
20     Q. Okay.
21     I'll just ask you questions about some
22  things mentioned in here and see if you have any
23  knowledge of them.
24     Under the Personnel section, the second
25  bullet point states: "Need to arrange meeting with

1  DGS/DPA, S. Kessler and N. Bither and D. Hysen to
2  resolve problems with the project director and
3  construction supervisor positions, and get
4  permission to use chief construction supervisor
5  class.  All other AB 900 positions need to be
6  hired."
7         Do you know what this refers to?
8     MR. McCLAIN:  Objection, lacks foundation,
9  calls for speculation.
10     THE WITNESS:  I can -- I can -- I understand
11  some of the issues, but not necessarily all of them.
12     MS. WHELAN:  Okay.
13     Q. Why don't you just tell me about the ones
14  you do understand.
15     A. The project director position, for example,
16  that's a state classification, that is used by only
17  the Department of General Services.  And I had
18  received permission from the Department of General
19  Services to use that classification over at the
20  Department of Corrections.
21         And we were running into long delays of
22  getting those positions approved by DPA, the
23  Department of Personnel Administration.  I found out
24  that the reason for that long delay was because they
25  were sending them to DGS for review and approval.

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

    And I reported to Ms. Hysen that that wasn't part of the agreement, we don't understand why that's being done.

    Since she has had experience at DGS, she knew some of the people over at DGS, and she was going to contact them to find out, what's going on here, that doesn't make any -- any sense.

    Q. Do you know if she did that?

    A. Yes, she did meet with them a number of times.

    The issue on the construction supervisor positions, was one having to do with, again, a classification known as a construction supervisor position, there's construction supervisor 1s, 2s, and 3s.

    There's an anomaly in state service whereby the construction supervisors working for the California Department of Corrections were making less than the construction supervisors working for the Department of General Services and other departments. And they were making as much as a thousand dollars a month less. And so we were losing people to DGS and other departments. And we were trying to get their support to get a pay equity for those over at Corrections, so that the bleeding

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
 1   would stop.  And she was going to work on that
 2   issue.
 3       Q. And do you know if she resolved that pay
 4   equity issue?
 5       A. My understanding, that that pay equity issue
 6   has not yet been resolved.
 7       Q. Under the Valley Fever section, the last
 8   three bullet points state:  "D. Hysen has 'deferred'
 9   PSVP until further notice.  Impact on proceeding
10   with central valley prisons unknown.  Discuss with
11   Robin interim plan prior to AB 900 construction."
12           Do you know what that refers to?
13       MR. McCLAIN:  Objection, lacks foundation,
14   calls for speculation.
15       THE WITNESS:  Deborah stopped all planning at
16   Pleasant Valley because of valley fever.  So because
17   of any -- any construction program that we had
18   over -- we were going to have for Pleasant Valley
19   was put on hold.  That's what deferred means.
20       MS. WHELAN:  Okay.
21       THE WITNESS:  There is -- there was still an
22   unknown at that time, I don't know if it still
23   exist, as to what impact Valley Fever has on future
24   prison construction programs.
25           And then Robin was the department's -- he's the
```

1  department's healthcare manager, so any plan dealing
2  with Valley Fever, she would discuss that with him,
3  so that the department had a response to Valley
4  Fever.
5      BY MS. WHELAN:
6      Q. Okay.
7         And then under Mental Health Projects, it
8  states: "Meeting with LAO on 'first AB 900'
9  projects, Salinas Valley State Prison 70-bed EOP
10 occurred 8-17 with no approval received."
11        It states that that program -- that project
12 will be resubmitted on 8-20. And then it states
13 this project is "at risk," though tentatively on the
14 August PWB.
15        Do you know what it -- what the -- this
16 person was referring to by saying that the Salinas
17 Valley 70-bed EOP program is at risk?
18     MR. McCLAIN: Objection, lacks foundation,
19 calls for speculation.
20     THE WITNESS: That it was not going to be
21 approved by the LAO for scope change.
22     BY MS. WHELAN:
23     Q. Then on the next page it says: "Two
24 additional mental health projects that proceed" -- I
25 think there's a grammatical error there, but proceed

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

1  pursuant, I assume, to AB 900 -- "the addition of
2  treatment space at LAC and SAC, are 'at risk' as
3  they are 300 percent over cost estimates.  OFM/DOF
4  and LAO to reconvene to discuss."
5      Do you know if the agencies listed there
6  reconvened to discuss those two mental health
7  projects?
8      A.  I do not know.
9      Q.  Do you know if they were approved?
10     A.  I don't know if they've been approved.
11     (Plaintiffs' Exhibit No. 39 was marked for
12  identification.)
13     MS. WHELAN:  Exhibit 39 consists of an August
14  24th, 2007 e-mail chain, and attached is the
15  California Department of Corrections and
16  Rehabilitation five-year proposal list for fiscal
17  years 2008 to 2013.
18     Q.  Do you recognize the attachment to this
19  e-mail?
20     A.  Yes.  It was the project listing, it's part
21  of the five-year infrastructure plan.
22     Q.  And at the bottom here it says the August
23  24th, 2007 version.
24     Is this an updated version from the
25  five-year infrastructure schedule that we were

GEORGE SIFUENTES

10b37d7b-165b-4502-a1a9-5f828d7aa288

```
STATE OF CALIFORNIA        }
                           } ss.
COUNTY OF SAN FRANCISCO    }
```

    I, Nicole Holloway, hereby certify:

    I am an employee of Barkley Court Reporters, duly authorized agent for the deposition officer that stenographically recorded the testimony in the foregoing deposition and am authorized to execute this certificate.

    The foregoing is a true and correct copy of the original transcript of the stated proceeding.

Dated  DEC 1 8 2007 .

*[signature: Nicole Holloway]*

BARKLEY
Court Reporters