# EXHIBIT 35

**Deposition of George Sifuentes
December 15, 2007
(Phase II Counter-Designations)**

CERTIFIED COPY

# DEPOSITION OF GEORGE SIFUENTES

## RALPH COLEMAN, et al.

## V.

## ARNOLD SCHWARZENEGGER, et al.

### DECEMBER 14, 2007

## CONDENSED TRANSCRIPT AND KEYWORD INDEX

**BARKLEY**
Court Reporters

(310) 207.8000  Los Angeles        (916) 922.5777  Sacramento       (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County      (408) 885.0550  San Jose         (858) 455.5444  San Diego
(415) 433.5777  San Francisco      (951) 686.0606  Inland Empire    (760) 322.2240  Palm Springs

## Page 53

1 A. No, I do not.
2 Q. And then the 150 enhanced outpatient program
3 treatment space project at LAC, do you have any
4 knowledge of whether that project is moving forward?
5 A. No, I do not.
6 Q. At the time you issued this memorandum in
7 July, was that project funded?
8 A. Well, I don't know if I ever issued this
9 memo, because it's unsigned and -- and so I don't
10 know if this was ever issued. It's not uncommon for
11 me to ask staff to prepare public work board agenda
12 for upcoming August -- well, for upcoming boards,
13 and to include in it items that we may have to go
14 forward with. These would have been projects that
15 we would have had to go forward with.
16 But the -- getting back to your question
17 about the 150 EOP treatment space at CSP Lancaster
18 and 384 at CSP Sacramento, it was partially funded,
19 the preliminary plans for a phase of those projects
20 was funded.
21 Q. Does that -- is that why it says on the
22 second page next to preliminary plans, 2006 budget
23 act?
24 A. That's correct. That's -- that was the
25 funding authority for that phase of the project.

## Page 54

1 Q. And do you have any knowledge whether taking
2 the Lancaster 150 treatment space project first,
3 whether that project is moving forward?
4 A. To my knowledge, it is not moving forward.
5 Q. And as to the 384 EOP treatment space
6 project at Sacramento?
7 A. To my knowledge, that one's not -- that
8 one's not moving forward either.
9 MS. WHELAN: Should we take a break? I think
10 we've been going for --
11 MR. McCLAIN: That would be a good time.
12 (Recess.)
13 (Ms. Richardson exits proceedings.)
14 BY MS. WHELAN:
15 Q. Mr. Sifuentes, are you aware that in July of
16 2007 Special Master Keating -- well, first do you
17 know who Special Master Keating is?
18 A. Yes, I do.
19 Q. Okay. And who is he?
20 A. He is the special master for the Coleman
21 court.
22 Q. Are you aware in July of 2007 that Special
23 Master Keating filed a report and recommendations
24 about reception center EOP programs?
25 A. Yes, I understand he did file a report.

## Page 55

1 Q. And do you understand that one issue he
2 raised in that report was his finding that the
3 reception center EOP programs were not meeting
4 required standards in large part because of the lack
5 of treatment and staffing space available in those
6 units?
7 A. I'm not sure what the reasons were, but I
8 understand that he did have criticism of the EOP
9 programming reception centers. I did not personally
10 read the report.
11 Q. Were you personally involved in any
12 construction projects regarding programming or
13 treatment space in the EOP reception centers?
14 A. No.
15 Q. So at the time that you left in -- the OFM
16 in October 2007, the OFM was not involved in any
17 projects related to programming or treatment space
18 at the EOP reception center projects; is that
19 correct?
20 A. That's correct.
21 MS. WHELAN: This is a big one.
22 (Plaintiffs' Exhibit No. 7 was marked for
23 identification.)
24 MS. WHELAN: Exhibit 7 is a CDCR five-year
25 infrastructure plan from 2008 to 2013.

## Page 56

1 Q. And Mr. Sifuentes, your name is on the cover
2 page of that document, do you see that?
3 A. Yes.
4 Q. Were you involved in creating this document?
5 A. Yes, I was.
6 Q. This document does not have a date on it
7 that I could find, do you know when this report was
8 issued?
9 A. I do not know if the report has been issued.
10 Q. So it's your understanding that this report
11 may not be public, is that true?
12 A. That's correct.
13 Q. Do you know what people would have received
14 a copy of this report?
15 A. The Department of Finance, capital outlay
16 section would have received a signed copy of the
17 report.
18 Q. Okay.
19 And where would the signature page appear?
20 A. There would have been -- typically there
21 would have been a transmittal letter from -- from
22 the agency secretary to the Department of Finance
23 transmitting report.
24 Q. And who would know whether or not this
25 report was ever transmitted?

```
 1      And do you know when she developed that
 2  plan?
 3      A. No.
 4      Q. And so presumably you corrected her error or
 5  somebody did at some point in response to this June
 6  7th e-mail, is that true?
 7      A. I'm not sure what we did. I think we
 8  pointed out the -- why it was in error, and I
 9  believe -- I'm not sure anything else formal was
10  written, other than, it's apples and oranges,
11  they're not the same.
12      (Plaintiffs' Exhibit No. 22 was marked for
13  identification.)
14  BY MS. WHELAN:
15      Q. 22 is a 6-12-2007 Office of Facilities
16  Management document entitled action as taken related
17  to in-fill bed program.
18      Does this document refer to the AB 900
19  in-fill bed plan?
20      A. This document refers to the in-fill bed plan
21  submitted in January 2007 and then notes what is
22  consistent or inconsistent with AB 900.
23      Q. So it's referring back to the January
24  schedule we were just looking at. And the purpose
25  of this memo is to apply AB 900 to that schedule; is
                      Page 177
```

```
 1  that correct?
 2      A. We have to go back. And I'm sorry, but we
 3  got to keep doing that.
 4      Back in the spring of 2006 the department
 5  came up with an emergency bed plan, and then -- and
 6  then subsequently there was a special session which
 7  did materialize.
 8      That occurred in May, late April, early May.
 9      Q. Of 2006?
10      A. Of 2006.
11      And there was an agreement between the
12  administration and legislature to have a special
13  session, because everybody had an epiphany, we have
14  an overcrowding issue.
15      We -- we needed to come together with a plan
16  on how to sort this out.
17      Legi- -- we met with legislative staff and
18  they gave us monies to begin looking at
19  overcrowding. And some of those monies were for --
20  if you look at the very first bullet of this
21  document, were for site assessments. We told
22  legislative staff we have to go and look at some of
23  the staff -- we think we can have housing units, but
24  we need to know more about the site, we need to know
25  more about the infrastructure.
                      Page 178
```

```
 1  So we got some monies back in budget '06-'07
 2  to begin working on the emergency bed plan.
 3      Q. Pursuant to AB 900?
 4      A. No, '06.
 5      Q. I'm sorry, correct.
 6      A. That's why we have to go back.
 7      Q. Right.
 8      A. So then -- so then the budget was signed and
 9  we had some monies, we got some monies to go ahead
10  and start. We started those site assessments. All
11  right?
12      We went and -- and then had the special
13  session, we were performing the site assessments.
14  We had the special session which was represented by
15  these institutions -- going back to No. 20, going
16  back to these projects at these sites. The date
17  would have been October in that case, because that
18  was when the special session would have ended.
19      But we turned in the plan that was very
20  similar to this, just different date, but same
21  institution, same bed, same places. Special session
22  ended, there was no agreement.
23      So in January we resubmitted the plan,
24  updated it. And in May AB 900 was signed. And as I
25  mentioned before, Facilities Management was not
                      Page 179
```

```
 1  involved in the creation of AB 900.
 2      Now, what this document tries to do --
 3      Q. Exhibit 22.
 4      A. Yes.
 5      Exhibit 22, I'm sorry, is to relay to a
 6  reader what actions Facilities Management has taken
 7  over the last year and a half, or at that time a
 8  year and a half, as it relates to our in-fill bed
 9  program. And then how it can be translated, for
10  example, to AB 900.
11      If we read the first bullet, we said site
12  assessments have occurred at ten prisons; they had.
13  If you look at AB 900, it said we can go ahead and
14  build at the -- at the ten sites where we had the
15  site assessments already done.
16      That's because legislative staff knew that
17  we had already done them and I had told them which
18  ones.
19      And -- and if you look at bullet two, it
20  says the ten prisons sites of the first ten were,
21  and then it lists the ten sites. Those ten sites
22  had site assessments done. That's why they're
23  called out in AB 900.
24      Q. You're on the second page now.
25      A. No, I'm sorry, bullet two. If you see --
                      Page 180
```