# EXHIBIT 38

## Deposition of James Tilton
## September 3, 2008
## (Phase II Designations)

## Part B

**Golden Gate Reporting**

Page 55

| | | |
|---|---|---|
| 1 | infill beds. | 11:07:37 |
| 2 | A.    Well, at the time we prepared those documents, | 11:07:38 |
| 3 | we had some pretty specific thoughts about where they | 11:07:41 |
| 4 | could put housing units, but we did not have a good | 11:07:44 |
| 5 | assessment of the gaps or what could be done in terms of | 11:07:51 |
| 6 | program space. | 11:07:54 |
| 7 |     So rather than wait for that time to go out | 11:07:55 |
| 8 | and do those kind of surveys, we just put a pot of money | 11:07:56 |
| 9 | to, okay, we need some resources for program space. | 11:07:58 |
| 10 | And, so, we just -- just that.  We just -- we put some | 11:08:02 |
| 11 | resources in there to assist us if we got into it.  We | 11:08:05 |
| 12 | could do an additional program.  We knew that was a | 11:08:09 |
| 13 | priority, but it was not the mandate. | 11:08:09 |
| 14 |     Legislation came back and said, no.  For every | 11:08:11 |
| 15 | bed you build in the prison, you will add an additional | 11:08:15 |
| 16 | program space, so it was an enhanced requirement. | 11:08:19 |
| 17 | Q.    Subsequent to the enactment of AB 900, in | 11:08:37 |
| 18 | analysis of what will be required program space for the | 11:08:42 |
| 19 | infill beds, what factors did the Department consider in | 11:08:45 |
| 20 | planning for the program space for the infill beds? | 11:08:51 |
| 21 | A.    What we did is, we made a premise to, in fact, | 11:08:55 |
| 22 | add space; in other words, the issue was, we knew we | 11:08:57 |
| 23 | were deficient.  Did not have enough program space for | 11:09:02 |
| 24 | everyone in the prison, and we would at least add in | 11:09:06 |
| 25 | additional space to accommodate the number of infill | 11:09:10 |

## Golden Gate Reporting

Page 56

1    beds being allocated to each of those facilities.                11:09:14

2        Q.    What is it about AB 900 that mandated that you         11:09:17

3    do that, that you add program space?                             11:09:20

4        A.    Well, it requires it.  There's -- I can't cite         11:09:21

5    it, but, basically, it says, for every infill bed you            11:09:24

6    place, you will also make sure you provide like program          11:09:28

7    space for those inmates.                                         11:09:33

8        Q.    The idea being that -- do you understand that          11:09:35

9    the idea being that you would not be adding to the               11:09:36

10   burden on existing program space in a prison by adding           11:09:42

11   these infill beds, that you would at least have to add           11:09:47

12   enough space to deal with any new inmates?                       11:09:48

13       A.    That's correct.                                        11:09:48

14       Q.    Do you understand that the Department had              11:09:53

15   recognized that before AB 900 was enacted, that it had a         11:09:55

16   shortage of program space for the existing population in         11:10:00

17   its prisons?                                                     11:10:02

18       A.    Yes.                                                   11:10:03

19       Q.    Could you explain that.  What do you mean by,          11:10:04

20   shortage of program space?                                       11:10:07

21       A.    Well, on two-fold:  One is that as the                 11:10:09

22   Departments got more overcrowded, added more inmates             11:10:12

23   into the prisons, they did not add appropriate program           11:10:17

24   administrative space.  Pretty simple assessment to come          11:10:20

25   to in a lockup prison.                                           11:10:27

### Golden Gate Reporting

Page 83

| | | |
|---|---|---|
| 1 | A.   Yes. | 11:48:10 |
| 2 | Q.   The next sentence in the text says, "CDCR's | 11:48:21 |
| 3 | use of non-traditional beds stretches reasonable | 11:48:24 |
| 4 | security correctional standards and the safety of staff, | 11:48:27 |
| 5 | inmates, and the public.  There are no additional | 11:48:30 |
| 6 | alternatives to further overcrowding existing prison | 11:48:33 |
| 7 | capacity without great risk to the public safety." | 11:48:33 |
| 8 | Did you believe that to be the case in October | 11:48:38 |
| 9 | of 2006 -- I'm sorry, in July of 2006? | 11:48:41 |
| 10 | A.   Yes. | 11:48:44 |
| 11 | Q.   In what way did you believe there was a risk | 11:48:46 |
| 12 | to public safety of increased overcrowding of prisons? | 11:48:49 |
| 13 | A.   The more we overcrowded the prisons without | 11:48:54 |
| 14 | providing program, I believe we were releasing inmates | 11:48:56 |
| 15 | who were unprepared to be successful in the streets, | 11:49:05 |
| 16 | and, therefore, the recision rate would stay high, and | 11:49:05 |
| 17 | we need to do a better job to impact that issue.  That | 11:49:09 |
| 18 | was the major driver. | 11:49:13 |
| 19 | Q.   Okay.  If you turn to the page that's marked | 11:49:17 |
| 20 | 7, and it also has, in the lower right, CDCR 006352. | 11:49:31 |
| 21 | A.   (Witness complying). | 11:49:38 |
| 22 | MS. TILLMAN:  The heading, "Proposed | 11:49:39 |
| 23 | Solutions"? | 11:49:40 |
| 24 | MR. BIEN:  Yes.  Thank you, Lisa. | 11:49:50 |
| 25 | Q.   Is it correct that the administration was | 11:49:54 |

## Golden Gate Reporting

Page 84

| | | |
|---|---|---|
| 1 | proposing to the legislature in the special session 2006 | 11:49:56 |
| 2 | a plan that had several elements to -- that were | 11:50:03 |
| 3 | designed to address the overcrowding situation? | 11:50:07 |
| 4 | A.  Yes. | 11:50:10 |
| 5 | Q.  And this chart set forth some of the proposed | 11:50:11 |
| 6 | solutions that you were proposing at that time? | 11:50:18 |
| 7 | A.  Yes. | 11:50:21 |
| 8 | Q.  What were Female Rehabilitative Community | 11:50:28 |
| 9 | Correctional Centers?  What did you mean by that? | 11:50:32 |
| 10 | A.  These were, in essence, the range of | 11:50:34 |
| 11 | facilities for females.  In other words, these would be | 11:50:36 |
| 12 | contracted with public and private and local communities | 11:50:41 |
| 13 | to provide bed space for female population. | 11:50:47 |
| 14 | Q.  And at the time you left CDCR in the spring of | 11:50:58 |
| 15 | 2008, how many Female Rehabilitative Community | 11:51:09 |
| 16 | Correctional Center beds had been established? | 11:51:14 |
| 17 | A.  I don't think any. | 11:51:17 |
| 18 | Q.  The next category is "Re-Entry Program | 11:51:20 |
| 19 | Facilities."  Are these the re-entry beds that we | 11:51:24 |
| 20 | discussed that became a part of AB 900? | 11:51:29 |
| 21 | A.  Yes. | 11:51:32 |
| 22 | Q.  And the Department is proposing 5,000 beds -- | 11:51:33 |
| 23 | re-entry beds.  At the time you left CDCR in the spring | 11:51:39 |
| 24 | of 2008, were any re-entry bed sites -- had any re-entry | 11:51:46 |
| 25 | bed sites been selected? | 11:51:52 |

## Golden Gate Reporting

Page 85

| | | |
|---|---|---|
| 1 | A. Yes. | 11:51:54 |
| 2 | Q. How many? | 11:51:55 |
| 3 | A. I believe seven, maybe as many as nine. | 11:51:58 |
| 4 | Q. Okay. | 11:52:03 |
| 5 | A. Those projects were actually being ready to be | 11:52:08 |
| 6 | approved. There's other sites unidentified. | 11:52:14 |
| 7 | Q. Had any re-entry beds been actually opened? | 11:52:15 |
| 8 | A. Yes, I don't know if they're open. They're | 11:52:19 |
| 9 | getting ready to open San Francisco. I don't think it | 11:52:22 |
| 10 | opened when I left, right after, but it was ready, and | 11:52:25 |
| 11 | then we were -- that was the only one that was close to | 11:52:29 |
| 12 | being open. | 11:52:33 |
| 13 | Q. Is there also a project to establish re-entry | 11:52:34 |
| 14 | beds at what was formerly known as the Northern | 11:52:38 |
| 15 | California Women's Facility? | 11:52:41 |
| 16 | A. Yes. | 11:52:44 |
| 17 | Q. And at the time you left CDCR, had that | 11:52:44 |
| 18 | project -- what was the status of that project? | 11:52:46 |
| 19 | A. It was in the process of getting resources to | 11:52:49 |
| 20 | do modifications, capital outlay modifications, to allow | 11:52:53 |
| 21 | the conversion out of that facility. | 11:52:58 |
| 22 | Q. Was the resource path, to your knowledge, for | 11:53:05 |
| 23 | the NCWF modifications part of the AB 900 funding that | 11:53:07 |
| 24 | you discussed earlier today? | 11:53:13 |
| 25 | A. Yes. | 11:53:14 |

## Golden Gate Reporting

Page 86

| | | |
|---|---|---|
| 1 | Q.    Is it your understanding that that program can | 11:53:15 |
| 2 | move forward as soon as the AB 900 Cleanup Bill gets | 11:53:18 |
| 3 | passed? | 11:53:25 |
| 4 | MS. TILLMAN:  Objection.  Calls for a legal | 11:53:26 |
| 5 | conclusion. | 11:53:27 |
| 6 | If you know... | 11:53:28 |
| 7 | THE WITNESS:  My belief is, the answer is, | 11:53:29 |
| 8 | yes. | 11:53:31 |
| 9 | MR. BIEN:  Q.  Okay.  The next category here | 11:53:34 |
| 10 | on this chart is "Male Community Correctional | 11:53:41 |
| 11 | Facilities."  Can you explain what those were. | 11:53:43 |
| 12 | A.    Those were proposals to contract, in state, | 11:53:45 |
| 13 | private or public facilities. | 11:53:49 |
| 14 | Q.    And is that a proposal that went forward? | 11:53:57 |
| 15 | A.    It went forward.  It did not get approved. | 11:54:00 |
| 16 | Q.    Okay.  I think we need to take a break for the | 11:54:05 |
| 17 | changing of the tape. | 11:54:09 |
| 18 | THE VIDEOGRAPHER:  This is the end of Video | 11:54:11 |
| 19 | No. 1.  We're now off the record. | 11:54:12 |
| 20 | The time is 11:54 a.m. | 11:54:16 |
| 21 | (Recess taken.) | 11:55:04 |
| 22 | THE VIDEOGRAPHER:  We're now on the record at | 12:09:37 |
| 23 | 12:10 p.m. | 12:09:40 |
| 24 | This is beginning of Video No. 2 in the | 12:09:42 |
| 25 | deposition of James Tilton. | 12:09:45 |

## Golden Gate Reporting

Page 87

| | | |
|---|---|---|
| 1 | Please proceed. | 12:09:48 |
| 2 | MR. BIEN:  Thank you. | 12:09:50 |
| 3 | Q.  Mr. Tilton, as part of the proposed solution | 12:09:55 |
| 4 | dealing with female inmates in the special session of | 12:09:59 |
| 5 | 2006, did CDCR anticipate that the proposal was accepted | 12:10:09 |
| 6 | by the legislature that female inmates would be housed | 12:10:13 |
| 7 | in facilities other than the prisons that they're now | 12:10:16 |
| 8 | housed in? | 12:10:21 |
| 9 | A.  Yes. | 12:10:21 |
| 10 | Q.  And what would happen to the female -- | 12:10:22 |
| 11 | existing female prisoners? | 12:10:23 |
| 12 | A.  Well, we would have to -- we'd do an | 12:10:25 |
| 13 | evaluation of that, based on the population forecast, | 12:10:26 |
| 14 | and decide whether we could, in fact, decommission.  We | 12:10:29 |
| 15 | made the first step at CRC to say, okay, there should be | 12:10:33 |
| 16 | some possibility to convert some of these.  And the | 12:10:39 |
| 17 | first step was to CRC, and we'd evaluate the rest as the | 12:10:44 |
| 18 | population came in, in our capacity to get the beds. | 12:10:46 |
| 19 | Q.  So the proposal was that you would create | 12:10:49 |
| 20 | these female -- can I call them female re-entry beds? | 12:10:52 |
| 21 | A.  Yes. | 12:11:02 |
| 22 | Q.  And that as they were created and filled, you | 12:11:02 |
| 23 | might be able to empty the existing female prisons, | 12:11:06 |
| 24 | which would -- which may be available for males, | 12:11:10 |
| 25 | possibly? | 12:11:13 |

# Golden Gate Reporting

Page 88

| | | |
|---|---|---|
| 1 | A.    Possibly.  The first step was just to reduce | 12:11:14 |
| 2 | overcrowding in all of the facilities.  And as we | 12:11:17 |
| 3 | assessed it, you know, this number is different than the | 12:11:21 |
| 4 | forecast number.  It was just the first step.  We'd have | 12:11:25 |
| 5 | the -- we'd look at that as a potential. | 12:11:29 |
| 6 | Q.    Okay.  Turning again to the male community | 12:11:31 |
| 7 | correctional facilities, is it correct that this | 12:11:38 |
| 8 | proposal was not accepted by the legislature? | 12:11:42 |
| 9 | A.    Yes. | 12:11:47 |
| 10 | Q.    And since then, since 2006, has this proposal | 12:11:47 |
| 11 | been proposed again and rejected again? | 12:11:49 |
| 12 | MS. TILLMAN:  Rejected by the legislature? | 12:11:59 |
| 13 | MR. BIEN:  Yes. | 12:12:01 |
| 14 | THE WITNESS:  No. | 12:12:02 |
| 15 | MR. BIEN:  Q.  No.  Has it been proposed | 12:12:03 |
| 16 | internally to the administration and rejected | 12:12:05 |
| 17 | internally, to your knowledge? | 12:12:09 |
| 18 | A.    It's been discussed.  I don't know that | 12:12:11 |
| 19 | there's been a final decision on it. | 12:12:13 |
| 20 | Q.    Okay.  Do you understand this to be a -- the | 12:12:15 |
| 21 | male community correctional facilities to be a viable | 12:12:23 |
| 22 | option that could be used to rapidly obtain additional | 12:12:27 |
| 23 | capacity in California? | 12:12:33 |
| 24 | A.    That's what those companies have been | 12:12:39 |
| 25 | proposing -- or advocating. | 12:12:42 |

## Golden Gate Reporting

Page 89

| | | |
|---|---|---|
| 1 | Q. These are private prison companies? | 12:12:46 |
| 2 | A. Yes. | 12:12:48 |
| 3 | Q. And they have advocated that -- they've | 12:12:48 |
| 4 | informed CDCR that they had capacity available in | 12:12:54 |
| 5 | California? | 12:12:58 |
| 6 | A. Yes, not capacity. They create capacity. | 12:12:59 |
| 7 | Q. There would have to be some construction | 12:13:03 |
| 8 | involved? | 12:13:07 |
| 9 | A. Yes. | 12:13:07 |
| 10 | Q. The next category here on this proposed | 12:13:11 |
| 11 | solutions chart on Page 7 of Exhibit 1 is "Housing | 12:13:14 |
| 12 | Construction at Existing Facilities." And that's 14,678 | 12:13:17 |
| 13 | beds. | 12:13:21 |
| 14 | Was this the -- do you understand this to be | 12:13:25 |
| 15 | what we now are calling the infill? | 12:13:27 |
| 16 | A. Yes. | 12:13:31 |
| 17 | Q. And the next is NCWF activation to male beds. | 12:13:32 |
| 18 | Can you explain what NCWF facility was at this | 12:13:38 |
| 19 | time in 2006? | 12:13:42 |
| 20 | A. It had been decommissioned. It was a vacant | 12:13:44 |
| 21 | facility in Stockton that had been authorized to be used | 12:13:48 |
| 22 | for female offenders, and this proposal was to convert | 12:13:49 |
| 23 | it to a male facility. | 12:13:53 |
| 24 | Q. At the time of this proposal, did you | 12:13:56 |
| 25 | understand that there would have to be construction to | 12:13:58 |

## Golden Gate Reporting

Page 91

```
 1    communities?                                              12:15:17
 2        A.    Right.                                          12:15:18
 3        Q.    The next category is "CRC conversion to male."  12:15:18
 4    What is that in reference to?                             12:15:23
 5        A.    The fact that part of CRC was being housed by   12:15:25
 6    females.  And, so, what we would do is, with contract     12:15:28
 7    female range of facilities, we could then decommission    12:15:31
 8    and convert it to an all-male institution.                12:15:34
 9        Q.    What do the initials CRC stand for?             12:15:37
10        A.    I think it's California Rehabilitation Center.  12:15:41
11        Q.    The next category is "New prisons, 9,000        12:15:46
12    beds."  What did that refer to?                           12:15:50
13        A.    This was the idea of building two new prisons.  12:15:52
14        Q.    And did CDCR, at that time, in summer of 2006,  12:16:01
15    have plans to build two new prisons?                      12:16:06
16        A.    That was the proposal.                          12:16:10
17        Q.    Were there sites in mind?                       12:16:12
18        A.    Internally.                                     12:16:14
19        Q.    If you turn to Page 11 of Exhibit 1, it has     12:16:40
20    CDCR 006356 in the lower right-hand corner.  It says,     12:16:44
21    "Re-Entry Program Facilities" at the top.                 12:16:49
22            MS. TILLMAN:  Which one is it?                     12:16:55
23            THE WITNESS:  I don't have it.                     12:16:57
24            MS. TILLMAN:  6356?                                12:16:58
25            THE WITNESS:  Mine stops at eight.                 12:17:00
```

## Golden Gate Reporting

Page 98

1    programs in order to provide a combination of a housing          12:29:02

2    situation, as well as a program delivery that allows you         12:29:06

3    to keep prisons safe and able to manage, and, at the             12:29:08

4    same time, provide an inmate who has a likelihood to             12:29:13

5    change his behavior -- provide a safer inmate when they          12:29:16

6    do leave the prison.                                             12:29:19

7          So this is basically, from my perspective, the            12:29:20

8    fundamental beliefs I have and was the premise in which          12:29:23

9    I accepted the job as secretary, was to implement that.          12:29:28

10      Q.    On the second-to-the-last page of the exhibit,          12:29:39

11   second paragraph up from the bottom, you stated, "An            12:29:41

12   overwhelming number of these inmates are released from          12:29:50

13   prisons located in remote and rural areas -- such as           12:29:50

14   Blythe, Avenal, Crescent City, and Corcoran -- with just       12:29:50

15   $200 and a bus ticket back home."                              12:29:50

16          And then I'm going to skip over the next               12:30:07

17   paragraph. You're welcome to read it. And then the            12:30:10

18   last paragraph on the document you say, "California must       12:30:12

19   rethink its model for housing parole violators and            12:30:15

20   offenders due to be released in order to improve their        12:30:19

21   chances for success, which in turn will improve public       12:30:22

22   safety."                                                      12:30:27

23          Mr. Tilton, how did the proposals that you            12:30:28

24   were making in 2006 address this issue of re-entry          12:30:33

25   planning and public safety, as you've expressed it here?    12:30:42

## Golden Gate Reporting

Page 99

```
 1        A.    Two-fold:  From a physical plant situation, it      12:30:48
 2   was building range facilities, but more important than        12:30:50
 3   that, it was doing inmate assessments, both risk and          12:30:54
 4   program needs, and tailor their time in prison to             12:30:58
 5   address those issues, which would make them either            12:31:02
 6   unsuccessful or successful in terms of how you're doing.      12:31:06
 7          So the issue here is whether the warehousing           12:31:13
 8   of inmates, which is the conclusion I had by the fact         12:31:13
 9   that the legislature and prior administration said, cut       12:31:14
10   programs, that you need to invest in programs if you          12:31:15
11   expected people to have a chance to be successful.            12:31:18
12          And this example I use is the worst example.           12:31:23
13   if you give somebody 200 bucks and a bus ticket, and no       12:31:24
14   place to live and no job, then why are we surprised that      12:31:29
15   they come back at huge rates.                                 12:31:33
16          So the issue here was to acknowledge that              12:31:36
17   coming out of the prison system, we need to give them an      12:31:36
18   opportunity to take advantage of certain programs if          12:31:38
19   they're willing to take responsibility for their life.        12:31:39
20   That's our responsibility, and the communities need to        12:31:43
21   accept them and provide transition back into their            12:31:44
22   communities.                                                  12:31:46
23          It's a major change in thinking.  Instead of           12:31:48
24   sending them to prison and throwing away the key, they        12:31:51
25   are coming back.  And this was one of my major                12:31:54
```

Page 100

```
 1   challenges, to convince communities that, they are      12:31:54
 2   coming back.                                            12:31:57
 3          I don't get to decide when they come out, and    12:31:58
 4   we all need to think about, what do we do that's smarter 12:32:00
 5   in terms of dealing with an individual who has been     12:32:03
 6   locked up for a long time, and all of a sudden, they get 12:32:05
 7   dropped off in your bus depot.                          12:32:08
 8       Q.   So is it correct that you're advocating not    12:32:12
 9   only improved programs in the prisons for prisoners     12:32:18
10   before they were released to the public, but also       12:32:23
11   programs to be provided for them once they arrived in    12:32:27
12   their counties of destination for parole?              12:32:30
13       A.   Yes, and a clear hand-off between the two.      12:32:33
14       Q.   What do you mean?                              12:32:37
15       A.   Well, it's -- one of the principals of a        12:32:37
16   re-entry facility is, you can have the same providers of 12:32:40
17   services that would provide services to citizens can     12:32:45
18   provide those services when you're in the re-entry      12:32:48
19   facility.                                                12:32:52
20          So when you leave, it's a logistic              12:32:53
21   where-you-live issue and not whether the providers would 12:32:56
22   assist you and provide that transition, so it's not a   12:32:57
23   really a hand-off.  You just move out into the community 12:33:00
24   and still get those consistency after consistency of     12:33:03
25   services, whether it be mental health, drug treatment,   12:33:03
```

## Golden Gate Reporting

Page 101

| | | |
|---|---|---|
| 1 | negative management, jobs, all those issues, so there is | 12:33:03 |
| 2 | a clean transition, so it's not a delay in maintaining | 12:33:03 |
| 3 | support or service levels. | 12:33:16 |
| 4 | Q.   Was it your belief in 2006 that this kind of | 12:33:18 |
| 5 | clean transition was not being -- not occurring | 12:33:22 |
| 6 | frequently enough in -- for prisoners paroling from | 12:33:30 |
| 7 | California prisons? | 12:33:33 |
| 8 | A.   Yes. | 12:33:35 |
| 9 | Q.   And what was that based on? | 12:33:35 |
| 10 | A.   The lack of program in the facilities, the | 12:33:37 |
| 11 | lack of good planning, the lack of assessment, good | 12:33:40 |
| 12 | assessments, and just that.  It was pretty obvious. | 12:33:42 |
| 13 | There was not a clear transition, that inmates were not | 12:33:46 |
| 14 | accepted back in the communities.  They were, in fact, | 12:33:50 |
| 15 | in many cases, barred from getting services. | 12:33:52 |
| 16 | Q.   When you were secretary of CDCR, did you -- | 12:33:57 |
| 17 | did you ever receive reports that parolees had been | 12:34:03 |
| 18 | barred from receiving medical or mental health services | 12:34:07 |
| 19 | in communities around California? | 12:34:11 |
| 20 | A.   Yes. | 12:34:13 |
| 21 | Q.   Do you recall any examples of that? | 12:34:13 |
| 22 | A.   Yes.  I mean, I can't give you specific | 12:34:17 |
| 23 | titles, but, basically, it was brought to my attention | 12:34:20 |
| 24 | that we were violating parolees for the sole purpose is | 12:34:23 |
| 25 | that the parole agent cannot get them mental health | 12:34:28 |

## Golden Gate Reporting

Page 102

| | |
|---|---|
| 1 | services, and I asked my attorney, Is that legal? and | 12:34:32 |
| 2 | was given advice and worked very closely with -- I | 12:34:35 |
| 3 | didn't just kick them out, but I worked with Dr. Mayberg | 12:34:43 |
| 4 | to find appropriate services for that population and get | 12:34:46 |
| 5 | them treatment in the communities. | 12:34:46 |

1    services, and I asked my attorney, Is that legal? and    12:34:32

2    was given advice and worked very closely with -- I    12:34:35

3    didn't just kick them out, but I worked with Dr. Mayberg    12:34:43

4    to find appropriate services for that population and get    12:34:46

5    them treatment in the communities.    12:34:46

6        Q.    Who is Dr. Mayberg?    12:34:49

7        A.    Dr. Mayberg is the Director of the Department    12:34:51

8    of Mental Health.    12:34:54

9        Q.    So you understood that parole agents had    12:34:55

10    identified parolees that needed mental health services    12:35:00

11    and attempted to obtain them in the counties of    12:35:04

12    residence?    12:35:04

13        A.    Yes.    12:35:05

14        Q.    And that they had been frustrated in those    12:35:05

15    efforts?    12:35:08

16        A.    Yes.    12:35:08

17        Q.    Were you ever told what reasons were given by    12:35:09

18    counties for not providing those services?    12:35:13

19        A.    Anecdotally, I have.    12:35:17

20        Q.    Have you ever had discussions with    12:35:21

21    representatives of counties about who's responsible for    12:35:22

22    providing mental health services for parolees?    12:35:27

23        A.    Yes.    12:35:32

24        Q.    And do you understand there to be confusion as    12:35:32

25    to who is responsible for providing mental health    12:35:36

Golden Gate Reporting

Page 103

| | | |
|---|---|---|
| 1 | services for parolees between counties and the CDCR? | 12:35:39 |
| 2 | A.   Yes. | 12:35:44 |
| 3 | Q.   Can you describe the issue, as you see it? | 12:35:45 |
| 4 | A.   Driven by the language in Prop 63, many | 12:35:46 |
| 5 | counties believe they have no responsibility to provide | 12:35:50 |
| 6 | services to parolees and that it's a state | 12:35:53 |
| 7 | responsibility.  I disagree, but that's where many | 12:35:55 |
| 8 | county mental health directors are. | 12:36:03 |
| 9 | Q.   Let me show you what's been marked Exhibit 4. | 12:36:27 |
| 10 | It is dated June 26, 2006, and it's a -- one, two, | 12:36:28 |
| 11 | three -- five-page document, which is the Governor's | 12:36:32 |
| 12 | Remarks concerning the special session. | 12:36:43 |
| 13 | MS. TILLMAN:   Thank you. | 12:36:47 |
| 14 | THE WITNESS:   (Witness reviewing document.) | 12:36:49 |
| 15 | (Discussion off the record.) | 12:39:17 |
| 16 | MR. BIEN:   Q.   Mr. Tilton, have you had a | 12:40:20 |
| 17 | chance to look at Exhibit 4? | 12:40:22 |
| 18 | A.   Yes. | 12:40:23 |
| 19 | Q.   Were you present when the Governor made these | 12:40:25 |
| 20 | remarks on June 26, 2006? | 12:40:29 |
| 21 | A.   I don't believe so. | 12:40:32 |
| 22 | Q.   If you turn to the third page, the second | 12:40:33 |
| 23 | paragraph from the top, at the end, he says, "Our | 12:40:47 |
| 24 | prisons are dangerously overcrowded right now." | 12:40:52 |
| 25 | And then he goes and describes the use of | 12:41:00 |

## Golden Gate Reporting

Page 104

1    non-traditional beds.  And looking at the next paragraph    12:41:04

2    there, it says, "Right now 16,300 inmates are housed in    12:41:08

3    prison gyms and day rooms.  Any corrections expert will    12:41:09

4    tell you that this is a recipe for disaster.  Without    12:41:15

5    the programs, we will are never [sic] going to lower our    12:41:16

6    recidivism rate, which is now, like I said, at    12:41:20

7    70 percent, which is highest in the nation."    12:41:20

8           Did you agree with the Governor's statement at    12:41:27

9    that time, in June of 2006, that the overcrowding was    12:41:33

10   dangerous and a recipe for disaster?    12:41:40

11          MS. TILLMAN:  Object to the extent that,    12:41:45

12   again, it is a document prepared by another person, so    12:41:46

13   it calls for speculation.  Vague and ambiguous.    12:41:50

14          THE WITNESS:  I would qualify my answer to    12:41:50

15   say, in combination with the lack of program.    12:41:53

16          MR. BIEN:  Q.  Okay.  I think you mentioned a    12:41:57

17   few minutes ago that you took the job of secretary of    12:42:08

18   Department of Corrections and Rehabilitation in 2006    12:42:12

19   with the understanding that you would be able to take    12:42:15

20   the lead in some particular reforms of the prisons; is    12:42:19

21   that correct?    12:42:24

22       A.   That's correct.    12:42:25

23       Q.   Can you explain what you understood to be on    12:42:26

24   your mandate when you took the job?    12:42:28

25       A.   Well, I committed to the Governor.  I was a    12:42:31

## Golden Gate Reporting

Page 106

1  would develop a working relationship with the courts to          12:43:41

2  be a problem solver and not a barrier to many necessary          12:43:45

3  changes in the system to address all the court lawsuits.          12:43:47

4      Q.   I think you were successful in that, too.              12:43:53

5      A.   I tried.                                               12:43:57

6      Q.   The Governor talks about a connection between          12:44:11

7  the lack of programming and California's recidivism             12:44:14

8  rate.  Did you agree with him, that there's a connection        12:44:17

9  between the deficiencies in programming in California           12:44:22

10 prisons and the recidivism rate?                                12:44:25

11     A.   Yes.                                                   12:44:33

12     Q.   Could you elaborate on that, Mr. Tilton?              12:44:36

13     A.   Well, I'm not a custody person.  Don't have           12:44:38

14 that background, but as the admin deputy advocating for         12:44:44

15 staffing and resources for the Department in the '80s           12:44:50

16 and '90s, there were certain principals that the custody        12:44:52

17 people passed on to me when I had been articulated in           12:44:56

18 the legislature.                                                12:44:57

19         The first is that if you overcrowd prisons,            12:44:58

20 you need to, in fact, provide full opportunities for            12:45:01

21 those inmates to program.  And my conclusion, going back        12:45:06

22 in the Department, is, we had an opportunity -- we did          12:45:11

23 that from a management prospective, not an impact to the        12:45:14

24 inmate.                                                         12:45:19

25         But the issue was, if an inmate is idle, then         12:45:19

## Golden Gate Reporting

Page 107

```
 1    you have a security risk, and when I walk back into the      12:45:21
 2    Department, the programs, good or bad, were taken away.      12:45:25
 3    There were no activities, and inmates were being managed     12:45:29
 4    by being locked down, because there was no activities.       12:45:32
 5           So the first issue for me was to give positive         12:45:36
 6    activities for inmates, but I also felt that we ought to     12:45:40
 7    look and see whether or not there are successful            12:45:43
 8    programs that can impact people's lives and, very           12:45:47
 9    quickly, in my tenure, identify not only programs           12:45:51
10    outside the Department, but examples of programs in the     12:45:52
11    Department that I felt really did have the ability to       12:45:54
12    impact inmates.                                             12:45:57
13           But they weren't across the board.  Access was        12:45:58
14    an issue and concluded.  And I brought in experts around    12:46:02
15    the country to validate this, that there are programs       12:46:05
16    that work, and if you build a department that puts          12:46:08
17    performance expectations on your programs, you can spend    12:46:11
18    more money and have a better impact on the results.         12:46:16
19           And that would be the proof that I would try          12:46:19
20    to put together for the legislature to show that, invest    12:46:20
21    more money in programs, give you a better product by        12:46:23
22    reducing the recidivism.                                    12:46:24
23           And I was convinced very quickly by people who        12:46:25
24    I trust that this was not rocket scientist.  There was      12:46:30
25    stuff out there we could do and -- but if we continued      12:46:34
```

## Golden Gate Reporting

Page 108

| | | |
|---|---|---|
| 1 | to put blinders on ourselves that the way you manage the | 12:46:36 |
| 2 | prisons is just throw inmates in these overcrowded | 12:46:42 |
| 3 | facilities, provide no programs and not be concerned | 12:46:42 |
| 4 | about the consequences, that it was an unfair attack on | 12:46:46 |
| 5 | Corrections for, Why weren't you fixing these people, | 12:46:50 |
| 6 | when they weren't given the tools and resources. | 12:46:53 |
| 7 | And, so, this is the basic premise that I | 12:46:53 |
| 8 | walked into, thinking about, that in the first 60 days, | 12:46:56 |
| 9 | I came very -- that's the reason I accepted the job, | 12:47:06 |
| 10 | because I felt -- I believed I did have a capacity to | 12:47:06 |
| 11 | manage the Department and put these reforms in place, | 12:47:06 |
| 12 | that I had the backing of the Governor, and that's why I | 12:47:07 |
| 13 | took the job. | 12:47:09 |
| 14 | So this whole issue is that you can keep safe | 12:47:09 |
| 15 | prisons by locking everybody down, but then you're not | 12:47:14 |
| 16 | addressing what happens when they get out.  And, so, I | 12:47:17 |
| 17 | did think that was our responsibility to change the | 12:47:21 |
| 18 | mission.  It was the R, and I felt that, initially, we | 12:47:21 |
| 19 | had an R without the imitation of it, and my job was to | 12:47:26 |
| 20 | put specifics to the R and show that program was good | 12:47:28 |
| 21 | public safety. | 12:47:33 |
| 22 | Q.    When you're referring to the R, what are you | 12:47:35 |
| 23 | referring to? | 12:47:37 |
| 24 | A.    The name the Department changed to | 12:47:38 |
| 25 | rehabilitation, and when I walked in, I didn't see it. | 12:47:40 |

## Golden Gate Reporting

Page 109

```
 1   There was a re-org that took place, but no rehab, so      12:47:43
 2   where's the R?                                            12:47:49
 3       Q.   Did you agree that in order to implement         12:47:51
 4   programs that you were envisioning as necessary to        12:47:57
 5   reduce recidivism, the Department would have to create    12:48:02
 6   some program space by reducing overcrowding?              12:48:06
 7       A.   Yes.                                             12:48:07
 8       Q.   So it was difficult to implement programming     12:48:08
 9   in the overcrowded prisons as they existed when you came  12:48:13
10   into office?                                              12:48:17
11       A.   Yes.                                             12:48:18
12       Q.   Let me show you what's been marked as            12:48:25
13   Exhibit 5 to your deposition, Mr. Tilton, which is a      12:48:27
14   document dated August 2006.  It bears production numbers  12:48:30
15   CDCR019431 through 454.                                   12:48:36
16           MS. TILLMAN:  Just for the record, it looks       12:48:48
17   like there's some handwriting on the copy presented.      12:48:49
18   Obviously, that's not part of the original document.      12:48:52
19           MR. BIEN:  My understanding is, this is the       12:48:58
20   way it was produced.                                      12:49:00
21           MS. TILLMAN:  Is that right?                      12:49:01
22           MR. BIEN:  Yeah.                                  12:49:02
23           MS. TILLMAN:  Okay.                               12:49:02
24           MR. BIEN:  Although -- yeah.  I did check that    12:49:03
25   out.                                                      12:49:09
```

# Golden Gate Reporting

Page 111

```
 1        A.    I don't have a number except that it was down.     12:52:12
 2        Q.    Do you think it was less than 16,000?              12:52:16
 3        A.    Yes.                                               12:52:19
 4        Q.    Do you know if it was less than 13,000?            12:52:20
 5        A.    I don't know.                                      12:52:23
 6        Q.    You thought you had made some progress during      12:52:24
 7   the time you were secretary of the Department of             12:52:28
 8   Corrections in reducing the use of non-traditional beds?     12:52:29
 9        A.    Yes.                                               12:52:33
10        Q.    Do you know how many gyms or day rooms had         12:52:34
11   been emptied at the time that you left?                      12:52:38
12        A.    No.                                               12:52:45
13        Q.    If you go down to the fourth paragraph, it        12:52:51
14   states, "Idleness-related frustration increases the         12:52:55
15   probability of interpersonal conflicts and assaults in      12:52:58
16   prison.  Overcrowding simultaneously reduces the            12:52:58
17   opportunities for staff to effectively monitor inmate       12:53:04
18   behavior and drastically limits the options to reduce       12:53:04
19   animosities between inmates by separating them or           12:53:04
20   sending them to different facilities.  Thus, there is       12:53:04
21   less for inmates to do, fewer outlets to release the        12:53:04
22   resulting tension, a decreased staff capacity to            12:53:04
23   identify inmate problems, and fewer options to solve        12:53:04
24   them if and when they do."                                  12:53:04
25              Is there anything about this summary of           12:53:46
```

## Golden Gate Reporting

Page 112

| | | |
|---|---|---|
| 1 | idleness and effects of overcrowding that is quoted from | 12:53:49 |
| 2 | the statement that you disagree with, at this time, | 12:53:55 |
| 3 | Mr. Tilton? | 12:53:57 |
| 4 | A.   No. | 12:53:58 |
| 5 | Q.   The next paragraph states, quote, "Because of | 12:54:05 |
| 6 | these conditions, the risk of catastrophic failure in a | 12:54:09 |
| 7 | system strained from severe overcrowding is a constant | 12:54:14 |
| 8 | threat.  As the Director of the division of Adult | 12:54:15 |
| 9 | Institutions, it is my professional opinion this level | 12:54:15 |
| 10 | of overcrowding is unsafe, and we are operating on | 12:54:15 |
| 11 | borrowed time." | 12:54:15 |
| 12 | Was this a statement that Mr. Dovey was making | 12:54:28 |
| 13 | at the time? | 12:54:31 |
| 14 | A.   Yes. | 12:54:32 |
| 15 | Q.   And did you agree with his statement when he | 12:54:32 |
| 16 | made it? | 12:54:35 |
| 17 | A.   Yes. | 12:54:40 |
| 18 | Q.   Is it correct, Mr. Tilton, that the special | 12:54:47 |
| 19 | session ended without the legislature enacting the | 12:54:53 |
| 20 | requested solutions to overcrowding that you had | 12:54:57 |
| 21 | requested? | 12:55:01 |
| 22 | A.   Yes. | 12:55:01 |
| 23 | Q.   Let me show you what I've marked as Exhibit 6, | 12:55:02 |
| 24 | which is a letter you wrote on September 1, 2006, to | 12:55:04 |
| 25 | CDCR staff. | 12:55:09 |

Golden Gate Reporting

Page 113

```
 1          MS. TILLMAN:  Off the record.              12:55:11
 2          (Discussion off the record.)               12:55:12
 3          MR. BIEN:  Q.  Mr. Tilton, is Exhibit 6 a  12:55:12
 4   letter that you wrote on or about September 1, 2006, to  12:56:34
 5   the employees at the Department of Corrections?   12:56:38
 6      A.   Yes.                                       12:56:41
 7      Q.   And was your purpose to report to them that  12:56:44
 8   the solutions to overcrowding that you and the Governor  12:56:46
 9   had advocated had not been implemented?           12:56:52
10      A.   Yes, and my respect for them in doing a good  12:56:56
11   job every day, in spite of that.                  12:57:01
12      Q.   The second paragraph up from the bottom on the  12:57:04
13   first page, you state, quote, "You need to know that I  12:57:05
14   remain concerned that the failure to pass any relief  12:57:11
15   measure will lead the Department into an emergency  12:57:12
16   situation that not only endangers your safety, but also  12:57:12
17   places burdens on local governments and communities."  12:57:12
18          Did you believe that to be the case on     12:57:12
19   September 1, 2006?                                 12:57:29
20      A.   Yes.                                       12:57:29
21      Q.   And the last sentence on this page, you state,  12:57:36
22   "It is my belief that your professionalism and    12:57:39
23   dedication are what have kept our prisons safe in spite  12:57:42
24   of the unprecedented levels of overcrowding to our  12:57:47
25   institutions."                                     12:57:47
```

## Golden Gate Reporting

Page 114

| | | |
|---|---|---|
| 1 | Can you elaborate on that, Mr. Tilton? | 12:57:49 |
| 2 | A.    Well, every factor that's led to major riots | 12:57:52 |
| 3 | in -- around the country are in place in CDCR.  So the | 12:57:56 |
| 4 | fact that we didn't have those same number of issues, | 12:58:01 |
| 5 | where hostages were being taken and prisons being lost, | 12:58:01 |
| 6 | was a statement to what the staff were doing in spite of | 12:58:07 |
| 7 | the conditions we were having them work in. | 12:58:13 |
| 8 | Q.    In the last paragraph, you state, quote, "You | 12:58:16 |
| 9 | have my promise that I will continue to fight for what I | 12:58:20 |
| 10 | believe to be my top priority, which is to provide a | 12:58:23 |
| 11 | safer working environment within our institutions by | 12:58:25 |
| 12 | eliminating our unsafe practice of housing offenders in | 12:58:25 |
| 13 | non-traditional beds," end quote. | 12:58:25 |
| 14 | Did you continue to battle for that priority, | 12:58:34 |
| 15 | Mr. Tilton, while you were secretary? | 12:58:38 |
| 16 | A.    Yes. | 12:58:42 |
| 17 | MR. BIEN:  Thanks.  Why don't we take a break. | 12:58:43 |
| 18 | THE VIDEOGRAPHER:  We're going off the record. | 12:58:46 |
| 19 | The time is 12:59 p.m. | 12:58:48 |
| 20 | (Whereupon, a luncheon recess was taken at | 12:58:49 |
| 21 | 12:59 p.m.) | 12:58:49 |
| 22 | | 12:58:49 |
| 23 | | 12:58:49 |
| 24 | | 12:58:49 |
| 25 | | 12:58:49 |

## Golden Gate Reporting

|  |  | Page 115 |
|---|---|---|
| 1 | AFTERNOON SESSION - 1:51 P.M. | 01:51:13 |
| 2 |  | 12:58:51 |
| 3 | THE VIDEOGRAPHER:  Back on the record. | 01:51:29 |
| 4 | Time is 1:51 p.m.  Please proceed. | 01:51:30 |
| 5 | CONTINUED EXAMINATION BY MR. BIEN | 01:51:33 |
| 6 | MR. BIEN:  Q.  Good afternoon, Mr. Tilton. | 01:51:34 |
| 7 | A.   Good afternoon. | 01:51:37 |
| 8 | Q.   During the break, Miss Tillman and I and the | 01:51:39 |
| 9 | court reporter repaired missing pages to Exhibit 1, and | 01:51:44 |
| 10 | you have in front of you Exhibit 1.  That's the same as | 01:51:48 |
| 11 | the old Exhibit 1 that you had marked before; although, | 01:51:51 |
| 12 | it now has pages that continue through CDCR 6366, at the | 01:51:55 |
| 13 | bottom right; is that correct? | 01:52:04 |
| 14 | A.   Yes. | 01:52:06 |
| 15 | Q.   If you can look on Page 11 of the document, | 01:52:12 |
| 16 | which is CDCR 6356. | 01:52:17 |
| 17 | MS. TILLMAN:  Do you have a spare copy, after | 01:52:20 |
| 18 | all of that? | 01:52:25 |
| 19 | MR. BIEN:  Q.  Do you see on the top, it says, | 01:52:36 |
| 20 | "Re-entry Program Facilities," the front page? | 01:52:37 |
| 21 | A.   Yes. | 01:52:40 |
| 22 | Q.   Is it correct that the parole reform that you | 01:53:06 |
| 23 | were proposing to legislature in the summer of 2006 was | 01:53:13 |
| 24 | broader than just constructing re-entry facilities? | 01:53:18 |
| 25 | A.   Yes. | 01:53:22 |

## Golden Gate Reporting

Page 116

```
 1       Q.    And what other aspects of parole reform were        01:53:22
 2   you advocating for in the summer of 2006?                     01:53:26
 3       A.    A combination of issues, the first was to           01:53:30
 4   actually put resources available to provide programs for      01:53:32
 5   parolees, prepare them in prison and then do a better         01:53:38
 6   transition as they got into the street.  In addition,         01:53:42
 7   there were a number of mechanical things that we thought      01:53:45
 8   were necessary to manage the reform change.                   01:53:49
 9          First was to create a document to do                   01:53:53
10   assessments of individuals, both from a risk to               01:53:55
11   reoffend, as well as program needs, to find a way to          01:54:00
12   then link them to those program needs.  Provide a             01:54:05
13   process to -- also provide a more consistent                  01:54:11
14   decision-making process for parole violations, so that        01:54:13
15   it would be an ability as a secretary to make a policy        01:54:17
16   change and have that policy change reflected in actual        01:54:20
17   action on the street and ability to monitor that.             01:54:22
18          So in combination with these issues, besides           01:54:26
19   the facilities, it was a more of a consistent pattern of      01:54:27
20   assessment of individuals' risk, who should get what          01:54:32
21   kind of programs, which ones have the risk to reoffend        01:54:36
22   and prioritize your resources to that population, and         01:54:41
23   then a better communication vehicle with local law            01:54:42
24   enforcements, both from a program consistency point of        01:54:45
25   view, as well as the public safety supervision of those      01:54:50
```