# EXHIBIT 38

## Deposition of James Tilton
## September 3, 2008
## (Phase II Designations)

## Part E

## Golden Gate Reporting

Page 205

| | | |
|---|---|---|
| 1 | A. Well, like the bill we talked about, we have | 04:40:11 |
| 2 | had discussions about having to earn your way to being | 04:40:14 |
| 3 | discharged from parole. It was a performance-based | 04:40:19 |
| 4 | incentive for a program compliance and behavior. | 04:40:23 |
| 5 | Q. And is it correct that you advocated, at | 04:40:26 |
| 6 | various points, for CCR to implement an early discharge | 04:40:30 |
| 7 | program? | 04:40:31 |
| 8 | A. Yes, once we had the statistics to make it | 04:40:33 |
| 9 | clear the definition of who we're impacting and how. | 04:40:36 |
| 10 | Q. Okay. At the time you left CDCR in the spring | 04:40:39 |
| 11 | of 2008, had CDCR implemented an earned discharge | 04:40:46 |
| 12 | program? | 04:40:52 |
| 13 | A. Not anything more than the bill that was | 04:40:53 |
| 14 | passed. It was part of the decision matrix discussions. | 04:40:55 |
| 15 | Q. Was it something that you, at the time you | 04:40:58 |
| 16 | left, you still believe was valuable to be pursued and | 04:41:00 |
| 17 | implemented? | 04:41:03 |
| 18 | A. Yes. | 04:41:06 |
| 19 | Q. What steps did you feel were still necessary | 04:41:06 |
| 20 | before CDCR could go ahead with the implementation of | 04:41:10 |
| 21 | earned discharge? | 04:41:14 |
| 22 | A. As I talked before, the evaluation -- | 04:41:16 |
| 23 | consistent evaluation and consistent matrix were needed | 04:41:16 |
| 24 | to have in place, so that I could have consistency of | 04:41:19 |
| 25 | decisions. And, then, this is part of the discussion of | 04:41:23 |

## Golden Gate Reporting

Page 206

| | | |
|---|---|---|
| 1 | providing incentives for people to stay in programs. | 04:41:26 |
| 2 | So we talked about credits, while they're in | 04:41:31 |
| 3 | prison, and we also talked about removing them from | 04:41:34 |
| 4 | parole if, in fact, they would demonstrate certain | 04:41:39 |
| 5 | successes.  So it was in that whole framework for | 04:41:42 |
| 6 | providing an incentive for people to stay in program and | 04:41:43 |
| 7 | complete programs. | 04:41:46 |
| 8 | THE VIDEOGRAPHER:  Off the record.  The time | 04:42:09 |
| 9 | is 4:42 p.m. | 04:42:09 |
| 10 | (Recess taken.) | 04:42:13 |
| 11 | (Whereupon, Plaintiffs' | 04:42:09 |
| 12 | Exhibit Nos. 24 through 26 were | 04:42:09 |
| 13 | marked for identification.) | 04:42:09 |
| 14 | THE VIDEOGRAPHER:  We are now on the record at | 05:01:29 |
| 15 | 5:01 p.m.  This is the beginning of Video No. 4 in the | 05:01:31 |
| 16 | deposition of James Tilton. | 05:01:36 |
| 17 | Please proceed. | 05:01:39 |
| 18 | MR. BIEN:  Q.  Mr. Tilton, I've asked the | 05:01:41 |
| 19 | court reporter to mark as Exhibit 24 to your deposition | 05:01:45 |
| 20 | a two-page document.  It says, top of the first page, | 05:01:45 |
| 21 | "Agenda Governor's meeting with Legislative Leaders on | 05:01:48 |
| 22 | Prisons.  It has numbers E-CDCR_000414 and 415. | 05:01:51 |
| 23 | Do you recall attending a meeting where the | 05:01:59 |
| 24 | Governor made a presentation to legislative leaders | 05:02:09 |
| 25 | concerning prison options? | 05:02:09 |

### Golden Gate Reporting

Page 208

| | | |
|---|---|---|
| 1 | A.    No. | 05:03:17 |
| 2 | Q.    Is it correct that during the time that you | 05:03:18 |
| 3 | were secretary, that CDCR actually lost over 1,000 jail | 05:03:24 |
| 4 | beds, at least for that account? | 05:03:30 |
| 5 | A.    Yes. | 05:03:33 |
| 6 | Q.    And that reduced your overall capacities? | 05:03:33 |
| 7 | A.    Went the wrong way. | 05:03:36 |
| 8 | Q.    Okay.  In the short-term item, Item 3(b)2, one | 05:03:38 |
| 9 | of them is, eliminate state prison diagnostic | 05:03:46 |
| 10 | evaluations. | 05:03:49 |
| 11 | Do you know what that's in reference to? | 05:03:49 |
| 12 | A.    Yes, there's a process -- I think it's a | 05:03:53 |
| 13 | mental health evaluation, basically diagnostics, and it | 05:03:56 |
| 14 | ends up with very few people actually getting to us, but | 05:03:59 |
| 15 | it's a workload, and it takes up beds in our system. | 05:04:04 |
| 16 | Q.    Was this a proposal to either change a State | 05:04:06 |
| 17 | law or -- | 05:04:10 |
| 18 | A.    Just not do it. | 05:04:10 |
| 19 | Q.    Not do it.  Okay. | 05:04:12 |
| 20 | Do you recall what happened with that | 05:04:13 |
| 21 | proposal? | 05:04:14 |
| 22 | A.    There wasn't support, I believe, from the | 05:04:16 |
| 23 | legislature to do it. | 05:04:18 |
| 24 | Q.    Are these, like, 90-day evaluations, 60-day, | 05:04:23 |
| 25 | something like that? | 05:04:26 |

# Golden Gate Reporting

Page 209

| | | |
|---|---|---|
| 1 | A.    90-day, I think, and it turned out there was | 05:04:27 |
| 2 | only a few counties that were using it (inaudible), but | 05:04:29 |
| 3 | others disagreed. | 05:04:33 |
| 4 | Q.    Do you know what the reference to temporary | 05:04:39 |
| 5 | facilities is, under short-term? | 05:04:42 |
| 6 | A.    This is, again, coming up with a list of | 05:04:44 |
| 7 | things we should go try to explore and see whether it | 05:04:47 |
| 8 | made sense to bring in temporary trailers, or whatever | 05:04:48 |
| 9 | else like that, on prison grounds. | 05:04:51 |
| 10 | Q.    Do you recall a time -- I think it was when | 05:04:55 |
| 11 | you were secretary, where I understood they were | 05:04:58 |
| 12 | actually using tents in a yard; is that correct? | 05:05:00 |
| 13 | A.    Yes, not while I was secretary. | 05:05:03 |
| 14 | Q.    Not while you were secretary? | 05:05:05 |
| 15 | A.    While I was secretary, we didn't give them | 05:05:07 |
| 16 | tents.  They just were on the yard. | 05:05:09 |
| 17 | Q.    Okay. | 05:05:13 |
| 18 | A.    Not kidding. | 05:05:14 |
| 19 | Q.    Really?  What about use of empty DJJ | 05:05:20 |
| 20 | facilities, was that something that your agency has | 05:05:23 |
| 21 | explored? | 05:05:24 |
| 22 | A.    Yes. | 05:05:25 |
| 23 | Q.    Where does that stand right now, when you | 05:05:26 |
| 24 | left? | 05:05:29 |
| 25 | A.    We're proposing to do it, Paso Robles. | 05:05:30 |

## Golden Gate Reporting

Page 210

1    Q.   Is that for a re-entry facility, or was it      05:05:39
2    going to be extra space?                              05:05:41
3    A.   It was extra space, and we also were             05:05:44
4    supporting having re-entry, using the site to build a 05:05:46
5    re-entry.                                             05:05:49
6    Q.   When you left, was that project still under      05:05:52
7    consideration?                                        05:05:55
8    A.   Yes.                                             05:05:56
9    Q.   Under long term, one of the proposals was,       05:06:03
10   parole violators served time locally.  Do you understand 05:06:06
11   what that proposal was, or do you have -- did you ever 05:06:12
12   discuss a proposal like that?                         05:06:16
13   A.   Yes, it was basically, rather than send them     05:06:18
14   back to prisons, they would have to find some local   05:06:21
15   facilities to put them in.                            05:06:24
16   Q.   Is that one of the proposals that has            05:06:26
17   continued to be discussed while you were agency       05:06:29
18   secretary?                                            05:06:32
19   A.   No.                                              05:06:33
20   Q.   Why not?                                         05:06:33
21   A.   Opposition to it.                                05:06:34
22   Q.   There was opposition?                            05:06:35
23   A.   Yes.  Those are just making policy calls.  If    05:06:36
24   you have got less than three months, or whatever, you 05:06:45
25   don't go to prison, unless something else happens.  The 05:06:49

## Golden Gate Reporting

```
1    question you have to answer, what happened and who pays?    05:06:49
2        Q.    You have, in various presentations that I've      05:06:54
3    read and seen, talked about someone, you know, sitting      05:06:57
4    on a bunk for three months as not being a very              05:07:01
5    productive activity.                                        05:07:05
6        A.    Yes.                                              05:07:07
7        Q.    Can you explain what you -- when you say,          05:07:07
8    sitting on a bunk for three months, what are you            05:07:08
9    referring to?                                               05:07:09
10       A.    Parole violator, most times, come in and spend    05:07:09
11   some time in a reception center and go off to a prison,     05:07:14
12   but get in a waiting line and don't get program.            05:07:17
13            And besides the inefficiencies of a revolving      05:07:20
14   door, so that's the premise we have behind re-entry.        05:07:25
15   Let's find a way to do something with that person.          05:07:26
16            And the prison system is not set up, because       05:07:29
17   of our due process and whatever, to respond quickly to      05:07:31
18   get them into program.  That was one of the issues with     05:07:36
19   SB618, is, find a way to minimize that time it takes you    05:07:39
20   to get processed through reception and then find you a      05:07:44
21   bed, and then also get programmed.  For four or five        05:07:48
22   months, you just don't get that, so isn't there a better    05:07:50
23   way.                                                        05:07:55
24       Q.    Under Item Roman Numeral IV is a discussion of    05:07:55
25   prison and parole reform alternatives.  Under prison        05:08:01
```

Golden Gate Reporting

Page 212

1    reform, the first one is sentencing commission.            05:08:01

2            Do you recall that Governor Schwarzenegger in,    05:08:05

3    I think it was in the budget that came out in January of  05:08:09

4    2007, advocated that the sentencing commission be         05:08:14

5    established?                                               05:08:23

6        A.    Yes.                                            05:08:24

7        Q.    And were you involved in discussions of        05:08:24

8    sentencing commissions as one of the options to address   05:08:28

9    prison overcrowding?                                      05:08:32

10       A.    Yes.                                            05:08:33

11       Q.    What can you recall about those discussions?    05:08:34

12       A.    It was try to find an independent body to help  05:08:36

13   us reassess the State laws that drive population in the    05:08:40

14   prison system.                                            05:08:45

15       Q.    In the time you left the CDC in the spring of   05:08:46

16   2008, were you aware of any further discussions of the    05:08:55

17   sentencing commission?                                    05:08:55

18       A.    I am aware of discussions, but I don't know if  05:08:55

19   there was any movement from the various parties about     05:08:57

20   how the makeup and what authority the commission should   05:09:00

21   have.                                                     05:09:02

22       Q.    Did the Governor's proposal for a sentencing    05:09:02

23   commission get approved?                                  05:09:06

24       A.    No.                                             05:09:08

25       Q.    Was there also a legislative proposal for a     05:09:08

## Golden Gate Reporting

Page 213

```
 1   sentencing commission that also failed?            05:09:13
 2        A.   Yes.                                      05:09:16
 3        Q.   There's a series of other options.  I think we   05:09:34
 4   have discussed some of them.  Selected series of   05:09:39
 5   non-violent offenders served time locally.  Locally   05:09:40
 6   would mean in county jails?                         05:09:46
 7        A.   Or program.                               05:09:48
 8        Q.   Or program.                               05:09:49
 9             And various early release programs for certain   05:09:56
10   categories of inmates, either aged or disabled.  You   05:10:03
11   discussed those?                                    05:10:10
12        A.   Yes.                                      05:10:10
13        Q.   Did any of those proposals go forward, to your   05:10:11
14   knowledge?  Were any of them approved before you left as   05:10:15
15   secretary?                                          05:10:19
16        A.   No.                                       05:10:20
17        Q.   No. 8 is, "Increase Work Credits for     05:10:27
18   Non-serious, Non-violent Inmates."                  05:10:30
19             Can you discuss -- do you recall what any of   05:10:35
20   those proposals were?                               05:10:38
21        A.   Well, generally, this is identifying, and this   05:10:39
22   is where I was supporting, if it's a non-violent   05:10:42
23   offender, we do give additional credits for performance   05:10:45
24   in program, and that's what this is.                05:10:51
25        Q.   That's the program we talked about a little   05:10:53
```

## Golden Gate Reporting

Page 214

1    earlier today?                                                      05:10:55

2        A.    Yes, the distinction from the extra panel,                05:10:56

3    which says, everyone.  And I took a position to                     05:10:58

4    recommend non-violence, that the non-violent population,            05:11:01

5    we should be looking at.  That violence -- those folks              05:11:02

6    should not have the same benefits as non-violence.                  05:11:08

7    That's what this is, is anybody willing to consider                 05:11:08

8    discussions around those areas?                                     05:11:14

9        Q.    And you recommended the proposal that's                   05:11:16

10   described here, increasing work credits but limited to              05:11:19

11   non-serious/non-violent inmates?                                    05:11:20

12       A.    I'm not sure recommendation is the right term.            05:11:24

13   What I recommended, these are things I think should be              05:11:28

14   considered.  We were testing whether or not there was               05:11:28

15   other support for these kind of issues.                             05:11:32

16       Q.    And the time you left as secretary of CCR, had            05:11:34

17   any increase in work credits for non-serious,                       05:11:40

18   non-violent inmates been implemented?                               05:11:43

19       A.    No.                                                       05:11:49

20       Q.    Parole form, there's some options, direct                 05:11:53

21   discharge for non-serious/non-violent offenders.                    05:11:57

22             Did you understand that -- did you come to                05:11:58

23   learn as secretary, or before, that California was one              05:12:03

24   of the only states that puts all prisoners on parole                05:12:06

25   upon discharge from prison?                                         05:12:12

## Golden Gate Reporting

Page 215

```
 1       A.    Yes.                                          05:12:14
 2       Q.    And did you understand that there -- did you  05:12:14
 3   ever recommend that California considered changing that 05:12:20
 4   process so that some prisoners would discharge directly 05:12:25
 5   from prison and not go on parole?                       05:12:29
 6       A.    Yes.                                          05:12:33
 7       Q.    Could you describe your views on that topic,  05:12:34
 8   Mr. Tilton?                                             05:12:37
 9       A.    Well, the issue is prioritization of          05:12:38
10   resources, and it's also my complaint when I walked     05:12:44
11   around -- traveled around the country and talked        05:12:48
12   recidivism rates.  It's apples/oranges.  They have lower 05:12:50
13   recidivism rates because you have to prosecute.  You    05:12:56
14   don't come back through the parole process, because     05:13:00
15   you're not on parole.                                   05:13:00
16           We have people that come through               05:13:00
17   administrative process with different due diligence.  So 05:13:02
18   my point was, if people behave themselves and have all  05:13:05
19   the characteristics to be successful, the option should 05:13:09
20   be, just discharge them.                                05:13:11
21           The example I use is a camper, who has fought   05:13:13
22   fires for two years, cleaned up his drug habit, got a   05:13:17
23   job and gets out, and a place to live.  Why does that   05:13:19
24   person have to serve a parole time?  So I was advocate  05:13:22
25   for some discussion in that area.                       05:13:27
```

Golden Gate Reporting

Page 216

```
 1       Q.   And there was also discussion of discharge      05:13:34
 2  from parole after certain amounts of clean time.  Do you  05:13:37
 3  recall those discussions?                                 05:13:42
 4       A.   Yes, we had a specific proposal to do that,     05:13:44
 5  and not accept the legislature.                           05:13:47
 6       Q.   What was that proposal?                         05:13:49
 7       A.   That if you're clean, if you're non-violent,    05:13:50
 8  and you're 12 months clean, you are discharged.  Not a    05:13:53
 9  decision.                                                 05:13:57
10       Q.   And how is that a change from the existing      05:13:57
11  law?                                                      05:14:00
12       A.   Now, it's discretionary.                        05:14:01
13       Q.   Okay.  And did you advocate for that proposal   05:14:03
14  that didn't make it to the legislature?                   05:14:12
15       A.   Yes.                                            05:14:14
16       Q.   Why did you think that was of value?            05:14:15
17       A.   It was the most minimal policy change that I    05:14:17
18  figured, if I get that, then I can start doing more.  If  05:14:21
19  I can't get that, then I can't get anything.              05:14:25
20       Q.   So that was not a positive signal you received  05:14:29
21  about your ability to legislate some of these reforms     05:14:31
22  you thought were necessary?                               05:14:34
23       A.   Yes.  They said it was okay for me to make a    05:14:36
24  decision.  It was existing practice and existing law.  I  05:14:38
25  just wanted to make -- that's what happens without the    05:14:42
```

Golden Gate Reporting

Page 217

1    discretion, then it is not successful.                    05:14:44

2        Q.    And then Proposal 3 under parole reform was     05:14:50

3    discharge non-serious/non-violent parolees early.  Other  05:14:54

4    than No. 2, is that a proposal to, maybe -- I think I've   05:14:57

5    seen some reference to six-month parole terms for          05:15:02

6    people, or three-month parole terms?                       05:15:06

7        A.    Yeah, just explore that and try to prioritize    05:15:06

8    your parole resources.                                     05:15:09

9        Q.    I think you talked about it earlier, but did     05:15:13

10   you learn from John Petersilia and other experts in the    05:15:14

11   field that experts and studies show that what resources    05:15:21

12   were best spent in the first several months of people's    05:15:26

13   parole period in terms of producing crime and increasing   05:15:30

14   success in paroles?                                        05:15:32

15       A.    Yes.                                             05:15:34

16       Q.    Are these kind of proposals designed to put      05:15:36

17   parole resources where they're most effective?            05:15:40

18       A.    Right, they'll wait for a full year to do the    05:15:43

19   assessment.                                                05:15:47

20       Q.    Okay.  In the spring of this year, the -- are    05:15:48

21   you aware that the LAO put forth their proposal for        05:16:11

22   prison and parole reform in response to the                05:16:19

23   administration's proposal?                                 05:16:22

24       A.    Yes.                                             05:16:24

25       Q.    And one aspect of that proposal was to move      05:16:24

## Golden Gate Reporting

Page 219

```
 1   you have votes for something, let us know what it is,        05:17:39
 2   but they kept wanting us to, as I described, negotiate       05:17:40
 3   with ourselves.  Wait a minute, we have a proposal on        05:17:43
 4   the table.  What would you support versus us keep            05:17:48
 5   changing our position?                                       05:17:49
 6        Q.   To the extent the LAO proposal involved local      05:17:50
 7   communities taking responsibility for people who were        05:17:58
 8   returning to their communities, was it consistent with       05:18:03
 9   the re-entry kind of programs that you were advocating?      05:18:08
10        A.   In some ways, but it had significant funding       05:18:12
11   problems with their proposals.  They were advocating as      05:18:15
12   if they were providing resources to fund their proposal,     05:18:19
13   and the counties perspective, they were taking resources     05:18:21
14   away and putting it over here and calling it money from      05:18:24
15   the State.                                                   05:18:27
16          So it wasn't getting very far, because without        05:18:27
17   funding, it was causing a huge response from the             05:18:31
18   local -- same issue as our proposal.  How do you fund        05:18:34
19   what happens to these people if they're not in prison?       05:18:39
20        Q.   In general, has that been a major issue you've     05:18:43
21   dealt with in your meetings with both legislative            05:18:48
22   leaders and community representatives about the various      05:18:51
23   prison and parole reform options?                            05:18:54
24        A.   Yes.                                               05:18:57
25        Q.   In other words, who -- if we were going to         05:18:58
```

## Golden Gate Reporting

Page 220

```
 1    reduce the prisoner parole population, who's going to      05:18:59
 2    take care of both police issues and supervision and       05:19:01
 3    healthcare issues for this population?                     05:19:06
 4         A.    And for how long, yes.                          05:19:09
 5              MR. BIEN:   I think I marked as Exhibit 26 a     05:19:40
 6    multipage document, bears Production No. CDCR_ 020803      05:19:47
 7    through 815.  The first page says, "AB 900's strike team   05:19:54
 8    Issue Memo No. 1 validation of infill bed plan."          05:20:01
 9              There's no date typed in, but written on the    05:20:07
10    upper right-hand corner is 8207.  You can look at the     05:20:09
11    whole thing, but I can ask you if you want -- see if you  05:20:46
12    -- you can look at it carefully Lisa.  You're reading it  05:20:48
13    all upfront.                                               05:20:54
14         Q.    Do you recall the issue, I think you talked    05:20:57
15    about earlier, about CCR had already done some infill     05:20:59
16    bed planning before AB 900 was passed, and then AB 900    05:20:59
17    included the requirement programming for infill beds      05:21:05
18    that had not been anticipated?                             05:21:10
19         A.    That's true.                                    05:21:13
20         Q.    Is it correct that the strike team that CDCR   05:21:17
21    worked on was how to address that requirement, AB 900     05:21:19
22    and the infill beds?                                       05:21:20
23         A.    Yes.                                            05:21:23
24         Q.    Do you recall that one of the issues that was  05:21:25
25    presented for decision was to what level of design bed    05:21:28
```

## Golden Gate Reporting

Page 229

| | | |
|---|---|---|
| 1 | Do you recall seeing this document at or about | 05:36:59 |
| 2 | the time it was prepared? | 05:37:01 |
| 3 | A.    No, I mean, I used to be very much involved in | 05:37:04 |
| 4 | the BCPs, but in my current -- or prior job, that was up | 05:37:08 |
| 5 | to staff to work through.  I was aware of BCP and aware | 05:37:12 |
| 6 | of the prioritization of resources, trying to pick AB | 05:37:16 |
| 7 | 900 for this purpose, but I don't think I ever actually | 05:37:18 |
| 8 | screened the BCP. | 05:37:23 |
| 9 | Q.    Were you aware that -- you are aware that | 05:37:24 |
| 10 | as -- one of the aspects of AB 900 is this requirement | 05:37:26 |
| 11 | that the Department try to provide mental health day | 05:37:30 |
| 12 | treatment or crisis services to at least 300 parolees, I | 05:37:36 |
| 13 | guess it's a day or something? | 05:37:41 |
| 14 | A.    Yes. | 05:37:43 |
| 15 | Q.    You're aware of that? | 05:37:43 |
| 16 | A.    Yes. | 05:37:44 |
| 17 | Q.    And is it correct that this BCP is part of the | 05:37:45 |
| 18 | Department's effort to satisfy that requirement? | 05:37:51 |
| 19 | A.    Yes, that's my understanding. | 05:37:53 |
| 20 | Q.    Is this also something, aside from AB 900, | 05:37:56 |
| 21 | that you have advocated for personally, that there be | 05:38:02 |
| 22 | improved mental health services for parolees in | 05:38:06 |
| 23 | California? | 05:38:11 |
| 24 | A.    Yes. | 05:38:12 |
| 25 | Q.    On the third page of the exhibit, Page 2 of | 05:38:29 |

# Golden Gate Reporting

Page 230

1    the BCP, underneath the chart, the second sentence          05:38:32

2    states, there's -- "The average monthly EOP parolee         05:38:40

3    population for 2007 is 3,950.  The average monthly           05:38:46

4    population of EOP parolees in 2007 had an increase of        05:38:51

5    228 over the average in 2006.  This is a direct result      05:38:53

6    of a change in policy in which CDCR no longer                05:39:00

7    incarcerates parolees solely for psychiatric treatment."    05:39:02

8         Is this the change in policy that you                   05:39:07

9    discussed earlier today?                                     05:39:09

10       A.   No, it's a different one.                           05:39:11

11       Q.   What is this?                                        05:39:13

12       A.   There used to be a return called psych return,      05:39:14

13   which came in with the Valdivia court.                       05:39:15

14       Q.   And as a result of these changes in policies        05:39:30

15   -- first of all, back up.  Did you support these changes    05:39:37

16   in CDCR policies?                                            05:39:40

17       A.   Yes.                                                 05:39:43

18       Q.   And why was that?                                    05:39:43

19       A.   It's this whole issue about, if people have         05:39:46

20   treatment needs, address them locally.  Don't send them     05:39:49

21   back to prison to get their treatment.  This was the        05:39:53

22   first stage of that, send them back for assessment.         05:39:56

23       Q.   At the time you left CDCR in the spring of          05:40:03

24   2008, had this proposal been approved?                       05:40:07

25            MS. TILLMAN:  Objection.  Vague and ambiguous,      05:40:11

## Golden Gate Reporting

Page 231

| | | |
|---|---|---|
| 1 | as to whom. | 05:40:13 |
| 2 | MR. BIEN:  Q.  Had it been incorporated as | 05:40:15 |
| 3 | part of the budget? | 05:40:17 |
| 4 | MS. TILLMAN:  The May revise? | 05:40:19 |
| 5 | MR. BIEN:  There is no final budget yet. | 05:40:20 |
| 6 | THE WITNESS:  Point taken and made. | 05:40:23 |
| 7 | MR. BIEN:  Q.  As far as you know, it's not | 05:40:25 |
| 8 | approved yet? | 05:40:25 |
| 9 | A.  Not approved yet, and I don't know the current | 05:40:27 |
| 10 | status of response to legislature BCPs to either the | 05:40:29 |
| 11 | fall or the May. | 05:40:32 |
| 12 | Q.  Okay.  Do you understand that the effort to | 05:40:36 |
| 13 | contract for services for parolees had already begun | 05:41:05 |
| 14 | with prior AB 900 money, this $50 million dollars? | 05:41:15 |
| 15 | A.  Yes. | 05:41:20 |
| 16 | Q.  Do you have any reports about the success or | 05:41:20 |
| 17 | failure that the parole department was having in | 05:41:23 |
| 18 | obtaining contracts for these services for CDCR | 05:41:26 |
| 19 | parolees? | 05:41:29 |
| 20 | A.  No. | 05:41:30 |
| 21 | MR. BIEN:  Let me mark as the next exhibit a | 05:42:07 |
| 22 | two-page document dated August 31, 2007, from | 05:42:18 |
| 23 | Joe McGrath to John Hagar about AB 900 State Proposal | 05:42:23 |
| 24 | Regarding Stage I that was recently produced to us by | 05:42:27 |
| 25 | defendants in this case. | 05:42:31 |

## Golden Gate Reporting

Page 233

| | | |
|---|---|---|
| 1 | identification.) | 05:45:27 |
| 2 | THE WITNESS:  (Witness reviewing document.) | 05:45:30 |
| 3 | MR. BIEN:  Q.  Do you recall, Mr. Tilton, | 05:46:32 |
| 4 | receiving this e-mail on or about July 10, 2007, from | 05:46:34 |
| 5 | Mr. Gore? | 05:46:38 |
| 6 | MS. TILLMAN:  Before he answers the question, | 05:46:40 |
| 7 | let me just state for the record that G-O-V PRIV 001091, | 05:46:42 |
| 8 | obviously, the necessary privileges of attorney/client | 05:46:44 |
| 9 | privileged, a little bit of confidence privileged, and | 05:46:48 |
| 10 | executive privileged were asserted by defendant.  It | 05:46:51 |
| 11 | appears that this was a document produced pursuant to a | 05:46:55 |
| 12 | court order. | 05:46:59 |
| 13 | That being said, we will allow the witness to | 05:47:01 |
| 14 | answer certain questions regarding this document, and | 05:47:04 |
| 15 | we'll take it on a question-by-question basis at this | 05:47:06 |
| 16 | time. | 05:47:16 |
| 17 | MR. BIEN:  Okay. | 05:47:16 |
| 18 | THE WITNESS:  I'm aware of this activity | 05:47:16 |
| 19 | taking place.  I don't recall seeing the memo, but I | 05:47:16 |
| 20 | probably did, since it was cc'd to me. | 05:47:19 |
| 21 | MR. BIEN:  Q.  Is it correct that in the | 05:47:22 |
| 22 | summer of 2007, CCR was exploring various methods of | 05:47:23 |
| 23 | reducing overcrowding, and, at the same time, trying to | 05:47:29 |
| 24 | improve public safety? | 05:47:35 |
| 25 | A.  Yes. | 05:47:37 |

# Golden Gate Reporting

Page 234

1      Q.    And you participated in those efforts?                05:47:37

2      A.    Yes.                                                   05:47:40

3      Q.    I just want to make sure we've looked down             05:47:44

4   this list.  I think we've talked about many, or most, of       05:47:44

5   these.                                                          05:47:50

6      A.    This was right after the extra panel report           05:47:51

7   was issued, so I think this was a follow-up to --              05:47:55

8   picking out some of the conditions that came out of            05:47:58

9   that, and let's get some discussion about what we could        05:47:58

10  do right away.                                                  05:48:01

11     Q.    Do you recall an effort to develop a risk             05:48:01

12  assessment instrument as soon as possible?                     05:48:07

13     A.    Yes.  In fact, I already started before this.         05:48:11

14     Q.    Was there an instruction to the CCR to develop        05:48:14

15  an assessment as soon as possible if there was a need to       05:48:19

16  actually reduce the population rapidly?                        05:48:23

17     A.    You're making two linkages there.  I can't.          05:48:28

18     Q.    Why don't I just break it into two.  Were you        05:48:31

19  aware of a direction the CCR received to develop a risk        05:48:36

20  assessment instrument as soon as possible?                     05:48:42

21     A.    Yes.                                                   05:48:45

22     Q.    And that occurred during the summer of 2007?         05:48:45

23     A.    Yes.                                                   05:48:49

24     Q.    Did you follow through on that instruction?          05:48:49

25     A.    We created the instrument, yes.                       05:48:53

## Golden Gate Reporting

Page 235

```
 1        Q.    And you did that in consultation with John        05:48:56
 2   Petersilia?                                                  05:49:00
 3        A.    Yes.                                              05:49:01
 4        Q.    And in addition to that, isn't it also correct   05:49:02
 5   that you also began a process to validate a risk            05:49:06
 6   assessment instrument and correct it for California         05:49:13
 7   conditions?                                                 05:49:16
 8        A.    Yes.                                             05:49:17
 9        Q.    And that effort also went forward and has been   05:49:17
10   completed?                                                  05:49:20
11        A.    Yes.                                             05:49:21
12        Q.    The third bullet point here is create            05:49:25
13   intermediate sanctions.  Do you know what that would        05:49:29
14   refer to?                                                   05:49:32
15        A.    Yes, this was the charge that we temporarily     05:49:33
16   redirect some resources to do it but wanted permanent       05:49:36
17   additional drug treatment beds in the community.  I         05:49:42
18   don't think we got 2,000, but I think we got 1,800, or      05:49:45
19   something like that.                                        05:49:48
20        Q.    The next bullet point refers to activating       05:49:50
21   2,000 new community treatment beds?                         05:49:53
22        A.    Right.                                           05:49:55
23        Q.    The fifth bullet point is "Expand BPH Deputy     05:49:58
24   Commissioner Run Regional Drug Courts."                     05:50:04
25             Do you know what this refers to?                  05:50:04
```

## Golden Gate Reporting

Page 236

| | | |
|---|---|---|
| 1 | A.   I do, but I don't know the results of the | 05:50:06 |
| 2 | exercise.   There, at one time, was a similar process at | 05:50:09 |
| 3 | the parole board, similar to a drug court. | 05:50:14 |
| 4 | Q.   Do you understand that to be referring to a | 05:50:19 |
| 5 | revocation -- parole revocation procedure where the | 05:50:25 |
| 6 | commissioners and the participants would have special | 05:50:29 |
| 7 | knowledge and access to issues about drug abuse and drug | 05:50:34 |
| 8 | treatment? | 05:50:38 |
| 9 | A.   Yes. | 05:50:38 |
| 10 | Q.   Do you think that was a recommendation that | 05:50:39 |
| 11 | should be pursued by CDCR? | 05:50:43 |
| 12 | A.   Yes. | 05:50:46 |
| 13 | Q.   And then the next one is "Improve Parole | 05:50:46 |
| 14 | Agent's Street Practices," more detail to that. | 05:50:51 |
| 15 | Was that something that you recommended | 05:50:54 |
| 16 | pursuing? | 05:50:55 |
| 17 | A.   Yes, there would be some different | 05:50:57 |
| 18 | descriptions of it, but, yes. | 05:50:59 |
| 19 | Q.   Do you know whether that has been implemented? | 05:51:00 |
| 20 | A.   Parts of it had. | 05:51:03 |
| 21 | Q.   Do you recall what parts have begun in that | 05:51:05 |
| 22 | effort? | 05:51:09 |
| 23 | A.   Well, we had dialogue with parole about the | 05:51:09 |
| 24 | issue of identifying services and doing a better job to | 05:51:15 |
| 25 | link inmates to services.   They all knew we had a COMPAS | 05:51:20 |