# EXHIBIT 40

## Deposition of Ray Stoderd
## December 7, 2007
## (Phase I Designations)

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF CALIFORNIA

 3            AND THE NORTHERN DISTRICT OF CALIFORNIA

 4      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

 5      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

 6

 7    RALPH COLEMAN, et al.,        ) 2:90-cv-00520 LKK JFM P

 8                   Plaintiffs, ) THREE JUDGE COURT

 9         v.                      )

10    ARNOLD SCHWARZENEGGER, et al.,  )

11                   Defendants. )

12    _____ )

13    MARCIANO PLATA, et al.,       ) No. C 01-1351 TEH

14                   Plaintiffs, ) THREE JUDGE COURT

15         v.                      )

16    ARNOLD SCHWARZENEGGER, et al.,  )

17                   Defendants. )

18    _____ )

19                     --o0o--

20               VIDEOTAPED DEPOSITION OF

21               RAYMOND ARTHUR STODERD

22                     --o0o--

23             Friday, December 7, 2007

24                     --o0o--

25    Reported By:  CHRISTINE VANDERMEER, CSR License #11110
```

CERTIFIED COPY

                                                                  1

```
 1              Would you please state your full name for the
 2      record.
 3         A    Raymond Arthur Stoderd.
 4      Q    And what's your date of birth?
 5      A    10/4/63.
 6         Q    Okay.  Again, we're going to go through the rules.
 7              You understand that you're under oath, the same
 8      oath as if you were in a court of law?
 9         A    Yes.
10      Q    One thing that's important in the course of the
11      deposition is that we not speak over each other.  So I'll
12      try to let you finish your answer before I speak, and if
13      you'll let me finish my question before you jump in,
14      it'll be a lot easier for the court reporter and it will
15      make a cleaner record.
16              Do you understand that?
17      A    Yes, sir.
18      Q    Okay.  If for any unjustifiable reason your
19      attorney chooses to interpose an objection -- and I'm
20      kidding about that -- if he interposes an objection,
21      unless he instructs you not to answer, please answer the
22      question.
23              If you don't understand the question, or if the
24      objection was lengthy and you need me to restate it or
25      have it re -- read back, please let us know and we'll try
```

7

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1    to do that, okay?

 2        A    Yes, sir.

 3        Q    One of the most important things today is that you

 4    understand my questions.  If you don't let me know, if

 5    you don't tell me you don't know, then I'm going to hold

 6    you to your answers.

 7             Do you understand that?

 8        A    Yes, sir.

 9        Q    And you're doing a great job on this one.  You

10    have to answer audibly, and you're doing that thus far.

11             After the deposition, you will have the

12    opportunity to review your deposition transcript.  You

13    will have the opportunity to make changes if you think

14    you misspoke or you need to make a correction.

15             Do you understand that?

16        A    Yes.

17        Q    Okay.  You should know, however, that if you make

18    a change, that myself or any of the other counsel in the

19    case can point out the fact that you've made a change

20    and, for example, say that you've changed your testimony,

21    and it might look bad for you or the rest of the

22    plaintiff class.

23             Do you understand that?

24        A    Yes.

25        Q    Plaintiff class.
```

8

```
 1        A     January of 1996.

 2        Q     So in July of 1995, where were you before going to

 3    Tehachapi?

 4        A     San Bruno County jail.

 5        Q     Okay.  And what is your commitment offense?

 6              MR. TRUJILLO:  If I may, object just as to

 7    privacy, so that we may have more privacy for this

 8    question, if that would be all right.

 9              MR. MELLO:  Sure.

10              MR. TRUJILLO:  So may we go off the record?

11              MR. MELLO:  Sure.

12              MR. TRUJILLO:  Thank you.

13              THE VIDEOGRAPHER:  Okay.  We're off the record at

14    10:46.

15              (Discussion off the record.)

16              THE VIDEOGRAPHER:  Back on the record at 10:49.

17    BY MR. MELLO:

18        Q     Great.  Can you tell me what your commitment

19    offense is?

20        A     Attempted murder, sexual assault with intent to

21    rape, torture, kidnap and robbery.

22        Q     Was that a strike?

23        A     Second.

24        Q     Can you tell me what your first strike was?

25        A     Attempted murder.
```

19

```
 1        Q     And what's your sentence that you're serving?

 2        A     Twenty-two years, eight months, plus seven to

 3   life.

 4        Q     You were convicted in '95, correct?

 5        A     Yes.

 6        Q     Have you served any other terms of incarceration

 7   in California in the prison system?

 8        A     Yes.

 9        Q     Okay.  And that was for the first attempted

10   murder?

11        A     Yes.

12        Q     And -- and when was that?

13        A     1986.

14        Q     Through?

15        A     1989.

16        Q     Okay.  In what facilities did you serve?

17        A     Chino, CMF South Solano, California Rehabilitation

18   Center, back to Solano, and then parole.

19        Q     Do you know what your serious medical condition

20   is?

21        A     Yes, I do.

22        Q     What is it?

23        A     Full-blown AIDS.

24        Q     When were you first diagnosed with HIV?

25        A     In November of 1990.
```

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
 1        Q     So you were diagnosed while you were on the
 2    outside?
 3        A     No, sir.
 4        Q     Okay.  Where were you diagnosed?
 5        A     Donovan, San Diego, R.J. Donovan Correctional
 6    Facility.
 7        Q     Do you know what year you contracted HIV?
 8        A     It would be speculation completely.
 9        Q     Okay.
10        A     I mean, 1990.
11        Q     Okay.  But you were diagnosed in 1990 at RJD,
12    correct?
13        A     Yes, sir.
14        Q     And what medical treatment are you currently
15    receiving for HIV?
16        A     A combination heart medication, I don't know what
17    the heart, it means.
18        Q     Um-hmm.
19        A     But Truvada and Kaletra.
20        Q     Do you know how to spell those medications?
21        A     Yes, I do.
22        Q     Can you spell them for the court reporter, please?
23        A     T-R-U-V-A-D-A and Kaletra, C-A-L-E-T-R-A (sic).
24        Q     Do you have any other serious medical conditions?
25        A     Yes.
```

21

```
 1        Q    Can you tell me what those are?

 2        A    Peripheral neuropathy.

 3        Q    Can you spell that for the court reporter?

 4        A    P-E-R-I-P-H-E-R-A-L, neuropathy,

 5   N-E-U-R-O-P-H-A-T-Y (sic).

 6        Q    And what is that?

 7        A    It's a nerve -- nerve disorder, damage to my lower

 8   legs and feet.

 9        Q    And when were you diagnosed with that condition?

10        A    1997.

11        Q    So was that diagnosis made here at CMF?

12        A    No, sir.

13        Q    Where was it made?

14        A    At Corcoran.

15        Q    Are you currently receiving any treatment for that

16   condition?

17        A    Yes, sir, I am.

18        Q    And what is that treatment?

19        A    Pain medication.

20        Q    What kind of pain meds do you take?

21        A    I take 80 milligrams of methadone per day.

22        Q    And have you been taking 80 milligrams of

23   methadone since your diagnosis in 1997?

24        A    No, sir.

25        Q    Okay.  How long have you been taking that dosage
```

22

**Deposition of Raymond Stoderd taken on December 7, 2007**

```
 1        A    Yes, I have.

 2        Q    Have you ever had trouble obtaining your HIV meds?

 3        A    No.

 4        Q    Have you ever had trouble obtaining your

 5   methadone?

 6        A    Not here.

 7        Q    Did you ever have trouble at Corcoran obtaining

 8   your methadone?

 9        A    Yes.

10        Q    Okay.  What types of troubles did you have

11   obtaining that medication?

12        A    Delay in reordering the prescription, lapses from

13   one day to two, two days.

14        Q    And all of those lapses or delays occurred at

15   Corcoran, correct?

16        A    Yes, sir.

17        Q    And all of those were prior to your incarceration

18   at CMF?

19        A    Yes.

20        Q    And so all of those were prior to September of

21   2006?

22        A    Yes.

23        Q    Okay.  Do you have any other serious medical

24   conditions other than the two that you've already

25   described?
```

24

1    A    I have deep vein thrombosis.

2    Q    What is deep vein thrombosis?

3    A    Blood clots in my right leg.

4    Q    Do you know when that diagnosis was made?

5    A    In August of 2005.

6    Q    And that again was made at Corcoran?

7    A    Yes, sir.

8    Q    Okay.  And was that again made by Dr. Reynolds?

9    A    No, sir.

10   Q    Who made that diagnosis?

11   A    Dr. Sanchez.

12   Q    And did Dr. Sanchez provide any treatment plan for

13   that condition?

14   A    He ordered a sonogram, to which found the blood

15   clots.  And then I was handed over to the care of

16   Dr. Reynolds.

17   Q    Do you know what, if any, specialty Dr. Reynolds

18   had or has?

19   A    No, I do not.

20   Q    Is he a -- is he an internist, a family

21   practitioner?  Do you know?

22        MR. TRUJILLO:  Asked and answered.

23   BY MR. MELLO:

24   Q    You can answer again.

25   A    I can't be specific.  It would be pure

25

```
 1    days, nine days.

 2        Q    Okay.  When you say you were put into the

 3    hospital, was it a facility at Corcoran or off site?

 4        A    At Corcoran.

 5        Q    Okay.  So the hospital at Corcoran?

 6        A    Yes, sir.

 7        Q    Okay.  And you said you were in the hospital and

 8    you received the treatment that you just described for

 9    approximately nine to ten days?

10        A    Yes, sir.

11        Q    Did it alleviate the symptoms?

12        A    Yes, it did.

13        Q    Are you currently -- strike that.

14             Are you currently receiving any treatment for that

15    condition, deep vein thrombosis?

16        A    Yes, sir.

17        Q    What treatment are you currently receiving?

18        A    Coumadin blood thinners.

19        Q    How often -- or strike that.  I'm just going to

20    back up a little.

21             How do you receive your HIV meds currently?

22        A    Controlled from the med cart.

23        Q    So does the med cart come to you, or do you go to

24    the med cart?

25        A    Kind of works both ways.
```

27

1       Q    How often do you receive your HIV meds?

2       A    Twice per day.

3       Q    And I believe you've testified that since you've

4    been at CMF you have not received -- not had difficulty

5    receiving those HIV meds twice a day; is that correct?

6       A    Correct.

7       Q    Okay.  How often do you receive your methadone?

8       A    Twice a day.

9       Q    Okay.  Do you receive it at the same time that you

10   receive your HIV meds?

11      A    Yes, I do.

12      Q    And again -- I'm sorry, go ahead.

13      A    In 40-milligram increments at one time, and then

14   40 the other.

15      Q    Just so I have a better idea, is it the same time

16   each day --

17      A    Yes.

18      Q    -- that you receive the meds?

19           And when is that?

20      A    At 0700 and 3:00 -- 3:00 p.m.

21      Q    So 7:00 a.m. and 3:00 p.m.?

22      A    Yes, sir.

23      Q    Okay.  And again, you haven't had any difficulty

24   obtaining those meds twice a day since you've come to

25   CMF, correct?

28

```
1        A    Correct.

2        Q    The Coumadin that you receive for your deep vein

3    thrombosis, how often do you receive that?

4        A    Once per day.

5        Q    Okay.  And when do you receive that?

6        A    3:00 p.m.

7        Q    And again, you've never had difficulty obtaining

8    that medication since you've come to CMF, correct?

9        A    Correct.

10       Q    Any other serious medical condition?

11       A    Well, since I've been here, the monitoring of the

12   Coumadin levels, the -- I can't think of the name of

13   it -- but they test my blood once -- once or -- once a

14   week or once every other week.

15       Q    Okay.

16       A    To test the levels to adjust the Coumadin

17   accordingly.  Because the Coumadin makes my blood either

18   really thin or allows it to coagulate quicker.

19            Since I've been here, I've slipped through the

20   cracks routinely and have had my Coumadin levels so high

21   that the numbers have been to the point where they were

22   crucial, I mean, just incredibly high, and I was bleeding

23   out in places -- from different orifices of my body and

24   things of that nature.

25            To access the Coumadin clinician, who is one
```

29

1    person who is basically overwhelmed by the amount of

2    people that she oversees, it's gotten to the point where

3    it's a little scary to scratch myself and just bleed like

4    water coming out of me.  And if there was a close -- if I

5    was more closely monitored, like I was at Corcoran, that

6    this may not occur.

7        Q    Okay.  So you take a lab test either once a week

8    or once every other week; is that correct?

9        A    Correct.

10       Q    Okay.  And where do you go to have that lab test?

11       A    Right upstairs from here.

12       Q    Okay.  And what's that place right upstairs

13   called?

14       A    It's a serology lab.

15       Q    Okay.  And you mentioned that Coumadin person.

16            Is that a nurse, a physician, a PA?

17       A    Nurse practitioner.

18       Q    Okay.  Do you know -- I believe you said it was a

19   woman?

20       A    Yes, sir.

21       Q    Okay.  Do you know her name?

22       A    Ms. Browning.

23       Q    How long have you been seeing Ms. Browning, the

24   Coumadin person?

25       A    Since I've been -- since September of 2006.

**Deposition of Raymond Stoderd taken on December 7, 2007**

1    Q    Okay.  And she's the individual who orders the lab

2    tests once a week or once every couple weeks, correct?

3    A    Correct.

4    Q    Okay.  And so it's my understanding based upon

5    your testimony that the dosage of Coumadin has changed

6    over time; is that correct?

7    A    Yes.

8    Q    Okay.  Do you know what your dosage is currently?

9    A    Nine milligrams per day.

10   Q    What's the highest level of Coumadin dosage that

11   you've received since you've been here?

12   A    Twelve milligrams per day.

13   Q    And what's the lowest?

14   A    Five.

15   Q    Okay.  You indicated at times that, at least in

16   your opinion, your Coumadin levels weren't managed

17   closely enough.

18        Did you ever make a complaint regarding the

19   management of your Coumadin levels?

20   A    Not specifically complaint, no.

21   Q    Okay.  Did you ever file a 602 with respect to

22   that?

23   A    No, sir.

24   Q    Did you ever take any other formal action with

25   respect to those Coumadin levels?

31

```
 1        A     Yes.

 2        Q     What type of action?

 3        A     Request for an interview to Ms. Browning, letting

 4   her know that I was bleeding and that I needed to see her

 5   ASAP.

 6        Q     Do you know approximately on how many occasions

 7   you requested an interview with Ms. Browning for this

 8   circumstance that you've been testifying about?

 9        A     At least six.

10        Q     And that's at least six times since September of

11   2006?

12        A     Yes.

13        Q     And when you say "request for an interview," is

14   there a formal document that you -- that you prepare?

15        A     Yes, sir.

16        Q     And what's that document called?

17        A     A request for interview.

18        Q     Okay.  Does it have one of the handy-dandy CDCR

19   form numbers?

20        A     I believe it does.

21        Q     Do you know it?

22        A     I do not.

23        Q     Okay.  But you know it as a request for interview,

24   correct?

25        A     Yes.
```

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1      Q    And you think you've done about six of those since
 2   September of 2006, correct?
 3      A    Yes.
 4      Q    Okay.  And how soon after you filed -- or -- well,
 5   let me back up.  Let me strike that.
 6           How do you file a request for interview?
 7      A    There's an officer that polices the entrance to
 8   her clinic.  I will give it to him and he will put it in
 9   her mailbox, which is -- she comes in and out of there
10   all -- you know, daily, and she checks her box.  So I
11   give it to the officer and he puts it in the box.
12      Q    Okay.  Pardon my ignorance, but how does it work?
13   Are you allowed to just go up to that clinic whenever you
14   want to file a request?
15      A    Everything at CMF is internal, and I routinely
16   have a pass or a ducat to go somewhere so I have access,
17   because where I live, to get to everywhere else I'm
18   going, no matter what it is, I have to pass that -- that
19   entrance.  So I have access to that officer to put it in
20   her box on -- pretty much on a daily basis, other than on
21   the weekends.
22      Q    Okay.  So every day during the work week, you
23   could pass by and file one of those requests for an
24   interview with Nurse Practitioner Browning, correct?
25      A    Correct.
```

                                                              33

1    Q    Okay.  And you've only had to do that on six
2    occasions; is that correct?
3    A    Six times that I recognized the bleeding was
4    excessive and it scared me.
5         At one time I bled rectally in such an amount that
6    it was like, oh my God, you know.  I didn't know what to
7    do, and I did the interview -- request for interview and
8    she saw me that afternoon.
9    Q    Okay.  One of the things I probably didn't do a
10   good enough job is tell you to try to answer the question
11   that I've asked.  So if I ask a yes-or-no question, try
12   to stick to the question I've asked.  But if you feel
13   like you need to explain yourself, go ahead.  I'm not
14   trying to jump in front of you, but it will make it go
15   more smoothly.
16        So -- so again, my question is:  On a daily basis,
17   you have access to file a request for interview with
18   Ms. Browning, correct?
19   A    Correct.
20   Q    Except during the weekends?
21   A    Correct.
22   Q    And on approximately six occasions since 1996
23   you've actually filed a request?
24   A    '06.
25   Q    Since -- since 2006.  I almost had you.  Okay.

34

```
 1                So -- so you've done that just a few times
 2     since -- or six times since 2006?
 3         A    Correct.
 4         Q    Okay.  And do you recall approximately when those
 5     six occasions were?
 6         A    Most recent, Monday.
 7         Q    Okay.  So that would have been the 3rd?
 8         A    Yes.
 9         Q    Okay.  And were you noticing bleeding problems?
10         A    Yes.
11         Q    Okay.  And so on Monday you passed by and provided
12     a request for interview to the officer, correct?
13         A    Correct.
14         Q    How soon after you filed that request for
15     interview, if at all, did you see Ms. Browning?
16         A    I did not see her.
17         Q    Okay.  Have you seen any medical practitioner
18     since you filed that request for interview?
19         A    No.
20         Q    Have you filed any formal complaint since not
21     receiving that interview?
22         A    No.
23         Q    Prior to December 3rd, 2007, when was the -- do
24     you recall any other time where you filed a request for
25     an interview?  I mean --
```

                                                                    35

```
 1        A     Approximately two weeks prior.
 2        Q     Okay.  And did you receive Ms. -- pardon me.
 3   Strike that.
 4              Did you obtain an appointment with Ms. Browning as
 5   a result of that request?
 6        A     I spoke with her in the hallway unofficially.
 7        Q     And what did you say with -- to her during that
 8   unofficial hallway conversation?
 9        A     I -- I explained to her that I was bleeding, and
10   then she said that she would schedule me for blood work.
11        Q     And did she schedule you for blood work?
12        A     No.
13        Q     Okay.  So that blood work would have been
14   additional blood work other than the regular weekly or
15   biweekly blood work that you usually do?
16        A     Correct.
17        Q     Okay.  How soon after you had this informal
18   conversation with Ms. Browning did you have your regular
19   weekly or biweekly blood work done?
20        A     I haven't had -- I haven't had it -- again, I
21   think I've slipped through the cracks for the past three
22   weeks.
23        Q     Okay.  You've told me about two of the six
24   occasions where you filed a request for an interview with
25   the officer to put in Ms. Browning's mailbox.
```

36

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1      Q    Do you know if she changed it up or down?

 2      A    Down.

 3      Q    Which means what to a -- to me?

 4      A    That my blood was really, really thin.  So the

 5   less Coumadin makes my blood thicker, the more Coumadin

 6   makes it more watery.

 7      Q    Okay.  And the reason that they adjust your

 8   Coumadin levels is -- is because if it's too thick, then

 9   you get the clotting problem in your legs, correct?

10      A    Correct.

11      Q    Okay.  And it's your testimony that when it's

12   high, you have problems with bleeding, correct?

13      A    Correct.

14      Q    Okay.  So you've told me about the -- the time

15   this week, two weeks ago, and approximately two months

16   ago.

17           Do you recall any of the other three times where

18   you filed a request for interview with Ms. Browning?

19      A    Not specifically, no.

20      Q    Okay.  Do you suffer from any other serious

21   medical conditions other than the three that you've

22   already described for us?

23      A    I have two ruptured disks in my neck, and no,

24   nothing else.

25      Q    Okay.  When were you diagnosed with the ruptured
```

```
 1    assigned as a floor sweeper or a table wiper or

 2    something.

 3              MR. MELLO:  We've been going on for about an hour.

 4    Does anybody need a break?

 5              Okay.  Let's keep going.

 6       Q    How long have you been in the disability placement

 7    program?

 8       A    I -- I'm not sure.

 9       Q    How long have you been using a wheelchair?

10       A    Since August, September -- September of 2005.

11       Q    Okay.  Were you in a wheelchair before you came to

12    CMF?

13       A    Yes, I was.

14       Q    Do you know why you were transferred from Corcoran

15    to CMF?

16       A    Yes, I do.

17       Q    Why?

18       A    Valley fever.

19       Q    I unfortunately know what valley fever is.

20              Can you describe it to your best of (sic)

21    understanding of what it is?

22       A    Some type of dangerous pores that are found in the

23    dirt in the valley that people with low T-cells and

24    compromised immune systems can become deathly ill or die

25    from it.
```

49

```
 1      A    I -- I don't know, so I can't say specifically.

 2      Q    Right.

 3      A    Because this could be completely falsified by this

 4   nurse, and she's the one that signed it.

 5      Q    Right.

 6      A    I don't recall it, it's not my signature, which is

 7   forged, so ...

 8      Q    So it's your testimony that the signature on this

 9   document is -- was forged by -- it isn't yours?

10      A    Absolutely not.

11      Q    Okay.  And your testimony is you've never seen

12   this before?

13      A    I never have seen that.

14      Q    And does this document which you claim to be

15   falsified, does it refresh your recollection as to when

16   you started receiving methadone?

17      A    I believe I was getting methadone prior to this.

18      Q    Okay.  Okay.  And again, no writing on this

19   document is yours, correct?

20      A    Correct.

21      Q    Okay.  Did you ever file a 602 or any other formal

22   complaint regarding your methadone?

23      A    Yes, I have.

24      Q    Okay.  On how many occasions?

25      A    No more than 20, no less than ten.
```

53

1       Q       And if you could generalize, what complaints with
2    respect to your methadone were you writing about when you
3    filed your 602s?
4       A       Having it renewed on time, and a pain specialist,
5    Dr. Jack Freidman, who stepped in and began a detox, and
6    the detox was extremely uncomfortable and painful.   So
7    the appeals were related to that.
8       Q       Okay.   And so you were detoxing, that was part of
9    the problem?
10      A       Yes.
11      Q       Okay.   And you were detoxing from what, which
12   narcotic?
13      A       From methadone.
14      Q       So you'd become addicted to methadone?
15      A       Yes, sir.
16      Q       But you no longer are?
17      A       Oh, I am.
18      Q       Okay.   And you haven't had any of those problems
19   obtaining your methadone since you've come to CIM,
20   correct?
21      A       CMF.
22      Q       CMF.   I'm sorry.
23      A       No, sir, I have not.
24      Q       I'm sure we all want me to mark all these as
25   exhibits and go through all of them, but I'm choosing not

                                                                    57

```
 1    to.   Why don't we take a short break.

 2              MR. TRUJILLO:   Sure.

 3              MR. MELLO:   Thank you.

 4              THE VIDEOGRAPHER:   We're off the record at 11:45,

 5    and this is the end of videotape number one.

 6              (Break taken.)

 7              THE VIDEOGRAPHER:   Okay.   This is videotape number

 8    two in the deposition of Ray Stoderd.   We're back on the

 9    record at 11:54.

10    BY MR. MELLO:

11       Q    Mr. Stoderd, if I understand your testimony, you

12    have three separate serious medical conditions that

13    you've described for us, correct?

14       A    Correct.

15       Q    Okay.   And on a daily basis, you receive

16    medication for those three separate medical conditions,

17    correct?

18       A    Correct.

19       Q    Okay.   Do you receive -- in -- in addition to the

20    daily medications, do you receive any regular -- strike

21    that.

22              I also understand that you receive either weekly

23    or biweekly blood draws for one of your serious medical

24    conditions, correct?

25       A    Correct.
```

**Vine, McKinnon & Hall (916) 371-3376**

```
 1        Q    Okay.  In addition to the daily medication
 2   distribution and the weekly or biweekly blood draws, do
 3   you have any other regularly scheduled medical treatments
 4   or appointments with respect to your medical conditions?
 5        A    I do.
 6        Q    Okay.  And what are those?
 7        A    Dr. Daszko schedules to see me in 30-day
 8   intervals.
 9        Q    And if I asked this before, I apologize, and I'll
10   object to myself as asked and answered, but what kind of
11   doctor is Dr. Daszko?
12        A    I don't know how to answer that.  I think that he
13   is incredible.
14        Q    Okay.
15        A    He's hands-on and a very good, caring doctor.
16        Q    And I like that answer, but my question is, is
17   he -- do you think he's a general practitioner?
18        A    Oh, I'm sorry.
19        Q    Okay.  Is he a general practitioner?
20        A    Yes.
21        Q    Like a -- so he's a primary care physician?
22        A    Yes.
23        Q    Okay.  How long has he been your doctor?
24        A    Five months.
25        Q    Okay.  And he schedules regular 30-day
```

59

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1   appointments with you, correct?
 2       A    Correct.
 3       Q    Okay.  And in those five months that he's been
 4   your doctor, has -- have you received those 30-day
 5   appointments?
 6       A    I believe I've seen him one time extra throughout
 7   that time, so six times total.
 8       Q    Okay.  And do you know why he schedules these
 9   regular 30-day appointments?
10       A    To closely monitor my -- my progress.
11       Q    Okay.  And is it your understanding that he's
12   monitoring your HIV, or your other conditions, or all of
13   them?
14       A    I believe it's all of them.
15       Q    Okay.  And do you feel like he's doing that?
16       A    I do.
17       Q    Okay.  You said that you saw him one more time in
18   addition to the regular 30 days.
19            Do you know why that was?
20       A    Scheduling mistake.
21       Q    So you got an extra one?
22       A    Yeah.
23       Q    Bonus appointment, right on.  Okay.
24            Who was your doctor, your primary care physician,
25   prior to Dr. Daszko?
```

                                                           60

```
 1       Q    Okay.  Did you ever request any appointments with
 2   Dr. Aguilera and not have them scheduled?
 3       A    Not that I recall, no.
 4       Q    Did you ever request any appointments with
 5   Dr. Daszko and not have them scheduled?
 6       A    No.
 7       Q    Since you've come to CMF in September of 2006,
 8   have you ever requested any doctors' appointments and not
 9   had them scheduled?
10       A    No.  However, I have not really needed to be seen
11   by the doctor.  The scheduling takes care of it.  So in
12   the beginning, I really wasn't in need of any immediate
13   medical care.
14       Q    Right.
15       A    So the follow-up visits were -- they were -- they
16   were fine.
17       Q    Okay.  And you haven't sought care and not
18   received it since you've been at CMF, correct?
19       A    Correct.
20       Q    And to your understanding, you will receive this
21   outside consult with respect to your neck condition,
22   correct?
23       A    I believe it will come, yes.
24       Q    And you believe that because Dr. Daszko, who you
25   respect very much, has made that referral?
```

```
 1    don't need Coumadin?

 2       A    I believe I need it every day.  However, when the

 3    levels are high, the clinician has ordered two -- one to

 4    three days of no Coumadin to bring the levels down

 5    quickly.

 6       Q    Okay.

 7       A    I have -- in the course of doing it, have noticed

 8    that when the blood is high, my skin feels extremely

 9    soft.  And when it's normal, I have a little bit of, you

10    know, clamminess kind of feeling, whereas otherwise it's

11    too smooth.

12       Q    Okay.  And if your skin is too smooth, what are

13    some of the side effects of that?

14       A    I itch real bad.  And when I scratch, I bleed.

15       Q    Okay.  When was the last time where you scratched

16    and bled because of this issue?

17       A    Four days ago.

18       Q    And before that?

19       A    Well, two weeks ago.

20       Q    Okay.  And your -- your blood is drawn once a

21    week; is -- is that correct?

22       A    Routinely, it -- it -- it is, but not -- it's not

23    consistently done every week.

24       Q    And on -- on what day do they draw blood?

25       A    On Fridays.
```

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1      Q    Okay.  And where -- where do they draw blood
 2  again?
 3      A    In the serology lab.
 4      Q    The serology lab, okay.
 5           And are you given a specific appointment for your
 6  blood draw?
 7      A    I receive a ducat, a pass, for a specific time.
 8  It varies, the time varies.
 9      Q    The time of the appointment varies?
10      A    Yes, sir.
11      Q    Okay.  And are there other patients waiting at the
12  lab?
13      A    Yes, there are.
14      Q    Okay.  Approximately how many patients are waiting
15  for an appointment?
16           MR. MELLO:  Objection.  Vague as to time.
17  BY MR. TRUJILLO:
18      Q    You may answer the question.
19      A    A rough estimate, 25 to 30 people on a -- on a bad
20  day, or a good day, whichever way you want to look at it.
21      Q    Okay.  So is that on average?
22      A    Yes, it is.
23      Q    Okay.  When was the last time you were at the lab?
24      A    Three weeks ago.
25      Q    Okay.  Approximately how many patients were
```

Vine, McKinnon & Hall (916) 371-3376

1    waiting for an appointment?

2         A    Between 30 and 40.

3         Q    And how long did you wait for your appointment?

4         A    About 40 minutes, 45 minutes.

5         Q    So if I may clarify, that was 45 minutes to -- to

6    the time from your -- your appointment to the time you

7    were seen by the actual clinician?

8         A    Upon arrival, they give a pass ducat to the

9    officer, who -- you just kind of fall in line.

10        Q    Okay.

11        A    The -- the ducat time is really moot at that

12   point.

13        Q    I see.  So on average, how long is the wait to

14   have the procedure?

15        A    Thirty minutes.

16        Q    Okay.  And on direct, you said that you sometimes

17   fall through the cracks.

18             What does that mean?

19             MR. MELLO:  I think objection, misstates the

20   testimony.

21             You can testify.

22             THE WITNESS:  Answer?

23             MR. TRUJILLO:  (Nods head.)

24             THE WITNESS:  I think that one clinician doing the

25   clinic upon -- well, it's not her -- her only

Deposition of Raymond Stoderd taken on December 7, 2007

```
 1    responsibility.  I think that -- that she's just
 2    overwhelmed with the amount of people she has.  You know,
 3    I don't know for sure accurately how many people she has
 4    under her care, but she has on occasion told me that she
 5    has so many people that it makes it difficult for her to
 6    see everybody on a regular basis.  So she schedules us
 7    accordingly.
 8    BY MR. TRUJILLO:
 9       Q    So the last time you were at the lab, how many
10    clinicians were there performing the procedure?
11       A    There's always three at the lab.  I'm talking
12    about the Coumadin clinic.
13       Q    I see.  So at the Coumadin clinic, how many
14    clinicians are there?
15       A    Just one.
16       Q    Just one.
17            And this is one clinician for the patients who
18    you've observed waiting in the wait -- the waiting area?
19       A    Yes.
20       Q    And since 2005, have -- have you suffered from
21    rectal bleeding?
22       A    I have.
23       Q    Okay.  And how often have you suffered from rectal
24    bleeding?
25       A    That has occurred three times.  Excessively.
```

87

```
 1      Q     So it -- it has occurred three times excessively?

 2      A     Yes.  A little -- a little bit of discoloration

 3   is -- is kind of common, but three times where my -- my

 4   shorts were completely drenched.  Just scary, kind of,

 5   "oh my God."  It --

 6      Q     Did you receive immediate medical attention for

 7   those three instances?

 8      A     I did not.

 9      Q     Did you ask for medical treatment on those three

10   incidences?

11      A     I did.

12      Q     Okay.  Can you -- for the -- when was the first

13   instance?

14      A     The rectal bleeding?

15      Q     Yes.

16      A     About 60 days ago, September.

17      Q     And was that at Corcoran or at CMF?

18      A     It was at CMF.

19      Q     Okay.  And who did you request immediate medical

20   attention from?  Who did you ask?

21      A     I submitted a healthcare services request form.

22      Q     Okay.  And let's see.  And -- and the second

23   instance, when was that?

24      A     Two days later.

25      Q     Two days later was the second instance of the
```

88

```
 1    rectal bleeding, or submitting another health services

 2    request?

 3        A    Rectal bleeding.

 4        Q    Another -- another experience of that?

 5        A    Yes.

 6        Q    Okay.  Did you ask for medical attention?

 7        A    I did.

 8        Q    Okay.  Did you -- how did you ask for medical

 9    attention?

10        A    I submitted another healthcare services request

11    form.

12        Q    And did you receive treatment?

13        A    I did.

14        Q    Okay.  What was the treatment you received?

15        A    A physician's interview and rectal probing.

16        Q    Were you prescribed any medication?

17        A    I was not.

18        Q    Were you referred for any further services?

19        A    I wasn't, no.

20        Q    And what was the next instance of significant

21    rectal bleeding?

22        A    Approximately three days later.

23        Q    And did you request emergency medical attention?

24        A    I did.

25        Q    In what form?
```

```
 1      A     A healthcare services request form.

 2      Q     Okay.  And did you receive treatment?

 3      A     I did.

 4      Q     Okay.  What kind of treatment did you receive?

 5      A     I was seen by the triage clinic physician.

 6      Q     Okay.  So you saw a doctor?

 7      A     I did.

 8      Q     And what did that doctor do?

 9      A     Rectal probing and prescribed suppositories and

10   said that he didn't feel anything out of -- he diagnosed

11   it.

12      Q     Okay.  And were you referred to a hospital --

13   referred for further care at that point?

14      A     I was not.

15      Q     Okay.

16            MR. TRUJILLO:  Okay.  I have no further questions.

17                 FURTHER EXAMINATION BY MR. MELLO

18      Q     Just a couple quick follow-ups.

19            Did you ever go see the doctor in between your

20   incarcerations?

21      A     Yes, I did, as a matter of fact.

22      Q     Did you ever spend more than 30 or 45 minutes in

23   the waiting room of a doctor's office?

24      A     No.

25      Q     Where did you go, because I'd like to go there?
```

90

```
 1        A    An urgent care center.

 2        Q    Where?

 3        A    In Roland Heights, California.

 4        Q    Where is that?

 5        A    City of Industry, Walnut, La Puente, east -- far

 6   east LA.

 7        Q    Do you believe if there was another Coumadin

 8   nurse, that the delays would be shorter?

 9        A    In addition to?

10        Q    In addition.  I am saying if you think -- I

11   believe your testimony is that -- that you believe that

12   she's very busy, correct, the Coumadin --

13        A    I believe Ms. Browning does a very good job.  I

14   believe that there are too many people for her to

15   adequately monitor us all as we need to be monitored.

16        Q    Okay.

17        A    I believe she needs help.

18        Q    Okay.  And that's my question.

19             Do you think if there were two Ms. Brownings,

20   that -- that the care would be better?

21        A    It'd be purely speculative, but I think it would

22   help.  It wouldn't hurt.

23        Q    How about if there were three of her?

24        A    That would be great.  See, I don't -- I don't know

25   what the actual number of people under her care is, but
```

91

1    three I'm sure would be fantastic.

2         Q    And I don't believe you testifying (sic) about

3    hepatitis C in my questioning of you, so ...

4         A    Yeah, I didn't.  I did not.

5         Q    Okay.  And I believe you were -- you testified on

6    direct with your attorney that you were diagnosed with

7    that condition after you came to CMF, correct?

8         A    Correct.

9         Q    And what sort of care and treatment do you receive

10   for hep C?

11        A    None.

12        Q    Okay.  Has any physician or medical person at CMF

13   explained to you why you're not receiving medical

14   treatment for hep C?

15        A    Yes.

16        Q    Who?

17        A    Dr. Haile, H-A-I-L-E.

18        Q    And who is Dr. Haile?

19        A    She is the hepatitis specialist.

20        Q    Is she a CDCR physician?

21        A    She works here, yes.

22        Q    Okay.  And -- and what did Dr. Haile tell you?

23        A    She ordered a sonogram of my -- of my liver, at

24   which -- to which came back very good.  And that at this

25   point in time, treatment was not recommended because it's

92

```
 1    like a -- I'm a fresh, newly-diagnosed person.
 2        Q    Okay.
 3        A    So I am not in need of interferon treatment.
 4        Q    Okay.  Have you been scheduled for any regular
 5    follow-up with respect to that condition?
 6        A    I have seen Dr. Haile a couple of times, yes.
 7        Q    Okay.  And does that continue to be her diagnosis,
 8    that you don't need treatment for hep C at this point?
 9        A    It's my choice, but she's not pushing it.  It's
10    not imperative that I -- that I get it.  It's not
11    life-threatening, you know, it's --
12        Q    I'm sorry, I interrupted.
13             So you -- it's your choice not to receive hep C
14    treatment at this point, correct?
15        A    It is.
16        Q    Okay.  And you're -- you're receiving follow-up to
17    monitor your hep C, correct?
18        A    Correct.
19        Q    What's DVT?
20        A    Deep vein thrombosis.
21        Q    Okay.  In those 35 days that you were in ad seg,
22    did you have any difficulty accessing medical care?
23        A    No.
24        Q    Okay.
25             MR. MELLO:  I don't have anything further.
```

93

```
 1            Are you done?

 2            MR. TRUJILLO:  Just one last follow-up question.

 3            MR. MELLO:  Ah, you know I'm going to have to --

 4            MR. TRUJILLO:  Just about ad seg.

 5            FURTHER EXAMINATION BY MR. TRUJILLO

 6       Q    Were -- were you allowed -- were you treated like

 7  other administrative segregation prisoners in that unit?

 8       A    Yes, I was.

 9       Q    So what are some of the -- strike that.

10            How is being in an administrative segregation unit

11  different than the housing unit that you are in now?

12            MR. MELLO:  Objection.  Relevance how this goes to

13  his medical care when he's already testified that it

14  wasn't impacted in any way.

15            You can answer the question.

16            THE WITNESS:  The absence of any personal

17  property, recreational items, television, radio, writing

18  material.  I had nothing in that segregation for 35 days.

19  I didn't receive anything through the mail, and my

20  property sat in the property room awaiting my discharge

21  from ad seg.

22  BY MR. TRUJILLO:

23       Q    And you were allowed to go to medical appointments

24  while in administrative segregation?

25       A    I was, yes.
```