# EXHIBIT 41

**Deposition of Ray Stoderd
December 7, 2007
(Phase I Counter-Designations)**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

```
RALPH COLEMAN, et al.,        ) 2:90-cv-00520 LKK JFM P
                              )
           Plaintiffs,        ) THREE JUDGE COURT
                              )
    v.                        )
                              )
ARNOLD SCHWARZENEGGER, et al.,)
                              )
           Defendants.        )
_____)

MARCIANO PLATA, et al.,       ) No. C 01-1351 TEH
                              )
           Plaintiffs,        ) THREE JUDGE COURT
                              )
    v.                        )
                              )
ARNOLD SCHWARZENEGGER, et al.,)
                              )
           Defendants.        )
_____)
```

--oOo--

VIDEOTAPED DEPOSITION OF

RAYMOND ARTHUR STODERD

--oOo--

Friday, December 7, 2007

--oOo--

Reported By: CHRISTINE VANDERMEER, CSR License #11110

1  A    Correct.
2  Q    The Coumadin that you receive for your deep vein
3  thrombosis, how often do you receive that?
4  A    Once per day.
5  Q    Okay. And when do you receive that?
6  A    3:00 p.m.
7  Q    And again, you've never had difficulty obtaining
8  that medication since you've come to CMF, correct?
9  A    Correct.
10 Q    Any other serious medical condition?
11 A    Well, since I've been here, the monitoring of the
12 Coumadin levels, the -- I can't think of the name of
13 it -- but they test my blood once -- once or -- once a
14 week or once every other week.
15 Q    Okay.
16 A    To test the levels to adjust the Coumadin
17 accordingly. Because the Coumadin makes my blood either
18 really thin or allows it to coagulate quicker.
19       Since I've been here, I've slipped through the
20 cracks routinely and have had my Coumadin levels so high
21 that the numbers have been to the point where they were
22 crucial, I mean, just incredibly high, and I was bleeding
23 out in places -- from different orifices of my body and
24 things of that nature.
25       To access the Coumadin clinician, who is one

1  person who is basically overwhelmed by the amount of
2  people that she oversees, it's gotten to the point where
3  it's a little scary to scratch myself and just bleed like
4  water coming out of me.  And if there was a close -- if I
5  was more closely monitored, like I was at Corcoran, that
6  this may not occur.
7       Q    Okay.  So you take a lab test either once a week
8  or once every other week; is that correct?
9       A    Correct.
10      Q    Okay.  And where do you go to have that lab test?
11      A    Right upstairs from here.
12      Q    Okay.  And what's that place right upstairs
13 called?
14      A    It's a serology lab.
15      Q    Okay.  And you mentioned that Coumadin person.
16           Is that a nurse, a physician, a PA?
17      A    Nurse practitioner.
18      Q    Okay.  Do you know -- I believe you said it was a
19 woman?
20      A    Yes, sir.
21      Q    Okay.  Do you know her name?
22      A    Ms. Browning.
23      Q    How long have you been seeing Ms. Browning, the
24 Coumadin person?
25      A    Since I've been -- since September of 2006.

78936212-724d-4b9d-ae36-c03751d71a0b

Page 31

1  Q   Okay. And she's the individual who orders the lab
2  tests once a week or once every couple weeks, correct?
3  A   Correct.
4  Q   Okay. And so it's my understanding based upon
5  your testimony that the dosage of Coumadin has changed
6  over time; is that correct?
7  A   Yes.
8  Q   Okay. Do you know what your dosage is currently?
9  A   Nine milligrams per day.
10 Q   What's the highest level of Coumadin dosage that
11 you've received since you've been here?
12 A   Twelve milligrams per day.
13 Q   And what's the lowest?
14 A   Five.
15 Q   Okay. You indicated at times that, at least in
16 your opinion, your Coumadin levels weren't managed
17 closely enough.
18     Did you ever make a complaint regarding the
19 management of your Coumadin levels?
20 A   Not specifically complaint, no.
21 Q   Okay. Did you ever file a 602 with respect to
22 that?
23 A   No, sir.
24 Q   Did you ever take any other formal action with
25 respect to those Coumadin levels?

78936212-724d-4b9d-ae36-c03751d71a0b

1   A   Yes.
2   Q   What type of action?
3   A   Request for an interview to Ms. Browning, letting
4   her know that I was bleeding and that I needed to see her
5   ASAP.
6   Q   Do you know approximately on how many occasions
7   you requested an interview with Ms. Browning for this
8   circumstance that you've been testifying about?
9   A   At least six.
10  Q   And that's at least six times since September of
11  2006?
12  A   Yes.
13  Q   And when you say "request for an interview," is
14  there a formal document that you -- that you prepare?
15  A   Yes, sir.
16  Q   And what's that document called?
17  A   A request for interview.
18  Q   Okay. Does it have one of the handy-dandy CDCR
19  form numbers?
20  A   I believe it does.
21  Q   Do you know it?
22  A   I do not.
23  Q   Okay. But you know it as a request for interview,
24  correct?
25  A   Yes.

78936212-724d-4b9d-ae36-c03751d71a0b

Page 33

1  Q    And you think you've done about six of those since
2  September of 2006, correct?
3  A    Yes.
4  Q    Okay.  And how soon after you filed -- or -- well,
5  let me back up.  Let me strike that.
6       How do you file a request for interview?
7  A    There's an officer that polices the entrance to
8  her clinic.  I will give it to him and he will put it in
9  her mailbox, which is -- she comes in and out of there
10 all -- you know, daily, and she checks her box.  So I
11 give it to the officer and he puts it in the box.
12 Q    Okay.  Pardon my ignorance, but how does it work?
13 Are you allowed to just go up to that clinic whenever you
14 want to file a request?
15 A    Everything at CMF is internal, and I routinely
16 have a pass or a ducat to go somewhere so I have access,
17 because where I live, to get to everywhere else I'm
18 going, no matter what it is, I have to pass that -- that
19 entrance.  So I have access to that officer to put it in
20 her box on -- pretty much on a daily basis, other than on
21 the weekends.
22 Q    Okay.  So every day during the work week, you
23 could pass by and file one of those requests for an
24 interview with Nurse Practitioner Browning, correct?
25 A    Correct.

78936212-724d-4b9d-ae36-c03751d71a0b

Page 34

1  Q    Okay. And you've only had to do that on six
2  occasions; is that correct?
3  A    Six times that I recognized the bleeding was
4  excessive and it scared me.
5       At one time I bled rectally in such an amount that
6  it was like, oh my God, you know. I didn't know what to
7  do, and I did the interview -- request for interview and
8  she saw me that afternoon.
9  Q    Okay. One of the things I probably didn't do a
10 good enough job is tell you to try to answer the question
11 that I've asked. So if I ask a yes-or-no question, try
12 to stick to the question I've asked. But if you feel
13 like you need to explain yourself, go ahead. I'm not
14 trying to jump in front of you, but it will make it go
15 more smoothly.
16      So -- so again, my question is: On a daily basis,
17 you have access to file a request for interview with
18 Ms. Browning, correct?
19 A    Correct.
20 Q    Except during the weekends?
21 A    Correct.
22 Q    And on approximately six occasions since 1996
23 you've actually filed a request?
24 A    '06.
25 Q    Since -- since 2006. I almost had you. Okay.

Page 35

1   So -- so you've done that just a few times
2 since -- or six times since 2006?
3   A   Correct.
4   Q   Okay.  And do you recall approximately when those
5 six occasions were?
6   A   Most recent, Monday.
7   Q   Okay.  So that would have been the 3rd?
8   A   Yes.
9   Q   Okay.  And were you noticing bleeding problems?
10  A   Yes.
11  Q   Okay.  And so on Monday you passed by and provided
12 a request for interview to the officer, correct?
13  A   Correct.
14  Q   How soon after you filed that request for
15 interview, if at all, did you see Ms. Browning?
16  A   I did not see her.
17  Q   Okay.  Have you seen any medical practitioner
18 since you filed that request for interview?
19  A   No.
20  Q   Have you filed any formal complaint since not
21 receiving that interview?
22  A   No.
23  Q   Prior to December 3rd, 2007, when was the -- do
24 you recall any other time where you filed a request for
25 an interview?  I mean --

1  A    Approximately two weeks prior.
2  Q    Okay. And did you receive Ms. -- pardon me.
3  Strike that.
4       Did you obtain an appointment with Ms. Browning as
5  a result of that request?
6  A    I spoke with her in the hallway unofficially.
7  Q    And what did you say with -- to her during that
8  unofficial hallway conversation?
9  A    I -- I explained to her that I was bleeding, and
10 then she said that she would schedule me for blood work.
11 Q    And did she schedule you for blood work?
12 A    No.
13 Q    Okay. So that blood work would have been
14 additional blood work other than the regular weekly or
15 biweekly blood work that you usually do?
16 A    Correct.
17 Q    Okay. How soon after you had this informal
18 conversation with Ms. Browning did you have your regular
19 weekly or biweekly blood work done?
20 A    I haven't had -- I haven't had it -- again, I
21 think I've slipped through the cracks for the past three
22 weeks.
23 Q    Okay. You've told me about two of the six
24 occasions where you filed a request for an interview with
25 the officer to put in Ms. Browning's mailbox.

Page 53

1   A   I -- I don't know, so I can't say specifically.
2   Q   Right.
3   A   Because this could be completely falsified by this
4   nurse, and she's the one that signed it.
5   Q   Right.
6   A   I don't recall it, it's not my signature, which is
7   forged, so ...
8   Q   So it's your testimony that the signature on this
9   document is -- was forged by -- it isn't yours?
10  A   Absolutely not.
11  Q   Okay. And your testimony is you've never seen
12  this before?
13  A   I never have seen that.
14  Q   And does this document which you claim to be
15  falsified, does it refresh your recollection as to when
16  you started receiving methadone?
17  A   I believe I was getting methadone prior to this.
18  Q   Okay. Okay. And again, no writing on this
19  document is yours, correct?
20  A   Correct.
21  Q   Okay. Did you ever file a 602 or any other formal
22  complaint regarding your methadone?
23  A   Yes, I have.
24  Q   Okay. On how many occasions?
25  A   No more than 20, no less than ten.

78936212-724d-4b9d-ae36-c03751d71a0b

1   Q    And if you could generalize, what complaints with
2   respect to your methadone were you writing about when you
3   filed your 602s?
4   A    Having it renewed on time, and a pain specialist,
5   Dr. Jack Freidman, who stepped in and began a detox, and
6   the detox was extremely uncomfortable and painful. So
7   the appeals were related to that.
8   Q    Okay. And so you were detoxing, that was part of
9   the problem?
10  A    Yes.
11  Q    Okay. And you were detoxing from what, which
12  narcotic?
13  A    From methadone.
14  Q    So you'd become addicted to methadone?
15  A    Yes, sir.
16  Q    But you no longer are?
17  A    Oh, I am.
18  Q    Okay. And you haven't had any of those problems
19  obtaining your methadone since you've come to CIM,
20  correct?
21  A    CMF.
22  Q    CMF. I'm sorry.
23  A    No, sir, I have not.
24  Q    I'm sure we all want me to mark all these as
25  exhibits and go through all of them, but I'm choosing not

1  don't need Coumadin?

2    A    I believe I need it every day. However, when the
3  levels are high, the clinician has ordered two -- one to
4  three days of no Coumadin to bring the levels down
5  quickly.

6    Q    Okay.

7    A    I have -- in the course of doing it, have noticed
8  that when the blood is high, my skin feels extremely
9  soft. And when it's normal, I have a little bit of, you
10 know, clamminess kind of feeling, whereas otherwise it's
11 too smooth.

12   Q    Okay. And if your skin is too smooth, what are
13 some of the side effects of that?

14   A    I itch real bad. And when I scratch, I bleed.

15   Q    Okay. When was the last time where you scratched
16 and bled because of this issue?

17   A    Four days ago.

18   Q    And before that?

19   A    Well, two weeks ago.

20   Q    Okay. And your -- your blood is drawn once a
21 week; is -- is that correct?

22   A    Routinely, it -- it -- it is, but not -- it's not
23 consistently done every week.

24   Q    And on -- on what day do they draw blood?

25   A    On Fridays.

Page 86

1  waiting for an appointment?
2      A    Between 30 and 40.
3      Q    And how long did you wait for your appointment?
4      A    About 40 minutes, 45 minutes.
5      Q    So if I may clarify, that was 45 minutes to -- to
6  the time from your -- your appointment to the time you
7  were seen by the actual clinician?
8      A    Upon arrival, they give a pass ducat to the
9  officer, who -- you just kind of fall in line.
10     Q    Okay.
11     A    The -- the ducat time is really moot at that
12 point.
13     Q    I see.  So on average, how long is the wait to
14 have the procedure?
15     A    Thirty minutes.
16     Q    Okay.  And on direct, you said that you sometimes
17 fall through the cracks.
18          What does that mean?
19          MR. MELLO:  I think objection, misstates the
20 testimony.
21          You can testify.
22          THE WITNESS:  Answer?
23          MR. TRUJILLO:  (Nods head.)
24          THE WITNESS:  I think that one clinician doing the
25 clinic upon -- well, it's not her -- her only

Page 87

1  responsibility. I think that -- that she's just
2  overwhelmed with the amount of people she has. You know,
3  I don't know for sure accurately how many people she has
4  under her care, but she has on occasion told me that she
5  has so many people that it makes it difficult for her to
6  see everybody on a regular basis. So she schedules us
7  accordingly.
8  BY MR. TRUJILLO:
9      Q   So the last time you were at the lab, how many
10 clinicians were there performing the procedure?
11     A   There's always three at the lab. I'm talking
12 about the Coumadin clinic.
13     Q   I see. So at the Coumadin clinic, how many
14 clinicians are there?
15     A   Just one.
16     Q   Just one.
17         And this is one clinician for the patients who
18 you've observed waiting in the wait -- the waiting area?
19     A   Yes.
20     Q   And since 2005, have -- have you suffered from
21 rectal bleeding?
22     A   I have.
23     Q   Okay. And how often have you suffered from rectal
24 bleeding?
25     A   That has occurred three times. Excessively.

78936212-724d-4b9d-ae36-c03751d71a0b

Page 91

```
 1   A     An urgent care center.
 2   Q     Where?
 3   A     In Roland Heights, California.
 4   Q     Where is that?
 5   A     City of Industry, Walnut, La Puente, east -- far
 6  east LA.
 7   Q     Do you believe if there was another Coumadin
 8  nurse, that the delays would be shorter?
 9   A     In addition to?
10   Q     In addition.  I am saying if you think -- I
11  believe your testimony is that -- that you believe that
12  she's very busy, correct, the Coumadin --
13   A     I believe Ms. Browning does a very good job.  I
14  believe that there are too many people for her to
15  adequately monitor us all as we need to be monitored.
16   Q     Okay.
17   A     I believe she needs help.
18   Q     Okay.  And that's my question.
19         Do you think if there were two Ms. Brownings,
20  that -- that the care would be better?
21   A     It'd be purely speculative, but I think it would
22  help.  It wouldn't hurt.
23   Q     How about if there were three of her?
24   A     That would be great.  See, I don't -- I don't know
25  what the actual number of people under her care is, but
```