# EXHIBIT 42

## Deposition of Ralph Coleman
## December 13, 2007
## (Phase I Designations)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 2:90-cv-00520 |
| | ) | LKK JFM P |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| | ) | THREE-JUDGE COURT |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| MARCIANO PLATA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. C 01-1351 TEH |
| | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | THREE-JUDGE COURT |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

--oOo--

DEPOSITION

OF

RALPH COLEMAN

Thursday, December 13, 2007

--oOo--

Reported by:  STACY A. MARSALA, CSR License No. 10832

1

1      Q.    Mr. Coleman, you are currently an inmate here at

2   Solano State Prison, correct?

3      A.    Yes.

4      Q.    In what year did you enter prison?

5      A.    November of '79.

6      Q.    What was your age when you were first

7   incarcerated?

8      A.    I was 35.

9      Q.    In which facility were you first incarcerated?

10     A.    I was first incarcerated at CMF, California

11   Medical Facility.

12     Q.    And that was in 1979?

13     A.    Yes.

14     Q.    How long were you at CMF?

15     A.    I was only at CMF for about 90 days.

16     Q.    Were you then transferred?

17     A.    I was transferred to Old Folsom.

18     Q.    Was that also in 1979 or by then was it 1980?

19     A.    Almost 1980.

20     Q.    How long were you at Old Folsom?

21     A.    Until '81 or '82.  I can't remember which.

22     Q.    Were you transferred then?

23     A.    Then they transferred me back to CMF.

24     Q.    That was in 1981 or '82?

25     A.    Yes.

                                                           10

Deposition of Ralph Coleman taken on December 13, 2007

1    Q.    How long were you at CMF the second time?

2    A.    Until 1984.

3    Q.    Were you then transferred?

4    A.    Then I was transferred to San Quentin.

5    Q.    How long were you at San Quentin?

6    A.    Until 1989.

7    Q.    Then you were transferred again?

8    A.    I was transferred to Pelican Bay.

9    Q.    In 1989?

10    A.    Yes.

11    Q.    How long were you at Pelican Bay?

12    A.    I was at Pelican Bay until 1993.

13    Q.    Then you were transferred again?

14    A.    Then I was transferred again to New Folsom.

15    Q.    That's California State Prison Sacramento?

16    A.    Yes.

17    Q.    How long were you at New Folsom?

18    A.    Until I came here in 2005.

19    Q.    And you have been at Solano State Prison since

20    2005?

21    A.    Yes.

22    Q.    In addition to high school and your military

23    experience, do you have any formal education experience?

24    A.    Yes.  When I was at Old Folsom, they had a

25    college program there, and I got an AA degree from there.

                                                    11

Deposition of Ralph Coleman taken on December 13, 2007

1    Q.    What was your AA in?

2    A.    Sociology.

3    Q.    That was between 1980 and '81 or '82?

4    A.    Yes.

5    Q.    Since then, have you received any formal

6    education?

7    A.    Once you finish the AA program, they had an

8    excelsior program at Sac State, and I got 18 units there

9    before they cancelled the program.

10   Q.    When were you an excelsior?

11   A.    That was right after I finished the AA degree.

12   It was in that time frame.

13   Q.    Was that while you were at CMF or while still at

14   Old Folsom?

15   A.    That was while I was at Old Folsom.

16   Q.    And you say they cancelled it?

17   A.    Yes, something happened in the system, and they

18   took away the Pell grants, and the whole program was just

19   a wash.

20   Q.    That's Pell grants?

21   A.    Pell grants, yes.  Federal Pell grants.

22   Q.    After the excelsior program, did you have any

23   formal education?

24   A.    No, nothing after that.

25   Q.    You are currently represented by Rosen, Bien and

                                                          12

1    Galvan in this action, correct?

2         A.    Correct.

3         Q.    You had other counsel before Rosen, Bien and

4    Galvan, correct?

5         A.    Yes.

6         Q.    And who was that?

7         A.    That was the San Quentin law office, attorney

8    Donald Specter.

9         Q.    The Prison Law Office, perhaps --

10        A.    Yes.

11        Q.    -- that's the name of it?  Before the Prison Law

12   Office represented you, you appeared in pro per, correct?

13        A.    Yes.

14        Q.    In what year did you file your complaint in this

15   action in pro per?

16        A.    1991.  I think it was 1991.

17        Q.    And that was while you were at Pelican Bay State

18   Prison?

19        A.    Yes.

20        Q.    Subsequently, an amended complaint was filed; is

21   that correct?

22        A.    I'm not sure what you are asking me.

23        Q.    To your knowledge, was a class action complaint

24   filed on your behalf?

25        A.    Oh, yes.

13

1      A.    That's the signature page.

2      Q.    Is that the complaint that you filed and the

3   medical and mental health chronos?

4      A.    Yes, it is.

5      Q.    At the time you filed that complaint, you were at

6   Pelican Bay, correct?

7      A.    Yes.

8      Q.    Then were you participating in any group

9   psychotherapy?

10     A.    They had no group psychotherapy at Pelican Bay.

11     Q.    At the time, were you participating in any

12   individual psychotherapy?

13     A.    No.

14     Q.    Do you know whether it was offered?

15     A.    No, it was not.

16     Q.    Do you know the size of the prison population at

17   the time you filed your complaint?

18     A.    I haven't the slightest idea.

19           MS. IGRA:   Would you mark Exhibit B?

20              (Defendant's Exhibit B was marked for

21              identification.)

22     Q.    (By Ms. Igra)  Do you recognize Exhibit B?

23     A.    Yes, I do.

24     Q.    What is that?

25     A.    It is the amended complaint submitted by attorney

15

1    complaint were true?

2        A.    Yes.

3        Q.    You understood that the allegations in paragraph

4    16 were true specifically?

5            MS. KAHN:  I'm going to object.  This asks him to

6    make a legal -- reach a legal conclusion.

7            MS. IGRA:  I'm asking him if his understanding at

8    the time he read the complaint was that it was true.

9            MS. KAHN:  Okay.  To the best of your knowledge.

10           THE WITNESS:  To the best of my knowledge, I

11   believe that it was true because Donald Specter had done

12   the investigation.

13       Q.    (By Ms. Igra)  Would you turn now to paragraph 19

14   and read it to yourself?

15       A.    Okay.

16       Q.    When you reviewed the complaint at or around the

17   time it was filed, was it your understanding that the

18   allegations of paragraph 19 were true?

19       A.    Yes.

20       Q.    Sir, have you ever required in-patient mental

21   health treatment?

22       A.    In-patient?

23       Q.    Yes.  How about before coming to prison?  Did you

24   require any in-patient mental health treatment?

25       A.    No, I didn't.

                                                        17

1     A.    Yes.

2     Q.    When was that?

3     A.    That was at San Quentin.

4     Q.    That would have been between 1984 and 1989?

5     A.    Yes.

6     Q.    Since the commencement of the class action

7  lawsuit, have you been in administrative segregation?

8     A.    No, I have not.  I'd like to correct that.  When

9  I came from Pelican Bay to New Folsom, they put me in ad

10 seg.  I was in ad seg for about 30 to 45 days.  I forgot.

11    Q.    You came to New Folsom in 1993?

12    A.    Yes.

13    Q.    Have you reviewed a document called the Revised

14 Program Guide?

15    A.    I don't believe I have.

16    Q.    Do you know what the Revised Program Guide is?

17    A.    No, I don't.

18    Q.    Have you ever -- since you've been in prison,

19 have you ever required -- strike that.

20          Have you ever been referred by a clinician to an

21 enhanced outpatient level of mental health care?

22    A.    I don't believe I have.

23    Q.    Are you familiar with the term EOP?

24    A.    Yes.

25    Q.    Have you ever been classified as EOP?

                                                        19

Deposition of Ralph Coleman taken on December 13, 2007

1    A.    No, I haven't.

2    Q.    Have you ever required -- strike that.

3          Has a clinician ever referred you for placement

4    in a mental health crisis bed?

5    A.    No.

6    Q.    In your lay opinion, have you ever required a

7    mental health crisis bed?

8    A.    No.

9    Q.    In the past ten years, have you received any

10   disciplinary actions against you by the prison?

11   A.    When I first got here, they had a melee on the

12   yard November 17, '05.  And because I was on the yard, I

13   was given a 115, but it was later found out that I

14   wasn't -- I didn't have anything to do with the melee, so

15   they dropped the 115.  But other than that, I haven't had

16   any.

17   Q.    The last time you were in a reception center was

18   when you came to Solano, correct?

19   A.    The reception center?

20   Q.    Are you familiar with reception centers?

21   A.    Vacaville was a reception center when I came in

22   the system.  CMF was.

23   Q.    I should have been more clear.  You passed

24   through receiving and release when you enter a new prison

25   when you are transferred.

                                                      20

Deposition of Ralph Coleman taken on December 13, 2007

1    class, the one named after you, the class of seriously

2    mentally disordered inmates?

3        A.    I don't know the number.

4        Q.    Do you have an estimate?

5        A.    I don't.  I wouldn't estimate.

6        Q.    Where are you currently housed?

7        A.    I'm in eight block.

8        Q.    Eight block?

9        A.    Yes.

10       Q.    If I refer to Building 8, you will know what I'm

11   referring to, to eight block?

12       A.    Yes.

13       Q.    How long have you been in Building 8?

14       A.    I have been in Building 8 for a little over a

15   year.

16       Q.    Where were you housed before that?

17       A.    Building 7.

18       Q.    How long were you in Building 7?

19       A.    From the time I got here until I moved over into

20   the eight block.

21       Q.    In Building 7, were you double celled?

22       A.    Yes, I was.

23       Q.    For the entire time?

24       A.    Yes.

25       Q.    In Building 8, are you double celled?

                                                              22

1        A.    Yes.

2        Q.    Have you been the whole time?

3        A.    Yes.

4        Q.    At New Folsom, where were you housed?

5        A.    At New Folsom, I started off in six block of A

6    section, and they moved me to B section, and then to C

7    section, and I was there for -- in that block for about

8    three years.

9        Q.    Beginning in 1993?

10       A.    Beginning 1993, yes.

11       Q.    At the time you were there, was section A of six

12   block double cells?

13       A.    Yes.

14       Q.    And what about section B?

15       A.    The same.

16       Q.    And section C?

17       A.    The same.

18       Q.    So after the three years in six block at New

19   Folsom or California State Prison Sacramento --

20       A.    Yes.

21       Q.    -- where were you housed next?

22       A.    Four block.

23       Q.    Which section?

24       A.    I was in A section.

25       Q.    How long were you in A section of four block?

23

1       A.    For about two years there.

2       Q.    So that would have been from '96 to '98; is that

3    correct?

4       A.    Yes.

5       Q.    Were you double celled?

6       A.    Yes, I was.

7       Q.    After four block section A?

8       A.    I went to C section.

9       Q.    Were you double celled there?

10      A.    Yes, I was.

11      Q.    How long were you in section C?

12      A.    I remained there until I got transferred here to

13   Solano.

14      Q.    So until 2005?

15      A.    Yes.

16      Q.    Have you ever been housed in a gymnasium?

17      A.    No, I have not.

18      Q.    Have you ever been housed in a dorm?

19      A.    Yes, I have.

20      Q.    When was that?

21      A.    That was at CMF, California Medical Facility.

22      Q.    The first time or the second time?

23      A.    The first time and the second time.

24      Q.    So when you were at CMF in 1979 for 90 days, you

25   were triple bunked?

                                                          24

Deposition of Ralph Coleman taken on December 13, 2007

```
 1          A.   No.

 2          Q.   You were in a gym?

 3          A.   Double bunked, and they had dorms over there.

 4   They have dorms.

 5          Q.   Sorry.  How many inmates were there in each dorm

 6   in 1979?

 7          A.   They had two different type of dorms.  They had a

 8   seven-man dorm single bunk, and then they had -- I believe

 9   it was 28-man dorms, the bigger ones, and they were also

10   single bunked.  But the second time I went, they were

11   double bunked, those same places were all double bunked.

12          Q.   So you were in a dorm both times you came to CMF,

13   correct?

14          A.   Yes.

15          Q.   So in 1979, what size was the dorm you were

16   placed in?

17          A.   Seven-man dorm.

18          Q.   Single bunked?

19          A.   Single bunk.

20          Q.   And the second time you were at CMF from '81 or

21   '82 until 1984, were you in a dorm the entire time?

22          A.   Not the entire time.

23          Q.   Did you start in a dorm?

24          A.   Started out in the dorm.

25          Q.   Could you describe that dorm?
```

25

Deposition of Ralph Coleman taken on December 13, 2007

1      A.    Crowded.

2      Q.    This was in '81 or '82?

3      A.    Yes.

4      Q.    How many people were in that dorm?

5      A.    Double 28.  That's 56 people, right?

6      Q.    So 28 double bunks?

7      A.    Yes.

8      Q.    How long were you in that dorm?

9      A.    Maybe six months or so.

10     Q.    Then where did you move after that?

11     A.    I moved to a cell.

12     Q.    And were you double bunked in that cell?

13     A.    Yes, I was.

14     Q.    Is there any other time during your incarceration

15     where you were housed in a dorm?

16     A.    No, those are the only times.

17     Q.    Have you ever been housed in a dayroom?

18     A.    No, I have not.

19     Q.    Besides being housed in the dorms that we have

20     talked about and being celled in a double bunk, have you

21     ever been housed in any other form of housing during your

22     incarceration?

23     A.    Other than ad seg?

24     Q.    Other than ad seg.

25     A.    No, I have not.

26

Vine, McKinnon & Hall (916) 371-3376

Deposition of Ralph Coleman taken on December 13, 2007

1    Q.    How long were you in ad seg at San Quentin?

2    A.    Pardon?

3    Q.    How long were in ad seg at San Quentin?

4    A.    See, I got there in '84.  I was in ad seg for

5    about 60 to 90 days, I think it was, approximately.

6    Q.    Were you single celled?

7    A.    Yes, I was.

8    Q.    For the whole time?

9    A.    Yes.

10   Q.    Were you housed in the administrative segregation

11   unit?

12   A.    I was in north block, which was in the ad seg

13   unit at that time.

14   Q.    To your knowledge, is that still the ad seg unit?

15   A.    I don't know.  And after I left ad seg and I went

16   to west block, I was single celled in west block.

17   Q.    For how long?

18   A.    I was single cell up until about six months

19   before we left here.  And then they double racked all of

20   west block.

21   Q.    That would have been in 1989?

22   A.    Yes, last of '88, early '89.  Somewhere in there.

23   Q.    So tell me if I've got this right.  You were

24   administrative segregation at San Quentin for 60 to 90

25   days in 1984, correct?

27

Deposition of Ralph Coleman taken on December 13, 2007

1      A.    Yes.

2      Q.    And that was in the north block?

3      A.    Yes.

4      Q.    And then you were single celled in the west block

5  until six months before you were transferred in 1989,

6  correct?

7      A.    Yes.

8      Q.    And your last six months at San Quentin you were

9  double celled?

10      A.    Correct.

11      Q.    Other than the times we have discussed today,

12  have you been housed in any other form of housing?  We

13  have spoken today about being double bunked and single

14  bunked in dorms at CMF, we have spoken about

15  administrative segregation at San Quentin.

16      A.    Yes.

17      Q.    And we spoke about double selling at other

18  prisons.

19      A.    Yes.

20      Q.    Have there been any other places where you have

21  been housed during your incarceration?

22      A.    No.

23      Q.    Would you like to change your answer?

24      A.    While at Old Folsom, I was single celled the

25  whole time.

28

1          MS. KAHN:  It might be a good time to take a

2     break is what I'm thinking.

3          MS. IGRA:  Certainly.

4          THE VIDEOGRAPHER:  We are off the record at

5     11:43.

6               (Brief recess taken.)

7          THE VIDEOGRAPHER:  We are on the record at 12:09.

8          MS. IGRA:  Would you read back the last question

9     and answer?

10              (The question and answer was read by the

11              reporter.)

12     Q.   (By Ms. Igra)  So I think we have covered all

13     types of housing that you have been in since you were

14     first incarcerated in the late '70s, correct?

15     A.   I think so.

16     Q.   At some time were you housed in an infirmary or

17     some kind of hospital setting?

18     A.   No, I was never housed.  I had prostrate cancer

19     last year, and I had the biopsy done, but it was just out

20     and back within a two- or three-day time frame.  No

21     housing for CDC.

22     Q.   Are you familiar with the term ICF?

23     A.   No, I'm not.

24     Q.   How about intermediate care facility?

25     A.   No.

                                                        29

1    Q.  Are you familiar with the term triple CMS?

2    A.  Yes.

3    Q.  What's your understanding of what those letters

4  stand for?

5    A.  Oh, geez.  I should never forget it.  I got a

6  brain lock right now.

7    Q.  It is all right.

8    A.  It won't come.  I can't --

9    Q.  What's your understanding of what triple CMS is

10  or CCCMS?

11    A.  It is a group of guys or inmates who have mental

12  problems, and they are counseled accordingly for that.

13    Q.  Are you a member of triple CMS?

14    A.  Yes, I am.

15    Q.  Have you ever been categorized in any other level

16  of mental health care while you've been incarcerated?

17    A.  Yes.  I was in a CAT-T program, therapy program

18  at CMF.

19    Q.  Was that the first time you were at CMF or the

20  second time?

21    A.  I was to be put into a CAT-T program the very

22  first time, but they gaffled (sic) me up before I could

23  actually get into the program itself --

24    Q.  They what you up?

25    A.  They transferred me.  I said gaffled.  They took

30

1  me up to Old Folsom before I could actually get into the

2  program, and that was the reason why I was sent back there

3  because they evidently had made a mistake.

4      Q.    While you were sent back to CMF from Old Folsom?

5      A.    Yes.

6      Q.    What is the CAT-T program?

7      A.    CAT-T program was a therapy program.  There was

8  approximately 400, 450 people in the program, and it was

9  two or three days a week therapy groups held in R wing at

10  CMF under Dr. Mattox.

11      Q.    That's 450 people at CMF alone?

12      A.    Yes, that's an approximate figure.  It could have

13  been more or less given any given time.

14      Q.    Other than your participation in the CAT-T

15  therapy program, have you ever been classified at any

16  level of care other than CCCMS?

17      A.    I have PTSD, posttraumatic stress disorder, from

18  Vietnam.

19      Q.    You've heard the term CCCMS and EOP?

20      A.    Yes.

21      Q.    And terms like mental health crisis bed?

22      A.    Yes.

23      Q.    And, perhaps, intermediate care?

24      A.    I haven't heard of that one.

25      Q.    What about acute care?

                                                          31

Deposition of Ralph Coleman taken on December 13, 2007

1      A.   I could guess what it was, but acute care would

2  be something that was critical.

3      Q.   To your knowledge, you have never needed acute

4  care for mental illness, have you?

5      A.   No, I have not.

6      Q.   To your knowledge, you have never required

7  intermediate care for your mental illness?

8      A.   Intermediate care, define that.

9      Q.   Again, this is a term in the Coleman class action

10  regarding ICF or intermediate care facilities.

11      A.   Or EOP?

12      Q.   Or EOP is another one, yes.

13      A.   No, I have not.

14      Q.   So, to your knowledge, you have been triple CMS

15  or --

16      A.   Yes.

17      Q.   -- CCCMS at all times?

18      A.   Yes.

19      Q.   What treatment do you receive as a triple CMS

20  inmate?

21          MS. KAHN:  Objection.  What time frame are you

22  talking about?  Currently or in the past?

23          MS. IGRA:  Okay.  Why don't we break it up?

24      Q.   (By Ms. Igra)  Since you've been at Solano State

25  Prison beginning in 2005 until the present, what treatment

                                                            32

1    have you been receiving as a member of the CCCMS class?

2         A.    Medication-wise, I take Metazapine, I see my case

3    manager approximately every 90 days, and I usually see the

4    psyche when my meds need to be refilled.

5         Q.    How often is that?

6         A.    They do it four to six months, I believe it is.

7    Something of that nature.

8         Q.    You are prescribed for four to six months at a

9    time?

10        A.    Yes.

11        Q.    Who is your clinical case manager?

12        A.    Dr. Schwimmer.

13        Q.    When was the last time you saw Dr. Schwimmer?

14        A.    I saw Dr. Schwimmer about two weeks ago.

15        Q.    When was the last time you saw a psychiatrist for

16   medication?

17        A.    About a month ago.  About 30 days ago.

18        Q.    Do you recall seeing Dr. Schwimmer in October

19   '07?

20        A.    I believe I did see him in October.  I don't know

21   the exact date, but I believe it was.

22        Q.    Then you saw him again about two weeks ago?

23        A.    I believe so.

24        Q.    Do you know what dose of Metazapine you are

25   taking currently?

                                                              33

Deposition of Ralph Coleman taken on December 13, 2007

1    A.    I believe it is 30 milligrams.

2    Q.    How long have you been on that prescription?

3    A.    The milligrams have changed, but I've been taking

4    Metazapine since 2000, 2001.  Somewhere around there.

5    Q.    There have been times when you have not taken

6    medication, correct?

7    A.    Yes.

8    Q.    Are you familiar with the prescription drug

9    Remeson?

10    A.    Remeson is the generic name or another name for

11    Metazapine.

12    Q.    So they are the same drug?

13    A.    Yes.

14    Q.    Since 2001, have you been prescribed any other

15    medications besides ones -- well, let's go back.  I'll

16    strike that.

17         What does Metazapine treat?

18    A.    Metazapine treats my sleep disturbance that I

19    have, and it also helps the anxiety and depression.

20    Q.    Have you taken any other medication for your

21    sleep disturbance since 2001?

22    A.    There was one other one, but I can't recall the

23    name of it.  Dr. Rohose prescribed it.

24    Q.    Could you spell Dr. Rohose's name for me, please?

25    A.    R-O-H-O-S-E.

34

Vine, McKinnon & Hall (916) 371-3376

Deposition of Ralph Coleman taken on December 13, 2007

1     Q.    Is he a psychiatrist?

2     A.    No.   That was a regular medical doctor at the

3     clinic.

4     Q.    Have you ever been prescribed Benadryl for sleep?

5     A.    Yes, I have.

6     Q.    Do you currently take that?

7     A.    Pardon?

8     Q.    Do you currently take Benadryl?

9     A.    No, I don't.

10    Q.    When was the last time you were prescribed

11    Benadryl for sleep?

12    A.    About two months ago.

13    Q.    You stopped taking it two months ago or you were

14    prescribed it two months ago?

15    A.    I was prescribed it, I believe, two months ago,

16    and I stopped taking it after about three or four weeks.

17    I only took it for about a month because I was having some

18    bad times, and I couldn't sleep, and my PTSD was really

19    acting up.  So he was an Indian doctor.  I can't remember

20    how you spell his name.  It is K-H-U-Y.  Something like

21    that.  He prescribed the Benadryl as opposed to upping my

22    dosage of Metazapine.

23    Q.    You stayed on that for four, five weeks?

24    A.    Approximately.

25    Q.    Then you discontinued taking the Benadryl?

35

1      A.    Yes.

2      Q.    Was your Metazapine prescription then increased?

3      A.    No, it wasn't.   It was left the same.

4      Q.    How often do you take that medication?

5      A.    Every day.

6      Q.    How is that administered to you?

7      A.    In pill form.   The LVN comes to the block now,

8   and she passes out the medication in the block.

9      Q.    How long has that been happening?

10      A.    They have been coming to the block since May or

11   June, I believe it was, when they started bringing it to

12   the block.

13      Q.    That's 2007?

14      A.    Yes.   And they administered about 4:00 in the

15   afternoon just before count time, and it is a sleep med

16   mostly, and it is being taken very early.   And by the time

17   I take it and before 8:00 or 9:00, I'm zonked.

18      Q.    That's the Remeson or Metazapine?

19      A.    Yes.   It is supposed to be administered an hour

20   of sleep, I believe.   But because of the restraints of the

21   institution, they have to deliver it at that time.

22      Q.    On what do you base your understanding that it

23   needs to be administered within an hour of sleep?

24      A.    That's the way it was administered in Folsom.

25      Q.    Now, over the summer, there was a time period

36

Deposition of Ralph Coleman taken on December 13, 2007

```
 1    when you did not take medication, correct?

 2        A.    Over the summer?

 3        Q.    This past summer of 2007.

 4        A.    No.  I have not discontinued the Metazapine at

 5    all.

 6        Q.    Pardon?  Did you have anything to add to your

 7    answer?

 8        A.    No, that's okay.

 9        Q.    You said the reason you understand Remeson should

10    be administered within an hour of sleep is because that's

11    how they did it at New Folsom?

12        A.    Yes.

13        Q.    And so it is your understanding the way they did

14    it at New Folsom is the way it should be done?

15        A.    Yes.

16        Q.    What do you base that on?

17        A.    I base that on the doctor at New Folsom basically

18    telling me that that's when it would be administered.

19        Q.    What was that doctor's name?

20        A.    Dr. Staby.

21        Q.    Staby?

22        A.    Staby.

23        Q.    Any idea how to spell his name?

24        A.    S-T-A-B-Y -- I-E.  I'm not sure which.

25        Q.    Was he a psychiatrist?
```

                                                            37

Deposition of Ralph Coleman taken on December 13, 2007

1    A.    No.  He was a psychologist, but he worked with

2    the psychiatrist that was there, and I can't remember the

3    psychiatrist's name at this moment.

4        Q.    You had mentioned a reason why you understand it

5    is being administered at 4:00 currently, correct?

6        A.    The reason why it is being administered at 4:00

7    here is because of the time restraints.  We have to count

8    at 5:00.  And previously we were getting our meds at a

9    medical window on the outside of the -- right next to the

10   education department, and you had to stand outside.  And

11   by the time everybody got their meds -- the long line that

12   was there, sometimes chow call was going at the same time,

13   and sometimes they would close the mess hall.  So you had

14   to choose between getting your medication or going to

15   chow.

16       Q.    But that's no longer the case?

17       A.    That's why they changed it and started bringing

18   it to the block.

19       Q.    So now it is going to the block.  And you receive

20   it at your cell?

21       A.    No.  We go into the dayroom area and pick it up

22   there.

23       Q.    Are there any bunks in the dayroom in Building 8?

24       A.    No, just tables.

25       Q.    Besides receiving your medications each day, do

                                                        38

1    you access the dayroom?

2         A.    Yes, I do.

3         Q.    For what purpose?

4         A.    To either go play cards or dominoes or just

5    socialize.

6         Q.    How many times a week do you go to the dayroom?

7         A.    I was usually in the dayroom at least once a day,

8    once or twice a day.

9         Q.    For about how long each time?

10        A.    Well, you have to be there for an hour because

11   they have hourly unlocks.   You either go to the yard or go

12   back to your cell.

13        Q.    So you have to be in the dayroom for an hour?

14        A.    Yes.

15        Q.    Because --

16        A.    That's it.   They are hourly unlocks.   You either

17   go to the yard or go back to your cell.

18        Q.    And you go to the dayroom rather than the outdoor

19   yard; is that correct?

20        A.    You can either do either one.   Either-or.

21        Q.    Either-or?

22        A.    Uh-huh.

23        Q.    And that's once or twice a day?

24        A.    Yes.

25        Q.    Is an hour the most amount of time each day that

                                                          39

1    you get to play cards or dominoes in the dayroom?

2        A.    No.   You could stay out there.   You don't have to

3    go.   In other words, if you want to go to the dayroom and

4    stay in the dayroom from the earliest yard release until

5    3:45 in the evening, you could stay out there all day, but

6    there is no bathrooms in there.   So you would have to go

7    back to your cell at some point or either go outside.

8        Q.    To use the facilities?

9        A.    To use the facilities, right.

10       Q.    After you use the facilities, can you go back

11   into the dayroom?

12       A.    If you make the period of time that the door is

13   going to be unlocked because they close the doors again,

14   and if you are locked in, you are just locked in.

15       Q.    So the bathrooms are open only during that

16   window?

17       A.    Correct, right.

18       Q.    Do you currently have a job?

19       A.    No, I'm not.   I'm unassigned at this particular

20   time.

21       Q.    Is that as a result of your medical condition?

22       A.    Yes.

23       Q.    How long have you been unassigned?

24       A.    Since September of 2006.

25       Q.    Before that, did you have a job?

                                                              40

Deposition of Ralph Coleman taken on December 13, 2007

1    A.    Yes, I did.

2    Q.    What was it?

3    A.    I worked in metal fab PIA up on the hill.

4    Q.    What did you do there?

5    A.    I was a clerk.

6    Q.    How many hours a week did you do that?

7    A.    For six hours a day -- six, seven hours a day,

8    five days a week.

9    Q.    How long were you doing metal fab?

10   A.    I was up there from December until I got

11   unassigned.

12   Q.    December of what year?

13   A.    December of 2005.

14   Q.    Before that, did you have a different job?

15   A.    No.  I just got here, so I didn't have a job

16   until I was assigned.  That was the first job I was

17   assigned here.

18   Q.    What about at New Folsom?  Did you have a job

19   there?

20   A.    Yes.

21   Q.    What was that job?

22   A.    I worked in the furniture factory PIA.

23   Q.    What did you do there?

24   A.    We made all of these chairs.

25   Q.    The chairs we are sitting on?

41

1        A.    Yes.   Chairs, couches, stuff like that.

2        Q.    Well done.   How long did you do that?

3        A.    I did that from probably '96 -- '96 or '97 until

4    about a year before I got transferred down here because

5    they closed it, the shop, and I went over to the

6    laundry -- PIA laundry at that point for the last year I

7    was there.

8        Q.    So except for the last year you were building

9    furniture, and after that you worked in the laundry and --

10       A.    Yes, PI --

11       Q.    Then you were transferred here?

12       A.    To here.

13       Q.    And here --

14       A.    I worked at PIA on the hill.

15       Q.    Until you were medically unassigned?

16       A.    Yes.

17       Q.    Did you ever work in clothing distribution?

18       A.    No, I did not.   I was going to get a job in

19    clothing here, but they unassigned me.   And so I just let

20    it go for the time being.   I will talk to the supervisor

21    and get it later on.

22       Q.    Sorry, you'll talk to the supervisor and what?

23       A.    I can talk to the supervisor later on and

24    probably get the job.

25       Q.    Do I understand that you lead a veterans group?

                                                              42

Deposition of Ralph Coleman taken on December 13, 2007

1      Q.    Was there ever a time where you were seeing both

2    of them?

3      A.    Not officially, no, because Dr. Schwimmer is my

4    case manager.  If I would see Dr. Lingstrom on the yard or

5    something like that, I would stop and talk to him.

6      Q.    Is he still here?

7      A.    I believe he retired.

8      Q.    Have you ever expressed to your case manager

9    thoughts of suicide -- your current case manager?

10      A.    I have told him I have had those thoughts

11    previously, but not at that particular time.

12      Q.    When was it that you had suicidal thoughts?

13      A.    It was a few years ago.

14      Q.    Before you came to Solano?

15      A.    Yes.

16      Q.    None since?

17      A.    No.

18      Q.    Good.  Besides the veterans group, do you

19    participate in any group meetings?

20      A.    I go over to the church every once in a while.

21      Q.    How often?

22      A.    Once or twice a month.

23      Q.    What sort of programs did they have at the

24    church?

25      A.    Just the church services.

47

1    office?

2        A.    Yes, he and I.  One other inmate came in, but he

3    had him stand out in the hallway.

4        Q.    Is that where you usually meet with Dr.

5    Schwimmer?

6        A.    Sometimes I will meet him in the block.  They

7    have an office -- the psyches have an office there.

8        Q.    And you meet in that office?

9        A.    Yes.

10       Q.    Is anybody else in the room with you when you

11   have those meetings?

12       A.    No one else is in the room, but they are in the

13   dayroom that's around it, the whole thing.

14       Q.    Is there a door on the office?

15       A.    Yes.

16       Q.    Is it usually closed?

17       A.    He will ask you, do you want it closed or do you

18   want it open?

19       Q.    Does he honor your request if you want it closed?

20       A.    Yes.

21       Q.    Is ten or 15 minutes typical for your meetings

22   with Dr. Schwimmer?

23       A.    Approximately, yes.

24       Q.    Do you discuss with Dr. Schwimmer any concerns

25   that you have about your mental health care?

                                                            49

Deposition of Ralph Coleman taken on December 13, 2007

1      A.   Yes, I do.

2      Q.   Do you find him to be responsive to your

3    requests?

4      A.   I have had different responses from other case

5    managers.  Dr. Schwimmer seems like he is always in a

6    hurry.  I don't know if it is because of his caseload or

7    what it is.  But I personally have never really gotten

8    close to Dr. Schwimmer as some of the other case managers

9    that I have had in the past.  It is different.  But I do

10   discuss some problems in anxiety and PTSD and sleep

11   disturbance with him, but the meeting is never a lengthy

12   type of thing giving me advice about certain things or

13   type of therapy, I would say.

14     Q.   Have you expressed that concern to Dr. Schwimmer?

15     A.   Not in those same words, no.

16     Q.   Is there a reason you haven't talked to him about

17   your concerns about him appearing to be rushed?

18     A.   No, I have never expressed it that way, and I

19   don't know why.  I didn't want to make him feel

20   uncomfortable, and I didn't want to feel uncomfortable by

21   challenging the way he works.  I will put it that way.

22     Q.   You have had Dr. Schwimmer for two years,

23   correct?

24     A.   Yes.

25     Q.   Has your relationship with him always been this

                                                        50

Deposition of Ralph Coleman taken on December 13, 2007

1    rushed meetings?

2        A.    It has been continuous.

3        Q.    From the first?

4        A.    Yes.

5        Q.    But you have never mentioned it to him?

6        A.    No, I have not.

7            MS. IGRA:  Why don't we take a break?  I think we

8    are about to run down on our tape, but it won't be much

9    longer.

10           MS. KAHN:  Should we take a lunch break now?

11           MS. IGRA:  That would be fine.  How long would

12   you like to take?

13           THE WITNESS:  15, 20 minutes.  Half hour.

14           MS. IGRA:  Let's go off the record.

15           THE VIDEOGRAPHER:  This concludes videocassette

16   number one.  We are off the record at 12:48.

17               (Lunch recess taken.)

18           THE VIDEOGRAPHER:  We are on the record at 1:25.

19   Today's date is Thursday, December 13, 2007.  And this

20   begins the videocassette one or -- excuse me,

21   videocassette number two in the deposition of Ralph

22   Coleman in the matter of Coleman versus Schwarzenegger.

23       Q.    (By Ms. Igra)  How are you?

24       A.    Good.

25       Q.    Good.   You had mentioned CAT-T?

                                                            51

Deposition of Ralph Coleman taken on December 13, 2007

1      A.    No, I did not.

2      Q.    So your first therapy while incarcerated was '81

3   or '82 at CMF?

4      A.    Yes.

5      Q.    You've been receiving some form of therapy ever

6   since?

7      A.    Yes, either at CMF, and then when I got to San

8   Quentin, I saw Dr. Hicks for my PTSD.

9      Q.    Who did you see at Pelican Bay?

10     A.    I don't recall the doctor's name, but it was in

11  conjunction with the lawsuit at the time.

12     Q.    What do you mean by "it was in conjunction with

13  the lawsuit"?

14     A.    It was because of the paperwork that I had filed

15  to have some therapy, and before I -- before they would

16  send me down to CMF for an evaluation, they had me see a

17  doctor up at Pelican Bay.

18     Q.    So at San Quentin you were seeing Dr. Hicks

19  between '84 and '89, correct?

20     A.    No.  I didn't start seeing Dr. Hicks until

21  probably '88, '89.

22     Q.    And he diagnosed you with PTSD?

23     A.    His was the second diagnosis.  The first was with

24  Dr. Elikofer and Kathy O'Mara.

25     Q.    At CMF?

                                              53

1    been a long time.

2        Q.    And you also participated in the veterans groups

3    at New Folsom, correct?

4        A.    Yes.   We were just getting started in the

5    veterans group just before I left.

6        Q.    And you founded that group, didn't you?

7        A.    Yes.

8        Q.    And those groups already existed when you came to

9    Solano?

10       A.    They had a group on the level two side, and they

11   expanded it to over here.

12       Q.    And what level are you?

13       A.    I'm a level three.

14       Q.    Do you know when you -- strike that.

15             You were originally a level four, correct?

16       A.    Yes.

17       Q.    Do you remember when you were dropped to level

18   three?

19       A.    Just before I came down here.   Probably August or

20   September of '05.

21       Q.    And that happened at New Folsom?

22       A.    New Folsom, yes.

23       Q.    Sacramento?

24       A.    Yes.

25       Q.    Do you remember speaking with a monitor last

                                                              55

Vine, McKinnon & Hall (916) 371-3376

Deposition of Ralph Coleman taken on December 13, 2007

1    month, a Coleman court monitor?

2         A.    Yes, I do.

3         Q.    Did you discuss your interaction with the monitor

4    with your case manager?

5         A.    He asked me how many times I saw my case manager.

6    He asked me the medication that I was on.

7         Q.    Did you speak of your experiences in the

8    military?

9         A.    Yes, we did.

10        Q.    Do you remember which monitor that was?

11        A.    Pablo Stewart.

12        Q.    Pablo Stewart?

13        A.    Pablo Stewart, yes.

14        Q.    It is your understanding that he is a monitor in

15   the Coleman case?

16        A.    Yes.

17        Q.    Did you discuss that interaction with your case

18   manager -- your interaction with Mr. Stewart with your

19   case manager?

20        A.    No, I did not.

21        Q.    Did discussing your military service with

22   Mr. Stewart have any affect on your psychological state?

23        A.    He said that we had something in common because

24   he was in the Marine Corps as well, I believe, and he

25   asked me what outfit I was in, and things just went blank.

                                                          56

Deposition of Ralph Coleman taken on December 13, 2007

1    custody score?

2        A.    Not that I know of.  Oh, I know what it is.  It

3    is 52.  I just remembered.

4        Q.    Do you know how many CCCMS inmates are at Solano

5    State Prison?

6        A.    No, I don't.  I don't know how many triple CMS

7    are here.

8        Q.    Do you have a television or radio in your cell?

9        A.    Yes, I do.

10       Q.    Is there also one in the dayroom?

11       A.    Yes, there is.

12       Q.    Has Building 8 been subject to lockdowns

13   recently?  And by recently, I mean within the last 12

14   months.

15       A.    Yes.

16       Q.    When was that?

17       A.    Well, they lock down for different things.  If

18   the electrical fence goes down, they lock us down.

19       Q.    Let me repeat the question.  When were the

20   lockdowns?

21       A.    I don't have specific dates.  I don't know the

22   specific dates, but it is -- for the last six months or

23   so, at least three days out of a week we are on some type

24   of a lockdown for a number of different reasons.

25       Q.    When you are on lockdown, do you still have

59

1    another staff.  If they are a yard worker, they will talk

2    to the person that is their supervisor, and that's what

3    they'll tell --

4        Q.    And that person will tell someone who will tell

5    someone who will tell you?

6        A.    Correct.

7        Q.    And last week, when did the lockdown begin?

8        A.    I believe it was -- one of the days was early in

9    the morning, like I just discussed with you.  One of the

10   days it was like at 1:00 in the afternoon.  They just shut

11   the yard down.  They had a melee or fight or something on

12   the yard.

13       Q.    That's the afternoon lockdown?

14       A.    Yes.  And everybody was locked down at this point

15   because there was a racial thing happening on the yard.

16       Q.    Where were you during the melee at 1:00 in the

17   afternoon?

18       A.    I was in the block at the time.  I was in the

19   block.

20       Q.    Were you in your cell or in the dayroom?

21       A.    I was in the dayroom.

22       Q.    Were you kept in the dayroom during the lockdown?

23       A.    Well, initially until they get things sorted out,

24   everybody is down on the ground.  And even in the dayroom

25   you are down on the ground until they get things sorted

                                                              64

Deposition of Ralph Coleman taken on December 13, 2007

1    out, and then they said blacks, whites and others, lock it

2    up.  And they locked all of us up.  And I'm assuming that

3    the other ethnic groups had to stay on the yard until they

4    got that situation sorted out, but they wanted everybody

5    else locked up so they wouldn't have confusion.

6         Q.    First you were on the ground in the dayroom?

7         A.    In the dayroom, then moved back to our cells.

8         Q.    Then when were you let out of your cell again?

9         A.    The following day, except for chow.

10        Q.    What time is chow?

11        A.    Chow goes right after count, depending when count

12   is cleared.  Between 5:30 and quarter to 6:00.

13        Q.    Then after chow, you returned to your cell until

14   the following morning?

15        A.    Yes.

16        Q.    Were you let out for your meds?

17        A.    Yes.  Sorry, excuse me.  No.  Meds were brought

18   to the cell door that day.

19        Q.    So you discussed two lockdowns last week.  One

20   early morning and one at 1:00 in the afternoon.  The early

21   morning lockdown, was that also after breakfast?

22        A.    Yes.  That would have been right after breakfast.

23        Q.    That's at 7:30 in the morning?

24        A.    Yes.

25        Q.    The people who are already at their jobs, were

                                                              65

Deposition of Ralph Coleman taken on December 13, 2007

1      A.    Yesterday.

2      Q.    Before the lockdown or after?

3      A.    It was after.

4      Q.    And the lockdown earlier this week on Monday or

5  Tuesday, were you ducated to see any psychological

6  counselors?

7      A.    No.

8      Q.    The two lockdowns last week, did you miss any

9  appointments with counselors as a result of the lockdowns?

10     A.    No.

11     Q.    When was the last time you missed an appointment

12  as a result of a lockdown, if ever?

13     A.    You do -- I have missed meetings, and Dr.

14  Schwimmer would just re-ducat you is basically what he

15  will do, and that's if he doesn't come by your cell or you

16  see him while you are going to chow or something like

17  that.  He will usually re-ducat you.

18     Q.    He will give you a ducat for another day to see

19  him?

20     A.    Yes.

21     Q.    And you mentioned coming by your cell.  If you

22  are locked down, does he come to you?

23     A.    Sometimes if he is in the building and he is

24  seeing some other inmates, he might just stop by the cell.

25     Q.    You don't necessarily need a ducat for that,

                                                           68

Deposition of Ralph Coleman taken on December 13, 2007

```
 1    correct?
 2         A.    No.
 3         Q.    So that's in addition to the regular appointments
 4    where you are ducated?
 5         A.    Yes.
 6         Q.    We have spoken about four lockdowns.  Three of
 7    them you indicated you were out by the time the med line
 8    was formed in the dayroom.  One of them the meds were
 9    brought to your door, correct?
10         A.    Yes.
11         Q.    In the last six months, have you ever missed a
12    medication as a result of a lockdown?
13         A.    No.
14         Q.    In the last six months, have there been any
15    lockdowns lasting more than 24 hours that you have been
16    subject to specifically?
17         A.    Yes.
18         Q.    When was that?
19         A.    I don't know the exact dates.
20         Q.    Do you remember the season?
21         A.    It was probably mid summer.
22         Q.    How long did that lockdown last?
23         A.    They would probably last anywhere between two and
24    three days sometimes.
25         Q.    Did you receive your medications during those
```

69

Vine, McKinnon & Hall (916) 371-3376

Deposition of Ralph Coleman taken on December 13, 2007

1    days?

2        A.    Yes, you always receive your medication.

3        Q.    Did you miss any appointments with your case

4    manager as a result of those?

5        A.    I believe so.    There were several times that I

6    remembered Dr. Schwimmer having to re-ducat me because of

7    a lockdown, but the specific dates I don't remember.    I

8    don't recall.

9        Q.    You were seen on July 16th, correct, of '07?

10       A.    I would suppose so.  If you say so.  I don't

11   recall specifically.

12       Q.    Do you recall meeting with Dr. Schwimmer in the

13   middle of the summer, this past summer '07?

14       A.    I would meet with him from time to time.  He

15   would ducat me during the summer, yes.

16       Q.    Did you see him more than once over the summer?

17       A.    I'm sure that I did, yes.  Specifically, I don't

18   know, but I know I saw him over the summer at least twice.

19       Q.    I think I'm done.  Thank you very much.

20            MS. KAHN:  Is it okay if I sit here?

21            MS. IGRA:  I understand that Ms. Kahn has just a

22   few follow-up questions to clarify things we have covered.

23   We are not going to delve into any new areas.

24            MS. KAHN:  No.  I think I will ask my questions

25   here.  It will make it easier.

                                                          70

Deposition of Ralph Coleman taken on December 13, 2007

```
 1              EXAMINATION BY MS. KAHN
 2       Q.   So, Mr. Coleman, I wanted to ask some follow-up
 3   questions just to clarify some questions first and issues
 4   that were touched upon.  First thing I wanted to ask you
 5   about, you testified earlier about a Vietnam group that
 6   was meeting at Solano that met with men from both yards,
 7   and I want to ask you, who runs this Vietnam group?  Is it
 8   a case manager at Solano?
 9       A.   No.  This is a teacher from the education
10   department, Mr. Van Brimmel.
11       Q.   What type of topics are covered in this group?
12            MS. IGRA:  I think this is not clarifying
13   information.  I think this is asking for additional
14   information.
15            MS. KAHN:  We are trying to understand a little
16   bit about what this group -- just to make it clear, this
17   is not a psychological or process group.
18            MS. IGRA:  Absolutely.  If you wish to elicit
19   testimony from Mr. Coleman for -- under oath, you
20   certainly can do that by way of declaration, but not
21   during this deposition.
22            MS. KAHN:  We just want to clarify this is not a
23   psychological group.
24            THE WITNESS:  Correct.
25       Q.   (By Ms. Kahn)  Let's see, so you were answering
```

1   some questions about lockdowns earlier.  Since you've been

2   housed at Solano, has your building been on any extended

3   lockdowns?

4       A.    The only -- the two longest lockdowns was

5   November 2005, and I was in seven block at that time, and

6   then the summer of '06, I think it was January or so or

7   June -- during the summer months, we were locked down for

8   an extended period of time as well.

9       Q.    And the first lockdown that you described, which

10  was -- that was right after you arrived in, you said,

11  December?

12      A.    November.

13      Q.    November of '05?

14      A.    Yes.

15      Q.    How long was your building lockdown during that

16  lockdown?

17      A.    Locked down about 45 to 60 days.  Somewhere in

18  there.

19      Q.    Can you describe during the lockdown what your

20  program was during that lockdown?

21      A.    Get up in the morning for breakfast.  They

22  brought the meals to the door.  They had to open the door

23  because they don't have tray slots here.  You were handed

24  your breakfast meal and your lunch, and you went back into

25  the cell, and then every three days you got a shower.

                                                    72

Deposition of Ralph Coleman taken on December 13, 2007

1  Q. Did you get any yard during this period?

2  A. There was no yard, no dayroom.

3  Q. Where did you see your case manager during the

4 lockdown?

5  A. The case manager would come to the door.

6  Q. Did you see your psychiatrist during this period?

7  A. I believe he did also come to the door, but he

8 didn't have your C-file or your medical file with him.

9  Q. We are discussing the first lockdown, which

10 occurred in November.  Did you experience any emotional

11 difficulties during this lockdown?

12   MS. IGRA:  I think this is, again, outside the

13 scope of my deposition, certainly.  Although you are free

14 to elicit this in the form of an affidavit.

15  Q. (By Ms. Kahn)  I'm going to ask you to answer the

16 question, please.

17   MS. IGRA:  I'm not going to pay for these people

18 to stay to answer these questions.

19  Q. (By Ms. Kahn)  Could you please answer the

20 question?

21  A. Yes, a lot of anxiety.

22   MS. KAHN:  Misha, you asked him about lockdowns.

23   MS. IGRA:  For the last two weeks, not November

24 '05.

25   MS. KAHN:  You asked if his building had

                   73

Deposition of Ralph Coleman taken on December 13, 2007

1    experienced -- if he experienced any lockdowns in his

2    building when he was housed there.

3            MS. IGRA:  And he is saying now he was in

4    Building 7 where he is no longer housed.

5            MS. KAHN:  I will ask him about Building 8.

6        Q.   (By Ms. Kahn)  Can you describe the extended

7    lockdown you experienced in Building 8, which I believe

8    occurred in the summer of '06?

9        A.   Yes.

10       Q.   And that was for how long?

11       A.   That was approximately 60 days.

12       Q.   During that lockdown, did you also eat your meals

13   in your cell?

14       A.   Yes.

15       Q.   Did you get any yard during that period of time?

16       A.   No, we did not.

17       Q.   Did you get any dayroom?

18       A.   No.

19       Q.   Did you experience emotional difficulties as a

20   result during that lockdown?

21       A.   Yes, it was very stressful.  You started to get

22   cabin fever after you are in there for a period of time

23   because it is so small, and there is two people in that

24   small cell, and there is very little room to move around.

25       Q.   Were there any other emotional difficulties that

                                                          74

Deposition of Ralph Coleman taken on December 13, 2007

1    you experienced as a result of the lockdown?

2        A.    A lot of anxiety.

3        Q.    Did you talk to your case manager during that

4    period of time about difficulties that you experienced

5    with the lockdown?

6        A.    When he would come to the door, he would ask you

7    how you are, and I would usually reply that I'm having

8    some cabin fever and a lot of anxiety, but you couldn't

9    get into any detail because your cellie is sitting right

10   there.   And everybody is at their door listening to

11   whatever you are going to say.   So you couldn't say

12   anything significant.

13       Q.    Can you describe your cell?

14             MS. IGRA:   I'm sorry.   Not only is that vague,

15   but we are far afield.

16             MS. KAHN:   It is relevant to the lockdown

17   conditions.

18             MS. IGRA:   His description of himself?

19             MS. KAHN:   Of his cell.

20             MS. IGRA:   Of his cell.

21       Q.    (By Ms. Kahn)   Can you describe the size of your

22   cell?

23       A.    The size of the cell is approximately 16 feet

24   long.   There is two bunks in there along the wall.   At the

25   back of the wall is a desk that comes off the wall for

                                                              75

Deposition of Ralph Coleman taken on December 13, 2007

1    about 36 inches or so.   And then the seat that it is on

2    extends another foot or so off of that.   You got two sets

3    of cabinets on the opposite wall from the bunks, and then

4    you have a face bowl and urinal next to the door that it

5    is cantered because if it was sticking straight out, you

6    wouldn't be able to walk in and out of the cell.   That's

7    how small it is.

8         Q.    And you share this cell with another?

9         A.    With another inmate.

10        Q.    Can the two of you stand at the same time?

11        A.    A person can be sitting at the desk on the stool

12    and another person can be sitting on the commode at the

13    opposite end of the cell.   But to move back and forth, you

14    can't do it.

15             MS. IGRA:   If you need some clarification of a

16    question that I asked or an answer that he has given, I'm

17    prepared to sit through it.   Otherwise, I will end this

18    deposition.

19        Q.    (By Ms. Kahn)   So earlier Ms. Igra asked you

20    about your case manager at CSP Solano, the case manager

21    that you saw and your psychiatrist that you saw at CSP

22    Solano.   Have you seen the same psychiatrist since you

23    arrived at Solano?

24        A.    No.   It is always -- I have had about three or

25    four different psychiatrists that I've seen.   I talked to

                                                              76

Deposition of Ralph Coleman taken on December 13, 2007

1    Wood, I talked to Peterson, I talked to Dusay and the

2    Indian doctor.  I can't pronounce his name.

3        Q.    Where do you see the psychiatrist?

4        A.    I usually see them in eight block.  There is a

5    little office next to the staff's office, and usually you

6    see him in there.

7        Q.    Is that the same office you were describing where

8    you see your case manager if you see your case manager in

9    the housing unit?

10       A.    Yes.

11       Q.    That's the office where you can close the door?

12       A.    You can close the door if you so choose.  But you

13   can still hear the inmates in the dayroom, and they can

14   hear you if you are talking.

15       Q.    Does your case manager when he sees you have your

16   unit health record with him always when he sees you?

17       A.    No.  From time to time when he comes by the cell,

18   he won't have your health record with him.

19       Q.    Have you spoken to your case manager at CSP

20   Solano about treatment for your PTSD symptoms?

21       A.    I have talked to him about my PTSD and the

22   anxiety that I have with it and the sleep disturbance that

23   I have with it, but he has never prescribed anything or

24   any therapy for the PTSD.

25       Q.    Do you, in your own lay opinion, I guess -- or

                                                            77

Deposition of Ralph Coleman taken on December 13, 2007

1    you know yourself well -- do you feel like you are not

2    doing as well as you have done in the past in the last

3    year or so at CSP Solano?

4         A.   From time to time, I have bad days -- really bad

5    days with the PTSD, and when I was at New Folsom, the

6    psychologists there, they seem like they had more input as

7    to helping with the anxiety and sleep disturbance that I

8    had at that particular time.

9         Q.   When you were at CSP Sac and saw your case

10   managers there, which Ms. Igra asked you about, when you

11   reported difficulties and problems, were you seen more

12   frequently as a result of reporting problems and symptoms?

13        A.   I would see them on probably a 60- or 90-day

14   period, but a lot of times when I had problems, they'd see

15   me about every 30 days or so.

16        Q.   Has that ever occurred at CSP Solano?

17             MS. IGRA:   Objection; vague.

18        Q.   (By Ms. Kahn)   When you report problems to your

19   case manager here, Mr. Schwimmer, has he ever increased

20   the frequency of seeing you?

21        A.   I usually see him on the same time every 90 days

22   or 60, 90 days, basically.

23        Q.   Earlier you were asked why it was that you

24   thought your medications were prescribed at hour of sleep,

25   and you reported it was your understanding that that's

78

Deposition of Ralph Coleman taken on December 13, 2007

1    A.    Yes.  I have to go to the yard.  Well, the --

2          MS. IGRA:  The question has been answered.

3    Q.    (By Ms. Kahn)  Do you find it valuable?

4    A.    Yes, for my health.

5    Q.    Can you describe the conditions of the yard at

6    this time?

7          MS. IGRA:  Objection.  His testimony was that he

8    goes to the dayroom.

9          MS. KAHN:  To the dayroom?

10         MS. IGRA:  Yes, that he spends his days in the

11   dayroom, although he could go to the yard if he so chose.

12         MS. KAHN:  No.  He testified that he goes to the

13   yard.

14         Could we read that back?

15             (The question and answer was read by the

16             reporter.)

17         MS. IGRA:  Is that the question?

18   Q.    (By Ms. Kahn)  Okay.

19   A.    Ask me the question again, please.

20   Q.    Can you describe conditions on the yard at Solano

21   at this point -- at this time?

22   A.    The yard is very, very crowded.  And two yard

23   there are two blocks that are lockup units, so we don't

24   have the same amount of people as one yard does.  We only

25   have four blocks over there, and there's two hundred

                                                    80

1    people per block, and the yard is crowded, and we have one

2    urinal for the yard.  And there is always a line to wait

3    to go to the urinal.  That's how crowded it is.

4         Q.   How do you feel when you are on the yard?

5              MS. IGRA:  This is testimony, again, that you can

6    elicit in an affidavit, but it is not clarifying anything

7    that was testified to during this deposition.

8         Q.   (By Ms. Kahn)  Can you answer the question?

9         A.   It is tenuous.  The yard is -- you can feel when

10   something is going to happen out there, I think.

11             MS. IGRA:  Do we have any questions directly

12   related to testimony that has already been given or

13   clarifying a question I have asked or one of his answers?

14        Q.   (By Ms. Kahn)  Mr. Coleman, in eight block now,

15   how many men in the unit are double celled?

16        A.   Every cell is double celled, except for maybe two

17   or three cells that are single cell.  They were singly

18   housed.

19        Q.   How many men in the unit are on the caseload at

20   this point; if you know?

21        A.   I don't know the exact number.  I would have to

22   guess.  At least 95 percent.

23        Q.   How many showers are in that building?

24             MS. IGRA:  Objection.  Really, this is not

25   clarifying something that we have already elicited

                                                        81

1    testimony on.

2              MS. KAHN:  You have asked about his building.

3              MS. IGRA:  I have not asked about showers,

4    urinals, any of those things.

5              MS. KAHN:  Well, it is relative to the conditions

6    and his experience in the building.

7              MS. IGRA:  And you can certainly submit this in

8    the form of a declaration, but I'm not going to pay for a

9    deposition for it.  So are we done?

10             MS. KAHN:  Maybe.

11        Q.   (By Ms. Kahn)  So you were asked earlier about

12   some medications, that you went to the psychiatrist at

13   Solano to request some additional medications because your

14   PTSD was acting up, and you requested Benadryl or an

15   increase in your Metazapine because you were having

16   additional symptoms.

17             MS. IGRA:  I think that misstates his testimony,

18   but --

19             MS. KAHN:  It was the question to him that he

20   was -- and you --

21        Q.   (By Ms. Kahn)  I believe you testified that you

22   wanted the Benadryl because your PTSD was acting up; is

23   that correct?

24        A.   What I went to the psychiatrist for was to up my

25   dosage of the Metazapine because that's what they had done

                                                          82

Vine, McKinnon & Hall (916) 371-3376

1    previously when I was having sleep disturbance, and this

2    particular psychiatrist that was there said he was going

3    to put me on Benadryl as opposed to upping the dosage, so

4    I said okay, and I took the Benadryl for -- he said he was

5    going to put me on it for four to six weeks and see how it

6    worked.  And after about three weeks, I went back to him

7    and told him I didn't want it anymore, I didn't need it.

8    And he took me off of it.

9        Q.    And things had just settled down?

10       A.    Things just settled down for me.

11       Q.    You testified that when you were at New Folsom in

12   C facility, B and facility you were double celled during

13   all of those --

14       A.    At New Folsom?

15       Q.    Yes.

16       A.    Yes, I was double celled.

17       Q.    Are those cells -- how do the cell size compare

18   to the cells at Solano?

19       A.    It is a huge difference.  Those cells are

20   probably 17 to 19 feet long, and they are about ten to 11

21   feet wide.

22       Q.    That's significantly larger you are saying?

23       A.    Significantly larger.

24            MS. IGRA:  Again, first off, significantly larger

25   is vague.  Second --

                                                            83

Deposition of Ralph Coleman taken on December 13, 2007

```
 1          THE WITNESS:  I said 17 to 19 feet long,

 2   approximately nine feet or ten feet wide, which is a

 3   different size -- much larger than it is here.  The face

 4   bowl and commode is sitting across the --

 5          MS. IGRA:  There is no question pending.

 6      Q.  (By Ms. Kahn)  So time spent in that cell on a

 7   lockdown has a different feeling than time spent --

 8          MS. IGRA:  Objection.  Not only leading your

 9   client, but again we are afield.  Is there anything that

10   Mr. Coleman has testified to that you feel requires

11   clarification?  There were no objections that any of my

12   questions were vague.

13          MS. KAHN:  I mean, I'm clarifying areas that you

14   delved into that you did not --

15          MS. IGRA:  You're eliciting additional

16   information, and in a deposition when I take the

17   deposition, I choose the questions that are asked.

18          MS. KAHN:  Right.  And I'm just further

19   clarifying my client's answers.  I think that will be it.

20          FURTHER EXAMINATION BY MS. IGRA

21      Q.  Briefly, Mr. Coleman, have you been diagnosed

22   that your PTSD is in remission?  Have you been given that

23   diagnosis?

24      A.  No one has told me that because it flares up from

25   time to time.  It is -- depending on the situation.
```

84

Vine, McKinnon & Hall (916) 371-3376