# EXHIBIT 43

# Deposition of Ralph Coleman
# December 13, 2007
# (Phase I Counter-Designations)

# Part A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., ) | |
|     Plaintiffs, ) | |
|     vs. ) | No. 2:90-cv-00520 LKK JFM P |
| ARNOLD SCHWARZENEGGER, et al., ) | THREE-JUDGE COURT |
|     Defendants. ) | |
| MARCIANO PLATA, et al., ) | |
|     Plaintiffs, ) | |
|     vs. ) | No. C 01-1351 TEH |
| ARNOLD SCHWARZENEGGER, et al., ) | THREE-JUDGE COURT |
|     Defendants. ) | |

--oOo--

DEPOSITION
OF
RALPH COLEMAN

Thursday, December 13, 2007

--oOo--

Reported by: STACY A. MARSALA, CSR License No. 10832

18044bde-52c5-4bd4-9863-4131f04344f4

| | | |
|---|---|---|
|1|A.|That's the signature page.|
|2|Q.|Is that the complaint that you filed and the|
|3| |medical and mental health chronos?|
|4|A.|Yes, it is.|
|5|Q.|At the time you filed that complaint, you were at|
|6| |Pelican Bay, correct?|
|7|A.|Yes.|
|8|Q.|Then were you participating in any group|
|9| |psychotherapy?|
|10|A.|They had no group psychotherapy at Pelican Bay.|
|11|Q.|At the time, were you participating in any|
|12| |individual psychotherapy?|
|13|A.|No.|
|14|Q.|Do you know whether it was offered?|
|15|A.|No, it was not.|
|16|Q.|Do you know the size of the prison population at|
|17| |the time you filed your complaint?|
|18|A.|I haven't the slightest idea.|
|19| |MS. IGRA: Would you mark Exhibit B?|
|20| |(Defendant's Exhibit B was marked for|
|21| |identification.)|
|22|Q.|(By Ms. Igra) Do you recognize Exhibit B?|
|23|A.|Yes, I do.|
|24|Q.|What is that?|
|25|A.|It is the amended complaint submitted by attorney|

18044bde-52c5-4bd4-9863-4131f04344f4

1   A.   Yes.
2   Q.   Was your Metazapine prescription then increased?
3   A.   No, it wasn't. It was left the same.
4   Q.   How often do you take that medication?
5   A.   Every day.
6   Q.   How is that administered to you?
7   A.   In pill form. The LVN comes to the block now,
8  and she passes out the medication in the block.
9   Q.   How long has that been happening?
10  A.   They have been coming to the block since May or
11 June, I believe it was, when they started bringing it to
12 the block.
13  Q.   That's 2007?
14  A.   Yes. And they administered about 4:00 in the
15 afternoon just before count time, and it is a sleep med
16 mostly, and it is being taken very early. And by the time
17 I take it and before 8:00 or 9:00, I'm zonked.
18  Q.   That's the Remeson or Metazapine?
19  A.   Yes. It is supposed to be administered an hour
20 of sleep, I believe. But because of the restraints of the
21 institution, they have to deliver it at that time.
22  Q.   On what do you base your understanding that it
23 needs to be administered within an hour of sleep?
24  A.   That's the way it was administered in Folsom.
25  Q.   Now, over the summer, there was a time period

1  when you did not take medication, correct?
2     A.   Over the summer?
3     Q.   This past summer of 2007.
4     A.   No.  I have not discontinued the Metazapine at
5  all.
6     Q.   Pardon?  Did you have anything to add to your
7  answer?
8     A.   No, that's okay.
9     Q.   You said the reason you understand Remeson should
10 be administered within an hour of sleep is because that's
11 how they did it at New Folsom?
12    A.   Yes.
13    Q.   And so it is your understanding the way they did
14 it at New Folsom is the way it should be done?
15    A.   Yes.
16    Q.   What do you base that on?
17    A.   I base that on the doctor at New Folsom basically
18 telling me that that's when it would be administered.
19    Q.   What was that doctor's name?
20    A.   Dr. Staby.
21    Q.   Staby?
22    A.   Staby.
23    Q.   Any idea how to spell his name?
24    A.   S-T-A-B-Y -- I-E.  I'm not sure which.
25    Q.   Was he a psychiatrist?

1  A.  No.  He was a psychologist, but he worked with
2 the psychiatrist that was there, and I can't remember the
3 psychiatrist's name at this moment.
4  Q.  You had mentioned a reason why you understand it
5 is being administered at 4:00 currently, correct?
6  A.  The reason why it is being administered at 4:00
7 here is because of the time restraints.  We have to count
8 at 5:00.  And previously we were getting our meds at a
9 medical window on the outside of the -- right next to the
10 education department, and you had to stand outside.  And
11 by the time everybody got their meds -- the long line that
12 was there, sometimes chow call was going at the same time,
13 and sometimes they would close the mess hall.  So you had
14 to choose between getting your medication or going to
15 chow.
16  Q.  But that's no longer the case?
17  A.  That's why they changed it and started bringing
18 it to the block.
19  Q.  So now it is going to the block.  And you receive
20 it at your cell?
21  A.  No.  We go into the dayroom area and pick it up
22 there.
23  Q.  Are there any bunks in the dayroom in Building 8?
24  A.  No, just tables.
25  Q.  Besides receiving your medications each day, do

1  you access the dayroom?
2       A.   Yes, I do.
3       Q.   For what purpose?
4       A.   To either go play cards or dominoes or just
5  socialize.
6       Q.   How many times a week do you go to the dayroom?
7       A.   I was usually in the dayroom at least once a day,
8  once or twice a day.
9       Q.   For about how long each time?
10      A.   Well, you have to be there for an hour because
11 they have hourly unlocks.  You either go to the yard or go
12 back to your cell.
13      Q.   So you have to be in the dayroom for an hour?
14      A.   Yes.
15      Q.   Because --
16      A.   That's it.  They are hourly unlocks.  You either
17 go to the yard or go back to your cell.
18      Q.   And you go to the dayroom rather than the outdoor
19 yard; is that correct?
20      A.   You can either do either one.  Either-or.
21      Q.   Either-or?
22      A.   Uh-huh.
23      Q.   And that's once or twice a day?
24      A.   Yes.
25      Q.   Is an hour the most amount of time each day that

1  office?

2  A. Yes, he and I. One other inmate came in, but he
3  had him stand out in the hallway.

4  Q. Is that where you usually meet with Dr.
5  Schwimmer?

6  A. Sometimes I will meet him in the block. They
7  have an office -- the psyches have an office there.

8  Q. And you meet in that office?

9  A. Yes.

10  Q. Is anybody else in the room with you when you
11  have those meetings?

12  A. No one else is in the room, but they are in the
13  dayroom that's around it, the whole thing.

14  Q. Is there a door on the office?

15  A. Yes.

16  Q. Is it usually closed?

17  A. He will ask you, do you want it closed or do you
18  want it open?

19  Q. Does he honor your request if you want it closed?

20  A. Yes.

21  Q. Is ten or 15 minutes typical for your meetings
22  with Dr. Schwimmer?

23  A. Approximately, yes.

24  Q. Do you discuss with Dr. Schwimmer any concerns
25  that you have about your mental health care?

18044bde-52c5-4bd4-9863-4131f04344f4

1    A.    Yes, I do.
2    Q.    Do you find him to be responsive to your
3  requests?
4    A.    I have had different responses from other case
5  managers. Dr. Schwimmer seems like he is always in a
6  hurry. I don't know if it is because of his caseload or
7  what it is. But I personally have never really gotten
8  close to Dr. Schwimmer as some of the other case managers
9  that I have had in the past. It is different. But I do
10 discuss some problems in anxiety and PTSD and sleep
11 disturbance with him, but the meeting is never a lengthy
12 type of thing giving me advice about certain things or
13 type of therapy, I would say.
14    Q.    Have you expressed that concern to Dr. Schwimmer?
15    A.    Not in those same words, no.
16    Q.    Is there a reason you haven't talked to him about
17 your concerns about him appearing to be rushed?
18    A.    No, I have never expressed it that way, and I
19 don't know why. I didn't want to make him feel
20 uncomfortable, and I didn't want to feel uncomfortable by
21 challenging the way he works. I will put it that way.
22    Q.    You have had Dr. Schwimmer for two years,
23 correct?
24    A.    Yes.
25    Q.    Has your relationship with him always been this

18044bde-52c5-4bd4-9863-4131f04344f4

```
 1   rushed meetings?
 2        A.    It has been continuous.
 3        Q.    From the first?
 4        A.    Yes.
 5        Q.    But you have never mentioned it to him?
 6        A.    No, I have not.
 7        MS. IGRA:  Why don't we take a break?  I think we
 8   are about to run down on our tape, but it won't be much
 9   longer.
10        MS. KAHN:  Should we take a lunch break now?
11        MS. IGRA:  That would be fine.  How long would
12   you like to take?
13        THE WITNESS:  15, 20 minutes.  Half hour.
14        MS. IGRA:  Let's go off the record.
15        THE VIDEOGRAPHER:  This concludes videocassette
16   number one.  We are off the record at 12:48.
17        (Lunch recess taken.)
18        THE VIDEOGRAPHER:  We are on the record at 1:25.
19   Today's date is Thursday, December 13, 2007.  And this
20   begins the videocassette one or -- excuse me,
21   videocassette number two in the deposition of Ralph
22   Coleman in the matter of Coleman versus Schwarzenegger.
23        Q.    (By Ms. Igra)  How are you?
24        A.    Good.
25        Q.    Good.  You had mentioned CAT-T?
```

1  A. Yes.
2  Q. Can you tell me what therapy you received with
3  CAT-T?
4  A. CAT-T program was -- I believe it was three days
5  a week -- Monday, Wednesday, Friday -- and it was for
6  approximately an hour. Sometimes it would go over a
7  little longer. But you had to rotate because there were
8  groups coming in when there were guys leaving. And it
9  went during the day, and they also had groups at night for
10 guys who were at work during the day. They had group
11 sessions at night.
12         And there must have been at least eight to nine
13 psychologists that were on board with -- under Dr.
14 Mattox's supervision -- psychiatrists and psychologists.
15 And my psychologist was Dr. Elikofer. He also had an
16 intern working for him named Kathy O'Mara, and she did
17 one-on-ones with him with different inmates.
18 Q. That was a program at CMF in 1979?
19 A. No. That was 1981 when I went back the second
20 time. The first time I wasn't in the program at all.
21 They didn't give me time enough to get in the program.
22 Q. So you were at CMF for 90 days in 1979, then you
23 moved to Old Folsom?
24 A. Yes.
25 Q. Did you receive any therapy at Folsom?

1   A.   No, I did not.

2   Q.   So your first therapy while incarcerated was '81
3   or '82 at CMF?

4   A.   Yes.

5   Q.   You've been receiving some form of therapy ever
6   since?

7   A.   Yes, either at CMF, and then when I got to San
8   Quentin, I saw Dr. Hicks for my PTSD.

9   Q.   Who did you see at Pelican Bay?

10  A.   I don't recall the doctor's name, but it was in
11  conjunction with the lawsuit at the time.

12  Q.   What do you mean by "it was in conjunction with
13  the lawsuit"?

14  A.   It was because of the paperwork that I had filed
15  to have some therapy, and before I -- before they would
16  send me down to CMF for an evaluation, they had me see a
17  doctor up at Pelican Bay.

18  Q.   So at San Quentin you were seeing Dr. Hicks
19  between '84 and '89, correct?

20  A.   No.  I didn't start seeing Dr. Hicks until
21  probably '88, '89.

22  Q.   And he diagnosed you with PTSD?

23  A.   His was the second diagnosis.  The first was with
24  Dr. Elikofer and Kathy O'Mara.

25  Q.   At CMF?

1  month, a Coleman court monitor?
2      A.  Yes, I do.
3      Q.  Did you discuss your interaction with the monitor
4  with your case manager?
5      A.  He asked me how many times I saw my case manager.
6  He asked me the medication that I was on.
7      Q.  Did you speak of your experiences in the
8  military?
9      A.  Yes, we did.
10     Q.  Do you remember which monitor that was?
11     A.  Pablo Stewart.
12     Q.  Pablo Stewart?
13     A.  Pablo Stewart, yes.
14     Q.  It is your understanding that he is a monitor in
15  the Coleman case?
16     A.  Yes.
17     Q.  Did you discuss that interaction with your case
18  manager -- your interaction with Mr. Stewart with your
19  case manager?
20     A.  No, I did not.
21     Q.  Did discussing your military service with
22  Mr. Stewart have any affect on your psychological state?
23     A.  He said that we had something in common because
24  he was in the Marine Corps as well, I believe, and he
25  asked me what outfit I was in, and things just went blank.

18044bde-52c5-4bd4-9863-4131f04344f4

1  And we sort of chuckled about it, and I remembered
2  afterward, and we talked about that.
3     Q.   Do you recall reporting to your case manager or
4  talking to the monitor about your service brought up
5  memories that were difficult?
6     A.   Yes.
7     Q.   And that would have been after your meeting with
8  Mr. Stewart?
9     A.   Wait a minute. Did you -- would you restate
10 that? I think I misinterpreted what you said.
11         MS. IGRA: If you could go back two questions and
12 repeat it, that would be helpful. Thank you.
13         (The question was read by the reporter.)
14    Q.   (By Ms. Igra) I didn't say that very well. Let
15 me try again.
16    A.   I was confused.
17    Q.   Do you recall speaking to your case manager about
18 your interactions with Mr. Stewart?
19    A.   No, I did not.
20    Q.   Did you speak with your psychiatrist about that?
21    A.   No, I did not.
22    Q.   Did you speak to any member of the CDCR staff
23 about your interactions with Mr. Stewart?
24    A.   I haven't seen them since that time. That's the
25 reason why.

18044bde-52c5-4bd4-9863-4131f04344f4

1  custody score?
2     A.   Not that I know of.  Oh, I know what it is.  It
3  is 52.  I just remembered.
4     Q.   Do you know how many CCCMS inmates are at Solano
5  State Prison?
6     A.   No, I don't.  I don't know how many triple CMS
7  are here.
8     Q.   Do you have a television or radio in your cell?
9     A.   Yes, I do.
10    Q.   Is there also one in the dayroom?
11    A.   Yes, there is.
12    Q.   Has Building 8 been subject to lockdowns
13 recently?  And by recently, I mean within the last 12
14 months.
15    A.   Yes.
16    Q.   When was that?
17    A.   Well, they lock down for different things.  If
18 the electrical fence goes down, they lock us down.
19    Q.   Let me repeat the question.  When were the
20 lockdowns?
21    A.   I don't have specific dates.  I don't know the
22 specific dates, but it is -- for the last six months or
23 so, at least three days out of a week we are on some type
24 of a lockdown for a number of different reasons.
25    Q.   When you are on lockdown, do you still have

18044bde-52c5-4bd4-9863-4131f04344f4