# EXHIBIT 43

**Deposition of Ralph Coleman
December 13, 2007
(Phase I Counter-Designations)**

**Part B**

1   access to the dayroom?
2       A.   Usually not.
3       Q.   So three days a week for the past six months you
4   have been denied access to the dayroom?
5       A.   At some point during those times, yes.
6       Q.   At least three days a week, though?
7       A.   At least three times a week for the last six
8   months or so.
9       Q.   So when you say three times a week, that might be
10  for part of the day or for an entire day?
11      A.   It could be for part of a day or it could be for
12  the length of a whole day.
13      Q.   When was the last time you were locked down?
14      A.   Yesterday.
15      Q.   Beginning at what time?
16      A.   They locked us down about 1:30 or 2:00.  They
17  shut everything down.
18      Q.   Were you in the dayroom at that time?
19      A.   I was in my cell.
20      Q.   So you were already in your cell when the
21  lockdown was in effect?
22      A.   Yes.
23      Q.   How long did the lockdown last?
24      A.   Until chow time, until med call at 4:00.
25      Q.   So at 1:30 or 2:00, you were already in your

1  another staff.  If they are a yard worker, they will talk
2  to the person that is their supervisor, and that's what
3  they'll tell --
4      Q.   And that person will tell someone who will tell
5  someone who will tell you?
6      A.   Correct.
7      Q.   And last week, when did the lockdown begin?
8      A.   I believe it was -- one of the days was early in
9  the morning, like I just discussed with you.  One of the
10 days it was like at 1:00 in the afternoon.  They just shut
11 the yard down.  They had a melee or fight or something on
12 the yard.
13     Q.   That's the afternoon lockdown?
14     A.   Yes.  And everybody was locked down at this point
15 because there was a racial thing happening on the yard.
16     Q.   Where were you during the melee at 1:00 in the
17 afternoon?
18     A.   I was in the block at the time.  I was in the
19 block.
20     Q.   Were you in your cell or in the dayroom?
21     A.   I was in the dayroom.
22     Q.   Were you kept in the dayroom during the lockdown?
23     A.   Well, initially until they get things sorted out,
24 everybody is down on the ground.  And even in the dayroom
25 you are down on the ground until they get things sorted

1  out, and then they said blacks, whites and others, lock it
2  up.  And they locked all of us up.  And I'm assuming that
3  the other ethnic groups had to stay on the yard until they
4  got that situation sorted out, but they wanted everybody
5  else locked up so they wouldn't have confusion.
6      Q.  First you were on the ground in the dayroom?
7      A.  In the dayroom, then moved back to our cells.
8      Q.  Then when were you let out of your cell again?
9      A.  The following day, except for chow.
10     Q.  What time is chow?
11     A.  Chow goes right after count, depending when count
12  is cleared.  Between 5:30 and quarter to 6:00.
13     Q.  Then after chow, you returned to your cell until
14  the following morning?
15     A.  Yes.
16     Q.  Were you let out for your meds?
17     A.  Yes.  Sorry, excuse me.  No.  Meds were brought
18  to the cell door that day.
19     Q.  So you discussed two lockdowns last week.  One
20  early morning and one at 1:00 in the afternoon.  The early
21  morning lockdown, was that also after breakfast?
22     A.  Yes.  That would have been right after breakfast.
23     Q.  That's at 7:30 in the morning?
24     A.  Yes.
25     Q.  The people who are already at their jobs, were

EXAMINATION BY MS. KAHN

Q. So, Mr. Coleman, I wanted to ask some follow-up questions just to clarify some questions first and issues that were touched upon. First thing I wanted to ask you about, you testified earlier about a Vietnam group that was meeting at Solano that met with men from both yards, and I want to ask you, who runs this Vietnam group? Is it a case manager at Solano?

A. No. This is a teacher from the education department, Mr. Van Brimmel.

Q. What type of topics are covered in this group?

MS. IGRA: I think this is not clarifying information. I think this is asking for additional information.

MS. KAHN: We are trying to understand a little bit about what this group -- just to make it clear, this is not a psychological or process group.

MS. IGRA: Absolutely. If you wish to elicit testimony from Mr. Coleman for -- under oath, you certainly can do that by way of declaration, but not during this deposition.

MS. KAHN: We just want to clarify this is not a psychological group.

THE WITNESS: Correct.

Q. (By Ms. Kahn) Let's see, so you were answering

1  some questions about lockdowns earlier.  Since you've been
2  housed at Solano, has your building been on any extended
3  lockdowns?
4      A.  The only -- the two longest lockdowns was
5  November 2005, and I was in seven block at that time, and
6  then the summer of '06, I think it was January or so or
7  June -- during the summer months, we were locked down for
8  an extended period of time as well.
9      Q.  And the first lockdown that you described, which
10 was -- that was right after you arrived in, you said,
11 December?
12     A.  November.
13     Q.  November of '05?
14     A.  Yes.
15     Q.  How long was your building lockdown during that
16 lockdown?
17     A.  Locked down about 45 to 60 days.  Somewhere in
18 there.
19     Q.  Can you describe during the lockdown what your
20 program was during that lockdown?
21     A.  Get up in the morning for breakfast.  They
22 brought the meals to the door.  They had to open the door
23 because they don't have tray slots here.  You were handed
24 your breakfast meal and your lunch, and you went back into
25 the cell, and then every three days you got a shower.

18044bde-52c5-4bd4-9863-4131f04344f4

1   Q.   Did you get any yard during this period?
2   A.   There was no yard, no dayroom.
3   Q.   Where did you see your case manager during the
4   lockdown?
5   A.   The case manager would come to the door.
6   Q.   Did you see your psychiatrist during this period?
7   A.   I believe he did also come to the door, but he
8   didn't have your C-file or your medical file with him.
9   Q.   We are discussing the first lockdown, which
10  occurred in November.  Did you experience any emotional
11  difficulties during this lockdown?
12       MS. IGRA:  I think this is, again, outside the
13  scope of my deposition, certainly.  Although you are free
14  to elicit this in the form of an affidavit.
15  Q.   (By Ms. Kahn)  I'm going to ask you to answer the
16  question, please.
17       MS. IGRA:  I'm not going to pay for these people
18  to stay to answer these questions.
19  Q.   (By Ms. Kahn)  Could you please answer the
20  question?
21  A.   Yes, a lot of anxiety.
22       MS. KAHN:  Misha, you asked him about lockdowns.
23       MS. IGRA:  For the last two weeks, not November
24  '05.
25       MS. KAHN:  You asked if his building had

1  experienced -- if he experienced any lockdowns in his
2  building when he was housed there.
3          MS. IGRA:  And he is saying now he was in
4  Building 7 where he is no longer housed.
5          MS. KAHN:  I will ask him about Building 8.
6      Q.  (By Ms. Kahn)  Can you describe the extended
7  lockdown you experienced in Building 8, which I believe
8  occurred in the summer of '06?
9      A.  Yes.
10     Q.  And that was for how long?
11     A.  That was approximately 60 days.
12     Q.  During that lockdown, did you also eat your meals
13  in your cell?
14     A.  Yes.
15     Q.  Did you get any yard during that period of time?
16     A.  No, we did not.
17     Q.  Did you get any dayroom?
18     A.  No.
19     Q.  Did you experience emotional difficulties as a
20  result during that lockdown?
21     A.  Yes, it was very stressful.  You started to get
22  cabin fever after you are in there for a period of time
23  because it is so small, and there is two people in that
24  small cell, and there is very little room to move around.
25     Q.  Were there any other emotional difficulties that

18044bde-52c5-4bd4-9863-4131f04344f4

1  you experienced as a result of the lockdown?
2     A.   A lot of anxiety.
3     Q.   Did you talk to your case manager during that
4  period of time about difficulties that you experienced
5  with the lockdown?
6     A.   When he would come to the door, he would ask you
7  how you are, and I would usually reply that I'm having
8  some cabin fever and a lot of anxiety, but you couldn't
9  get into any detail because your cellie is sitting right
10 there.  And everybody is at their door listening to
11 whatever you are going to say.  So you couldn't say
12 anything significant.
13    Q.   Can you describe your cell?
14       MS. IGRA:  I'm sorry.  Not only is that vague,
15 but we are far afield.
16       MS. KAHN:  It is relevant to the lockdown
17 conditions.
18       MS. IGRA:  His description of himself?
19       MS. KAHN:  Of his cell.
20       MS. IGRA:  Of his cell.
21    Q.   (By Ms. Kahn)  Can you describe the size of your
22 cell?
23    A.   The size of the cell is approximately 16 feet
24 long.  There is two bunks in there along the wall.  At the
25 back of the wall is a desk that comes off the wall for

1  about 36 inches or so. And then the seat that it is on
2  extends another foot or so off of that. You got two sets
3  of cabinets on the opposite wall from the bunks, and then
4  you have a face bowl and urinal next to the door that it
5  is cantered because if it was sticking straight out, you
6  wouldn't be able to walk in and out of the cell. That's
7  how small it is.
8      Q.  And you share this cell with another?
9      A.  With another inmate.
10     Q.  Can the two of you stand at the same time?
11     A.  A person can be sitting at the desk on the stool
12 and another person can be sitting on the commode at the
13 opposite end of the cell. But to move back and forth, you
14 can't do it.
15     MS. IGRA: If you need some clarification of a
16 question that I asked or an answer that he has given, I'm
17 prepared to sit through it. Otherwise, I will end this
18 deposition.
19     Q.  (By Ms. Kahn) So earlier Ms. Igra asked you
20 about your case manager at CSP Solano, the case manager
21 that you saw and your psychiatrist that you saw at CSP
22 Solano. Have you seen the same psychiatrist since you
23 arrived at Solano?
24     A.  No. It is always -- I have had about three or
25 four different psychiatrists that I've seen. I talked to

18044bde-52c5-4bd4-9863-4131f04344f4

1  Wood, I talked to Peterson, I talked to Dusay and the
2  Indian doctor. I can't pronounce his name.
3      Q.  Where do you see the psychiatrist?
4      A.  I usually see them in eight block. There is a
5  little office next to the staff's office, and usually you
6  see him in there.
7      Q.  Is that the same office you were describing where
8  you see your case manager if you see your case manager in
9  the housing unit?
10     A.  Yes.
11     Q.  That's the office where you can close the door?
12     A.  You can close the door if you so choose. But you
13 can still hear the inmates in the dayroom, and they can
14 hear you if you are talking.
15     Q.  Does your case manager when he sees you have your
16 unit health record with him always when he sees you?
17     A.  No. From time to time when he comes by the cell,
18 he won't have your health record with him.
19     Q.  Have you spoken to your case manager at CSP
20 Solano about treatment for your PTSD symptoms?
21     A.  I have talked to him about my PTSD and the
22 anxiety that I have with it and the sleep disturbance that
23 I have with it, but he has never prescribed anything or
24 any therapy for the PTSD.
25     Q.  Do you, in your own lay opinion, I guess -- or

1   A.   Yes.  I have to go to the yard.  Well, the --
2        MS. IGRA:  The question has been answered.
3   Q.   (By Ms. Kahn)  Do you find it valuable?
4   A.   Yes, for my health.
5   Q.   Can you describe the conditions of the yard at
6   this time?
7        MS. IGRA:  Objection.  His testimony was that he
8   goes to the dayroom.
9        MS. KAHN:  To the dayroom?
10       MS. IGRA:  Yes, that he spends his days in the
11  dayroom, although he could go to the yard if he so chose.
12       MS. KAHN:  No.  He testified that he goes to the
13  yard.
14       Could we read that back?
15       (The question and answer was read by the
16       reporter.)
17       MS. IGRA:  Is that the question?
18  Q.   (By Ms. Kahn)  Okay.
19  A.   Ask me the question again, please.
20  Q.   Can you describe conditions on the yard at Solano
21  at this point -- at this time?
22  A.   The yard is very, very crowded.  And two yard
23  there are two blocks that are lockup units, so we don't
24  have the same amount of people as one yard does.  We only
25  have four blocks over there, and there's two hundred

18044bde-52c5-4bd4-9863-4131f04344f4

```
 1  people per block, and the yard is crowded, and we have one
 2  urinal for the yard.  And there is always a line to wait
 3  to go to the urinal.  That's how crowded it is.
 4       Q.   How do you feel when you are on the yard?
 5            MS. IGRA:  This is testimony, again, that you can
 6  elicit in an affidavit, but it is not clarifying anything
 7  that was testified to during this deposition.
 8       Q.   (By Ms. Kahn)  Can you answer the question?
 9       A.   It is tenuous.  The yard is -- you can feel when
10  something is going to happen out there, I think.
11            MS. IGRA:  Do we have any questions directly
12  related to testimony that has already been given or
13  clarifying a question I have asked or one of his answers?
14       Q.   (By Ms. Kahn)  Mr. Coleman, in eight block now,
15  how many men in the unit are double celled?
16       A.   Every cell is double celled, except for maybe two
17  or three cells that are single cell.  They were singly
18  housed.
19       Q.   How many men in the unit are on the caseload at
20  this point; if you know?
21       A.   I don't know the exact number.  I would have to
22  guess.  At least 95 percent.
23       Q.   How many showers are in that building?
24            MS. IGRA:  Objection.  Really, this is not
25  clarifying something that we have already elicited
```

1  THE WITNESS: I said 17 to 19 feet long,
2  approximately nine feet or ten feet wide, which is a
3  different size -- much larger than it is here. The face
4  bowl and commode is sitting across the --
5  MS. IGRA: There is no question pending.
6  Q. (By Ms. Kahn) So time spent in that cell on a
7  lockdown has a different feeling than time spent --
8  MS. IGRA: Objection. Not only leading your
9  client, but again we are afield. Is there anything that
10 Mr. Coleman has testified to that you feel requires
11 clarification? There were no objections that any of my
12 questions were vague.
13 MS. KAHN: I mean, I'm clarifying areas that you
14 delved into that you did not --
15 MS. IGRA: You're eliciting additional
16 information, and in a deposition when I take the
17 deposition, I choose the questions that are asked.
18 MS. KAHN: Right. And I'm just further
19 clarifying my client's answers. I think that will be it.
20 FURTHER EXAMINATION BY MS. IGRA
21 Q. Briefly, Mr. Coleman, have you been diagnosed
22 that your PTSD is in remission? Have you been given that
23 diagnosis?
24 A. No one has told me that because it flares up from
25 time to time. It is -- depending on the situation.

18044bde-52c5-4bd4-9863-4131f04344f4

CERTIFICATE OF REPORTER

I, STACY A. MARSALA, a Certified Shorthand Reporter, hereby certify the witness in the foregoing deposition,

RALPH COLEMAN,

was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth in the within-entitled case; that said deposition was taken at the time and place therein named; that the testimony of said witness was reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said caption.

In witness whereof, I have hereunto set my hand this 18th day of December, 2007.

*Stacy A. Marsala*

Stacy A. Marsala
Certified Shorthand Reporter
License No. 10832

88