# EXHIBIT 44

# Deposition of Christopher Mumola
# August 25, 2008
# (Phase I Designations)

```
 1              IN THE UNITED STATES DISTRICT COURTS
             FOR THE EASTERN DISTRICT OF CALIFORNIA
 2           AND THE NORTHERN DISTRICT OF CALIFORNIA
          UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 3        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 4        - - - - - - - - - - - - - -+
                                     |
 5     RALPH COLEMAN, et al,         |
                                     |
 6              Plaintiffs,          |
        vs.                          |    No. S 90-0520 LKK-JFM P
 7                                   |
        ARNOLD SCHWARZENEGGER,       |
 8      et al,                       |      CERTIFIED
                                     |
 9              Defendants.          |        COPY
                                     |
10      - - - - - - - - - - - - - -+
                                     |
11     MARCIANO PLATA, et al,        |    No. C 01-1351 TEH
                                     |
12              Plaintiffs,          |
        vs.                          |
13                                   |
        ARNOLD SCHWARZENEGGER,       |
14      et al,                       |
                                     |
15              Defendants.          |
        - - - - - - - - - - - - - - -|
16
17            DEPOSITION OF CHRISTOPHER J. MUMOLA
                     (by written questions)
18                    Washington, D.C.
                 Monday, August 25th, 2008
19                   10:00 a.m. EST
20      Job No. 2-132568
21      Pages 1 - 123
22      Reported by: Laurie Bangart-Smith, RPR, CRR
```



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

```
 1                    P R O C E E D I N G S

 2                 CHRISTOPHER J. MUMOLA,

 3    having been first duly sworn, testified upon his oath

 4    as follows:

 5                 EXAMINATION BY DEFENDANTS

 6    BY DEFENSE COUNSEL:

 7        Q    Please state and spell your full name for

 8    the record.

 9        A    Christopher John Mumola,

10    C-H-R-I-S-T-O-P-H-E-R, J-O-H-N, M-U-M-O-L-A.

11        Q    The following questions are being asked by

12    defendant Aaron Schwarzenegger, Governor of

13    California.  This deposition is being taken as part of

14    a consolidated proceeding before a three-judge panel

15    of two cases -- Coleman v. Schwarzenegger, et al, Case

16    Number 2:90-CV-00520 LKK JFM P, and Plata v.

17    Schwarzenegger, et al, Case Number C-01-1351 TEH -- to

18    determine whether a prisoner release order should be

19    issued.  We are here today to take your deposition

20    pursuant to Rule 31 of the Federal Rules of Civil

21    Procedure.

22             Although a deposition is an out-of-court
```

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 4 of 59
Case 2:90-cv-00520-LKK-JFM   Document 3143-2   Filed 10/30/2008   Page 4 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

8

1      Do you understand this?

2   A  Yes.

3   Q  At this deposition we have a court reporter

4 who will record your answers.  When we are finished, a

5 written transcript will be prepared.  The transcript

6 will be sent to you for your review and signature,

7 again under oath.  While you can make corrections to

8 your testimony at that time, if you do so, counsel can

9 comment on those changes and ask why they were made.

10 So it is best that you keep your testimony today as

11 complete and accurate as possible.

12     Do you understand that you have an

13 obligation to testify truthfully under penalty of

14 perjury?

15   A  Yes.

16   Q  Do you understand that even though we are in

17 an informal conference room, your testimony has the

18 same force and effect as if you were testifying in a

19 court of law before a judge?

20   A.  Yes.

21   Q  Do you understand that the court reporter

22 will take down everything that is said during this

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

15

1    defendants' questions.

2        Q    From each writing you have authored or

3    co-authored, provide the title of the publication.

4        A    See item number 63.

5             (Discussion was held off the record.).

6    BY DEFENSE COUNSEL:

7        Q    For each writing you have authored or

8    co-authored, provide the date it was published.

9        A    Please see item number 63.

10       Q    For each item you have authored or

11   co-authored, please summarize the writing.

12       A    Please see item number 63.

13       Q    Where do you currently work?

14       A    I currently work for the U.S. Department of

15   Justice's Bureau of Justice Statistics or BJS.

16       Q    What is the particular division that you

17   work for your employer?

18       A    I work in the corrections statistics unit of

19   BJS.

20       Q    Describe what your unit is responsible for.

21       A    The Corrections Statistics Unit is

22   responsible for collecting data on the nation's

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 6 of 59
Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 6 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

16

1    correctional populations ranging from institutional

2    populations, such as State and Federal prisoners and

3    local jail inmates, to community supervision.

4    populations like probation and parole offenders.

5        Q    What is your job title?

6        A    I am a policy analyst and program manager

7    for the bureau's death in custody reporting program.

8        Q    Describe your job duties and

9    responsibilities.

10       A    As manager of the deaths in custody

11   reporting program, I am responsible for the bureau's

12   data collections pertaining to mortality in the

13   criminal justice system.  This program involves

14   collecting individual reports of all deaths that take

15   place in any of the 1,300 plus state prisons and 3,000

16   plus local jails nationwide, as well as collecting

17   similar reports of all deaths that occur in the

18   process of arrests by the nearly 17,000 state and

19   local law enforcement agencies in the United States.

20   My duties include day-to-day supervision of the work

21   of one BJS staffer, as well as several U.S. Census

22   Bureau staff working on the program under an

```
 1   interagency agreement.

 2        Q    State all previous job titles you had with

 3   your current employer.

 4        A    Prior to my policy analyst position at BJS,

 5   I was a statistical assistant.

 6        Q    How long did you hold each of these job

 7   titles?

 8        A    I held the title of statistical assistant

 9   for 11 months after joining BJS in September of 1996.

10   I have held the title of policy analyst for 11 years

11   since.  My responsibilities as manager of the death in

12   custody reporting program began when the project

13   started in 2000.

14        Q    What are your qualifications to perform your

15   current duties?

16        A    I have over a decade of experience working

17   with and managing national criminal justice data

18   collections for BJS.  I have worked on a wide variety

19   of programs for the corrections unit over the years.

20   I helped to establish our data collections, measuring

21   incarcerated populations held by U.S. territories, the

22   U.S. Department of Defense military justice system as
```

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 18

1   well as persons held under the authority of U.S.

2   immigration and customs enforcement.   I have also done

3   extensive analysis on national prisoner survey

4   databases, as well as taking a role in designing our

5   survey questionnaires on topics ranging from substance

6   abuse to prison sexual victimization.

7       Q    Is your work supervised by anyone?

8       A    Yes.

9       Q    If so, who?

10      A    My work is supervised by the BJS chief of

11  corrections statistics, Dr. William Sabol.

12      Q    What are your supervisor's qualification?

13      A    Dr. Sabol has 20 years of experience in

14  statistical research on criminal justice topics.   He

15  holds a Ph.D. in policy research and analysis from the

16  University of Pittsburgh, and also did graduate

17  research as a Fullbright Scholar at Cambridge

18  University.

19          Before joining BJS as the chief of

20  corrections statistics in December of 2006, Dr. Sabol

21  held a variety of senior research positions in

22  university and Federal Government departments,

1    of 1995 employed as an environmental programs intern

2    with the International City/County Management

3    Association.

4        Q    What is the Bureau of Justice Statistics?

5        A    BJS is the statistical arm of the U.S.

6    Department of Justice.

7            (Discussion was held off the record.)

8    BY DEFENSE COUNSEL:

9        Q    How many published reports have you authored

10   while working for the Bureau of Justice Statistics?

11       A    11.

12       Q    What are their titles?

13       A    Arrest-related deaths in the United States

14   2003 to 2005, published in October of 2007.  Veterans

15   in state and federal prison, 2004, with Margaret

16   Noonan, published May 2007.  Medical causes of death

17   in state prisons, 2001 to 2004, published January of

18   2007.  Drug use and dependence, state and federal

19   prisoners, 2004, with Jennifer Karberg, published

20   October 2006.  Suicide and homicide in state prisons

21   and local jails, published August 2005.  Incarcerated

22   parents and their children, published August 2000.

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 10 of 59
Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 9 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

21

1    Veterans in prisoner jail, published January of 2000.

2    Prisoners in 1998, published August 1999.  Substance

3    abuse and treatment, State and federal prisoners,

4    1997, published January 1999.  Substance abuse and

5    treatment of adults on probation, 1995, with Thomas

6    Bonczar, published March 1998.  Prisoners in 1996,

7    with Allen Beck, Ph.D.; published June 1997.

8         Q    When were they published?

9         A    Please refer to my response to the last

10   item.

11    . Q    I'm handing you what has been marked as

12   Defendants' Exhibit A, a document entitled "Medical

13   Causes of Death in State Prisons, 2001 to 2004."

14   Please review Exhibit A and let me know when you are

15   done.

16         Were you the author of Exhibit A?  Are you

17   familiar with Exhibit A?

18         A    Yes.

19         Q    Were you the author of Exhibit A?

20         A    Yes.

21         Q    Is Exhibit A a true and accurate copy of the

22   original?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

22

1      A      Yes.

2      Q      What is Deaths in Custody Reporting Act of

3   2000?

4      A      This federal legislation, Public Law

5   106-297, required states to report on a quarterly

6   basis all deaths in state prisons, local jails,

7   juvenile facilities and persons in the process of

8   arrest to the U.S. Attorney General in order to

9   qualify for a series of federal correctional grants.

10      Q      What is the deaths in custody reporting

11   program?

12      A      BJS established the deaths in custody

13   reporting program to collect the custodial death

14   reports required by the Death in Custody Reporting Act

15   of 2000.  Under the new program BJS phased in a series

16   of new quarterly data collections to implement the

17   act.  In 2000, collection of local jail death records

18   began, state prison systems were added to the program

19   in 2001, state juvenile correctional agencies were

20   added in 2002, and states began reporting arrest

21   related deaths in 2003.

22      Q      What is the connection between the Bureau of

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

23

1    Justice Statistics and the deaths in custody reporting

2    program, if any?

3        A    As stated above, the program is administered

4    by BJS.

5        Q    What is your connection to the deaths in

6    custody reporting program, if any?

7        A    I have managed the program since its

8    inception in 2000.

9        Q    From where did the Bureau of Justice

10   Statistics obtain the data that is analyzed in Exhibit

11   A?

12       A    The data analyzed and presented in Exhibit A

13   was all submitted to BJS by state departments of

14   correction.  For the period covered by the report,

15   2001 to 2004, all 50 state departments of correction

16   participated in the program.

17       Q    As the author of Exhibit A, what role did

18   you play in its preparation?

19       A    I was involved in all aspects of the

20   report's preparation.  I directly oversaw the work of

21   collecting the data and the work of a clinical data

22   specialist in applying clinical codes to each cause of

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 13 of 59
Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 12 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

24

1    death. I performed all of the data analysis presented

2    in the report and wrote the text.

3        Q    In general, what was the methodology used to

4    prepare Exhibit A?

5        A    The methodology is explained in the report.

6    The data collected from state departments of

7    corrections was analyzed using SPSS software, and text

8    and tables were developed in consultation with the

9    chief of corrections statistics and the chief editor.

10        Q    Is the statement of the methodology on Page

11    4 of Exhibit A accurate?

12        A    Yes.

13        Q    Page 4 of Exhibit A states that Margaret E.

14    Noonan verified the report. Are you familiar with

15    what Ms. Noonan did to verify the report?

16        A    Yes.

17        Q    If so, please describe how the report was

18    verified?

19        A    Ms. Noonan is a BJS statistician who works

20    on the deaths in custody reporting program, so she is

21    very familiar with all of the data involved in this

22    report. She reviewed all SPSS analysis coding to

1   detect errors, and reviewed all data output to ensure

2   that it was accurately reflected in the report's data

3   tables and text.

4           Ms. Noonan also reviewed all spreadsheets

5   involved in generating the data presented in the

6   report to ensure that all formulas were accurate and

7   consistent.  Consistent with BJS verification

8   practices, Ms. Noonan red dotted all data cited in the

9   report by matching it up with data output and SPSS and

10  other tools such as Microsoft Excel.

11      Q    Is Exhibit A an official publication of the

12  Bureau of Justice Statistics?

13      A    Yes.

14      Q    Please turn to appendix table 9 of Exhibit

15  A.  What does this table represent?

16      A    This table presents the average annual

17  mortality rate of state prison inmates per 100,000

18  inmates from leading causes of illness deaths for the

19  period 2001 to 2004.  These findings are presented for

20  each state and broken down specifically for the five

21  leading causes of illness deaths, as well as for

22  illness deaths overall.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

26

1   Q   What was the particular methodology used to

2   create appendix table 9?

3   A   For each year, the number of inmate illness

4   deaths in each state was divided by the custody

5   population of that state's prison system on June 30th.

6   Then multiplied by 100,000 to obtain a State-specific

7   rate of illness death in each state's prison

8   population.   The resulting illness mortality rates for

9   each year were then summed up for each state and

10  divided by four, to obtain an average annual rate of

11  illness death in each state's prison system for the

12  entire four-year period.

13          The same procedures were repeated for each

14  of the five leading causes of illness deaths.   These

15  five leading causes of illness deaths were determined

16  by national totals of illness death over the four

17  years and are not necessarily the five leading causes

18  of illness deaths in each state.

19  Q   What was the average annual mortality rate

20  for all illnesses per 100,000 state prison inmates

21  from 2001 to 2004 for the entire United States?

22  A   The rate was 223 illness deaths per 100,000

1    state prisoners nationwide.

2        Q    What was the average annual mortality for

3    all illnesses per 100,000 state prison inmates from

4    2001 to 2004 for the west region?

5        A    For the 13 states included in the west

6    region, the average annual mortality rate from all

7    illnesses was 181 deaths per 100,000 state prisoners.

8        Q    What was the average annual mortality rate

9    for all illnesses per 100,000 state prison inmates

10    from 2001 to 2004 for inmates for California?

11        A    The rate was 170 illness deaths per 100,000

12    prisoners held in California state prisons.

13        Q    Was the average annual mortality rate for

14    all illnesses per 100,000 state prison inmates from

15    2001 to 2004 in California lower than the same rate

16    for the entire United States?

17        A    Yes.

18        Q    Was the average annual mortality rate for

19    all illnesses per 100,000 state prison inmates from

20    2001 to 2004 in California lower than the same rate

21    for the west region?

22        A    Yes.

1      Q     Page 3 of the body of Exhibit A identifies

2   the states with the five highest illness mortality

3   rates per 100,000 state inmates from 2001 to 2004.  Is

4   California among them?

5      A     No.

6      Q     How many states had a higher average annual

7   mortality rate for all illnesses per 100,000 state

8   prison inmates from 2001 to 2004 than California?

9      A     36.

10      Q     Is California among the 15 states with the

11   lowest average annual mortality rates per 100,000

12   state inmates from 2001 to 2004?

13      A     Yes.  California ranked 14th lowest among

14   all states in terms of average annual illness

15   mortality per 100,000 state prisoners from 2001 to

16   2004.

17      Q     Page 3 of the body of Exhibit A identifies

18   California as among the five states with the highest

19   number of prison deaths.  Please explain the

20   difference between the number of deaths and the

21   mortality rate from illness.

22      A     Presenting the data in terms of a standard

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

29

1    rate of death per 100,000 inmates in a table like this

2    facilitates comparisons across state systems.  Given

3    the huge disparity in the sizes of different states'

4    prison populations.  Some states had prison

5    populations as small as 1,200 persons during this

6    period, while others held over 160,000 prisoners.

7              Given such wide variation in the sizes of

8    the populations involved, large state prison systems

9    can have below average mortality rates, yet still have

10   a greater number of deaths than many smaller states.

11   Rates allow for a comparison of the prevalence of such

12   deaths across states as opposed to measuring their

13   incidence or simple frequency.

14             For example, California, Texas, New York and

15   Florida routinely have the four biggest state prisoner

16   populations in the nation, and these same four states

17   had the four highest counts of prisoner deaths during

18   this period.  Likewise, the other state listed on page

19   3 among the five states with the highest number of

20   deaths, Pennsylvania, routinely has one of the

21   nation's ten largest prison populations.  Larger

22   populations increase the pool of prisoners who could

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 19 of 59
Case 2:90-cv-00520-LKK-JFM   Document 3143-2   Filed 10/30/2008   Page 18 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

30

1     potentially die in custody during the year, but only

2     one of these five states, Pennsylvania, appears among

3     the five states with the highest rate of illness

4     deaths.

5          Conversely, a small state like West

6     Virginia, with a prison population of less than 5,000

7     inmates during this period, may have a small number of

8     deaths, only 53 deaths over these four years, but

9     their rate of illness death in West Virginia was

10    nearly double that of California, which had over 1300

11    total deaths over the same time period.

12         Q     Is it possible to determine from the

13    information in Exhibit A, including the appendix table

14    11, whether California's average annual mortality rate

15    per 100,000 state prisoners from 2001 to 2004 was

16    lower than the same rate for U.S. residents age 15 to

17    64 from 2001 to 2003?

18         A     No.

19         Q     If so, how much lower was California's

20    average annual mortality rate than the rate for U.S.

21    residents age 15 to 64?

22         A     Not applicable.

1      Q      If it is not possible to determine from the

2      information in Exhibit A whether California's average

3      annual mortality rate for state prisoners from 2001 to

4      2004 was lower than the same rate for U.S. residents

5      age 15 to 64 from 2001 to 2003, what additional

6      information would you need to make that determination?

7      A      Because of Exhibit A's focus on medical

8      issues related to mortality, the only state-specific

9      rates of mortality presented in that report are those

10     due to illnesses.   To accurately compare the average

11     annual mortality rate from all causes in California

12     prisons during 2001 to 2004 to the U.S. resident

13     population mortality rates presented in appendix table

14     11 of Exhibit A, I would need to use the mortality

15     rate of California prisoners from all causes of death

16     during this period.

17     Q      Have you made the determination of whether

18     California's average annual mortality rate for state

19     prisoners from 2001 to 2004 was lower than the same

20     rate for U.S. residents age 15 to 64 from 2001 to

21     2003?

22     A      Yes.

1        Q      If so, how did you make that determination?

2        A      Looking at the data presented in state

3    prison table 8 of Exhibit C, "Deaths in custody

4    statistical tables," you can find the mortality rate

5    from all causes for California State prisoners for

6    each year, 2001 to 2004.  The table also includes 2005

7    data, but that data is outside the scope of the

8    question posed here.  Adding together these four

9    California prisoner mortality rates for the four

10   years, and dividing the sum by four, yields an average

11   annual rate of mortality from all causes for

12   California prisoners during 2001 to 2003 of 203 per

13   100,000 inmates.

14       Q      What was your conclusion?

15       A      My conclusion is that the average annual

16   rate of mortality from all causes for California

17   prisoners, during 2001 to 2004, was 34 percent lower

18   than the average annual rate of death from all causes

19   for U.S. residents age 15 to 64 during 2001 to 2003.

20   When deaths from transportation accidents are

21   excluded, the difference between the two rates is

22   reduced, with the California prisoner rate 30 percent

1   lower than the U.S. resident rate.

2              Excluding transportation accident deaths

3   from the resident population data, offers a more

4   realistic comparison, because state prisoners are not

5   allowed to drive and only rarely travel by vehicle.

6   Compared to most adult U.S. residents they experience

7   far lower exposure to any risk of fatal transportation

8   accidents.

9        Q    Is there any document evidencing this

10   conclusion?

11        A    The calculations were not explicitly

12   documented in the published documents, but the data

13   necessary to make the calculations are available in

14   appendix table 11 of Exhibit A and state prison table

15   8 of Exhibit C, as noted earlier.

16        Q    If you have not, are you aware whether

17   anyone else at the Bureau of Justice Statistics has

18   determined whether California's average annual

19   mortality rate for state prisoners from 2001 to 2004

20   was lower than the same rate for U.S. residents age 15

21   to 64 from 2001 to 2003?

22        A    Not applicable.

1        Q      If so, what was the conclusion?

2        A      Not applicable.

3        Q      How was that conclusion reached, to your

4    knowledge?

5        A      Not applicable.

6        Q      Is there any document evidencing this

7    conclusion?

8        A      Not applicable.

9        Q      I am handing you what has been marked as

10   Defendants' Exhibit B, which is a letter December 18,

11   2007, from Jeffrey L. Sedgwick, director of the office

12   of justice programs, Bureau of Justice Statistics, to

13   S. Anne Johnson, Counsel for defendants in this

14   matter, which contains two attachments.

15            Are you familiar with Exhibit B, including

16   the attachments?

17       A      Yes.

18       Q      Is Exhibit B a true and accurate copy of the

19   original?

20       A      Yes.

21       Q      Did you have any role in creating Exhibit B,

22   including the attachments?

1        A     Yes.  I performed the data analysis,

2   prepared the data tables and highlights, as well as

3   drafted the letter for Dr. Sedgwick's signature.

4        Q     What does attachment 1 represent?

5        A     This table presents the illness mortality

6   rate per 100,000 state prisoners for each state's

7   prison system with groupings of all states, excluding

8   California, and all western states, excluding

9   California, for the years 2001 to 2005.

10       Q     To your knowledge, who prepared attachment

11   1?

12       A     As indicated in my response to item 105, I

13   prepared the data presented in attachment 1.

14       Q     To your knowledge, what methodology was used

15   to prepare attachment 1?

16       A     The methodology involved was already

17   described in detail in my response to item 82.

18       Q     Does attachment 1 to Exhibit B present

19   similar information to appendix 9 to table A, except

20   that it also includes the year 2005?

21       A     Yes.  The data for 2005 were not available

22   at the time Exhibit A was being prepared for

1    publication.

2        Q    What was the source of the data for the year

3    2005?

4        A    The source of the data for 2005 is the same

5    as that used for 2001 to 2004, in both Exhibit A and

6    Exhibit C.  All data are from the BJS death in custody

7    reporting program.  See my response to item 74 for

8    more information.

9        Q    What was the average annual mortality rate

10   for all illnesses per 100,000 state prison inmates

11   from 2001 to 2005 for the entire United States?

12       A    The average annual mortality rate for all

13   illnesses was 224 deaths per 100,000 state prison

14   inmates nationwide during 2001 to 2005.

15       Q    What was the average annual mortality for

16   all illnesses per 100,000 state prison inmates from

17   2001 to 2005 for the west region?

18       A    The average annual mortality rate for all

19   illnesses for state prisoners in the west region was

20   184 deaths per 100,000 state prisoners held by these

21   13 states.

22       Q    What was the average annual mortality rate

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

37

1    for all illnesses per 100,000 state prison inmates

2    from 2001 to 2005 for inmates for California?

3        A    The average annual mortality rate for all

4    illnesses for California State Prisoners is 172 deaths

5    per 100,000 prisoners during the period 2001 to 2005.

6        Q    Was the average annual mortality rate for

7    all illnesses per 100,000 state prison inmates from

8    2001 to 2005 in California lower than the same rate

9    for the entire United States?

10        A    Yes.

11        Q    Was the average annual mortality rate for

12    all illnesses per 100,000 state prison inmates from

13    2001 to 2005 in California lower than the same rate

14    for the west region?

15        A    Yes.

16        Q    How many states had a higher average annual

17    mortality rate for all illnesses per 100,000 state

18    prison inmates from 2001 to 2005 than California?

19        A    36.

20        Q    Is California among the 15 states with the

21    lowest average annual mortality rates per 100,000

22    state inmates from 2001 to 2005?

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 27 of 59
Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 26 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

38

1      A    Yes.  California prisoners had the

2      14th lowest average annual mortality rate from all

3      illnesses.  In terms of deaths from all causes, I

4      would refer you to state prison table 8 of Exhibit C,

5      which shows that California prisoners had the

6      12th lowest mortality rate.

7         Q    Attachment 1 also contains highlights at the

8      bottom.  Number 1 says, "For each year in this period,

9      2001 to 2005, California prisoners had a lower rate of

10     illness deaths than the total of all other western

11     states ranging from five percent lower in 2004, 182

12     illness deaths per 100,000 inmates, versus 191 per

13     100,000 for all other western states, to 27 percent

14     lower in 2001."  Is this conclusion accurate?

15        A    Yes.

16        Q    To your knowledge, how was the conclusion

17     reached?

18        A    The conclusion was reached by comparing the

19     illness mortality rates shown for California for each

20     year with the rates presented for the western states,

21     excluding California, in the same table.  In each year

22     the California rate was lower.  The percentage

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

39

1   difference was calculated by dividing the difference

2   between the two rates by the higher rate. For

3   instance, the five percent lower in 2004 finding was

4   calculated by dividing the difference in the two

5   rates, 191 minus 182 equals nine, by the higher rate,

6   191. Nine divided by 191 equals .047, or a difference

7   of five percent.

8          Calculation of these rates for all western

9   states excluding California, involves summing all of

10  the illness deaths in the remaining 12 western states,

11  and dividing the sum of illness deaths by the sum of

12  June 30th custody populations in each of these 12

13  states prison systems for each year. The results were

14  multiplied by 100,000 to calculate an illness

15  mortality rate for these 12 western states for each

16  year.

17      Q     Attachment 1 highlight number 1 also says,

18  "Over the entire five-year period, California's

19  average annual death rate from illness, 172 per

20  100,000, was 14 percent lower than that of all other

21  western states, 201 per 100,000."

22          Is this conclusion accurate?

1       A    Yes.

2       Q    To your knowledge, how was this conclusion

3    reached?

4       A    My method in making this comparison was just

5    described in my response to item 119.

6       Q    Attachment 1, highlight number 2 says, "For

7    each year in this period, the California prisoner

8    death rate from illness was lower than the total for

9    all other states nationwide, ranging from 16 percent

10   lower in 2002 (187 per 100,000 compared to 223 per

11   100,000) to 38 percent lower in 2001 (141 per 100,000

12   compared to 229 per 100,000)."

13            Is this conclusion accurate?

14      A    Yes.

15      Q    To your knowledge, how was this conclusion

16   reached?

17      A    My method in making comparisons in mortality

18   rates was described in my response to item 119.

19      Q    Attachment 1, highlight number 2 also says,

20   "Over the entire five-year period, California's

21   average annual illness mortality rate (172 per

22   100,000) was 26 percent lower than that of all other

1    states (232 per 100,000)."

2         Is this conclusion accurate?

3    A    Yes.

4    Q    To your knowledge, how was this conclusion

5    reached?

6    A    Please refer to the discussion of comparing

7    illness mortality rates provided in response to item

8    119.

9    Q    Attachment 1, highlight number 3 states,

10   "California's prisoner death rate from illness was

11   lowest in 2001 (141 per 100,000), then peaked the

12   following year in 2002 (187 per 100,000)."

13        Is this conclusion accurate?

14   A    Yes.

15   Q    To your knowledge, how was this conclusion

16   reached?

17   A    In comparing the California illness

18   mortality rates for each of the five years covered by

19   these data, the rate for 2001 was found to be the

20   lowest and the rate for 2002 was found to be the

21   highest.

22        Q    Attachment 1, highlight number 3 also

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 31 of 59

Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 30 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

42

1       states, "In the most recent years for which data were

2       available, the illness death rate in California

3       prisons was virtually unchanged (182 per 100,000 in

4       2004, 181 per 100,000 in 2005)."

5               Is this conclusion accurate?

6           A   Yes.

7           Q   To your knowledge, how was this conclusion

8       reached?

9           A   The difference between these illness death

10      rates in California prisons over these two years was

11      one death per 100,000, or a decline of one half of one

12      percent. Given this very small percentage change, I

13      characterized the rate as "virtually unchanged."

14          Q   What does attachment 2 to Exhibit B

15      represent?

16          A   Attachment 2 presents comparative counts and

17      rates of state prisoner deaths for California and all

18      other 49 states combined by cause of death for the

19      period 2001 to 2005.

20          Q   To your knowledge, who prepared attachment

21      2?

22          A   As noted in my response to item 105, I

1    prepared both attachments to Exhibit B.

2        Q    To your knowledge, what methodology was used

3    to prepare attachment 2?

4        A    The methodology behind these tables is quite

5    simple.  For the top two tables presenting counts of

6    death by cause, I summed up the counts of death in

7    California and in the remaining 49 states

8    respectively.  For the lower two tables presenting

9    rates of death by cause, I followed the methodology

10   described earlier, dividing the count of deaths for a

11   given year by the June 30th custody populations for

12   that year, and multiplying the result by 100,000 to

13   obtain a rate of death per 100,000 inmates.

14       Q    Attachment 2 also contains highlights.

15   Number 1 states, "The tables above provides a

16   comparison of California and all other states for the

17   data presented in tables 1 and 3 of our online tables

18   of state prisoner mortality data."

19            What is the statement referring to?

20       A    The online tables of state prisoner

21   mortality data are presented in Exhibit C, these

22   tables are updated each year with the latest finalized

44

1    data from the death in custody reporting program,

2    which is the same data series used to produce our

3    published reports.

4            The online tables allow us to update a

5    number of our basic findings on state prisoner

6    mortality without having to produce an in-depth report

7    each and every year.  For the purpose of comparing

8    California to the rest of the country, I took the

9    published online tables 1 and 3 and adapted them to

10   remove California from the calculations of national

11   state prisoner findings.  By doing so, California

12   could be properly compared to a grouping of all other

13   states.

14       Q    I'm handing you a document marked as Exhibit

15   C, which is entitled "Deaths in Custody Statistical

16   Tables."

17            Are you familiar with Exhibit C?

18       A    Yes.

19       Q    Is Exhibit C a true and accurate copy of the

20   information available on the website?

21       A    Yes.

22       Q    The first page of Exhibit C references data

1    tables for state prison deaths, 2001 to 2005.  Are

2    these the tables referred to in highlight number 1 of

3    attachment 2 to Exhibit B?

4        A    Yes.

5        Q    Exhibit B attachment 2 highlight number 2

6    says, "As these data show, the illness death rate in

7    California prisons was below that of the rate for all

8    other states in each year, averaging 23 percent lower

9    for the entire five-year period (161 illness deaths

10   per 100,000 inmates versus 208 illness deaths per

11   100,000 inmates)."

12            Is this conclusion accurate?

13       A    Yes.

14       Q    To your knowledge, how was this conclusion

15   reached?

16       A    The methodology for calculating these rates

17   has already been discussed in the responses to

18   numerous items, such as item 119 and item 132.  The

19   conclusion that the California rate was lower for each

20   year was reached by comparing the two sets of rates,

21   and the 23 percent difference was calculated as

22   follows:  208 minus 161 equals 47, and 47 divided by

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

46

1    208 equals .226 or a difference of 23 percent.

2        Q    Exhibit B, attachment 2, highlight number 3

3    states, "The rate of death from AIDS in California

4    prisons was lower than that of all other states

5    combined each year as well, averaging about one-third

6    lower over the entire period (11 AIDS death per

7    100,000 inmates versus 17 AIDS death per 100,000

8    inmates)."

9            Is this conclusion accurate?

10       A    Yes.

11       Q    As to your knowledge, how was this

12   conclusion reached?

13       A    Please refer to my response to item 138.

14       Q    In the letter which is the first page of

15   Exhibit B, Mr. Sedgwick writes, "In November you

16   requested that Bureau of Justice Statistics BJS staff

17   produce statistical tables of state prisoner death

18   records that would allow for comparisons between

19   California and other states. Attached you will find

20   the data requested. These data are unpublished but

21   have been verified by BJS staff as accurate."

22           Do you know what was done to verify the data

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

47

1    on attachments 1 and 2 to Exhibit B as accurate?

2         A    Yes.

3         Q    If so, please explain what was done to

4    verify the data on attachments 1 and 2 to Exhibit B as

5    accurate.

6         A    As noted in my response to item 133, much of

7    the data presented here in this attachment was already

8    published in our online data tables, all of which was

9    verified following BJS publication standards.  These

10   procedures were described in detail in item 79.  Any

11   new findings which were not already presented in the

12   BJS online tables were put through the same

13   procedures, with SPSS data output in Excel spreadsheet

14   formulas checked by Ms. Noonan for accuracy.

15        Q    Although it is not published, does Exhibit B

16   reflect the official analysis of the Bureau of Justice

17   Statistics performed in the course of its duties?

18        A    Yes.  As noted in the previous response, the

19   data were verified in the same manner as formally

20   published findings.  Fulfilling data requests such as

21   these is part of routine BJS activities, and all work

22   performed by myself in preparing these data was done

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

48

1    as part of my normal work duties.

2         Q    I am handing you what has been marked as

3    Exhibit D, titled "Suicide and Homicide in State

4    Prisons and Local Jails."

5              Are you familiar with Exhibit D?

6         A    Yes.

7         Q    Were you the author of Exhibit D?

8         A    Yes.

9         Q    Is Exhibit D a true and accurate copy of the

10   original?

11        A    Yes.

12        Q    Is it correct that Exhibit D was published

13   in August 2005 in the Bureau of Justice Statistics

14   special report?

15        A    Yes.

16        Q    Is it correct that Exhibit D analyzes the

17   suicide and homicide rates of county jails and state

18   prisons from 2000 to 2002 from data submitted by those

19   entities?

20        A    Yes.  However, I should note that the state

21   prison data only covered 2001 and 2002, because that

22   data collection began a year later than the local jail

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 38 of 59
Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 37 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

49

1    collection.

2        Q    Since the preparation of Exhibit D, have you

3    prepared any article analyzing the suicide and

4    homicide rates of state prisons from 2003 to present?

5        A    No.    I have prepared data tables for the BJS

6    website that have included state prison suicide rates

7    for 2003 through 2006, but none of these online

8    products has included any text or commentary.    I have

9    not prepared any articles or other publications

10   analyzing suicide rates since the publication of the

11   report included as Exhibit D.

12       Q    If you have prepared an article analyzing

13   the suicide and homicide rates of state prisons from

14   2003 to present, please state where and when it was

15   published?

16       A    Not applicable.

17       Q    On Page 3 of Exhibit D you report that for

18   the time period of 2000 to 2002, 42 percent of all

19   suicides took place in four states, California, 52;

20   Texas, 49; New York, 21; and Illinois, 20.    Is that

21   correct?

22       A    Yes.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

50

1    Q    Since your article, Exhibit D, states at
2    page 11 that "The demographic compositions of the
3    inmate populations do not reflect those of the U.S.
4    resident population," would you agree that the
5    demographic composition of the California inmate
6    population does not reflect those of the U.S. resident
7    population?
8        A    Yes.
9        Q    Is it correct that your article, Exhibit D,
10   also states at page 11 that state prisoners had a
11   higher rate of suicide, 14 per 100,000, than the
12   overall resident population, 11, and that the once
13   standardized by age, race and gender to match the
14   state prisoner population, the U.S. resident rate of
15   suicide, 18, exceeded that of state prisoners in 2002?
16       A    Yes.
17       Q    Would you agree that once standardized by
18   age, race and gender to match the California state
19   prisoner population, the U.S. rate of suicide would
20   exceed that of California prisoners in 2002?
21       A    Without knowing the exact age, race and
22   gender distributions of the California state prisoner

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

51

1    population it is not possible for me to agree with

2    certainty.  If I had to California my best guess, I

3    would say that I am likely to agree, given the fact

4    that the standardized U.S population rate of suicide

5    is 55 percent higher than the nationwide state

6    prisoner rate.

7         Q    Have you standardized the inmate populations

8    of those state prisons with less than ten suicides per

9    year to match the age, race and gender population of

10   California state prison?  If so, what was the

11   comparative data on suicides within California and

12   within other state prisons using such standardized

13   population?

14        A    No.

15        Q    Have you discussed the California prison

16   population suicide rates with Dr. Ray Patterson?

17        A    No.

18        Q    Have you received any data from Dr. Ray

19   Patterson concerning the California prison population?

20        A    I do not know Dr. Ray Patterson and do not

21   recall receiving anything from him.  However, if he

22   works for the California Department of Corrections, it

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 41 of 59
Case 2:90-cv-00520-LKK-JFM POSITION OF CHRISTOPHER O. 3QQ0 LA Page 40 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

52

1     is possible that he has been involved with data

2     submissions to BJS without my knowledge.

3          Q    Have you reviewed an article published in

4     Psychiatric Services, June 2008 addition, and authored

5     by Raymond Patterson, M.D., and Dr. Kerry Hughes,

6     M.D., entitled, "Review of Completed Suicides in

7     California Department of Corrections and

8     rehabilitation; 1999 to 2004"?

9          A    No.

10         Q    Did you provide any data to Dr. Patterson

11    and Dr. Hughes regarding suicide rates with the

12    California Department of Corrections and

13    rehabilitation at any time?

14         A    No.

15         Q    If you did provide any data to Dr. Patterson

16    and Dr. Hughes regarding suicide rates, please

17    identify the data that was provided.

18         A    Not applicable..

19         Q    Did Dr. Patterson and Dr. Hughes provide you

20    any data regarding suicide rates with the California

21    department of corrections and rehabilitation at any

22    time?

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 42 of 59
Case 2:90-cv-00520-LKK-JFM POSITION OF CHRISTOPHER MEMOLA Page 41 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

53

```
 1        A    Not to my knowledge, no.  However, if they
 2   work for the California Department of Corrections,
 3   they may have been involved in the data submitted by
 4   California for the deaths in custody reporting program
 5   without my knowledge.
 6        Q    If Dr. Patterson and Dr. Hughes did provide
 7   you with data, please identify the data that was
 8   provided.
 9        A    To my knowledge, they have not provided me
10   with any data.
11        Q    Has anyone at any time informed you of any
12   errors in the data, findings and conclusions you
13   reported in Exhibit D?
14        A    No.
15        Q    If so, please state the name of that person
16   and the identified errors.
17        A    Not applicable.
18        Q    If errors in Exhibit D were identified to
19   you, did you confirm or disaffirm the existence of
20   those identified errors?
21        A    Not applicable.
22        Q    Is it true that Exhibit D reflects the
```

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 43 of 59
Case 2:90-cv-00520-LKK-JDEPOSITION OF CHRISTOPHER 3.0/08/2008LA Page 42 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

54

1    official analysis of the Bureau of Justice Statistics

2    performed in the course of its duties?

3        A    Yes.

4        Q    Has anyone representing the plaintiffs in

5    this matter contacted you to consult on this matter?

6        A    On August 18, 2008, I was contacted by

7    Allison Hardy, Counsel for the plaintiffs in this

8    matter, by telephone.

9        Q    Please detail all discussions you had with

10   any persons representing the plaintiffs in this

11   matter.

12       A    When she called me on August 18th, Ms. Hardy

13   asked me if I planned to testify at trial or submit

14   any further documents to the defendants in this

15   matter, after my deposition was completed today.   I

16   explained to her that I had no idea what further

17   requests would be made of me in this matter.   I

18   explained that the participation of BJS staff in these

19   types of proceedings was very unusual, and it was

20   unclear if any further participation would even be

21   allowed.

22           I told her that as far as I know, my written

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 44 of 59
Case 2:90-cv-00520-LKK-JFM Document 3118-2   Filed 10/30/2008   Page 43 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

60

1          DEFENSE COUNSEL:  Objection.  Vague and

2     ambiguous, calls for speculation, incomplete

3     hypothetical.

4          THE WITNESS:  A state prison system's

5     mortality rate will certainly be impacted by

6     these factors as well as others (e.g., quality of

7     medical care, use of compassionate release

8     policies); however, it is very difficult to

9     discern the level of impact each of these factors

10     may have, simply because many of them are

11     intertwined.

12          For example, age and length of time served

13     are closely linked, because inmates age as they

14     serve time.  Careful analysis would be required

15     to determine just how much the length of time

16     served in prison impacts mortality rates, apart

17     from the aging of the inmates involved.

18     Likewise, variations in the gender makeup of a

19     state prison system's population likely will

20     bring with it variations in the criminal

21     offenders housed.

22          As we saw in Defendants' Exhibit D, violent

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 45 of 59
Case 2:90-cv-00520-LKK-JFM   DEPOSITION OF CHRISTOPHER Document 3219-02   Filed 10/30/2008   Page 44 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

61

1      offenders in state prison were three times more

2      likely than drug offenders to commit suicide and

3      twice as likely to be killed in homicide.

4      Offense distributions of male and female

5      prisoners vary dramatically which makes it

6      difficult to isolate impact of each factor,

7      gender and criminal offense, on overall mortality

8      rates.

9           Two states with large differences in these

10     population characteristics could have very

11     similar rates of mortality in their systems

12     because some of these differences cancel each

13     other out.  Other factors such as the quality of

14     medical care and the use of compassionate release

15     policies for terminally ill prisoners could also

16     have impact on mortality rates.  Basically, the

17     overall mortality rate for any state prison

18     system is the result of many factors interacting

19     together, it is not simply a direct result of a

20     few demographic factors.

21   BY PLAINTIFFS' COUNSEL:

22        Q    Please review Exhibit B to defendant's

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

81

1           THE WITNESS:  Yes.

2    BY PLAINTIFFS' COUNSEL:

3        Q    According to this table, the mortality rate

4    for California from HIV was 3.6 per 100,000, correct?

5           DEFENSE COUNSEL:  Objection.  Lacks

6        foundation, document speaks for itself, document

7        not properly authenticated.

8           THE WITNESS:  Yes.

9    BY PLAINTIFFS' COUNSEL:

10       Q    And also according to this table, just two

11   states and the District of Columbia had a mortality

12   rate from HIV greater than 9 per 100,000, correct?

13          DEFENSE COUNSEL:  Objection.  Lacks

14       foundation, document speaks for itself, document

15       not properly authenticated.

16          THE WITNESS:  Yes.

17   BY PLAINTIFFS' COUNSEL:

18       Q    Directing your attention back to Defendants'

19   Exhibit B to the Notice of Deposition on the fourth

20   page, the Bureau of Justice Statistics reported that

21   the mortality rate for California State Prisoners from

22   AIDS for 2005 was nine per 100,000, correct?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

82

1    A    Yes.  However, it should be noted that this

2    question immediately following the previous item

3    implies an inappropriate comparison between the AIDS

4    mortality rate in California prisons (nine per 100,000

5    inmates) and the AIDS mortality rate in the resident

6    populations of the individual states and the District

7    of Columbia (i.e., the statement that "just two states

8    and the District of Columbia had a mortality rate from

9    HIV greater than nine per 100,000").

10         As has been noted at length earlier in this

11   deposition, state prison populations differ quite

12   sharply from resident populations by age, race and

13   gender, among several other measures.  While

14   California State Prisoner rate of HIV deaths was

15   higher than that for 48 states' resident populations,

16   a more appropriate basis of comparison would be the

17   state prison populations of these other states.

18   According to appendix table 9 of Defendants' Exhibit

19   A, you can see that the prison populations of 21

20   states had higher rates of AIDS deaths than the

21   California prison population.

22    Q    Have you performed any studies to determine,

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

89

1          Q      Who made the decision as to what information

2    to "highlight" in the notes to the statistical charts

3    to Defendants' Exhibit B?

4          A      As stated previously, I wrote the highlights

5    included with these data attachments.  My decisions

6    were guided by the research interests of the data

7    requester, namely, their interest in comparing

8    California's prison mortality rates with those of

9    other states, with particular emphasis on deaths

10   arising from medical problems.

11         Q      Who decided that the "highlights" in

12   Defendants' Exhibit B would tend to include

13   comparisons that portrayed California's rates as lower

14   than the rates of other groups of states?

15              DEFENSE COUNSEL:  Objection.  Lacks

16         foundation, argumentative.

17              THE WITNESS:  No such decision was made by

18         anyone.  As stated in my response to the previous

19         question, the comparisons chosen for the

20         highlights were guided by the topical interests

21         of the party requesting the data.  The

22         comparisons they were interested in focused on

1      comparing mortality rates (particularly illness

2      and AIDS death rates) in California, with other

3      state prison systems.

4          When those comparisons were made,

5      California's rates were consistently lower, and

6      that was what was reported in the highlights.  If

7      California's rates on such deaths were found to

8      be higher than other states on all of the same

9      measures, the same comparisons would have been

10     selected for highlights.  Simply put, the

11     comparisons in the highlights were chosen based

12     on questions posed, and not on the answers that I

13     found when analyzing the data.

14 BY PLAINTIFFS' COUNSEL:

15     Q    Is it correct that attachment 2 to

16 Defendants' Exhibit B shows that the suicide death

17 rate for California prisons was equal to or above the

18 average rate for all other states in each year,

19 averaging 17 percent higher for the entire five-year

20 period (18 suicide deaths per 100,000 inmates versus

21 15 suicide deaths per 100,000 inmates)?

22          DEFENSE COUNSEL:  Objection.  Irrelevant,

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 50 of 59

Case 2:90-cv-00520-LKK-JFM    Document 3143-2    Filed 10/30/2008    Page 49 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

98

1    out that the 11 percent decline over this

2    five-year period was neither a very dramatic

3    trend nor a stable one.  The 2005 overall

4    mortality rate for all other states combined was

5    the lowest of the five-year period, (225 deaths

6    per 100,000 inmates), but it was preceded by the

7    two highest rates of the period as well.  In 2003

8    and 2004, the overall mortality rate was 266 and

9    259 deaths respectively, per 100,000 inmates.

10        Comparing 2001 to either of these years

11   would have indicated the opposite trend in the

12   prison mortality of other states.  It was

13   impossible to judge whether the 2005 decline in

14   other states prison mortality rate was a one year

15   exception to this earlier increase or the

16   beginning of a sustained downward trend.  In

17   contrast, the trend that I did highlight, that of

18   California's stable rate of illness deaths

19   following the 2002 increase, was a more

20   established pattern over four years.

21   BY PLAINTIFFS' COUNSEL:

22       Q    Please turn your attention to Exhibit D to

1    defendant's Notice of Deposition entitled "Suicide and

2    Homicides in State Prisons and Local Jails."  You were

3    the author of this report, correct?

4         A    Yes, that's correct.

5         Q    On page 3 of that report you reported that

6    during 2001, 31 states reported no prison homicides,

7    correct?

8              DEFENSE COUNSEL:  Objection.  Irrelevant.

9              THE WITNESS:  Yes, that's correct.

10   BY PLAINTIFFS' COUNSEL:

11        Q    And in 2002, 29 states reported no prison

12   homicides, correct?

13             DEFENSE COUNSEL:  Objection.  Irrelevant.

14             THE WITNESS:  Yes, that's correct.

15   BY PLAINTIFFS' COUNSEL:

16        Q    On that same page you wrote that just three

17   states reported more than five homicides in 2001 to

18   2002, correct?

19             DEFENSE COUNSEL:  Objection.  Irrelevant.

20             THE WITNESS:  Yes, but given the wide range

21        of prison populations across the 50 states, it's

22        really not advisable to compare individual states

1      (particularly for such a rare phenomenon as

2      prison homicide) on purely numerical grounds.

3           Comparing rates of homicide across states would

4      be more appropriate.

5    BY PLAINTIFFS' COUNSEL:

6           Q    On the same page you stated that there were

7    87 prison homicides during 2001 to 2002, correct?

8                DEFENSE COUNSEL:  Objection.  Irrelevant.

9                THE WITNESS:  Yes, that's correct.

10   BY PLAINTIFFS' COUNSEL

11          Q    And that 21 of those homicides occurred in

12   California, correct?

13               DEFENSE COUNSEL:  Objection.  Irrelevant.

14               THE WITNESS:  Yes, but again, comparisons of

15      rates rather than counts of homicide would be

16      more appropriate, given how much larger

17      California's prison population is than most

18      states.  Based on homicides per 100,000 inmates

19      California tied for ten highest with South

20      Carolina.

21               The states that had the four highest rates

22      of homicide, South Dakota, New Mexico, Maryland

1    and Utah, had deceptively low numbers of

2    homicides (only 11 combined, compared to 21 in

3    California alone).  However, the combined prison

4    population of these four states is only roughly a

5    quarter of California's prison population.

6    Therefore, a much smaller number of homicides in

7    these much smaller prison systems resulted in

8    higher rates of homicide.

9    BY PLAINTIFFS' COUNSEL:

10        Q    Turning to page 11 of the same report, the

11   report states that the rate of suicides for state

12   prisoners is 14 per 100,000, and for the overall

13   population is 11 per 100,000, correct?

14            DEFENSE COUNSEL:  Objection.  Irrelevant.

15            THE WITNESS:  To be clear, the report

16       included these respective rates for a single

17       year, 2002.

18   BY PLAINTIFFS' COUNSEL:

19        Q    The report further states that once

20   standardized to match the age, race and gender of the

21   state prisoner population, the U.S. resident rate of

22   suicide would be 18 per 100,000, correct?

Case 2:90-cv-00520-KJM-SCR   Document 3455-4   Filed 01/08/09   Page 54 of 59
Case 2:90-cv-00520-LKK-JFM   Document 3143-2   Filed 10/30/2008   Page 53 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

103

1          fashion, and they do not refer to a single

2          state's prison population.

3    BY PLAINTIFFS' COUNSEL:

4          Q    Are the demographics of the California

5    prison population the same as the demographic data you

6    used to standardize the U.S. resident population when

7    you made these calculations?

8               DEFENSE COUNSEL:  Objection.  Assumes facts

9          not in evidence, misstates the facts.

10              THE WITNESS:  No, the data reflect the

11         demographic composition of the overall State

12         prisoner population across all 50 states.  It is

13         likely that the demographic composition of any

14         single state's prison system during 2002 differed

15         in some fashion from these accumulated nationwide

16         characteristics.

17   BY PLAINTIFFS' COUNSEL:

18         Q    If you answered yes to the last question,

19   please explain how you know whether the demographics

20   of the California prison population are the same as

21   the demographic data you used to standardize the U.S.

22   resident population when you made these calculations?

Case 2:90-cv-00520-KJM-SCR    Document 3455-4    Filed 01/08/09    Page 55 of 59
Case 2:90-cv-00520-LKK-JFM POSITION OF CHRISTOPHER 03/30/2009 Page 54 of 71
CONDUCTED ON MONDAY, AUGUST 25, 2008

104

1          DEFENSE COUNSEL:   Objection.   Assumes facts

2     not in evidence, misstates the facts.

3          THE WITNESS:   Not applicable.

4     BY PLAINTIFFS' COUNSEL:

5          Q    If you answered no to the question, please

6     explain how the demographics of the California prison

7     population differ from the demographic data you used

8     to standardize the U.S. resident population when you

9     made these calculations.

10         DEFENSE COUNSEL:   Objection.   Assumes facts

11     not in evidence, misstates the facts.

12         THE WITNESS:   I do not have a demographic

13     breakdown of the California prisoner population

14     for 2002 to which I can refer.   As far as I know,

15     from working with other correctional population

16     data series, the percentage of Hispanic prisoners

17     in the California system is higher than the

18     national state prison population average, and

19     women make up a slightly lower percentage of

20     California prisoners than the national average

21     among state prison system.   I don't know how the

22     age distribution of California prisoners compares

Case 2:90-cv-00520-KJM-SCR Document 3455-4 Filed 01/08/09 Page 56 of 59
Case 2:90-cv-00520-LKK-JFM Document 3143-2 Filed 10/30/2008 Page 55 of 71
DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

105

1        to the national average for state prisoners.

2    BY PLAINTIFFS' COUNSEL:

3        Q    On page 3 of the same report, you wrote, "In

4    most state prison systems, suicides were rare events,"

5    referring to the period 2001 to 2002, correct?

6            DEFENSE COUNSEL:  Objection.  Vague and

7        ambiguous as to "rare," irrelevant as to time,

8        location.

9            THE WITNESS:  Yes, that's correct.

10    BY PLAINTIFFS' COUNSEL:

11        Q    And you wrote that almost half of all states

12    recorded three or fewer suicides during this period,

13    correct?

14            DEFENSE COUNSEL:  Objection.  Irrelevant as

15        to time, location.

16            THE WITNESS:  Yes, that's correct.

17    BY PLAINTIFFS' COUNSEL:

18        Q    During 2001 to 2002, California reported 52

19    suicides?

20            DEFENSE COUNSEL:  Objection.  Vague and

21        ambiguous as to reporting entity, irrelevant as

22        to time.

1                 THE WITNESS:  Yes.

2       BY PLAINTIFFS' COUNSEL:

3            Q    California reported more suicides than any

4       other state, correct?

5                 DEFENSE COUNSEL:  Objection.  Vague and

6            ambiguous as to reporting entity, irrelevant as

7            to time.

8                 THE WITNESS:  Numerically, yes, but please

9            bear in mind the points I made earlier about

10           comparing homicides across state systems on a

11           purely numerical basis.  Given the vast

12           differences in prison population size across

13           states, you can see states with relatively small

14           numbers of such deaths have the high rates of

15           homicide.  The point is the same when discussing

16           prison suicide comparisons.

17                While California and Texas each had far more

18           suicides than any other state during this period

19           (they had 52 and 49 respectively) while no other

20           state had more than 21), neither state was among

21           the top 20 highest suicide rates per 100,000

22           inmates.  This is because these two states also

1      have, by far, the largest prison populations in

2      the nation.  As with homicides, most of the

3      states with the highest suicide rates had

4      relatively small prison populations and

5      relatively small numbers of suicides.

6    BY PLAINTIFFS' COUNSEL:

7      Q   On page 1 of that report you reported that

8    the homicide rate for prisons in 1990 was eight per

9    100,000 state prisoners correct?

10        DEFENSE COUNSEL:  Objection.  Irrelevant.

11        THE WITNESS:  Yes, that's correct.

12    BY PLAINTIFFS' COUNSEL:

13      Q   And that by 2002, the homicide rate had

14    dropped to four per 100,000, correct?

15        DEFENSE COUNSEL:  Objection.  Irrelevant.

16        THE WITNESS:  Yes, that's correct.

17    BY PLAINTIFFS' COUNSEL:

18      Q   Returning to page 3 of the report, you

19    reported that the homicide rate for California was

20    seven per 100,000 for 2001 to 2002, correct?

21        DEFENSE COUNSEL:  Objection.  Irrelevant.

22        THE WITNESS:  Yes, that's correct.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

123

4      CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

5              I, Laurie Bangart-Smith, Registered

       Professional Reporter, the officer before whom

6      the foregoing deposition was taken, do hereby

       certify that the foregoing transcript is a true

7      and correct record of the testimony given; that

       said testimony was taken by me stenographically

8      and thereafter reduced to typewriting under my

       supervision; and that I am neither counsel for,

9      related to, nor employed by any of the parties to

       this case and have no interest, financial or

10     otherwise, in its outcome.

11             IN WITNESS WHEREOF, I have hereunto set my

       hand and affixed my notarial seal this 8th day of

12     September, 2008.

13     My commission expires:  March 14th, 2011

15     *Laurie Bangart-Smith*

17     LAURIE BANGART-SMITH
       NOTARY PUBLIC IN AND FOR
18     THE DISTRICT OF COLUMBIA