# EXHIBIT 45

**Deposition of Christopher Mumola
August 25, 2008
(Phase I Counter-Designations)**

## DEPOSITION OF CHRISTOPHER J. MUMOLA
## CONDUCTED ON MONDAY, AUGUST 25, 2008

```
IN THE UNITED STATES DISTRICT COURTS
     FOR THE EASTERN DISTRICT OF CALIFORNIA
     AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
```

RALPH COLEMAN, et al,

    Plaintiffs,

vs.    No. S 90-0520 LKK-JFM P

ARNOLD SCHWARZENEGGER, et al,

    Defendants.

---

MARCIANO PLATA, et al,    No. C 01-1351 TEH

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al,

    Defendants.

---

DEPOSITION OF CHRISTOPHER J. MUMOLA
(by written questions)
Washington, D.C.
Monday, August 25th, 2008
10:00 a.m. EST

Job No. 2-132568

Pages 1 - 123

Reported by: Laurie Bangart-Smith, RPR, CRR

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 102

1  DEFENSE COUNSEL: Objection. Irrelevant.
2  THE WITNESS: Yes, that's correct. The
3  increase resulting from standardizing the U.S.
4  resident rate is largely the result of the
5  virtual absence of young children and the elderly
6  from the state prison population. These are two
7  large groups of U.S. residents with relatively
8  low suicide rates.
9  BY PLAINTIFFS' COUNSEL:
10  Q   When the Bureau of Justice Statistics
11  standardized the U.S. resident population to reflect
12  the age, race and gender of the state prisoner
13  population, which state prison systems demographic
14  data did you use?
15  DEFENSE COUNSEL: Objection. Assumes facts
16  not in evidence.
17  THE WITNESS: The age, race and gender
18  characteristics of the total population of all
19  state prison systems was used to standardize the
20  U.S. resident population rates. In BJS
21  publications, all references to the state
22  prisoner population are used collectively in this

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 103

1  fashion, and they do not refer to a single
2  state's prison population.
3  BY PLAINTIFFS' COUNSEL:
4      Q   Are the demographics of the California
5  prison population the same as the demographic data you
6  used to standardize the U.S. resident population when
7  you made these calculations?
8          DEFENSE COUNSEL:  Objection.  Assumes facts
9      not in evidence, misstates the facts.
10         THE WITNESS:  No, the data reflect the
11     demographic composition of the overall State
12     prisoner population across all 50 states.  It is
13     likely that the demographic composition of any
14     single state's prison system during 2002 differed
15     in some fashion from these accumulated nationwide
16     characteristics.
17 BY PLAINTIFFS' COUNSEL:
18     Q   If you answered yes to the last question,
19 please explain how you know whether the demographics
20 of the California prison population are the same as
21 the demographic data you used to standardize the U.S.
22 resident population when you made these calculations?

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

Page 107

1   have, by far, the largest prison populations in
2   the nation. As with homicides, most of the
3   states with the highest suicide rates had
4   relatively small prison populations and
5   relatively small numbers of suicides.
6   BY PLAINTIFFS' COUNSEL:
7       Q   On page 1 of that report you reported that
8   the homicide rate for prisons in 1990 was eight per
9   100,000 state prisoners correct?
10          DEFENSE COUNSEL: Objection. Irrelevant.
11          THE WITNESS: Yes, that's correct.
12  BY PLAINTIFFS' COUNSEL:
13      Q   And that by 2002, the homicide rate had
14  dropped to four per 100,000, correct?
15          DEFENSE COUNSEL: Objection. Irrelevant.
16          THE WITNESS: Yes, that's correct.
17  BY PLAINTIFFS' COUNSEL:
18      Q   Returning to page 3 of the report, you
19  reported that the homicide rate for California was
20  seven per 100,000 for 2001 to 2002, correct?
21          DEFENSE COUNSEL: Objection. Irrelevant.
22          THE WITNESS: Yes, that's correct.

DEPOSITION OF CHRISTOPHER J. MUMOLA
CONDUCTED ON MONDAY, AUGUST 25, 2008

123

```
 4    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 5             I, Laurie Bangart-Smith, Registered
       Professional Reporter, the officer before whom
 6     the foregoing deposition was taken, do hereby
       certify that the foregoing transcript is a true
 7     and correct record of the testimony given; that
       said testimony was taken by me stenographically
 8     and thereafter reduced to typewriting under my
       supervision; and that I am neither counsel for,
 9     related to, nor employed by any of the parties to
       this case and have no interest, financial or
10     otherwise, in its outcome.
11             IN WITNESS WHEREOF, I have hereunto set my
       hand and affixed my notarial seal this 8th day of
12     September, 2008.
13     My commission expires:  March 14th, 2011
14
15     _Laurie Bangart-Smith_
16     _____
17     LAURIE BANGART-SMITH
       NOTARY PUBLIC IN AND FOR
18     THE DISTRICT OF COLUMBIA
```