IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER RE: PROPOSED FINDINGS AND ORAL ARGUMENT</u> |

Good cause appearing, IT IS HEREBY ORDERED that:

1. On or before January 23, 2009, all parties, including intervenors, shall file proposed findings of fact and conclusions of law.

2. Oral argument will commence at 10:00 AM on February 3, 2009, in the Ceremonial Courtroom for the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California. The court will hear argument on that day and, as necessary, on February 4, 2009. On or before January 23, 2009, the parties shall file a joint statement setting forth their complete time estimates for oral argument.

3. The court may, as appropriate, send a list of questions to be addressed by the parties at oral argument following receipt of the proposed findings of fact and conclusions of law.

**IT IS SO ORDERED.**

Dated:   01/08/09

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   01/08/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   01/08/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2