IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                    No. 2:90-cv-0520-LKK-JFM (PC)

   vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.          <u>ORDER</u>

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 2008.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

            Matthew A. Lopes, Jr., Esq.
            Special Master
            Pannone Lopes & Devereaux LLC
            317 Iron Horse Way, Suite 301
            Providence, RI 02908

the amount of $373,386.48 in accordance with the attached statement; and

/////

/////

1

2. A copy of this order shall be served on the financial department of this court.

DATED: January 13, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
cole08.dec

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,           :
    Plaintiffs,              :
                                            :
    v.                                    :     No. 2:90-cv-0520-LKK JFM (PC)
                                            :
ARNOLD SCHWARZENEGGER et al.,    :
    Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2008.

Matthew A. Lopes, Jr., Special Master
    Services                          $32,653.00
    Disbursements                     $13,041.28

               Total amount due                $45,694.28

Linda E. Buffardi, Deputy Special Master
    Services                          $43,900.00
    Disbursement                      $       0.00

               Total amount due                $43,900.00

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                          $47,675.00
    Disbursements                     $       0.00

               Total amount due                $47,675.00

Mary-Joy Spencer, J.D.
    Services                          $38,080.00
    Disbursements                     $       0.00

               Total amount due                $38,080.00

Kerry F. Walsh, J.D.
    Services                          $38,981.25
    Disbursements                     $       0.00

               Total amount due                $38,981.25

Paul Nicoll, M.A.P.A.
    Services                          $24,695.00
    Disbursements                     $ 2,238.35

               Total amount due                $26,933.35

| | | |
|---|---|---:|
| Kerry C. Hughes, M.D. | | |
| | Services | $28,079.00 |
| | Disbursements | $ 3,059.80 |
| | Total amount due | $31,138.80 |
| Jeffrey L. Metzner, M.D. | | |
| | Services | $15,332.50 |
| | Disbursements | $ 1,993.60 |
| | Total amount due | $17,326.10 |
| Raymond F. Patterson, M.D. | | |
| | Services | $ 9,147.50 |
| | Disbursements | $ 166.70 |
| | Total amount due | $9,314.20 |
| Ted Ruggles, Ph.D. | | |
| | Services | $13,058.00 |
| | Disbursements | $ 1,315.83 |
| | Total amount due | $14,373.83 |
| Melissa G. Warren, Ph.D. | | |
| | Services | $ 5,800.00 |
| | Disbursements | $ 0.00 |
| | Total amount due | $5,800.00 |
| Kathryn A. Burns, MD, MPH | | |
| | Services | $ 600.00 |
| | Disbursements | $ 0.00 |
| | Total amount due | $600.00 |
| Yong Joo Erwin, LCSW | | |
| | Services | $ 1,237.50 |
| | Disbursements | $ 0.00 |
| | Total amount due | $1,237.50 |
| Mary Perrien, Ph.D. | | |
| | Services | $ 0.00 |
| | Disbursements | $ 0.00 |
| | Total amount due | $0.00 |

Patricia M. Williams, J.D.
    Services                                                                 $27,820.00
    Disbursements                                                $ 2,397.17

                        Total amount due                              $30,217.17

Angela P. Shannon, M.D.
    Services                                                                    $     0.00
    Disbursements                                                $     0.00

                        Total amount due                              $0.00

Henry A. Dlugacz, MSW, J.D.
    Services                                                                    $ 495.00
    Disbursements                                                $     0.00

                        Total amount due                              $495.00

J. Ronald Metz
    Services                                                                    $1,120.00
    Disbursements                                                $0.00

                        Total amount due                              $1,120.00

I.C. Haunani Henry
    Services                                                                 $20,500.00
    Disbursements                                                $     0.00

                        Total amount due                              $20,500.00

**TOTAL AMOUNT TO BE REIMBURSED**                **$373,386.48**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master