EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AND THE EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 6, 2009 ORDER**<br><br>**To: Three-Judge Panel** |

The State of California and the nation are in the midst of a global economic crisis. In fact, the State faces a two-year projected budget deficit of $41.6 billion. On January 9, 2009, the Governor released his proposed budget for fiscal year 2009/10. That proposed budget sets forth numerous revenue and expenditure reduction measures designed to address the State's unprecedented projected deficit. In order to close the State's projected deficit, the January 9, 2009 proposed budget calls for almost every California department, including the California Department of Corrections and Rehabilitation (CDCR), to spend less.

On January 6, 2009, the Court issued its Order Re: Governor's Budget Proposal (Budget Proposal Order). The Budget Proposal Order requires the State Defendants to "advise the Court and the parties whether the Governor has submitted a budget proposal to the legislature containing any provisions relating to the release of prisoners." (*Budget Proposal Order* at 1.) If so, the State Defendants "shall further advise the Court and the parties whether such provisions include any statements regarding public safety as well as the method by which any reductions in the prison population should be accomplished." (*Id.*) Lastly, State Defendants were ordered to "advise the Court and the parties as to what effect, if any, the provisions in the Governor's proposed budget have on the State's positions in this lawsuit." (*Id.*)

The State Defendants address each of the questions below.

**A.   THE GOVERNOR'S JANUARY 9, 2009 PROPOSED BUDGET DOES NOT CONTAIN PROVISIONS RELATING TO THE RELEASE OF PRISONERS, BUT INSTEAD PROPOSES EXPENDITURE REDUCTIONS AND REFORMS THAT, IF APPROVED BY THE LEGISLATURE, MAY RESULT IN A REDUCED PRISON POPULATION OVER TIME.**

As required by California's Constitution, the Governor's proposed budget for Fiscal Year 2009/10 was released to the public on January 9, 2009. This budget is a preliminary proposal that has not been approved by the Legislature. Moreover, and in accordance with the ordinary budget process, the January 9, 2009 budget proposal will be superseded by a May 2009 revised budget proposal.

- 1 -

The Governor's January 9, 2009 proposed budget for fiscal year 2009/10 proposes numerous revenue and expenditure reduction measures designed to address the two-year projected deficit of $41.6 billion facing the State of California. CDCR is one of the many state departments that are subject to expenditure reduction measures. The proposed budget includes several proposals for CDCR that will result in an $841.9 million decrease in General Fund expenditures, or 8.7 percent.

None of the CDCR proposals in the January 9, 2009 proposed budget relate to the release of prisoners. Instead, the Governor's January 9, 2009 proposed budget includes certain prison and parole reforms designed to alleviate the General Fund budget gap. Specifically, the Governor's January 9, 2009 proposed budget includes the following three expenditure reduction proposals for CDCR: (1) enhanced credit earnings for inmates; (2) eliminating parole for non-serious, non-violent, and non-sex offenders; and (3) adjusting the threshold value for property crimes to reflect inflation since 1982. (*See Summary of Major Changes by Major Program Areas* at 28; *see also* Relevant portions of the Governor's January 9, 2009 Proposed Budget both of which are attached to the Declaration of Jay Sturges (Sturges Decl.), submitted in support of Defendants' Response to the Court's January 6, 2009 Order Re: Budget Proposal.) No prisoners would be released under the budget proposals, but it is anticipated that if the proposals were approved by the Legislature, they would result in a decrease in prison population over time. While all of the proposals are designed to reduce expenditures, the budget reductions are achieved primarily by eliminating parole resources due to the elimination of parole for non-serious, non-violent, and non-sex offenders. (Sturges Decl., ¶ 2.)

**B.   GIVEN THAT THE RELEVANT BUDGET PROPOSALS DO NOT RELATE TO THE RELEASE OF PRISONERS, NEITHER THE GOVERNOR'S JANUARY 9, 2009 PROPOSED BUDGET NOR THE SUMMARY OF MAJOR CHANGES BY MAJOR PROGRAM AREA MAKE STATEMENTS REGARDING PUBLIC SAFETY OR METHODS TO REDUCE THE PRISON POPULATION.**

All relevant portions of the Governor's proposed budget for Fiscal Year 2009/10 are attached to the Declaration of Jay Sturges. The three relevant CDCR proposals do not relate to the release of prisoners. But even if the proposals were somehow

- 2 -

1  interpreted as proposing a release of prisoners, neither the Governor's January 2009
2  proposed budget nor the Summary of Major Changes by Major Program Area make any
3  statements regarding public safety.  Likewise, because the Governor's budget proposals
4  do not purport to release prisoners, there is no discussion of the methods by which such
5  a reduction in the prison population should be accomplished.  To the extent the
6  proposals may result in a decrease in prison population over time, the proposals do not
7  discuss "methods" apart from the proposals themselves, which are attached to the
8  Sturges Declaration.

### C. THE GOVERNOR'S PROPOSED BUDGET DOES NOT EFFECT THE STATE'S POSITION IN THIS THREE-JUDGE PANEL PROCEEDING.

11  The Governor's proposed budget in no way effects the State's position with
12  regard to this Three-Judge Panel proceeding.  Among other things, the State still
13  contends that the legal requirements for issuing a prisoner release order have not been
14  met, that Plaintiffs have not met their burden of proof, and that less intrusive alternatives
15  are available.  As with the Governor's proposed January 2008 budget for Fiscal Year
16  2008/09, and his 2008 May Revise budget proposal, the Governor's January 9, 2009
17  / / /
18  / / /
19  / / /

proposed budget is merely a proposal to address the state's unprecedented deficit -- it is not the final budget.  Defendants remain opposed to Plaintiffs' motion for a prisoner release order.

DATED:  January 16, 2009          HANSON BRIDGETT LLP


                                  By: /s/ Paul B. Mello
                                  PAUL B. MELLO
                                  Attorneys for Defendants
                                  Arnold Schwarzenegger, et al.

DATED:  January 16, 2009          EDMUND G. BROWN JR.
                                  Attorney General of the State of California


                                  By: /s/ Lisa A. Tillman
                                  LISA A. TILLMAN
                                  Deputy Attorney General
                                  Attorneys for Defendants
                                  Arnold Schwarzenegger, et al.

- 4 -

DEFS.' RESP. TO JANUARY 6, 2009 ORDER
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1812474.1