EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JAY STURGES IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 6, 2009 ORDER RE: GOVERNOR'S BUDGET PROPOSAL**<br><br>**To:  Three-Judge Panel** |

- 1 -

DECL. OF STURGES
(2:90-CV-00520 LKK JFM )(C01-1351 TEH)

1810625.2

I, JAY STURGES, declare as follows:

1. I am a Principal Program Budget Analyst with the California Department of Finance. I have held this position since March 2007, and am primarily responsible for the oversight and coordination of budgetary matters related to the major California Department of Corrections and Rehabilitation (CDCR) class action litigation cases. These cases include *Plata v. Schwarzenegger*, *Coleman v. Schwarzenegger*, and *Valdivia v. Schwarzenegger*, among others. I supervise one budget analyst staffer who supports my role with regard to class action coordination and who, under my direction, prepares, submits, and defends the support budget of three State departments, in addition to assisting with the development of the CDCR budget. In this role, I am familiar with all budgetary documents relating to CDCR. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to matters set forth below. I submit this declaration in support of Defendants' response to this Court's January 6, 2009 Order Re: Governor's Budget Proposal.

2. Attached as Exhibit A is a true and correct copy of relevant portions of the Governor's Budget Summary 2009-2010, *Summary of Major Changes by Major Program Areas*, regarding the proposed appropriations for CDCR. This is a high level summary of the most significant proposals within the Governor's Budget. As Exhibit A demonstrates, the Governor's January 9, 2009 proposed budget calls for a decrease in CDCR's spending by 8.7%, equating to approximately $842 billion. The proposed budget reductions for CDCR will be primarily achieved by eliminating parole resources due to the elimination of parole for non-serious, non-violent, and non-sex offenders.

3. Attached as Exhibit B is a true and correct copy of relevant portions of the Governor's January 9, 2009 proposed budget, including the entire budget for CDCR. This exhibit shows the proposed budgetary authority by program and expenditure type for CDCR. A full version of the Governor's Budget can be found at http://www.ebudget.ca.gov/home.htm.

- 2 -

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed
2 | in Sacramento, California, on January 16, 2009.

_____
JAY STURGES