- An increase of $3.5 million Technical Assistance Fund for the Department of Social Services Community Care Licensing Division to provide for investigations of Registered Sex Offenders and investigation of serious crime arrests of licensees. Licensing fees would be increased as needed to offset the General Fund impact of this proposal.

The major Non-General Fund policy adjustments are as follows:

- A shift of $365.5 million from the General Fund to the newly created Drug and Alcohol Prevention and Treatment Fund to support existing alcohol and drug programs. Beginning July 1, 2009, these programs will be supported by a proposed increase to the existing alcohol excise tax, estimated to generate an additional $585 million in General Fund revenues annually. A portion of these revenues will also offset $219.5 million General Fund costs for alcohol and drug programs administered by the California Department of Corrections and Rehabilitation.

## CORRECTIONS AND REHABILITATION

General Fund expenditures are proposed to decrease by $841.9 million, or 8.7 percent.

The major General Fund workload adjustments are as follows:

- Full-Year Cost of Approved Programs—An increase of $232.1 million to reflect the full-year cost of new and expanded programs, including increases to continue the previously approved rollout of substance abuse and other programs under AB 900 ($56.7 million), contracted out-of-state beds ($34.0 million), activation of the Northern California Reentry Facility ($47.2 million), and rehabilitative programs for female offenders ($94.2 million).

- Price Increase—An increase of $88.3 million to adjust the California Department of Corrections and Rehabilitation (CDCR) operating budget for anticipated price increases.

The major General Fund policy adjustments are as follows:

- Substance Abuse Treatment Programs Fund Shift—A decrease of $219.5 million to reflect a funding shift for correctional drug and alcohol treatment programs from the General Fund to a special fund with revenues to be derived from a new drink tax. Similar fund shifts, which provide General Fund relief while instituting a permanent

and appropriate new fund source, are proposed in the Department of Drug and Alcohol Programs and the Department of Social Services.

- Prison and Parole Reforms—A decrease of $598.4 million General Fund related to various prison and parole reforms, as proposed by the Administration in the Special Session. This savings would be generated through enhanced credit earnings for inmates, including providing continuous day-for-day credits for inmates who are in jail pending transfer to a state prison and providing program credits for each program successfully completed by an eligible inmate, eliminating parole for non-serious, non-violent, and non-sex offenders, and by adjusting the threshold value for property crimes to reflect inflation since 1982.

- Unallocated Reduction to Receiver's Budget—A decrease of $180.8 million as a result of a 10-percent unallocated reduction to the Receiver's Medical Services Program budget.

- Reduction of Public Safety Grants—A reduction of $181.2 million General Fund for local public safety grants administered by the Corrections Standards Authority. Specifically, the budget proposes to eliminate General Fund local assistance funding of $151.8 million to support local juvenile probation activities and $29.4 million to offset costs of operating juvenile camps and ranches. The reduction of General Fund resources for juvenile probation activities is largely offset by a backfill of Vehicle Licensing Fee funds of $135.9 million.

Non-General Fund expenditures are proposed to increase by $219.9 million, or 87.2 percent.

The major Non-General Fund policy adjustments are as follows:

- Substance Abuse Treatment Programs Fund Shift—An increase of $219.5 million to reflect expenditures from a special fund with revenues to be derived from a proposed increase to the existing alcohol excise tax (See Revenues).

## HIGHER EDUCATION-NON PROPOSITION 98 PROGRAMS

General Fund expenditures for Higher Education agencies, including the University of California (UC), California State University (CSU), Hastings College of Law (HCL), California Postsecondary Education Commission (CPEC), the Student Aid Commission (CSAC), and the California Community Colleges (CCC) are proposed at approximately

# 5225    Department of Corrections and Rehabilitation

The mission of the California Department of Corrections and Rehabilitation (CDCR) is to enhance public safety through safe and secure incarceration of offenders, effective parole supervision, and rehabilitative strategies to successfully reintegrate offenders into our communities.

The CDCR is organized into twelve programs: Corrections and Rehabilitation Administration; Corrections Standards Authority; Juvenile Operations; Juvenile Education, Vocations, and Offender Programs; Juvenile Parole Operations; Juvenile Health Care Services; Adult Operations; Adult Parole Operations; Board of Parole Hearings; Community Partnerships; Adult Education, Vocations, and Offender Programs; and Correctional Health Care Services.

Since department programs drive the need for infrastructure investment, each department has a related capital outlay program to support this need. For the specifics on the CDCR's Capital Outlay Program, see "Infrastructure Overview."

## 3-YR EXPENDITURES AND POSITIONS (Summary of Program Requirements)

|  |  | Positions | | | Expenditures | | |
|---|---|---|---|---|---|---|---|
|  |  | 2007-08 | 2008-09 | 2009-10 | 2007-08* | 2008-09* | 2009-10* |
| 10 | Corrections and Rehabilitation Administration | 1,676.5 | 2,111.1 | 2,184.1 | $324,831 | $431,285 | $394,996 |
| 15 | Corrections Standards Authority | 56.8 | 75.0 | 75.0 | 282,990 | 161,886 | 55,986 |
| 20 | Juvenile Operations | 2,068.6 | 2,751.3 | 2,360.0 | 218,433 | 354,779 | 349,713 |
| 21 | Juvenile Education, Vocations and Offender Programs | 772.3 | 567.7 | 523.5 | 163,810 | 67,130 | 61,858 |
| 22 | Juvenile Paroles | 139.6 | 179.5 | 168.1 | 32,117 | 36,246 | 35,150 |
| 23 | Juvenile Health Care | 423.5 | 542.3 | 439.9 | 94,572 | 86,023 | 82,699 |
| 25 | Adult Corrections and Rehabilitation Operations | 39,015.8 | 41,367.2 | 38,598.3 | 5,472,814 | 5,572,170 | 5,435,119 |
| 30 | Parole Operations-Adult | 3,517.8 | 4,387.3 | 2,538.8 | 762,776 | 837,901 | 645,177 |
| 35 | Board of Parole Hearings | 413.6 | 591.4 | 575.3 | 92,281 | 112,562 | 64,390 |
| 40 | Community Partnerships | 33.4 | 74.4 | 74.4 | 9,269 | 15,026 | 16,629 |
| 45 | Education, Vocation and Offender Programs-Adult | 2,205.1 | 2,636.1 | 2,694.4 | 451,219 | 582,406 | 624,007 |
| 50 | Correctional Health Care Services | 7,961.2 | 12,579.1 | 12,474.5 | 2,189,520 | 2,098,985 | 1,950,301 |
| | TOTALS, POSITIONS AND EXPENDITURES (All Programs) | 58,284.2 | 67,862.4 | 62,706.3 | $10,094,632 | $10,356,399 | $9,736,025 |

| FUNDING | | 2007-08* | 2008-09* | 2009-10* |
|---|---|---|---|---|
| 0001 | General Fund | $9,864,301 | $10,043,680 | $9,216,087 |
| 0001 | General Fund, Proposition 98 | 45,975 | 52,690 | 48,733 |
| 0170 | Corrections Training Fund | 19,933 | 22,077 | 22,158 |
| 0831 | California State Lottery Education Fund California Youth Authority | 169 | 175 | |
| 0890 | Federal Trust Fund | 16,132 | 30,508 | 30,489 |
| 0917 | Inmate Welfare Fund | 51,535 | 65,482 | 66,704 |
| 0942 | Special Deposit Fund | 187 | 1,018 | 1,412 |
| 0995 | Reimbursements | 96,400 | 140,769 | 130,980 |
| 3146 | Drug and Alcohol Prevention and Treatment Fund | - | - | 219,462 |
| | TOTALS, EXPENDITURES, ALL FUNDS | $10,094,632 | $10,356,399 | $9,736,025 |

Some of the amounts included as General Fund are for the purposes of meeting the minimum funding guarantee for educational programs pursuant to Section 8 or Article XVI of the California Constitution.  Specific appropriations are identified in the following Detail of Appropriations and Adjustments and are also summarized in the Budget Summary under Proposition 98 Guarantee.

## LEGAL CITATIONS AND AUTHORITY

DEPARTMENT AUTHORITY

Government Code, Division 3, Chapter 1.

PROGRAM AUTHORITY

15-Corrections Standards Authority:

Penal Code Sections 6024, 6029, 6030, 6031.1, 6031.2, 6035, 6036, 6040, 6044, and Section 13600, et seq.; Welfare and Institutions Code Section 743, et seq., Article 18.7, Section 749.2, et seq., Article 18.8, Section 749.3, et seq., Section 4400,

---

* Dollars in thousands

## 5225   Department of Corrections and Rehabilitation - Continued

et seq., Section 601.5, et seq., Sections 207.1, 208.5, 209, 210, 210.2, and 885; Chapter 1.5 Section 1950, et seq.; Government Code, Chapter 3.11 Section 15820.90, et seq., and Chapter 3.12 Section 15820.91, et seq.

20-Juvenile Operations:

Government Code Section 12838.3; Welfare and Institutions Code Sections 1000, 1700, 1701, and 1710; Penal Code Section 6001.

21-Juvenile Education, Vocations, and Offender Programs:

Welfare and Institutions Code Sections 1120.1 and 1120.2.

22-Juvenile Parole Operations:

California Constitution, Article I, Section 28 (a)(b); Penal Code Sections 679.2, 1202.4, 2085.5, and 3058.8; Welfare and Institutions Code Sections 730.6, 1752.81, 1764, 1767, and 1767.1.

25-Adult Operations:

Penal Code Sections 1168, 1203.03, 2910, 2910.5, 2910.6, 4750-4753, 5068, 5079, 6005, and 6250-6256; Welfare and Institutions Code, Division 3.

30-Adult Parole Operations:

California Code of Regulations, Title 15, Division 3; Penal Code Sections 3000-3073 and 5058; Welfare and Institutions Code 3150-3158.

35-Board of Parole Hearings:

California Code of Regulations, Title 15, Division 2; Penal Code Sections 1170, 3000-3065, and 5075-5082; California Code of Regulations, Title 15, Division 4.5; Welfare and Institutions Code Sections 1700-1705 and 1716-1726; Penal Code Sections 5075-5082.

40-Community Partnerships:

Government Code Section 12838.2.

45-Adult Education, Vocations, and Offender Programs:

California Code of Regulations, Title 15, Sections 3040.1 and 3220 et seq.; Education Code Sections 1259 and 23500; Government Code Section 15819.295; Penal Code Sections 2035, et seq., 2053.1, 2933, 3000, 3054, 3068, 3070, and 3200-3201; Welfare and Institutions Code Section 3001.

50-Correctional Health Care Services:

Government Code Section 12838.2.

---

## MAJOR PROGRAM CHANGES

- Adult Inmate and Parolee Population-The average daily inmate population is projected to increase from 170,641 in 2008-09 to 171,778 in 2009-10, an increase of 1,137 inmates or 0.7 percent.  The increase in adult inmate population is largely due to an increase in sentence length for new admissions from the court and a slight increase in parole violators with new terms and parole violators returned to custody.  This increase is partially offset by a decrease in new admissions from the courts.  The average daily parole population is projected to decrease from 122,872 in 2008-09 to 118,832 in 2009-10, a decrease of 4,040 parolees, or 3.3 percent.  The decrease in the adult parole population is largely due to an increase in discharges from parole and a decrease in releases from prison to parole.  The fiscal impact of the change in population in 2008-09 is an increase of $23.8 million General Fund and an increase of $412,000 other funds.  In 2009-10 the fiscal impact is an increase of $17.5 million General Fund and a decrease of $427,000 other funds.

- Juvenile Offender and Parolee Population-The average daily population for juvenile facilities is expected to decrease from 1,786 in 2008-09 to 1,551 in 2009-10, a decrease of 235 juvenile offenders, or 13.2 percent.  The average daily juvenile parole population is projected to decrease from 1,979 in 2008-09 to 1,774 in 2009-10, a decrease of 205 parolees, or 10.4 percent.  The decrease in juvenile offenders and parolees is the result of shifting the responsibility for housing and supervising non-serious and non-violent juvenile offenders to local jurisdictions beginning September 1, 2007.  The fiscal impact of the change in population in 2008-09 is an increase of $3 million General Fund, a decrease of $141,000 Proposition 98 General Fund, and a decrease of $11,000 other funds.  In 2009-10, the fiscal impact is a decrease of $23.3 million General Fund, a decrease of $2.7 million Proposition 98 General Fund, and a decrease of $167,000 other funds.

- Prison and Parole Reforms-The Budget includes a decrease of $9.6 million General Fund in 2008-09 and $598.4 million General Fund in 2009-10 related to various prison and parole reforms as proposed by the Administration in the Special Session.  This savings would be generated through enhanced credit earnings for inmates, including providing continuous day for day credits for inmates who are in jail pending transfer to a state prison and providing program credits for each program successfully completed by an eligible inmate, eliminating parole for non-serious, non-violent, and non-sex

---

* Dollars in thousands

## 5225    Department of Corrections and Rehabilitation - Continued

offenders, and by adjusting the threshold value for property crimes to reflect inflation since 1982.

- New Special Fund for Substance Abuse Programs-The Budget includes $219 million from the Drug and Alcohol Treatment and Prevention Fund to be used by the CDCR in place of General Fund to fund the Department's current substance abuse programs for both inmates and parolees.

- Juvenile Probation Funding-The Budget includes a reduction of $63.3 million General Fund in 2008-09 and $151.8 million General Fund in 2009-10 for local juvenile probation activities as proposed by the Administration in the Special Session. The reduction of General Fund resources is partially offset by a backfill of Vehicle Licensing Fee funds of $38.2 million in 2008-09 and $135.9 million in 2009-10, resulting in total funding of $126.7 million in 2008-09 and $135.9 million in 2009-10 for this purpose.

- Juvenile Camp Funding-The Budget proposes to eliminate funding to support juvenile camps and ranches beginning in February 2009 as proposed by the Administration in the Special Session.  This results in General Fund savings of $12.3 million General Fund in 2008-09 and $29.4 million General Fund in 2009-10.

- Medical Services Budget-The Budget includes a ten percent unallocated reduction to the Receiver's Medical Services Program, which results in General Fund savings of $180.8 million in 2009-10.

- Correctional Officer Overtime Adjustment-The Budget includes $35.7 million General Fund in order to adjust the CDCR's overtime base to reflect prior increases in Correctional Officer pay.

- Division of Juvenile Justice Base Staffing Adjustment-The Budget includes a General Fund reduction of $6.6 million which will be achieved by eliminating positions that are no longer necessary because of the decreasing juvenile population within DJJ facilities.  These positions are not required by the Farrell v. Tilton lawsuit and will not impact the DJJ's ability to meet requirements of this lawsuit.

## DETAILED BUDGET ADJUSTMENTS

| | 2008-09* | | | 2009-10* | | |
|---|---|---|---|---|---|---|
| | General Fund | Other Funds | Positions | General Fund | Other Funds | Positions |
| **Workload Budget Adjustments** | | | | | | |
| **Workload Budget Change Proposals** | | | | | | |
| · Coleman v. Schwarzenegger - Continuation of Positions for CMF Mental Health Crisis Beds | $- | $- | - | $13,336 | $- | 134.0 |
| · Armstrong v. Schwarzenegger - Injunction Compliance | - | - | - | 7,674 | - | 63.7 |
| · Valdivia v. Schwarzenegger - Transportation | - | - | - | 2,203 | - | 18.1 |
| · Plata v. Schwarzenegger - Transfer Pharmacy Services from the Department of Mental Health | - | - | - | 1,641 | - | 15.1 |
| · Overtime Base Budget Augmentation | - | - | - | 35,702 | - | - |
| · DJJ Base Staffing Adjustment | - | - | - | -6,555 | - | -158.4 |
| · Recruitment for Mental Health and Dental Programs | - | - | - | 1,024 | - | 11.3 |
| · Female Rehabilitative Community Correctional Center Implementation | - | - | - | 631 | - | 5.7 |
| · AB 900: Automated Risk and Needs Assessment Project | - | - | 13.8 | - | - | 16.2 |
| · Business Information System Expansion | - | - | - | - | - | 11.2 |
| · Redirection to the Department of Personnel Administration | - | - | - | -186 | - | -1.9 |
| **Totals, Workload Budget Change Proposals** | $- | $- | 13.8 | $55,470 | $- | 115.0 |
| **Other Workload Budget Adjustments** | | | | | | |
| · Population Adjustment | $26,648 | $401 | 556.9 | -$8,431 | -$594 | 48.9 |
| · Youthful Offender Block Grant Fund | 44 | - | - | 26,207 | - | - |
| · Employee Compensation Adjustments | 45,689 | 182 | - | 48,934 | 195 | - |
| · Retirement Rate Adjustment | 9,372 | -44 | - | 9,372 | -44 | - |
| · Limited Term Positions/Expiring Programs | - | - | - | -214,739 | -1,489 | -1,160.4 |
| · One Time Cost Reductions | - | - | - | -251,217 | -7,200 | - |
| · Full Year Cost of New/Expanded Programs | - | - | - | 598,951 | 6,067 | 1,190.9 |
| · Carryover/Reappropriation | 4,784 | - | - | -17,486 | - | - |
| · Miscellaneous Adjustments | 5,747 | 7,288 | - | 94,007 | 6,088 | - |

* Dollars in thousands

## 5225    Department of Corrections and Rehabilitation - Continued

| | 2008-09* | | | 2009-10* | | |
|---|---|---|---|---|---|---|
| | General Fund | Other Funds | Positions | General Fund | Other Funds | Positions |
| • Lease Revenue Debt Service Adjustment | -408 | - | - | 13,808 | -3,876 | - |
| Totals, Other Workload Budget Adjustments | $91,876 | $7,827 | 556.9 | $299,406 | -$853 | 79.4 |
| **Totals, Workload Budget Adjustments** | **$91,876** | **$7,827** | **570.7** | **$354,876** | **-$853** | **194.4** |
| **Policy Adjustments** | | | | | | |
| • Prison and Parole Reform - Special Session Reduction | -$9,648 | $- | -239.0 | -$598,378 | $- | -5,192.0 |
| • Juvenile Probation Funding - Special Session Reduction | -63,268 | - | - | -151,842 | - | - |
| • Juvenile Camps Funding - Special Session Reduction | -12,263 | - | - | -29,430 | - | - |
| • Drug and Alcohol Treatment Funding Realignment | - | - | - | -219,462 | 219,462 | - |
| • Unallocated Reduction to Medical Services Budget | - | - | - | -180,793 | - | - |
| • Direct Order Restitution | - | - | - | - | 394 | 3.8 |
| • Backfill Education Lottery Revenues per Government Code Section 8880.5.5 | - | - | - | 175 | - | - |
| Totals, Policy Adjustments | -$85,179 | $- | -239.0 | -$1,179,730 | $219,856 | -5,188.2 |
| **Totals, Budget Adjustments** | **$6,697** | **$7,827** | **331.7** | **-$824,854** | **$219,003** | **-4,993.8** |

* Dollars in thousands