FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    *Plaintiffs,*<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants.* | Case No. CIV S-90-0520 LKK JFM P |
| MARCIANO PLATA, et al.,<br>    *Plaintiffs,*<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants.* | Case No. C01-1351 TEH |
| CARLOS PEREZ, et al.,<br>    *Plaintiffs,*<br>v.<br>MATTHEW CATE, et al.,<br>    *Defendants.* | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al.,<br>    *Plaintiffs,*<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants.* | Case No. C94-2307 CW |

**NOTICE OF FILING OF RECEIVER'S TENTH TRI-ANNUAL REPORT**

1  PLEASE TAKE NOTICE that the Receiver in *Plata v. Schwarzenegger*, Case No. C01-
2  1351 TEH, has filed herewith his Tenth Tri-Annual Report.

4  Dated: January 20, 2009                    FUTTERMAN & DUPREE LLP
5                                             By:      /s/ Martin H. Dodd
                                                    Martin H. Dodd
6                                                   Attorneys for Receiver J. Clark Kelso