# APPENDICES 16 – 18

## *Part 2(c) of 7*

# APPENDIX 16

# California Prison Health Care Services
# Vacancy Data for PCP's and Nursing

This report is a compilation of data from the Human Resources Recruitment and Retention Report for November 2008 (Total Positions Authorized to be Filled, Total Positions Filled, Total Positions Vacant, and Percentage Filled) and the Position Management Report for July 2008 (FTE Registry Positions and FTE Overtime). "FTE" is full-time equivalent. "Approximate Percentage Filled (State EE's, Registry and Overtime Combined)" combines the November 2008 filled/vacancy data with October 2008 registry and overtime data for the purpose of determining a more accurate estimated vacancy rate that includes State employees, registry staff, and overtime staff. PCP classifications include CMO, Chief Physician & Surgeon, Physician and Surgeon, Nurse Practitioner, and Physician Assistant. Nursing classifications include Supervising RN I, II and III, RN's, LVN's, CNA's, and Licensed Psych Techs.

| | Total Positions Authorized to be Filled (State EE's) | Total Positions Filled (State EE's) | Total Positions Vacant (State EE's) | Percentage Filled (State EE's) | FTE Registry Positions and FTE Overtime | Approximate Percentage Filled (State EE's, Registry and Overtime Combined) |
|---|---|---|---|---|---|---|
| ASP | | | | | | |
| PCP's | 14.0 | 7.0 | 7.0 | 50.00% | 8.7 | 112.14% |
| NURSING | 108.0 | 109.0 | (1.0) | 100.93% | 9.4 | 109.63% |
| [illegible] | | | | | | |
| PCP's | 8.5 | 9.0 | (0.5) | 105.88% | 0.0 | 105.88% |
| NURSING | 72.4 | 66.0 | 6.4 | 91.16% | 27.8 | 129.56% |
| [illegible] | | | | | | |
| PCP's | 8.0 | 7.0 | 1.0 | 87.5% | 0.0 | 87.5% |
| NURSING | 54.1 | 52.0 | 2.1 | 96.12% | 5.2 | 105.73% |
| [illegible] | | | | | | |
| PCP's | 12.0 | 5.0 | 7.0 | 41.66% | 10.5 | 129.17% |
| NURSING | 102.7 | 92.0 | 10.7 | 89.58% | 1.0 | 90.56% |
| [illegible] | | | | | | |
| PCP's | 13.5 | 16.0 | (2.5) | 118.52% | 0.0 | 118.52% |
| NURSING | 102.3 | 99.0 | 3.3 | 96.77% | 15.7 | 112.12% |
| [illegible] | | | | | | |
| PCP's | 9.0 | 7.0 | 2.0 | 77.78% | 1.3 | 92.22% |
| NURSING | 67.0 | 64.0 | 3.0 | 95.52% | 18.3 | 122.84% |
| [illegible] | | | | | | |

| PCP's | 17.5 | 17.0 | 0.5 | 97.14% | 2.7 | 112.57% |
|---|---|---|---|---|---|---|
| NURSING | 220.6 | 209.0 | 11.6 | 94.74% | 60.9 | 122.35% |
| CIW | | | | | | |
| PCP's | 11.0 | 11.0 | 0.0 | 100.00% | 0.7 | 106.36% |
| NURSING | 80.2 | 82.0 | (1.8) | 102.24% | 33.4 | 143.89% |
| CMC | | | | | | |
| PCP's | 18.5 | 21.0 | (2.5) | 113.51% | 0.0 | 113.51% |
| NURSING | 213.9 | 173.0 | 40.9 | 80.88% | 21.0 | 90.70% |
| CMF | | | | | | |
| PCP's | 29.9 | 27.0 | 2.9 | 90.30% | 0.1 | 90.64% |
| NURSING | 250.9 | 250.0 | 0.9 | 99.64% | 30.2 | 111.68% |
| COR | | | | | | |
| PCP's | 15.5 | 12.0 | 3.5 | 77.42% | 2.9 | 96.13% |
| NURSING | 221.9 | 211.0 | 10.9 | 95.09% | 57.6 | 121.05% |
| CRC | | | | | | |
| PCP's | 11.0 | 11.0 | 0.0 | 100.00% | 0.0 | 100.00% |
| NURSING | 57.9 | 57.0 | 0.9 | 98.45% | 4.6 | 106.39% |
| CTF | | | | | | |
| PCP's | 16.0 | 12.0 | 4.0 | 75.00% | 2.4 | 90.00% |
| NURSING | 101.4 | 81.0 | 20.4 | 79.88% | 25.0 | 104.54% |
| CVSP | | | | | | |
| PCP's | 8.0 | 8.0 | 0.0 | 100.00% | 1.7 | 121.25% |
| NURSING | 57.1 | 49.0 | 8.1 | 85.81% | 7.3 | 98.60% |
| DVI | | | | | | |
| PCP's | 10.0 | 10.0 | 0.0 | 100.00% | 8.1 | 181.00% |
| NURSING | 115.6 | 114.0 | 1.6 | 98.62% | 37.1 | 130.71% |
| FSP | | | | | | |
| PCP's | 11.0 | 11.0 | 0.0 | 100.00% | 0.0 | 100.00% |
| NURSING | 57.3 | 52.0 | 5.3 | 90.75% | 9.4 | 107.16% |
| HDSP | | | | | | |
| PCP's | 10.0 | 6.0 | 4.0 | 60.00% | 0.2 | 62.00% |
| NURSING | 81.9 | 83.0 | (1.1) | 101.34% | 14.0 | 118.44% |
| ISP | | | | | | |
| PCP's | 8.0 | 8.0 | 0.0 | 100.00% | 1.1 | 113.75% |
| NURSING | 68.7 | 57.0 | 11.7 | 82.97% | 17.7 | 108.73% |
| KVSP | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PCP's | 10.0 | 10.0 | 0.0 | 100.00% | 0.0 | 100.00% |
| NURSING | 81.8 | 86.0 | (4.2) | 105.13% | 54.8 | 172.13% |
| LAC | | | | | | |
| PCP's | 12.0 | 10.0 | 2.0 | 83.33% | 0.7 | 89.17% |
| NURSING | 136.1 | 130.0 | 6.1 | 95.52% | 31.1 | 118.37% |
| MCSP | | | | | | |
| PCP's | 10.0 | 10.0 | 0.0 | 100.00% | 0.3 | 103.00% |
| NURSING | 89.5 | 92.0 | (2.5) | 102.79% | 5.1 | 108.49% |
| NKSP | | | | | | |
| PCP'S | 18.0 | 15.0 | 3.0 | 83.33% | 0.0 | 83.33% |
| NURSING | 105.8 | 94.1 | 11.8 | 88.94% | 35.3 | 122.31% |
| PBSP | | | | | | |
| PCP's | 9.0 | 9.0 | 0.0 | 100.00% | 0.3 | 103.33% |
| NURSING | 118.2 | 106.0 | 12.2 | 89.68% | 4.7 | 93.65% |
| PVSP | | | | | | |
| PCP's | 15.0 | 4.0 | 11.0 | 26.67% | 6.0 | 66.67% |
| NURSING | 85.5 | 63.0 | 22.5 | 73.68% | 36.7 | 116.61% |
| RJD | | | | | | |
| PCP's | 15.5 | 16.0 | (0.5) | 103.23% | 0.2 | 104.52% |
| NURSING | 134.0 | 114.0 | 20.0 | 85.07% | 14.7 | 96.04% |
| SAC | | | | | | |
| PCP's | 11.0 | 11.0 | 0.0 | 100.00% | 0.0 | 100.00% |
| NURSING | 186.1 | 172.0 | 14.1 | 92.42% | 12.3 | 99.03% |
| SATF | | | | | | |
| PCP's | 15.0 | 1.0 | 14.0 | 6.67% | 1.1 | 14.00% |
| NURSING | 116.3 | 107.0 | 9.3 | 92.00% | 23.7 | 112.38% |
| SCC | | | | | | |
| PCP's | 9.0 | 8.0 | 1.0 | 88.89% | 1.9 | 110.00% |
| NURSING | 56.2 | 49.0 | 7.2 | 87.19% | 4.8 | 95.73% |
| SOL | | | | | | |
| PCP's | 11.0 | 10.0 | 1.0 | 90.91% | 0.0 | 90.91% |
| NURSING | 87.7 | 78.0 | 9.7 | 88.94% | 29.9 | 123.03% |
| SQ | | | | | | |
| PCP's | 16.9 | 14.0 | 2.9 | 82.84% | 1.6 | 92.31% |
| NURSING | 132.7 | 115.0 | 17.7 | 86.66% | 13.3 | 96.68% |
| SVSP | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PCP's | 12.0 | 12.0 | 0.0 | 100.00% | | 2.4 | | 120.00% |
| NURSING | 97.7 | 87.0 | 10.7 | 89.05% | | 46.9 | | 137.05% |
| MSP | | | | | | | | |
| PCP's | 13.0 | 12.0 | 1.0 | 92.31% | | 2.6 | | 112.31% |
| NURSING | 102.9 | 90.0 | 12.9 | 87.51% | | 15.4 | | 102.43% |

# APPENDIX 17



# CALIFORNIA STATE PRISON, SACRAMENTO

# MEDICAL INSPECTION RESULTS

BUREAU OF AUDITS AND INVESTIGATIONS

## OFFICE OF THE INSPECTOR GENERAL

DAVID R. SHAW
INSPECTOR GENERAL

STATE OF CALIFORNIA

NOVEMBER 2008



David R. Shaw, Inspector General

Office of the Inspector General

November 12, 2008

J. Clark Kelso, Receiver
California Prison Health Care Receivership Corporation
501 J Street, Suite 100
Sacramento, California 95814

Dear Mr. Kelso:

Enclosed is the Office of the Inspector General's final report on its inspection of medical care delivery at California State Prison, Sacramento. Consistent with our agreement with the Receiver's Office, the purpose of our inspection was to evaluate and monitor the progress of medical care delivery to inmates at the institution.

The report finds that, based on our weighted scoring system encompassing 20 components, California State Prison, Sacramento received 65.2 percent of the total weighted points possible. The report contains a detailed breakdown of the institution's score in each of the 20 relevant categories, including the results of all 145 questions.

Thank you for the courtesy and cooperation extended to my staff during the inspection. Please call Nancy Faszer, Deputy Inspector General, In-Charge, at (916) 830-3622 if you have any questions.

Sincerely,

David R. Shaw
Inspector General

cc: Theresa Kimura-Yip, Associate Director, Support Operations Section, Plata Field Division
Jasdeep Bal, M.D., Health Care Manager, CSP, Sacramento
James Walker, Warden, California State Prison, Sacramento
Matthew Cate, Secretary, California Department of Corrections and Rehabilitation

# Contents

**Executive Summary** .......... 1

**Introduction** .......... 3

**Background** .......... 3

**About the Institution** .......... 4

**Objectives, Scope, and Methodology** .......... 4

**Medical Inspection Results** .......... 7

**California Prison Health Care Receivership Corporation's Response** .......... 24

**Office of the Inspector General's Comments on the Receiver's Response** .......... 26

# Executive Summary

An April 2001 class action lawsuit filed by inmates represented by the Prison Law Office alleged that the state provided constitutionally inadequate medical care at California state prisons in violation of inmates' constitutional rights. And, in October 2005, the U.S. Northern District Court of California declared that California's delivery system for prison medical care was "broken beyond repair" and still not meeting constitutional standards. As a result, the federal court imposed a receivership to raise the delivery of medical care to constitutional standards. To evaluate and monitor the progress of medical care delivery to inmates, the receiver requested, and the Office of the Inspector General (OIG) agreed, to establish an objective, clinically appropriate, and metric-oriented medical program to annually inspect the delivery of medical care at each state prison.

**Overall Score**
**65.2%**

In September 2008, we inspected California State Prison, Sacramento (CSP Sacramento). Our medical inspection encompassed 20 components of medical delivery and comprised 145 questions. The questions are weighted based on their importance to the delivery of medical care to inmates. CSP Sacramento received 65.2 percent of the total weighted points possible.

The following summary table lists the 20 components we inspected in order of importance (highest to lowest), with the institution's score and the definitions of each inspection component. The detailed medical inspection results, with the questions for each component, begin on page 7 of this report. While we are committed to helping each institution achieve a higher level of medical care, it is not our intent to determine the percentage score needed by an institution to meet constitutional standards—that is a legal matter for the federal court to determine.

## Executive Summary Table

| Component | Weighted Score | Definition |
|---|---|---|
| *Chronic Care* | 62.7% | Examines how well the prison provided care and medication to inmates with specific chronic care conditions, which are those that affect (or have the potential to affect) an inmate's functioning and long-term prognosis for more than six months. Our inspection tests the following chronic care conditions: asthma, Coumadin therapy, diabetes, HIV (Human Immunodeficiency Virus), and hypertension. |
| *Clinical Services* | 67.0% | Evaluates the inmate's access to primary health care services and focuses on inmates who recently received services from any of the prison's facility or administrative segregation unit clinics. This component evaluates sick call processes (doctor or nurse line), medication management, and nursing. |
| *Health Screening* | 76.4% | Focuses on the prison's process for screening new inmates upon arrival to the institution for health care conditions that require treatment and monitoring, as well as ensuring inmates' continuity of care. |
| *Specialty Services* | 47.4% | Focuses on the prison's process for approving, denying, and scheduling services that are outside the specialties of the prison's medical staff. Common examples of these services include physical therapy, oncology services, podiatry consultations, and neurology services. |
| *Urgent Services* | 82.5% | Addresses the care provided by the institution to inmates before and after they were sent to a community hospital. |

| Component | Weighted Score | Definition |
|---|---|---|
| *Emergency Services* | 47.5% | Examines how well the prison responded to medical emergencies. Specifically, we focused on "man down" or "woman down" situations. Further, questions determine the adequacy of medical and staff response to a "man down" or "woman down" emergency drill. |
| *Prenatal Care/Childbirth/Post-delivery* | N/A | Focuses on the prenatal and post-delivery medical care provided to pregnant inmates. Not applicable at men's institutions. |
| *Diagnostic Services* | 68.1% | Addresses the timeliness of radiology (x-ray) and laboratory services and whether the prison followed up on clinically significant results. |
| *Access to Health Care Information* | 39.2% | Addresses the prison's effectiveness in filing, storing, and retrieving medical records and medical-related information. |
| *Outpatient Housing Unit* | 75.6% | Determines whether the prison followed department policies and procedures when placing inmates in the outpatient housing unit. This component also evaluates whether the placement provided the inmate with adequate care and whether the physician's plan addressed the placement diagnosis. |
| *Internal Reviews* | 70.4% | Focuses on the frequency of meetings held by the prison's Quality Management Committee (QMC) and Emergency Response Review Committee (ERRC) and whether key staff attended the meetings, the number of medical appeals filed, and the prison's death review process. |
| *Inmate Transfers* | 75.3% | Focuses on inmates pending transfer to determine whether the sending institution documented medication and medical conditions to assist the receiving institution in providing continuity of care. |
| *Clinic Operations* | 91.0% | Addresses the general operational aspects of the prison's facility clinics. Generally, the questions in this component relate to the overall cleanliness of the clinics, privacy afforded to inmates during nonemergency visits, use of priority ducats (slip of paper the inmate carries for scheduled medical appointments), and availability of health care request forms. |
| *Preventive Services* | 32.1% | Focuses on inmate cancer screening and influenza immunizations. |
| *Pharmacy Services* | 74.5% | Addresses whether the prison's pharmacy complies with various operational policies, such as conducting periodic inventory counts and maintaining the currency of medications in its night lockers, keeping signature cards on file for doctors, and having valid permits. In addition, this component also addresses whether the pharmacy has an effective process for screening medication orders for potential adverse reactions/interactions. |
| *Other Services* | 90.6% | Examines additional areas that are not captured in the other components. The areas evaluated in this component include the prison's provision of therapeutic diets, its handling of inmates who display poor hygiene, and the availability of the current version of the department's Health Services Policies and Procedures. |
| *Inmate Hunger Strikes* | 10.5% | Examines medical staff's monitoring of inmates participating in hunger strikes. |
| *Chemical Agent Contraindications* | 100% | Addresses the prison's process of handling inmates who may be predisposed to an adverse outcome from calculated uses of force (cell extractions) involving Oleoresin Capsicum (OC), which is commonly referred to as "pepper spray." For example, this might occur if the inmate has asthma. |
| *Staffing Levels and Training* | 95.0% | Examines the prison's medical staffing levels and training provided. |
| *Nursing Policy* | 78.6% | Determines whether the prison maintains written policies and procedures for the safe and effective provision of quality nursing care. The questions in this component also determine whether nursing staff review their duty statements and whether supervisors periodically review the work of nurses to ensure they properly follow established nursing protocols. |
| Overall Score | 65.2% | |

# Introduction

Under the authority of California Penal Code section 6126, which assigns the Office of the Inspector General (OIG) responsibility for oversight of the California Department of Corrections and Rehabilitation, and at the request of the federal receiver, the OIG developed a comprehensive inspection program to evaluate the delivery of medical care at each of the California Department of Corrections and Rehabilitation's 33 adult prisons.

In September 2008, we inspected California State Prison, Sacramento (CSP Sacramento). Our medical inspection encompassed 20 components of medical delivery and comprised 145 questions. To help readers understand the medical risk associated with certain components of medical delivery—which pose a greater risk to an inmate-patient—we developed a weighting system and assigned points to each question. Consequently, we assigned more total points to more critical components, such as chronic care, clinical services, and health screening. We assigned fewer total points to less critical components, such as inmate hunger strikes, staffing levels and training, and chemical agent contraindications. (For a detailed description of the weighting system, see Objectives, Scope, and Methodology on the next page.)

## Background

In April 2001, inmates represented by the Prison Law Office filed a class action lawsuit, now known as *Plata v. Schwarzenegger.* The lawsuit alleged that the state provided constitutionally inadequate medical care at California state prisons in violation of inmates' constitutional rights. In June 2002, the parties entered into a Stipulation for Injunctive Relief, and the state agreed to implement over several years comprehensive new medical care policies and procedures at all institutions.

Nevertheless, the U.S. Northern District Court of California declared in October 2005 that California's delivery system for prison medical care was "broken beyond repair" and still not meeting constitutional standards. Thus, the federal court imposed a receivership to raise the delivery of medical care to constitutional standards. In essence, the court ordered the receiver to manage the state's delivery of medical care and restructure day-to-day operations to develop and sustain a system that provides constitutionally adequate medical care to inmates. The court stated that it would remove the receiver and return control to the state once the system is stable and provides for constitutionally adequate medical care.

To evaluate and monitor the progress of medical care delivery to inmates, the receiver requested that the OIG establish an objective, clinically appropriate, and metric-oriented medical inspection program. Toward that end, the Inspector General agreed to inspect annually each state prison until the state's delivery of medical care to inmates meets constitutional standards. We are committed to helping each institution achieve a higher level of medical care, but it is up to the federal court to determine the percentage score necessary for an institution to meet constitutional standards.

## About the Institution

CSP Sacramento, which opened in 1986, is located adjacent to Folsom State Prison. When it first opened in 1986, the institution was administered by the warden of Folsom State Prison and called New Folsom. In 1992, the institution's name was changed to California State Prison, Sacramento, and since then has been administered as a separate prison with its own warden. CSP Sacramento houses maximum security inmates serving long sentences or inmates that have been management problems at other institutions. The institution also serves as a medical hub for Northern California with a psychiatric services unit, an enhanced outpatient program, and an enhanced outpatient administrative segregation unit. Along with several clinics that handle non-urgent requests for medical services, CSP Sacramento treats inmates needing urgent or emergency care in its three triage and treatment areas (TTA). Further, the institution has an outpatient housing unit and a state-licensed correctional treatment center. As of September 17, 2008, the California Department of Corrections and Rehabilitation reported that CSP Sacramento housed 3,026 male inmates.

Jasdeep Bal, M.D., who serves as both the institution's health care manager and chief medical officer, is responsible for CSP Sacramento's entire health care program.

## Objectives, Scope, and Methodology

In designing the medical inspection program, we reviewed the California Department of Corrections and Rehabilitation's policies and procedures, relevant court orders, guidelines developed by the department's Quality Medical Assurance Team, and guidance developed by the American Correctional Association. We also reviewed professional literature on correctional medical care, consulted with clinical experts, and met with stakeholders from the court, the receiver's office, the department, and the Prison Law Office to discuss the nature and scope of the inspection program. Based on input from these stakeholders, we developed a medical inspection program that evaluates medical care delivery. Within each of 20 components, we created "yes" or "no" questions designed to gauge performance.

To make the inspection results meaningful to both a medical expert and a lay reader, we worked with clinical experts to create a weighting system that factors the relative importance of each component compared to other components. Further, the program considers the relative importance of each question within a component to the other questions in that component. This weighting ensures that more critical components—such as those that pose the greatest medical risk to the inmate-patient—are given more weight compared to those considered less serious. For example, we assign a high number of possible points to the chronic care component because we consider this the most serious of all the components. Conversely, we assign very few points to the nursing policy component because we consider this the least serious inspection component.

Each inspection question is weighted and scored. The score is derived from the percentage of "yes" answers for each question from all items sampled. We then multiply the percentage of "yes" answers within a given question by the question's weight to arrive at a score. The following example shows how this scoring system works.

| *Example Question: Institution X* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | *Answers* | | | | *Weighting Points* | | *N/A* | *Unk* |
| | *Yes* | *No* | *Yes + No* | *Yes %* | ***Possible*** | ***Received*** | | |
| Is the clinical history adequate? | 40 | 10 | 50 | 80% | **20** | **16** | 0 | 0 |

If the institution receives 40 "yes" answers and 10 "no" answers, the percentage of "yes" answers to this question equals 80 percent. We calculate the number of points the institution would receive by multiplying the "yes" percent of 80 by the number of possible points for this question, which is 20, to arrive at 16 points.

To arrive at the total score, we add the points received for each question and then for each program component. Finally, we calculate the institution's overall score by dividing the sum of the points received by the sum of the points possible. We do not include in the institution's overall score the weight for questions that are not applicable or, in some cases, where a lack of documentation would result in numerous "no" answers for one deviation from policy (unknown). For instance, an institution may not be able to provide documentation that its emergency response review committee met for a particular month. Therefore, when we evaluate whether meeting minutes document monthly meetings for a particular month, the institution would receive a "no" answer for that question. However, when we evaluate whether the meeting minutes document the warden's attendance at the meeting, the answer would be "unknown" so that the institution's score is not penalized twice for the same reason, not documenting the meeting.

To evaluate the institution's delivery of medical care, we obtained various electronic data files maintained by the institution for inmate medical scheduling and tracking, pharmacy, and census data. We used these electronic data files only to identify random samples of inmates receiving or requiring specific medical services. We then reviewed the medical file for each inmate in our sample. We did not rely on the medical care information contained in these data files.

In total, we reviewed 175 inmate medical files, which are referred to as unit health records. In addition, we reviewed staffing level reports, medical appeals summaries, nursing protocols, summaries of medical drills and emergencies, minutes from Quality Management Committee and Emergency Response Review Committee hearings, and assorted manual logs or tracking worksheets related to medical care delivery. We also conducted a live medical emergency drill and evaluated the adequacy of the responding staff's actions. Finally, we interviewed medical and custody staff members about the delivery of medical care to inmates, and we observed day-to-day medical delivery at the institution.

We do not test the care provided in the licensed hospitals or correctional treatment centers because they are subject to inspections and oversight by other regulatory agencies.

Consistent with our agreement with the receiver, our report only addresses the conditions found related to the medical care criteria. We do not discuss the causes of noncompliance, nor do we make specific recommendations in this report. However, if we learn of an inmate-patient who needs immediate care, we notify the chief medical officer and request a status report. Moreover, if we learn of significant departures from community standards, we may report such departures to the institution's chief medical officer or quality management committee. Because these

matters involve confidential medical information protected by state and federal privacy laws, specific details related to these cases are not included in our report.

For ease of reference, following is a table of abbreviations used in the remainder of this report.

| Abbreviations used in this report | |
|---|---|
| AED | Automatic External Defibrillator |
| BLS | Basic Life Support |
| CDCR | California Department of Corrections and Rehabilitation |
| CMO | Chief Medical Officer |
| CPR | Cardio-Pulmonary Resuscitation |
| CTC | Correctional Treatment Center |
| CTQ | Confined to Quarters |
| ER | Emergency Room |
| ERRC | Emergency Response Review Committee |
| FOBT | Fecal Occult Blood Test |
| FTF | Face-to-Face |
| GACH | General Acute Care Hospital |
| HCM | Health Care Manager |
| HIV | Human Immunodeficiency Virus |
| INH | Isoniazid (antituberculous medication) |
| LVN | Licensed Vocational Nurse |
| MD | Medical Doctor |
| MOD | Medical Officer of the Day |
| OB | Obstetrician |
| OC | Oleoresin Capsicum (pepper spray) |
| OHU | Outpatient Housing Unit |
| OIG | Office of the Inspector General |
| PCP | Primary Care Provider |
| QMC | Quality Management Committee |
| RN | Registered Nurse |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |
| SRN | Supervising Registered Nurse |
| TB | Tuberculosis |
| TTA | Triage and Treatment Area |
| UHR | Unit Health Record |
| UM | Utilization Management |

OFFICE OF THE INSPECTOR GENERAL

CALIFORNIA STATE PRISON, SACRAMENTO

# MEDICAL INSPECTION RESULTS

**9/22/2008 - 9/25/2008**

**Overall Score:** **65.2%**

| | | Answers | | | | Weighting Points | | | Questions Not Answered | |
|---|---|---|---|---|---|---|---|---|---|---|
| Component | Page | Yes | No | Yes + No | Yes % | Points Possible | Points Received | Score % | Not Applicable | Unknown |
| *Chronic Care* | *8* | 121 | 77 | 198 | 61.1% | 133 | 83.4 | 62.7% | 4 | 3 |
| *Clinical Services* | *8* | 210 | 61 | 271 | 77.5% | 95 | 63.6 | 67.0% | 51 | 0 |
| *Health Screening* | *10* | 78 | 17 | 95 | 82.1% | 59 | 45.1 | 76.4% | 80 | 5 |
| *Specialty Services* | *11* | 38 | 51 | 89 | 42.7% | 71 | 33.7 | 47.4% | 28 | 2 |
| *Urgent Services* | *12* | 82 | 23 | 105 | 78.1% | 59 | 48.7 | 82.5% | 49 | 6 |
| *Emergency Services* | *13* | 20 | 18 | 38 | 52.6% | 59 | 28.0 | 47.5% | 2 | 3 |
| *Diagnostic Services* | *14* | 38 | 17 | 55 | 69.1% | 52 | 35.4 | 68.1% | 10 | 0 |
| *Access to Health Care Information* | *15* | 4 | 4 | 8 | 50.0% | 51 | 20.0 | 39.2% | 0 | 0 |
| *Outpatient Housing Unit* | *16* | 62 | 20 | 82 | 75.6% | 48 | 36.3 | 75.6% | 2 | 2 |
| *Internal Reviews* | *17* | 29 | 4 | 33 | 87.9% | 40 | 28.2 | 70.4% | 0 | 1 |
| *Inmate Transfers* | *18* | 15 | 6 | 21 | 71.4% | 38 | 28.6 | 75.3% | 4 | 0 |
| *Clinic Operations* | *18* | 26 | 3 | 29 | 89.7% | 29 | 26.4 | 91.0% | 1 | 0 |
| *Preventive Services* | *19* | 9 | 16 | 25 | 36.0% | 24 | 7.7 | 32.1% | 1 | 0 |
| *Pharmacy Services* | *20* | 9 | 8 | 17 | 52.9% | 29 | 21.6 | 74.5% | 0 | 0 |
| *Other Services* | *21* | 8 | 1 | 9 | 88.9% | 16 | 14.5 | 90.6% | 1 | 0 |
| *Inmate Hunger Strikes* | *21* | 1 | 8 | 9 | 11.1% | 19 | 2.0 | 10.5% | 0 | 0 |
| *Chemical Agent Contraindications* | *21* | 15 | 0 | 15 | 100.0% | 17 | 17.0 | 100.0% | 5 | 0 |
| *Staffing Levels and Training* | *22* | 7 | 1 | 8 | 87.5% | 16 | 15.2 | 95.0% | 1 | 0 |
| *Nursing Policy* | *23* | 12 | 3 | 15 | 80.0% | 14 | 11.0 | 78.6% | 0 | 0 |
| **Totals** | | **784** | **338** | **1122** | **69.9%** | **869** | **566.3** | **65.2%** | **239** | **22** |



| Reference Number | Chronic Care | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 03.076 | Was the inmate's most recent chronic care visit within the time frame required by the degree of control of the inmate's condition based on his or her prior visit? | 22 | 3 | 25 | 88.0% | **10** | **8.8** | **88.0%** | 0 |
| 03.077 | Were key elements on Forms 7419 (Chronic Care Follow-Up Visit) and 7392 (Primary Care Flow Sheet) filled out completely for the inmate's two most recent visits? | 1 | 24 | 25 | 4.0% | **10** | **0.4** | **4.0%** | 0 |
| 03.082 | Did the institution document that it provided the inmate with health care education? | 16 | 9 | 25 | 64.0% | **12** | **7.7** | **64.0%** | 0 |
| 03.175 | Did the inmate receive his or her prescribed chronic care medications during the most recent three-month period or did the institution follow departmental policy if the inmate refused to pick up or show up for his or her medications? | 11 | 13 | 24 | 45.8% | **18** | **8.3** | **45.8%** | 0 |
| 03.235 | Is the clinical history adequate? | 12 | 8 | 20 | 60.0% | **18** | **10.8** | **60.0%** | 0 |
| 03.236 | Is the focused clinical examination adequate? | 17 | 3 | 20 | 85.0% | **19** | **16.2** | **85.0%** | 0 |
| 03.237 | Is the assessment adequate? | 11 | 4 | 15 | 73.3% | **19** | **13.9** | **73.3%** | 4 |
| 03.238 | Is the plan adequate and consistent with the degree of control based on the chronic care program intervention and follow up requirements? | 11 | 8 | 19 | 57.9% | **19** | **11.0** | **57.9%** | 0 |
| 03.262 | Is the inmate's Problem List complete and filed accurately in the inmate's unit health record (UHR)? | 20 | 5 | 25 | 80.0% | **8** | **6.4** | **80.0%** | 0 |
| | **Component Subtotals:** | **121** | **77** | **198** | **61.1%** | **133** | **83.4** | **62.7%** | 4 |

| Reference Number | Clinic Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 01.024 | RN FTF Documentation: Did the inmate's request for health care get reviewed the same day it was received? | 24 | 1 | 25 | 96.0% | **4** | **3.8** | **96.0%** | 0 |

| Reference Number | Clinical Services | Answers | | | | Weighting Points | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes+No | Yes % | Possible | Received | Score % | |
| 01.027 | If the RN determined a referral to a primary care physician (PCP) was necessary, was the inmate seen within the timelines specified by the RN during the FTF triage? | 5 | 12 | 17 | 29.4% | **8** | **2.4** | **29.4%** | 8 |
| 01.247 | Sick Call Follow-up: If the provider ordered a follow-up sick call appointment, did it take place within the time frame specified? | 1 | 3 | 4 | 25.0% | **7** | **1.8** | **25.0%** | 21 |
| 01.124 | Sick Call Medication: Did the institution administer or deliver prescription medications (new orders) to the inmate within specified time frames? | 5 | 18 | 23 | 21.7% | **6** | **1.3** | **21.7%** | 2 |
| 01.025 | RN FTF Documentation: Did the RN complete the face-to-face (FTF) triage within one (1) business day after the Form 7362 was reviewed? | 19 | 6 | 25 | 76.0% | **6** | **4.6** | **76.0%** | 0 |
| 01.246 | Did documentation indicate that the RN reviewed all of the inmate's complaints listed on Form 7362 (Health Care Services Request Form)? | 23 | 2 | 25 | 92.0% | **5** | **4.6** | **92.0%** | 0 |
| 01.157 | RN FTF Documentation: Did the RN's subjective note address the nature and history of the inmates primary complaint? | 22 | 2 | 24 | 91.7% | **7** | **6.4** | **91.7%** | 1 |
| 01.159 | RN FTF Documentation: Did the RN's objective note include vital signs and a focused physical examination, and did it adequately address the problems noted in the subjective note? | 21 | 2 | 23 | 91.3% | **6** | **5.5** | **91.3%** | 2 |
| 01.244 | RN FTF Documentation: Did the RN's objective note include allergies, weight, current medication, and where appropriate, medication compliance? | 22 | 2 | 24 | 91.7% | **3** | **2.8** | **91.7%** | 1 |
| 01.158 | RN FTF Documentation: Did the RN's assessment provide conclusions based on subjective and objective data, were the conclusions formulated as patient problems, and did it contain applicable nursing diagnoses? | 21 | 1 | 22 | 95.5% | **6** | **5.7** | **95.5%** | 3 |
| 01.162 | RN FTF Documentation: Did the RN's plan include an adequate strategy to address the problems identified during the FTF triage? | 22 | 2 | 24 | 91.7% | **7** | **6.4** | **91.7%** | 1 |

| Reference Number | Clinical Services | Answers | | | | Weighting Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes+No | Yes % | Possible | Received | Score % | | |
| 01.163 | RN FTF Documentation: Did the RN's education/instruction adequately address the problems identified during the FTF triage? | 17 | 5 | 22 | 77.3% | **5** | **3.9** | **77.3%** | 3 | 0 |
| 15.234 | Are clinic response bags audited daily and do they contain essential items? | 0 | 2 | 2 | 0.0% | **5** | **0.0** | **0.0%** | 0 | 0 |
| 21.278 | Was there adequate prior management of pre-existing medical conditions that contributed to the need for the TTA visit? | 8 | 3 | 11 | 72.7% | **20** | **14.5** | **72.7%** | 9 | 0 |
| | **Component Subtotals:** | **210** | **61** | **271** | **77.5%** | **95** | **63.6** | **67.0%** | 51 | 0 |

| Reference Number | Health Screening | Answers | | | | Weighting Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes+No | Yes % | Possible | Received | Score % | | |
| 02.016 | Did the institution complete the initial health screening on the same day the inmate arrived at the institution? | 20 | 0 | 20 | 100.0% | **9** | **9.0** | **100.0%** | 0 | 0 |
| 02.020 | Did the LVN/RN adequately document the tuberculin test or a review of signs and symptoms if the inmate had a previous positive tuberculin test? | 18 | 2 | 20 | 90.0% | **6** | **5.4** | **90.0%** | 0 | 0 |
| 02.015 | Was a review of symptoms completed if the inmate's tuberculin test was positive, and were the results reviewed by the infection control nurse? | 1 | 0 | 1 | 100.0% | **7** | **7.0** | **100.0%** | 17 | 0 |
| 02.128 | If the inmate had an existing medication order upon arrival at the institution, did the inmate receive the medications by the next calendar day, or did a physician explain why the medications were not to be continued? | 4 | 8 | 12 | 33.3% | **8** | **2.7** | **33.3%** | 8 | 0 |
| 02.007 | Non-reception center: Does the health care transfer information form indicate that it was reviewed and signed by licensed health care staff within one calendar day of the inmate's arrival at the institution? | 19 | 0 | 19 | 100.0% | **7** | **7.0** | **100.0%** | 0 | 1 |
| 02.014 | Non-reception center: If the inmate was scheduled for a specialty appointment at the sending institution, did the receiving institution schedule the appointment within 30 days of the original appointment date? | 0 | 0 | 0 | 0.0% | **0** | **0.0** | **0.0%** | 19 | 1 |

| Reference Number | Health Screening | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 02.111 | Non-reception center: Did the inmate receive medical accommodations upon arrival, if applicable? | 2 | 1 | 3 | 66.7% | 6 | 4.0 | 66.7% | 16 |
| 02.017 | If yes was answered to any of the questions on the initial health screening form(s), did the RN provide an assessment and disposition on the date of arrival? | 12 | 0 | 12 | 100.0% | 8 | 8.0 | 100.0% | 8 |
| 02.018 | If, during the assessment, the RN referred the inmate to a clinician, was the inmate seen within the time frame? | 2 | 6 | 8 | 25.0% | 8 | 2.0 | 25.0% | 12 |
| | **Component Subtotals:** | **78** | **17** | **95** | **82.1%** | **59** | **45.1** | **76.4%** | 80 |

| Reference Number | Specialty Services | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 07.037 | Did the institution approve or deny the PCP's request for specialty services within the specified time frames? | 10 | 12 | 22 | 45.5% | 8 | 3.6 | 45.5% | 0 |
| 07.038 | Did the PCP see the inmate between the date the PCP ordered the service and the date the inmate received it, in accordance with specified time frames? | 1 | 12 | 13 | 7.7% | 8 | 0.6 | 7.7% | 4 |
| 07.035 | Did the inmate receive the specialty service within specified time frames? | 8 | 9 | 17 | 47.1% | 9 | 4.2 | 47.1% | 0 |
| 07.090 | Physical therapy services: Did the physical therapist assess the inmate and document the treatment plan and treatment provided to the inmate? | 2 | 0 | 2 | 100.0% | 8 | 8.0 | 100.0% | 15 |
| 07.043 | Did the PCP review the consultant's report and see the inmate for a follow-up appointment after the specialty services consultation within specified time frames? | 2 | 7 | 9 | 22.2% | 9 | 2.0 | 22.2% | 7 |
| 07.260 | Was the institution's denial of the PCP's request for specialty services consistent with the "medical necessity" requirement? | 4 | 0 | 4 | 100.0% | 9 | 9.0 | 100.0% | 0 |
| 07.259 | Was there adequate documentation of the reason for the denial of specialty services? | 3 | 2 | 5 | 60.0% | 5 | 3.0 | 60.0% | 0 |

| Reference Number | Specialty Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 07.270 | Did the specialty provider provide timely findings and recommendations or did an RN document that he or she called the specialty provider to ascertain the findings and recommendations? | 8 | 7 | 15 | 53.3% | **6** | **3.2** | **53.3%** | 2 |
| 07.261 | Is the institution scheduling high-priority (urgent) specialty services within 14 days? | 0 | 2 | 2 | 0.0% | **9** | **0.0** | **0.0%** | 0 |
| | **Component Subtotals:** | **38** | **51** | **89** | **42.7%** | **71** | **33.7** | **47.4%** | 28 |

| Reference Number | Urgent Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 21.248 | Upon the inmate's discharge from the community hospital, did the triage and treatment area (TTA) registered nurse document that he or she reviewed the inmate's discharge plan and completed a face-to-face assessment of the inmate? | 15 | 4 | 19 | 78.9% | **7** | **5.5** | **78.9%** | 1 |
| 21.250 | Upon the inmate's discharge from the community hospital, did the inmate's Primary Care Provider (PCP) provide orders for appropriate housing for the inmate? | 8 | 3 | 11 | 72.7% | **7** | **5.1** | **72.7%** | 9 |
| 21.251 | Upon the inmate's discharge from the community hospital, did the registered nurse intervene if the inmate was housed in an area that was inappropriate for nursing care based on the primary care provider's (PCP) housing orders? | 4 | 0 | 4 | 100.0% | **7** | **7.0** | **100.0%** | 15 |
| 21.249 | Upon the inmate's discharge from the community hospital, did the inmate receive a follow-up appointment with his or her primary care provider (PCP) within five calendar days of discharge? | 12 | 8 | 20 | 60.0% | **7** | **4.2** | **60.0%** | 0 |
| 21.281 | Upon the inmate's discharge from a community hospital, did the institution administer or deliver all prescribed medications to the inmate within specified time frames? | 11 | 0 | 11 | 100.0% | **6** | **6.0** | **100.0%** | 6 |
| 21.275 | Was the TTA documentation adequate for evaluating the clinical care provided? | 13 | 7 | 20 | 65.0% | **10** | **6.5** | **65.0%** | 0 |
| 21.276 | While the patient was in the TTA, was the clinical care rendered by the attending provider adequate and timely? | 10 | 1 | 11 | 90.9% | **7** | **6.4** | **90.9%** | 8 |

| Reference Number | Urgent Services | Answers: Yes | No | Yes + No | Yes % | Weighted Points: Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21.279 | For patients managed by telephone consultation alone, was the provider's decision not to come to the TTA appropriate? | 9 | 0 | 9 | 100.0% | 8 | 8.0 | 100.0% | 10 | [illegible] |
| | **Component Subtotals:** | **82** | **23** | **105** | **78.1%** | **59** | **48.7** | **82.5%** | 49 | 6 |
| **Reference Number** | **Emergency Services** | **Yes** | **No** | **Yes + No** | **Yes %** | **Possible** | **Received** | **Score %** | | |
| 08.183 | Was the medical emergency responder notified of the medical emergency without delay? | 4 | 0 | 4 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 08.241 | Did the first responder provide adequate basic life support (BLS) prior to medical staff arriving? | 0 | 3 | 3 | 0.0% | 6 | 0.0 | 0.0% | 1 | 0 |
| 08.184 | Did the medical emergency responder arrive at the location of the medical emergency within five (5) minutes of initial notification? | 4 | 0 | 4 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 08.185 | Did the medical emergency responder use proper equipment to address the emergency and was adequate medical care provided within the scope of his or her license? | 1 | 1 | 2 | 50.0% | 7 | 3.5 | 50.0% | 1 | 1 |
| 08.242 | Did licensed health care staff call 911 without unnecessary delay after a life-threatening condition was identified by a licensed health care provider or peace officer? | 2 | 2 | 4 | 50.0% | 6 | 3.0 | 50.0% | 0 | 0 |
| 08.187 | Did the institution provide adequate preparation for the ambulance's arrival, access to the inmate, and departure? | 1 | 1 | 2 | 50.0% | 4 | 2.0 | 50.0% | 0 | [illegible] |
| 08.186 | Were both the first responder (if peace officer or licensed health care staff) and the medical emergency responder basic life support (BLS) certified at the time of the incident? | 4 | 0 | 4 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 08.222 | Were the findings of the institution's Emergency Response Review Committee (ERRC) supported by the documentation and completed within 30 days? | 2 | 2 | 4 | 50.0% | 7 | 3.5 | 50.0% | 0 | 0 |
| 15.256 | Emergency Medical Response Drill: Did the responding officer properly perform an assessment on the patient for responsiveness? | 0 | 1 | 1 | 0.0% | 1 | 0.0 | 0.0% | 0 | 0 |

| Reference Number | Emergency Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 15.257 | Emergency Medical Response Drill: Did the responding officer properly perform CPR? | 0 | 1 | 1 | 0.0% | **2** | **0.0** | **0.0%** | 0 |
| 15.258 | Emergency Medical Response Drill: Did the responding officer begin CPR without unecessary delay? | 0 | 1 | 1 | 0.0% | **2** | **0.0** | **0.0%** | 0 |
| 15.282 | Emergency Medical Response Drill: Did medical staff arrive on scene in five minutes or less? | 0 | 1 | 1 | 0.0% | **2** | **0.0** | **0.0%** | 0 |
| 15.283 | Emergency Medical Response Drill: Did the emergency medical responders arrive with proper equipment (ER bag, bag-valve-mask, AED)? | 0 | 1 | 1 | 0.0% | **1** | **0.0** | **0.0%** | 0 |
| 15.284 | Emergency Medical Response Drill: Did the responding officer provide accurate information to responding medical staff? | 0 | 1 | 1 | 0.0% | **1** | **0.0** | **0.0%** | 0 |
| 15.285 | Emergency Medical Response Drill: Did emergency medical responders continue basic life support? | 1 | 0 | 1 | 100.0% | **1** | **1.0** | **100.0%** | 0 |
| 15.286 | Emergency Medical Response Drill: Did medical staff continue with CPR without transporting the patient until the arrival of ambulance personnel? If the patient was transported, was this decision justified? | 0 | 1 | 1 | 0.0% | **1** | **0.0** | **0.0%** | 0 |
| 15.287 | Emergency Medical Response Drill: Was 911 called without unnecessary delay? | 0 | 1 | 1 | 0.0% | **2** | **0.0** | **0.0%** | 0 |
| 15.240 | Emergency Medical Response Drill: Did the responding officer activate the emergency response system by providing the pertinent information to the relevant parties, immediately and without delay? | 1 | 0 | 1 | 100.0% | **2** | **2.0** | **100.0%** | 0 |
| 15.255 | Emergency Medical Response Drill: Did the responding officer carry and use the proper equipment (protective shield or micro-mask, gloves) required by the department? | 0 | 1 | 1 | 0.0% | **1** | **0.0** | **0.0%** | 0 |
| | **Component Subtotals:** | **20** | **18** | **38** | **52.6%** | **59** | **28.0** | **47.5%** | 2 |

| Reference Number | Diagnostic Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % |
|---|---|---|---|---|---|---|---|---|

| Reference Number | Diagnostic Services | Answers | | | | Weighted Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes+No | Yes % | Possible | Received | Score % | | |
| 06.049 | Radiology order: Was the radiology service provided within the time frame specified in the physician's order? | 5 | 0 | 5 | 100.0% | 7 | 7.0 | 100.0% | 0 | 0 |
| 06.245 | Radiology order: Was the diagnostic report received by the institution within 14 days? | 4 | 1 | 5 | 80.0% | 8 | 6.4 | 80.0% | 0 | 0 |
| 06.200 | Radiology order: Did the primary care provider (PCP) review the diagnostic report and initiate written notice to the inmate within two (2) business days of the date the institution received the diagnostic reports? | 0 | 5 | 5 | 0.0% | 7 | 0.0 | 0.0% | 0 | 0 |
| 06.188 | All laboratory orders: Was the specimen collected within the applicable time frames of the physician's order? | 9 | 1 | 10 | 90.0% | 6 | 5.4 | 90.0% | 0 | 0 |
| 06.191 | All diagnostic services: Did the PCP document the clinically significant diagnostic test results on Form 7230 (Interdisciplinary Progress Notes)? | 7 | 2 | 9 | 77.8% | 7 | 5.4 | 77.8% | 6 | 0 |
| 06.263 | All diagnostic services: Did the PCP adequately manage clinically significant test results? | 10 | 1 | 11 | 90.9% | 10 | 9.1 | 90.9% | 4 | 0 |
| 06.202 | All laboratory orders: Did the PCP review the diagnostic reports and initiate written notice to the inmate within two (2) business days of the date the institution received the diagnostic reports? | 3 | 7 | 10 | 30.0% | 7 | 2.1 | 30.0% | 0 | 0 |
| | **Component Subtotals:** | **38** | **17** | **55** | **69.1%** | **52** | **35.4** | **68.1%** | 10 | 0 |

| Reference Number | Access to Health Care Information | Answers | | | | Weighted Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes+No | Yes % | Possible | Received | Score % | | |
| 19.150 | Is the medical records office current with its loose filing? | 0 | 1 | 1 | 0.0% | 9 | 0.0 | 0.0% | 0 | 0 |
| *The institution's main medical records area had approximately 24 3/4 inches of loose filing.* | | | | | | | | | | |
| 19.169 | Did medical records staff make unit health records (UHR) available to clinic staff for the inmates ducated for medical appointments the next day? | 2 | 0 | 2 | 100.0% | 15 | 15.0 | 100.0% | 0 | 0 |

| Reference Number | Access to Health Care Information | Yes | No | Yes+No | Yes % | Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 19.243 | Was the institution able to account for the OIG's requested UHR files? | 0 | 1 | 1 | 0.0% | 12 | 0.0 | 0.0% | 0 |
| 19.266 | Does the institution properly file inmates' medical information? | 0 | 1 | 1 | 0.0% | 5 | 0.0 | 0.0% | 0 |
| 19.271 | While reviewing unit health records (UHR) as part of the OIG's inspection, were the OIG's RN and MD inspectors able to locate all relevant documentation of health care provided to inmates? | 0 | 1 | 1 | 0.0% | 5 | 0.0 | 0.0% | 0 |
| 19.272 | Does the institution promptly file blood pressure logs in unit health records (UHR)? | 2 | 0 | 2 | 100.0% | 5 | 5.0 | 100.0% | 0 |
| | **Component Subtotals:** | **4** | **4** | **8** | **50.0%** | **51** | **20.0** | **39.2%** | 0 |

| Reference Number | Outpatient Housing Unit | Yes | No | Yes+No | Yes % | Possible | Received | Score % | |
|---|---|---|---|---|---|---|---|---|---|
| 04.052 | Did the RN complete an initial assessment of the inmate on the day of placement? | 9 | 1 | 10 | 90.0% | 5 | 4.5 | 90.0% | 0 |
| 04.051 | Did the primary care provider (PCP) evaluate the inmate within one calendar day after placement? | 9 | 1 | 10 | 90.0% | 5 | 4.5 | 90.0% | 0 |
| 04.053 | While the inmate was placed in the OHU, did the PCP complete the Subjective, Objective, Assessment, Plan and Education (SOAPE) at a minimum of every 14 days? | 3 | 7 | 10 | 30.0% | 4 | 1.2 | 30.0% | 0 |
| 04.054 | Did the utilization management (UM) nurse assess the inmate within one week of the inmate's placement and every 30 days thereafter? | 0 | 8 | 8 | 0.0% | 4 | 0.0 | 0.0% | 2 |
| 04.112 | Was the PCP's initial evaluation adequate for the problem(s) requiring OHU placement? | 9 | 2 | 11 | 81.8% | 5 | 4.1 | 81.8% | 0 |
| 04.230 | Was the PCP's initial assessment (or diagnoses) appropriate for the findings in the initial evaluation? | 10 | 0 | 10 | 100.0% | 5 | 5.0 | 100.0% | 0 |
| 04.056 | Did the PCP's plan adequately address the initial assessment? | 10 | 0 | 10 | 100.0% | 5 | 5.0 | 100.0% | 0 |

| Reference Number | Outpatient Housing Unit | Answers: Yes | No | Yes+No | Yes % | Scoring Points: Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04.208 | Was the level of care available in the OHU appropriate to the patient's clinical presentation? | 11 | 0 | 11 | 100.0% | 9 | 9.0 | 100.0% | 0 | 0 |
| 15.103 | In the outpatient housing unit (OHU), are patient call buttons operational or does medical staff make rounds every 30 minutes? | 0 | 1 | 1 | 0.0% | 3 | 0.0 | 0.0% | 0 | 0 |
| 15.225 | Does the OHU use disinfectant daily in common patient areas? | 1 | 0 | 1 | 100.0% | 3 | 3.0 | 100.0% | 0 | 0 |
| | **Component Subtotals:** | **62** | **20** | **82** | **75.6%** | **48** | **36.3** | **75.6%** | 2 | 2 |

| Reference Number | Internal Reviews | Answers: Yes | No | Yes+No | Yes % | Scoring Points: Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17.221 | Did the institution complete a medical emergency response drill for each watch and include participation from each medical facility during the most recent full quarter? | 0 | 1 | 1 | 0.0% | 5 | 0.0 | 0.0% | 0 | 0 |
| 17.174 | Did the institution promptly process inmate medical appeals during the most recent 12 months? | 0 | 1 | 1 | 0.0% | 5 | 0.0 | 0.0% | 0 | 0 |
| 17.136 | For each death sampled, did the institution complete the death review process? | 4 | 1 | 5 | 80.0% | 5 | 4.0 | 80.0% | 0 | 0 |
| 17.132 | Do the Emergency Response Review Committee (ERRC) meeting minutes document monthly meetings for the last six (6) months? | 5 | 1 | 6 | 83.3% | 5 | 4.2 | 83.3% | 0 | 0 |
| 17.138 | Do the Emergency Response Review Committee (ERRC) meeting minutes document the warden's (or his or her designee's) attendance? | 5 | 0 | 5 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 17.118 | Do the Quality Management Committee (QMC) meeting minutes document monthly meetings for the last six (6) months? | 6 | 0 | 6 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 17.119 | Did the Quality Management Committee (QMC) report its findings to the HCM/CMO each of the last six (6) meetings? | 6 | 0 | 6 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 17.135 | Did the last three Quality Management Committee (QMC) meeting minutes reflect findings and strategies for improvement? | 3 | 0 | 3 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| | **Component Subtotals:** | **29** | **4** | **33** | **87.9%** | **40** | **28.2** | **70.4%** | 0 | 1 |

| Reference Number | Inmate Transfers | Answers | | | | Weighting Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes + No | Yes % | Possible | Received | Score % | [illegible] | [illegible] |
| 05.108 | Did Receiving and Release have the inmate's UHR and transfer envelope? | 5 | 0 | 5 | 100.0% | 7 | 7.0 | 100.0% | 0 | 0 |
| 05.109 | If the inmate was scheduled for any upcoming specialty services, were the services noted on Form 7371 (Health Care Transfer Information)? | 1 | 0 | 1 | 100.0% | 8 | 8.0 | 100.0% | 4 | 0 |
| 05.110 | Do all appropriate forms in the transfer envelope identify all medications ordered by the physician, and are the medications in the transfer envelope? | 5 | 0 | 5 | 100.0% | 8 | 8.0 | 100.0% | 0 | 0 |
| 05.171 | Did an RN complete all applicable sections of Form 7371 (Health Care Transfer Information) based on the inmate's UHR? | 4 | 1 | 5 | 80.0% | 7 | 5.6 | 80.0% | 0 | 0 |
| 05.172 | Did the Health Records Department maintain a copy of the inmate's Form 7371 (Health Care Transfer Information) and Form 7231A (Outpatient Medication Administration Record) when the inmate transferred? | 0 | 5 | 5 | 0.0% | 8 | 0.0 | 0.0% | 0 | 0 |
| | **Component Subtotals:** | **15** | **6** | **21** | **71.4%** | **38** | **28.6** | **75.3%** | 4 | 0 |

| Reference Number | Clinic Operations | Answers | | | | Weighting Points | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes + No | Yes % | Possible | Received | Score % | [illegible] | [illegible] |
| 14.023 | Does the institution make the Form 7362 (Health Care Services Request Form) available to inmates? | 7 | 0 | 7 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 14.165 | Are the clinic floors, waiting room chairs, and equipment cleaned with a disinfectant daily? | 3 | 0 | 3 | 100.0% | 2 | 2.0 | 100.0% | 0 | 0 |
| 14.164 | Are areas available to ensure privacy during RN face-to-face assessments and doctors' examinations for non-emergencies? | 4 | 1 | 5 | 80.0% | 3 | 2.4 | 80.0% | 0 | 0 |
| 14.166 | Was the medication stored in a sealed container if food was present in the clinic refrigerator? | 2 | 0 | 2 | 100.0% | 2 | 2.0 | 100.0% | 0 | 0 |
| 14.131 | Do medication nurses understand that medication is to be administered by the same licensed staff member who prepares it and on the same day? | 2 | 0 | 2 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |

| Reference Number | Clinic Operations | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 14.106 | Does clinical staff wash their hands (either with soap or hand sanitizer) or change gloves between patients? | 2 | 2 | 4 | 50.0% | 4 | 2.0 | 50.0% | 0 |
| 14.033 | Does the institution have an adequate process to ensure inmates who are moved to a new cell still receive their medical ducats? | 2 | 0 | 2 | 100.0% | 4 | 4.0 | 100.0% | 0 |
| 14.032 | Does medical staff understand the institution's priority ducat process? | 2 | 0 | 2 | 100.0% | 2 | 2.0 | 100.0% | 0 |
| 14.160 | Does the institution have a process to identify, review, and address urgent appointments if a doctor's line is canceled? | 2 | 0 | 2 | 100.0% | 4 | 4.0 | 100.0% | 0 |
| 14.029 | Does medical staff in the facility clinic know which inmates are on modified program or confined to quarters (CTQ) and does staff have an adequate process to ensure those inmates receive their medication? | 0 | 0 | 0 | 0.0% | 0 | 0.0 | 0.0% | 1 |
| | **Component Subtotals:** | **26** | **3** | **29** | **89.7%** | **29** | **26.4** | **91.0%** | 1 |

| Reference Number | Preventive Services | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 10.228 | Inmates prescribed INH: Did the institution properly administer the medication to the inmate? | 2 | 3 | 5 | 40.0% | 6 | 2.4 | 40.0% | 0 |
| 10.232 | Inmates prescribed INH: Did the institution monitor the inmate monthly for the most recent three months he or she was on the medication? | 0 | 5 | 5 | 0.0% | 6 | 0.0 | 0.0% | 0 |
| 10.229 | Inmates with TB code 34: Was the inmate evaluated for signs and symptoms of TB within the previous 12 months? | 2 | 3 | 5 | 40.0% | 7 | 2.8 | 40.0% | 0 |
| 10.086 | All inmates age 66 or older: Did the inmate receive an influenza vaccination within the previous 12 months or was the inmate's refusal documented? | 0 | 0 | 0 | 0.0% | 0 | 0.0 | 0.0% | 1 |

*Of the two inmates at the institution age 66 or older, only one record was available. Since the results of a single sample item can be misleading, we did not complete this test.*

| Reference Number | Preventive Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.085 | Male inmates age 51 or older: Did the inmate receive a fecal occult blood test (FOBT) within the previous 12 months or was the inmate's refusal documented? | 5 | 5 | 10 | 50.0% | 5 | 2.5 | 50.0% | 0 | 0 |
| | **Component Subtotals:** | **9** | **16** | **25** | **36.0%** | **24** | **7.7** | **32.1%** | 1 | 0 |

| Reference Number | Pharmacy Services | Answers: Yes | No | Yes + No | Yes % | Weighting Points: Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13.139 | Does the institution conspicuously post a valid permit in its pharmacies? | 1 | 0 | 1 | 100.0% | 2 | 2.0 | 100.0% | 0 | 0 |
| 13.141 | Does the institution properly maintain its emergency crash cart medications? | 4 | 1 | 5 | 80.0% | 2 | 1.6 | 80.0% | 0 | 0 |
| 13.252 | Does the institution properly maintain medications in its drug night locker(s)? | 1 | 0 | 1 | 100.0% | 2 | 2.0 | 100.0% | 0 | 0 |
| 13.253 | Does the institution conduct monthly inspections of its emergency cart and drug night locker(s)? | 0 | 6 | 6 | 0.0% | 1 | 0.0 | 0.0% | 0 | 0 |
| 13.142 | Is the Pharmacist in Charge's license current? | 1 | 0 | 1 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 13.144 | Does the pharmacist in charge maintain a valid signature card that contains the required information for all primary care providers (PCP)? | 0 | 1 | 1 | 0.0% | 6 | 0.0 | 0.0% | 0 | 0 |
| 13.145 | Does the pharmacist in charge have an effective process for screening new medication orders for potential adverse reactions? | 1 | 0 | 1 | 100.0% | 7 | 7.0 | 100.0% | 0 | 0 |
| 13.148 | Does the pharmacist in charge monitor the quantity of medications on hand, and does the pharmacy conduct an annual inventory to ensure that the quantity of medications in the system matches the quantity of medications on hand? | 1 | 0 | 1 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| | **Component Subtotals:** | **9** | **8** | **17** | **52.9%** | **29** | **21.6** | **74.5%** | 0 | 0 |

| Reference Number | Other Services | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 15.059 | Did the institution properly provide therapeutic diets to inmates? | 2 | 0 | 2 | 100.0% | 4 | 4.0 | 100.0% | 0 |
| 15.058 | If the institution does not offer therapeutic diets, does staff follow the department's procedures for transferring inmates who are determined to require a therapeutic diet? | 0 | 0 | 0 | 0.0% | 0 | 0.0 | 0.0% | 1 |
| 15.134 | Did the institution properly respond to all active cases of TB discovered in the last six months? | 1 | 0 | 1 | 100.0% | 5 | 5.0 | 100.0% | 0 |
| 15.265 | Is the most current version of the CDCR Health Services Policies and Procedures available in the institution's law library? | 1 | 1 | 2 | 50.0% | 3 | 1.5 | 50.0% | 0 |
| 20.092 | Hygiene Intervention: Did custody staff understand the department's policies and procedures for identifying and evaluating inmates displaying inappropriate hygiene management? | 4 | 0 | 4 | 100.0% | 4 | 4.0 | 100.0% | 0 |
| | **Component Subtotals:** | **8** | **1** | **9** | **88.9%** | **16** | **14.5** | **90.6%** | 1 |

| Reference Number | Inmate Hunger Strikes | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 11.097 | Did the RN conduct a face-to-face triage of the inmate within two (2) business days of receipt of the Form 128-B and document the inmate's reasons for the hunger strike, most recent recorded weight, current weight, vital signs, and physical condition? | 1 | 2 | 3 | 33.3% | 6 | 2.0 | 33.3% | 0 |
| 11.099 | After the first 48 hours, did an RN or PCP complete daily assessments documenting the inmate's weight, physical condition, emotional condition, vital signs, and hydration status? | 0 | 3 | 3 | 0.0% | 6 | 0.0 | 0.0% | 0 |
| 11.100 | After the first 72 hours, did a physician perform a physical examination and order a metabolic panel and a urinalysis of the inmate? | 0 | 3 | 3 | 0.0% | 7 | 0.0 | 0.0% | 0 |
| | **Component Subtotals:** | **1** | **8** | **9** | **11.1%** | **19** | **2.0** | **10.5%** | 0 |

| Reference Number | Chemical Agent Contaminated Cells | Answers: Yes | No | Yes+No | Yes % | Weighting Points: Possible | Received | Score % | N/A |
|---|---|---|---|---|---|---|---|---|---|

| Reference Number | Chemical Agent Contamination | Answers Yes | No | Yes+No | Yes % | Weighting Points Possible | Received | Score % | N/A | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12.062 | Did the institution document that it consulted with an RN or primary care provider (PCP) before a calculated use of OC? | 5 | 0 | 5 | 100.0% | 9 | 9.0 | 100.0% | 5 | 0 |
| 12.064 | Did the institution record how it decontaminated the inmate and did it follow the decontamination policy? | 10 | 0 | 10 | 100.0% | 8 | 8.0 | 100.0% | 0 | 0 |
| | **Component Subtotals:** | **15** | **0** | **15** | **100.0%** | **17** | **17.0** | **100.0%** | 5 | 0 |

| Reference Number | Staffing Levels and Training | Answers Yes | No | Yes+No | Yes % | Weighting Points Possible | Received | Score % | N/A | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18.002 | Information purposes only: Calculate the institution's average vacancy percentages, the number of health care staff starting within six (6) months of the OIG visit, and the number of health care staff hired from the registry. | 0 | 0 | 0 | 0.0% | 0 | 0.0 | 0.0% | 1 | 0 |

*The institution provided vacancy statistics within four licensed medical staffing groups: (1) management; (2) primary care providers; (3) supervision; and (4) rank and file nursing.*
*Total number of filled positions: 84.5*
*Total number of vacancies: 0*
*Total number of positions: 84.5*
*Vacancy percentage: 0%*
*Number of staff hired within last six months: 11 (13%)*
*Total number of registry staff: 49*

| Reference Number | Question | Yes | No | Yes+No | Yes % | Possible | Received | Score % | N/A | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18.004 | Did the institution have a registered nurse (RN) available on site 24 hours a day, seven days a week, for emergency care? | 1 | 0 | 1 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 18.005 | Did the institution have a physician on site, a physician on call, or an MOD available 24 hours a day, seven days a week, for the last 30 days? | 1 | 0 | 1 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 18.006 | Does the institution's orientation program for all newly hired nursing staff include a module for sick call protocols that require face-to-face triage? | 1 | 0 | 1 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| 18.001 | Are licensed health care staff current with their certifications and did they attend required training? | 4 | 1 | 5 | 80.0% | 4 | 3.2 | 80.0% | 0 | 0 |

| Reference Number | Staffing Levels and Training | Answers Yes | No | Yes + No | Yes % | Weighting Points Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Component Subtotals:** | **7** | **1** | **8** | **87.5%** | **16** | **15.2** | **95.0%** | 1 | 0 |

| Reference Number | Nursing Policy | Answers Yes | No | Yes + No | Yes % | Weighting Points Possible | Received | Score % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16.231 | Does the institution ensure that nursing staff review their duty statements? | 2 | 3 | 5 | 40.0% | 5 | 2.0 | 40.0% | 0 | 0 |
| 16.154 | Does the institution have written nursing policies and procedures that adhere to the department's guidelines? | 5 | 0 | 5 | 100.0% | 5 | 5.0 | 100.0% | 0 | 0 |
| 16.254 | Does the institution's supervising registered nurse (SRN) conduct periodic reviews of nursing staff? | 5 | 0 | 5 | 100.0% | 4 | 4.0 | 100.0% | 0 | 0 |
| | **Component Subtotals:** | **12** | **3** | **15** | **80.0%** | **14** | **11.0** | **78.6%** | 0 | 0 |

# California Prison Health Care Receivership Corporation's Response

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

J. Clark Kelso
Receiver

October 27, 2008

David R. Shaw, Inspector General
Office of the Inspector General
PO Box 348780
Sacramento, CA 95834-8780

Dear Mr. Shaw,

The purpose of this letter is to inform you that the Receiver's Office has received and reviewed the draft report of the Office of the Inspector General's Medical Inspection Results (MIR) for the October 2008 inspection at California State Prison, Sacramento (CSP-SAC). In the future, the OIG should provide the supporting data as part of the draft report so that relevant comments could be possible. At this time it is premature for the Receiver's Office to object or agree with the results of the MIR as we have not had an opportunity to conduct a review of the specific records and data used to reach your determinations.

Thank you for preparing the report. Your efforts have advanced our mutual objective of ensuring transparency and accountability in the California Prison Health Care Services operations. Should you have any questions or concerns, please contact Theresa Kimura-Yip, Associate Director, Policy and Field Operations at (916) 327-1205.

Sincerely,

John Hagar
Chief of Staff

# Office of the Inspector General's Comments on the Receiver's Response

The response from the receiver's office states, "In the future, the OIG should provide the supporting data as part of the draft report so that relevant comments could be possible. At this time it is premature for the Receiver's Office to object or agree with the results of the MIR [medical inspection results] as we have not had an opportunity to conduct a review of the specific records and data used to reach your determinations." In fact, consistent with the protocols jointly established with the receiver's office during the pilot phase of the inspection program, the Office of the Inspector General provided the supporting data to the health care manager at California State Prison, Sacramento. In addition, the Office of the Inspector General provided the receiver's office with a copy of the draft report and the transmittal letter to the health care manager, which indicated that the supporting data had been provided to the receiver's medical staff at the institution. Therefore, in light of the sequence of events, the receiver's office was provided the opportunity to review the specific records and data that we used to reach our conclusions.

We appreciate the desire of the receiver's office to review the supplemental information, and we will provide this information directly to the receiver's office in the future.

# APPENDIX 18

# Controlled Correspondence and Litigation Management Unit
# Executive Summary Report
# September 2008

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], and Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for September 2008 compared to August 2008.

2. **Source Data**: The statistics are derived from the Controlled Correspondence and Litigation Management Unit (CCLMU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCLMU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

| | September 2008 | August 2008 |
|---|---|---|
| Correspondence Received | 277* | 408** |
| Correspondence Completed | 300 | 343 |
| Correspondence Overdue | 128 | 137 |

* Of the 277 correspondences received, 130 of the correspondences were forwarded from the Office of Receiver to CCLMU for processing.

** Of the 408 correspondences received, 203 of the correspondences were forwarded from the Office of the Receiver to CCLMU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed and overdue.

| | September 2008 | August 2008 |
|---|---|---|
| Hotline Calls Received | 81 | 41 |
| Hotline Calls Completed | 83 | 43 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed and overdue.

| | September 2008 | August 2008 |
|---|---|---|
| Litigation Received | 58 | 61 |
| Litigation Completed | 58 | 69 |
| Litigation Overdue♦ | 0 | 0 |

♦NOTE: This is a date in time snapshot report, which means there are no overdue Hotline or Litigation items on September 30, 2008.

# Controlled Correspondence and Litigation Support Unit
# Executive Summary Report
# October 2008

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for October 2008 compared to September 2008.

2. **Source Data**: The statistics are derived from the Controlled Correspondence and Litigation Support Unit (CCLSU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCLMU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

| | October 2008 | September 2008 |
|---|---|---|
| Correspondence Received | 375* | 277** |
| Correspondence Completed | 348 | 300 |
| Correspondence Overdue | 192⁺ | 131 |

* Of the 375 correspondences received, 218 of the correspondences were forwarded from the Office of Receiver to CCLSU for processing.

** Of the 277 correspondences received, 130 of the correspondences were forwarded from the Office of the Receiver to CCLSU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed and overdue.

| | October 2008 | September 2008 |
|---|---|---|
| Hotline Calls Received | 109 | 81 |
| Hotline Calls Completed | 98 | 83 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed and overdue.

| | October 2008 | September 2008 |
|---|---|---|
| Litigation Received | 55 | 58 |
| Litigation Completed | 57 | 61 |
| Litigation Overdue♦ | 0 | 0 |

⁺NOTE: Nine of the overdue correspondences are Merit Awards completed by CCLSU. The Merit Awards were forwarded to and are pending approval by Mr. Dezember's office.

♦NOTE: This is a date in time snapshot report, which means there are no overdue Hotline or Litigation items on October 31, 2008.

**Controlled Correspondence Unit**
**Executive Summary Report**
**November 2008**

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for November 2008 compared to October 2008.

2. **Source Data**: The statistics are derived from the Controlled Correspondence Unit (CCU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

| | November 2008 | October 2008 |
|---|---|---|
| Correspondence Received | 307* | 375** |
| Correspondence Completed | 242 | 348 |
| Correspondence Overdue | 193⁺ | 192 |

* Of the 307 correspondences received, 154 of the correspondences were forwarded from the Office of Receiver to CCU for processing.

** Of the 375 correspondences received, 218 of the correspondences were forwarded from the Office of the Receiver to CCU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed and overdue.

| | November 2008 | October 2008 |
|---|---|---|
| Hotline Calls Received | 90 | 109 |
| Hotline Calls Completed | 89 | 98 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed and overdue.

| | November 2008 | October 2008 |
|---|---|---|
| Litigation Received | 46 | 55 |
| Litigation Completed | 43 | 57 |
| Litigation Overdue♦ | 0 | 0 |

⁺NOTE: Eleven of the overdue correspondences are Merit Awards completed by CCU. The Merit Awards were forwarded to and are pending approval by Mr. Dezember's office.

♦NOTE: This is a date in time snapshot report, which means there are no overdue Hotline or Litigation items on November 30, 2008.

**Controlled Correspondence Unit**
**Executive Summary Report**
**December 2008**

1. **Focus:** The following analysis represents the number of correspondence (including those received from the California Out-of-State Correctional Facility [COCF], Sacramento Central Office [SACCO], Western Interstate Compact [WIC]), litigation issues, Inmate Health Care Inquiry Line (Hotline) calls, and California Prison Health Care Receivership Corporation (CPR) website emails received, processed, and were overdue for December 2008 compared to November 2008.

2. **Source Data**: The statistics are derived from the Controlled Correspondence Unit (CCU) monthly reports.

3. **Correspondence:** The following is a breakdown of the total number of correspondence received, completed, and overdue. (Note: Beginning June 2008, CCU began responding to correspondence sent to the CPR web-site email, COCF, SACCO, and WIC.)

| | December 2008 | November 2008 |
|---|---|---|
| Correspondence Received | 426* | 307** |
| Correspondence Completed | 264 | 242 |
| Correspondence Overdue | 283+ | 193 |

* Of the 426 correspondences received, 210 of the correspondences were forwarded from the Office of Receiver to CCU for processing.

** Of the 307 correspondences received, 154 of the correspondences were forwarded from the Office of the Receiver to CCU for processing.

4. **Hotline:** The following is a breakdown of the total number of Hotline calls received, completed and overdue.

| | December 2008 | November 2008 |
|---|---|---|
| Hotline Calls Received | 109 | 90 |
| Hotline Calls Completed | 115 | 89 |
| Hotline Calls Overdue♦ | 0 | 0 |

5. **Litigation:** The following is a breakdown of the total number of litigation issues received, completed and overdue.

| | December 2008 | November 2008 |
|---|---|---|
| Litigation Received | 51 | 46 |
| Litigation Completed | 48 | 43 |
| Litigation Overdue♦ | 0 | 0 |

+NOTE: Eleven of the overdue correspondences are Merit Awards completed by CCU. The Merit Awards were forwarded to and are pending approval by Mr. Dezember's office.

♦NOTE: This is a date in time snapshot report, which means there are no overdue Hotline or Litigation items on December 31, 2008.