# APPENDICES 24-25

# PART 4 OF 7

# APPENDIX 24

# Health Care Facility Improvement Program
# California State Prison System

## AVENAL MONTHLY REPORT—AUGUST 2008



**Avenal State Prison**



**Vanir** Construction Management, Inc.

Monthly Report No. 5
August 2008

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.



### VANIR CONSTRUCTION MANAGEMENT, INC.
### HEALTH CARE FACILITY IMPROVEMENT PROGRAM

**Program Statistics**

- Location:
  Avenal State Prison
- Inmate Population:
  7,525 Inmates
- Procurement Methods:
  Design Build,
  Design Bid Build
- Program Stages:
  Design,Construction
  and Procurement

**Project Issues**

Master Plan Addendum No. 1 approved the adjustment to the Program Budget and authorized the Implementation Team to move forward and proceed on all projects. An updated Implementation Plan is in development to be issued to define revised implementation strategies re- suiting for the additional work scope.

A Valley Fever Plan has been developed and is under re- view by CPR and governing agencies.

### Project Description

The Avenal State Prison Program con- sists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procure- ment and services for Eight 5th Wheel Medical Clinics , procurement and set up of a temporary administration modu- lar, renovation to areas within the Infir- mary Building 390, conversion of exist- ing medical building 395 into a Phar- macy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, ap- proved in July, 2008 added project scope to include the expansion of medi- cal records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and cen- tral core clinic trailers as well as addi- tion of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Additional contract time was added to the ASP-04 construction duration. This extension coupled with the addition of work scope added by Master Plan Ad- dendum No. 1 (ASP-08), has pushed the Projected Program Completion

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access
 Modulars

## BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,439,000.00 |
| Program Budget Adjustments | $5,990,830.00 |
| Current Program Budget | $33,249,830.00 |
| Projected Program Cost | $33,429,830.00 |
| Encumbrances To-Date | $2,621,018.75 |
| Expended To-Date | $1,899,426.02 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Nov. 2009 |

# Avenal State Prison




## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.
**VANIR**

### VANIR CONSTRUCTION MANAGEMENT, INC.
### 5TH WHEEL MEDICAL CLINICS, CORE
### ASP-01A

**Project Statistics**
- Location:
  Avenal State Prison
- Project Name:
  ASP-01a 5th Wheel Medical Clinics Core
- Vanir CM Representative:
  Kimberly Bobio
- Supplier:
  K&D
- Procurement Method:
  Bid-Build
- Project Stage:
  Complete

**Project Issues:**

Both 5th wheel medical clinics located in front of building #395 are complete and are fully operational.

Awaiting final trailer connection costs from ASP Plant Operations.

Approval was given to provide a shade canopy between the trailers and over the deck. Design for the canopy was included in the MP Addendum.

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement:**
July 9, 2007 - October 19, 2007
**Delivery:**
October 31, 2007
**Hook-up & Occupancy**
October 31 — November 13, 2007
**Duration:**
Four (4) months



**West view of fully operational 5th Wheel Medical clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,800.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

Project is Complete
| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- **Location**
  Avenal State Prison
- **Project Name**
  ASP-01b: 5th Wheel
  Medical Clinics, Facility
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  American Custom
  Coach
- **Procurement Method**
  Bid-Build
- **Project Stage**
  Complete

## Project Issues

All six 5th wheel medical trailer clinics have been delivered, set up and turned over to the facility for their intended use.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY– ASP-01B

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, work-space, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be con-structed and occupied. Each trailer has ADA compliant ramping and perimeter fenc-ing with two man-gates.

### Schedule Narrative

**Procurement:**
December 1, 2007 -
January 30, 2008
**Delivery:**
February 22, 2008 -
July 31, 2008
**Hook-up & Occupancy**
April 9 - August, 2008
**Duration:**
Eight (8) months



North View of Facility One 5th Wheel Medical Clinic

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,092,113.93 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,092,113.93 |

## SCHEDULE STATUS

Project is Complete
| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison





**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**

## VANIR CONSTRUCTION MANAGEMENT, INC.
## TEMPORARY ADMINISTRATION & HEALTH
## CARE CUSTODY ACCESS MODULARS – ASP–02

### Project Statistics
- **Location:**
  Avenal State Prison
- **Project Name:**
  ASP-02 Temporary Administration & Health care Custody Access Modulars
- **Vanir CM Representative:**
  Scott Murphy
- **Supplier:**
  Pacific Mobile
- **Procurement Method:**
  Bid - Build
- **Project Stage:**
  Complete

### Project Issues
Temporary Admin Modular is complete.

Additional work added to the project by Master Plan Adden. dum No. 1 includes the 24'x60' Custody Access Trailer, as well as the addition of phone/ data and new lighting in the existing transportation office/ future Dental Administration office.

VCM has requested quotes to provide basement at an adjacent pad for the 16 transportation vans use.

#### Project Description
Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two restrooms and a meeting area. The modular unit shall be located next to Building 495.

#### Schedule Narrative
**Procurement:**
January 22, 2008 -March 28, 2008
**Delivery:**
April 21, 2008
**Hook-up & Occupancy**
April 22 - June 18, 2008
**Duration:**
Six (6) months. Increased due to additional work related to Custody Access Modular



East View of the new Temporary Administration Modular

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $159,725.00 |
| Current Construction Budget: | $150,000.00 |
| Actual Construction Contract Amount: | $94,533.62 |
| Change Orders Approved to Date: | $120,810.77 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $15,150.00 |
| Projected Construction Contract Cost: | $235,000.00 |
| Construction Contract Paid to Date: | $43,155.26 |
| Projected Project Budget: | $242,000.00 |
| Total Encumbrance: | $215,344.39 |
| Paid to Date: | $43,155.26 |

## SCHEDULE STATUS

Project is substantially complete

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | June 17, 2008 |
| Projected Project Completion Date: | June 17, 2008 |
| Project Occupancy (Temp. Admin.) | June 18, 2008 |
| (Custody Access) | August , 2008 |

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.
**VANIR**



### VANIR CONSTRUCTION MANAGEMENT, INC.
### INFIRMARY CONVERSION AND PHARMACY— ASP-03

**Project Statistics**
- Location:
  Avenal State Prison
- Project Name:
  ASP-03 Infirmary Conversion and Pharmacy
- Vanir CM Representative:
  Stuart Buck
- Contractor:
  JTS Construction
- Procurement Method:
  Design Bid Build
- Project Stage:
  Construction

**Project Issues:**

JTS Construction was issued the Notice to Proceed on August 11, 2008.

JTS is under construction in Building 395.

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



Infirmary Building 390

### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is on schedule.



Building 395; Future Pharmacy

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $2,786.00 |
| Change Orders Pending: | $8,940.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $64,440.00 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $409,226.00 |
| Paid to Date: | $64,440.00 |

## SCHEDULE STATUS

| Project Is in the Contract Award Phase: | |
|---|---|
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 12/25/08 |
| Projected Project Completion Date: | 12/25/08 |
| Project Occupancy: | Pending |

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

### VANIR

**Project Statistics**
- Location
  - Avenal State Prison
- Project Name
  - ASP-04 Modular Health Services Clinics, Ad. Seg. Clinic & Administration Bldg
- Vanir CM Representative
  - Stuart Buck
- Contractor
  - To Be Determined
- Procurement Method
  - Design Build
- Project Stage
  - Bid Phase

**Project Issues**
Inclusion of the additional scope from Master Plan Addendum No. 1 to expand the Admin. Building to accommodate the Custody Access Team and include the Ad. Seg. Clinic Modular, previously included in Bid Package ASP-06 as an interior construction project, was added in this Bid Package with minimal delays to the issuance of the ASP-04 bid documents.

The project is out to bid. A pre-bid meeting is scheduled for September 3rd with as many as 70 contractors anticipated to attend. The bid date is scheduled for September 16th.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION BUILDING & AD. SEG. CLINIC – ASP-04

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

The 30-day bid phase is underway.

The duration of the manufacturing and construction has been extended from 265 days to 385 days resulting from feedback from prospective contractors.



Location of Future Modular Health Services Administration Building



North East View of Future Home to Complex Clinic Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $15,860,100.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $110,357.94 |
| Paid to Date: | $106,210.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award:  [Planned] | 10/27/08 |
| Current Project Completion Date: | 10/15/09 |
| Projected Project Completion Date: | 10/15/09 |
| Project Occupancy: | Pending |

# Avenal State Prison





## VANIR CONSTRUCTION MANAGEMENT, INC.
## CLINIC PILL CANOPIES—ASP-05

**Project Statistics**

- Location:
  Avenal State Prison
- Project Name
  ASP-05, Clinic Pill Canopies
- Vanir CM Representative
  Kimberly Boblo
- Contractor
  To Be Determined
- Procurement Method
  Design Build
- Project Stage
  Design

**Project Issues**

Locations for future Pill Canopies at each yard have been identified. Development of Bid Package has begun.

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been re-scoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

PILL LINE SHADE STRUCTURES

**Pill Line Shade Structures**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,000.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $840,000.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $18,101.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 11/21/08 |
| Current Project Completion Date: | 3/27/09 |
| Projected Project Completion Date: | 3/27/09 |
| Project Occupancy: | Pending |

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

**VANIR**

### Project Statistics

- Location:
  - Avenal State Prison
- Project Name
  - ASP-06: Medical Supply Warehouse
- Vanir CM Representative
  - Stuart Buck
- Contractor
  - To Be Determined
- Procurement Method
  - Design Build
- Project Stage
  - Design

### Project Issues

Bid Package is ready to be advertised for bid and issued. Waiting completion of ASP-04 bid period to minimize confusion to prospective bidders with multiple packages out at the same time.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL SUPPLY WAREHOUSE– ASP-06

### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage. This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records. The warehouse will allow for three tier high pallet stacking of bulk supplies. The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

### Schedule Narrative

The 35-day bid process postponed from August 18, 2008 to late September due to bidding period overlap with ASP-04.



Future Location of Medical Supply Warehouse

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,785,000.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $29,500.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 11/24/08 |
| Current Project Completion Date: | May, 2009 |
| Projected Project Completion Date: | May, 2009 |
| Project Occupancy: | Pending |

Monthly Report No. 5
August 2008

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.



### Project Statistics
- Location
  - Avenal State Prison
- Project Name
  - ASP-07 Nurse Call System
- Vanir CM Representative
  - Kimberly Bond
- Contractor
  - Serban Sound and Communication
- Procurement Method
  - Purchase Order
- Project Stage
  - Procurement & Construction

### Project Issues

Serban Sound and communication has been awarded the project.

Manufacturing of nurse call plates is in progress.

# VANIR CONSTRUCTION MANAGEMENT, INC.
# NURSE CALL SYSTEM– ASP-07

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

The contractor has completed site reviews and shop drawings and has begun manufacturing the nurse call system. The system is scheduled to be operational by November 2008.



Existing Nurse Call Patient Panel

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $60,000.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 06/13/08 |
| Current Project Completion Date: | 10/24/08 |
| Projected Project Completion Date: | 10/24/08 |
| Project Occupancy: | N/A |



# Avenal State Prison





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL RECORDS EXPANSION, INMATE WAITING
## & CLINIC PILL ROOM RENOVATION–ASP-08

**Project Statistics**

- Location:
  Avenal State Prison
- Project Name:
  ASP-08: Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation
- Vanir CM Representative
  Stuart Buck
- Contractor:
  To Be Determined
- Procurement Method
  Design-Bid-Build
- Project Stage
  Design

**Project Issues**

Projects are currently under design.

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building. The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms. The waiting space will provide three additional separate secure waiting areas.
This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of

### Schedule Narrative
The project is currently under design



North View of Existing Medical Records Building

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $18,101.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Mar. 2009 |
| Current Project Completion Date: | Nov. 2009 |
| Projected Project Completion Date: | Nov. 2009 |
| Project Occupancy: | Pending |



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM
## CALIFORNIA STATE PRISONS - AVENAL
### Construction Phase - Planned versus Actual

# APPENDIX 25

# Health Care Facility Improvement Program
# California State Prison System

## AVENAL MONTHLY REPORT-SEPTEMBER 2008



**Avenal State Prison**



# CALIFORNIA
# PRISON HEALTH CARE
# RECEIVERSHIP CORP.

**Vanir** Construction Management, Inc.

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

### VANIR CONSTRUCTION MANAGEMENT, INC.
### HEALTH CARE FACILITY IMPROVEMENT PROGRAM

**Program Statistics**

- Location:
  - Avenal State Prison
- Inmate Population:
  - ±5 inmates
- Procurement Methods:
  - Design-Build
  - Design-Bid-Build
- Program Scope:
  - New construction and renovations

**Project Issues**

Master Plan Addendum No. 1 approved the CDCR team to the Program Budget and authorized the implementation team to move forward and proceed on all projects. An updated Implementation Plan is in development to be issued to define revised implementation strategies resulting for the additional work scope.

A Valley Fever Plan has been developed and is under review by CPR and governing agencies.

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics, procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, approved in July, 2008 added project scope to include the expansion of medical records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and central core clinic trailers as well as addition of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Additional contract time was added to the ASP-04 construction duration. This extension coupled with the addition of work scope added by Master Plan Addendum No. 1 (ASP-08), has pushed the Projected Program Completion

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access
  Modulars

## BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,500,000.00 |
| Program Budget Adjustments | $5,929,830.00 |
| Current Program Budget | $33,429,830.00 |
| Projected Program Cost | $33,269,005.00 |
| Encumbrances To-Date | $4,277,204.98 |
| Expended To-Date | $1,928,433.40 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Nov. 2009 |

# Avenal State Prison





## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.
### VANIR

### VANIR CONSTRUCTION MANAGEMENT, INC.
### 5TH WHEEL MEDICAL CLINICS, CORE
### ASP-01A

**Project Statistics**
- Location
  Avenal State Prison
- Project Name
  ASP-01 5th Wheel Medical Clinics, Core
- Vanir CM Representative
  Bill Harrington
- Supplier
  Williams Scotsman
- Procurement Method
  CMF Build
- Project Stage
  Complete

**Project Issues**

Both 5th wheel medical clinics located in front of Building #395 are complete and are fully operational.

Awaiting final trailer connection costs from ASP plan operations.

Approval was given to provide a shade canopy between the two trailers and over the deck. The line for the canopy was included in the MP Addendum.

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement:**
July 9, 2007 -
October 19, 2007
**Delivery:**
October 31, 2007
**Hook-up & Occupancy**
October 31 —
November 13, 2007
**Duration:**
Four (4) months



West view of fully operational 5th Wheel Medical clinic

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,860.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY— ASP-01B

### Project Statistics
- Location:
  At Avenal State Prison
- Project Name:
  ASP-01B (5th Wheel Medical Trailer Facility)
- Vanir CM Representative:
  Jason Murray
- Supplier:
  American Modular
- Procurement Method:
  Bid / Build
- Project State:
  Completed

### Project Issues:
All six 5th wheel medical trailer clinics have been delivered, set up and turned over to the facility for their intended uses.

### Project Description
Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, work-space, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be con-structed and occupied. Each trailer has ADA compliant ramping and perimeter fenc-ing with two man-gates.

### Schedule Narrative
**Procurement:**
   December 1, 2007 - January 30, 2008
**Delivery:**
   February 22, 2008 - July 31, 2008
**Hook-up & Occupancy**
   April 9 - August, 2008
**Duration:**
   Eight (8) months



North View of Facility One 5th Wheel Medical Clinic

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,109,461.31 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,109,451.31 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.



### VANIR CONSTRUCTION MANAGEMENT, INC.
### TEMPORARY ADMINISTRATION & HEALTH CARE CUSTODY ACCESS MODULARS – ASP–02

**Project Statistics**
- Location
  - Avenal State Prison
- Project Name
  - ASP-02 Temporary Administration and Health Care Custody Access Modulars
- Vanir CM Representative
  - Saul Camacho
- Supplier
  - Pacific Mobile
- Procurement Method
  - Best Price
- Project Stage
  - Complete

**Project Issues**
Temporary Admin Modular is complete.

Additional work added to the project by Master Plan Addendum No. 3, includes the 24'x60' Custody Access Modular, as well as the addition of phone, data, and relocating to the existing transportation trailer, future Dental Administration office.

VCM has requested a quote to provide paved lots to adjacent pad for the Custody Access Modular use.

**Project Description**

Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two restrooms and a meeting area. The modular unit shall be located next to Building 495.

**Schedule Narrative**
**Procurement:**
    January 22, 2008 -March 28, 2008
**Delivery:**
    April 21, 2008
**Hook-up & Occupancy**
    April 22 - June 18, 2008
**Duration:**
    Six (6) months. Increased due to additional work related to Custody Access Modular



East View of the new Temporary Administration Modular

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $159,725.00 |
| Current Construction Budget: | $150,000.00 |
| Actual Construction Contract Amount: | $99,533.62 |
| Change Orders Approved to Date: | $135,960.77 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $235,000.00 |
| Construction Contract Paid to Date: | $43,155.26 |
| Projected Project Budget: | $242,000.00 |
| Total Encumbrance: | $230,494.39 |
| Paid to Date: | $43,155.26 |

## SCHEDULE STATUS

**Project is substantially complete**

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | June 17, 2008 |
| Projected Project Completion Date: | June 17, 2008 |
| Project Occupancy (Temp. Admin.) | June 18, 2008 |
| (Custody Access) | August , 2008 |

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

### VANIR

**Project Statistics**
- Location
  *Avenal State Prison*
- Project Name
  *ASP-03 Infirmary Conversion and Pharmacy*
- Vanir CM Representative
  *Kent Caldwell*
- Contractor
  *JTS Construction*
- Procurement Method
  *Negotiated Contract*
- Project Status
  *Construction*

**Project Issues**

JTS Construction was issued the Notice to Proceed on August 11, 2008.

JTS is under construction in Building #395.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## INFIRMARY CONVERSION AND PHARMACY–
## ASP-03

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.

### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is on schedule.



Infirmary Building 390



Building 395; Future Pharmacy

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $11,726.00 |
| Change Orders Pending: | ($465.00) |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $64,440.00 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $408,761.00 |
| Paid to Date: | $64,440.00 |

## SCHEDULE STATUS

**Project is in the Contract Award Phase:**

| | |
|---|---|
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 12/25/08 |
| Projected Project Completion Date: | 12/25/08 |
| Project Occupancy: | Pending |

Monthly Report No. 6
September 2008

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.
**VANIR**



VANIR CONSTRUCTION MANAGEMENT, INC.
MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION
BUILDING & AD. SEG. CLINIC – ASP-04



**Project Statistics**
- Location
- Project Name
- Vanir CM Representative
- Contractor
- Procurement Method
- Project Status

**Project Issues**

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

Project has been bid. Reviewing seven (7) proposals from contractors.

The duration of the manufacturing and construction has been extended from 265 days to 385 days resulting from feedback from prospective contractors.



Location of Future Modular Health Services
Administration Building



North East View of Future Home to Complex Clinic
Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $15,860,100.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $113,907.94 |
| Paid to Date: | $92,520.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 10/27/08 |
| Current Project Completion Date: | 10/15/09 |
| Projected Project Completion Date: | 10/15/09 |
| Project Occupancy: | Pending |

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.
## VANIR



## VANIR CONSTRUCTION MANAGEMENT, INC.
## CLINIC PILL CANOPIES—ASP-05

### Project Statistics
- **Location:**
  Avenal State Prison
- **Project Name:**
  ASP-05 Clinic Pill
  Canopies
- **Vanir CM Representative:**
  Kimberly Poole
- **Contractor:**
  Undetermined
- **Procurement Method:**
  Design Build
- **Project Size:**
  TBD

### Project Issues
Locations for future Pill
Canopies at each yard
have been identified; de-
velopment of Bid Package
has begun.

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been re-scoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

PILL LINE SHADE STRUCTURES

**Pill Line Shade Structures**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,400.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $840,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 12/11/08 |
| Current Project Completion Date: | 4/16/09 |
| Projected Project Completion Date: | 4/16/09 |
| Project Occupancy: | Pending |

Monthly Report No. 6
September 2008

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

### Project Statistics
- Location:
  Avenal State Prison
- Project Name:
  ASP-06 Medical Supply Warehouse
- Vanir CM Representative:
  Stuart Buck
- Contractor:
  (to be determined)
- Procurement Method:
  Design-Build
- Project Stage:
  Design

### Project Issues
Bid Package is ready to be advertised for bid and is-sued. Waiting completion of ASP-04. Decision to minimize conflicts into pro-spective bidders with mul-tiple packages out at the same time.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL SUPPLY WAREHOUSE– ASP-06

### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equip-ment inventory and storage. This in-cludes fully caged interior warehouse areas for bulk storage items, "hot" se-cure medical supplies and death and archive medical records. The ware-house will allow for three tier high pal-let stacking of bulk supplies. The build-ing also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

### Schedule Narrative

The 35-day bid process postponed from August 18, 2008 to October 08, due to bidding period overlap with ASP-04.



Future Location of Medical Supply Warehouse

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | (Pending Award) |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,785,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $27,1800.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 12/22/08 |
| Current Project Completion Date: | 06/23/09 |
| Projected Project Completion Date: | 06/23/09 |
| Project Occupancy: | Pending |

Monthly Report No. 6
September 2008

# Avenal State Prison





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- Location
  Avenal State Prison
- Project Name
  ASP-07 Nurse Call System
- Vanir CM Representative
  Kim Poe-Hobbs
- Contractor
  Serban Sound and Communication
- Procurement Method
  Purchase Order
- Project Stage
  Construction

## Project Issues

Serban Sound and communication has been awarded the project.

Manufacturing of nurse call plates is in progress.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## NURSE CALL SYSTEM– ASP-07

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

The contractor has completed site reviews and shop drawings and has begun manufacturing the nurse call system. The system is scheduled to be operational by November 2008.



Existing Nurse Call Patient Panel

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $60,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 06/13/08 |
| Current Project Completion Date: | 10/30/08 |
| Projected Project Completion Date: | 10/30/08 |
| Project Occupancy: | N/A |

# Avenal State Prison





## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.
## VANIR



**Project Statistics**
- Location:
  Avenal State Prison
- Project Name:
  ASP-08 Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation
- Vanir CM Representative:
  Steph Ehret
- Contractor:
  To Be Determined
- Procurement Method:
  Design-Bid-Build
- Project Stage:
  Design



**Project Issues**

Projects are currently under design.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL RECORDS EXPANSION, INMATE WAITING
## & CLINIC PILL ROOM RENOVATION–ASP-08

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building.  The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms.  The waiting space will provide three additional separate secure waiting areas.

This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of medication distribution to inmates.

### Schedule Narrative
The project is currently under design



North View of Existing Medical Records Building

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 04/01/09 |
| Current Project Completion Date: | 11/19/09 |
| Projected Project Completion Date: | 11/19/09 |
| Project Occupancy: | Pending |



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM
## CALIFORNIA STATE PRISONS - AVENAL
### Construction Phase - Planned versus Actual

| Task Name | Baseline Start | Baseline Finish | Start | Finish |
|---|---|---|---|---|
| 1.a. Emergency Clinic Trailers | 7/9/07 | 11/13/07 | 7/9/07 | 11/13/07 |
| 1.b. Emergency Clinic Trailers | 7/10/07 | 3/13/08 | 7/10/07 | 8/29/08 |
| 2. Temporary Administration & Custody Access Modulars | 1/22/08 | 3/24/08 | 1/22/08 | 6/18/08 |
| 3. Infirmary Conversion & Pharmacy | 2/8/08 | 10/22/08 | 2/8/08 | 12/25/08 |
| 4. Modular Health Services Clinic, Administration Building & Admin. Seg. Clinic | 2/1/08 | 1/21/09 | 2/1/08 | 10/8/09 |
| 5. Pill Canopies | 7/21/08 | 3/27/09 | 7/21/08 | 4/16/09 |
| 6. Medical Supply Warehouse | 2/15/08 | 12/5/08 | 4/14/08 | 6/23/09 |
| 7. Nurse Call System | 4/7/08 | 10/10/08 | 4/7/08 | 10/30/08 |
| 8. Medical Records Expansion, Inmate Waiting & Pill Room Renovation | 8/5/08 | 10/28/09 | 8/5/08 | 11/19/09 |

Project: Avenal
Date: 8/31/08

Task    Progress    Baseline

Page 1