# APPENDICES 26-29

# PART 5 OF 7

# APPENDIX 26

# Health Care Facility Improvement Program
# California State Prison System

## AVENAL MONTHLY REPORT-OCTOBER 2008



**Avenal State Prison**



# CALIFORNIA
# PRISON HEALTH CARE
# RECEIVERSHIP CORP.

**Vanir** Construction Management, Inc.

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.



# VANIR CONSTRUCTION MANAGEMENT, INC.
## HEALTH CARE FACILITY IMPROVEMENT PROGRAM

### Program Statistics

- Location:
  Avenal State Prison
- Inmate Population:
  7,500 inmates
- Procurement Methods:
  Design Bid
  Design Build
- Program Stages:
  Design, construction,
  and procurement

### Project Issues

Medical Warehouse will be brought online later during the program, considering the overall time, delivery and State-wide system supply.

A Valley Fever Pilot Border review by CPR and governing agencies. Training materials and information efforts are in development and review.

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics, procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, approved in July, 2008 added project scope to include the expansion of medical records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and central core clinic trailers as well as addition of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Notice of Intent to Award ASP-04 contract initiated. Contract execution and verification of bonds and insurance are in progress to allow issuance of NTP.

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access
    Modulars

## BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,500,000.00 |
| Program Budget Adjustments | $5,929,830.00 |
| Current Program Budget | $33,429,830.00 |
| Projected Program Cost | $33,269,005.00 |
| Encumbrances To-Date | $17,535,704.98 |
| Expended To-Date | $2,013,991.40 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Nov. 2009 |

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

### VANIR CONSTRUCTION MANAGEMENT, INC.
### 5TH WHEEL MEDICAL CLINICS, CORE
### ASP-01A

**Project Statistics**
- Location
  Avenal State Prison
- Project Name
  ASP-01a - 5th Wheel
  Medical Clinics Core
- Vanir CM Representative
  Rick Senteney
- Supplier
- Procurement Method
  Bid - Build
- Project Status
  Complete

**Project Issues**

Both 5th wheel medical clinics located in front of Building #395 are complete and are fully operational.

Approval was given to provide a shade canopy to protect the trailers from the elements. Design sign-off is being tracked and included in the MP1 addendum.

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement:**
  July 9, 2007 -
  October 19, 2007
**Delivery:**
  October 31, 2007
**Hook-up & Occupancy**
  October 31 —
  November 13, 2007
**Duration:**
  Four (4) months



West view of fully operational 5th Wheel Medical clinic

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,860.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison

 CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.


## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY–ASP-01B

**Project Statistics**
- **Location:**
  Avenal State Prison
- **Project Name:**
  ASP 5th Wheel Medical Clinic Facility
- **Vanir CM Representative:**
  Scott Whitney
- **Supplier:**
  American Tradition
- **Procurement Method:**
  Hard Bid
- **Project Status:**
  Complete

**Project Issues**

All six (6) 5th wheel medical trailer clinics have been delivered, set up and turned over to the facility for their intended use.

Some warranty issues with heaters, ice makers, and the titled trailer registration noted and correcting. Final payment is being withheld until corrections are satisfactorily completed.

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, workspace, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be constructed and occupied. Each trailer has ADA compliant ramping and perimeter fencing with two man-gates.

### Schedule Narrative

**Procurement:**
December 1, 2007 - January 30, 2008

**Delivery:**
February 22, 2008 - July 31, 2008

**Hook-up & Occupancy**
April 9 - August, 2008

**Duration:**
Eight (8) months



**North View of Facility One 5th Wheel Medical Clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,109,451.31 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,109,451.31 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.
**VANIR**



### VANIR CONSTRUCTION MANAGEMENT, INC.
## INFIRMARY CONVERSION AND PHARMACY—ASP-03

**Project Statistics**
- Location
  Avenal State Prison
- Project Name
  ASP-03 Infirmary Conversion and Pharmacy
- Vanir CM Representative
  Sun Hestol
- Contractor
  JG Construction
- Procurement Method
  Design-Bid-Build
- Project Status
  Construction

**Project Issues**
JG Construction was issued the Notice to Proceed on August 11, 2008.

JG is near completion in Building #395 and starting work in Building #390.

#### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



Infirmary Building 390

#### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is on schedule.



Building 395; Future Pharmacy

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $11,261.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $187,133.40 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $408,761.00 |
| Paid to Date: | $187,133.40 |

## SCHEDULE STATUS

| | |
|---|---|
| Project is in the Contract Award Phase: | |
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 12/25/08 |
| Projected Project Completion Date: | 12/25/08 |
| Project Occupancy: | Pending |

Monthly Report No. 7
October 2008

# Avenal State Prison



## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

VANIR



VANIR CONSTRUCTION MANAGEMENT, INC.
MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION
BUILDING & AD. SEG. CLINIC – ASP-04

### Project Statistics

- **Location:**
  (Avenal State Prison)
- **Project Name:**
  ASP-04 Modular Health Services Facility, New Ad. Seg. Clinic & Administration Bldg.
- **Vanir CM Representative:**
  (Edward Ruiz)
- **Contractor:**
  (To be determined)
- **Procurement Method:**
  (Design Bid Build)
- **Project Stage:**
  (Bid / Award Phase)

### Project Issues

The project closed (was on September 12th) with the Award issued to Contractor. Contract execution and verification of bonds and insurance is pending.

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad. Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

Contract duration is 385 days. Waiting on contract execution and verification of bonds and insurance to issue Notice to Proceed.

Due to award and NTP to be issued later than planned, project completion date has shifted out.



Location of Future Modular Health Services
Administration Building



North East View of Future Home to Complex Clinic
Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | $13,255,500.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $15,860,100.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $13,372,407.94 |
| Paid to Date: | $92,520.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Nov. 08 |
| Current Project Completion Date: | Dec. 09 |
| Projected Project Completion Date: | Dec. 09 |
| Project Occupancy: | Pending |

# Avenal State Prison



**CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.**



**VANIR**

## VANIR CONSTRUCTION MANAGEMENT, INC.
### CLINIC PILL CANOPIES–ASP-05

### Project Status
- Location:
  - Avenal State Prison
- Project Name:
  - ASP-05 Clinic Pill Canopies
- Vanir CM Representative
  - Anthony Hoder
- Contractor:
  - To be determined
- Procurement Method:
  - Design Build
- Project Budget:
  - Design

### Project Issues

Locations for future Pill Canopies at each yard have been identified. Development of Bid Package has begun.

---

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been re-scoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

---

PILL LINE SHADE STRUCTURES

**Pill Line Shade Structures**

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,400.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $840,000.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 12/11/08 |
| Current Project Completion Date: | 4/16/09 |
| Projected Project Completion Date: | 4/16/09 |
| Project Occupancy: | Pending |

# Avenal State Prison





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

**VANIR**

### Project Statistics

- **Location**
  - Avenal State Prison
- **Project Name**
  - ASP-06 Medical Supply Warehouse
- **Vanir CM Representative**
  - Ron J. Dick
- **Contractor**
  - To be determined
- **Procurement Method**
  - Design-Build
- **Project Size**
  - 4,000 s.f.

### Project Issues

Bid Package is complete and on hold as CPR considers and studies State-wide supply chain system and "just in time" delivery through centralized warehousing.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL SUPPLY WAREHOUSE– ASP-06

### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage. This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records. The warehouse will allow for three tier high pallet stacking of bulk supplies. The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

### Schedule Narrative

Project on hold. Schedule unknown. Project status to be determined.



Future Location of Medical Supply Warehouse

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,785,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $27,180.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Unknown |
| Current Project Completion Date: | Pending |
| Projected Project Completion Date: | Pending |
| Project Occupancy: | Pending |

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.
### VANIR



# VANIR CONSTRUCTION MANAGEMENT, INC.
# NURSE CALL SYSTEM– ASP-07

**Project Statistics**

- Location
  - Avenal State Prison
- Project Name
  - Asp-07 Nurse Call System
- Vanir CM Representative
  - Kimberly Ehler
- Contractor
  - Church Sound and Communication
- Procurement Method
  - Purchase Order
- Project Stage
  - Construction

**Project Issues**

Serban Sound and communication has been awarded the project.

Manufacturing of nurse call plates is in progress. Manufacturing delay, contractor attempting to expedite completed system components and complete work on schedule.

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

The contractor has completed site reviews and shop drawings and has begun manufacturing the nurse call system. The system is scheduled to be operational by November 2008.



**Existing Nurse Call Patient Panel**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $60,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 06/13/08 |
| Current Project Completion Date: | 11/15/08 |
| Projected Project Completion Date: | 11/15/08 |
| Project Occupancy: | N/A |

# Avenal State Prison



## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.
**VANIR**



### VANIR CONSTRUCTION MANAGEMENT, INC.
### MEDICAL RECORDS EXPANSION, INMATE WAITING
### & CLINIC PILL ROOM RENOVATION–ASP-08

**Project Statistics**
- Location
  - Avenal State Prison
- Project Name
  - ASP-08 Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation
- Vanir CM Representative
  - [illegible]
- Contractor
  - [illegible]
- Procurement Method
  - Design/Bid/Build
- Project Stage
  - Design

**Project Issues**

Project is currently under design

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building. The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms. The waiting space will provide three additional separate secure waiting areas.

This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of medication distribution to inmates.



### Schedule Narrative
The project is currently under design

**North View of Existing Medical Records Building**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | 04/01/09 |
| Current Project Completion Date: | 11/19/09 |
| Projected Project Completion Date: | 11/19/09 |
| Project Occupancy: | Pending |

# APPENDIX 27

**California Prison Health Care Receivership Corporation**
**(CPR)**
**Rehabilitation Services Advisory Council**

## CHARTER

### I.    PURPOSE

The Rehabilitation Services Advisory Council (RSAC) has been established by Receiver J. Clark Kelso to provide expert advice in the design and development of effective rehabilitative programs for the inmate-patients of the seven new California Prison Healthcare Facilities.  The RSAC is designed to be a body of public and private sector experts in the fields of rehabilitation programs, national standards, mental health, reentry services, and governmental accountability in order to obtain the highest quality of advice to be able to ensure optimum quality and accountability for services delivered.

The Receiver's Turnaround Plan of Action calls for the construction of seven new secure healthcare facilities for approximately 10,000 inmate patients whose medical and/or mental condition requires separate housing to facilitate appropriate access to necessary health care services.  This objective is to be completed by July 2013. The Federal Receiver's Turnaround Plan of Action will add the critical component of delivering effective Rehabilitation Services to the inmate patients with the goal of improving rehabilitative outcomes, and for those patients who will parole, providing successful transition and re-entry into the community. Rehabilitation Services will include Education, Life Skills, Substance Abuse, Faith Based Programs, Visiting/Family Reunification, Library, Reentry and other therapy programs that will be designed to support a holistic, patient-centered wellness model.

In July 2005, in recognition of the importance of rehabilitation on recidivism and public safety, the California Legislature placed "Rehabilitation" back into the core mission of the California Department of Corrections and Rehabilitation.  In May 2007, Assembly Bill 900 (AB 900) further emphasized the importance of rehabilitation by placing several requirements into law designed to improve rehabilitation opportunities for offenders. Specifically, AB 900 adds Government Code Section 15819.40(a)(1)(B)(2) which requires that any new beds constructed pursuant to AB 900 shall be supported by rehabilitative programming for inmates, including, but not limited to, education, vocational programs, substance abuse treatment programs, employment programs and prerelease planning.  While the 10,000 beds are not constructed pursuant to AB 900, the Receiver has determined that rehabilitative programming consistent with the requirements of AB 900 will be offered at the new CHCF's.  The patient Rehabilitation Programs offered will also be compliant with Penal Code Sections: 2054.2, 2053.1, 2062(a), 3020, and 3430.

The Rehabilitation Services delivered will be evidenced-based and the outcomes monitored for efficacy.  Program designs and delivery systems will be created consistent with the core program values of economy, transparency, trustworthiness, integrity, respect, collaboration, responsibility, and accountability.

1

## II.  MEMBERSHIP

1.  Membership of the Rehabilitation Services Advisory Council (RSAC) shall include the following representatives:

    - The Receiver (or designee);
    - Morris Thigpen, Director, Of the National Institute of Corrections;
    - Harold W. Clarke, President of the American Correctional Association/Commissioner of the Massachusetts, Department of Corrections;
    - Stuart Drown, Executive Director, Little Hoover Commission;
    - David Shaw, Chairman, California Rehabilitation Oversight Board and California Inspector General;
    - Renee' Zito, Director of the California Department of Alcohol and Drug Programs;
    - Janis R. Thibault, MFT, CADC, CAS, Director of the Lawyer Assistance Program of the State Bar of California. Previous Program Administrator for the Physician Diversion Program of the Medical Board of California;
    - Rusty Selix, Executive Director of the Mental Health Association in California and the California Council of Community Mental Health Agencies;
    - Stephen Steurer, Ph.D., Executive Director of the Correctional Education Association and Assistant Professor of Criminology, University of Maryland University Colleges;
    - Arnold Perkins, retired Director of the Alameda County Public Health; Previous Executive Director of a non-profit and high school principal, counselor and teacher;
    - An executive consultant with operational experience in successfully delivering community-based transitional services for mentally impaired and/or medically fragile patients/parolees;
    - Samuel Huddleston, Assistant Superintendent of the Northern California and Nevada District Assemblies of God. Pastor of the Lighthouse Covenant Fellowship in Benicia, California. Previous Executive Director of Match Two Prisoner Outreach and previously incarcerated;
    - Susan F. Turner, Ph.D., Co-Director, Center for Evidence-Based Corrections; Professor, California State University, Irvine; and California Rehabilitation Oversight Board Member.

2.  The Receiver or his designee shall serve as chair of the RSAC.

3.  It is estimated that council members, in coordination with the RSAC chair, shall meet quarterly and shall review, analyze and make recommendations to the Receiver on matters relating to the development of the Rehabilitation Services Program.

2

## III.    OBJECTIVES

The RSAC shall consider and advise the Receiver on issues, items and topics brought forth by the Receiver or as identified and agreed to by a majority of the Council members. Topics may include, but not be limited to the following:

- The approach(es) used for design and development of Rehabilitation Programs;
- Program and services scope;
- Program budgets;
- Project schedules;
- Control procedures used to ensure program quality, fidelity and efficacy
- Control procedures used to ensure system accountability for evidenced based outcomes;
- Program designs, activation organization, plans and progress;
- The organizational structure for project management and accountability.

The RSAC will receive regular periodic presentations by project management staff and will receive project reports as necessary.

## IV.    MEETING LOCATION AND FREQUENCY

1. The RSAC shall meet quarterly, at a time and place determined by the Council chair.
2. The RSAC may meet more frequently as requested by the Council chair.
3. Subcommittees of the RSAC may be formed, as necessary with approval of the Council chair.  Subcommittee meetings may be conducted in person or via conference call.

## V.    DECISION MAKING

Formal recommendations require the support of a majority of the Council members present.

## VI.    MEETING ORDER OF BUSINESS

The order of business at each RSAC meeting shall generally be as follows:
1. Call to Order and Welcome
2. Roll Call
3. Review of Agenda
4. Report of the Chair
5. Approval of the Minutes
6. Report of Subcommittees of Workgroups
7. Information Items
8. Action Items
9. Council Member Comments
10. Future Meeting Schedule
11. Adjournment

3

## VII. CONFLICT OF INTEREST AFFECTING A MEMBERS'S PARTICIPATION AT MEETINGS

1. RSAC members must disqualify themselves from participating in council discussions or decisions when a conflict of interest is present.

2. A conflict of interest refers to a situation in which a member may have the opportunity to influence the RSAC's recommendations or the Receiver's business decisions in ways that could lead to personal gain or give advantage to firms in which the member has an interest.

3. A conflict exists when a Council member is aware, in a particular circumstance, that he/she or someone in his/her family has existing or potential financial interests which might impair or reasonably appear to impair the member's independent judgment as a Council member.

4. If a Council member determines that a conflict of interest does exist, the member must disqualify and recuse himself/herself from participating in any way in the discussion or decision or using his/her status to influence any other person with respect to the matter in which he/she has a conflict.

5. RSAC minute summaries shall reflect a member's recusal from participating in a recommendation discussion due to a conflict of interest.

4

# APPENDIX 28

**SAN QUENTIN STATE PRISON**

Monthly Report No. 10
August 2008



**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**
VANIR

# VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

### Project Statistics
- Location
  - San Quentin State Prison
- Procurement Method
  - Design-Build
  - Design-Bid-Build
- Program Stage
  - Several projects are complete. The Central Health Services Building, medical modular building, personnel building and rotunda clinics are under construction. The medical warehouse project is in the design phase.

### Program Issues
- The 8,800 sq.ft. medical modular project will be ready for occupancy by early September. A couple of last minute changes by the State Fire Marshal delayed occupancy from the scheduled August 4 occupancy date.
- The rotunda clinic project is 7/1 days behind schedule. Some of the slippage is due to the complexity of the power shut-down, but most is due the contractor's inability to man the project and properly schedule the work. Vanir is working with the general contractor to find ways to minimize the slippage.

#### Program Description
The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building. The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R

#### Schedule Narrative
- Most of the Central Health Services Building floor slabs have been poured. Installation of the pre-cast exterior panels is scheduled to start September 23, 2008. Installation of the MPE systems is underway.
- Design development drawings for the medical warehouse have been submitted to the State Fire Marshal. The contractor has mobilized onsite. Demolition and site clearing is scheduled for early September 2008.
- The personnel building is approx. 80% complete. Contaminated soil issues continue to impact utility trenching and may potentially delay project completion.


**Aerial view of San Quentin**


**Central Health Services Building, ground floor**

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,800,000 |
| Budget Status:    (Over)/Under | $8,200,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $55,416,000 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program start time: | September 2006 |
| Planned Completion Time: | Spring 2010 |
| Projected Completion Time: | Spring 2010 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 10**
**August 2008**

 

# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

### Project Statistics
- Location
  - San Quentin State Prison
- Project Name
  - Central Health Services Building (CHSB)
- Vanir CM Representative
  - David Leak
- Design Build Team
  - Hensel Phelps & HOK Architects
- Procurement Method
  - Design Build
- Project Stage
  - CD and Construction Phase

### Project Issues
- The selection process for a personal alarm system is still ongoing. The selection has been narrowed to 2 manufacturers. The security contractor is preparing a side by side comparison of the 2 systems.
- CDCR legal staff is reviewing Hensel Phelps' insurance coverage to determine if there their liability coverage extends to CDCR escort officers driving the contractor's shuttle vehicles. Officer drivers would increase escort efficiency.

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 130,000 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative
All structural steel erection is complete. Most of the slab on deck pours are complete. Fireproofing is approximately 50% complete; Installation of the main HVAC duct shafts, fire sprinkler mains and electrical mains is ongoing. The existing wood trusses removed from the library have been re-installed on the 5th level. Precast wall panels are scheduled for installation starting September 15, 2008. Overall the project is on schedule.



Fourth level before concrete deck pour



Library trusses at the fifth level



Roof level mechanical screen supports

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,400,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $1,928,087 |
| Change Orders Pending: | $2,400,000 |
| Change Orders Projected: | $3,251,303 |
| Projected Construction Contract Cost: | $115,856,390 |
| Projected Project Cost: | $146,400,000 |
| Paid to Date (D/B contract only): | $40,364,347 |

## SCHEDULE STATUS

Project is currently on schedule

| | |
|---|---|
| Date of Notice to Proceed: | |
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 10
August 2008




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
# NEW PERSONNEL BUILDING

**Project Statistics**
- Location:
  San Quentin State
  Prison
- Project Name
  New Personnel
  Building
- Vanir CM Representative
  Lynelle Onish
- Contractor
  Purdy Builders, Inc.
- Procurement Method
  Design-Bid-Build
- Project Stage
  Construction

**Project Issues**

Construction efforts pro-
pressing satisfactorily. No
major issues that would af-
fect schedule or completion
date were encountered this
month.
Currently project is approxi-
mately 20 days behind sched-
ule.

### Project Description

Demolition of existing 1,500
SF, wood-framed building and
concrete foundation; con-
struction of a new wood-
framed, single-story, 4,000 SF
office building with restrooms,
storage, and training room for
new personnel; and the con-
struction of all associated site
improvements.

### Schedule Narrative

- 8/1/08 : Started electri-
  cal and plumbing
  rough-in .Framing on-
  going.
- 8/12/08 : Exterior fram-
  ing completed .Interior
  framing continues.
- 8/18/08 : Drywall un-
  derway, insulation and
  windows going in.
- 8/21/08 Interior work
  continues ;plumbing,
  HVAC, sheetrock. Roof-
  ing completed
- 8/25/08 Windows in-
  stalled, taping drywall,
  exterior stucco begins.



Front entry, roof on




West side and rear of building

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,538 |
| Change Orders Approved to Date: | $ 4,848 |
| Change Orders Pending: | $ 89,900 |
| Change Orders Projected: | $ 90,000 |
| Projected Construction Contract Cost: | $1,433.286 |
| Projected Project Cost: | $1,856,721 |
| Paid to Date (construction only): | $ 704,115 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 10/14/08 |
| Projected Completion Date: | 11/15/09 |
| Projected Occupancy Date: | 11/17/09 |

Project is approximately 22 days behind schedule

# SAN QUENTIN STATE PRISON

**Monthly Report No. 10**
**August 2008**




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- **Location:**
  San Quentin State Prison.
- **Project Name:**
  Upper Yard Medical Modular Project
- **Vanir CM Representative**
  Lynelle Onishi
- **Contractor**
  JLC Construction
- **Procurement Method**
  Design–Build
- **Project Stage**
  Punchlist

### Project Issues

The Ad Seg cells in the first floor of clinic cannot be used until the room is rebuilt to maximum security standards. The medical staff will make program modifications to treat the Ad Seg inmates until the rebuilding is complete.

Metal trim on the sheet vinyl floor base is a security concern. The trim is being replaced with a vinyl substitute. The change does not delay occupancy.

The State fire marshal required some last minute changes be made to the Nurses Alcove cabinetry and exit corridor wall. The changes have delayed occupancy to late August 2008.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## UPPER YARD MEDICAL MODULAR BUILDING

### Project Description

Fabrication and assembly of the new modular building was completed off-site. The building was then disassembled, transported & reassembled at the upper yard. The building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which is connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connections were available on site. Existing inmate small management yards were removed from the site. The new building is now occupied and operationsl



Above: Truss detail with razor wire

### Schedule Narrative

- 8/6/08: cabinetry installed, new gates.
- 8/20/2008: Computers installed. Ramps adjusted.
- 8/27/08 Razor ribbon on entire west side of building and new permanent fencing per CDCR request.
- Punchlist items ongoing.



Casework at Nurses Alcove



Inmate toilet room

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,167,000 |
| Change Orders Approved to Date: | $537,038 |
| Change Orders Pending: | $103,838 |
| Change Orders Projected: | $0 |
| Projected Construction Contract Cost: | $3,807,876 |
| Projected Project Cost: | $4,616,730 |
| Paid to Date (construction only): | $3,292,164 |

## SCHEDULE STATUS

The project is on schedule with approved time extensions.

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 4 Sept 08 |
| Projected Completion Date: | 10 Sept 08 |
| Project Occupancy (Administration side): | 10 Sept 08 |
| Project Occupancy (Clinic side) | 22 Sept 08 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 10
August 2008

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR

## Project Statistics

- **Location:**
  San Quentin State Prison
- **Project Name**
  Medical Warehouse
  Building
- **Vanir CM Representative**
  Cindy Rocha
- **Contractor**
  W.E. Lyons Construction
  Co.
- **Procurement Method**
  Design-Build
- **Project Stage**
  Design

## Project Issues

- Medical has requested that an inmate restroom be added, which will involve providing a stainless steel water closet and lavatory. A stainless steel mop sink has been added for routine cleaning of the warehouse.

- Some ADA features have been added to the design, such as an access ramp and in the added inmate restroom the fixtures will be ADA accessible.

# VANIR CONSTRUCTION MANAGEMENT, INC.
# MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.

### Schedule Narrative

The design-builder has prepared the design development drawings and has submitted to the State Fire Marshal. CSFM comments are being incorporated. Mobilization began on August 27, and construction is scheduled to begin on September 2 with abatement and demo of the existing tower.



Location of future Medical Warehouse building

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $ 0 |
| Change Orders Pending: | $ 125,000 |
| Change Orders Projected: | $ 250,000 |
| Projected Construction Contract Cost: | $ 2,673,896 |
| Projected Project Cost: | $ 3,020,056 |
| Paid to Date: | $ 0 |

## SCHEDULE STATUS

| | |
|---|---|
| **Project is on Schedule** | |
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | March 1, 2009 |
| Project Occupancy: | April 1, 2009 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 10**
**August 2008**





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL

### Project Statistics
- **Location:**
  - San Quentin State Prison
- **Project Name:**
  - East / West Rotunda Sick Call Units
- **Vanir CM Representative**
  - Aaron Kael
- **Contractor:**
  - BBI Construction
- **Procurement Method**
  - Design-Bid-Build
- **Project Stage**
  - Construction

### Project Issues

The foundation has been constructed. The contractor will begin installing the CMU the first week in September. We are currently behind schedule. We are concerned that the contractor has not provided a number of required submittals. In addition, we have a number of PCOs outstanding that have not been priced.

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative

The project is currently behind schedule. This was due largely to the power switchover, however, the delay continues to grow. Due to the nature of the project, the schedule delay cannot be recovered. We are meeting with the contractor to minimize further delays.



Drilling Piers



Foundation Rebar



Pouring Slab

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $32,483 |
| Change Orders Pending: | $297,657 |
| Change Orders Projected: | $146,860 |
| Projected Construction Contract Cost: | $2,849,778 |
| Projected Project Cost: | $3,719,778 |
| Paid to Date (construction only): | $502,600 |

## SCHEDULE STATUS

Project is currently 71 days behind schedule

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 22 Jan 08 |
| Project Occupancy: | 03 Feb 08 |

# APPENDIX 29

**SAN QUENTIN STATE PRISON**

Monthly Report No. 11
September 2008

 

**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**



**Project Statistics**



# VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

**Program Description**

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building, The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R

**Schedule Narrative**

- Installation the exterior precast panels has started on the CHS Building. The building will be winterized by December 2008.
- The contractor began earthwork operations at the medical warehouse site but encountered possible contaminated soil. Earthwork has stopped until testing and analysis is complete. Progress continues, however, on the construction documents.
- Progress is steady on the new personnel building. Installation of the high voltage power to the building is ongoing. Connection is planned for October 13, 2008.



Aerial view of San Quentin



Central Health Services Building Historical façade

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,800,000 |
| Budget Status: (Over)/Under | $8,200,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $55,416,000 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program start time: | September 2006 |
| Planned Completion Time: | Spring 2010 |
| Projected Completion Time: | Spring 2010 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 11**
September 2008





CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING



**Project Statistics**

- Location:
  - San Quentin State Prison
- Project Name:
  - Central Health Services Building (CHSB)
- Vanir CM Representative:
- Design/Build Team:
  - McCarthy/HDR & AVRP Architects
- Procurement Method:
  - Design-Build
- Project Status:
  - Construction Phase

**Project Issues**

The 2008 VOP State budget provides funding for the new condemned inmate complex (CIC) at San Quentin. The CHSB pool service trailer, walk-in parking, and laydown areas are located within the CIC boundaries and will need to be relocated by January 2009. Addition of the personal alarm system manufacture is still pending.

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 130,000 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.




Exterior precast panel installation

### Schedule Narrative

Installation of the precast exterior panels started September 24, 2008 and will continue through late October. All slabs on grade and decks are poured. Interior wall framing, HVAC ductwork, and MPE rough-in are ongoing on levels 2 and 3. The contractor is planning to have the building weatherized by mid-December 2008 so interior construction can proceed through the winter without weather impacts. Overall the project is on schedule.





Slab on grade pour on 9/26/08

Work on level 3

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,400,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $1,928,087 |
| Change Orders Pending: | $2,572,664 |
| Change Orders Projected: | $3,251,303 |
| Projected Construction Contract Cost: | $116,029,054 |
| Projected Project Cost: | $146,400,000 |
| Paid to Date (D/B contract only): | $48,081,114 |

## SCHEDULE STATUS

Project is currently on schedule

| | |
|---|---|
| Date of Notice to Proceed: | |
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 11**
September 2008





## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

# VANIR CONSTRUCTION MANAGEMENT, INC.
# EAST / WEST ROTUNDA SICK CALL

**Project Statistics**
- Location
  - San Quentin State Prison
- Project Name
  - East / West Rotunda Sick Call Unit
- Vanir CM Representative
- Contractor
  - BBI Construction
- Procurement Method
  - Design, Bid-Build
- Project Status
  - Construction

**Project Issues**

The contractor is preparing to cut through the exterior concrete wall between the new structure and the existing structure. We have been working with the San Quentin personnel and the general contractor to develop a plan that improves safety, productivity and schedule requirements.

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative

The project is currently behind schedule. This was due largely to the power switchover, however, the delay continues to grow. Several activities are requiring longer durations than planned for in BBI Construction's baseline schedule causing further schedule delays.



New Sick Call Unit Structure



Setting Security Windows



First Course of CMU

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $32,483 |
| Change Orders Pending: | $360,971 |
| Change Orders Projected: | $83,546 |
| Projected Construction Contract Cost: | $2,849,778 |
| Projected Project Cost: | $3,719,778 |
| Paid to Date (construction only): | $502,600 |

## SCHEDULE STATUS

**Project is currently 71 days behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 22 Jan 08 |
| Project Occupancy: | 03 Feb 08 |

**SAN QUENTIN STATE PRISON**

 

CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

## VANIR CONSTRUCTION MANAGEMENT, INC.
# NEW PERSONNEL BUILDING



- Project Statistics
- Location:
  San Quentin State Prison
- Project Name:
  New Personnel Building
- Vanir CM Representative
  Lynette Chism
- Contractor:
  Vasey Builder, Inc.
- Procurement Method:
  Design Bid - Build
- Project Stage:
  Construction

**Project Issues**

Construction efforts progressing steadily. No major issues that would affect scheduled completion date were encountered this month. Currently project is approximately 22 days behind schedule.

### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 9/2/08 Interior work, dry wall, electrical, HVAC ducting continues..
- 9/10/08 Saw cutting street for electrical power installation.
- 9/16/08 Interior insulation and ceiling drywall being installed.
- 9/17/08 Digging for sewer and drainage systems.
- 9/23/08 Trenching in street for elect. Finish coat of stucco applied.
- 9/30/08 All electrical underground in.



**West Side**




Insulation and duct work



Trenching down Main St.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,538 |
| Change Orders Approved to Date: | $    4,848 |
| Change Orders Pending: | $   89,900 |
| Change Orders Projected: | $   90,000 |
| Projected Construction Contract Cost: | $1,433.286 |
| Projected Project Cost: | $1,913,193 |
| Paid to Date (construction only): | $  704,115 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 10/14/08 |
| Projected Completion Date: | 11/15/09 |
| Projected Occupancy Date: | 11/17/09 |

Project is approximately 22 days behind schedule

**SAN QUENTIN STATE PRISON**

 

# CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

**VANIR**

## VANIR CONSTRUCTION MANAGEMENT, INC.
## UPPER YARD MEDICAL MODULAR BUILDING

**Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name:**
  Upper Yard Medical Modular Project
- **Vanir CM Representative:**
  Scott D. Plath
- **Contractor:**
  Architectural Edition
- **Procurement Method:**
  Design - Build
- **Project Space:**
  5,000 SF

**Project Issues**
The Ad Seg toilet in rear area of clinic cannot be used until the room is re-built to maximum security standards. The medical staff will make program modifications to treat the Ad Seg inmates until the rebuild is complete.

### Project Description
Fabrication and assembly of the new modular building was completed off-site. The building was then disassembled, transported & reassembled at the upper yard. The building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which is connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connections were available on site. Existing inmate small management yards were removed from the site. The new building is now occupied and operational.



**Above: Ramp, razor wire, rear of building**

### Schedule Narrative
- Metal sheet vinyl trim removed and replaced (SQ felt the trim was a security issue)
- Work on hardening of Ad Seg toilet ongoing. The new door and frame have a 4 week lead time
- Only minor items remain on the punchlist. Completion is expected in 2 weeks.
- Slurry to be applied to walkway area.
- Hardware levers are scheduled to be shipped in won week to replace knobs.



**Optometry room**



**Medical exam room**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,167,000 |
| Change Orders Approved to Date: | $ 580,690 |
| Change Orders Pending: | $ 245,947 |
| Change Orders Projected: | $ 100,000 |
| Projected Construction Contract Cost: | $4,093,637 |
| Projected Project Cost: | $4,734,529 |
| Paid to Date (construction only): | $3,775,783 |

## SCHEDULE STATUS

The project is on schedule with approved time extensions.

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 4 Sept 08 |
| Projected Completion Date: | 10 Sept 08 |
| Project Occupancy (Administration side): | 10 Sept 08 |
| Project Occupancy (Clinic side) | 22 Sept 08 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 11**
**September 2008**

 

## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

VANIR

### Project Statistics

- **Location**
  San Quentin State Prison

- **Project Name**
  Medical Warehouse Building

- **Vanir CM Representative**
  Andy Fischer

- **Contractor**
  WHP Drabkin Construction

- **Procurement Method**
  Design - Build

- **Project Stage**
  Design



### Project Issues

- Excavated soil has been found to contain contaminants that require being removed and disposed of properly. It is not yet known whether or not there will be some unexpected environmental clean-up to be done on-site to be hauled away immediately upon excavating, resulting in additional costs.

- The contract work approved work schedule is due to delays incomplete in the design.



## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.

### Schedule Narrative

The design-builder has prepared the Construction Documents (CDs) and has submitted to the State Fire Marshal. SFM comments are being incorporated. The demo and abatement of the existing tower, removal of stockpiled building materials, and erection of temporary fencing are complete. Excavations are scheduled to resume by October 6.



Watch tower & concrete/asphalt on the building footprint have been removed



Miscellaneous stockpiled debris has been off-hauled

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $          0 |
| Change Orders Pending: | $    125,000 |
| Change Orders Projected: | $    250,000 |
| Projected Construction Contract Cost: | $ 2,673,896 |
| Projected Project Cost: | $ 3,020,056 |
| Paid to Date: | $          0 |

## SCHEDULE STATUS

**Project is behind Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | April 15, 2009 |
| Project Occupancy: | May 1, 2009 |