# APPENDICES 30-34

## PART 6 OF 7

# APPENDIX 30

# SAN QUENTIN STATE PRISON

**Monthly Report No. 12**
**October 2008**





## Project Statistics

- **Location:**
  San Quentin State Prison
- **Procurement Method**
  Design-Build
  Design-Bid-Build
- **Program Stage**
  Several projects are complete. The Central Health Services Building, medical modular building, personnel building and rotunda clinics are under construction. The medical warehouse project is in the design phase.

## Program Issues

- Construction of the new CIC complex requires relocation of Hensel Phelps' and Vanir's project trailers. Details are being worked out with San Quentin to determine a new trailer site location, laydown areas and confirm available infrastructure.
- The San Quentin Supplemental Master Plan Report is complete. The report identifies 5 more potential medical projects that would complete the full list of the 15 projects previously identified.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

### Program Description

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building, The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R

### Schedule Narrative

- The medical modular project is complete and operational except for hardening of the Ad Seg inmate toilet room. The toilet room work will be complete by mid-November 2008.
- Contaminated soil was encounter during installation of underground utilities at the medical warehouse site. Its uncertain at this time what impacts the discovery will have on the schedule.



Aerial view of San Quentin



Front elevation of new personnel building

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,800,000 |
| Budget Status:     (Over)/Under | $8,200,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $57,378,400 |

* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program start time: | September 2006 |
| Planned Completion Time: | Spring 2010 |
| Projected Completion Time: | Spring 2010 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 12
October 2008**





## CALIFORNIA
## PRISON HEALTH CARE
## RECEIVERSHIP CORP.

---

### Project Statistics

- **Location:**
  San Quentin State Prison

- **Project Name**
  Central Health Services Building (CHSB)

- **Vanir CM Representative**
  David Leak

- **Design Build Team**
  Hensel Phelps & HOK Architects

- **Procurement Method**
  Design/Build

- **Project Stage**
  CD and Construction Phase

### Project Issues

- The first occupancy and transition meeting has been scheduled for early November 2008. The objective is to develop a occupancy schedule and assemble an activation team.
- The dedicated workmen pedestrian sallyport became operational in late October. The new sallyport will significantly reduce the amount of construction traffic on the existing vehicle sallyport.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 116,100 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative

Installation of the precast exterior panels is complete except where the equipment elevator is located. Rough-in of the mechanical, plumbing, electrical and electronic systems is ongoing on all levels. Interior wall framing is also ongoing on all levels. The contractor is still on schedule for having the building weatherized by mid-December 2008. Hensel Phelps aggressively pursuing completion by end of year 2009.



**Courtyard view**



**Typical plumbing systems**



**Backside of Historical Facade**

---

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,160,000 |
| Design/Build  Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $1,928,087 |
| Change Orders Pending: | $2,600,000 |
| Change Orders Projected: | $3,051,303 |
| Projected Construction Contract Cost: | $118,856,390 |
| Projected Project Cost: | $146,160,000 |
| Paid to Date (D/B contract only): | $50,611,699 |

## SCHEDULE STATUS

**Project is currently on schedule**

| | |
|---|---|
| Date of Notice to Proceed: | |
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 12**
**October 2008**





## Project Statistics

- **Location:**
  San Quentin State Prison
- **Project Name**
  Upper Yard Medical Modular Project
- **Vanir CM Representative**
  Lynelle Onishi
- **Contractor**
  JLC Construction
- **Procurement Method**
  Design—Build
- **Project Stage**
  Completion of Change Orders

## Project Issues

The Ad Seg toilet cannot be used until the toilet is hardened. The medical staff has made program modifications to treat the Ad Seg inmates until the hardening modifications are complete.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## UPPER YARD MEDICAL MODULAR BUILDING

### Project Description

Fabrication and assembly of the new modular building was completed off-site. The building was then disassembled, transported & reassembled at the upper yard. The building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which is connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connections were available on site. Existing inmate small management yards were removed from the site. The new building is now occupied and operational.



Preparing for awnings.

### Schedule Narrative

- Work on hardening of Ad Seg toilet ongoing. The new door and frame will be installed early Nov.
- Awning work still ongoing.
- Contractor completed installation of plumbing chase flooring.



Hardening of Ad Seg toilet.          Exam room

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,167,000 |
| Change Orders Approved to Date: | $1,038,836 |
| Change Orders Pending: | $ 332,738 |
| Change Orders Projected: | $ 24,000 |
| Projected Construction Contract Cost: | $4,093,637 |
| Projected Project Cost: | $4,734,529 |
| Paid to Date (construction only): | $3,954,213 |

## SCHEDULE STATUS

**The project is on schedule with approved time extensions.**

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 4 Sept 08 |
| Projected Completion Date: | 10 Sept 08 |
| Project Occupancy (Administration side): | 10 Sept 08 |
| Project Occupancy (Clinic side) | 22 Sept 08 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 12
October 2008




## Project Statistics

- **Location:**
  San Quentin State Prison

- **Project Name**
  Medical Warehouse Building

- **Vanir CM Representative**
  Cindy Rocha

- **Contractor**
  W.E. Lyons Construction Co.

- **Procurement Method**
  Design—Build

- **Project Stage**
  Design

## Project Issues

- Excavated soil is being stockpiled pending testing for metals and other contaminants.

- Sitework has not progressed because approval of sitework submittals is pending completion of the CDs.

- The contractor is approx. 8 weeks behind schedule due to delays in completing the design.

# VANIR CONSTRUCTION MANAGEMENT, INC.
# MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.



Soil from the building pad excavations is being stockpiled

### Schedule Narrative

The design-builder's Construction Documents (CDs) have been approved by the State Fire Marshal. A structural engineer is peer reviewing the design for the foundation and the metal building. The contractor is in process of addressing peer review comments on the foundation, so that the formwork for the footings and suspended slab may begin.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $        0 |
| Change Orders Pending: | $  225,000 |
| Change Orders Projected: | $  300,000 |
| Projected Construction Contract Cost: | $ 2,823,896 |
| Projected Project Cost: | $ 3,020,056 |
| Paid to Date: | $ 249,823 |

## SCHEDULE STATUS

**Project is behind Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | April 30, 2009 |
| Project Occupancy: | May 15, 2009 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 12**
**October 2008**

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- **Location:**
  San Quentin State Prison
- **Project Name**
  East / West Rotunda Sick Call Units
- **Vanir CM Representative**
  Aaron Kael
- **Contractor**
  BBI Construction
- **Procurement Method**
  Design—Bid—Build
- **Project Stage**
  Construction

## Project Issues

The contractor has requested a time extension. They have not clarified whether this time extension is compensable or non compensable. The contractor cut through the existing perimeter wall. The contractor is currently working on construction of partition walls and mechanical, electrical, plumbing rough in. Finishes should begin shortly.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative

The project is currently behind schedule. We anticipate the work completing in the end of January. Weather could adversely affect project progress. The building is not water tight and gypsum wall installation will not begin until the roof is installed.



New Sick Call Unit Structure

  

Demolition of Existing Wall          First Course of CMU

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $37,564 |
| Change Orders Pending: | $374,577 |
| Change Orders Projected: | $64,859 |
| Projected Construction Contract Cost: | $2,849,778 |
| Projected Project Cost: | $3,719,778 |
| Paid to Date (construction only): | $1,478,878 |

## SCHEDULE STATUS

**Project is currently 71 days behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 22 Jan 08 |
| Project Occupancy: | 03 Feb 08 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 12
October 2008




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

---

**Project Statistics**

- **Location:**
  San Quentin State Prison

- **Project Name**
  New Personnel Building

- **Vanir CM Representative**
  Lynelle Onishi

- **Contractor**
  Purdy Builders, Inc.

- **Procurement Method**
  Design—Bid—Build

- **Project Stage**
  Construction

**Project Issues**

Construction efforts progressing satisfactorily. No major issues that would affect schedule or completion date were encountered this month.
Currently project is approximately 22 days behind schedule.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## NEW PERSONNEL BUILDING

### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 10/1/08 Grading around building for placement of asphalt/concrete.

- 10/7/08 Poured pads for HVAC. Electrical panel hook-up continues.

- 10/9/08 Interior spraying of primer. Concrete work at rear of building

- 10/13/08 Electrical shutdown to splice in electrical power to building.

- 10/29/08 Interior finish work. Power turned on.



**Entrance at South Side**



**Interior Finishes**



**The Lights are on!**

---

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,538 |
| Change Orders Approved to Date: | $ 92,760 |
| Change Orders Pending: | $ 89,900 |
| Change Orders Projected: | $ 24,167 |
| Projected Construction Contract Cost: | $ 1,433.286 |
| Projected Project Cost: | $,2,475,465 |
| Paid to Date (construction only): | $ 1,083,762 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 10/14/08 |
| Projected Completion Date: | 11/14/08 |
| Projected Occupancy Date: | 11/17/08 |

**Project is approximately 22 days behind schedule**

# APPENDIX 31

# SAN QUENTIN STATE PRISON

**Monthly Report No. 13**
**November 2008**





## Project Statistics

- **Location:**
  San Quentin State Prison

- **Procurement Method**
  Design-Build
  Design-Bid-Build

- **Program Stage**
  Several projects are complete. The Central Health Services Building, medical modular building, personnel building and rotunda clinics are under construction. The medical warehouse project is in the design phase.

## Program Issues

- A unilateral change order for a 43 day time extension has been issued on the East/West Rotunda project. The action was necessary because there was a need to establish a revised completion date and contractor was unwilling to negotiate the change.
- The San Quentin Supplemental Master Plan Report is complete. The report identifies 5 more potential medical projects that would complete the full list of the 15 projects previously identified.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

### Program Description

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building, The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R and upper yard medical modulars.

### Schedule Narrative

- Completion of the new personnel building is forecast for December 15, 2008. Completion is delayed, for the most part, due to encountering multiple underground utilities in the sewer pipe pathway. Other unforeseen site conditions are responsible for the remainder of the delays.
- Master planning of the supplemental medical projects is still in flux. Potential projects include H Unit renovations and AC clinics.
- The San Quentin program is on schedule for a spring 2010 completion, as planned.



**Aerial view of San Quentin**



**Front elevation of new personnel building**

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,700,000 |
| Budget Status:     (Over)/Under | $8,300,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $61,305,251 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program Start Date: | September 2006 |
| Planned Completion Date: | Spring 2010 |
| Projected Completion Data: | Spring 2010 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 13**
**November 2008**





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- **Location:**
  San Quentin State Prison
- **Project Name**
  Central Health Services Building (CHSB)
- **Vanir CM Representative**
  David Leak
- **Design Build Team**
  Hensel Phelps & HOK Architects
- **Procurement Method**
  Design/Build
- **Project Stage**
  CD and Construction Phase

## Project Issues

- Progress continues on the design and function of the CHSB telecom and data systems. The new voice system will be voice-over internet protocol.
- Water contaminated with E. Coli bacteria is draining through the dungeon retaining wall. San Quentin is investigating the possibility of a broken sewer line at the north end of the building.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 116,100 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.



**Courtyard view**

### Schedule Narrative

Mechanical, plumbing and electrical rough-in is ongoing on every floor. There is an emphasis on installing the roofing, windows and other assemblies that weatherize the interior for winter. Other ongoing activities are: installation of the masonry walls, metal security walls and interior door frames. Overall, construction is approximately 3 months ahead of schedule.




**Typical overhead plumbing systems**



**Backside of Historical Facade**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,160,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $2,102,474 |
| Change Orders Pending: | $2,500,000 |
| Change Orders Projected: | $3,100.500 |
| Projected Construction Contract Cost: | $115,980,000 |
| Projected Project Cost: | $146,160,000 |
| Paid to Date (D/B contract only): | $59,931,113 |

## SCHEDULE STATUS

**Project is currently on schedule**

| | |
|---|---|
| Date of Notice to Proceed: | |
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 13**
**November 2008**





## VANIR CONSTRUCTION MANAGEMENT, INC.
## UPPER YARD MEDICAL MODULAR BUILDING

### Project Statistics

- **Location:**
  San Quentin State Prison
- **Project Name**
  Upper Yard Medical Modular Project
- **Vanir CM Representative**
  Lynelle Onishi
- **Contractor**
  JLC Construction
- **Procurement Method**
  Design—Build
- **Project Stage**
  Project Complete

### Project Issues

No project issues.
Project is completed.

### Project Description

Fabrication and assembly of the new modular building was completed off-site. The building was then disassembled, transported & reassembled at the upper yard. The building has fire sprinklers, electrical, data, fire alarm, telephone, data pathway, which is connected to existing systems. Domestic water, separate fire sprinkler water, and sanitary sewer connections were available on site. Existing inmate small management yards were removed from the site. The new building is now occupied and operational.

### Schedule Narrative

- 11/4/08 completed flooring in exterior plumbing chase.
- 11/19/08 awnings on west-side of building and the hardening of the Ad Seg toilet completed.
- 11/20/08 walk through the hardening of the Ad Seg toilet with the Institution.



**New Hardened Ad Seg Toilet**





**Awning over doorways**

**Exterior Plumbing Chase Floor**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $5,000,000 |
| Actual Contract Amount: | $3,167,000 |
| Change Orders Approved to Date: | $ 748,799 |
| Change Orders Pending: | $ 315,758 |
| Change Orders Projected: | $ 0 |
| Projected Construction Contract Cost: | $4,231,593 |
| Projected Project Cost: | $4,884,485 |
| Paid to Date (construction only): | $3,775,783 |

## SCHEDULE STATUS

**The project is on schedule with approved time extensions.**

| | |
|---|---|
| Date of Notice to Proceed: | 13 Nov 07 |
| Contract Completion Date: | 4 Sept 08 |
| Projected Completion Date: | 10 Sept 08 |
| Project Occupancy (Administration side): | 10 Sept 08 |
| Project Occupancy (Clinic side) | 22 Sept 08 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 13**
**November 2008**





## Project Statistics

- **Location:**
  San Quentin State Prison

- **Project Name**
  Medical Warehouse Building

- **Vanir CM Representative**
  Cindy Rocha

- **Contractor**
  W.E. Lyons Construction Co.

- **Procurement Method**
  Design—Build

- **Project Stage**
  Construction

### Project Issues

- Excavations are complete. Stockpiled soil has been determined to be above regulatory limits for lead, which requires its disposal at a Class 1 landfill.

- Groundwater from the excavations is being stored in baker tanks, pending hazardous materials testing. The water will be tested for contaminants, and either trucked to the sanitary district for disposal, or discharged directly into the sewer system upon issuance by the sanitary district of a discharge permit.

- The contractor is approx. 8 weeks behind schedule due to delays in completing the design.

## VANIR CONSTRUCTION MANAGEMENT, INC.
# MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.



Formwork for the building's concrete footings is in progress

### Schedule Narrative

The design-builder's Construction Documents (CDs) have been approved by the State Fire Marshal. Structural peer review has resulted in modification of the design for the foundation, crawl space, and the metal building. Site utilities have been installed, and the contractor is completing the formwork for the footings. This activity will be followed by CMU block placement, and then the suspended slab on a metal deck.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $          0 |
| Change Orders Pending: | $   225,000 |
| Change Orders Projected: | $   500,000 |
| Projected Construction Contract Cost: | $ 3,024,000 |
| Projected Project Cost: | $ 3,524,000 |
| Paid to Date: | $   249,823 |

## SCHEDULE STATUS

**Project is behind Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | April 30, 2009 |
| Project Occupancy: | May 15, 2009 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 13**
**November 2008**


**VANIR**


CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

## Project Statistics

- **Location:**
  San Quentin State Prison

- **Project Name**
  East / West Rotunda Sick Call Units

- **Vanir CM Representative**
  Aaron Kael

- **Contractor**
  BBI Construction

- **Procurement Method**
  Design—Bid—Build

- **Project Stage**
  Construction

## Project Issues

The contractor is having difficulty developing a flow of work due to the size constraints of the Rotundas project. The small size and complexity of the project requires exceptional coordination which appears to be lacking to an extent. In addition, BBI Construction has assigned their third Project Manager. Staff turnover is slowing progress of the work.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative

The project is currently behind schedule. The contractor's schedule shows the work completing on February 25, however, we anticipate the work completing in the middle of March. Progress of the work has been slowed by a lack of approved fire sprinkler drawings.


**New Sick Call Unit Structure Roof Installation**


**New Sanitary Sewer at West Rotunda**


**Rough In Utilities**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $227,106 |
| Change Orders Pending: | $260,391 |
| Change Orders Projected: | $40,000 |
| Projected Construction Contract Cost: | $2,900,275 |
| Projected Project Cost: | $4,019767 |
| Paid to Date (construction only): | $1,802,262 |

## SCHEDULE STATUS

**Project is currently 105 days behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 25 Feb 09 |
| Project Occupancy: | 15 Mar 09 |

# SAN QUENTIN STATE PRISON





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

- **Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name**
  New Personnel Building
- **Vanir CM Representative**
  Lynelle Onishi
- **Contractor**
  Purdy Builders, Inc.
- **Procurement Method**
  Design—Bid—Build
- **Project Stage**
  Construction

### Project Issues

Construction efforts progressing satisfactorily. Connecting to sanitary sewer required extensive coordination and cooperation with Institution as construction was in the main roadway. This location required restricted working hours and limited access. Project is nearing completion.

Vanir Construction Management, Inc.
**NEW PERSONNEL BUILDING**

#### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

#### Schedule Narrative

- 11/4/08, 11/11/08 Poured Eastside step and front of dry cleaning. Installed attic vent.
- 11/19/08 Painting all interior doors. Saw cutting and excavating for new sanitary sewer.
- 11/25/08 New furniture installed. Excavation for sanitary sewer continues.



**Front Entrance Nearing Completion**




**New Training Room**



**New work stations**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,538 |
| Change Orders Approved to Date: | $     63,929 |
| Change Orders Pending: | $   326,756 |
| Change Orders Projected: | $   190,000 |
| Projected Construction Contract Cost: | $ 1,829,223 |
| Projected Project Cost: | $2,409,330 |
| Paid to date(construction only) | - $ 1,221,568 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 11/2/08 |
| Projected Completion Date: | 12/22/08 |
| Projected Occupancy Date: | 1/8/08 |

# APPENDIX 32

California Prison Health Care Services
Project Management Office


Receiver's Turnaround Plan of Action
Goals 1 – 6



# Executive Project Data Sheets
## (December, 2008)

## LIST OF PROJECTS (SORTED BY GOAL)

| | Project | Manager | Receiver's Turnaround Plan of Action Goals |
|---|---|---|---|
| 2 | Access To Care | Langdale, Corey | 1: TIMELY ACCESS TO CARE |
| 3 | Access to Care Registry | Amo, Cary | 1: TIMELY ACCESS TO CARE |
| 4 | Access to Care: Chronic Disease Management | Spray, Brian | 1: TIMELY ACCESS TO CARE |
| 5 | Access to Care: Reception, Receiving and Release | Vercoe, David | 1: TIMELY ACCESS TO CARE |
| 6 | Access To Care: Sick Call/Primary Care | Spray, Brian | 1: TIMELY ACCESS TO CARE |
| 7 | Access to Care: Utilization Management | Johnson, Bob | 1: TIMELY ACCESS TO CARE |
| 8 | Health Care Scheduling System (HCSS) | Davis, Sara J. | 1: TIMELY ACCESS TO CARE |
| 9 | Nurse Staffing Assessment | Robinson, Greg | 1: TIMELY ACCESS TO CARE |
| 10 | Public Health | Forbes, David | 1: TIMELY ACCESS TO CARE |
| 11 | Contracts Medical Database, (CMD) Upgrade | Sakamoto, Mike | 2: MEDICAL PROGRAM |
| 12 | Emergency Response Initiative | Klutz, Richard | 2: MEDICAL PROGRAM |
| 13 | Palliative Care Program | Clark, Charmaine | 2: MEDICAL PROGRAM |
| 14 | Prodagio (HCDMS) | Dickson, Ned | 2: MEDICAL PROGRAM |
| 15 | On Line Exams | Meyerhoff, Keith | 3: RECRUIT,TRAIN,RETAIN MED WFORCE |
| 16 | Business Information System, HR/Nursing | Muniappan, Senthil | 4: QUALITY IMPROVEMENT PROGRAMS |
| 17 | Business Information Systems (BIS) | Mengers, Gary | 4: QUALITY IMPROVEMENT PROGRAMS |
| 18 | Clarity Project & Portfolio Management | Ysunza, Joan | 4: QUALITY IMPROVEMENT PROGRAMS |
| 19 | Contract Medical Database, Statewide Reporting | Harris, Denise | 4: QUALITY IMPROVEMENT PROGRAMS |
| 20 | CPHCS HQ Relocation | O'Connor, Diane | 4: QUALITY IMPROVEMENT PROGRAMS |
| 21 | Hourly Contracted Staff Contracts FY2008/2009 | Ysunza, Joan | 4: QUALITY IMPROVEMENT PROGRAMS |
| 22 | IT Security | Berry, Chris | 4: QUALITY IMPROVEMENT PROGRAMS |
| 23 | PMO Project Oversight | Houston, Mark | 4: QUALITY IMPROVEMENT PROGRAMS |
| 24 | Program Management Office Organization | Williams, Ben | 4: QUALITY IMPROVEMENT PROGRAMS |
| 1 | Healthcare Network Phase II (Full Build-out) | Nordstrom, Evan | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 25 | Central Fill Pharmacy | Rendon, Erick | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 26 | Centralized Dictation & Transcription | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 27 | Change Management | Dorsey, Nancy | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 28 | Claims Management and Invoice Processing | Lasiter, Holly | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 29 | Clinical Data Repository | Sullivan-King, Tammy | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 30 | Clinical Imaging Services | Casey, Craig | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 31 | Data Center & End User Migration | Wood, Fred | 5: MEDICAL SUPPORT INFRASTRUCTURE |

Data extracted from Clarity: 12/11/08

PROJECT MANAGEMENT OFFICE
LIST OF PROJECTS (SORTED BY GOAL)

| | Project | Manager | Receiver's Turnaround Plan of Action Goals |
|---|---|---|---|
| 32 | Enterprise Architecture | Griffith, Mark | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 33 | Health Care Data Center Migration | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 34 | Health Information Management | Mabra-Hobson, JoAnna | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 35 | Laboratory Services Management | Ketchum, Stan | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 36 | Maxor Pharmacy Conversion | Mondragon, Ed | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 37 | Mental Health Tracking System (MHTS) | Block, Carl | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 38 | Telemedicine Services - Provider On Boarding | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 39 | VOIP-Unified Messaging | Williams, Doug | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 40 | 10,000 Bed Activation Program | Freeman, Tracy | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 41 | 10,000 Bed IT Activation Project | Eichstaedt, Fred | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 42 | 10K Bed-Administrative-Support-Facilities (ASF Team) | Vaden, Mitch | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 43 | 10K Bed-Integrated Care Team (IC Team) | Freeman, Tracy | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 44 | NorCal Re-Entry Facility | Haag, Stephen | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 45 | Site Activation - 33 Institutions | Haag, Stephen | 6: CLINICAL, ADMINISTRATIVE & HOUSING |

Data extracted from Clarity: 12/11/08

| | Project | Manager | Receiver's Turnaround Plan of Action Goals |
|---|---|---|---|
| 40 | 10,000 Bed Activation Program | Freeman, Tracy | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 41 | 10,000 Bed IT Activation Project | Eichstaedt, Fred | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 42 | 10K Bed-Administrative-Support-Facilities (ASF Team) | Vaden, Mitch | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 43 | 10K Bed-Integrated Care Team (IC Team) | Freeman, Tracy | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 2 | Access To Care | Langdale, Corey | 1: TIMELY ACCESS TO CARE |
| 3 | Access to Care Registry | Amo, Cary | 1: TIMELY ACCESS TO CARE |
| 4 | Access to Care: Chronic Disease Management | Spray, Brian | 1: TIMELY ACCESS TO CARE |
| 5 | Access to Care: Reception, Receiving and Release | Vercoe, David | 1: TIMELY ACCESS TO CARE |
| 6 | Access To Care: Sick Call/Primary Care | Spray, Brian | 1: TIMELY ACCESS TO CARE |
| 7 | Access to Care: Utilization Management | Johnson, Bob | 1: TIMELY ACCESS TO CARE |
| 16 | Business Information System, HR/Nursing | Muniappan, Senthil | 4: QUALITY IMPROVEMENT PROGRAMS |
| 17 | Business Information Systems (BIS) | Mengers, Gary | 4: QUALITY IMPROVEMENT PROGRAMS |
| 25 | Central Fill Pharmacy | Rendon, Erick | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 26 | Centralized Dictation & Transcription | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 27 | Change Management | Dorsey, Nancy | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 28 | Claims Management and Invoice Processing | Lasiter, Holly | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 18 | Clarity Project & Portfolio Management | Ysunza, Joan | 4: QUALITY IMPROVEMENT PROGRAMS |
| 29 | Clinical Data Repository | Sullivan-King, Tammy | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 30 | Clinical Imaging Services | Casey, Craig | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 19 | Contract Medical Database, Statewide Reporting | Harris, Denise | 4: QUALITY IMPROVEMENT PROGRAMS |
| 11 | Contracts Medical Database, (CMD) Upgrade | Sakamoto, Mike | 2: MEDICAL PROGRAM |
| 20 | CPHCS HQ Relocation | O'Connor, Diane | 4: QUALITY IMPROVEMENT PROGRAMS |
| 31 | Data Center & End User Migration | Wood, Fred | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 12 | Emergency Response Initiative | Klutz, Richard | 2: MEDICAL PROGRAM |
| 32 | Enterprise Architecture | Griffith, Mark | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 33 | Health Care Data Center Migration | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 8 | Health Care Scheduling System (HCSS) | Davis, Sara J. | 1: TIMELY ACCESS TO CARE |
| 34 | Health Information Management | Mabra-Hobson, JoAnna | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 1 | Healthcare Network Phase II (Full Build-out) | Nordstrom, Evan | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 21 | Hourly Contracted Staff Contracts FY2008/2009 | Ysunza, Joan | 4: QUALITY IMPROVEMENT PROGRAMS |
| 22 | IT Security | Berry, Chris | 4: QUALITY IMPROVEMENT PROGRAMS |

Data extracted from Clarity: 12/11/08

# LIST OF PROJECTS (SORTED BY PROJECT NAME)

| | Project | Manager | Receiver's Turnaround Plan of Action Goals |
|---|---|---|---|
| 35 | Laboratory Services Management | Ketchum, Stan | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 36 | Maxor Pharmacy Conversion | Mondragon, Ed | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 37 | Mental Health Tracking System (MHTS) | Block, Carl | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 44 | NorCal Re-Entry Facility | Haag, Stephen | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 9 | Nurse Staffing Assessment | Robinson, Greg | 1: TIMELY ACCESS TO CARE |
| 15 | On Line Exams | Meyerhoff, Keith | 3: RECRUIT,TRAIN,RETAIN MED WFORCE |
| 13 | Palliative Care Program | Clark, Charmaine | 2: MEDICAL PROGRAM |
| 23 | PMO Project Coordination & Oversight | Larson, Cheryl | 4: QUALITY IMPROVEMENT PROGRAMS |
| 14 | Prodagio (HCDMS) | Dickson, Ned | 2: MEDICAL PROGRAM |
| 24 | Program Management Office Organization | Williams, Ben | 4: QUALITY IMPROVEMENT PROGRAMS |
| 10 | Public Health | Forbes, David | 1: TIMELY ACCESS TO CARE |
| 45 | Site Activation - 33 Institutions | Haag, Stephen | 6: CLINICAL, ADMINISTRATIVE & HOUSING |
| 38 | Telemedicine Services - Provider On Boarding | Harris, Denise | 5: MEDICAL SUPPORT INFRASTRUCTURE |
| 39 | VOIP-Unified Messaging | Williams, Doug | 5: MEDICAL SUPPORT INFRASTRUCTURE |

Data extracted from Clarity: 12/11/08

# Receiver's Turnaround Plan of Action

# Goal 1

**Project Name:  Access to Care, Chronic Disease Management Program (CDMP)**
**Project Executive:  Terry Hill, MD**
**Project Sponsor:  Thomas Bzoskie, MD**
**Project Manager:  Corey Langdale**

| E-Mail: | Corey.Langdale@cdcr.ca.gov | | |
|---------|------------|-----------|------------|
| Phone | (916) 712-0580 | Proj ID: | PRJ031 |
| Start Date: | July 2008 | Est Finish Date: | December 2009 |

**Solution Vision:**
Apply process improvement concepts and specifically Plan-Do-Study-Act (PDSA) cycles to improve the quality of care to the patient inmate population. Also move to a Chronic Disease Management and Primary Care model for the clinic visit.

**Project Description:**

- Pilot PDSA cycles and process improvement concepts to six (6) pilot sites for chronic disease management and then deploy statewide.

- Improve clinic efficiency by moving to the planned visit and primary care model

**Organization Impact:**

The Chronic Disease Management Program impacts all CDCR resources including facilities, human resources, and Information Technology.

**Project Purpose:**
Create a collaborative environment where custody and health care staff collectively guarantee access to care and improvements in morbidity and mortality which will meet constitutional standards of care.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: **1.2: Staffing & Processes for Health Care Access**
Actions: Fully Implement Health Care Access Teams

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Selection of Vendor | Apr 08 | Apr 08 |
| Kick-Off of CDMP | Jul 08 | Jul 08 |
| Conduct Learning Sessions for pilot sites | Nov 08 | Nov 08 |
| Produce Change Package | Dec 08 | |
| Conduct Diabetes Learning Sessions for pilot sites | Jan, Mar, May 09 | |
| Conduct Statewide Learning Sessions | Jan-Nov 09 | |
| Conduct Regional Workshops | Feb-Dec 09 | |

**Key Work Products:**
1. Monthly leadership reports
2. Change Package
3. ACIC Survey reports

**Dependencies/Constraints:**
1. Centralized support for policy change
2. Devotion of adequate institution staff
3. Registry development and roll out
4. Training in rapid cycle qlty improvement
5.

**Risks:**
1. Lack of adequate institution resources.
2. Aggressive electronic registry roll out schedule.
3. Post and Bid process within state nursing classification could result in team instability.
4. Change management is challenging, difficult to measure and hard to sustain.

**Project Team:**
Annette Lambert, Team Lead
Deborah Roberts, Nursing Consultant
Darrin Dennis, Nursing Consultant
Liana Lianov, MD, QI Chief Med. Officer
Cathi Murdoch, Custody Administrator
Vickie Bertucci, Custody Captain
Kent Imai, MD, Physician Consultant
Lori Weiselberg, HMA Consultant
Lyndon Greco, Analyst Support
Jennifer Smith, Clerical Staff

**Specific Performance Measures:**
1. By 12/30/2008, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
2. By 03/31/2009, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
3. By 03/31/2009, 95 percent or more of the daily point of care visits in pilot clinics will be entered in the state's Care Management Registry.
4. By 6/30/2009, 95 percent or more of the daily point of care visits in pilot institutions will be entered in the state's Care Management Registry.

**Additional Information (Optional):**

**Executive Project Data Sheet**                    **As of: December 11, 2008**

Lifecycle: The project is in the pilot implementation stage having delivered the Chronic Disease Primary Care model to the 6 pilot sites through 4 learning collaboratives.  Lifemasters nurses are on site at each of the pilot clinics to promote the delivery of the model to the other clinics through March-09.

The project is also in the planning stage for the delivery of the Diabetes/Hep C Learning Collaborative to the 6 pilots sites and Asthma Learning Collaboratives from Jan-2009 through October 2009.  Regional Workshops will be delivered by Quality Improvement Advisors from Feb-2009 to Dec-2009 to integrate Diabetes and HEP C throughout all institutions.

1.

## PROJECT SCHEDULE

| Project Name | | Acces To Care -Chronic Care | |
|---|---|---|---|
| Project Manager | | Corey Langdale/Brian Spray | |
| PM Phone | | 916-712-0580 | |

| ORDER | INSTITUTION | Implementation Start (aka "Kick-Off") Week Of | Site Visits | Go-LIVE Date Asthma |
|---|---|---|---|---|
| Pilot #1 | FOL - Folsom | 7/15/08 | | 4/31/09 |
| Pilot #2 | MCSP - Mule Creek State Prison | 7/15/08 | | 4/31/09 |
| Pilot #3 | CMC - CA Men's Colony | 7/15/08 | | 4/31/09 |
| Pilot #4 | CCWF - Central CA Women's Facility | 7/15/08 | | 4/31/09 |
| Pilot #5 | RJD - RJ Donovan Correctional Facility | 7/15/08 | | 4/31/09 |
| Pilot #6 | CIW - California Institute for Women | 7/15/08 | | 4/31/09 |
| #1 | SAC - CA State Prison, Sacramento | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #2 | SATF - CA Substance Abuse Trtmt. Fac. | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #3 | COR - CA State Prisons, Corcoran | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #4 | SQ - San Quentin | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #5 | ISP - Ironwood State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #6 | CVSP - Chuckawalla Valley State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #7 | CCC - CA Correctional Center | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #8 | HDSP - High Desert State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #9 | VSPW - Valley State Prison for Women | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #10 | DVI - Deuel Vocational Institute | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #11 | KVSP - Kern Valley State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #12 | NKSP - North Kern State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #13 | PVSP - Pleasant Valley State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #14 | LAC - CA State Prison, Los Angeles | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #15 | SVSP - Salinas Valley State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #16 | CCI - CA Correctional Institute | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #17 | PBSP - Pelican Bay State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #18 | ASP - Avenal State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #19 | CEN - Centinela State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #20 | CAL - Calipatria State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #21 | SCC - Sierra Conservation Center | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #22 | WSP - Wasco State Prison | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #23 | SOL - CA State Prison, Solano | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #24 | CRC - CA Rehabilitation Center | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #25 | CMF - CA Medical Facility | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #26 | CTF - Correctional Training Facility | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #27 | CIM - CA Institute for Men | 1/30/09 | TBD - 2 per month | 7/31/09 |
| #28 | | | | |
| #29 | | | | |
| #30 | | | | |
| #31 | | | | |

Revised 12/11/2008

# Project Data Sheet
## Project Name:  Access to Care - Primary Care/Sick Call Project

**Project ID:**
**Project Executive:  Dr. Kent Imai**
**Project Sponsor:  Dr. Jeff Carrick**
**Project Manager:  Brian Spray**
**Start Date:  07/08/08**
**Estimated Finish Date: 07/31/10**
**Updated by:  Brian Spray**

**Project Objective Statement:**
The Primary Care/Sick Call project will create new standardized, reliable, and measurable sick call processes that will streamline workflow and ensure inmate/patients timely and quality access to medical care at all California Department of Corrections and Rehabilitation (CDCR) institutions.  Within the scope of its individual Access to Care domain, the Primary Care/Sick Call project will promote the transition to a primary care model of care, emphasizing care coordination and accountability for patient outcomes.

**Matrix**

|  | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| Resources |  |  | X |
| Schedule |  | X |  |
| Scope | X |  |  |

**Deliverables**
1. Review and revise standardized nursing procedures and approved protocols.
2. Redesign of nursing supervision as called for by new Supervising RN (SRN II) deployment.
3. Review queuing theory models now being used in private and public health care systems.
4. Redesign the primary care/sick call process to incorporate the assignment of patient panels to primary care providers and nursing staff and promote accountability for patient outcomes.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for processes | 11/13/08 | 11/13/08 |
| Choose pilot sites to participate in sick call | 11/13/08 | 11/13/08 |
| Visit pilot sites to evaluate and establish process flows | 12/23/08 |  |

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Monitor, evaluate, change and re-evaluate pilot site processes | 1/22/08 |  |
| Finalize process and policies for institution implementation | 1/22/08 |  |
| Phase in implementation of new medical request process | 4/12/10 |  |
| Transfer project functions to programmatic operations | 6/23/10 |  |

**Dependencies/Constraints**
1. Adequate space provision for working conditions
2. Adequate resources allocated throughout lifecycle of project.
3. Adequate funding throughout lifecycle of project.
4. Executive level support to ensure project success.
5. Local level support to ensure project success
6. Centralized support and assistance with policy and procedure revision, including analysis of Court orders and state and federal regulations.
7. Information system for referrals, scheduling, tracking and reporting.
8. Other identified project directly affecting the Access to Care – Sick Call project.

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Dr. Jeff Carrick | Clinical Chair |
| Doug Mudgett | Nursing Lead |
| Brian Spray | Project Manager |
| Richard Martin | Team Lead |
| Darrin Dennis | Nursing Consultant |
| Nan Clark | Nursing Consultant |
| Vickie Bertucci | Correctional Consultant |
| Patricia Castille | Core Team Member |
| Jennifer Guzman | Clerical Support |
| Vacant | IT Consultant |

**Project Data Sheet**
**Project Name: Access to Care - Primary Care/Sick Call Project**

**Key Work Products**
1. Weekly core project meeting minutes
2. Weekly implementation team meeting minutes
3. Bi-weekly executive steering committee meeting minutes
4. Specific Access to Care – Primary Care/Sick Call project reports

**Specific Performance Measures**
1. By 7/31/09 in pilot clinics 75%+ of medical 7362s collected will have time stamp.
2. By 7/31/09 in pilot clinics 80%+ of requests for clinical services will have clinical evaluation within 24 hours.
3. By 7/31/09 in pilot clinics 80%+ of scheduled routine will be seen by PCP within 14 days of triage.
4. By 7/31/09 in pilot clinics 70%+ of scheduled follow-ups will be seen within specified timeframe of face to face.

**Issues**
1. Time frames very aggressive
2. Resource requirements not at full levels

**Lifecycle:**
The sick call project is in the pilot implementation stage. The team has currently visited three of the six pilot sites to complete patient chart reviews and gather baseline data related to the current medical triage process.

The team has also completed a draft change package and has begun a pilot at Folsom State Prison (FSP) to test the implementation of a new triage process that includes Nurse Practitioners in the triage process.

The project is also in the planning stage of developing a Patient-Centered Medical Home (PCMH) model of care that will introduce Primary Care concepts in the yard clinics.

# PROJECT SCHEDULE

| Project Name | Acces To Care - Sick Call | |
| Project Manager | Brian Spray | |
| PM Phone | 916-764-4800 | |

| ORDER | INSTITUTION | Implementation Start (aka "Kick-Off") Week Of | Site Visits | Pilot Dates |
|---|---|---|---|---|
| Pilot #1 | FOL - Folsom | 7/15/08 | TBD - 3 per month | 10/6/08-4/6/09 |
| Pilot #2 | MCSP - Mule Creek State Prison | 7/15/08 | TBD - 2 per month | 12/8/08-4/6/09 |
| Pilot #3 | CMC - CA Men's Colony | 7/15/08 | TBD - 2 per month | 12/8/08-4/6/09 |
| Pilot #4 | CCWF - Central CA Women's Facility | 7/15/08 | TBD - 3 per month | 12/15/08-4/6/09 |
| Pilot #5 | RJD - RJ Donovan Correctional Facility | 7/15/08 | TBD - 2 per month | 11/24/08-4/6/09 |
| Pilot #6 | CIW - California Institute for Women | 7/15/08 | TBD - 2 per month | 11/24/08-4/6/09 |
| #1 | SAC - CA State Prison, Sacramento | 1/30/09 | TBD - 2 per month | |
| #2 | SATF - CA Substance Abuse Trtmt. Fac. | 1/30/09 | TBD - 2 per month | |
| #3 | COR - CA State Prisons, Corcoran | 1/30/09 | TBD - 2 per month | |
| #4 | SQ - San Quentin | 1/30/09 | TBD - 2 per month | |
| #5 | ISP - Ironwood State Prison | 1/30/09 | TBD - 2 per month | |
| #6 | CVSP - Chuckawalla Valley State Prison | 1/30/09 | TBD - 2 per month | |
| #7 | CCC - CA Correctional Center | 1/30/09 | TBD - 2 per month | |
| #8 | HDSP - High Desert State Prison | 1/30/09 | TBD - 2 per month | |
| #9 | VSPW - Valley State Prison for Women | 1/30/09 | TBD - 2 per month | |
| #10 | DVI - Deuel Vocational Institute | 1/30/09 | TBD - 2 per month | |
| #11 | KVSP - Kern Valley State Prison | 1/30/09 | TBD - 2 per month | |
| #12 | NKSP - North Kern State Prison | 1/30/09 | TBD - 2 per month | |
| #13 | PVSP - Pleasant Valley State Prison | 1/30/09 | TBD - 2 per month | |
| #14 | LAC - CA State Prison, Los Angeles | 1/30/09 | TBD - 2 per month | |
| #15 | SVSP - Salinas Valley State Prison | 1/30/09 | TBD - 2 per month | |
| #16 | CCI - CA Correctional Institute | 1/30/09 | TBD - 2 per month | |
| #17 | PBSP - Pelican Bay State Prison | 1/30/09 | TBD - 2 per month | |
| #18 | ASP - Avenal State Prison | 1/30/09 | TBD - 2 per month | |
| #19 | CEN - Centinela State Prison | 1/30/09 | TBD - 2 per month | |
| #20 | CAL - Calipatria State Prison | 1/30/09 | TBD - 2 per month | |
| #21 | SCC - Sierra Conservation Center | 1/30/09 | TBD - 2 per month | |
| #22 | WSP - Wasco State Prison | 1/30/09 | TBD - 2 per month | |
| #23 | SOL - CA State Prison, Solano | 1/30/09 | TBD - 2 per month | |
| #24 | CRC - CA Rehabilitation Center | 1/30/09 | TBD - 2 per month | |
| #25 | CMF - CA Medical Facility | 1/30/09 | TBD - 2 per month | |
| #26 | CTF - Correctional Training Facility | 1/30/09 | TBD - 2 per month | |
| #27 | CIM - CA Institute for Men | 1/30/09 | TBD - 2 per month | |
| #28 | | | | |
| #29 | | | | |
| #30 | | | | |
| #31 | | | | |

Revised 12/11/2008

**Executive Project Data Sheet**                                                    As of:  December 12, 2008

| | | | |
|---|---|---|---|
| **Project Name:  Access to Care, Registry** | | | |
| **Project Executive:  Terry Hill** | | | |
| **Project Sponsor:  Tom Bzoskie, MD** | | | |
| **Project Manager:  Cary Amo** | | | |
| **E-Mail:** | Cary.amo@cdcr.ca.gov | | |
| **Phone** | (916) 217-4124 | **Proj ID:** | **PRJ-071** |
| **Start Date:** | 10/2/2008 | **Est. Finish Date:** | 6/30/2008 |

**Solution Vision:**

The Receiver's job is to establish constitutionally adequate prison medical care as quickly as practicable and in a way which will be sustainable. A highly visible and volatile area of care involves managing and monitoring inmates with certain chronic diseases using improved workflows and automation. This will result in improved healthcare and reduced crisis management and associated costs treating inmates in a reactive, emergency mode.

**Project Description:**

The Registry Project is a software application which supports the monitoring and management of certain patient populations with chronic diseases.  It uses as its starting point, a software application called CDEMS originally developed by the Washington State Disease Prevention and Control Program, first released for use by other healthcare organizations in 2002 at no cost. The Registry is designed around a progress note that facilitates standardization of care for patients with a particular chronic condition(s). Printed progress notes, patient lists, and summary reports are generated for use by clinical staff.  For CDCR, the Registry Application is being dramatically enhanced and will focus on the highest priority, chronic diseases, initially Asthma, Diabetes and Hepatitis C.

**Organization Impact:**

The first Phase of the Registry will be limited to 6 pilot Institutions, implementing in a single clinic using a single Virtual Machine (the application and data will be accessed via the Internet using desktop computers in the Institution. However, the actual application and data will be physically housed on Servers at 501 J St. and eventually to the new Data Center.  Phase 2 of the Registry will be to expand the number of clinics within each of the 6 pilot sites to 5. Phase 3 will be to roll out the use of Registry in a single clinic at the remaining 27 Institutions.  Phase 4 will be to expand Registry into multiple clinics within each of the 27 Institutions.

**Key Work Products:**
1. Registry Software Application
2. Model workflow for Institutions
3. Change Package
4. Virtual Machine solution
5. On-site Training

**Dependencies:**
1. EIS DDPS Data Extract
2. Maxor for Pharmacy Data
3. Quest for Lab Data
4.
5.

**Constraints:**
1. Possible contention for technical resources at Quest supporting CDR/Lab interface.
2. Resources (with prior relevant experience) are needed to scope Phase 2 – technology platform change in for expansion into multiple clinics at pilot sites.
3. The Registry technology platform will change beyond Phase 1.

**Risks:**
1. Conversion of the Access DB platform for Phase 2.
2. Old network connectivity at any of our implementation sites can impact use of Registry until HCIT Lan/Wan implemented.
3. Stability of the Production Processing environment at 501 J St. is not as reliable as a Data Center environment .

**Project Team:**

Cary Amo – Project Manager

Tim Tracy – Staff Services Analyst

Larry Hicks - Staff Information Systems Analyst
Jackie Khoury – Mechanical & Technical
                          Occupational Trainee

Allie Baker – Research Analyst II

Darrin Dennis – Nurse Consultant

Karey Hart – Associate Programmer Analyst

ACCESS TO CARE (PG 2)

**Executive Project Data Sheet** **As of: December 12, 2008**

**Project Purpose:**
The Registry Project is a tactical solution to improve the quality of care provided to patients suffering from certain chronic diseases. Initially, the diseases that will be monitored are Asthma, Diabetes and Hepatitis C. New diseases will be added over time.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: 2.2 Chronic Care
Actions: 2.2.1 Chronic Care Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Team formed | 10/20/08 | 10/20/08 |
| Project Kickoff | 10/23/08 | 10/23/08 |
| Training Learning Session 4 | 11/19/08 | 11/19/08 |
| Development & Testing Phase 1 | 11/24/08 | 12/05/08 |
| Phase 1 Go Live | 11/25/08 | 12/08/08 |
| Phase 2 Scope | 12/08 | |
| Phase 2 Go Live | TBD | |
| | | |

**Life Cycle:** Registry is currently in the Deployment hase for our Pilot Sites. The first site which we will deploy is Mule Creek followed by CCWF and CIW.

**Specific Performance Measures:**
1. Clinics can identify their patients with chronic diseases.
2. Clinics can track patient progress improvements.
3. The type of care provided for specific Dx's can be tracked to determine best practices.
4. Improved tracking of patients based upon their acuity level(s).

**Additional Information (Optional):**

1.
2.
3.

**Project Data Sheet**
**Project Name: Reception Center Process Improvement**

| | |
|---|---|
| **Project ID: Access to Care – R&R**<br>**Project Sponsor: Jamie Mangrum, CIO**<br>**Project Manager: David Vercoe**<br>**Start Date: 07/01/08**<br>**Estimated Finish Date: June, 2010**<br>**Updated by: David Vercoe** (12/05/08) | **Dependencies/Constraints**<br>**1.** Adequate staffing will be provided.<br>**2.** Funding will continue as planned.<br>**3.** Designated Staff at all Reception sites will become actively engaged in the project.<br>**4.** All key staff will remain in place throughout the entirety of the project. |

**Project Goal Statement:**

The Reception Center process will provide initial triage to 100% of the Reception Center inmates on the day of arrival and a comprehensive healthcare assessment within two business days, providing the foundation of care management by establishing identification and timely treatment of contagious diseases, acute and chronic illness, or other health problems.

**Project Tradeoff Matrix**

| | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| **Resources** | | X | |
| **Schedule** | | | X |
| **Scope** | X | | |

**Deliverables**
1. Plan-Do-Study-Act assessment of reception processes.
**2.** Monthly reporting to Senior Leadership.
**3.** Rollout of new processes to twelve Reception Centers.
**4.** Ongoing evaluation and mentoring of Reception health care teams.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Determine pilot site | August, 2008 | August, 2008 |
| Hire project staff including physicians, project managers, nurses and leaders | Summer, 2008 | Summer, 2008 |
| Naming of appropriate staff, Subject Matter Experts, etc | Summer, 2008 | Summer, 2008 |
| Pilot site completion | December, 2008 | December, 2008 |
| Assessment complete – Remaining Sites | June, 2009 | |
| Implementation Complete | January, 2010 | |

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Annette Lambert | Access to Care Team Lead |
| Jayne Russell | Reception Team Lead |
| Mary Ann Simanello, RN, PhD | State-wide Nursing Consultant |
| Dr. Brett Williams | A2C Clinical Manager |
| Dr. Grace Song | Reception Clinical Mgr. |
| Doug Mudgett, RN | Nursing Manager |
| Michael McDonald | Custody Representative |
| Corey Langdale | A2C Project Manager |
| David Vercoe, PMP | Reception Project Mgr. |
| Project Subject Matter Experts | Health Care Managers Physician Champions |
| Site Subject Matter Experts | Associate Wardens Local Nurse Champion Local Physician Champion |

**Key Work Products**

1. PSDA cycles
2. Intake Performance Log

**Risks/Constraints**
**1.** Change management is challenging, difficult to measure and hard to sustain.
**2.** Space constraints at the institutions make new processes difficult to implement.
**3.** Adequate resources may not be sustainable.
**4.** Project timeframes are very aggressive.

**Specific Performance Measures**
1. By 1/31/2009, 95 percent or more of all inmates will have received a full health screening within two business days after arrival at the pilot institution Reception Center.
2. By 1/31/2009, 95 percent or more of priority medications will be delivered to the inmate within 24 hours of arrival at the pilot institution Reception Center.

| | **3.** By 1/31/2009, 95 percent or more of patients who needed MD- and/or RN-line follow up appointments will be scheduled prior to leaving the pilot institution Reception Area. |
| | **4.** By 1/31/2009, 99 percent or more of Reception Center inmates will be triaged by a registered nurse or provider on the day of arrival. |

Lifecycle: The pilot site will begin its Deployment phase in December 22nd. The rest of the Reception Center sites are in the Planning phase at this time.

| Executive Project Data Sheet | As of: December 12, 2008 |
|---|---|

**Project Name:  Access to Care, Utilization Mgmt.**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO, Dr. Ricki Barnett**
**Project Manager:  Bob Johnson**

| E-Mail: | Bob.johnson@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 207-1043 | Proj ID: | PRJ032 |
| Start Date: | July 8, 2008 | Est Finish Date: | October 31, 2010 |

**Solution Vision:**
To provide evidence based decision tools and interdisciplinary review processes to increase access to Specialty Care and reduce morbidity and mortality at the state's institutions.

**Project Description:**

- To standardize medical necessity criteria for specialty care referrals using evidence based medical guidelines.

- To standardize medical necessity criteria for infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Organization Impact:**

Access to Care – Utilization Management projects impacts all CDCR resources, current projects and respective portions of CDCR in one form or another.

**Project Purpose:**
To standardize medical necessity criteria for specialty care referrals using evidence based medial guidelines, and infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Strategic Plan Objectives:**
Primary Goal: 2 Prison Medical Program Services
Objective:
- Improve Specialty Care and Hospitalization
Actions:
- By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for Specialty Care processes | Aug. – Sept. 2008 | Sept. 2008 |
| Implement InterQual criteria based decision | Oct. – Dec. 2008 | |

**Key Work Products:**
1.  Weekly core project minutes
2.  Weekly implementation team meeting minutes
3.  Bi-weekly executive steering committee meeting minutes
4.  Specific Access to Care – Utilization Management project reports
5.  Specific Access to Care – Bed Access Management project reports

**Dependencies:**
1.  Executive level support to ensure project success.
2.  Adequate resources allocated throughout lifecycle of project.
3.  Adequate funding through lifecycle of project
4.  Adequate space provisions for working conditions
5.  Local level support to ensure project success
6.  Information system for referrals, scheduling, tracking and reporting

**Risks:**
1.  Inadequate resource staffing could result in project not meeting projected end date
2.  Slippage in other project schedules could impact Utilization Management project schedule and milestones
3.  Inadequate hardware or incomplete network connections could impact project implementation schedule

**Project Team:**
Dr. Ricki Barnett, Clinical Manager
Bob Johnson, Project Manager
Rick Robinson, Team Lead
Beatrice Dube, Nursing Consultant
Angel Cardona, Nursing Consultant
Mo Mock, Nursing Supervisor
Gary White, Nursing Supervisor
Nora Estillore, Nursing Supervisor
Blake Lim, Analyst Support
Genifer Espinoza, Clerical Support

**Specific Performance Measures:**
1.  Total number of Request for Services (RFS)
2.  Total number of RFS approved and denied after all appeals
3.  Number of RFS meeting InterQual criteria and approved, including all appeals
4.  Number of RFS not meeting InterQual

| | | |
|---|---|---|
| software and train selected users throughout the state. | | |
| Migrate institutions to the InterQual production server for data collection | Nov. 2008 – July 2009 | |
| Monitor, evaluate, and support InterQual implementation | Jan. 2009 – Dec. 2010 | |
| Establish pilot criteria and census data for Bed Access processes | Dec. 2008 – March 2009 | |
| Establish pilot sites to create and evaluate bed census process and data | Dec. 2008 – June 2009 | |
| Implement bed access processes to remaining institutions | July 2009 – Aug. 2010 | |
| Maintenance and Operations turnover | Sept. 2010 – Oct. 2010 | |
| Project closure | Oct. 2010 | |

criteria and approved, including all appeals
5. Number of 602s relating to Specialty Referral denials
6. Number of appointments within:
   - 14 days (Urgent)
   - 90 days (Routine)
7. Weekly backlog analysis for:
   - Urgent referrals
   - Routine referrals
8. Number of Hospital aberrant days
9. Average daily census of hospital beds
10. MAR subcommittee meetings:
    - Minutes kept (Yes or No)
    - Weekly meetings (Yes or No)
11. Daily rounds for institutional bed occupancy
    - % compliance
12. Daily review community bed occupancy
    - % compliance

**Lifecycle:**
1. Project initiation phase complete
2. InterQual training for UM nurses complete
3. RFS project pilot site wrapping up (FSP – will be migrating to production on January 5, 2009
4. Central Region institutions being prepped for InterQual migration to production server – January 5, 2009
5. InteQual Central Region data gathering relating to RFSs – Jan. – Feb, 2009.
6. Southern Region InterQual rollout – February – April, 2009
7. Northern Region InterQual rollout – May – July, 2009
8. Bed Access Central Region pilot project – start date Dec. 4, 2009

| | |
|---|---|
| **Project Name: Health Care Scheduling System (HCSS)**<br>**Project Executive: John Hagar**<br>**Project Sponsors: Jamie Mangrum, Dr. Terry Hill,**<br>**Betsy Chang-Ha**<br>**Project Manager: Sara Davis** | |

| E-Mail: | sara.davis@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 214-6213 | Proj. ID: | PRJ013 |
| Start Date: | 06/23/2008 | Est. Finish Date: | 01/31/2013 |

**Solution Vision:**
Implement an enterprise-wide approach to health care scheduling within the adult California Department of Corrections and Rehabilitation (CDCR) institutions.

**Project Description:**
The overall Health Care Scheduling System (HCSS) will schedule medical, dental, and mental health care appointments for offenders based upon mandated health care requirements, offender requests, referrals, medical orders, and on-going treatment plans.

**Organization Impact:**
This project will impact schedulers, medical/dental/ mental health staff, external health care providers, custody, transportation, and offenders.

**Project Purpose:**
Avoid health care scheduling conflicts and missed appointments, allow for a consolidated view of an offender's schedule, comply with legally mandated timeframes and metrics, and optimize resources.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: 1.3: Scheduling and Tracking System
Actions: 1.3.1: Strategic Offender Mgmt System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release of RFI | 10/2/08 | 10/2/08 |
| Release of RFP | 1/07/09 | Pending |
| Vendor Evaluation & Final Selection | 7/06/09 | Pending |
| Solution Ready for Rollout | 6/30/10 | Pending |
| Institution Rollouts Complete | 12/31/12 | Pending |
| Project Closeout | 1/31/13 | Pending |

**Key Work Products:**
1. Request for Information (RFI)
2. Request for Proposal (RFP)
3. Vendor Evaluation & Recommendation
4. HCSS Solution & Documentation
5. Rollout Plan
6. Support Plan

**Dependencies:**
1. CDCR Strategic Offender Management System (SOMS) and Business Information System (BIS) projects
2. CPHCS Clinical Data Repository (CDR) project
3. CPHCS Network and Data Center projects

**Constraints:**
1. Time constraints of subject matter experts and core team members who may be on multiple projects

**Major Risks:**
1. Solution not commercially available from a single vendor that includes Health Care, Corrections, and Scheduling
2. Environmental risk of large number of offenders and large size of individual institutions plus frequent movement of offenders
3. Combining scheduling for both health care and custody requires achieving consensus on business rules
4. Solution rollouts for multiple solutions in the same timeframe may overwhelm staff at institutions
5. Organizational change management considerations

**Project Team:**
The team will consist of representatives from Medical, Mental Health, Dental, IT, Nursing, Administration, Human Resources, and the Project Manager. The core team will be supplemented by various subject matter experts. Gartner Consulting will be assisting the team during the RFP and Vendor Evaluation phases.

**Specific Performance Measures:**
1. Development of a health care scheduling solution which meets the requirements of our corrections environment
2. Successful rollouts at each institution

**Additional Information (Optional):**
We are currently in the Planning phase of this
project. The next phase will be the Vendor
Evaluation & Selection (Procurement) Phase,
which begins January 2009.

**Executive Project Data Sheet**                                    **As of: December 11, 2008**

---

**Project Name:  Nurse Staffing Assessment Team**
**Project Executive:  B. Chang-Ha**
**Project Sponsor:  J. Hagar**
**Project Manager:  G. Robinson**

| E-Mail: | greg.robinson@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-956-2851 | Proj ID: | |
| Start Date: | May 2008 | Est Finish Date: | |

**Solution Vision:**
Fiscal approval of budget for recommended nursing positions (classification mix and volume) to provide constitutional care to persons in custody.

**Project Description:**

There are two primary objectives:

1. Develop a methodology to equitably and adequately staff the facilities with a validated proper classification mix of nursing staff.

2. Extend recommendations to the Receivers office concerning actual levels required to adequately staff the facilities

**Organization Impact:**
Decrease in overtime and registry usage by properly enumerating and allocating the right classification mix and volume of nursing staff used in institutions, based on a sound methodology.

**Project Purpose:**
Provide models of nursing staff needs for all institutions according to future model of delivery of care.

**Strategic Plan Objectives:**
Primary Goal: To provide Finance and other stakeholder departments (e.g. CDCR Human Resources) with sound reasoning for proper recommendations of amounts and types of nurses required for institutions to deliver nursing care.
Objective: Create documentation to support end goals
Actions: Perform onsite assessments (data gathering) and offsite methodologies in support of the objectives.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Develop Methodology | June 2008 | June 08 |
| Develop Audit Tools | July 08 | July 08 |
| San Quentin Audit | July 08 | Aug 08 |
| San Quentin Report | Aug 08 | Aug 08 |
| SATF Audit | July 08 | Sept 08 |

**Key Work Products:**
1. Nurse Staffing Assessment Methodology
2. Levels of Nursing Care based of acuity of Inmate Diseases and Conditions
3. Primary Care Model for the Delivery of Health Services
4. Facility Matrix

**Dependencies:**
1. Availablities to RN to complete workload
2. Access to Care initiatives for related data gathering

**Constraints:**
1. Need for additional temporary (Registry) staff to perform best practice assessments under revised methodology

**Major Risks:**
1. Steering Committee lack of full engagement

**Project Team:**

Carmen Hobbs, RN, MSN (SRN II); Lilia Meyer, RN (NCRP), Ted Udseth, RN (SRN III), Wendy Carlsen, RN, (SRN II); Suzanne Hermreck (SSA); Greg Robinson (PM)

**Specific Performance Measures:**
1. Project calendar
2. Written Reports
3.

**Additional Information (Optional):**

---

**Executive Project Data Sheet**                                    **As of:  December 11, 2008**

| | | |
|---|---|---|
| SATF Report | Sept 08 | Sept 08 |
| PBSP Audit | Oct 08 | Oct 08 |
| CIW Audit | Nov 08 | Nov 08 |
| Revise Methodology | Nov 08 | Nov 08 |
| Present Finding and Recommendations to John Hagar | Dec 08 | In Progress |
| Perform Best Practice Assessments (Planning) | | |

**Current Project Positioning Within Lifecycle**

The project is currently at the point of vetting the revised methodology and approach to move forward with the successful completion of this project in a timely and integrated manner.  The new methodology has been developed, and vetted with the Steering Committee for the project.  The next step is putting the final touches on it and then reviewing it with the Chief of Staff in mid-December.

| Project Name: Public Health Unit | | | |
|---|---|---|---|
| **Project Executive:** | | | |
| **Project Sponsor:** Janet Mohle-Boetani | | | |
| **Project Manager:** David Forbes | | | |
| **E-Mail:** | David.forbes@cdcr.ca.gov | | |
| **Phone** | 916-764-4703 | **Proj ID:** | **PRJ006** |
| **Start Date:** | 12-1-2008 | **Est Finish Date:** | 12-1-2010 |

**Solution Vision:**

To ensure that public health prevention and control services are standardized, and provided to all patient-inmates and CDCR staff in 33 adult correction institutions statewide.

**Project Description:**

Provide project management services for the development of a Public Health Unit with an employee health function, including scope, planning, scheduling, monitoring and control.

**Organization Impact:**

Project influences the clinical practice of all 33 adult correction institutions, and benefits both employees and inmates throughout CDCR.

**Project Purpose:**

To ensure adequate public health prevention and control to in all California Adult correctional facilities.

**Strategic Plan Objectives:**

Primary Goal: 1:Timely Access to Care
Objective: Ensure assess to public health services
Actions: Develop people, policies and technology to support public health care unit development

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Needs Assessment and Design for Public Health Unit information systems | 7-1-09 | |
| Implement Employee Public Health Pilot | 8-30-09 | |
| Evaluate Public Health Pilot | 12-1-09 | |
| Hire Public Health Staff | 12-1-10 | |
| Implement Management and Tracking Systems for Public Health Unit | 12-1-10 | |

**Key Work Products:**
1. Public Health Unit Pilot Evaluation
2. Public Health Unit Staffing Plan
3. Public Health Unit Information Systems Design

**Dependencies:**
1. Public Health Unit Pilot Evaluation Requires Public Health Unit Pilot completion.
2. Implementation of Management and Tracking Systems requires completion of Information Systems needs assessment.

**Constraints:**
1. Public Health Unit expansion requires approval of staff acquisition

**Risks:**
1. Acceptance of public health policy and procedures may vary between institutions.
2. IT Infrastructure may not be adequate for broad adoption of required IT solutions.

**Project Team:**
- Dave Forbes, Project Manager
- Dr. Janet Mohle-Boetani, Project Sponsor
- Nancy Snyder, Nurse Consultant Program Review

**Specific Performance Measures:**
1. Progress Against Schedule
2. Resolution of risks and issues
3. # of nurses trained in public health procedures and policies

**Additional Information (Optional):**

1. N/A

**Executive Project Data Sheet**                                      **As of: December 11, 2008**

**Where the Project is in the Lifecycle:**

All aspects of this project are in the initiation phase.  The Project Manager was hired on 12-1-2008, and key project artifacts such as the project management plan are just now being created.

Initial planning meetings are being held to further define the scope of the project so that a work breakdown structure, project schedule, and associated task lists can be developed.  The Project Team is expected to expand as the project progresses.

# Receiver's Turnaround Plan of Action

# Goal 2

| Executive Project Data Sheet | As of: December 8, 2008 |
|---|---|

**Project Name: Emergency Medical Response**
**Project Executive: Dr. Terry Hill**
**Project Sponsor: Betsy Chang Ha; Dr. Dwight Winslow**
**Project Manager: Rich Klutz**

| E-Mail: | Richard.Klutz@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-807-0654 | Proj ID: | PRJ036 |
| Start Date: | 03/01/08 | Est Finish Date: | 06/01/09 |

**Solution Vision:**

A standard medical emergency response system that meets community standards and reduces avoidable morbidity and mortality.

**Project Description:**

Develop an Emergency Response System that meets community standards and includes standard policy and procedures, training and certification in emergency response, and acquisition and placement of appropriate emergency response equipment.

**Organization Impact:**

Reduced morbidity and mortality; training and certification activities; equipment inventory and maintenance activities; documentation, medical oversight, quality improvements.

**Project Purpose:**

Standardize the structure and organization of the CDCR Emergency Medical Response System including policy, equipment and personnel certification and training.

**Strategic Plan Objectives:**

Primary Goal: 2: Medical Program
Objective: 2.3 Improve Emergency Response to Reduce Avoidable Morbidity and Mortality
Actions: 2.3.1 Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions

2.3.2 By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff

2.3.3 By January 2009, inventory, assess and standardize equipment to support emergency medical response

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pre-implementations and video conference | 12/05/08 | 12/05/08 |
| Follow-up implementations | 01/31/09 | |
| Post implementations | 03/30/09 | |
| BLS/ACLS training | 05/30/09 | |
| Equipment assessment | 01/31/09 | |

**Key Work Products:**
1. Emergency Medical Response Program Policies and Procedures
2. Certification and Training standards for all clinical staff
3. EMR equipment inventory and standards

**Dependencies:**
1.

**Constraints:**
1. EMR training standards may be constrained by labor relations considerations.

**Risks:**
1. Scope changes may hinder timely delivery of the program
2. Budget delays could delay standardization of EMR equipment.
3. Inaccurate and/or untimely training and equipment inventories will prevent timely standardization.
4. Lack of a single point of contact in institutions responsible for EMR equipment support and maintenance may hinder full compliance with equipment inventory and maintenance requirements.

**Project Team:**

| | |
|---|---|
| Ivan Gallardo | Lilia Nash |
| Terri Taylor | Janet Burrow |
| Wesley Capon | Valerie Tennessen |
| Cynthia Ramsey | Dr. Alan Frueh |
| Wendy Lee | Lewiette Wilkins |
| Dora Galvez-Moretti | Cathi Murdoch |
| Mary Barnett | Ian Branaman |

**Specific Performance Measures:**
1. Policy Adoption
2. % Certified and Trained
3. % Equipment Standardized

**Additional Information (Optional):**

| **Executive Project Data Sheet** | **As of: December 8, 2008** |
|---|---|

Status as of 12/10/08:

Emergency Medical Response Policy and Procedure Implementation

- All pre-implementation Emergency Medical Response (EMR) assessments have been completed and are being compiled into a summary "scorecard" type of report by region that displays % compliance per institution. This report is the basis for on-going quality improvement assessments and focused improvement efforts.
- Implementation of the policy and procedures was completed via two video conference sessions on December 2nd and 5th.
- Focused implementation follow-up visits and post implementation audit visits to institutions have been planned and will be completed by March, 2009.

Emergency Medical Equipment Standardization

- EMR bags:
  - As of December 5th, 391 EMR bags have been shipped to institutions. Every institution has at least two new EMR bags. Distribution of EMR bags to all institutions will be completed by the end of December. A total of 486 EMR bags will be distributed to institutions.
  - Procurement Services has developed a procurement form for on-going replenishment of major supplies in the bag as well as replacement of the bag.
- Other EMR equipment needs:
  - A preliminary EMR equipment inventory has been completed and staff is verifying the information collected to eliminate duplicate counts and clarify possible misinterpretation of survey questions.
  - A standard list of EMR equipment has been developed and Procurement Services has verified that all of the equipment items can be procured through existing State procurement methods (e.g., DGS MRD Safety Contract or CMAS).

Develop and Implement Certification Standards for all clinical staff and training programs for all clinical and custody staff

- The Basic Life Support (BLS) and Advanced Cardiac Life Support (ACLS) training survey has been completed.
- An existing contract that provides BLS and ACLS training at three institutions is being expanded and a total of 18 institutions have expressed interest in participating in this contract. The new contract is a master services type contract that will enable each participating institution to choose when to schedule classes at the institution and the vendor will provide all materials needed for the training.
- In addition, American Heart Association certified training providers for BLS and ACLS that are in close proximity to each institution have been identified. This information will be disseminated to all institutions.
- CPHCS Workforce Development has identified another valuable source of training that will provide Emergency Nursing Orientation (ENO) and Emergency Nursing Triage (ENT) online training courses. The proposal for this training is in the review/approval process.

**Executive Project Data Sheet**                      **As of: December 8, 2008**

| | |
|---|---|
| **Project Name: Prodagio / Health Care Document Management System (HCDMS)** | **Key Work Products:** |

**Project Name: Prodagio / Health Care Document Management System (HCDMS)**

**Project Executive: John Hagar**

**Project Sponsor: Jamie Mangrum, Mitzi Higashidani**

**Project Manager: Ned Dickson**

| E-Mail: | ned.dickson@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 317-2935 | Proj ID: | PRJ009 |
| Start Date: | 10/1/2006 | Est Finish Date: | 2/5/2009 |

**Solution Vision:**

Improve the medical services contracting processes by implementing electronic document creation, workflow management and storage for contracts and invoice payments.

**Project Description:**

Configure, pilot and implement the Health Care Document Management System (HCDMS) which includes separate but integrated applications for invoice processing and contracts management.

**Organization Impact:**

Stakeholders include Plata Contracts and Health Care Invoice Processing Branches, CDCR Accounting and all 33 Institutions. Implementation requires new business processes and enterprise-scale technology.

**Project Purpose:**

1. Reduced medical contract processing time.

2. Reduced invoice payment processing time.

**Strategic Plan Objectives:**
Primary Goal: 2. Medical Program
Objective: 2.4 Specialty Care and Hospitalization
Actions: 2.4.3 Specialty Care Invoice Payments

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pilot (CCWF, CMF, PBSP, SQ) | 12/11/06 | 2/18/07 |
| VSPW, CSP SAC | 1/28/08 | 1/28/08 |
| FSP | 2/25/08 | 6/2/08 |
| SOL | 6/23/08 | 6/23/08 |
| CCC, HDSP | 7/28/08 | 7/28/08 |
| COR, SATF | 8/11/08 | 8/11/08 |
| CIM, CIW, CRC | 10/15/08 | 10/30/08 |
| DVI, MCSP, SCC | 10/30/08 | 10/30/08 |
| ASP, CMC, PVSP, SVSP | 12/4/08 | 12/4/08 |
| CCI, KVSP, NKSP, LAC, WSP, CRC, CTF | 1/15/09 | |
| CAL, CEN, CVSP, ISP, RJD | 2/5/09 | |

**Key Work Products:**

1. Pilot system implementation at first four institutions and two Regional Accounting Offices (RAOs)
2. Implementations at each remaining institution and RAO

**Dependencies:**

1. Network access required for all users.
2. Integration of Prodagio with BIS requires upgrade of Prodagio software. Software upgrade is planned but not currently funded.

**Constraints:**

1. Implementation cannot proceed faster than HQ Invoice Processing team can support added workload
2. All users must have access to CDCR network and PC workstations.

**Risks:**

1. System or business processes fail to scale up to provide adequate performance.
2. Limited network connections at Institutions delays implementation
3. Network capacity limitations impact system performance

**Project Team:**

| Team Members | Role |
|---|---|
| Ned Dickson | Project Manager |
| Quan Vu | Application Support |
| Anna Kula | Application Support |
| Kevin Rollins | Help Desk Lead |
| Antoine Hernandez | Help Desk |
| Michelle Ogata | Project Stakeholder (Invoicing) |
| Gayle Fifield | Project Stakeholder (Accounting) |
| Marnell Voss | Project Stakeholder (Contracts) |

**Specific Performance Measures:**
1. Progress against schedule
2. % of invoices paid within 30 days
3. % of non-bid contracts created within 30 days
4. % of bid/master contracts created within 60 days

**Additional Information (Optional):**

1.
2.
3.

**Executive Project Data Sheet**                                            **As of: December 8, 2008**

Current Lifecycle Stage:
- Contracts Management – Implementation Phase, Cluster 2 with 21 institutions completed.
- Invoice Processing – Implementation halted after 12 institutions completed.

Invoice processing system performance issues that appeared in September were significantly improved via update of the Prodagio database software over Columbus Day holiday. This greatly reduced instances of poor system performance. Two additional improvements were implemented to shorten the invoice payment business process.

Most of these improvements were measured prior to the October 24 deadline given by the Receiver's office to assess system performance. The report of performance results was communicated to stakeholders on October 27.

In spite of these improvements, confidence in the scalability of the invoice payment portion of the Prodagio system remains low enough that Receiver's Office approved the request from the Healthcare Invoice Data and Provider Services Branch (HIDPS) to suspend use of the Prodagio system for invoice payments. HIDPS has reverted to manual invoice processing. We are working with HIDPS to use Prodagio in a limited fashion at HQ only to support invoice tracking and reporting.

Implementation of Prodagio Contracts continues on schedule. This implementation schedule is not impacted by the issues with the invoice payment side of Prodagio. Latest round of user training was provided for ASP, CMC, PVSP, and SVSP on December 2-4. Prodagio Contracts is now in use at 21 institutions plus HQ.

# Receiver's Turnaround Plan of Action

# Goal 3

| Project Name: On-Line Exams | | | |
|---|---|---|---|
| Project Executive: Jamie Mangrum | | | |
| Project Sponsor: Kathy Stigall | | | |
| Project Manager: Keith Meyerhoff | | | |
| E-Mail: | keith.meyerhoff@cdcr.ca.gov | | |
| Phone | 916 322-8505 | Proj ID: | not assigned |
| Start Date: | 12/8/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
On-Line Exams will enable Human Resources to accelerate the hiring process: Candidates will be able to complete exams at the same time they apply. HR will be able to enter exams without the involvement of State Personnel Board.

**Project Description:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Organization Impact:**
More efficient hiring process in Human Resources. Reduced turnaround time in the hiring of a professional quality medical care workforce. Increased capacity in HR staff for the new facilities.

**Project Purpose:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Strategic Plan Objectives:**
Primary Goal:
3:Recruit, Train  Retain Medical Workforce
Objective:
Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter | 12/19/2008 | |
| Contract Finalized | 12/26/2008 | |
| Project Plan | 12/26/2008 | |
| Project Scope Defined | 12/31/2008 | |
| Project Kickoff | 1/5/2009 | |
| Requirements Completed | 2/1/2009 | |
| UI Design Completed | 3/1/2009 | |
| Alpha Version Delivered | 5/1/2009 | |
| Beta Version Delivered | 6/1/2009 | |
| Go Live | 6/30/2009 | |

**Key Work Products:**
1. Inception - Project Charter
2. Inception - Project Plan
3. Requirements - Use Case Document
4. Design -Mockups of Key User Interfaces
5. Design - Prototype
6. Development - Test Plan
7. Implementation - User Documentation
8. Implementation - Training Plan

**Dependencies:**
1. Contract Complete and Signed by 12/26/2009

**Constraints:**
1. The two primary client departments are Selection Services and Workforce Planning, both within Human Resources. Both departments are very busy but there participation is vital. A possible constraint is the amount of time they can commit. They have been very willing to commit time so far.

**Risks:**
1. Project scope needs to be clarified, specifically how much of the current exam and certification system provided by SPB will be replaced by this new system and for what job classes. Project Charter will help clarify as well scope definition in early phase or requirements.
2. The examination scoring module will be a complex algorithm. One vendor has already failed to understand and implement this process for the State Personnel Board. Therefore clear understanding of the user requirements and an early prototype are recommended to mitigate this complexity risk.

**Project Team:**
Keith Meyerhoff – Project Manager
Daisy McKenzie – Client Manager
Lesa Saville – Client Manager
Michelle Stone – Vendor Project Manager
Subject Matter Experts:
1. Teresa Graber
2. Rosie Jauregui
3. Allison Sanjo
4. Julia Shelmire
5. Tom Gjerde

**Specific Performance Measures:**
1. In cooperation with clients, develop specific

| | | |
|---|---|---|
| | | |
| | | |

Project Status 12/10/08
Completed scoring bids from three vendors.

Project is at inception stage. Just kicked off this week. However we have already been working on developing a requirements document under the assumption that this would be the first deliverable required.

Have received bids from three vendors, two for COTS exam systems designed generically for government hiring, one for a custom solution.

We will be going with the custom solution vendor which is Hodes IQ, a vendor who has already proven themselves capable by implementing an applicant tracking system for Workforce Planning.

project milestones and deliverables per schedule.
2. Set up criteria for system performance measures: capacity, speed, and efficiency.
3. With client departments, develop measures of system effectiveness. For instance, reduction in the number of days a position remains open from job requisition to hire date.

**Additional Information (Optional):**
None at this time.

Receiver's Turnaround Plan of Action

Goal 4

**Project Name: Business Information System (BIS)**
**Project Executive: Mitzi Higashidani, Kathy Stigall**
**Project Sponsor: Jamie Mangrum**
**Project Manager: Gary Mengers**

| E-Mail: | Gary.Mengers@cdcr.ca.gov | | |
|---------|--------------------------|---------|----------|
| Phone | 916 502-9606 | Proj ID: | PRJ030 |
| Start Date: | 11/2/2007 | Est Finish Date: | 10/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**

Implementation of CDCR's Business Information System (SAP financials, supply chain management and human resources) for CPHCS

**Organization Impact:**

Major impact on headquartes and insitution personnel due to the implementation of new, standardized business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS's financial, procurement and human resources business processes for ¢ headquarters and all 33 institutions

**Strategic Plan Objectives:**
    Primary Goal: 4:Quality Improvement Programs
    Objective: 4.2: Quality Improvement Program
    Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Release 1A (core financials) Go-Live | 7/1/2008 | 6/30/2008 |
| Release 1A.5 (budgets) Go-Live | 10/1/2008 | 9/15/2008 |
| Release 1B (accounting and procurement) Go-Live | 11/3/2008 | 11/3/2008 |
| Release 2 (human resources) Go-Live | 3/2/2009 | |
| Release 1C (CPHCS requirements) Go-Live | 7/1/2009 | |
| | | |
| | | |
| | | |

**Key Work Products:**
  1. Identification of CPHCS BIS users and security roles
  2. CPHCS BIS user training
  3. Identification of business processes, security roles and system configuration requiring modification for CPHCS

**Dependencies:**
  1. CDCR BIS Project - configuration and implementation
  2. Prodagio system for medical contracts
  3. BIS and CPHCS networks/active directories (single sign-on)
  4.
  5.

**Constraints:**
  1. Limited number of SAP/BIS experienced trainers and support personnel

**Risks:**
  1. CDCR planned deployment approach (aggressive timeline)
  2. Not all CPHCS requirements met during initial implementation
  3. Delay in approval of BIS SPR & contract amendment caused some delays

**Project Team:**

CPHCS's core project team consists primarily of the project manager, who has acted as the Receiver's BIS representative and advisor, supported by subject matter experts, who have participated in project workshops and user acceptance testing. To support deployment, four CPHCS staff attended BIS train-the-trainers classes and are training/supporting CPHCS staff.

**Specific Performance Measures:**
  1. Standardized business processes for headquarters and institutions
  2. Integrated budget, accounting, procurement and human resources
  3. On-line, real-time financial reporting
  4. Timely processing of vendor and provider payments

**Additional Information (Optional):**

  1.
  2.
  3.

Project Lifecycle Status:

The BIS budget, accounting and procurement functions were implemented on November 3, 2008 and are currently operational in CDCR and CPHCS headquarters. Institutions, including health care, are preparing for their implementations and will begin training in January 2009 for the northern region, continuing through February and March for the central and southern region institutions. All institutions will be operational by April 1, 2009 with the Release 1 BIS functions.

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and will begin user acceptance testing in January 2009. Deployment to headquarters and the institutions will be conducted in four phases, beginning in March 2009. All functions are planned to be operationl in all locations by July 2009. In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in February 2009, with a planned implementation during July through September 2009.

Case 2:90-cv-00520-KJM-SCR    Document 3470    Filed 01/26/09    Page 52 of 103

**Project Name: Business Information System (BIS) HR/Nursing**
**Project Executive: Betsy Chang-Ha, Kathy Stigall**
**Project Sponsor:, Jamie Mangrum**
**Project Manager: Senthil K Muniappan**

| E-Mail: | Senthil.muniappan@cdcr.ca.gov | | |
|---|---|---|---|
| Phone: | 916 764 4766 | Proj ID: | PRJ075 |
| Start Date: | 10/28/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**
Implementation of CDCR's Business Information System (SAP human resources for all CPHCS and Shift Planning for Nursing) for CPHCS

**Organization Impact:**
Major positive impact on headquarters and institution personnel due to the implementation of new, standardized HR business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS' human resources, Post & Bid and Shift Planning business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
Primary Goal: 4:Quality Improvement Programs
Objective: 4.2: Quality Improvement Program
Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release 2 HQ Go-Live | 3/1/2009 | |
| Release 2 North Go-Live | 4/1/2009 | |
| Release 2 Central Go-Live | 5/1/2009 | |
| Release 2 South Go-Live | 6/1/2009 | |
| Release 2 Completion | 6/30/2009 | |

**Key Work Products:**
1. Identification of CPHCS BIS HR/Nursing users and security roles (01/30/2009)
2. CPHCS BIS HR/Nursing Training and Support Plan (01/09/2009)
3. Identification of business processes, security roles and system configuration requiring modification for CPHCS HR/Nursing (12/26/2008)
4. Power users Sign-off for Blueprint documents (01/07/2009)
5. Change Agents and Steering committee Sign-off for Release 2 completion (06/30/2009)

**Dependencies:**
1. CDCR BIS Project – Release 1B implementation
2. BIS and CPHCS networks/active directories (single sign-on)
3. Access to Care initiatives for related data gathering, HR policies and procedures
4. Nurse Staffing Assessment methodology
5. 10,000 Bed project – HR related policies and procedures

**Constraints:**
1. Insufficient number of SAP/BIS experienced trainers

**Risks:**
1. CDCR planned deployment approach ("big bang")
2. Not all CPHCS requirements met during initial implementation
3. Not enough trainers available from CPHCS
4. Aggressive time line for implementation

**Project Team:**
CPHCS's core project team consists primarily of the project manager, who is acting as the Receiver's one of the two BIS representatives and advisor, supported by subject matter experts, who will participate in project workshops and user acceptance testing.

**Specific Performance Measures:**
1. Standardized business processes for headquarters and institutions
2. Integrated budget, accounting, procurement and human resources
3. On-line, real-time shift planning and scheduling
4. Automated HR Reporting

## Where the Project is in the life cycle:

The project is in 'System development' or 'Realization' phase with around 70% completed. System design ('Blue printing') has already been completed and key stakeholders signed-off.

Though the 'Blue printing' or design is completed, some of the Nursing related designs need to be revisited and sign off to make sure all the design requirements are considered and incorporated into the final work product. In addition to this, identifying the train-the-trainers, power users, training logistics are some of the high priority items dealt with.

Key milestones coming up are:

| | |
|---|---|
| User Acceptance Testing | - 1/15/2009 |
| Train the Trainers | - 1/31/2009 |
| End User Training (PA, OM) | - 2/28/2009 |
| End User Training (TM) | - 5/31/2009 |
| Release 2 HQ Go-Live | - 3/1/2009 |
| Release 2 North Go-Live | - 4/1/2009 |
| Release 2 Central Go-Live | - 5/1/2009 |
| Release 2 South Go-Live | - 6/1/2009 |
| Release 2 Completion | - 6/30/2009 |

# PROJECT SCHEDULE

| Project Name: Business Information System (BIS) HR/Nursing | | |
| --- | --- | --- |
| Project Manager: Senthil K Muniappan | | |
| PM Phone: (916) 764-4766 | | |
| PM Email:   senthil.muniappan@cdcr.ca.gov | | |

| ORDER | INSTITUTION | Implementation Start (aka "Kick-Off") Week Of | Training Date (regional, off-site) | Go-LIVE Date |
| --- | --- | --- | --- | --- |
| Beta Site | | | | |
| Pilot #1 | CPHCS - Headquarters | January 2009 | March 2009 | April 1, 2009 |
| Pilot #2 | | | | |
| #1 | FOL - Folsom | February 2009 | April 2009 | May 1, 2009 |
| #2 | SAC - CA State Prison, Sacramento | February 2009 | April 2009 | May 1, 2009 |
| #3 | SQ - San Quentin | February 2009 | April 2009 | May 1, 2009 |
| #4 | CCC - CA Correctional Center | February 2009 | April 2009 | May 1, 2009 |
| #5 | HDSP - High Desert State Prison | February 2009 | April 2009 | May 1, 2009 |
| #6 | PBSP - Pelican Bay State Prison | February 2009 | April 2009 | May 1, 2009 |
| #7 | SOL - CA State Prison, Solano | February 2009 | April 2009 | May 1, 2009 |
| #8 | CMF - CA Medical Facility | February 2009 | April 2009 | May 1, 2009 |
| #9 | MCSP - Mule Creek State Prison | March 2009 | May 2009 | June 1, 2009 |
| #10 | CMC - CA Men's Colony | March 2009 | May 2009 | June 1, 2009 |
| #11 | SATF - CA Substance Abuse Trtmt. Fac. | March 2009 | May 2009 | June 1, 2009 |
| #12 | COR - CA State Prisons, Corcoran | March 2009 | May 2009 | June 1, 2009 |
| #13 | CCWF - Central CA Women's Facility | March 2009 | May 2009 | June 1, 2009 |
| #14 | VSPW - Valley State Prison for Women | March 2009 | May 2009 | June 1, 2009 |
| #15 | DVI - Deuel Vocational Institute | March 2009 | May 2009 | June 1, 2009 |
| #16 | PVSP - Pleasant Valley State Prison | March 2009 | May 2009 | June 1, 2009 |
| #17 | SVSP - Salinas Valley State Prison | March 2009 | May 2009 | June 1, 2009 |
| #18 | ASP - Avenal State Prison | March 2009 | May 2009 | June 1, 2009 |
| #19 | SCC - Sierra Conservation Center | March 2009 | May 2009 | June 1, 2009 |
| #20 | CTF - Correctional Training Facility | March 2009 | May 2009 | June 1, 2009 |
| #21 | NKSP - North Kern State Prison | April 2009 | June 2009 | July 1, 2009 |
| #22 | WSP - Wasco State Prison | April 2009 | June 2009 | July 1, 2009 |
| #23 | KVSP - Kern Valley State Prison | April 2009 | June 2009 | July 1, 2009 |
| #24 | ISP - Ironwood State Prison | April 2009 | June 2009 | July 1, 2009 |
| #25 | CVSP - Chuckawalla Valley State Prison | April 2009 | June 2009 | July 1, 2009 |
| #26 | CIW - California Institute for Women | April 2009 | June 2009 | July 1, 2009 |
| #27 | LAC - CA State Prison, Los Angeles | April 2009 | June 2009 | July 1, 2009 |
| #28 | CCI - CA Correctional Institute | April 2009 | June 2009 | July 1, 2009 |
| #29 | CEN - Centinela State Prison | April 2009 | June 2009 | July 1, 2009 |
| #30 | CAL - Calipatria State Prison | April 2009 | June 2009 | July 1, 2009 |
| #31 | CIM - CA Institute for Men | April 2009 | June 2009 | July 1, 2009 |
| #32 | RJD - RJ Donovan Correctional Facility | April 2009 | June 2009 | July 1, 2009 |
| #33 | CRC - CA Rehabilitation Center | April 2009 | June 2009 | July 1, 2009 |
| #34 | | | | |

Revised 12/11/2008

**Executive Project Data Sheet**                                              As of: December 15, 2008

**Project Name:  Contract Medical Database (CMD) Upgrade**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Rich Kirkland**
**Project Manager:  Corey Langdale/Mike Sakamoto**

| E-Mail: | corey.langdale@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-712-0580 | Proj ID: | PRJ012 |
| Start Date: | 5/19/08 | Est Finish Date: | 12/26/08 |

**Solution Vision:**

Upgrade the technology of the Contract Medical Database (CMD) to provide:
Improved application stability and multi-user access
Improved data consistency and real time reporting

**Project Description:**

Complete an upgrade of the CMD application replacing 33 separate Access databases with a web application interacting with a single SQL database

**Organization Impact:**

A single centralized database will provide access to medical claims data instantaneously rather than the current 40 days in arrears.

Invoicing group will centralize maintenance of Contracts and Contractors under 2-3 people rather than the current method of 45 plus HCCUP analysts maintaining data across 33 databases allowing for more consistent data capture.

**Project Purpose:**
Upgrade CMD application to improved technologies to provide real time access to medical claims data and enhanced application stability.

**Strategic Plan Objectives:**
   Primary Goal: 2:Medical Program
   Objective: 2.4 Improve the Provision of Specialty Care
   Actions: 2.4.3 Process Invoices in a Timely Manner

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter | 06/06/08 | 06/16/08 |
| Design Document | 06/30/08 | 07/01/08 |
| Source Code Delivery | 09/03/08 | 09/16/08 |
| Integration Testing | 09/17/08 | 09/26/08 |
| Performance/UAT Testing | 10/17/08 | 11/20/08 |
| Phase I Deployment | 11/17/08 | 12/03/08 |
| Phase II Deployment | 12/01/08 | 12/11/08 |
| Phase III Deployment | 12/15/08 | |

**Key Work Products:**
   1.  Web forms which closely replicate the legacy CMD application
   2.  Database Consolidation
   3.

**Dependencies:**
   1.  Prodagio Deployment
   2.
   3.
   4.
   5.

**Constraints:**
   1.  None

**Risks:**
   1.  Conflicting resource priorities may impact project schedule
   2.  IT support needs to ramp up quickly working with Riley Consulting to get training and knowledge transfer; all aspects of CMD including the web front-end, application source code and database.
   3.

**Project Team:**

Mike Sakamoto - Deputy Director PMO

Riley Consulting - Technical Implementors

Rosie Williams - IT Manager

Andy Hall - IT Manager

Tim Crump - IT Support

Dawn Kearns - Invoicing Manager

Diane Petty - Manager

Pat Day - CMD SME

Diane Berg - CMD SME

Karen Mattes - CMD SME

**Specific Performance Measures:**
   1.  Real time access to medical claims data
   2.  Improved stability of application - Multi-user data entry for a single insititution
   3.  Enhanced data consistency - Consolidation of Contractor & Contract data

**Additional Information (Optional):**

   1.
   2.
   3.

**Executive Project Data Sheet** | **As of: December 15, 2008**

Project Status 12/11/08
The team has successfully completed the Pilot
Implementation Phase with a GO Live of the following
institutions DVI on 11/20/08 and SAC on 11/25/08.

We have started the Post-Pilot Implementation Phase with
successfully completing
1st Wave Group 1 (FSO, ASP, CEN, CIM, and CIW)
GO Live: 12/03/08;
1st Wave Group 2 (PBSP, CMC, CRC, CTF, ISP, SVSP)
GO Live: 12/08/08;
2nd Wave Group 1 (CCC, CCWF, CMF, COR, HDSP)
GO Live: 12/09/08
2nd Wave Group 2 (MCSP, SATF, SOL, SQ, VSPW)
GO Live: 12/10/08

The scheduled plan for the remaining 10 institutions is as
follows:
3rd Wave Group 1 (CCI, KVSP, NKSP, LAC, WSP)
Planned 12/17/08
3rd Wave Group 2 (CAL, CVSP, PVSP, RDJ, SCC)
Planned 12/22/08

Technical Support Plan is being developed by the Riley
Team to transition technical support and application
maintenance to CPHCS IT. Draft: 12/08/08

| Use 12 point font., No Italics

**Project Name:  Headquarters Relocation Project**
**Project Executive:  John Hagar**
**Project Sponsor:  Glenn Welker**
**Project Manager:  Diane O'Connor**

| E-Mail: | Diane.O'Connor@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 445-1101 | Proj ID: | 070 |
| Start Date: | November 17, 2008 | Est Finish Date: 2012 | |

**Solution Vision:**
Relocate HCS Headquarters staff to a single building location or campus environment

**Project Description:**
Plan and relocate Headquarters HCS program staff from current multiple real estate locations to a single building or campus office environment enabling Headquarters program collaboration and unified management of HCS.

**Organization Impact:**

This project will have a major impact on all Headquarters Program staff in that they will be able to better collaborate, meet, organize and manage HCS from a single location.  The solution will provide a single point of presence for the HCS HQ Program infrastructure and administration.  The single presence will allow HCS Management to function as a unified organization utilizing consolidated infrastructure and resources to better manage HCS in the future.

**Project Purpose:**
To provide a single presence for HCS HQ Management in the Sacramento region.

**Strategic Plan Objectives:**
  Primary Goal: 4:Quality Improvement Programs
  Objective:  N/A
  Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kick Off | 12/8/08 | 12/8/08 |
| Deliverable I: Documentation on current HCS space and locations within the Sacramento Headquarters region | 12/12/08 | |
| Deliverable II: Documentation of forecasted fiscal staff through 2013 | 12/12/08 | |
| Project Charter complete | 12/18 | |
| Deliverable III: Project Charter submitted | | |
| Project Charter approved | | |

**Key Work Products:**
  1. Deliverable I: Documentation of current HCS space locations and square footage.
  2. Deliverable II: Documentation of estimated fiscal headcount forecast through 2013.
  3. Deliverable III: Project Charter.

**Dependencies:**
  1. Executive Level approval of project Charter.
  2. Funding for leased space, build to suit or lease to own.

**Constraints:**
  1. Search for space will be based on estimated fiscal staff forecast for 2013 unless otherwise stated by Executive level Management.
  2. Confidentiality during project request phase does not allow for obtaining actual real estate availability.
  3. Project site is constrained to specific location (Downtown Sacramento or within 15 miles of Downtown Sacramento) unless otherwise stated by Executive Level Management

**Risks:**
  1. Lack of approved funding
  2. Charter not approved
  3. Cost will be estimated at high level until project charter is approved and is made public via the request for space (form 9, form10) to Department of General Services.

**Project Team:**

The Headquarters Relocation core project team is comprised of approximately 5 team members that include representative staff from HCS Business Operations.

**Specific Performance Measures:**
  1. Acceptance of documentation
  2. Approval of Charter

**Additional Information (Optional):**
The following assumptions have been made and may be changed/corrected by Executive Management:
  1. HQ Relocation project to complete 2011-2013 (?)
  2. Location to be downtown Sacramento or within 15 miles of downtown
  3. The charter will be approved before

The Headquarters Relocation Project is in the Request Phase as of 12/09/2008.

requesting real estate search via Department of General Services. (DGS will make search public)

4. An estimated price per square foot will be provided within the Project Charter for feasibility purposes before making project public via Department of General Services. The estimates will be the current average lease rates per square foot for office space located: Downtown Sacramento, Natomas, West Sacramento, Rancho Cordova and Elk Grove (unless specifically requested from Executive level Management)

5. Headcount estimate data for 2013 will be provided by HCS Fiscal Planning.

6. Formula used to determine space size will be determined by the State Standards (SAM Guide)

Receiver's Turnaround Plan of Action

Goal 5

**Project Name:** Centralized Dictation & Transcription
**Project Executive:** Dr. Terry Hill / Bonnie Noble
**Project Sponsor:** Jamie Mangrum
**Project Manager:** Denise Harris

| E-Mail: | Denise.Harris@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | 916-206-7276 | Proj ID: | PRJ019 |
| Start Date: | 07/01/08 | Est Finish Date: | 10/30/09 |

**Solution Vision:**

Implement a centralized dictation and transcription solution that standardizes health record documentation at the enterprise-level.

**Project Description:**

The purpose of this project is to implement a centralized dictation and transcription department for four pilot institutions: San Quentin (SQ), Folsom State Prison (FSP), California Medical Facility (CMF), and California State Prison, Sacramento (SAC).

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**

The purpose of this project is twofold: (1) a model for centralized dictation and transcription statewide; and; (2) improvement in timeliness and accuracy of transcribed documents.

**Strategic Plan Objectives:**
Primary Goal: 5: Medical Support Infrastructure
Objective: 5.2: Health Records
Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Dictation & Transcription Assessment | 04/08 | 04/08 |
| Approved Project Charter | 07/08 | 07/08 |
| Applications Vendor Selected (Crescendo) | 10/08 | 10/08 |
| Turnkey Facility in Sacramento | 02/09 | |
| Staffed and Trained Dept. | 03/09 | |
| Pilot Closeout & Eval | 10/09 | |

**Key Work Products:**
1. Project Charter
2. Project Schedule
3. Post Pilot Evaluation and Recommendation

**Dependencies:**
1. CPHCS Network Project
2. CPHCS Data Center Project

**Constraints:**
1. CPHCS Network Rollout
2. CPHCS Data Center Implementation

**Risks:**
1. Verizon Data Center availability
2. Network availability
3. Incompatible component structure; component integration to achieve operability

**Project Team:**

The Centralized Dictation and Transcription project team is comprised of approximately 30 team members that include representative staff from CPHCS, California Prison Receivership Corporation, VerizonBusiness and Crescendo.

**Specific Performance Measures:**
1. 150 lines/hr per medical transcriber
2. 98% accuracy rate for all transcribed documents
3. 24 hour turnaround time for all transcribed reports
4. All pertinent medical records dictated and transcribed.

**Additional Information (Optional):**

1. Working with Verizon to add network drops at pilot institutions
2. Purchasing desktops and network printers as needed

The Centralized Dictation and Transcription project is in the procurement phase. We have selected the Crescendo dictation and transcription solution which includes software and end user training. We are in the process of ordering dictation and transcription hardware that will reside in the Torrance Data Center. We are, additionally, defining business and system requirements.

Our next step is to build the Statement of Work which will include a design and implementation plan with high-level timeline.

Case 2:90-cv-00520-KJM-SCR    Document 3470    Filed 01/20/09    Page 62 of 103

**Project Name: Central Fill Pharmacy Project**
**Executive: John Hagar**
**Project Sponsor: Betsy Chang-Ha, Jamie Mangrum**
**Project Manager: Erick Rendón**

| E-Mail: | Erick.Rendon@cdcr.ca.gov | | |
|---------|--------------------------|---|---|
| Phone | 916-956-5045 | Proj ID: | PRJ072 |
| Start Date: | December 2008 | Est Finish Date: | December 2009 |

**Solution Vision:**
Implement a centralized pharmacy to consolidate ordering and logistic distribution of prescriptions; reducing cost and unnecessary waste while improving tracking of medications to increase patient utilization.

**Project Description:**
Central Fill Pharmacy will fill prescriptions for all 33 correctional centers. It will order bulk pharmaceuticals, pre-package them and automatically fill orders entered in GuardianRx. The facility will have automated inventory management; medication checks and provides distribution of prescriptions by next business day to all facilities.

**Organization Impact:**
Immediate reduction in tasks done by sites personnel. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites. Savings will be realized through centralized ordering, increase adherdson to Pharmacy and Therapeutic Committee recommendations and decrease overall inventory in stock based on accurate inventory levels.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock.

**Strategic Plan Objectives:**
Primary Goal: 5.0 Medical Support Infrastructure
Objective: 5.1 Pharmacy Programs
Actions: 5.1.3 Central-Fill Pharmacy

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter | TBD | |
| Team identification & RACI | TBD | |
| Project Kickoff | TBD | |
| Automation vendor contract | TBD | |
| Site selection /contract | TBD | |
| Site design / build out process | TBD | |

**Key Work Products:**
1. Project Charters
2. Site Selection / Automated Vendor Contract
3. Roles/ responsibilities

**Dependencies:**
1. Architectural design and site contract
2. Contract for automation vendor
3. CPHCS Network Project
4. Maxor Pharmacy (Guardian) Project

**Constraints:**
1. Maxor Guardian Rollout Schedule / Decisions
2. CPHCS Network Rollout Schedule / Decisions
3. Procurement
4. Construction

**Risks:**
1. Long lead times for procurement / service contracts

**Project Team:**

Project Manger: Erick Rendón

Maxor National Pharmacy Services: Dick Cason

Cornerstone Automation: Michael Doke

**Specific Performance Measures:**

1. Quality Assurance Matrix
2. Service Matrix
3. Delivery Matrix

**Additional Information (Optional):**

1. Currently in the Initiation Phase

The project is technically in initiation. While Maxor has done much work in developing and sending out an RFP, completed the selection of an automation vendor and I have met with both the automation vendor and Maxor concerning design needs for the facility build out; neither the site contract nor the automation vendor contracts have been completed. All the necessary documentation to implement this project, i.e. charters, schedules etc. is still required and is still in the initiation phase for this project.

In addition, I am in early stages of identifying all the inter-dependency needed for this project as well as determining roles and responsibilities between CDCR, Maxor and Cornerstone. I will need additional time to determine an adequate plan to identify, plan and integrate all dependency to develop a useful roadmap for implementation.

| Project Name: Change Management Initiative | | | |
|---|---|---|---|
| **Project Executive:** John Hagar | | | |
| **Project Sponsor:** Betsy Chang Ha and Steve Cambra | | | |
| **Project Manager:** Nancy Dorsey | | | |
| **E-Mail:** | Nancy.Dorsey@cdcr.ca.gov | | |
| **Phone** | (916) 215-7205 | **Proj ID:** | 67 |
| **Start Date:** | 11-17-08 | **Est Finish Date:** | 12-31-11/ ongoing |

**Solution Vision:** Create an environment where employees want to work, clinicians want to practice and our primary customers (inmates) are provided regulatory compliant, equitable quality healthcare and rehabilitation.

**Project Description:** The change management initiative's primary customer is the inmate, but the stakeholders also impacted by our efforts are a broad mix of internal and external entities. All will be a consideration in the development of our comprehensive programs. The initiative will evolve with the addition of other programs, activities and processes in response to the strategic projects undertaken by the organization.

**Organization Impact:** A culture of service excellence and quality that is sustainable

**Project Purpose:** Change Management is the mission critical foundation to meet the objectives of the Receiver's Turnaround Plan of Action.

**Strategic Plan Objectives:**
Primary Goal: #5 Infrastructure
Objective: To create a self sustaining culture of service excellence and quality within Healthcare, It and Custody/Corrections
Actions: Define change

**Major Milestones-Planning Phase**

| Milestones | Planned | Actual |
|---|---|---|
| Global Strategy agreement | 2-15-09 | |
| Initiative Charter finalized | 1-31-09 | |
| Low hanging fruit identified | 1-31-09 | |
| Executive leadership "lessons learned" symposium | 1-31-09 | |
| Focus Group meeting(s) current in the trenches view | 2-31-09 | |
| Healthcare strategy agreement | | |
| Custody/Corrections strategy(s) agreement | | |

**Key Work Products: Pending governance approval**
1. Evidence Based Leadership Development Program
2. Human Capital Development Program
3. Objective Performance Measurement Program
4. Comprehensive Communication Program
5. Accelerated Implementation Methodology
6. Continuous quality improvement processes that are patient centered, customer centered, with appropriate infrastructure and optimized best practice processes.

**Dependencies:**
1. Committed Leadership actively involved throughout initiative
2. Shared vision, purpose and values
3. Change Management is a key risk factor across all projects and mission critical foundation to sustainability
4. Effective management of resistance
5. Flexibility
6. Strategy and communication tailored to stakeholder
7. Interwoven project management process and change management process
8. Peer change agents actively involved across organization (top down and bottom up)
9. Early efforts must demonstrate benefits and establish a basis of hope/trust
10. External influencers or drivers represent a significant long term risk to all efforts undertaken

**Constraints/Challenges:**
1. A diverse set of personality and behavioral styles across the organization
2. Trained incapacity
3. Enormous and diverse set of external and internal influences/drivers
4. Appropriate resources with the knowledge and experience initiated at the right time, place and with necessary tools.
5. A focus on customer, patient and employee satisfaction

**Risks:**
1. Failure to get buy in from stakeholders
2. Failure to ensure sustainability
3. Failure to align behaviors with organizational goals with accountability

**Project Team: (in development)**

Betsy Chang Ha

Steve Cambra

Bonnie Noble

Joe McGrath

Kathy Stigal

Jamie Mangrum

Terry Hill

Tim Rougeaux

Richard Kirkland

John Dovey

**Specific Performance Measures:**
1. Decreased litigation/risk management
2. Customer, employee and patient satisfaction
3. Improved employee retention

**Additional Information (Optional):**

General: System Lifecycle Status- Planning first 120 days

The major objectives of this phase include leadership:
 committed to active involvement 12-31-08
 share the same vision, values and goals 2-15-09
 agree on global strategy 2-15-09

A baseline of the current "in the trenches view" established 2-31-09

Potential "low hanging fruit" identified 2-31-09

| Executive Project Data Sheet | | As of: December 9, 2008 |
|---|---|---|

**Project Name: Claims Management and Invoice Processing**

**Project Executive: John Hagar**

**Project Sponsor: Jamie Mangrum, CIO**

**Project Manager: Holly Lasiter**

| E-Mail: | Holly.lasiter@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-764-4677 | Proj ID: | PRJ066 |
| Start Date: | 11/29/08 | Est Finish Date: | 11/29/10 |

**Solution Vision:**

Provide a healthcare claims processing system that is typically found in commercial or public health plans. The system will utilize industry standard coding and allow standard reporting, benchmarking and utilization management. The system will improve the quality, efficiency, and timeliness of payments to health care vendors serving CDCR's patient population, while also implementing effective cost management.

**Project Description:**

Contract with a qualified third party administer to take over claims processing services for an initial period of 24 months (with three 12 month options) to put into practice the required improvements prior to transition of all operations back to State control.

**Organization Impact:**

Using industry standard coding will allow CPHCS to perform standard reporting and benchmarking. Utilization Management will have access to data necessary to make decisions in specialty care. Claims processors will be elevated to other jobs.

**Project Purpose:**
Enable CPHCS to administer healthcare claims and capture utilization and payment data for ongoing analysis and reporting.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support
Objective: 5.2 Establish Standardized Health Records Practice
Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Issue Request for Proposal | 12/10/2008 | |
| Bidder's Conference | 12/19/2008 | |
| Deadline for questions | 12/31/2008 | |
| Respond to questions | 1/7/2009 | |

| Milestones | Planned | Actual |
|---|---|---|
| Proposals due | 1/15/2009 | |
| Notification for interviews | 1/23/2009 | |
| Conduct interviews/ demos | week of 1/26/2009 | |
| On site visits | week of 2/2/2009 | |
| Announce selection | 2/16/2009 | |
| Contract Start Date | 2/23/2008 | |

**Key Work Products:**
1. Request for Proposal
2. Vendor Proposals
3. Signed Vendor Contract
4. Statement of Work
5. Service Level Agreement

**Dependencies:**
1. Health Information Management
2. CPHCS Network Project
3. CPHCS Data Center Project
4. ProdAgio Enhancement
5. IT Security
6. BIS Project
7. Utilization Management

**Constraints:**
1. Backlog of unpaid claims
2. ProdAgio does not have capability to adjudicate and pay healthcare claims.

**Risks:**
CPHCS will not have technology, trained staff and a sustainable and manageable program in place once the third party administrator's contract expires.

**Project Team:**
Holly Lasiter
Dr. Ricki Barnett
Mitzi Higashidani
Michelle Ogata
Marnell Voss
Shelby Chapman
Dawn Kearns
Ned Dickson

**Specific Performance Measures:**
1. Business Requirements
2. Vendor Selection

**Additional Information (Optional):**
Currently in the Proposal Phase. The Request for Proposal will be released on December 10, 2008.

The Request for Proposal and the Bidder's Library will be posted at http://www.cphcs.ca.gov./project_rfp.aspx. The Bidder's Conference will be held on December 18 covering such topics as business requirements, data requirements for utilization management, information technology requirements, interfaces and contractual requirements. Bidders will have until the end of December to submit any follow on questions. Final proposals are due January 15. Vendor demonstrations and onsite visits will be conducted (from the top candidates) at the end of January and early February, consecutively. The contract will be awarded mid-February with work starting shortly thereafter.

Case 2:90-cv-00520-KJM-SCR    Document 3470    Filed 01/20/09    Page 68 of 103

| | |
|---|---|
| **Project Name:  Clinical Data Repository** | |
| **Project Executive:  Glen Moy / Justin Graham** | |
| **Project Sponsor:  Jamie Mangrum** | |
| **Project Manager:  Tammie Sullivan-King** | |

| E-Mail: | Tammy.Sullivan-King3@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | (916) 445-1019 | **Proj ID:** | **PRJ024** |
| **Start Date:** | 07/01/2008 | **Est Finish Date:** | 06/30/2010 |

**Solution Vision:**

Implement a centralized clinical data repository and portal solution that serves as the foundation for an enterprise-level, integrated Health Information Management System.

**Project Description:**

Compile health data - Clinical, Mental Health, and Dental - obtained from several disparate data sources into a unified health information management system.

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**
To begin establishing a longitudinal (end-to-end) Electronic Health Record for every CDCR inmate.

**Strategic Plan Objectives:**
    Primary Goal: 5:Medical Support Infrastructure
    Objective: 5.4: Clinical Information Systems
    Actions: 5.4.1: Medical Data Repository

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kickoff | 7/5/08 | 7/15/08 |
| User Group Session - 1 | 8/5/08 | 8/5/08 |
| User Group Session - 2 | 9/10/08 | 9/10/08 |
| User Group Session - 3 | 11/21/08 | 11/19/08 |
| Solution Outline Completed | 10/17/08 | 11/03/08 |
| Project Charter Submitted | 10/3/08 | 11/24/08 |
| Solution Design Complete | 12/5/08 | |
| Project Charter Approved | 12/5/08 | |
| Site Introductions / Assess | 1/6-8/09 | |

**Key Work Products:**
1. Project Charter
2. Project Schedule
3. Solution Outline Document

**Dependencies:**
1. CPHCS Network Project
2. CPHCS Data Center Project
3. CPHCS End-User Computer Rollout
4. Maxor Pharmacy (Guardian) Project
5. Trading Partner Data – Quest and Foundation Laboratories

**Constraints:**
1. CPHCS Network Rollout Schedule / Decisions
2. Maxor Guardian Rollout Schedule / Decisions
3. CPHCS Data Center Implementation Schedule / Decisions

**Risks:**
1. Verizon Data Center availability
2. Source Data from CDCR legacy systems quality and availability
3. Incompatible component structure - Integration of components to achieve operability

**Project Team:**

The Clinical Data Repository's core project team is comprised of approximately thirty (30) team members that include representative staff from CPHCS, Califronia Prison Receivership Corp., IBM, Oracle, Initiate Systems, and Orion Health.

**Specific Performance Measures:**
1. User Group Sessions  w/Subject Matter Experts are held to validate and approve use cases.
2. Scope and requirements are agreed upon and validated by system component (Clinical Portal, Clinical Data Repository, Enterprise Master Patient Index) Subject Matter Experts
3. Key System Performance Indicators (as stated in Solution Outline Document)

**Additional Information (Optional):**
Phase Alignment CPHCS/IBM:
1. Currently in the Planning/Solution Design Phase
2. Budget Forecast is available upon request.

The Clinical Data Repository Project is currently in the Solution Design/Planning Phase having completed the Clinical User Group Workshops/Sessions 1, 2, and 3. The IBM team is engaged in the re-baseline of the project schedule to include the hours increase prescribed post the Solution Outline/Initiation phase and the approved modifications within the Solution Design while continuing with solution Development and Integration Test activities.

The CDR project team is also in the planning phase for the delivery of the End-User Computing Devices to the three (3) Pilot Sites. We are in the process of researching Vendors/Manufacturers that produce medical-grade devices to begin the solicitation process for securing those devices and services for rollout in March 2009. Once analyzed – with size and space considerations examined - the CDR project team will begin the Pilot Site Introductions / Assessments in January 2009, implementation of the devices in March 2009, and "Go-Live" of the CDR solution in April 2009.

| **Executive Project Data Sheet** | **As of: December 9, 2008** |

**Project Name: Clinical Imaging Services**
**Project Executive: Terry Hill, MD**
**Project Sponsor: Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager: Craig Casey**

| E-Mail: | Craig.Casey@cdcs.ca.gov | | |
|---------|-------------------------|---------|--------|
| Phone | 916-764-4730 | Proj ID: | PRJ017 |
| Start Date: | 09/02/2008 | Est Finish Date: | 2011 |

**Solution Vision:** To provide appropriate and timely imaging and interpretation services for the incarcerated population at all CDCS institutions and facilities. Install centralized and distributed management and infrastructure to sustain and refine/improve these services indefinitely.

**Project Description:** Implement the Enterprise Imaging & Radiology Assessment & Planning remediation roadmap presented July 14, 2008 to the Receiver.

**Organization Impact:** This project will significantly impact CDHCS clinical staff in all CDCS locations with the provision of tools and infrastructure for the timely diagnosis/evaluation of inmate patients within the institutions.

**Project Purpose:** Provide minimum acceptable level of ancillary care to CDCS incarcerated population.

**Strategic Plan Objectives:**
   **Primary Goal: 5:Medical Support Infrastructure**
   **Objective:** 5.3: Radiology and Laboratory Services
   **Actions:** 5.3.1: Establish strategy for improvements and implement.

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete final draft of RFP | Sept 26 | Sept 26 |
| Finalize & release | Oct 3 | Oct 6 |
| Conduct solicitation | Nov 7 | Nov 7 |
| Vender selection | Dec 5 | Dec 8 |
| Completion of negotiations | Dec 23 | |
| Project Charter | Dec 30 | |
| Contract signing/close initial procurement phase | Approx Dec 30 | |
| Start of Management firm engagement | Jan 5, 2009 | |
| Detailed project plan | Mar, 2009 | |

**Key Work Products:**
   1. Approved vender contract.
   2. Project Charter
   3. Completed institutional assessments and interim staffing model.
   4. Detailed project plan.

**Dependencies:**
   1. CDHCS Data Center project.
   2. CDHCS Telemedicine project.
   3. CDHCS Network project.
   4. Clinical and executive recruiting success.

**Constraints:**
   1. CPHCS network rollout schedule
   2. Recruitment of imaging leadership roles throughout the State.
   3. Successful & timely negotiation with radiology equipment vender(s).

**Risks:**
   1. Lack of institutional resources.
   2. As yet undefined schedules and interaction with parallel projects engaging the institutions.

**Project Team:**

   The CPHCS core project team is comprised of approximately thirty (30) team members and key stakeholders including contributors from CPHCS, CDCS, MSI and selected subcontractors. This team will engage/include the management and staff from every institution in the State during the life cycle of this project.

**Specific Performance Measures:**
   Performance measures will be developed as part of detailed project planning and reviewed on a regular basis with the Project Steering Committee.

**Additional Information (Optional):**
   The right hand column of this Data Sheet can be expected to change/evolve over the early phases of this project.

| Executive Project Data Sheet | As of:  December 9, 2008 |
| --- | --- |

**Current Project Status:**
This project is closing the RFP stage with the selection of McKenzie Stephenson, Inc. An "Intent to Award" announcement has been made.  The first draft of the contract for this project is in development.  Negotiations, final edits and subsequent approval by leadership and the Receiver are expected by mid January, 2009.

Phase 0, Planning will "formally" start upon obtaining wet signatures from both parties to the contract.  The planning phase duration is anticipated to be 10-12 weeks.

| | |
|---|---|
| **Project Name: Data Center & End User Migration** | |
| **Project Executive: John Hagar** | |
| **Project Sponsor: Jamie Mangrum, Liana Bailey-Crimmins** | |
| **Project Manager: Fred Wood** | |

| E-Mail: | Fred.Wood@cdcr@ca.gov | | |
|---|---|---|---|
| Phone | 916.215.5235 | Proj ID: | PRJ002 |
| Start Date: | 11/14/08 | Est Finish Date: | 3/31/10 |

**Solution Vision:**

Migration of existing CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff, hardware, and applications connectivity.

**Project Description:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The DC&EUM Project will migrate existing CPHCS staff and hardware, integrating Active Directory, MS Exchange, local LAN to LAN applications connectivity, and new network infrastructure and support for new CPHCS staff and applications.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR network infrastructure to access their applications until they are called for in the migration plan to be "cutover" to the new network path.

**Project Purpose:**

The DC&EUM Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**

    Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter completed and approved | Jan 09 | |
| Acquire EUM Specialist Team | Jan 09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|---|---|---|
| Complete migration of all existing CPHCS network objects at HQ and all 33 institutions managed on the new CPHCS network. | Oct 09 | |
| Complete migration of all CPHCS staff operating on new CPHCS network | Mar 10 | |

**Key Work Products:**
1. Project Charter
2. EUM Design Documents
3. EUM Plan
4. EUM Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Acquire EUM Specialist Team

**Constraints:**
1. All Data Center Infrastructure prerequisites

**Risks:**
1. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet estimated project completion schedule
2. Failure to properly identify all CPHCS objects for migration could result in failure to meet EUM Project Scope

**Project Team:**

The core EUM Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert), EUM consultant specialist team, and subject matter experts from Microsoft and Quest. Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects and end user migrated successfully
2. Local LAN to LAN connectivity

**Executive Project Data Sheet**                                    **As of: December 10, 2008**

**Additional Information:**

The Data Center & End User Migration Project
(DC&EUM) is a downstream component of the initiative
to implement a new medical-grade data center for existing
and future CPHCS, staff, hardware, and applications.

Often referred to as "Data Center Phase II" the DC&EUM
Project is in the Initiation Phase and currently concerned
with project staffing and start-up activities. The Project
Charter will be crafted for review in January and the End
User Migration consultant specialist should be on board
by the first of the year to begin vetting the Active
Directory migration design document. Also working with
the Data Center "Phase I" infrastructure effort to
coordinate all dependent downstream activities.

**Project Name: Enterprise Architecture**
**Project Executive: John Hagar**
**Project Sponsor: Jamie Mangrum**
**Project Manager: Mark Griffith**

| E-Mail: | mark.griffith@cdcr.ca.gov | | |
|---------|---------------------------|---------|---------|
| **Phone** | (916) 764-4516 | **Proj ID:** | **PRJ069** |
| **Start Date:** | 11/17/08 | **Est Finish Date:** | |

**Solution Vision:**

Establish an Enterprise Architecture (EA) program for CPHCS based on the State's and Federal EA programs.

**Project Description:**

Create EA program and adopt EA framework and models, methodology, standards and governance plan.

**Organization Impact:**

Enterprise Architecture will have a major impact on CPHCS by adopting policies, standards and governance for all CPHCS IT projects.

**Project Purpose:**

Improve interoperability and efficiencies across all CPHCS IT projects. Establish architectural framework and requirements for project development efforts and RFP's. Provide enterprise level business, data, and technical models. Leverage the Health Information Technology Executive Committee (HITEC) governance for enterprise architecture for all CPHCS IT projects.

**Strategic Plan Objectives:**
　　Primary Goal: 5:Medical Support Infrastructure
　　Objective:
　　Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Kickoff | 11/17/08 | 11/17/08 |
| Initial interviews | 12/23/08 | |
| Project Charter Approved | 1/1/09 | |
| EA Roadmap | 1/1/09 | |
| EA Requirements Document | 2/1/09 | |
| | | |
| | | |
| | | |

**Key Work Products:**
　　1. Project Charter
　　2. Enterprise Architecture Framework Document for RFP's
　　3. Enterprise Business Reference Model
　　4. Enterprise Data Reference Model
　　5. Application and Technical Frameworks and Standards
　　6. Enterprise Architecture Governance Plan
　　7. Enterprise Performance Reference Model
　　8. Enterprise Service Component Reference Model

**Dependencies:**
　　1. CDR Project Architecture
　　2. SOMS Project
　　3. CPHCS Data Center Project
　　4. HIM Project
　　5. HCSS Project
　　6. All other IT related projects

**Constraints:**
　　1. CPHCS Projects rollout schedules and progress.

**Risks:**
　　1.
　　2.
　　3.

**Project Team:**

The EA project team consists of Mike Sakamoto, (PMO Deputy Director), and consultants Mark Griffith and Dustin Laine.

**Specific Performance Measures:**
　　1. Prepare EA framework document to include with all future RFP's.
　　2. Creation of High Level Business Model for CPHCS
　　3. Adoption of technical standards and policies for CPHCS.

The Enterprise Architecture project has just begun and is in the initial startup phase. Meetings are currently underway to identify a roadmap and set priorities for the EA effort. The Clinical Data Repository project architecture is being reviewed, followed by the creation of an Enterprise Architecture Framework Requirements Document to be used with future RFP's.

Use 12 point font., No Italics

**Executive Project Data Sheet**     **As of: December 12, 2008**

**Project Name: Healthcare Data Center**
**Project Executive: John Hagar**
**Project Sponsor: Jamie Mangrum**
**Project Manager: Denise Harris**

| E-Mail: | denise.harris@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | (916) 323-2309 | Proj ID: | PRJ018 |
| Start Date: | 05/08 | Est Finish Date: | 05/09 |

**Solution Vision:**

Implement a medical-grade data center as part of the healthcare network to enhance access to and management of inmate/patient information.

**Project Description:**

Implement a data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. Integration of Active Directory, E-mail, Call Center, Centralized Services, and Network Storage to support CPHCS organizational requirements. Migration of existing CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff and hardware.

**Organization Impact:**

Impacts all CPHCS staff and respective portions of CDCR. During the transition, CPHCS staff will continue use the CDCR network infrastructure to access their applications. All CPHCS staff and hardware will be centralized on the CPHCS network allowing for improved user management.

**Project Purpose:**
Design and implement a new medical-grade data center for existing and future CPHCS staff and hardware. Phase one includes data infrastructure and two pilot applications in production: Clinical Data Repository and Centralized Dictation & Transcription

**Strategic Plan Objectives:**
Primary Goal: **5:**Medical Support Infrastructure
Objective: (not found in Receiver's Plan of Action)
- By February 2009, have a fully-functional data center to support CPHCS staff and hardware
- By June 2009, complete a migration of all existing CPHCS network objects (Active Directory users, computers, and groups) from CPHCS Headquarters and CDCR's 33 adult institutions to the new CPHCS network managed through the data center
- By March 2010, have all current and new CPHCS staff functioning on the new CPHCS network through the CPHCS data center

**Major Milestones:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter completed & approved | Dec 08 | |
| CPHCS Data center completed | May 09 | |
| Pilot migration completed (Clinical Data Repository) | April 09 | |
| Pilot migration completed (Dictation & Transcription | May 09 | |

**Key Work Products:**
1. Project Charter
2. Data Center Design Documents
3. Migration Plan
4. Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Migration software procured
4. Migration and Integration services RFO

**Risks:**
1. Lack of a fully-defined and agreed-to Scope Statement could result in a failure to fulfill the project product
2. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet the estimated project completion date
3. Failure to properly identify all CPHCS objects for migration could result in failure to meet the Project Scope

**Project Team:**

The core project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor; and subject matter experts for Microsoft and Quest. Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects migrated
2. Pilot Applications in production
3. Call Center availability 24x7x365

**Additional Information (Optional):**

| Executive Project Data Sheet | As of:  December 12, 2008 |

The Health Care Data Center Migration project is in the Procurement phase.  We are following internal California Department of Health Care Services purchasing processes to procure hardware and software identified in our Detailed Design Documents.

Next steps are to install and configure equipment at the Torrance Data Center based on timelines defined in the project schedule.  Timelines are dependent upon build-out of the Health Care Network project for LAN/WAN connectivity.

Case 2:90-cv-00520-KJM-SCR    Document 3470    Filed 01/20/09    Page 78 of 103

**Project Name:  Health Care Network**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:    Liana Bailey-Crimmins**
**Project Manager:  Victor Krause – Evan Nordstrom**

| E-Mail: | evan.nordstrom@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-216-6831 | Proj. ID: | **PRJ010** |
| Start Date: | 09/05/2007 | Estimated Finish Date: | 12/31/2009 |

**Solution Vision:**
Build a dedicated high-speed data network for CPHCS.

**Project Description:**

Design, build, install and maintain a CPHCS dedicated high-speed data network for 33 institutions and CPHCS HQ.

**Organization Impact:**

This project is critical for CPHCS and CDCR. A dedicated Health Care Network allows the delivery of applications and electronic communication between all 33 institutions and CPHCS HQ.  Having this network operational is critical to the success of all other CPHCS projects that require network connectivity to the institutions.

**Project Purpose:**
To enable health care workers the ability to utilize current and future technology to improve healthcare delivery to the patients.

**Strategic Plan Objectives:**
  Primary Goal: Timely access to health care
  Objective: A complete, working data network
  Actions: Installation of a data network

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Institution WAN site surveys | 12/21/07 | 01/03/08 |
| Develop detailed design | 02/01/08 | 02/01/08 |
| Install WAN data circuits into each institution | 04/30/08 | 30 institutions complete |
| Install 'Phase I' LAN equip. into each institution | 02/01/09 | 29 institutions complete |
| Install 'Phase II' LAN equip. into each institution | 12/18/09 | 1 institution complete |
| Test and configure Phase II LAN | 03/01/10 | |
| Final Test of each Network | 03/15/10 | |
| Project Closure ( 33 institutions + HQ 501J tested and completed) | 03/31/10 | |

**Key Work Products:**
  1. Detailed design Site Survey Reports
  2. Detailed design Site LAN documents
  3. Detailed design Wireless LAN documents
  4. Construction Statements of Work
  5. Bill of Materials PO
  6. 'Final Test Complete' Documents

**Dependencies:**
  1. CDCR to install Single Mode Fiber at all 33 institutions.
  2. CDCR facilities to increase electrical and cooling capacities to support additional power requirements.
  3. Collaborate with CDCR Facilities and Assoc. Business Wardens (ABW), to secure adequate floor space for CPHCS equipment.
  4. Coordinate with ABW's to schedule construction activities within their institutions.

**Constraints:**
  1.

**Risks:**
  1. Space availability within institutions for additional network hardware.
  2. Available facilities (electrical power and cooling) within institutions for additional network hardware
  3. The ability to install high-speed data circuits into remote institution locations.
  4. Vendor capabilities.
  5. Scope Creep caused by 'late' additions from other projects.
  6. Out-of-Scope additions to cover orphaned or currently unassigned issues.

**Project Team:**

The Health Care Network project team is comprised of two (2) Program Managers, monitoring, controlling, and assisting the activities of several vendors and CDCR staff.

**Specific Performance Measures:**
  1. Data Circuit installation intervals
  2. Site prep. intervals (space and power)
  3. Phase I install/completion progress
  4. Phase II install/completion progress
  5. Phase III install/completion progress
  5. Final Test of completed Network (within each institution)

**Additional Information (Optional):**

AS of December 4, 2008, 33 institutions + HQ (501 J St.) have had Phase I implemented (three are partial with work ongoing).

Phase I was the installation of major hardware into the TELCO rooms of each institution and increasing the power and cooling to support the added equipment.

Phase II is in progress at two locations, with additional locations being scheduled. Phase II consists of installing Switch racks, Wireless Access Points, Uninterruptable Power Supplies and LAN drops inside of numerous buildings within each institution. Each institution will require an average of over 1000 LAN drops (computer outlets in the wall), spread amongst the buildings, with the majority going into the hospitals.

During Phase II, institutions will also be receiving new or upgraded network connections to the outside world. These will eventually be connected to the Data Center.

Phase III will consist of testing and validating the HealthCare Network, "as it exists within each institution". With the absence of the Data Center at this time, connectivity cannot be tested fully outside the institution, nor the wireless Access Points be used (due to authentication protocols being resident inside the Data Center). As the Data Center is brought online, connectivity with our institution network will be implemented and tested.

Synopsis:

At the end of the HealthCare Network Project, (estimated to be on/before March 31, 2010), each institution will have a complete and functional high-speed data system ready for connection to the Data Center. If the Data Center is online, each institution will be connected directly to the Data Center and the network fully tested.

Use 12 point font., No Italics

**Executive Project Data Sheet**                  **As of: December 12, 2008**

| | |
|---|---|
| **Project Name:** Maxor Pharmacy Conversion | |
| **Executive:** John Hagar | |
| **Project Sponsor:** Betsy Chang Ha, Jamie Mangrum | |
| **Project Manager:** Ed Mondragon | |

| E-Mail: | Ed.Mondragon@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-467-6866 | Proj ID: | PRJ029 |
| Start Date: | June 2007 | Est. Finish Date: | December 2009 |

**Solution Vision:**
Implement a computerized prescription software management system in all institutions to improve tracking, safety and dispensing of drugs with enterprise wide information availability.

**Project Description:**
Pharmacy software conversion – Implement Guardian Rx software in all 33 adult prison pharmacies. Execute workflow processes, policies and procedures necessary to support best practice pharmacy operations throughout the prison and across all disciplines.

**Organization Impact:**
Improvement of processes, policies and procedures by site personnel. Improved dispensing accuracy and accountability of prescriptions.

**Project Purpose:**
Manage and process medications to safely and accurately dispense and administer medications.

**Strategic Plan Objectives:**
Medical Support Infrastructure
    Pharmacy Program
    Pharmacy Policies and Practices

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pharmacy conversions completed at 17 institutions | July 2008 | July 2008 |
| Complete 19 pharmacy conversions | January 2009 | Est. January 2009 |
| Expanded network access to MCSP | November 2008 | November 2009 |
| Improve CMC network access and processes | January 2009 | Est. January 2009 |

**Key Work Products:**
1. Pharmacy workflow modifications
2. Clinical process modifications
3. Medical management gap analysis
4. Network and Migration Plan
5. Weekly project workflow plan
6. Budget documentation

**Dependencies:**
1. Third party software vendors
2. Space constraint --pharmacy size
3. Space constraint--Computer access locations
4. Network dependency- Healthcare Network project and the information technology infrastructure build out project
5. Procurement dependency
6. Construction dependent-- if necessary
7. Clinical staffing and recruiting dependant

**Constraints:**
1. Network Rollout Schedule
2. Existing infrastructure
3. Data Center Implementation Schedule

**Risks:**
1. Network performance issues with existing infrastructure
2. Space and/or construction requirements
3. Long lead times for equipment or network installations

**Project Team:**

| Team Members | Role |
|---|---|
| Ed Mondragon | Project Management Lead |
| David Thomas | Project Management |
| Jason Gentry | Project Management |
| Phil Jarvis | Project Management |
| Erick Rendon | Central Fill Project Management |
| Grace Dodd | Clinical Process Improvement Advisor Lead |
| Rosalia Malonzo | Clinical Process Improvement Advisor |
| Suellen Clayworth | Clinical Process Improvement Advisor |
| Gloria Myers | Clinical Process Improvement Advisor |
| Terri Van Aalst | Clinical Process Improvement Advisor |
| Debra Truelock | Sr. Analyst |
| Peter Boyum | Analyst |
| Breanna Long | Office Technician |
| David Williams | SISA Special Projects |
| John Dovey | Custody Liaison |

| **Executive Project Data Sheet** | **As of: December 12, 2008** |

**Specific Performance Measures:**

1. Point of service metrics pharmacy
2. Point of service metrics nursing
3. Network speed and availability

**Additional Information (Optional):**

1. Pre-implementation software integration work is in progress at Pelican Bay.
2. Re-engagement and infrastructure improvements at CMC is also in process
3. Rescheduling the remaining 10 institutions on December 15th of 2008
4. Re-aligning project schedule with the Healthcare network project, and the Department of Correction's infrastructure project- Consolidated Information Technology Infrastructure Program (CITIP)
5. Re-aligning project schedule with construction

**Project Lifecycle:**

The project is in the execution phase. The team is simultaneously converting the pharmacies at Pleasant Valley and Los Angeles County state prisons which will bring the total conversions to 19 by January 2009. The team is also currently engaged in the second phase of the conversion at the Ca. Men's Colony and in a design and pre-implementation phase at Pelican Bay State Prison. CMC second phase will be completed in January and PBSP will be completed in April 2009.

Two additional institutions begin their pharmacy conversion each month beginning in January 2009 and the central pharmacy implementation will run concurrently to finish with the last pharmacy conversion. The schedule to convert the remaining institutions will be prioritized on 12/15/08.

# Pharmacy Conversion Master Schedule

| ORDER | INSTITUTION | Implementation Planning Start (aka "Kick-Off") Week Of | Phase I Singlephase Go-LIVE Date | Phase II Go-LIVE Date |
|---|---|---|---|---|
| Beta Site | FOL - Folsom | | 6/4/07 | |
| Pilot #1 | MCSP - Mule Creek State Prison | | 9/10/07 | 11/17/08 |
| Pilot #2 | CMC - CA Men's Colony | 9/19/2007 | 11/12/07 | 2/2/09 |
| #1 | SAC - CA State Prison, Sacramento | 12/10/2007 | 2/4/08 | |
| #2 | SATF - CA Substance Abuse Trtmt. Fac. | 2/13/2008 | 4/7/08 | |
| #3 | COR - CA State Prisons, Corcoran | 2/13/2008 | 4/7/08 | |
| #4 | SQ - San Quentin | 3/24/2008 | 6/23/08 | |
| #5 | ISP - Ironwood State Prison | 3/31/2008 | 5/27/08 | |
| #6 | CVSP - Chuckawalla Valley State Prison | 3/31/2008 | 5/27/08 | |
| #7 | CCC - CA Correctional Center | 5/5/2008 | 6/30/08 | |
| #8 | HDSP - High Desert State Prison | 5/5/2008 | 6/30/08 | |
| #9 | CIW - California Institute for Women | 6/9/2008 | 8/4/08 | |
| #10 | CCWF - Central CA Women's Facility | 6/9/2008 | 8/4/08 | |
| #11 | VSPW - Valley State Prison for Women | 6/9/2008 | 8/4/08 | |
| #12 | DVI - Deuel Vocational Institute | 7/14/2008 | 9/8/08 | |
| #13 | KVSP - Kern Valley State Prison | 7/28/2008 | 10/6/08 | |
| #14 | NKSP - North Kern State Prison | 7/28/2008 | 10/6/08 | |
| #15 | PVSP - Pleasant Valley State Prison | 11/10/2008 | 1/19/09 | |
| #16 | LAC - CA State Prison, Los Angeles | 11/10/2008 | 1/19/09 | |
| #17 | SVSP - Salinas Valley State Prison | 1/5/2009 | 3/2/09 | |
| #18 | CCI - CA Correctional Institute | 1/5/2009 | 3/2/09 | |
| #19 | PBSP - Pelican Bay State Prison | 2/2/2009 | 4/6/09 | |
| #20 | ASP - Avenal State Prison | 2/9/2009 | 4/6/09 | |
| Schedule to be determined 12/15/08 - Single Phase | | | | |
| 1 | CAL - Calipatria State Prison | | | |
| 2 | WSP - Wasco State Prison | | | |
| 3 | CRC - CA Rehabilitation Center | | | |
| 4 | CEN - Centinela State Prison | | | |
| 5 | SCC - Sierra Conservation Center | | | |
| 6 | SOL - CA State Prison, Solano | | | |
| 7 | RJD - RJ Donovan Correctional Facility | | | |
| 8 | CTF - Correctional Training Facility | | | |
| 9 | CIM - CA Institute for Men | | | |
| 10 | CMF - CA Medical Facility | | | |
| Schedule yet to be determined - Single Phase - not prioritized | | | | |
| | SQ - San Quentin | | | |
| | CCC - California Correctional Center | | | |
| | HDSP - High Desert State Prison | | | |
| | FOL - Folsom | | | |
| | SAC - CA State Prison, Sacramento | | | |
| | COR - CA State Prisons, Corcoran | | | |
| | SATF - CA Substance Abuse Trtmt. Fac. | | | |
| | CVSP - Chuckawalla Valley State Prison | | | |
| | ISP - Ironwood State Prison | | | |
| | CIW - California Institute for Women | | | |

☐ Guardian implemented (phase I or single phase)

Go-Live will always be on a Monday, unless that Monday is a holiday - then it will be Tuesday.
The Kick-off is planned for the "WEEK OF"

**Project Name: Mental Health Tracking System (MHTS) Upgrade**

**Project Executive: Mr John Hagar**

**Project Sponsor: Dr Marion Chiurazzi and**
**Mr Jamie Mangrum**

**Project Manager: Carl Block**

| E-Mail: | carl.block@cdcr.ca.gov | | |
|---------|------------------------|-----|-------|
| Phone | 916-708-0644 | Proj ID: | PRJ039 |
| Start Date: | 10/28/08 | Est Finish Date: | 7/31/09 |

**Solution Vision:**
Upgrade the current Mental Health Tracking System (MHTS) to provide improved application stability and multi-user access, plus improved data consistency and real-time reporting.

**Project Description:**

Complete an upgrade of the Mental Health Tracking System application replacing 32 separate Access databases with a web application and a single centralized database.

**Organization Impact:**

Streamlined centralized reporting of Mental Health information.

Drastically reduced retyping of mental health records when a patient-inmate transfers to a new institution.

Reduce data corruption from copying current 32 databases

Centralize maintenance of MHTS

**Project Purpose:**
Upgrade MHTS application to improved technologies to provide central database for future integration with Health Care Scheduling System.

**Strategic Plan Objectives:**
    Primary Goal: 5 Medical Support Infrastructure
    Objective: 5.4 Establish Clinical Information Systems
    Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter Approved | 11/21/08 | 11/18/08 |
| Requirements Complete | 12/19/08 | |
| Design Complete | 3/13/09 | |
| Development Complete | 5/22/09 | |
| System Test Complete | 6/3/09 | |
| User Test Complete | 7/8/09 | |
| Training Complete | 7/13/09 | |
| Deployment Complete | 7/31/09 | |

**Key Work Products:**
    1. Web forms that replicate legacy MHTS application
    2. Database Consolidation
    3. User and System Administrator Training

**Dependencies:**
    1. Network Project
    2. Data Center Project
    3. Maxor Pharmacy Project
    4. Strategic Offender Management System

**Constraints:**
    1. Development contract ends 30 Jun 2009 and needs to be extended to 31 July 2009

**Risks:**
    1. Possible scope increase due to vast number of previously un-met user requirements
    2. Source data quality (MHTS-Legacy, DDPS, and Keyhea data)
    3. Training - 22 of the institutions do not use the latest version of MHTS-Legacy
    4. Sufficient internet connectivity at institutions
    5. Short time for deployment

**Project Team:**

Mr Carl Block - Project Manager

Dr David Leidner - Mental Health

Mr Mike Morrison - Mental Health

MGT of America - Technical Implementers

Mr Andy Hall - IT Manager

Ms Tuong-Nga Nguyen - IT Staff Programmer

Ms Bernadette Serrano - IT Operations

**Specific Performance Measures:**
    1. Operational central database
    2. 32 MHTS-Legacy databases converted
    3. At least 1 user trained at each institution

**Additional Information (Optional):**

    1. California Medical Facility (CMF) uses FileMaker-Pro instead of MHTS. CMF's database is outside the scope of this project.
    2. Several institutions have created extra databases that depend on MHTS. Upgrade of these applications is out of scope.

As of 12/10/09, the MHTS Upgrade project is in the Requirements Definition phase. The implementation team has visited 3 sites (DVI, CMC, and SVSP) to gather requirements. We have also held a focus group with representation from 6 institutions to review requirements. Finally, we created a MHTS User Group, and polled the user group regarding which reports from the legacy system are actually needed by users.

**Project Executive Summary**
**Project Name: Telemedicine Services – Provider On-Boarding**

**Project ID: PRJ014**
**Project Executive: Bonnie Noble**
**Project Sponsor: Jamie Mangrum**
**Project Manager: Denise Harris**
**Start Date: 05/08**
**Estimated Finish Date: 4/09**
**Updated by: Denise Harris**

**Receiver's Plan Goal: 5 – Medical Support Infrastructure**

**Solution Vision:**
Expand and improve telemedicine capabilities to improve access to care and to reduce custody and transportation costs.

**Project Purpose:**

The purpose of this project is to implement a process for on-boarding medical facilities and doctors who wish to provide telemedicine services for California's correctional institutions. This project shall be piloted with Alvarado Hospital, San Diego, California and the following facilities: Ironwood, R.J. Donovan Correctional Facility, Chuckawalla Valley State Prison, Centinela State Prison and Calipatria State Prison.

**Organization Impact:**

Impacts Office of Telemedicine Services staff and respective Southern Region Institutions participating in the project pilot.

**Strategic Plan Objectives:**
Primary Goal: 5:Medical Support Infrastructure
Objective: (5.5: Expand and Improve Telemedicine Capabilities)
- By January 2009, have a fully documented process for on-boarding providers
- By February 2009, implement provider on-boarding process with Alvarado Hospital

**Project Outcome:**

The outcome of this project will result in a streamlined process, administered by the Office of Telemedicine Services, for on-boarding medical providers in an efficient manner.

**Deliverables**
1. Approved and implemented process for on-boarding medical providers for California Prison Health Care Services
2. Evaluation and recommendations based on pilot results.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Approved Project Charter | 12/08 | |
| Approved on-boarding process | 12/08 | |
| Pilot implementation | 01/09 | |
| Pilot closeout and evaluation | 04/09 | |

**Dependencies/Constraints**
1. Telemedicine provision included in Alvarado contract

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Bonnie Noble | Project Executive |
| Jamie Mangrum | CPHCS CIO |
| Denise Harris | Project Manager |
| Linda McKenney | Business Sponsor |
| Unrika Simon-McCaulley | Subject Matter Expert |
| Annie Brennan | Scheduler |

**Key Work Products**
1. Project Charter
2. On-Boarding Guidelines
3. Updated Office of Telemedicine Services Program Manual
4. Monthly performance reports
5. Evaluation and recommendations for Pilot

**Specific Performance Measures**
1. Increased number of specialty services provided
2. Expanded provider network
3. Reduced per patient seen cost
4. Reduced patient backlog by Institution

**Issues**
1. Lacking permanent Office of Telemedicine management team
2. Staffing shortages

| This project is in the planning phase. We are prepared to move forward now that Bonnie Noble is the new Program Manager and Linda McKenny has been hired as the manager of the Office of Telemedicine Services. | |

**Project Name:  Voice Over Internet Protocol (VoIP) and Unified Messaging**

**Project Executive:  Jamie Mangrum**

**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**

**Project Manager:  Doug Williams**

| E-Mail: | Doug.Williams@cdcr@ca.gov | | |
|---------|---------|---------|---------|
| **Phone** | 916.956.8120 | **Proj ID:** | **PRJ068** |
| **Start Date:** | 11/3/08 | **Est Finish Date:** | 12/31/09 |

**Solution Vision:**

Migration of existing CPHCS staff within CDCR to the new VoIP network infrastructure and support for new CPHCS staff, connectivity to VoIP network.

**Project Description:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The VoIP Project will migrate existing CPHCS staff to the new VoIP network infrastructure and provide support for new CPHCS staff.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of DCR. During the migration, CPHCS staff will continue to use the CDCR legacy voice network until they are migrated "cutover" to the new VoIP platform.

**Project Purpose:**

The VoIP Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**

  Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter completed and approved | Jan 09 | |
| SOW completed and approved | Jan 09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| VoIP design and project plan | Feb 09 | |
| Begin VoIP deployment | April 09 | |

**Key Work Products:**

1. Project Charter
2. VoIP SOW
3. VoIP design documents
4. VoIP project plan
5. VoIP deployment plan and schedule

**Dependencies:**

1. Senior Management decision on Global VoIP dependency issues.
2. Approval to deploy VoIP as a stand alone system at selected sites.
3. Torrance Data Center up and running
4. Healthcare IT network deployed to all sites

**Constraints:**

1. All Data Center and Network Infrastructure prerequisites.

**Risks:**

1. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet estimated project completion schedule
2. Failure to properly identify all CPHCS locations for migration could result in failure to meet VoIP Project Scope

**Project Team:**

The core VoIP Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert). Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**

1. 100% of CPHCS network locations migrated successfully.
2. No loss of critical connectivity between CPHCS and CDCR locations at institutions.

**Additional Information:**

The Voice Over Internet Protocol (VoIP) and Unified Messaging Project is a downstream component of the initiative to implement a new medical-grade data center and IT network for existing and future CPHCS, staff, hardware, and applications.

Often referred to as "VoIP" the Voice Over Internet Protocol (VoIP) and Unified Messaging Project is in the Initiation Phase and currently concerned with developing project SOW and identifying start-up activities. The Project Charter will be crafted for review in January. The Project Plan, Deployment Plan and Schedule will be developed in a cascade fashion once SOW is approved.

# Receiver's Turnaround Plan of Action

# Goal 6

**10K - ASF Project Data Sheet**  As of: December 11, 2008

| Project Name: | **10K Bed – Administrative Support Facilities (ASF)** |
|---|---|
| Project Executive: | John Hagar |
| Project Sponsor: | Steve Cambra |
| Project Lead: | David Runnels |
| Project Manager: | Mitch Vaden |

| E-Mail: | mitch.vaden@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-764-4485 | Proj ID: | PRJ078 |
| Start Date: | November 2008 | Est Finish Date: | March 2009 |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative  Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete "Staffing Level" Coordination for Master Schedule | 12/12/08 | |
| Complete Preliminary Staffing Review | 12/15/08 | |

| Complete Analysis and Receive Decision on:<br>• Facility Elevator<br>• Firing Range<br>• Patient Property<br>• Radio Frequency ID | 12/19/08 | |
|---|---|---|
| Evaluate Procurement Strategic Plan | 12/31/08 | |
| Complete Warehouse Design Review | 12/31/08 | |
| Complete Food Service Process | 12/31/08 | |
| Complete Model Facility Staffing Plan | 02/15/09 | |
| Complete Final Prototypical Facility Staffing Plan | 03/01/09 | |
| *90-Day Project Closure* | 03/15/09 | |

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Leadership Decisions.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. TBD

**Project Team:**
| Sponsor: | Steve Cambra |
|---|---|
| Team Lead: | Dave Runnels |
| Assistant Team Lead: | Lisa Heintz |
| Project Manager: | Mitch Vaden |
| Owner Rep.: | Michael Bean |
| Owner Rep.: | Tom Felker |
| HR Lead: | Karen Coffee |
| Procurement Lead: | Susan Lew |
| IT Lead: | David Noronha |

**Specific Performance Measures:**

1. Milestones, activities and task deliverables:
   • Facility Design,
   • Staffing Plan.

| 10K - ASF Project Data Sheet | As of:  December 11, 2008 |
|---|---|

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle.  We are on schedule to complete the milestones specified above.  Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision.  The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

Use 12 point font., No Italics

| Executive Project Data Sheet | As of:  December 15, 2008 |
|---|---|

**Project ID: 10K Bed IT project**: PRJ064
**Project Executive:** Jamie Mangrum
**Project Sponsor:** David Noronha
**Project Manager:** Fred Eichstaedt

| E-Mail: | Fred.Eichstaedt@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 764-4749 | Proj ID: | PRJ064 |
| Start Date: | Jan. 2009 | Est Finish Date: | 2013 |

**Solution Vision:**
The 10K bed program is designing, building and activating seven hospital facilities that will house 10,000 patient inmates in support of Goal # 6 of the Receiver's Turn Around Plan of Action. The 10K Bed IT Activation Project, together with other 10K bed partners and stakeholders is developing an IT program that will support all the IT application, infrastructure and operational needs of the seven hospitals.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Definition, management and reporting on the tasks, activities and projects for the IT activation of 10,000 beds. Gather requirements from all end users of the new facilities ensuring fitness for use and within planned budgets. Perform gap analyses and when needed supplement the project with sub-projects providing a complete and successful implementation of the hospital IT systems.

**Strategic Plan Objectives:**
<u>Primary Goal</u>: 6:Clinical, Administrative Housing
<u>Objective</u>: Manage and Report on the activation tasks
<u>Actions</u>: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned |
|---|---|
| Project requirements gathering | Jan. 2009 |
| Selection of Vendor / Applications | Feb. 2009 |
| Establish Project Schedule and develop project management plans | Jan. 2009 |
| Develop detailed project schedule. | Feb. 2009 |
| Activation of the First Facility | Feb. 2011 |
| Activation of the Second Facility | Apr. 2011 |
| Activation of the Third Facility | Jul. 2011 |
| Activation of the Fourth Facility | Jan. 2012 |
| Activation of the Fifth Facility | Jun. 2012 |
| Conduct Learning Sessions | |

**Key Project Work Products**
1. Fully documented list of IT requirements for the seven new facilities

**Dependencies/Constraints**
1. Project budgeting timetables.
2. Aggressive schedule and timeframes
3. Staffing and Resource availability.

**Risks:**
1. Funding
2. Needs of the facilities over or under the needs of Receivers "Turn Around Plan of Action"
3. Scope / Focus

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Jamie Mangrum | Executive Sponsor |
| David Noronha | Program Development |
| Dennis Hirning | Program Development |
| Fred Eichstaedt | Project Manager |
| Dave Winters | Infrastructure Lead |
| William Roush | Records Coordinator |
| Staff ISA | Application Lead |
| Bonnie Noble | Medical & Ancillary Services |
| Amy Rassen | Nursing / Medical / LTC |
| Dave Runnels | Security and Transportation |
| Lisa Heintz | Security and Transportation |
| Wendy Stills | Recidivism Rehab. |
| Paul Carlisle | Physical Rehab. |
| Michael Barks | Dental |

**Specific Performance Measures:**
1. Project in compliance with Goal # 6 of the Receiver's Turn around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Additional Information (Optional):**

This project is unique from the others; most of the IT requirements for the seven new hospitals are being met with projects currently in progress in the 33 institutions. However as the meetings currently in process with our 10K bed champions bear fruit; we may see gaps between what is installed in the existing institutions and what is needed in the new hospitals. We may need to deploy new projects, modify existing projects, or modify customer expectations. This project is currently in very early stages of the Initiation life cycle. The following activities are currently in progress;

- New employee orientation, peer networking, team kickoff and development.
- Project realization and objective creation.
- Project requirement gathering
- Updating project applications and prison end user expectation matrix, defining gaps, customers, and project owners.
- Project definition
- Schedule development

**Project Name:** Site Activations, 33 Existing
**Project Executive:** John Hagar
**Project Sponsor:** Richard Kirkland
**Project Manager:** Stephen M. Haag

| E-Mail: | Stephen.haag@cdcr.ca.gov | |
|---|---|---|
| Phone | (916) 323-4226 | Proj ID: |
| Start Date: | November 2008 | Est Finish Date: | January 2012 |

**Solution Vision:**
Ensure a safe, predictable, effective transition from construction activities to health care delivery operations at each of CDCR's 33 existing adult institutions.

**Project Description:**
Activation planning is the process of defining, developing and executing activities associated with opening, moving into and initiating health care delivery at the new or renovated health care facilities.

**Organization Impact:**

Major impact on institutional personnel due to the level of planning and detail necessary to ensure a safe, predictable, effective transition to occupancy and health care delivery operations.

**Project Purpose:**

Develop detailed site specific activation plans for occupancy and transition to health care delivery operations at each of CDCR's 33 institution locations.

**Strategic Plan Objectives:**
  Primary Goal: 6. Provide for Necessary Clinical, Administrative and Housing Facilities.
  Objective: 6.1 Upgrade administrative and clinical facilities at each of CDCR's 33 Institution locations to provide patient-inmates with appropriate access to care. Objective: 6.3 Complete Construction at San Quentin State Institution.
  Actions: Plan, Monitor, and Report on the development of activation plans at each of CDCR's 33 Institution locations.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete San Quentin Activation | 12/01/2009 | |
| Complete Avenal, Mule Creek, and 8 other sites TBD. | 12/31/2010 | |
| Complete balance of sites TBD | 12/31/2011 | |

**Key Work Products:**
  1. Activation plan for each of CDCR's 33 existing locations.
  2. Schedule of activations for each of CDCR's existing locations.
  3. Schedule and Milestone Management

**Dependencies:**
  1. Assessments and planning activities for program and construction is completed.
  2. Availability of dedicated activation staff at project sites.
  Construction activities remain on schedule.

**Constraints:**
  1. Continued project funding

**Risks:**
  1. Not enforcing the transition from design and construction to activation/health care delivery at the new facility.
  2. Eighteen to twenty-four month lead times are the norm. We have substantially less time/site.
  3. Availability of dedicated staff at the project sites.
  4. Resource requirements are not yet fully identified.

**Project Team:**

The core project team is comprised of:

Richard Kirkland – Project Sponsor
Lorretta Fine – Deputy Director of Activation Planning
Stephen Haag – Project Manager

Executives, managers, technical support staff, and other site specific contributors support the core team and required.

**Specific Performance Measures:**
  1. On-time transition to operations at each of CDCR's 33 existing adult institutions.
  2. Successful mitigation of risks.

**Additional Information (Optional):**

  1. An ancillary goal is to boilerplate the task lists and activation plans as much as possible early in the site selections to reduce the impacts and refine the processes moving toward completion of 33 sites.

This project is in the very beginning of the initiation lifecycle stage. The Associate Director of Activation Planning has been brought on board. Construction is in progress at San Quentin and initial contacts have been made with local representatives at the site. The outer building envelope is nearly weather tight. Construction is estimated to be complete by the end of 2009. Initial requirements planning and project tracking for the creation of the SQ activation plan are in development at the very beginning stages.

Use 12 point font., No Italics

# APPENDIX 33



# TURNAROUND
## *Lifeline*
### *California Prison Health Care Services*

## INSIDE THIS ISSUE

**Historic Contempt Hearing Over** 1
Failure to Fund 10k Beds

**CPHCS Prestige Heightened** 1
Chang-Ha becomes 3rd Fellow

▲*Above and Beyond*▶ 2
**Block Scheduling & Communication**
Keys to Custody/Clinical Partnerships

**Receiver's Corner:** 2
Steady Progress Marked

**Death Rates Down** 3
Statewide Media Takes Notice

**San Quentin:** Permanent Health 3
Facility to Open Summer 2009

**Important Personnel Message** 3
Open Enrollment Ends Soon

**American Pharmacists Month** 4
What Guardian RX means to you

## Do you know?

As of August 2008, approximately 89 percent of all nursing and physician positions statewide are filled. Some institutions are doing better than others; however, we are well within reach of the Receiver's goal of having 90 percent of nursing and physician positions filled statewide filled statewide by January 2009.

# Stage Set for Historic Contempt Hearing in October
## Receiver Addresses Governor's Opposition to Motion





The stage is set for an historic legal hearing in San Francisco, between Federal Prison Health Care Receiver J. Clark Kelso and California State Governor Arnold Schwarzenegger and Controller John Chiang. Kelso has asked the Federal Judge that appointed him Receiver, Judge Thelton Henderson, to hold the Governor and Controller in contempt of Court because the State has not come up with a plan to fund the Receiver's $8 billion plan to build the 10,000 beds that are central to his court-approved Turnaround Plan of Action. As the Defendants in the *Plata* lawsuit, the Governor and Controller have the responsibility to find funding for Kelso's plan to fix the health care system in California Prisons. The State of California has been judged in violation of U.S. Constitutional protections against "cruel and unusual punishment" because of the lack of access inmates have to health care. The Governor had previously asked the Receivership to seek legislative funding, however, the lawmakers have now failed to pass funding legislation four times by narrow partisan margins. Recently, Attorney General G. Edmund Brown filed a brief opposing the contempt motion on behalf of the Governor and Controller. Kelso's attorneys issued a reply. In regards to the failed legislation, the reply states that if legislation is the Defendants' preferred funding method, "then one would have expected them to move heaven and earth to encourage the legislature to authorize such fund-

ing. Defendants have offered no evidence to show that they have made any effort to cause the legislature to act." The Attorney General's opposition brief also states that the scope and projected cost of the Receiver's construction project has taken the Governor and Controller by surprise. Kelso's brief replies, "for roughly two years, State representatives have been working closely with the Receiver's staff to plan and develop the very projects that Defendants now claim are so startling in scope and cost." "Without so much as a whisper of an objection from Defendants," add Kelso's lawyer, "Judge Thelton Henderson's Court specifically approved the capital projects *and their estimated cost* when it ruled that the Receiver's Turnaround Plan of Action is the "plan for moving this case forward." The reply adds, "Defendants and the Attorney General have relied upon the Receiver's plans as a basis for contesting the overcrowding claim in the three-judge panel proceeding. Just last week, a Deputy Attorney General filed a declaration arguing that improvements are being made in the delivery of health care, notwithstanding overcrowding in the prisons. The defendants cannot have it both ways. They cannot rely upon the Receiver's construction plans in one set of proceedings, but seek to challenge those same plans in another proceeding." The Hearing is scheduled in Judge Henderson's courtroom on October 6, 2008.



# CPHCS Grows in Prestige
## Chang-Ha: 3rd CPHCS Leader to be Awarded Fellowship

(L to R: Betsy Chang-Ha, Paul Carlisle & Dwight Winslow)

CPHCS Chief Nurse Executive Betsy Chang-Ha has been selected for a Fellowship in Cohort 8 of the Center for the Health Professions Health Care Leadership Program at the University of California, San Francisco. She is the third CPHCS executive to be accepted in to the prestigious year-long leadership program. CPHCS Chief Executive Officer Terry Hill says Chang-Ha's selection speaks well of the entire department. "It's recognition on the part of the mainstream Health Care Leadership that the population

we serve is an important one and that prisons are a vital part of the Health Care Safety net." Chang-Ha joins past fellows Dr. Dwight Winslow, Chief Physician Executive, and Dr. Paul Carlisle, Chief of Rehabilitation, as the three CPHCS leaders who have been selected for the fellowship. "The fact that we have three current or past fellows documents that we are actively involved with the best and the brightest health care change agents in the State and that we are considered among the group of leaders in the medical field." explained Dr. Hill.

# ◄ *Above and Beyond* ►

*"We are we, regardless of discipline."*

# Block Scheduling & Open Communication Create Successful Custody/Clinical Staff Relationships

 

(Left to Right) Captain Gerard Brochu and Special Services Nurse Diane Oblonsky from CCI Tehachapi Coordinate Block Scheduling. Nurse Dixie Harper and Captain Brian Jones enjoy excellent communication at Mule Creek State Prison.

**C**aptain Gerard Brochu, Special Services Nurse Diane Oblonsky, and Nurse Consultant Deborah Roberts are credited with having made big changes in the way Custody Officers and the Clinical Staff work together to increase the access to medical care for inmates at the California Correctional Institution in Tehachapi. Capitan Brochu came up with a simple idea that's yielding far-reaching results. He calls it the Block Schedule. "People used to tell me, we need more vans. I said, we don't need more vans, we need to use them better." That's just what they did. Instead of just faxing doctor's offices for inmate's appointments, waiting for the doctor's office to set the date and time, and just sending one inmate in each van to a single appointment, they called the Doctor's offices and coordinated blocks of time for multiple inmate appointments. "We went from sending out 1 inmate out in each of 15 trips, to sending out 15 inmates on just one trip." The result was eye-opening. As the chart on the right shows, CCI Tehachapi went from making 125 trips for servicing 210 inmates, to just little more than just 80 trips for almost 300 inmate appointments.

Another successful relationship between custody officers and clinical personnel can be found at Mule Creek State Prison. There, it's also all about teamwork, mutual respect and communication. Director of Nursing Carolyn Clark, an 11-year veteran says it starts at the top. "I commend our Warden for communicating to custody staff that inmate-patient access to care is a shared responsibility." Facility Captain Marc Kaplain agrees. He's never seen better communication and cooperation between custody and medical staff than at MCSP. He should know. He's a veteran of more than 24 years and he's been to almost every institution within the Department. Nurse Clark adds, "I believe the reason a good working relationship exists between custody and medical at MCSP is because no matter what the goal, the issue or the new program we are tasked with, we tackle it as a team through collaboration in planning and decision making. Medical cannot succeed in inmate-patient care without custody buy-in and support." Carolyn says it's paying off with "enhanced access to medical care for the inmate-patient populations, enhanced safety for everybody and a more rewarding work experience for the staff in being part of a team." Health Care Manager Terri Weinholdt is a 10-year veteran of MCSP. She says everyone shares in the Medical Team's mission. The warden includes me in his daily briefings. The benefits of the open communication are being knowledgeable of upcoming changes, being able to handle issues and barriers at the local level more efficiently and effectively, and improved employee morale." Captain Kaplan says their formula for success can also be summed up simply. "We are we, regardless of discipline. Our obligation is to protect the public safety and public health, which is mutually dependent, not exclusive."



**CCI Tehachapi:**
Coordination Yields More Inmates Transported With Fewer Runs

(bar chart)

■ Number of Runs
■ Number of Inmates Transported

---



## THE RECEIVER'S CORNER: STEADY PROGRESS IS EVIDENT

### By J. Clark Kelso

**T**he Receivership recently filed its Ninth Quarterly report with the federal courts, and the report is chock full of good news about our progress on virtually all objectives in our Turn-around Plan of Action. The highlights include:

*Success in recruitment and training of clinical personnel. We are ahead of schedule concerning our goal of filling 90% of clinical positions with state employees.

*Steady progress in all of our major medical program initiatives, including redesign of sick call (on track for completion by July 2009), improvements in our chronic care system (with work starting at six pilot institutions: Folsom, Mule Creek, CWF, CMC, CIW and RJD), and standardization of the emergency response system. We recently hired a Chief Medical Officer to establish and administer a new Utilization Management Program.

* All major information technology projects are still on schedule and within scope and budget, including the medical scheduling and tracking system, CDCR's BIS project and the foundational project to establish a central medical data repository. We have brought on board a consultant to assist in bringing order to the medical records system.

Construction at San Quentin is *ahead of schedule and under budget*!

We are seeing more than just a list of accomplishments. We are seeing results. Our review of prisoner deaths shows that the rate of deaths per 100,000 is down *eighteen percent* from what it was in 2006. That means you are not just seeing an improved medical system being built around you, but each one of you is directly contributing to better health outcomes for our patients. This reduction is particularly gratifying.

My friends, this is a remarkable list of accomplishments. I said several months ago, shortly after the Turn-around Plan of Action was approved by the court, that we were now entering the implementation phase. I did not fully appreciate then just how much we actually were going to accomplish so quickly. Each of you is doing your part to make this rapid transformation and turnaround come true.

# Death Rates Decline Significantly
## Statewide Media Takes Notice of Improvement

**T**he headlines told the story.

### Los Angeles Times

"Inmate Death Rate Drops 30% in State Prisons"

### Associated Press

"The rate at which inmates are dying in California prisons is dropping, a possible result of a federal takeover of the medical system."

While many problems of the California prison medical delivery system continue, and more remedial work (including the dire need for ade-quate treatment space for chronically ill prisoners) is needed, there are, for the first time, indications that elements of the Turnaround Plan of Action, including the addition of clinical staff, are having a positive impact on prisoner deaths. The prisoner death rate in California's prisons has trended downward for the last 10 quarters. A more comprehensive study is due to be released in November. For more information and supporting documents on this topic please go to: http://cphcs.ca.gov/ and click on 9th Quarterly Report.

# San Quentin's New, 6-story Health Care Services Building to Replace Modulars in Summer '09

**S**taff and inmates at San Quentin, California's oldest prison, have watched with anticipation over the past months as the new Health Care Services Building rises up, floor by floor, before their eyes. In the next six weeks, with the steel framing complete, walls will start to enclose the structure. But the steel frame and walls are only a part of the story. Now that the walls are going up, you will not be able to see all of the work that must go into getting the building ready to use. Significant work must still be done on the inside of the building. It is likely that the doors will open in summer of 2009 replacing the recently opened modulars. Here's a rundown of what needs to be done: 1) Wiring: A health care facility like this one is full of high-tech equipment that requires miles of cabling. 2)Interior space build out: All manner of exam rooms, labs, radiology space, offices, dental rooms and other such facilities need to be constructed. 3) Plumbing: Piping in, piping out. It's already started, but your average medical facility needs more than most regular buildings. 4) Elevators: This will be a six story building, so elevators are a must.

Creating laboratory testing and radiology space takes considerably more time and expertise than a regular exam room. When the building opens, there will be 75 medical beds, 8 dental chairs, numerous doctors' exam rooms – all contained in 138,000 square feet. For staff and inmates at San Quentin, you can expect a more comprehensive update on construction pro-

# New Hotline Helps Inmates' Families Cope with Worry

**S**ara Gates uses one word to describe her job in Sacramento's Controlled Correspondence and Litigation Management Unit: *busy*. "There is something to do every day all day long. It's the same procedure, just with different issues" she explained. Sara is one of the analysts in her unit who deals with the large amount of health care-related correspondence that is mailed to their office on a daily basis. "We receive letters about *everything* – from an inmate with an in-grown toenail to an inmate who has cancer." Sara will soon be responsible not only for processing the written correspondence but also for responding to calls from the newly established Inmate Health Care Inquiry Hotline. The hotline is an outlet for family members or advocates to call regarding individual inmate-patient's medical care. Unit staff screen the messages from the Hotline and provide acknowledgement phone calls back to the caller within 48 hours. Responding to the specific issue is then assigned to an analyst, such as Sara, to review and begin the investigation process. The analysts have a 5-business day turnaround time to get back to the caller with their findings. Sara's workdays are undoubtedly busy, and she provides an important service to inmate-patients and their families. A job she takes great pride in.

# Personnel Team: Time Running Out for Open Enrollment
## OCTOBER 10TH MARKS DEADLINE FOR SIGN UPS OR CHANGES

**O**pen Enrollment for Health, Dental, Flex-Elect, and Consolidated Benefits (Co-Ben) is September 15, 2008 through October 10, 2008. If you want to enroll in these benefit programs, or make a change to your current enrollment, contact your Personnel Office for the necessary forms. The HBD-12 Health Enrollment Authorization form may be accessed at www.calpers.ca.gov under the forms directory. The STD. 692 Dental Plan Authorization form, FlexElect Brochure and Consolidated Brochure may be accessed at www.dpa.ca.gov .

Open Enrollment forms must be signed and submitted to your Personnel Office no later than October 10, 2008. All open enrollment actions will be effective January 1,

2009. You don't need to submit anything if you're not making any changes in your dental coverage or cash options. Permanent intermittent employees who want to continue receiving the cash option must re-enroll. If you have a FlexElect reimbursement account and want to participate again next year, you need to re-enroll during open enrollment. If you enroll in a Flex-Elect reimbursement Account, FlexElect Cash Option, or CoBen Cash Option during the open enrollment period, or if you are automatically re-enrolled in the FlexElect/Coben Cash Option, you have until December 31, 2008 to cancel your enrollment or make changes. If you are enrolling in FlexElect Cash Option or Co-Ben Cash

Option for the first time and have a Health or Dental plan in place, you must submit cancellation of the Health and Dental with the enrollment as a package. If you are two married state employees electing these types of changes, the agency whose employee is electing the FlexElect Cash Option or CoBen Cash should coordinate the changes and submit the changes as a package to the State Controller's Office. If you have any questions regarding Open Enrollment, Please contact your respective Personnel Office.





We're on the Web at:

[www.cphcs.ca.gov](http://www.cphcs.ca.gov)

## CALIFORNIA PRISON HEALTH CARE SERVICES

P.O. Box 4038

Sacramento, CA  95812-4038

Phone: 916-323-1923

STORY IDEAS, COMMENTS , OR  QUESTIONS: lifeline@cdcr.ca.gov

### RECEIVERSHIP'S MISSION

**R**educe unnecessary morbidity and mortality and protect public health by providing patient-inmates timely access to safe, effective and efficient medical care, and coordinate the delivery of medical care with mental health, dental and disability programs.

### RECRUITMENT : DO YOU KNOW SOMEONE INTERESTED IN JOINING OUR HEALTH CARE TEAM?

Website: ChangingPrisonHealthCare.org

Phone: 1-877-793-HIRE (4473)

# Guardian Rx Implementation at Halfway Point Full Conversion Expected by December 2009



**A** new pharmacy system (Guardian Rx) is being installed in the California Prison Health Care Services system to replace the antiquated PPTS system.  The conversion to the new system includes a lengthy, multidisciplinary effort including training before, during and after "go-live," as well as several weeks of facility assessment, process improvement meetings and efforts to standardize key aspects of the medication management process at each facility.

The advantages of moving to the new operating system are numerous and include contributing to the CPHCS goals associated with enhanced patient safety, better continuity of care, and increased access to prescription information, as well as resulting in improved operational processes, meeting regulatory and practice standard requirements, and providing for more accountable inventory control.  Examples of improvements begin with the move to a system that is enterprise based.  This means the medication profile information is available at all sites in real time allowing prescribers, nurses and pharmacy staff to access the patient medication information and history immediately when inmate patients move between prisons.  It also allows the immediate printing of medication reconciliation forms and other reports to support patient care.  The new system meets regulatory and practice standard requirements, and, allows pharmacists and technicians to be supported with drug interaction and allergy flags and bar code checks to assure the correct product is selected, resulting in safer medication processes.  Inventory is tracked and a manifest is provided allowing nursing staff to know what they received upon delivery.  The system creates a clinical review allowing pharmacists to properly assess the patient medication prior to filling new orders and to provide a safety review and feedback to prescribers when appropriate.  The system provides the pharmacist a product description and, in most cases, a picture of the product, to assist them in completing the final safety check before dispensing.  The new system is also a key element in allowing facilities to access the central fill pharmacy due to open in 2009.

Unlike PPTS, the new system includes a new level of user support.  There is a centralized Help-desk for questions, operational implementation staff (pharmacist managers and nurses) for training and ongoing support, and mechanisms to constantly assess quality to improve the program and functions, thereby  meeting the unique needs of CPHCS.  The new software and conversion process assists in building the pharmacy infrastructure and standardization of processes necessary to assure quality in medication management, helping move the system forward with the next steps in the court ordered reform.  Guardian Rx has been implemented in 15 sites to date and it is anticipated that all sites will have been converted to the new operating system by late 2009.



October is American Pharmacists Month

# APPENDIX 34

**Volume 1, Issue 4**

**November 6, 2008**

# TURNAROUND
## Lifeline
### California Prison Health Care Services



## INSIDE THIS ISSUE

**Major Firepower**  1
Receiver Hires Top Litigator

**Receiver's Corner**  1
Justice Will Be Done

**Do You Know?**  1
Medical Transcription Pilot Program

▲ **Above and Beyond** ▶  2
Avenal's Stellar ADA Team

**Construction:**  2
Pictures Tell Tale of "Classic" Efficiency

## DO YOU KNOW?
### Medical Transcription Pilot

Medical Transcription will undergo a pilot program at four institutions for six months beginning March, 2009 in order to try a new centralized method of delivering the service. Under the current program there are 147 medical and mental services transcriber positions. About 25 of those positions remain unfilled. Those vacant positions will be moved to Sacramento and filled in order to pilot the centralized process through which providers dictate their notes into an automated system via the telephone and the transcribers also retrieve those notes by phone.

Meanwhile, the existing medical transcribers at those four facilities will remain in their current positions but may be loaned to other units during the pilot phase of the project. It's expected that a decision will be made in August of 2010 on whether to drop the concept, expand the pilot, or fully adopt the new method. If the pilot is successful and full implementation begins, Human Resources will launch a methodical placement plan consistent with the impacted employees' Memorandum of Understanding and civil service laws and rules. It must be emphasized that there are at least six months before any final decision is made on whether to implement the centralized program on a statewide basis and that it is the goal of the Receivership to implement the most effective transcription program available while minimizing, to the degree possible, any negative impact to current staff.

## RECEIVER HIRES ONE OF THE COUNTRY'S TOP LITIGATORS
## JAMES BROSNAHAN KNOWN FOR SKILL AND EXPERTISE



James Brosnahan,  J. Clark Kelso

**F**ederal Receiver for California's Prison Health Care, J. Clark Kelso, a respected law professor himself, has added substantial legal firepower to the team that is litigating his contempt of court hearings against Governor Arnold Schwarzenegger and Controller John Chiang for failing to fund the 10K bed project. Kelso has hired one of the nation's most respected and recognized trial lawyers, James Brosnahan, of the San Francisco based law firm Morrison Foerster. Brosnahan recently concluded a review of the legal proceedings undertaken by the Receiver so far and says the case is on solid legal ground. "I think that the Receiver has a very strong case because of the careful way he has proceeded in Federal Court with each step and receiving a tremendous amount of input and agreement involving all the state agencies going back several years. The record shows there have been no objections to bringing the prisons into compliance with minimum constitutional standards."

Brosnahan would know. *The National Law Journal* listed him as one of the "Top 100 Most Influential Lawyers in America." He literally wrote the book on trying cases in California. His book, the *Trial Handbook for California Lawyers*, was published by Bancroft-Whitney. The Harvard Law School Graduate is the go-to-guy for the most sophisticated legal and corporate minds. He successfully defended a California Appellate Court Justice in disciplinary proceedings and his many successful court trials range from acting as the Lead Prosecutor in the Iran Contra hearings back in the early 1990s to the defense of a global positioning system inventor and the defense of the former Chairperson of Hewlett- Packard. The inductee of the State Bar of California's Hall of Fame, also successfully defended the City of Oakland in the Oakland Raiders litigation in their 5-month jury trial.   But although Brosnahan packs mega-wattage in legal star-power, he has agreed to take this historic case for about 40% of his customary fees. " I think there is a need to illuminate prison conditions so that the public realizes we're talking about minimal health care, we're talking about addressing the minimal needs of human beings," he explains.   Having served as special counsel to the California Legislature's Joint Subcommittee on Crude Oil Pricing, he is no stranger to the State Capitol, but he seems  somewhat surprised at what some are calling the "political" tactics being taken by the Attorney General (A.G.) in defending the Governor and Controller in contempt proceedings.  "That requires that the A.G. perform the lawyerly function of representing his clients. It doesn't allow for independent action as though it was only a pending policy matter. Contempt is a very serious problem for any office holder and they deserve, and I hope they will get, the kind of conciliatory representation required in those circumstances," he says. Because Brosnahan and Kelso agree this matter has reached a very serious stage. Brosnahan adds: "We're giving the defendants every chance to comply with Judge Henderson's orders. We want them to do that. We're very hopeful they will do that. But if anyone has to be found in contempt, it will certainly be done… reluctantly."

## RECEIVER'S CORNER: JUSTICE WILL BE DONE
### BY J. CLARK KELSO

You've probably heard about our lawsuit against the Governor and the Controller. Let me share with you my thoughts on this subject.

Politicians being who they are, making politically unpopular decisions – even decisions that are consistent with good policy and law – does not come naturally. Much better to duck a decision today and get elected tomorrow, than to make hard choices that risk rejection at the polls.

Political inertia has been one of the major reasons California's prison system has fallen behind. Being "tough on crime" is politically easy. Not so easy is paying the bills to support the type of prison system that results from being "tough on crime."

I had hoped the combination of multiple Federal Court orders in four different Federal Court lawsuits would bring Sacramento's politicians to the table voluntarily. But horse trading and politics got in the way when Republicans decided they wouldn't vote for our construction program unless they got action on other prison legislation. And the Republican and Democrats deadlocked.   I had also hoped, based upon extensive discussions throughout the Spring and Summer, the Administration would join us in taking

action once it became clear that the Legislature was not going to act. Unfortunately, politics seems to have overtaken the Schwarzenegger Administration as well. That's the bad news.

The good news is that Federal Courts are not swayed by politics. Federal judges are independent of the political branches, and they make decisions based on the Constitution and the law, not based upon poll numbers. By filing a motion in Federal Court, I have taken the funding issue out of a political context, and put it into a judicial context.  In a judicial context, our case is very strong. We are supported by court findings over a six-year period which detail the prison's unconstitutional health care system, a series of court orders which the State has not opposed, active State participation in planning and designing our construction program, and the reality that we have already spent tens of millions of dollars in construction-related expenses. Ground has already been broken at several prisons where we are making improvements.

I am confident that we will secure the necessary financing. With the Court's help, justice will triumph over political expediency.



We're on the Web at:

## [www.cphcs.ca.gov](http://www.cphcs.ca.gov)

# CALIFORNIA PRISON HEALTH CARE SERVICES

P.O. Box 4038

Sacramento, CA  95812-4038

Phone: 916-323-1923

STORY IDEAS, COMMENTS, OR QUESTIONS: lifeline@cdcr.ca.gov

## RECEIVERSHIP'S MISSION

Reduce unnecessary morbidity and mortality and protect public health by providing patient-inmates timely access to safe, effective and efficient medical care, and coordinate the delivery of medical care with mental health, dental and disability programs.

**Do you know?**

The San Quentin Health Services Building will have 16 dental chairs and 52 beds for care (four of the beds will be equipped with negative pressure to house those needing respiratory isolation.)

RECRUITMENT : DO YOU KNOW SOMEONE INTERESTED IN JOINING OUR HEALTH CARE TEAM?

Website: ChangingPrisonHealthCare.org

Phone: 1-877-793-HIRE (4473)

*Ten Months Later,*

◀ *Above and Beyond* ▶

# Avenal ADA Team Vastly Improves Service



Avenal's ADA Team: (Left to Right:) Maria Barriga and Marcel Salery R.N.

When R.N. Marcel Salery first took the job as Avenal State Prison's Americans with Disabilities Act Nurse, inmates would have to wait several months before getting needed wheelchairs, canes, or crutches. "Things were in complete disarray, no structure, no organization and no procedures to determine how inmates were supposed to get things. There was no tracking in place to see if inmates had received an item that was ordered," he says.    That was ten months ago: now, Nurse Salery beams with pride when he mentions that his two-person team delivers a doctor-issued appliance on the same day that it's ordered almost 50% of the time. "I'm blessed to say my superiors gave me the green light to get us into compliance. It was very stressful at first," he says.  So Salery turned to "a lot of education."  First, he read and analyzed the judges orders from the Armstrong v. Schwarzenegger lawsuit  which orders that all state institutions- including prisons, must comply with Americans with Disabilities Act stipulations. With the safety of the custody officers in mind, he also got educated about appliances that can be turned into weapons. Then he went about changing the system the old fashion way. "Basically, go out and talk to people, I would ask: when he (the provider) writes that order where do you send it?"  He found out most orders were being sent to a dead end. He created forms so that orders for disability appliances could be placed, tracked and catalogued. And with the outstanding help of his assistant, Maria Barriga, he turned the ADA office around 180 degrees. "She does an excellent job. She's a hard worker, self motivated, and she takes a lot of personal pride in what she does." Now the team has even devised a tracking system that allows them to spot troubled areas that  can delay their service.  With their cataloguing system, they can even stockpile appliances for temporary users so that they can service inmates immediately when necessary. Everyone there, it seems, is taking notice. "they say, 'I just ordered it yesterday and I'm already getting it?'  It's a good feeling." He says it's all about helping people, no matter who they are, "you just see them as human beings." Afterall, he says, regardless of whether it may sound corny or not, "when I became a nurse I did it to help people."  That's just what he's doing, and he's doing it so well that the Chief Medical Officer at Avenal, Ellen Greenman M.D. nominated his team as an Above and Beyond Prison Health Care Services featured team of the month. "It feels great to have someone recommend you for something like this. It shows, you're recognized, that you're trying to do your best and that you're doing a good job."    Nurse Marcel Salery's goal when he took the job as Avenal's ADA Nurse was to become the best in the state.  Many would agree that, 10 months later, he and his team have succeeded.

# Efficient New Construction Methods Create Classic Look at San Quentin

Staff and inmates alike are watching in anticipation as the new Health Care Services Building at San Quentin State Prison continues to rise. (A) Pre-cast walls are now being attached to the steel frame – an amazing sight as a crane that stands several hundred foot high swings the massive walls into place. (B) A historic facade of an old building will be integrated into the new structure. This will help maintain the classic look of the building and meet the State of California's preservation requirements.  During construction of the new building, health care services for San Quentin are working out of several modular buildings. (C) In a first for this facility, there is dedicated x-ray equipment. This cuts down significantly on having to transport inmates off site for x-rays, saving a tremendous amount of staff time and enhancing patient care.

