| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | MARIA MORRIS, Bar No. 223903 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |

K&L Gates LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**OBJECTIONS TO LAW ENFORCEMENT INTERVENOR TRIAL EXHIBITS** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

Plaintiffs submit their objections and Law Enforcement Intervenor Defendants submit their responses to Plaintiffs' objections to the Law Enforcement Intervenor's exhibits.

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-60I | Transcript of Governor Arnold Schwarzenegger Joined by Assembly Republicans, Law Enforcement Officials Waning of Dangers if Felons are Released into Communities | 00005-00011 | Hearsay | This document is a business record of the Governor's Press Office. FRE 803(6). It is also a public record. FRE 803(8). |
| DI-604 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information | 00050-00051 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-605 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Caseload | 00052-00053 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-606 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Specialized Caseloads | 00054-00055 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6) and a summary (FRE 1006) for which the originals are available for inspection. |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| D1-607 | Chief Probation Officers of California Annual Survey 2006-2007 Data Adult Probation Information - Banked, Monitored, and Administratively Supervised | 00056-00057 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6)) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-608 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information | 00058-00059 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6)) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-609 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Caseload | 00060-00061 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6)) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-610 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Specialized Caseloads | 00062-00063 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6)) and a summary (FRE 1006) for which the originals are available for inspection. |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-611 | Chief Probation Officers of California Annual Survey 2007-2008 Data Adult Probation Information - Banked, Monitored, and Administratively Supervised | 00064-00065 | Hearsay; FRE 1006 | Chief Probation Officer Jerry Powers testified during trial that he had personal knowledge of the document and explained the gathering of the data and method of creation of the document, as well as its accuracy. (See attached excerpt of trial testimony.) The document is a business record (FRE 803(6)) and a summary (FRE 1006) for which the originals are available for inspection. |
| DI-614 | NPR Inside The Nation's Largest Mental Institution by Renee Montagne. | 00073-00075 | Hearsay | Agree to withdraw exhibit. |
| DI-615 | Table 10 Institution Population By County Of Commitment. December 31, 2006 | 00076 | Hearsay | Exhibit 1 to Depo of Rich Word. Discussed at 29:7-30:14. Basis for opinion on impact on jurisdiction of prisoner release order. CDCR public record. FRE 803(8). http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/CalPris/CALPRISd2006.pdf |
| DI-616 | Power Point Presentation. Petersilia's Reform Agenda | 00077-00084 | Hearsay | Exhibit 2 to Depo of Rich Word (he said it confirmed his opinions – 42:9-43:8) |
| DI-617 | Table 5A (Continued) Total Felon New Admissions and Parole Violations Returned With a New Term. | 00085 | No foundation; Hearsay | CDCR public record. FRE 803(8). http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Annual/CalPris/CALPRISd2006.pdf |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-628 | Sheriff's Presentation on Theo Lacy Expansion Orange County Board of Supervisors July 1, 1997 | 3346-3373 | No objection to report, but object to following statements in report as being inadmissible double hearsay:<br><br>Page 03354: "A Department of Justice study found criminals commit on average 187 crimes per year (3.6 per week)."<br><br>Page 03355: "A Department of Justice study in 1996 found that *nationally*, victim costs totaled *$450 billion dollars* annually."<br><br>Page 03356: "Examples of victim costs in this study include: Rape - $87,000; Robbery - $8,000; Felony Assault - $9,400; Child Abuse - $60,000." | This document is a public record of the Orange County Sheriff's Department (FRE 803(8)) and the statements to which Plaintiffs object were taken from a public record of the U.S. Department of Justice, offered as Exhibit DI-653 (Zedlewski publication). |
| DI-636 | Excerpts from Rational Choice and Criminal Behavior (Fresno Police) | 0000196 | Hearsay | Produced at deposition of Jerry Dyer and subsequently provided to all parties. Discussed at 103:11-21. Served as basis of his opinion. |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-637 | Does Prison Pay? Article from Sensible Sentencing Trust (Fresno Police production) | 0000197-0000208 | Hearsay | Produced at deposition of Jerry Dyer and subsequently provided to all parties. Discussed at 104:11-105:4. Served as basis of his opinion. |
| DI-638 | April 5, 2008 Memorandum - Parole Release Impact Report (Fresno Police) | 0000209-0000210 | Hearsay | Produced at deposition of Jerry Dyer. Business record (FRE 803(6)) and public record (FRE 803(8)) of the Fresno Police Department. Served as basis of opinion. |
| DI-639 | SF Gate article: California's system for parolees called ineffective revolving door (Fresno Police production) | 0000211-0000218 | Hearsay | Produced at deposition of Jerry Dyer and served as basis of opinion. |
| DI-641 | Preliminary Examination of the Fresno Public Safety Ballot Initiative | 0000228-0000275 | Hearsay | This is a public record of the City of Fresno (FRE 803(8)) and served as basis of opinion of Fresno Police Chief Jerry Dyer. |
| DI-642 | The Fresno Bee, October 26, 2008 – Valley's jobless problem grows by Tim Sheehan | 0000276-0000279 | Hearsay | This document served as a basis of opinion of Fresno Police Chief Jerry Dyer. |
| DI-653 | Edwin Zedlewski, "Making Confinement Decisions," Research In Brief, National Institute of Justice, July 1987; released July 1988. | 00477-00482 | Hearsay | This is a public record of the U.S. Dept of Justice, National Institute of Justice (FRE 803(8)) and is also a basis of opinion for Fresno Police Chief Jerry Dyer. |
| DI-656 | April 10, 2008 Memorandum to Members of the Urban Counties Caucus Board of Directors from Casey Kaneko re Realignment of State Parolees to County Probation | 00506-00511 | Hearsay | This is a public record of San Diego County prepared as part of a survey on realignment of state parolees. FRE 803(8).<br><br>Exhibit 1 to Depo. of Jail Commander John Ingrassia. |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-658 | County of San Diego, UC Survey Response | 00518-00522 | Hearsay | This is a public record of San Diego County prepared as part of a survey on realignment of state parolees. FRE 803(8).<br><br>Exhibit 3 to the Depo. Of Jail Commander John Ingrassia |
| DI-661 | San Diego – Court documents relating to <u>Hudler v. Duffy</u>, May 12, 1980, No. 404148 and <u>Armstrong v. San Diego County Board of Supervisors</u>, November 8, 1990; No. 588349; cases consolidated October 13, 1993 | 00526-00614 | Irrelevant; this finding from the 1980s is too remote in time to be relevant | These cases are offered to show that a court cap is in place in San Diego County jails.<br><br>Responses to Plaintiffs' First Set of Requests for Production of Sheriffs dated 9/5/07. |
| DI-664 | Senate Budget Hearing Item #63, Senate Bill 618 (J1), May 7, 2007 | 00645 | Hearsay | This is Exhibit 1 to the Conklin Depo. It is a document produced by Defendants during discovery. See Bates stamp E-PRIV_055285 at bottom of page |
| DI-665 | Summary of Meeting with Jennifer Schaffer, Ph.D., Re Potential Impact if CDCR Plan to return inmates to local counties | 00646 | Hearsay | This is Exhibit 2 to the Conklin Depo. He authenticates it as 135:5-8. It is also a public record under FRE 803(8). |
| DI-667 | San Diego County | | No foundation; Irrelevant | ESP Collection Roster<br><br>Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of San Diego Sheriff's Dept. FRE 803(8). |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-694 | San Mateo – Resolution Accepting the Mentally Ill Offender Crime Reduction Grant from the State Board of Corrections and memo from Sheriff Greg Munks to County Board of Supervisors dated May 21, 2007 with Final MIOCR grant proposal | 00947-00952 | Hearsay; irrelevant | This is a public record of the San Mateo County Sheriff's Department and of San Mateo County.  FRE 803(8). Responses to Plaintiffs' First Set of Requests for Production to Sheriffs dated 9/5/07 |
| DI-695 | San Mateo County Manager's Office, Response to UCC Survey on Parole Realignment, April 30, 2008 | 00953-00963 | Hearsay | This is a public record of San Mateo County. FRE 803(8). |
| DI-702 | Solano County - SEP Reports 2007-2008 | 01060-01061 | Lacks authentication (document has been altered); lacks foundation | These are public records of the Solano County Sheriff's Department. FRE 803(8). Document altered only in correcting the year of the reports, and is as produced in discovery. Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08 |
| DI-734 | NPI UCLA Final Report on the Mental Health Services Continuum Program of the California Department of Corrections and Rehabilitation - Parole Division | 01727-01768 | Hearsay | Exhibit 14 to Chief Probation Officer Don Meyer's Depo.  Discussed at 69:22-70:11; 72:10-22. This is a public record of CDCR. FRE 803(8). |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-739 | Atwater PD Re: Booking Report, by date as per Government Code 6254f(1) | 01853-01856 | Lacks foundation; lacks authentication (document has been altered and is illegible) | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of Atwater Police Dept. FRE 803(8). |
| DI-740 | Butte County Sheriff, Electronic Surveillance Program | 01857-01859 | Hearsay | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public Record of Butte Co. Sheriff's Dept. FRE 803(8). |
| DI-741 | Delano PD, 2007-2008 Booking Report Summaries | 01860-01861 | No foundation; hearsay | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of Delano PD. FRE 803(8). |
| DI-742 | Fremont Police Department, Parole Violation Arrests, July 1, 2007 through July 1, 2008 | 01862-01865 | No foundation; hearsay | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of Fremont PD. FRE 803(8). |
| DI-743 | Roseville PD Crime Suppression Unit Re: 2008 Activity Log; 2007 Yearly Report of Activities; Case Notes | 01866-01870 | No foundation; hearsay | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of Roseville PD. 803(8). |
| DI-749 | Excerpts from San Joaquin County Sheriff's Department Jail Needs Assessment Update | 02114-02386 | No foundation; hearsay | Responses to Plaintiffs' First Set of Requests for Production to Sheriffs dated 9/5/07<br><br>Public record of San Joaquin County Sheriff's Department. FRE 803(8). |
| DI-753 | Placer County DUI Symposium; Statistical Summaries. 4/24/06 | 02420-02421 | Hearsay; FRE 1006 (no data made available) | Responses to Plaintiffs' First Set of Requests for Production to Sheriffs dated 9/5/07<br><br>Public record of Placer County. FRE 803(8). |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-754 | Placer County - Request for Technical Assistance for Discharge Planning Policies and Implementation (to US Dept of Housing and Urban Development), 10/10/06; Substance Abuse Program Overview, and Misc. Papers, 3/2/07. | 02422-02429 | Lacks foundation; lacks authentication (exhibit appears to consist of several unrelated documents) | Responses to Plaintiffs' First Set of Requests for Production to Sheriffs dated 9/5/07<br><br>Public record of Placer County Sheriff's Dept.  FRE 803(8). |
| DI-756 | Alhambra PD Re: Probation Arrests | 02460-02462 | No foundation; hearsay | Responses to Plaintiffs' First Set of Requests for Production to Law Enforcement Intervenors dated 7/1/08<br><br>Public record of Alhambra PD.  FRE 803(8). |
| DI-767 | Anderson, et al. v. County of Kern, et al., case no. CIV F90295 JFM P, March 1992 | 02541-02609 | Irrelevant (the 16 year old findings in a overcrowding case are too remote in time to be probative) | Offered to show existence of court cap. |
| DI-770 | Chief Probation Officers of California, Adult Probation Services and the Need to Increase Public Safety, Accountability, Competency Development and Cost Effectiveness | 02814 | Hearsay | Public record that can be found on Chief Probation Officers of California website:<br><br>http://www.cpoc.org/APSProposal.doc |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-771 | Do the Crime, Do the Time? Maybe Not, In California: Jail Cell Shortage is Upsetting the Balance, California State Sheriff's Association, June 2006 | 02815-02862 | Hearsay; improper opinion | Public record (FRE 803(8)) at: http://www.calsheriffs.org/Documents/do_the_crime,_do_the_time.pdf  Also basis of opinion of Chief Probation Officer Don Meyer. |
| DI-772 | Little Hoover Commission Report, November 13, 2003 | 02863-02992 | Hearsay; improper opinion | Public record (FRE 803(8)) at:  http://www.lhc.ca.gov/lhcdir/report172.html |
| DI-775 | AB 900 Agreements Summary (prepared by CDCR); CSA Phase I Jail Construction Funding Awards | 03043 | No foundation; hearsay | CDCR public record (FRE 803(8)) at:  http://www.cdcr.ca.gov/Divisions_Boards/CSA/CFC/Docs/AB900_Funding_091908.pdf |
| DI-776 | In re Inmates of Humboldt County Jail, No. 81205 and Consolidated Cases, Partial Ruling on Habeas Corpus, Ruling, and Ruling on Previous Order | 03044-03109 | Irrelevant; the findings in this 20 year old court case are too remote in time to be relevant | Offered to show existence of case cap. |

| EXHIBIT | DESCRIPTION | BATES NO. | PLAINTIFFS' OBJECTIONS | DEFENDANT INTERVENORS' RESPONSES |
|---|---|---|---|---|
| DI-782 | Judicial Council of California Administrative Office of the Courts. Report dated October 24, 2008 re. Court Facilities Planning: Update to Trial Court Capital- outlay Plan and Priorization Methodology and Projects Funded by Senate Bill 1407 (Action Required) | 03170-03225 | Irrelevant | Public record (FRE 803(8) http://www.courtinfo.ca.gov/jc/documents/reports/102408itemd.pdf  This public record is being offered as evidence of the large number of counties which need additional courtroom facilities, including holding facilities for criminal defendants, in order to handle current caseload.  The urgency of some of the projects and limited funding for these additional facilities demonstrate that a release order which results in additional caseload for the courts will have a severe impact on already inadequate court facilities throughout the state. |
| DI-783 | Judicial Council of California Administrative Office of the Courts. Report Summary dated October 8, 2008 re. Allocation of Trial Court Funding, Including Allocation of New Funding, a One-Time Reduction, and Other Adjustments (Action Required). | 03226-03260 | Irrelevant | Public record (FRE 803(8) http://www.courtinfo.ca.gov/jc/documents/reports/101008item1.pdf  This public record is being offered as evidence of the large number of counties which need additional courtroom facilities, including holding facilities for criminal defendants, in order to handle current caseload.  The urgency of some of the projects and limited funding for these additional facilities demonstrate that a release order which results in additional caseload for the courts will have a severe impact on already inadequate court facilities throughout the state. |

1 | Dated: January 20, 2009        By:

         /s/ Edward P. Sangster
        _____
         EDWARD P. SANGSTER
         ed.sangster@klgates.com

         K&L Gates LLP
         Attorneys for Plaintiffs

Dated: January 20, 2009        By:

         /s/ Kimberly Hall Barlow
        _____
         Kimberly Hall Barlow
         khb@jones-mayer.com

         Jones & Mayer LLP
         Attorneys for Law Enforcement Defendant Intervenors