PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third Quarter of 2008 to defendants via overnight Federal Express on November 10, 2008. Defendants submitted their objections to plaintiffs' statement on December 11, 2008. The parties completed their meet-and-confer process on January 14, 2009. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter of 2008.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $190,191.27 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 12, 2008 accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED: January 21, 2009

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: January 14, 2009

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

# EXHIBIT A

# Coleman v. Schwarzenegger
**Third Quarterly Statement of 2008**
**July 1, 2008 through September 30, 2008**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED FEES | COSTS |
|---|---|---|
| MONITORING | $ 144,511.65 | $ 22,057.30 |
| MONITORING FEES ON FEES | $ 22,901.85 | $ 720.47 |
| **TOTALS:** | $ 167,413.50 | $ 22,777.77 |
| **TOTAL UNDISPUTED FEES AND COSTS** |  | $ 190,191.27 |

Coleman v. Schwarzenegger
Summary Of Undisputed Fees - Third Quarterly Statement, 2008
July 1, 2008 through September 30, 2008

## Monitoring Work - 489-3

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Cap Fee Paralegals | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 519.80 | 519.60 | 460.40 | 13.10 | 0.00 | 447.30 | 72.30 | $ 169.50 | $ 169.50 | $ 12,254.85 | $ 75,817.35 |
| Jane E. Kahn (JEK) | 539.00 | 539.00 | 475.40 | 9.30 | 0.00 | 466.10 | 72.90 | $ 169.50 | $ 169.50 | $ 12,356.55 | $ 79,003.95 |
| Ernest Galvan (EG) | 381.60 | 381.60 | 337.10 | 5.10 | 0.00 | 332.00 | 49.60 | $ 169.50 | $ 169.50 | $ 8,407.20 | $ 56,274.00 |
| Gay C. Grunfeld (GCG) | 3.10 | 1.60 | 1.00 | 0.20 | 0.00 | 0.80 | 0.80 | $ 169.50 | $ 169.50 | $ 135.60 | $ 135.60 |
| Holly M. Baldwin (HMB) | 1.90 | 1.10 | 0.80 | 0.00 | 0.00 | 0.80 | 1.10 | $ 169.50 | $ 169.50 | $ 186.45 | $ (0.00) |
| Sarah Olson Zimmerman (SOZ) | 11.80 | 11.80 | 11.80 | 0.00 | 0.00 | 11.80 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 2,000.10 |
| Anne Mania (AHM) | 0.40 | 0.40 | 0.30 | 0.30 | 0.00 | 0.00 | 0.40 | $ 169.50 | $ 169.50 | $ 67.80 | $ - |
| Amy E. Whelan (AEW) | 479.80 | 479.50 | 474.70 | 1.20 | 0.00 | 473.50 | 6.00 | $ 169.50 | $ 169.50 | $ 1,017.00 | $ 80,258.25 |
| Maria V. Morris (MVM) | 376.80 | 374.00 | 341.40 | 0.00 | 0.00 | 341.40 | 32.60 | $ 169.50 | $ 169.50 | $ 5,525.70 | $ 57,867.30 |
| Megan R. Lang (MRL) | 3.50 | 3.00 | 2.20 | 1.60 | 0.60 | 0.00 | 2.40 | $ 169.50 | $ 169.50 | $ 406.80 | $ (0.00) |
| F. Nura Maznavi (FNM) | 9.00 | 8.50 | 4.40 | 0.50 | 0.00 | 3.90 | 4.60 | $ 169.50 | $ 169.50 | $ 779.70 | $ 661.05 |
| Kenneth M. Walczak (KMW) | 1.20 | 1.10 | 0.60 | 0.00 | 0.00 | 0.60 | 0.50 | $ 169.50 | $ 169.50 | $ 84.75 | $ 101.70 |
| Lori E. Rifkin (LER) | 304.50 | 303.70 | 259.80 | 6.60 | 3.30 | 249.90 | 50.50 | $ 169.50 | $ 169.50 | $ 8,559.75 | $ 42,358.05 |
| Sarah L. Laubach (SML) | 9.20 | 8.10 | 0.80 | 0.80 | 0.00 | 0.00 | 8.10 | $ 169.50 | $ 169.50 | $ 1,372.95 | $ - |
| Lisa A. Ells (LAE) | 462.50 | 449.00 | 412.30 | 8.90 | 1.10 | 402.30 | 45.60 | $ 169.50 | $ 169.50 | $ 7,729.20 | $ 68,189.85 |
| An Tran (ANT) - Law Clerk | 74.10 | 73.70 | 55.30 | 22.50 | 17.20 | 15.60 | 40.90 | $ 169.50 | $ 169.50 | $ 6,932.55 | $ 2,644.20 |
| Caitlin Egleson (CE) - Law Clerk | 94.40 | 93.80 | 93.80 | 0.00 | 0.00 | 93.80 | 2.00 | $ 169.50 | $ 169.50 | $ - | $ 15,899.10 |
| Kevin Jones (KEJ) | 160.60 | 155.50 | 153.50 | 0.00 | 3.30 | 150.20 | 0.50 | $ 169.50 | $ 169.50 | $ 271.00 | $ 20,352.10 |
| Pamela Derrico (PD) | 68.10 | 66.20 | 66.20 | 0.00 | 0.00 | 66.20 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 8,970.10 |
| Sofia A. Millham (SAM) (Market Rate $180) | 434.90 | 416.90 | 348.60 | 7.20 | 0.70 | 340.70 | 75.50 | $ 135.00 | $ 169.50 | $ 10,192.50 | $ 45,994.50 |
| Katherine Johnson-Silk (KJS) (Market Rate $170) | 288.50 | 271.60 | 197.10 | 2.30 | 0.00 | 194.80 | 76.80 | $ 135.00 | $ 169.50 | $ 10,368.00 | $ 26,298.00 |
| Katie Richardson (KMR) (Market Rate $170) | 423.20 | 401.90 | 321.20 | 3.40 | 0.40 | 317.40 | 84.10 | $ 135.00 | $ 169.50 | $ 11,353.50 | $ 42,849.00 |
| Maya Weltman-Fahs (MWF) (Market Rate $170) | 9.60 | 8.90 | 6.60 | 0.20 | 0.20 | 6.20 | 2.50 | $ 135.00 | $ 169.50 | $ 337.50 | $ 837.00 |
| Ritika S. Aggarwal (RSA) (Market Rate $170) | 350.20 | 324.50 | 250.00 | 8.60 | 1.70 | 239.70 | 83.10 | $ 135.00 | $ 169.50 | $ 11,218.50 | $ 32,359.50 |
| Marisa C. Diaz (MCD) (Market Rate $170) | 1.50 | 1.50 | 0.70 | 0.30 | 0.40 | 0.00 | 1.10 | $ 135.00 | $ 169.50 | $ 148.50 | $ (0.00) |
| Haruka Roudebush (HR) (Market Rate $160) | 8.40 | 6.40 | 3.00 | 0.40 | 1.30 | 1.30 | 3.80 | $ 135.00 | $ 169.50 | $ 513.00 | $ 175.50 |
| Matthew Harrison (MRH) - Paralegal (Market Rate $170) | 11.00 | 9.40 | 8.50 | 0.00 | 0.00 | 8.50 | 0.90 | $ 135.00 | $ 169.50 | $ 121.50 | $ 1,147.50 |
| Matthew Harrison (MRH) - Paralegal Clerk (Market Rate $160) | 1.20 | 0.80 | 0.30 | 0.00 | 0.00 | 0.30 | 0.50 | $ 135.00 | $ 169.50 | $ 67.50 | $ 40.50 |
| Paralegal Clerk (PC) | 4.50 | 4.50 | 4.50 | 0.00 | 0.00 | 4.50 | 0.00 | $ 110.00 | $ 110.00 | $ - | $ 495.00 |
| **RBG Totals:** | **5034.30** | **4917.60** | **4292.30** | **93.30** | **30.20** | **4168.80** | **718.60** | | | $ 110,408.35 | $ 660,729.20 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Megan Hagler (MH) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 169.50 | $ 16.95 | $ - |
| Ivan Trujillo (IT) | 78.20 | 78.20 | 14.00 | 14.00 | 0.00 | 0.00 | 78.20 | $ 169.50 | $ 169.50 | $ 13,254.90 | $ - |
| Colleen Shaw (CS) | 7.60 | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 7.60 | $ 169.50 | $ 169.50 | $ 1,288.20 | $ - |
| Luisa Rivera (LR) | 123.70 | 123.70 | 87.80 | 87.00 | 0.80 | 0.00 | 122.90 | $ 169.50 | $ 169.50 | $ 16,591.50 | $ - |
| Rebecca Rees (RR) (Market Rate $170) | 14.30 | 14.30 | 14.10 | 14.10 | 0.00 | 0.00 | 14.30 | $ 135.00 | $ 169.50 | $ 1,930.50 | $ - |
| Pui Yee Yu (PYY) (Market Rate $170) | 1.40 | 1.40 | 1.40 | 1.40 | 0.00 | 0.00 | 1.40 | $ 135.00 | $ 169.50 | $ 189.00 | $ - |
| **PLO Totals:** | **225.30** | **225.30** | **117.30** | **116.50** | **0.80** | **0.00** | **224.50** | | | $ 33,271.05 | $ - |
| **K & L Gates** | | | | | | | | | | | |
| Fred Heather | 164.40 | 164.40 | 164.40 | 0.00 | 0.00 | 164.40 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 27,865.80 |
| Ed Sangster | 289.50 | 289.50 | 289.50 | 0.00 | 0.00 | 289.50 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 49,070.25 |
| Jeff Bornstein | 11.80 | 11.80 | 11.80 | 0.00 | 0.00 | 11.80 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 2,000.10 |
| Ray Loughrey | 74.50 | 74.50 | 74.50 | 0.00 | 0.00 | 74.50 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 12,627.75 |
| Rachel Chatman | 38.40 | 38.40 | 38.40 | 0.00 | 0.00 | 38.40 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 6,508.80 |
| Chanell Yates | 44.80 | 44.80 | 44.80 | 0.00 | 0.00 | 44.80 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 6,048.00 |
| Linda Woo | 71.00 | 71.00 | 71.00 | 0.00 | 0.00 | 71.00 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 9,385.00 |
| Robert Mora | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 5.00 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 675.00 |
| Angelina Rothwell | 6.70 | 6.70 | 6.70 | 0.00 | 0.00 | 6.70 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 904.50 |
| Marilyn Guichard | 1.60 | 1.60 | 1.60 | 0.00 | 0.00 | 1.60 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 216.00 |
| Maria Nadal | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ 67.50 |
| Michelle Baney | 8.60 | 8.60 | 8.60 | 0.00 | 0.00 | 8.60 | 0.00 | $ 135.00 | $ 155.00 | $ - | $ 1,161.00 |
| Angel Escalante | 20.00 | 20.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 | $ 100.00 | $ 100.00 | $ - | $ 2,000.00 |
| **K&L Totals:** | **736.80** | **736.80** | **736.80** | **0.00** | **0.00** | **736.80** | **0.00** | | | $ - | $ 118,729.70 |

256276_1

3rd Quarter 2008

1/14/2009

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Third Quarterly Statement, 2008
July 1, 2008 through September 30, 2008

*Monitoring Work - 489-3 (Con't)*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rate for Counsel and Plaintiffs' Ofc. of PLRA Cap For Paralegals | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employment Law Center** | | | | | | | | | | | |
| Claudia Center | 4.91 | 4.91 | 0.75 | 0.75 | 0.00 | 0.00 | 4.91 | $ 169.50 | $ 169.50 | $ 832.25 | $ - |
| ELC Hours: | 4.91 | 4.91 | 0.75 | 0.75 | 0.00 | 0.00 | 4.91 | | | $ 832.25 | |
| **Total Monitoring - All Offices** | 6,001.31 | 5,884.61 | 5147.15 | 210.55 | 31.00 | 4905.60 | 948.01 | | | $ 144,511.65 | $ 779,458.90 |

*Fees Work - 489-5*

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Third Quarterly Statement, 2008
July 1, 2008 through September 30, 2008

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Ofcr of PLRA Cap for Paralegals | Undisputed Fees | OVR Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Sanford Jay Rosen (SJR) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | | $ 169.50 | $ 33.90 | - |
| Michael W. Bien (MWB) | 2.90 | 2.90 | 0.40 | 0.40 | 0.00 | 0.00 | 2.90 | | $ 169.50 | $ 491.55 | - |
| Gay C. Grunfeld (GCG) | 0.20 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | | $ 169.50 | $ 16.95 | - |
| Ernest Galvan (BG) | 18.40 | 18.40 | 0.00 | 0.00 | 0.00 | 0.00 | 18.40 | | $ 169.50 | $ 3,118.80 | - |
| Holly M. Baldwin (HMB) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ 169.50 | $ - | - |
| Amy B. Whelan (AEW) | 19.80 | 19.80 | 0.00 | 0.00 | 0.00 | 0.00 | 19.80 | | $ 169.50 | $ 3,356.10 | - |
| Maria V. Morris (MVM) | 7.80 | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 7.80 | | $ 169.50 | $ 1,322.10 | - |
| Kenneth M. Walczak (KMW) | 18.80 | 16.90 | 0.20 | 0.20 | 0.00 | 0.00 | 16.90 | | $ 169.50 | $ 2,864.55 | - |
| Lori E. Rifkin (LR) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | | $ 169.50 | $ 33.90 | - |
| Pamela Derrico (PD) (Market Rate $190) | 86.80 | 82.50 | 8.30 | 6.80 | 1.50 | 0.00 | 81.00 | | $ 169.50 | $ 10,935.00 | - |
| Katie Richardson (KMR) (Market Rate $170) | 1.60 | 1.60 | 1.60 | 1.60 | 0.00 | 0.00 | 1.60 | | $ 169.50 | $ 216.00 | - |
| **RBG Totals:** | 156.80 | 150.40 | 10.50 | 9.00 | 1.50 | 0.00 | 148.90 | | | $ 22,388.85 | - |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Edie DeGraff (ED) (Market Rate $160) | 3.80 | 3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3.80 | $ 135.00 | $ 160.00 | $ 513.00 | - |
| **PLO Totals:** | 3.80 | 3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3.80 | | | $ 513.00 | - |
| **Total Fees - All Offices** | 160.60 | 154.20 | 10.50 | 9.00 | 1.50 | 0.00 | 152.70 | | | $ 22,901.85 | - |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Third Quarterly Statement, 2008
### July 1, 2008 through September 30, 2008

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 38,462.20 | $ 38,462.20 | $ 18,000.00 | $ - | $ 18,000.00 | $ 20,462.20 |
| Photocopying (outside services) | $ 77,973.36 | $ 77,973.36 | $ - | $ - | $ - | $ 77,973.36 |
| Document Processing/ Management Services | $ 91,690.44 | $ 91,690.44 | $ 1.95 | $ - | $ 1.95 | $ 91,688.49 |
| International Effectiveness - Translation Spanish/English | $ 101.00 | $ 101.00 | $ 71.00 | $ - | $ 71.00 | $ 30.00 |
| Online Research - Pacer | $ 259.76 | $ 259.76 | $ - | $ - | $ - | $ 259.76 |
| Dept of Corrections - Request for Records for VSPW | $ 78.00 | $ 78.00 | $ - | $ - | $ - | $ 78.00 |
| Depositions and Hearings Transcripts & DVD's | $ 32,296.52 | $ 32,296.52 | $ - | $ - | $ - | $ 32,296.52 |
| Expert Fees | $ 44.34 | $ 44.34 | $ - | $ - | $ - | $ 44.34 |
| Witness Fees | $ 3,850.00 | $ 3,850.00 | $ - | $ - | $ - | $ 3,850.00 |
| Process Service | $ 495.00 | $ 495.00 | $ - | $ - | $ - | $ 495.00 |
| Postage & Delivery | $ 4,652.67 | $ 4,652.67 | $ - | $ - | $ - | $ 4,652.67 |
| Telephone | $ 686.27 | $ 686.27 | $ - | $ - | $ - | $ 686.27 |
| Requests For Coroner's Reports | $ 268.00 | $ 268.00 | $ 268.00 | $ - | $ 268.00 | $ - |
| Westlaw | $ 6,193.12 | $ 6,193.12 | $ - | $ 7.50 | $ - | $ 6,185.62 |
| Telefax | $ 58.00 | $ 58.00 | $ 58.00 | $ - | $ 58.00 | $ - |
| Travel | $ 7,821.95 | $ 7,821.95 | $ - | $ - | $ - | $ 7,821.95 |
| **RBG Totals:** | **$ 264,930.63** | **$ 264,930.63** | **$ 18,398.95** | **$ 7.50** | **$ 18,398.95** | **$ 246,524.18** |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house @.20) | $ 2,148.80 | $ - | $ - | $ - | $ 2,148.80 | $ - |
| Travel | $ 946.80 | $ - | $ - | $ - | $ 946.80 | $ - |
| Telefax | $ 44.00 | $ 687.05 | $ 687.05 | $ - | $ 44.00 | $ - |
| Postage & Delivery | $ 227.83 | $ - | $ - | $ - | $ 227.83 | $ - |
| **PLO Totals:** | **$ 3,367.43** | **$ 687.05** | **$ 687.05** | **$ -** | **$ 3,367.43** | **$ -** |
| **K & L Gates** | | | | | | |
| Legal Research (Lexis, Westlaw) | $ 2,705.28 | $ 2,705.28 | $ - | $ - | $ - | $ 2,705.28 |
| Local Courier | $ 42.39 | $ - | $ - | $ - | $ 42.39 | $ - |
| Transcripts - Lyndon J. & Associates | $ 807.45 | $ 807.45 | $ - | $ - | $ - | $ 807.45 |
| Word Processing | $ 248.53 | $ - | $ - | $ - | $ 248.53 | $ - |
| Travel, Meals, Cabs, Parking | $ 489.21 | $ 489.21 | $ - | $ - | $ - | $ 489.21 |
| **K&L Gates TOTALS:** | **$ 4,292.86** | **$ 4,001.94** | **$ -** | **$ -** | **$ 290.92** | **$ 4,001.94** |
| **Total Monitoring Costs:** | **$ 272,590.92** | **$ 269,619.62** | **$ 19,086.00** | **$ 7.50** | **$ 22,057.30** | **$ 250,526.12** |

**Matter: 489-5 (Monitoring Fees on Fees)**

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 136.40 | $ - | $ - | $ - | $ 136.40 | $ - |
| Photocopying (outside services) | $ 123.42 | $ - | $ - | $ - | $ 123.42 | $ - |
| Westlaw | $ 353.86 | $ - | $ - | $ - | $ 353.86 | $ - |
| Online Research - Pacer | $ 26.24 | $ - | $ - | $ - | $ 26.24 | $ - |
| Postage & Delivery | $ 43.08 | $ - | $ - | $ - | $ 43.08 | $ - |
| Telephone | $ 37.47 | $ - | $ - | $ - | $ 37.47 | $ - |
| **Total Fees Costs:** | **$ 720.47** | **$ -** | **$ -** | **$ -** | **$ 720.47** | **$ -** |
| **TOTAL UNDISPUTED COSTS** | **$ 273,311.39** | **$ 269,619.62** | **$ 19,086.00** | **$ 7.50** | **$ 22,777.77** | **$ 250,526.12** |