IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>  Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008** |

1  On January 21, 2009, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Third Quarter of 2008, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $190,191.27, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 12, 2008 accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court