1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHARLES J. ANTONEN, State Bar No. 221207
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5443
    Fax: (415) 703-5843
8   Email: Charles.Antonen@doj.ca.gov

9  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | Case No.: 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE IN DESIGNATION OF COUNSEL** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | [L. R. 83-182(c)(1)] |
| Defendants. | |

TO: CLERK OF THE COURT AND COUNSEL FOR PLAINTIFFS:

PLEASE TAKE NOTICE: The following attorney is no longer assigned to this case:

Charles J. Antonen
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5443
Fax: (415) 703-5843
Email: Charles.Antonen@doj.ca.gov

1  Please remove Deputy Attorney General Charles J. Antonen from your service list for this
2  action.

4  Dated: January 21, 2009

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California
7  DAVID S. CHANEY
   Chief Assistant Attorney General
8  ROCHELLE C. EAST
   Senior Assistant Attorney General
9  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General

11   /s/  Charles J. Antonen
    CHARLES J. ANTONEN
12  Deputy Attorney General
    Attorneys for Defendants