PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>     Plaintiffs,<br>  vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  vs.<br>     Defendants | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**JOINT STATEMENT OF PARTIES RE TIME FOR ORAL ARGUMENT** |

[241979-3]

1    Pursuant to this Court's Order Re: Proposed Findings and Oral Argument, filed January

2    8, 2009, the parties have met and conferred about setting their complete time estimates for oral

3
4    argument.  All parties agree that each *side* shall have 2.25 hours for argument.  Defendants and

5    Defendant-Intervenors have divided the argument as follows.  Defendants in *Plata* and

6    *Coleman* shall have one-half hour each for a total of one hour.  Each group of Defendant-

7    Intervenors (legislators, law enforcement, counties, Sonoma County and district attorneys) will

8
9    have no more than 15 minutes each, for a total of 1.25 hours.

10    Plaintiffs and CCPOA will not exceed 2.25 collectively, but anticipate that they will

11    reserve at least one-half hour for rebuttal.

12                                                        Respectfully submitted,

13

14                                                        /s/
                                                   _____
15
                                                   DONALD SPECTER
16                                                 Attorney for *Plata* Plaintiffs

17

18                                                        /s/
                                                   _____
19
                                                   MICHAEL BIEN
20                                                 Attorney for *Coleman* Plaintiffs

21

22

23                                                        /s/

24                                                 _____
                                                   NATALIE LEONARD
25                                                 Attorney for CCPOA Intervenors

26

27

28

[241979-3]

1

/s/

_____

2    PAUL MELLO
     Attorney for *Plata* Defendants

3

4

/s/

_____

5    LISA TILLMAN
     Attorney for *Coleman* Defendants

6

7

8

/s/

_____

9    KIMBERLY HALL BARLOW
     Attorney for Law Enforcement Intervenors

10

11

12

/s/

_____

13   WILLIAM MITCHELL
     Attorney for District Attorney Intervenors

14

15

16

/s/

_____

17   THERESA FUENTES
     Attorney for County Intervenors

18

19

20

/s/

_____

21   ANNE KECK
     Attorney for Sonoma County Intervenors

22

23

24

/s/

_____

25   STEVEN KAUFHOLD
     Attorney for Legislator Intervenors

26

27

28

JOINT STATEMENT OF PARTIES RE TIME FOR ORAL ARGUMENT, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[241979-3]

1    Pursuant to General Order 45(X)(B), I hereby attest that concurrence in the filing of the

2    document has been obtained from each of the other signatories listed above.

3

4

5                                             /s/
                                        _____
6                                       DONALD SPECTER
                                        Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF PARTIES RE TIME FOR ORAL ARGUMENT, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[241979-3]