PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**REQUEST FOR JUDICIAL NOTICE** |

1    Plaintiffs submit this Request for Judicial Notice to ensure that all appropriate evidence
2 is before the Court.  Pursuant to Federal Rule of Evidence 201, the Court may take judicial
3 notice of facts that are capable of accurate and ready determination by resort to sources whose
4 accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2).  The Court may take
5 judicial notice of a judicially noticeable fact "if requested by a party and supplied with the
6 necessary information."  Fed. R. Evid. 201(d).

7    Judicial notice is an appropriate mechanism for supplementing the record. Several of the
8 documents for which plaintiffs request judicial notice came into existence or became available
9 only as the presentation of evidence was concluding or during the period since the parties
10 rested.   Moreover, judicial notice may be taken at any stage in the proceedings.  Fed. R. Evid.
11 201(f).  Indeed, judicial notice can be taken even during appeal, so long as the document of
12 which notice is taken could have been noticed by the trial court, and the opposing party has an
13 opportunity to be heard.  *U.S. v. Camp*, 723 F.2d 741, 744 n.** (9th Cir. 1984).  As discussed
14 below, the documents for which plaintiffs seek judicial notice are properly noticeable.
15 Defendants will have the opportunity to be heard on the issue of judicial notice at the closing
16 arguments.

17    Courts routinely take judicial notice of government documents, particularly where they
18 are posted on the government agency's official website.  *See, e.g.*, *Modesto Irrigation Dist. v.
19 Pac. Gas & Elec. Co.*, 61 F. Supp. 2d 1058, 1066 (N.D. Cal. 1999) (taking judicial notice of
20 document posted on agency's website and "readily accessible through the Internet"); *Paralyzed
21 Veterans of Am. v. McPherson*, 2008 WL 4183981, * 5 (N.D. Cal. Sept. 9, 2008) (noting that
22 "[i]t is not uncommon for courts to take judicial notice of factual information found on the
23 world wide web.  This is particularly true of information on government agency websites,
24 which have often been treated as proper subjects for judicial notice," and collecting cases
25 (citation omitted)); *In re Agribiotech Secur. Litig.*, 2000 WL 35595963, *2 (D. Nev. Mar. 2,
26 2000) ("In this new technological age, official government or company documents may be
27 judicially noticed insofar as they are available via the worldwide web."); *see also Lee v. City of
28 L.A.*, 250 F.3d 668, 688 (9th Cir. 2001); *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d

1  964, 974 (E.D. Cal. 2004) (recognizing that court make take judicial notice of public
2  documents).

3        Plaintiffs request that the Court take judicial notice of the following government
4  documents:

5     1. Assembly Bill 8, commonly known as ABX1_8, passed by the California Senate
6        and Assembly on December 18, 2008, and the informational cover page created
7        by the State Senate. A true and correct copy of ABX1_8 and the State Senate
8        cover page are attached hereto as Exhibit A, and are available online at
9        http://info.sen.ca.gov/cgi-
10       bin/postquery?bill_number=abx1_8&sess=CUR&house=B&site=sen;
11    2. Governor Schwarzenegger's veto message for ABX1_8, dated January 6, 2009.
12       A true and correct copy of the ABX1_8 veto message is attached hereto as
13       Exhibit B, and is available online at
14       http://www.gov.ca.gov/pdf/press/ABX1_8_Committee_on_Budget_Veto_Messa
15       ge.pdf;
16    3. Assembly Bill 10, commonly known as ABX1_10, passed by the California
17       Senate and Assembly on December 18, 2008, and the informational cover page
18       created by the State Senate. A true and correct copy of ABX1_10 and the State
19       Senate cover page are attached hereto as Exhibit C, and are available online at
20       http://info.sen.ca.gov/cgi-
21       bin/postquery?bill_number=abx1_10&sess=CUR&house=B&site=sen;
22    4. Governor Schwarzenegger's veto message for ABX1_10, dated January 6, 2009.
23       A true and correct copy of the ABX1_8 veto message is attached hereto as
24       Exhibit D, and is available online at
25       http://www.gov.ca.gov/pdf/press/ABX1_10_Committee_on_Budget_Veto_Mess
26       age.pdf;
27    5. 2009-2010 Governor's Budget General Fund Proposals. A true and correct copy
28       of the proposed budget is attached hereto as Exhibit E, and is available online at

---

http://www.dof.ca.gov/budget/historical/2009-10/documents/GB%20GF%20Proposals.pdf;

6. The U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, National Prisoner Statistics Program report entitled Census of State and Federal Correctional Facilities, 2005, October 2008, NCJ 222182, by James J. Stephan, BJS Statistician. A true and correct copy of this report is attached hereto as Exhibit F, and is available online at http://www.ojp.usdoj.gov/bjs/pub/pdf/csfcf05.pdf;

7. The *Plata* Receiver's October 27, 2006 Newsletter, vol. 1, No. 4. A true and correct copy of the newsletter is attached hereto as Exhibit G, and is available online at http://www.cprinc.org/docs/resources/LetterFromReceiver4_102706.pdf; and

8. Tenth Tri-Annual Report of the Federal Receiver's Turnaround Plan of Action, *Achieving a Constitutional Level of Medical Care in California's Prisons*, January 15, 2009, filed with the *Plata* and *Coleman* Courts on January 20, 2009 (*Plata* Docket No. 2011-2, *Coleman* Docket No. 3462-2). A true and correct copy of the newsletter is attached hereto as Exhibit H, and is available, together with appendices, online at http://www.cprinc.org/receiver_tri.aspx.

Courts also routinely take judicial notice of materials from a proceeding in another tribunal. *See*, *e.g.*, *Biggs v. Terhune*, 334 F.3d 910, 915 n.3 (9th Cir. 2003). Plaintiffs request that the Court take judicial notice of the following Ninth Circuit Order:

9. Ninth Circuit Court of Appeals Order in *Plata v. Schwarzenegger*, No. 08-17412 (November 7, 2008) staying district court's October 27, 2008 Order. A true and correct copy of the order is attached hereto as Exhibit I.

Courts regularly take judicial notice of information that appears on commercial or non-profit websites. *See, e.g., Coalition for Icann Transparency Inc. v. Verisign, Inc.*, 464 F. Supp. 2d 948, 953 n.1 (N.D. Cal. 2006); *Caldwell v. Caldwell*, 420 F. Supp. 2d 1102, 1105 n.3 (N.D.

Cal. 2006); *College of the Sequoias Farm v. White Gold Assoc., Inc.*, 2007 WL 2022040, *11 (E.D. Cal. 2007). Plaintiffs request the Court take judicial notice of the following websites:

10. The homepage of the website of the University of California at Irvine Center for Evidence-Based Corrections, setting forth the mission of the Center and its relationship with the California Department of Corrections. A true and correct copy of the home page of the website is attached hereto as Exhibit J and is available online at http://ucicorrections.seweb.uci.edu;

11. The "About the Commission" page of the website of the Little Hoover Commission, setting forth the mission and make-up of the Little Hoover Commission. A true and correct copy of the home page of the website is attached hereto as Exhibit K and is available online at http://www.lhc.ca.gov/lhcdir/about.html.

Dated: January 23, 2009                             Respectfully submitted,

*/s/ Maria V. Morris*
Maria V. Morris
Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs