# EXHIBIT I

Case 3:01-cv-01351-TEH Document 1710 Filed 11/20/2008 Page 1 of 4

FILED

NOV 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCIANO PLATA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor; et al.,<br><br>Defendants - Appellants. | No. 08-17412<br><br>D.C. No. 3:01-cv-01351-TEH<br>Northern District of California, San Francisco<br><br>ORDER |

Before: TROTT and GOULD, Circuit Judges.

Appellants' emergency motion to stay the district court's October 27, 2008 order pending appeal is granted.

The court, on its own motion, expedites the briefing and hearing of this appeal. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to this appeal. Any motions to extend time to file the briefs will be strongly disfavored.

The opening brief and excerpts of record are due December 8, 2008; the answering brief is due January 7, 2009; and the optional reply brief is due within 14 days after service of the answering brief.

ec/MOATT

# EXHIBIT J

**Joan Petersilia/Susan Turner, Co-Directors**








- Home
- Affiliated Faculty & Researchers
- In the News
- Projects
- Publications & Presentations
- Upcoming ICPSR Workshop
- Student Involvement

NEW


## Center for Evidence-Based Corrections

In an effort to put science before politics when managing state correctional populations, the UC Irvine Center for Evidence-Based Corrections taps the research power of the University of California to evaluate juvenile and adult prison programs – including rehabilitation, parole and reentry programs – and provide information that helps corrections officials make policy decisions based on scientific evidence. The Center has received start-up and renewal funding by the California Department of Corrections and Rehabilitation. Additional support has been provided by the National Institute of Justice, U.S. Department of Justice, the National Institute of Mental Health, the Office of Juvenile Justice and Delinquency Prevention, the National Institute on Drug Abuse, the John D. and Catherine T. MacArthur Foundation, and the California Policy Research Center.

The Center's mission is threefold:

- To identify promising programs and evidence-based practices from the scientific criminological literature;
- To initiate and execute original research that addresses criminal justice policy questions relevant to California;
- To assist The California Department of Corrections and Rehabilitation agencies to implement and evaluate these practices.

Evidence-based policy is an approach that helps people make well-informed decisions about policies and programs by putting the best available evidence from research at the heart of policy development and implementation. This approach stands in contrast to opinion-based policy, which relies heavily on either the selective use of evidence (e.g., on single studies irrespective of quality) or on the untested views of individuals or groups, often inspired by ideological views and speculative conjecture.

Department of Criminology, Law and Society
School of Social Ecology
University of California, Irvine
California Department of Corrections and Rehabilitation
copyright statement privacy statement
contact information

# EXHIBIT K



# *About the Commission*

The Little Hoover Commission, formally known as the Milton Marks "Little Hoover" Commission on California State Government Organization and Economy, is an independent state oversight agency that was created in 1962. The Commission's mission is to investigate state government operations and -- through reports, recommendations and legislative proposals -- promote efficiency, economy and improved service.

By statute, the Commission is a balanced bipartisan board composed of five citizen members appointed by the Governor, four citizen members appointed by the Legislature, two Senators and two Assembly members.

The full Commission selects study topics that come to its attention from citizens, legislators and other sources. In addition, it has a statutory obligation to review and make recommendations on proposed government reorganization plans.

The Commission's role differs in three distinct ways from other state and private-sector bodies that analyze state programs:

- Unlike fiscal or performance audits, the Commission's studies look beyond whether programs comply with existing requirements, instead exploring how programs could and should function in today's world.
- The Commission produces in-depth, well-documented reports that serve as a factual basis for crafting effective reform legislation.
- Based on its reports, the Commission follows through with legislation to implement its recommendations, building coalitions, testifying at hearings and providing technical support to policy makers.

Under the direction of a subcommittee of Commissioners, staff conducts research by bringing key players together for discussions, contacting experts, reviewing academic literature and interviewing those most closely affected by the targeted topic.

Based on preliminary research, the subcommittee identifies key issues and oversees the creation of public hearings to explore all sides of the issues in an open setting. The public hearings serve to inform the Commissioners and educate the legislators, the public and the media about the problem areas. The subcommittee develops findings and recommendations that focus on the key issues and forwards a draft report to the full Commission for its consideration. The Commission, as a whole, may make changes before adopting and releasing the final report.

The Commission works to implement its recommendations either through legislation or administrative changes. New hearings are held and progress reports are issued in the years following the initial report

until the Commission's recommendations have been enacted or its concerns have been addressed.

If you have any questions about the Commission, contact our office, littlehoover@lhc.ca.gov, 925 L Street, Suite 805, Sacramento, California 95814, (916) 445-2125 or (916) 322-7709(fax).

---

Home