IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER DENYING MOTION TO INTERVENE AND MOTION TO PROCEED IN FORMA PAUPERIS FILED BY INMATE IVAN VON STAICH</u> |

    Ivan Von Staich, who is currently incarcerated at the California Men's Colony, has filed before the *Plata* court a motion to intervene in these three-judge court proceedings and a motion for leave to proceed in forma pauperis. Mr. Von Staich is a member of the Plaintiff class and has not sufficiently demonstrated any inadequacy on the part of Plaintiffs' counsel

//

//

such that intervention is warranted.  Moreover, pro se plaintiffs may not act on behalf of a class.  Accordingly, Mr. Von Staich's motion to intervene is DENIED, and his motion to proceed in forma pauperis is also DENIED.

**IT IS SO ORDERED.**

Dated:   01/07/09

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   01/07/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   01/07/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA