1   PRISON LAW OFFICE
    DONALD SPECTER, Bar No. 83925
2   STEVEN FAMA, Bar No. 99641
    E. IVAN TRUJILLO, Bar No. 228790
3   SARA NORMAN, Bar No. 189536
    ALISON HARDY, Bar No. 135966
4   REBEKAH EVENSON, Bar No. 207825
    1917 Fifth Street
5   Berkeley, CA  94710
    Telephone:  (510) 280-2621

6   K&L GATES LLP
    JEFFREY L. BORNSTEIN, Bar No. 99358
7   EDWARD P. SANGSTER, Bar No. 121041
    RAYMOND E. LOUGHREY, Bar No. 194363
8   4 Embarcadero Center, Suite 1200
    San Francisco, CA  94111-5994
9   Phone:  (415) 882-8200

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER, Bar No. 158255
    600 Harrison Street, Suite 120
12  San Francisco, CA  94107
    Telephone:  (415) 864-8848

13  Attorneys for Plaintiffs

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

14
15              IN THE UNITED STATES DISTRICT COURTS
16          FOR THE EASTERN DISTRICT OF CALIFORNIA
            AND THE NORTHERN DISTRICT OF CALIFORNIA
17    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

18  RALPH COLEMAN, et al.,                    No.  Civ S 90-0520 LKK-JFM P
19          Plaintiffs,
                                              **THREE-JUDGE COURT**
20          v.
21  ARNOLD SCHWARZENEGGER, et al.,
22          Defendants
23  MARCIANO PLATA ,et al.,                   No. C01-1351 TEH
24          Plaintiffs,
25          v.                                **THREE-JUDGE COURT**
26  ARNOLD SCHWARZENEGGER, et al.,            **ERRATA TO PLAINTIFFS'
                                              PROPOSED FINDINGS OF FACT AND
27          Defendants.                       CONCLUSIONS OF LAW**
28

[272545-1]

ERRATA TO PLAINTIFFS'  PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

The *Coleman* and *Plata* plaintiffs submit these errata to their Proposed Findings of Fact and Conclusions of Law.  Plaintiffs have made the following corrections and will file a corrected version of the brief concurrently herewith:

| Page and Line / Footnote | Correction |
|---|---|
| 15:1 | Replaced "*Id.*" with "Woodford Report at ¶ 20" |
| 49:19 | Replaced "1305" with "1297-1299" |
| 49:27 | Replaced "Stewart at RT 66:25-67:3" with "Stewart at RT 66:25-67:6" |
| 63:10 | Changed Chaiken Dep. at 196:11-15" to "Chaiken Dep. at 197:10-14" |
| 68:17 | Changed "Pls.' Exh. P-409 at 3" to "Pls.' Exh. P-409 at 6" |
| 71:13 | Replaced "86" with "87" |
| 75:14-15 | Changed "Haney Report at ¶¶ 105, 109, 110-112, 129, 130, 132, 138, 246, 247, 251, 279-81, 306, 310, 317-321" to "Haney Report at ¶¶ 105, 129, 132, 138, 251, 279-81, 306, 317-321" |
| 78:20 | Replaced "248:1-25" with "218:1-25" |
| 78:25 | Replaced "248:17-20" with "218:17-20" |
| 80:2 | Changed "Packer at RT 1105:13-25" to "Packer at RT 1105:13-1106:25" |
| 80:8 | Deleted parenthesis after "259" and replaced with a period |
| 81:12 | Replaced "*Id.*" with "Stewart Supp. Report at ¶ 65" |
| 98:16 | Replaced "Packer at RT 1158:12-21" with "Packer at RT 1138:12-21" |
| 98:18 | Changed cite from "Defs.' Exh. D-1100 at 63" to "Defs.' Exh. 1100 at 57" |
| 107:6 | Changed cite from "Packer at RT 11427:16-1128:10" to "Packer at RT 1127:16-1128:10" |
| 110:13 | Changed cite from "RT 2793:171-2794:3" to "RT 2793:17-2794:3" |
| 111:13 | Changed cite from "219:1-220:6" to "219:1-220:11" |
| 119, fn 75 | Replaced "…Request for Judicial Notice, Exh. E" with "…Request for Judicial Notice." |
| 121:8 | Replaced "Beart" with "Beard" |
| 123:20 | Replaced "*Coleman* Docket No. 3434-43434-5" with "*Coleman* Docket No. 3434-4-3434-5" |
| 126:19 | Replaced "suppor[t]s" with "support[s]" |
| 129, fn 79 | Replaced "Austin at RT 2567:1-2568-2571:12" with "Austin at RT 2567:1-2571:12" |
| 134:6 | Replaced "Powers at RT 1456:3-12" with "Powers at RT 1156:3-12" |
| 134:7 | Replaced "Dalton Trial Decl. at ¶ 29" with "Dalton Trial Decl. at ¶¶ 33-35" |
| 134:18 | Replaced "Austin at RT 1398:20-22" with "Austin at RT 1389:20-22" |
| 141:20 | Replaced "very effective tool for law" with "very effective tool for…law" |
| 145, fn 87 | Replaced "Smith at RT 1830:29-1831:1" with "Smith at RT 1830:19-1831:1" |
| 154:17 | Replaced "Gilligan Report at ¶ 40" with "Gilligan Report at ¶¶ 40, 62" |

-1-

[272545-1]

| Page and Line / Footnote | Correction |
|---|---|
| 155:11 | Replaced "Gilligan Aug. 15, 2008 Expert Report ¶ 49" with "Gilligan Aug. 15, 2008 Expert Report at ¶¶ 40, 49, 62" |
| 157:7 | Replaced "D-1222" with "D-1222-1, D-1222-2" |
| 157, fn 95 | Replaced "P-714 at E_UCI043712" with "P-714 at 2" |
| 160, fn 96 | Replaced "Bataille at RT 2557:25-6" with "Bataille at RT 2557:25-2558:6" |
| 160, fn 96 | Replaced "Radavsky at RT 817:19-819:3" to Radavsky at RT 817:14-819:3" |
| 161:8-9 | Replaced "Peña at RT 2446:25" with "Peña at RT 2446:25-2447:13" |
| 167:4 | Replaced "Ryan at RT 2706:21-2708:5" to "Ryan at RT 2706:21-2707:5" |
| 168:20 | Replaced "P-743" with "P-743 at 2, 15" |
| 170:8 | Replaced "Pls.' Exh P-1 at 2, 6" with "Pls.' Exh. P-1 at 2, 8" |
| 170:14 | Replaced "Pls.' Exh. P-2" with "Pls.' Exh. P-2 at 9-11" |

Dated:  January 28, 2009

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Amy Whelan*
    Amy Whelan
    Attorney for *Coleman* Plaintiffs and on
    Behalf of *Plata* Plaintiffs