1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of the State of California
2  DAVID S. CHANEY, State Bar No. 73315
   Chief Assistant Attorney General
3  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
4  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
7   Fax: (916) 324-5205

8  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC TO RESPOND TO COURT ORDER TO DEPOSIT FEES, WITH DECLARATION AND PROPOSED ORDER** |

Defendants, by and through their counsel, request an extension of time, nunc pro tunc, to respond to this Court's order of December 16, 2008, to deposit $750,000 in thirty days to enable payment of the Special Master's costs and fees. (*Coleman* Dock. No. 3402.)

The $750,000 check was received by the Court on January 26, 2009. (Dec. Tillman, ¶ 2.) Defendants' compliance with this order was delayed due to a combination of administrative and budget issues. (*Id*. at ¶ 3.) Defendants respectfully request an extension of the deadline to the

///

///

DEF. REQUEST FOR AN EXTENSION OF TIME

1

1  date the check was received by this Court, Monday, January 26, 2009.  No party will be

2  prejudiced by this extension.  (*Id.* at ¶ 7.)  Defendants regret any inconvenience to the Court and

3  to the Special Master by this delayed deposit.  (*Id.*)

4      Dated: January 30, 2009

5                              Respectfully submitted,

6                              EDMUND G. BROWN
   Attorney General of the State of California

7  DAVID S. CHANEY
   Chief Assistant Attorney General

8  JONATHAN L. WOLFF

9  Senior Assistant Attorney General

10  /s/ *Lisa A. Tillman*

11  LISA A. TILLMAN
12  Deputy Attorney General

13  Attorneys for Defendants

DEF. REQUEST FOR AN EXTENSION OF TIME

2