EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC TO RESPOND TO COURT ORDER TO DEPOSIT FEES** |

I, Lisa A. Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. On December 16, 2008, this Court issued an order directing Defendants to deposit $750,000 in thirty days to enable payment of the services provided by the Special Master. (*Coleman* Dock. No. 3402.)

/ / /

DEC. TILLMAN IN SUPPORT OF EOT

1

3. On the same day, I forwarded this order to Michael Stone, staff counsel for the California Department of Corrections and Rehabilitation. I understand Mr. Stone immediately prepared the necessary check request to commence the process of obtaining and depositing the check.

4. On the day the check was due to the Court, I asked Mr. Stone to determine the status of the check. I subsequently learned that the check had not been deposited with the Court. Mr. Stone then undertook to determine the status of the check.

5. On January 23, 2009, Mr. Stone informed me that the check was placed in overnight mail to the Court that morning. I understand a combination of budget and administrative issues may have delayed the transmission of the check.

6. I understand the check was received by this Court on Monday, January 26, 2009.

7. This sought extension will not prejudice the Plaintiffs. I apologize, on behalf of the Defendants, any inconvenience caused by this delayed deposit to the Court and to the Special Master.

Dated: January 30, 2009            /s/ *Lisa A. Tillman*
                                        LISA A. TILLMAN

eotdeposit.lisadec.wpd

DEC. TILLMAN IN SUPPORT OF EOT
2