IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**[PROPOSED] ORDER APPROVING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT ORDER TO DEPOSIT FEES** |

GOOD CAUSE SHOWN, the deadline for Defendants to deposit $750,000 in compliance with this Court's order of December 16, 2008, is extended to January 26, 2009.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER RE. EOT

1