JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**APPLICATION FOR LEAVE TO FILE PROPOSED FINDINGS AND CONCLUSIONS OF LAW BEYOND DEADLINE; DECLARATION OF KIMBERLY HALL BARLOW IN SUPPORT OF APPLICATION** |

-1-

## APPLICATION FOR LEAVE TO FILE PROPOSED FINDINGS AND CONCLUSIONS.

Law Enforcement Intervenors hereby request leave to file their proposed findings of fact and conclusions of law beyond the court's deadline of January 23, 2009. Good cause therefore is demonstrated by the declaration of Kimberly Hall Barlow, lead counsel for Law Enforcement Intervenors in this matter. The other parties to this matter have no objection to the Court accepting the late filing. The Court is respectfully requested to accept and consider the Proposed Findings and Conclusions on January 30, 2009.

## DECLARATION OF KIMBERLY HALL BARLOW IN SUPPORT OF APPLICATION FOR LEAVE TO FILE PROPOSED FINDINGS AND CONCLUSIONS OF LAW.

I, KIMBERLY HALL BARLOW, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I admitted to practice before the United States District Courts for the Eastern and Northern Districts of California. I am a partner with the law firm of Jones & Mayer, which represents the Sheriff, Police Chief, Chief Probation, and Chief Corrections Intervener-Defendants (collectively, the "Law Enforcement Intervenors") in this action. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto.

2. Trial testimony in this matter concluded on December 19, 2008. On December 22, 2008, my elderly father-in-law suffered a severe stroke and was hospitalized. He nearly died on December 26th. My husband has no other siblings, and his mother is frail and elderly and she has been unable to cope with the stress, paperwork, emotional upheaval, etc., of these circumstances. In addition, our three children have been devastated by the condition of their grandfather. Following a three week placement in a rehabilitative hospital, we were advised that his body was suffering systemic failure and he had to be placed in hospice care.

3. Due to these circumstances, as well as two other major personal events

which have occurred in my family since the conclusion of testimony, I was unable to work on or complete the proposed findings and conclusions by the January 23, 2009 deadline. I have spoken with Plaintiffs' lead attorneys in this matter, and explained my personal circumstances and they have authorized me to advise the Court that Plaintiffs have no objection to the Court accepting the proposed findings and conclusions on January 30, 2009. Likewise, counsel for Plaintiff Intervenor CCPOA has consented to the late filing. Defendants' counsel has also agreed to the late filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of January, 2009 at Fullerton, California.

/s/
KIMBERLY HALL BARLOW