JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No: CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** <br><br> [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> [PROPOSED] **ORDER ACCEPTING LATE FILING OF LAW ENFORCEMENT INTERVENORS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1     The Court has received the Law Enforcement Intervenors' Proposed Findings of
2 Fact and Conclusions of Law, and the Application for Leave to File Proposed Findings
3 and Conclusions of Law beyond Deadline and supporting Declaration of Kimberly Hall
4 Barlow, counsel for the Law Enforcement Intervenors, explaining the lateness of the
5 document and non-objection by parties.
6     Good cause appearing, the Court accepts the late filing of the Law Enforcement
7 Intervenors' Proposed Findings of Fact and Conclusions of Law.
8 **IT IS SO ORDERED.**
9 Dated:  01/30/09

/s/
_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

14 Dated:  01/30/09

/s/
_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

19 Dated:  01/30/09

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[Signature: Judge Thelton E. Henderson / Seal: United States District Court Northern District of California]