1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  JONATHAN L. WOLFF
   Senior Assistant Attorney General
4  KYLE A. LEWIS – State Bar No. 201041
   Deputy Attorney General
5  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
6  Telephone: (415) 703-5677
   Facsimile:  (415) 703-5843
7  kyle.lewis@doj.ca.gov

8  Attorneys for Defendants

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB – 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

9

10              UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12        AND THE NORTHERN DISTRICT OF CALIFORNIA

13  RALPH COLEMAN, et al.,

14          Plaintiffs,

15      v.

16  ARNOLD SCHWARZENEGGER, et al.,

17          Defendants.

No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

18

19  MARCIANO PLATA, et al.,

20          Plaintiffs,

21      v.

22  ARNOLD SCHWARZENEGGER, et al.,

23          Defendants.

No. C 01-1351 TEH (N.D. Cal.)

24

25

26

27

28

- 1 -

DEFS.' RESP. TO OSC RE TRANSCRIPTION AND DICTATION SERVICES
(CASE NOS. 90-00520 LKK JFM; 01-1351 TEH; 05-5241 JSW; 94-2307 CW)                1821305.1

| | |
|---|---|
| 1 CARLOS PEREZ, et al., | No. C 05-5241 JSW (N.D. Cal.) |
| 2    Plaintiffs, | |
| 3    v. | |
| 4 MATTHEW CATE, et al., | |
| 5    Defendants. | |

| | |
|---|---|
| 6 | |
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW (N.D. Cal.) |
| 7    Plaintiffs, | **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE:** |
| 8    v. | **TRANSCRIPTION AND DICTATION COORDINATION AGREEMENT** |
| 9 ARNOLD SCHWARZENEGGER, et al., | |
| 10    Defendants. | |
| 11 | |

12    On January 15, 2009, the Courts in the above matters ordered Defendants to

13 show cause why the agreement causing the Receiver to assume responsibility for all

14 statewide operations of transcription and dictation, which was reached by the Receiver in

15 *Plata*, the Special Master in *Coleman*, and the Court Representatives in *Perez* and

16 *Armstrong*, should not be adopted as an order of the Courts.  Accordingly, Defendants

17 submit the following statement in response to the Courts' order.

18    In light of Defendants' recent motion to replace the Receiver with a special

19 master, the coordination agreement to cede all control to the Receiver with regard to

20 transcription and dictation services may become moot.  At a minimum, the Courts should

21 not approve this agreement and transfer additional responsibilities to the Receiver until

22 Defendants' recent motion is resolved.  To the extent that the Receivership continues to

23 exist, Defendants object to the agreement as it vests all responsibility for transcription

24 and dictation services with the Receiver.

25    Defendants agree that one transcription and dictation service should support all

26 health care disciplines -- including medical care, mental health care, dental, and ADA --

27 but Defendants believe the State should be responsible for such a coordinated project

28 and not the Receiver.  Such a system would indeed improve efficiency, and should be

- 2 -

1    under the coordinated control of the State.

2          Defendants are also concerned that the proposed agreement regarding

3    transcription and dictation services lacks sufficient detail to fully evaluate the efficacy of

4    the plan as well as any potential impacts on the State and the extent to which

5    Defendants will be involved in the planning and implementation process.  Additionally,

6    the agreement seeks to expand the scope of the Receiver's authority while

7    simultaneously encroaching upon the State's autonomy in other cases.  This

8    coordination agreement lends further credence to Defendants' ongoing concern

9    regarding the seemingly limitless expansion of the scope of the receivership.

10          The State is willing to meet with all stakeholders to develop a single unit within the

11    control of the State to manage transcription and dictation services across all health care

12    disciplines throughout the State.  The State is similarly willing to work in concert with the

13    Receiver to develop such a plan, or to implement a proposed plan under the State's

14    authority.  Given the *Plata* Court's stated goal of eventually effecting a transition of

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

DEFS.' RESP. TO OSC RE TRANSCRIPTION AND DICTATION SERVICES
(CASE NOS. 90-00520 LKK JFM; 01-1351 TEH; 05-5241 JSW; 94-2307 CW)                    1821305.1

1    control from the Receiver back to the State, the transition process will be much more

2    seamless if certain services, such as transcription and dictation, are developed and

3    maintained by the State at their inception.

4    DATED:  January 30, 2009                    HANSON BRIDGETT LLP

5

6                                               By: /s/ Paul Mello
                                                PAUL MELLO
7                                               Attorneys for Defendants Arnold
                                                Schwarzenegger, Matt Cate, et al.
8

9    DATED:  January 30, 2009                    EDMUND G. BROWN JR.
                                                Attorney General of the State of California
10

11

12                                              By: /s/ Cynthia Fritz
                                                CYNTHIA FRITZ
13                                              Deputy Attorney General
                                                Attorneys for Defendants Arnold
14                                              Schwarzenegger, et al.

15   DATED:  January 30, 2009                    EDMUND G. BROWN JR.
                                                Attorney General of the State of California
16

17

18                                              By: /s/ Kyle Lewis
                                                KYLE LEWIS
19                                              Deputy Attorney General
                                                Attorneys for Defendants Arnold
20                                              Schwarzenegger, et al.

21   DATED:  January 30, 2009                    EDMUND G. BROWN JR.
                                                Attorney General of the State of California
22

23

24                                              By: /s/ Charles Antonen
                                                CHARLES ANTONEN
25                                              Deputy Attorney General
                                                Attorneys for Defendants Arnold
26                                              Schwarzenegger, et al.

27

28

- 4 -
DEFS.' RESP. TO OSC RE TRANSCRIPTION AND DICTATION SERVICES
(CASE NOS. 90-00520 LKK JFM; 01-1351 TEH; 05-5241 JSW; 94-2307 CW)                    1821305.1