IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.           ORDER

/

    The attached orders were filed in Plata v. Schwarzenegger, No. C01-1351 (N.D. Cal.), Perez v. Cate, No. C 05-5241 (N.D. Cal.), and Armstrong v. Schwarzenegger, C 94-2307 (N.D. Cal.) on January 15, 2009 and were mistakenly not docketed in the above-captioned case. The court directs the Clerk to file these orders nunc pro tunc to that date.

    IT IS SO ORDERED.

    DATED: February 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1