IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

   Plaintiffs,      No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

 v.

ARNOLD SCHWARZENEGGER, et al.,

   Defendants.
_____/

MARCIANO PLATA, et al.,

   Plaintiffs,      No. C 01-1351 TEH (N.D. Cal.)

 v.

ARNOLD SCHWARZENEGGER, et al.,

   Defendants.
_____/

CARLOS PEREZ, et al.,

   Plaintiffs,      No. C 05-5241 JSW (N.D. Cal.)

 v.

MATTHEW CATE, et al.,

   Defendants.
_____/

1

| | | |
|---|---|---|
| 1 | JOHN ARMSTRONG, et al., | |
| 2 | Plaintiffs, | No. C 94-2307 CW (N.D. Cal.) |
| 3 | v. | |
| 4 | ARNOLD SCHWARZENEGGER, et al., | ORDER TO SHOW CAUSE |
| 5 | | |
| 6 | Defendants.                                      / | |

The Receiver in <u>Plata</u>, the Special Master in <u>Coleman</u>, and the Court Representatives in <u>Perez</u> and <u>Armstrong</u> have presented to the judges in the above-captioned cases an agreement that they have reached during the coordination meetings that they have held to date. The agreement, which is attached to this order, is presented to the undersigned for review and approval.

Good cause appearing, IT IS HEREBY ORDERED that the parties in the above-captioned cases are granted until January 30, 2009, to show cause why the attached agreement should not be adopted as an order of the court. Any response to this order to show cause shall be filed in each of the above-captioned cases and served on all of the parties to all of the cases and on the Receiver, the Special Master, and the Court Representatives. Thereafter, the request for approval of the agreement will be taken under submission for individual and joint consideration by the undersigned.

**IT IS SO ORDERED.**

Dated: 01/15/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

2

Dated: 01/15/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated: 01/15/09

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated: 01/15/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Transcription and Dictation Coordination Agreement

Transcription and Dictation process is defined as the management of the staff who perform the tasks of transcribing and correcting medical dictation including, but not limited to, management and creation of positions, hiring of staff, and procurement and management of everything required to effectively operate a centralized transcription and dictation office, including transcription and dictation equipment and technologies.

The Office of the Receiver needs to work in coordination with the California Department of Corrections and Rehabilitation (CDCR) and the Division of Correctional Health Care Services (DCHCS), which is responsible for the mental health, dental, and the Americans with Disabilities Act remedial infrastructure, to achieve the respective visions, missions, and goals of the *Armstrong*, *Coleman*, *Perez*, and *Plata* class actions. Based upon previously approved coordination agreements, the Receiver is responsible for Information Technology, Telemedicine, Construction (including new health care facility construction and upgrade construction), Space Coordination, the Pilot Program for Chief Executive Officer, CIM-GACH, Contracts, Credentialing, Hiring, and Pharmacy. A coordinated transcription and dictation agreement would ensure that required transcription and dictation services will be available to support the execution of these agreements.

Currently, the transcription and dictation process is managed separately by the Receiver or by DCHCS, depending on which program area the established positions serve. Management and handling of this process by a single unit would be more practical and efficient. The Court representatives in the *Armstrong*, *Coleman*, *Perez*, and *Plata* class actions propose that the Receiver assume responsibility, in coordination with DCHCS and subject to the oversight of the Court representatives in *Armstrong*, *Coleman*, *Perez*, and *Plata* cases, for all statewide operations of transcription and dictation for medical, mental health, and dental programs. Placing this responsibility and the resources, including all filled and vacant positions for transcription and dictation, under a single unit would support the Receiver's objectives and the requirements of the mental health and dental programs in a cost efficient manner.