IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**ORDER APPROVING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT ORDER TO DEPOSIT FEES** |

GOOD CAUSE SHOWN, the deadline for Defendants to deposit $750,000 in compliance with this Court's order of December 16, 2008, is extended to January 26, 2009.

DATED: February 2, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE. EOT

1