| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>KYLE A. LEWIS – State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5677<br>Facsimile: (415) 703-5843<br>kyle.lewis@doj.ca.gov<br><br>Attorneys for Defendants | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER – 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA D. TAMA – 240280<br>RENJU P. JACOB – 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjacob@hansonbridgett.com |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C 01-1351 TEH (N.D. Cal.) |

- 1 -

DEFS.' SUPP. STMNT. RE REQ. APPROVAL OF AGREE. ON TRANSITION PLANNING (CASE NOS. 01-1351 THE; 90-00520 LKK JFM; 05-5241 JSW; 94-2307 CW)

| | |
|---|---|
| 1   CARLOS PEREZ, et al.,<br>2       Plaintiffs,<br>3   v.<br>4   MATTHEW CATE, et al.,<br>5       Defendants. | No. C 05-5241 JSW (N.D. Cal.) |
| 6<br>7   JOHN ARMSTRONG, et al.,<br>8       Plaintiffs,<br>9   v.<br>10   ARNOLD SCHWARZENEGGER, et al.,<br>11       Defendants. | No. C 94-2307 CW (N.D. Cal.)<br><br>**DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING REQUEST FOR APPROVAL OF THE COORDINATION AGREEMENT ON TRANSITION PLANNING** |

On December 1, 2008, the Courts in the above matters ordered Defendants and the Receiver in *Plata* to file a joint supplemental statement regarding their contentions with respect to the proposed agreement concerning planning for the transition, activation, and management of the Receiver's 10,000 Bed Project drafted by the Receiver in *Plata*, the Special Master in *Coleman*, and the Court Representatives in *Perez* and *Armstrong*. Accordingly, Defendants submit the following statement in response to the Courts' order.[1]

### DEFENDANTS' STATEMENT

Defendants maintain their objections to the proposed transition, activation, and management agreement for the reasons set forth in Defendants' November 10, 2008 Response to Order to Show Cause Re: Transition, Activation, and Management of the Receiver's 10,000 Bed Project. Furthermore, in light of Defendants' recent motion in *Plata* to replace the Receiver with a special master and terminate the Receiver's construction plans, this coordination agreement may become moot. At a minimum, the

---

[1] Defendants were not contacted by the Receiver's Office regarding filing a "joint" supplemental statement. Defendants contacted the Receiver's Office on the date of filing this statement, but the Receiver's Office was unable to provide its portion of the joint statement by close of business. Accordingly, Defendants submit this separate statement.

Courts should not approve this agreement and create additional responsibilities for the effected parties until Defendants' recent motion is resolved.

DATED: February 2, 2009        HANSON BRIDGETT LLP


By: /s/ Paul B. Mello
   PAUL B. MELLO
   Attorneys for Defendants Arnold
   Schwarzenegger, Matt Cate, et al.

DATED: February 2, 2009        EDMUND G. BROWN JR.
                               Attorney General of the State of California


By: /s/ Cynthia Fritz
   CYNTHIA FRITZ
   Deputy Attorney General
   Attorneys for Defendants Arnold
   Schwarzenegger, et al.

DATED: February 2, 2009        EDMUND G. BROWN JR.
                               Attorney General of the State of California


By: /s/ Kyle Lewis
   KYLE LEWIS
   Deputy Attorney General
   Attorneys for Defendants Arnold
   Schwarzenegger, et al.

DATED: February 2, 2009        EDMUND G. BROWN JR.
                               Attorney General of the State of California


By: /s/ Phillip Lindsay
   PHILLIP LINDSAY
   Deputy Attorney General
   Attorneys for Matthew Cate, et al.

DEFS.' SUPP. STMNT. RE REQ. APPROVAL OF AGREE. ON TRANSITION PLANNING
(CASE NOS. 01-1351 THE; 90-00520 LKK JFM; 05-5241 JSW; 94-2307 CW)