1  FUTTERMAN & DUPREE LLP
   MARTIN H. DODD (104363)
2  JAMIE L. DUPREE (158105)
   160 Sansome Street, 17th Floor
3  San Francisco, California 94104
   Telephone: (415) 399-3840
4  Facsimile:  (415) 399-3838
   martin@dfdlaw.com
5  jdupree@dfdlaw.com

6  *Attorneys for Receiver*
   J. Clark Kelso

7
8  UNITED STATES DISTRICT COURT
9  FOR THE EASTERN DISTRICT OF CALIFORNIA
10 AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 RALPH COLEMAN, et al.,                    Case No. CIV S-90-0520 LKK JFM P
12        *Plaintiffs*,
13     v.
   ARNOLD SCHWARZENEGGER, et al.,
14        *Defendants*.

15 MARCIANO PLATA, et al.,                   Case No. C01-1351 TEH
16        *Plaintiffs*,
                                             **JOINT STATEMENT RE
17     v.                                    COORDINATION AGREEMENT
   ARNOLD SCHWARZENEGGER, et al.,            REGARDING TRANSITION,
18        *Defendants*.                      ACTIVATION AND MANAGEMENT OF
                                             10,000 BED PROJECT**
19

20 CARLOS PEREZ, et al.,                     Case No. C 05-05241 JSW
21        *Plaintiffs*,
22     v.
   MATTHEW CATE, et al.,
23        *Defendants*.

24 JOHN ARMSTRONG, et al.,                   Case No. C94-2307 CW
25        *Plaintiffs*,
26     v.
   ARNOLD SCHWARZENEGGER, et al.,
27        *Defendants*.

28

1

The Receiver and the Defendants submit this joint statement pursuant to the Courts' orders, dated December 1, 2008 (*Plata* Dkt. # 1862). As permitted by the orders, the Receiver and the Defendants have set forth their respective positions separately.

**RECEIVER'S STATEMENT**

The Receiver, Special Master and court representatives submitted their coordination agreement regarding transition planning for the 10,000 bed project to the Courts for approval and on October 30, 2008, the Courts issued an Order to Show Cause why the agreement should not be approved. On November 10, 2008, Defendants interposed certain objections, but such objections were lacking in any evidentiary support. *Plata* Dkt. # 1780. The Receiver submitted a reply on November 17, 2008, noting that the objections lacked any factual basis and otherwise were without merit. *Plata* Dkt. # 1817. Nonetheless, the Receiver proposed that he would convene a series of meetings with stakeholders to discuss transition planning further and then to report back to the Courts. The Courts adopted this suggestion and ordered a joint report by February 2, 2009. *Plata* Dkt. # 2004.

The Receiver convened a meeting with representatives of the parties in an effort to comply with the Courts' order. In attendance were the Receiver and his representatives, as well as attorneys for CDCR and plaintiffs in the *Plata* and *Coleman* cases. The State representatives informed the Receiver that, in light of the State's newly-adopted position that the 10,000 bed project should not proceed, they could not and would not discuss transition planning further. Plaintiffs and the Receiver offered to stipulate that any agreement by the State to the coordination agreement would not be deemed an admission in connection with ongoing proceedings. The State representatives declined to so stipulate. More recently still, the State has taken the position that the Receivership should be terminated. Accordingly, the Receiver has been stymied in his efforts to comply with his offer and the Courts' order to conduct meetings with stakeholders.

The Receiver is nevertheless proceeding ahead with his construction planning. He will submit to the Courts in the near future a report that will include three construction planning options: (1) a medical bed only construction plan; (2) medical and mental health outpatient bed plan; and (3) medical, mental health outpatient and mental health inpatient plan. The report may

supersede in important respects the coordination agreement before the Court. Furthermore, in view of the State's refusal to cooperate with transition planning, the Receiver believes that the coordination agreement can and should be withdrawn from consideration.

**DEFENDANTS' STATEMENT**

Defendants maintain their objections to the proposed transition, activation, and management agreement for the reasons set forth in Defendants' November 10, 2008 Response to Order to Show Cause Re: Transition, Activation, and Management of the Receiver's 10,000 Bed Project. Furthermore, in light of Defendants' recent motion in *Plata* to replace the Receiver with a special master and terminate the Receiver's construction plans, this coordination agreement may become moot. At a minimum, the Courts should not approve this agreement and create additional responsibilities for the effected parties until Defendants' recent motion is resolved.

Dated: February 2, 2009             FUTTERMAN & DUPREE LLP

                                    By:     /s/ Martin H. Dodd
                                        Martin H. Dodd
                                        Attorneys for Receiver J. Clark Kelso

Dated: February 2, 2009             HANSON BRIDGETT LLP

                                    By: /s/ Paul B. Mello
                                    PAUL B. MELLO
                                    Attorneys for Defendants Arnold
                                    Schwarzenegger, Matt Cate, et al.

Dated: February 2, 2009             EDMUND G. BROWN JR.
                                    Attorney General of the State of California

                                    By: /s/ Cynthia Fritz
                                    CYNTHIA FRITZ
                                    Deputy Attorney General
                                    Attorneys for Defendants Arnold
                                    Schwarzenegger, et al.

Dated: February 2, 2009             EDMUND G. BROWN JR.
                                    Attorney General of the State of California

                                    By: /s/ Kyle Lewis
                                    KYLE LEWIS
                                    Deputy Attorney General
                                    Attorneys for Defendants Arnold
                                    Schwarzenegger, et al.

Dated: February 2, 2009

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Phillip Lindsay
PHILLIP LINDSAY
Deputy Attorney General
Attorneys for Matthew Cate, et al.