UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and STEPHEN REINHARDT

**Date:** Feb. 3, 2009

**Case No.** 01-01351 TEH    **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
           CIV S90-0520 LKK           COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

    For Plaintiff(s): Don Specter, Michael Bien, Rebekah Evenson

    For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis, Anne Johnson

    For Intervenor(s): Natalie Leonard, William Mitchell, Theresa Fuentes, Kimberly Hall Barlow, Anne Keck, Carol Woodward, Steven Kaufhold

**Clerk:** Rowena B. Espinosa    **Court Reporters:** Debra Pas

**Trial Began:** 11/18/08    **Further Trial:** 02/04/09

Closing arguments made by all the parties - to be concluded tomorrow.