UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

**Judges:** THELTON E. HENDERSON, LAWRENCE K. KARLTON and
STEPHEN REINHARDT

**Date:** Feb. 4, 2009

**Case No.** 01-01351 TEH   **Case Name:** PLATA, et al. v. SCHWARZENEGGER, et al.
CIV S90-0520 LKK       COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

    For Plaintiff(s): Don Specter, Michael Bien, Rebekah Evenson, Ernest Galvan

    For Defendant(s): Paul Mello, Lisa Tillman, Kyle Lewis

    For Intervenor(s): Natalie Leonard, Theresa Fuentes, Steven Kaufhold

**Clerk:** Rowena B. Espinosa   **Court Reporter:** Debra Pas

**Trial Began:** 11/18/08   **Trial Ended:** 02/04/09

Closing arguments concluded.