James Hampton K-23834
California Correctional Institution
4B-5A-102 / P.O. Box 1906
Tehachapi, Ca 93581-5906

FILED
FEB 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In The United States District C__
Eastern District of California And The Northern
District of California United States District Court
Composed of Three Judges Pursuant to Section 2284,
Title 28 United States Code.

| | |
|---|---|
| Ralph Coleman, et al., Plaintiffs, | No. CIVS-90-0520 LKK JFM P THREE-JUDGE COURT |
| v. | |
| Arnold Schwarzenegger, et al., Defendants. | |
| Marciano Plata, et al., Plaintiffs, | No. C01-1351 TEH THREE-JUDGE COURT |
| v. | Declaratory and Injunctive Relief Under 28 U.S.C. §2202 |
| Arnold Schwarzenegger, et al., Defendants. | |

I, James Hampton, as attorney on record in Pro Se ask this Honorable Court to hear this motion on its merits, and grant emergency relief for the following reason(s):

(1)

RECEIVED
JAN 30 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1) Plaintiff is mentally ill at E.O.P. level of care, and under Americans with Disability Act for Seizures, and diabetic.

I came to California Correctional Institution with tennis shoes, and a soft shoe chrono for A.D.A. In November on the 10th, of 2008 they where taken away even though there is no security problem. The shoes they provide are cheap, and have no arch. California Correctional Institution took personal shoes in retaliation for filing grievances.

2.) Defendant air conditioner blowing full in the middle of winter so we want write Courts. Defendant also makes us wait up to 11:30 p.m. to do our legal mail. Plaintiff not access to Law Library, but once a week if there's room. We can not make copies otherwise, and we have to hand them over to a correctional officers.

Plaintiff is harassed constantly, and have been sprayed with O.C. Pepper spray for a so-called fight. I have been placed in a holding cell illegally when I was not suicidal. A holding cell with a bench and sharp objects. I wrote the coleman attorneys to no avail.

3) Plaintiff television was taken for no reason. Also Plaintiff has seen 3 doctors regarding

(2)

tennis shoes. Cho, Pazrica, (Allen, Richard) and Clark, E. None will stand up against the California Correctional Institution. Plaintiff has been punished inhumanely by Luietentart B. Sanders, Captain T. Steadman, Associate Warden C. Carasco, Sargeant Eilers, and Sargeant Walker. Dr. Stallcup who is Plaintiff doctor put me in the holding cell for them.

4.) Psych Techs come by once a week, and they do not talk to us.

5.) Personal Shoes do not pose a security, and taken them away is not the least restrictive means. Tennis shoe chrono are medical.

6.) Plaintiffs have a right to "free from Cruel and Unusual Punishment with malicious and sadistic intent under inhamane treatment.

7.) Plaintiffs are forced to wait up until 11:30 p.m. to get legal mail out even though some as myself take pyschotropic drugs for mental health.

(3)

## Points and Authorities

1. California Penal Code § 243
2. 28 U.S.C. § 2202
3. Fed. R. Civ. P., Rule 70
4. United States and California 14th Amendment of Constitution
5. United States and California 1st Amendment of Constitution
6. United States and California 8th Amendment of Constitution
7. Due Process, Access to Courts, and Cruel and Unusual Punishment.
8. Powell v. McCormack, 395 U.S. 486
9. Gilbert v. Johnson, 490 F.2d 827, 829-830
10. Rufo v. Inmates of Suffolk County Jail, 112 S.Ct. 748, 765
11. Turner v. Safley, (1987) 482 U.S. 78
12. Rhodes v. Chapman, 452 U.S. 337, 346 (1981)
13. Farmer v. Brennan, (1994) 511 U.S. 825
14. Wilson v. Seiter, (1991) 501 U.S. 294
15. Gaston v. Coughlin, (2d Cir 2001) 249 F.3d 156
16. Bradley v. Puckett, (5th Cir. 1998) 157 F.3d 1022

(4)

## Relief

Plaintiffs request to this Honorable Court to order Defendants to leave medical to medical unless it involves security, and then by the least restrictive means.

2.) Plaintiffs request his tennis shoes be returned under a medical accomadation for Americans with Disabilities Acts, and that medical shoe chrono be upheld.

3.) Plaintiffs request that air conditioner be turned off, and heat be turned on at California Correctional Institution where it snows, and is extremely cold.

4.) Plaintiffs request that they have the opportunity to have access to Law Library, and copies twice a week.

5.) Plaintiffs request this Honorable Court to order Defendants to allow Plaintiffs a chance to do legal mail before medicine call in the P.M.

6.) Plaintiffs request anything further this Honorable Court deem necessary strictly under California and Federal Laws and Statutes.

(5)

## Declaration

I, James Hampton, as attorney on record over the age of 18 years old, declare under California and Federal Laws under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 1-27-09

Signature: *James Hampton*
James Hampton in Pro Se

(6)

# PROOF OF SERVICE
(C.C.P. §2015.5; 28 U.S.C. §1745)

I, James Hampton, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

California Correctional Institution
4B-5A-102 / P.O. Box 1906
Tehachapi, Ca 93581-5906

On, January 28th, 2009, I served the following documents:

Motion for Declaratory and Injunctive Relief. on the below named individuals by depositing true and correct copies thereof in the United State mail in _____, California, with postage fully prepaid thereon, addressed as follows:

1. Eastern District
   1130 O st. #5000
   Fresno, Ca 93721

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of January, 2009, at California State Prison at Tehachapi, California.

(Signature) _James Hampton_
Declarant