EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
LISA TILLMAN, State Bar No. 126424
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (916) 327-7872
 Facsimile: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: MENTAL HEALTH CRISIS BEDS AT CALIFORNIA INSTITUTE FOR MEN** |

This Court directed the parties to respond to its Order to Show Cause as to why this court should not require Defendants to continue to operate, on a temporary emergency basis, all mental health crisis beds within the General Acute Care Hospital (GACH) at the California Institute for Men (CIM).

Defendants do not object to this Court's finding that the continued operation of these mental health crisis beds is necessary for critically-needed care to be rendered to *Coleman* class members. Defendants also agree with this Court's finding that these mental health crisis beds are subject to the injunction issued in the state court decision in *Budd v. Cambra*, San Francisco Superior Court, Case No. 319578. Defendants submit that both the *Coleman* and *Budd* mandates to provide appropriate mental health care beds to class members will be met by this Court's

Defs' Response to OSC Re: CIM-GACH

1

order directing Defendants to operate, on a temporary emergency basis, the mental health crisis beds at CIM-GACH as presently operated and at current staffing levels until further order of this Court.

Dated: February 6, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Lisa A Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003

Defs' Response to OSC Re: CIM-GACH

2