IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                 No. CIV S-90-0520 LKK JFM P

    vs.

ARNORLD SCHWARZENEGGER,               O R D E R
et al.,

       Defendants.

_____/

    On February 2, 2009, the court issued an order to show cause regarding the continued, temporary operation of mental health crisis beds at CIM-GACH. In their response, plaintiffs requested an evidentiary hearing on the status of the defendants' bed plan. It also appears to the court that there are substantial questions as to what bed plan defendants are presently following. The court accordingly ORDERS defendants to file and serve a statement setting forth the present bed plan not later than fifteen days from the date of this order. Plaintiffs may respond not later than fifteen days thereafter. An evidentiary hearing is SET for March 24, 2009 at 1:30 PM.

1

1   IT IS SO ORDERED.

2   DATED: February 17, 2009.

          _____
          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT