```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

            Plaintiffs,              No. CIV S-90-0520 LKK JFM P

       vs.

ARNOLD SCHWARZENEGGER,                       O R D E R
et al.,

            Defendants.
                                 /
```

On February 2, 2009, the court issued an order to show cause as to why defendants should not be required to operate, on a temporary basis, the mental health crisis beds at CIM-GACH as presently operated and at current staffing levels, notwithstanding the San Francisco Superior Court decision in <u>Budd v. Cambra</u>. Plaintiffs and defendants have responded with no objection to the facility's continued operation.

The court finds that the urgent need by class members for mental health crisis beds persists with such severity that state licensing requirements must temporarily give way to remedy the Eighth Amendment violations that remain unsolved in this action.

1

1 <u>See also</u> Order, May 1, 2006. Accordingly, the court ORDERS that
2 defendants operate, on an emergency basis, the mental health
3 crisis beds at CIM-GACH as presently operated and at current
4 staffing levels until further order of this court.
5     IT IS SO ORDERED.
6     DATED: February 17, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2