1   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of the State of California
2   DAVID S. CHANEY, State Bar No. 73315
    Chief Assistant Attorney General
3   JONATHAN L. WOLFF, State Bar No. 193479
    Senior Assistant Attorney General
4   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
5     1300 I Street, Suite 125
      P.O. Box 944255
6     Sacramento, CA 94244-2550
      Telephone:  (916) 327-7872
7     Fax:  (916) 324-5205
      Email:  Lisa.Tillman@doj.ca.gov
8
    Attorneys for Defendants
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK JFM P

15                                  Plaintiffs,

16           **v.**

17   **ARNOLD SCHWARZENEGGER, et al.,**

18                                  Defendants.

19

20        **THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

21             **A PROTECTIVE ORDER ISSUED BY THE COURT**

22               **AND MAY NOT BE COPIED OR EXAMINED**

23              **EXCEPT IN COMPLIANCE WITH THAT ORDER**

24

25                (See Stipulated Protective Order, 1/12/07, ¶ 7.)

26

27

28

Sealed Document Cover Page