STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624
swoodsid@sonoma-county.org
akeck@sonoma-county.org

Attorneys for Intervenors THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　Defendants. | No.　CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　Defendants. | No. C-01-1351 TEH<br><br>**SONOMA COUNTY INTERVENORS' RESPONSE RE APPOINTMENT OF SETTLEMENT REFEREES PER TENTATIVE RULING** |

Intervenors the County of Sonoma, Sonoma County Sheriff William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer

Robert Ochs (collectively, "Sonoma County Intervenors") hereby respond to the Court's Tentative Ruling issued on February 9, 2009 (Northern District Docket No. 2066) with respect to its offer to appoint settlement referees to assist in the parties' discussions on the issues set forth therein.

Sonoma County Intervenors intend to actively and fully participate in the proposed discussion process to ensure coordination of state and county issues are addressed in any proposed resolution or plan of action. Any resolution reached in this matter will necessarily impact the counties, and Sonoma County Intervenors recognize the importance of being part of the process to ensure that their interests are adequately addressed. Sonoma County Intervenors believe that court-appointed settlement referees would also be of great assistance to all parties in this process.

Nevertheless, and with great reluctance, Sonoma County Intervenors must object to the appointment of Justice Elwood Lui as one of the settlement referees. The sole ground for this objection is that Justice Lui precluded and excluded Sonoma County Intervenors from participating in the previous settlement process, in refusing to permit their designated representative from participating in the assigned work groups. Sonoma County Intervenors were thus unable to participate in the process that lead to the drafting of the proposed settlement Memorandum of Understanding that Justice Lui prepared, and were not provided with an opportunity to comment on it or make requested revisions to it.

Sonoma County Intervenors do not object to the appointment of Justice Peter Siggins as a settlement referee for future purposes.

Respectfully submitted,

Dated: February 19, 2009         STEVEN M. WOODSIDE, County Counsel

By:   /s/ Anne L. Keck
      ANNE L. KECK
      Deputy County Counsel
      Attorneys for Sonoma County Intervenors

# PROOF OF SERVICE

I am employed in the County of Sonoma, California; I am over the age of 18 years and not a party to the within action; my business address is 575 Administration Dr., Rm. 105A, Santa Rosa, California. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On February 19, 2009, following ordinary business practice, I served the "Sonoma County Intervenors' Response re Appointment of Settlement Referees Per Tentative Ruling" on the parties in said cause, by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, for collection and delivery by Federal Express in the ordinary course of business, addressed as follows:

Honorable Stephen Reinhardt  
United States Courthouse  
312 North Spring Street, Suite 1747  
Los Angeles, CA 90012

Honorable Thelton E. Henderson  
United State District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102

Honorable Lawrence K. Karlton  
Robert T. Matsui United States Courthouse  
501 I Street  
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 19, 2009, at Santa Rosa, California.

*Eileen Shired*  
Eileen Shired