STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
GALIT A. KNOTZ (SBN 252962) gknotz@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:   415-765-9501

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**RESPONSE OF LEGISLATOR INTERVENORS RE SETTLEMENT REFEREES, PURSUANT TO THE THREE-JUDGE COURT'S FEBRUARY 9, 2009 TENTATIVE RULING** |

RESPONSE OF LEGISLATOR INTERVENORS RE SETTLEMENT REFEREES

The Legislator Intervenors have no objection to the appointment of settlement referees by this Court or to the appointment of the prior settlement referees Justice Elwood Lui and Justice Peter Siggins.

Respectfully submitted,

Dated: February 19, 2009            AKIN GUMP STRAUSS HAUER & FELD LLP

By:     /s/
Steven S. Kaufhold
Attorney for Republican Assembly and Senate Intervenors

---

1

RESPONSE OF LEGISLATOR INTERVENORS RE SETTLEMENT REFEREES