```
JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Law Enforcement
Intervenor-Defendants
```

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**LAW ENFORCEMENT INTERVENORS' RESPONSE TO TENTATIVE RULING** |

///

///

-1-

-2-

1  The Law Enforcement Intervenors hereby respond to the request of the Court set
2  forth in its Tentative Ruling issued February 9, 2009, to advise the Court whether the
3  parties and intervenors would like the assistance of a court-appointed settlement referee
4  to aid in discussions, and whether they would have any objection to the appointment of
5  Justice Elwood Lui and Justice Peter Siggins.
6  The Law Enforcement Intervenors believe that the assistance of a court-appointed
7  settlement referee would be beneficial to discussions and have no objection to the
8  appointment of Justice Lui and Justice Siggins. The Law Enforcement Intervenors will
9  readily participate in any discussions facilitated by Justice Lui and Justice Siggins.

Dated: February 19, 2009

Respectfully submitted,

JONES & MAYER

_____/s/_____
Kimberly Hall Barlow
Attorneys for Law Enforcement
Intervenors