1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Intervenors
   COUNTY OF SANTA CLARA, COUNTY
6  OF SAN MATEO AND COUNTY OF
   SANTA BARBARA
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10         AND THE NORTHERN DISTRICT OF CALIFORNIA

11      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | ) | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | ) | <u>THREE-JUDGE COURT</u> |
| v. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants. | ) | |
| | ) | No. C01-1351 TEH |
| MARCIANO PLATA, et al., | ) | <u>THREE-JUDGE COURT</u> |
| Plaintiffs, | ) | **COUNTY INTERVENORS RESPONSE TO COURT'S REQUEST FOR PARTIES TO ADVISE RE COURT APPOINTED SETTLEMENT REFEREE** |
| v. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants. | ) | |

In its Tentative Ruling dated February 9, 2009, the Court requested that each party advise within ten days of the tentative ruling whether "they would like the assistance of a court-appointed settlement referee to aid in their discussions, and if so, whether they would have any

1  objection to the appointment of the prior settlement referees Justice Elwood Lui and Justice

2  Peter Siggins." The Counties of Santa Clara, San Mateo and Santa Barbara ("County

3  Intervenors") would welcome discussions with the parties and have no objection to the

4  appointment of Justice Elwood Lui and Justice Peter Siggins to aid in those discussions.

5  Dated:  February 19, 2009                                     Respectfully submitted,

6                                                                ANN MILLER RAVEL
                                                                  County Counsel
7

8                                                         By:        /S/
                                                                  THERESA J. FUENTES
9                                                                 Deputy County Counsel

10                                                                Attorneys for Intervenors
                                                                  COUNTY OF SANTA CLARA,
11                                                                COUNTY OF SAN MATEO AND
                                                                  COUNTY OF SANTA BARBARA
12

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Response to Court's Request for Parties to
Advise Re Court Appointed Settlement Referee         2         CIV S-90-0520 LKK JFM / C01-1351 TEH