EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# AND THE NORTHERN DISTRICT OF CALIFORNIA
# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' RESPONSE TO TENTATIVE RULING**<br><br>To: Three-Judge Panel |

Defendants submit this response to the Court's tentative ruling that requested each party "to advise the Court within 10 days of this tentative ruling whether they would like the assistance of a court-appointed settlement referee to aid in their discussions and, if so, whether they would have any objection to the appointment of the prior settlement referees Justice Elwood Lui and Justice Peter Siggins for that purpose." (Tentative Ruling, 2/9/09, *Plata* Dock. No. 2066 at 10:7-11.) Defendants respond as follows:

The State welcomes constructive ideas and proposals to address prison population concerns. But the parties have spent months and months negotiating a possible settlement, and these negotiations have been ultimately unsuccessful and have caused long delays.

Notwithstanding the proceedings in this lawsuit, the State continues to move forward to address prison overcrowding. It has already transferred 6,600 inmates out of state, and the Legislature has cleared the way for bond funding to dramatically increase the state's capacity at both the state and local level to manage offenders in a more productive way.[1]

The State strongly disagrees with the three-judge panel's tentative order suggesting that tens of thousands of inmates should be released. Accordingly, it does not believe that further settlement negotiations will be fruitful, and it would prefer for the three-judge panel to enter a final order that can be appealed to the United States Supreme Court. A final decision from the Supreme Court is needed without delay to clarify the State's constitutional obligations.

---

[1] On February 20, 2009 the Governor signed into law SB 14 which makes various technical and programmatic statutory changes necessary to implement AB 900. See Senate Bill 14 attached to Request for Judicial Notice in Support of Defendants' Response to Tentative Ruling, filed herewith.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2009 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Paul B. Mello |
| 4 | | PAUL B. MELLO<br>Attorneys for Defendants |
| 5 | | Arnold Schwarzenegger, et al. |
| 6 | DATED: February 25, 2009 | EDMUND G. BROWN JR. |
| 7 | | Attorney General of the State of California |
| 8 | | |
| 9 | | By: /s/ Lisa A. Tillman |
| 10 | | LISA A. TILLMAN<br>Deputy Attorney General |
| 11 | | Attorneys for Defendants<br>Arnold Schwarzenegger, et al. |

- 3 -

DEFS.' RESPONSE TO TENTATIVE RULING
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

1833474.2