| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>ROCHELLE C. EAST<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>LISA A. TILLMAN – State Bar No. 126424<br>Deputy Attorney General<br>KYLE A. LEWIS – State Bar No. 201041<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5708<br>Facsimile: (415) 703-5843<br>lisa.tillman@doj.ca.gov<br>kyle.lewis@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA D. TAMA – 240280<br>RENJU P. JACOB - 242388<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com<br>ajohnson@hansonbridgett.com<br>stama@hansonbridgett.com<br>rjacob@hansonbridgett.com |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>   Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' RESPONSE TO TENTATIVE RULING**<br><br>**To: Three-Judge Panel** |

On February 20, 2009 — following trial and closing arguments in these proceedings — the Governor signed into law SB 14 which makes various technical and programmatic statutory changes necessary to implement AB 900. A true and correct copy of SB 14 is attached to this request for judicial notice as Exhibit A. Defendants respectfully request this Court take judicial notice of SB 14, under Rule 201 of the Federal Rules of Evidence, when considering the parties' responses to the Court's tentative ruling.

DATED: February 25, 2009         HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: February 25, 2009         EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Lisa A. Tillman
LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.