Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:        gadam@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:    916.372.6060
Facsimile:    916.340.9372
E-Mail:       dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and* <br><br> No. Civ S90-0520 LKK-JFM (E.D. Cal.) <br><br> **THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants. | **PLAINTIFF INTERVENOR CCPOA'S RESPONSE TO THIS COURT'S TENTATIVE RULING** |

CBM-SF\SF435571.1

**PLAINTIFF INTERVENOR CCPOA'S RESPONSE TO THIS COURT'S TENTATIVE RULING**

Plaintiff Intervenor California Correctional Peace Officers' Association ("CCPOA") hereby responds to this Court's order of February 9, 2009. This Court requested that each party to this matter advise the Court "within 10 days of this tentative ruling whether they would like the assistance of a court-appointed settlement referee to aid in their discussions and, if so, whether they would have any objection to the appointment of the prior settlement referees Justice Elwood Lui and Justice Peter Siggins for that purpose."

CCPOA has no objection to the appointment of settlement referees by this Court or to the appointment of the prior settlement referees, Justices Elwood Lui and Peter Siggins. CCPOA will participate actively in any settlement discussions that may occur.

Respectfully submitted.

Dated: February 25, 2009

CARROLL, BURDICK & McDONOUGH LLP

By  */s/ Natalie Leonard*
Gregg McLean Adam
Natalie Leonard
James W. Henderson
Attorneys for Plaintiff Intervenor California Correctional Peace Officers' Association

CBM-SF\SF435571.1

**PLAINTIFF INTERVENOR CCPOA'S RESPONSE TO THIS COURT'S TENTATIVE RULING**