STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER DISMISSING JEFF DENHAM, GREG AGHAZARIAN, ALAN NAKANISHI AND GEORGE PLESCIA AS INTERVENORS** |

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

1. This Court granted Senator Jeff Denham and Assemblymen Greg Aghazarian, Alan Nakanishi, and George Plescia intervening party status for purposes of opposing the issuance of a prisoner release order under consideration by this Three-Judge Court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2. Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia have evaluated whether their continued participation as Legislator Intervenors is necessary given the current posture of the case and the participation of numerous other Legislator Intervenors.

3. Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia, through their counsel, have contacted legal counsel for Plaintiffs, Defendants, and Intervenor representatives as of February 27, 2009, to obtain consent to their withdrawal; and,

4. Plaintiffs, Defendants and Intervenor representatives have stipulated to dismissing Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia as intervenors in the proceedings now before this Three-Judge Court; and,

5. Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia request this Three-Judge Court order them dismissed, with prejudice, as intervenors in CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Three-Judge Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: February 27, 2009 | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By: | /s/ |
| | | CHAD STEGEMAN |
| | | Attorneys for Assembly and Senate Republican Intervenors |
| Dated: February 27, 2009 | By: | /s/ |
| | | ANNE L. KECK |
| | | Deputy County Counsel |
| | | Attorney for Sonoma County Intervenors |
| Dated: February 27, 2009 | By: | /s/ |
| | | THERESA J. FUENTES |
| | | Deputy County Counsel |
| | | Attorneys for County Intervenors |
| Dated: February 27, 2009 | By: | /s/ |
| | | WILLIAM MITCHELL |
| | | Assistant District Attorney |
| | | Attorneys for District Attorney Intervenors |
| Dated: February 27, 2009 | By: | /s/ |
| | | KIMBERLY HALL-BARLOW |
| | | Attorneys for Sheriff Intervenors, Probation Intervenors, and Chief of Correction Intervenors |
| Dated: February 27, 2009 | By: | /s/ |
| | | NATALIE LEONARD |
| | | Attorneys for Intervenor California Correctional Peace Officer's Association |
| Dated: February 27, 2009 | By: | /s/ |
| | | MICHAEL BIEN |
| | | Attorneys for *Coleman* Plaintiffs |
| Dated: February 27, 2009 | By: | /s/ |
| | | DONALD SPECTER |
| | | Attorneys for *Plata* Plaintiffs |
| Dated: February 27, 2009 | By: | /s/ |
| | | LISA TILLMAN |
| | | Deputy Attorney General |
| | | Attorney for *Coleman* Defendants |
| Dated: February 27, 2009 | By: | /s/ |
| | | PAUL MELLO |
| | | Attorney for *Plata* Defendants |

I declare under penalty of perjury under the laws of the State of California, and pursuant to General Order 45(x)(B), that I obtained approval of this Stipulation from each signatory listed above. Executed on this 27th day of February, 2009 at San Francisco, California.

Dated: February 27, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP

                                By: _____/s/_____
                                    CHAD STEGEMAN
                                    Attorneys for Assembly and Senate
                                    Republican Intervenors

Pursuant to Stipulation, Legislator Intervenors Jeff Denham, Greg Aghazarian, Alan Nakanishi, and George Plescia are dismissed from CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH with prejudice.

**IT IS SO ORDERED.**

Dated: 03/04/09                 _____/s/_____
                                STEPHEN REINHARDT
                                UNTIED STATES CIRCUIT JUDGE
                                NINTH CIRCUIT COURT OF APPEALS

Dated: 03/04/09                 _____/s/_____
                                LAWRENCE K. KARLTON
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF CALIFORNIA

Dated: 03/04/09                 _____
                                THELTON E. HENDERSON
                                UNITED STATES DISTRICT JUDGE
                                NORTHERN DISTRICT OF CALIFORNIA