1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5345
6    Fax:  (916) 324-5205
     E-mail:  Debbie.Vorous@doj.ca.gov
7  *Attorneys for Defendants*

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

14                          Plaintiffs,     **NOTICE OF ADDITION OF COUNSEL**

15           **v.**

16  **ARNOLD SCHWARZENEGGER, et al.,**

17                          Defendants.

18

19          **TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

20          Under L.R. 83-182(c)(1), Defendants advise all parties and the Court that their attorney

21  designated for service has changed.  The attorney formerly designated for service was as follows:

22

23          Lisa A. Tillman, State Bar No. 126424
            Deputy Attorney General
24          1300 I Street, Suite 125
            P.O. Box 944255
25          Sacramento, CA  94244-2550
            Telephone:  916/327-7872
26          Facsimile:  916/324-5205
27          Email:  Lisa.Tillman@doj.ca.gov

28
                                    1
    Notice of Addition of Counsel  (2:90-cv-00520 LKK JFM P)

1    The attorneys now designated for service are as follows:

2    Lisa A. Tillman, State Bar No. 126424
3    Deputy Attorney General
     1300 I Street, Suite 125
4    P.O. Box 944255
     Sacramento, CA  94244-2550
5    Telephone:  916/327-7872
     Facsimile:  916/324-5205
6    Email:  Lisa.Tillman@doj.ca.gov

7    
     Debbie J. Vorous, State Bar No. 166884
8    Deputy Attorney General
     1300 I Street, Suite 125
9    P.O. Box 944255
     Sacramento, CA  94244-2550
10   Telephone:  916/324-5345
     Facsimile:  916/324-5205
11   Email:  Debbie.Vorous@doj.ca.gov

12   
     Jeffrey Steele, State Bar No. 124688
13   Deputy Attorney General
     1300 I Street, Suite 125
14   P.O. Box 944255
     Sacramento, CA  94244-2550
15   Telephone:  916/323-1937
     Facsimile:  916/324-5205
16   Email:  Jeff.Steele@doj.ca.gov

17   
18   Please add Debbie J. Vorous and Jeffrey Steele to the Court's service list.

19
     Dated:  March 4, 2009                      Respectfully submitted,
20
                                                EDMUND G. BROWN JR.
21                                              Attorney General of California
                                                JONATHAN L. WOLFF
22                                              Senior Assistant Attorney General

23                                              */s/ Debbie J. Vorous*

24                                              DEBBIE J. VOROUS
                                                Deputy Attorney General
25                                              *Attorneys for Defendants*

26   CF1997CS0003
     30682592.doc
27

28
                                    2