1   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of California
2   JONATHAN L. WOLFF, State Bar No. 193479
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 324-5345
6     Fax:  (916) 324-5205
      E-mail:  Debbie.Vorous@doj.ca.gov
7   *Attorneys for Defendants*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12

13  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

14                          Plaintiffs,    **DECLARATION OF DEBBIE J.**
                                           **VOROUS IN SUPPORT OF**
15            **v.**                        **DEFENDANTS' REQUEST FOR**
                                           **EXTENSION OF TIME TO FILE BED**
16  **ARNOLD SCHWARZENEGGER, et al.,**      **PLAN STATEMENT**

17                          Defendants.

18

19

20        I, Debbie J. Vorous, declare:

21        1.    I am a Deputy Attorney General with the Office of the Attorney General, attorneys of

22  record for Defendants in this case, and I am licensed to practice in this Court.  I have personal

23  knowledge of the facts stated in this declaration and if called to testify to those facts could and

24  would do so competently.

25        2.    On March 3, 2009, the Attorney General's Office contacted Plaintiffs' counsel, Jane

26  Kahn, and requested that Plaintiffs stipulate to a ninety-day extension of time for Defendants to

27  file their bed plan statement with the Court.  Ms. Kahn consulted with her co-counsel and

28  informed me that Plaintiffs would not stipulate to this extension.

                                            1

1      I declare under penalty of perjury that the foregoing is true.  Executed in Sacramento,

2   California on March 4, 2009.

                                                    */s/ Debbie J. Vorous*
3   _____

                                                    DEBBIE J. VOROUS
4

5

6

7

8
    CF1997CS0003
9   30681789.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2