EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE BED PLAN STATEMENT** |

I, Sharon Aungst, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief Deputy Secretary of Health Care Services Division. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I began working as Chief Deputy Secretary on February 9, 2009. I have worked in the mental health care profession for over twenty years. From March 2008 to February 2009, I served as associate director of the evidence-based practices technical assistance center in the

1

division of mental health services and policy research for the New York State Psychiatric Institute. From 2007 to January 2008, I served as an assistant commissioner for policy and planning for the division of mental hygiene at the New York City Department of Health and Mental Hygiene. I served as assistant deputy director for the Ohio Department of Mental Health from 2000 to 2005, and was chief executive officer at the United Methodist Children's Home from 1998 to 2000.

3. From 1995 to 1998, I worked for the Ohio Department of Rehabilitation and Correction. During my tenure with the Ohio Department of Rehabilitation and Correction, I was responsible for fulfilling major requirements for the termination of a federal class action concerning the constitutional adequacy of the mental health care provided to state inmates. *Dunn v. Voinovich*, No. C1-93-0166 (Ohio Dist. Ct.). The suit, which was brought by the state's seriously mentally ill adult prison inmates, alleged that the mental health care they received while confined to the Ohio Department of Rehabilitation and Correction was so deficient as to violate the Eighth Amendment's proscription against cruel and unusual punishment.

4. In Ohio, I worked closely with court-appointed monitors, including present *Coleman* court monitor Jeff Metzner, and expert consultants in establishing a constitutionally adequate mental health care system. Within six years, my collaborative work led to the federal court concluding the class action lawsuit.

5. I know that the CDCR mental health care system is presently operating under an injunction to establish a constitutionally adequate mental health care system, and that this Court has ordered Defendants to provide a statement of their present bed plans.

6. As Chief Deputy Secretary of CDCR Health Care, I am integral to the development and implementation of mental health bed plans. My unique background and experience in addressing constitutional deficiencies and court mandates in the Ohio correctional system has

2

given me the organizational and leadership skills to understand and meet the *Coleman* mental health care bed and treatment needs.

7.   Because my appointment and, indeed, move to California occurred within only this past month, my understanding of the *Coleman* class members' bed and treatment needs is nascent. I need more time to fully grasp the *Coleman* class members' needs before making any substantive bed plan commitments to this Court. Once I have had the opportunity to fully evaluate CDCR's current bed needs, CDCR will be positioned to coordinate the updated plan with the Department of Finance and the Department of Mental Health.

I declare under penalty of perjury that the foregoing is true. Executed in Sacramento, California on March 4, 2009.

_____
SHARON AUNGST

CF1997CS0003
30680456.doc

3

Decl. Sharon Aungst Supp. Req. for Ext. of Time to File Bed Plan
(2:90-cv-00520 LKK JFM P)