EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                         Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                         Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE BED PLAN STATEMENT** |

I, Deborah Hysen, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief Deputy Secretary of Facilities Planning, Construction and Management. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have served as the Chief Deputy Secretary of Facilities Planning, Construction and Management (formerly Facilities Management) since June 2007. My responsibilities include overall management and oversight of CDCR construction projects for all its institutions, CDCR's leasing functions, telecommunications construction projects and maintenance of telecom services

1

at CDCR institutions, energy projects at the institutions, setting design standards for CDCR institutions, and master planning for CDCR facility needs.

3. I understand this Court has entered orders requiring that Defendants submit bed plans to meet the interim and long-term inpatient bed needs of the *Coleman* class members. I am familiar with Defendants' August 2007 and July 2008 bed plans.

4. I also have reviewed the Court's February 17, 2009, order requiring Defendants to file "a statement setting forth the present bed plan" by March 4, 2009.

5. As the Chief Deputy Secretary of Facilities Planning, Construction and Management, I am familiar with the multi-layered and coordinated processes necessary for the development of plans to finance, construct, and staff mental health beds and treatment spaces. CDCR intends to file an updated long-range plan for mental health care beds, but requires an additional ninety days to accomplish meaningful review and present the plan for several reasons.

6. First, Defendants' July 2008 bed plan envisioned a coordinated effort with the Receiver in *Plata*. The Defendants in that case, however, recently filed a motion to replace the Receiver with a Special Master and to terminate the Receiver's construction plans. I understand that the motion is set to be heard on March 16, 2009. The outcome of that motion will impact the bed plan. In any event, the Receiver himself recently proposed three different construction options, each of which would impact Defendants' bed plan in different ways. CDCR needs additional time to determine how best to proceed given the uncertainty of the Receivership and the Receiver's construction plans.

7. Second, CDCR has a new Chief Deputy Secretary of Health Care Services, Sharon Aungst. Given Ms. Aungst's unique background and experience, her input is integral to any updated bed plan. Once Ms. Aungst has had an opportunity to fully evaluate CDCR's current bed needs, CDCR will be a position to coordinate the updated plan with the Department of Finance and the Department of Mental Health.

8. Third, the Fall 2008 CDCR population projections indicate a change in the forecasted number of needed mental health care beds for the *Coleman* projected population. Given the

1  projected population changes identified in the Fall 2008 population projections, a change in the
2  July 2008 plan is warranted in order to provide the Court with a comprehensive, up-to-date plan.
3       9.   I am familiar with the enactment of Assembly Bill (AB) 900, the Public Safety and
4  Offender Rehabilitation Services Act of 2007, which, among other things, enables the
5  construction of prison beds and treatment space through the issuance of state revenue bonds. The
6  Administration worked hard to obtain passage of AB 900 and, over the past few months, worked
7  to obtain clarifying language for that enactment. The Administration achieved passage of Senate
8  Bill (SB) 14 and the Governor signed it on February 20, 2009. SB 14 provided necessary "clean
9  up" language to AB 900. Whereas before SB 14, CDCR could not incorporate the AB 900
10 changes into its bed plans, CDCR is now in a position to integrate the provisions of AB 900 into a
11 revised plan, and needs time to do so.
12      10.  Further, the Administration's continued commitment to providing necessary mental
13 health care beds and treatment space is evident in the Fiscal Year 2009-10 Budget Act, which
14 appropriates $5.7 million to fund the construction of twenty Psychiatric Services Unit beds at
15 California Institute for Women and $1.07 million to complete the design of additional Enhanced
16 Outpatient Program treatment and office space at California State Prison, Sacramento.
17      11.  I respectfully request that the Court grant CDCR ninety days to present an updated
18 long-range plan for mental health care beds.
19      I declare under penalty of perjury that the foregoing is true. Executed in Sacramento,
20 California on March 4, 2009

_____
DEBORAH HYSEN

CF1997CS0003
30680456.doc

3