IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br>                 Plaintiffs, <br>      v. <br> **ARNOLD SCHWARZENEGGER, et al.,** <br>                 Defendants. | 2:90-cv-00520 LKK JFM P |

    On March 4, 2009, Defendants filed an ex parte request for an extension of time to file their bed plan statement.

    Good cause presented to the Court and good cause appearing, the Court grants Defendants an additional ninety days to file a statement setting forth the present bed plan. Defendants' statement is now due on or before June 2, 2009.

    IT IS SO ORDERED

Dated: _____   _____
                                   HONORABLE LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT JUDGE