IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

                                 O R D E R

     Defendants.

_____/

     The court is in receipt of the defendants' untimely request to delay response to the court's February 17, 2009 order to file a statement concerning its bed plan by March 4, 2009, as well as the plaintiffs' response thereto.

     To say the least, the court is deeply disappointed and distressed with the State's response. This court has been engaged in the process of attempting to bring the State in conformance with the Constitution of the United States for roughly fourteen years. To say now that the State has no current viable bed plan, is uncertain as to when it can be developed in light of changing circumstances, and needs at least ninety (90)

1

days to develop such a plan, seems to demonstrate an unacceptable lack of commitment to its constitutional duty, much less to the orders of this court. Moreover, as the plaintiffs' response notes, with anguish, further delay may mean once again being out of step with the budget process. The State's response is simply unacceptable.

The defendants are directed to work immediately and with full dispatch on the development of a plan, so the financial aspects thereof can be included in the upcoming budget process if necessary. Diversion of attention to other tasks will not be tolerated. The defendants are to provide a written report on progress within ten (10) days. The report shall specify the names of each person who is responsible for development of the plan, and exactly what they have been doing from the date of receipt of this order. The response shall also include the address of each such person, as well as their title. In the report, the defendants shall also inform the court of the status of the 50-bed Mental Health Crisis Bed unit at California Men's Colony. See Order, March 27, 2007; Order, Feb. 26, 2008; Order, April 16, 2008. The hearing set for March 24, 2009 will now be for the purpose of considering what further steps are required to insure timely compliance. The defendants will have present the leading persons specified in the report.

IT IS SO ORDERED.

DATED: March 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT