# Exhibit
# P-1014

State of California                                California Department of Corrections and Rehabilitation

# Memorandum

Date      :      DEC 3 1 2008

To        :   Chiefs of Mental Health

Subject   :   **NEW SUICIDE PREVENTION FOLLOW-UP REQUIREMENT**

Current policy requires daily contact for at least 5 consecutive days when an inmate-patient is discharged from a Mental Health Crisis Bed (MHCB), after being admitted for evaluaton of suicide risk.    Effective immediately, please ensure that this follow-up procedure is implemented for all individuals who have been referred to a MHCB, even when the referral is rescinded or the inmate-patient is not admitted to the MHCB.   In the Suicide Prevention Videoconference on December 10, 2008, this new policy was discussed, and several institutions indicated current compliance with this requirement.   Implementation of this policy is required by *Coleman* court order (October 2008).

Quality management for implementation of discharge plans (Mental Health Services Delivery System Program Guide, September 2006, Page 12-5-27), as required when an inmate is discharged from a MHCB after being admitted for evaluation of suicide risk, shall also be implemented for all inmates who were referred to a MHCB for evaluation of suicide risk, even when the referral is rescinded or the inmate-patient is not admitted to the MHCB.

If you have any questions concerning this policy, you may contact Robert Canning, Ph.D., Senior Psychologist, Specialist, Mental Health Program Services, DCHCS, at (916) 928-5908 or via email at Robert.Canning@cdcr.ca.gov.

BRENDA EPPERLY-ELLIS
Director, Statewide Mental Health Program
Division of Correctional Health Care Services

cc: Dennis Beaty, Deputy Director, Mental Health Program Services, DCHCS
    Marion Chiurazzi, Psy.D., Deputy Director, Mental Health Clinical Services, DCHCS
    Karen Higgins-Niles, M.D., Deputy Director (A), Psychiatry Services, DCHCS
    Betsy Chang-Ha, Chief Nurse Executive, DCHCS
    Directors of Nursing
    Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program Services, DCHCS
    Judy Burleson, Chief, *Coleman* Compliance, DCHCS

CDC 1617 (3/89)

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1014
Date Entered:_____
Signature:_____
Alternate Reference:

New Suicide Prevention Follow-Up Requirement
Page 2


Lisa Tillman, Deputy Attorney General, Department of Justice
Michael Stone, Staff Counsel, Office of legal Affairs
Robert Canning, Ph.D., Senior Psychologist, Specialist, Mental Health Program Services,
  DCHCS
Suzan Hubbard, Director, Division of Adult Institutions
Wardens

# Exhibit
# P-1015

# CONFIDENTIAL

## Mental Health Population  -  Placement Per Institution

Download Date January 12, 2009

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP  // | 1,099 | 1,343 | 122% | | 10 | | | 1,353 |
| ASP Ad-Seg | | 36 | | | 2 | | | 38 |
| CAL  I,IV  + | | 12 | | | 6 | | | 18 |
| CAL Ad-Seg | | 4 | | | | | | 4 |
| CCC  I,II,III | | 1 | | | | | | 1 |
| CCI  I,II,III,IV  * | 1,053 | 945 | 90% | | 28 | | | 973 |
| CCI Ad-Seg | | 103 | | | 19 | | | 122 |
| CCI-RC | 166 | 175 | 105% | | 36 | | | 211 |
| CCI-SHU | 130 | 157 | 121% | | 6 | | | 163 |
| CCWF | 739 | 933 | 126% | 54 | 40 | 74% | 12 | 973 |
| CCWF Ad-Seg | | 25 | | | | | | 25 |
| CCWF-RC | 110 | 149 | 135% | | | | | 149 |
| CEN  III | | 17 | | | 1 | | | 18 |
| CEN Ad-Seg | | 9 | | | | | | 9 |
| CIM  I | 366 | 477 | 130% | | 16 | | 34 | 493 |
| CIM-RC | 633 | 630 | 100% | | 158 | | | 788 |
| CIM-RC--Ad-Seg | | 86 | | | 10 | | | 96 |
| CIW | 349 | 474 | 136% | 75 | 88 | 117% | 10 | 562 |
| CIW-RC | 100 | 140 | 140% | | | | | 140 |
| CIW-RC--Ad-Seg | | 15 | | 10 | 8 | 80% | | 23 |
| CMC  I,II,III | 1,049 | 1,099 | 105% | 580 | 560 | 97% | 36 | 1,659 |
| CMC Ad-Seg | | 44 | | 54 | 39 | 72% | | 83 |
| CMF  I,II,III | 599 | 590 | 98% | 533 | 581 | 109% | | 1,171 |
| CMF Ad-Seg | | 21 | | 58 | 53 | 91% | | 74 |
| CMF** | | 73 | | | 0 | | | 73 |
| COR  I,II,IV  + * | 499 | 624 | 125% | 150 | 147 | 98% | 23 | 771 |
| COR Ad-Seg | | 180 | | 54 | 48 | 89% | | 228 |
| COR-SHU | 450 | 452 | 100% | | 1 | | | 453 |
| CRC-M  // | 848 | 786 | 93% | | | | | 786 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be
understated.   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

CRC-M does not include the SNY population.

Health Care Placement Oversight Program

R1-1

1/12/2009

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1015
Date Entered:_____
Signature:_____
 Alternate Reference:

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF | I,II | 699 | 856 | 122% | | 6 | | | 862 |
| CTF Ad-Seg | | | 47 | | | 1 | | | 48 |
| CVSP | I,II | | 13 | | | 2 | | | 15 |
| DVI | I,II | 85 | 78 | 92% | | 6 | | | 84 |
| DVI Ad-Seg | | | 39 | | | 13 | | | 52 |
| DVI-RC | | 564 | 458 | 81% | | 32 | | | 490 |
| DVI-RC--Ad-Seg | | | 71 | | | 12 | | | 83 |
| FOL | III | 599 | 710 | 119% | | 6 | | | 716 |
| FOL Ad-Seg | | | 54 | | | | | | 54 |
| HDSP | I,III,IV | 608 | 663 | 109% | | 8 | | 10 | 671 |
| HDSP Ad-Seg | | | 61 | | | 5 | | | 66 |
| HDSP-RC | | 91 | 121 | 133% | | 5 | | | 126 |
| ISP | I,III | | 9 | | | 1 | | | 10 |
| ISP Ad-Seg | | | 1 | | | | | | 1 |
| KVSP | I,IV | 1,000 | 903 | 90% | 96 | 95 | 99% | 12 | 998 |
| KVSP Ad-Seg | | | 84 | | | 12 | | | 96 |
| LAC | I,III,IV | 1,000 | 291 | 29% | 300 | 232 | 77% | | 523 |
| LAC Ad-Seg | | | 137 | | 54 | 89 | 165% | | 226 |
| LAC-RC | | 149 | 408 | 274% | | 179 | | | 587 |
| MCSP | I,II,III,IV | 999 | 1,297 | 130% | 510 | 487 | 95% | 8 | 1,784 |
| MCSP Ad-Seg | | | 59 | | 36 | 26 | 72% | | 85 |
| NKSP | I,III | 80 | 106 | 133% | | 2 | | 10 | 108 |
| NKSP-RC | | 719 | 821 | 114% | | 43 | | | 864 |
| NKSP-RC--Ad-Seg | | | 43 | | | 9 | | | 52 |
| PBSP | I,IV | 349 | 302 | 87% | 66 | 73 | 111% | 10 | 375 |
| PBSP Ad-Seg | | | 67 | | | 1 | | | 68 |
| PBSP SHU | | | 8 | | | | | | 8 |
| PVSP | I,III | 1,299 | 1,527 | 118% | | 8 | | 6 | 1,535 |
| PVSP Ad-Seg | | | 143 | | | 3 | | | 146 |
| RJD | I,III | 800 | 793 | 99% | 330 | 317 | 96% | 14 | 1,110 |
| RJD Ad-Seg | | | 90 | | 63 | 53 | 84% | | 143 |
| RJD-RC | | 399 | 513 | 129% | | 91 | | | 604 |
| SAC | I,IV | 849 | 759 | 89% | 384 | 391 | 102% | 24 | 1,150 |
| SAC Ad-Seg | | | 75 | | 74 | 61 | 82% | | 136 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

Health Care Placement Oversight Program

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.  SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

CRC-M does not include the SNY population.

R1-2

1/12/2009

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SAC SHU | | 40 | | | 1 | | | 41 |
| SATF _II,III,IV_ * | 1,199 | 1,413 | 118% | | 8 | | 20 | 1,421 |
| SATF Ad-Seg | | 102 | | | 5 | | | 107 |
| SCC _I,II,III_ | 499 | 596 | 119% | | 5 | | | 601 |
| SCC Ad-Seg | | 33 | | | 8 | | | 41 |
| SOL _II,III_ | 1,199 | 1,330 | 111% | | 7 | | 9 | 1,337 |
| SOL Ad-Seg | | 74 | | | 4 | | | 78 |
| SQ _I,II_ *** | 350 | 479 | 137% | | 52 | | | 531 |
| SQ-RC | 549 | 501 | 91% | | 50 | | | 551 |
| SQ-RC--Ad-Seg | | 51 | | 36 | 22 | 61% | | 73 |
| SVSP _I,IV_ * | 999 | 962 | 96% | 192 | 183 | 95% | 10 | 1,145 |
| SVSP Ad-Seg | | 207 | | 45 | 49 | 109% | | 256 |
| VSPW | 606 | 881 | 145% | | 5 | | | 886 |
| VSPW Ad-Seg | | 26 | | 9 | 7 | 78% | | 33 |
| VSPW SHU | | 31 | | | 1 | | | 32 |
| VSPW-RC | 143 | 164 | 115% | | 4 | | | 168 |
| WSP _I,II_ | 105 | 67 | 64% | | | | 6 | 67 |
| WSP Ad-Seg | | 43 | | | 19 | | | 62 |
| WSP-RC | 944 | 901 | 95% | | 82 | | | 983 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility.   * * * is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be
understated.   SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

CRC-M does not include the SNY population.

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| Totals : | 25,072 | 29,108 | 116.1% | 3,763 | 4,638 | 123.3% | 254 | 33,746 |

| | PSU | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| CIW | 10 | 8 | 80.0% |
| PBSP | 128 | 116 | 90.6% |
| SAC | 256 | 240 | 93.75% |
| Total PSU: | 394 | 364 | 92.39% |

| | DMH | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 106 | 41% |
| DMH CMF-AIP | 150 | 131 | 87% |
| DMH CMF-ICF | 106 | 101 | 95% |
| DMH CMF-DTP | 44 | 39 | 89% |
| DMH SVPP | 175 | 158 | 90% |
| Totals : | 731 | 535 | 73.2% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 29,960 | 34,645 | 115.6% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
***Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.  SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

CRC-M does not include the SNY population.

# Exhibit
# P-1016



**.GOV** CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
**Visitation**

Home ⟫ Visitors ⟫ Facilities ⟫ **ASP**

## Avenal State Prison (ASP)





**James D. Hartley, Warden (A)**

*Physical Address:*
#1 Kings Way
Avenal, CA 93204
(559) 386-0587

| All Staff | Inmates | Personnel Dept. |
|---|---|---|
| | P. O. Box 8 | P. O. Box 9 |
| P. O. Box 39 | | Avenal, CA 93204 |
| Avenal, CA 93204 | Avenal, CA 93204 | |

### VISITATION

⟫ Visitation Home
⟫ Facility Locations
⟫ Juvenile Facilities
⟫ CDCR Adult and Juvenile Institutions and Camps in California [PDF]
⟫ General Information
⟫ Family Svcs/3rd Day Visiting
⟫ Get on the Bus/Chowchilla Family Express
⟫ How to Send Money to an Inmate
⟫ Inmate Package - Approved Vendors
⟫ Inmate Packages - Msg to Vendors
⟫ Inmate Visiting Guidelines [PDF]

### RELATED LINKS

⟫ CA Out-of-State Facilities
⟫ Community Corr Facilities
⟫ Contact an Ombudsman
⟫ DOM Article 43 - Inmate Property
⟫ DJJ Ombudsmen
⟫ Identification Unit/Inmate Locator
⟫ Juvenile Offenders
⟫ Public Information Officers (Adult Institutions)

### Avenal State Prison - Mission Statement

The primary mission of Avenal State Prison is to provide for the control, care and treatment of those inmates committed to the Department of Corrections and Rehabilitation by the courts. Avenal State Prison is designated as a low-medium security institution to provide housing for general population inmates.

### Institution Details

The institution is comprised of six separate, semi-autonomous facilities, which consist of a combined total of 17 open dorm buildings, six 200-bed open dorm E-bed buildings, six converted gymnasiums, a 100-cell administrative segregation unit, and a 10-bed firehouse. Avenal also houses mobility impaired inmates on two facilities that have been modified to meet ADA Standards.

### Institution Statistics

Avenal State Prison opened in January 1987, and covers 640 acres. As of Fiscal Year 2008/2009, the following statistics apply:

Number of custody staff:                                         900

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1016
Date Entered:_____
Signature:_____
Alternate Reference:_____

Number of support services staff:    617
Total number of staff:    1,517

Annual operating budget:    $144 million

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| II | 2,320 | 6,577 |
| Total | 2,320 | 6,577 |

Top of Page

## Special Historical Notes

Avenal prison was the first institution solicited by a local community. When it opened in 1987, it was the first all-new prison built in California in 20 years and was originally known as Kings County State Prison. On February 22, 1988, it was officially named Avenal State Prison.

## Inmate Programs

- PIA: General fabrication (office panel system), poultry processing, egg production, regional institutional laundry, warehouse (shipping and receiving), wood product factory and maintenance.
- Vocational: Auto body and fender, auto mechanics, carpentry, electronics, graphic arts and printing, landscaping, machine shop, mill and cabinet, office services and related technology, plumbing, refrigeration, small engine repair, welding, electrical works, painting and janitorial.
- Academic: Adult Basic Education, High School/GED, Pre-Release, English Language Development, Literacy Program, CALM (Conflict Anger Lifelong Management), IYOP (Inmate Youth Offender Program), Computer Assistant Instruction and College Programs available.
- Other: Youth Diversion, Religious, Braille Program, Substance Abuse Program, Alcoholics Anonymous (AA), Narcotics Anonymous (NA), Criminal Gangmembers Anonymous (CGA) and Disabled Placement Program.

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays and Sundays from 8:05 a.m. to 3:00 p.m.

Avenal State Prison currently allows visiting on the holidays as designated by Title 15: New Year's Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day. For additional information concerning visiting at Avenal State Prison, please contact the visiting processing center at (559) 386-0587, ext. 5400.

**Visiting Assistance:**

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

**General Directions:**

**From Northern California:**

- Take I-5 south to Lassen Avenue (Highway 269)
- At Lassen Avenue turn right and go over the hills and through the City of Avenal
- Turn left on Highway 33
- Prison on the right

**From Southern California:**

- Take I-5 north to either Lassen Avenue (Highway 269) *or* the Ketteman City exit (Highway 41):

**At Lassen Avenue:**



.GOV CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
**Visitation**

Home → Visitors → Facilities → CEN

## California State Prison, Centinela (CEN)



**Domingo Uribe, Jr., Warden (A)**

*Physical Address:*
2302 Brown Road
Imperial, CA 92251

*Mailing Address:*
P.O. Box 731
Imperial, CA 92251-0731
(760) 337-7900

### VISITATION

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California **PDF**
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines **PDF**

### RELATED LINKS

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

## California State Prison, Centinela - Mission Statement

The mission of Centinela State Prison is to provide long-term confinement to men who have been convicted of felonious crimes and remanded to the State of California for incarceration. Inmate productivity and self improvement are considered integral components to Centinela's overall objective to reduce recidivism among those inmates incarcerated at our institution.

## Institution Details

Centinela State Prison attempts to achieve inmate productivity and self improvement by providing legally mandated work and study opportunities for all inmates (AB 1403-Chapter One, Statutes of 1982). This goal is accomplished through the development of support services, academic education, vocational instruction, and the availability of self-help programming.

Centinela also has an Institutional Hearing Program (IHP) which prepares inmates who are illegal immigrants for release back to their native lands through the US Immigration and Naturalization Services.

Top of Page

## Institution Statistics

Centinela State Prison was opened in October 1993, and covers 2,000 acres. As of Fiscal Year 2007/2008, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 805 |
| Number of support services staff: | 461 |
| Total number of staff: | 1,266 |

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

Annual operating budget:

| | | |
|---|---|---|
| Institution: | $125.6 million | |
| Medical: | $29.1 million | |
| Education: | $6.3 million | |

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| Level I and Firehouse | 208 | 408 |
| Level III and CTC | 2,000 | 4,339 |
| ADSEG | 175 | 350 |
| Total | 2,383 | 5,097 |

Top of Page

## Special Historical Notes

The institution, originally referred to as California State Prison-Imperial South, was renamed Centinela State Prison by the Imperial County Board of Supervisors.

Centinela State Prison was named for Mount Signal, the mountain located on the US Mexico international line once used to watch over the state's borders to prevent unauthorized passage into the US. Centinela is the Spanish word for "Sentinel" or signal.



Mount Signal / El Centinela
(c) Photograph by Anastasia Vellas

## Inmate Programs

- Vocational: Air conditioning and refrigeration, auto body repair and refinishing, auto mechanics, carpentry, computer and related technology, computer technician, dry cleaning, drywall, electrical electronics, garment making, graphic arts and printing, landscaping and gardening, maintenance, masonry, mechanical drawing, mill and cabinet, office machine repair, office services, plumbing, small engine repair.
- Academic: Adult Basic Education, High School/GED, Pre-Release, English as a Second Language, Literacy Program and College Correspondence.
- Other:  Community Service Crews, Youth Diversion, Religious, Arts in Corrections, Victim Awareness, Bicycle Refurbishing, Alternatives to Violence Workshops, Parenting classes, Alcoholics/Narcotics Anonymous, Creative Conflict Resolution Workshops, Victim Offender Reconciliation Program, Life Without a Crutch Curriculum, Lifer Programming, Kairos Christian Fellowship and Prison Fellowship Transitional Discipleship Program.

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Information

Friday, Saturday, Sunday and Designated Holidays*
from 8:00 a.m. to 3:00 p.m.

\* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

**Visiting Assistance:**

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to



**.GOV** CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
**Visitation**

Home » Visitors » Facilities » CIM

## California Institution for Men (CIM)





**Mike Poulos, Warden**

*Physical Address:*
14901 Central Avenue
Chino, CA 91710

*Mailing Address:*
P.O. Box 128
Chino, CA 91710
(909) 597-1821

**VISITATION**

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California [PDF]
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines [PDF]

**RELATED LINKS**

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

## California Institution for Men - Mission Statement

The California Institution for Men (CIM) is a large complex consisting of four separate facilities under the administration of one warden. CIM serves as a Reception Center for parolees returning to custody and male felons that have been newly committed to the California Department of Corrections and Rehabilitation.

Reception Center Central (RCC) has an inmate population of approximately 1400 medium/maximum custody level inmates. RCC serves as the main Reception Center and receives intake from several southern California counties including, Orange, Riverside, and San Bernardino, and the Pitchess Detention Center, Los Angeles County.

Reception Center East (RCE) has an inmate population of approximately 1400 medium/maximum custody level inmates. The autonomist facility is located approximately 2 miles east of CIM's main complex. RCE houses RC inmates with sensitive needs, Mental Health inmate/patients requiring an Enhanced Out-Patient level of care and a 100 bed HIV/CID unit.

Reception Center West (RCW) has an inmate population of approximately 1400 medium level custody inmates. The facility consists of eight dormitory housing units. Each housing unit has a capacity of approximately 200 inmates waiting processing/transfer to programming institutions.

Conditions of Use | Privacy Policy | Compatibility Statement

Each Reception Center completes diagnostic tests, medical/mental health screening, and literary assessments for classification in order to determine the inmate's appropriate institutional placement.

Copyright © 2007 State of California

## Institution Statistics

California Institution for Men opened in 1941 on 2,500 acres of land.  As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 1,313 |
| Number of support services staff: | 1,014 |
| Total number of staff: | 2,327 |
| Annual operating budget: | $232.2 million |

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| I | 1,484 | 2,880 |
| RC | 1,676 | 4,020 |
| Total | 3,160 | 6,900 |

Top of Page

## Special Historical Notes

Dedicated on June 21, 1941, the California Institution for Men was the first major minimum security institution built and operated in the United States. It was the State of California's third correctional institution and was constructed to relieve the overcrowded conditions of San Quentin State Prison (1852) and Folsom State Prison (1881).

CIM was unique in the field of penology because it was known as the "prison without walls." The only "security" fence around the facility was a five-strand barbwire livestock fence, intended mainly to keep the dairy cows from wandering through the living areas.

CIM has since increased security to meet the challenges a vastly different inmate population requires. While no longer known as "the prison without walls" CIM's Minimum Support Facility (MSF) still houses the largest Level I inmate population within the California prison system. The MSF has approximately 2700 minimum custody level inmates at the facility.

In additional to the MSF, CIM expanded its operation to include three reception centers, Reception Centers Central (1951), Reception Center West (1960) and Reception Center East (which was acquired by the California Youth Authority in 1970).

CIM also operates a 24-hour licensed General Acute Care Hospital/Mental Health Crisis Beds, and a 100-bed HIV/CID unit.

## Inmate Programs

- Academic: Adult Basic Education, High School/GED, Pre-Release, English as a Second Language, Literacy Program.
- Prison Industry Authority (PIA): Under the direction of PIA, CIM is home to the Leonard Greenstone Marine Technology Training Center (MTTC). This program was re-dedicated June 2006. In addition to the MTTC, PIA operates a juice and milk bottling plant and laundry facility.
- Other:  Religious, Arts in Corrections, Alcoholic Anonymous/Narcotic Anonymous, and Substance Abuse Program (SAP) with a 400 inmate program enrollment.

### Family Reunification Liaison:

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Information

Visiting Days:  Saturday, Sunday
Visiting Hours:  8:30 a.m. to 3:00 p.m.

### Visiting Assistance:

.GOV CORRECTIONS AND REHABILITATION



Adult Inmate & Juvenile Ward
**Visitation**

Home » Visitors » Facilities » CTF

## Correctional Training Facility (CTF)



\* Highway 101, five miles north of Soledad.



**Ben Curry, Warden**

*Physical Address:*
Highway 101 North \*
Soledad, CA 93960

*Mailing Address:*
P.O. Box 686
Soledad, CA 93960-0686
(831) 678-3951

### VISITATION

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California [PDF]
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines [PDF]

### RELATED LINKS

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

## Correctional Training Facility - Mission Statement

The primary mission of the Correctional Training Facility is to provide housing, programs and services for medium custody inmates.

## Institution Details

The Correctional Training Facility is a three-facility complex, each functions independently of the others:

**South Facility**. The South Facility provides the complex with outside minimum custody workers. In addition, the facility offers academic, vocational and industrial assignments. The South Facility houses Level I inmates.

**Central Facility**. The Central Facility is a training and work-oriented facility that provides comprehensive academic, vocational, and industrial programs. The Central Facility houses Level II inmates and also includes the institution's Administrative Segregation Unit.

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

**North Facility.**  The North Facility is a training and work-oriented facility that provides comprehensive academic, vocational and industrial programs.  The North Facility houses Level III inmates.

CTF's values/motto is:  **Pride** in a job well done, **Excellence** in attaining and preserving the skills necessary to ensure that the institution's mission is met, and that **Training** is the means by which we achieve our goals.

CTF is engaged in ongoing efforts to meet the Americans with Disabilities Act (ADA).  CTF provides Correctional Clinical Case Management Services (CCCMS) level of care.

Top of Page

## Institution Statistics

Correctional Training Facility was opened in 1946, and covers  680 acres.  As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 1,119 |
| Number of support services staff: | 524 |
| Total number of staff: | 1,643 |
| Annual operating budget: | $150 million |

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| I - South | 510 | 1,090 |
| II - Central | 1,391 | 3,027 |
| II - North | 1,400 | 2,880 |
| Total | 3,301 | 6,997 |

## Special Historical Notes

CTF's South Facility dates back to 1946 when it was utilized as a camp center and administered by San Quentin State Prison.  The Central Facility opened in 1951; the North Facility opened in 1958.  In 1984, an additional dormitory was added to the Central Facility.  In 1996, three dormitories were added:  two at the North Facility and one at the South Facility.

## Inmate Programs

- PIA:Textiles, warehouse, wood products, silk screen
- Vocational:  Appliance repair, commercial paint, drafting, dry cleaning, electronic data processing, landscaping and gardening, machine shop, mill and cabinet, plumbing, printing, small engine repair, upholstery, welding, vocational computer refurbishing
- Academic:  Adult Basic Education, High School/GED, Pre-Release, English as a Second Language, Literacy Program, Computer Assisted Education
- Other:  Community Service Crews, Youth Diversion, Religious, Arts in Corrections, Victim Awareness, Drug Treatment/Diversion, Recycling

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays, Sundays and Designated Holidays* from 8:15 a.m. to 3:00 p.m.

* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

**3rd Day of Visiting** (a.k.a. *Friday Visiting Program*):

The Correctional Training Facility has been funded for the third day of visiting. The addition of the third day of



**.GOV** CORRECTIONS AND REHABILITATION

Home » Visitors » Facilities » **CVSP**

## Chuckawalla Valley State Prison (CVSP)





**John F. Salazar, Warden**

*Physical Address:*
19025 Wiley's Well Rd.
Blythe, CA  92225

*Mailing Address:*
P.O. Box 2289
Blythe, CA  92226
(760) 922-5300

### VISITATION

- Visitation Home
- Facility Locations
- Juvenile Facilities
- CDCR Adult and Juvenile Institutions and Camps in California [PDF]
- General Information
- Family Svcs/3rd Day Visiting
- Get on the Bus/Chowchilla Family Express
- How to Send Money to an Inmate
- Inmate Package - Approved Vendors
- Inmate Packages - Msg to Vendors
- Inmate Visiting Guidelines [PDF]

### RELATED LINKS

- CA Out-of-State Facilities
- Community Corr Facilities
- Contact an Ombudsman
- DOM Article 43 - Inmate Property
- DJJ Ombudsmen
- Identification Unit/Inmate Locator
- Juvenile Offenders
- Public Information Officers (Adult Institutions)

## Chuckawalla Valley State Prison - Mission Statement

The mission of Chuckawalla Valley State Prison (CVSP) is to provide long-term housing and services for male felons classified as medium and low-medium custody inmates. Two of the four Level II Facilities at CVSP are Sensitive Needs Yards. The other two are general population Level II yards. Under State law, the primary purpose of incarceration is punishment, the deterrence of criminal behavior, and the rehabilitation of inmates through education and self-improvement programs.

## Institution Statistics

Chuckawalla Valley State Prison was opened December 1988, and covers  1,735 acres.  As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 574 |
| Number of support services staff: | 398 |
| Total number of staff: | 972 |
| Annual operating budget: | $115 million |

**Designed Bedspace & Count**

| Facility Level | Design Capacity | Count |
|---|---|---|
| I | 208 | 358 |
| II | 1,530 | 3,555 |
| Total | 1,738 | 3,913 |

Top of Page

## Inmate Programs

- PIA: laundry
- Vocational: Air conditioning and refrigeration, auto body and fender, auto mechanic, carpentry, computer and related technology, drafting, dry cleaning, electronics, graphic arts and printing, landscaping and gardening, masonry, offices support, plumbing, roofing, upholstery, welding, cabinet making
- Academic: Adult Basic Education, High School/GED, English as a Second Language, Literacy Program, Computer Assisted Education, Re-entry, Incarcerated Youth Offender, College Programs
- Other: Cal Trans Crews, Youth Diversion, Religious, Arts in Corrections, Victim Awareness, Drug Treatment/Diversion, Alternative to Violence Class, Parenting Class, Toastmasters, and the Veterans Group

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays, Sundays, and Designated Holidays*
from 8:00 a.m. to 3:00 p.m.

\* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

Visiting at CVSP is available on weekends and major holidays. Visiting hours are between 8:00 a.m. and 3:00 p.m., with visitor processing beginning at 8:00 a.m. **No visitor will be processed after 2:00 p.m.**

Please contact our visiting staff for further information at (760) 922-5300, ext. 5104.

**Visiting Assistance:**

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

**General Directions:**

CVSP is located approximately 90 miles east of Palm Springs, off of Interstate 10. For additional information, visit this link to customize your driving directions.

Conditions of Use | Privacy Policy | Compatibility Statement
Copyright © 2007 State of California

# .GOV CORRECTIONS AND REHABILITATION



Adult Inmate & Juvenile Ward
**Visitation**

Home ≫ Visitors ≫ Facilities ≫ DVI

## Deuel Vocational Institution (DVI)



**S. M. Salinas, Warden (A)**

*Physical Address:*
23500 Kasson Road
Tracy, CA  95376

*Mailing Address:*
P.O. Box 400
Tracy, CA  95378-0004
(209) 835-4141

### Deuel Vocational Institution - Mission Statement

The mission for Deuel Vocational Institution (DVI) is two-fold:  DVI's primary mission is as a reception center for Northern California counties, and houses inmates who come to DVI primarily  from 19 Northern California county jails.  Staff process these inmates by compiling and evaluating the inmates' criminal records, life histories, medical and physiological histories, and social histories.  The information is used to determine the inmates' custody score and to identify any specific placement needs the inmate may have.  Once the reception process is completed, the inmate is transferred to one of the 33 State prisons where they serve the remainder of their prison sentence.

DVI's secondary mission is to provide general population housing to inmates who are serving their prison sentence at DVI.  General population inmates provide support to DVI by working in maintenance jobs, food service jobs, janitorial jobs, as well as other jobs that serve in supporting the operation of the prison.  Prison Industries Authority (PIA) assignments are also available to general population inmates.  PIA assignment include jobs at DVI's dairy and in the furniture fabrication plant.

### Institution Statistics

Deuel Vocational Institution was opened in 1953, and covers 783 acres.  As of Fiscal Year 2005/2006, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 807 |
| Number of support services staff: | 477 |
| Total number of staff: | 1,284 |
| | |
| Annual operating budget: | $109 million |

## VISITATION

≫ Visitation Home
≫ Facility Locations
≫ Juvenile Facilities
≫ CDCR Adult and Juvenile Institutions and Camps in California [PDF]
≫ General Information
≫ Family Svcs/3rd Day Visiting
≫ Get on the Bus/Chowchilla Family Express
≫ How to Send Money to an Inmate
≫ Inmate Package - Approved Vendors
≫ Inmate Packages - Msg to Vendors
≫ Inmate Visiting Guidelines [PDF]

## RELATED LINKS

≫ CA Out-of-State Facilities
≫ Community Corr Facilities
≫ Contact an Ombudsman
≫ DOM Article 43 - Inmate Property
≫ DJJ Ombudsmen
≫ Identification Unit/Inmate Locator
≫ Juvenile Offenders
≫ Public Information Officers (Adult Institutions)

| Designed Bedspace & Count | | |
|---|---|---|
| Facility Level | Design Capacity | Count |
| I | 171 | 198 |
| II | 193 | 398 |
| RC | 1,317 | 3,162 |
| Total | 1,681 | 3,748 |

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

Top of Page

## Special Historical Notes

DVI was named for the late Senator Charles D. Deuel who sponsored legislation establishing the institution. The facility opened in 1953 and was expanded in 1959, 1981 and 1993.

## Inmate Programs

- PIA:  Farm/dairy operation, furniture fabrication, mattress/bedding, upholstery
- Academic: Bridging Education Program
- Other:  Youth Diversion, Religious, Arts in Corrections, Narcotics Anonymous, Alcoholics Anonymous

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays and Sundays from 8:30 a.m. to 3:30 p.m.

For updated information concerning DVI visitor hours or closures, please contact the Visitor Hotline at (800) 374-8474, and follow the voice prompt for information specific to DVI.

**Visiting Assistance:**

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

**General Directions:**

**From Sacramento:**

*Option 1*

- Take I-5 South for approximately 62.3 miles
- Take the Kasson Road exit
- Turn left (east) over the over pass onto Kasson Road
- Turn left onto the entrance road, immediately after going over the railroad

or

*Option 2*

- Take Highway 99 South for approximately 47 miles
- Merge onto CA-4, toward 1-5/Downtown Stockton/San Francisco
- Merge onto I-5 South toward San Francisco/Los Angeles
- Continue for approximately 16 miles
- Take the Kasson Road exit
- Turn left (east) over the overpass onto Kasson Road
- Turn left onto the entrance road immediately after going over the railroad tracks

**From San Francisco:**

- Take I-580 East for approximately 46 miles
- Merge onto I-205 East; continue for approximately 9 miles
- Take the Mac Arthur Drive exit
- Turn right (south) onto Mac Arthur Drive; continue for approximately 1/2 mile

**.GOV** CORRECTIONS AND REHABILITATION



Adult Inmate & Juvenile Ward
**Visitation**

Home » Visitors » Facilities » FSP

## Folsom State Prison (FSP)





**Michael S. Evans, Warden**

*Physical Address:*
300 Prison Road
Represa, CA 95671

*Mailing Address:*
P.O. Box 71
Represa, CA 95671
(916) 985-2561

**VISITATION**

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California **PDF**
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines **PDF**

**RELATED LINKS**

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

### Folsom State Prison - Mission Statement

California's second oldest prison, Folsom primarily houses medium security Level II and III inmates. Inside its walled security perimeter encompasses four general population cell blocks and an Administrative Segregation Unit. This portion of the prison includes one of the state's best-known prison industries, the license plate factory. Folsom Prison also operates a minimum-security unit and a transitional treatment facility.

### Institution Statistics

Folsom State Prison was opened in 1880, and covers 40 acres. As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 623 |
| Number of support services staff: | 376 |
| Total number of staff: | 999 |
| Annual operating budget: | $115 million |

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

| Designed Bedspace & Count | | |
|---|---|---|
| Facility Level | Design Capacity | Count |
| I | 264 | 794 |
| II | 754 | 583 |
| III | 955 | 2,443 |
| AD SEG | 92 | 203 |
| Total | 2,065 | 4,023 |

Top of Page

## Special Historical Notes

The California Legislature authorized the construction of Folsom State Prison in 1858. Twenty years later, in 1878, construction began on one of the nations first maximum-security prisons. On July 26, 1880, Folsom received its first 44 inmates. The inmates were transferred by boat from San Quentin State Prison to Sacramento and then by train from Sacramento to the prison.

Folsom State Prison's location was selected due to an unlimited amount of native granite stone for building the prison.  Also, the American River offered ample water and formed a natural boundary.  Inmate laborers built the first dam and canal on the American River, which led to the first hydroelectric power generation for the Sacramento area.

Originally designed to hold inmates serving long sentences, habitual criminals, and incorrigibles, Folsom State Prison quickly gained the reputation of being the *end of the line*.  Prior to the completion of the granite wall in the 1920's, the prison witnessed numerous escape attempts; the first one occurring shortly after the first inmates arrived in 1880. Throughout Folsom's violent and bloody history, numerous riots and escape attempts have resulted in both inmate and staff deaths.

The Folsom Museum is located near the entrance of Folsom Prison. Run solely through the support of volunteers, the museum contains an abundance of documents and artifacts from throughout Folsom's long and colorful history.

## Inmate Programs

- PIA:  Administration, license plate factory, maintenance, metal fabrication, sign shop, and furniture factory
- Vocational:  Auto body & fender, auto mechanics, building maintenance, electronics, graphic arts, janitorial, landscape gardening, masonry, mill and cabinet, office services, and welding
- Academic: Adult Basic Education, High School/GED, English as a Second Language, Literacy Program, Computer Assisted Instruction
- Other:  Community Service Crews, Youth Diversion Program, Religious Program, Folsom Project for the visually impaired, Arts in Corrections

### Family Reunification Liaison:

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

### Friday, Saturday and Sunday **only**.

Friday: 12:00 noon to 7:30 p.m.
Saturday and Sunday: 8:00 a.m. to 2:30 p.m.

Visitor Processing begins 1/2 hour prior to each day's visiting start time and ends 1 hour prior to each day's visiting closing time.  For information regarding Administrative Segregation Appointments or lock-down information, please call Folsom State Prison's main telephone number at (916) 985-2561 and follow the prompts for visiting information.

### Visiting Assistance:

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.



**.GOV** CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
**Visitation**

Home » Visitors » Facilities » **ISP**

### Ironwood State Prison (ISP)





**Debra Herndon, Warden**

*Physical Address:*
19005 Wiley's Well Road
Blythe, CA 92225

*Mailing Address:*
P.O. Box 2229
Blythe, CA  92226
(760) 921-3000

**VISITATION**

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California **PDF**
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines **PDF**

**RELATED LINKS**

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

### Ironwood State Prison - Mission Statement

The primary mission of Ironwood State Prison (ISP) is to improve public safety through the confinement of minimum and medium custody male offenders, while providing them the life improvement skills needed to successfully re-integrate back into society upon parole.

### Institution Details

ISP is comprised of four (4) Level III (medium security) facilities within it's security perimeter and (1) Minimum Support Facility (minimum security) outside of the security perimeter area. ISP currently has a 15 bed Correctional Treatment Center under construction. Once completed it will be a licensed medical facility.

An emphasis is placed on providing all inmates with programs for self-improvement. These programs include academic and vocational education as well as inmate self-help group activities. ISP has partnered with the Palo Verde Valley Community College in a distance education program where inmates may earn an AA/AS degree in General Studies, Business Management, Liberal Arts and Business Administration. This program is funded by the Extended Opportunities Programs and Services (EOPS).

### Institution Statistics

Copyright © 2007 State of California

ISP was opened February 1, 1994, and covers 1,700 acres. As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 783 |
| Number of support services staff: | 338 |
| Total number of staff: | 1,061 |
| Annual operating budget: | $113 million |

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| I | 200 | 386 |
| III | 2,000 | 4,278 |
| Total | 2,200 | 4,664 |

Top of Page

## Special Historical Notes

Ironwood State Prison's name was derived from the surrounding area's native Ironwood trees, which share with the prison the qualities of strength, solidity and firmness.

## Inmate Programs

- PIA: None
- Vocational: Air condition and refrigeration, auto body repair, auto mechanics, carpentry, drywall, electronics, graphic arts, janitorial, landscaping, maintenance, masonry, mill and cabinet, office equipment repair, office services and related technologies, plumbing, small engine repair, welding and machine shop
- Academic: Adult Basic Education, High School/GED, Re-Entry Program, English as a second language, Literacy program, College Correspondence and Palo Verde Community College
- Self Help Programs: Religious, Arts in Corrections, Substance Abuse Program, AA/NA, Life's too short, Incarcerated Fathers group, Ironwood Veterans Group, Music Group and the Desert Star educational program

### Family Reunification Liaison:

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays, Sundays and Designated Holidays*
from 9:00 a.m. to 3:00 p.m.

* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

### Visiting Assistance:

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

### General Directions:

Ironwood State Prison is located approximately 90 miles east of Palm Springs, off of Interstate 10, next to Chuckawalla Valley State Prison. For additional information, visit this link to customize your driving directions.



**.GOV** CORRECTIONS AND REHABILITATION

Home » Visitors » Facilities » NKSP

## North Kern State Prison (NKSP)

**VISITATION**

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California [PDF]
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines [PDF]





**Lydia C. Hense, Warden**

*Physical Address:*
2737 West Cecil Avenue
Delano, CA 93215

*Mailing Address:*
P.O. Box 567
Delano, CA 93216-0567
(661) 721-2345 (General)

**RELATED LINKS**

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

**NORTH KERN SP LINKS**

» Return to NKSP Home Page
» Inmate Mental Health

### North Kern State Prison - Mission Statement

The mission of North Kern State Prison is two-fold:  1) it functions as a reception center for the processing of incoming inmates from southern and some northern counties; and 2) functions as the Central California Transportation Hub for the California Department of Corrections and Rehabilitation.

### Institution Details

NKSP has a general population medium custody facility and a minimum support facility.  The general population portion of the institution focuses on providing educational opportunities geared towards providing inmates with an education which will aid them in seeking employment upon their release from prison.

The Reception Center currently processes incoming inmates usually within a 60 to 90 day period.  After compiling the inmate's criminal records, life histories, medical and psychological histories, and social relationships, NKSP staff determines the inmate's classification score and institutional placement.  NKSP also has a ten-bed Level I firehouse.

Conditions of Use | Privacy Policy | Compatibility Statement
Copyright © 2007 State of California

## Institution Statistics

North Kern State Prison was opened April 1993, and covers 640 acres. As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 1,008 |
| Number of support services staff: | 549 |
| Total number of staff: | 1,557 |
| Annual operating budget: | $171 million |

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| I | 208 | 402 |
| III | 500 | 388 |
| RC | 2,184 | 4,600 |
| Total | 2,892 | 5,390 |

Top of Page

## Special Historical Notes

On October 7, 1994, the adult education facility was dedicated in the memory of Marie Keroack Romero, a prison teacher who was murdered at a California Youth Authority facility in 1975.

Three hundred and sixty acres of NKSP property has been designated as protected wildlife habitat for the Blunt-Nosed Leopard lizard, San Joaquin kit fox, and the Tipton kangaroo Rat. The facility is an exact replica of its closest neighbor, Wasco State Prison-Reception Center.

## Inmate Programs

- PIA: None
- Vocational: None
- Academic: Adult Basic Education, High School/GED, English as a Second Language Bridging Education
- Other: Religious Services, Self Help Groups, Substance Abuse Program

### Family Reunification Liaison:

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Saturdays, Sundays and Designated Holidays* from 8:30 a.m. to 2:00 p.m.

* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

All visiting check-ins must be completed prior to 2:00 p.m. For updated information in English and Spanish regarding NKSP visitor hours or closures, please contact the California Department of Corrections and Rehabilitation's toll-free Visiting Information Line at (800) 374-8474.

### Visiting Assistance:

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

### General Directions:

#### From Northern Destinations:

- Take Hwy 99 south to the town of Delano



**.GOV** CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
**Visitation**

Home » Visitors » Facilities » **SCC**

Sierra Conservation Center (SCC)





**Ivan D. Clay , Warden**

_Physical Address:_
5100 O'Byrnes Ferry Road
Jamestown, CA  95327

### VISITATION

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California **PDF**
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines **PDF**

### RELATED LINKS

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

### Sierra Conservation Center- Mission Statement

The primary mission of the Sierra Conservation Center is to provide housing, programs and services for minimum and medium custody inmates.  SCC is one of only two prisons in the state responsible for the training and placement of male inmates in the Conservation Camp Program.  SCC administers 19 male camps located from Central California to the Mexican border.

### Institution Details

SCC functions as the center for training staff and inmates in firefighting techniques.  The prison is separated into two dormitory-type facilities for minimum and low-medium custody inmates and a separate high-medium custody facility.

Each of the 19 Conservation Camps is a self contained "prison without walls."  The camps are sited in rural or wilderness areas for fire suppression.  Inmates assigned to camps are dispatched to fight wild land fires and other emergencies when needed and a variety of community work projects.

### Institution Statistics

Sierra Conservation Center was opened in 1965, and covers 420 acres.  As of Fiscal Year 2006/2007 the following statistics apply:

Number of custody staff:

Number of support services staff:                   386
Total number of staff:                             1,144

Annual operating budget:                      $148 million

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| I | 618 | 1,466 |
| II | 608 | 1,558 |
| III | 500 | 1,442 |
| Camps | 1,980 | 2,125 |
| Total | 3,706 | 6,591 |

Top of Page

## Inmate Programs

- PIA:  Textiles (sewing)
- Vocational:  Mill and Cabinet, Auto Mechanics, Auto Body and Fender, Director's Plaque Program, Carpentry, Graphic Arts, Office Services
- Academic: Adult Basic Education I, II, III,  GED, Bridging Program, Re-entry program, PFT
- College Program: Landscaping, Printing
- Other: Substance Abuse Program, Reimbursable Community Crews, Religious, Self-Help Groups, PIA

### Family Reunification Liaison:

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

Fridays from 12:30 p.m. to 7:30 p.m.

Saturdays, Sundays and Designated Holidays*
from 8:30 a.m. to 3:30 p.m.

* New Year's Day, Independence Day,
Labor Day, Thanksgiving, Christmas

For current visiting information, lockdown information, etc., please call our visiting information line at 1-800-374-8474.

### Visiting Assistance:

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

### General Directions:

#### From Sacramento:

- Take Highway 99 south to Stockton
- Take Highway 4 East to Copperopolis
- Turn right on O'Byrnes Ferry Road
- Continue for 12 miles; the prison will be on your left

#### From Bay Area:

- Take I-580 east to its merge with I-5
- Take the exit marked for Manteca and Sonora.  This will bypass the town of Manteca and take you to Highway 99 north
- Go one mile and take a right on Highway 120 East
- Go through Escalon to Oakdale where Highway 120 merges with Highway 108
- Continue on  108/120 toward Sonora, approximately 25 miles



**.GOV** CORRECTIONS AND REHABILITATION

California State Prison, Solano (SOL)



**John W. Haviland, Warden (A)**

*Physical Address:*
2100 Peabody Road
Vacaville, CA  95696

*Mailing Address:*
P. O. Box 4000
Vacaville, CA  95696-4000
((707) 451-0182

### VISITATION

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile Institutions and Camps in California **[PDF]**
» General Information
» Family Svcs/3rd Day Visiting
» Get on the Bus/Chowchilla Family Express
» How to Send Money to an Inmate
» Inmate Package - Approved Vendors
» Inmate Packages - Msg to Vendors
» Inmate Visiting Guidelines **[PDF]**

### RELATED LINKS

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate Property
» DJJ Ombudsmen
» Identification Unit/Inmate Locator
» Juvenile Offenders
» Public Information Officers (Adult Institutions)

### California State Prison, Solano- Mission Statement

The primary mission of California State Prison (CSP), Solano is to provide custody, care and treatment, and rehabilitative programs for those inmates committed to the Department of Corrections and Rehabilitation by the courts.  CSP-Solano is designed as a medium security institution to provide housing for general population inmates.

The institution focuses on providing a comprehensive work/training program with academic education, vocational training, and industries assignments geared towards providing inmates with work skills and education.  Additionally, the institution has a variety of self-help programs including AA, NA, Veterans, VORG (Victim Offender Reconciliation Group), and POP (Prison Outreach Program).  Through the Educational and Vocational training, Industries assignments, and self-help programs, the institution provides inmates the opportunity to develop the life skills necessary for successful re-integration into society.  The institution is comprised of four separate, semi-autonomous facilities, a 400 bed Administrative Segregation Unit, and a 16 bed Correctional Treatment Center.

### Institution Statistics

CSP-Solano was opened August 1984, and covers  146 acres.  As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 775 |
| Number of support services staff: | 380 |
| Number of medical staff: | 153 |
| Total number of staff: | 1,308 |

Annual operating budget:                    $158.4 million

Conditions of Use | Privacy Policy |
Compatibility Statement
Copyright © 2007 State of
California

### Designed Bedspace & Count

| Facility Level | Design Capacity | Count |
|---|---|---|
| II | 1,410 | 3,578 |
| III | 1,200 | 2,469 |
| Total | 2,610 | 6,047 |

Top of Page

## Special Historical Notes

When the prison opened in 1984, it was administered by the warden of the California Medical Facility.  In January 1992, the two prisons were separated administratively and a warden was assigned to each prison.

## Inmate Programs

- PIA:  Book bindery, laundry, lens lab, medal fabrication, optical
- Vocational:  Auto body, auto mechanics, carpentry, computer repair, eyewear manufacture, industrial electronics, landscaping and horticulture, machine shop, masonry, mill and cabinet, office services, painting, refrigerator and air conditioning, welding
- Academic: Adult Basic Education, High School/GED, Pre-Release, English as a Second Language, Literacy Program
- Bridging Program:  Basic life skills
- Substance Abuse Program
- Other:  Religious, Arts in Corrections, Victim Awareness, Computers for Schools

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

**Friday\*  from 1:00 p.m. to 8:00 p.m.**
*Non-Contact 1:00 PM to 3:30 PM, by appointment*

**Saturday and Sunday from 8:00 a.m. to 3:00 p.m.**
*Non-Contact 8:00 AM to 1:00 PM, by appointment*

\*Inmates must meet certain criteria to be eligible for Friday visiting, including being disciplinary free for the last 90 days. Inmates should inform visitors of their eligibility.

For visiting information regarding rules, dress code, program changes, and allowable items, visitors should call 1-800-374-8474. Visitors may also call the CSP-Solano Visiting Department at (707) 451-0182, ext. 3266, 5752, or 5703.

**Visiting Assistance:**

A CDCR funded Visitor Center is at the institution operated by a community-based organization under contract to CDCR. The Visitor Center provides visiting assistance to family members and friends including a sheltered place to wait before and after visits, transportation to and from local transit terminals, childcare, clothing appropriate for visits on loan, and information about local resources, visiting rules and regulations.

For directions to CSP-Solano, visit this link  to customize your driving directions.



.GOV CORRECTIONS AND REHABILITATION

Adult Inmate & Juvenile Ward
Visitation

Home » Visitors » Facilities » SQ

## San Quentin State Prison (SQ)





**Robert K. Wong, Warden (A)**

*Physical Address:*
San Quentin, CA  94964
(415) 454-1460

### VISITATION

» Visitation Home
» Facility Locations
» Juvenile Facilities
» CDCR Adult and Juvenile
  Institutions and Camps in
  California **PDF**
» General Information
» Family Svcs/3rd Day
  Visiting
» Get on the Bus/Chowchilla
  Family Express
» How to Send Money to an
  Inmate
» Inmate Package - Approved
  Vendors
» Inmate Packages - Msg to
  Vendors
» Inmate Visiting Guidelines
  **PDF**

### RELATED LINKS

» CA Out-of-State Facilities
» Community Corr Facilities
» Contact an Ombudsman
» DOM Article 43 - Inmate
  Property
» DJJ Ombudsmen
» Identification Unit/Inmate
  Locator
» Juvenile Offenders
» Public Information Officers
  (Adult Institutions)

### SAN QUENTIN LINKS

» Return to
  SQ Home Page
» San Quentin News
  Newsletter

### San Quentin State Prison - Mission Statement

San Quentin is California's oldest and best known correctional institution.  The prison today includes a reception center for new commitments, a parole violator unit, general population units, and a minimum security work crew unit.  The state's only gas chamber and death row for all male condemned inmates are located at San Quentin.

### Institution Statistics

San Quentin State Prison was opened in July 1852, and covers  432 acres.  As of Fiscal Year 2006/2007, the following statistics apply:

| | |
|---|---|
| Number of custody staff: | 1,033 |
| Number of support services staff: | 685 |
| Total number of staff: | 1,718 |
| Annual operating budget: | $210 million |

**Designed Bedspace & Count**

| Facility Level | Design Capacity | Count |
|---|---|---|
| | | |

| | 215 | 251 |
|---|---|---|
| II | 1,077 | 1,564 |
| RC | 1,436 | 2,788 |
| Condemned | 554 | 622 |
| Total | 3,317 | 5,222 |

Top of Page

## Special Historical Notes

San Quentin was established in July 1852 at Point Quentin in Marin county as an answer to the rampant lawlessness in California at the time.  During its construction, inmates slept on the prison ship, the Waban, at night and labored to build the new prison during the day.  San Quentin housed both male and female inmates until 1933 when the women's prison at Tehachapi was built.

## Inmate Programs

- PIA:  Furniture manufacturing, mattress manufacturing
- Vocational:  Dry cleaning, electrical, graphic arts and printing, landscaping, machine shop, plumbing, sheet metal
- Academic:  Adult Basic Education, High School/GED, Pre-Release, English as a Second Language, Literacy Program
- Other:  Community Service Crews, Youth Diversion, Religious, Arts in Corrections, Victim Awareness, Drug Treatment/Diversion, Joint Venture, Computers for Schools, Eyeglass recycling, Bicycle repair

**Family Reunification Liaison:**

CDCR provides through a contract with a community-based organization an on-site Case Manager as a family reunification liaison for inmates and family members, to assist with an inmate's pre-release preparation; and conduct Parenting and Creative Conflict Resolution classes for inmates.

Top of Page

## Visiting Hours and Directions

### Non-Legal Visiting Schedule

**Thursday**
Visiting Staff Hours:  7:00 a.m. to 3:00 p.m.

| Five (5) Condemned Contact | 7:30 a.m., 9:45 a.m., 12:00 p.m. |
|---|---|
| Three (3) Grade B | 8:00 a.m. to 9:00 a.m. |
| Eight (8) Reception Center | 8:00 a.m. to 9:00 a.m. |
| Three (3) Grade B | 11:00 a.m. to 12:00 p.m. |
| Eight (8) Reception Center | 11:00 a.m. to 12:00 p.m. |

**Friday**
(Condemned and Reception Center)
Visiting Staff Hours:  10:00 a.m. to 6:00 p.m.

| Five (5) Condemned Contact | 10:30 a.m. |
|---|---|
| Three (3) Grade B | 10:30 a.m., 12:00 p.m. |
| Eight (8) Reception Center | 10:30 a.m., 12:00 p.m. |

**General Population: H-Unit and North Block will be visiting
in the Main Visiting Room (no Ranch visiting).**

Processing starts at 1:30 p.m. and stops at 2:30 p.m. for count.
General population visiting hours are from 2:00 p.m. to 5:30 p.m.

**Saturday and Sunday**
Visiting Staff Hours:  7:00 a.m. to 3:00 p.m.

# Exhibit P-1017

# AVERAGE DAILY PRISON POPULATION

## CALENDAR YEAR 2008

**Department of Corrections**

**Offender Information Services Branch**

**Estimates and Statistical Analysis Section**

**Data Analysis Unit**

**Sacramento, California**
**January 2009**

**Reference Number: IPOP-2**

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1017
Date Entered:_____
Signature:_____
Alternate Reference:

# STATE OF CALIFORNIA

## DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MATTHEW CATE**
*Secretary*

**SCOTT KERNAN**
*Undersecretary, Operations*

**KATHRYN P. JETT**
*Undersecretary, Programs*

**MARY FERNANDEZ**
*Undersecretary, Administration*

### ADULT OPERATIONS

**VACANT**
*Chief Deputy Secretary, Adult Operations*

**SUZAN L. HUBBARD**
*Director, Division of Adult Institutions*

**THOMAS G. HOFFMAN**
*Director, Division of Adult Parole Operations*

**STEVEN F. CHAPMAN, Ph. D.**
*Assistant Secretary, Office of Research*

**L. J. CARR, Ph. D.**
*Chief, Offender Information Services Branch*

**JAY R. ATKINSON**
*Research Manager II, Estimates and Statistical Analysis Section*



## DATA ANALYSIS UNIT

**LORI ASUNCION**
*Staff Services Manager I*

**STEPHEN KRIMETZ**
*Associate Information Systems Analyst*

**DAVID WEISHAHN**
*Assistant Information Systems Analyst*

**CINDY WAGSTAFF**
*Research Analyst II*

**RAVINDERPAL VAID**
*Research Analyst II*

1515 S STREET          SACRAMENTO, CA  95811          TELEPHONE: (916) 445-1310

Internet: http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/index.html
Email: http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Contact_DAU.aspx

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY COMMITMENT TYPE, FACILITY TYPE AND LEVEL OF INSTITUTION
Calendar Year 2008

| Commitment Type, Facility Type and Institution Level | QUARTER | | | | YEAR 2008 |
|---|---|---|---|---|---|
| | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | |
| Total Population | 170,724 | 170,637 | 171,621 | 172,074 | 171,264 |
| Total Men | 159,378 | 159,272 | 160,095 | 160,523 | 159,817 |
| Felons | 158,368 | 158,332 | 159,214 | 159,672 | 158,896 |
| Civil Narcotic Addicts | 729 | 685 | 631 | 607 | 663 |
| Youth Authority | 57 | 53 | 44 | 37 | 48 |
| Other | 224 | 202 | 207 | 207 | 210 |
| Total Women | 11,346 | 11,364 | 11,525 | 11,550 | 11,446 |
| Felons | 11,053 | 11,095 | 11,260 | 11,296 | 11,176 |
| Civil Narcotic Addicts | 257 | 236 | 225 | 218 | 234 |
| Youth Authority | 2 | 2 | 2 | 2 | 2 |
| Other | 34 | 32 | 39 | 35 | 35 |
| Institution Total | 127,688 | 126,479 | 126,485 | 126,189 | 126,710 |
| Reception Center Total | 29,467 | 29,449 | 29,583 | 29,546 | 29,511 |
| Camp Total | 4,396 | 4,346 | 4,359 | 4,401 | 4,375 |
| Community Based Facilities Total | 6,330 | 6,329 | 6,260 | 6,090 | 6,252 |
| Hospitals Total | 184 | 213 | 217 | 188 | 200 |
| COCF | 2,660 | 3,820 | 4,718 | 5,658 | 4,214 |
| Level of Men's Institutions | 159,378 | 159,273 | 160,096 | 160,524 | 159,818 |
| Level I | 21,301 | 21,102 | 21,220 | 20,970 | 21,148 |
| Level II | 47,950 | 48,202 | 48,963 | 50,067 | 48,795 |
| Level III | 58,372 | 58,390 | 58,206 | 57,560 | 58,132 |
| Level IV | 31,755 | 31,579 | 31,708 | 31,928 | 31,742 |

*Average daily prison populations are based on end of the month population counts. The population
includes the Department of Corrections' institutions, community based facilities and state
hospitals.

Note: Due to rounding, numbers may not add to totals.

IPOP-2                              1

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY INSTITUTION (BASED ON MONTHLY COUNTS)
Calendar Year 2008

| MALE INSTITUTIONS | QUARTER | | | | YEAR 2008 |
|---|---|---|---|---|---|
| | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | |
| AVENAL STATE PRISON: | 7,293 | 6,970 | 6,877 | 6,717 | 6,964 |
| | | | | | |
| CALIFORNIA CORRECTIONAL CENTER: | | | | | |
| Camps (opened 06/05) | 1,983 | 1,943 | 1,956 | 1,980 | 1,965 |
| Level I | 1,513 | 1,558 | 1,522 | 1,538 | 1,533 |
| Level II | 1,504 | 1,409 | 1,216 | 1,218 | 1,337 |
| Level III | 932 | 924 | 911 | 927 | 924 |
| SUBTOTAL: | 5,932 | 5,834 | 5,605 | 5,663 | 5,759 |
| | | | | | |
| CALIFORNIA CORRECTIONAL INSTITUTION: | | | | | |
| Level I | 1,211 | 1,112 | 1,146 | 1,216 | 1,171 |
| Level II | 1,166 | 1,270 | 1,556 | 1,543 | 1,384 |
| Level IV | 817 | 787 | 793 | 798 | 799 |
| SHU | 697 | 706 | 758 | 771 | 733 |
| Reception Ctr | 1,227 | 1,229 | 1,430 | 1,462 | 1,337 |
| SUBTOTAL: | 5,118 | 5,103 | 5,683 | 5,790 | 5,423 |
| | | | | | |
| CALIFORNIA INSTITUTION FOR MEN: | | | | | |
| Level I | 2,208 | 2,278 | 2,284 | 2,174 | 2,236 |
| East - Reception Center | 1,083 | 1,158 | 1,163 | 1,167 | 1,143 |
| Reception Center - Central | 1,229 | 1,162 | 1,230 | 1,218 | 1,210 |
| Reception Center - West | 1,439 | 1,417 | 1,282 | 1,225 | 1,341 |
| SUBTOTAL: | 5,959 | 6,014 | 5,959 | 5,784 | 5,929 |
| | | | | | |
| CALIFORNIA MEDICAL FACILITY: | | | | | |
| Level I | 150 | 134 | 107 | 110 | 125 |
| Level II | 345 | 374 | 383 | 379 | 370 |
| Level III | 2,538 | 2,551 | 2,596 | 2,521 | 2,552 |
| SUBTOTAL: | 3,032 | 3,059 | 3,086 | 3,010 | 3,047 |
| | | | | | |
| CALIFORNIA MEN'S COLONY: | | | | | |
| East | 3,747 | 3,737 | 3,721 | 3,729 | 3,733 |
| West | 2,759 | 2,779 | 2,778 | 2,787 | 2,775 |
| SUBTOTAL: | 6,506 | 6,515 | 6,499 | 6,516 | 6,509 |
| | | | | | |
| CA OUT-OF-ST CORR FAC: | | | | | |
| ARIZONA (opened 10/06) | 777 | 1,255 | 1,986 | 2,953 | 1,743 |
| MISSISSIPPI (opened 05/07) | 1,602 | 1,686 | 1,632 | 1,621 | 1,635 |
| OKLAHOMA (opened 10/06) | 203 | 804 | 1,025 | 1,011 | 761 |
| TENNESSEE (opened 10/06) | 78 | 76 | 75 | 73 | 75 |
| SUBTOTAL: | 2,660 | 3,820 | 4,718 | 5,658 | 4,214 |
| | | | | | |
| CALIFORNIA REHABILITATION CENTER(MEN): | 4,634 | 4,400 | 4,360 | 4,349 | 4,436 |
| | | | | | |
| CALIFORNIA STATE PRISON, CALIPATRIA: | | | | | |
| Level I | 281 | 251 | 253 | 265 | 263 |
| Level IV (opened 11/96) | 3,899 | 3,948 | 4,048 | 4,057 | 3,988 |
| SUBTOTAL: | 4,180 | 4,199 | 4,301 | 4,322 | 4,251 |

*Average daily prison populations are based on end of the month population counts. The population
includes the Department of Corrections' institutions, community based facilities and state
hospitals.

IPOP-2                                         2

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY INSTITUTION (BASED ON MONTHLY COUNTS)
Calendar Year 2008

| MALE INSTITUTIONS | QUARTER | | | | YEAR 2008 |
|---|---|---|---|---|---|
| | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | |
| **CALIFORNIA STATE PRISON, CENTINELA:** | | | | | |
| Level I (opened 10/93) | 379 | 380 | 373 | 377 | 377 |
| Level III (opened 10/93) | 4,699 | 4,656 | 4,561 | 4,647 | 4,640 |
| SUBTOTAL: | 5,077 | 5,036 | 4,934 | 5,024 | 5,018 |
| **CALIFORNIA STATE PRISON, CORCORAN:** | | | | | |
| Level I | 839 | 838 | 865 | 847 | 847 |
| Level III | 2,934 | 2,977 | 3,065 | 3,089 | 3,016 |
| Level IV | 548 | 469 | 427 | 433 | 469 |
| SHU | 1,309 | 1,369 | 1,369 | 1,385 | 1,358 |
| PHU | 9 | 8 | 20 | 23 | 15 |
| SUBTOTAL: | 5,639 | 5,662 | 5,745 | 5,777 | 5,706 |
| **CALIFORNIA STATE PRISON, LOS ANGELES CO:** | | | | | |
| Level I (opened 04/93) | 374 | 365 | 358 | 333 | 358 |
| Level III/IV (opened 02/93) | 1,444 | 1,457 | 1,475 | 1,470 | 1,461 |
| Reception Center (opened 12/05) | 3,144 | 3,157 | 3,171 | 3,115 | 3,147 |
| SUBTOTAL: | 4,961 | 4,979 | 5,004 | 4,918 | 4,966 |
| **CALIFORNIA STATE PRISON, SACRAMENTO:** | | | | | |
| Level I | 346 | 340 | 337 | 328 | 338 |
| PSU | 170 | 179 | 174 | 182 | 176 |
| Level IV | 2,637 | 2,530 | 2,520 | 2,486 | 2,543 |
| SUBTOTAL: | 3,153 | 3,049 | 3,031 | 2,996 | 3,057 |
| **CALIFORNIA STATE PRISON, SAN QUENTIN:** | | | | | |
| Level I | 3 | 2 | 1 | 1 | 2 |
| Level II | 1,871 | 1,861 | 1,861 | 1,812 | 1,851 |
| Condemned | 573 | 604 | 614 | 627 | 604 |
| Reception Center | 2,838 | 2,795 | 2,755 | 2,850 | 2,810 |
| SUBTOTAL: | 5,284 | 5,262 | 5,231 | 5,290 | 5,267 |
| **CALIFORNIA STATE PRISON, SOLANO:** | | | | | |
| Level II | 3,140 | 2,922 | 2,920 | 2,854 | 2,959 |
| Level III | 2,665 | 2,728 | 2,651 | 2,425 | 2,617 |
| SUBTOTAL: | 5,805 | 5,650 | 5,571 | 5,279 | 5,576 |
| **CAL SUBSTAN ABUSE TREAT FAC AND SP - COR:** | 7,297 | 7,184 | 7,154 | 7,104 | 7,185 |
| **CHUCKAWALLA VALLEY STATE PRISON:** | | | | | |
| Level I (opened 03/95) | 319 | 312 | 342 | 332 | 326 |
| Level II | 2,799 | 2,779 | 2,724 | 2,843 | 2,786 |
| SUBTOTAL: | 3,117 | 3,091 | 3,065 | 3,175 | 3,112 |
| **CORRECTIONAL TRAINING FACILITY:** | | | | | |
| Central-II (opened 01/94) | 2,815 | 2,859 | 2,860 | 2,894 | 2,857 |
| North-II/III | 2,668 | 2,650 | 2,613 | 2,615 | 2,637 |
| South-I | 987 | 972 | 996 | 983 | 984 |
| SUBTOTAL: | 6,471 | 6,481 | 6,468 | 6,492 | 6,478 |

IPOP-2

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY INSTITUTION (BASED ON MONTHLY COUNTS)
Calendar Year 2008

| MALE INSTITUTIONS | QUARTER | | | | YEAR |
| | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | 2008 |
|---|---|---|---|---|---|
| **DEUEL VOCATIONAL INSTITUTION:** | | | | | |
| Level I/II | 652 | 661 | 688 | 691 | 673 |
| Reception Center | 3,124 | 3,182 | 3,132 | 3,122 | 3,140 |
| SUBTOTAL: | 3,775 | 3,844 | 3,820 | 3,814 | 3,813 |
| | | | | | |
| **FOLSOM STATE PRISON:** | | | | | |
| PSAP (opened 11/05) | 175 | 176 | 173 | 184 | 177 |
| TTP | 39 | 22 | 40 | 54 | 39 |
| Level I | 384 | 402 | 393 | 357 | 384 |
| Level II | 1,522 | 1,525 | 1,781 | 2,052 | 1,720 |
| Level III (opened 07/02) | 1,975 | 1,985 | 1,656 | 1,399 | 1,754 |
| SUBTOTAL: | 4,094 | 4,110 | 4,042 | 4,045 | 4,073 |
| | | | | | |
| **HIGH DESERT STATE PRISON:** | | | | | |
| Level I (opened 08/95) | 339 | 337 | 355 | 334 | 341 |
| Level II (opened 11/02) | 114 | 114 | 118 | 107 | 114 |
| Level III (opened 08/95) | 475 | 534 | 494 | 458 | 490 |
| Level IV (opened 08/95) | 2,760 | 2,827 | 2,851 | 2,898 | 2,834 |
| Reception Center (opened 09/95) | 573 | 579 | 665 | 675 | 623 |
| SUBTOTAL: | 4,261 | 4,391 | 4,483 | 4,472 | 4,402 |
| | | | | | |
| **IRONWOOD STATE PRISON:** | | | | | |
| Level I (opened 02/94) | 299 | 292 | 293 | 273 | 289 |
| Level III (opened 02/94) | 4,327 | 4,191 | 4,128 | 3,957 | 4,151 |
| SUBTOTAL: | 4,627 | 4,483 | 4,421 | 4,230 | 4,440 |
| | | | | | |
| **KERN VALLEY STATE PRISON:** | | | | | |
| Level I/II (opened 06/05) | 267 | 210 | 208 | 249 | 233 |
| Level IV (opened 07/05) | 4,600 | 4,475 | 4,484 | 4,497 | 4,514 |
| SUBTOTAL: | 4,867 | 4,685 | 4,692 | 4,746 | 4,747 |
| | | | | | |
| **MULE CREEK STATE PRISON:** | | | | | |
| Level I/II | 344 | 363 | 368 | 335 | 353 |
| Level III | 2,343 | 2,354 | 2,351 | 2,536 | 2,396 |
| Level IV (opened 09/94) | 969 | 994 | 982 | 988 | 983 |
| SUBTOTAL: | 3,656 | 3,710 | 3,702 | 3,859 | 3,732 |
| | | | | | |
| **NORTH KERN STATE PRISON:** | | | | | |
| Level I (opened 04/93) | 251 | 267 | 286 | 321 | 281 |
| Level III (opened 04/93) | 604 | 599 | 586 | 534 | 581 |
| Reception Center (opened 05/93) | 4,647 | 4,616 | 4,568 | 4,605 | 4,609 |
| SUBTOTAL: | 5,502 | 5,481 | 5,440 | 5,460 | 5,471 |
| | | | | | |
| **PELICAN BAY STATE PRISON:** | | | | | |
| Level I | 287 | 246 | 234 | 243 | 252 |
| Level III/IV | 2,021 | 2,028 | 2,044 | 2,055 | 2,037 |
| SHU | 1,105 | 1,100 | 1,095 | 1,093 | 1,098 |
| SUBTOTAL: | 3,412 | 3,374 | 3,372 | 3,390 | 3,387 |

IPOP-2

4

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY INSTITUTION (BASED ON MONTHLY COUNTS)
Calendar Year 2008

| MALE INSTITUTIONS | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | YEAR 2008 |
|---|---|---|---|---|---|
| PLEASANT VALLEY STATE PRISON: | | | | | |
| Level I/II (opened 11/94) | 268 | 290 | 286 | 280 | 281 |
| Level III/IV (opened 11/94) | 4,997 | 4,871 | 4,892 | 4,838 | 4,899 |
| SUBTOTAL: | 5,265 | 5,160 | 5,178 | 5,118 | 5,180 |
| RIO COSUMNES COR CTR-RC: | 367 | 300 | 281 | 347 | 324 |
| RICHARD J. DONOVAN CORR FAC AT ROCK MTN: | | | | | |
| Level I | 318 | 300 | 324 | 337 | 320 |
| Level II | 1,806 | 1,795 | 1,782 | 1,819 | 1,801 |
| Reception Center | 1,963 | 2,010 | 2,020 | 1,992 | 1,996 |
| IV (opened 10/06) | 490 | 479 | 532 | 628 | 532 |
| SUBTOTAL: | 4,578 | 4,584 | 4,658 | 4,775 | 4,649 |
| SALINAS VAL STATE PRISON: | | | | | |
| Level I/II (opened 05/96) | 271 | 298 | 298 | 286 | 288 |
| Level III/IV (opened 05/96) | 3,823 | 3,797 | 3,784 | 3,770 | 3,794 |
| SUBTOTAL: | 4,094 | 4,095 | 4,082 | 4,056 | 4,082 |
| SANTA RITA CO. JAIL-RC: | 852 | 874 | 867 | 854 | 862 |
| SAN BRUNO CO. JAIL: | 12 | 3 | 1 | 1 | 4 |
| SIERRA CONSERVATION CENTER: | | | | | |
| Camps-Men | 2,108 | 2,101 | 2,098 | 2,111 | 2,105 |
| Level I | 1,294 | 1,279 | 1,323 | 1,293 | 1,297 |
| Level II | 1,530 | 1,493 | 1,478 | 1,449 | 1,487 |
| Level III | 1,173 | 1,202 | 1,201 | 1,198 | 1,193 |
| SUBTOTAL: | 6,104 | 6,074 | 6,101 | 6,051 | 6,082 |
| WASCO STATE PRISON: | | | | | |
| Level I | 236 | 260 | 273 | 254 | 256 |
| Level III | 555 | 498 | 400 | 459 | 478 |
| Reception Center | 5,227 | 5,230 | 5,245 | 5,138 | 5,210 |
| SUBTOTAL: | 6,018 | 5,988 | 5,919 | 5,852 | 5,944 |
| DMH STATE HOSPITALS: | | | | | |
| Camarillo | 0 | 0 | 0 | 0 | 0 |
| Metropolitan | 0 | 0 | 0 | 0 | 0 |
| Patton | 2 | 2 | 2 | 2 | 2 |
| Atascadero | 113 | 140 | 147 | 116 | 129 |
| Napa | 0 | 0 | 0 | 0 | 0 |
| Coalinga | 49 | 48 | 48 | 48 | 48 |
| SUBTOTAL: | 163 | 190 | 197 | 166 | 179 |
| COMMUNITY CORR. CENTERS: | | | | | |
| Region I | 4,521 | 4,543 | 4,487 | 4,376 | 4,482 |
| Region III | 53 | 60 | 57 | 42 | 53 |
| Region III (opened 10/06) | 146 | 116 | 109 | 88 | 115 |
| Region IV | 947 | 961 | 955 | 960 | 956 |
| SUBTOTAL: | 5,667 | 5,681 | 5,608 | 5,466 | 5,605 |
| MALE    SUBTOTAL: | 159,431 | 159,333 | 160,153 | 160,566 | 159,871 |

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
January 2009

AVERAGE DAILY PRISON POPULATION*
BY INSTITUTION (BASED ON MONTHLY COUNTS)
Calendar Year 2008

| | QUARTER | | | | YEAR |
| FEMALE INSTITUTIONS | Jan-Mar | Apr-Jun | Jul-Sep | Oct-Dec | 2008 |
|---|---|---|---|---|---|
| CALIFORNIA INSTITUTION FOR WOMEN: | | | | | |
| Institution | 1,975 | 2,080 | 2,081 | 2,069 | 2,051 |
| Reception Center | 243 | 258 | 250 | 256 | 252 |
| Corr Trt Ctr (opened 08/06) | 13 | 12 | 10 | 3 | 9 |
| Camps-Women (opened 09/05) | 305 | 302 | 305 | 310 | 305 |
| SUBTOTAL: | 2,535 | 2,652 | 2,646 | 2,637 | 2,618 |
| | | | | | |
| CENTRAL CALIFORNIA WOMEN'S FACILITY: | | | | | |
| Institution | 3,329 | 3,320 | 3,352 | 3,351 | 3,338 |
| Reception Center | 712 | 714 | 729 | 755 | 727 |
| Condemned | 15 | 15 | 15 | 15 | 15 |
| SUBTOTAL: | 4,056 | 4,049 | 4,096 | 4,120 | 4,080 |
| | | | | | |
| RIO COSUMNES COR CTR-RC: | 23 | 13 | 17 | 12 | 16 |
| | | | | | |
| SANTA RITA CO. JAIL-RC: | 6 | 10 | 2 | 0 | 5 |
| | | | | | |
| VALLEY SP FOR WOMEN: | | | | | |
| Institution (opened 05/95) | 3,155 | 3,099 | 3,196 | 3,274 | 3,181 |
| Reception Center (opened 03/96) | 770 | 745 | 776 | 756 | 762 |
| SHU (opened 05/96) | 64 | 64 | 64 | 63 | 64 |
| SUBTOTAL: | 3,989 | 3,908 | 4,036 | 4,093 | 4,006 |
| | | | | | |
| DMH STATE HOSPITALS: | | | | | |
| Camarillo | 0 | 0 | 0 | 0 | 0 |
| Metropolitan | 1 | 1 | 0 | 0 | 0 |
| Patton | 20 | 23 | 20 | 22 | 21 |
| SUBTOTAL: | 21 | 23 | 20 | 22 | 21 |
| | | | | | |
| COMMUNITY CORR. CENTERS: | | | | | |
| Region I (opened 05/07) | 389 | 397 | 407 | 394 | 397 |
| Region II | 50 | 44 | 40 | 44 | 44 |
| Region IV (opened 06/06) | 171 | 148 | 149 | 145 | 153 |
| SUBTOTAL: | 610 | 588 | 596 | 582 | 594 |
| | | | | | |
| COMMUNITY CORR. CENTERS: | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| FEMALE SUBTOTAL: | 11,239 | 11,244 | 11,412 | 11,466 | 11,340 |
| | | | | | |
| GRAND TOTAL: | 170,670 | 170,577 | 171,565 | 172,032 | 171,211 |

IPOP-2                                    6

# Exhibit
# P-1018

## Golden Gate Reporting

Page 1

IN THE UNITED STATES DISTRICT COURTS FOR
THE EASTERN DISTRICT OF CALIFORNIA AND
THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE


RALPH COLEMAN, et al.,                No. Civ S 90-0520
                                          LKK-JFM
          Plaintiffs,

     vs.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.
                                /
MARCIANO PLATA, et al.,               No C01-1351 TEH

              Plaintiffs,

     vs.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.
                              /



          DEPOSITION OF CYNTHIA RADAVSKY



     DATE:           August 28, 2008

     TIME:           9:52 a.m.

     LOCATION:       ROSEN, BIEN & GALVAN
                     315 Montgomery Street
                     Tenth Floor
                     San Francisco, California

     REPORTED BY:    Mary E. Garland
                     Certified Shorthand Reporter
                     License Number 4721

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1018
Date Entered:_____
Signature:_____
Alternate Reference:

**Golden Gate Reporting**

Page 101

1    correct?

2         A.   That is correct.

3         Q.   And where are those patients housed within the

4    CDCR, to your knowledge?

5         A.   It depends on the level of care that they need. 14:03:12

6    Basically, EOP, to my knowledge -- or I don't know if

7    some of them have gone into an ad seg when they have

8    gotten there or a PSU, but usually they take them to an

9    EOP, and then evaluate and tell us where they're moving

10   them to.                                              14:03:37

11        Q.   Do you know how many of those people are

12   currently housed within the CDCR?

13        A.   I believe there's about a dozen, give or take.

14        Q.   Aside from the dozen who you have referred to

15   the CDCR, does DMH also house patients who have a       14:04:06

16   history of assault, or a history of escape, or a history

17   of victimizing other patients?

18        A.   We have some.  And, again, that's what leads to

19   the violence, and the increase in violence, and the fact

20   that, again, these hospitals were not designed for that 14:04:29

21   level of patient.  The hospitals were designed for

22   mentally ill.

23             You know, Atascadero is 54 years old.  And at

24   its heyday, it is what in the mental health system would

25   be a max forensic facility.  In CDCR's language, it     14:04:50

**Golden Gate Reporting**

Page 102

1    would barely qualify as a Level II in their world.  But

2    Coalinga was designed with different security, but you

3    still -- they're hospitals, you know.  It's a different

4    milieu, it's not set to segregate or to separate people.

5         And we have to watch for suicidal issues, we      14:05:17

6    have to watch for patient-on-patient violence, we have

7    to watch for patient-on-staff violence.  And they're

8    coming in in pretty bad shape sometimes because they've

9    decompensated, whether in a county jail, or they're out

10   on the street, having been paroled, or, you know, not   14:05:36

11   getting their medication, not taking their medication,

12   or not going to services by their choice.  They

13   decompensate and come back in.

14        Q.  So the restriction on DMH taking people with

15   these three categories of risk factors, including       14:05:56

16   assaults, escape, and victimization of others, is

17   something that is just part of an agreement between you

18   and CDCR; correct?

19        A.  For public safety issues, yes.

20        Q.  There's no statute prohibiting DMH from taking  14:06:15

21   those kinds of patients; is that correct?

22        A.  There is in certain hospitals.

23        Q.  Which hospitals have a statutory ban on those

24   kinds of inmates?

25        A.  Metropolitan and Napa State Hospital cannot     14:06:32

## Golden Gate Reporting

Page 104

1     MS. TILLMAN:  To the extent it calls for a

2  legal conclusion, I object.  Otherwise, go ahead and

3  answer.

4     THE WITNESS:  There's a statute that authorizes

5 14:08:06 the Department of Mental Health to design and build a

6  state hospital on the grounds of a state prison

7  specifically to house sexually violent predators.  It

8  was sited in Coalinga, and that hospital was designed

9  for sexually violent predators.

10 14:08:28   Q.  BY MS. WHELAN:  Does the statute mandate that

11  only sexually violent predators can be housed at

12  Coalinga State Hospital?

13     MS. TILLMAN:  Same objection.  Asked and

14  answered.  Feel free to answer.

15 14:08:39   THE WITNESS:  No, it does not say "only."

16     (Off the record briefly.)

17     THE REPORTER:  Ms. Tillman, would you like a

18  copy of the deposition?

19     MS. TILLMAN:  Yes, I would like that.  Thank

20 14:09:56 you.

21     (Brief recess taken.)

22    Q.  BY MS. WHELAN:  I want to go back for a minute

23  to something we were talking about earlier in the

24  deposition.  And I think I asked you why you think the

25 14:19:16 beds at Atascadero have been underutilized, and I

CERTIFICATION OF DEPOSITION OFFICER

I, MARY E. GARLAND, duly authorized to administer oaths pursuant to Section 2093(b) of the California Code of Civil Procedure, do hereby certify that the witness in the foregoing deposition was duly sworn by me to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was thereafter transcribed by means of computer-aided transcription under my direction; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe to the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said caption.

Executed August 30, 2008, at San Francisco, California.

MARY E. GARLAND, CSR 4721