# Exhibit P-1019

```
 1                IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF CALIFORNIA
 3                            ---oOo---
 4     BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE
 5
 6   RALPH COLEMAN, et al.,
 7          Plaintiff,
 8   Vs.                             CASE NO. CIV. S-90-0520 LKK
 9   ARNOLD SCHWARZENEGGER,
     et al.,
10
11          Defendants.
12   _____/
13
14
15
16                            ---oOo---
17
18                      REPORTER'S TRANSCRIPT
19                   WEDNESDAY, APRIL 26TH, 2006
20      RE:  EVIDENTIARY HEARING RE MOTION FOR COURT ORDER
21
22                            ---oOo---
23
24
25   Reported by:             CATHERINE E.F. BODENE,
                                CSR. No. 6926
```

CATHERINE E.F. BODENE, OFFICIAL CO  
(916) 446-6360

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1019
Date Entered:_____
Signature:_____
Alternate Reference:

```
                                                                    83
 1   Atascadero; isn't that correct?
 2   A.      I don't recall that, but I may have.
 3   Q.      Okay.  The MOU says that any prisoner who needs care
 4   can go to Atascadero?
 5   A.      The current MOU?
 6   Q.      The MOU before Salinas Valley was built?
 7   A.      I don't recall, Mr. Bien.
 8   Q.      Would that be a surprise to you that that was the
 9   only facility for men at the time?
10   A.      If you say it is true, I believe you.
11   Q.      Okay.  Coalinga is the highest security state mental
12   hospital that exits?
13   A.      From an external security standpoint, that's correct.
14   Q.      It's surrounded by fences?
15   A.      Yes.
16   Q.      Okay.  And it's guarded by CDCR men on the fences?
17   A.      That's exactly what makes it the higher security than
18   Atascadero.  The internal security is very similar.  It's the
19   external security that you just mentioned that makes them a
20   higher level.
21   Q.      Okay.  And people, the residents of Coalinga, think
22   it would be the very dangerous and scary who are housed in
23   Coalinga?
24           THE COURT:  That's asking him to speculate.
25   ///
```

# Exhibit P-1020

# Mental Health Crisis Bed
# WAIT LIST
# January 2009

| Monday Dates* | Wait List Count |
|---|---|
| 1/5/2009 | 37 |
| 1/12/2009 | 39 |
| 1/19/2009 | 43 |
| 1/26/2009 | 49 |
| Average | 42.00 |

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1020
Date Entered:_____
Signature:_____
Alternate Reference:

*Tuesday if Monday was a holiday.                                HC-POP 1/29/09

# Exhibit P-1021

HCCUP REPORT

# Inpatient Psychiatric Aging Report
## FOR THE PERIOD OF: 12/1/2008 to 12/31/2008

**CONFIDENTIAL INFORMATION**

NAME: California State Prison, Sacramento

| NAME | CDC# | ADMIT DATE | DISCH DATE | REASON FOR ADMISSION | PRIN. DIAG | ICD_9TEXT | Total LOS Days | Total Monthly Census Days |
|---|---|---|---|---|---|---|---|---|
| W... | REDACTED | 8/7/2008 | 12/18/2008 | Bipolar | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 17 | 17 |
| D... | | 11/14/2008 | 12/2/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 47 | 30 |
| J... | | 10/30/2008 | 12/11/2008 | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 10 | 10 |
| V... | | 10/22/2008 | 12/2/2008 | Psychotic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 1 | 1 |
| H... | | 11/13/2008 | 12/23/2008 | Phychotic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 22 | 22 |
| K... | | 11/20/2008 | 12/30/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 29 | 29 |
| A... | | 11/13/2008 | 12/22/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 21 | 21 |
| T... | | 11/24/2008 | 12/22/2008 | Schizophrenia Paraniod | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 37 | 30 |
| O... | | 11/14/2008 | 12/18/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 17 | 17 |
| P... | | 11/12/2008 | 12/15/2008 | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 14 | 14 |
| M... | | 12/4/2008 | | Schizoaffective D/O Biploar, Ht | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 27 | 27 |
| C... | | 12/2/2008 | 12/29/2008 | Depressive D/O | 300.4 | DYSTHYMIC DISORDER | 27 | 27 |
| ... | | 11/20/2008 | 12/15/2008 | Bipolar D/O Depressed/Hx Hep | 296.54 | BIPLR I RECENT DPRSD SEV W/PSYCHOT | 14 | 14 |
| ... | | 12/11/2008 | | Bipolar | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 20 | 20 |
| ... | | 12/11/2008 | | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 20 | 20 |
| ... | | 12/11/2008 | | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 20 | 20 |
| Mu... | | 12/9/2008 | 12/27/2008 | Psychotic D/O | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 18 | 18 |
| W... | | 11/13/2008 | 12/11/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 1 | 1 |
| ... | | 12/15/2008 | 12/29/2008 | Psychotic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 14 | 14 |
| ... | | 11/17/2008 | 12/1/2008 | Bipolar D/O | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 1 | 1 |
| ... | | 12/1/2008 | 12/15/2008 | Bipolar D/O | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 14 | 14 |
| R... | | 12/1/2008 | 12/15/2008 | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 14 | 14 |
| C... | | 11/20/2008 | 12/2/2008 | Mood D/O Hx Htn Asthma | 296.90 | UNSPECIFIED EPISODIC MOOD DISORDER | 13 | 13 |
| M... | | 12/18/2008 | 12/2/2008 | Schizophrenia Paranoid | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 10 | 10 |
| C... | | 12/7/2008 | 12/18/2008 | Psychotic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 11 | 11 |
| A... | | 12/24/2008 | 12/24/2008 | Mood D/O | 296.90 | UNSPECIFIED EPISODIC MOOD DISORDER | 1 | 1 |
| M... | | 11/24/2008 | 12/4/2008 | Schizophrenia Paraniod | 295.30 | PARANOID SCHIZOPHRENIA UNSPEC CON | 3 | 3 |
| ... | | 11/24/2008 | 12/4/2008 | Psychtic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 3 | 3 |
| ... | | 12/22/2008 | 12/4/2008 | Bipolar D/O | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 9 | 9 |
| ... | | 12/22/2008 | 12/31/2008 | Psychotic D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 9 | 9 |
| C... | | 12/8/2008 | 12/16/2008 | Bipolar D/O | 298.9 | UNSPECIFIED PSYCHOSIS | 8 | 8 |
| H... | | 11/24/2008 | 12/2/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 1 | 1 |
| ... | | 12/18/2008 | 12/26/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 8 | 8 |
| ... | | 11/25/2008 | 12/2/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 1 | 1 |
| ... | | 12/4/2008 | 12/11/2008 | Bipolar D/O, Hep C | 296.7 | BIPLR I D/O MOST RECENT EPIS UNSPEC | 7 | 7 |
| G... | | 12/15/2008 | 12/22/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 7 | 7 |
| J... | | 12/2/2008 | 12/9/2008 | Mood D/O | 296.90 | UNSPECIFIED EPISODIC MOOD DISORDER | 7 | 7 |
| M... | | 11/24/2008 | 12/1/2008 | Schizoaffective D/O | 295.70 | SCHIZOAFFECTIVE DISORDER UNSPEC | 1 | 1 |

SOURCE: HEALTH CARE COST AND UTILIZATION PROGRAM (HCCUP)
Prepared by: HCCUP Analyst

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1021
Date Entered:_____
Signature:_____
Alternate Reference:

30-Jan-09