PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BED PLAN STATEMENT AND REQUEST FOR AN ORDER REQUIRING DEFENDANTS TO PREPARE AND IMPLEMENT AN INTERIM EMERGENCY PLAN TO ADDRESS THE ICF, APP, MHCB AND EOP BED SHORTAGES**<br><br>Hearing:     March 24, 2009<br>Time:        1:30 P.M.<br>Courtroom:   4<br>The Honorable Lawrence K. Karlton |

DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BED PLAN STATEMENT AND REQUEST FOR AN ORDER REQUIRING DEFENDANTS TO PREPARE AND IMPLEMENT AN INTERIM EMERGENCY PLAN TO ADDRESS THE ICF, APP, MHCB AND EOP BED SHORTAGES - CASE NO. CIV S 90-0520 LKK-JFM

[283402-1]

I, Mark R. Feeser, do hereby declare as follows:

1. I am an attorney admitted to practice law in California and am an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Objections to Defendants' Bed Plan Statement and Request for an Order Requiring Defendants to Prepare and Implement an Interim Emergency Plan to Address the ICF, APP, MHCB and EOP Bed Shortages

2. On or around March 12, 2009, I printed the monthly Sex Offender Commitment Program ("SOCP") summary statistics published by the California Department of Mental Health ("DMH"), and available at: http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp. Monthly reports were printed for every available month, spanning a period between the first available report, dated January 3, 2005, and the most recent report, dated January 5, 2009 (the "SOCP Monthly Reports")[1]. The SOCP Monthly Reports contain cumulative statistical information regarding the SOCP program as of the date of each report, including the number of offenders referred to DMH and the number of offenders ultimately committed under the Sexually Violent Predator ("SVP") statute, Cal. Welf. & Inst. Code § 6600 et. seq. True and correct copies of these reports are attached hereto as **Exhibit P-1025**.

3. On or around March 16, 2009, I inputted the data from the SOCP Monthly Reports into a Microsoft Excel Spreadsheet. Because the reports were not consistently published on the first or last day of each month, the data was entered by the actual date of the report rather than by the month of the report.

4. Using Microsoft Excel and the data from the SOCP Monthly Reports, I calculated the cumulative number of SVP commitments as a percentage of the cumulative DMH referrals

---

[1] SOCP Monthly Reports were available monthly between January 2005 and January 2009, with the exception of December 2008, April 2007, and December 2006.

1

under the SOCP for each report. Additionally, using Microsoft Excel, I graphed the percentages calculated as described in the preceding sentence ("DMH Referral Graph"). The DMH Referral Graph shows that the cumulative percentage of SVP commitments as a percentage of DMH referrals was consistently between eight and nine percent from January 3, 2005 though the final SOCP Monthly Report issued in 2006 (Dated November 1, 2006). Starting in January 2007, the cumulative percentage of DMH referrals resulting in SVP commitments began to decline sharply reaching 2.53% as of the most recent report dated January 5, 2009. A true and correct copy of the DMH Referral Graph is attached hereto as **Exhibit P-1026.**

5.  Using Microsoft Excel and the data from the SOCP Monthly Reports, I graphed the cumulative number of SVP commitments as recorded in the SOCP Monthly Reports for the period between January 3, 2005 and November 1, 2006. Using the linear trend line function of Microsoft Excel, I calculated the trend line for the same period, which has a slope of 0.0889 new SVP commitments per day, or 32.45 new SVP commitments per year. The trend line has an $R^2$ of 0.97.[2] A true and correct copy of this graph is attached as **Exhibit P-1027**.

6.  Using Microsoft Excel and the data from the SOCP Monthly Reports, I graphed the cumulative number of SVP commitments as recorded in the SOCP Monthly Reports for the period between January 5, 2007 and January 5, 2009. Using the linear trend line function of Microsoft Excel, I calculated the trend line for the same period, which has a slope of 0.0897 new SVP commitments per day, or 32.74 new SVP commitments per year. The trend line has an $R^2$ of 0.97. A true and correct copy of this graph is attached as **Exhibit P-1028**.

7.  On March 21, 2009, I printed a copy of the State Hospital In-Hospital Population table ("State Hospital Census") submitted with the 2009-2010 Governor's Budget, available at http://www.ebudget.ca.gov/pdf/GovernorsBudget/4000/4440_fig1f.pdf. The State Hospital Census shows the actual or estimated population census for each State hospital facility and psychiatric program on the last Wednesday of each fiscal year and the average population for

---

[2] $R^2$ is a coefficient of determination, which describes the variance in the data that is accounted for by the trend line calculated. In other words, the $R^2$ describes the goodness of fit of the trend line. An $R^2$ of 1.0 occurs when the trend line fits the data perfectly.

2

DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BED PLAN STATEMENT AND REQUEST FOR AN ORDER REQUIRING DEFENDANTS TO PREPARE AND IMPLEMENT AN INTERIM EMERGENCY PLAN TO ADDRESS THE ICF, MHCB AND EOP BED SHORTAGES -

each fiscal year from Fiscal Year 2005-06 to Fiscal Year 2009-10. The projected census for June 30, 2010 at Coalinga State Hospital is 894, leaving an unused capacity of 606 beds, assuming 1,500 total capacity. A true and correct copy of the State Hospital Census is attached hereto as **Exhibit P-1029**.

8. Using the data from the State Hospital Census, I created a graph of the actual and estimated population census for Coalinga State Hospital ("Coalinga Census Graph"). Additionally, using Microsoft Excel, I calculated the unused capacity at Coalinga State Hospital assuming a total capacity of 1,500 in-patient beds, which I have summarized in the table included in the Coalinga Census Graph. A true and correct copy of this graph is attached as **Exhibit P-1030**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on March __, 2009 at San Francisco, California.

*/s/ Mark R. Feeser*
Mark R. Feeser

---

3

DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BED PLAN STATEMENT AND REQUEST FOR AN ORDER REQUIRING DEFENDANTS TO PREPARE AND IMPLEMENT AN INTERIM EMERGENCY PLAN TO ADDRESS THE ICF, MHCB AND EOP BED SHORTAGES -