# Exhibit
# P-1025

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/03/2005



**Referred To DMH**
5,778

| DMH Record Review Does Not Meet Criteria | DMH Record Review Meets Criteria | DMH Record Review Pending |
|---|---|---|
| 2,551 | 3,133 | 94 |

| Clinical Evaluation Negative | Clinical Evaluation Positive | Clinical Evaluation Pending |
|---|---|---|
| 1,862 | 1,242 | 29 |

Referred to DA
1,239

| Decision Made by DA | DA Decision Pending |
|---|---|
| 1,219 | 20 |

| Rejected by DA* | Petition Filed by DA |
|---|---|
| 183 | 1,036 |

| Ruling Made By Judge | Probable Cause Pending |
|---|---|
| 963 | 73 |

| Probable Cause Not Found* | Probable Cause Found |
|---|---|
| 153 | 810 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
|---|---|---|
| 124 | 494 | 192 |

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reas[...]

CA Department of Mental Health (DMH)                (916) 653-1357

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1025
Date Entered:_____
Signature:_____
Alternate Reference:_____

# Sex Offender Commitment Program (SOCP)
## All Cases as of 02/01/2005



Referred To DMH
**5,817**

DMH Record Review
Does Not Meet Criteria
**2,569**

DMH Record Review
Meets Criteria
**3,142**

DMH Record Review
Pending
**106**

Clinical Evaluation
Negative
**1,876**

Clinical Evaluation
Positive
**1,249**

Clinical Evaluation
Pending
**17**

Referred to DA
**1,244**

Decision Made
by DA
**1,223**

DA Decision
Pending
**21**

Rejected by DA*
**183**

Petition Filed by DA
**1,040**

Ruling Made
By Judge
**965**

Probable Cause
Pending
**75**

Probable Cause
Not Found*
**154**

Probable Cause
Found
**811**

Not Committed at Trial*
**124**

Committed to
Treatment Program
**499**

Trial
Pending
**188**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)        (916) 653-1357        02/01/2005 6:41:43 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/01/2005



Referred To DMH
**5,837**

DMH Record Review
Does Not Meet Criteria
**2,608**

DMH Record Review
Meets Criteria
**3,178**

DMH Record Review
Pending
**51**

Clinical Evaluation
Negative
**1,886**

Clinical Evaluation
Positive
**1,251**

Clinical Evaluation
Pending
**41**

Referred to DA
**1,248**

Decision Made
by DA
**1,225**

DA Decision
Pending
**23**

Rejected by DA*
**183**

Petition Filed by DA
**1,042**

Ruling Made
By Judge
**968**

Probable Cause
Pending
**74**

Probable Cause
Not Found*
**155**

Probable Cause
Found
**813**

Not Committed at Trial*
**125**

Committed to
Treatment Program
**502**

Trial
Pending
**186**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                (916) 653-1357                03/01/2005 7:06:42 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 04/01/2005



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                    (916) 653-1357                    04/01/2005 10:07:49 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 05/03/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          05/03/2005 10:16:46 AM

# Sex Offender Commitment Program (SOCP)

## All Cases as of 05/31/2005

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

**These figures contain a small number of cases that were suspended due to legal and administrative reasons*



# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/01/2005



| Referred To DMH | |
| 6,002 | |

| DMH Record Review Does Not Meet Criteria | DMH Record Review Meets Criteria | DMH Record Review Pending |
| 2,701 | 3,226 | 75 |

| Clinical Evaluation Negative | Clinical Evaluation Positive | Clinical Evaluation Pending |
| 1,937 | 1,266 | 23 |

| Referred to DA |
| 1,263 |

| Decision Made by DA | DA Decision Pending |
| 1,237 | 26 |

| Rejected by DA* | Petition Filed by DA |
| 183 | 1,054 |

| Ruling Made By Judge | Probable Cause Pending |
| 986 | 69 |

| Probable Cause Not Found* | Probable Cause Found |
| 158 | 828 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
| 127 | 518 | 183 |

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          07/01/2005 12:53:34 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 08/01/2005



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                (916) 653-1357                08/01/2005 9:54:57 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/01/2005



Referred To DMH
**6,106**

DMH Record Review Does Not Meet Criteria
**2,743**

DMH Record Review Meets Criteria
**3,283**

DMH Record Review Pending
**80**

Clinical Evaluation Negative
**1,964**

Clinical Evaluation Positive
**1,275**

Clinical Evaluation Pending
**44**

Referred to DA
**1,270**

Decision Made by DA
**1,245**

DA Decision Pending
**25**

Rejected by DA*
**183**

Petition Filed by DA
**1,062**

Ruling Made By Judge
**991**

Probable Cause Pending
**71**

Probable Cause Not Found*
**158**

Probable Cause Found
**833**

Not Committed at Trial*
**128**

Committed to Treatment Program
**524**

Trial Pending
**181**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/03/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          10/03/2005 1:50:05 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/01/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 12/01/2005



Referred To DMH
6,247

DMH Record Review Does Not Meet Criteria
2,834

DMH Record Review Meets Criteria
3,353

DMH Record Review Pending
60

Clinical Evaluation Negative
2,028

Clinical Evaluation Positive
1,291

Clinical Evaluation Pending
34

Referred to DA
1,288

Decision Made by DA
1,257

DA Decision Pending
31

Rejected by DA*
184

Petition Filed by DA
1,073

Ruling Made By Judge
999

Probable Cause Pending
74

Probable Cause Not Found*
158

Probable Cause Found
841

Not Committed at Trial*
132

Committed to Treatment Program
530

Trial Pending
179

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/03/2006



Referred To DMH
**6,302**

DMH Record Review
Does Not Meet Criteria
**2,861**

DMH Record Review
Meets Criteria
**3,371**

DMH Record Review
Pending
**70**

Clinical Evaluation
Negative
**2,047**

Clinical Evaluation
Positive
**1,301**

Clinical Evaluation
Pending
**23**

Referred to DA
**1,298**

Decision Made
by DA
**1,262**

DA Decision
Pending
**36**

Rejected by DA*
**184**

Petition Filed by DA
**1,078**

Ruling Made
By Judge
**1,004**

Probable Cause
Pending
**74**

Probable Cause
Not Found*
**158**

Probable Cause
Found
**846**

Not Committed at Trial*
**133**

Committed to
Treatment Program
**538**

Trial
Pending
**175**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          01/05/2006 7:10:16 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 2/1/2006



Referred To DMH
**6,330**

DMH Record Review Does Not Meet Criteria
**2,883**

DMH Record Review Meets Criteria
**3,384**

DMH Record Review Pending
**63**

Clinical Evaluation Negative
**2,055**

Clinical Evaluation Positive
**1,306**

Clinical Evaluation Pending
**23**

Referred to DA
**1,303**

Decision Made by DA
**1,265**

DA Decision Pending
**38**

Rejected by DA*
**184**

Petition Filed by DA
**1,081**

Ruling Made By Judge
**1,004**

Probable Cause Pending
**77**

Probable Cause Not Found*
**158**

Probable Cause Found
**846**

Not Committed at Trial*
**133**

Committed to Treatment Program
**538**

Trial Pending
**176**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          2/1/2006 7:29:33 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/01/2006



**Note:** this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)    (916) 653-1357    03/01/2006 9:47:33 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 4/3/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                (916) 653-1357                4/3/2006 9:36:58 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 5/1/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 06/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/05/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                (916) 653-1357                07/05/2006 8:30:25 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 08/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          08/01/2006 9:38:11 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/01/2006



Referred To DMH
**6,666**

DMH Record Review Does Not Meet Criteria
**3,082**

DMH Record Review Meets Criteria
**3,522**

DMH Record Review Pending
**62**

Clinical Evaluation Negative
**2,161**

Clinical Evaluation Positive
**1,333**

Clinical Evaluation Pending
**27**

Referred to DA
**1,331**

Decision Made by DA
**1,304**

DA Decision Pending
**26**

Rejected by DA*
**185**

Petition Filed by DA
**1,119**

Ruling Made By Judge
**1,029**

Probable Cause Pending
**90**

Probable Cause Not Found*
**160**

Probable Cause Found
**869**

Not Committed at Trial*
**137**

Committed to Treatment Program
**552**

Trial Pending
**181**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/03/2006



Referred To DMH
6,736

DMH Record Review Does Not Meet Criteria
3,120

DMH Record Review Meets Criteria
3,544

DMH Record Review Pending
72

Clinical Evaluation Negative
2,170

Clinical Evaluation Positive
1,343

Clinical Evaluation Pending
31

Referred to DA
1,341

Decision Made by DA
1,305

DA Decision Pending
35

Rejected by DA*
185

Petition Filed by DA
1,120

Ruling Made By Judge
1,031

Probable Cause Pending
89

Probable Cause Not Found*
160

Probable Cause Found
871

Not Committed at Trial*
137

Committed to Treatment Program
552

Trial Pending
183

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    11/01/2006 9:09:50 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/05/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)

## All Cases as of 11/01/2006

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

**These figures contain a small number of cases that were suspended due to legal and administrative reasons*



# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/05/2007



Referred To DMH
**8,222**

| DMH Record Review Does Not Meet Criteria **4,010** | DMH Record Review Meets Criteria **4,010** | DMH Record Review Pending **202** |

| Clinical Evaluation Negative **2,464** | Clinical Evaluation Positive **1,364** | Clinical Evaluation Pending **182** |

Referred to DA
**1,364**

| Decision Made by DA **1,313** | DA Decision Pending **50** |

| Rejected by DA* **185** | Petition Filed by DA **1,128** |

| Ruling Made By Judge **1,036** | Probable Cause Pending **92** |

| Probable Cause Not Found* **160** | Probable Cause Found **876** |

| Not Committed at Trial* **137** | Committed to Treatment Program **554** | Trial Pending **186** |

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

# Sex Offender Commitment Program (SOCP)
## All Cases as of 02/14/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/09/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)              (916) 653-1357                    03/09/2007 2:03:36 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 05/08/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          05/08/2007 11:22:50 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 6/17/2007



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/05/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          07/05/2007 10:10:24 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 08/02/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          08/02/2007 2:17:01 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/04/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)              (916) 653-1357                    09/04/2007 2:15:52 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/01/2007



**Referred To DMH**
**15,590**

**DMH Record Review Does Not Meet Criteria**
**8,416**

**DMH Record Review Meets Criteria**
**5,907**

**DMH Record Review Pending**
**1,267**

**Clinical Evaluation Negative**
**3,968**

**Clinical Evaluation Positive**
**1,507**

**Clinical Evaluation Pending**
**432**

**Referred to DA**
**1,504**

**Decision Made by DA**
**1,441**

**DA Decision Pending**
**63**

**Rejected by DA\***
**193**

**Petition Filed by DA**
**1,248**

**Ruling Made By Judge**
**1,158**

**Probable Cause Pending**
**89**

**Probable Cause Not Found\***
**169**

**Probable Cause Found**
**989**

**Not Committed at Trial\***
**157**

**Committed to Treatment Program**
**579**

**Trial Pending**
**256**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons.*

CA Department of Mental Health (DMH)          (916) 653-1357                          10/01/2007 2:00:29 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/06/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                (916) 653-1357                11/06/2007 8:18:45 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 12/10/2007



Referred To DMH
16,736

DMH Record Review Does Not Meet Criteria
9,920

DMH Record Review Meets Criteria
6,408

DMH Record Review Pending
408

Clinical Evaluation Negative
4,325

Clinical Evaluation Positive
1,532

Clinical Evaluation Pending
551

Referred to DA
1,529

Decision Made by DA
1,462

DA Decision Pending
67

Rejected by DA*
194

Petition Filed by DA
1,268

Ruling Made By Judge
1,166

Probable Cause Pending
102

Probable Cause Not Found*
168

Probable Cause Found
998

Not Committed at Trial*
157

Committed to Treatment Program
582

Trial Pending
259

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)　　　(916) 653-1357　　　12/10/2007 12:13:05 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 1/4/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          1/4/2008 7:45:12 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 2/7/2008



Referred To DMH
17,737

DMH Record Review Does Not Meet Criteria
10,712

DMH Record Review Meets Criteria
6,615

DMH Record Review Pending
410

Clinical Evaluation Negative
4,665

Clinical Evaluation Positive
1,556

Clinical Evaluation Pending
394

Referred to DA
1,551

Decision Made by DA
1,472

DA Decision Pending
79

Rejected by DA*
194

Petition Filed by DA
1,278

Ruling Made By Judge
1,173

Probable Cause Pending
105

Probable Cause Not Found*
170

Probable Cause Found
1,003

Not Committed at Trial*
159

Committed to Treatment Program
585

Trial Pending
260

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          2/7/2008 8:06:27 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 3/11/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 4/1/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                (916) 653-1357                4/1/2008 9:44:40 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 5/7/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                              5/7/2008 10:35:46 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 6/4/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          6/4/2008 3:40:11 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 7/11/2008



**Referred To DMH**
**21,134**

**DMH Record Review Does Not Meet Criteria**
**13,394**

**DMH Record Review Meets Criteria**
**7,185**

**DMH Record Review Pending**
**555**

**Clinical Evaluation Negative**
**5,320**

**Clinical Evaluation Positive**
**1,607**

**Clinical Evaluation Pending**
**255**

**Referred to DA**
**1,604**

**Decision Made by DA**
**1,543**

**DA Decision Pending**
**61**

**Rejected by DA***
**197**

**Petition Filed by DA**
**1,346**

**Ruling Made By Judge**
**1,210**

**Probable Cause Pending**
**136**

**Probable Cause Not Found***
**171**

**Probable Cause Found**
**1,039**

**Not Committed at Trial***
**162**

**Committed to Treatment Program**
**596**

**Trial Pending**
**282**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)            (916) 653-1357            7/11/2008 11:55:26 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 8/7/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)            (916) 653-1357            8/7/2008 8:44:38 AM

# Sex Offender Commitment Program (SOCP)

## All Cases as of 9/3/2008

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

**These figures contain a small number of cases that were suspended due to legal and administrative reasons*



Case 2:90-cv-00520-KJM-SCR    Document 3548-1    Filed 03/23/09    Page 47 of 59

# Sex Offender Commitment Program (SOCP)

## All Cases as of 10/1/2008

| Referred To DMH |
|---|
| 22781 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
|---|---|---|
| 14698 | 7468 | 615 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
|---|---|---|
| 5626 | 1628 | 214 |

| Referred To DA |
|---|
| 1625 |

| Decision Made by DA | Decision Pending by DA |
|---|---|
| 1577 | 48 |

| Petition Filed by DA | Rejected by DA* |
|---|---|
| 1380 | 197 |

| Ruling Made By Judge | Probable Cause Pending |
|---|---|
| 1245 | 135 |

| Probable Cause Found | Probable Cause Not Found* |
|---|---|
| 1073 | 172 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
|---|---|---|
| 164 | 608 | 301 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Progra*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health  (916) 653-1843       10/1/2008
(DMH)

# Sex Offender Commitment Program (SOCP)

## All Cases as of 11/5/2008

| Referred To DMH |
| --- |
| 23473 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
| --- | --- | --- |
| 15290 | 7617 | 566 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
| --- | --- | --- |
| 5739 | 1641 | 237 |

| Referred To DA |
| --- |
| 1633 |

| Decision Made by DA | Decision Pending by DA |
| --- | --- |
| 1584 | 42 |

| Petition Filed by DA | Rejected by DA* |
| --- | --- |
| 1387 | 198 |

| Ruling Made By Judge | Probable Cause Pending |
| --- | --- |
| 1250 | 136 |

| Probable Cause Found | Probable Cause Not Found* |
| --- | --- |
| 1075 | 174 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
| --- | --- | --- |
| 166 | 612 | 297 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Progra*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health  (916) 653-1843                11/5/2008
(DMH)

# Sex Offender Commitment Program (SOCP)

## All Cases as of 1/5/2009

| Referred To DMH |
| --- |
| 24396 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
| --- | --- | --- |
| 16126 | 7827 | 443 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
| --- | --- | --- |
| 5927 | 1651 | 249 |

| Referred To DA |
| --- |
| 1639 |

| Decision Made by DA | Decision Pending by DA |
| --- | --- |
| 1594 | 41 |

| Petition Filed by DA | Rejected by DA* |
| --- | --- |
| 1397 | 198 |

| Ruling Made By Judge | Probable Cause Pending |
| --- | --- |
| 1253 | 143 |

| Probable Cause Found | Probable Cause Not Found* |
| --- | --- |
| 1078 | 174 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
| --- | --- | --- |
| 166 | 616 | 295 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Progra*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (916) 653-1843 (DMH)                1/5/2009

# Exhibit
# P-1026

## Percentage of DMH Referrals Resulting in SVP Commitment Declines Significantly Post Jessica's Law/SB 1128

### Cumulative SVP Commitments as Percentage of DMH Referrals



Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics, Available at: http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1026
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1027



SVPs Committed To Program (2005-2006)
Pre-Jessica's Law/SB 1128

Cumulative SVPs Committed to Program

Trendline:
y = 0.0889x - 2911.4
R² = 0.9717

Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics, Available at:
http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1027
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1028



SVP Committed to Program (2007-2008)
Post-Jessica's Law/SB 1128

Cumulative SVPs Committed to Program

Trendline:
y = 0.0897x - 2956.2
R² = 0.97

Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics. Available at: http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1028
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1029

## 4440   Department of Mental Health

### State Hospital In-Hospital Population

| State Hospital | Last Wednesday of Fiscal Year | | | | | Average (Two Year Average) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Observed | Observed | Observed | Estimated | Estimated | Observed | Observed | Observed | Estimated | Estimated |
| | 6-28-06 | 6-27-07 | 6-25-08 | 6-24-09 | 6-30-10 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 |
| **Atascadero** | | | | | | | | | | |
| LPS | 6 | 5 | 3 | 7 | 7 | 7 | 6 | 4 | 5 | 7 |
| PC¹ | 806 | 778 | 869 | 1,022 | 926 | 716 | 792 | 824 | 946 | 974 |
| Other² | 463 | 155 | 163 | 267 | 276 | 579 | 309 | 159 | 215 | 272 |
| **Total** | 1,275 | 938 | 1,035 | 1,296 | 1,209 | 1,302 | 1,107 | 987 | 1,166 | 1,253 |
| **Coalinga** | | | | | | | | | | |
| PC¹ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other² | 156 | 613 | 745 | 825 | 894 | 78 | 385 | 679 | 785 | 860 |
| **Total** | 156 | 613 | 745 | 825 | 894 | 78 | 385 | 679 | 785 | 860 |
| **Metropolitan** | | | | | | | | | | |
| LPS | 279 | 239 | 225 | 228 | 228 | 266 | 259 | 232 | 227 | 228 |
| PC¹ | 401 | 417 | 425 | 429 | 429 | 408 | 409 | 421 | 427 | 429 |
| Other² | 16 | 17 | 28 | 37 | 37 | 20 | 17 | 23 | 33 | 37 |
| **Total** | 696 | 673 | 678 | 694 | 694 | 694 | 685 | 676 | 687 | 694 |
| **Napa** | | | | | | | | | | |
| LPS | 222 | 197 | 197 | 215 | 215 | 210 | 210 | 197 | 206 | 215 |
| PC¹ | 953 | 911 | 899 | 928 | 908 | 928 | 932 | 905 | 914 | 918 |
| Other² | 65 | 46 | 57 | 52 | 52 | 56 | 56 | 52 | 55 | 52 |
| **Total** | 1,240 | 1,154 | 1,153 | 1,195 | 1,175 | 1,194 | 1,198 | 1,154 | 1,175 | 1,185 |
| **Patton** | | | | | | | | | | |
| LPS | 88 | 95 | 104 | 92 | 92 | 86 | 92 | 100 | 98 | 92 |
| PC¹ | 1,318 | 1,340 | 1,343 | 1,344 | 1,305 | 1,323 | 1,329 | 1,342 | 1,344 | 1,325 |
| Other² | 82 | 64 | 59 | 89 | 89 | 87 | 73 | 62 | 74 | 89 |
| **Total** | 1,488 | 1,499 | 1,506 | 1,525 | 1,486 | 1,496 | 1,494 | 1,504 | 1,516 | 1,506 |
| **Vacaville** | | | | | | | | | | |
| Other² | 360 | 266 | 266 | 300 | 300 | 303 | 313 | 266 | 283 | 300 |
| **Total** | 360 | 266 | 266 | 300 | 300 | 303 | 313 | 266 | 283 | 300 |
| **Salinas Valley** | | | | | | | | | | |
| PC¹ | 1 | 1 | 4 | 0 | 0 | 0 | 1 | 3 | 2 | 0 |
| Other² | 56 | 140 | 161 | 240 | 240 | 52 | 98 | 151 | 201 | 240 |
| **Total** | 57 | 141 | 165 | 240 | 240 | 52 | 99 | 154 | 203 | 240 |
| **Total** | | | | | | | | | | |
| LPS | 595 | 536 | 529 | 542 | 542 | 569 | 567 | 533 | 536 | 542 |
| PC¹ | 3,479 | 3,447 | 3,540 | 3,723 | 3,568 | 3,375 | 3,463 | 3,495 | 3,633 | 3,646 |
| Other² | 1,198 | 1,301 | 1,479 | 1,810 | 1,888 | 1,175 | 1,251 | 1,392 | 1,646 | 1,850 |
| **Total** | 5,272 | 5,284 | 5,548 | 6,075 | 5,998 | 5,119 | 5,281 | 5,420 | 5,815 | 6,038 |

Acronyms Used Above: Lanterman-Petris-Short (LPS) and Penal Code (PC)

[1] Includes Not Guilty by Reason of Insanity, Incompetent to Stand Trial, and Mentally Disordered Offender patients.

[2] Includes Penal Code 2684/Penal Code 2974, Welfare and Institutions Code 1756, Other Penal Code and Sexually Violent Predator patients.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1029
Date Entered:_____
Signature:_____
 Alternate Reference:

# Exhibit
# P-1030



## Coalinga State Hospital Census and Projections Per 2009-2010 Governor's Budget

| | 6/28/06 | 6/27/07 | 6/25/08 | 6/24/09 | 6/30/10 |
|---|---|---|---|---|---|
| Coalinga* | 156 | 613 | 745 | 825 | 894 |
| Remaining Capacity (1,500 Total Capacity) | 1344 | 887 | 755 | 675 | 606 |

*Source: Governor's Budget 2009-10, Proposed Budget Detail, Health and Human Services - State Hospital In-Hospital Population.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1030
Date Entered:_____
Signature:_____
Alternate Reference:_____