# Exhibit
# P-1025

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/03/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1025
Date Entered:_____
Signature:_____
Alternate Reference:

# Sex Offender Commitment Program (SOCP)

## All Cases as of 02/01/2005

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

**These figures contain a small number of cases that were suspended due to legal and administrative reasons*



# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/01/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    03/01/2005 7:06:42 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of  04/01/2005



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

# Sex Offender Commitment Program (SOCP)
## All Cases as of 05/03/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

# Sex Offender Commitment Program (SOCP)
## All Cases as of 05/31/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/01/2005



Referred To DMH
**6,002**

DMH Record Review
Does Not Meet Criteria
**2,701**

DMH Record Review
Meets Criteria
**3,226**

DMH Record Review
Pending
**75**

Clinical Evaluation
Negative
**1,937**

Clinical Evaluation
Positive
**1,266**

Clinical Evaluation
Pending
**23**

Referred to DA
**1,263**

Decision Made
by DA
**1,237**

DA Decision
Pending
**26**

Rejected by DA*
**183**

Petition Filed by DA
**1,054**

Ruling Made
By Judge
**986**

Probable Cause
Pending
**69**

Probable Cause
Not Found*
**158**

Probable Cause
Found
**828**

Not Committed at Trial*
**127**

Committed to
Treatment Program
**518**

Trial
Pending
**183**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    07/01/2005 12:53:34 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of  08/01/2005



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)    (916) 653-1357    08/01/2005 9:54:57 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/01/2005



Referred To DMH
**6,106**

DMH Record Review Does Not Meet Criteria
**2,743**

DMH Record Review Meets Criteria
**3,283**

DMH Record Review Pending
**80**

Clinical Evaluation Negative
**1,964**

Clinical Evaluation Positive
**1,275**

Clinical Evaluation Pending
**44**

Referred to DA
**1,270**

Decision Made by DA
**1,245**

DA Decision Pending
**25**

Rejected by DA*
**183**

Petition Filed by DA
**1,062**

Ruling Made By Judge
**991**

Probable Cause Pending
**71**

Probable Cause Not Found*
**158**

Probable Cause Found
**833**

Not Committed at Trial*
**128**

Committed to Treatment Program
**524**

Trial Pending
**181**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/03/2005



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          10/03/2005 1:50:05 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/01/2005



Referred To DMH
**6,206**

DMH Record Review Does Not Meet Criteria
**2,806**

DMH Record Review Meets Criteria
**3,335**

DMH Record Review Pending
**65**

Clinical Evaluation Negative
**2,001**

Clinical Evaluation Positive
**1,286**

Clinical Evaluation Pending
**48**

Referred to DA
**1,283**

Decision Made by DA
**1,253**

DA Decision Pending
**30**

Rejected by DA*
**184**

Petition Filed by DA
**1,069**

Ruling Made By Judge
**997**

Probable Cause Pending
**72**

Probable Cause Not Found*
**158**

Probable Cause Found
**839**

Not Committed at Trial*
**130**

Committed to Treatment Program
**529**

Trial Pending
**180**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 12/01/2005



Referred To DMH
6,247

DMH Record Review
Does Not Meet Criteria
2,834

DMH Record Review
Meets Criteria
3,353

DMH Record Review
Pending
60

Clinical Evaluation
Negative
2,028

Clinical Evaluation
Positive
1,291

Clinical Evaluation
Pending
34

Referred to DA
1,288

Decision Made
by DA
1,257

DA Decision
Pending
31

Rejected by DA*
184

Petition Filed by DA
1,073

Ruling Made
By Judge
999

Probable Cause
Pending
74

Probable Cause
Not Found*
158

Probable Cause
Found
841

Not Committed at Trial*
132

Committed to
Treatment Program
530

Trial
Pending
179

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)    (916) 653-1357    12/01/2005 5:37:07 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/03/2006



Referred To DMH
**6,302**

DMH Record Review Does Not Meet Criteria **2,861**

DMH Record Review Meets Criteria **3,371**

DMH Record Review Pending **70**

Clinical Evaluation Negative **2,047**

Clinical Evaluation Positive **1,301**

Clinical Evaluation Pending **23**

Referred to DA **1,298**

Decision Made by DA **1,262**

DA Decision Pending **36**

Rejected by DA* **184**

Petition Filed by DA **1,078**

Ruling Made By Judge **1,004**

Probable Cause Pending **74**

Probable Cause Not Found* **158**

Probable Cause Found **846**

Not Committed at Trial* **133**

Committed to Treatment Program **538**

Trial Pending **175**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 2/1/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          2/1/2006 7:29:33 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)             (916) 653-1357             03/01/2006 9:47:33 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 4/3/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    4/3/2006 9:36:58 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 5/1/2006



Referred To DMH
**6,470**

DMH Record Review
Does Not Meet Criteria
**2,976**

DMH Record Review
Meets Criteria
**3,443**

DMH Record Review
Pending
**51**

Clinical Evaluation
Negative
**2,106**

Clinical Evaluation
Positive
**1,314**

Clinical Evaluation
Pending
**23**

Referred to DA
**1,312**

Decision Made
by DA
**1,281**

DA Decision
Pending
**30**

Rejected by DA*
**185**

Petition Filed by DA
**1,096**

Ruling Made
By Judge
**1,016**

Probable Cause
Pending
**80**

Probable Cause
Not Found*
**159**

Probable Cause
Found
**857**

Not Committed at Trial*
**135**

Committed to
Treatment Program
**545**

Trial
Pending
**178**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)          (916) 653-1357                    5/1/2006 9:29:46 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 06/01/2006



Referred To DMH
**6,517**

DMH Record Review
Does Not Meet Criteria
**3,010**

DMH Record Review
Meets Criteria
**3,465**

DMH Record Review
Pending
**42**

Clinical Evaluation
Negative
**2,118**

Clinical Evaluation
Positive
**1,316**

Clinical Evaluation
Pending
**30**

Referred to DA
**1,314**

Decision Made
by DA
**1,286**

DA Decision
Pending
**27**

Rejected by DA*
**185**

Petition Filed by DA
**1,101**

Ruling Made
By Judge
**1,020**

Probable Cause
Pending
**81**

Probable Cause
Not Found*
**159**

Probable Cause
Found
**861**

Not Committed at Trial*
**136**

Committed to
Treatment Program
**545**

Trial
Pending
**181**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                (916) 653-1357                06/01/2006 11:16:11 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/05/2006



Referred To DMH
**6,573**

DMH Record Review Does Not Meet Criteria
**3,035**

DMH Record Review Meets Criteria
**3,485**

DMH Record Review Pending
**53**

Clinical Evaluation Negative
**2,131**

Clinical Evaluation Positive
**1,323**

Clinical Evaluation Pending
**31**

Referred to DA
**1,321**

Decision Made by DA
**1,288**

DA Decision Pending
**32**

Rejected by DA*
**185**

Petition Filed by DA
**1,103**

Ruling Made By Judge
**1,026**

Probable Cause Pending
**77**

Probable Cause Not Found*
**160**

Probable Cause Found
**866**

Not Committed at Trial*
**137**

Committed to Treatment Program
**550**

Trial Pending
**180**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 08/01/2006



Referred To DMH
**6,626**

DMH Record Review Does Not Meet Criteria
**3,074**

DMH Record Review Meets Criteria
**3,506**

DMH Record Review Pending
**46**

Clinical Evaluation Negative
**2,143**

Clinical Evaluation Positive
**1,327**

Clinical Evaluation Pending
**36**

Referred to DA
**1,324**

Decision Made by DA
**1,292**

DA Decision Pending
**31**

Rejected by DA*
**185**

Petition Filed by DA
**1,107**

Ruling Made By Judge
**1,028**

Probable Cause Pending
**79**

Probable Cause Not Found*
**160**

Probable Cause Found
**868**

Not Committed at Trial*
**137**

Committed to Treatment Program
**552**

Trial Pending
**180**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    09/01/2006 9:26:22 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/03/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)              (916) 653-1357                    10/03/2006 10:20:33 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/01/2006



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                (916) 653-1357                11/01/2006 9:09:50 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/05/2007



**Referred To DMH**
**8,222**

**DMH Record Review Does Not Meet Criteria**
**4,010**

**DMH Record Review Meets Criteria**
**4,010**

**DMH Record Review Pending**
**202**

**Clinical Evaluation Negative**
**2,464**

**Clinical Evaluation Positive**
**1,364**

**Clinical Evaluation Pending**
**182**

**Referred to DA**
**1,364**

**Decision Made by DA**
**1,313**

**DA Decision Pending**
**50**

**Rejected by DA***
**185**

**Petition Filed by DA**
**1,128**

**Ruling Made By Judge**
**1,036**

**Probable Cause Pending**
**92**

**Probable Cause Not Found***
**160**

**Probable Cause Found**
**876**

**Not Committed at Trial***
**137**

**Committed to Treatment Program**
**554**

**Trial Pending**
**186**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/01/2006



Referred To DMH
**6,883**

DMH Record Review
Does Not Meet Criteria
**3,155**

DMH Record Review
Meets Criteria
**3,573**

DMH Record Review
Pending
**155**

Clinical Evaluation
Negative
**2,188**

Clinical Evaluation
Positive
**1,345**

Clinical Evaluation
Pending
**40**

Referred to DA
**1,343**

Decision Made
by DA
**1,307**

DA Decision
Pending
**35**

Rejected by DA*
**185**

Petition Filed by DA
**1,122**

Ruling Made
By Judge
**1,032**

Probable Cause
Pending
**90**

Probable Cause
Not Found*
**160**

Probable Cause
Found
**872**

Not Committed at Trial*
**137**

Committed to
Treatment Program
**552**

Trial
Pending
**184**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                    (916) 653-1357                    11/01/2006 9:09:50 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 01/05/2007



Referred To DMH
**8,222**

DMH Record Review Does Not Meet Criteria
**4,010**

DMH Record Review Meets Criteria
**4,010**

DMH Record Review Pending
**202**

Clinical Evaluation Negative
**2,464**

Clinical Evaluation Positive
**1,364**

Clinical Evaluation Pending
**182**

Referred to DA
**1,364**

Decision Made by DA
**1,313**

DA Decision Pending
**50**

Rejected by DA*
**185**

Petition Filed by DA
**1,128**

Ruling Made By Judge
**1,036**

Probable Cause Pending
**92**

Probable Cause Not Found*
**160**

Probable Cause Found
**876**

Not Committed at Trial*
**137**

Committed to Treatment Program
**554**

Trial Pending
**186**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

# Sex Offender Commitment Program (SOCP)
## All Cases as of 02/14/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 03/09/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 05/08/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          05/08/2007 11:22:50 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 6/17/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 07/05/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          07/05/2007 10:10:24 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 08/02/2007



Referred To DMH
**14,242**

DMH Record Review
Does Not Meet Criteria
**7,346**

DMH Record Review
Meets Criteria
**5,546**

DMH Record Review
Pending
**1,350**

Clinical Evaluation
Negative
**3,614**

Clinical Evaluation
Positive
**1,481**

Clinical Evaluation
Pending
**451**

Referred to DA
**1,477**

Decision Made
by DA
**1,391**

DA Decision
Pending
**86**

Rejected by DA*
**190**

Petition Filed by DA
**1,201**

Ruling Made
By Judge
**1,049**

Probable Cause
Pending
**152**

Probable Cause
Not Found*
**162**

Probable Cause
Found
**887**

Not Committed at Trial*
**141**

Committed to
Treatment Program
**561**

Trial
Pending
**186**

*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons.*

CA Department of Mental Health (DMH)          (916) 653-1357          08/02/2007 2:17:01 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 09/04/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

CA Department of Mental Health (DMH)          (916) 653-1357          09/04/2007 2:15:52 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 10/01/2007



Referred To DMH
**15,590**

DMH Record Review
Does Not Meet Criteria
**8,416**

DMH Record Review
Meets Criteria
**5,907**

DMH Record Review
Pending
**1,267**

Clinical Evaluation
Negative
**3,968**

Clinical Evaluation
Positive
**1,507**

Clinical Evaluation
Pending
**432**

Referred to DA
**1,504**

Decision Made
by DA
**1,441**

DA Decision
Pending
**63**

Rejected by DA*
**193**

Petition Filed by DA
**1,248**

Ruling Made
By Judge
**1,158**

Probable Cause
Pending
**89**

Probable Cause
Not Found*
**169**

Probable Cause
Found
**989**

Not Committed at Trial*
**157**

Committed to
Treatment Program
**579**

Trial
Pending
**256**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons.

# Sex Offender Commitment Program (SOCP)
## All Cases as of 11/06/2007



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 12/10/2007



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)          (916) 653-1357          12/10/2007 12:13:05 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 1/4/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 2/7/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)                    (916) 653-1357                    2/7/2008 8:06:27 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 3/11/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 4/1/2008



Referred To DMH
**19,047**

DMH Record Review Does Not Meet Criteria
**11,733**

DMH Record Review Meets Criteria
**6,842**

DMH Record Review Pending
**472**

Clinical Evaluation Negative
**4,941**

Clinical Evaluation Positive
**1,574**

Clinical Evaluation Pending
**327**

Referred to DA
**1,572**

Decision Made by DA
**1,513**

DA Decision Pending
**58**

Rejected by DA*
**197**

Petition Filed by DA
**1,316**

Ruling Made By Judge
**1,188**

Probable Cause Pending
**128**

Probable Cause Not Found*
**171**

Probable Cause Found
**1,017**

Not Committed at Trial*
**160**

Committed to Treatment Program
**587**

Trial Pending
**272**

Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 5/7/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)          (916) 653-1357          5/7/2008 10:35:46 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 6/4/2008



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)                    (916) 653-1357                    6/4/2008 3:40:11 PM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 7/11/2008



*Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (DMH)        (916) 653-1357        7/11/2008 11:55:26 AM

# Sex Offender Commitment Program (SOCP)
## All Cases as of 8/7/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

# Sex Offender Commitment Program (SOCP)
## All Cases as of 9/3/2008



Note: this report is now available on the SOCP web site: http://www.dmh.ca.gov/socp

*These figures contain a small number of cases that were suspended due to legal and administrative reasons

CA Department of Mental Health (DMH)        (916) 653-1357        9/3/2008 1:52:34 PM

Case 2:90-cv-00520-KJM-SCR     Document 3549-1     Filed 03/23/09     Page 47 of 59

# Sex Offender Commitment Program (SOCP)

## All Cases as of 10/1/2008

| Referred To DMH |
| --- |
| 22781 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
| --- | --- | --- |
| 14698 | 7468 | 615 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
| --- | --- | --- |
| 5626 | 1628 | 214 |

| Referred To DA |
| --- |
| 1625 |

| Decision Made by DA | Decision Pending by DA |
| --- | --- |
| 1577 | 48 |

| Petition Filed by DA | Rejected by DA* |
| --- | --- |
| 1380 | 197 |

| Ruling Made By Judge | Probable Cause Pending |
| --- | --- |
| 1245 | 135 |

| Probable Cause Found | Probable Cause Not Found* |
| --- | --- |
| 1073 | 172 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
| --- | --- | --- |
| 164 | 608 | 301 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Progra*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (916) 653-1843 (DMH)                    10/1/2008

# Sex Offender Commitment Program (SOCP)

## All Cases as of 11/5/2008

| Referred To DMH |
| --- |
| 23473 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
| --- | --- | --- |
| 15290 | 7617 | 566 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
| --- | --- | --- |
| 5739 | 1641 | 237 |

| Referred To DA |
| --- |
| 1633 |

| Decision Made by DA | Decision Pending by DA |
| --- | --- |
| 1584 | 42 |

| Petition Filed by DA | Rejected by DA* |
| --- | --- |
| 1387 | 198 |

| Ruling Made By Judge | Probable Cause Pending |
| --- | --- |
| 1250 | 136 |

| Probable Cause Found | Probable Cause Not Found* |
| --- | --- |
| 1075 | 174 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
| --- | --- | --- |
| 166 | 612 | 297 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Progra*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (916) 653-1843 (DMH)                    11/5/2008

# Sex Offender Commitment Program (SOCP)

## All Cases as of 1/5/2009

| Referred To DMH |
|---|
| 24396 |

| DMH Record Review Does Not Meet Criteria * | DMH Record Review Meets Criteria | DMH Record Review Pending |
|---|---|---|
| 16126 | 7827 | 443 |

| Clinical Evaluation Negative * | Clinical Evaluation Positive | Clinical Evaluation Pending |
|---|---|---|
| 5927 | 1651 | 249 |

| Referred To DA |
|---|
| 1639 |

| Decision Made by DA | Decision Pending by DA |
|---|---|
| 1594 | 41 |

| Petition Filed by DA | Rejected by DA* |
|---|---|
| 1397 | 198 |

| Ruling Made By Judge | Probable Cause Pending |
|---|---|
| 1253 | 143 |

| Probable Cause Found | Probable Cause Not Found* |
|---|---|
| 1078 | 174 |

| Not Committed at Trial* | Committed to Treatment Program | Trial Pending |
|---|---|---|
| 166 | 616 | 295 |

*Note: This report is available on the Internet at:*
*http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program*

*\*These figures contain a small number of cases that were suspended due to legal and administrative reasons*

CA Department of Mental Health (916) 653-1843                1/5/2009
(DMH)

# Exhibit
# P-1026



**Percentage of DMH Referrals Resulting in SVP Commitment Declines Significantly Post Jessica's Law/SB 1128**

**Cumulative SVP Commitments as Percentage of DMH Referrals**

Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics. Available at: http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1026
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1027



SVPs Committed To Program (2005-2006)
Pre-Jessica's Law/SB 1128

Cumulative SVPs Committed to Program

Trendline:
y = 0.0889x - 2911.4
R² = 0.9717

Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics. Available at:
http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1027
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1028



## SVP Committed to Program (2007-2008) Post-Jessica's Law/SB 1128

**Cumulative SVPs Committed to Program**

Trendline:
y = 0.0897x - 2956.2
R² = 0.97

Source: California Department of Mental Health: Sex Offender Commitment Program Summary Statistics. Available at: http://www.dmh.ca.gov/Services_and_Programs/Forensic_Services/Sex_Offender_Commitment_Program/Facts_&_Figures.asp

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1028
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1029

## 4440   Department of Mental Health

### State Hospital In-Hospital Population

| State Hospital | Last Wednesday of Fiscal Year | | | | | Average (Two Year Average) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Observed | Observed | Observed | Estimated | Estimated | Observed | Observed | Observed | Estimated | Estimated |
| | 6-28-06 | 6-27-07 | 6-25-08 | 6-24-09 | 6-30-10 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 |
| **Atascadero** | | | | | | | | | | |
| LPS | 6 | 5 | 3 | 7 | 7 | 7 | 6 | 4 | 5 | 7 |
| PC¹ | 806 | 778 | 869 | 1,022 | 926 | 716 | 792 | 824 | 946 | 974 |
| Other² | 463 | 155 | 163 | 267 | 276 | 579 | 309 | 159 | 215 | 272 |
| Total | 1,275 | 938 | 1,035 | 1,296 | 1,209 | 1,302 | 1,107 | 987 | 1,166 | 1,253 |
| **Coalinga** | | | | | | | | | | |
| PC¹ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other² | 156 | 613 | 745 | 825 | 894 | 78 | 385 | 679 | 785 | 860 |
| Total | 156 | 613 | 745 | 825 | 894 | 78 | 385 | 679 | 785 | 860 |
| **Metropolitan** | | | | | | | | | | |
| LPS | 279 | 239 | 225 | 228 | 228 | 266 | 259 | 232 | 227 | 228 |
| PC¹ | 401 | 417 | 425 | 429 | 429 | 408 | 409 | 421 | 427 | 429 |
| Other² | 16 | 17 | 28 | 37 | 37 | 20 | 17 | 23 | 33 | 37 |
| Total | 696 | 673 | 678 | 694 | 694 | 694 | 685 | 676 | 687 | 694 |
| **Napa** | | | | | | | | | | |
| LPS | 222 | 197 | 197 | 215 | 215 | 210 | 210 | 197 | 206 | 215 |
| PC¹ | 953 | 911 | 899 | 928 | 908 | 928 | 932 | 905 | 914 | 918 |
| Other² | 65 | 46 | 57 | 52 | 52 | 56 | 56 | 52 | 55 | 52 |
| Total | 1,240 | 1,154 | 1,153 | 1,195 | 1,175 | 1,194 | 1,198 | 1,154 | 1,175 | 1,185 |
| **Patton** | | | | | | | | | | |
| LPS | 88 | 95 | 104 | 92 | 92 | 86 | 92 | 100 | 98 | 92 |
| PC¹ | 1,318 | 1,340 | 1,343 | 1,344 | 1,305 | 1,323 | 1,329 | 1,342 | 1,344 | 1,325 |
| Other² | 82 | 64 | 59 | 89 | 89 | 87 | 73 | 62 | 74 | 89 |
| Total | 1,488 | 1,499 | 1,506 | 1,525 | 1,486 | 1,496 | 1,494 | 1,504 | 1,516 | 1,506 |
| **Vacaville** | | | | | | | | | | |
| Other² | 360 | 266 | 266 | 300 | 300 | 303 | 313 | 266 | 283 | 300 |
| Total | 360 | 266 | 266 | 300 | 300 | 303 | 313 | 266 | 283 | 300 |
| **Salinas Valley** | | | | | | | | | | |
| PC¹ | 1 | 1 | 4 | 0 | 0 | 0 | 1 | 3 | 2 | 0 |
| Other² | 56 | 140 | 161 | 240 | 240 | 52 | 98 | 151 | 201 | 240 |
| Total | 57 | 141 | 165 | 240 | 240 | 52 | 99 | 154 | 203 | 240 |
| **Total** | | | | | | | | | | |
| LPS | 595 | 536 | 529 | 542 | 542 | 569 | 567 | 533 | 536 | 542 |
| PC¹ | 3,479 | 3,447 | 3,540 | 3,723 | 3,568 | 3,375 | 3,463 | 3,495 | 3,633 | 3,646 |
| Other² | 1,198 | 1,301 | 1,479 | 1,810 | 1,888 | 1,175 | 1,251 | 1,392 | 1,646 | 1,850 |
| Total | 5,272 | 5,284 | 5,548 | 6,075 | 5,998 | 5,119 | 5,281 | 5,420 | 5,815 | 6,038 |

Acronyms Used Above: Lanterman-Petris-Short (LPS) and Penal Code (PC)

[1] Includes Not Guilty by Reason of Insanity, Incompetent to Stand Trial, and Mentally Disordered Offender patients.

[2] Includes Penal Code 2684/Penal Code 2974, Welfare and Institutions Code 1756. Other Penal Code and Sexually Violent Predator patients.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1029
Date Entered:_____
Signature:_____
Alternate Reference:

# Exhibit
# P-1030



## Coalinga State Hospital Census and Projections Per 2009-2010 Governor's Budget

| | 6/28/06 | 6/27/07 | 6/25/08 | 6/24/09 | 6/30/10 |
|---|---|---|---|---|---|
| Coalinga* | 156 | 613 | 745 | 825 | 894 |
| Remaining Capacity (1,500 Total Capacity) | 1344 | 887 | 755 | 675 | 606 |

*Source: Governor's Budget 2009-10, Proposed Budget Detail, Health and Human Services - State Hospital In-Hospital Population.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
HEARING ON DEFS' BED PLANS – 3/24/09
PLTF Exhibit No. P-1030
Date Entered: _____
Signature: _____
Alternate Reference: _____