IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>       Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008** |

1      On March 30, 2009, the parties in this case filed a Stipulation confirming the
2 results of their meet and confer session concerning fees and costs for the Fourth Quarter
3 of 2008, pursuant to the March 19, 1996, periodic fees order in this case.
4      Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5 costs of $94,978.84, plus interest, are due and collectable as of forty-five days from the
6 date of entry of this Order. Interest on these fees and costs will run from March 14, 2009,
7 accruing at the rate provided by 28 U.S.C. §1961.

9      IT IS SO ORDERED.
10      Dated:

12                                        John F. Moulds, Magistrate Judge
13                                        United States District Court

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008