IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

vs.

No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
et al.
    **Defendants**
    _____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of William F. Alvarez, Ph.D. to the special master's staff. The reasons for this request to appoint Dr. Alvarez are set forth in the accompanying memorandum. Dr. Alvarez is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. The parties have represented that they have no objection to the addition of Dr. Alvarez to the special master's staff.

                                                  Respectfully submitted,

                                                  /s/

                                                  Matthew A. Lopes, Jr.
                                                 Special Master

April 1, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
  **Plaintiffs**

vs.                                           No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
**et al.**
  **Defendants**
_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
## REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants to the special master, he requests the Court's approval for the appointment of William F. Alvarez, Ph.D. to his staff.

Additional expert staff is now needed to carry out the special master's present duties to assess and report to the court on the defendants' implementation of various plans and projects for providing mental health care to inmates in the prisons of the California Department of Corrections and Rehabilitation (CDCR). The demands posed by this responsibility exceed the special master's current expert personnel resources.

Dr. Alvarez is uniquely qualified to assist the special master. (See *curriculum vita* attached.) He earned a doctoral degree in psychology at Cornell University in 1983, and fulfilled a post-doctoral fellowship in psychology at the University of Utah - National Institute of Mental Health in 1984. Dr. Alvarez's career as a psychologist has included work both as a clinician and

as a research specialist. Shortly after earning his doctoral degree and completing his post-doctoral fellowship, he worked as a clinical psychologist for the State of California at the Sonoma Developmental Center, and later was elevated to the position of director of the neurobehavioral assessment project there. He also served on the faculties of the psychology departments at the Irvine and San Francisco campuses of the University of California and at Sonoma State University. From 1999 to 2008, Dr. Alvarez worked within the CDCR. He began his tenure with the CDCR as a staff psychologist at the Pelican Bay State Prison. Within two years, he was elevated to the position of chief of mental health and chief psychologist at the Pleasant Valley State Prison, and subsequent to that he was the health care manager at the same institution from 2005 to 2008.

Most significantly, Dr. Alvarez conducted an in-depth study of the total number of CDCR inmates who may require inpatient Department of Mental Health (DMH) level of care. His resulting expert report, the "Unidentified Needs Assessment Report," was issued in March 2005. This study is universally regarded among the Coleman parties and the special master and his staff as an extremely comprehensive and authoritative source on the subject.

The addition of this highly qualified mental health professional to the special master's staff will greatly assist him with fulfilling his responsibility to quickly assess the defendants' compliance with the variety of ongoing mental health care programming and construction projects, pinpoint any remaining unmet needs of the mental health population within the prisons, and conduct meaningful and productive meetings to address these needs with the defendants during the next 60 days. Accordingly, he asks that this request to add Dr. Alvarez to his expert staff be granted. The parties have represented that they have no objection to the appointment of

Dr. Alvarez to the special master's staff.

                              Respectfully submitted,

                              /s/

                            _____
                            Matthew A Lopes, Jr.
                            Special Master

April 1, 2009

# CURRICULUM VITAE

# William F. Alvarez, Ph.D.

CA Licensed Psychologist #PSY10264
PO Box 223, Cambria, CA 93428
(805) 927-2918
Cell (805) 720-4363
wfa_phd@hotmail.com

## **EDUCATION**

| | | | |
|---|---|---|---|
| University of Utah - National Institute of Mental Health | Post Doctoral Fellowship | 1984 | Psychology |
| Cornell University | Ph.D. | 1983 | Psychology |
| San Francisco State University | M.A. | 1976 | Psychology |
| Rutgers University | B.A. | 1973 | Psychology |

## **PROFESSIONAL EXPERIENCE**

2005 – 2008    *Health Care Manager* – (Chief Psychologist) California Department of Corrections and Rehabilitation – Pleasant Valley State Prison. Manage a multi-disciplinary health care program providing health care services (Medical, Nursing, Dental, Mental Health, Support Services, etc.) to 6,000 inmate/patients. Administrative, Personnel, Quality Management and Fiscal responsibility ($55 million dollar budget)

1987 - Present    *Forensic Psychologist, Private Practice:* Court Appointed Alienist and Expert Witness: Arizona, Hawaii, Washington, Oregon, California (Sonoma, Marin, San Francisco, Napa, Del Norte, Santa Clara, Lake, Pumas & San Luis Obispo Counties) Superior and Municipal Courts. Provide mental health assessments for Departments of Social Services, Adult and Juvenile Probation Departments, Superior and Municipal Courts (Criminal and Civil Matters) Psychological and Neuropsychological Evaluations.

2000 - 2005    *Chief of Mental Health and Chief Psychologist* – California Department of Corrections - Pleasant Valley State Prison. Manage a mental health program in a multidisciplinary setting providing mental health services to 1400 patients and 14 Mental Health Crisis Beds (licensed [Title 22] inpatient psychiatric beds). Personnel and Budget management; Mental Health Quality Management; member Board of

William F. Alvarez, Ph.D.  (Page 2)

                 Governors for CTC (licensed Clinical Treatment Center); supervision of provision of Board of Prison Term reports and Mentally Disordered Offender Evaluations; direct and monitor data collection and assessment to assure compliance with Federal Court Ordered Mental Health Service Delivery Guidelines; task force member to revise Mental Health Service Delivery Guidelines for State of California; Statewide Quality Management Assistance team member; Completed special assignment to direct Federal Court Ordered statewide assessment of unmet inpatient bed needs between the Department of Corrections and the Department of Mental Health.

1999 - 2000    *Staff Psychologist* - Pelican Bay State Prison, Crescent City, CA

1996 - 1998    *Executive Director*, Family Preservation Institute – Established and directed a program providing low fee services for families and children involved in child abuse cases and custody disputes (coordination between intern program of University with Department of Social Services and Family Court).

1994 - 1998    *Assistant Professor*, Sonoma State University, Depart. of Counseling, Rohnert Park, CA

1991 - 1994    *Lecturer*, Sonoma State University, Graduate Program in Counseling Psychology, Rohnert Park,

1986 - 1996    *Adjunct Assistant Clinical Professor*, Department of Psychiatry, University of California, San Francisco, CA

1991 - 1992    *Graduate Faculty* - Research Psychologist, Department of Psychiatry, University of California, Irvine, CA

1989 - 1991    *Acting Section Chief*, State Developmental Research Institutes, State of CA, Irvine. CA.

1989 - 1991    *Director*, Sonoma Neurobehavioral Assessment Project, State of California, Sonoma Developmental Center, Eldridge, CA

1986 - 1989    *Associate Research Scientist*, State of California Developmental Research Institute, Irvine, CA

1987 - 1988    *Research Consultant*, Department of Psychology, Veteran's Administration Hospital, San Francisco, CA

1987 - 1988    *Special Education Instructor*, Santa Rosa Junior College

| | |
|---|---|
| 1984 - 1989 | *Clinical Psychologist*, State of California, Sonoma Developmental Center, Eldridge, CA |
| 1983 - 1984 | *NIMH Postdoctoral Fellow*, University of Utah: The prevention of childhood psychopathology, Salt Lake City, Utah |
| 1984 | *Research Consultant*, Primary Children's Medical Center, Child and Adolescent Inpatient Psychiatry Unit, Salt Lake City, Utah |
| 1982 - 1983 | *Project Director*, Eastern Stream Child Abuse Prevention and Education Project, Family Life Development Center, Cornell University, Ithaca, NY |
| 1982 - 1983 | *Statistical/Computer Consultant*, Cornell Institute for Social and Economic Research, Cornell University, Ithaca, NY |
| 1980 - 1982 | *Senior Research Analyst*, The Comparative Ecology of Human Development Project, Cornell University, Ithaca, NY |
| 1979 - 1981 | *Evaluation Specialist*, Family Life Development Center, Child Protective Services Training Institute, Cornell University, Ithaca, NY |
| 1976 - 1979 | *Research Associate*, Psychotherapy Evaluation and Study Center - National Center for the Study of Neurosis, Langley Porter Psychiatric Institute, UC, San Francisco, CA |
| 1977 - 1979 | *Private Consultant* - Methodological and statistical consultation, San Francisco, CA |
| 1976 - 1977 | *Evaluation Specialist*, Far West Laboratory for Educational Research and Development, Follow Through Project, San Francisco, CA |
| 1976 - 1977 | *Research Assistant*, Far West Laboratory for Educational Research and Development, Beginning Teacher Evaluation Study, San Francisco, CA |
| 1974 - 1975 | *Co-Director*, Haight Ashbury Free Medical Clinic - Vocational Drug Rehabilitation, Youth Projects Inc., SF, CA |
| 1973 - 1974 | *Bilingual Residential Counselor*, New Jersey Residential Manpower Center |

## OTHER PROFESSIONAL ACTIVITIES

| | | |
|---|---|---|
| Board of Directors (1996-7) | - | CASA Program, Sonoma County |
| SSU Representative (1997) | - | Sonoma County Gang Task Force |
| Consultant (1997) | - | Sonoma County - Families Matter |
| Board of Directors (1996) | - | Opportunity House |
| Journal Reviewer (1994) | - | Child Development |
| Journal Reviewer (1994) | - | Merrill-Palmer Quarterly |
| Editorial Board (1984-94) | - | State Developmental Research Digest |

## HONORS and AWARDS

1968        Class of 1958 Scholarship (HS scholarship awarded for academic excellence and potential)

1980-82     Foundation for Child Development Fellowships. Ecological study of child development and family systems. (Awarded two separate years 1980-1 and 1981-2)

1983 - 1984 NIMH Postdoctoral Fellowship. Prevention of Childhood Psychopathology

1995 - 1997 Who's Who in America's Executives and Professionals

1995 - 1997 Diplomate, American College of Forensic Examiners

1995 - 1997 Member, American Association of Experts in Traumatic Stress

## TEACHING EXPERIENCE

| | | |
|---|---|---|
| Cornell University | - | The Ecology of Human Development; The Family in Modern Times |
| University of Utah | - | Issues in Human Development; Abnormal Child Psychology |
| UC, San Francisco | - | Statistics (for doctoral students) |
| Santa Rosa Junior College | - | Foster Parenting and the Reunification Process; Attachment and Loss |
| Sonoma State University | - | Research and Evaluation Methods; Psychological & Educ. Assessment; Supervised Internship; Statistical Applications in the Social Sciences; Counseling Prepracticum; Counseling Practicum; Cross-Cultural |

Issues in Counseling; Psychodiagnostics and Individual Differences

## WORKSHOPS / CONTINUING EDUCATION PRESENTATIONS (given)

2004  How to Get Value From a Psychiatric Evaluation – Center for Judicial Education and Research 2004 California Law Institute
1998  Custody Issues for the year 2000 -Sonoma County Bar Association, Family Law Division
1997  The Use/Misuse of Expert Testimony  -3rd Annual Criminal Law Seminar, Sonoma County Bar Assoc.
1997  The Family Preservation Institute: A model for University and Community Collaboration -  Bay Area CPS Association
1997  Risk Assessment   - Family Preservation Institute
1996  Custody Issues in Family Law   - Sonoma County Bar Association, Family Law Division
1996  Child Witnesses in the Courtroom   - Juvenile Court/ Sonoma County Bar Association
1995  Attachment Difficulties and Behavior   - Redwood Foster Parent's Association
1995  Psychology and the Law   - Sonoma County Bar Association
1994  Brain, Behavior and Psychopharmacology - Sonoma State University, RP, CA
1994-6 Child Abuse Assessment & Reporting  - Sonoma State University, RP, CA
1994-5 Child Assessment   - Santa Rosa Junior College,
1993  Attachment and Loss   - College of Marin, San Rafael, CA
1990-1 Movement Disorders and Psychoactive Drugs  - Statewide Training Workshop, Department Developmental Disabilities, State of California

## PUBLICATIONS

Bolter, K., Levenson, H. and Alvarez, W.  Values and preference for long_term vs. short_term psychotherapy. **Journal of Professional Psychology,** 1990,**V93, 6,** 285-290.

Larson, O.W., Doris, J. and Alvarez, W.  Migrants and maltreatment: Comparative evidence from central registry data. **Child Abuse and Neglect,** 1990, **14,** 281-291.

Salamy, A., Alvarez, W. and Peeke, H.  Neurometric evaluation in Down syndrome individuals: Implications for dual diagnosis. **Brain Dysfunction,** 1990, **3,** 50_57.

Peeke, H.V.S., Salamy, A., Amochaev, A. and Alvarez, W.  Topographic mapping of the EEG alpha rhythm in Down's syndrome individuals: Reactivity and habituation.  ***Brain Dysfunction***, 1990, **3**, 45_49.

Amochaev, A., Salamy, A., Alvarez, W. and Peeke, H.  Topographic mapping and habituation of event related EEG alpha band desynchronization.  ***Intern'l J for Neuroscience***, 1989, **49,** 151_155.

Alvarez, W.F., Doris, J. and Larson, O.  Children of migrant farm work families are at high risk for maltreatment: New York Study.  ***American Journal of Public Health***, 1988, **78(8),** 934_936.

Stone, R.K., Alvarez, W.F., Hom, A. and Ellman, G.  Psychotropic drug use across California Developmental Centers.  ***Journal of Mental Deficiency***, 1989, **93(6),** 627_632.

Stone, R.K., Alvarez, W.F., May, J. and Ellman, G.  Prevalence of dyskinesia and related movement disorders in a developmentally disabled population.  ***Journal of Mental Deficiency Research***, 1988, **33,** 41_53.

Stone, R.K., May, J., Alvarez, W.F. and Ellman, G.  Abnormal involuntary movement disorders and antipsychotic drug usage among the developmentally disabled.  ***Pharmacology, Biochemistry and Behavior***, 1988, **29,** 45_51.

Larson, O.W., Doris, J. and Alvarez, W.F.  Child maltreatment among U.S. east coast migrant farm workers. ***Child Abuse and Neglect***, 1987, **11,** 281_291.

Alvarez, W.F.  The meaning of maternal employment for mothers and their perceptions of their three_year_old children.  Special Issue, ***Families and Child Development: Child Development***, 1985, **56**, 350_360.

Lamb, M.E. and Alvarez, W.F.  Values: Development and intervention.  ***Contemporary Psychology***, 1984, **29(2)**, 121_122 (a book review).

Bronfenbrenner, U., Alvarez, W.F. and Henderson, C.  Working and watching: Maternal employment status and parents' perceptions of their three_year_old children.  ***Child Development***, 1984, **55(4)**, 1362_1378.

Hoyt, M.J., Marmar, C., Horowitz, M.J. and Alvarez, W.F.  The therapist action scale: Instrument for the assessment of activities during dynamic psychotherapy.  ***Psychotherapy: Theory, Research and Practice***, 1981, **18(1)**, 109_116.

Horowitz, M.J., Hulley, S., Alvarez, W.F., Benfari, R., Blair, S., Borhani, N. and Simon, N. The news of being at high risk for early heart disease as a stressful event.  ***Psychosomatic Medicine***, 1980, **42**, 37_46.

Horowitz, M.J., Wilner, N., Kaltreider, N. and Alvarez, W.F.  Signs and symptoms of post_traumatic stress disorder.  **Archives of General Psychiatry,** 1989, **37,** 85_92.

Horowitz, M.J., Wilner, N. and Alvarez, W.F.  The impact of event scale: A measure of subjective stress.  **Psychosomatic Medicine,** 1979, **41(3),** 209_218.

Horowitz, M.J., Alvarez, W.F., Hulley, S., Reynolds, A.M., Benfari, R., Blair, S., Borhani, N. and Simon, N.  Life events and the risk factors for coronary heart disease.  **Psychosomatics,** 1979, **20(9),** 586_592.


## OTHER PROFESSIONAL PAPERS

Alvarez, W.F.  Motor inhibition and assertive behavior in parent cooperative and Montessori pre_school settings.  M.A. Thesis, San Francisco State University, San Francisco, CA, 1976.

Alvarez, W.F. and Pasciulo, J.  Evaluation report of the basic training institute: A report to New York State Department of Social Services.  Cornell University, Ithaca, New York, 1980.

Weiss, H., Alvarez, W.F., Bronfenbrenner, U., Cochran, M., Cross, W.E., Hall, S., Henderson, C.R. and Pogats8hnik, L.  The ecology of family life: Construct validity, cognitive complexity and other developments.  Special report to the National Institute of Education.  Cornell University, Ithaca, New York, 1982.

Alvarez, W.F., Henderson, C.R. and Bronfenbrenner, U.  Maternal employment and mothers' descriptions of their three_year_old children.  IN: Cochran et al., Contexts for Childrearing: The Ecology of Family Life in Syracuse, New York. Special report to the National Institute of Education.  Cornell University, Ithaca, New York, 1982.

Larson, O.W., Alvarez, W.F. and Doris, J.  Child abuse and neglect in the Eastern migratory stream: A study of maltreatment incidences and patterns.  Final report to the United States Department of Education and the Bureau of Migrant Education.  Cornell University, Ithaca, New York, 1984.


## PRESENTATIONS *(at Psychological Professional Meetings)*

1990   Alvarez, W.F.  Psychoactive drug usage and movement disorders among the Developmentally Disabled.  **California Behavior Analysis Conference,** Santa Rosa, California.

1985   Alvarez, W.F., Larson, O.W. and Doris, J.  At high risk for maltreatment: Children of migrant farmwork families.  Poster session presented at the Annual Convention of the **American Psychological Association,** Los Angeles, California.

1985  Stone, R.K., May, J., Alvarez, W.F. and Fedullo, B.  The developmentally disabled: Drug usage and movement disorders.  Poster session presented at the Annual Convention of the ***American Psychological Association***, Los Angeles, California

1985  Alvarez, W.F., Stone, R.K. and May, J.  Psychotropic drug usage and movement disorders: Cause or cure?  Conference on ***Movement Disorders Among the Developmentally Disabled***, Sonoma, California.

1985  Carmen, K., McMahon, W., Latkowski, M., Alvarez, W. and Ferre, R.  History of abuse among child psychiatric in_patients: A replication.  A poster session presented at the ***American Academy of Child Psychiatry Annual Meetings***, San Antonio, Texas.

1985  McMahon, W., Alvarez, W.F., Ferre, R., Latkowski, M. and Eunice, A.  Child abuse and psychopathology.  ***The American Academy of Child Psychiatry Annual Meeting***, San Antonio, Texas.

1984  McMahon, W., Alvarez, W.F., Latkowski, M. and Ferre, R.  Child Abuse among child in_patients.  Poster session presented at the ***American Academy of Child Psychiatry Annual Meeting***, Toronto, Canada.

1984  Alvarez, W.F., McMahon, W., Gelfand, D., Latkowski, M. and Ferre, R.  Child maltreatment and hospitalization for psychopathology: Prevalence and implications.  Poster session at the ***Fifth International Congress on Child Abuse and Neglect***, Montreal, Canada.

1984  Larson, O.W., Alvarez, W.F. and Doris, J.  Child maltreatment among migrant farmworkers: Findings from the Eastern Stream Incidence Study. Workshop on Child Maltreatment among Minority Groups at the ***Fifth International Congress on  CA/N***, Montreal, Canada.

1984  Alvarez, W.F., Larson, O.W. and Doris, J.  High risk factors in a high risk group: Abuse and neglect in the migrant farmwork community.  Workshop on Risk Factors for Child Maltreatment at the ***Fifth International Congress on Child Abuse and Neglect***, Montreal, Canada.

1984  Alvarez, W.F.  Features of the maternal employment situation and their relation to mothers' perceptions of their children.  Poster session at the ***Annual American Psychological Association Meeting***, Toronto, Canada.

1984  Alvarez, W.F.  The meaning of maternal employment for mothers and their children.  ***Developmental Psychology Departmental Colloquium***, University of Utah, Salt Lake City, Utah.

William F. Alvarez, PhD (page 9)

1984   Alvarez, W.F., Doris, J. and Larson, O.W.   Children of migrant farmworkers: A high risk population for abuse and neglect.  ***XIII Annual Child Abuse and Neglect Symposium***, University of Colorado, Keystone, CO.

1984   Alvarez, W.F. and Mistry, J.  Crossing cultural boundaries: A study of cognitive flexibility.   ***VII International Congress of Cross_Cultural Psychology***, Acapulco, Mexico.

1983   Alvarez, W.F., Bronfenbrenner, U. and Henderson, C.  Working and watching: Maternal employment status and parents' perceptions of their three_year_old children. Symposium on the Economic Contex: Consequences for Children. ***BiAnnual Meeting for the Society for Research in Child Development***, Detroit, Michigan.

1982   Alvarez, W.F., Henderson, C. and Bronfenbrenner, U.  Maternal employment and parental perceptions of the child.  Symposium on the Ecology of Family Life.  ***Annual Meeting for the American Educational Research Association***, NYC, New York.

1981   Bronfenbrenner, U. and Alvarez, W.F.   An ecological model of human development: Conceptual and operational definitions.   Symposium on Ecological approaches to the Study of Human Development: Problems and Possibilities. ***BiAnnual Meeting for the Society for Research in Child Development***, Boston, Massachusetts.

1978   Hoyt, M.F., Marmar, C., Horowitz, M.J. and Alvarez, W.F.  TAS/PAS: Instruments for the assessment of therapist and patient actions in brief dynamic psychotherapy. ***Annual Meeting of the Society for the Study of Brief Psychotherapy***, Ontario, Canada

1976   Lindgren, H.C., Alvarez, W.F. et al. Need for achievement: A new brief questionnaire approach.  ***Western Psychological Association Meeting***, Los Angeles.