IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,          No. 2:90-cv-0520-LKK-JFM (PC)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

        /

        The special master in this case has submitted a request to appoint additional staff. The special master seeks approval of William F. Alvarez, Ph.D. as an expert, said expert to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's April 1, 2009 request to appoint of additional staff is GRANTED; and

/////

/////

2. The special master is authorized to appoint William F. Alvarez, Ph.D. as an expert to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff, filed April 1, 2009, and to be compensated at the rates set forth therein.

DATED: April 2, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT