PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | Case No. Civ S 90-0520 LKK-JFM <br><br> **CORRECTED STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008** |

[288651-1][288651-1][288651-1]

CORRECTED STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008, NO. CIV S 90-0520 LKK-JFM

Due to a minor error on Exhibit A to the stipulation that plaintiffs filed on March 30, 2009, the undisputed attorneys' fees and costs were overstated by $202.50. Accordingly, the parties submit this corrected stipulation.

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2008 to defendants via overnight Federal Express on February 10, 2009. Defendants submitted their objections to plaintiffs' statement on March 12, 2009. The parties completed their meet-and-confer process on March 26, 2009. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth Quarter of 2008.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $94,776.34 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 14, 2009 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED: April 3, 2009

Jeff Steele, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: April 3, 2009

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for *Coleman* Plaintiffs

# EXHIBIT A

**Coleman v. Schwarzenegger**
**Fourth Quarterly Statement of 2008**
**October 1, 2008 through December 31, 2008**

SUMMARY OF UNDISPUTED FEES AND COSTS

|  | FEES CLAIMED | COSTS |
|---|---|---|
| MONITORING (Non-Three Judge Panel Work) | $ 69,347.10 | $ 9,502.28 |
| MONITORING FEES ON FEES | $ 15,653.25 | $ 273.71 |
| TOTALS: | $ 85,000.35 | $ 9,775.99 |
| TOTAL UNDISPUTED FEES AND COSTS | | $ 94,776.34 |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2008
### October 1, 2008 through December 31, 2008

### Monitoring Work - 489-3

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Cap For Paralegals | Undisputed Fees | Disputed Fees | Paralegal Disputed Rate Total | Difference Between Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | | | |
| Michael W. Bien (MWB) | 39.40 | 39.40 | 18.60 | -18.60 | 0.00 | 0.00 | 39.40 | $169.50 | $ 169.50 | $ 6,678.30 | $ - | $ - | $ - |
| Jane E. Kahn (JEK) | 39.50 | 39.50 | 8.70 | -8.70 | 0.00 | 0.00 | 39.50 | $169.50 | $ 169.50 | $ 6,695.25 | $ - | $ - | $ - |
| Ernest Galvan (EG) | 2.00 | 2.00 | 1.50 | -1.50 | 0.00 | 0.00 | 2.00 | $169.50 | $ 169.50 | $ 339.00 | $ - | $ - | $ - |
| Gay C. Grunfeld (GCG) | 0.90 | 0.90 | 0.70 | -0.70 | 0.00 | 0.00 | 0.90 | $169.50 | $ 169.50 | $ 152.55 | $ - | $ - | $ - |
| Amy E. Whelan (AEW) | 5.40 | 5.40 | 4.10 | -4.10 | 0.00 | 0.00 | 5.40 | $169.50 | $ 169.50 | $ 915.30 | $ - | $ - | $ - |
| Megan R. Lang (MRL) | 0.40 | 0.40 | 0.30 | -0.30 | 0.00 | 0.00 | 0.40 | $169.50 | $ 169.50 | $ 67.80 | $ - | $ - | $ - |
| Kenneth M. Walczak (KMW) | 0.80 | 0.70 | 0.20 | -0.20 | 0.00 | 0.00 | 0.70 | $169.50 | $ 169.50 | $ 118.65 | $ - | $ - | $ - |
| Mark R. Feeser (MRF) | 3.90 | 3.90 | 3.70 | -3.70 | 0.00 | 0.00 | 3.90 | $169.50 | $ 169.50 | $ 661.05 | $ - | $ - | $ - |
| Lisa A. Ells (LAE) | 18.50 | 13.50 | 3.90 | -3.90 | 0.00 | 0.00 | 13.50 | $169.50 | $ 169.50 | $ 2,288.25 | $ - | $ - | $ - |
| Kevin Jones (KEJ) | 0.40 | 0.40 | 0.40 | -0.40 | 0.00 | 0.00 | 0.40 | $135.00 | $ 169.50 | $ 54.00 | $ - | $ 13.80 | $ 34.50 |
| Sofia A. Millham (SAM) | 57.90 | 51.00 | 9.80 | -9.80 | 0.00 | 0.00 | 51.00 | $135.00 | $ 169.50 | $ 6,885.00 | $ - | $ 1,759.50 | $ 34.50 |
| Katherine Johnson-Silk (KJS) | 59.30 | 56.80 | 3.00 | -3.00 | 0.00 | 0.00 | 56.80 | $135.00 | $ 169.50 | $ 7,668.00 | $ - | $ 1,959.60 | $ 34.50 |
| Melanie Wilkinson (MEW) | 0.90 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | $135.00 | $ 169.50 | $ 121.50 | $ - | $ 31.05 | $ 34.50 |
| Katie Richardson (KMR) | 72.50 | 71.80 | 14.00 | -5.50 | -8.50 | 0.00 | 63.30 | $135.00 | $ 169.50 | $ 8,545.50 | $ - | $ 2,183.85 | $ 34.50 |
| Maya Weltman-Fahs (MWF) | 7.50 | 7.50 | 1.30 | -1.30 | 0.00 | 0.00 | 7.50 | $135.00 | $ 169.50 | $ 1,012.50 | $ - | $ 258.75 | $ 34.50 |
| Ritika S. Aggarwal (RSA) | 107.30 | 102.50 | 14.70 | -4.70 | -10.00 | 0.00 | 92.50 | $135.00 | $ 169.50 | $ 12,487.50 | $ - | $ 3,191.25 | $ 34.50 |
| Oliver Davis (OGD) | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $135.00 | $ 169.50 | $ - | $ - | $ - | $ 34.50 |
| Haruka Roudebush (HR) | 7.90 | 1.20 | 0.30 | -0.30 | 0.00 | 0.00 | 1.20 | $135.00 | $ 169.50 | $ 162.00 | $ - | $ 41.40 | $ 34.50 |
| Matthew Harrison (MRH) | 0.90 | 0.30 | 0.10 | -0.10 | 0.00 | 0.00 | 0.30 | $135.00 | $ 169.50 | $ 40.50 | $ - | $ 10.35 | $ 34.50 |
| **PLO Totals:** | 428.10 | 398.10 | 85.30 | -66.80 | -18.50 | 0.00 | 379.60 | | | $ 54,892.65 | $ - | $ 9,449.55 | |
| | | | | | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | | | | | |
| Megan Hagler (MH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ - | | |
| Ivan Trujillo (IT) | 35.10 | 35.10 | 3.40 | -3.40 | 0.00 | 0.00 | 35.10 | $ 169.50 | $ 169.50 | $ 5,949.45 | $ - | | |
| Colleen Shaw (CS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ - | | |
| Luisa Rivera (LR) | 63.40 | 63.40 | 3.50 | -2.00 | -1.50 | 0.00 | 61.90 | $ 135.00 | $ 169.50 | $ 8,356.50 | $ - | $ 2,135.55 | $ 34.50 |
| Rebecca Rees (RR) (Market Rate $170) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 135.00 | $ 169.50 | $ - | $ - | $ - | $ 34.50 |
| Pui Yee Yu (PYY) (Market Rate $170) | 1.10 | 1.10 | 0.10 | -0.10 | 0.00 | 0.00 | 1.10 | $ 135.00 | $ 169.50 | $ 148.50 | $ - | $ 37.95 | $ 34.50 |
| **PLO Totals:** | 99.60 | 99.60 | 7.00 | -5.50 | -1.50 | 0.00 | 98.10 | | | $ 14,454.45 | $ - | $ 2,173.50 | |
| | | | | | | | | | | | | | |
| **Total Fees - All Offices** | 527.70 | 497.70 | 92.30 | -72.30 | -20.00 | 0.00 | 477.70 | | | $ 69,347.10 | | $ 11,623.05 | $ - |

**Coleman v. Schwarzenegger**
Summary Of Undisputed Costs - Fourth Quarterly Statement, 2008
October 1, 2008 through December 31, 2008

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & GALVAN | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 4,086.80 | $ - | $ - | $ - | $ 4,086.80 | $ - |
| Photocopying (outside services) | $ 3,924.05 | $ - | $ - | $ - | $ 3,924.05 | $ - |
| Online Research - Pacer | $ 137.90 | $ - | $ - | $ - | $ 137.90 | $ - |
| Depositions and Hearings Transcripts & DVD's | $ 190.65 | $ 190.65 | $ 190.65 | $ - | $ 190.65 | $ - |
| Postage & Delivery | $ 873.26 | $ - | $ - | $ - | $ 873.26 | $ - |
| Telephone | $ 279.62 | $ - | $ - | $ - | $ 279.62 | $ - |
| Requests For Coroner's Reports | $ 10.00 | $ - | $ - | $ - | $ 10.00 | $ - |
| **RBG Totals:** | **$ 9,502.28** | **$ 190.65** | **$ 190.65** | **$ -** | **$ 9,502.28** | **$ -** |

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Fourth Quarterly Statement, 2007
October 1, 2007 through December 31, 2007

*Fees Work – 489-5*

| | Actual Hours | Claimed Hours | Objections Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Remaining Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Can Disputed Rate | Undisputed Fees | Disputed Fees | Paralegal Disputed Rate Total | Difference Between Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | | | |
| Michael W. Bien (MWB) | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | $169.50 | $ 169.50 | $ 67.80 | $ - | $ - | |
| Gay C. Grunfeld (GCG) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $169.50 | $ 169.50 | $ 33.90 | $ - | $ - | |
| Ernest Galvan (EG) | 3.70 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | $169.50 | $ 169.50 | $ 627.15 | $ - | $ - | |
| Amy E. Whelan (AEW) | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | $169.50 | $ 169.50 | $ 2,712.00 | $ - | $ - | |
| Kenneth M. Walczak (KMW) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $169.50 | $ 169.50 | $ 33.90 | $ - | $ - | |
| Pamela Derrico (PD) | 109.20 | 107.70 | 20.00 | 0.00 | 0.00 | 20.00 | 87.70 | $135.00 | $ 169.50 | $ 11,839.50 | $ 2,700.00 | $ 3,715.65 | $ 34.50 |
| **RBG Totals:** | 129.70 | 128.20 | 20.00 | 0.00 | 0.00 | 20.00 | 108.20 | | | $ 15,314.25 | $ 2,700.00 | $ 3,715.65 | |
| | | | | | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | | | | | |
| Ivan Trujillo (IT) | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $169.50 | $ 169.50 | $ 84.75 | $ - | $ - | |
| Edie DeGraff (ED) | 1.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | $169.50 | $ 169.50 | $ 254.25 | $ - | $ - | |
| **PLO Totals:** | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | | | $ 339.00 | $ - | $ - | |
| | | | | | | | | | | | | | |
| **Total Fees – All Offices** | 131.70 | 130.20 | 20.00 | 0.00 | 0.00 | 20.00 | 110.20 | | | $15,653.25 | $ 2,700.00 | $ 3,715.65 | |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Fourth Quarterly Statement, 2008
### October 1, 2008 through December 31, 2008

*Matter: 489-5*

| ROSEN, BIEN & GALVAN | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 152.71 | $ - | $ - | $ - | $ 152.71 | $ - |
| Photocopying (outside services) | 17.60 | - | - | - | 17.60 | - |
| Online Research - Pacer | 3.36 | - | - | - | 3.36 | - |
| Postage & Delivery | 79.97 | - | - | - | 79.97 | - |
| Telephone | 20.07 | - | - | - | 20.07 | - |
| **RBG Totals:** | **$ 273.71** | **$ -** | **$ -** | **$ -** | **$ 273.71** | **$ -** |