IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | **CORRECTED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1    On April 3, 2009, the parties in this case filed a Corrected Stipulation confirming
2 the results of their meet and confer session concerning fees and costs for the Fourth
3 Quarter of 2008, pursuant to the March 19, 1996, periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5 costs of $94,776.34, plus interest, are due and collectable as of forty-five days from the
6 date of entry of this Order. Interest on these fees and costs will run from March 14, 2009,
7 accruing at the rate provided by 28 U.S.C. §1961.

9    IT IS SO ORDERED.
10   Dated: April 14, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

1
CORRECTED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008, CASE
NO. CIV 90-520 LKK/JFM