```
                                                                  1
 1                      SACRAMENTO, CALIFORNIA
 2             TUESDAY, MARCH 24TH, 2009 - 1:30 P.M.
 3                            ---o0o---
 4         THE CLERK:  All rise.
 5         Court is now in session.
 6         The Honorable Lawrence K. Karlton is presiding.
 7         THE COURT:  Please, be seated everyone.
 8         Call the case.
 9         THE CLERK:  Calling Civil Case S-90-520, Coleman v.
10    Schwarzenegger, et al.
11         THE COURT:  Counsel, approach the podium.  State your
12    appearance for the record.
13         MR. BIEN:  Michael Bien on behalf of the plaintiff
14    class.
15         MS. TILLMAN:  Good afternoon.  Lisa Tillman on behalf
16    of the defendants.  I am joined by my colleague Jeff
17    Steele.
18         THE COURT:  I want you all to know that today is not
19    the day that I'm issuing an Order to Show Cause in Re:
20    Contempt.
21         I've warned everybody to make sure I don't lose my
22    temper.
23         That's not to say that there isn't good reason.
24         I'm sorry.
25         That's not to say that there isn't good reason to do
```

2

1  so.

2       You guys can sit down because I'm going to tell you
3  what I'm going to do.  This is going to be a very short
4  hearing.

5       Miss Tillman, will you tell me who is here on behalf
6  of the defendants.

7       MS. TILLMAN:  Yes, Your Honor.  We have Jean Barawed
8  here on behalf of the Department of Mental Health.

9       THE COURT:  Will you stand, please.

10      Thank you.  I just need to know who you are.

11      MS. TILLMAN:  We have Sharon Aungst here on behalf of
12  the Department of Corrections and Rehabilitation, Health Care
13  Services Division.

14      We have Christopher Lief here on behalf of the
15  Department of Finance.

16      And we have Deborah Hysen here on behalf of the
17  Department of Corrections and Rehabilitation, Facilities
18  Management Division.

19      THE COURT:  Thank you, ma'am.

20      I'm going to say this is the kindest -- not
21  kindest -- in the most controlled way I can.

22      You folks have got to understand that when the Court
23  issues an order, that order is to be obeyed.  And failure to
24  obey that order potentially makes you liable for contempt.

25      I have been doing this for 14 years, and I have never

1   felt the need to say this before.  But the idea that you
2   folks would withdraw from a previously approved Bed Plan
3   without having the faintest -- without having a Bed Plan in
4   place is mind-boggling and will not be tolerated.
5           I want to talk about a couple of things and then
6   we'll get to the only solution I can think of at the moment.
7           I want to talk about the 50-bed Mental Health Crisis
8   Bed Unit at California Men's Colony.  It was ordered March of
9   last year, I believe.  There's so many orders I don't
10  even remember.
11          Defendants represent that they have an architect, an
12  engineering firm and an EIR consultant, but that execution of
13  the contract is contingent on funding.
14          Here's an order.  Here's an order that will be
15  obeyed:
16          Within 30 days the defendants shall take all steps
17  necessary so that the contracts have been executed and shall
18  file appropriate declarations so attesting.  Said declaration
19  shall be accompanied by a detailed schedule, including a date
20  certain for completion of the project.
21          And I warn you folks that failure to comply with this
22  order will result in the imposition of sanctions which may
23  include monetary fines or other appropriate sanctions,
24  including very serious contemplation of even further
25  sanctions on all persons responsible for the failure.

4

1        The Salinas Valley Psychiatric Program Punch List.
2        I don't even understand how this could be.  This is
3   the 64-bed Intermediate Care Facility.
4        Miss Tillman, can you explain to me what the holdup
5   is.  I don't understand it.  I mean, how can there be a four
6   million dollar punch list?
7        I'm sorry.  You tell me, or you, sir.  Whoever is
8   going to speak for defendant.  I don't understand it.
9        MS. TILLMAN:  Your Honor, I can speak briefly about
10  this matter.  For a more detailed response I can definitely
11  bring forth a witness if you like.
12       My understanding, from looking at some of the
13  information provided to me and to the Court, is that the
14  project was going forward as planned through December '08.
15       In December 2008 the Pooled Money Investment Board
16  put out a freeze on payment of contracts, statewide, for all
17  sorts of contracts, and at that point the project had to
18  halt.
19       More recently, I believe in February 2009, the Pooled
20  Money Investment Board was able to obtain enough cash to
21  start enabling the State Controller's Office to start paying
22  invoices.  And so checks were prepared to pay this contractor
23  for outstanding work up to December 2008.
24       Those checks were just recently sent and received by
25  the contractor.  I think there is one more check he's owed.

5

1  And then there will be an ability to essentially get a
2  restart date from the contractor to complete the punch list.
3         That is the cash situation that we're in that's
4  affecting a number of contracts.
5         THE COURT:  What do you need from me, if anything, to
6  get this project done?
7         I mean, it was supposed to be that people were in
8  beds in March, and here we are.
9         Tell me is there anything that the Court can do,
10 issue an order to the Board, whoever they are, what?
11        Is there anything that I can do that can make this --
12        MS. TILLMAN:  Let me tell you, Your Honor --
13        THE COURT:  Excuse me.  I am -- I am quite beside
14 myself, and it is very difficult for me.
15        Tell me.
16        MS. TILLMAN:  There are 64 beds.  They are divided
17 into, I believe, three wings.  I believe one wing has only
18 one issue that needs to be addressed on the punch list.
19        Over the past 24-hours I understand that DMH and CDCR
20 have looked at that punch list.  DMH is willing to move
21 patients into Wing A, which is at least 16 beds, as soon as
22 we get the State Fire Marshal to sign off at least on that
23 particular issue, as well as the overall fire sprinkler
24 issue.
25        My understanding is that the State Fire Marshal is

1    being requested to do an expedite review of this particular
2    facility.
3            Essentially, DMH is ready to go with staffing.  They
4    have been ready since July '08.  And as soon as the State
5    Fire Marshal approves moving patients into Wing A, and as
6    soon as CDCR self-certifies, which they should be able to do,
7    if they need waivers, we'll come to you, then we can go
8    wing-by-wing.
9            So I would ask the Court to engage in the same 30-day
10   order that the Court has just given us in regards to CMC
11   Mental Health Crisis Beds, and to basically inform the
12   defendants that this present kind of nascent and as yet
13   unwritten plan of activation to go wing-by-wing should be
14   accomplished, at least in a plan form, within the next 30
15   days.
16           THE COURT:  Thank you, ma'am.
17           I'm going to make that part of the order about
18   meeting with you.  I don't know what else to do.
19           I want to say that the submitted Progress Report is
20   simply insufficient.  Accordingly, the defendants -- And I'm
21   ordering only the defendants, the plaintiffs are not to
22   participate in this because this is not a negotiation, there
23   is no negotiation going on.  The defendants are ordered to
24   meet with the Special Master and his experts tomorrow at
25   2:00 p.m. in the conference room on the 16th floor of this

7

1  courthouse.
2         The purpose of this and such additional meetings as
3  the Special Master may order is for the State at the
4  direction of the Special Master to:
5         1.  Prioritize the projects listed in the Progress
6  Report and develop concrete plans for their implementation.
7         2.  Consider other emergency measures, such as
8  transferring -- one possibility, such as transferring
9  enhanced outpatient inmates to Coalinga State Hospital and
10 Atascadero State Hospital.
11        3.  To take all necessary steps to bring urgent
12 projects within the current budget cycle.
13        I don't know how to say that more clearly.
14        The Court will require defendants to file a further
15 Progress Report on the above matters which must be approved
16 by the Special Master prior to filing.
17        The Special Master will advise the Court within the
18 next 48 hours of a time frame for defendants to file the
19 further Progress Report.
20        The State, at the direction of the Special Master and
21 his experts, and as appropriate in consultation with the
22 Receiver -- This is another problem which I suppose we ought
23 to acknowledge.
24        It is my understanding that today Judge Henderson
25 denied the State's motion to resolve the receiver.  And I

8

1   don't know what the future holds for the receiver, but I
2   think it's not inappropriate if the Special Master invites --
3   I'm sorry -- if the Special Master invites the receiver and
4   the receiver chooses to participate, that he, along with the
5   State, shall have appropriate consultations to take all steps
6   necessary to present to the Court within the next 60 days,
7   not later, a Final Bed Plan that has been approved by the
8   Special Master.
9        I don't know what else to say folks.  I'm beside
10  myself to think that we are here 14 years later trying to
11  work out one of the most basic needs of bringing this case to
12  a conclusion.
13       It has occurred to me, and you know, and I'm sure the
14  plaintiffs know as well, that I don't believe in receivers.
15  I think this is the State's responsibility and it is the
16  State's duty.  And our duty is to ensure that the State does
17  its duty.
18       But I understand fully, more than I want to,
19  Judge Henderson's conclusion that the State was incapable of
20  doing its duty.
21       This is just shocking.
22       The State will do as the Court has just ordered.
23       Do the plaintiffs have some great need to tell me
24  something?
25       MR. BIEN:  No, Your Honor.  Thank you.

```
                                                                    9
 1            THE COURT:  Tomorrow at two o'clock, with the people
 2    who matter, meeting with the Special Master to lay out what's
 3    got to be done.
 4            Court will stand in recess.
 5            (Off the record at 01:45 PM.)
 6                           ---o0o---
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                           ---o0o---

 4     BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

 5

 6   RALPH COLEMAN, et al.,

 7         Plaintiffs,

 8   Vs.                                CASE NO. CIV. S-90-0520 LKK

 9   ARNOLD SCHWARZENEGGER,
     et al.,
10

11         Defendants.
                                      /
12

13

14

15
                                ---o0o---
16

17
                          REPORTER'S TRANSCRIPT
18
                       TUESDAY, MARCH 24TH, 2009
19
                          RE:   PROCEEDINGS
20

21
                                ---o0o---
22

23

24

25   Reported by:                 CATHERINE E.F. BODENE,
                                  CSR. No. 6926
```

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

```
 1                         APPEARANCES
 2                          ---o0o---
 3
 4   FOR THE PLAINTIFF:
 5           ROSEN, BIEN & GALVAN, LLP
             315 MONTGOMERY STREET, TENTH FLOOR
 6           SAN FRANCISCO, CALIFORNIA  94104
 7           BY:  MICHAEL BIEN,
                  ATTORNEY AT LAW
 8
 9
10
11
12   FOR THE DEFENDANTS:
13            STATE OF CALIFORNIA, DEPT. OF JUSTICE
              OFFICE OF THE ATTORNEY GENERAL
14            13OO I STREET
              SACRAMENTO, CALIFORNIA  95814
15
             BY:  LISA TILLMAN,
16                DEPUTY ATTORNEY GENERAL
                   AND
17                JEFF STEELE,
                  DEPUTY ATTORNEY GENERAL
18
19
20
21
22                          ---o0o---
23
24
25
```

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

```
 1                    REPORTER'S CERTIFICATE

 2                          ---o0o---

 3
     STATE OF CALIFORNIA  )
 4   COUNTY OF SACRAMENTO )

 5

 6
             I certify that the foregoing is a correct transcript
 7
     from the record of proceedings in the above-entitled matter.
 8

 9

10               IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California on this 30TH day of
11   MARCH, 2009.

12

13

14      /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
15           Official United States District Court Reporter

16

17

...

25
```