1   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of California
2   JONATHAN L. WOLFF, State Bar No. 193479
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    JEFFREY STEELE, State Bar No. 124668
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-5345
     Fax:  (916) 324-5205
7    E-mail:  Debbie.Vorous@doj.ca.gov
    *Attorneys for Defendants*

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT'S MARCH 31, 2009 ORDER THAT DEFENDANTS FILE A DETAILED SCHEDULE FOR COMPLETION OF THE CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

20          On March 31, 2009, this Court ordered that Defendants file a detailed schedule for

21   completion of the California Men's Colony 50-bed Mental Health Crisis Bed unit.  (Docket No.

22   3556.)  Attached as Exhibit 1 is Defendants' schedule for this project, including a date certain for

23   completion of the project, specific timetables by which every stage of the project shall be

24   completed, a list of every state agency involved in the project, and the names and addresses of all

25   persons responsible for approval and/or execution of each stage of the project.

26          Filed concurrently with this response is the Declaration of Deborah Hysen attesting that all

27   steps have been taken to execute contracts with the architect and engineering firm and the EIR

28   consultant for the project.

                                    1

1    Dated:  April 23, 2009                          Respectfully submitted,

2                                                    EDMUND G. BROWN JR.
                                                     Attorney General of California
3                                                    JONATHAN L. WOLFF
                                                     Senior Assistant Attorney General
4
                                                     /s/ *Debbie J. Vorous*
5
                                                     DEBBIE J. VOROUS
6                                                    Deputy Attorney General
                                                     *Attorneys for Defendants*
7

   CF1997CS0003
8  30730034.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

| Common Definitions of Terms Used in this Report | | |
|---|---|---|
| Term | Definition | Authority/Mandate |
| A/E | Architectural / Engineering | |
| AB | Assembly Bill | |
| ADA | Americans With Disabilities Act | |
| CDCR | California Department of Corrections and Rehabilitation | |
| CEQA | California Enviornmental Quality Act | |
| DMH | Department of Mental Health | |
| DOF | Department of Finance | |
| DPH | Department of Public Health | |
| JLBC | Joint Legislative Budget Committee | |
| N. O. D. | Notice of Determination | |
| NTP | Notice To Proceed | |
| OSHPD | Office of Statewide Health Planning and Development | |
| PC | Penal Code | |
| PMIA | Pooled Money Investment Account | |
| PMIB | Pooled Money Investment Board | |
| PWB | Public Works Board | |
| SFM | State Fire Marshal | |
| TBD | To Be Determined | |

| Project: | CMC 50-bed Mental Health Crisis Facility | | Report Period Ending: April 23, 2009 |
|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 | |
| Project Architect: | Nacht and Lewis Architects | | |
| Location: | Highway 1, San Luis Obispo, California 93409 | | |
| Funding Source: | AB 900 (GC 15819.41) | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification Date | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Budget for AB 900 30 Day Funding Request Package | | | | | | Complete | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | 3/25/09 | 3/25/09 | | | | DOF review of funding request package. DOF prepares transmittal letter to legislature for approval. | Funding request package completed on 3/25/09 |
| Legislative Approval of Scope, Schedule, and Cost And PWB Recognition of Project Scope, Schedule, and Budget | | | | | 4/10/09 | 4/10/09 | | | | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Budget. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | | | | 4/10/09 | 4/10/09 | | | | Upon legislative approval, obtain PWB recognition of Project, Scope, Cost, and Schedule. | |
| Request loan from PMIA | | | | | 4/1/09 | 4/1/09 | | | | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | | | | | 4/15/09 | 4/15/09 | | | | Submit Loan Documents to DOF and Obtain PWB Approval for Loan. Submit Loan application for initial design phase to PMIB for Approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Next loan renewal March 2010 and every year thereafter for the duration of the project |
| Architectural/Engineering Contracting | | 4/17/09 | 4/17/09 | | 4/17/09 | 4/17/09 | | | J. Cummings/CDCR | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s) | Notice to Proceed (NTP) issued 4/15/09 |
| Preliminary Plans | 309 | 4/20/09 | 4/20/09 | | 2/23/10 | | | | K. Beland/CDCR | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day | |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/20/09 | | 12/13/09 | | | | B. Sleppy/CDCR | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period | NTP issued 4/16/09 |
| PWB Approval of Preliminary Plans | 45 | 2/23/10 | | | 4/9/10 | | | | JLBC and C. Lief/DOF | JLBC Approval, PWB Approval | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans |
| Working Drawings (Construction Documents) | 187 | 4/12/10 | | | 10/16/10 | | | | K. Beland/CDCR | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB | |
| Bid and Award | 90 | 10/15/10 | | | 1/13/11 | | | | K. Beland/CDCR | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification Date | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Construction** | 720 | 1/17/11 | | | 1/6/13 | | | | K. Beland/CDCR & Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| **Hire Staff** | 543 | 1/2/12 | | | 6/28/13 | | | | S. Streater/CDCR | Advertise, Hire, and Train Staff | |
| **Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports** | 720 | 1/17/11 | | | 1/6/13 | | | | TBD | Including final as-built drawings | Construction Manager and Inspector of Record to be identified prior to construction start |
| **Self Certification** | 15 | 1/7/13 | | | 1/22/13 | | | | TBD | | Construction Manager and Inspector of Record to be identified prior to construction start |
| **License Approval** | 7 | 1/23/13 | | | 1/30/13 | | | | S. Streater/CDCR | DPH Survey, DPH Approval | |
| **Activation** | 56 | 1/31/13 | | | 3/28/13 | | | | S. Streater/CDCR & J. Marshall/CDCR | | |
| **Patient Admissions** | 56 | 1/31/13 | | | 3/28/13 | | | | S. Streater/CDCR & J. Marshall/CDCR | | |

2

**Lead Person Roster**

| Name | | | Address | | |
|---|---|---|---|---|---|
| First | Last | Agency/Dept. | Street | City | Zip |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Leif | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Streater | Suzzane | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Marshall | John | CDCR/CMC | Highway 1 | San Luis Obispo | 93409 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |