1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   JEFFREY STEELE, State Bar No. 124688
4  Deputy Attorneys General
     1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone: (916) 324-5345
      Fax: (916) 324-5205
7   · E-mail: Debbie.Vorous@doj.ca.gov
   Attorneys for Defendants

8

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF DEBORAH HYSEN DEMONSTRATING THAT DEFENDANTS COMPLIED WITH THE COURT'S MARCH 31, 2009, ORDER THAT THEY EXECUTE THE PRELIMINARY CONTRACTS FOR THE CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

21        I, Deborah Hysen, declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation

23  (CDCR) as the Chief Deputy Secretary of Facilities Planning, Construction and Management.  I

24  have personal knowledge of the facts stated in this declaration and if called to testify to those

25  facts could and would do so competently.

26        2.    I have served as the Chief Deputy Secretary of Facilities Planning, Construction and

27  Management (formerly Facilities Management) since June 2007.  My responsibilities include

28  overall management and oversight of CDCR construction projects for all its institutions, CDCR's

1

1  leasing functions, telecommunications construction projects and maintenance of telecom services

2  at CDCR institutions, energy projects at the institutions, setting design standards for CDCR

3  institutions, and master planning for CDCR facility needs.

4      3.    I am familiar with CDCR's 50-bed Mental Health Crisis Bed project at California

5  Men's Colony (the "Project"). CDCR selected Nacht & Lewis Architects as the architect and

6  engineering firm and Michael Brandman & Associates as the Environmental Impact Report (EIR)

7  consultant for the Project.

8      4.    On March 19, 2009, CDCR informed this Court that before it could execute the

9  architect and engineering firm and EIR consultant contracts for the Project, it needed to obtain

10  interim financing from the Pooled Money Investment Board (PMIB).

11      5.    On March 24, 2009, this Court ordered that Defendants, within thirty days, take all

12  steps necessary to execute the architect and engineering firm and EIR consultant contracts.

13  Defendants have taken these steps.

14      6.    Nacht & Lewis Architects executed the design and engineering contract and Michael

15  Brandman & Associates executed the environmental consultant contract on April 8 and April 9,

16  2009, respectively.

17      7.    On April 15, 2009, the PMIB approved a $3,872,000 loan for the initial design phase

18  of the Project, which allowed CDCR to execute the Nacht & Lewis Architects and Michael

19  Brandman & Associates contracts.

20      8.    CDCR executed both the Nacht & Lewis Architects and Michael Brandman &

21  Associates contracts on April 15, 2009, and issued Notices to Proceed on that same date.

22      9.    In addition to the above contracts, CDCR executed a contract with Kitchell CEM to

23  perform program management services for the Project. CDCR and Kitchell CEM jointly

24  executed this contract on April 16, 2009, and CDCR issued a Notice to Proceed on that same

25  date.

26  / / /

27  / / /

28

2

1         I declare under penalty of perjury that the foregoing is true.  Executed this 21st day of April,

2    2009, in Sacramento, California.

3

4                                        DEBORAH HYSEN

5

6    CF1997CS0003
    30724920.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Deborah Hysen Demonstrating  That Defendants Executed Contracts for  Cal. Men's Colony Bed Project
(2:90-cv-00520 LKK JFM P)