1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ROCHELLE C. EAST, State Bar No. 183792
   Senior Assistant Attorney General
3  VICKIE P. WHITNEY, State Bar No. 145316
   Supervising Deputy Attorney General
4  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone:  (916) 327-7872
7   Fax:  (916) 324-5205
    E-mail:  Lisa.Tillman@doj.ca.gov
8  *Attorneys for Defendants*

9

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13                                            | CASE NO. 2:90-cv-00520-LKK-JFM

   **RALPH COLEMAN, et al.,**

14                                            | **NOTICE OF CHANGE IN
                                              | DESIGNATION OF COUNSEL FOR
                                   Plaintiffs,| SERVICE AND REQUEST TO
15                                            | TERMINATE LISA A. TILLMAN
         *v.*                                 | FROM SERVICE LIST**
16
   **ARNOLD SCHWARZENEGGER, et al.,**
17                                            | **[L. R. 83-182(c)(1)]**
                                   Defendants.
18

19

20      **TO:  CLERK OF THE COURT AND COUNSEL FOR PLAINTIFFS:**

21         Under L. R. 83-182(c)(1), Defendants advise counsel for Plaintiffs and the Court that their

22  attorney designated for service has changed.  The attorney formerly designated for service was as

23  follows:

24  Lisa A. Tillman, State Bar Number 126424
    Deputy Attorney General
25  Office of the Attorney General
    1300 I Street
26  P.O. Box 944255
    Email:  Lisa.Tillman@doj.ca.gov
27  Telephone:  (916) 327-7872
    Facsimile:  (916) 324-5205
28

                                        1

1    The attorneys now designated for service are as follows:

2    Jeffrey Steele, State Bar No. 124688
     Deputy Attorney General
3    1300 I Street, Suite 125
     P.O. Box 944255
4    Sacramento, CA  94244-2550
     Telephone:  (916) 455-3035
5    Fax:  (916) 324-5205
6    E-mail:  Jeff.Steele@doj.ca.gov

7    Debbie Vorous, State Bar No. 166884
     Deputy Attorney General
8    1300 I Street, Suite 125
     P.O. Box 944255
9    Sacramento, CA  94244-2550
     Telephone:  (916) 324-5345
10   Fax:  (916) 324-5205
11   E-mail:  Debbie.Vorous@doj.ca.gov

12

13       Additionally, the undersigned counsel respectfully requests that the Court terminate the

14   name of Lisa A. Tillman from the service list in this case.

15   Dated:  April 28, 2009                      Respectfully Submitted,

16                                               EDMUND G. BROWN JR.
                                                 Attorney General of California
17                                               JONATHAN L. WOLFF
                                                 Senior Assistant Attorney General
18                                               VICKIE P. WHITNEY
                                                 Supervising Deputy Attorney General
19
20                                               /s/  *Lisa A. Tillman*

21                                               LISA A. TILLMAN
                                                 Deputy Attorney General
22                                               *Attorneys for Defendants*

23
     CF1997CS0003
24   30724793.doc

25

26

27

28
                                        2