EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: SALINAS VALLEY STATE PRISON** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Deborah Hysen, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief Deputy Secretary of Facilities Planning, Construction and Management. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have served as the Chief Deputy Secretary of Facilities Planning, Construction and Management (formerly Facilities Management) since June 2007. My responsibilities include overall management and oversight of CDCR construction projects for all its institutions, CDCR's leasing functions, telecommunications construction projects and maintenance of telecom services

1

at CDCR institutions, energy projects at the institutions, setting design standards for CDCR institutions, and master planning for CDCR facility needs.

3. I am familiar with CDCR's 64-Bed Inpatient Non-Acute Intermediate Care Facility (ICF) at Salinas Valley State Prison (the "Project"). I am also aware of this Court's March 31, 2009 Order that Defendants open the ICF for occupancy by June 15, 2009. Since this Court's Order, I have learned that work remains on the Project that prevents CDCR from certifying to the Office of Statewide Health Planning and Development (OSHPD) that the Project complies with the California Building Standards for the safety of Correctional Treatment Centers.

4. I have discussed the Project with my Project Director and understand that construction of the ICF is substantially complete. In addition, I have verified that the contractors on the Project carried out all the work in conformance with the approved plans and specifications, approved change orders, and applicable building standards.

5. On April 13, 2009, the Office of the State Fire Marshall issued a Certificate of Occupancy indicating that the ICF may be occupied for its intended use. A copy of this Certificate is attached as Exhibit A.

6. Below, identified by task, regulation, and current status, are the five barriers preventing CDCR from certifying the SVSP 64-bed ICF Project for licensure:

| Outstanding Work | Cal. Code Regs. Title 24 (Part, Section) | Current Status |
|---|---|---|
| 1. Painting deficiencies in nurse stations and patient corridors | Part 2, Section 420A.9.3 | All patient room walls meet the requirements of CBC Part 2, section 420A, Corrections to paint deficiencies in corridors and nurse stations will take place during partial occupancy. |
| 2. Completion of all change order work | Part 1, 7-153 | Change order work is 95% complete. Final peer review has commenced and will be completed following final |

2

Decl. D. Hysen in Supp. Defs' Request for Waiver of State Law Re: Salinas Valley State Prison
(2:90-cv-00520 LKK JFM P)

| | | | |
|---|---|---|---|
| | | | execution of all change order work. |
| | 3. Final Approval of all Work | Part 1, 7-155 | All work to date has been completed per the contract documents and approved change orders. Final certification and verified reports from A/E will follow completion of all work. |
| | 4. Certification of Final As-built drawings & Specifications | Part 1, 7-156 | Preliminary as-built drawings have been reviewed. Contractor is making corrections noted per state's review comments and noting modifications resulting from latest change orders. |
| | 5. Secondary Peer Review Certification | Part 1, 7-156 | Review is in progress. Approved change orders to date have been reviewed for compliance. Final review to be complete following completion of all work. I anticipate that all work will be certified to adhere to standards set forth in Title 24, parts 2, 3, 4, 5, and 9. |

7.  Attached as Exhibit B is an April 24, 2009 Verified Compliance Report prepared by John Barnes, the Inspector of Record for the Project. I have reviewed the Report and, according to the Inspector, the work that remains on the Project is minimal and primarily involves correction of painting deficiencies on the interior and change order work on the exterior. Based on this Report, it is my opinion that the remaining work will not affect the treating of patients if the work continues beyond April 29, 2009. Currently, CDCR expects this work will be complete by July 31, 2009.

8.  These five items prevent certification for licensure because I cannot truthfully certify that the current facility now complies with state building standards for Correctional Treatment Centers.

3

9. In accord with this Court's Order that Defendants inform it of any regulatory or licensing barriers that impede the activation of mental health beds, I am informing the Court of these barriers to self-certification of the SVSP 64-bed ICF.

10. Should this Court remove these barriers by ordering self-certification with waivers of the applicable state building code requirements, on behalf of CDCR I can and will then self-certify the SVSP 64-bed ICF.

I declare under penalty of perjury that the foregoing is true. Executed this 2⁷ᵗʰ day of April, 2009, in Sacramento, California.

_____
DEBORAH HYSEN

CF1997CS0003
30731237

# EXHIBIT A

STATE OF CALIFORNIA—THE RESOURCES AGENCY                                   ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FORESTRY AND FIRE PROTECTION**
Office of the State Fire Marshal
Code Enforcement - South
602 E. Huntington Drive, Suite A
Monrovia, CA 91016
(626) 305-1908
(626) 305-5173 FAX
http://osfm.fire.ca.gov



# CERTIFICATE OF OCCUPANCY

This Certificate of Occupancy is issued pursuant to the requirements of the California Building Code Section 109. Inspections required by the California Building Code have been completed and it has been determined that the below referenced facility conforms to the Codes and Standards adopted by the State Fire Marshal. Final approval is hereby granted and the facility may be occupied for the intended use as stated herein.

Facility: 64 Bed Mental Health Facility

Address: 31625 Hwy 101, Soledad

CSFM#: 03-27-44-0004

Occupancy Classification: I-3

Project No. or Name: SVSP

Signature: _April P. Howarth_       Date: April 13, 2009

This certificate is valid until one of the following conditions occur: 1) change in the use of the building which would place it in a different occupancy classification, 2) the building becomes vacant for a period in excess of 180 days, or 3) this certificate is otherwise revoked under provisions of the Code.

**This Certificate Shall Be Filed on Location**

# EXHIBIT B

**OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT**
1600 9th Street, Room 420 ~ Sacramento, CA  95814   Phone (916) 654-3362   FAX (916) 654-2973 (South and Coastal Region)
1831 9th Street ~ Sacramento, CA 95814   Phone (916) 324-9090   FAX (916) 324-9145 (North and Central Region)
700 N. Alameda Street, Suite 2-500, Los Angeles, CA 90012   Phone (213) 897-0166   FAX (213) 897-0168 (LA/Orange Counties Only)

If Final Report, Place "F" in Box →   ☐

# VERIFIED COMPLIANCE REPORT                                                                VR

NOTE: Required at specific intervals or project milestones as indicated in the Testing, Inspection and observation Program approved by the Office (See Part 1, Title 24, CCR, Section 7-151)

**A**
Name of Facility: Salinas Valley State Prison
Address – Street: 31625 Highway 101 South
City: Soledad   County: Monterey   State: California   Zip: 93960
Title of Project (45 Characters max.): SVSP - Additional 64 Bed Mental Health Facility

**B**
OSHPD No.: N/A
Increment/Phase/Sub No. or Description:
Facility I.D. No.:

**C** Interval/Milestone*:
This report includes construction work to the 14th day of April, 20 09
(* As Identified on the approved Testing, Inspection and Observation Program)
Ref. No.*:

**D** Observed Elements of Construction this reporting interval or project milestone:

This report amends the report signed by me on April 14, 2009.

The state directed the contractor to re-commence work on March 28, 2009. Contractor resumed work on March 31, 2009. Punch list activities commenced and some change order work is underway. Punch list activities are approximately 90% complete. All contract work in Wing D and Wing C is complete. Change order work, which includes a safety shroud around exposed piping in one shower in each wing, remains. Contractor has completed installation of pick-proof sealant around the windows at the interior of the cells per the original response to RFI #245 and subsequent response to RFI #379.
Deputy state Fire Marshal granted occupancy on April 13, 2009.

**E** Area Under Observation Compliance Statement:
I hereby declare that, to the best of my personal knowledge*, the work performed and the materials used and installed covered by this report, are in compliance with the approved drawings and specifications and any approved Post Approval Documents. If applicable, a tentative list of items to be completed or corrected is given herein below or attached hereto. This list may not be all-inclusive. Failure to include an item in it does not alter the responsibility of the Contractor/Builder to complete all of the work in accordance with the approved drawings and specifications and all applicable building codes. (* As defined in Part 1, Title 24, CCR, Section 7-151)

**F** Comments and/or Exception List: (Attach additional sheets if necessary)
All work to date complies with the approved plans and specifications, and approved change orders. The state intends to admit patients beginning April 29, 2009. Construction activities will primarily involve correction of painting deficiencies on the interior and change order work on the exterior. The state's testing lab is expected to provide results and a recommendation for corrective action, with respect to the painting deficiencies, in the coming week.

**G** Signed: John B Barnes              Date: 4/24/9
☐ AOR  ☐ SEOR  ☐ MEOR  ☐ EEOR  ☐ GEOR  ☐ Contractor/Owner-Builder  ☒ IOR  ☐ Special Inspector  ☐ Other:
Name (Print): John Barnes              Registration No.: A - 20341
Firm Name: State of California DGS/RESD/PSB/Construction Services Section
Address: 630 Airpark Road, Suite B   City: Napa   State: CA   Zip: 94558

OSH-FD-123
Revised 8/11/05