EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CYNTHIA RADAVSKY IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: SALINAS VALLEY STATE PRISON** |

I, Cynthia Radavsky, declare:

1. I am the Deputy Director of Long-Term Care Services for the California Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have been employed by DMH since October 1995. As the Deputy Director of Long-Term Care Services, I am familiar with the missions, policies, staffing, and operations of DMH programs within California Department of Corrections and Rehabilitation (CDCR) facilities, including the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison (SVSP).

1

Decl. C. Radavsky in Supp. Defs.' Request for Waiver of State Law Re: Salinas Valley State Prison
(2:90-cv-00520 LKK JFM P)

1  The SVPP operates 176 intermediate care beds for CDCR patients. SVSP is licensed by the
2  Department of Public Health (DPH).
3      3.   I am also familiar with the SVSP 64-bed Inpatient Non-Acute Intermediate Care
4  Facility (ICF) Project. On April 13, 2009, the Executive Director for the SVPP informed the
5  DPH that the SVPP had taken all steps necessary to bring the facility into compliance with the
6  relevant licensing laws. In addition, the Executive Director requested that the DPH, upon receipt
7  of CDCR's Office of Statewide Health Planning and Development (OSHPD) Certification,
8  expand SVSP's license to add the 64 beds. A copy of the Director's request to the DPH's
9  licensing and certification unit is attached as Exhibit A.
10     4.   The DMH is prepared to activate the ICF on or about April 29, 2009, by admitting six
11 patients a week. The current activation schedule is as follows: Wing D – 4/29/09; Wing C –
12 5/18/09; Wing B – June 8, 2009; and Wing A – June 29, 2009.
13     I declare under penalty of perjury that the foregoing is true. Executed this 27th day of April
14 2009, at Sacramento, California.

                                                    CYNTHIA A. RADAVSKY

CF1997CS0003
30730360.doc

2

Decl. C. Radavsky in Supp. Defs.' Request for Waiver of State Law Re: Salinas Valley State Prison
(2:90-cv-00520 LKK JFM P)

# EXHIBIT A



**CALIFORNIA DEPARTMENT OF Mental Health**

SALINAS VALLEY PSYCHIATRIC PROGRAM
31625 Highway 101, P.O. Box 1080, Soledad, CA 93960

April 13, 2009

Bob Kennard, Chief
LIcensing and Certification State Facilities Unit
1615 Capitol Avenue, MS 3800
Sacramento, CA 95899

Dear Mr. Kennard:

The Salinas Valley Psychiatric Program (SVPP) received hiring authority for the professional, clinical, nursing and support positions on July 1, 2008 for those positions necessary to fully activate the 64-Bed SVPP expansion. Since that time, SVPP has successfully recruited sufficient staff for professional, clinical, nursing and support positions to activate the aforementioned 64-bed Correctional Treatment Center beds which would be an addition to our current license. The SVPP has provided New Employee Orientation which includes all programmatic areas, as well has having referred our new staff to the Salinas Valley State Prison (SVSP) for the required prison orientation.

Additionally, SVPP has received all necessary equipment and supplies to bring the facility into Title 22, Chapter 12 compliance. By April 17, 2009 SVPP will be prepared to activate the facility.

Based upon the aforementioned information, I respectfully request that upon receipt of approval from the State Fire Marshall and the OSHPD Self-Certification from the California Department of Corrections and Rehabilitation (CDCR), that you approve the license expansion for the 64-beds.

If I may provide further information please do not hesitate to contact me at your convenience. I can be reached at (831) 678-5654.

VICTOR F. BREWER
Executive Director