| | |
|---|---|
| 1 | EDMUND G. BROWN JR., State Bar No. 37100<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF, State Bar No. 193479<br>Senior Assistant Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884<br>JEFFREY STEELE, State Bar No. 124668 |
| 4 | Deputy Attorneys General<br> 1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 6 |  Telephone: (916) 324-5345<br> Fax: (916) 324-5205 |
| 7 |  E-mail: Debbie.Vorous@doj.ca.gov |
| 8 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: SALINAS VALLEY STATE PRISON** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. On April 27, 2009, Special Master Matthew Lopes informed me that he supported Defendants' request that the Court waive state laws and regulations so that the California

/ / /

1

Decl. D. Vorous in Supp. Defs.' Request for Waiver of State Law Re: Salinas Valley State Prison
(2:90-cv-00520 LKK JFM P)

1  Department of Corrections and Rehabilitation could open the Salinas Valley State Prison 64-bed

2  Intermediate Care Facility Project for occupancy by June 15, 2009.

3        3.      On April 24, 2009, Plaintiffs' counsel, Ernest Galvan, informed me that Plaintiffs

4  do not oppose Defendants' request.  Mr. Galvan, however, asked that Defendants include a

5  proposed deadline in their filing by which they will certify to the Court that the remaining work at

6  the Project is complete.

7        I declare under penalty of perjury that the foregoing is true.  Executed in Sacramento,

8  California on April 28, 2009.

                                                           /s/ *Debbie J. Vorous*
                                                           DEBBIE J. VOROUS

CF1997CS0003
30714959.doc

2