EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' ACRONYM LIST FOR REQUEST FOR WAIVER OF STATE LAW RE: SALINAS VALLEY STATE PRISON** |

Under this Court's July 5, 2006 Order that the parties file, as the first page of any filing, a list of any acronyms used and their translations, Defendants provide the following list in support of their request for waiver of state law concerning the Salinas Valley State Prison:

| | |
|---|---|
| CDCR | California Department of Corrections and Rehabiliation |
| DMH | Department of Mental Health |
| OSHPD | Office of Statewide Health Planning and Development |
| SVSP | Salinas Valley State Prison |

1

| | | |
|---|---|---|
| 1 | Dated: April 28, 2009 | Respectfully submitted, |
| 2 | | EDMUND G. BROWN JR.<br>Attorney General of California |
| 3 | | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 4 | | |
| 5 | | /s/ *Debbie J. Vorous* |
| 6 | | DEBBIE J. VOROUS<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
30734152