EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S MARCH 31, 2009 ORDER THAT DEFENDANTS FILE A DETAILED SCHEDULE FOR COMPLETION OF THE SALINAS VALLEY STATE PRISON 64-BED INTERMEDIATE CARE FACILITY** |

On March 31, 2009, this Court ordered that Defendants file a detailed schedule for completion of the Salinas Valley State Prison 64-bed Intermediate Care Facility. (Docket No. 3556.) Attached as Exhibit 1 is Defendants' schedule for this project, including a date certain by which the facility will be open for occupancy, a description of every remaining step necessary to open the facility, specific timetables by which each step shall be completed, a list of every state

///

///

///

///

1

1  agency involved in the project, and the names and addresses of all persons responsible for

2  approval and/or execution of each stage of the project.

3  Dated:  April 29, 2009                              Respectfully submitted,

4                                                       EDMUND G. BROWN JR.
                                                        Attorney General of California
5                                                       JONATHAN L. WOLFF
                                                        Senior Assistant Attorney General
6
                                                        /s/ *Debbie J. Vorous*
7
                                                        DEBBIE J. VOROUS
8                                                       Deputy Attorney General
                                                        *Attorneys for Defendants*
9

10  CF1997CS0003
    10465954.doc

11

12

(lines 13–28 blank)

2

Report Period Ending: April 29, 2009

| Project: | SVSP 64-Bed Intermediate Care Facility |
|---|---|
| Responsible Person: | Deborah Hysen |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California |
| Project Architect: | Nacht and Lewis Architects |
| Location: | 31625 Highway 101, Soledad, California 93960 |
| Funding Source: | AB 900 (GC 15819.41) |

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification Date | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction | 805 | 4/16/07 | 4/16/07 | | 7/31/09 | | | | Beland/CDCR, Roebbelen Contracting, Inc. | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | Completion subject to identification of solution to repair defective painting issues which may extend into occupancy schedule although not impact patient care. |
| Hire Staff | | 4/16/07 | 4/16/07 | | TBD | | | | Brewer/DMH, Hegpeth/CDCR | Advertise, Hire, and Train Staff. | Hiring of staff began on July 1, 2008. Sufficient staff have been hired and trained for the activation of Wing D on April 29, 2009 as planned. Hiring and training of additional staff will continue during activation of Wings C, B and A. Hiring will be complete at an indeterminate date but will not impede full activation as planned since all hiring shortfalls will be filled through use of overtime and/or registry staff. |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 21 | 4/1/09 | 4/1/09 | | 4/22/09 | 4/24/09 | 2 | | Barnes/DGS | | |
| Self Certification | 6 | 4/22/09 | | | 4/28/09 | 4/28/09 | | | Hysen/CDCR | | Court waiver obtained on April 28, 2009. |
| License Approval | 5 | 4/24/09 | 4/28/09 | | 4/29/09 | 4/28/09 | 1 | | Brewer/DMH, Streater/CDCR | DPH Survey, DPH Approval | CDCR license application was prepared and submitted to DPH, and DPH approved the license on April 28, 2009. Activation of Wing D on April 29, 2009 is underway. |
| Activation | 72 | 4/29/09 | | | 7/10/09 | | | | Brewer/DMH, Hegpeth/CDCR | Activation Sequence - Wing D, C, B, and A, six patients per week until wing fully activated. | Wing D full activated by 5/15/09, Wing C fully activated by 6/5/09, Wing B fully activated by 6/22/09 and Wing A fully activated by 7/10/09. |
| Patient Admissions | 72 | 4/29/09 | | | 7/10/09 | | | | Brewer/DMH, Hegpeth/CDCR | Patient Activation - Wing D, C, B, A. | |

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| First | Last | | Street | City | Zip |
| Rich | Miller | Roebbelen | 1241 Hawks Flight Court | El Dorado Hills | 95762 |
| Victor | Brewer | DMH | PO Box 1080 | Soledad | 93960 |
| Keith | Beland | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| John | Barnes | DGS | 630 Airpark Road, Suite B | Napa | 95605 |
| Suzzane | Streater | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Anthony | Hedgepeth | CDCR/SVSP | 31625 Highway 101 | Soledad | 93960 |

| Common Definitions of Terms Used in this Report |
| Term | Definition | Authority/Mandate |
| --- | --- | --- |
| CDCR | California Department of Corrections and Rehabilitation | |
| DGS | Department of General Services | |
| DMH | Department of Mental Health | |
| DPH | Department of Public Health | |
| OSHPD | Office of Statewide Health Planning and Development | |
| SFM | State Fire Marshal | |
| TBD | To Be Determined | |