IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiff,                   No. 2:90-cv-0520 LKK JFM (PC)

   vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

_____/

        The court is in receipt of defendants' detailed schedule for completion of the Salinas Valley State Prison intermediate care facility, filed April 29, 2009 in response to the court's March 31, 2009 order. Defendants report that the entire facility will be fully activated by July 10, 2009, with partial activation already under way and scheduled activation as follows: activation of Wing D is underway and will be complete by May 15, 2009, Wing C will be fully activated by June 5, 2009, Wing B will be fully activated by June 22, 2009, and Wing A will be fully activated by July 10, 2009.[1]

/////

---

[1] Defendants also report that construction of the facility will be completed by July 31, 2009. If the schedule for completion of construction will not be met, defendants shall notify the court immediately of any change in the construction schedule that will affect patient care in any way.

1

1  Good cause appearing, IT IS HEREBY ORDERED that defendants shall report to the
2  court immediately if any of the dates set for activation of wings in the Salinas Valley State Prison
3  intermediate care facility are delayed for any reason.
4  DATED: May 5, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT