1
2
3
4
5

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

6
7
8
9
10

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Phone:  (415) 882-8200

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

11
12
13
14

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

15
16

Attorneys for Plaintiffs

17

UNITED STATES DISTRICT COURT

18

EASTERN DISTRICT OF CALIFORNIA

19
20
21
22
23
24
25
26
27
28

RALPH COLEMAN,

        Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CIV S 90-0520 LKK-JFM

**DECLARATION OF ERNEST GALVAN
IN SUPPORT OF PLAINTIFFS'
MOTION FOR REASONABLE FEES
AND COSTS**

Date:   June 4, 2009
Time:  11:00 a.m.
Place:  Courtroom 26
Judge:  Honorable John F. Moulds

[289979-2]

I, Ernest Galvan, declare:

1.      I am a member of the Bar of this Court and a partner of the firm Rosen, Bien & Galvan LLP, one of the counsel of record for the Plaintiff class of persons with serious mental illness in California prisons (hereinafter "Plaintiffs").  I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2.      Upon graduation from Yale Law School in 1997, and after clerking on the United States District Court for the Central District of California, I joined the law firm of Rosen, Bien & Asaro, as an associate.  I became a partner of the firm in 2006.  I have worked exclusively in litigation, with the majority of my time spent on complex litigation in the state and federal courts.

3.      I have extensive experience in attorneys' fees litigation, as does my law firm. My firm has been responsible for pursuing attorneys' fees awards in numerous cases, including *Prison Legal News v. Schwarzenegger* (N.D. Cal. No. C 07-02058 CW); *Gober v. Ralphs Grocery Co.* (Sup. Ct. San Diego, No. N72142); *Armstrong v. Davis*, 318 F.3d 965 (9th Cir. 2003); *Millar v. Bay Area Municipal Transit* (Sup. Ct. Alameda, No. 83003-9); *Marques v. Bank of America* (N.D. Cal. No. C-96-1932 TEH); *Curls v. Union Pacific Railroad Co.* (E.D. Cal.  No. CIV S-99-2514 MCE); *Waul v. State Farm Ins. Co.* (Sup. Ct. San Francisco, No. CGC-02-412248); *Harvey v. Sybase, Inc.* (Sup. Ct. Alameda, No. RG03107881); *Greene v. Dillingham Construction Company*, 101 Cal. App. 4th 418 (2002); *Lucas v. White*, 63 F. Supp. 2d 1047 (N.D. Cal. 1999); *Natural Resources Defense Council v. Babbitt*, (N.D. Cal. No. C-93-0301 MHP); *Baykeeper v. Cargill Salt Division*, (N.D. Cal. No. C-96-02161 CAL); *Nordlin v. K-Mart* (Sup. Ct. Tuolumne, No. 035243); *Williams v. San Francisco Housing Authority* (N.D. Cal. No. C-90-2150 CAL); *Weeks v. Baker & McKenzie*, 63 Cal. App. 4th 1128 (1998); *Davis v. California Department of Corrections* (Sup. Ct. Contra Costa, No. 90-01358); *Reyes v. City of Dinuba* (E.D. Cal. No. CV-F-168 REC); *Holland v. Roeser*, 37 F.3d 501 (9th Cir. 1994); *Rebney v. Wells Fargo Bank*, 232 Cal. App. 3d 1344 (1991); *Gates v. Deukmejian*, 987 F.2d 1392 (9th Cir. 1993); *Gates v. Rowland*, 39 F.3d 1439 (9th Cir. 1994); *Gates v. Gomez*, 60 F.3d 525 (9th Cir. 1995); *Gates v. Shinn*, Nos. 95-15402-15403 (unpublished Memorandum

1  dated April 8, 1996); *Davis v. California Department of Corrections*, A076411 (First District,

2  October 31, 1997); *Coleman v. Schwarzenegger*, (E.D. Cal. No. 90-520 LKK/JFM), and;

3  *Valdivia v. Schwarzenegger*, (E.D. Cal. No. 94-671).

4      4.    I have become familiar with the rates charged and the billing and work practices

5  of lawyers in California and the nation in many ways:  (1) from my own involvement in

6  attorneys' fees litigation; (2) by discussing attorneys' fees, billing, and work practices with

7  other attorneys; (3) by representing other attorneys seeking fees; (4) by obtaining declarations

8  from other attorneys regarding market rates, attorneys' fees, billing and work practices; (5) by

9  reviewing surveys, legal newspapers, reported decisions, and treatises regarding prevailing

10  attorneys' rates, fees, billing and work practices; (6) by reviewing attorneys' fees applications

11  and awards in other cases, as well as unpublished decisions; and by (7) by reviewing rates

12  charged by other attorneys.

### GENERAL CASE BACKGROUND AND WORK ON THE THREE-JUDGE PANEL TRIAL

13
14      5.    This is a class action lawsuit challenging the adequacy of mental health care

15  throughout the California Department of Corrections and Rehabilitation (CDCR).  On

16  September 13, 1995, the Court issued a decision after trial finding for Plaintiffs on virtually all

17  of the claims advanced in this case.  On March 19, 1996, the Court entered an order for

18  periodic collection of attorneys' fees and costs.  Attached hereto as **Exhibit A** is a true and

19  correct copy of the periodic fees order in this case.

20      6.    In the fall of 2006, my firm, along with the Prison Law Office, filed motions

21  regarding overcrowding in three prisoner class action lawsuits.  The purpose of the joint

22  motions was to convene a three-judge panel, pursuant to the Prison Litigation Reform Act

23  (PLRA), to pursue population reduction measures that are a necessary first step to Defendants'

24  compliance with Court-ordered remedies.  When we filed the motions, overcrowding was at

25  such a crisis level throughout the prison system that Defendants were simply unable to comply

26  with the numerous Court orders in the three cases, which include *Coleman v. Schwarzenegger*

27  (regarding mental health care), *Plata v. Schwarzenegger* (regarding medical care), and

28

1   *Armstrong v. Schwarzenegger* (regarding accommodations for prisoners with mobility,

2   hearing, vision, kidney, and learning disabilities).

3       7.      After full briefing and oral argument, the *Coleman* and *Plata* courts continued

4   the matter for six months "for the purpose of allowing the State to develop its own solution to

5   the overcrowding crisis." (*See* Dec. 12, 2006 Order at 1:19-22 (*Coleman* Docket No. 2074;

6   July 23, 2007 Order at 10:7-9, *Coleman* Docket No. 2320.)  In the interim, the *Coleman*

7   Special Master and the *Plata* Receiver prepared reports for their respective courts on the

8   impact of overcrowding.

9       8.      On July 23, 2007, the *Coleman* and *Plata* Courts granted Plaintiff's motion to

10  convene a three-judge panel.  (July 23, 2007 Order, *Coleman* Docket No. 2320.)  The *Coleman*

11  Court stated that it granted the motion with "extreme reluctance," and "urge[d] the State to find

12  its own solution to the crisis."  *Id.* at 13:18-19; 14:4-6.

13      9.      In August and September 2007, more  than 140 entities and persons from across

14  the state, including police chiefs, probation officers, district attorneys, counties sheriffs, and

15  legislators, filed motions to intervene in the proceedings on the side of Defendants.  (*Coleman*

16  Docket Nos. 2362, 2367, 2368, 2404, 2411, 2410, 2419, 2421, 2420.)  One entity, the

17  California Correctional Peace Officers Association (CCPOA) intervened on the side of the

18  Plaintiffs.  (*Coleman* Docket No. 2402.)  The three-judge court granted all of the motions to

19  intervene.  (*Coleman* Docket No. 2427.)

20      10.     On October 10, 2007, the three-judge panel issued an order bifurcating the

21  proceedings into a Phase I on whether the statutory preconditions for a release order were met,

22  and a Phase II on the nature of such an order.  (*Coleman* Docket No. 2456.)  The October 10,

23  2007 order found that the intervenors' interests lay primarily in Phase II, and limited their

24  participation in Phase I discovery and litigation.  The October 10, 2007 order also set a trial

25  date of February 6, 2008, with a discovery cut-off of December 20, 2007.

26      11.     In October 2007, the parties brought the first of several discovery disputes to

27  Magistrate Judge John Moulds by joint statement.  (*Coleman* Docket Nos. 2470-73.)  Plaintiffs

28  served discovery on Defendants in September 2007.  Defendants resisted this discovery

1    contending that discovery was not yet open.  After the court ruled on September 25, 2007 that

2    discovery was in fact open, Defendants continued to interpose numerous obstacles to

3    discovery.  Defendants attempted to prohibit Plaintiffs' experts from speaking to prison staff

4    during site inspections, and interposed numerous other obstacles to interrogatories and

5    production of documents.  After a hearing the Magistrate Judge ordered on October 30, 2007,

6    that, among other things, any further discovery requests in the matter would be answered on an

7    expedited 21-day schedule.  (Oct. 30, 2007 Order, *Coleman* Docket No. 2495.)

8         12.    In late October and early November 2007, Plaintiffs' counsel accompanied their

9    experts on tours of nine prisons.  Each tour included the production of documents for review

10   by the experts and Plaintiffs' counsel, including documents related to *Coleman* monitoring and

11   medical/central files of class members.  The time available for Plaintiffs' counsel to catalog

12   and review these tour-related document productions was very short, as counsel had to prepare

13   for expert depositions that were noticed for early December 2007.  Plaintiffs' counsel had to

14   incur costs for scanning and coding these document productions into a litigation database.  In

15   addition, Plaintiffs' counsel had to make the documents available to the experts for their Rule

16   26 reports, which were due in mid November 2007.

17        13.    On November 2, 2007, as required by the October 30, 2007 order, the parties

18   filed a stipulated rolling production schedule for electronic and paper documents.  (*Coleman*

19   Docket No. 2500.)  The rolling production schedule provided for productions of electronically

20   stored information and documents on a rapid schedule, approximately every seven days until

21   November 30, 2007.  Plaintiffs had to move rapidly to analyze documents from the rolling

22   production, given the then-impending discovery cut-off of December 20, 2007, and trial date of

23   February 6, 2008.

24        14.    During each phase of the rolling production, Defendants withheld numerous

25   documents based on various assertions of privileges.  Despite Plaintiffs' efforts to meet and

26   confer in good faith, Plaintiffs were required to litigate a number of motions to compel, almost

27   all of which were successful, in order to secure production of improperly withheld documents.

28   By the end of November 2007, Defendants were still withholding more documents than they

1    had produced.  (*See Coleman* Docket Nos. 2535-2538 (Nov. 19, 2007 motion regarding

2    privilege logs and search terms); *Coleman* Docket Nos. 2581-2585 (Nov. 30, 2007 motion

3    regarding deliberative process privilege and attorney client privilege); *Coleman* Docket

4    No. 2611 (Dec. 10, 2007 motion to compel based on later produced privilege logs).)  After

5    losing before the Magistrate Judge, Defendants re-litigated several of the motions to compel

6    before the three-judge court, requiring Plaintiffs to incur the costs associated with re-filing the

7    motions and supporting documents.

8            15.    On November 9, 2007, just a few days after the experts inspected CDCR's

9    prisons, Plaintiffs' experts produced their preliminary reports, comprising more than 400

10   pages, to counsel for the Defendants and intervenors.  Preparation of these reports so close in

11   time to the tours and document productions on which they were based required Plaintiffs'

12   counsel to assist the experts by very quickly processing and coding a large volume of hard

13   copy and electronic documents produced in connection with the expert prison tours, as well as

14   the first rounds of electronic discovery being produced at the same time under the rolling

15   discovery agreement.

16           16.    Starting in November 2007, the parties engaged in significant settlement

17   discussions aided by the Court-appointed Settlement Referee, Elwood Lui, and Settlement

18   Consultant, Peter Siggins.  The settlement discussions involved the exchange and discussions

19   of numerous documents and studies, and many in-person meetings at various locations around

20   the state.  The state Defendants sent many representatives from many departments to each

21   meeting, and circulated numerous documents for review by Plaintiffs' counsel and intervenors.

22           17.    On December 17, 2007, the three-judge court vacated all trial and pre-trial dates

23   and stayed proceedings, giving the Defendants more time to review and revise their disputed

24   privilege logs, and referring the discovery matters back to the magistrate judge for decision

25   within 45 days of the order.  (*Coleman* Docket No. 2620.)  Defendants again filed inadequate

26   privilege logs, requiring further motions to compel, resulting in further orders that Defendants

27   re-litigated in the three-judge court.  (*Coleman* Docket No. 2689 (Feb. 25, 2008 motion

28   regarding deliberative process and attorney client privilege); *Coleman* Docket Nos. 2705-2706

[289979-2]

1   (March 7, 2008, Joint List of Disputed Documents, regarding deliberative process and attorney

2   client privileges); *Coleman* Docket No. 2800 (May 27, 2008 motion to compel regarding new

3   assertions of deliberative process); *Coleman* Docket No. 2985 (order setting briefing schedule

4   on privilege log dispute); *Coleman* Docket No. 2997 (order granting sanctions).)

5        18.   On February 8, 2008, the three-judge court granted the intervenors' motion for

6   reconsideration, and consolidated the previously bifurcated proceedings, allowing the

7   intervenors full participation in discovery, trial and motions practice.  (*Coleman* Docket No.

8   2673.)  The full entry of the intervenors into the case expanded the number of documents

9   produced, and the number of depositions taken leading up to the trial.  On April 25, 2008, the

10  three-judge court issued a scheduling order lifting the discovery stay, and setting a new

11  discovery cutoff of July 30, 2008.  (*Coleman* Docket No. 2777.)

12       19.   On May 30, 2008, the parties appeared at a status conference at which the

13  legislative intervenors requested a 30-day discovery stay to allow them to make efforts to settle

14  the case, which the Court granted.  (*Coleman* Docket No. 2808)  The court also set a trial date

15  of November 17, 2008.

16       20.   Because the results of the site inspections would have been a year old by the time

17  of the November 2008 trial, Plaintiffs' counsel sought a stipulation from Defendants that

18  conditions had not changed since the October-November 2007 prison inspections.  (*Coleman*

19  Docket No. 2866 at page 2.)  Defendants refused to stipulate.  The matter was briefed to the

20  Court, which held a telephonic hearing on July 10, 2008 and ruled on July 11, 2008, that new

21  site inspections could take place.  (*Coleman* Docket No. 2874.)

22       21.   On July 2, 2008, the three-judge court issued an order for pre-trial preparation.

23  (*Coleman* Docket No. 2859.)  Among other things, this order granted Defendants' request for a

24  dispositive motion schedule, setting a deadline of September 8, 2008.  (*Coleman* Docket No.

25  2859.)  The order also set September 8, 2008 as the non-expert discovery cutoff, October 6,

26  2008 as the expert discovery cutoff, October 20, 2008 as the deadline for motions *in limine*,

27  October 30, 2008 as the deadline for trial declarations and other pre-trial filings, and November

28  18, 2008 as the first day of trial.

22.     On July 25, 2008, the three-judge court issued a scheduling order for Defendants' motion for summary judgment, requiring that it be filed on or before September 15, 2008, with 14 calendar days for Plaintiffs to oppose.

23.     On August 7, 2008, the Magistrate Judge held a hearing on Plaintiffs' motions to compel supplementation of discovery responses and productions, and to compel testimony by the Governor and two other top officials of state government.  (*Coleman* Docket Nos. 2886, 2903, 2946.)  The Magistrate Judge granted the motion to compel depositions and denied the motion to compel supplementation.  The three-judge court granted reconsideration of the order to compel the deposition of the Governor and his Chief of Staff, but denied reconsideration as the deposition of the Deputy Cabinet Secretary, Robert Gore.  (*Coleman* Docket No. 3032.)

24.     From July 28, 2008 through August 1, 2008, Plaintiffs' mental health experts inspected 6 CDCR prisons.  As with the first round of expert inspections in 2007, these inspections involved document productions for which Plaintiffs' counsel incurred processing, coding, and analysis costs.

25.     On August 15, 2008, as required by the scheduling order, Plaintiffs' counsel provided to Defendants and the intervenors updated and in some cases entirely new expert reports, comprising over 550 pages.  As with the first round of expert reports in November 2007, these reports were due only a few days after the inspections, increasing the costs for document processing, coding and analysis in order to make information usable by the experts.

26.     On August 20, 2008, the Magistrate Judge heard argument on Plaintiffs' motion for sanctions regarding Defendants' failure to produce documents in native format.  Although the Magistrate Judge denied sanctions, he ordered Defendants to produce the native format documents.  (*Coleman* Docket No. 2970.)

27.     On August 29, 2008, the Magistrate Judge granted Plaintiffs' motion for discovery sanctions based on inappropriate assertions of privilege.  (*Coleman* Docket No. 2997.)  Plaintiffs applied and have been paid for approximately $10,407 in attorneys' fees in satisfaction of this sanctions award.  (*Coleman* Docket No. 3014.)  Plaintiffs did not apply for costs related to the sanctions motion, as it was not practical to separate out costs incurred

1  for the sanctions issues from other costs incurred in the case.  (*Id.,* Bien Sept. 5, 2008 Decl. ¶

2  15.)

3      28.    On September 5, 2008, the Magistrate Judge held a hearing on Plaintiffs' motion

4  to compel the depositions of certain legislative intervenors, which the Magistrate Judge

5  granted.  (*Coleman* Docket No. 3019.)

6      29.    On September 15, 2008, Defendants filed their motions for summary judgment

7  and/or dismissal, raising some issues for the first time, including exhaustion of administrative

8  remedies under the PLRA.  (*Coleman* Docket No. 3038.)  Within the 14 calendar days

9  available under the three-judge court's order, Plaintiffs' counsel prepared an opposition,

10  supported by over 1,100 pages of declaration evidence and judicially noticeable documents.

11  (*Coleman* Docket Nos. 3053-64.)  The three-judge court denied Defendants' motions on

12  November 3, 2008.  (*Coleman* Docket No. 3260.)

13      30.    During October 2008, the parties filed and responded to motions *in limine*, with

14  Defendants filing sixteen motions *in limine*, and Plaintiffs filing seven.  (*Coleman* Docket Nos.

15  3085-3122.)

16      31.    At the end of October 2008, the parties submitted trial declarations, exhibits lists,

17  and pre-trial statements, as well as oppositions to motions *in limine*.  (*Coleman* Docket Nos.

18  3135-3139, 3141-3194, 3196-3248, 3251-3258.)

19      32.    The three-judge panel trial consisted of 14 trial days.  The parties called thirty

20  three (33) expert witnesses, eighteen (18) lay witnesses and submitted stipulated, affidavit

21  testimony for another eleven (11) witnesses.  Plaintiffs counsel took or defended 77

22  depositions.

23      33.    In the course of the pre-trial and trial work, Plaintiffs' counsel received

24  approximately 100,000 documents in discovery, amounting to more than 970,000 pages.

25      34.    Plaintiffs prepared and submitted to the three-judge court approximately 659

26  exhibits, including 26 exhibits that consisted of videos and photograph collections.  After the

27  trial, Plaintiffs submitted approximately 600 pages of discovery responses and over 1,500

28  pages of deposition designations and counter-designations.  My firm was responsible for the

handling, production, and duplication of all Plaintiffs' exhibits, including producing the hard copies and electronic copies required by the three-judge court. The costs for such copying are included in this motion to compel. Defendants submitted approximately 322 exhibits. The Defendant-intervenors submitted approximately 282 exhibits.

35.     On January 9, 2009, the three-judge court ordered that all parties file proposed findings of fact and conclusions of law, no later than January 23, 2009. (*Coleman* Docket No. 3456.) Plaintiffs' counsel prepared 187 pages of findings and conclusions. Because the record of this trial was necessarily large and complex, Plaintiffs' counsel undertook special efforts to provide the court and all parties with the proposed findings and conclusions in electronic form, with direct links to the supporting evidence from the trial record. My firm was responsible for the production of the findings and conclusions in hard copy and electronic versions, and advanced costs for these processes. Plaintiffs' counsel also prepared for and conducted two days of closing argument on February 3 and 4, 2009. Because those costs were incurred in 2009, they are not sought with this motion to compel. The complex and detailed nature of Plaintiffs' proposed findings and conclusions is pertinent to this motion to compel, however, because Plaintiffs' would not have been able to provide this level of documented findings without having first expended the costs sought here for electronic discovery database hosting and processing.

36.     On February 9, 2009, the three-judge court issued a tentative ruling stating the Court's intention to grant all of Plaintiffs' requested relief. Specifically, the three-judge court found that "plaintiffs have presented overwhelming evidence that crowding is the primary cause of the underlying constitutional violations" (*Coleman* Docket 3514 at 2), that "no other relief other than a prisoner release order [] will remedy the unconstitutional prison conditions," (*Id.* at 4) and that "a prison cap at 120% to 145% of capacity, with some institutions or clinical programs at or below 100%, could be achieved without an adverse effect on public safety (*Id.* at 7). The three-judge court also determined that the overcrowding crisis as it exists today is a "public safety hazard." (*Id.* at 8-9.)

[289979-2]

## BRIEF HISTORY OF FEE DISPUTE

37.     As demonstrated in the three-judge panel trial, overcrowding is the primary cause of Defendants' failure to implement the *Coleman* remedy.  Overcrowding results in (1) severe medical and mental health staffing shortages; (2) extreme shortages of office and treatment space for medical and mental health services; (3) long waiting lists for Enhanced Outpatient (EOP) and inpatient programs, including intermediate care, acute, and mental health crisis beds and the resulting inability to provide a higher level of care to patients in need of those levels of care; (4) a broken and ineffective medication system; (5) problems with medical records and patient tracking; (6) the use of alternative placements, such as administrative segregation units, ZZ cells, and cages to house patients when appropriate mental health beds are fully occupied or otherwise unavailable; (7) the extremely high suicide rate in the CDCR, and; (8) Defendants' inability to provide for the short and long-term bed planning needs of the *Coleman* class.  The three-judge panel proceeding was necessary to enforce the 1995 *Coleman* Injunction.

38.     In addition, the work performed for the three-judge panel trial has already been used to further the interests of the class in a motion before Judge Karlton concerning Defendants' plans to meet the admitted shortage of mental health beds, (Coleman Docket Nos. 3513, 3515, 3516, 3538, 3539, 3540, 3545, 3547-3549, 3551, 3556), and will continue to be used in numerous other matters outside of the three-judge panel proceeding.

39.     Defendants have contested fees and costs for enforcing the *Coleman* remedy via the three-judge panel since July of 2007, or for nearly two years.  As to some of these expenses, such as copying and delivery charges, defendants have asserted blanket objections to the entire amounts, even though a large portion of the charges were incurred for ordinary post-judgment monitoring and enforcement not in any way related to the three-judge panel trial.

40.     The following fees and costs motions are still pending before this Court: Plaintiff's motions to compel payment for work performed in the three-judge matter during the third quarter of 2007 (*Coleman* Docket 2708), the fourth quarter of 2007 (*Coleman* Docket 2821) and the first quarter of 2008 (*Coleman* Docket 2932).  Plaintiffs' motions have been pending since April 3, 2008, July 21, 2008 and September 11, 2008 respectively.

41.    The present motion addresses Plaintiffs' entitlement to fees for work performed during the second, third and fourth quarters of 2008. Plaintiffs do not in this motion ask for an order directing compensation of these fees in a particular amount, but rather a ruling on entitlement only and direction that the parties promptly meet and confer regarding the amounts to be paid.

## THE PLRA RATE CAP AND DEFENDANTS' REFUSAL TO PAY MORE THAN $135 PER HOUR FOR PARALEGAL WORK, REGARDLESS OF EXPERIENCE

42.    Under the Prison Litigation Reform Act ("PLRA"), Plaintiffs' counsel's rates are capped at 150% of the hourly rate established under 18 U.S.C. § 3006A. The 2008 cap for PLRA rates for attorneys is $169.50. This rate is far below the market rates for attorneys at my firm, even for the most junior associates. Attached hereto as **Exhibit B** is a true and correct copy of Rosen Bien & Galvan's rates for 2008. These rates are wholly consistent with the rates charged by comparable attorneys and legal staff in the San Francisco Bay Area and numerous other locales within California for work comparable to that performed in the instant case. (In fact, they are lower than rates at many San Francisco Bay Area firms.) My firm's billing practices are similarly comparable to those of other attorneys and legal staff in the San Francisco Bay Area and elsewhere in California.

43.    My firm's billing rates are charged to and paid by clients who pay by the hour on a monthly billing basis, in matters arising both inside and outside the State of California. They are also the rates we claim in our fee applications in all our fee-shifting cases, both inside and outside the San Francisco Bay Area. These contain no contingency, delay or preclusion components. They have been accepted consistently by courts in California and elsewhere.

44.    The PLRA caps attorneys' fees, but it does not cap paralegal rates. Nevertheless, Plaintiffs have, to date, voluntarily applied the PLRA attorney fee cap to paralegal hours, even when doing so meant that paralegals were compensated *below* their market rates. Whereas the 2008 market rates for paralegals who worked on this case range from $150 to $300 per hour, depending on experience, Plaintiffs seek only $150 to $169.50 per hour for paralegal work. Despite the fact that defendants previously agreed to market rate compensation for paralegals,

they began in 2008 to impose an arbitrary $135 per hour cap on all paralegal time, regardless of the level of experience of the paralegal, and regardless of the prevailing rates in the legal marketplace.

45.     Paralegals at RBG are college graduates who have worked for at least one year as paralegal clerks under the supervision of RBG's attorneys.

46.     The billing rates claimed here for paralegals are well within appropriate market rates and, for the more senior paralegals, are well below market rates.  Attached hereto as **Exhibit C** is a complete and exact copy of excerpts showing billing and costs for several California locales, from the "Annual Compensation Survey for Paralegals/Legal Assistants and Managers 2008 Edition."  In particular, the average billing rates for "Legal Assistant/Paralegal" and "Senior Legal Assistant/Paralegal" positions in the "Los Angeles-Long Beach-Santa Ana" area were $203 and $235 per hour (survey at 655).  The average billing rate for "Legal Assistant/Paralegal" in the Sacramento-Arden-Arcade-Roseville-Woodland" area was $166 per hour (survey at 765; no senior paralegal rates provided).  The average billing rates for "Legal Assistant/Paralegal" and "Senior Legal Assistant/Paralegal" positions in the "San Diego-Carlsbad-San Marcos" area were $184 and $228 per hour (survey at 774).  The average billing rates for "Legal Assistant/Paralegal" and "Senior Legal Assistant/Paralegal" positions in the "San Francisco-Oakland-Fremont" area were $200 and $253 per hour (survey at 783).  Finally, the average billing rates for "Legal Assistant/Paralegal" and "Senior Legal Assistant/Paralegal" positions in the "San Jose-Sunnyvale-Santa Clara" area were $186 and $238 per hour (survey at 797).

47.     My firm has been awarded its full 2008 paralegal rates in several recent cases.  In *Armstrong v. Schwarzenegger*, U.S. District Court, Northern District of California, Case No. 94-2307 (N.D. Cal. June 27, 2008), Judge Claudia Wilken awarded paralegal and other related rates as follows:

| Staff | Rate |
|-------|------|
| Paralegals | $170-190 |
| Paralegal Clerk | 160 |

-12-

[289979-2]

| Staff | Rate |
|---|---|
| Legal Assistants | 100-150 |
| Law Student | 170 |

Attached hereto as **Exhibit D** is a true and correct copy of the *Armstrong* June 27, 2008 Order.

48. In *Prison Legal News v. Schwarzenegger*, U.S. District Court, Northern District of California, Case No. 07-2058 (rates set forth in Sanford Jay Rosen Declaration, Docket 40), Judge Claudia Wilken awarded Rosen, Bien & Galvan, LLP their full 2008 hourly rate for the one paralegal who worked on the case. *See* Docket 52 at 7-8 (listing $170 per hour as the rate for a paralegal and ruling that "the Court will not reduce hourly rates claimed by Plaintiffs' counsel"). Attached hereto as **Exhibit E** is a true and correct copy of the Order. This was a First Amendment case in the prison context.

49. In *Valdivia v. Schwarzenegger*, U.S. District Court, Eastern District of California, Case No. Civ. S-94-0671 LKK (E.D. Cal. June 30, 2008) (rates set forth in stipulation, Docket No. 1456, June 30, 2008), Judge Lawrence Karlton awarded paralegal and other related rates for Rosen, Bien & Galvan, LLP as follows:

| Staff | Rate |
|---|---|
| Paralegals | $160-190 |
| Legal Assistant | 150 |
| Law Student / Law Clerk | 160 |

Attached hereto as **Exhibit F** is a true and correct copy of the Order Confirming Undisputed Attorneys' Fees and Costs for the First Quarter of 2008, filed June 30, 2008. A true and correct copy of the summary sheet, including all hourly rates, is attached hereto as **Exhibit G**.

50. In *L.H. v. Schwarzenegger*, U.S. District Court, Eastern District of California, Case No. 06-2042, Judge Karlton awarded paralegal and other related rates for Rosen, Bien & Galvan, LLP as follows (*L.H. v. Schwarzenegger*, No. CIVS-06-2042 LKK/GGH, 2009 WL 674345, at *8 (E.D. Cal. March 6, 2009)):

| Staff | Rate |
|---|---|
| Paralegals | $150 |

-13-

|                         |      |
|-------------------------|------|
| <u>Staff</u>            | <u>Rate</u> |
| Paralegal Clerk         | 130  |
| Law Students / Law Clerks | 170 |

Judge Karlton explained in the fee decision that he awarded paralegal rates "at the low end of the market" because "there has been no evidence tendered that the paralegals, paralegal clerks, litigation assistants, or law clerks possessed special skills meriting a higher hourly rate." *Id.* at *5.

51.     Here, the paralegals whose rates are at issue possess special skills meriting rates higher than those awarded in the above-cited *L.H.* opinion. I review the special skills of each paralegal below.

a.     Kevin Jones has been a paralegal for six years, during which he managed the trial preparation and presentation for twenty (20) jury and bench trials in both state and federal courts. A true and correct copy of Mr. Jones' resume is attached hereto as **Exhibit H**. As reflected on his resume, Mr. Jones was the lead paralegal on twelve (12) of those cases. He has extensive experience with Summation and other litigation databases, as well as with trial presentation equipment and software. Mr. Jones's special skills were essential to Plaintiffs' management of the huge volume of documents in this case. He was the primary paralegal handling exhibits, direct and cross-examinations, opening and closing arguments and general document management during trial. Mr. Jones' market rate is $225 per hour, or $55.50 below his capped rate of $169.50.

b.     Sofia Millham has been working as a paralegal at my firm for nearly three years and had more than two years of litigation experience prior to joining the firm. Ms. Millham is a 2001 graduate of the University of Massachusetts at Dartmouth. A true and correct copy of Ms. Millham's resume is attached hereto as **Exhibit I.** Ms. Millham has worked on complex litigation matters during her entire time at RBG and is proficient in legal databases such as Casevault and CT Summation, which were essential to Plaintiffs' success in the three-judge matter. Ms. Millham also played a key role in pre-trial work, including preparation for depositions, review of Defendant and Defendant-intervenor document

[289979-2]

1    productions, identification and preparation of trial exhibits and other tasks.  In *Coleman*

2    enforcement work outside of the three-judge panel, Ms. Millham has received extensive

3    training by *Coleman* lead counsel regarding the nature of the Mental Health Services Delivery

4    System, and the procedures by which counsel participates in monitoring of the remedy, and in

5    the protocols for communicating with and assisting class members, and in communicating with

6    the Special Master team and Defendants.  While Ms. Millham's market rate is $180 per hour,

7    Plaintiffs seek only $169.50 for her work.

8              c.       Pamela Derrico is a senior litigation paralegal with 22 years of experience.

9    Ms. Derrico graduated from California State University, Hayward in 1982, and received a

10   paralegal certificate from the same school in 1986.  She began her career at Brobeck, Phleger

11   & Harrison in the litigation department, and later moved to a major civil rights firm,

12   Saperstein, Seligman & Mayada (now know as Goldstein Demchak Baller Borgen &

13   Dardarian), before joining Rosen  Bien & Asaro in 1989.  A true and correct copy of Ms.

14   Derrico's resume is attached hereto as **Exhibit J.**  Ms. Derrico's special skills in complex

15   litigation were essential when the discovery and trial work for the three-judge panel proceeding

16   exceeded the volume that the principal paralegals on the case could handle.  While Ms.

17   Derrico's market rate was $190 per hour in 2008, Plaintiffs seek only $169.50 for her hours

18   here.

19             d.       Ritika Aggarwal is a 2006 graduate of the University of California at

20   Santa Cruz.  Ms. Aggarwal joined Rosen Bien & Galvan in 2007.  Before joining the firm, she

21   had gained specialized knowledge of the California prison system as a teaching assistant at the

22   University of California, and as a case manager and aftercare worked with Friends Outside, a

23   community-based organization that provides re-entry services to prisoners and their families.

24   A true and correct copy of Ms. Aggarwal's resume is attached hereto as **Exhibit K.**  In

25   *Coleman* enforcement work outside of the three-judge panel, Ms. Aggarwal has received

26   extensive training by *Coleman* lead counsel regarding the nature of the Mental Health Services

27   Delivery System, and the procedures by which counsel participates in monitoring of the

28   remedy, and in the protocols for communicating with and assisting class members, and in

-15-

[289979-2]

1  communicating with the Special Master team and Defendants.  In the three-judge panel trial,

2  Ms. Aggarwal's specialized knowledge of the *Coleman* case was essential to assist the

3  litigation team in searching the electronic discovery database for useful documents for

4  depositions, motions practice and trial.  Ms. Aggarwal's 2008 market rate was $170 per hour.

5         e.     Kathleen Johnson-Silk is a 2004 graduate of the University of California

6  at Santa Cruz.  Ms. Johnson-Silk joined Rosen Bien & Galvan in 2006.  A true and correct

7  copy of Ms. Johnson-Silk's resume is attached hereto as **Exhibit L.**  Ms. Johnson-Silk brought

8  to the firm special skills in the use of databases, which she applied during the three-judge panel

9  trial in tasks related to Plaintiffs' complex electronic discovery database.  In *Coleman*

10  enforcement work outside of the three-judge panel, Ms. Johnson-Silk has received extensive

11  training by *Coleman* lead counsel regarding the nature of the Mental Health Services Delivery

12  System, and the procedures by which counsel participates in monitoring of the remedy, and in

13  the protocols for communicating with and assisting class members, and in communicating with

14  the Special Master team and Defendants.  Ms. Johnson-Silk's 2008 market rate was $170 per

15  hour.

16         f.     Kate Richardson is a 2006 graduate of the University of Michigan.  Ms.

17  Richardson joined Rosen Bien & Galvan in 2006.  A true and correct copy of Ms. Richardson's

18  resume is attached hereto as **Exhibit M.**  Ms. Richardson was primarily responsible for

19  working with the outside electronic discovery vendors to ensure that all incoming electronic

20  discovery was effectively and efficiently uploaded to the off-site database, and made ready for

21  searching and coding.  Ms. Richardson has received extensive training by *Coleman* lead

22  counsel regarding the nature of the Mental Health Services Delivery System, and the

23  procedures by which counsel participates in monitoring of the remedy, and in the protocols for

24  communicating with and assisting class members, and in communicating with the Special

25  Master team and Defendants.  Ms. Richardson's specialized knowledge of the *Coleman* case

26  was essential to assist the litigation team in searching the electronic discovery database for

27  useful documents for depositions, motions practice and trial.  Ms. Richardson's 2008 market

28  rate was $170 per hour.

1          g.      Maya Weltman-Fahs is a 2005 graduate of the University of California at

2 Santa Cruz.  Ms. Weltman-Fahs brought special skills to the firm in statistical analysis and

3 presentation of data, which she gained in environmental science research.  Ms. Weltman-Fahs

4 applied these specialized quantitative skills in the three-judge panel trial, and in the underlying

5 *Coleman* litigation, in assisting the litigation team in effective presentation of numerical data

6 through exhibits for use at trial in the motions practices.  A true and correct copy of Ms.

7 Weltman-Fah's resume is attached hereto as **Exhibit N.**  Ms. Weltman-Fah's 2008 rate was

8 $170.

9          h.      Matthew Harrison is a 2005 graduate of the University of California at

10 Santa Cruz.  Mr. Harrison joined Rosen Bien & Galvan with special skills gained in two

11 previous litigation positions.  While at Rosen Bien & Galvan, Mr. Harrison has developed

12 specialized skills in the monitoring and enforcement of complex civil rights injunctions.  Mr.

13 Harrison has participated in approximately 13 monitoring visits to California state prisons in

14 2007, 2008, and 2009, including numerous client interviews and file reviews.  He has also

15 participated in approximately 16 monitoring visits to California parole facilities throughout the

16 state.  During the period at issue in this motion, Mr. Harrison applied his specialized skill and

17 experience to assisting *Coleman* counsel in responding to inquiries from class members, and in

18 trial preparation and motions practice for the three-judge panel proceeding.  A true and correct

19 copy of Mr. Harrison's resume is attached hereto as **Exhibit O.**  Mr. Harrison's 2008 rate was

20 $170.

21          i.      Haruka Roudebush is a 2005 graduate of the University of California at

22 San Diego.  Mr. Roudebush joined Rosen Bien & Galvan in 2006, and gained special skills in

23 three large class actions on behalf of prisoners and parolees—*Armstrong v. Schwarzenegger,*

24 *L.H. v. Schwarzenegger,* and *Coleman v. Schwarzenegger.*  A true and correct copy of Ms.

25 Roudebush's resume is attached hereto as **Exhibit P.**  Mr. Roudebush has conducted extensive

26 document review and analysis for approximately 12 on-site prison tours in the *Armstrong* case

27 during 2007, 2008 and 2009.  Mr. Roudebush also has special skills in litigation involving

28 electronic discovery, derived from experience in both the class action setting and individual

-17-

[289979-2]

1  litigation.   Mr. Roudebush applied these special skills in the *Coleman* case during the period

2  covered by this motion in assisting the litigation team in the three-judge panel proceedings, and

3  in assisting counsel in responding to individual class member inquiries.  Mr. Roudebush 2008

4  rate was $170.

5        j.    Pui-Yee Yu, a legal assistant at the Prison Law Office, is a 2005 graduate

6  of the University of California at Berkeley.  In addition, Ms. Yu received an associate's degree

7  in paralegal studies in 2007.  Ms. Yu joined the Prison Law Office in July 2007.  During her

8  tenure at the Prison Law Office, Ms. Yu has developed specialized skills related to monitoring

9  and enforcement of the court orders in prison litigation.  She has participated in numerous

10  monitoring tours of CDCR prisons, interviewing numerous class members and reviewing their

11  files for relevant information.  Ms. Yu applied her specialized skill and knowledge to respond

12  to class member contacts in the *Coleman* litigation, and to assist Prison Law Office attorneys in

13  responding to class member issues at the institutions for which the Prison Law Office takes

14  responsibility in the *Coleman* case.  A true and correct copy of Ms. Yu's resume prior to

15  joining the Prison Law Office is attached hereto as **Exhibit Q.**   Ms. Yu's 2008 rate was $170

16  per hour.

17        k.    Sam Weiner, a legal assistant at the Prison Law Office, is a 2006 graduate

18  of Northwestern University.  Mr. Weiner has developed specialized skills in prisoners' rights

19  litigation through the conduct of numerous monitoring tours at CDCR prisons for the

20  *Armstrong* case.  Mr. Weiner applied his specialized skills and knowledge in assisting

21  *Coleman* counsel in reviewing and responding to class member inquiries, and in reviewing and

22  responding to materials related to *Coleman* Special Master tours.  A true and correct copy of

23  Mr. Weiner's resume prior to joining the Prison Law Office is attached hereto as **Exhibit R.**

24  Mr. Weiner's 2008 rate was $170 per hour.

25        l.    Rebecca Baran-Rees, a litigation assistant at the Prison Law Office, is a

26  2006 graduate of the University of California at Berkeley.  Before joining the Prison Law

27  Office, Ms. Baran-Rees worked with the ACLU of Northern California and the National

28  Lawyer's Guild California Occupational Safety and Health Administration legal services

project.  Ms. Rees has specialized experience regarding the *Coleman* monitoring process, including the specialized knowledge necessary to assist counsel in reviewing and responding to class member inquiries, and in preparing for Special Master tours and exit conferences.  A true and correct copy of Ms. Rees' resume prior to joining the Prison Law Office is attached hereto as **Exhibit S.**  Ms. Rees' 2008 rate was $170 per hour.

### REASONABLE AND NECESSARY COSTS AND EXPENSES RELATED TO ELECTRONIC DISCOVERY DATABASES AND SERVICES

52.     Plaintiffs seek reimbursement for actual costs and expenses associated with electronic discovery and database services according to the amounts set forth in **Exhibit T** to this declaration.  **Exhibit T** includes a summary chart of all of the costs and expenses incurred by Rosen Bien & Galvan and K&L Gates through the end of 2008 that are in dispute, followed by a detailed listing of those items.  The parties resolved all disputes regarding Prison Law Office costs for 2007 and 2008 related to *Coleman* enforcement outside of the three-judge panel proceedings.  The costs incurred by the Prison Law Office for the three-judge panel trial are not sought here, but will be sought separately in the *Plata* case.  The Prison Law Office costs, which are in the range of over $100,000, do not duplicate the cost items here, but rather relate to separate tasks performed for the issues and witnesses that the Prison Law Office handled in the three-judge panel trial.

53.     Although Plaintiffs' counsel have paid over $270,000 in expert fees in this matter, Plaintiffs have removed those expenses from their bill pursuant to *West Virginia Univ. Hosp. Inc. v. Casey*, 499 U.S. 83, 102 (1991) and *Jenkins v. State of Missouri*, 158 F.3d 980, 983 (8th Cir. 1998).

54.     The discovery phase of the litigation was closely contested.  Plaintiffs were forced to file numerous discovery motions to address, for example, Defendants' and Defendant-intervenors' failure to produce appropriate privilege logs, failure to produce relevant documents, delay in producing documents, failure to run appropriate searches in their databases, refusal to permit appropriate and useful expert inspections, improper assertions of privilege, and refusal to produce relevant Defendants for depositions.  Plaintiffs had to review,

[289979-2]

1    code, and manage hundreds of thousands of pages of documents and more than 175 gigabytes

2    of electronically stored information.  Because of Defendants' and Defendant-intervenors'

3    refusal to produce documents and responses within the shortened discovery response

4    timeframes ordered by the Court, Plaintiffs were also frequently forced to review and manage

5    documents on extremely shortened time-frames in order to adequately use the information

6    during depositions and for court filings.  The parties ultimately introduced hundreds of exhibits

7    during the 14-day trial.  Plaintiffs' ability to find, review, manage and utilize key documents

8    from among the thousands produced was critical to success before the three-judge court, which

9    found that Plaintiffs "presented overwhelming evidence that crowding is the primary cause of

10   the underlying constitutional violations."  (*Coleman* Docket 3514 at 2.)

11       55.    It is the market practice to bill electronic discovery processing and database

12   hosting to clients as litigation costs.  It would not be appropriate to include these costs in our

13   overhead as to do so would require a major increase in our firm's overall costs and billing rates

14   when this service is only required by a small percentage of our clients, and, even then, only

15   some of the time during their case.  These costs are not considered part of law firm overhead

16   and I am informed and believe that this billing practice is consistent with the billing practices

17   of most (if not all) lawyers practicing in the Eastern and Northern Districts of California.  In

18   this case, where Plaintiffs were faced with a huge volume of produced documents and very

19   short time-frames within which to review them, the use of the database was the most efficient

20   and cost-effective way to litigate the case.  If Plaintiffs did not utilize such a database, it would

21   have been impossible to review and manage the huge volume of documents in this case, which

22   amounted to hundreds of thousands of pages and more than 175 gigabytes of electronically

23   stored information.  The database allowed many fewer staff hours to review documents

24   because it facilitated a "funnel" of only the most essential information into the eventual

25   designation of deposition exhibits, trial exhibits and documents used to support motions and

26   other filings.  Once staff members reviewed documents, for instance, they could mark them as

27   either useful in some way, pertinent to a particular issue in the case, useless to the case, or

28   duplicative.  (Defendants produced hundreds of duplicative documents.)  We then used these

1    codes to exclude marked documents that had already been coded from various searches that

2    attorneys and paralegals performed.  It would have been impractical and much more costly to

3    review the huge volume of documents and to funnel information in this way without the

4    document management system.

5          56.      Rosen Bien & Galvan undertook the electronic discovery processing and hosting

6    costs for all three plaintiffs firms in this matter.  The services necessary to use the electronic

7    discovery in this case included but were not limited to the following:  (1)  Some of the

8    electronic discovery was produced in bulk sets of image files without document breaks.  We

9    used the services of electronic discovery vendors to quickly review these bulk productions and

10   find the logical document breaks, and create index files (bibliographic coding) identifying

11   documents by author, custodian, recipients, and subject matter.  Not all of the electronic

12   discovery required this level of processing, as some was produced with load files already

13   containing document breaks and some coding information.  (2)  Converting load files that were

14   incorrectly or inaccurately produced so that documents could be loaded into the electronic

15   discovery database.  (3)  Creating database backups to ensure that counsel could move forward

16   with the case in the event that the original database was lost or damaged.  (4) Optical character

17   recognition of documents that were produced in hard copy or in electronic images that

18   contained no underlying data.  This service was essential to allow for key word searching,

19   which reduced the amount of costly attorney time necessary to review each document.

20   (5) Hosting the electronic discovery information in a structured database for search by the

21   litigation teams located in different locations.  This was done cost-effectively through off-site

22   hosting by an outside vendor, CT Summation CaseVault, which maintains the necessary server

23   infrastructure.  I am informed and believe that it is market practice to bill clients for such off-

24   site hosting services.  (6)  Creating specialized document sets for depositions, motions practice

25   and trial.  On a short time schedule it is often necessary to print large document sets to paper

26   for attorneys to quickly prepare for depositions, drafting motions and responses, and for taking

27   witnesses at trial.  (7)  Specialized database programming and maintenance functions, such as

28   customizing search methods, and ensuring compliance with Defendants' clawback requests.  I

1  was primarily responsible for managing the work of outside discovery vendors, and I carefully

2  monitored and questioned vendor invoices to ensure that charges were reasonable, and selected

3  vendors based on their ability to deliver cost-effective services, on occasion changing vendors

4  and allocating work among vendors where necessary to meet the litigation timelines cost-

5  effectively.  As with all billings of fees and costs, I have exercised reasonable billing judgment

6  in this application.

7      57.    Defendants' litigation tactics made the electronic discovery process far more

8  expensive for plaintiffs' counsel than it would have otherwise been.  The chief defense tactics

9  that inflated our out-of-pocket expense are summarized below.

10          a.    Defendants frequently failed to produce documents in the searchable

11  formats agreed to prior to the rolling discovery period.  The rolling discovery stipulation

12  required that Defendants produce documents on disks in a certain format along with certain

13  data files to allow them to be loaded into the Summation litigation database with basic

14  information needed to identify where individual documents start and stop, the source of the

15  documents, for emails, the location of attachments within the document set.[1]  When

16  Defendants failed to produce the agreed-upon data, Plaintiffs had to incur outside processing

17  fees to identify the individual documents within undifferentiated sets of images, and to code

18  the information that would have been more readily available had Defendants produced the

19  information in the proper form.

20

21

22  _____

    [1] The pertinent language from the Joint Stipulation, *Coleman* Docket No. 2500 is: "With
23  respect to this rolling production schedule, Defendants agree to produce to Plaintiffs any
    documents gathered from an electronic source in a 'native + image' format. Additionally,
24  Defendants agree to produce to Plaintiffs any documents gathered from a paper or electronic
    source in a Summation compatible, 'DII' format. The information produced for the electronic
25  documents will contain the following fields: beg doc, end doc, source, custodian, beg attach,
    and end attach. The information produced for the scanned paper documents will contain the
26  following fields: beg doc, end doc, source, and custodian."  Joint Stipulation, *Coleman* Docket
    No. 2500 at 4.
27

28

1    b.    Defendants interposed unjustified privilege objections and accordingly

2 withheld thousands of documents without, this Court found on several occasions, having

3 adequately reviewed the documents to ensure that privileges were legitimately asserted.  (*See,*

4 *e.g., Coleman* Docket No. 2997 at 10 ("The results did not inspire confidence in the

5 "review" asserted by the declarants."); *Coleman* Docket No. 2753 (in camera review finds that

6 attorney client and deliberative process privileges were asserted over communications that

7 included third parties outside the privileges claimed).  After several motions to compel,

8 Defendants eventually produced thousands of documents over which they formerly asserted a

9 privilege.  While Defendants failed to keep these documents out of the case, they succeeded in

10 increasing Plaintiffs' costs.  Documents that arrived late imposed rush processing charges, and

11 extra charges for services needed for quick review of the documents in the little time left

12 before they had to be used.  In addition, Defendants redacted some of the late-produced

13 documents, and used redaction as an excuse for producing entire sets of documents in "image"

14 form only, even though the documents were maintained in "native" form.  The difference is

15 important when examining costs, because image-only documents require additional processing,

16 including optical character recognition and manual coding, to make them searchable so that

17 attorneys can quickly find the useful documents without reviewing every single one.  (*See*

18 *Coleman* Docket Nos.  2939, 2970.)  I have reviewed the electronic discovery invoices in detail

19 to prepare this motion have noted that the highest charges for processing incoming discovery

20 occurred in the months of February, August and September 2008, when Defendants were

21 producing thousands of documents that had been formerly withheld based on unjustified

22 assertions of privilege.  In the rolling production period of November and December 2007,

23 Defendants produced approximately 211,000 pages of documents.  On February 4, 2008, in the

24 first of many late productions of documents over which Defendants previously asserted a

25 privilege, Defendants produced approximately 218,000 pages of documents all on one day,

26 along with two privilege logs totaling over 660 pages long.  More such late mass releases of

27 formerly withheld documents followed—including among several smaller releases, over

28 23,000 pages on February 15, 2008, with two privilege logs totaling almost 1,100 pages in

-23-

[289979-2]

length.  After a series of smaller late releases, Defendants produced over 44,000 pages of formerly withheld documents on August 11, 2008, over 60,000 pages on August 21, 2008.

        c.      Duplicative and Non-responsive Document Production.  Defendants' document productions included many duplicate documents, and many non-responsive documents such as numerous copies of the pleadings in this case.  The larding of document productions with duplicates and non-responsive documents added to Plaintiffs' costs by increasing the sheer bulk of the electronically stored information to be processed, and by making searches more time-consuming.

        d.      Frequent and large-scale clawback demands.  Defendants made at least five separate claw back requests for over 3,270 pages of purportedly privileged documents that they inadvertently produced.  Each request imposed additional costs on Plaintiffs counsel to isolate these documents in the discovery database, including duplicates, and to delete them from all parts of the database where they might be found.

**REASONABLE AND NECESSARY COSTS AND EXPENSES RELATED TO COPYING, RESEARCH, LONG-DISTANCE TELEPHONE AND CONFERENCE CALLS**

58.      It is the market practice to bill clients for computerized research charges, such as Westlaw or Lexis.  Such charges result in a lower overall bill to the client than having attorneys Shepardize and research cases using books.  I am informed and believe that this billing practice is consistent with the billing practices of most (if not all) lawyers practicing in the Eastern and Northern Districts of California.  We manage our use of computerized research to ensure that charges are reasonable and are presented to clients or in fee applications such as this one only after exercise of reasonable billing judgment.

59.      Plaintiffs also advanced significant costs and expenses associated with outside and in-house copying jobs.  ***See* Exhibit T.**  RBG advanced the vast majority of copying costs in this case, including on behalf of both the PLO and K&L Gates.  The charges for outside copying costs frequently included charges for other services that were necessary to process and utilize documents, including Bates stamping, coding, uploading, payment for on-site copies of class member records and, in some cases, onsite copy services for subpoenaed documents.

-24-

[289979-2]

1  Plaintiffs sent a copying service to the Center for Evidence-Based Corrections at the University

2  of California at Irvine (UCI), for instance, which is funded through CDCR to evaluate and

3  suggest evidence-based practices to address criminal justice issues, including parole reform

4  and recidivism reduction programs.  These issues were highly relevant to the overcrowding

5  matters and UCI required that we copy documents on-site in response to the subpoena.

6  Copying vendor relationships were closely managed to ensure that the amounts presented here

7  are reasonable.

8      60.    Plaintiffs' copying costs for the case also predictably increased during

9  particularly busy times of the litigation.  In the late summer and fall of 2008, for instance, RBG

10 paid several large bills for copying services related to deposition preparation, motions *in

11 limine*, and the preparation of trial exhibit and other trial binders.  During the time periods

12 when the case was stayed, including between December of 2007 and April of 2008, copying

13 costs were comparably very low.  RBG was responsible for making all of the court-room

14 copies of Plaintiffs' exhibits, including the set of binders required for the Court.  (*Coleman

15 Docket No. 3271, Civil Minutes, Nov. 10, 2008.)

16     61.    RBG also advanced costs for graphics, photographs and video displays used

17 during trial.  It is the market practice to bill fee-paying clients for these services.  I am

18 informed and believe that this billing practice is consistent with the billing practices of most (if

19 not all) lawyers practicing in the Eastern and Northern Districts of California.  Here, the

20 services were necessary to establish Defendants' admissions regarding overcrowding,

21 population reduction measures, and public safety, and to effectively communicate evidence

22 about the overcrowded conditions to the Court.  Because our experts documented their prison

23 tours with photographs, the services were also a necessary part of expert testimony.  The video,

24 photographic, and demonstrative evidence was imperative to the case and an extremely

25 important part of the record.  I was responsible for managing the copying, exhibit preparation

26 and trial graphics vendor relationships and closely monitored vendor costs, questioning bills

27 that seemed unjustified, and exercising reasonable billing judgment before including the costs

28 in this application.

[289979-2]

62.     RBG and K&L Gates also advanced other costs as reflected in **Exhibit T,** including travel expenses, telephone charges (including the costs of conference calls), witness fees, and postage.  It is the market practice to bill fee-paying clients for all of these expenses.  I am informed and believe that this billing practice is consistent with the billing practices of most (if not all) lawyers practicing in the Eastern and Northern Districts of California.  All of these expenses were necessary to the litigation.  With respect to conference calls, in particular, multi-party calls were essential for meet and confer sessions to discuss discovery issues, trial exhibits, pre-trial filings, and other litigation-related issues.  It was also more cost-effective for the multiple Plaintiffs' attorneys, including attorneys at RBG, PLO and K&L Gates, to communicate via conference calls rather than in person.  All of these costs were necessary to prosecution of the case, were carefully managed during the case, and are presented with this application after exercise of reasonable billing judgment.

63.     Pursuant to E.D. Local Rule 5-133(i), true and correct copies of *In re Veeco Instruments Inc. Sec. Litig.*, 2007 WL 4115808 at *10 (S.D.N.Y. 2007), *Lockheed Martin Idaho Technologies Co. v. Lockheed Martin Advanced Envtl. Sys., Inc*., 2006 WL 2095876 (D. Idaho 2006), and *Oberfelder v. City of Petaluma*, 2002 WL 472308 at *11 (N.D. Cal. 2002), which are unpublished decisions, are attached hereto as **Exhibit U**.

The foregoing is based upon my own personal knowledge, except where stated to be based upon information and belief.  If called upon to do so, I would and could so testify.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on May 6, 2009.


*/s/  Ernest Galvan*
ERNEST GALVAN

EXHIBIT A

ORIGINAL



1
2
3
ORIGINAL
FILED

MAR 19 1996

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED

MAR 7 1996

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

6
7
8            IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10
11
12    RALPH COLEMAN, et al.,

13              Plaintiffs,                    No. CIV S-90-0520 LKK JFM

v.
14                                             STIPULATION AND ORDER
                                               FOR PERIODIC COLLECTION OF
      JAMES GOMEZ, et al.,                     ATTORNEYS' FEES AND COSTS
15
              Defendants.
16
17
18
19
20        This matter comes before the Court on the parties' request to

21    authorize an informal process through which compliance fees may be

22    resolved periodically.   The parties by their undersigned counsel

23    do stipulate and the Court having considered the matter hereby

      Orders as follows:
24
25        1.   Plaintiffs' counsel will submit quarterly statements to

26    defendants' counsel for fees and costs incurred in obtaining and

27    monitoring compliance with the Court's decision and order of

28

Stip & Order for
Attys Fees & Costs

$1.72^{1}$

1  September 13, 1995.  The statements will itemize the time spent,

2  subject activity, applicable attorney and other personnel billing

3  rates, and costs and expenses with sufficient particularity to

4  allow the defendants and the Court to identify which efforts were

5  or were not useful and necessary to ensure compliance with the

6  court's order.  The first quarterly statement of each year will

7  identify the billing rates plaintiffs' counsel seeks for that year.

8  Unless and until defendants dispute any of the fees or costs

9  requested, the billing statements submitted by plaintiffs' counsel

10  shall not include declarations or other supporting pleadings.  Such

11  declarations or other supporting pleadings shall be prepared only

12  for and at the time of filing any Motion to Compel.

13          2.    Upon receipt of plaintiffs' statement each quarter,

14  defendants will have thirty days in which to respond with their

15  objections and the bases therefore.  As to disputed items,

16  including the proposed billing rates in the first quarterly

17  statement, plaintiffs' and defendants' counsel are required to meet

18  and confer within thirty (30) days after defendants have notified

19  plaintiffs of any disputed item(s).  If the parties are able

20  promptly to resolve any part or all of the fee disputes, counsel

21  shall immediately prepare a stipulated order for payment of the

22  fees not subject to defendants' objections.  Both sides shall sign

23  the Order and present it to the court for entry.  Defendants shall

24  have forty-five days from the entry of the Order to pay the

25  undisputed fees.  Interest on these fees and costs will run from

26  the thirty-first day following defendants' receipt of plaintiffs'

27  statement, accruing at the rate provided by 28 U.S.C. §1961.

28

1    3.    If Defendants refuse to sign any Stipulated Payment

2    Order, or unreasonably delay the process described in Paragraph 2,

3    above, plaintiffs' counsel may submit directly to the Court an

4    unstipulated form of Order for collection of fees that are not

5    disputed, together with a certification of counsel under penalty

6    of perjury setting forth the relevant facts and circumstances.

7    Defendants' counsel may respond within five court days of receipt

8    of the proposed Order and certification.    Plaintiffs' counsel may

9    reply within two court days after receipt of defendants' response,

10   if any.    The Court will rule on plaintiffs' application without

11   conducting a hearing unless it considers such a hearing necessary,

12   and will issue plaintiffs' proposed Order or another appropriate

13   Order unless defendants show a reasonable basis for disputing the

14   fees and expenses  plaintiffs have claimed to be undisputed.    If

15   any party determines that systematic problems in the meet and

16   confer process have arisen, that party may move for further

17   modification of this process, by noticed motion made pursuant to

18   the Federal Rules of Civil Procedure and the Rules of this Court.

19   4.    Plaintiffs will file a yearly motion to compel

20   payment of disputed items, if necessary, not later than sixty (60)

21   days after the parties meet and confer with respect to the

22   statement covering the fourth quarter of each year.    If defendants

23   opposed any billing rates plaintiffs' counsel will bring a motion

24   to compel on this issue following the first quarterly statement of

25   each year.

26   5.    In the event that an unusually large number of hours

27   or a significant issue is in dispute, plaintiffs may bring

28

Stip & Order for
Attys Fees & Costs                      3.

1   a quarterly motion to compel on those issues alone.   Any such

2   quarterly motion to compel will be filed no later than thirty (30)

3   days after the parties have met and conferred on the quarterly

4   statement at issue.   Such motions will be briefed and heard on the

5   usual schedule provided by the local rules.

6           6.    Interest on any disputed amount will accrue at the

7   rate provided by 28 U.S.C. §1961 from the thirty-first (31st) day

8   following defendants' receipt of the billing in which the items in

9   question appear.

10          7.    The standard of review to be applied to disputed

11  billing items will be whether the services were useful and

12  necessary to ensure compliance with the Decision and Order dated

13  September 13, 1995.

14          8.    So long as the plaintiffs' counsel submit quarterly

15  billing statements to the defendants in a timely fashion in

16  accordance with paragraph one of this Order, all compensation

17  requested by the plaintiffs for monitoring compliance with the

18  decision and order will be awarded, now and in the future, at the

19  rates current at the time the billing statements are submitted to

20  the defendants instead of at historic rates.

21

22

23

24

25

26

27

28

1        9.    Defendants shall pay the full amounts ordered paid,

2  with any legal interest owing, no later than forty five (45) days

3  after the date each payment Order is entered by the Court.  If

4  payment is not voluntarily made by the 45th day, counsel for

5  plaintiffs may obtain said amount by writ of execution upon state

6  funds and/or other appropriate accounts by certification under

7  penalty of perjury that voluntary payment has not been made.

8      We do so stipulate.

9

10

11

12  Dated: 2/29/96

Donald Specter
Counsel for Plaintiffs

13

14

15

16  Dated: 3/6/96

William Jenkins
Deputy Attorney General
Counsel for Defendants

17

18

19      IT IS SO ORDERED.

20

21  Dated: 3/19/96

Lawrence K. Karlton, Chief Judge
United States District Court

22

23

24

25

26

27

28

EXHIBIT B

## ROSEN BIEN & GALVAN, LLP

| PARTNERS | 2008 Rates |
|---|---|
| Sanford Jay Rosen | $740 |
| Michael W. Bien | $640 |
| Gay C. Grunfeld | $475 |
| Ernest Galvan | $450 |

### OF COUNSEL

| | |
|---|---|
| Jane Kahn | $460 |

### ASSOCIATES

| | |
|---|---|
| Thomas Nolan | $440 |
| Holly M. Baldwin | $425 |
| Sarah Olson Zimmerman | $380 |
| Amy Whelan | $370 |
| Anne Mania | $370 |
| Maria Morris | $370 |
| Meghan R. Lang | $360 |
| Shirley Huey | $360 |
| Nura Maznavi | $340 |
| Kenneth Walczak | $340 |
| Loren Stewart | $295 |
| Lisa Ells | $295 |
| Elizabeth Eng | $295 |
| Mark Feeser | $270 |

### PARALEGALS

| | |
|---|---|
| Kevin Jones | $225 |
| Pam Derrico | $190 |
| Sofia Millham | $180 |
| Ritika Aggarwal | $170 |
| Kathleen Johnson-Silk | $170 |
| Katie Richardson | $170 |
| Melanie Wilkinson | $170 |
| Maya Weltman-Fahs | $170 |
| Oliver Davis | $170 |
| Haruka Roudebush | $170 |
| Matthew Harrison | $170 |

### LITIGATION SUPPORT/PARALEGAL CLERKS

| | |
|---|---|
| Claire Hoffmann | $160 |
| Rosemary Jones-Shine | $160 |
| Paralegal Clerks | $110 |

### OTHER

| | |
|---|---|
| Law Students | $170 |
| Word Processing | $60 |

[240129-1]

EXHIBIT C

International Paralegal Management Association's

# Annual Compensation Survey for Paralegals/Legal Assistants and Managers

## 2008 Edition

Published in Partnership with the

### INTERNATIONAL PARALEGAL MANAGEMENT ASSOCIATION

P.O. Box 659
Avondale Estates, GA 30002-0659
Voice (404) 292-IPMA (4762) ▲ Fax (404) 292-2931
www.paralegalmanagement.org
info@paralegalmanagement.org

by

### ALTMAN WEIL PUBLICATIONS, INC.®
A division of ALM Research
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
Voice (610) 886-2000 ▲ Fax (610) 359-0467
www.altmanweilpubs.com

Altman Weil Publications is committed to customer service excellence.
Please address questions or comments to any staff member below.

June A. Ragone
Director, Survey Research
jragone@alm.com

Amy R. Hauply
Lead Survey Analyst
ahauply@alm.com

Deborah A. Davis
Customer Care Specialist
ddavis@alm.com

Eileen Murphy
Survey Support Specialist
emurphy@alm.com

### Release Date: May 2008

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact June Ragone at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT© 2008 ALM Properties, Inc.

# TABLE OF CONTENTS

Introduction ............................................................................ 5

Organization Profile.............................................................. 13

Benefits ............ ................................................................... 27

Salary Administration. .......................................................... 89

National ............................................................................... 106

Regional ............................................................. ...... 347

Core Based Statistical Area ......... .................................. 535

Appendix

| Index | Page No. |
|---|---|
| (1) Los Angeles-Long Beach-Santa Ana, CA Rates | 653 (655) |
| (2) Sacramento-Arden-Arcade-Roseville-Woodland, CA Rates | 764 (765) |
| (3) San Diego-Carlsbad-San Marcos, CA Rates | 773 (774) |
| (4) San Francisco-Oakland-Fremont, CA Rates | 781 (783) |
| (5) San Jose-Sunnyvale-Santa Clara, CA Rates | 796 (797) |

**BASE COMPENSATION**
**Core Based Statistical Area**
**Los Angeles-Long Beach-Santa Ana, CA**

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 24 | 95 | 82,096 | 75,000 | 82,032 | 88,434 | 98,200 |
| Legal Assistant/Paralegal | 32 | 191 | 67,527 | 57,000 | 69,014 | 78,000 | 88,202 |
| Specialist | 5 | 9 | 99,489 | — | — | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 18 | 51 | 44,480 | 39,000 | 43,000 | 48,000 | 55,779 |

**BONUS COMPENSATION**
**Core Based Statistical Area**
**Los Angeles-Long Beach-Santa Ana, CA**

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 19 | 85 | 6,943 | 4,000 | 6,500 | 9,180 | 12,000 |
| Legal Assistant/Paralegal | 25 | 151 | 3,677 | 2,010 | 3,500 | 4,766 | 7,000 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 16 | 38 | 2,070 | 1,113 | 2,000 | 2,750 | 3,757 |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## OVERTIME COMPENSATION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 20 | 82 | 19,658 | 6,529 | 12,741 | 21,946 | 49,112 |
| Legal Assistant/Paralegal | 26 | 163 | 11,389 | 2,883 | 8,225 | 14,793 | 27,070 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 14 | 43 | 5,851 | 1,500 | 4,839 | 9,512 | 14,505 |

## TOTAL CASH COMPENSATION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 24 | 95 | 105,277 | 88,320 | 97,552 | 115,486 | 142,019 |
| Legal Assistant/Paralegal | 32 | 191 | 80,154 | 64,781 | 77,880 | 90,658 | 113,598 |
| Specialist | 5 | 9 | 114,349 | — | — | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 18 | 51 | 50,956 | 41,974 | 48,623 | 59,992 | 66,688 |

## 2008 BILLING RATES
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 24 | 104 | 235 | 220 | 233 | 260 | 278 |
| Legal Assistant/Paralegal | 33 | 221 | 203 | 180 | 205 | 235 | 265 |
| Specialist | 6 | 15 | 268 | - | 260 | - | - |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 78 | 123 | 96 | 125 | 151 | 165 |

## 2007 BILLABLE HOURS
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 23 | 91 | 1,640 | 1,435 | 1,627 | 1,829 | 2,018 |
| Legal Assistant/Paralegal | 30 | 181 | 1,471 | 1,198 | 1,552 | 1,746 | 1,989 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 45 | 1,246 | 833 | 1,433 | 1,656 | 1,820 |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## BASE COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Average $ | Base Compensation Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 7 | 71,060 | — | — | — | — |
| | 6 to 10 | 10 | 16 | 77,575 | — | 77,750 | — | — |
| | 11 to 15 | 12 | 28 | 81,525 | 70,000 | 80,260 | 87,845 | 97,801 |
| | 16 to 20 | 9 | 22 | 84,411 | 79,000 | 84,000 | 87,752 | 100,050 |
| | 21 to 25 | 8 | 13 | 86,482 | — | 86,304 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 9 | 12 | 52,850 | — | 48,400 | — | — |
| | 2 to 5 | 18 | 50 | 61,062 | 49,694 | 60,500 | 73,266 | 75,669 |
| | 6 to 10 | 17 | 39 | 64,198 | 57,000 | 61,267 | 69,500 | 80,000 |
| | 11 to 15 | 12 | 21 | 73,544 | 59,635 | 76,422 | 82,301 | 91,147 |
| | 16 to 20 | 10 | 22 | 75,871 | 67,713 | 77,078 | 84,265 | 82,034 |
| | 21 to 25 | 10 | 23 | 77,513 | 71,021 | 76,583 | 82,623 | 94,282 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 2 to 5 | 7 | 11 | 44,424 | — | 41,436 | — | — |

**BONUS COMPENSATION BY YEARS IN PROFESSION**
Core Based Statistical Area
Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 6 to 10 | 9 | 15 | 5,269 | — | 3,856 | — | — |
| | 11 to 15 | 12 | 27 | 7,086 | 5,100 | 7,250 | 9,000 | 11,582 |
| | 16 to 20 | 7 | 20 | 8,884 | 6,663 | 8,250 | 11,183 | 13,850 |
| | 21 to 25 | 6 | 10 | 7,322 | — | — | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 7 | 9 | 1,774 | — | — | — | — |
| | 2 to 5 | 14 | 38 | 3,704 | 2,066 | 3,500 | 5,000 | 7,025 |
| | 6 to 10 | 14 | 31 | 4,112 | 2,750 | 4,000 | 5,000 | 8,490 |
| | 11 to 15 | 9 | 18 | 3,788 | 1,673 | 3,775 | 5,250 | 7,710 |
| | 16 to 20 | 8 | 19 | 3,484 | 2,220 | 3,350 | 4,756 | 6,000 |
| | 21 to 25 | 9 | 20 | 3,713 | 2,133 | 3,875 | 4,250 | 6,900 |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## OVERTIME COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Average $ | Overtime Pay Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| Senior Legal Assistant/Paralegal | 6 to 10 | 9 | 14 | 16,193 | — | 8,577 | — | — |
| | 11 to 15 | 9 | 24 | 20,741 | 11,699 | 18,407 | 29,722 | 39,293 |
| | 16 to 20 | 8 | 21 | 27,264 | 10,216 | 14,421 | 23,402 | 82,628 |
| | 21 to 25 | 6 | 11 | 9,967 | — | 8,362 | — | — |
| | 0 to 1 | 7 | 9 | 8,365 | — | — | — | — |
| Legal Assistant/Paralegal | 2 to 5 | 15 | 42 | 7,772 | 1,334 | 6,055 | 10,731 | 14,651 |
| | 6 to 10 | 15 | 35 | 10,259 | 4,455 | 7,555 | 14,358 | 25,217 |
| | 11 to 15 | 10 | 18 | 8,541 | 609 | 4,637 | 14,025 | 27,592 |
| | 16 to 20 | 8 | 17 | 15,035 | 5,740 | 12,193 | 25,676 | 29,806 |
| | 21 to 25 | 9 | 22 | 15,929 | 8,065 | 13,333 | 20,747 | 33,027 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 2 to 5 | 6 | 10 | 4,569 | — | — | — | — |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## TOTAL CASH COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 7 | 75,169 | — | — | — | — |
| | 6 to 10 | 10 | 16 | 96,683 | — | 90,052 | — | — |
| | 11 to 15 | 12 | 28 | 106,136 | 92,507 | 98,087 | 124,658 | 142,715 |
| | 16 to 20 | 9 | 22 | 118,513 | 94,573 | 108,404 | 126,053 | 199,946 |
| | 21 to 25 | 8 | 13 | 100,548 | — | 99,215 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 9 | 12 | 60,454 | — | 52,705 | — | — |
| | 2 to 5 | 18 | 50 | 70,406 | 59,403 | 67,280 | 79,816 | 89,224 |
| | 6 to 10 | 17 | 39 | 76,874 | 66,437 | 72,205 | 84,982 | 96,554 |
| | 11 to 15 | 12 | 21 | 84,112 | 66,710 | 84,682 | 98,191 | 115,810 |
| | 16 to 20 | 10 | 22 | 90,498 | 74,238 | 89,241 | 108,162 | 119,107 |
| | 21 to 25 | 10 | 23 | 95,978 | 78,745 | 94,707 | 105,343 | 132,770 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 2 to 5 | 7 | 11 | 49,877 | — | 47,875 | — | — |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## 2008 BILLING RATES BY YEARS IN PROFESSION
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Average $ | Billing Rate | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 7 | 226 | - | - | - | - |
| | 6 to 10 | 9 | 16 | 222 | - | 223 | - | - |
| | 11 to 15 | 11 | 30 | 232 | 218 | 235 | 248 | 276 |
| | 16 to 20 | 11 | 26 | 246 | 234 | 248 | 261 | 285 |
| | 21 to 25 | 8 | 13 | 240 | - | 250 | - | - |
| Legal Assistant/Paralegal | 0 to 1 | 15 | 22 | 175 | 135 | 180 | 199 | 264 |
| | 2 to 5 | 21 | 61 | 184 | 165 | 185 | 210 | 249 |
| | 6 to 10 | 17 | 48 | 209 | 191 | 215 | 225 | 255 |
| | 11 to 15 | 11 | 25 | 212 | 185 | 215 | 235 | 259 |
| | 16 to 20 | 10 | 20 | 231 | 193 | 255 | 266 | 284 |
| | 21 to 25 | 11 | 18 | 243 | 220 | 245 | 270 | 275 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 7 | 22 | 106 | 75 | 95 | 150 | 185 |
| | 2 to 5 | 7 | 10 | 113 | - | - | - | - |
| | 6 to 10 | 5 | 7 | 116 | - | - | - | - |

**2007 BILLABLE HOURS BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**Los Angeles-Long Beach-Santa Ana, CA**

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 7 | 1,355 | — | — | — | — |
| | 6 to 10 | 10 | 16 | 1,547 | — | 1,568 | — | — |
| | 11 to 15 | 11 | 27 | 1,665 | 1,390 | 1,739 | 1,879 | 2,000 |
| | 16 to 20 | 8 | 21 | 1,751 | 1,617 | 1,813 | 1,879 | 2,257 |
| | 21 to 25 | 7 | 12 | 1,489 | — | 1,590 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 8 | 10 | 1,413 | — | — | — | — |
| | 2 to 5 | 16 | 47 | 1,463 | 1,163 | 1,578 | 1,739 | 1,993 |
| | 6 to 10 | 16 | 37 | 1,494 | 1,134 | 1,469 | 1,800 | 2,131 |
| | 11 to 15 | 11 | 19 | 1,459 | 1,241 | 1,552 | 1,661 | 1,988 |
| | 16 to 20 | 10 | 22 | 1,532 | 1,334 | 1,621 | 1,781 | 1,999 |
| | 21 to 25 | 10 | 23 | 1,484 | 1,272 | 1,612 | 1,768 | 1,914 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 2 to 5 | 7 | 11 | 1,389 | — | 1,477 | — | — |

## BASE COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 21 | 91 | 82,015 | 75,000 | 82,032 | 88,175 | 97,800 |
| Legal Assistant/Paralegal | 28 | 182 | 67,791 | 57,231 | 69,025 | 78,000 | 88,585 |
| Specialist | 5 | 9 | 88,489 | — | — | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 50 | 44,725 | 39,446 | 43,000 | 48,000 | 55,787 |

## BONUS COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 16 | 81 | 7,132 | 4,000 | 7,250 | 9,680 | 12,000 |
| Legal Assistant/Paralegal | 21 | 142 | 3,706 | 2,088 | 3,500 | 4,767 | 7,000 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 15 | 37 | 2,113 | 1,200 | 2,000 | 2,750 | 3,784 |

## OVERTIME COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 19 | 81 | 19,875 | 6,889 | 12,856 | 22,346 | 49,637 |
| Legal Assistant/Paralegal | 23 | 157 | 11,738 | 3,861 | 8,278 | 15,466 | 27,499 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 13 | 42 | 5,976 | 1,690 | 4,967 | 9,677 | 14,651 |

## TOTAL CASH COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 21 | 91 | 106,053 | 90,068 | 97,562 | 119,671 | 142,084 |
| Legal Assistant/Paralegal | 350 and Over | 28 | 182 | 80,808 | 65,694 | 77,940 | 91,730 | 113,612 |
| Specialist | 350 and Over | 5 | 9 | 114,349 | - | - | - | - |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 17 | 50 | 51,308 | 41,997 | 49,009 | 60,037 | 66,774 |

## 2008 BILLING RATES BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 20 | 98 | 237 | 220 | 235 | 260 | 277 |
| Legal Assistant/Paralegal | 350 and Over | 29 | 209 | 207 | 180 | 210 | 235 | 265 |
| Specialist | 350 and Over | 6 | 15 | 268 | - | 260 | - | - |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 17 | 78 | 123 | 95 | 125 | 151 | 165 |

Core Based Statistical Area - Law Firms
Los Angeles-Long Beach-Santa Ana, CA

## 2007 BILLABLE HOURS BY SIZE OF FIRM
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 350 and Over | 21 | 89 | 1,642 | 1,440 | 1,627 | 1,826 | 2,024 |
| Legal Assistant/Paralegal | 350 and Over | 26 | 176 | 1,483 | 1,199 | 1,567 | 1,760 | 1,995 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 17 | 45 | 1,246 | 833 | 1,433 | 1,656 | 1,820 |

## BASE COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 7 | 11 | 83,174 | - | 81,927 | - | - |
| | Litigation | 17 | 54 | 82,651 | 74,553 | 84,000 | 88,488 | 98,760 |
| Legal Assistant/Paralegal | Corporate | 9 | 16 | 69,128 | - | 73,900 | - | - |
| | IP/Patents/Trademarks | 9 | 21 | 69,970 | 62,424 | 74,520 | 78,664 | 82,474 |
| | Litigation | 27 | 104 | 65,661 | 57,000 | 64,800 | 74,809 | 82,613 |
| | Real Estate | 10 | 18 | 75,041 | 62,415 | 78,000 | 84,635 | 98,110 |
| | Other | 5 | 7 | 76,882 | - | - | - | - |
| Legal Assistant or Paralegal Clerk/Project Assistant | Litigation | 13 | 37 | 43,028 | 38,655 | 42,500 | 45,500 | 55,675 |

## BONUS COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 6 | 9 | 6,842 | - | - | - | - |
| | Litigation | 14 | 48 | 7,830 | 4,275 | 7,875 | 10,150 | 12,550 |
| Legal Assistant/Paralegal | Corporate | 8 | 11 | 4,465 | - | 4,250 | - | - |
| | IP/Patents/Trademarks | 6 | 17 | 4,146 | 3,500 | 4,000 | 4,760 | 5,900 |
| | Litigation | 21 | 85 | 3,587 | 2,049 | 3,500 | 4,500 | 6,000 |
| | Real Estate | 8 | 13 | 3,898 | - | 3,500 | - | - |
| Legal Assistant or Paralegal Clerk/Project Assistant | Litigation | 12 | 25 | 2,133 | 1,125 | 2,000 | 2,626 | 4,344 |

## OVERTIME COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Overtime Pay Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|
| **Senior Legal Assistant/Paralegal** | | | | | | | |
| Corporate | 5 | 8 | 16,104 | — | — | — | — |
| Litigation | 14 | 47 | 23,820 | 8,352 | 14,421 | 29,413 | 65,691 |
| Corporate | 9 | 16 | 8,021 | — | 7,248 | — | — |
| **Legal Assistant/Paralegal** | | | | | | | |
| IP/Patents/Trademarks | 7 | 18 | 9,314 | 3,337 | 7,591 | 13,128 | 22,088 |
| Litigation | 22 | 89 | 12,465 | 4,047 | 9,134 | 18,434 | 29,811 |
| Real Estate | 6 | 13 | 14,135 | — | 6,909 | — | — |
| Other | 5 | 7 | 5,090 | — | — | — | — |
| **Legal Assistant or Paralegal Clerk/Project Assistant** | | | | | | | |
| Litigation | 10 | 30 | 8,425 | 1,690 | 5,708 | 10,430 | 15,331 |

## TOTAL CASH COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|
| **Senior Legal Assistant/Paralegal** | | | | | | | |
| Corporate | 7 | 11 | 100,484 | — | 94,874 | — | — |
| Litigation | 17 | 54 | 110,766 | 92,860 | 100,936 | 120,807 | 146,350 |
| Corporate | 9 | 16 | 80,218 | — | 82,508 | — | — |
| **Legal Assistant/Paralegal** | | | | | | | |
| IP/Patents/Trademarks | 9 | 21 | 81,309 | 68,409 | 86,283 | 91,168 | 100,504 |
| Litigation | 27 | 104 | 79,278 | 64,833 | 76,823 | 90,278 | 110,615 |
| Real Estate | 10 | 18 | 88,065 | 66,649 | 79,500 | 96,760 | 140,899 |
| Other | 5 | 7 | 84,822 | — | — | — | — |
| **Legal Assistant or Paralegal Clerk/Project Assistant** | | | | | | | |
| Litigation | 13 | 37 | 49,676 | 41,297 | 46,321 | 60,082 | 64,851 |

## 2008 BILLING RATES BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 9 | 11 | 266 | — | 255 | — | — |
| | Litigation | 19 | 61 | 232 | 220 | 230 | 248 | 260 |
| Legal Assistant/Paralegal | Corporate | 9 | 22 | 212 | 184 | 210 | 251 | 281 |
| | IP/Patents/Trademarks | 9 | 23 | 207 | 185 | 205 | 235 | 255 |
| | Litigation | 27 | 107 | 203 | 180 | 205 | 220 | 255 |
| | Real Estate | 11 | 23 | 210 | 180 | 200 | 250 | 268 |
| | Other | 5 | 9 | 212 | — | — | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | Litigation | 12 | 42 | 130 | 100 | 145 | 155 | 169 |
| | Real Estate | 6 | 12 | 100 | — | 95 | — | — |

## 2007 BILLABLE HOURS BY PRACTICE AREA
### Core Based Statistical Area
### Los Angeles-Long Beach-Santa Ana, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | Corporate | 7 | 10 | 1,552 | — | — | — | — |
| | Litigation | 16 | 51 | 1,720 | 1,508 | 1,722 | 1,892 | 2,281 |
| Legal Assistant/Paralegal | Corporate | 9 | 16 | 1,416 | — | 1,340 | — | — |
| | IP/Patents/Trademarks | 8 | 19 | 1,189 | 981 | 1,101 | 1,434 | 1,825 |
| | Litigation | 25 | 100 | 1,549 | 1,356 | 1,627 | 1,783 | 2,035 |
| | Real Estate | 9 | 17 | 1,466 | 1,274 | 1,554 | 1,758 | 1,963 |
| Legal Assistant or Paralegal Clerk/Project Assistant | Litigation | 12 | 31 | 1,343 | 1,002 | 1,467 | 1,672 | 1,830 |

**BASE COMPENSATION**
**Core Based Statistical Area**
**Sacramento-Arden-Arcade-Roseville-Woodland, CA**

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 6 | 18 | 58,761 | 54,252 | 57,309 | 68,474 | 73,250 |

**BONUS COMPENSATION**
**Core Based Statistical Area**
**Sacramento-Arden-Arcade-Roseville-Woodland, CA**

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 5 | 17 | 2,947 | 2,004 | 3,000 | 3,269 | 5,000 |

**OVERTIME COMPENSATION**
**Core Based Statistical Area**
**Sacramento-Arden-Arcade-Roseville-Woodland, CA**

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 5 | 14 | 4,284 | - | 2,569 | - | - |

## TOTAL CASH COMPENSATION
### Core Based Statistical Area
### Sacramento-Arden-Arcade-Roseville-Woodland, CA

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 6 | 18 | 64,876 | 58,182 | 64,028 | 72,385 | 81,336 |

## 2008 BILLING RATES
### Core Based Statistical Area
### Sacramento-Arden-Arcade-Roseville-Woodland, CA

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 5 | 23 | 166 | 140 | 165 | 175 | 219 |

## 2007 BILLABLE HOURS
### Core Based Statistical Area
### Sacramento-Arden-Arcade-Roseville-Woodland, CA

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | |
|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Legal Assistant/Paralegal | 5 | 17 | 1,217 | 1,103 | 1,368 | 1,532 | 1,705 |

## BASE COMPENSATION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 5 | 20 | 80,980 | 72,628 | 77,761 | 91,275 | 95,805 |
| Legal Assistant/Paralegal | 8 | 40 | 58,316 | 48,250 | 57,232 | 65,600 | 74,660 |

## BONUS COMPENSATION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 5 | 17 | 6,643 | 3,873 | 6,997 | 8,250 | 13,526 |
| Legal Assistant/Paralegal | 7 | 35 | 3,700 | 2,264 | 3,465 | 4,400 | 6,200 |

## OVERTIME COMPENSATION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 6 | 27 | 6,617 | 1,611 | 3,612 | 11,117 | 17,185 |

**TOTAL CASH COMPENSATION**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 5 | 20 | 93,957 | 87,289 | 94,805 | 100,454 | 111,449 |
| Legal Assistant/Paralegal | 8 | 40 | 66,021 | 55,119 | 63,608 | 72,849 | 85,745 |

**2008 BILLING RATES**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 5 | 27 | 228 | 210 | 230 | 245 | 255 |
| Legal Assistant/Paralegal | 8 | 47 | 184 | 170 | 190 | 210 | 221 |

**2007 BILLABLE HOURS**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 5 | 20 | 1,479 | 1,391 | 1,584 | 1,662 | 1,853 |
| Legal Assistant/Paralegal | 8 | 40 | 1,538 | 1,360 | 1,626 | 1,742 | 1,915 |

## BASE COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 2 to 5 | 6 | 20 | 55,913 | 47,048 | 54,000 | 64,326 | 70,500 |
| | 6 to 10 | 5 | 13 | 59,966 | — | 59,000 | — | — |

## BONUS COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 2 to 5 | 5 | 16 | 3,868 | — | 3,500 | — | — |
| | 6 to 10 | 5 | 13 | 3,999 | — | 3,722 | — | — |

## OVERTIME COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 2 to 5 | 5 | 18 | 7,660 | 1,505 | 4,418 | 12,036 | 22,358 |

**TOTAL CASH COMPENSATION BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 2 to 5 | 6 | 20 | 65,701 | 58,261 | 65,349 | 71,836 | 85,180 |
| | 6 to 10 | 5 | 13 | 65,301 | - | 63,599 | - | - |

**2008 BILLING RATES BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 2 to 5 | 6 | 23 | 188 | 180 | 190 | 205 | 218 |
| | 6 to 10 | 5 | 15 | 177 | - | 195 | - | - |

**2007 BILLABLE HOURS BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**San Diego-Carlsbad-San Marcos, CA**

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Legal Assistant/Paralegal | 2 to 5 | 6 | 20 | 1,481 | 1,151 | 1,621 | 1,839 | 2,027 |
| | 6 to 10 | 5 | 13 | 1,599 | - | 1,634 | - | - |

## BASE COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 20 | 80,980 | 72,628 | 77,751 | 91,275 | 95,805 |
| Legal Assistant/Paralegal | 350 and Over | 7 | 36 | 58,665 | 48,250 | 57,232 | 66,000 | 75,505 |

## BONUS COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 17 | 6,643 | 3,873 | 6,997 | 8,250 | 13,526 |
| Legal Assistant/Paralegal | 350 and Over | 6 | 31 | 3,468 | 2,000 | 3,000 | 4,000 | 5,900 |

## OVERTIME COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Legal Assistant/Paralegal | 350 and Over | 5 | 25 | 7,068 | 1,703 | 5,223 | 11,384 | 18,294 |

Core Based Statistical Area - Law Firms
San Diego-Carlsbad-San Marcos, CA

## TOTAL CASH COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 20 | 83,957 | 87,289 | 94,805 | 100,454 | 111,449 |
| Legal Assistant/Paralegal | 350 and Over | 7 | 36 | 66,580 | 55,119 | 63,608 | 74,359 | 88,219 |

## 2008 BILLING RATES BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 27 | 228 | 210 | 230 | 245 | 255 |
| Legal Assistant/Paralegal | 350 and Over | 7 | 42 | 191 | 175 | 190 | 215 | 224 |

## 2007 BILLABLE HOURS BY SIZE OF FIRM
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 20 | 1,479 | 1,391 | 1,584 | 1,662 | 1,853 |
| Legal Assistant/Paralegal | 350 and Over | 7 | 36 | 1,521 | 1,251 | 1,624 | 1,725 | 1,938 |

Core Based Statistical Area - Law Firms
San Diego-Carlsbad-San Marcos, CA

## BASE COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Litigation | 5 | 10 | 77,669 | - | - | - | - |
| Legal Assistant/Paralegal | Litigation | 5 | 16 | 58,155 | - | 56,000 | - | - |

## BONUS COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Litigation | 5 | 8 | 5,673 | -- | -- | - | - |

## TOTAL CASH COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Litigation | 5 | 10 | 87,471 | - | - | - | - |
| Legal Assistant/Paralegal | Litigation | 5 | 16 | 66,371 | - | 65,351 | - | - |

Core Based Statistical Area - Law Firms
San Diego-Carlsbad-San Marcos, CA

## 2008 BILLING RATES BY PRACTICE AREA
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Litigation | 5 | 13 | 218 | – | 225 | – | – |
| Legal Assistant/Paralegal | Litigation | 5 | 21 | 201 | 185 | 205 | 218 | 224 |

## 2007 BILLABLE HOURS BY PRACTICE AREA
### Core Based Statistical Area
### San Diego-Carlsbad-San Marcos, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | Litigation | 5 | 10 | 1,348 | – | – | – | – |
| Legal Assistant/Paralegal | Litigation | 5 | 16 | 1,572 | – | 1,634 | – | – |

BASE COMPENSATION
Core Based Statistical Area
San Francisco-Oakland-Fremont, CA

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 20 | 130 | 95,222 | 86,787 | 94,668 | 103,670 | 114,940 |
| Legal Assistant/Paralegal | 29 | 254 | 66,508 | 55,485 | 64,897 | 75,587 | 87,000 |
| Specialist | 5 | 11 | 120,747 | — | 107,625 | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 62 | 43,696 | 41,475 | 43,000 | 45,000 | 50,244 |

BONUS COMPENSATION
Core Based Statistical Area
San Francisco-Oakland-Fremont, CA

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 18 | 111 | 7,472 | 4,000 | 6,760 | 10,000 | 14,000 |
| Legal Assistant/Paralegal | 26 | 200 | 3,417 | 2,000 | 2,908 | 4,224 | 6,480 |
| Litigation Support Assistant/Analyst | 5 | 12 | 2,741 | — | 1,925 | — | — |
| Specialist | 5 | 9 | 6,276 | — | — | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 12 | 44 | 1,768 | 1,000 | 1,700 | 2,450 | 2,913 |

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

**OVERTIME COMPENSATION**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 15 | 83 | 24,111 | 5,060 | 15,328 | 31,312 | 53,867 |
| Legal Assistant/Paralegal | 24 | 161 | 10,222 | 2,101 | 7,253 | 14,205 | 26,195 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 14 | 46 | 5,204 | 484 | 2,283 | 9,333 | 16,532 |

**TOTAL CASH COMPENSATION**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 20 | 130 | 116,996 | 97,517 | 107,203 | 124,700 | 161,408 |
| Legal Assistant/Paralegal | 29 | 254 | 75,663 | 60,461 | 72,410 | 84,896 | 104,070 |
| Specialist | 5 | 11 | 127,169 | – | 109,125 | – | – |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 62 | 48,812 | 42,963 | 46,547 | 56,063 | 61,460 |

**2008 BILLING RATES**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 18 | 149 | 253 | 230 | 260 | 275 | 295 |
| Legal Assistant/Paralegal | 26 | 288 | 200 | 180 | 200 | 224 | 255 |
| Litigation Support Assistant/Analyst | 5 | 16 | 173 | — | 188 | — | — |
| Specialist | 6 | 15 | 260 | — | 280 | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 17 | 93 | 143 | 135 | 145 | 155 | 175 |

**2007 BILLABLE HOURS**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 20 | 129 | 1,583 | 1,355 | 1,566 | 1,804 | 2,090 |
| Legal Assistant/Paralegal | 28 | 238 | 1,462 | 1,220 | 1,486 | 1,742 | 1,964 |
| Specialist | 5 | 11 | 1,561 | — | 1,601 | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 15 | 55 | 1,181 | 904 | 1,247 | 1,531 | 1,656 |

## BASE COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 19 | 82,135 | 88,400 | 94,572 | 104,178 | 105,693 |
| | 6 to 10 | 9 | 28 | 88,730 | 80,406 | 86,735 | 94,825 | 113,140 |
| | 11 to 15 | 13 | 28 | 86,715 | 86,601 | 96,173 | 104,460 | 120,600 |
| | 16 to 20 | 11 | 18 | 88,641 | 91,246 | 98,963 | 103,914 | 127,914 |
| | 21 to 25 | 6 | 16 | 106,372 | — | — | — | — |
| | Over 25 | 6 | 11 | 95,861 | — | 103,779 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 10 | 49 | 57,088 | 50,000 | 52,660 | 64,565 | 71,050 |
| | 2 to 5 | 20 | 74 | 62,860 | 55,155 | 59,925 | 70,071 | 81,404 |
| | 6 to 10 | 19 | 58 | 72,539 | 64,529 | 70,947 | 81,638 | 90,000 |
| | 11 to 15 | 14 | 17 | 74,695 | 61,687 | 72,000 | 88,315 | 97,956 |
| | 16 to 20 | 11 | 19 | 74,578 | 61,428 | 74,471 | 87,000 | 97,768 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 11 | 23 | 43,387 | 40,092 | 42,998 | 45,000 | 51,840 |
| | 2 to 5 | 7 | 9 | 44,364 | — | — | — | — |

**BONUS COMPENSATION BY YEARS IN PROFESSION**
Core Based Statistical Area
San Francisco-Oakland-Fremont, CA

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 17 | 6,270 | 1,850 | 6,346 | 9,738 | 13,218 |
| | 6 to 10 | 8 | 27 | 6,872 | 4,330 | 5,822 | 8,723 | 11,020 |
| | 11 to 15 | 11 | 24 | 8,370 | 5,011 | 7,421 | 10,563 | 14,749 |
| | 16 to 20 | 10 | 16 | 8,230 | — | 8,414 | — | — |
| | 21 to 25 | 5 | 14 | 10,303 | — | 8,005 | — | — |
| | Over 25 | 5 | 7 | 5,797 | — | — | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 8 | 41 | 2,524 | 1,500 | 2,061 | 2,678 | 6,200 |
| | 2 to 5 | 16 | 54 | 3,185 | 2,000 | 2,624 | 3,813 | 6,500 |
| | 6 to 10 | 19 | 56 | 4,121 | 2,800 | 3,500 | 4,480 | 7,650 |
| | 11 to 15 | 12 | 15 | 4,050 | — | 3,500 | — | — |
| | 16 to 20 | 10 | 18 | 3,822 | 1,860 | 3,150 | 5,238 | 7,300 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 9 | 21 | 1,590 | 900 | 1,300 | 2,105 | 2,900 |
| | 2 to 5 | 5 | 7 | 2,148 | — | — | — | — |

**OVERTIME COMPENSATION BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 6 to 10 | 7 | 18 | 23,671 | 12,452 | 18,699 | 25,538 | 65,889 |
| | 11 to 15 | 10 | 18 | 32,692 | 5,654 | 22,315 | 37,153 | 139,163 |
| | 16 to 20 | 8 | 12 | 22,953 | -- | 18,044 | -- | -- |
| | 21 to 25 | 5 | 12 | 26,233 | -- | 16,118 | -- | -- |
| Legal Assistant/Paralegal | 0 to 1 | 5 | 26 | 6,523 | 383 | 2,340 | 11,146 | 17,996 |
| | 2 to 5 | 17 | 38 | 10,117 | 3,113 | 7,896 | 15,073 | 23,409 |
| | 6 to 10 | 16 | 40 | 12,584 | 2,891 | 7,716 | 15,710 | 40,845 |
| | 11 to 15 | 12 | 14 | 15,294 | -- | 9,617 | -- | -- |
| | 16 to 20 | 10 | 17 | 8,561 | 1,408 | 4,375 | 13,372 | 28,026 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 8 | 14 | 2,822 | -- | 515 | -- | -- |
| | 2 to 5 | 6 | 8 | 3,267 | -- | -- | -- | -- |

2008 International Paralegal Management Association

Altman Weil Publications, Inc.®

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

**TOTAL CASH COMPENSATION BY YEARS IN PROFESSION**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 19 | 101,511 | 89,900 | 102,660 | 118,156 | 123,730 |
| | 6 to 10 | 9 | 28 | 110,573 | 95,378 | 103,479 | 112,962 | 161,272 |
| | 11 to 15 | 13 | 28 | 124,905 | 99,431 | 107,859 | 128,793 | 196,469 |
| | 16 to 20 | 11 | 18 | 121,259 | 96,446 | 114,030 | 134,127 | 182,765 |
| | 21 to 25 | 6 | 16 | 135,061 | — | 128,317 | — | — |
| | Over 25 | 6 | 11 | 118,847 | — | 105,967 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 10 | 49 | 62,661 | 52,851 | 59,555 | 70,153 | 75,006 |
| | 2 to 5 | 20 | 74 | 70,380 | 57,935 | 66,523 | 77,750 | 93,660 |
| | 6 to 10 | 19 | 58 | 85,136 | 71,259 | 79,492 | 94,227 | 124,423 |
| | 11 to 15 | 14 | 17 | 90,864 | 71,803 | 84,118 | 107,202 | 142,564 |
| | 16 to 20 | 11 | 19 | 85,858 | 66,287 | 82,613 | 103,373 | 119,810 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 11 | 23 | 46,556 | 42,328 | 44,582 | 51,005 | 59,675 |
| | 2 to 5 | 7 | 9 | 48,938 | — | — | — | — |

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

## 2008 BILLING RATES BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 22 | 265 | 229 | 285 | 295 | 295 |
| | 6 to 10 | 11 | 35 | 242 | 220 | 235 | 260 | 290 |
| | 11 to 15 | 11 | 32 | 253 | 236 | 250 | 274 | 290 |
| | 16 to 20 | 10 | 20 | 256 | 224 | 253 | 274 | 290 |
| | 21 to 25 | 6 | 16 | 268 | – | 263 | – | – |
| | Over 25 | 5 | 12 | 252 | – | 240 | – | – |
| Legal Assistant/Paralegal | 0 to 1 | 11 | 48 | 187 | 176 | 185 | 203 | 241 |
| | 2 to 5 | 17 | 85 | 190 | 168 | 190 | 210 | 242 |
| | 6 to 10 | 16 | 75 | 219 | 200 | 210 | 245 | 275 |
| | 11 to 15 | 15 | 21 | 212 | 180 | 210 | 240 | 295 |
| | 16 to 20 | 10 | 19 | 210 | 155 | 215 | 245 | 285 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 12 | 47 | 145 | 135 | 145 | 170 | 178 |
| | 2 to 5 | 6 | 12 | 141 | – | 143 | – | – |
| | 6 to 10 | 5 | 9 | 132 | – | – | – | – |

## 2007 BILLABLE HOURS BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 2 to 5 | 5 | 19 | 1,548 | 1,229 | 1,547 | 1,999 | 2,090 |
| | 6 to 10 | 9 | 28 | 1,666 | 1,459 | 1,586 | 1,754 | 2,179 |
| | 11 to 15 | 13 | 27 | 1,588 | 1,280 | 1,549 | 1,782 | 2,483 |
| | 16 to 20 | 11 | 18 | 1,603 | 1,407 | 1,666 | 1,837 | 2,078 |
| | 21 to 25 | 6 | 16 | 1,685 | — | 1,718 | — | — |
| | Over 25 | 6 | 11 | 1,380 | — | 1,283 | — | — |
| Legal Assistant/Paralegal | 0 to 1 | 9 | 40 | 1,362 | 905 | 1,402 | 1,768 | 2,085 |
| | 2 to 5 | 19 | 72 | 1,534 | 1,291 | 1,529 | 1,745 | 2,168 |
| | 6 to 10 | 19 | 59 | 1,516 | 1,236 | 1,519 | 1,759 | 1,901 |
| | 11 to 15 | 14 | 16 | 1,352 | — | 1,425 | — | — |
| | 16 to 20 | 11 | 19 | 1,378 | 1,127 | 1,467 | 1,663 | 1,841 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 1 | 10 | 19 | 1,243 | 994 | 1,254 | 1,561 | 1,773 |
| | 2 to 5 | 6 | 8 | 1,293 | — | — | — | — |

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

## BASE COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 16 | 115 | 95,913 | 87,072 | 94,764 | 104,340 | 115,013 |
| | 75 thru 349 | 6 | 29 | 66,573 | 57,497 | 63,122 | 74,250 | 86,366 |
| Legal Assistant/Paralegal | 350 and Over | 22 | 217 | 66,486 | 54,056 | 64,994 | 75,736 | 89,303 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 14 | 51 | 43,672 | 41,500 | 43,000 | 45,000 | 51,200 |

## BONUS COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 14 | 96 | 7,891 | 4,425 | 7,066 | 10,725 | 14,165 |
| | 75 thru 349 | 6 | 29 | 1,959 | 550 | 1,500 | 2,650 | 4,500 |
| Legal Assistant/Paralegal | 350 and Over | 19 | 164 | 3,758 | 2,167 | 3,022 | 4,579 | 7,000 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 9 | 33 | 1,933 | 1,171 | 1,929 | 2,600 | 2,930 |

Core Based Statistical Area - Law Firms
San Francisco-Oakland-Fremont, CA

## OVERTIME COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 12 | 69 | 26,769 | 6,258 | 17,002 | 33,100 | 62,073 |
| Legal Assistant/Paralegal | 75 thru 349 | 6 | 28 | 4,188 | 343 | 1,278 | 6,330 | 14,546 |
| Legal Assistant/Paralegal | 350 and Over | 17 | 126 | 11,909 | 3,381 | 8,304 | 15,559 | 29,898 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 11 | 35 | 6,064 | 513 | 3,055 | 10,924 | 17,431 |

## TOTAL CASH COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 16 | 115 | 118,555 | 98,728 | 107,326 | 126,320 | 172,516 |
| Legal Assistant/Paralegal | 75 thru 349 | 6 | 29 | 72,575 | 59,061 | 70,780 | 85,158 | 93,904 |
| Legal Assistant/Paralegal | 350 and Over | 22 | 217 | 76,225 | 60,416 | 72,629 | 85,351 | 107,576 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 14 | 51 | 49,085 | 43,000 | 47,153 | 56,844 | 61,478 |

**2008 BILLING RATES BY SIZE OF FIRM**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile |
| Senior Legal Assistant/Paralegal | 350 and Over | 15 | 129 | 266 | 230 | 255 | 285 | 295 |
| Legal Assistant/Paralegal | 350 and Over | 21 | 264 | 202 | 180 | 205 | 225 | 260 |
| Specialist | 360 and Over | 5 | 14 | 255 | — | 280 | — | — |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 14 | 83 | 142 | 135 | 145 | 155 | 175 |

**2007 BILLABLE HOURS BY SIZE OF FIRM**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 350 and Over | 16 | 114 | 1,623 | 1,396 | 1,610 | 1,810 | 2,137 |
| Legal Assistant/Paralegal | 75 thru 349 | 6 | 21 | 1,084 | 674 | 1,127 | 1,465 | 1,650 |
| | 350 and Over | 21 | 209 | 1,517 | 1,278 | 1,538 | 1,758 | 1,970 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 350 and Over | 13 | 49 | 1,171 | 869 | 1,300 | 1,539 | 1,653 |

## BASE COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Average $ | Base Compensation | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 11 | 23 | 101,981 | 87,072 | 105,000 | 114,400 | 123,600 |
| | Litigation | 19 | 72 | 92,862 | 86,157 | 92,602 | 100,877 | 106,062 |
| Legal Assistant/Paralegal | Corporate | 10 | 24 | 72,045 | 59,355 | 67,916 | 86,750 | 99,700 |
| | Employment | 5 | 9 | 70,360 | — | — | — | — |
| | IP/Patents/Trademarks | 11 | 27 | 67,959 | 52,500 | 70,000 | 78,000 | 87,186 |
| | Litigation | 24 | 139 | 64,863 | 53,000 | 62,000 | 75,700 | 87,000 |
| Legal Assistant or Paralegal Clerk/Project Assistant | Corporate | 6 | 10 | 45,946 | — | — | — | — |
| | Litigation | 12 | 35 | 43,471 | 40,735 | 42,840 | 44,500 | 51,780 |

## BONUS COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Average $ | Bonus | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 10 | 22 | 7,438 | 3,519 | 5,575 | 10,944 | 14,700 |
| | Litigation | 16 | 58 | 7,630 | 4,383 | 6,967 | 10,241 | 14,070 |
| Legal Assistant/Paralegal | Corporate | 8 | 16 | 4,456 | — | 3,473 | — | — |
| | IP/Patents/Trademarks | 9 | 21 | 3,891 | 2,215 | 3,354 | 5,000 | 7,200 |
| | Litigation | 22 | 126 | 3,253 | 1,958 | 2,768 | 3,772 | 6,360 |
| Legal Assistant or Paralegal Clerk/Project Assistant | Litigation | 10 | 28 | 1,662 | 1,000 | 1,647 | 2,439 | 2,819 |

**OVERTIME COMPENSATION BY PRACTICE AREA**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 10 | 21 | 36,446 | 4,923 | 21,787 | 44,329 | 134,166 |
| | Litigation | 14 | 42 | 20,468 | 8,822 | 14,137 | 30,770 | 49,693 |
| Legal Assistant/Paralegal | Corporate | 6 | 14 | 10,903 | — | 6,853 | — | — |
| | IP/Patents/Trademarks | 8 | 21 | 13,619 | 5,226 | 8,950 | 19,677 | 37,653 |
| | Litigation | 20 | 97 | 9,752 | 1,529 | 6,519 | 12,658 | 29,195 |
| Legal Assistant or Paralegal Clerk/Project Assistant | Corporate | 5 | 7 | 4,944 | — | — | — | — |
| | Litigation | 12 | 33 | 5,663 | 479 | 2,243 | 10,852 | 17,699 |

**TOTAL CASH COMPENSATION BY PRACTICE AREA**
**Core Based Statistical Area**
**San Francisco-Oakland-Fremont, CA**

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 11 | 23 | 142,371 | 102,002 | 123,730 | 161,425 | 261,878 |
| | Litigation | 19 | 73 | 110,375 | 97,370 | 105,967 | 117,064 | 145,664 |
| Legal Assistant/Paralegal | Corporate | 11 | 25 | 81,400 | 63,604 | 75,179 | 90,956 | 122,277 |
| | Employment | 5 | 9 | 76,454 | — | — | — | — |
| | IP/Patents/Trademarks | 12 | 28 | 81,343 | 61,149 | 79,983 | 87,801 | 125,087 |
| | Litigation | 25 | 149 | 73,882 | 58,354 | 70,780 | 83,170 | 99,500 |
| Legal Assistant or Paralegal Clerk/Project Assistant | Corporate | 6 | 10 | 50,458 | — | 46,062 | 57,183 | 62,397 |
| | Litigation | 14 | 41 | 48,975 | 42,365 | 46,062 | 57,183 | 62,397 |

## 2008 BILLING RATES BY PRACTICE AREA
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate $ | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 12 | 30 | 257 | 245 | 260 | 280 | 295 |
| | Litigation | 18 | 76 | 249 | 226 | 250 | 286 | 295 |
| | Real Estate | 5 | 8 | 274 | – | – | – | – |
| Legal Assistant/Paralegal | Corporate | 11 | 32 | 212 | 191 | 215 | 239 | 254 |
| | Employment | 5 | 11 | 185 | – | 185 | – | – |
| | IP/Patents/Trademarks | 11 | 31 | 199 | 170 | 195 | 215 | 258 |
| | Litigation | 22 | 162 | 199 | 180 | 200 | 220 | 255 |
| Legal Assistant or Paralegal | Corporate | 9 | 14 | 159 | – | 150 | – | – |
| Clerk/Project Assistant | Litigation | 14 | 55 | 135 | 120 | 145 | 160 | 175 |

## 2007 BILLABLE HOURS BY PRACTICE AREA
### Core Based Statistical Area
### San Francisco-Oakland-Fremont, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | Corporate | 11 | 23 | 1,706 | 1,357 | 1,689 | 1,998 | 2,769 |
| | Litigation | 19 | 72 | 1,570 | 1,307 | 1,564 | 1,804 | 2,043 |
| Legal Assistant/Paralegal | Corporate | 10 | 24 | 1,455 | 1,059 | 1,436 | 1,744 | 2,363 |
| | Employment | 5 | 9 | 1,473 | – | – | – | – |
| | IP/Patents/Trademarks | 11 | 27 | 1,470 | 1,256 | 1,487 | 1,764 | 1,934 |
| | Litigation | 24 | 140 | 1,480 | 1,235 | 1,529 | 1,766 | 1,998 |
| Legal Assistant or Paralegal | Corporate | 6 | 10 | 1,077 | – | – | – | – |
| Clerk/Project Assistant | Litigation | 12 | 35 | 1,170 | 773 | 1,236 | 1,531 | 1,682 |

## BASE COMPENSATION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 9 | 74 | 99,731 | 89,951 | 97,474 | 104,343 | 114,500 |
| Legal Assistant/Paralegal | 17 | 75 | 70,369 | 62,001 | 69,804 | 81,000 | 88,000 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 5 | 24 | 52,643 | 49,800 | 50,835 | 53,127 | 68,060 |

## BONUS COMPENSATION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Bonus | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 6 | 60 | 6,182 | 4,355 | 5,090 | 6,246 | 9,952 |
| Legal Assistant/Paralegal | 14 | 61 | 3,156 | 2,350 | 2,934 | 3,806 | 4,730 |

## OVERTIME COMPENSATION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 7 | 55 | 16,270 | 5,029 | 12,704 | 22,322 | 43,571 |
| Legal Assistant/Paralegal | 15 | 64 | 13,002 | 5,588 | 9,528 | 17,422 | 29,293 |

Core Based Statistical Area - Law Firms
San Jose-Sunnyvale-Santa Clara, CA

## TOTAL CASH COMPENSATION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 9 | 74 | 116,836 | 99,553 | 109,370 | 131,624 | 156,697 |
| Legal Assistant/Paralegal | 17 | 75 | 84,031 | 72,299 | 82,973 | 93,934 | 109,442 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 5 | 24 | 61,824 | 54,376 | 57,802 | 69,948 | 82,691 |

## 2008 BILLING RATES
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 9 | 111 | 238 | 220 | 250 | 250 | 260 |
| Legal Assistant/Paralegal | 15 | 88 | 186 | 165 | 180 | 209 | 221 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 5 | 36 | 149 | 140 | 150 | 150 | 175 |

## 2007 BILLABLE HOURS
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 9 | 72 | 1,580 | 1,375 | 1,619 | 1,843 | 2,150 |
| Legal Assistant/Paralegal | 16 | 69 | 1,471 | 1,224 | 1,546 | 1,778 | 2,072 |

## BASE COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 11 to 15 | 8 | 18 | 99,267 | 89,611 | 98,460 | 105,056 | 124,080 |
| | 2 to 5 | 13 | 38 | 66,696 | 60,000 | 64,800 | 75,000 | 82,460 |
| | 6 to 10 | 6 | 13 | 69,056 | — | 70,000 | — | — |
| | 16 to 20 | 6 | 10 | 83,791 | — | — | — | — |

## BONUS COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 11 to 15 | 5 | 14 | 6,814 | — | 5,666 | — | — |
| | 2 to 5 | 10 | 31 | 3,035 | 2,200 | 2,944 | 3,552 | 4,500 |
| | 6 to 10 | 5 | 12 | 3,232 | — | 3,217 | — | — |

## OVERTIME COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 11 to 15 | 7 | 14 | 18,132 | - | 13,743 | - | - |
| Legal Assistant/Paralegal | 2 to 5 | 11 | 34 | 13,877 | 6,173 | 10,146 | 20,665 | 30,131 |
| | 16 to 20 | 5 | 9 | 9,131 | - | - | - | - |

## TOTAL CASH COMPENSATION BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 11 to 15 | 8 | 18 | 118,668 | 101,797 | 111,010 | 134,826 | 157,320 |
| Legal Assistant/Paralegal | 2 to 5 | 13 | 38 | 81,588 | 68,700 | 83,401 | 91,876 | 99,365 |
| | 6 to 10 | 6 | 13 | 79,132 | - | 75,250 | - | - |
| | 16 to 20 | 6 | 10 | 93,825 | - | - | - | - |

## 2008 BILLING RATES BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 6 to 10 | 6 | 35 | 227 | 220 | 230 | 250 | 254 |
| | 11 to 15 | 7 | 24 | 243 | 240 | 250 | 260 | 260 |
| | 16 to 20 | 5 | 19 | 240 | 220 | 250 | 250 | 270 |
| Legal Assistant/Paralegal | 0 to 1 | 5 | 8 | 179 | - | - | - | - |
| | 2 to 5 | 11 | 43 | 174 | 160 | 175 | 185 | 208 |
| | 6 to 10 | 6 | 16 | 190 | - | 188 | - | - |
| | 16 to 20 | 5 | 8 | 204 | - | - | - | - |

## 2007 BILLABLE HOURS BY YEARS IN PROFESSION
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 11 to 15 | 8 | 17 | 1,528 | 1,170 | 1,489 | 1,869 | 2,258 |
| Legal Assistant/Paralegal | 2 to 5 | 12 | 36 | 1,522 | 1,246 | 1,583 | 1,852 | 2,202 |
| | 6 to 10 | 5 | 12 | 1,528 | - | 1,504 | - | - |
| | 16 to 20 | 5 | 7 | 1,161 | - | - | - | - |

2008 International Paralegal Management Association

Core Based Statistical Area - Law Firms
San Jose-Sunnyvale-Santa Clara, CA

## BASE COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 8 | 56 | 100,672 | 89,886 | 98,344 | 105,443 | 126,059 |
| Legal Assistant/Paralegal | 350 and Over | 13 | 51 | 68,960 | 62,001 | 66,335 | 77,393 | 85,840 |

## BONUS COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 5 | 43 | 6,445 | 4,414 | 5,088 | 6,147 | 12,119 |
| Legal Assistant/Paralegal | 350 and Over | 11 | 39 | 2,815 | 2,630 | 2,877 | 3,552 | 4,000 |

## OVERTIME COMPENSATION BY SIZE OF FIRM
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 6 | 38 | 17,361 | 4,257 | 12,950 | 24,698 | 43,907 |
| Legal Assistant/Paralegal | 350 and Over | 11 | 40 | 13,121 | 5,739 | 9,309 | 19,758 | 29,762 |

Altman Weil Publications, Inc.

**TOTAL CASH COMPENSATION BY SIZE OF FIRM**
**Core Based Statistical Area**
**San Jose-Sunnyvale-Santa Clara, CA**

| Position | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 8 | 56 | 117,401 | 97,418 | 109,370 | 132,732 | 160,916 |
| Legal Assistant/Paralegal | 350 and Over | 13 | 51 | 81,404 | 72,299 | 82,644 | 90,403 | 98,529 |

**2008 BILLING RATES BY SIZE OF FIRM**
**Core Based Statistical Area**
**San Jose-Sunnyvale-Santa Clara, CA**

| Position | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | 350 and Over | 8 | 86 | 236 | 220 | 243 | 260 | 260 |
| Legal Assistant/Paralegal | 350 and Over | 12 | 64 | 186 | 165 | 180 | 205 | 230 |

**2007 BILLABLE HOURS BY SIZE OF FIRM**
**Core Based Statistical Area**
**San Jose-Sunnyvale-Santa Clara, CA**

| Position | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | 350 and Over | 8 | 54 | 1,632 | 1,421 | 1,640 | 1,925 | 2,183 |
| Legal Assistant/Paralegal | 350 and Over | 13 | 50 | 1,540 | 1,340 | 1,591 | 1,815 | 2,132 |

Core Based Statistical Area - Law Firms
San Jose-Sunnyvale-Santa Clara, CA

## BASE COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Base Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 6 | 33 | 89,932 | 89,343 | 98,010 | 104,000 | 114,700 |
| | IP/Patents/Trademarks | 7 | 19 | 95,126 | 89,332 | 93,900 | 104,000 | 109,725 |
| | Litigation | 6 | 19 | 101,365 | 90,108 | 99,000 | 106,572 | 130,564 |
| Legal Assistant/Paralegal | Corporate | 6 | 17 | 64,869 | 52,295 | 64,800 | 76,500 | 84,000 |
| | IP/Patents/Trademarks | 8 | 14 | 67,870 | — | 70,499 | 78,500 | — |
| | Litigation | 10 | 35 | 70,602 | 63,000 | 68,500 | 77,393 | 87,510 |

## BONUS COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 5 | 31 | 5,622 | 4,180 | 4,947 | 5,832 | 9,800 |
| | IP/Patents/Trademarks | 8 | 14 | 2,564 | — | 2,350 | — | — |
| Legal Assistant/Paralegal | Litigation | 8 | 30 | 3,515 | 2,821 | 2,925 | 4,094 | 6,500 |

## OVERTIME COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Overtime Pay | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal | IP/Patents/Trademarks | 7 | 17 | 11,966 | 5,083 | 9,960 | 17,136 | 26,475 |
| | Corporate | 5 | 17 | 12,747 | 5,381 | 7,035 | 15,415 | 39,378 |
| Legal Assistant/Paralegal | IP/Patents/Trademarks | 8 | 16 | 8,225 | — | 4,665 | — | 31,555 |
| | Litigation | 9 | 29 | 15,666 | 8,546 | 12,828 | 24,733 | 31,555 |

## TOTAL CASH COMPENSATION BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Total Cash Compensation | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 6 | 33 | 120,404 | 102,745 | 110,017 | 134,691 | 162,340 |
| | IP/Patents/Trademarks | 7 | 19 | 108,528 | 98,844 | 105,554 | 121,292 | 132,904 |
| | Litigation | 6 | 21 | 118,015 | 94,714 | 109,760 | 140,527 | 156,684 |
| Legal Assistant/Paralegal | Corporate | 6 | 18 | 80,348 | 61,224 | 84,188 | 91,825 | 105,454 |
| | IP/Patents/Trademarks | 9 | 17 | 82,007 | 68,029 | 79,867 | 96,208 | 114,847 |
| | Litigation | 11 | 37 | 86,047 | 74,146 | 83,095 | 95,140 | 110,365 |

Core Based Statistical Area - Law Firms
San Jose-Sunnyvale-Santa Clara, CA

## 2008 BILLING RATES BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Billing Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Senior Legal Assistant/Paralegal | Corporate | 7 | 47 | 236 | 220 | 240 | 250 | 260 |
| | IP/Patents/Trademarks | 6 | 25 | 235 | 218 | 250 | 255 | 260 |
| | Litigation | 8 | 33 | 240 | 230 | 245 | 255 | 267 |
| Legal Assistant/Paralegal | Corporate | 6 | 24 | 185 | 168 | 175 | 206 | 220 |
| | IP/Patents/Trademarks | 9 | 20 | 199 | 169 | 198 | 229 | 275 |
| | Litigation | 9 | 38 | 180 | 160 | 180 | 200 | 220 |

## 2007 BILLABLE HOURS BY PRACTICE AREA
### Core Based Statistical Area
### San Jose-Sunnyvale-Santa Clara, CA

| Position | | Number of Firms | Number of Positions Reported | Billable Hours | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Senior Legal Assistant/Paralegal | Corporate | 6 | 33 | 1,719 | 1,564 | 1,654 | 1,926 | 2,162 |
| | IP/Patents/Trademarks | 7 | 19 | 1,298 | 1,059 | 1,263 | 1,558 | 1,782 |
| | Litigation | 8 | 19 | 1,565 | 1,361 | 1,713 | 1,866 | 2,246 |
| Legal Assistant/Paralegal | Corporate | 6 | 17 | 1,496 | 1,202 | 1,546 | 1,808 | 2,403 |
| | IP/Patents/Trademarks | 8 | 14 | 1,242 | 1,288 | 1,288 | — | — |
| | Litigation | 10 | 35 | 1,563 | 1,341 | 1,646 | 1,867 | 2,118 |

EXHIBIT D

1

2   PRISON LAW OFFICE                    BINGHAM McCUTCHEN, LLP
    DONALD SPECTER – 83925               WARREN E. GEORGE – 53588
3   SARA NORMAN – 189536                 FRANK B. KENNAMER – 157844
    1917 Fifth Street                    Three Embarcadero Center
4   Berkeley, CA 94710-1916              San Francisco, CA 94111-4066
    Telephone: (510) 280-2621            Telephone:  (415) 393-2000

5   DISABILITY RIGHTS EDUCATION &        ROSEN, BIEN & GALVAN, LLP
    DEFENSE FUND, INC.                   MICHAEL W. BIEN – 096891
6   LINDA KILB                           ERNEST GALVAN – 196065
    2212 Sixth Street                    GAY C. GRUNFELD – 121944
7   Berkeley, CA 94710                   HOLLY M. BALDWIN – 191317
    Telephone:  (510) 644-2555           315 Montgomery Street, 10th Floor
8                                        San Francisco, CA  94104
                                         Telephone (415) 433-6830
9   JONES DAY
    CAROLINE N. MITCHELL - 143124
10  555 California Street, 25th Floor
    San Francisco, CA 94104
11  Telephone:  (415) 875-5712

12

13  Attorneys for Plaintiffs

14              IN THE UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  JOHN ARMSTRONG, et al.,          )   Case No. C 94 2307 CW
                                     )
17        Plaintiffs,                )   **ORDER CONFIRMING PAYMENT OF**
                                     )   **UNDISPUTED CALIFORNIA**
18  v.                               )   **DEPARTMENT OF CORRECTIONS AND**
                                     )   **REHABILITATION, ADULT**
19  ARNOLD SCHWARZENEGGER, et al.,   )   **OPERATIONS AND ADULT PROGRAMS**
                                     )   **ATTORNEYS' FEES AND COSTS FOR**
20        Defendants.                )   **QUARTER ONE OF 2008**
    _____    )

21

22

23

24

25

26

27

28

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9   JOHN ARMSTRONG, et al.,                )   Case No. C 94 2307 CW
                                           )
10          Plaintiffs,                     )   **ORDER CONFIRMING PAYMENT OF**
                                           )   **UNDISPUTED CALIFORNIA**
11  v.                                      )   **DEPARTMENT OF CORRECTIONS AND**
                                           )   **REHABILITATION, ADULT**
12  ARNOLD SCHWARZENEGGER, et al.,          )   **OPERATIONS AND ADULT PROGRAMS**
                                           )   **ATTORNEYS' FEES AND COSTS FOR**
13          Defendants.                     )   **QUARTER ONE OF 2008**
    _____)

14

15          On March 26, 1997, the District Court established procedures by which plaintiffs are to collect

16  periodic attorneys' fees and costs in this case in connection with their work monitoring defendants'

17  compliance with the Court's Orders and collecting fees.

18          Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their First

19  Quarterly Statement for 2008 to defendants on April 25, 2008.  Defendants submitted their objections

20  to plaintiffs' statement on June 2, 2008.  The parties completed their meet and confer on June 18, 2008,

21  and reached an agreement.

22          The parties have agreed to resolve the dispute by payment of $559,673.36 on the previously

23  disputed fees and expenses, for monitoring and fee collection activities in the California Department of

24  Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1]

25  portion of the case for the First Quarterly Statement for 2008, which will become due and owing forty-

26  five days from the entry of this Order.  Exhibit A hereto are charts summarizing the fees and costs.

27  _____

28  [1] The former California Department of Corrections (CDC) was part of a state government
    reorganization in July 2005, and is now known as California Department of Corrections and
    Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

[218429-1]

1    WHEREFORE, IT IS CONFIRMED that $559,673.36 becomes collectable and legal interest

2    begins accruing on May 26, 2008 at the rate provided by 28 U.S.C. §1961.

3    IT IS SO ORDERED.

4

5    DATED:_____           6/27/08

                                     _____
6                                    THE HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE
7

8    APPROVED AS TO FORM:

9    ____/s/ Jennifer Nygaard_____        DATED:  June 19, 2008
     Jennifer Nygaard
10   Deputy Attorney General
     Attorney for Defendants
11

12
     ____/s/ Gay Crosthwait Grunfeld____      DATED:  June 19, 2008
13   Gay Crosthwait Grunfeld
     Rosen Bien & Galvan, LLP
14   Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING UNDISPUTED CDCR/AOAP
ATTORNEYS' FEES & COSTS FOR QUARTER ONE, 2008

[218429-1]

**Exhibit A**

# Armstrong v. Schwarzenegger

**Undisputed Fees - 1st Quarterly Statement of 2008**
**January 1, 2008 through March 31, 2008**

### SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | FEES | COSTS |
|---|---|---|
| CDCR/AOAP MONITORING WORK | $ 520,176.00 | $ 23,772.30 |
| CDCR/AOAP FEES WORK | $ 15,275.00 | $ 450.06 |
| **TOTALS:** | **$ 535,451.00** | **$ 24,222.36** |
| | **GRAND TOTAL:** | **$ 559,673.36** |

**Armstrong v. Schwarzenegger**
Summary of Disputed and Undisputed Fees
1st Quarter - January 1, 2008 through March 31, 2008
CDCR/AOAP Monitoring Work

5814-3

| Attorney/Law Firm | Actual Hours | Claimed Hours | Hours Originally In Dispute | Hours Still in Dispute After Meet & Confer | Undisputed Hours | 2008 Rates | Fees Now Owing | Fees in Dispute |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | |
| Michael W. Bien (MWB) | 9.90 | 9.90 | 3.40 | 0.00 | 9.90 | $640 | $ 6,336.00 | $ - |
| Gay C Grunfeld (GCG) | 68.90 | 68.90 | 16.10 | 0.00 | 60.85 | 475 | $ 28,903.75 | $ - |
| Ernest Galvan (EG) | 3.90 | 3.90 | 0.00 | 0.00 | 0.00 | 450 | $ - | |
| Jane E. Kahn (JEK) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 460 | $ - | |
| Tom Nolan (TN) | 97.60 | 95.90 | 0.50 | 0.00 | 95.65 | 440 | $ 42,086.00 | |
| Holly M. Baldwin (HMB) | 19.70 | 19.10 | 8.90 | 0.00 | 14.65 | 425 | $ 6,226.25 | |
| Amy Whelan (AEW) | 25.00 | 24.80 | 11.20 | 0.00 | 19.20 | 370 | $ 7,104.00 | |
| Anne H. Mania (AHM) | 114.80 | 109.50 | 9.60 | 0.00 | 104.70 | 370 | $ 38,739.00 | |
| F. N E Riffin (FNM) | 4.60 | 0.00 | 0.00 | 0.00 | 0.00 | 340 | $ - | |
| Lori E. Riffin (LER) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 320 | $ - | |
| Sarah M. Laubach (SML) | 28.80 | 28.00 | 5.30 | 0.00 | 25.35 | 295 | $ 7,478.25 | |
| Lisa Ellis (LAE) | 28.40 | 19.80 | 10.60 | 0.00 | 14.50 | 295 | $ 4,277.50 | |
| Loren G. Stewart (LGS) | 119.20 | 117.00 | 13.50 | 0.00 | 110.25 | 295 | $ 32,523.75 | |
| Sofia Millham (SAM) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 180 | $ - | |
| Melanie E. Wilkinson (MEW) | 14.80 | 13.80 | 5.50 | 0.00 | 11.05 | 170 | $ 1,878.50 | |
| Maya Weitman-Fahs (MWF) | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 170 | $ - | |
| Ritika S. Aggarwal (RSA) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 170 | $ - | |
| Matt Harrison (MRH) | 199.50 | 177.80 | 26.20 | 0.00 | 164.70 | 160 | $ 26,352.00 | |
| Hajvka Roudebush (HR) | 172.50 | 146.90 | 23.00 | 0.00 | 135.40 | 160 | $ 21,664.00 | |
| Marisa C. Diaz (MCD) Paralegal | 59.20 | 58.40 | 7.50 | 0.00 | 54.65 | 160 | $ 9,290.50 | |
| Marisa C. Diaz (MCD) Paralegal Clerk | 142.60 | 133.20 | 27.00 | 0.00 | 119.35 | 160 | $ 19,096.00 | |
| Oliver G. Davis (OD) Paralegal | 10.60 | 9.50 | 1.50 | 0.00 | 8.75 | 170 | $ 1,487.50 | |
| Oliver G. Davis (OD) Paralegal Clerk | 203.00 | 181.00 | 80.20 | 0.00 | 140.90 | 160 | $ 22,544.00 | |
| **TOTAL RBG** | **1330.70** | **1213.50** | **250.70** | **0.00** | **1089.85** | | **$ 275,987.00** | **$ -** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter | 1.40 | 1.40 | 0.00 | 0.00 | 1.40 | $615 | $ 861.00 | |
| Judith Rosenberg | 279.50 | 279.50 | 40.00 | 0.00 | 259.50 | 570 | $ 147,915.00 | |
| Susan Christian | 20.70 | 20.70 | 1.80 | 0.00 | 18.90 | 475 | $ 9,405.00 | |
| Sara Norman | 25.50 | 25.50 | 8.60 | 0.00 | 21.20 | 475 | $ 9,116.00 | |
| Megan Hagler | 159.80 | 159.80 | 18.70 | 0.00 | 150.45 | 340 | $ 51,153.00 | |
| Pui Yee Yu | 18.10 | 18.10 | 5.90 | 0.00 | 15.15 | 170 | $ 2,575.50 | |
| Tobias Smith | 28.00 | 28.00 | 0.00 | 0.00 | 28.00 | 170 | $ 4,760.00 | |
| Alex Johnson | 111.10 | 111.10 | 13.10 | 0.00 | 104.55 | 170 | $ 17,773.50 | |
| **TOTAL PLO** | **644.10** | **644.10** | **88.10** | **0.00** | **600.05** | | **$ 243,559.00** | **$ -** |
| **DREDF** | | | | | | | | |
| Linda Kilb | 1.20 | 1.20 | 1.00 | 0.00 | 1.20 | $525 | $ 630.00 | $ - |
| **TOTAL DREDF** | **1.20** | **1.20** | **1.00** | **0.00** | **1.20** | | **$ 630.00** | **$ -** |
| **Total Monitoring - All Offices** | **1,976.00** | **1,858.80** | **339.80** | **0.00** | **1,691.10** | | **$ 520,176.00** | **$ -** |

1st Qtr Undisputed Totals

6/18/2008

# Armstrong v. Schwarzenegger

Summary of Disputed and Undisputed Fees
1st Quarter - January 1, 2008 through March 31, 2008

## CDCR/AOAP Fees Work

| 5612 Attorney/Law Firm | Actual Hours | Claimed Hours | Hours Originally in Dispute | Hours Still in Dispute After Meet & Confer | Undisputed Hours | 2008 Rate | Fees Now Owing | Fees in Dispute |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | |
| Gay C. Grunfeld (GCG) | 4.90 | 4.90 | 0.00 | 0.00 | 4.90 | $475 | $ 2,327.50 | $ - |
| Ernest Galvan (EG) | 2.30 | 2.30 | 1.00 | 0.00 | 1.80 | 450 | $ 810.00 | $ - |
| Holly M. Baldwin (HMB) | 4.40 | 4.40 | 0.00 | 0.00 | 4.40 | 425 | $ 1,870.00 | $ - |
| Anne H. Mania (AHM) | 0.10 | 0.10 | 0.10 | 0.00 | 0.05 | 370 | $ 18.50 | $ - |
| Kenneth M. Walczak (KMW) | 2.40 | 2.40 | 0.00 | 0.00 | 2.40 | 340 | $ 816.00 | $ - |
| Pamela Derrico (PD) | 55.30 | 49.50 | 4.60 | 0.00 | 47.20 | 190 | $ 8,968.00 | $ - |
| **TOTAL RBG** | 69.40 | 63.60 | 5.70 | 0.00 | 60.75 | | $ 14,810.00 | $ - |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | 3.10 | 3.10 | 0.00 | 0.00 | 3.10 | $150 | $ 465.00 | $ - |
| **TOTAL PLO** | 3.10 | 3.10 | 0.00 | 0.00 | 3.10 | | $ 465.00 | $ - |
| **Total Fees - All Offices** | 72.50 | 66.70 | 5.70 | 0.00 | 63.85 | | $ 15,275.00 | $ - |

### Armstrong v. Schwarzenegger

**First Quarterly Statement of 2008**
**January 1, 2008 through March 31, 2008**

#### Undisputed Costs

**Matter: CDCR/AOAP Merits/Monitoring**

| Rosen, Bien & Galvan (581-3) | Claimed Costs | Disputed Costs | Defendants Withdraw | Plaintiffs Withdraw | Undisputed Costs | Disputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 4,376.40 | $ - | $ - | $ - | $ 4,376.40 | $ - |
| Photocopying (outside service) | $ 5,866.39 | $ - | $ - | $ - | $ 5,866.39 | $ - |
| Postage & Delivery | $ 751.21 | $ - | $ - | $ - | $ 751.21 | $ - |
| Travel - Mileage, Tolls, Food | $ 3,885.55 | $ 1,999.70 | $ 1,999.70 | $ - | $ 3,885.55 | $ - |
| International Effectiveness - translation | $ 531.50 | $ 72.50 | $ 72.50 | $ - | $ 531.50 | $ - |
| Bay Area Translations - Interpreting Services | $ 365.70 | $ - | $ - | $ - | $ 365.70 | $ - |
| Westlaw | $ 476.52 | $ - | $ - | $ - | $ 476.52 | $ - |
| Online Research - PACER | $ 96.40 | $ - | $ - | $ - | $ 96.40 | $ - |
| Telefax | $ 17.00 | $ - | $ - | $ - | $ 17.00 | $ - |
| Telephone | $ 67.46 | $ - | $ - | $ - | $ 67.46 | $ - |
| **Total RBG Costs:** | **$ 16,434.13** | **$ 2,072.20** | **$ 2,072.20** | **$ -** | **$ 16,434.13** | **$ -** |

| Prison Law Office | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 333.20 | $ - | $ - | $ - | $ 333.20 | $ - |
| International Effectiveness - translation of documents | $ 106.00 | $ - | $ - | $ - | $ 106.00 | $ - |
| Bay Area Translations Interpreting Services | $ 1,474.25 | $ - | $ - | $ - | $ 1,474.25 | $ - |
| Access Expert (Access Unlimited) | $ 1,720.52 | $ - | $ - | $ - | $ 1,720.52 | $ - |
| Telephone | $ 5.95 | $ - | $ - | $ - | $ 5.95 | $ - |
| Telefax | $ 84.00 | $ - | $ - | $ - | $ 84.00 | $ - |
| Postage & Delivery | $ 335.53 | $ - | $ - | $ - | $ 335.53 | $ - |
| Susan Christian | $ 2.87 | $ - | $ - | $ - | $ 2.87 | $ - |
| Travel | $ 3,227.88 | $ 1,666.58 | $ 1,666.58 | $ - | $ 3,227.88 | $ - |
| **Total PLO Costs:** | **$ 7,290.20** | **$ 1,666.58** | **$ 1,666.58** | **$ -** | **$ 7,290.20** | **$ -** |

| Disability Rights Education& Defense Fund | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 39.00 | $ - | $ - | $ - | $ 39.00 | $ - |
| Postage | $ 7.13 | $ - | $ - | $ - | $ 7.13 | $ - |
| Online Pacer | $ 1.84 | $ - | $ - | $ - | $ 1.84 | $ - |
| **Total DREDF Costs:** | **$ 47.97** | **$ -** | **$ -** | **$ -** | **$ 47.97** | **$ -** |
| **TOTAL CLAIMED MONITORING COSTS** | **$ 23,772.30** | **$ 3,738.78** | **$ 3,738.78** | **$ -** | **$ 23,772.30** | **$ -** |

**Matter: CDCR/AOAP Fees Work**

| Rosen, Bien & Galvan (581-2) | Claimed Costs | Disputed Costs | Defendants Withdraw | Plaintiffs Withdraw | Undisputed Costs | Disputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20 pg) | $ 139.00 | $ - | $ - | $ - | $ 139.00 | $ - |
| Photocopying (outside service) | $ 167.85 | $ - | $ - | $ - | $ 167.85 | $ - |
| Postage & Delivery | $ 126.49 | $ - | $ - | $ - | $ 126.49 | $ - |
| Telephone | $ 16.72 | $ - | $ - | $ - | $ 16.72 | $ - |
| **TOTAL CLAIMED FEES COSTS** | **$ 450.06** | **$ -** | **$ -** | **$ -** | **$ 450.06** | **$ -** |
| **TOTAL CLAIMED COSTS** | **$ 24,222.36** | **$ 3,738.78** | **$ 3,738.78** | **$ -** | **$ 24,222.36** | **$ -** |

# EXHIBIT E

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  PRISON LEGAL NEWS,                      No. C 07-02058 CW

12          Plaintiff,                      ORDER GRANTING IN
                                            PART AND DENYING
13      v.                                  IN PART
                                            PLAINTIFF'S
14  ARNOLD SCHWARZENEGGER, et al.,          MOTION FOR
                                            RECOVERY OF
15          Defendants.                     ATTORNEYS' FEES
                                            AND COSTS
16  _____/

17

18      Plaintiff Prison Legal News has filed a motion for recovery of

19  reasonable attorneys' fees.  Defendants oppose the motion.  The

20  motion was decided on the papers.  Having considered all of the

21  papers filed by the parties, including Defendants' sur-reply and

22  Plaintiff's opposition to the sur-reply, the Court grants

23  Plaintiff's motion in part and denies it in part.

24                            BACKGROUND

25      Plaintiff Prison Legal News (PLN) is an organization that

26  alleged that the California Department of Corrections and

27  Rehabilitation (CDCR) illegally censored its publications.  In

28  January, 2006, the parties entered into an agreement to negotiate

**United States District Court**
For the Northern District of California

in order to settle Plaintiff's claims and to avoid litigation.  In

December, 2006, the parties entered into a settlement agreement.

The settlement agreement provided for payment to PLN as the

prevailing party through December 11, 2006, the date the settlement

agreement was executed.  However, Defendants opposed PLN's request

for attorneys' fees and costs for work performed after the

agreement was executed.  On October 9, 2007, PLN moved to recover

fees and costs incurred between December 12, 2006 and August 31,

2007 and to establish a semi-annual fee process.

    The Court granted the motion in part and concluded that,

because PLN is the prevailing party in this action, it is "entitled

to attorneys' fees for work performed after the settlement

agreement was signed."  Docket no. 35 at 5.  The Court denied PLN's

request to establish a semi-annual fee process but noted that PLN

could file further motions for attorneys' fees.  PLN now moves the

Court to order Defendants to pay $143,322.96 in attorneys' fees,

costs and expenses for work performed from September 1, 2007

through October 15, 2008.

                              DISCUSSION

I.   Reasonableness of Fees

    In the Ninth Circuit, reasonable attorneys' fees are

determined by first calculating the "lodestar."  <u>Jordan v.</u>

<u>Multnomah County</u>, 815 F.2d 1258, 1262 (9th Cir. 1987).  "The

'lodestar' is calculated by multiplying the number of hours the

prevailing party reasonably expended on the litigation by a

reasonable hourly rate."  <u>Morales v. City of San Rafael</u>, 96 F.3d

359, 363 (9th Cir. 1996).  There is a strong presumption that the

                                  2

lodestar figure represents a reasonable fee.  <u>Jordan</u>, 815 F.2d at

1262.  However, the court may adjust the award from the lodestar

figure upon consideration of additional factors that may bear upon

reasonableness.  <u>Kerr v. Screen Guild Extras, Inc.</u>, 526 F.2d 67, 70

(9th Cir. 1975).  The twelve <u>Kerr</u> factors are (1) the time and

labor required, (2) the novelty and difficulty of the questions

involved, (3) the skill requisite to perform the legal service

properly, (4) the preclusion of other employment by the attorney

due to acceptance of the case, (5) the customary fee, (6) whether

the fee is fixed or contingent, (7) time limitations imposed by the

client or the circumstances, (8) the amount involved and the

results obtained, (9) the experience, reputation, and ability of

the attorneys, (10) the "undesirability" of the case, (11) the

nature and length of the professional relationship with the client,

and (12) awards in similar cases.  <u>Id.</u>

     The Supreme Court has recognized that, while it is appropriate

for the district court to exercise its discretion in determining an

award of attorneys' fees, it remains important for the court to

provide "a concise but clear explanation of its reasons for the fee

award."  <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 437 (1983); <u>Hall v.

Bolger</u>, 768 F.2d 1148, 1151 (9th Cir. 1985) (in computing an award,

the district court should provide a "detailed account of how it

arrives at appropriate figures for 'the number of hours reasonably

expended' and 'a reasonable hourly rate'") (quoting <u>Blum</u>, 465 U.S.

at 898).

     A.   Work Performed

     Plaintiff requests a total of $143,322.96 in fees and costs

3

**United States District Court**
For the Northern District of California

for work on the case between September 1, 2007 and October 15,
2008.  This amount represents $54,382.67 for work to ensure and
enforce compliance with the settlement agreement, and $88,940.29
for fees work.  Defendants argue that 55.25 of the 162.7 hours
billed by Plaintiff's counsel are unreasonable because they are for
work not relevant to the settlement agreement or not benefitting
Plaintiff.  Defendants separated these 55.25 hours into three sub-
categories, (1) 4.8 hours of work related to inmate issues, (2)
26.7 hours of work related to corresponding with inmates, and (3)
23.75 hours for work related to general censorship issues.

First, Defendants categorize 4.8 hours of Plaintiff's
counsel's work as related to inmate issues not relevant to the
instant case.  The Court reviewed these charges and concludes that
they reasonably relate to the settlement agreement.  Second,
Defendants charge that any direct communication with inmates by
Plaintiff's counsel in the course of enforcing the settlement
agreement is unreasonable because all communication can come from
PLN.  The Court disagrees.  Nothing in the settlement agreement
requires Plaintiff's attorneys to communicate on settlement
enforcement issues only with PLN.  Moreover, the settlement
revolves around PLN's right to deliver its publication to prisoners
in Defendants' custody.  Thus, the prisoners themselves are often
in the best position to observe whether the settlement agreement is
being enforced.  Defendants also question the reasonableness of
time spent corresponding with inmates in inform them about the
settlement agreement.  Defendants note that because the Court, in a
previous order, allowed Plaintiff's counsel to bill for time spent

4

**United States District Court**
For the Northern District of California

1    preparing press releases about the settlement, it is duplicative

2    and unreasonable to discuss the settlement agreement with prisoners

3    individually.   The Court disagrees.   To enforce the settlement

4    agreement, prisoners must understand their rights and privileges

5    under the agreement.   Addressing prisoners' questions and concerns

6    is integral to this process.

7        Third, Defendants argue that 23.75 hours of work billed

8    relates to censorship issues outside the scope of the settlement

9    agreement.   Paragraph 1(i) of the settlement agreement states,

10       The parties agree that the CDCR will develop a
         centralized list of disapproved magazines or
11       publications that are prohibited as offensive,
         threatening, contain security concerns, or obscene as
12       described in the DOM, or any other regulation.   The CDCR
         will provide a copy of that list to PLN's attorneys
13       within 30 days after it is issued.   The parties agree
         that the centralized list is not the only method to
14       prohibit publications, and that nothing prohibits
         institutions from disallowing material as described in
15       the DOM, or any other regulation, provided it meets
         constitutional requirements.

16   Defendants argue that Plaintiff's counsel can charge for work

17   related to the creation of the "centralized list" described above,

18   but not for issues relating to CDCR's prohibition of other

19   materials from institutions.   Plaintiff's counsel counter that

20   addressing other censorship issues directly relates to enforcing

21   the section of the settlement agreement that notes that

22   institutions may still disallow "material as described in the DOM,

23   or any other regulation, <u>provided it meets constitutional</u>

24   <u>requirements</u>."   (Emphasis added).   What Defendants describe as

25   "censorship issues," Plaintiff's counsel argue is really work done

26   to ensure that all exclusion of material satisfies the requirements

27

28
                                  5

United States District Court
For the Northern District of California

1   of the constitution.

2       Although the settlement agreement revolves around PLN's

3   allegations that the CDCR censored PLN publications, the agreement

4   does not provide a mandate for PLN to police the constitutionality

5   of all prison-censored material.  Rather, the agreement noted that

6   "[t]he parties agree" that all other means of disallowing material

7   are still available to prisons, "provided [they] meet[]

8   constitutional requirements."  The parties simply agreed that CDCR

9   would follow prison rules and the constitution.  They did not agree

10  that PLN would serve as the enforcement arm of all censorship

11  issues for all prisoners indefinitely.  Therefore, Plaintiff's

12  counsel's fees for 23.75 hours of work performed in relation to

13  prison material that was censored under the DOM or other

14  regulations will not be reimbursed.

15      B.   Hourly Rate

16      Determining a reasonable hourly rate is a critical inquiry.

17  Jordan, 815 F.2d at 1262 (citing Blum v. Stenson, 465 U.S. 886, 895

18  n.11 (1984)).  In establishing the reasonable hourly rate, the

19  court may take into account: (1) the novelty and complexity of the

20  issues; (2) the special skill and experience of counsel; (3) the

21  quality of representation; and (4) the results obtained.  See

22  Cabrales v. County of Los Angeles, 864 F.2d 1454, 1464 (9th Cir.

23  1988).  These factors are subsumed in the initial lodestar

24  calculation, and should not serve as independent bases for

25  adjusting fee awards.  Morales, 96 F.3d at 363-64.  The reasonable

26  rate inquiry should also be informed by reference to the prevailing

27  market rates in the forum district.  Gates v. Deukmejian, 987 F.2d

28                              6

**United States District Court**
For the Northern District of California

1392, 1405 (9th Cir. 1992).

Plaintiff seeks an hourly rate of $740 for Sanford Jay Rosen, a 1962 law school graduate and the lead attorney on its case, $370 for Amy Whelan, a 2001 law school graduate, $340 for Kenneth Walczak, a 2003 law school graduate, and $170 for Melanie Wilkinson, a paralegal. These rates represent Plaintiff counsel's 2008 rates. Defendants argue that Plaintiff's counsel should not receive 2008 rates for work performed in 2007.

"District courts have the discretion to compensate prevailing parties for any delay in the receipt of fees by awarding fees at current rather than historic rates in order to adjust for inflation and loss of the use funds." Gates, 987 F.2d at 1406. In Missouri v. Jenkins, the Supreme Court allowed current billing rates to apply to legal work performed several years before the fees were awarded. 491 U.S. 274, 284 (1989). The Court noted that "clearly, compensation received several years after the services were rendered –- as it frequently is in complex civil rights litigation –- is not equivalent to the same dollar amount received reasonably promptly as the legal services are performed, as would normally be the case with private billings." Id. The Court then held that "an appropriate adjustment for delay in payment -- whether by the application of current rather than historic rates or otherwise -- is within the contemplation of the statute." Id.

In the present case, Plaintiff's counsel is not seeking compensation for work performed years earlier. Rather, Plaintiff's counsel seek fees for work going back to September 1, 2007. Although this delay is not as long as in Jenkins, the Court

7

recognizes that "a fee award at current rates is intended to compensate prevailing attorneys for lost income they might have received through missed investment opportunities as well as lost interest." Gates, 987 F.2d at 1406. Therefore, Plaintiff's counsel shall be paid at 2008 rates for the work performed in 2007.

Defendants also argue that the 2008 rates are unreasonable and that the Court should adopt the Laffey Matrix to determine rates. The United States Department of Justice uses the Laffey Matrix to determine reasonable hourly rates in the District of Columbia in fee-shifting cases. The Court declines to adopt the matrix in this case. As noted above, local prevailing market rates inform the reasonable rate inquiry, Gates, 987 F.2d at 1405, and Plaintiff's counsel provide ample evidence that its 2008 rates are reasonable by citing to eight local law firms that charge similar 2008 rates. See Rosen Dec. ¶ 56. Therefore, the Court will not reduce the hourly rates claimed by Plaintiff's counsel.

II.  Settlement Obligations

Despite substantial progress made by Defendants in fulfilling the settlement agreement, the Court declines Defendants' request to conclude that CDCR has completed all of its obligations under the settlement agreement and that no more fees applications may be submitted by Plaintiff. Defendants are mistaken that all of their obligations are complete simply because they distributed a centralized list of banned publications to all adult institutions and distributed an internal memorandum about updated inmate mail regulations. See Brinkman Dec. ¶ 14, Ex. H. Defendants obligations do not end with merely completing these two tasks. In

8

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1  the settlement agreement, Defendants have agreed to stop many

2  practices, such as requiring the PLN to use special, approved

3  vendor labels when distributing publications to CDCR inmates; and

4  Defendants have also agreed to engage in other practices, such as

5  notifying inmates and publishers when they disallow a publication.

6  See Brinkman Dec. Exh. A ¶¶ 1(b) and (h).  Defendants shall

7  continue to follow the terms of the settlement and Plaintiff's

8  counsel may incur reasonable fees ensuring that they do so.

9                          CONCLUSION

10      For the foregoing reasons, Plaintiff's motion for attorneys'

11  fees is GRANTED in part and DENIED in part (Docket No. 39).  The

12  Court awards Plaintiff $137,502.46 in fees and expenses,[1] to be

13  paid forthwith by Defendants.

14      IT IS SO ORDERED.

15

16  Dated:  12/5/08                _____

17                                  CLAUDIA WILKEN
                                    United States District Judge

18

19

20

21

22

23

24      [1]$137,502.46 = Total fees requested ($143,322.96) minus fees
    for work that related to censorship issues outside the scope of the

25  settlement agreement ($5,820.50).  The $5,820.50 figure was
    calculated as follows: (Sanford Jay Rosen (0.9 hours x $740 per

26  hour = $666)) + (Amy E. Whelan (4.65 hours x $370 per hour =
    $1720.50)) + (Kenneth M. Walczak (2 hours x $340 per hour = $680))

27  + (Melanie E. Wilkinson (16.2 hours x $170 per hour = $2754)) =
    $5,820.50.

28                                  9

EXHIBIT F

BINGHAM, McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | No. Civ. S-94-0671 LKK/GGH |
| Plaintiffs, | |
| v. | ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2008 |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

[PROPOSED] ORDER CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER OF 2008, Case No. S-94-0671 LKK/GGH

[226123-1]

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. CIV S-94-0671 LKK/GGH |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On June 27, 2008, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the First Quarter of 2008, pursuant to the July 8, 2004, periodic fees order in this case.

Pursuant to the stipulation filed on June 27, 2008, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $512,005.98, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from May 26, 2008 at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: June 30, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[920123-1]

PDF created with pdfFactory trial version www.pdffactory.com

EXHIBIT G

## Valdivia vs. Schwarzenegger
**First Quarterly Statement of 2008**
**January 1, 2008 through March 31, 2008**

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | FEES | COSTS |
|---|---|---|
| MONITORING | $ 475,784.32 | $ 24,155.83 |
| FEES ON FEES | $ 11,918.82 | $ 147.01 |
| TOTALS: | $ 487,703.14 | $ 24,302.84 |

**TOTAL UNDISPUTED FEES AND COSTS     $ 512,005.98**

**Valdivia v. Schwarzenegger**
Summary of Disputed and Undisputed Fees
1st Quarter - January 1, 2008 through March 31, 2008

*Matter: Monitoring/Merits (720-1)*

| Attorney/Law Firm | Actual Hours | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Final After Mt & Confer Hours | 2008 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **BINGHAM, MCCUTCHEN** | | | | | | | | |
| Briana L. Rosenbaum (BLR) | 12.60 | 12.60 | 2.65 | 2.65 | 0.00 | 12.60 | 420.00 | $ 5,292.00 |
| Tracey Berger (TB) | 53.50 | 53.50 | 2.65 | 2.65 | 0.00 | 53.50 | 345.00 | $ 18,457.50 |
| TOTAL BMc: | 66.10 | 66.10 | 5.30 | 5.30 | 0.00 | 66.10 | | $ 23,749.50 |
| **ROSEN BIEN & GALVAN** | | | | | | | | |
| Michael W. Bien (MWB) | 87.00 | 87.00 | 12.90 | 12.90 | 0.00 | 87.00 | $640.00 | $ 55,680.00 |
| Ernest Galvan (EG) | 172.20 | 172.00 | 27.50 | 27.50 | 0.00 | 172.00 | 450.00 | $ 77,400.00 |
| Gay C. Grunfeld (GCG) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 | $ - |
| Jane E. Kahn (JEK) | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.00 | $ - |
| Holly M. Baldwin (HMB) | 139.40 | 138.00 | 18.55 | 18.55 | 0.00 | 138.00 | 425.00 | $ 58,650.00 |
| Anne Mania (AM) | 106.40 | 101.70 | 18.10 | 18.10 | 0.00 | 101.70 | 370.00 | $ 37,629.00 |
| Maria V. Morris (MVM) | 43.60 | 43.60 | 15.90 | 15.90 | 0.00 | 43.60 | 370.00 | $ 16,132.00 |
| Meghan Lang (MRL) | 53.20 | 52.70 | 7.70 | 7.70 | 0.00 | 52.70 | 360.00 | $ 18,972.00 |
| Shirley Huey (SH) | 55.00 | 53.80 | 7.10 | 7.10 | 0.00 | 53.80 | 360.00 | $ 19,368.00 |
| F. Nura Maznavi (FNM) | 95.00 | 93.60 | 9.10 | 9.10 | 0.00 | 93.60 | 340.00 | $ 31,824.00 |
| Kenneth M. Walczak (KMW) | 71.60 | 70.50 | 26.90 | 26.90 | 0.00 | 70.50 | 340.00 | $ 23,970.00 |
| Lori Rifkin (LR) | 42.80 | 41.20 | 4.40 | 4.40 | 0.00 | 41.20 | 320.00 | $ 13,184.00 |
| Loren G. Stewart (LGS) | 127.20 | 122.70 | 13.90 | 13.90 | 0.00 | 122.70 | 295.00 | $ 36,196.50 |
| Sarah M. Laubach (SML) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 | $ - |
| Sofia A. Millham (SAM) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | $ - |
| Kathleen Johnson-Silk (KJS) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 | $ - |
| Melanie E. Wilkinson (MEW) | 154.70 | 137.50 | 21.25 | 21.25 | 0.00 | 137.50 | 170.00 | $ 23,375.00 |
| Katie M. Richardson (KMR) | 3.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 | $ - |
| Maya Weitman-Fahs (MWF) | 246.20 | 183.60 | 35.30 | 35.30 | 0.00 | 183.60 | 170.00 | $ 31,212.00 |
| Marisa C. Diaz (MCD) | 8.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | $ - |
| Ritika S. Aggarwal (RSA) | 98.00 | 86.70 | 9.50 | 9.50 | 0.00 | 86.70 | 160.00 | $ 13,872.00 |
| Oliver G. Davis (OGD) | 86.50 | 68.50 | 12.30 | 12.30 | 0.00 | 68.50 | 160.00 | $ 10,960.00 |
| Matthew R. Hamson (MRH) | 30.80 | 29.30 | 7.80 | 7.80 | 0.00 | 29.30 | 160.00 | $ 4,688.00 |
| Lee Ann Hastings (LAH) | 14.80 | 14.80 | 14.80 | 14.80 | 0.00 | 14.80 | 160.00 | $ 2,368.00 |
| TOTAL RBG: | 1640.70 | 1497.20 | 263.00 | 263.00 | 0.00 | 1497.20 | | $ 475,480.50 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Sue Christian (SC) | 60.60 | 60.60 | 0.40 | 0.40 | 0.00 | 60.60 | $475.00 | $ 28,785.00 |
| Ivan Trujillo (IT) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 | $340.00 | 34.00 |
| Sam Weiner (SW) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 | $170.00 | 17.00 |
| TOTAL PLO: | 60.80 | 60.80 | 0.40 | 0.40 | 0.00 | 60.80 | | $28,836.00 |
| **Total Monitoring - All Offices** | 1767.60 | 1624.10 | 268.70 | 268.70 | 0.00 | 1624.10 | | $ 528,066.00 |
| | | | ** *Overall Settlement Discount (90% of Objected Time)* | | | | | $ (52,281.68) |
| | | | *TOTAL MONITORING FEES DUE* | | | | | $ 475,784.32 |

## Valdivia v. Schwarzenegger
### Summary of Disputed and Undisputed Fees
### 1st Quarter - January 1, 2008 through March 31, 2008

*Matter: Fees Work (720-2)*

| | Actual Hours | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Undisputed Hours | 2008 Rate | | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **BINGHAM, MCCUTCHEN** | | | | | | | | | |
| Kristen Palumbo (KP) | 4.30 | 4.30 | 0.00 | 0.00 | 0.00 | 4.30 | 485.00 | $ | 2,085.50 |
| **TOTAL BINGHAM:** | 4.30 | 4.30 | 0.00 | 0.00 | 0.00 | 4.30 | | | $2,085.50 |
| | | | | | | | | | |
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Holly M. Baldwin (HMB) | 12.40 | 12.40 | 0.10 | 0.10 | 0.00 | 12.40 | 425.00 | $ | 5,270.00 |
| Kenneth M. Walczak (KMW) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 340.00 | $ | - |
| Loren Stewart (LGS) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 | 295.00 | $ | 59.00 |
| Pamela Derrico (PD) | 4.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | $ | - |
| Melanie E. Wilkinson (MEW) | 28.50 | 26.00 | 0.30 | 0.30 | 0.00 | 26.00 | 170.00 | $ | 4,420.00 |
| **TOTAL RBG:** | 45.60 | 38.60 | 0.40 | 0.40 | 0.00 | 38.60 | | | $ 9,749.00 |
| | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | $150.00 | $ | 150.00 |
| **TOTAL PLO:** | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | | | 150.00 |
| | | | | | | | | | |
| Total Fees - All Offices | 50.90 | 43.90 | 0.40 | 0.40 | 0.00 | 43.90 | | $ | 11,984.50 |
| | | | | ** *Overall Settlement Discount (80% of Objected Time)* | | | | $ | (65.68) |
| | | | | *TOTAL FEES WORK DUE* | | | | $ | 11,918.82 |

**Valdivia v. Schwarzenegger**
First Quarterly Statement of 2008
January 1, 2008 through March 31, 2008

## Undisputed Costs

### Matter: Merits/Monitoring (720-1)

| | Claimed Costs | Disputed Costs | Defendants Withdraw | Plaintiffs Withdraw | Undisputed Costs |
|---|---|---|---|---|---|
| **Bingham McCutchen** | | | | | |
| Travel - Mileage, Tolls, Food | $ 190.01 | $ 29.36 | $ 5.87 | $ 23.49 | $ 166.52 |
| Photocopying (in-house) @ .20 pg | $ 1,678.60 | $ | $ | $ | $ 1,678.60 |
| Photocopying (outside service) | $ 887.80 | $ | $ | $ | $ 887.80 |
| Postage & Delivery | $ 82.80 | $ | $ | $ | $ 82.80 |
| **Total BMc Costs:** | $ 2,839.21 | $ 29.36 | $ 5.87 | $ 23.49 | $ 2,815.72 |
| | | | | | |
| **Rosen, Bien & Galvan** | | | | | |
| Photocopying (in-house) @ .20 pg | $ 6,444.80 | $ | $ | $ | $ 6,444.80 |
| Photocopying (outside service) | $ 8,417.20 | $ | $ | $ | $ 8,417.20 |
| Postage & Delivery | $ 1,689.58 | $ | $ | $ | $ 1,689.58 |
| Travel - Mileage, Tolls, Food | $ 4,487.22 | $ 1,451.11 | $ | $ 1,160.89 | $ 3,326.33 |
| Westlaw | $ 669.17 | $ | $ 290.22 | $ | $ 669.17 |
| Pacer - Online Legal Research | $ 55.04 | $ | $ | $ | $ 55.04 |
| International Effectiveness - Interpretation | $ 49.00 | $ | $ | $ | $ 49.00 |
| Telephone | $ 434.84 | $ | $ | $ | $ 434.84 |
| **Total RBG Costs:** | $ 22,246.85 | $ 1,451.11 | $ 290.22 | $ 1,160.89 | $ 21,085.96 |
| | | | | | |
| **Prison Law Office** | | | | | |
| Travel - Mileage, Tolls, Food | $ 254.15 | $ | $ | $ | $ 254.15 |
| **Total PLO Costs:** | $ 254.15 | $ | $ | $ | $ 254.15 |
| | | | | | |
| **TOTAL CLAIMED MONITORING COSTS:** | $ 25,340.21 | $ 1,480.47 | $ 296.09 | $ 1,184.38 | $ 24,155.83 |

**Valdivia v. Schwarzenegger**
First Quarterly Statement of 2008
January 1, 2008 through March 31, 2008

### Matter: Fees on Fees (720-2)

| | Claimed Costs | Disputed Costs | Defendants Withdraw | Plaintiffs Withdraw | Undisputed Costs |
|---|---|---|---|---|---|
| **Rosen, Bien & Galvan** | | | | | |
| Photocopying | $ 109.04 | $ | $ | $ | $ 109.04 |
| Postage & Delivery | $ 20.31 | $ | $ | $ | $ 20.31 |
| Telephone | $ 14.66 | $ | $ | $ | $ 14.66 |
| **Total RBG Costs:** | $ 144.01 | $ | $ | $ | $ 144.01 |
| | | | | | |
| **Prison Law Office** | | | | | |
| Fax | $ 3.00 | $ | $ | $ | $ 3.00 |
| **Total PLO Costs:** | $ 3.00 | $ | $ | $ | $ 3.00 |
| | | | | | |
| **TOTAL COSTS - ALL FIRMS** | $ 147.01 | $ | $ | $ | $ 147.01 |

EXHIBIT H

# ROSEN, BIEN & GALVAN, LLP

## Kevin E. Jones

**Attorneys at Law**

315 Montgomery Street, 10th Floor
San Francisco, CA  94104-1823

Phone:  (415) 433-6830
Fax:  (415) 433-7104

## OVERVIEW

- Paralegal for 20+ cases, Lead Paralegal for 12 cases
- Federal & State Trial Experience
- Bench & Jury Trial Experience
- Trial Presentation & Preparation using Summation, Concordance, Trial Director and Sanction

## EXPERIENCE

**ROSEN, BIEN & GALVAN, LLP**, San Francisco, CA                    **2008–Present**
**Senior Litigation Paralegal, Manager Litigation Support & Services**

**CURIALE, DELLAVERSON et al,** San Francisco, CA                    **2006 – 2008**
**Senior Litigation Paralegal / Trial Litigation Support**
   **Trial Litigation Support:**
- Trained staff in Litigation programs and protocols including: Summation, Sanction, Pacer & E-File.
- Prepared cases for trial including: preparation of trial binders, trial exhibits, filings with the court clerk, loading of all electronic media for use in trial.  Responsible for trial presentations using Sanction; migrated Summation database for use in trial.
- Provided on-site IT support including on-site setup, networking and remote system access.
- Established database for all client documents, discovery and exhibits – including coding of documents within Summation.
- Multiple trial preparations and presentations – both bench and jury trials
- Extensive experience with Summation, Sanction, Trial Director, Pacer, MS & Corel Office Suite, E-Discovery, TextMap, Real Legal and database management
   **Senior Litigation Paralegal:**
- Duties included State and Federal litigation for both Plaintiff and Defense.
- Responsible for Discovery Responses, Requests and Subpoenas, legal research, cite checking and deposition preparation.
- Handled firm wide docketing and calendaring for both State and Federal litigation.
- Responsible for Document retrieval and intake.

**CARCIONE, CATTERMOLE, DOLINSKI et al**, Redwood City, CA                    **2003 - 2006**
**Manager, Litigation Support**
- Experience with both State and Federal litigation for both Plaintiff and Defense.
- Prepared trial presentations using both Sanction and Trial Director; migrated Summation database for use in trial. Preparation included on-site IT support, scanning and loading of documents, preparation of trial exhibits, courtroom equipment set-up and actual presentation using presentation software in trial.

[243125-1]

1

- Multiple courtroom presentations (involving such litigants as: SBC, Kaiser, Toyota, Duke Energy, Ford Motor Company and City of San Francisco).
- Extensive experience with Litigation Programs, including Summation and Concordance.
- Responsible for equipment evaluation, procurement and in-house training. Negotiated vendor pricing and service delivery; reduced scanning and copying costs with a subsequent reduction in shipping expenditures.
- Responsible for developing protocols for the electronic handling of investigation and discovery files; established coding protocols for adding this information to a networked database.

**PHARMCHEM, Inc.,** Haltom City, TX and Menlo Park, CA                                         **2000 – 2003**
**Manager, Collection Network**
- Supervised DOT protocol compliance; maintained Chain of Custody protocols; assisted in-house counsel with preparation of forensically defensible testing results.
- Merged multiple client and vendor databases to facilitate contract compliance.
- Responsible for training staff on proprietary software and vendor applications.  Additionally, trained staff for compliance with DOT protocols.
- Responsible for vendor contract negotiations, contract fulfillment and contract issue resolution; supervised and trained staff of ten on vendor contract protocols and procedures.
- Increased sales penetration by expediting vendor contract implementation, streamlining the vendor issue resolution process and customizing services for specific customer needs; developed strong, tactical customer relationships within the existing client network.
- Negotiated regional and national vendor service contracts totaling approximately $17 million annually with direct responsibility for pricing, payment and specifics of services

**<u>EDUCATION</u>**

**University of California, Davis**                                                                                          **1989**
BA, Political Science

EXHIBIT I

# ROSEN, BIEN
# & GALVAN, LLP
**Attorneys at Law**

**Sofia A. Millham**

315 Montgomery Street, 10th Fl
San Francisco, CA  94104

Phone:  (415) 433-6830
Fax:  (415) 433-7104

---

## EMPLOYMENT

- **Rosen Bien & Galvan, San Francisco, CA**          **May 2006 - Present**
  Paralegal

  Client contact; trial and hearing preparation; legal research; prepare case correspondence and memoranda; case management of individual cases and complex litigation. Supervise and train new paralegals and other support staff. Working knowledge of State & Federal Court Rules, filing procedures and forms.

- **Swords to Plowshares, San Francisco, CA**          **9/2005-5/2006**
  Executive Assistant

  Assist executive director of large non-profit providing services to homeless and needy veterans in San Francisco; organized board meetings; development tasks.

- **Van Der Hout, Brigagliano & Nightingale, LLP**          **3/2003-6/2005**
  Team Legal Assistant

  Responsibilities: Assisted Senior Partner and his legal team; responsible for 30 client matters; correspondence with courts and other agencies; organization of senior partner's calendar and appointments; client correspondence; ad hoc computer technical assistance for office; clerical duties.  Working knowledge of all immigration court & Federal Court Rules, filing procedures and forms.

## EDUCATION

**San Francisco State University**
ABA Paralegal Certification Program          Fall 2007-present

**University of Massachusetts, Dartmouth**          September 1999-August 2001
Bachelors Degree, History

## SPECIAL SKILLS

Competent in the use of both PC and Apple computers; Microsoft Office – Word, Excel, Outlook, PowerPoint; Casevault; CT Summation; Legalmaster; Legal Solutions Plus; Word Perfect; Filemaker Pro; Internet; ProLaw; Tussman; Immigration Aide; Giftmaker; Meditech; First Class; Adobe Acrobat 6.0; Microsoft Visio.

[228589-1]

EXHIBIT J

# ROSEN, BIEN
# & GALVAN, LLP

**Attorneys at Law**

### Pamela A. Derrico

315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Phone: (415) 433-6830
Fax: (415) 433-7104

---

## EMPLOYMENT

- **Rosen Bien & Asaro, San Francisco, CA**　　**November, 1989 – March 2009**
  Senior Paralegal

  Responsibilities: prepare Attorney's Fees (general civil litigation and prison cases); client contact; trial and hearing preparation; legal research; prepare case correspondence and memoranda; case management of individual cases and complex litigation. Supervise and train new paralegals and other support staff. Working knowledge of all California State & Federal Court Rules, filing procedures and forms.

- **Saperstein, Seligman & Mayada, Oakland, CA**　　**4/88-11/89**
  Paralegal

  Responsibilities: manage large class action cases; create and maintain computer databases; document review and production; index, tabulate and summarize documents; legal research; assist attorneys with arbitration proceeding and trial preparation; perform potential client interviews; extensive class member contact.

- **Brobeck, Phleger & Harrison, San Francisco, CA**　　**2/87-3/88**
  Paralegal

  Responsibilities: draft pleadings, legal research, case management, summarize medical documents, review and summarize deposition and trial transcripts, product identification work-up, extensive trial preparation and initial client contact on Asbestos Complex Litigation cases.

## EDUCATION

**California State University, Hayward**
Criminal Justice　　　　　　　　　　　　September 1979 – June 1982
Paralegal Studies Certification　　　　　　September 1984 – March 1986

**Ohlone Junior College, Fremont**　　　　September 1977 – June 1979
Administration of Justice

[13636-1]

## SPECIAL SKILLS

Microsoft Word, Excel; Outlook, WordPerfect 10 (Corel); Legal Research
including Westlaw, LEXIS; Legal Solutions, Plus; and Summation

EXHIBIT K

# ROSEN, BIEN
# & GALVAN, LLP
**Attorneys at Law**

## Ritika Aggarwal

315 Montgomery Street, 10th Floor
San Francisco, CA  94104

Phone:  (415) 433-6830
Fax:  (415) 433-7104

---

**Work History:**

*Paralegal, Rosen, Bien and Galvan, LLP*                                                     April 2007-Present
Assist attorneys with large class action cases related to prisoners' rights. Litigation and filing assistance, maintaining databases, legal research.

*Director's Assistant, WAMM- Santa Cruz, CA*                                         April 2005- April 2007
Working with lawyers and patients through federal cases. Handled and coordinated daily office procedures. Developing and maintaining patient databases. Organizing and publicizing vigil, protests, fundraisers.
CS: Microsoft Word (70 wpm), Excel, PowerPoint, PC/Mac

*Director, Core Group Member, Founded UCSC Chapter*                         January 2003-Sept. 2005
Students for a Sensible Drug Policy
Community and campus organizing to promote campus awareness of a wide scope of drug policies. Bookkeeping, administering meetings, gathering researched evidence, facilitating media campaigns.

**Related Experience:**

*Research Assistant for Craig Haney*, UCSC Psychology Department                    Fall 2005, Spring 2006

*Student Teacher- Gender and the Prison System*, UCSC Feminist Studies Dept.                 Spring 2006
Facilitating 20 undergraduates on gender structures in the prison system
Developing critical thinking and writing skills by engaging in multiple drafts, writing exercises, and critical reading strategies.

*Case Manager and Aftercare Worker, Friends Outside*, Santa Cruz, CA                May 2003-Sept. 2005
Visited, interviewed, and assisted prisoners in the Main Jail of Santa Cruz County.
Assessed and prioritized immediate needs with sensitivity to issues and confidentiality. Organized and prepared re-entry services (housing, treatment, property). Met weekly with a client after release to discuss, construct, and maintain long and short-term goals.

**Education:**
**University of California, Santa Cruz**
BA Feminist Studies (Concentration: Prison Abolition and Drug Law Reform)
BA Intensive Psychology (Emphasis: Social Psychology and Law)                                June 2006

**Projects**:
Analyzed the historical continuity between eugenics movements and drug law reform in the prison system, concluded that these movements are present in forms of legislation.

[13637-1]

EXHIBIT L

# ROSEN, BIEN
# & GALVAN, LLP

**Attorneys at Law**

**Kathleen Johnson-Silk**

315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Phone: (415) 433-6830
Fax: (415) 433-7104

---

## WORK HISTORY:

**Paralegal, Rosen, Bien & Galvan, LLP**                    *February 2006 – Present*
*Paralegal*
Manage large class action cases and court filings, create and maintain litigation technology and computer databases, conduct legal research, draft correspondence, assist attorneys with trial preparation, and conduct class member interviews.

**Catapult Learning, Inc.**                    *September 2005 – December 2005*
*Contractor/Community Development Manager*
Created and implemented outreach strategy to enroll eligible Title I students in a free after-school tutoring program. I was the liaison to parents, teachers, and school administrators, and was in charge of keeping extensive data on the progress of our outreach plan, facilitating meetings and events, recruiting and scheduling outreach employees, implementing specific marketing strategies and other administrative duties.

**Ella Baker Center for Human Rights**                    *August 2004 – December 2004*
*Bay Area Police Watch Community Outreach Coordinator,*
I was responsible for creating outreach strategies, preparing media materials and doing media advocacy, running the Police Watch help-line, making legal referrals for victims of police misconduct, researching and answering legal inquiries, training and working with volunteers and interns, performing different administrative tasks, and planning events and workshops.

## VOLUNTEER EXPERIENCE:

**Ella Baker Center for Human Rights**                    *June 2003 – December 2003*
*San Francisco, California*
I interned full time with the flagship project of the Ella Baker Center, Bay Area PoliceWatch. Bay Area PoliceWatch provides legal resources and information to people who witness or experience police abuse. I ran the PoliceWatch hotline, did database entry, gave attorney referrals, planned large events, did research on different legal and historical topics, did community outreach and organizing, and greatly learned and utilized public speaking skills. I was also invited to become part of the Ella Baker Center staff after my graduation in 2004.

**People United for a Better Oakland (PUEBLO)**                    *January 2003 – March 2003*
*Oakland, California*
I interned in the environmental justice department at PUEBLO for 6-8 hours a week, doing various types of community organizing, event planning, and policy/legal research.

**The Coalition of University Employees**                    *September 2002 – December 2002*
*Santa Cruz, California*
I worked with CUE to organize the UC clerical workers towards getting a fairer contract with the University Regents. We went out on strike on October 14 and 15, 2002 with a number of other

[239826-1]

UC unions, against the University's unfair and illegal labor practices. I did database work, member event planning, public outreach, and other organizing work.

**I Have a Dream Foundation, Marshall Elementary School**          *June 2002 – August 2002*
*San Francisco, California*
I volunteered as a summer classroom assistant twice a week. I worked with fourth grade students who are part of the I Have a Dream program, which is set up to support the students academically, financially, and emotionally from elementary school up to college.

**Peer Resources, Lowell High School**          *1998 –2000*
*San Francisco, California*
This was a class as well as an extracurricular assistant twice a week. Through peer resources I taught AIDS/HIV and STD education/prevent to other students. I also lead a resource group once a week that was held in freshman English classes to hold discussions on various topics, including drugs, family, sex, violence, and academic strategies to succeed in high school.


**EDUCATION:**

University of California, Santa Cruz
*Community Students Major, Italian Studies Minor*          2001 - 2004
Loyola University, New Orleans, LA          2000 - 2001
Lowell High School          1996 - 2000

EXHIBIT M

# ROSEN, BIEN
# & GALVAN, LLP

**Attorneys at Law**

**Kate Richardson**

315 Montgomery Street, 10th Floor
San Francisco, CA  94104

Phone:  (415) 433-6830
Fax:  (415) 433-7104

---

**WORK HISTORY:**

**Rosen, Bien & Galvan, LLP**                                                  June 2006-Present
*Paralegal*
- Manage large class action cases at the trial court and appellate levels with focus on civil rights law, disabilities law, mental health law and prisoner rights law
- Index, tabulate and summarize documents
- Perform legal research including Westlaw and Pacer
- Assist attorneys with trial preparation
- Conduct class member interviews and maintain correspondence
- Create and maintain computer databases
- Document review and production

**Feminist Majority Foundation**                                          January 2005-April 2005
*Intern*
- Created database spreadsheet for targeted direct mailing list in excess of 2500 individuals
- Conducted media research for Free Press Media conference
- Executed mass mailings for existing and prospective members
- Assisted in the organization of the National Collegiate Global Women's and Human Rights Conference
- Individually responsible for customer services of all *Ms.* Magazine Members
- Assisted in daily publishing tasks for *Ms.* Magazine

**American Immigration Lawyers Association**                          July 2004-August 2004
*Intern*
- Researched at the Library of Congress
- Attended Leadership Training Institute workshop
- Edited and drafted Immigration Policy Reports
- Attended media conferences for asylum cases

**VOLUNTEER HISTORY:**

**826 Valencia Youth Writing Center**                               March 2007-October 2008
*Volunteer*
- Assisted in teaching public speaking and debate workshop for community youth
- Weekly volunteer regarding non-profit sales and youth interaction
- Assisted in various areas including fundraising, youth publications, community events

**Refugee Transitions**                                                      April 2007-Present
*Volunteer*
- Weekly tutor sessions with Refugees in the San Francisco bay area
- Focus on ESL training, applicable life skills, job placement
- Maintain documentation of progress and consulting with Program Coordinator

**Prison Creative Arts Project (PCAP)**                              August 2005-April 2006
*Creative Writing Tutor*
- Taught creative writing at juvenile correctional facilities in the Detroit area
- Developed writing portfolios with youth
- Organized spoken performances at facilities with staff and community members

**EDUCATION:**

**University of Michigan, Ann Arbor, MI**                           August 2002-April 2006
- Bachelor of Arts, English with French Minor

**SKILLS:**
- Proficient in French
- Statistical analysis using Microsoft Excel
- Legal Research including Westlaw, Pacer and Summation.

[13621-1]

EXHIBIT N

# ROSEN, BIEN
# & GALVAN, LLP

**Maya Weltman-Fahs**

**Attorneys at Law**

315 Montgomery Street, 10th Floor                    Phone:  (415) 433-6830
San Francisco, CA  94104                               Fax:  (415) 433-7104

---

**WORK HISTORY:**

*Paralegal, Rosen, Bien and Galvan, LLP*                    June 2006-Present
Manage large class action cases; create and maintain computer databases; document review and
production; index, tabulate and summarize documents; legal research; assist attorneys with trial
preparation; conduct class member interviews.

*Caregiver, In-Home Supportive Services*                    January, 2005 – December, 2005
Home care for quadriplegic 11-year-old boy with severe spastic Cerebral Palsy.  Prepared and
administered tubal feedings, provided companionship after school and during organized family
and school events.  Selected activities to emphasize cognitive development and speech
improvement.

*Research Assistant, Pest Management and Insect Migration Study*                    Spring, 2005
Assisted Professor Sean Swezey (UCSC – Environmental Studies) studying insect migration and
parasitism.  Duties included collecting samples, sorting and identifying specimens, recording and
statistically processing data, maintaining extensive records, generating lab reports, conveying
findings at lab meetings, and independently creating and conducting appropriate follow-up
experiments.

*Community Outreach/Education Coordinator, Community Agroecology Network*                    2004-2005
Duties included arranging appropriate events and venues at which to promote CAN, conducting
communications between CAN staff and events' coordinators, synchronizing schedules of all
involved, directly educated community members through on-sight tabling.

**EDUCATION:**

University of California Santa Cruz, Santa Cruz, CA
Bachelor of Arts, Environmental Studies, December 2005

**ACTIVITIES:**

Sociological Documentary Series, *Assistant Editor*                    Spring, 2005
- Worked as assistant editor of educational documentary with Professor Dane Archer
  (UCSC - sociology).  Reviewed recorded interviews, selected critical segments, edited
  segments into cohesive documentary, and filmed supplemental scenes.

United Way Grant Allocation Committee, *Fund Distributor*                    Summer, 1999
- Worked with a group of students to allocate a grant among several dozen applicants.
  Read grant proposals, discussed their merits, and allocated the money.

**SKILLS:**

Proficient in Microsoft Office 2002, Internet, and ArcGIS 9.0.  Statistical analysis using
Microsoft Excel and Systat software.  Legal Research including Westlaw and Summation.

[13634-1]

EXHIBIT O

# ROSEN, BIEN
# & GALVAN, LLP

**Attorneys at Law**

**Matt Harrison**

315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Phone: (415) 433-6830
Fax: (415) 433-7104

---

## WORK HISTORY:

***Paralegal, Rosen, Bien & Galvan, LLP***                    *August 2007 – Present*
*Paralegal*
Manage large class action cases and court filings, create and maintain litigation technology and computer databases, conduct legal research, draft correspondence, assist attorneys with trial preparation, and conduct class member interviews.

***Law Offices of Ann L. Lipson, Soquel, CA***                    *August 2005 – September 2005*
*Legal Assistant*
Managed case files and provided support to supervising attorney who counseled individuals, families, and business on immigration matters and advocated on behalf of California immigrants at the local level. Employed on a contract basis.

***California Rural Legal Assistance, Santa Cruz, CA***          *February 2005 – September 2005*
*Intern, Legal Assistant*
Conducted client intake interviews, offered referrals to relevant agencies beyond our scope, prepared legal materials including client correspondence and worked closely with staff attorneys and paralegals predominantly in the field of tenants' rights. Assisted attorneys with the preparation of administrative hearings through case file organization and management. Worked one-to-one with an attorney in resolving follow-up matters for clients.

***Centre for Public Participation, Durban South Africa***       *August 2004 – November 2004*
*Intern, Research Assistant*
Conducted preliminary research of issues relating to environmental policy in the province of Kwa-Zulu Natal. Worked closely with staff members to identify issues for public advocacy and training.

## EDUCATION:

University of California, Santa Cruz
*Bachelor of Arts in Politics, focusing on Comparative Political Systems with departmental honors received in December 2005*                    09/2001 - 12/2005
University of Kwa-Zulu Natal, Pietermaritzburg, South Africa          02/2004 - 11/2004
*Study Abroad Program*

[239829-1]

EXHIBIT P

# ROSEN, BIEN
# & GALVAN, LLP

**Attorneys at Law**

**Haruka Roudebush**

315 Montgomery Street, 10th Floor
San Francisco, CA  94104

Phone:  (415) 433-6830
Fax:  (415) 433-7104

---

## WORK HISTORY:

**Paralegal, Rosen, Bien & Galvan, LLP**                              *August 2006 – Present*
*Paralegal*
Manage large class action cases and court filings, create and maintain litigation technology and computer databases, conduct legal research, draft correspondence, assist attorneys with trial preparation, and conduct class member interviews.

**Japan National Tourist Organization, San Francisco**          *July 2005 – January 2006*
*Deputy Director*
Provided inbound tourists to Japan with informational support. Wrote and published the "Japan Travel News" monthly newsletter sent to travel industry professionals. Liaised with members of the press traveling to Japan to make travel arrangements and set travel itineraries. Organized and coordinated three travel industry showcases featuring Japan as a travel destination in Millbrae, California; Portland, Oregon; and Seattle, Washington. Organized and set up the Japan National Tourist Organization and Japanese Government's Visit Japan Campaign booth at the 2006 Seattle Travel Trade Show.

## ORGANIZATIONAL EXPERIENCE:

**Junior State of America**                                                        *1999 –2001*
*Chapter President, Campolindo High School*
Organized weekly chapter meetings and issues debates.

*Vice Mayor, East Bay Region of Northern California State*          *2000 –2001*
Oversaw chapter development, conference registration and participation in Alameda and Contra Costa counties. Organized quarterly mini-conferences for the region. Assisted in planning programming and logistical support for statewide conferences.

**California YMCA Youth and Government Mock Trial/Legislature Program**    *2001 –2002*
*Staff Intern*
Advised a group of 15 high school sophomores from around the state on researching and drafting a bill on hate crimes for a statewide mock legislature. Led team-building exercises and workshops. Raised money for the program's annual sustaining fundraising campaign.

**Nikkei Student Union at University of California, San Diego**          *2001 –2002*
*Family Coordinator*
Compiled NSU Family Program rosters and organized Family events.

## EDUCATION:

University of California, San Diego
*B.A., Political Science; Minor, Japanese Studies*                    Graduated June 2005

[239830-1]

EXHIBIT Q

## PUI-YEE YU

### EDUCATION

**Merritt College, Oakland, California**
- ASSOCIATE'S DEGREE, Paralegal Studies. Future conferral date: December 2007. Current GPA: 3.50
  Completed Coursework: Legal Research, Advanced Legal Research, Law Office Management, Introduction to Tort Law, Law and the Legal Profession
  Future Coursework: Intro to Civil Procedure and Litigation Practice, Criminal Law, Family Law

**University of California, Berkeley, California**
- BACHELOR OF ARTS, double major in Political Science and Chinese Language. Conferred December 2005. GPA: 3.79
  Beijing Normal University – Education Abroad Program, Beijing, China, 6/02-8/02
  National Taiwan University -- Education Abroad Program, Taipei, Taiwan, 7/04-6/05

### WORK EXPERIENCE

**Seneca Center (Alameda Public Schools Program), Oakland, CA**                  August 2006-present
- CLASSROOM COUNSELOR: Apply therapeutic techniques to motivate emotionally disturbed middle school students in a special education classroom. Supervise and counsel students, and use sound judgment in their physical management. Chart and write daily summaries of students' progress with mental health goals. Participate in individual and small group instruction.

**Kaplan K12 Learning Services, Rialto, CA**                  March 2006-May 2006
- INSTRUCTOR: Taught an after-school English Language Arts class composed of 8th grade English language learners, all identified as at-risk youth by the principal at Rialto Middle School in the Rialto Unified School District.

**University Relations, Univ. of California - Berkeley, CA**                  September 2005-January 2006
- OFFICE ASSISTANT: Completed all filing, faxing, copying, database updates, and mass mailings. Processed all credit card donations to the UC Berkeley Foundation. Prepared matching gift applications for submission to donors' employers.

**Student Learning Center, Univ. of California - Berkeley, CA**                  August 2003-December 2005
- INSTRUCTOR: Taught a 1-unit undergraduate course in the African American Studies department. Created and implemented a full curriculum. Graded assignments, managed the classroom, and served as a mentor to the first-year students enrolled.
- COLLEGE WRITING COLLABORATIVE MODEL TUTOR: Sponsored a college writing class. Led workshop-style lessons during class on critical reading strategies, thesis formation, and essay coherence. Met with students individually each week.
- INDIVIDUAL WRITING TUTOR: Individually tutored four students for a semester, one hour per week each. Devised and implemented various strategies to effectively help three of the students who were non-native English speakers.

**Cal Calling Center, Cal Annual Fund, Univ. of California - Berkeley, CA**                  August 2003-December 2003
- TELE-FUNDRAISER: Raised thousands of dollars in donations by making cold calls to UC Berkeley alumni and parents and persistently requesting support for campus departments, programs, and scholarships.

### ACTIVITIES

**A.K. Smiley Public Library, Redlands, CA**                  February 2006-June 2006
- LITERACY TUTOR: Met with one parolee and one Nigerian immigrant each week to work on reading and writing skills.

**Kung Fu Club, National Taiwan University, Taipei, Taiwan R.O.C.**                  September 2004-June 2005
- TEAM MEMBER: Attended two-hour practices twice a week. Learned three martial arts forms, one using the staff. Participated in an all-Taiwan competition and won 1st place in the group exhibition event.

**Berkeley Scientific Journal, University of California - Berkeley, CA**                  January 2002-June 2004
- FEATURES EDITOR: Oversaw layout and production. Ran staff meetings, wrote articles, interviewed professors, and edited the articles of the 14-member features staff. Trained new members in journal-style writing and Macintosh software programs.

### HONORS
National Society of Collegiate Scholars, Northern California Mandarin Speech Contest: 2nd place in 2003 and 1st place 2004

### SKILLS & INTERESTS
Computer Skills:    Typing: ~70wpm. Proficient in Microsoft Office 2003, Adobe Pagemaker, Quark XPress, Windows XP
Languages:    Chinese (Cantonese and Mandarin), Spanish (conversational).
Interests:    Creative writing, yoga, and badminton.

EXHIBIT R

# SAM WEINER

**EDUCATION**
NORTHWESTERN UNIVERSITY, Evanston, IL
Bachelor of Arts in Psychology, Music Concentration
GPA: 3.70/4.00    Major GPA: 3.82/4.00
Dean's List for 8 of 11 quarters

**RELATED COURSEWORK**
Investigative Journalism, Fall 2005 and Winter 2006
- Investigated two potential wrongful conviction murder cases under the guidance of David Protess and in conjunction with attorneys at Northwestern University School of Law's Bluhm Legal Clinic
- Interviewed sources and memorialized their statements
- Analyzed trial transcripts, police reports, court orders, and trial motions
- Performed extensive individual background and litigation searches using databases from the Circuit Court of Cook County, Illinois Department of Corrections, and the Wisconsin Circuit Court
- Created extensive chronology of past students' investigations for use by future students

**EXPERIENCE**
CENTER ON WRONGFUL CONVICTIONS, Chicago, IL
**Writer and Researcher**, February 2006-Present
- Wrote detailed case summaries to be featured in upcoming encyclopedia of wrongful convictions, edited by Rob Warden, Executive Director of the Center on Wrongful Convictions at the Northwestern University School of Law, and Michael Radelet, Professor of Sociology at the University of Colorado at Boulder
- Filled out case data sheets that will be posted on the Center's website

URB MAGAZINE/REBEL ORGANIZATION (Circulation: 75,000), Los Angeles, CA
**Editorial Intern**, Summer 2005
- Wrote event coverage and album and DVD reviews for publication
- Conducted internet research on product exposure for publisher and employees
- Pulled digital content from the internet for use in the magazine

UR CHICAGO MAGAZINE (Circulation 50,000), Chicago, IL
**Editorial Intern**, Winter 2005
- Wrote profiles and album and book reviews for publication
- Added and modified featured content on magazine's website

THE DAILY NORTHWESTERN, PLAY SECTION (Circulation 7,500), Evanston, IL
**Music Editor**, Spring 2004-Spring 2005
- Edited and assigned profiles, features, and reviews for publication
- Came up with story ideas, contacted publicists, and coordinated interviews with writers
- Created and organized record label and publicist contact database for use by future editors
- Created and developed weekly music review panel that increased interest in publication
**Writer**, Fall 2003-December 2005
- Wrote features, profiles, and reviews for publication
- Conducted extensive interviews with musicians, including jazz pianist Herbie Hancock

ROLLING STONE, New York, NY
**Researcher**, "Schools That Rock: The Rolling Stone College Guide," October 2004
- Compiled summary of Evanston music scene for book by Jenny Eliscu, Associate Editor for *Rolling Stone*

ASTRALWERKS RECORDS, Los Angeles, CA
**Intern**, Summer 2004
- Tracked sales and maintained database of sales of current releases using File Maker Pro

**HONORS AND ACTIVITIES**
- Mentor for underprivileged youth in YMCA's Project SOAR, which included weekly meetings with an adolescent to provide a positive male role model
- Wrote PLAY cover story, featured in 1st place winning issue for Entertainment Supplement Open Category in the Illinois College Press Association's 2004 Awards for Excellence in Illinois College Newspapers

**SKILLS**
*Computer*: Proficient in Word, Excel, Word Perfect, File Maker Pro, LexisNexis, Quark Copy Desk, and Quark XPress
*Languages*: Conversational in Spanish, Basic Hebrew

EXHIBIT S

# REBECCA BARAN-REES

## OBJECTIVE

I would like to continue to foster a career dedicated to service, development and community building. More specifically, I hope to gain experience and further my skills in research and policy analysis.

## EDUCATION

2002 - 2006    UC Berkeley                              Berkeley, CA
*Political Science, City and Regional Planning*
Comparative political economy and international development

2004           Università per Stranieri                 Perugia, Italy
*Studies in Italian language, history, art, politics, and the European Union*

1999-2002      Lick-Wilmerding High School              San Francisco, CA

## WORK EXPERIENCE

2007-present   University of California at Berkeley      Berkeley, CA
*Research Assistant under Professor Michael Watts, Department of Geography*
- Editing, building powerpoint presentations, research, program development

2004-2005      ACLU of Northern California               San Francisco, CA
*Field Office Intern Coordinator*
- Coordinated the student internship program, organized and engaged in outreach in Northern California region, worked with the Northern California chapters, wrote action alerts, created spreadsheets, researched political issues, helped with general office assistance in the field department

2004-2005      National Lawyer's Guild/Cal COSH legal services    Oakland, CA
*Office Assistant*
- Editing, research, data entry

2000-2005      Hidden Villa Summer Camp                  Los Altos Hills, CA
*Program Head, Counselor*
- Responsible for training and managing entire camp staff and campers in experiences in environmental education and teaching of social justice and

multicultural community building. Experienced in running camp programs, planning and executing lessons in environmental stewardship, and teaching non-violence conflict resolution.

1997 – 2000    School Wise Press                    San Francisco, CA
*Office Assistant, part-time, temporary*
- Assisted with editing, Spanish language reviews, data entry

## RESEARCH EXPERIENCE

Summer 2006                                Buenos Aires, Argentina
*UC Berkeley Undergraduate Research Fellow*
- For my thesis work, I conducted an independent research project in Argentina, funded through a grant from the University of California at Berkeley. The research project, and subsequent thesis examined informal labor movements in Argentina, specifically Buenos Aires, which have surfaced to combat poverty-related issues. More specifically I worked with three waste-picking groups in urban areas and squatter settlements, conducting interviews with informal street workers, World Bank and government officials, scholars, technicians, etc. The research was funded through UC Berkeley's Summer Undergraduate Research Fellowship program, awarded to 30-40 students each year.

## VOLUNTEER EXPERIENCE

I have volunteered with organizations such as Amazon Watch, Global Exchange doing research and phone banking. I have also worked with Seven Tepees, a San Francisco youth organization working to provide inner city kids with the skills they need to make lifelong positive choices and to create their own opportunities for success. I worked with these kids in an after-school program, as well as during the summer at Hidden Villa Summer Camp.

## SKILLS

Proficiency in Spanish
Conversational Italian
Familiarity with Microsoft Excel
Microsoft PowerPoint
Adobe Photoshop
Familiarity with Lotus Approach
Research and grant writing experience
Experience in comparative data analysis
Responsible, organized

## REFERENCES

Shayna Gelender                                    Gary Sowards, Lawyer
Field Department, ACLU of Northern California      Habeas Corpus Resource Center
sgelender@aclunc.org                               gsowards@hcrc.ca.gov
(415) 621-2493                                     (415) 205-1960

Fran Schreiberg, Lawyer
National Lawyer's Guild
fschreiberg@kazanlaw.com

EXHIBIT T

## Rosen Bien & Galvan and K&L Gates Combined Disputed Merits Costs Summary

| Category | Litigation Service | 2007, Q3, Merits | 2007, Q4, Merits | 2008, Q1, Merits | 2008, Q2, Merits | 2008, Q3, Merits | 2008, Q4, Merits | Grand Total |
|---|---|---|---|---|---|---|---|---|
| **Document Productions and Electronic Discovery** | | | | | | | | |
| | Ediscovery, Scanning, Processing, Coding | | $28,898 | $50,880 | $14,778 | $51,661 | $5,801 | $152,019 |
| | Ediscovery Hosting and Data Services | | $14,330 | $22,198 | $21,128 | $54,868 | $18,250 | $130,775 |
| | Ediscovery Consultants | | $25,000 | $2,432 | | | | $27,432 |
| | Ediscovery, Printing Paper Sets for Review and Exhibits | | $5,157 | $1,749 | $76 | $1,779 | $172 | $8,933 |
| **Document Productions and Electronic Discovery Sub-Total** | | | $73,385 | $77,258 | $35,983 | $108,308 | $24,223 | $319,158 |
| **Copying Charges** | | | | | | | | |
| | Outside Copying | | $29,892 | $7,691 | $9,896 | $44,875 | $31,496 | $123,851 |
| | In-house Copying | | $26,126 | $12,320 | $12,512 | $20,462 | $31,722 | $103,142 |
| | Charges for Copies of Client Files | | | | | $78 | | $78 |
| | Reproduction of Proposed Findings of Fact in Electronic Form | | | | | | $586 | $586 |
| **Copying Charges Sub-Total** | | | $56,018 | $20,011 | $22,408 | $65,416 | $63,805 | $227,657 |
| **Witness Fees and Transcripts** | | | | | | | | |
| | Witness Fee | | | $3,495 | | $3,850 | | $7,345 |
| | Deposition Transcript | | $4,640 | $3,304 | | $40,961 | $9,155 | $58,061 |
| | Hearing Transcript | | $1,535 | $178 | $681 | $265 | $191 | $2,850 |
| | Trial Transcript | | | | | | $10,726 | $10,726 |
| | Misc Transcript | | | | | $1,450 | | $1,450 |
| | Service of Subpoenas | | $1,544 | | $73 | $495 | | $2,112 |
| **Witness Fees and Transcripts Sub-Total** | | | $7,718 | $6,977 | $754 | $47,021 | $20,072 | $82,543 |
| **Trial Presentation Photos and Video** | | | | | | | | |
| | Photo Supplies | | | | | $238 | | $238 |
| | Trial Graphics, Photos and Video | | | | | $16,478 | | $16,478 |
| | Video/Audio Duplication | | $65 | | | | | $65 |
| **Trial Presentation Photos and Video Sub-Total** | | | $65 | | | $16,716 | | $16,781 |
| **Research and Investigation** | | | | | | | | |
| | Computerized Legal Research (Westlaw, Lexis, Other) | | $8,621 | $1,545 | $2,551 | $9,171 | $10,498 | $32,386 |
| | Investigation Services | $750 | $358 | | | | | $1,108 |
| | Copies of Scientific Literature | | $116 | $166 | | $187 | | $469 |
| | Legislative Research | | | $40 | $70 | | | $110 |
| | Pacer Electronic Case File Charges | | $233 | $100 | $181 | $260 | $1,367 | $2,142 |
| **Research and Investigation Sub-Total** | | $750 | $9,327 | $1,851 | $2,803 | $9,618 | $11,865 | $36,215 |
| **Telephone** | | | | | | | | |
| | L-D Telephone | | | | | $389 | $201 | $590 |
| | Conference Calls | | | $36 | $21 | $297 | $2,463 | $2,817 |
| **Telephone Sub-Total** | | | | $36 | $21 | $686 | $2,664 | $3,407 |
| **Postage and Delivery** | | | | | | | | |
| | Postage and Delivery | | | | | $4,538 | $3,124 | $7,662 |
| **Postage and Delivery Sub-Total** | | | | | | $4,538 | $3,124 | $7,662 |
| **Travel, Parking, Mileage, Overtime Meals** | | | | | | | | |
| | Travel | | $6,583 | $1,138 | $1,687 | $7,203 | $1,082 | $17,693 |
| | Overtime Meals & Travel | | $338 | $12 | $135 | | | $485 |
| **Travel, Parking, Mileage, Overtime Meals Sub-Total** | | | $6,921 | $1,150 | $1,822 | $7,203 | $1,082 | $18,178 |
| **Translation** | | | | | | | | |
| | Translation | | | | $130 | $30 | | $160 |
| **Translation Sub-Total** | | | | | $130 | $30 | | $160 |
| **Wordprocessing** | | | | | | | | |
| | Wordprocessing | | | | | $342 | $134 | $475 |
| **Wordprocessing Sub-Total** | | | | | | $342 | $134 | $475 |
| **Grand Total** | | $750 | $153,435 | $107,284 | $63,920 | $259,879 | $126,969 | $712,236 |

**Rosen Bien & Galvan Disputed Merits Costs Summary**

| Category | Litigation Service | 2007, Q3, Merits | 2007, Q4, Merits | 2008, Q1, Merits | 2008, Q2, Merits | 2008, Q3, Merits | 2008, Q4, Merits | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Document Productions and Electronic Discovery | | | | | | | | |
| | Ediscovery, Scanning, Processing, Coding | | $28,898 | $50,880 | $14,778 | $51,661 | $5,801 | $152,019 |
| | Ediscovery Hosting and Data Services | | $14,330 | $22,198 | $21,128 | $54,868 | $18,250 | $130,775 |
| | Ediscovery Consultants | | $25,000 | $2,432 | | | | $27,432 |
| | Ediscovery, Printing Paper Sets for Review and Exhibits | | $5,157 | $1,749 | $76 | $1,779 | $172 | $8,933 |
| Document Productions and Electronic Discovery Sub-Total | | | $73,385 | $77,258 | $35,983 | $108,308 | $24,223 | $319,158 |
| Copying Charges | | | | | | | | |
| | Outside Copying | | $29,892 | $7,691 | $9,682 | $44,875 | $31,496 | $123,637 |
| | In-house Copying | | $26,126 | $12,320 | $12,512 | $20,462 | $31,722 | $103,142 |
| | Charges for Copies of Client Files | | | | | $78 | | $78 |
| | Reproduction of Proposed Findings of Fact in Electronic Form | | | | | | $586 | $586 |
| Copying Charges Sub-Total | | | $56,018 | $20,011 | $22,193 | $65,416 | $63,805 | $227,443 |
| Witness Fees and Transcripts | | | | | | | | |
| | Witness Fee | | | $3,495 | | $3,850 | | $7,345 |
| | Deposition Transcript | | $4,640 | $3,304 | | $31,466 | $2,836 | $42,246 |
| | Hearing Transcript | | $1,535 | $178 | $681 | $265 | $191 | $2,850 |
| | Trial Transcript | | | | | | $2,400 | $2,400 |
| | Misc Transcript | | | | | $1,450 | | $1,450 |
| | Service of Subpoenas | | $1,544 | | $73 | $495 | | $2,112 |
| Witness Fees and Transcripts Sub-Total | | | $7,718 | $6,977 | $754 | $37,526 | $5,426 | $58,402 |
| Trial Presentation Photos and Video | | | | | | | | |
| | Photo Supplies | | | | | $238 | | $238 |
| | Trial Graphics, Photos and Video | | | | | $16,478 | | $16,478 |
| | Video/Audio Duplication | | $65 | | | | | $65 |
| Trial Presentation Photos and Video Sub-Total | | | $65 | | | $16,716 | | $16,781 |
| Research and Investigation | | | | | | | | |
| | Computerized Legal Research (Westlaw, Lexis, Other) | | $8,621 | $1,545 | $2,166 | $6,186 | $8,375 | $26,893 |
| | Investigation Services | $750 | $358 | | | | | $1,108 |
| | Copies of Scientific Literature | | $116 | $166 | | $187 | | $469 |
| | Legislative Research | | | $40 | $70 | | | $110 |
| | Pacer Electronic Case File Charges | | $233 | $100 | $181 | $260 | $1,367 | $2,142 |
| Research and Investigation Sub-Total | | $750 | $9,327 | $1,851 | $2,418 | $6,633 | $9,742 | $30,721 |
| Telephone Charges | | | | | | | | |
| | L-D Telephone | | | | | $389 | $201 | $590 |
| | Conference Calls | | | | | $297 | $2,463 | $2,760 |
| Telephone Charges Sub-Total | | | | | | $686 | $2,664 | $3,350 |
| Postage and Delivery | | | | | | | | |
| | Postage and Delivery | | | | | $4,496 | $3,124 | $7,620 |
| Postage and Delivery Sub-Total | | | | | | $4,496 | $3,124 | $7,620 |
| Travel, Parking, Mileage, Overtime Meals | | | | | | | | |
| | Travel | | $6,583 | $1,138 | $1,581 | $6,566 | $1,082 | $16,950 |
| | Overtime Meals & Travel | | $338 | | | | | $338 |
| Travel, Parking, Mileage, Overtime Meals Sub-Total | | | $6,921 | $1,138 | $1,581 | $6,566 | $1,082 | $17,288 |
| Translation | | | | | | | | |
| | Translation | | | | | $130 | $30 | $160 |
| Translation Sub-Total | | | | | | $130 | $30 | $160 |
| Grand Total | | $750 | $153,435 | $107,235 | $63,060 | $246,377 | $110,066 | $680,923 |

Coleman v. Schwarzenegger
Motion to Compel

## K&L Gates Disputed Costs Summary

| Category | Litigation Service | 2008, Q1, Merits | 2008, Q2, Merits | 2008, Q3, Merits | 2008, Q4, Merits | Grand Total |
|---|---|---|---|---|---|---|
| Copying Charges | | | | | | |
| | Outside Copying | | $214 | | | $214 |
| Copying Charges Sub-Total | | | $214 | | | $214 |
| | | | | | | |
| Witness Fees and Transcripts | | | | | | |
| | Deposition Transcript | | | $9,495 | $6,320 | $15,815 |
| | Trial Transcript | | | | $8,326 | $8,326 |
| Witness Fees and Transcripts Sub-Total | | | | $9,495 | $14,646 | $24,141 |
| | | | | | | |
| Research and Investigation | | | | | | |
| | Computerized Legal Research (Westlaw, Lexis, Other) | | $385 | $2,985 | $2,123 | $5,493 |
| Research and Investigation Sub-Total | | | $385 | $2,985 | $2,123 | $5,493 |
| | | | | | | |
| Telephone | | | | | | |
| | Conference Calls | $36 | $21 | | | $57 |
| Telephone Sub-Total | | $36 | $21 | | | $57 |
| | | | | | | |
| Postage and Delivery | | | | | | |
| | Postage and Delivery | | | $42 | | $42 |
| Postage and Delivery Sub-Total | | | | $42 | | $42 |
| | | | | | | |
| Travel, Parking, Mileage, Overtime Meals | | | | | | |
| | Travel | | $106 | $637 | | $743 |
| | Overtime Meals & Travel | $12 | $135 | | | $147 |
| Travel, Parking, Mileage, Overtime Meals Sub-Total | | $12 | $241 | $637 | | $890 |
| | | | | | | |
| Wordprocessing | | | | | | |
| | Wordprocessing | | | $342 | $134 | $475 |
| Wordprocessing Sub-Total | | | | $342 | $134 | $475 |
| | | | | | | |
| Grand Total | | $49 | $860 | $13,501 | $16,903 | $31,313 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q3, Merits | Kohler & Associates: services rendered, August 28 - September 6, 2007 // KOH050 KOHLER & ASSOCIATE// | Investigation Services | $750.00 | $750.00 | $750.00 | 10052 |
| | **2007, Q3, Merits** | **Quarter Total** | | | | **$750.00** | |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.83 | $4.83 | $4.83 | 10149 |
| RBG | 2007, Q4, Merits | DMH SQ IC meeting: travel 190 miles @ .485, 10/04/07 //489-3 RSA050 RITIKA S. AGGARWAL// | Travel | $92.15 | $92.15 | $92.15 | 10149 |
| RBG | 2007, Q4, Merits | DMH SQ IC meeting: lunch, 10/04/07          //489-3 RSA050 RITIKA S. AGGARWAL// | Travel | $5.66 | $5.66 | $5.66 | 10149 |
| RBG | 2007, Q4, Merits | DMH SQ IC meeting: toll, 10/04/07          //489-3 RSA050 RITIKA S. AGGARWAL// | Travel | $4.00 | $4.00 | $4.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $108.00 | $108.00 | $108.00 | 10149 |
| RBG | 2007, Q4, Merits | SFGTV: DVD of SF Public Defenders 2007 Reentry Summit //DVD 2007 MISC. CITY AND COUNTY OF// | Video/Audio Duplication | $32.50 | $32.50 | $32.50 | 10149 |
| RBG | 2007, Q4, Merits | SFGTV: Public defender's reentry Summit 2007          //21259 SEN050 SENATE RULES COMMI// | Video/Audio Duplication | $32.50 | $32.50 | $32.50 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $52.69 | $52.69 | $52.69 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $48.25 | $48.25 | $48.25 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.93 | $2.93 | $2.93 | 10149 |
| RBG | 2007, Q4, Merits | Discovery: cab, 10/14/07, 10/11/07          //489-3 LER050 LORI E. RIFKIN// | Travel | $39.00 | $39.00 | $39.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $85.72 | $85.72 | $85.72 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $47.86 | $47.86 | $47.86 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $25.51 | $25.51 | $25.51 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.62 | $6.62 | $6.62 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.45 | $0.45 | $0.45 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $44.91 | $44.91 | $44.91 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | Taxi to Court for filing          //489-3 DB_051 DENNIS BERUBE - CA// | Travel | $10.00 | $10.00 | $10.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $74.79 | $74.79 | $74.79 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $65.12 | $65.12 | $65.12 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $72.24 | $72.24 | $72.24 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $42.83 | $42.83 | $42.83 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $76.04 | $76.04 | $76.04 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $86.90 | $86.90 | $86.90 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $33.51 | $33.51 | $33.51 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.34 | $3.34 | $3.34 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/23/07 //463618 PAN050 PANDA LEGAL COPY// | Outside Copying | $131.94 | $131.94 | $131.94 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $219.09 | $219.09 | $219.09 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.09 | $3.09 | $3.09 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/23/07 //463616 PAN050 PANDA LEGAL COPY// | Outside Copying | $1,865.44 | $1,865.44 | $1,865.44 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/22/07 //463614 PAN050 PANDA LEGAL COPY// | Outside Copying | $881.56 | $881.56 | $881.56 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/23/07 //463617 PAN050 PANDA LEGAL COPY// | Outside Copying | $567.67 | $567.67 | $567.67 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/19/07 //463613 PAN050 PANDA LEGAL COPY// | Outside Copying | $243.37 | $243.37 | $243.37 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/19/07 //463611 PAN050 PANDA LEGAL COPY// | Outside Copying | $196.93 | $196.93 | $196.93 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/19/07 //463612 PAN050 PANDA LEGAL COPY// | Outside Copying | $176.10 | $176.10 | $176.10 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/16/07 //463603 PAN050 PANDA LEGAL COPY// | Outside Copying | $175.99 | $175.99 | $175.99 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/17/07 //463606 PAN050 PANDA LEGAL COPY// | Outside Copying | $172.73 | $172.73 | $172.73 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/11/07 //463597 PAN050 PANDA LEGAL COPY// | Outside Copying | $162.75 | $162.75 | $162.75 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/22/07 //463615 PAN050 PANDA LEGAL COPY// | Outside Copying | $130.20 | $130.20 | $130.20 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/19/07 //463610 PAN050 PANDA LEGAL COPY// | Outside Copying | $97.95 | $97.95 | $97.95 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $86.58 | $86.58 | $86.58 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $81.00 | $81.00 | $81.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.70 | $7.70 | $7.70 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.41 | $5.41 | $5.41 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $94.72 | $94.72 | $94.72 | 10149 |
| RBG | 2007, Q4, Merits | Travel to Sacramento for Hearing: mileage (192 miles)   //0489-3 LAE050 LISA A. ELLS// | Travel | $93.12 | $93.12 | $93.12 | 10149 |
| RBG | 2007, Q4, Merits | Ikon Office Solutions: document coding, 3489 documents, 10/23/07   //SAF0710069 IKO055 IKON OFFICE SOLUT// | Ediscovery, Scanning, Processing, Coding | $5,357.61 | $5,357.61 | $5,357.61 | 10149 |
| RBG | 2007, Q4, Merits | Advisory committee meeting: travel 190 miles @ .485,10/31/07 //9961/4893 MVM050 MARIA V. MORRIS// | Travel | $92.15 | $92.15 | $92.15 | 10149 |
| RBG | 2007, Q4, Merits | Advisory committee meeting: lunch, 10/31/07        //9961/4893 MVM050 MARIA V. MORRIS// | Travel | $15.56 | $15.56 | $15.56 | 10149 |
| RBG | 2007, Q4, Merits | Advisory committee meeting: lunch, 10/31/07        //9961/4893 MVM050 MARIA V. MORRIS// | Travel | $10.00 | $10.00 | $10.00 | 10149 |
| RBG | 2007, Q4, Merits | Advisory committee meeting: toll, 10/31/07         //9961/4893 MVM050 MARIA V. MORRIS// | Travel | $4.00 | $4.00 | $4.00 | 10149 |
| RBG | 2007, Q4, Merits | Golden Gate Reporting: Senate Subcommittee Hearing transcript, 10/12/07   //28297 GOL050 GOLDEN GATE REP// | Hearing Transcript | $709.90 | $709.90 | $709.90 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.95 | $45.95 | $45.95 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.01 | $45.01 | $45.01 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: airfare, 10/28/07             //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $393.30 | $393.30 | $393.30 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: hotel (Dr. Harvey), 10/29/07        //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $110.73 | $110.73 | $110.73 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: hotel (MWB), 10/29/07          //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $110.73 | $110.73 | $110.73 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: rental car, 10/29/07         //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $79.66 | $79.66 | $79.66 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: cab from SFO to RBG, 10/29/07        //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $70.00 | $70.00 | $70.00 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: dinner, 10/28/07            //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $34.30 | $34.30 | $34.30 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: cab to SFO from RBG, 10/28/07        //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $30.00 | $30.00 | $30.00 | 10149 |
| RBG | 2007, Q4, Merits | CIM tour: dinner, 10/29/07            //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $20.00 | $20.00 | $20.00 | 10149 |
| RBG | 2007, Q4, Merits | VSPW tour: toll, 10/30/07           //489-3 LER050 LORI E. RIFKIN// | Travel | $4.00 | $4.00 | $4.00 | 10149 |
| RBG | 2007, Q4, Merits | CSP-SOL visit: toll, 11/02/07          //489-3 LER050 LORI E. RIFKIN// | Travel | $4.00 | $4.00 | $4.00 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges Library Copier | In-house Copying | $2,442.20 | $2,442.20 | $2,442.20 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges Inmate Correspondence Copier | In-house Copying | $1,864.00 | $1,864.00 | $1,864.00 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges Mail Room Copier | In-house Copying | $1,610.80 | $1,610.80 | $1,610.80 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges File Room Copier | In-house Copying | $605.80 | $605.80 | $605.80 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.92 | $14.92 | $14.92 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.46 | $0.46 | $0.46 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $26.00 | $26.00 | $26.00 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $16.08 | $16.08 | $16.08 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.20 | $3.20 | $3.20 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/30/07 //463635 PAN050 PANDA LEGAL COPY// | Outside Copying | $286.77 | $286.77 | $286.77 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/25/07 //463628 PAN050 PANDA LEGAL COPY// | Outside Copying | $138.88 | $138.88 | $138.88 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/26/07 //463630 PAN050 PANDA LEGAL COPY// | Outside Copying | $97.65 | $97.65 | $97.65 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 10/31/07 //463639 PAN050 PANDA LEGAL COPY// | Outside Copying | $62.01 | $62.01 | $62.01 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $19.90 | $19.90 | $19.90 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: work late, 12/13/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $20.00 | $20.00 | $20.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: cab, 11/13/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $19.00 | $19.00 | $19.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: cab, 11/04/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $18.00 | $18.00 | $18.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: work late, 11/17/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $18.00 | $18.00 | $18.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: cab, 11/01/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $17.00 | $17.00 | $17.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: cab, 11/08/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $17.00 | $17.00 | $17.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: work late, 11/16/07          //0489-3 LAE050 LISA A. ELLS// | Overtime Meals & Travel | $17.00 | $17.00 | $17.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $53.41 | $53.41 | $53.41 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $52.03 | $52.03 | $52.03 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | Expert tours: travel SF-SVSP-MCSP-SF, 11/01/07-11/02/07 //489-3 JEK050 JANE KAHN// | Travel | $231.84 | $231.84 | $231.84 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: hotel, 11/01/07          //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $216.60 | $216.60 | $216.60 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: airfare, 11/01/07          //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $158.00 | $158.00 | $158.00 | 10149 |
| RBG | 2007, Q4, Merits | Expert tours: Hotel, (CI), 11/01/07-11/02/07          //489-3 JEK050 JANE | Travel | $77.90 | $77.90 | $77.90 | 10149 |
| RBG | 2007, Q4, Merits | Expert tours: Hotel, (JEK), 11/01/07-11/02/07          //489-3 JEK050 JANE | Travel | $77.90 | $77.90 | $77.90 | 10149 |
| RBG | 2007, Q4, Merits | Expert tours: dinner w/Craig Itaney/expert, 11/01/07 //489-3 JEK050 JANE KAHN// | Travel | $48.00 | $48.00 | $48.00 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Expert tour of LAC: parking at SFO, 11/01/07    //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $39.00 | $39.00 | $39.00 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: breakfast w/AEW, 11/02/07    //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $30.00 | $30.00 | $30.00 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: travel roundtrip to SFO, 11/1/07 //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $19.40 | $19.40 | $19.40 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: dinner, 11/02/07    //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $15.00 | $15.00 | $15.00 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour of LAC: lunch w/AEW, 11/02/07    //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $15.00 | $15.00 | $15.00 | 10149 |
| RBG | 2007, Q4, Merits | Expert Tours: lunch, 11/01/07    //489-3 JEK050 JANE | Travel | $6.65 | $6.65 | $6.65 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.93 | $8.93 | $8.93 | 10149 |
| RBG | 2007, Q4, Merits | Sage Publication: requested articles, 10/04/07    //5474 9700 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $35.00 | $35.00 | $35.00 | 10149 |
| RBG | 2007, Q4, Merits | Sage Publication: requested articles, 10/04/07    //5474 9700 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $35.00 | $35.00 | $35.00 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: airfare, 10/31/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $714.80 | $714.80 | $714.80 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: travel insurance, 10/31/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $32.39 | $32.39 | $32.39 | 10149 |
| RBG | 2007, Q4, Merits | Discovery Hearing: lunch, 10/25/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $24.42 | $24.42 | $24.42 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: breakfast, 10/31/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $14.95 | $14.95 | $14.95 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: agent fee, 10/31/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $9.99 | $9.99 | $9.99 | 10149 |
| RBG | 2007, Q4, Merits | VSPW tour: cab, 10/31/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $8.00 | $8.00 | $8.00 | 10149 |
| RBG | 2007, Q4, Merits | Discovery Hearing: parking, 10/25/07    //5474 9700 PLA025 BUSINESS CARD// | Travel | $6.50 | $6.50 | $6.50 | 10149 |
| RBG | 2007, Q4, Merits | VSPW tour: breakfast, 10/30/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $5.47 | $5.47 | $5.47 | 10149 |
| RBG | 2007, Q4, Merits | VSPW tour: lunch, 10/30/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $5.20 | $5.20 | $5.20 | 10149 |
| RBG | 2007, Q4, Merits | VSPW tour: coffee, 10/30/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $1.80 | $1.80 | $1.80 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.37 | $8.37 | $8.37 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | SOL Expert lunch: cab, 11/01/07    //0489-3 AEW050 AMY E. WHELAN// | Travel | $15.00 | $15.00 | $15.00 | 10149 |
| RBG | 2007, Q4, Merits | SOL Expert lunch: toll, 10/31/07    //0489-3 AEW050 AMY E. WHELAN// | Travel | $14.95 | $14.95 | $14.95 | 10149 |
| RBG | 2007, Q4, Merits | SOL Expert tour: toll, 10/31/07    //0489-3 AEW050 AMY E. WHELAN// | Travel | $4.00 | $4.00 | $4.00 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel

Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | SOL Expert tour: toll, 10/31/07          //0489-3 AEW050 AMY E. WHELAN// | Travel | $4.00 | $4.00 | $4.00 | 10149 |
| RBG | 2007, Q4, Merits | LAC Expert tour: lunch, 11/02/07          //0489-3 AEW050 AMY E. WHELAN// | Travel | $3.00 | $3.00 | $3.00 | 10149 |
| RBG | 2007, Q4, Merits | Petrilla Reporting & Transcription: 10/25/07 proceedings //3010 PET025 PETRILLA REPORTING// | Hearing Transcript | $279.60 | $279.60 | $279.60 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.70 | $3.70 | $3.70 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.70 | $1.70 | $1.70 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.65 | $38.65 | $38.65 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.40 | $3.40 | $3.40 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.26 | $2.26 | $2.26 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | Ikon: copy job, 11/12/07          //55684 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $508.34 | $508.34 | $508.34 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $25.89 | $25.89 | $25.89 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/01/07 //463637 PAN050 PANDA LEGAL COPY// | Outside Copying | $442.25 | $442.25 | $442.25 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/12/07 //463663 PAN050 PANDA LEGAL COPY// | Outside Copying | $319.70 | $319.70 | $319.70 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/06/07 //463651 PAN050 PANDA LEGAL COPY// | Outside Copying | $237.72 | $237.72 | $237.72 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/02/07 //463643 PAN050 PANDA LEGAL COPY// | Outside Copying | $119.78 | $119.78 | $119.78 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.48 | $4.48 | $4.48 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $64.92 | $64.92 | $64.92 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $36.37 | $36.37 | $36.37 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $28.96 | $28.96 | $28.96 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $216.32 | $216.32 | $216.32 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $114.99 | $114.99 | $114.99 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.57 | $16.57 | $16.57 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.83 | $8.83 | $8.83 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.06 | $6.06 | $6.06 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.56 | $4.56 | $4.56 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $54.36 | $54.36 | $54.36 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $25.71 | $25.71 | $25.71 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $22.05 | $22.05 | $22.05 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.14 | $2.14 | $2.14 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.13 | $1.13 | $1.13 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $89.80 | $89.80 | $89.80 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.79 | $38.79 | $38.79 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.31 | $14.31 | $14.31 | 10149 |
| RBG | 2007, Q4, Merits | LECG: Retainer //RETAINER LECG50 LECG, LLC// | Ediscovery Consultants | $25,000.00 | $25,000.00 | $25,000.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $31.98 | $31.98 | $31.98 | 10149 |
| RBG | 2007, Q4, Merits | San Francisco Legal: copy job, 11/21/07        //104463 SAN050 SAN FRANCISCO LEGA// | Outside Copying | $75.00 | $75.00 | $75.00 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: copy docs to summation        //31435 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $2,218.04 | $2,218.04 | $2,218.04 | 10149 |
| RBG | 2007, Q4, Merits | San Francisco Legal: copy job, 11/26/07        //104503 SAN050 SAN FRANCISCO LEGA// | Outside Copying | $406.88 | $406.88 | $406.88 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $127.08 | $127.08 | $127.08 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.75 | $4.75 | $4.75 | 10149 |
| RBG | 2007, Q4, Merits | Expert tour - SAC: travel 220 miles @ .485, 11/26/07 //489-3 JEK050 JANE KAHN// | Travel | $106.70 | $106.70 | $106.70 | 10149 |
| RBG | 2007, Q4, Merits | ALC: copy job, 11/27/07        //55901 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $589.68 | $589.68 | $589.68 | 10149 |
| RBG | 2007, Q4, Merits | Ikon: copy job, 11/27/07        //55874 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $495.26 | $495.26 | $495.26 | 10149 |
| RBG | 2007, Q4, Merits | Ikon: copy job, 11/27/07        //55892 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $272.64 | $272.64 | $272.64 | 10149 |
| RBG | 2007, Q4, Merits | Petrilla Reporting and Transcription: transcript of 11/19 & 11/21 proceedings //3035 PET025 PETRILLA R// | Hearing Transcript | $264.40 | $264.40 | $264.40 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2,218.90 | $2,218.90 | $2,218.90 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.54 | $29.54 | $29.54 | 10149 |
| RBG | 2007, Q4, Merits | CT Summation: data services, November 2007 | Ediscovery Hosting and Data Services | $2,366.91 | $2,366.91 | $2,366.91 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/28/07 //463691 PAN050 PANDA LEGAL COPY// | Outside Copying | $3,290.11 | $3,290.11 | $3,290.11 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/14/07 //463667 PAN050 PANDA LEGAL COPY// | Outside Copying | $682.68 | $682.68 | $682.68 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/15/07 //463668 PAN050 PANDA LEGAL COPY// | Outside Copying | $677.04 | $677.04 | $677.04 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/15/07 //463672 PAN050 PANDA LEGAL COPY// | Outside Copying | $527.31 | $527.31 | $527.31 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/27/07 //463693 PAN050 PANDA LEGAL COPY// | Outside Copying | $304.02 | $304.02 | $304.02 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/13/07 //463665 PAN050 PANDA LEGAL COPY// | Outside Copying | $218.90 | $218.90 | $218.90 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/19/07 //463680 PAN050 PANDA LEGAL COPY// | Outside Copying | $207.24 | $207.24 | $207.24 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/21/07 //463689 PAN050 PANDA LEGAL COPY// | Outside Copying | $130.20 | $130.20 | $130.20 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/26/07 //463690 PAN050 PANDA LEGAL COPY// | Outside Copying | $126.19 | $126.19 | $126.19 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/27/07 //463696 PAN050 PANDA LEGAL COPY// | Outside Copying | $48.83 | $48.83 | $48.83 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $58.07 | $58.07 | $58.07 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.22 | $2.22 | $2.22 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.57 | $0.57 | $0.57 | 10149 |
| RBG | 2007, Q4, Merits | Ikon Office Solutions: OCR, LDD and Coding, 11/01/07        //SAF0801020 IKO055 IKON OFFICE SOLUTI// | Ediscovery, Scanning, Processing, Coding | $10,018.69 | $10,018.69 | $10,018.69 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: Transfer data to summation Case Vault via FTP //31449 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $260.40 | $260.40 | $260.40 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $107.28 | $107.28 | $107.28 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.13 | $1.13 | $1.13 | 10149 |
| RBG | 2007, Q4, Merits | Sayler Legal Service, Inc.: scanning of 9,244 pages at Salinas Valley State Prison //C103626-01 SAY050// | Outside Copying | $1,897.30 | $1,897.30 | $1,897.30 | 10149 |
| RBG | 2007, Q4, Merits | Campbell Attorney Service: copy service, 11/26 & 11/27 //12955 CAM050 CAMPBELL ATTORNEY// | Outside Copying | $678.00 | $678.00 | $678.00 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: copy of docs //ASARO28417 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $581.60 | $581.60 | $581.60 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: copy docs re //ASARO28417 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $478.30 | $478.30 | $478.30 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: Copy docs //ASARO28418 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $407.60 | $407.60 | $407.60 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | ALC: copy job, 11/30/07          //55932 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $402.37 | $402.37 | $402.37 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: copy docs //ASARO28417 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $348.80 | $348.80 | $348.80 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: copy docs  //ASARO28418 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $275.90 | $275.90 | $275.90 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 11/29/07 //463699 PAN050 PANDA LEGAL COPY// | Outside Copying | $91.68 | $91.68 | $91.68 | 10149 |
| RBG | 2007, Q4, Merits | Arval Legal Services: copy docs  //ASARO28417 ARV050 ARVAL LEGAL SERVIC// | Outside Copying | $15.00 | $15.00 | $15.00 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, Library copier | In-house Copying | $3,690.60 | $3,690.60 | $3,690.60 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, Mailroom copier | In-house Copying | $3,211.20 | $3,211.20 | $3,211.20 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, File Area copier | In-house Copying | $2,292.20 | $2,292.20 | $2,292.20 | 10149 |
| RBG | 2007, Q4, Merits | Copying in-house copying charges, inmate correspondence copier | In-house Copying | $1,697.40 | $1,697.40 | $1,697.40 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $59.06 | $59.06 | $59.06 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.56 | $6.56 | $6.56 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.95 | $2.95 | $2.95 | 10149 |
| RBG | 2007, Q4, Merits | Kohler & Associates: services rendered 10/07 - 11/07 (split w/ 1051-1) // KOH050 KOHLER & ASSOCIATE// | Investigation Services | $351.50 | $351.50 | $351.50 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $47.52 | $47.52 | $47.52 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $12.88 | $12.88 | $12.88 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $7.20 | $7.20 | $7.20 | 10149 |
| RBG | 2007, Q4, Merits | LexisNexis Courtlink: process server for John Misener, 11/29/07 //3000175 LEX075 LEXISNEXIS COURTLI// | Service of Subpoenas | $365.00 | $365.00 | $365.00 | 10149 |
| RBG | 2007, Q4, Merits | Process Server: served Navigant Consulting, Inc., 11/30/07 //2007008635 FRO050 FRONT RANGE LEGAL// | Service of Subpoenas | $287.90 | $287.90 | $287.90 | 10149 |
| RBG | 2007, Q4, Merits | LexisNexis Courtlink: process server for Navigant Consulting, Inc., 11/29/07 //3000175 LEX075 LEXISNEX// | Service of Subpoenas | $285.00 | $285.00 | $285.00 | 10149 |
| RBG | 2007, Q4, Merits | Process Server: served John Misener, 11/29/07      //2007008627 FRO050 FRONT RANGE LEGAL// | Service of Subpoenas | $199.00 | $199.00 | $199.00 | 10149 |
| RBG | 2007, Q4, Merits | LexisNexis Courtlink: process server for California Dept of Public Health, 11/29/07 //3000175 LEX075// | Service of Subpoenas | $185.00 | $185.00 | $185.00 | 10149 |
| RBG | 2007, Q4, Merits | VSPW/CCWF Expert tour: cab to rental car, 11/26/07  //0489-3 AEW050 AMY E. WHELAN// | Travel | $7.00 | $7.00 | $7.00 | 10149 |
| RBG | 2007, Q4, Merits | VSPW/CCWF Expert tour: bridge toll, 11/27/07      //0489-3 AEW050 AMY E. WHELAN// | Travel | $3.00 | $3.00 | $3.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $295.79 | $295.79 | $295.79 | 10149 |
| RBG | 2007, Q4, Merits | VSPW expert tour: travel 310 miles @ .485, 10/30/07 //489-3 LER050 LORI E. RIFKIN// | Travel | $150.35 | $150.35 | $150.35 | 10149 |
| RBG | 2007, Q4, Merits | Discovery hearing: travel 180 miles @ .485, 11/19/07 //489-3 LER050 LORI E. RIFKIN// | Travel | $87.30 | $87.30 | $87.30 | 10149 |
| RBG | 2007, Q4, Merits | Discovery hearing: tolls, 11/19/07         //489-3 LER050 LORI E. RIFKIN// | Travel | $8.00 | $8.00 | $8.00 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $353.20 | $353.20 | $353.20 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $344.06 | $344.06 | $344.06 | 10149 |
| RBG | 2007, Q4, Merits | Pablo Declaration: online research, 11/06/07    //5474 9764 PLA025 BUSINESS CARD// | Computerized Legal Research (Westlaw, Lexis, Other) | $35.00 | $35.00 | $35.00 | 10149 |
| RBG | 2007, Q4, Merits | Pablo Declaration: online research, 11/06/07    //5474 9764 PLA025 BUSINESS CARD// | Computerized Legal Research (Westlaw, Lexis, Other) | $32.00 | $32.00 | $32.00 | 10149 |
| RBG | 2007, Q4, Merits | Packer Depo.: online research, 11/28/07    //5474 9700 PLA025 BUSINESS CARD// | Computerized Legal Research (Westlaw, Lexis, Other) | $32.00 | $32.00 | $32.00 | 10149 |
| RBG | 2007, Q4, Merits | Packer Depo: online research, 11/28/07    //5474 9700 PLA025 BUSINESS CARD// | Computerized Legal Research (Westlaw, Lexis, Other) | $32.00 | $32.00 | $32.00 | 10149 |
| RBG | 2007, Q4, Merits | Pablo Declaration: online research, 11/05/07    //5474 9764 PLA025 BUSINESS CARD// | Computerized Legal Research (Westlaw, Lexis, Other) | $11.95 | $11.95 | $11.95 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.05 | $4.05 | $4.05 | 10149 |
| RBG | 2007, Q4, Merits | Amazon: purchase of textbook with chapter by Defendant's expert Ira Packer, 11/21/07 //5474 9764 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $31.94 | $31.94 | $31.94 | 10149 |
| RBG | 2007, Q4, Merits | LAC expert tour: hotel, 11/02/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $243.43 | $243.43 | $243.43 | 10149 |
| RBG | 2007, Q4, Merits | CCWF expert tour: rental car, 11/29/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $196.61 | $196.61 | $196.61 | 10149 |
| RBG | 2007, Q4, Merits | CCWF expert tour: hotel, 11/29/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $173.39 | $173.39 | $173.39 | 10149 |
| RBG | 2007, Q4, Merits | Hearing: parking, 11/19/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $34.00 | $34.00 | $34.00 | 10149 |
| RBG | 2007, Q4, Merits | CSP-SOL visit: parking, 11/02/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $34.00 | $34.00 | $34.00 | 10149 |
| RBG | 2007, Q4, Merits | Stewart Depo prep: dinner, 11/29/07    //5474 9764 PLA025 BUSINESS CARD// | Travel | $26.75 | $26.75 | $26.75 | 10149 |
| RBG | 2007, Q4, Merits | Hearing in Sac.: meal, 11/19/07    //5474 9700 PLA025 BUSINESS CARD// | Travel | $21.10 | $21.10 | $21.10 | 10149 |
| RBG | 2007, Q4, Merits | Coleman: taxi, 11/20/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $21.00 | $21.00 | $21.00 | 10149 |
| RBG | 2007, Q4, Merits | Packer Depo prep: taxi, 11/30/07    //5474 9700 PLA025 BUSINESS CARD// | Travel | $20.00 | $20.00 | $20.00 | 10149 |
| RBG | 2007, Q4, Merits | Packer Depo: taxi, 11/28/07    //5474 9700 PLA025 BUSINESS CARD// | Travel | $18.00 | $18.00 | $18.00 | 10149 |
| RBG | 2007, Q4, Merits | Stewart Declaration: taxi, 11/08/07    //5474 9764 PLA025 BUSINESS CARD// | Travel | $13.50 | $13.50 | $13.50 | 10149 |
| RBG | 2007, Q4, Merits | Coleman: taxi, 11/06/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $13.00 | $13.00 | $13.00 | 10149 |
| RBG | 2007, Q4, Merits | Stewart Declaration: taxi, 11/07/07    //5474 9764 PLA025 BUSINESS CARD// | Travel | $13.00 | $13.00 | $13.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman: parking, 11/18/07    //5474 9740 PLA025 BUSINESS CARD// | Travel | $12.00 | $12.00 | $12.00 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Coleman: taxi, 11/13/07  //5474 9740 PLA025 BUSINESS CARD// | Travel | $12.00 | $12.00 | $12.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman: taxi, 11/14/07  //5474 9740 PLA025 BUSINESS CARD// | Travel | $12.00 | $12.00 | $12.00 | 10149 |
| RBG | 2007, Q4, Merits | Stewart Declaration: taxi, 11/06/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $12.00 | $12.00 | $12.00 | 10149 |
| RBG | 2007, Q4, Merits | CMF tour: parking, 11/26/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $11.00 | $11.00 | $11.00 | 10149 |
| RBG | 2007, Q4, Merits | SVSP tour: lunch, 11/01/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $10.62 | $10.62 | $10.62 | 10149 |
| RBG | 2007, Q4, Merits | Hearing in Sac.: parking, 11/19/07  //5474 9700 PLA025 BUSINESS CARD// | Travel | $6.50 | $6.50 | $6.50 | 10149 |
| RBG | 2007, Q4, Merits | CMF tour: meal, 11/26/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $4.71 | $4.71 | $4.71 | 10149 |
| RBG | 2007, Q4, Merits | CMF tour: meal, 11/26/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $4.50 | $4.50 | $4.50 | 10149 |
| RBG | 2007, Q4, Merits | SVSP tour: meal, 11/28/07  //5474 9764 PLA025 BUSINESS CARD// | Travel | $3.90 | $3.90 | $3.90 | 10149 |
| RBG | 2007, Q4, Merits | Discovery brief: coffee, 11/17/07  //5474 9700 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $10.00 | $10.00 | $10.00 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: medium litigation scanning - includes doc preparation, imaging and doc reassembly of mixed quality, standard bibliographic coding, OCR, control numbering, archival CD, FTP delivery, 12/05 Bates Ranges CDCR 010361- CDCR 022183, DMH 000659-DMH | Ediscovery, Scanning, Processing, Coding | $4,699.92 | $4,699.92 | $4,699.92 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $258.45 | $258.45 | $258.45 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $141.85 | $141.85 | $141.85 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $58.95 | $58.95 | $58.95 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.93 | $10.93 | $10.93 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.66 | $10.66 | $10.66 | 10149 |
| RBG | 2007, Q4, Merits | Document Services Unlimited: digital blowbacks  //07SF120624 DOC050 DOCUMENT SERVICES// | Ediscovery, Printing Paper Sets for Review and Exhibits | $5,097.68 | $5,097.68 | $5,097.68 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $355.57 | $355.57 | $355.57 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.88 | $8.88 | $8.88 | 10149 |
| RBG | 2007, Q4, Merits | E-Process & Investigations, Inc.: served Navigant Consulting, Inc., 11/29/07  //2007000021 EPR050 E-PRO// | Service of Subpoenas | $100.00 | $100.00 | $100.00 | 10149 |
| RBG | 2007, Q4, Merits | CIM: Copy job, 12/07/07  //108695 JJ_050 J.J. PHOTOCOPY SER// | Outside Copying | $1,199.39 | $1,199.39 | $1,199.39 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $116.44 | $116.44 | $116.44 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $114.47 | $114.47 | $114.47 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.01 | $1.01 | $1.01 | 10149 |
| RBG | 2007, Q4, Merits | Transcript of Coleman 12/06/07 proceeding, 12/08/07 //3048 PET025 PETRILLA REPORTING// | Hearing Transcript | $183.45 | $183.45 | $183.45 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $55.41 | $55.41 | $55.41 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.65 | $13.65 | $13.65 | 10149 |
| RBG | 2007, Q4, Merits | Midnightrun:medium litigation scanning - includes doc preparation, imaging and doc reassembly of mixed quality, standard bibliographic coding, OCR, control numbering, archival CD, FTP delivery CDCR 200071207_a, CDCR 20071207_b, DOF 20071207, DMH 20071207 | Ediscovery, Scanning, Processing, Coding | $1,111.66 | $1,111.66 | $1,111.66 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $274.81 | $274.81 | $274.81 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $74.90 | $74.90 | $74.90 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.01 | $1.01 | $1.01 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: medium litigation scanning - includes doc preparation, imaging and doc reassembly of mixed quality, standard bibliographic coding, OCR, control numbering, archival CD, FTP delivery. Bates range NAVIGANT 000001-413       //31490 MID050 MI | Ediscovery, Scanning, Processing, Coding | $195.37 | $195.37 | $195.37 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $119.77 | $119.77 | $119.77 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $128.37 | $128.37 | $128.37 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.11 | $6.11 | $6.11 | 10149 |
| RBG | 2007, Q4, Merits | SVSP tour: travel, 270 miles @ .485, 11/28/07       //489-3 TN_050 THOMAS B. NOLAN// | Travel | $130.95 | $130.95 | $130.95 | 10149 |
| RBG | 2007, Q4, Merits | Pablo Depo: travel, 180 miles @ .485, 12/11/07       //489-3 TN_050 THOMAS B. NOLAN// | Travel | $87.30 | $87.30 | $87.30 | 10149 |
| RBG | 2007, Q4, Merits | CMF tour: travel, 115 miles @ .485, 11/26/07       //489-3 TN_050 THOMAS B. NOLAN// | Travel | $55.78 | $55.78 | $55.78 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: medium litigation scanning - includes doc preparation, imaging and doc reassembly of mixed quality, standard bibliographic coding, OCR, control numbering, archival CD, FTP delivery Bates Range DPO 000001-312 //31500 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $211.52 | $211.52 | $211.52 | 10149 |
| RBG | 2007, Q4, Merits | JJ Photocopy Service: copy job at CIM, 12/13/07       //108794 JJ_050 J.J. PHOTOCOPY SER// | Outside Copying | $823.17 | $823.17 | $823.17 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $136.49 | $136.49 | $136.49 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $125.55 | $125.55 | $125.55 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.11 | $10.11 | $10.11 | 10149 |
| RBG | 2007, Q4, Merits | DB Ronk & Company: video deposition of Ralph Coleman, 12/13/07 //V12.039DBR DBR050 DB RONK & COMPANY,// | Deposition Transcript | $102.50 | $102.50 | $102.50 | 10149 |
| RBG | 2007, Q4, Merits | Katherine Powell: transcript of proceedings held on 12/13/07 //20070480 POW075 KATHERINE A. POWEL// | Hearing Transcript | $97.30 | $97.30 | $97.30 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $54.96 | $54.96 | $54.96 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $53.35 | $53.35 | $53.35 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: travel 130 miles @ .485 to/from SOL, 12/06 //489-3 JEK050 JANE KAHN// | Travel | $63.05 | $63.05 | $63.05 | 10149 |
| RBG | 2007, Q4, Merits | SOL tour: travel 130 miles @ .485 to/from SOL, 12/13 //489-3 JEK050 JANE KAHN// | Travel | $63.05 | $63.05 | $63.05 | 10149 |
| RBG | 2007, Q4, Merits | LexisNexis Courtlink: process service on John Misener, 11/30/07 //489-3 LEX075 LEXISNEXIS COURTLI// | Service of Subpoenas | $122.00 | $122.00 | $122.00 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: logical unitization - document level, 3,514 pages, logical attachment unitization, auto Bates capture, standard bibliographic coding, OCR, conversion between pdf ay tiff files, conversion of electronic files to tiff only, control numbering, | Ediscovery, Scanning, Processing, Coding | $2,544.79 | $2,544.79 | $2,544.79 | 10149 |
| RBG | 2007, Q4, Merits | MidNight Run: medium litigation scanning, 2,908 pages, - includes doc preparation, imaging and doc reassembly of mixed quality, logical unitization - document level, logical attachment unitization, standard bibliographic coding 1,123 pages, OCR, control n | Ediscovery, Scanning, Processing, Coding | $1,801.78 | $1,801.78 | $1,801.78 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: logical unitization - document level, logical attachment unitization, standard bibliographic coding, OCR, archival CD, FTP delivery, FTP native files and images to case vault, bates range DOF 014339 - DOF 015344 //31507 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $296.26 | $296.26 | $296.26 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run:printing of electronic native files to paper with slip sheets, convert email files to allow for printing     //31505 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $51.75 | $51.75 | $51.75 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/04/07 //463705 PAN050 PANDA LEGAL COPY// | Outside Copying | $895.13 | $895.13 | $895.13 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/05/07 //463707 PAN050 PANDA LEGAL COPY// | Outside Copying | $549.44 | $549.44 | $549.44 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/12/07 //463724 PAN050 PANDA LEGAL COPY// | Outside Copying | $473.82 | $473.82 | $473.82 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/14/07 //463737 PAN050 PANDA LEGAL COPY// | Outside Copying | $361.20 | $361.20 | $361.20 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/14/07 //463730 PAN050 PANDA LEGAL COPY// | Outside Copying | $320.08 | $320.08 | $320.08 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/12/07 //463723 PAN050 PANDA LEGAL COPY// | Outside Copying | $255.19 | $255.19 | $255.19 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/13/07 //463726 PAN050 PANDA LEGAL COPY// | Outside Copying | $164.27 | $164.27 | $164.27 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/13/07 //463729 PAN050 PANDA LEGAL COPY// | Outside Copying | $119.57 | $119.57 | $119.57 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/07/07 //463713 PAN050 PANDA LEGAL COPY// | Outside Copying | $93.31 | $93.31 | $93.31 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/14/07 //463734 PAN050 PANDA LEGAL COPY// | Outside Copying | $90.81 | $90.81 | $90.81 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/11/07 //463721 PAN050 PANDA LEGAL COPY// | Outside Copying | $81.38 | $81.38 | $81.38 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/11/07 //463717 PAN050 PANDA LEGAL COPY// | Outside Copying | $62.82 | $62.82 | $62.82 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/12/07 //463725 PAN050 PANDA LEGAL COPY// | Outside Copying | $35.81 | $35.81 | $35.81 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/12/07 //463722 PAN050 PANDA LEGAL COPY// | Outside Copying | $22.89 | $22.89 | $22.89 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $28.78 | $28.78 | $28.78 | 10149 |
| RBG | 2007, Q4, Merits | Settlement Conference: meals, 12/11/07        // MWB050 MICHAEL W. BIEN// | Travel | $20.00 | $20.00 | $20.00 | 10149 |
| RBG | 2007, Q4, Merits | Settlement Conference: bart, 12/11/07        // MWB050 MICHAEL W. BIEN// | Travel | $6.30 | $6.30 | $6.30 | 10149 |
| RBG | 2007, Q4, Merits | ALC: copy job, 12/18/07        //56142 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $999.81 | $999.81 | $999.81 | 10149 |
| RBG | 2007, Q4, Merits | Vine, McKinnon & Hall: deposition of Ralph Coleman, 12/13/07 //9385 VIN050 VINE, MCKINNON & H// | Deposition Transcript | $199.74 | $199.74 | $199.74 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $50.82 | $50.82 | $50.82 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $49.61 | $49.61 | $49.61 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $42.01 | $42.01 | $42.01 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.87 | $7.87 | $7.87 | 10149 |
| RBG | 2007, Q4, Merits | Deposition: expenses for 12/17/07        // AUS050 JAMES AUSTIN// | Travel | $1,594.80 | $1,594.80 | $1,594.80 | 10149 |
| RBG | 2007, Q4, Merits | Midnight Run: FTP new images and native files to Summation case vault DOF_PROD 08   //31521 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $130.20 | $130.20 | $130.20 | 10149 |
| RBG | 2007, Q4, Merits | Barkley Court Reporters: original transcript of George Sifuentes, 12/14/07 //343532 BAR015 BARKLEY COU// | Deposition Transcript | $1,860.54 | $1,860.54 | $1,860.54 | 10149 |
| RBG | 2007, Q4, Merits | Barkley Court Reporters: transcript of Douglas McKeever, 12/13/07 //343552 BAR015 BARKLEY COURT REPO// | Deposition Transcript | $165.00 | $165.00 | $165.00 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.02 | $2.02 | $2.02 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.02 | $2.02 | $2.02 | 10149 |
| RBG | 2007, Q4, Merits | Esquire Deposition Services: transcript of the deposition of Pablo Stewart, 12/11/07 //49218ESC ESQ050// | Deposition Transcript | $573.05 | $573.05 | $573.05 | 10149 |
| RBG | 2007, Q4, Merits | Esquire Deposition Service: B&W exhibits for the deposition of Pablo Stewart, 12/11/07 //49236ESC// | Deposition Transcript | $201.60 | $201.60 | $201.60 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.83 | $6.83 | $6.83 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/17/07 //463738 PAN050 PANDA LEGAL COPY// | Outside Copying | $565.72 | $565.72 | $565.72 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/19/07 //463751 PAN050 PANDA LEGAL COPY// | Outside Copying | $306.84 | $306.84 | $306.84 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/19/07 //463748 PAN050 PANDA LEGAL COPY// | Outside Copying | $271.25 | $271.25 | $271.25 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/19/07 //463750 PAN050 PANDA LEGAL COPY// | Outside Copying | $102.42 | $102.42 | $102.42 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/19/07 //463753 PAN050 PANDA LEGAL COPY// | Outside Copying | $81.38 | $81.38 | $81.38 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/18/07 //463746 PAN050 PANDA LEGAL COPY// | Outside Copying | $32.55 | $32.55 | $32.55 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/20/07 //463754 PAN050 PANDA LEGAL COPY// | Outside Copying | $28.86 | $28.86 | $28.86 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $101.01 | $101.01 | $101.01 | 10149 |
| RBG | 2007, Q4, Merits | Coleman Deposition: cab, 12/06/07    //0489-3 SML050 SARAH M. LAUBACH// | Travel | $16.00 | $16.00 | $16.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman Deposition: cab, 12/12/07    //0489-3 SML050 SARAH M. LAUBACH// | Travel | $16.00 | $16.00 | $16.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman Deposition: cab, 12/05/07    //0489-3 SML050 SARAH M. LAUBACH// | Travel | $15.00 | $15.00 | $15.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman Deposition: cab, 12/07/07    //0489-3 SML050 SARAH M. LAUBACH// | Travel | $12.00 | $12.00 | $12.00 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/14/07 //463731 PAN050 PANDA LEGAL COPY// | Outside Copying | $1,034.05 | $1,034.05 | $1,034.05 | 10149 |
| RBG | 2007, Q4, Merits | Panda Legal Copy, ship date: 12/26/07 (split w/720-1)    //463758 PAN050 PANDA LEGAL COPY// | Outside Copying | $590.24 | $590.24 | $590.24 | 10149 |
| RBG | 2007, Q4, Merits | CT Summation: data services, December 2007    //4028422-RI SUM050 CT// | Ediscovery Hosting and Data Services | $11,963.55 | $11,963.55 | $11,963.55 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, Library copier | In-house Copying | $4,560.20 | $4,560.20 | $4,560.20 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, Inmate Correspondence copier | In-house Copying | $2,414.00 | $2,414.00 | $2,414.00 | 10149 |
| RBG | 2007, Q4, Merits | In-house copying charges, File Area copier | In-house Copying | $1,737.80 | $1,737.80 | $1,737.80 | 10149 |
| RBG | 2007, Q4, Merits | Barkley Court Reporters: transcript of Robin J. Dezember, 12/14/07 //344012 BAR015 BARKLEY COURT REPO// | Deposition Transcript | $1,537.36 | $1,537.36 | $1,537.36 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $52.08 | $52.08 | $52.08 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $51.92 | $51.92 | $51.92 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $10.64 | $10.64 | $10.64 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $5.28 | $5.28 | $5.28 | 10149 |
| RBG | 2007, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.16 | $0.16 | $0.16 | 10149 |
| RBG | 2007, Q4, Merits | Document Services Unlimited: Digital blowback    //08SF10416 DOC050 DOCUMENT SERVICES// | Ediscovery, Printing Paper Sets for Review and Exhibits | $59.20 | $59.20 | $59.20 | 10149 |
| RBG | 2007, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $36.41 | $36.41 | $36.41 | 10149 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2007, Q4, Merits | National Student Clearing house: degree verify, 12/11/07 //5474 9700 PLA025 BUSINESS CARD// | Investigation Services | $6.50 | $6.50 | $6.50 | 10149 |
| RBG | 2007, Q4, Merits | JSTOR: request for article re expert witness, 12/12/07 //5474 9700 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $14.00 | $14.00 | $14.00 | 10149 |
| RBG | 2007, Q4, Merits | Hearing: parking, 12/19/07          //5474 9740 PLA025 BUSINESS CARD// | Travel | $34.00 | $34.00 | $34.00 | 10149 |
| RBG | 2007, Q4, Merits | Privilege hearing: parking, 12/06/07          //5474 9740 PLA025 BUSINESS CARD// | Travel | $34.00 | $34.00 | $34.00 | 10149 |
| RBG | 2007, Q4, Merits | Depo prep.: parking, 12/10/07          //5474 9764 PLA025 BUSINESS CARD// | Travel | $26.00 | $26.00 | $26.00 | 10149 |
| RBG | 2007, Q4, Merits | Privilige hearing: lunch w/Sara Norman, 12/06/07   //5474 9740 PLA025 BUSINESS CARD// | Travel | $25.95 | $25.95 | $25.95 | 10149 |
| RBG | 2007, Q4, Merits | Depo prep.: Lunch w/PS, 12/10/07          //5474 9764 PLA025 BUSINESS CARD// | Travel | $25.93 | $25.93 | $25.93 | 10149 |
| RBG | 2007, Q4, Merits | Deposition Prep.: taxi, 12/18/07          //5474 9700 PLA025 BUSINESS CARD// | Travel | $19.00 | $19.00 | $19.00 | 10149 |
| RBG | 2007, Q4, Merits | Deposition: lunch for AEW & LR, 12/14/07          //5474 9700 PLA025 BUSINESS CARD// | Travel | $16.00 | $16.00 | $16.00 | 10149 |
| RBG | 2007, Q4, Merits | Hearing: parking, 12/24/07          //5474 9740 PLA025 BUSINESS CARD// | Travel | $16.00 | $16.00 | $16.00 | 10149 |
| RBG | 2007, Q4, Merits | Press relay: re privilege hearing, 12/06/07          //5474 9740 PLA025 BUSINESS CARD// | Travel | $4.24 | $4.24 | $4.24 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: dinner for Coleman team, 12/13/07   //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $80.00 | $80.00 | $80.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman project: dinner, 12/10/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $36.47 | $36.47 | $36.47 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: parking, 12/14/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $30.00 | $30.00 | $30.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: taxi, 12/11/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $13.00 | $13.00 | $13.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: taxi, 12/12/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $13.00 | $13.00 | $13.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman Filing: parking, 12/09/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $12.00 | $12.00 | $12.00 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: lunch for KR, 12/03/07          //5474 9700 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $6.10 | $6.10 | $6.10 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: lunch for KR, 12/20/07          //5474 9740 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $6.10 | $6.10 | $6.10 | 10149 |
| RBG | 2007, Q4, Merits | Coleman filing: lunch for KR, 12/07/07          //5474 9700 PLA025 BUSINESS CARD// | Overtime Meals & Travel | $5.10 | $5.10 | $5.10 | 10149 |
| | **2007, Q4, Merits** | **Quarter Total** | | | | **$153,435.16** | |
| RBG | 2008, Q1, Merits | Midnight Run: FTP images and Native files to summation //31554 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $130.20 | $130.20 | $130.20 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $70.44 | $70.44 | $70.44 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.20 | $3.20 | $3.20 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $138.26 | $138.26 | $138.26 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $120.30 | $120.30 | $120.30 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.40 | $16.40 | $16.40 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $15.13 | $15.13 | $15.13 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run: logiocal unitization - document level, logical attachment unitization, standard bibliographic coding, OCR, control numbering, archival CD, FTP delivery,  BATES RANGE CDCR 022521-030457 with gaps)  //31573 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $5,789.17 | $5,789.17 | $5,789.17 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $70.02 | $70.02 | $70.02 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.60 | $5.60 | $5.60 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $23.63 | $23.63 | $23.63 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.60 | $14.60 | $14.60 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.20 | $3.20 | $3.20 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $98.24 | $98.24 | $98.24 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:CDCR Hard Copy Files, medium litigation scanning, 5,297 pages, - includes doc preparation, imaging and doc reassembly of mixed quality,logical unitization, 4,168 pages - document level, logical attachment unitization, Auto Bates capture, 5,27 | Ediscovery, Scanning, Processing, Coding | $1,985.38 | $1,985.38 | $1,985.38 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/10/08 //463774 PAN050 PANDA LEGAL COPY// | Outside Copying | $1,031.40 | $1,031.40 | $1,031.40 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/10/08 //463776 PAN050 PANDA LEGAL COPY// | Outside Copying | $138.66 | $138.66 | $138.66 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/07/08 //463768 PAN050 PANDA LEGAL COPY// | Outside Copying | $16.28 | $16.28 | $16.28 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.20 | $12.20 | $12.20 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/15/08 //463782 PAN050 PANDA LEGAL COPY// | Outside Copying | $101.99 | $101.99 | $101.99 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/18/08 //463795 PAN050 PANDA LEGAL COPY// | Outside Copying | $33.64 | $33.64 | $33.64 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/16/08 //463784 PAN050 PANDA LEGAL COPY// | Outside Copying | $24.74 | $24.74 | $24.74 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.43 | $1.43 | $1.43 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | Sacramento Expert Meeting: travel to/from Sac., 01/18/08 //489-3 TN_050 THOMAS B. NOLAN// | Travel | $88.38 | $88.38 | $88.38 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run: FTP client docs to summation case vault //31621 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $65.10 | $65.10 | $65.10 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $28.39 | $28.39 | $28.39 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/23/08 //463800 PAN050 PANDA LEGAL COPY// | Outside Copying | $659.68 | $659.68 | $659.68 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/24/08 //463805 PAN050 PANDA LEGAL COPY// | Outside Copying | $124.12 | $124.12 | $124.12 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/24/08 //463808 PAN050 PANDA LEGAL COPY// | Outside Copying | $86.53 | $86.53 | $86.53 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $22.45 | $22.45 | $22.45 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.80 | $0.80 | $0.80 | 10294 |
| RBG | 2008, Q1, Merits | CT Summation: Data services for November 2007    //4093413-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $7,977.86 | $7,977.86 | $7,977.86 | 10294 |
| RBG | 2008, Q1, Merits | Document Services Unlimited: Copies for J. Misener Deposition //08SF128172 DOC050 DOCUMENT SERVICES// | Outside Copying | $663.85 | $663.85 | $663.85 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.81 | $45.81 | $45.81 | 10294 |
| RBG | 2008, Q1, Merits | Kennard Deposition: parking, 01/29/08    //489-3 TN_050 THOMAS B. NOLAN// | Travel | $26.00 | $26.00 | $26.00 | 10294 |
| RBG | 2008, Q1, Merits | ALC: Copies, 01/29/08    //56625 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $339.61 | $339.61 | $339.61 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $51.57 | $51.57 | $51.57 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $23.01 | $23.01 | $23.01 | 10294 |
| RBG | 2008, Q1, Merits | Moulds Hearing: travel to/from Sac., 195 miles @ .505, 01/29/08 //4893/5814 MWB050 MICHAEL W. BIEN// | Travel | $98.48 | $98.48 | $98.48 | 10294 |
| RBG | 2008, Q1, Merits | Moulds Hearing: lunch w/LR, 01/29/08    //4893/5814 MWB050 MICHAEL W. BIEN// | Travel | $15.00 | $15.00 | $15.00 | 10294 |
| RBG | 2008, Q1, Merits | Moulds Hearing: Parking, 01/29/08    //4893/5814 MWB050 MICHAEL W. BIEN// | Travel | $6.50 | $6.50 | $6.50 | 10294 |
| RBG | 2008, Q1, Merits | Moulds Hearing: tolls, 01/29/08    //4893/5814 MWB050 MICHAEL W. BIEN// | Travel | $4.00 | $4.00 | $4.00 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/29/08 //463820 PAN050 PANDA LEGAL COPY// | Outside Copying | $228.66 | $228.66 | $228.66 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 01/31/08 //463827 PAN050 PANDA LEGAL COPY// | Outside Copying | $39.06 | $39.06 | $39.06 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Inmate Mail Copier | In-house Copying | $2,090.75 | $2,090.75 | $2,090.75 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Library Copier | In-house Copying | $1,017.20 | $1,017.20 | $1,017.20 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges File Area Copier | In-house Copying | $837.60 | $837.60 | $837.60 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Mailroom Copier | In-house Copying | $230.80 | $230.80 | $230.80 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | McManis Consulting: professional fees for 01/01/08-01/31/08 //11336 MCM075 MCMANIS CONSULTING// | Witness Fee | $3,494.89 | $3,494.89 | $3,494.89 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.71 | $3.71 | $3.71 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.80 | $0.80 | $0.80 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.80 | $4.80 | $4.80 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.32 | $4.32 | $4.32 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.52 | $3.52 | $3.52 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.24 | $2.24 | $2.24 | 10294 |
| RBG | 2008, Q1, Merits | Document Services Unlimited: Digital blowbacks w/blue sourcesheets //08SF20106 DOC050 DOCUMENT SERVICE// | Ediscovery, Printing Paper Sets for Review and Exhibits | $909.23 | $909.23 | $909.23 | 10294 |
| RBG | 2008, Q1, Merits | Coleman Hearing: travel 189 miles @ .505, 01/16/08  //489-3 LAE050 LISA A. ELLS// | Travel | $95.45 | $95.45 | $95.45 | 10294 |
| RBG | 2008, Q1, Merits | Coleman Hearing: bridge toll, 01/16/08          //489-3 LAE050 LISA A. ELLS// | Travel | $4.00 | $4.00 | $4.00 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.11 | $1.11 | $1.11 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $24.36 | $24.36 | $24.36 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $18.69 | $18.69 | $18.69 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.20 | $4.20 | $4.20 | 10294 |
| RBG | 2008, Q1, Merits | Hearing w/Judge Moulds: parking, 01/16/08          //5474 9700 PLA025 BUSINESS CARD// | Travel | $35.00 | $35.00 | $35.00 | 10294 |
| RBG | 2008, Q1, Merits | Hearing w/Judge Moulds: parking, 01/16/08          //5474 9700 PLA025 BUSINESS CARD// | Travel | $24.00 | $24.00 | $24.00 | 10294 |
| RBG | 2008, Q1, Merits | Hearing w/Judge Moulds: meal, 01/16/08          //5474 9700 PLA025 BUSINESS CARD// | Travel | $17.95 | $17.95 | $17.95 | 10294 |
| RBG | 2008, Q1, Merits | Hearing w/Judge Moulds: coffee, 01/16/08          //5474 9700 PLA025 BUSINESS CARD// | Travel | $7.05 | $7.05 | $7.05 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.72 | $9.72 | $9.72 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $33.78 | $33.78 | $33.78 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $36.68 | $36.68 | $36.68 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $23.15 | $23.15 | $23.15 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.11 | $1.11 | $1.11 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:, logical attachment unitization 15,545 pages, custom bibliographic coding 2,325 documents, OCR 15,545 pages, archival DVD, upload data to summation casevault via FTP Bates Range E_PRIV_010437-E_PRIV_041924, //31745 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $3,607.84 | $3,607.84 | $3,607.84 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | Petrilla Reporting & Transcription: transcript of 01/29/08 Proceedings //3090 PET025 PETRILLA REPORTIN// | Hearing Transcript | $178.00 | $178.00 | $178.00 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/01/08 //463833 PAN050 PANDA LEGAL COPY// | Outside Copying | $273.96 | $273.96 | $273.96 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/05/08 //463840 PAN050 PANDA LEGAL COPY// | Outside Copying | $229.31 | $229.31 | $229.31 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/05/08 //463838 PAN050 PANDA LEGAL COPY// | Outside Copying | $211.20 | $211.20 | $211.20 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/11/08 //463852 PAN050 PANDA LEGAL COPY// | Outside Copying | $25.50 | $25.50 | $25.50 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run: blowbacks from TIFF with slip sheets, Selected Production Documents from Defendants,  //31742 MID050 MIDNIGHT RUN// | Ediscovery, Printing Paper Sets for Review and Exhibits | $839.27 | $839.27 | $839.27 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:  logical attachment unitization 51,361 pages, custom bibliographic coding 3,155 documents, and 2,884 documents, OCR 51,361 pages, archival DVD PRIV_PROD 03- PRIV PROD 08), upload data to summation casevault via FTP Bates Ranges E_PRIV_ 04192 | Ediscovery, Scanning, Processing, Coding | $8,155.96 | $8,155.96 | $8,155.96 | 10294 |
| RBG | 2008, Q1, Merits | ALC: copy job, 02/14/08              //56920 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $963.96 | $963.96 | $963.96 | 10294 |
| RBG | 2008, Q1, Merits | ALC: copy job, 02/14/08              //56919 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $353.75 | $353.75 | $353.75 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.48 | $7.48 | $7.48 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:  logical attachment unitization 35,220 pages, custom bibliographic coding 7,534 documents, OCR 35,220 documents, archival DVD PRIV_PROD 08 through PRIV_PROD 12, upload data to summation casevault via FTP, Bates Range, E_PRIV_134163-E_PRIV_19 | Ediscovery, Scanning, Processing, Coding | $5,893.50 | $5,893.50 | $5,893.50 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.00 | $9.00 | $9.00 | 10294 |
| RBG | 2008, Q1, Merits | Golden Gate Reporting: Copy of Expert transcript of Robert Kennard, 01/28/08 //31300 GOL050 GOLDEN GAT// | Deposition Transcript | $1,388.90 | $1,388.90 | $1,388.90 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.11 | $1.11 | $1.11 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:  logical attachment unitization 46,785 pages, custom bibliographic coding, 8,517 documents, OCR 46,785 pages, archival DVD PRIV_PROD 13 - PRIV_PROD 17, Redacted, upload data to summation casevault via FTP, Bates Range E_PRIV_005850-E_PRIV_25 | Ediscovery, Scanning, Processing, Coding | $7,089.75 | $7,089.75 | $7,089.75 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/19/08 //463871 PAN050 PANDA LEGAL COPY// | Outside Copying | $230.45 | $230.45 | $230.45 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:logical unitization 24,369 pages - document level, logical attachment unitization 24,369 pages, custom bibliographic coding 6,901 pages, OCR 24,369 pages, archival DVD PRD 002, PRD 003, PRD 005, upload data to summation casevault via FTP, Bat | Ediscovery, Scanning, Processing, Coding | $6,176.04 | $6,176.04 | $6,176.04 | 10294 |
| RBG | 2008, Q1, Merits | Barkley Court Reporter: transcript of John Misener, 01/29/08 //345653 BAR015 BARKLEY COURT REPO// | Deposition Transcript | $1,915.42 | $1,915.42 | $1,915.42 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $33.85 | $33.85 | $33.85 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | Midnight Run: logical unitization 27,163 documents- document level, logical attachment unitization 27,163 documents, custom bibliographic coding, 6,231 documents, OCR 27,163 documents, archival DVD PRD 004, 006-009, upload data to summation casevault via | Ediscovery, Scanning, Processing, Coding | $6,211.88 | $6,211.88 | $6,211.88 | 10294 |
| RBG | 2008, Q1, Merits | Midnight Run:logical unitization - document level, logical attachment unitization, custom bibliographic coding, OCR, archival DVD PRD 001, PRD 010-013, upload data to summation casevault via FTP Bates Ranges GOVPRIV 0000001-GOVPROV 007223, PRIV 001027-PR | Ediscovery, Scanning, Processing, Coding | $3,205.52 | $3,205.52 | $3,205.52 | 10294 |
| RBG | 2008, Q1, Merits | CT_Summation: Data services: data export          //4179445-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $5,495.85 | $5,495.85 | $5,495.85 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/26/08 //463882 PAN050 PANDA LEGAL COPY// | Outside Copying | $757.11 | $757.11 | $757.11 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 02/29/08 //463885 PAN050 PANDA LEGAL COPY// | Outside Copying | $524.92 | $524.92 | $524.92 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Mailroom Copier | In-house Copying | $1,718.20 | $1,718.20 | $1,718.20 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Library Copier | In-house Copying | $1,280.00 | $1,280.00 | $1,280.00 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges Inmate Correspondence Copier | In-house Copying | $779.80 | $779.80 | $779.80 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges File Area Copier | In-house Copying | $573.20 | $573.20 | $573.20 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $23.36 | $23.36 | $23.36 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $8.64 | $8.64 | $8.64 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.48 | $4.48 | $4.48 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.96 | $0.96 | $0.96 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $46.09 | $46.09 | $46.09 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $91.51 | $91.51 | $91.51 | 10294 |
| K&L Gates | 2008, Q1, Merits | Conference calls  - F. Heather | Conference Calls | $4.76 | $4.76 | $4.76 | 03-30279 |
| RBG | 2008, Q1, Merits | Midnight Run: logical attachment unitization 19,051 pages, custom bibliographic coding 2,304 pages, OCR 19,051 pages, archival DVD SUPP_PRIV_PROD01-SUPP_PRIV_PROD 14, 16, 17, 20, 22, 01908_PRODUCTION, 02192008 REDACTED, upload data to summation casevault | Ediscovery, Scanning, Processing, Coding | $2,569.86 | $2,569.86 | $2,569.86 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $57.96 | $57.96 | $57.96 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $42.40 | $42.40 | $42.40 | 10294 |
| K&L Gates | 2008, Q1, Merits | Conference calls  - F. Heather | Conference Calls | $31.36 | $31.36 | $31.36 | 03-30279 |
| RBG | 2008, Q1, Merits | Meetings & hearing: travel 180 miles @.505, 03/05/08 //489-3 JEK050 JANE KAHN// | Travel | $90.90 | $90.90 | $90.90 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.54 | $14.54 | $14.54 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 03/03/08 //463891 PAN050 PANDA LEGAL COPY// | Outside Copying | $330.71 | $330.71 | $330.71 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $55.85 | $55.85 | $55.85 | 10294 |
| RBG | 2008, Q1, Merits | Senate Rules Committee: 03/05/08 Hearing          // SEN050 SENATE RULES COMMI// | Legislative Research | $10.00 | $10.00 | $10.00 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $25.23 | $25.23 | $25.23 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.34 | $3.34 | $3.34 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.60 | $3.60 | $3.60 | 10294 |
| RBG | 2008, Q1, Merits | Senate Rules Committee: request for Senate Subcommittee 4 Hearing // SEN050 SENATE RULES COMMI// | Legislative Research | $15.00 | $15.00 | $15.00 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Hearing: bart, 03/14/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $3.70 | $3.70 | $3.70 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $64.29 | $64.29 | $64.29 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.20 | $1.20 | $1.20 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Conference: airfare, 03/20/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $269.00 | $269.00 | $269.00 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Meeting: travel SFO-SAC, 180 miles @.505, 03/14/08 //489-3 JEK050 JANE KAHN// | Travel | $95.95 | $95.95 | $95.95 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Conference: travel to OAK, 60 miles @ .505, 03/20/08 //489-3 MWB050 MICHAEL W. BIEN// | Travel | $30.30 | $30.30 | $30.30 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Conference: parking, 03/20/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $22.00 | $22.00 | $22.00 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Meeting: parking, 03/14/08          //489-3 JEK050 JANE | Travel | $10.00 | $10.00 | $10.00 | 10294 |
| RBG | 2008, Q1, Merits | Settlement Conference: breakfast, 03/20/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $4.00 | $4.00 | $4.00 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $73.55 | $73.55 | $73.55 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.31 | $4.31 | $4.31 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 03/13/08 //463909 PAN050 PANDA LEGAL COPY// | Outside Copying | $179.46 | $179.46 | $179.46 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 03/17/08 //463914 PAN050 PANDA LEGAL COPY// | Outside Copying | $54.25 | $54.25 | $54.25 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 03/11/08 //463903 PAN050 PANDA LEGAL COPY// | Outside Copying | $24.41 | $24.41 | $24.41 | 10294 |
| RBG | 2008, Q1, Merits | OC Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.91 | $38.91 | $38.91 | 10294 |
| RBG | 2008, Q1, Merits | OC Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $28.50 | $28.50 | $28.50 | 10294 |
| RBG | 2008, Q1, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $18.12 | $18.12 | $18.12 | 10294 |
| RBG | 2008, Q1, Merits | OC Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.40 | $2.40 | $2.40 | 10294 |
| RBG | 2008, Q1, Merits | Meeting in Sacto.: travel 189 miles @ .505, 03/11/08 //489-3 LAE050 LISA A. ELLS// | Travel | $95.45 | $95.45 | $95.45 | 10294 |
| RBG | 2008, Q1, Merits | Meeting in Sacto.: toll bridge, 03/11/08          //489-3 LAE050 LISA A. ELLS// | Travel | $4.00 | $4.00 | $4.00 | 10294 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|---|---|---|---|---|---|---|---|
| K&L Gates | 2008, Q1, Merits | Mae Chu, Saturday work, breakfast, 3/15 Check#11011395 (Voucher 999113) | Overtime Meals & Travel | $4.45 | $4.45 | $4.45 | K&L Gates 2008 Q1 |
| K&L Gates | 2008, Q1, Merits | Mae Chu, Saturday work, roundtrip BART fares, Hercules-SF office, 3/15 Check#11011395 03/27/08 (Voucher 999113) | Overtime Meals & Travel | $8.00 | $8.00 | $8.00 | K&L Gates 2008 Q1 |
| RBG | 2008, Q1, Merits | Senate Television: Request of Hearing on DVD // SEN050 SENATE RULES COMMI// | Legislative Research | $15.00 | $15.00 | $15.00 | 10294 |
| RBG | 2008, Q1, Merits | Hearing in Sacramento: travel 180 miles @ .505, 03/12/08 //489-3 LER050 LORI E. RIFKIN// | Travel | $90.90 | $90.90 | $90.90 | 10294 |
| RBG | 2008, Q1, Merits | CT Summation: Data services, doc relocation and doc deletion //4250817-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $8,723.95 | $8,723.95 | $8,723.95 | 10294 |
| RBG | 2008, Q1, Merits | Services rendered: 02/26/08 - 03/20/08 //91602 LECG50 LECG, | Ediscovery Consultants | $2,431.50 | $2,431.50 | $2,431.50 | 10294 |
| RBG | 2008, Q1, Merits | Panda Legal Copy, ship date: 03/28/08 //463930 PAN050 PANDA LEGAL COPY// | Outside Copying | $43.83 | $43.83 | $43.83 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges (File Area Copier) | In-house Copying | $1,148.00 | $1,148.00 | $1,148.00 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges (Library Copier) | In-house Copying | $1,021.40 | $1,021.40 | $1,021.40 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges (Inmate Correspondence Copier) | In-house Copying | $1,006.20 | $1,006.20 | $1,006.20 | 10294 |
| RBG | 2008, Q1, Merits | In-house copying charges (Mailroom Copier) | In-house Copying | $616.80 | $616.80 | $616.80 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $34.80 | $34.80 | $34.80 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $5.84 | $5.84 | $5.84 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.56 | $4.56 | $4.56 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $1.12 | $1.12 | $1.12 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.80 | $0.80 | $0.80 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.48 | $0.48 | $0.48 | 10294 |
| RBG | 2008, Q1, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.32 | $0.32 | $0.32 | 10294 |
| RBG | 2008, Q1, Merits | Amazon: article purchase, 03/25/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $62.68 | $62.68 | $62.68 | 10294 |
| RBG | 2008, Q1, Merits | Blackwell: article purchase, 03/25/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $29.00 | $29.00 | $29.00 | 10294 |
| RBG | 2008, Q1, Merits | Sage Publication: article purchase, 03/26/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $25.00 | $25.00 | $25.00 | 10294 |
| RBG | 2008, Q1, Merits | Sage Publication: article purchase, 03/26/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $25.00 | $25.00 | $25.00 | 10294 |
| RBG | 2008, Q1, Merits | APA/APF Internet: article purchase, 03/25/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $11.95 | $11.95 | $11.95 | 10294 |
| RBG | 2008, Q1, Merits | APA/APF Internet: article purchase, 03/25/08 //5474 9740 PLA025 BUSINESS CARD// | Copies of Scientific Literature | $11.95 | $11.95 | $11.95 | 10294 |
| | **2008, Q1, Merits** | **Quarter Total** | | | | **$107,283.69** | |
| RBG | 2008, Q2, Merits | Document Services Unlimited: Digital Blow Backs, 03/13/08 //08SF31360 DOC050 DOCUMENT SERVICES// | Ediscovery, Printing Paper Sets for Review and Exhibits | $76.30 | $76.30 | $76.30 | 10442 |
| RBG | 2008, Q2, Merits | Petrilla Reporting & Transcription: copy of 03-12-08 proceedings //3127 PET025 PETRILLA REPORTING// | Hearing Transcript | $203.75 | $203.75 | $203.75 | 10442 |
| K&L Gates | 2008, Q2, Merits | Conference calls - F. Heather | Conference Calls | $10.43 | $10.43 | $10.43 | 03-33306 |
| RBG | 2008, Q2, Merits | Settlement Conference in Sac.: bart, 04/02/08 // MWB050 MICHAEL W. BIEN// | Travel | $7.20 | $7.20 | $7.20 | 10442 |
| RBG | 2008, Q2, Merits | Work Group meeting: travel 195 miles @ .505, 04/03/08 //489-3 MWB050 MICHAEL W. BIEN// | Travel | $98.48 | $98.48 | $98.48 | 10442 |

Exhibit T Page 26

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Work Group meeting: parking, 04/03/08        //489-3 MWB050 MICHAEL W. BIEN// | Travel | $10.00 | $10.00 | $10.00 | 10442 |
| RBG | 2008, Q2, Merits | Work Group meeting: tolls, 04/03/08        //489-3 MWB050 MICHAEL W. BIEN// | Travel | $7.00 | $7.00 | $7.00 | 10442 |
| RBG | 2008, Q2, Merits | LH Settlement/Overcrowding meeting: travel 25 miles @.505, 04/09/08 (split w/996-1)//489-3 MWB050 MICH// | Travel | $6.32 | $6.32 | $6.32 | 10442 |
| RBG | 2008, Q2, Merits | LH Settlement/Overcrowding meeting: lunch, 04/09/08 (split w/996-1) //489-3 MWB050 MICHAEL W. BIEN// | Travel | $3.52 | $3.52 | $3.52 | 10442 |
| RBG | 2008, Q2, Merits | Work Group meeting: breakfast, 04/03/08        //489-3 MWB050 MICHAEL W. BIEN// | Travel | $3.00 | $3.00 | $3.00 | 10442 |
| RBG | 2008, Q2, Merits | Midnight Run:logical unitization - document level, logical attachment unitzation, standard bibliographic coding, OCR, archival CD (CD001),  FTP Data to casevault        //31993 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $732.43 | $732.43 | $732.43 | 10442 |
| RBG | 2008, Q2, Merits | Midnight Run: standard bibliographic coding, OCR, archival CD (PRD 014), FTP data to Casevault        //31992 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $374.48 | $374.48 | $374.48 | 10442 |
| RBG | 2008, Q2, Merits | Midnight Run: logical document unitization, convert to tiff with text and metadata extraction, control numbering, standard bibliographic coding, OCR, archival CD - Plaintiffs Docs. 04/03/08, FTP delivery (Bates range E_COL 1-54) //31994 MID050 MIDNIGHT RU | Ediscovery, Scanning, Processing, Coding | $143.24 | $143.24 | $143.24 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/01/08 //463935 PAN050 PANDA LEGAL COPY// | Outside Copying | $46.76 | $46.76 | $46.76 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/02/08 //463937 PAN050 PANDA LEGAL COPY// | Outside Copying | $34.29 | $34.29 | $34.29 | 10442 |
| K&L Gates | 2008, Q2, Merits | Conference calls  - F. Heather | Conference Calls | $10.08 | $10.08 | $10.08 | 03-33306 |
| K&L Gates | 2008, Q2, Merits | Jeff  Bornstein, (170 Miles) Roundtrip, office to Sacramento, 3/14 (Voucher 1001223) | Travel | $85.85 | $85.85 | $85.85 | K&L Gates 2008 Q2 |
| K&L Gates | 2008, Q2, Merits | Jeff Bornstein, Parking in SF, 3/14 Check#52445 4/10/08 (Voucher 1001223) | Travel | $20.00 | $20.00 | $20.00 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Settlement meetings in Sac.: lunch, 04/02/08        //5474 9795 PLA025 BUSINESS CARD// | Travel | $26.73 | $26.73 | $26.73 | 10442 |
| RBG | 2008, Q2, Merits | International Effectiveness: 1 page letter to Mr. Lopes, 04/04/08 //81279 INT050 INTERNATIONAL EFFE// | Translation | $130.00 | $130.00 | $130.00 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.66 | $1.66 | $1.66 | 10442 |
| RBG | 2008, Q2, Merits | Working Group Meeting: travel 180 miles @ .505, 04/09/08 // EG_050 ERNEST GALVAN// | Travel | $90.50 | $90.50 | $90.50 | 10442 |
| RBG | 2008, Q2, Merits | Working Group Meeting: parking, 04/09/08        // EG_050 ERNEST GALVAN// | Travel | $10.00 | $10.00 | $10.00 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/07/08 //463950 PAN050 PANDA LEGAL COPY// | Outside Copying | $605.00 | $605.00 | $605.00 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/08/08 //463954 PAN050 PANDA LEGAL COPY// | Outside Copying | $453.10 | $453.10 | $453.10 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/08/08 //463955 PAN050 PANDA LEGAL COPY// | Outside Copying | $8.14 | $8.14 | $8.14 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $20.57 | $20.57 | $20.57 | 10442 |

Coleman v. Schwarzenegger

Motion to Compel

Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.28 | $8.28 | $8.28 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $75.60 | $75.60 | $75.60 | 10442 |
| RBG | 2008, Q2, Merits | Senate TV: Request for DVD, 04/15/08          // SEN050 SENATE RULES COMMI// | Legislative Research | $15.00 | $15.00 | $15.00 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.83 | $0.83 | $0.83 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $59.42 | $59.42 | $59.42 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.03 | $10.03 | $10.03 | 10442 |
| RBG | 2008, Q2, Merits | Senate hearing re Coleman issues: travel to/from Sac., 96 miles @ .505, 04/17/08 //489-3 SAM050 SOFIA // | Travel | $96.96 | $96.96 | $96.96 | 10442 |
| RBG | 2008, Q2, Merits | Meeting at SOL: travel to/from SOL, 113.44 miles @ .505, 04/10/08 //489-3 AEW050 AMY E. WHELAN// | Travel | $57.29 | $57.29 | $57.29 | 10442 |
| RBG | 2008, Q2, Merits | Senate hearing re Coleman issues: tolls, 04/17/08   //489-3 SAM050 SOFIA A. MILLHAM// | Travel | $8.00 | $8.00 | $8.00 | 10442 |
| RBG | 2008, Q2, Merits | Meeting at SOL: tolls, 04/10/08          //489-3 AEW050 AMY E. WHELAN// | Travel | $6.00 | $6.00 | $6.00 | 10442 |
| RBG | 2008, Q2, Merits | Senate hearing re Coleman issues: parking, 04/17/08 //489-3 SAM050 SOFIA A. MILLHAM// | Travel | $5.00 | $5.00 | $5.00 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $24.55 | $24.55 | $24.55 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.80 | $8.80 | $8.80 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Conference: airfare, 04/18/08          //4893/9961 MWB050 MICHAEL W. BIEN// | Travel | $451.00 | $451.00 | $451.00 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Conference: parking, 04/18/08          //4893/9961 MWB050 MICHAEL W. BIEN// | Travel | $33.00 | $33.00 | $33.00 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Conference: travel to/from SFO, 30 miles @ .505, 04/18/08 //4893/9961 MWB050 MICHAEL W. BIE// | Travel | $15.15 | $15.15 | $15.15 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Conference: breakfast, 04/18/08          //4893/9961 MWB050 MICHAEL W. BIEN// | Travel | $4.00 | $4.00 | $4.00 | 10442 |
| RBG | 2008, Q2, Merits | ALC: 04/21/08 //57889 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $148.38 | $148.38 | $148.38 | 10442 |
| K&L Gates | 2008, Q2, Merits | Williams Lea Inc. check#11011630 4/23/08 (Voucher 1006687) | Outside Copying | $214.39 | $214.39 | $214.39 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.19 | $10.19 | $10.19 | 10442 |
| RBG | 2008, Q2, Merits | Midnight Run: standard bibliographic coding, OCR, Archival CD (042108_PRIV_RELEASE), FTP delivery of data to casevault    //32108 MID050 MIDNIGHT RUN// | Ediscovery, Scanning, Processing, Coding | $355.82 | $355.82 | $355.82 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.26 | $5.26 | $5.26 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.79 | $4.79 | $4.79 | 10442 |

Coleman v. Schwarzenegger

Motion to Compel

Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.66 | $1.66 | $1.66 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.70 | $11.70 | $11.70 | 10442 |
| RBG | 2008, Q2, Merits | Travel to Sacto.: travel 200 miles @ .505, 04/24/08 //4893/5813 MWB050 MICHAEL W. BIEN// | Travel | $101.00 | $101.00 | $101.00 | 10442 |
| RBG | 2008, Q2, Merits | Travel to Sacto.: lunch w/JK, AW & LR, 04/24/08    //4893/5813 MWB050 MICHAEL W. BIEN// | Travel | $63.76 | $63.76 | $63.76 | 10442 |
| RBG | 2008, Q2, Merits | Travel to Sacto.: breakfast, 04/24/08        //4893/5813 MWB050 MICHAEL W. BIEN// | Travel | $3.00 | $3.00 | $3.00 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.83 | $0.83 | $0.83 | 10442 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, 3/13 District 3 court filings in EDCA & NDCA | Overtime Meals & Travel | $40.00 | $40.00 | $40.00 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | ALC: copy job, 04/28/08        //57987 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $135.19 | $135.19 | $135.19 | 10442 |
| RBG | 2008, Q2, Merits | Meeting in Sacramento: travel to/from SF-SAC, 180 miles @ .505, 04/24/08 //489-3 LER050 LORI E. RIFKIN// | Travel | $90.90 | $90.90 | $90.90 | 10442 |
| RBG | 2008, Q2, Merits | Senate Budget Hearing: lunch, 04/28/08        //489-3 JEK050 JANE | Travel | $10.70 | $10.70 | $10.70 | 10442 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, 3/19 LK calendar upcomig ct hearings | Overtime Meals & Travel | $40.00 | $40.00 | $40.00 | K&L Gates 2008 Q2 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, Saturday work compile pleadings, index, notebook, LK | Overtime Meals & Travel | $40.00 | $40.00 | $40.00 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/28/08 //463993 PAN050 PANDA LEGAL COPY// | Outside Copying | $837.73 | $837.73 | $837.73 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/21/08 //463972 PAN050 PANDA LEGAL COPY// | Outside Copying | $232.41 | $232.41 | $232.41 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/22/08 //463977 PAN050 PANDA LEGAL COPY// | Outside Copying | $130.20 | $130.20 | $130.20 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/24/08 //463980 PAN050 PANDA LEGAL COPY// | Outside Copying | $55.34 | $55.34 | $55.34 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/29/08 //463996 PAN050 PANDA LEGAL COPY// | Outside Copying | $36.89 | $36.89 | $36.89 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 04/18/08 //463969 PAN050 PANDA LEGAL COPY// | Outside Copying | $13.67 | $13.67 | $13.67 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Hearing: travel to East Bay, 30 miles @ .505 04/29/08 //489-3 MWB050 MICHAEL W. BIEN// | Travel | $15.15 | $15.15 | $15.15 | 10442 |
| RBG | 2008, Q2, Merits | Settlement Hearing: bridge toll, 04/29/08        //489-3 MWB050 MICHAEL W. BIEN// | Travel | $4.00 | $4.00 | $4.00 | 10442 |
| RBG | 2008, Q2, Merits | CT Summation: data hosting        //4316310-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $6,992.38 | $6,992.38 | $6,992.38 | 10442 |
| RBG | 2008, Q2, Merits | In-house copying charges (Inmate Correspondence Copier) | In-house Copying | $1,225.80 | $1,225.80 | $1,225.80 | 10442 |
| RBG | 2008, Q2, Merits | In-house copying charges (Library Area Copier) | In-house Copying | $1,084.40 | $1,084.40 | $1,084.40 | 10442 |
| RBG | 2008, Q2, Merits | In-house copying charges (File Area Copier) | In-house Copying | $452.40 | $452.40 | $452.40 | 10442 |
| RBG | 2008, Q2, Merits | In-house copying charges (Mailroom Copier) | In-house Copying | $273.80 | $273.80 | $273.80 | 10442 |
| K&L Gates | 2008, Q2, Merits | T. Fredericks | Computerized Legal Research (Westlaw, Lexis, Other) | $305.26 | $305.26 | $305.26 | K&L Gates 2008 Q2 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $53.68 | $53.68 | $53.68 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $11.92 | $11.92 | $11.92 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.48 | $2.48 | $2.48 | 10442 |
| RBG | 2008, Q2, Merits | Capitol Couriers, Inc.: process service, 04/30/08   //41522 CAP050 CAPITOL COURIERS,// | Service of Subpoenas | $72.91 | $72.91 | $72.91 | 10442 |
| K&L Gates | 2008, Q2, Merits | T. Fredericks | Computerized Legal Research (Westlaw, Lexis, Other) | $48.10 | $48.10 | $48.10 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.61 | $7.61 | $7.61 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.35 | $3.35 | $3.35 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.84 | $6.84 | $6.84 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $61.35 | $61.35 | $61.35 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $15.51 | $15.51 | $15.51 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 05/13/08 //464012 PAN050 PANDA LEGAL COPY// | Outside Copying | $1,130.14 | $1,130.14 | $1,130.14 | 10442 |
| RBG | 2008, Q2, Merits | Panda Legal Copy, ship date: 05/16/08 //464023 PAN050 PANDA LEGAL COPY// | Outside Copying | $318.12 | $318.12 | $318.12 | 10442 |
| RBG | 2008, Q2, Merits | Midnight Run: logical unitization - document level, logical attachment unitization, standard bibliographic coding, custom bibliogrpahic coding - INSTITUTION INDEX, OCR, Archival CD (PROD 03_18_08 & PROD 03_25_08), FTP data to Case Vault, 05/20/08       // | Ediscovery, Scanning, Processing, Coding | $13,118.16 | $13,118.16 | $13,118.16 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.97 | $0.97 | $0.97 | 10442 |
| RBG | 2008, Q2, Merits | State of California: DVD of Assembly hearing, 05/20/08 //DVD OF ASS STA025 STATE OF CALIFORNI// | Legislative Research | $10.00 | $10.00 | $10.00 | 10442 |
| RBG | 2008, Q2, Merits | Senate Rules Committee: request for DVD, 05/20/08   //DVDS OF SE SEN050 SENATE RULES COMMI// | Legislative Research | $25.00 | $25.00 | $25.00 | 10442 |
| RBG | 2008, Q2, Merits | | Computerized Legal Research (Westlaw, Lexis, Other) | $2.91 | $2.91 | $2.91 | 10442 |
| RBG | 2008, Q2, Merits | CT Summation: Data services; document relocation - per hour - data deletion //4388218-RI SUM050 CT SUM// | Ediscovery Hosting and Data Services | $6,778.03 | $6,778.03 | $6,778.03 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 05/29/08 //0064 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $70.96 | $70.96 | $70.96 | 10442 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, sat work, breakfast 5/17 check 11012030 5/30/08 (voucher 1018007) | Overtime Meals & Travel | $2.71 | $2.71 | $2.71 | K&L Gates 2008 Q2 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, sat work, bart fare to home, 5/17 (voucher 1018007) | Overtime Meals & Travel | $4.00 | $4.00 | $4.00 | K&L Gates 2008 Q2 |
| K&L Gates | 2008, Q2, Merits | Mae Chu, sat work, cab 5/17 check 11012030 5/30/08 (voucher 1018007) | Overtime Meals & Travel | $8.00 | $8.00 | $8.00 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Copying (File Area Copier) | In-house Copying | $294.20 | $294.20 | $294.20 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Mail Room Copier) | In-house Copying | $662.60 | $662.60 | $662.60 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Library Copier) | In-house Copying | $857.80 | $857.80 | $857.80 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Inmate Correspondence Copier) | In-house Copying | $1,550.60 | $1,550.60 | $1,550.60 | 10442 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| K&L Gates | 2008, Q2, Merits | E. Sangster | Computerized Legal Research (Westlaw, Lexis, Other) | $16.17 | $16.17 | $16.17 | K&L Gates 2008 Q2 |
| K&L Gates | 2008, Q2, Merits | T. Fredericks | Computerized Legal Research (Westlaw, Lexis, Other) | $15.50 | $15.50 | $15.50 | K&L Gates 2008 Q2 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.40 | $0.40 | $0.40 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.88 | $2.88 | $2.88 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $5.60 | $5.60 | $5.60 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $21.28 | $21.28 | $21.28 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $63.83 | $63.83 | $63.83 | 10442 |
| RBG | 2008, Q2, Merits | Meeting re settlement: tolls, 06/03/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $8.00 | $8.00 | $8.00 | 10442 |
| RBG | 2008, Q2, Merits | Meeting re settlement: parking, 06/03/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $21.00 | $21.00 | $21.00 | 10442 |
| RBG | 2008, Q2, Merits | Meeting re settlement: dinner w/expert, 06/03/08    //489-3 MWB050 MICHAEL W. BIEN// | Travel | $31.78 | $31.78 | $31.78 | 10442 |
| RBG | 2008, Q2, Merits | Dinner w/DS&SW: 05/30/08          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $52.99 | $52.99 | $52.99 | 10442 |
| RBG | 2008, Q2, Merits | Meeting re settlement: travel to/from Sacto., 06/03/08 //489-3 MWB050 MICHAEL W. BIEN// | Travel | $98.48 | $98.48 | $98.48 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/06/08 //119 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $48.17 | $48.17 | $48.17 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/06/08 //102 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $82.46 | $82.46 | $82.46 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/06/08 //0116 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $86.80 | $86.80 | $86.80 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/06/08 (split w/720-1)          //0109 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,541.78 | $1,541.78 | $1,541.78 | 10442 |
| RBG | 2008, Q2, Merits | C-ROB meeting: parking, 06/03/08          //489-3 AEW050 AMY E. WHELAN// | Travel | $5.00 | $5.00 | $5.00 | 10442 |
| RBG | 2008, Q2, Merits | C-ROB meeting: lunch, 06/03/08          //489-3 AEW050 AMY E. WHELAN// | Travel | $5.07 | $5.07 | $5.07 | 10442 |
| RBG | 2008, Q2, Merits | C-ROB meeting: bridge tolls, 06/03/08          //489-3 AEW050 AMY E. WHELAN// | Travel | $6.00 | $6.00 | $6.00 | 10442 |
| RBG | 2008, Q2, Merits | C-ROB meeting: travel to/from meeting, 06/03/08    //489-3 AEW050 AMY E. WHELAN// | Travel | $94.94 | $94.94 | $94.94 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $267.54 | $267.54 | $267.54 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.88 | $2.88 | $2.88 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.15 | $12.15 | $12.15 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $445.63 | $445.63 | $445.63 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $30.49 | $30.49 | $30.49 | 10442 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $187.47 | $187.47 | $187.47 | 10442 |
| RBG | 2008, Q2, Merits | Orange LT-SF: FTP delivery, 06/12/08         //SF08-06203 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.74 | $38.74 | $38.74 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/16/08 //140 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $151.47 | $151.47 | $151.47 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/16/08 //163 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,996.40 | $1,996.40 | $1,996.40 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $123.62 | $123.62 | $123.62 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research (Overcrowding - confidentiality policy) | Computerized Legal Research (Westlaw, Lexis, Other) | $6.44 | $6.44 | $6.44 | 10442 |
| RBG | 2008, Q2, Merits | United States District Court: request for 3 judge Panel transcript, 06/19/08 //THREE JUDG USD050 KATHE// | Hearing Transcript | $277.40 | $277.40 | $277.40 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $310.34 | $310.34 | $310.34 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.87 | $3.87 | $3.87 | 10442 |
| RBG | 2008, Q2, Merits | BART: Settlement conference          //0489-3 OC MWB050 MICHAEL W. BIEN// | Travel | $7.40 | $7.40 | $7.40 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.29 | $1.29 | $1.29 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.48 | $7.48 | $7.48 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $275.74 | $275.74 | $275.74 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.08 | $12.08 | $12.08 | 10442 |
| RBG | 2008, Q2, Merits | Senate Television: request for Senate hearing DVDs  // SEN050 SENATE RULES COMMI// | Legislative Research | $20.00 | $20.00 | $20.00 | 10442 |
| RBG | 2008, Q2, Merits | CT Summation: data services, 06/14/08         //4457136-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $7,357.99 | $7,357.99 | $7,357.99 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/27/08 //213 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $203.46 | $203.46 | $203.46 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/27/08 //219 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $482.43 | $482.43 | $482.43 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/27/08 (split w/489-3)         //220 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $769.05 | $769.05 | $769.05 | 10442 |
| RBG | 2008, Q2, Merits | Joan Marie Columbini, CSR: transcript, status conference //TRANSCRIPT COL075 JOAN MARIE COLUMBI// | Hearing Transcript | $200.00 | $200.00 | $200.00 | 10442 |
| RBG | 2008, Q2, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $34.15 | $34.15 | $34.15 | 10442 |
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/30/08 //254 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $14.76 | $14.76 | $14.76 | 10442 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q2, Merits | Absolute Graphic Solutions 06/30/08 //250 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $48.61 | $48.61 | $48.61 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Mailroom Copier) | In-house Copying | $961.40 | $961.40 | $961.40 | 10442 |
| RBG | 2008, Q2, Merits | Copying (File Area Copier) | In-house Copying | $1,057.60 | $1,057.60 | $1,057.60 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Inmate Correspondence Copier) | In-house Copying | $1,085.00 | $1,085.00 | $1,085.00 | 10442 |
| RBG | 2008, Q2, Merits | Copying (Library Area Copier) | In-house Copying | $3,006.00 | $3,006.00 | $3,006.00 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.88 | $2.88 | $2.88 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.80 | $4.80 | $4.80 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $7.68 | $7.68 | $7.68 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $8.40 | $8.40 | $8.40 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $11.44 | $11.44 | $11.44 | 10442 |
| RBG | 2008, Q2, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $47.92 | $47.92 | $47.92 | 10442 |
| RBG | 2008, Q2, Merits | Status Conference: cab, 06/27/08          //489-3(OC) KJS050 KATHLEEN JOHNSON-S// | Travel | $11.00 | $11.00 | $11.00 | 10442 |
| RBG | 2008, Q2, Merits | Travel to District Court: parking, 06/27/08          // MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10442 |
| | **2008, Q2, Merits** | **Quarter Total** | | | | **$63,920.07** | |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.48 | $45.48 | $45.48 | 10680 |
| RBG | 2008, Q3, Merits | One Legal: process services fees, 07/01/08          //6665516 ONE050 ONE LEGAL LLC// | Service of Subpoenas | $100.00 | $100.00 | $100.00 | 10680 |
| RBG | 2008, Q3, Merits | One Legal: process server for Joan Petersilia (not served), 07/01/08 //6665517 ONE050 ONE LEGAL LLC// | Service of Subpoenas | $100.00 | $100.00 | $100.00 | 10680 |
| RBG | 2008, Q3, Merits | One Legal: process server, 07/02/08          //6665533 ONE050 ONE LEGAL LLC// | Service of Subpoenas | $75.00 | $75.00 | $75.00 | 10680 |
| RBG | 2008, Q3, Merits | Process Server for 7733 Forsyth Blvd., Suite 2300, 7/1/08 //2008005275 FRO050 FRONT RANGE LEGAL// | Service of Subpoenas | $120.00 | $120.00 | $120.00 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: medium litigation scanning, OCR, control numbering, FTP delivery, bibliographic coding, data capture - institution          //SF08-06262 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $236.52 | $236.52 | $236.52 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.00 | $1.00 | $1.00 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $46.81 | $46.81 | $46.81 | 10680 |
| RBG | 2008, Q3, Merits | C-ROB meeting: parking, Sacramento          // ANT050 HONG-AN N. TRAN// | Travel | $7.50 | $7.50 | $7.50 | 10680 |
| RBG | 2008, Q3, Merits | C-ROB meeting: bridge tolls          // ANT050 HONG-AN N. TRAN// | Travel | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | C-ROB meeting: parking, SF          // ANT050 HONG-AN N. TRAN// | Travel | $32.00 | $32.00 | $32.00 | 10680 |
| RBG | 2008, Q3, Merits | C-ROB meeting: gas // ANT050 HONG-AN N. TRAN// | Travel | $50.00 | $50.00 | $50.00 | 10680 |
| RBG | 2008, Q3, Merits | C-ROB meeting: car rental// ANT050 HONG-AN N. TRAN// | Travel | $86.14 | $86.14 | $86.14 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.92 | $38.92 | $38.92 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //275 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $6.51 | $6.51 | $6.51 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //304 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $17.58 | $17.58 | $17.58 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //267 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $21.70 | $21.70 | $21.70 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //297 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $57.51 | $57.51 | $57.51 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //265 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $78.66 | $78.66 | $78.66 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //286 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $161.77 | $161.77 | $161.77 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 07/10/08 //274 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $281.23 | $281.23 | $281.23 | 10680 |
| RBG | 2008, Q3, Merits | VSPW: central files and medical records requested 11/07 - present // VAL050 DEPARTMENT OF CORR// | Charges for Copies of Client Files | $78.00 | $78.00 | $78.00 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.29 | $13.29 | $13.29 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $19.59 | $19.59 | $19.59 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $35.07 | $35.07 | $35.07 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.66 | $11.66 | $11.66 | 10680 |
| RBG | 2008, Q3, Merits | ALC: Copy job, 07/15/08          //59044 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $3,123.35 | $3,123.35 | $3,123.35 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.99 | $9.99 | $9.99 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.50 | $14.50 | $14.50 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $31.94 | $31.94 | $31.94 | 10680 |
| RBG | 2008, Q3, Merits | Orange Legal Technologies: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP //SF08-06369 MID050 ORANGE LEGAL // | Ediscovery, Scanning, Processing, Coding | $15,934.89 | $15,934.89 | $15,934.89 | 10680 |
| RBG | 2008, Q3, Merits | ALC: copy job, 07/15/08          //59065 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $346.01 | $346.01 | $346.01 | 10680 |
| RBG | 2008, Q3, Merits | Official Court Reporter: Transcript of proceedings before Three-Judge Panel, 06/27/08//20080103 COL075// | Hearing Transcript | $8.55 | $8.55 | $8.55 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.49 | $3.49 | $3.49 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.00 | $9.00 | $9.00 | 10680 |
| RBG | 2008, Q3, Merits | ALC: Copy job, 07/16/08          //59097 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $203.38 | $203.38 | $203.38 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.36 | $7.36 | $7.36 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.05 | $11.05 | $11.05 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $47.99 | $47.99 | $47.99 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $73.12 | $73.12 | $73.12 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $73.26 | $73.26 | $73.26 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $83.00 | $83.00 | $83.00 | 10680 |
| RBG | 2008, Q3, Merits | ALC: copy job, 07/17/08          //59090 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $489.26 | $489.26 | $489.26 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.30 | $12.30 | $12.30 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $15.37 | $15.37 | $15.37 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $42.54 | $42.54 | $42.54 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $206.80 | $206.80 | $206.80 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF:logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06496 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $92.13 | $92.13 | $92.13 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.13 | $9.13 | $9.13 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.54 | $10.54 | $10.54 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Moulds, 06/20/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.25 | $14.25 | $14.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Karlton, 06/20/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.25 | $14.25 | $14.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Barbara Sheldon, 06/20/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.25 | $14.25 | $14.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Vickie Whitney, 06/26/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $24.47 | $24.47 | $24.47 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Lisa Tillman, 06/25/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $24.47 | $24.47 | $24.47 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Dr. Haney, 07/02/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $29.32 | $29.32 | $29.32 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Reinhart, 06/20/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $30.07 | $30.07 | $30.07 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Karlton, 06/25/08          //2-81728995 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $36.22 | $36.22 | $36.22 | 10680 |
| RBG | 2008, Q3, Merits | Lunch w/JEK and expert          //489-3 MWB050 MICHAEL W. BIEN// | Travel | $97.29 | $97.29 | $97.29 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/21/08 //317 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $32.33 | $32.33 | $32.33 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/21/08 //318 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $85.17 | $85.17 | $85.17 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/21/09 //356 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $124.99 | $124.99 | $124.99 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/21/08 //344 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $667.71 | $667.71 | $667.71 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/21/08 //321 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $2,419.12 | $2,419.12 | $2,419.12 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.61 | $0.61 | $0.61 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $9.94 | $9.94 | $9.94 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $24.61 | $24.61 | $24.61 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $135.14 | $135.14 | $135.14 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP Delivery              //SF08-06397 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $65.10 | $65.10 | $65.10 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: heavy litigation scanning, standard bibliographic coding, FTP delivery              //SF08-06398 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $170.06 | $170.06 | $170.06 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.23 | $1.23 | $1.23 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.10 | $45.10 | $45.10 | 10680 |
| RBG | 2008, Q3, Merits | BART fare to attend CMC              //581-3 MWB050 MICHAEL W. BIEN// | Travel | $7.50 | $7.50 | $7.50 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions 7/23/08 //381 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $104.05 | $104.05 | $104.05 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $56.46 | $56.46 | $56.46 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, K & L Gates, 7/14/08              //7702 GOD050 GODSPEED COURIER// | Postage and Delivery | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Ed Sangster, 7/15/08              //7702 GOD050 GODSPEED COURIER// | Postage and Delivery | $16.00 | $16.00 | $16.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Pablo Stewart, 7/08/08              //7702 GOD050 GODSPEED COURIER// | Postage and Delivery | $18.00 | $18.00 | $18.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Prison Law Library, 7/11/08              //7702 GOD050 GODSPEED COURIER// | Postage and Delivery | $34.50 | $34.50 | $34.50 | 10680 |
| RBG | 2008, Q3, Merits | Orange Legal Technologies: FTP delivery              //SF08-06425 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | ALC Legal Technologies 7/24/08 //59188 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $52.73 | $52.73 | $52.73 | 10680 |
| RBG | 2008, Q3, Merits | ALC Legal Technologies 7/24/08 //59186 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $471.45 | $471.45 | $471.45 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $99.59 | $99.59 | $99.59 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $119.21 | $119.21 | $119.21 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: parking, Fed Court (split w/Valdivia) //489/720 MWB050 MICHAEL W. BI// | Travel | $3.25 | $3.25 | $3.25 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: parking, K Street (split w/Valdivia) //489/720 MWB050 MICHAEL W. BIE// | Travel | $5.25 | $5.25 | $5.25 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: breakfast (split w/Valdivia) //489/720 MWB050 MICHAEL W. BIEN// | Travel | $5.55 | $5.55 | $5.55 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: snacks w/ JEK, LR & EG (split w/Valdivia) //489/720 MWB050 MICHAEL W// | Travel | $6.15 | $6.15 | $6.15 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: lunch w/ JEK, LR &EG (split w/Valdivia) //489/720 MWB050 MICHAEL W. // | Travel | $29.30 | $29.30 | $29.30 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacramento for hearing: mileage (195 miles) (split w/Valdivia) //489/720 MWB050 MICHAEL W. BIEN// | Travel | $57.04 | $57.04 | $57.04 | 10680 |
| RBG | 2008, Q3, Merits | Knox Attorney Service: images scanned to CD, Business Advantage Consulting //755094 KNO050 KNOX ATTORN// | Ediscovery, Scanning, Processing, Coding | $289.10 | $289.10 | $289.10 | 10680 |
| RBG | 2008, Q3, Merits | Catherine E.F. Bodene, CSR: transcript of proceedings (split w/ Valdivia) // BOD050 CATHERINE E.F. BOD// | Hearing Transcript | $86.25 | $86.25 | $86.25 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $49.61 | $49.61 | $49.61 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: lunch snacks for LE & CH, 7/29/08 //489-3 MWB050 MICHAE// | Travel | $16.84 | $16.84 | $16.84 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: cab ffrom SFO, 7/29/08 //489-3 MWB050 MICHAEL W. BIEN// | Travel | $40.00 | $40.00 | $40.00 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: dinner w/ C.Haney, 7/28/08 //489-3 MWB050 MICHAEL W. BI// | Travel | $50.08 | $50.08 | $50.08 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: Best Western, Tehachapi (w/ C.Haney) 7/28/08 //489-3// | Travel | $206.06 | $206.06 | $206.06 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: Marriott, Visalia (w/ JEK and C.Haney) including meals | Travel | $451.21 | $451.21 | $451.21 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Fresno/Bakersfield for Expert Tours: airfare, SF-Fresno-Bakersfield-SF, 7/27/08-7/29/08 | Travel | $799.50 | $799.50 | $799.50 | 10680 |
| RBG | 2008, Q3, Merits | ALC Legal Technologies: blowbacks          //59219 ALC050 ALC LEGAL TECHNOLO// | Ediscovery, Printing Paper Sets for Review and Exhibits | $1,128.00 | $1,128.00 | $1,128.00 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //399 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $654.59 | $654.59 | $654.59 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.61 | $0.61 | $0.61 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.87 | $13.87 | $13.87 | 10680 |
| RBG | 2008, Q3, Merits | SATF site inspection: dinner, 07/28/08          //489-3OVR JEK050 JANE KAHN// | Travel | $8.10 | $8.10 | $8.10 | 10680 |
| RBG | 2008, Q3, Merits | SATF site inspection: parking, 07/28/08          //489-3OVR JEK050 JANE KAHN// | Travel | $55.00 | $55.00 | $55.00 | 10680 |
| RBG | 2008, Q3, Merits | SATF site inspection: flight, 07/28/08          //489-3OVR JEK050 JANE KAHN// | Travel | $199.55 | $199.55 | $199.55 | 10680 |
| RBG | 2008, Q3, Merits | Orange Legal Technologies: FTP delivery          //SF08-06417 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //401 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $26.58 | $26.58 | $26.58 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //408 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $196.39 | $196.39 | $196.39 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Catherine Bodene: 07/25/08 proceedings: Motions (split w/720-1) // BOD050 CATHERINE E.F. BOD// | Hearing Transcript | $86.25 | $86.25 | $86.25 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $18.79 | $18.79 | $18.79 | 10680 |
| RBG | 2008, Q3, Merits | Orange Legal Technologies: FTP delivery                //SF08-06413 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Orange Legal Technologies: standard bibliographic coding, conversion between pdf and tiff, control numbering, FTP delivery CDCR 001 //SF08-06412 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $129.09 | $129.09 | $129.09 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.84 | $1.84 | $1.84 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $19.59 | $19.59 | $19.59 | 10680 |
| RBG | 2008, Q3, Merits | CT Summation: data services, July              //4522314-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $8,560.89 | $8,560.89 | $8,560.89 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //416 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $477.07 | $477.07 | $477.07 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //412 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $887.18 | $887.18 | $887.18 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions //419 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,247.75 | $1,247.75 | $1,247.75 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, 'Inmate Correspondence' copier | In-house Copying | $1,790.80 | $1,790.80 | $952.72 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, mailroom copier | In-house Copying | $1,903.40 | $1,903.40 | $1,012.62 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, file area copier | In-house Copying | $1,907.40 | $1,907.40 | $1,014.75 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, library copier | In-house Copying | $3,628.40 | $3,628.40 | $1,930.34 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: KQED Interview transcript, 07/16/08 //36712 INTE GOL050 GOLDEN GATE REPORT// | Misc Transcript | $300.50 | $300.50 | $300.50 | 10680 |
| K&L Gates | 2008, Q3, Merits | R. Mora | Computerized Legal Research (Westlaw, Lexis, Other) | $1,442.85 | $1,442.85 | $1,442.85 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $89.51 | $89.51 | $89.51 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $146.77 | $146.77 | $146.77 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.16 | $0.16 | $0.16 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.40 | $2.40 | $2.40 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $6.00 | $6.00 | $6.00 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $17.92 | $17.92 | $17.92 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $23.92 | $23.92 | $23.92 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $26.32 | $26.32 | $26.32 | 10680 |
| RBG | 2008, Q3, Merits | July in-house postage charges | Postage and Delivery | $46.38 | $46.38 | $46.38 | 10680 |
| RBG | 2008, Q3, Merits | July in-house postage charges | Postage and Delivery | $287.61 | $287.61 | $287.61 | 10680 |
| RBG | 2008, Q3, Merits | Coleman ref translated to spanish              //81652 INT050 INTERNATIONAL EFFE// | Translation | $30.00 | $30.00 | $30.00 | 10680 |
| RBG | 2008, Q3, Merits | Capitol Couriers: Service of Subpoenas on Office of the Inspector General, 7/25/08 //42682 CAP050 CAPITO// | Service of Subpoenas | $45.00 | $45.00 | $45.00 | 10680 |
| RBG | 2008, Q3, Merits | Capitol Couriers, Inc.: same day process server, 7/1/08 //42485 CAP050 CAPITOL COURIERS,// | Service of Subpoenas | $55.00 | $55.00 | $55.00 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: conversion between pdf and tiff, standard bibliographic coding and control numbering, FTP delivery              //SF08-06441 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $81.38 | $81.38 | $81.38 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $139.42 | $139.42 | $139.42 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $190.80 | $190.80 | $190.80 | 10680 |
| K&L Gates | 2008, Q3, Merits | wordprocessing | Wordprocessing | $177.12 | $177.12 | $177.12 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.34 | $9.34 | $9.34 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP Delivery          //SF08-06443 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: memory cards, 07/25/08 (split w/admin) //5474 9740 BUS050 BUSINESS PUBLISHER// | Photo Supplies | $238.48 | $238.48 | $238.48 | 10680 |
| RBG | 2008, Q3, Merits | B44: lunch w/Harvey & JEK, 07/18/08 (No Charge)          //5474 9795 BUS025 BUSINESS CARD// | Travel | $97.29 | $0.00 | $0.00 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: meal, 08/01/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $2.72 | $2.72 | $2.72 | 10680 |
| RBG | 2008, Q3, Merits | Experts tours: coffee, 07/31/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $3.65 | $3.65 | $3.65 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: meal, 08/01/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $4.60 | $4.60 | $4.60 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: meal, 07/30/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $6.75 | $6.75 | $6.75 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: coffee, 08/02/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $7.30 | $7.30 | $7.30 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: meal, 07/28/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $13.48 | $13.48 | $13.48 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: food for tour, 07/30/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $19.13 | $19.13 | $19.13 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: meal, 07/29/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $24.72 | $24.72 | $24.72 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: gas, 07/30/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $32.63 | $32.63 | $32.63 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: gas, 08/01/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $33.04 | $33.04 | $33.04 | 10680 |
| RBG | 2008, Q3, Merits | DMH Hearing: lunch w/MWB, EG & LR, 07/25/08 (split w/720-1) //5474 9740 BUS025 BUSINESS CARD// | Travel | $34.30 | $34.30 | $34.30 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: parking, 07/29/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $35.00 | $35.00 | $35.00 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: gas, 08/02/08          //5474 9700 BUS025 BUSINESS CARD// | Travel | $43.34 | $43.34 | $43.34 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: meal, 07/31/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $48.54 | $48.54 | $48.54 | 10680 |
| RBG | 2008, Q3, Merits | Tours of SVSP, CMF and MCSP: gas, 07/29/08 -07/30/08 //5474 9740 BUS025 BUSINESS CARD// | Travel | $63.57 | $63.57 | $63.57 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: meal, 07/31/08          //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $89.25 | $89.25 | $89.25 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Expert tours: hotel, 07/28/08        //5474 9700 BUS025 BUSINESS CARD// | Travel | $111.78 | $111.78 | $111.78 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: rental car, 07/29/08-08/01/08        //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $174.17 | $174.17 | $174.17 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: hotel, 07/30/08 - 08/01/08        //5474 9740 BUS050 BUSINESS PUBLISHER// | Travel | $416.51 | $416.51 | $416.51 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: rental car, 07/28/08-08/01/08        //5474 9700 BUS025 BUSINESS CARD// | Travel | $458.18 | $458.18 | $458.18 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: hotel, 07/29/08-08/01/08        //5474 9700 BUS025 BUSINESS CARD// | Travel | $545.98 | $545.98 | $545.98 | 10680 |
| RBG | 2008, Q3, Merits | Tours of SVSP, CMF and MCSP: rental car 07/28-07/29 //5474 9740 BUS025 BUSINESS CARD// | Travel | $552.43 | $552.43 | $552.43 | 10680 |
| RBG | 2008, Q3, Merits | Experts tour: airfare, 07/28/08        //5474 9700 BUS025 BUSINESS CARD// | Travel | $994.50 | $994.50 | $994.50 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP delivery        //SF08-06445 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: medium litigation scanning, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP //SF08-06509 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $158.56 | $158.56 | $158.56 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: medium litigation scanning, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP //SF08-06508 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $262.67 | $262.67 | $262.67 | 10680 |
| RBG | 2008, Q3, Merits | ALC: Copy job //59351 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $623.40 | $623.40 | $623.40 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $146.05 | $146.05 | $146.05 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 07/17/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $40.00 | $40.00 | $40.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 07/22/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $40.00 | $40.00 | $40.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 07/17/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $40.00 | $40.00 | $40.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hansen Bridgett, 07/18/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $43.00 | $43.00 | $43.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 07/18/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $43.00 | $43.00 | $43.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 07/17/08        //7929 GOD050 GODSPEED COURIER// | Postage and Delivery | $192.00 | $192.00 | $192.00 | 10680 |
| RBG | 2008, Q3, Merits | CMF tour: bridge toll, 07/30/08        //489-3 MVM050 MARIA V. MORRIS// | Travel | $4.00 | $4.00 | $4.00 | 10680 |
| RBG | 2008, Q3, Merits | CMF tour: breakfast, 07/30/08        //489-3 MVM050 MARIA V. MORRIS// | Travel | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | CMF tour: drive to/from CMF, 96 miles @ .585, 07/20/08 //489-3 MVM050 MARIA V. MORRIS// | Travel | $56.16 | $56.16 | $56.16 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: FTP delivery        //SF08-06475 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: digital blowbacks        //08SF804012 DOC050 DOCUMENT SERVICES// | Ediscovery, Printing Paper Sets for Review and Exhibits | $366.71 | $366.71 | $366.71 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $270.25 | $270.25 | $270.25 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP Delivery          //SF08-06457 MID050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: FTP delivery          //SF08-06476 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.05 | $5.05 | $5.05 | 10680 |
| RBG | 2008, Q3, Merits | Expert tours: taxi, 07/28/08          //4893/5813 LAE050 LISA A. ELLS// | Travel | $43.00 | $43.00 | $43.00 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: light litigation scanning, logical unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06474 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $175.23 | $175.23 | $175.23 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06497 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $1,704.67 | $1,704.67 | $1,704.67 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //479 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $15.49 | $15.49 | $15.49 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //457 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $39.28 | $39.28 | $39.28 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //467 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $57.51 | $57.51 | $57.51 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //443 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $61.85 | $61.85 | $61.85 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //447 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $70.53 | $70.53 | $70.53 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //436 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $219.60 | $219.60 | $219.60 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //480 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $249.98 | $249.98 | $249.98 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions, ship date: 08/11/08 //435 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $251.37 | $251.37 | $251.37 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $100.01 | $100.01 | $100.01 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $35.33 | $35.33 | $35.33 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $357.74 | $357.74 | $357.74 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: FTP delivery          //SF08-06513 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/13/08          //08SF812061 DOC050 DOCUMENT SERVICES// | Outside Copying | $289.56 | $289.56 | $289.56 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/13/08          //08SF812058 DOC050 DOCUMENT SERVICES// | Outside Copying | $798.32 | $798.32 | $798.32 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.08 | $16.08 | $16.08 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $75.12 | $75.12 | $75.12 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Sacto.: tolls, 08/13/08 (split w/581-3)   //4893/581-3 MWB050 MICHAEL W. BIEN// | Travel | $2.00 | $2.00 | $2.00 | 10680 |
| RBG | 2008, Q3, Merits | travel to Sacto.: parking, 08/13/08 (split w/581-3) //4893/581-3 MWB050 MICHAEL W. BIEN// | Travel | $2.50 | $2.50 | $2.50 | 10680 |
| RBG | 2008, Q3, Merits | travel to Sacto.: travel 200 miles @ .505, 08/13/08 (split w/581-3) //4893/581-3 MWB050 MICHAEL W. BIE// | Travel | $58.50 | $58.50 | $58.50 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: FTP delivery - CEBC emails - mediation 08-11-08 //SF08-06488 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | ALC: Copy job, 08/14/08                //59487 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $351.47 | $351.47 | $351.47 | 10680 |
| K&L Gates | 2008, Q3, Merits | Michelle M. Baney check5094 8/18/08 (voucher 1039910) | Travel | $7.00 | $7.00 | $7.00 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Orange LT - SF:OCR, conversion between pdf and tiff, control numbering, CD archives, FTP delivery            //SF08-06510 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $552.83 | $552.83 | $552.83 | 10680 |
| RBG | 2008, Q3, Merits | ALC: copy job, 08/15/08                //59498 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $190.48 | $190.48 | $190.48 | 10680 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Jerry Powers Vol. 1, Half day reporting fee; original and one copy; e-mailed rough draft transcript; condensed transcripts/Ascii file on CD exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript | Deposition Transcript | $929.30 | $929.30 | $929.30 | 2624SF |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.37 | $5.37 | $5.37 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to USDC-Eastern, 07/18/08 (split w/720-1)        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $11.36 | $11.36 | $11.36 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Karlton, 08/01/08          //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.75 | $14.75 | $14.75 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Karlton, 08/01/08          //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.75 | $14.75 | $14.75 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Henderson, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $14.75 | $14.75 | $14.75 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Matt Ellstron, 07/25/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $17.08 | $17.08 | $17.08 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to S. Kaufhold, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Paul Mello, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Natalie Leonard, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Lisa Tillman, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Counsel General, 08/01/08        //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Federal Express to Anne Keck, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.25 | $18.25 | $18.25 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Henderson, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $19.73 | $19.73 | $19.73 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Reinhardt, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $20.42 | $20.42 | $20.42 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Craig Haney, 08/12/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $20.43 | $20.43 | $20.43 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Rochelle East, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $21.29 | $21.29 | $21.29 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Clerk, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $24.50 | $24.50 | $24.50 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Karlton, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $27.96 | $27.96 | $27.96 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Henderson, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $27.96 | $27.96 | $27.96 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Clerk, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $27.96 | $27.96 | $27.96 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Craig Haney, 07/22/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $31.01 | $31.01 | $31.01 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to William Mitchell, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $31.12 | $31.12 | $31.12 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Martin Mayer, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $31.12 | $31.12 | $31.12 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Reinhardt, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $35.11 | $35.11 | $35.11 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to RBG-LAE, 07/29/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $36.35 | $36.35 | $36.35 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Sara Norman, 08/04/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $39.84 | $39.84 | $39.84 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Judge Reinhardt, 08/01/08   //2865-86985 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $51.87 | $51.87 | $51.87 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT - SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP   //SF0806493 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $16,567.31 | $16,567.31 | $16,567.31 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: OVR Coleman Expert Report //08SF815086 DOC050 DOCUMENT SERVICES// | Outside Copying | $1,401.85 | $1,401.85 | $1,401.85 | 10680 |
| RBG | 2008, Q3, Merits | Knox Attorney Service: Records retrieval re Coleman //758225 KNO050 KNOX ATTORNEY SERV// | Outside Copying | $2,095.69 | $2,095.69 | $2,095.69 | 10680 |
| RBG | 2008, Q3, Merits | Petrilla Reporting & Transcription: 08/12/08 proceedings transcript, 08/19/08 //3243 PET025 PETRILLA R// | Hearing Transcript | $41.60 | $41.60 | $41.60 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF:logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP   //SF0806559 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $616.62 | $616.62 | $616.62 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | ALC: copy job, 08/20/08    //59546 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $130.31 | $130.31 | $130.31 | 10680 |
| RBG | 2008, Q3, Merits | ALC: copy job, 08/20/08    //59547 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $467.35 | $467.35 | $467.35 | 10680 |
| RBG | 2008, Q3, Merits | ALC: copy job, 08/20/08    //59557 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $629.54 | $629.54 | $629.54 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.66 | $16.66 | $16.66 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hansen Bridgett, 08/04/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 08/14/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 08/05/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 08/14/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $12.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney general, 08/05/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $17.00 | $17.00 | $17.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, US Courthouse-SF, 08/13/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $19.50 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 08/05/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $20.00 | $20.00 | $20.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Sec of State, 08/04/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $45.00 | $45.00 | $45.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hall of Justice & Record, 08/05/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $96.00 | $96.00 | $96.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, US Courthouse, 08/13/08    //8153 GOD050 GODSPEED COURIER// | Postage and Delivery | $220.50 | $220.50 | $220.50 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/21/08    //08SF819103 DOC050 DOCUMENT SERVICES// | Outside Copying | $457.11 | $457.11 | $457.11 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $0.79 | $0.79 | $0.79 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $1.20 | $1.20 | $1.20 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $31.55 | $31.55 | $31.55 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $36.45 | $36.45 | $36.45 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $99.34 | $99.34 | $99.34 | 10680 |
| RBG | 2008, Q3, Merits | Conference call, 8/13/08 | Conference Calls | $38.00 | $38.00 | $38.00 | 10680 |
| RBG | 2008, Q3, Merits | Conference call, 7/18/08 | Conference Calls | $47.20 | $47.20 | $47.20 | 10680 |
| RBG | 2008, Q3, Merits | Conference call, 8/13/08 | Conference Calls | $211.88 | $211.88 | $211.88 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP    //SF0806552 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $343.46 | $343.46 | $343.46 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: copy job, 08/22/08    //08SF821118 DOC050 DOCUMENT SERVICES// | Outside Copying | $206.24 | $206.24 | $206.24 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: copy job, 08/22/08    //08SF821117 DOC050 DOCUMENT SERVICES// | Outside Copying | $869.74 | $869.74 | $869.74 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP delivery - shipped, 08/25/08    //SF0806548 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //534 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $22.13 | $22.13 | $22.13 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //514 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $27.13 | $27.13 | $27.13 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //504 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $55.34 | $55.34 | $55.34 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //485 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $65.10 | $65.10 | $65.10 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //538 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $233.93 | $233.93 | $233.93 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //515 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $376.04 | $376.04 | $376.04 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //532 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $999.85 | $999.85 | $999.85 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //519 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,078.32 | $1,078.32 | $1,078.32 | 10680 |
| RBG | 2008, Q3, Merits | Absolute Graphic Solutions: shipped 08/25/08    //547 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,200.01 | $1,200.01 | $1,200.01 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/26/08    //08SF822133 DOC050 DOCUMENT SERVICES// | Outside Copying | $266.58 | $266.58 | $266.58 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/26/08    //08SF825144 DOC050 DOCUMENT SERVICES// | Outside Copying | $283.51 | $283.51 | $283.51 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 08/26/08    //59639 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $296.21 | $296.21 | $296.21 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/26/08    //08SF824137 DOC050 DOCUMENT SERVICES// | Outside Copying | $498.41 | $498.41 | $498.41 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped, 08/26/08    //08SF822130 DOC050 DOCUMENT SERVICES// | Outside Copying | $716.10 | $716.10 | $716.10 | 10680 |
| RBG | 2008, Q3, Merits | CT Summation: hosting fees, 08/28/08    //4578460-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $26,225.70 | $26,225.70 | $26,225.70 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 08/28/08    //59693 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $92.09 | $92.09 | $92.09 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 08/28/08    //59694 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $279.93 | $279.93 | $279.93 | 10680 |
| RBG | 2008, Q3, Merits | Esquire Deposition Services: transcript of C-ROB meeting, 9/25/07 //51090ESC ESQ050 ESQUIRE DEPOSITION// | Misc Transcript | $558.00 | $558.00 | $558.00 | 10680 |
| RBG | 2008, Q3, Merits | Esquire Deposition Services: transcript of C-ROB meeting, 6/03/08 //51089ESC ESQ050 ESQUIRE DEPOSITION// | Misc Transcript | $591.00 | $591.00 | $591.00 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 08/29/08    //583 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $361.96 | $361.96 | $361.96 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Original transcript of Robert Storms, 08/19/08 //37703 GOL050 GOLDEN GATE REPOR// | Deposition Transcript | $1,860.40 | $1,860.40 | $1,860.40 | 10680 |
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped 08/30/08    //08SF827158 DOC050 DOCUMENT SERVICES// | Outside Copying | $53.71 | $53.71 | $53.71 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Document Services Unlimited: shipped 08/30/08    //08SF827156 DOC050 DOCUMENT SERVICES// | Outside Copying | $355.07 | $355.07 | $355.07 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges: inmate correspondence copier | In-house Copying | $2,749.40 | $2,749.40 | $1,462.70 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges: mailroom copier | In-house Copying | $2,838.00 | $2,838.00 | $1,509.84 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges: file area copier | In-house Copying | $3,697.40 | $3,697.40 | $1,967.05 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges: library copier | In-house Copying | $7,486.80 | $7,486.80 | $3,983.04 | 10680 |
| K&L Gates | 2008, Q3, Merits | R. Mora | Computerized Legal Research (Westlaw, Lexis, Other) | $1,246.26 | $1,246.26 | $1,246.26 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.32 | $0.32 | $0.32 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.16 | $2.16 | $2.16 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.32 | $2.32 | $2.32 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.40 | $2.40 | $2.40 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.60 | $3.60 | $3.60 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.68 | $3.68 | $3.68 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $8.56 | $8.56 | $8.56 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $13.76 | $13.76 | $13.76 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $38.88 | $38.88 | $38.88 | 10680 |
| RBG | 2008, Q3, Merits | THINKtwice inc.: services re video and photo data management //3944 THI050 THINKTWICE, INC.// | Trial Graphics, Photos and Video | $13,286.75 | $13,286.75 | $13,286.75 | 10680 |
| RBG | 2008, Q3, Merits | Postage and Delivery | Postage and Delivery | $500.93 | $500.93 | $500.93 | 10680 |
| K&L Gates | 2008, Q3, Merits | wordprocessing | Wordprocessing | $71.41 | $71.41 | $71.41 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Transcript of Karen Finn, 8/26/08 //37764 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,967.20 | $1,967.20 | $1,967.20 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Original transcript of Cynthia Rodavsky, 08/28/08 //37789 GOL050 GOLDEN GATE RE// | Deposition Transcript | $2,854.53 | $2,854.53 | $2,854.53 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.53 | $13.53 | $13.53 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $62.27 | $62.27 | $62.27 | 10680 |
| RBG | 2008, Q3, Merits | Petrilla Reporting: transcript of 08/20/08 proceedings //3266 PET025 PETRILLA REPORTING// | Hearing Transcript | $42.80 | $42.80 | $42.80 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $96.94 | $96.94 | $96.94 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $122.22 | $122.22 | $122.22 | 10680 |
| RBG | 2008, Q3, Merits | Expert tour: cab, 07/30/08    //489-3 LER050 LORI E. RIFKIN// | Travel | $18.00 | $18.00 | $18.00 | 10680 |
| RBG | 2008, Q3, Merits | AMA Subscriptions: article re Coleman Overcrowd, 8/12 //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $15.00 | $15.00 | $15.00 | 10680 |
| RBG | 2008, Q3, Merits | Sage Publishing: article re Coleman Overcrowd, 8/6  //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $20.00 | $20.00 | $20.00 | 10680 |
| RBG | 2008, Q3, Merits | Sage Publishing: article re Coleman Overcrowd, 8/6 //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $20.00 | $20.00 | $20.00 | 10680 |
| RBG | 2008, Q3, Merits | American Psychiatric: article re Coleman Overcrowd, 08/05/08 //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $25.00 | $25.00 | $25.00 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Science Direct: article re Coleman Overcrowd, 8/6/08 //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $31.50 | $31.50 | $31.50 | 10680 |
| RBG | 2008, Q3, Merits | Plimus.com: article re Coleman overcrowd, 08/07/08 //5474 9764 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $43.94 | $43.94 | $43.94 | 10680 |
| RBG | 2008, Q3, Merits | Absolute GS: shipped, 09/05/08        //596 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $148.23 | $148.23 | $148.23 | 10680 |
| RBG | 2008, Q3, Merits | Absolute GS: 09/05/08        //585 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $420.83 | $420.83 | $420.83 | 10680 |
| RBG | 2008, Q3, Merits | Absolute GS: shipped, 09/05/08        //607 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $450.60 | $450.60 | $450.60 | 10680 |
| RBG | 2008, Q3, Merits | Absolute GS: shipped, 09/05/08        //603 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,047.68 | $1,047.68 | $1,047.68 | 10680 |
| RBG | 2008, Q3, Merits | Techno: copy job shipped, 09/15/08        //33509 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $1,352.86 | $1,352.86 | $1,352.86 | 10680 |
| RBG | 2008, Q3, Merits | Knox Attorney service: Scanned docs at Inspector General's office //760933 KNO050 KNOX ATTORNEY SERV// | Outside Copying | $4,777.29 | $4,777.29 | $4,777.29 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.23 | $45.23 | $45.23 | 10680 |
| RBG | 2008, Q3, Merits | Techno: Scanning docs., 09/15/08        //33507 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $1,556.00 | $1,556.00 | $1,556.00 | 10680 |
| K&L Gates | 2008, Q3, Merits | Deposition of Alexander Yim/Deposition of Karen Dalton/Deposition of Stephen Smith Case No. CIV S 90-0520 (3) originals - LEF Files Job No. URL0938-ABC | Deposition Transcript | $807.45 | $807.45 | $807.45 | 994048 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Duane Bay Vol. 1, Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previously delivered | Deposition Transcript | $537.55 | $537.55 | $537.55 | 2634SF |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Bill Cogbill, Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previously delivered | Deposition Transcript | $533.84 | $533.84 | $533.84 | 2639SF |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hansen Bridgett, 08/20/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hansen Bridgett, 08/18/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, US Attorney General, 08/18/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $12.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 08/20/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $12.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Jane Kahn, 08/26/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $24.00 | $24.00 | $24.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, San Mateo Superior Court, 08/22/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $121.00 | $121.00 | $121.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Office of County Counsil, 08/22/08        //8427 GOD050 GODSPEED COURIER// | Postage and Delivery | $181.00 | $181.00 | $181.00 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $153.91 | $153.91 | $153.91 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | travel to Court: drink, 08/07/08        //10443/4893 MVM050 MARIA V. MORRIS// | Travel | $1.50 | $1.50 | $1.50 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: tolls, 08/20/08        //0489-3OVR MVM050 MARIA V. MORRIS// | Travel | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: tolls, 08/07/08        //10443/4893 MVM050 MARIA V. MORRIS// | Travel | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: parking, 08/20/08        //0489-3OVR MVM050 MARIA V. MORRIS// | Travel | $9.00 | $9.00 | $9.00 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: meal, 08/07/08        //10443/4893 MVM050 MARIA V. MORRIS// | Travel | $11.99 | $11.99 | $11.99 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: parking, 08/20/08        //0489-3OVR MVM050 MARIA V. MORRIS// | Travel | $21.00 | $21.00 | $21.00 | 10680 |
| RBG | 2008, Q3, Merits | travel to Court: parking, 08/07/08        //10443/4893 MVM050 MARIA V. MORRIS// | Travel | $34.50 | $34.50 | $34.50 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: travel 165 miles @ .585, 08/20/08  //0489-3OVR MVM050 MARIA V. MORRIS// | Travel | $96.53 | $96.53 | $96.53 | 10680 |
| RBG | 2008, Q3, Merits | Travel to Court: travel 171 miles @ .585, 08/07/08  //10443/4893 MVM050 MARIA V. MORRIS// | Travel | $100.04 | $100.04 | $100.04 | 10680 |
| RBG | 2008, Q3, Merits | //SF08-06676 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | -$353.17 | -$353.17 | -$353.17 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: medium litigation scanning, 09/10/08  //SF08-06676 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $353.17 | $353.17 | $353.17 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: shipped, 10/10/08        //SF08-06676 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $353.17 | $353.17 | $353.17 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Robin Dezember, 08/29/08 //38053 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,250.40 | $1,250.40 | $1,250.40 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Transcript of Victor Brewer, 09/04/08 //38056 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,595.90 | $1,595.90 | $1,595.90 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Shama Chaiken, 08/29/08 //38069 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,841.90 | $1,841.90 | $1,841.90 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Todd Jerue, 8/29/08 //38040 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,881.60 | $1,881.60 | $1,881.60 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Transcript of James Tilton, 9/3/08 //38065 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $2,270.35 | $2,270.35 | $2,270.35 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/11/08        //645 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $161.10 | $161.10 | $161.10 | 10680 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Adam Christianson, All day reporting fee; original and one copy; e-mailed rough draft transcript; exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax/transcript previously delivered/no charge for conden | Deposition Transcript | $671.24 | $671.24 | $671.24 | 16984LR |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $72.61 | $72.61 | $72.61 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $141.85 | $141.85 | $141.85 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: FTP delivery        //SF0806720 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/12/08        //634 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $298.81 | $298.81 | $298.81 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/12/08    //629 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,957.25 | $1,957.25 | $1,957.25 | 10680 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Richard Word, All day reporting fee; original and one copy; e-mailed rough draft transcript; exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax/transcript previously delivered | Deposition Transcript | $475.71 | $475.71 | $475.71 | 16992LR |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Martin Ryan, Original and one copy; emailed rough draft transcript; exhibitrs on CD/hard copy included; Handling/CCP compliance; 7.75% sales tax | Deposition Transcript | $288.03 | $288.03 | $288.03 | 16995LR |
| RBG | 2008, Q3, Merits | Goldengate Reporting: Transcript of Thomas Hoffman, 08/28/08 //38142 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $2,085.30 | $2,085.30 | $2,085.30 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.86 | $5.86 | $5.86 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.48 | $16.48 | $16.48 | 10680 |
| RBG | 2008, Q3, Merits | THINKtwice inc.: services re video and photo data management //3947 THI050 THINKTWICE, INC.// | Trial Graphics, Photos and Video | $1,676.25 | $1,676.25 | $1,676.25 | 10680 |
| RBG | 2008, Q3, Merits | Techno: Scanning heavy litigation, 09/16/08    //33624 TEC050 TECHNO REPROGRAPHI// | Ediscovery, Scanning, Processing, Coding | $3,826.84 | $3,826.84 | $3,826.84 | 10680 |
| RBG | 2008, Q3, Merits | 3HRS @ $250 //TESTIMONY- BAT050 GALE BATAILLE// | Witness Fee | $750.00 | $750.00 | $750.00 | 10680 |
| RBG | 2008, Q3, Merits | Gale Bataille: 4 hours of testimony at $250 per hr, 09/16/08 //TESTIMONY-BAT050 GALE BATAILLE// | Witness Fee | $1,000.00 | $1,000.00 | $1,000.00 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: Transcript of Rick Johnson, 9/3/08 //38234 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $2,064.30 | $2,064.30 | $2,064.30 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.53 | $5.53 | $5.53 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $23.64 | $23.64 | $23.64 | 10680 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Don Meyer, Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax | Deposition Transcript | $742.99 | $742.99 | $742.99 | 17041LR |
| K&L Gates | 2008, Q3, Merits | E. Sangster 9/5, mileage to Sacramento for MTC hearing - 166 miles @.585 per mile check437468 9/23/08 (voucher1049013) | Travel | $97.11 | $97.11 | $97.11 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 9/5, parking in Sacramento for MTC hearing check437468 9/23/08 (voucher1049013) | Travel | $4.50 | $4.50 | $4.50 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 8/29, mileage to Woodland, CA for depo - 174.52 miles @ .585 per mile check437468 9/23/08 (voucher 1049013) | Travel | $88.53 | $88.53 | $88.53 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 8/28, mileage to Sacramento for depo - 174.52 miles @ .585 per mile check437468 9/23/08 (voucher1049013) | Travel | $101.91 | $101.91 | $101.91 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 8/28, mileage to San Mateo fro depo - 52.68 miles @ .585 per mile check437468 9/23/08 (voucher1049013) | Travel | $52.10 | $52.10 | $52.10 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 8/25, mileage to/from Modesto for Christianson depo - 236 miles @.585 per mile check437468 09/23/08 (voucher1049013) | Travel | $138.06 | $138.06 | $138.06 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Loren Buddress Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales stax | Deposition Transcript | $608.78 | $608.78 | $608.78 | 2644SF |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.22 | $8.22 | $8.22 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $30.03 | $30.03 | $30.03 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $69.86 | $69.86 | $69.86 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $443.64 | $443.64 | $443.64 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Steven Fama, 8/18/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $17.34 | $17.34 | $17.34 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Craig Haney, 8/13/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $20.43 | $20.43 | $20.43 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Hon. Thelton Henderson, 9/09/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $21.91 | $21.91 | $21.91 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Hon. Lawrence Karlton, 9/09/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $31.91 | $31.91 | $31.91 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Hon. John Moulds, 9/09/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $31.91 | $31.91 | $31.91 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Hon. Stephen Reinhardt, 9/09/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $35.59 | $35.59 | $35.59 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Hon. Stephen Reinhardt, 8/13/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $44.48 | $44.48 | $44.48 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to Craig Haney, 9/16/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $62.77 | $62.77 | $62.77 | 10680 |
| RBG | 2008, Q3, Merits | Federal Express to James Gilligan to EG, 9/06/08        //2923-24190 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $67.24 | $67.24 | $67.24 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $17.04 | $17.04 | $17.04 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 9/09/08        //8568 GOD050 GODSPEED COURIER// | Postage and Delivery | $70.00 | $70.00 | $70.00 | 10680 |
| RBG | 2008, Q3, Merits | P. Stewart Depo.: tolls, 09/18/08        //ADMIN-1 AEW050 AMY E. WHELAN// | Travel | $8.00 | $8.00 | $8.00 | 10680 |
| RBG | 2008, Q3, Merits | P. Stewart Depo.: parking, 09/18/08        //ADMIN-1 AEW050 AMY E. WHELAN// | Travel | $18.00 | $18.00 | $18.00 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.36 | $5.36 | $5.36 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $1.78 | $1.78 | $1.78 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $2.18 | $2.18 | $2.18 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $3.71 | $3.71 | $3.71 | 10680 |
| RBG | 2008, Q3, Merits | Long distance telephone charges | L-D Telephone | $42.50 | $42.50 | $42.50 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.95 | $0.95 | $0.95 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.86 | $2.86 | $2.86 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.46 | $29.46 | $29.46 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $431.47 | $431.47 | $431.47 | 10680 |
| K&L Gates | 2008, Q3, Merits | Magnum Courier, Inc. 8/22 delivery to Fre heather, Calabasas CA check437453 9/23/08 (voucher104798) | Postage and Delivery | $42.39 | $42.39 | $42.39 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Co-Counsel Meeting at PLO: tolls, 09/22/08    //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $4.00 | $4.00 | $4.00 | 10680 |
| RBG | 2008, Q3, Merits | Co-Counsel Meeting at PLO: travel 36 miles @ .585, 9/22/08 //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $21.06 | $21.06 | $21.06 | 10680 |
| RBG | 2008, Q3, Merits | Co-Counsel Meeting at PLO: lunch w/EG & JEK, 09/22/08 //0489-3 MWB050 MICHAEL W. BIEN// | Travel | $28.26 | $28.26 | $28.26 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Charlene Silva, 09/18/08 //38519 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $806.00 | $806.00 | $806.00 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Charlene Silva, 09/11/08 //38489 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,295.30 | $1,295.30 | $1,295.30 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.23 | $16.23 | $16.23 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.10 | $29.10 | $29.10 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $470.38 | $470.38 | $470.38 | 10680 |
| RBG | 2008, Q3, Merits | Techno: digital prints, 09/24/08    //33766 TEC050 TECHNO REPROGRAPHII// | Ediscovery, Printing Paper Sets for Review and Exhibits | $284.53 | $284.53 | $284.53 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/12/08    //647 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $286.71 | $286.71 | $286.71 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: James Tilton video/dvd, 09/03/08 //38586 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $520.00 | $520.00 | $520.00 | 10680 |
| RBG | 2008, Q3, Merits | Esquire: Services provided on 09/18/08 re Pablo Stewart //51268ESC ESQ050 ESQUIRE DEPOSITION// | Deposition Transcript | $884.40 | $884.40 | $884.40 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.95 | $0.95 | $0.95 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.95 | $0.95 | $0.95 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $20.02 | $20.02 | $20.02 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $485.32 | $485.32 | $485.32 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 09/25/08    //60037 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $99.34 | $99.34 | $99.34 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 09/25/08    //60036 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $110.72 | $110.72 | $110.72 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $63.51 | $63.51 | $63.51 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $186.41 | $186.41 | $186.41 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 09/26/08    //60051 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $517.82 | $517.82 | $517.82 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|---|---|---|---|---|---|---|---|
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. David M. Bennett Vol. 1, Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previously delivered | Deposition Transcript | $844.07 | $844.07 | $844.07 | 2648SF |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. David Boesch Vol. 1Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previously delivered | Deposition Transcript | $659.89 | $659.89 | $659.89 | 2651SF |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Gary Graves, Half day reporting fee; original and one copy; e-mailed rough draft transcript; LEF CD FILE; exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previously delivered | Deposition Transcript | $876.21 | $876.21 | $876.21 | 2654SF |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of deposition of Gale Bataille, 9/16/08 //38641 GOL050 GOLDEN GATE R// | Deposition Transcript | $2,503.40 | $2,503.40 | $2,503.40 | 10680 |
| RBG | 2008, Q3, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $210.57 | $210.57 | $210.57 | 10680 |
| RBG | 2008, Q3, Merits | Techno Reprographics, Inc., 9/24/08 //33864 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $345.57 | $345.57 | $345.57 | 10680 |
| RBG | 2008, Q3, Merits | ALC: shipped, 09/29/08          //60068 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $363.42 | $363.42 | $363.42 | 10680 |
| RBG | 2008, Q3, Merits | Techno Reprographics, Inc., 9/25/08 //33862 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $388.26 | $388.26 | $388.26 | 10680 |
| K&L Gates | 2008, Q3, Merits | Depostion of Rodric Pacheco Case No. CIV S 90-0520 (2) original - LEF file Job No. URL0971 | Deposition Transcript | $1,048.90 | $1,048.90 | $1,048.90 | 994285 |
| RBG | 2008, Q3, Merits | Orange LT-SF: Medium litigation scanning, logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06829 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $354.86 | $354.86 | $354.86 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: Medium litigation scanning, logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06828 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $434.21 | $434.21 | $434.21 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: logical document initiation, logical attachment initiation, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP //SF08-06830 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $654.10 | $654.10 | $654.10 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF:logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06839 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $1,445.98 | $1,445.98 | $1,445.98 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP  //SF08-06833 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $1,893.95 | $1,893.95 | $1,893.95 | 10680 |
| RBG | 2008, Q3, Merits | Orange LT-SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP          //SF08-06837 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $2,150.81 | $2,150.81 | $2,150.81 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Orange LT-SF: logical unitization, logical attachment unitization, standard bibliographic coding, OCR, archival DVD, upload data to summation casevault via FTP  //SF08-06832 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $2,516.84 | $2,516.84 | $2,516.84 | 10680 |
| RBG | 2008, Q3, Merits | CT Summation: services rendered 09/14/08        //4640635-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $20,081.15 | $20,081.15 | $20,081.15 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/30/08        //750 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $87.13 | $87.13 | $87.13 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: 09/30/08 //748 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $98.30 | $98.30 | $98.30 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/30/08        //734 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $203.63 | $203.63 | $203.63 | 10680 |
| RBG | 2008, Q3, Merits | Absolute: shipped, 09/30/08        //729 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $577.22 | $577.22 | $577.22 | 10680 |
| RBG | 2008, Q3, Merits | Techno Reprographics, Inc., 9/30/08 //33898 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $654.56 | $654.56 | $654.56 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, Mailroom copier | In-house Copying | $1,889.80 | $1,889.80 | $1,005.39 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, Inmate correspondence copier | In-house Copying | $2,002.20 | $2,002.20 | $1,065.19 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, File area copier | In-house Copying | $2,910.20 | $2,910.20 | $1,548.25 | 10680 |
| RBG | 2008, Q3, Merits | In-house copying charges, Library copier | In-house Copying | $5,658.40 | $5,658.40 | $3,010.31 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Richard Conklin, 09/30/08 //38863 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $1,041.70 | $1,041.70 | $1,041.70 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.48 | $2.48 | $2.48 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $6.88 | $6.88 | $6.88 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $10.64 | $10.64 | $10.64 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $11.20 | $11.20 | $11.20 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $14.48 | $14.48 | $14.48 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $15.60 | $15.60 | $15.60 | 10680 |
| RBG | 2008, Q3, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $46.08 | $46.08 | $46.08 | 10680 |
| RBG | 2008, Q3, Merits | THINKtwice inc: production of video exhibit discs  //3952 THI050 THINKTWICE, INC.// | Trial Graphics, Photos and Video | $1,515.00 | $1,515.00 | $1,515.00 | 10680 |
| RBG | 2008, Q3, Merits | In-house postage charges | Postage and Delivery | $95.06 | $95.06 | $95.06 | 10680 |
| RBG | 2008, Q3, Merits | In-house postage charges | Postage and Delivery | $387.59 | $387.59 | $387.59 | 10680 |
| RBG | 2008, Q3, Merits | Golden Gate Reporting: transcript of Nancy Pena, 09/18/08 //38834 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $2,160.70 | $2,160.70 | $2,160.70 | 10680 |
| K&L Gates | 2008, Q3, Merits | wordprocessing | Wordprocessing | $93.00 | $93.00 | $93.00 | K&L Gates 2008 Q3 |
| RBG | 2008, Q3, Merits | Atkinson*Baker: Deposition of Craig Haney, 09/26/08 //A207921 AB ATK050 ATKINSON-BAKER, IN// | Deposition Transcript | $1,494.64 | $1,494.64 | $1,494.64 | 10680 |
| RBG | 2008, Q3, Merits | Ira K. Packer, Ph.D.: deposition testimony, 7 hours // PAC025 IRA K. PACKER// | Witness Fee | $2,100.00 | $2,100.00 | $2,100.00 | 10680 |
| K&L Gates | 2008, Q3, Merits | Phillips Legal Services, Inc. Greg Munks , Half day reporting fee; original and one copy; e-mailed rough draft transcript; condensed transcripts/Ascii file on CD exhibits on CD/hard copy included; handling/CCP compiance; 8.5% sales tax/transcript previous | Deposition Transcript | $471.30 | $471.30 | $471.30 | 2657SF |
| RBG | 2008, Q3, Merits | Atkinson*Baker: transcript of Dr. James Gilligan, 09/19/08 //A207E46 AB ATK050 ATKINSON-BAKER, IN// | Deposition Transcript | $1,087.95 | $1,087.95 | $1,087.95 | 10680 |
| RBG | 2008, Q3, Merits | SpringerLink: article request, 09/05/08        //5474 9740 BUS025 BUSINESS CARD// | Copies of Scientific Literature | $32.00 | $32.00 | $32.00 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Expert Depo.: coffee w/Pablo Stewart, 09/18/08     //5474 9740 BUS025 BUSINESS CARD// | Travel | $8.05 | $8.05 | $8.05 | 10680 |
| RBG | 2008, Q3, Merits | Expert Depo.: Lunch w/Pablo Stewart, 09/18/08     //5474 9740 BUS025 BUSINESS CARD// | Travel | $10.29 | $10.29 | $10.29 | 10680 |
| RBG | 2008, Q3, Merits | Silva Depo prep: lunch, 09/06/08     //5474 9700 BUS025 BUSINESS CARD// | Travel | $13.71 | $13.71 | $13.71 | 10680 |
| RBG | 2008, Q3, Merits | Silva Depo prep: parking, 09/18/08     //5474 9700 BUS025 BUSINESS CARD// | Travel | $35.00 | $35.00 | $35.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Paul Mello, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $10.00 | $10.00 | $10.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $12.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $12.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hanson Brigett, 09/25/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $14.00 | $14.00 | $14.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Hanson Brigett, 09/25/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $14.00 | $14.00 | $14.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Sheraton, 09/18/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $19.50 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Sheraton, 09/18/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $19.50 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, US District Court, 09/30/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $34.50 | $34.50 | $34.50 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, US District Court, 09/30/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $34.50 | $34.50 | $34.50 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $35.00 | $35.00 | $35.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 09/29/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $35.00 | $35.00 | $35.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 09/25/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $45.00 | $45.00 | $45.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, 9th Circuit, 09/25/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $45.00 | $45.00 | $45.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, PLO, 09/23/08 //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $58.00 | $58.00 | $58.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, PLO, 09/23/08 //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $58.00 | $58.00 | $58.00 | 10680 |
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 09/16/08     //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $90.00 | $90.00 | $90.00 | 10680 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q3, Merits | Godspeed Courier Service, Attorney General, 09/16/08   //8891 GOD050 GODSPEED COURIER// | Postage and Delivery | $90.00 | $90.00 | $90.00 | 10680 |
| K&L Gates | 2008, Q3, Merits | F. Heather 10/02/08 travel to and from Orange county sheriffs dept. 98 miles at .585 check438894 10/21/08 (voucher1057470) | Travel | $57.33 | $57.33 | $57.33 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster | Computerized Legal Research (Westlaw, Lexis, Other) | $171.44 | $171.44 | $171.44 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | E. Sangster 9/29/08, travel to Sacramento for McIntosh depo mileage (154.6 miles at .585) check439289 10/28/09 (voucher1059785) | Travel | $90.44 | $90.44 | $90.44 | K&L Gates 2008 Q3 |
| K&L Gates | 2008, Q3, Merits | R. Mora | Computerized Legal Research (Westlaw, Lexis, Other) | $124.56 | $124.56 | $124.56 | K&L Gates 2008 Q3 |
| | **2008, Q3, Merits** | **Quarter Total** | | | | **$259,878.58** | |
| RBG | 2008, Q4, Merits | Orange LT-SF: FTP delivery - documents from San Mateo Human Services Agency and Probabtion Department   //SF08-06545 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $54.25 | $54.25 | $54.25 | 10797 |
| RBG | 2008, Q4, Merits | Orange LT-SF: blowbacks of native files with slip sheets   //SF08-06719 ORA050 ORANGE LEGAL TECHN// | Ediscovery, Scanning, Processing, Coding | $40.36 | $40.36 | $40.36 | 10797 |
| RBG | 2008, Q4, Merits | Techno Reprographics: shipped, 10/01/08   //33976 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $313.57 | $313.57 | $283.78 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.13 | $2.13 | $2.13 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $54.97 | $54.97 | $54.97 | 10797 |
| RBG | 2008, Q4, Merits | Golden gate Reporting: transcript of Ira Parker, 10/03/08 //39271 GOL050 GOLDEN GATE REPORT// | Deposition Transcript | $2,661.70 | $2,661.70 | $2,661.70 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.64 | $2.64 | $2.64 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.14 | $38.14 | $38.14 | 10797 |
| RBG | 2008, Q4, Merits | Official Court Reporter: Transcript - one e-mail version of 10/06/08 Receiver's motion //20080209// | Hearing Transcript | $32.40 | $32.40 | $32.40 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.27 | $12.27 | $12.27 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $21.70 | $21.70 | $21.70 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $223.71 | $223.71 | $223.71 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $111.90 | $111.90 | $111.90 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $0.33 | $0.33 | $0.30 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $21.35 | $21.35 | $19.32 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $31.53 | $31.53 | $28.53 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $35.15 | $35.15 | $31.81 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $28.44 | $28.44 | $28.44 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| K&L Gates | 2008, Q4, Merits | Phillips Legal Services, Inc. George Runner, All day reporting fee; original and one copy; e-mailed rough draft transcript; exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax/transcript previously delivered | Deposition Transcript | $486.24 | $486.24 | $486.24 | 17231LR |
| K&L Gates | 2008, Q4, Merits | Phillips Legal Services, Inc. Todd Spitzer, Original and one copy; emailed rough draft transcript; exhibitrs on CD/hard copy included; Handling/CCP compliance; 7.75% sales tax/transcript previously delivered | Deposition Transcript | $387.04 | $387.04 | $387.04 | 17234LR |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.64 | $2.64 | $2.64 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.94 | $2.94 | $2.94 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.85 | $11.85 | $11.85 | 10797 |
| K&L Gates | 2008, Q4, Merits | Phillips Legal Services, Inc. Paul McIntosh, All day reporting fee; original and one copy; e-mailed rough draft transcript; exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax/transcript previously delivered | Deposition Transcript | $1,034.64 | $1,034.64 | $1,034.64 | 17238LR |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.89 | $3.89 | $3.89 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $65.82 | $65.82 | $65.82 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.64 | $2.64 | $2.64 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 10/13/08          //766 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $324.42 | $324.42 | $293.60 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 10/13/08          //763 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $346.01 | $346.01 | $313.14 | 10797 |
| K&L Gates | 2008, Q4, Merits | Phillips Legal Services, Inc. Jerry Powers Vol. 2, Half day reporting fee; original and one copy; e-mailed rough draft transcript; condensed transcripts/Ascii file on CD exhibits on CD/hard copy included; handling/CCP compiance; 7.75% sales tax/transcript | Deposition Transcript | $558.63 | $558.63 | $558.63 | 17255LR |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.53 | $16.53 | $16.53 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $36.03 | $36.03 | $36.03 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $15.86 | $15.86 | $15.86 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $281.63 | $281.63 | $281.63 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.76 | $1.76 | $1.76 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.29 | $10.29 | $10.29 | 10797 |
| K&L Gates | 2008, Q4, Merits | Deposition of Rick Dostal/Despotion of Michael James Case N: CIVS90-0520LKK (2) originals -LEF Files Job No. URL0984-AB | Deposition Transcript | $1,318.30 | $1,318.30 | $1,318.30 | 994451 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.76 | $1.76 | $1.76 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.76 | $1.76 | $1.76 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $246.60 | $246.60 | $246.60 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Sangster, 10/14/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.87 | $18.87 | $17.08 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Don Specter, 10/14/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $18.87 | $18.87 | $17.08 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Steven Koufhold, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Steven Karfhold, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Rochelle East, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Rochelle East, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Natalie Lernard, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Natalie Leonard, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Lisa Tillman, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Lisa Tillman, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Lawerance Karlton, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Thelton, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Hon. Thelton, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Anne Ravel, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Anne Kerk, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Anne Kerk, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Fed Ex: Ann Ravel, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $23.05 | $23.05 | $20.86 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Hon. Karlton, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $33.05 | $33.05 | $29.91 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Hon. Karlton, 09/30/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $38.06 | $38.06 | $34.44 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to William Mitchell, 09/29/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to William Mitchell, 09/25/08         //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Federal Express to Martin Mayer, 09/29/08    //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Martin Mayer, 09/25/08    //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Reinhardt, 09/25/08    //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Hon. Reinhardt, 09/29/08    //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $40.19 | $40.19 | $36.37 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Hon. Reinhardt, 09/30/08    //2956-55119 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $83.34 | $83.34 | $75.42 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: drink for depo, 09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $5.00 | $5.00 | $5.00 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: dinner, 09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $7.50 | $7.50 | $7.50 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: lunch, 09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $9.59 | $9.59 | $9.59 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: dinner, 09/28/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $14.78 | $14.78 | $14.78 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: dinner, 09/29/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $15.05 | $15.05 | $15.05 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: breakfast, 09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $19.74 | $19.74 | $19.74 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: parking, 09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $24.00 | $24.00 | $24.00 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: rental car, 09/29/08-09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $60.78 | $60.78 | $60.78 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: hotel, 09/29/08-09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $168.75 | $168.75 | $168.75 | 10797 |
| RBG | 2008, Q4, Merits | Deposition: airfare, 09/29/08-09/30/08    //489-OC MVM050 MARIA V. MORRIS// | Travel | $333.00 | $333.00 | $333.00 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.78 | $9.78 | $9.78 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $9.82 | $9.82 | $9.82 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.24 | $6.24 | $6.24 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.62 | $6.62 | $6.62 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.59 | $0.59 | $0.59 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.72 | $2.72 | $2.72 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $48.90 | $48.90 | $48.90 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $83.17 | $83.17 | $83.17 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $219.96 | $219.96 | $219.96 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $237.28 | $237.28 | $237.28 | 10797 |
| K&L Gates | 2008, Q4, Merits | Deposition of Bonnie Dumanis/Deposition of Lisa Rodriguez Case: CIVS90-0520LKK (2) originals - LEF Files Job No. URL0987-AB | Deposition Transcript | $1,662.00 | $1,662.00 | $1,662.00 | 994471 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.20 | $7.20 | $7.20 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.13 | $13.13 | $13.13 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 10/22/08          //824 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $1,074.89 | $1,074.89 | $972.78 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $47.49 | $47.49 | $47.49 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $87.46 | $87.46 | $87.46 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.02 | $10.02 | $10.02 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $105.10 | $105.10 | $105.10 | 10797 |
| RBG | 2008, Q4, Merits | CT Summation: services rendered 10/15/08          //4665469-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $9,627.00 | $9,627.00 | $9,627.00 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $175.98 | $175.98 | $175.98 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $82.06 | $82.06 | $82.06 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $137.54 | $137.54 | $137.54 | 10797 |
| RBG | 2008, Q4, Merits | Belle Ball, CSR: transcript of hearing, 10/27/08    //C 01-1351 BAL050 BELLE BALL, CSR,RM// | Hearing Transcript | $158.25 | $158.25 | $158.25 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.94 | $2.94 | $2.94 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $7.74 | $7.74 | $7.74 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.70 | $12.70 | $12.70 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $6.64 | $6.64 | $6.64 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.90 | $16.90 | $16.90 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $22.62 | $22.62 | $22.62 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.73 | $29.73 | $29.73 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $32.24 | $32.24 | $32.24 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $33.19 | $33.19 | $33.19 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $76.84 | $76.84 | $76.84 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.30 | $3.30 | $3.30 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.22 | $13.22 | $13.22 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $16.18 | $16.18 | $16.18 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $56.45 | $56.45 | $56.45 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.59 | $0.59 | $0.59 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.59 | $0.59 | $0.59 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.35 | $2.35 | $2.35 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.94 | $2.94 | $2.94 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.14 | $29.14 | $29.14 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $29.77 | $29.77 | $29.77 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $83.37 | $83.37 | $83.37 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $158.73 | $158.73 | $158.73 | 10797 |
| RBG | 2008, Q4, Merits | Orange LT-SF: scanning-medium litiqqation, includes doc preparation, imaging and doc reassembly of mixed quality, auto Bates capture, standard bibliographic coding, OCR, CD - archival -Volume DEFS CD 012-013, FTP delivery, logical document utilization, lo | Ediscovery, Scanning, Processing, Coding | $510.50 | $510.50 | $510.50 | 10797 |
| RBG | 2008, Q4, Merits | Document Services Unlimited: digital blowbacks    //08SF103122 DOC050 DOCUMENT SERVICES// | Ediscovery, Printing Paper Sets for Review and Exhibits | $189.77 | $189.77 | $171.74 | 10797 |
| RBG | 2008, Q4, Merits | ALC: shipped, 10/31/08    //60489 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $2.71 | $2.71 | $2.45 | 10797 |
| RBG | 2008, Q4, Merits | Document Services Unlimited: litigation copies    //08SF103022 DOC050 DOCUMENT SERVICES// | Outside Copying | $685.47 | $685.47 | $620.35 | 10797 |
| RBG | 2008, Q4, Merits | Copying (File Area Copier) | In-house Copying | $1,476.20 | $1,476.20 | $1,476.20 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Mailroom Copier) | In-house Copying | $1,673.00 | $1,673.00 | $1,673.00 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Library Copier) | In-house Copying | $2,611.40 | $2,611.40 | $2,611.40 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.86 | $12.86 | $12.86 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $78.54 | $78.54 | $78.54 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.32 | $0.32 | $0.32 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $1.04 | $1.04 | $1.04 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.40 | $2.40 | $2.40 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.40 | $2.40 | $2.40 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.48 | $2.48 | $2.48 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $8.08 | $8.08 | $8.08 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $26.00 | $26.00 | $26.00 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $26.80 | $26.80 | $26.80 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $34.48 | $34.48 | $34.48 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $42.08 | $42.08 | $42.08 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $185.76 | $185.76 | $185.76 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $233.76 | $233.76 | $233.76 | 10797 |
| RBG | 2008, Q4, Merits | Postage and Delivery | Postage and Delivery | $346.69 | $346.69 | $313.75 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.59 | $3.59 | $3.59 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $342.72 | $342.72 | $342.72 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.04 | $4.04 | $4.04 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $148.13 | $148.13 | $148.13 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1,039.22 | $1,039.22 | $1,039.22 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $26.82 | $26.82 | $26.82 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $43.90 | $43.90 | $43.90 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $64.61 | $64.61 | $64.61 | 10797 |
| RBG | 2008, Q4, Merits | Techno: heavy litigation copying          //34571 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $1,076.84 | $1,076.84 | $974.54 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.58 | $12.58 | $12.58 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $81.30 | $81.30 | $81.30 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $90.08 | $90.08 | $90.08 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC-SF, 10/21/08          //9250 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $10.86 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Prison Library, 10/31/08          //9250 GOD050 GODSPEED COURIER// | Postage and Delivery | $69.00 | $69.00 | $62.45 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $78.53 | $78.53 | $78.53 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $243.44 | $243.44 | $243.44 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/10/08          //894 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $365.43 | $365.43 | $330.71 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/10/08          //899 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $2,898.19 | $2,898.19 | $2,622.86 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $148.58 | $148.58 | $148.58 | 10797 |
| RBG | 2008, Q4, Merits | Techno: litigation copying          //34672 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $127.01 | $127.01 | $114.94 | 10797 |
| RBG | 2008, Q4, Merits | Techno: litigation copying          //34671 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $417.07 | $417.07 | $377.45 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $22.46 | $22.46 | $22.46 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $38.95 | $38.95 | $38.95 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $126.76 | $126.76 | $126.76 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $71.17 | $71.17 | $71.17 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $146.17 | $146.17 | $146.17 | 10797 |
| RBG | 2008, Q4, Merits | Techno: digital prints          //34732 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $2,277.83 | $2,277.83 | $2,061.44 | 10797 |
| RBG | 2008, Q4, Merits | Atkinson*Baker: Deposition of Craig Haney, Ph.D., 09/26/08 //A207927 AD ATK050 ATKINSON-BAKER, IN// | Deposition Transcript | $174.00 | $174.00 | $174.00 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $4.72 | $4.72 | $4.72 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $5.39 | $5.39 | $5.39 | 10797 |
| RBG | 2008, Q4, Merits | ALC: shipped, 11/18/08          //60724 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $115.42 | $115.42 | $104.46 | 10797 |
| RBG | 2008, Q4, Merits | Document Services Unlimited: litigation copies     //08SF111510 DOC050 DOCUMENT SERVICES// | Outside Copying | $148.87 | $148.87 | $134.73 | 10797 |
| RBG | 2008, Q4, Merits | Joan Columbini, CSR: deposit, trial transcripts     //DEPOSIT COL075 JOAN MARIE COLUMBI// | Trial Transcript | $2,400.00 | $2,400.00 | $2,400.00 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/19/08          //986 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $54.25 | $54.25 | $49.10 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/19/08          //976 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $122.17 | $122.17 | $110.56 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/19/08          //996 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $170.56 | $170.56 | $154.36 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/19/08          //964 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $208.75 | $208.75 | $188.92 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/19/08          //967 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $209.95 | $209.95 | $190.00 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 11/19/08          //34801 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $334.72 | $334.72 | $302.92 | 10797 |
| RBG | 2008, Q4, Merits | Techno: heavy litigation copies, 11/19/08     //34797 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $1,494.28 | $1,494.28 | $1,352.32 | 10797 |
| RBG | 2008, Q4, Merits | ALC: shipped, 11/19/08          //34805 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $4,443.92 | $4,443.92 | $4,021.75 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Techno: heavy digital/color copying        //34802 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $7,657.06 | $7,657.06 | $6,929.64 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.80 | $1.80 | $1.80 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, KNL, 11/11/08 //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $8.00 | $8.00 | $7.24 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Hanson Bridgett, 11/14/08        //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Egan, Gumps @ Strauss, 11/14/08        //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Carroll Burdick, 11/14/08        //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Attorney General, 11/14/08        //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, KNL, 11/04/08 //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $25.00 | $25.00 | $22.63 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, PLO, 11/04/08 //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $58.00 | $58.00 | $52.49 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Prison Law Library, 11/14/08        //9452 GOD050 GODSPEED COURIER// | Postage and Delivery | $78.00 | $78.00 | $70.59 | 10797 |
| RBG | 2008, Q4, Merits | Meeting w/PLO: lunch, 11/19/08 (Billing Judgment)        //240086 DEL050 DELI | Travel | $108.83 | $0.00 | $0.00 | 10797 |
| RBG | 2008, Q4, Merits | Techno: color copying        //34881 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $86.80 | $86.80 | $78.55 | 10797 |
| RBG | 2008, Q4, Merits | ALC: shipped, 11/20/08        //60760 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $155.82 | $155.82 | $141.02 | 10797 |
| RBG | 2008, Q4, Merits | Coleman Hearing: taxi, 11/17/08 (Billing Judgment)        // RSA050 RITIKA S. AGGARWAL// | Travel | $24.00 | $0.00 | $0.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman Hearing: bart, 11/19/08        // RSA050 RITIKA S. AGGARWAL// | Travel | $3.00 | $3.00 | $3.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman Hearing: lunch, 11/19/08        // RSA050 RITIKA S. AGGARWAL// | Travel | $7.50 | $7.50 | $7.50 | 10797 |
| RBG | 2008, Q4, Merits | Coleman pre-trial: parking, 11/10/08        // MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman pre-trial: dinner for co-counsel meeting, 11/10/08 // MWB050 MICHAEL W. BIEN// | Travel | $13.00 | $13.00 | $13.00 | 10797 |
| RBG | 2008, Q4, Merits | Cab to Court //0489-3 SAM051 SOFIA A. MILLHAM -// | Travel | $13.00 | $13.00 | $13.00 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $1.10 | $1.10 | $1.00 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $6.16 | $6.16 | $5.57 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $21.57 | $21.57 | $19.52 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $35.45 | $35.45 | $32.08 | 10797 |
| RBG | 2008, Q4, Merits | Conference call, 10/21/08 | Conference Calls | $222.92 | $222.92 | $201.74 | 10797 |
| RBG | 2008, Q4, Merits | Conference call, 10/21/08 | Conference Calls | $679.24 | $679.24 | $614.71 | 10797 |
| RBG | 2008, Q4, Merits | Conference call, 11/05/08 | Conference Calls | $828.28 | $828.28 | $749.59 | 10797 |
| RBG | 2008, Q4, Merits | Conference call, 11/07/08 | Conference Calls | $991.12 | $991.12 | $896.96 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Theresa Fuentes, 11/14/08        //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $16.56 | $16.56 | $14.99 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|---|---|---|---|---|---|---|---|
| RBG | 2008, Q4, Merits | Federal Express to Lisa Tillman, 11/14/08          //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $16.56 | $16.56 | $14.99 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Anne Keck, 11/14/08          //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $16.56 | $16.56 | $14.99 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Karlton, 10/21/08          //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $36.80 | $36.80 | $33.30 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to William Mitchell, 11/14/08          //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $38.02 | $38.02 | $34.41 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Reinhardt, 10/21/08          //299770976 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $49.72 | $49.72 | $45.00 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/24/08          //1011 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $60.87 | $60.87 | $55.09 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/24/08          //1000 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $75.19 | $75.19 | $68.05 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/24/08          //1012 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $152.33 | $152.33 | $137.86 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/24/08          //1014 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $656.16 | $656.16 | $593.82 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $45.48 | $45.48 | $45.48 | 10797 |
| RBG | 2008, Q4, Merits | Coleman trial: snack, 11/19/08          // MWB050 MICHAEL W. BIEN// | Travel | $6.00 | $6.00 | $6.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman trial: lunch, 11/19/08          // MWB050 MICHAEL W. BIEN// | Travel | $8.95 | $8.95 | $8.95 | 10797 |
| RBG | 2008, Q4, Merits | Coleman trial: lunch w/trial team, 11/21/08          // MWB050 MICHAEL W. BIEN// | Travel | $34.39 | $34.39 | $34.39 | 10797 |
| RBG | 2008, Q4, Merits | Coleman trial: parking, 11/18/08-11/21/08 @ $12 per day // MWB050 MICHAEL W. BIEN// | Travel | $48.00 | $48.00 | $48.00 | 10797 |
| RBG | 2008, Q4, Merits | CT Summation: premium processing          //4774049-RI SUM050 CT SUMMATION// | Ediscovery Hosting and Data Services | $8,623.42 | $8,623.42 | $8,623.42 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 11/26/08          //1026 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $87.23 | $87.23 | $78.94 | 10797 |
| K&L Gates | 2008, Q4, Merits | Phillips Legal Services, Inc. Christine Lambert, Reporting fee; Original and one copy; exhibits on CD/hard copy included; conference room rental; condensed transcript/Ascii file on CD; handling/CCP compliance; 8.5% sales tax/transcript previously delivere | Deposition Transcript | $872.81 | $872.81 | $872.81 | 2672SF |
| RBG | 2008, Q4, Merits | Copying (File area copier) | In-house Copying | $2,777.20 | $2,777.20 | $2,777.20 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Library copier) | In-house Copying | $4,600.80 | $4,600.80 | $4,600.80 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Mailroom copier) | In-house Copying | $8,006.06 | $8,006.06 | $8,006.06 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.59 | $3.59 | $3.59 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.56 | $2.56 | $2.32 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.04 | $3.04 | $2.75 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.36 | $3.36 | $3.04 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $5.36 | $5.36 | $4.85 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $6.00 | $6.00 | $5.43 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $13.76 | $13.76 | $12.45 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $54.24 | $54.24 | $49.09 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $62.40 | $62.40 | $56.47 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $150.08 | $150.08 | $135.82 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $292.56 | $292.56 | $264.77 | 10797 |
| RBG | 2008, Q4, Merits | Postage and Delivery | Postage and Delivery | $271.74 | $271.74 | $245.92 | 10797 |
| RBG | 2008, Q4, Merits | Specialized Legal Services: delievered 23 boxes, 11/17/08 //247442 SPE015 SPECIALIZED LEGAL// | Postage and Delivery | $386.00 | $386.00 | $349.33 | 10797 |
| RBG | 2008, Q4, Merits | Specialized Legal Services, Inc.: delivered 8 boxes & 2 carts, 11/18/08 //247455 SPE015 SPECIALIZED LE// | Postage and Delivery | $495.00 | $495.00 | $447.98 | 10797 |
| K&L Gates | 2008, Q4, Merits | wordprocessing | Wordprocessing | $133.82 | $133.82 | $133.82 | K&L Gates 2008 Q4 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.98 | $11.98 | $11.98 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $148.64 | $148.64 | $148.64 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/03/08    //1031 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $78.16 | $78.16 | $70.73 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/03/08    //1035 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $529.48 | $529.48 | $479.18 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $3.09 | $3.09 | $3.09 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.54 | $10.54 | $10.54 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $776.87 | $776.87 | $776.87 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $201.04 | $201.04 | $201.04 | 10797 |
| RBG | 2008, Q4, Merits | Trial: lunch w/paralegals, 11/21/08    //5474 9740 BUS025 BUSINESS CARD// | Travel | $22.65 | $22.65 | $22.65 | 10797 |
| RBG | 2008, Q4, Merits | Trial meeting: Dinner w/DS,LE,JK & AW, 11/21/08    //5474 9795 BUS025 BUSINESS CARD// | Travel | $99.09 | $99.09 | $99.09 | 10797 |
| RBG | 2008, Q4, Merits | ALC: shipped, 12/05/08    //60936 ALC050 ALC LEGAL TECHNOLO// | Outside Copying | $65.38 | $65.38 | $59.17 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.32 | $1.32 | $1.32 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 11/19/08 //9642 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $10.86 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 11/17/08 //9642 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $10.86 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Court of Appeals, 11/17/08    //9642 GOD050 GODSPEED COURIER// | Postage and Delivery | $12.00 | $12.00 | $10.86 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 11/21/08 //9642 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, Ceremonial Court room, 11/19/08    //9642 GOD050 GODSPEED COURIER// | Postage and Delivery | $29.00 | $29.00 | $26.25 | 10797 |
| RBG | 2008, Q4, Merits | Trial: lunch, 11/19/08//489-3 AEW050 AMY E. WHELAN// | Travel | $5.95 | $5.95 | $5.95 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Hearing: parking, 12/05/08         //489-3 MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $13.17 | $13.17 | $13.17 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $47.71 | $47.71 | $47.71 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $89.55 | $89.55 | $89.55 | 10797 |
| K&L Gates | 2008, Q4, Merits | Payment to Court Reporter, Joan Marie Columbini for transcripts  (TAX ID 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) check16663 | Trial Transcript | $2,400.00 | $2,400.00 | $2,400.00 | 12080811013 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $1.32 | $1.32 | $1.32 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $154.43 | $154.43 | $154.43 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/09/08         //1067 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $75.84 | $75.84 | $68.64 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/09/08         //1057 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $79.10 | $79.10 | $71.59 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/09/08         //1073 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $328.10 | $328.10 | $296.93 | 10797 |
| RBG | 2008, Q4, Merits | Trial: lunch, 12/09/08         //489-3 MWB050 MICHAEL W. BIEN// | Travel | $7.56 | $7.56 | $7.56 | 10797 |
| RBG | 2008, Q4, Merits | Trial: parking, 12/10/08         //489-3 MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Trial: parking, 12/09/08         //489-3 MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Court: lunch, 12/10/08 //240043 DEL050 DELI AND// | Travel | $26.42 | $26.42 | $26.42 | 10797 |
| RBG | 2008, Q4, Merits | Coleman trial: copy cards for court, 12/03/08         // SAM050 SOFIA A. MILLHAM// | Outside Copying | $30.00 | $30.00 | $30.00 | 10797 |
| RBG | 2008, Q4, Merits | Court: parking, 12/11/08 // MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Court: lunch, 12/12/08 // MWB050 MICHAEL W. BIEN// | Travel | $13.00 | $13.00 | $13.00 | 10797 |
| RBG | 2008, Q4, Merits | Court: lunch, 12/11/08 // MWB050 MICHAEL W. BIEN// | Travel | $13.00 | $13.00 | $13.00 | 10797 |
| RBG | 2008, Q4, Merits | Techno: Scanning - medium litigation         //35185 TEC050 TECHNO REPROGRAPHI// | Ediscovery, Scanning, Processing, Coding | $5,741.49 | $5,741.49 | $5,196.05 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/15/08         //1100 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $67.70 | $67.70 | $61.27 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/15/08         //1087 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $79.42 | $79.42 | $71.88 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/15/08         //1106 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $133.46 | $133.46 | $120.78 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/15/08         //35310 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $291.30 | $291.30 | $263.63 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/15/08         //35393 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $489.55 | $489.55 | $443.04 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/15/08         //1083 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $515.94 | $515.94 | $466.93 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $168.87 | $168.87 | $168.87 | 10797 |
| RBG | 2008, Q4, Merits | Special Delivery: 450 Golden Gate, 12/02/08    //97065 SPE050 SPECIAL-T-MESSENGE// | Postage and Delivery | $92.80 | $92.80 | $83.98 | 10797 |
| K&L Gates | 2008, Q4, Merits | C. Osborne | Computerized Legal Research (Westlaw, Lexis, Other) | $459.76 | $459.76 | $459.76 | K&L Gates 2008 Q4 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.72 | $8.72 | $8.72 | 10797 |
| K&L Gates | 2008, Q4, Merits | Payment to Court Reporter, Joan Marie Columbini for transcripts  (TAX ID 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) check16680 | Trial Transcript | $3,800.00 | $3,800.00 | $3,800.00 | 121808JOAN |
| RBG | 2008, Q4, Merits | Coleman Trial: lunch, 12/19/08    //489-3 MWB050 MICHAEL W. BIEN// | Travel | $10.00 | $10.00 | $10.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman Trial: parking, 12/19/08    //489-3 MWB050 MICHAEL W. BIEN// | Travel | $12.00 | $12.00 | $12.00 | 10797 |
| RBG | 2008, Q4, Merits | Coleman Trial: lunch w/J. Austin, 12/18/08    //489-3 MWB050 MICHAEL W. BIEN// | Travel | $20.00 | $20.00 | $20.00 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Karlton, 12/04/08    //902168858 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $12.80 | $12.80 | $11.58 | 10797 |
| RBG | 2008, Q4, Merits | Federal Express to Judge Reinhardt, 12/04/08    //902168858 FED050 FEDERAL EXPRESS CO// | Postage and Delivery | $17.72 | $17.72 | $16.04 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/12/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/10/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/09/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $19.50 | $19.50 | $17.65 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/03/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $23.50 | $23.50 | $21.27 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/02/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $27.50 | $27.50 | $24.89 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC-RBG, 12/02/08    //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $27.50 | $27.50 | $24.89 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/02/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $33.50 | $33.50 | $30.32 | 10797 |
| RBG | 2008, Q4, Merits | Godspeed Courier Service, USDC, 12/02/08 //9864 GOD050 GODSPEED COURIER// | Postage and Delivery | $38.00 | $38.00 | $34.39 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $0.51 | $0.51 | $0.46 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $9.80 | $9.80 | $8.87 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $19.98 | $19.98 | $18.08 | 10797 |
| RBG | 2008, Q4, Merits | Long distance telephone charges | L-D Telephone | $38.89 | $38.89 | $35.20 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08    //1133 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $70.31 | $70.31 | $63.63 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08    //1133 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $70.31 | $70.31 | $63.63 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08    //1121 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $88.75 | $88.75 | $80.32 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|---------|------|-------------------------|--------|----------|-------------------|---------|
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08   //1121 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $88.75 | $88.75 | $80.32 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08   //1134 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $316.02 | $316.02 | $286.00 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08   //1134 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $316.02 | $316.02 | $286.00 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08   //1122 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $590.24 | $590.24 | $534.17 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/22/08   //1122 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $590.24 | $590.24 | $534.17 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/23/08   //35394 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $620.62 | $620.62 | $561.66 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/23/08   //35392 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $763.84 | $763.84 | $691.28 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/23/08   //35391 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $1,048.60 | $1,048.60 | $948.98 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $8.43 | $8.43 | $8.43 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $63.78 | $63.78 | $63.78 | 10797 |
| RBG | 2008, Q4, Merits | Give Something Back Business Products: (6) flash drives (IMN-26650) for proposed findings of fact and Concl. of Law | Reproduction of Proposed Findings of Fact in Electronic Form | $585.83 | $585.83 | $585.83 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/29/08   //35390 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $186.36 | $186.36 | $168.66 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $2.63 | $2.63 | $2.63 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $47.00 | $47.00 | $47.00 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $120.50 | $120.50 | $120.50 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $191.92 | $191.92 | $191.92 | 10797 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $280.36 | $280.36 | $280.36 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/31/08   //1147 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $48.50 | $48.50 | $43.89 | 10797 |
| RBG | 2008, Q4, Merits | Absolute: shipped, 12/31/08   //1158 ABS050 ABSOLUTE GRAPHIC S// | Outside Copying | $377.58 | $377.58 | $341.71 | 10797 |
| RBG | 2008, Q4, Merits | Techno: shipped, 12/31/08   //35389 TEC050 TECHNO REPROGRAPHI// | Outside Copying | $716.10 | $716.10 | $648.07 | 10797 |
| RBG | 2008, Q4, Merits | Copying (File Area Copier) | In-house Copying | $1,427.80 | $1,427.80 | $1,427.80 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Mailroom Copier) | In-house Copying | $3,581.40 | $3,581.40 | $3,581.40 | 10797 |
| RBG | 2008, Q4, Merits | Copying (Library Copier) | In-house Copying | $5,568.60 | $5,568.60 | $5,568.60 | 10797 |
| K&L Gates | 2008, Q4, Merits | R. Chatman | Computerized Legal Research (Westlaw, Lexis, Other) | $1,663.35 | $1,663.35 | $1,663.35 | K&L Gates 2008 Q4 |
| RBG | 2008, Q4, Merits | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $10.34 | $10.34 | $10.34 | 10797 |

Coleman v. Schwarzenegger
Motion to Compel
Merits Detail

| Firm | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|---|---|---|---|---|---|---|---|
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $0.40 | $0.40 | $0.36 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $1.36 | $1.36 | $1.23 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.56 | $2.56 | $2.32 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.44 | $3.44 | $3.11 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $6.16 | $6.16 | $5.57 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $26.00 | $26.00 | $23.53 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $55.92 | $55.92 | $50.61 | 10797 |
| RBG | 2008, Q4, Merits | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $196.80 | $196.80 | $178.10 | 10797 |
| RBG | 2008, Q4, Merits | Postage and Delivery | Postage and Delivery | $254.83 | $254.83 | $230.62 | 10797 |
| K&L Gates | 2008, Q4, Merits | Payment to Court Reporter, Joan Marie Columbini for transcripts  (TAX ID 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) - Transcript of proceedings before the three judge panel November 18 - December 19, 2008 ***Cost original split evenly between plaintiff and defense | Trial Transcript | $2,126.28 | $2,126.28 | $2,126.28 | 20080135 |
| | 2008, Q4, Merits | Quarter Total | | | | $126,968.80 | |
| | | | | | | | |
| | | | | | | | |
| | | | Grand  Total | | | $712,236.30 | |

# Coleman v. Schwarzenegger,
# Motion to Compel

**Fees for Fees Summary of Disputed Costs**

| Litigation Service Type | Quarter<br>2008, Q2, Fees | Grand Total |
|---|---|---|
| Computerized Legal Research (Westlaw, Lexis, Other) | $135.34 | $135.34 |
| Pacer Electronic Case File Charges | $37.20 | $37.20 |
| Conference Calls | $435.44 | $435.44 |
| L-D Telephone | $15.08 | $15.08 |
| | $623.06 | $623.06 |

# Coleman v. Schwarzenegger,
# Motion to Compel, Fees for Fees Costs Detail

| Firm | Date | Quarter | Desc | Litigation Service Type | Actual | Billable | Amount in Dispute | Invoice |
|------|------|---------|------|------------------------|--------|----------|-------------------|---------|
| RBG | 6/16/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $14.40 | $14.40 | $14.40 | 10441 |
| RBG | 6/15/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $11.92 | $11.92 | $11.92 | 10441 |
| RBG | 6/3/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $12.24 | $12.24 | $12.24 | 10441 |
| RBG | 4/7/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $0.83 | $0.83 | $0.83 | 10441 |
| RBG | 4/3/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $27.21 | $27.21 | $27.21 | 10441 |
| RBG | 4/3/2008 | 2008, Q2, Fees | Westlaw research | Computerized Legal Research (Westlaw, Lexis, Other) | $68.74 | $68.74 | $68.74 | 10441 |
| RBG | 6/21/2008 | 2008, Q2, Fees | Conference call (meet and confer), 6/05/08 | Conference Calls | $435.44 | $435.44 | $435.44 | 10441 |
| RBG | 6/21/2008 | 2008, Q2, Fees | Long distance telephone charges | L-D Telephone | $4.96 | $4.96 | $4.96 | 10441 |
| RBG | 5/21/2008 | 2008, Q2, Fees | Long distance telephone charges | L-D Telephone | $1.40 | $1.40 | $1.40 | 10441 |
| RBG | 4/21/2008 | 2008, Q2, Fees | Long distance telephone charges | L-D Telephone | $8.72 | $8.72 | $8.72 | 10441 |
| RBG | 6/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.64 | $2.64 | $2.64 | 10441 |
| RBG | 5/31/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $5.12 | $5.12 | $5.12 | 10441 |
| RBG | 4/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $2.40 | $2.40 | $2.40 | 10441 |
| RBG | 4/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $3.52 | $3.52 | $3.52 | 10441 |
| RBG | 4/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $4.80 | $4.80 | $4.80 | 10441 |
| RBG | 4/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $7.84 | $7.84 | $7.84 | 10441 |
| RBG | 4/30/2008 | 2008, Q2, Fees | Pacer Service Center: Monthly Usage | Pacer Electronic Case File Charges | $10.88 | $10.88 | $10.88 | 10441 |
| | | | | Grand Total | | | $623.06 | |

EXHIBIT U

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2007 WL 4115808 (S.D.N.Y.)
(Cite as: 2007 WL 4115808 (S.D.N.Y.))

Page 1

**H**

Only the Westlaw citation is currently available.

United States District Court,
S.D. New York.
In re VEECO INSTRUMENTS INC. SECURITIES
LITIGATION.
This Document Relates to All Actions.
No. 05 MDL 01695(CM).

Nov. 7, 2007.

ORDER AWARDING ATTORNEYS' FEES AND EX-
PENSES TO PLAINTIFFS' LEAD COUNSEL, AND
REIMBURSEMENT OF REASONABLE COSTS AND
EXPENSES TO LEAD PLAINTIFF FOR REPRES-
ENTATION OF THE CLASS

McMAHON, District Judge.

**I. INTRODUCTION**

*1 Concluding almost two years of litigation, Steel-
workers and Plaintiffs' Lead Counsel have obtained a
settlement of $5,500,000 in cash, plus interest, for the
Class (the "Settlement"). The Settlement was achieved
after extensive motion practice and fact and expert dis-
covery, and after the parties participated in two medi-
ation sessions before a highly respected mediator, the
Honorable Nicholas H. Politan. Moreover, the Settle-
ment was reached only after extensive and near-
complete pre-trial preparations, including submission of
trial exhibits and a full-day pre-trial hearing before this
Court on June 28, 2007. The parties executed an agree-
ment in principle to settle the litigation on July 5, 2007,
only days before trial was scheduled to begin on July 9,
2007.

In light of the risks posed by continued litigation, the
$5.5 million Settlement is an excellent result for
Plaintiffs. Moreover, published data on securities fraud
settlements further confirms the quality of the proposed
Settlement. The $5.5 million settlement results in an es-
timated average recovery of $.87 per share of Veeco
common stock for the approximately 6.3 million shares
which suffered damages in accordance with this Court's
June 28, 2007 opinion, or 23.2% of the estimated max-
imum $3.75 per share suffered by any Class Member,
The 23.2% possible recovery of estimated damages ex-
ceeds the median percentage reported by Cornerstone
Research for settlements overall, which was 3.6%
through year-end 2005 and 2.4% for 2006.[FN1]

> FN1.*See* Laura E. Simmons & Ellen M. Ryan,
> *Cornerstone Research, Securities Class Action
> Settlements: 2006 Review and Analysis*
> (Cornerstone Research 2007), at 6, *available at*
> http://www.cornerstone.com (the "Cornerstone
> Report").

As compensation for the efforts expended to achieve the
settlement for the Class. Lead Counsel Berger &
Montague applied for counsel fees of
$1,650,000-equaling 30% of the Settlement Fund-and
for reimbursement of Plaintiffs' Counsel's out-of-pocket
expenses in the amount of $774,329,29. The 30% fee
requested is well within the range of fees customarily
sought by (and awarded to) experienced counsel in sim-
ilar securities class actions, and the fairness of the per-
centage fee is underscored by a lodestar crosscheck,
which reveals that counsel will not be compensated for
a substantial portion of the time they devoted to litigat-
ing the Action on behalf of the certified Class.
Plaintiffs' Counsel litigated the case to the eve of trial
on a wholly contingent basis, incurring $774,329.29 in
out-of-pocket expenses, and spent over 12,000 hours in-
curring over $4.5 million in lodestar. The lodestar
crosscheck shows that the fee requested in fact repres-
ents a fractional multiplier-only about 35.91%-of the
aggregate lodestar accumulated by Plaintiffs'
counsel.[FN2] Berger & Montague alone bore all the risks
and out-of-pocket expenses for almost two years during
this litigation against an able opponent. The Steelwork-
ers, a sophisticated institutional investor, which was
actively engaged in the prosecution of this Action, ap-
proved the Settlement and fee percentage sought by
Plaintiffs' Counsel.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

FN2. Lead Counsel will reimburse from its fee award the law firm Milberg Weiss LLP for the time it expended in serving as liaison counsel from April 2005 until the time the Court decided to dispense with liaison counsel in view of the ease of electronic filing. (Order of October 12, 2005.) Lead Counsel has included the out-of-pocket expenses incurred by Milberg Weiss as liaison counsel during that period in Lead Counsel's fee and expense petition.

No Class Member has objected to the fee and expenses requested. A total of 15,528 notices of the settlement were mailed to Class Members advising them of Plaintiffs' Counsel's intent to apply to the Court for an award of attorneys' fees of 30% of the Settlement Fund, reimbursement of out-of-pocket expenses not to exceed $775,000, and reimbursement to the Steelworkers of their costs and expenses for representing the Class of $16,089. Information regarding the settlement, including downloadable copies of the Notice and Claim Form, was made available through the Claim Administrator's website. The lack of any objections further supports the fairness and reasonableness of the fee and expense reimbursement requests.FN3

FN3. Moreover, there has been only one request for exclusion.

*2 For the foregoing reasons, as explained in greater detail below, the Court awards to Plaintiffs' Counsel the fees and expenses that it seeks, as well as reimbursement of costs and expenses to Lead Plaintiff.

## II. THE REQUESTED FEE IS FAIR AND REASONABLE

### A. A Reasonable Percentage of the Fund Recovered Comports with the Legal Standards Governing Awards of Attorneys' Fees in this Circuit

Pursuant to the " 'equitable' or 'common fund' doctrine established more than a century ago in *Trustees v. Greenough,* 105 U.S. 527, 532-533, 15 Otto 527, 26 L.Ed. 1157 (1881), *Trustees v. Greenough,* 105 U.S. 527, 532-33, 26 L.Ed. 1157 (1881), attorneys who cre-

ate a common fund to be shared by a class are entitled to an award of fees and expenses from that fund as compensation for their work." *In re American Bank Note Holographies,* 127 F.Supp.2d 418, 430 (S.D.N.Y.2001) (McMahon, J.).*See In re EVCI Career Colleges Holding Corp. Sec. Litig.,* 2007 U.S. Dist. LEXIS 57918, at *43, 2007 WL 2230177 (S.D.N.Y. July 27, 2007) (McMahon, J.) ("The Supreme Court has recognized that 'a lawyer who recovers a common fund for the benefit of persons other than ... his client is entitled to a reasonable attorney's fee from the fund as a whole.'" (citing *Boeing Co. v. Van Gemert,* 444 U.S. 472, 478, 100 S.Ct. 745, 62 L.Ed.2d 676 (1980), and *Savoie v. Merchants Bank,* 84 F.3d 52, 56 (2d Cir.1996))). Fees and expenses are paid from the common fund so that all class members contribute equally towards the costs associated with litigation pursued on their behalf. *Goldberger v. Integrated Resources, Inc.,* 209 F.3d 43, 47 (2d Cir.2000) (the common fund doctrine "prevents unjust enrichment of those benefitting from a lawsuit without contributing to its cost").

Courts have recognized that, in addition to providing just compensation, awards of attorneys' fees from a common fund serve to encourage skilled counsel to represent those who seek redress for damages inflicted on entire classes of persons, and to discourage future misconduct of a similar nature. *See Maley v. Del Global Techs. Corp.,* 186 F.Supp.2d 358, 369 (S.D.N.Y.2002) (McMahon, J.). The Supreme Court has stated that private securities actions, such as the instant action, provide " 'a most effective weapon in the enforcement' of the securities laws and are 'a necessary supplement to [SEC] action.'" *Bateman Eichler, Hill Richards, Inc. v. Berner,* 472 U.S. 299, 310, 105 S.Ct. 2622, 86 L.Ed.2d 215 (1985) (citation omitted); *accord Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* --- U.S. ----, 127 S.Ct. 2499, 168 L.Ed.2d 179, 2007 WL 1773208, at *4 (June 21, 2007).

In *Goldberger,* the Second Circuit emphasized the need for fee awards to plaintiffs' counsel to be fair and reasonable, and described two acceptable fee calculation methodologies. One is the "lodestar" method, under which "the district court scrutinizes the fee petition to

ascertain the number of hours reasonably billed to the class and then multiplies that figure by an appropriate hourly rate." *Goldberger,* 209 F.3d at 47.Once the lode-star is calculated, the court "may, in its discretion, increase the lodestar by applying a multiplier based on 'other less objective factors/ such as the risk of the litigation and the performance of the attorneys."*Id.* (citation omitted). The second method for calculating fees is the "percentage of recovery" method. *Id.*"In determining what percentage to award, courts have looked to the same 'less objective' factors that are used to determine the multiplier for the lodestar."*Id.* (citation omitted). Because the percentage of recovery approach does not require courts to "exhaustively scrutinize [ ]" attorneys' time records, that methodology is "simpler" than the lodestar approach. *Id.* at 47. 50.

**\*3** Indeed, the Supreme Court has held that where a common fund has been created for the benefit of a class as a result of counsel's efforts, the award of counsel's fees should be determined by the percentage of recovery method. *See, e.g., Boeing,* 444 U.S. at 478-79; *Blum v. Stenson,* 465 U.S. 886, 900 n. 16, 104 S.Ct. 1541, 79 L.Ed.2d 891 (1984). The advantages of this methodology led the Second Circuit in *Goldberger* to reaffirm this Circuit's view that it is an accepted means for calculating attorneys' fees in class actions, *Goldberger,* 209 F.3d at 47-50, a view which was expressed again just recently. *See Wal-Mart Stores, Inc. v. Visa U.S.A. Inc.,* 396 F.3d 96, 121 (2d Cir.2005). The Second Circuit in *Wal-Mart* observed that "[t]he trend in this Circuit is toward the percentage method."*Id.* at 122.

Moreover, from a public policy perspective, this Court has noted that "[t]he percentage method is attractive because it directly aligns the interests of the Class and its counsel and provides a powerful incentive for the efficient prosecution and early resolution of litigation, which clearly benefits both litigants and the judicial system." *American Bank Note,* 127 F.Supp.2d at 431-32.The percentage approach "is uniquely the formula that mimics the compensation system actually used by individual clients to compensate their attorneys," often serves as a favorable substitute for more costly judicial monitoring of the attorney's performance,

and "can serve as a proxy for the market in setting counsel fees." *Id.* at 432 (citing *In re Sumitomo Copper Litig.,* 74 F.Supp.2d 393, 397 (S.D.N.Y.1999), and *In re Cont'l Illinois Sec. Litig.,* 962 F.2d 566, 568 (7th Cir.1992)).

This Court has recently stated that the percentage of recovery method continues to be the trend of district courts in this Circuit, and that it "has been expressly adopted in the vast majority of circuits." *EVCI,* 2007 U.S. Dist. LEXIS 57918, at \*44-46 & \*46, 2007 WL 2230177 n. 3 (collecting cases). This Court observed:

> For many years, courts within this Circuit recognized that "Support for the lodestar/multiplier approach in common fund cases has eroded, and there has been a 'groundswell of support for *mandating* a percentage-of-the-fund approach' in the common fund cases."

*Id.* at ----46-47 n. 3. (citing *In re Sumitomo Copper Litig.,* 74 F.Supp.2d at 397 (citation omitted, emphasis in original)).*See also Taft v. Ackermans,* 2007 U.S. Dist. LEXIS 9144, at \*28, 2007 WL 414493 (S.D.N.Y. Jan. 31, 2007). This view is in accord with the dictates of the Private Securities Litigation Reform Act ("PSLRA"), which provides that an award of fees and expenses should constitute "a reasonable percentage of the amount of any damages and prejudgment interest actually paid to the class."15 U.S.C. § 78u-4(a)(6) (emphasis added).*See EVCI,* 2007 U.S. Dist. LEXIS 57918, at \*46, 2007 WL 2230177.

**B. The Requested Fee is Fair and Reasonable as a Percentage of the Settlement Benefit Obtained for the Class**

**\*4** The requested amount of attorneys' fees, $1.65 million-representing 30% of the total all-cash recovery to the Class of $5.5 million-is consistent with fees awarded in other securities class action settlements in this Circuit.[FN4]"Thirty percent of a larger settlement fund could constitute a windfall; however, a settlement fund of this size does not create such an issue." *Taft,* 2007 U.S. Dist. LEXIS 9144, at \*32, 2007 WL 414493; *Hicks,* 2005 WL 2757792, at \*9 ("A settlement amount

of $10 million does not raise the windfall issue in the same way as would a $100 million settlement, and a 30% fee does not produce such a windfall."). A thirty percent fee, requested here by Plaintiffs' Counsel, is consistent with fees awarded in similar class action settlements of comparable value.[FN5]

> [FN4].*See, e.g., Taft v. Ackermans,* 2007 U.S. Dist. LEXIS 9144, at \*32, 2007 WL 414493 (S.D.N.Y. Jan. 31, 2007) (awarding 30% of $15.17 million settlement); *Hicks v. Morgan Stanley,* 2005 WL 2757792, at \*9 (S.D.N.Y. Oct.24, 2005) (30% of $10 million settlement); *In re Warnaco Group. Inc. Sec. Litig.,* 2004 WL 1574690, at \*3 (S.D.N.Y. July 13, 2004) (30% of $12.85 million settlement); *In re Bisys Sec. Litig.,* 2007 U.S. Dist. LEXIS 51087, at \* 8 (S.D.N.Y. July 11, 2007) (30% of $65.87 million settlement).

> [FN5].*See, e.g., The Takara Trust v. Molex, Inc.,* No. 05-1245 (N.D.Ill. Mar. 1, 2007)(30% of $10.5 million settlement); *In re Amerco Sec. Litig.,* No. 04-2182 (D.Ariz. Nov. 2, 2006) (30% of $7 million settlement); *Davidco Investors, LLC v. Anchor Glass Container Corp.,* No. 04-2561 (M.D.Fla. Mar. 16, 2007)(30% of $5.5 million settlement); *In re Carreker Corp. Sec. Litig.,* No. 03-250 (N.D.Tex. Aug. 16, 2006) (30% of $5.25 million settlement); *Mairah v. Medical Staffing Network Holdings, Inc.,* No. 04-80158 (S.D.Fla. March 6, 2007)(30% of $5 million settlement); *Gulp v. Gainsco, Inc.,* No 04-723 (N.D.Tex. Feb. 13, 2007) (30% of $4 million settlement); *In re Dobson Communications, Inc. Sec. Litig.,* No. 04-1394 (W.D.Okla. Mar. 20, 2007)(30% of $3.4 million settlement).

> Indeed, there are numerous other common fund cases in this District alone where fees were awarded in the amount of 33 1/3% of the settlement fund, an amount greater than that requested here. *See, e.g., Strougo v. Bassini,* 258 F.Supp.2d 254, 262 (S.D.N.Y.2003); *Maley,* 186 F.Supp.2d at

370;*Newman v. Caribiner Int'l Inc.,* No. 99 14 Civ. 2271 (S.D.N.Y. Oct. 19, 2001); *In re Net Ease.com, Inc. Sec. Litig.,* C.A. 01-CV-9405 (S.D.N.Y. May 30, 2003); *Meridian Inv. Club v. Delta Financial Corp.,* Master File No. CV-99-7033 (S.D.N.Y. April 14, 2003); *Lemmer v. Golden Books Family Entm't Inc.,* 98 Civ. 5748 (S.D.N.Y. Oct. 12, 1999); *Maywalt v. Parker & Parsley Petroleum Co.,* 963 F.Supp. 310, 313 (S.D.N.Y.1997).

**C. The Percentage Fee Requested by Plaintiffs is Reasonable Under the Second Circuit's *Goldberger* Factors**

The Second Circuit has set forth the following six factors that should be considered by District Courts, regardless of which method is used, in determining the reasonableness of the fee:

(1) the time and labor expended by counsel; (2) the magnitude and complexities of the litigation; (3) the risk of the litigation; (4) the quality of representation; (5) the requested fee in relation to the settlement; and (6) public policy considerations.

*Goldberger,* 209 F.3d at 50; *Wal-Mart,* 396 F.3d at 122 ("Irrespective of which method is used, the '*Goldberger* factors' ultimately determine the reasonableness of a common fund fee"). The lodestar value then acts as a "cross check," and the hours submitted by the attorneys are reviewed but not exhaustively scrutinized. *Goldberger,* 209 F.3d at 50.

Consideration of the relevant *Goldberger* factors supports an award of a fee of 30% of the settlement fund to Lead Plaintiffs' Counsel in this case.

**1. The Significant Time and Labor Expended by Plaintiffs' Counsel**

The first factor set forth in *Goldberger* for determining an appropriate fee is "the time and labor expended by counsel." 209 F.3d at 50.Plaintiffs' Counsel has devoted over 12,000 hours to the prosecution and settlement of

this Action, including the following matters:

• extensive pre-filing investigatory work, including re-
search, review, and analysis of public filings, articles,
and analyst reports about Vecco.

• moving for certification of the Class under
Fed.R.Civ.P. 23, and, at the same time, opposing De-
fendants' motion to dismiss. In connection with the
motion for class certification, Lead Plaintiff produced
documents in response to Defendants' requests and
defended the depositions of the proposed Class Rep-
resentative-Lead Plaintiff Steelworkers-and its asset
manager.

• review of approximately 225,000 pages of documents
produced by Defendants, including documents pro-
duced as a result of Lead Plaintiff's motion to compel
Defendants' production of documents on backup
tapes. Lead Plaintiff also subpoenaed documents from
twenty-six third-parties, including Veeco's auditor
Ernst & Young, and received and reviewed approxim-
ately ten thousand pages of documents from Ernst &
Young alone.

**\*5** • conducting ten days of depositions, including the
depositions of: Individual Defendants Braun, Rein
and Kiernan; three Ernst & Young partners involved
in Veeco's audit; former TurboDisc controller Bruce
Huff, to whom the Company attributed the impropri-
eties leading to the restatement; and Veeco's internal
auditors during the Class Period, Gary Reifert and
Herman Birnbaum. Lead Plaintiff also served inter-
rogatories and requests for admission upon Defend-
ants.

• during expert discovery, exchanging reports of ac-
counting and damages experts, deposing Defendants'
damages expert, and defending depositions of
Plaintiffs' accounting and damages experts.

• engaging in extensive motion practice, including a
number of contentious discovery motions involving
briefing and court appearances, for example: (i) Lead
Plaintiffs' motion to compel Defendants to produce
documents concerning the internal investigation of

TurboDisc by Veeco and Jefferson Wells; and (ii)
Lead Plaintiffs' motion to obtain documents on De-
fendants' backup tapes.

• completing substantial preparation for trial, including
submission of pre-trial order and exhibits, and filing
responses to motions *in limine.*The parties attended a
pre-trial conference on June 28, 2007 and were pre-
pared to select a jury on July 9.2007.

In total, Plaintiffs' Counsel reported spending over
12,000 hours litigating this case up until trial, represent-
ing a lodestar of about $4,6 million. Plaintiffs' Counsel
also incurred $774,329.29 in out-of-pocket expenses on
this matter since its initiation. Plaintiffs' Counsel's ef-
forts were undertaken on a contingent fee basis despite
the possibility that Plaintiffs would not prevail in this
litigation (and would therefore receive no compensa-
tion). The tasks performed by Plaintiffs' Counsel were
necessary in order to achieve the Settlement, and the
time and labor expended by counsel in producing this
Settlement supports the requested fee. Indeed, Plaintiffs'
fee request represents a fractional multiplier of .3591 in
this case. As a result, Lead Counsel will receive no
compensation for almost two-thirds of its time spent lit-
igating this case.

**2. The Complexity, Magnitude and Risks of Litiga-
tion, and the Contingent Nature of the Fee Supports
the Requested Fee**

A securities case, "by its very nature, is a complex an-
imal." *Maley,* 186 F.Supp.2d at 372 (quotation omitted).
Berger & Montague, P.C. prosecuted this Action by it-
self against a team of defense lawyers from the well-
known law firm Gibson Dunn & Crutcher, LLP. for al-
most two years, up until the eve of trial. Plaintiffs'
Counsel did not "piggy back" on any prior government-
al action related to Veeco. *Maley,* 186 F.Supp.2d at
371.Prosecution of this Action was heavily dependent
on expert testimony, thereby adding substantially to its
costs. Plaintiffs have encountered-and would certainly
continue to encounter at trial, absent the Settlement-sig-
nificant litigation risks, including successfully proving
all of the necessary elements to establish that Defend-

ants' dissemination of materially false and misleading statements regarding Veeco violated Rule 10b-5, and proving that any or all of the price drop of the stock was attributable to the disclosure of the alleged fraud as opposed to market factors.

**\*6** The complex and difficult issues in this case included the following:

• the difficulty of proving Plaintiffs' case through the testimony of Veeco's employees and former employees, who could be considered hostile witnesses.

• the difficulty of establishing loss causation in light of the Supreme Court's decision in *Dura Pharms., Inc. v. Broudo,* 544 U.S. 336, 125 S.Ct. 1627, 161 L.Ed.2d 577 (2005).

• the complexity of the legal and factual accounting issues involved, including GAAP and the relative novelty of the internal control issues involving the Sarbanes-Oxley Act that had to be presented to substantiate Plaintiffs' allegations of fraud and scienter.

• the difficulty of proving that Defendants' public statements were materially false and misleading.

• the difficulty in proving that any or all of the Defendants acted with scienter where there was no insider selling and no finding of wrongdoing by any governmental or other investigative body.

The Courts of this Circuit, including this District, have expressly recognized that the contingent nature of counsel's fee. with the built-in risk of litigation, is a highly relevant factor in determining the fee to be awarded. As the Second Circuit stated:

No one expects a lawyer whose compensation is contingent upon his success to charge, when successful, as little as he would charge a client who in advance had agreed to pay for his services, regardless of success. Nor, particularly in complicated cases producing large recoveries, is it just to make a fee depend solely on the reasonable amount of time expended.

*City of Detroit v. Grinnell Corp.,* 495 F.2d 448, 470 (2d Cir.1974); *In re Warner Communications Sec. Litig.,* 618 F.Supp. 735, 747 (S.D.N.Y.1985) ( "Numerous cases have recognized that the attorneys' contingent fee risk is an important factor in determining the fee award.") (citations omitted).

Indeed, the risk of non-payment in complex cases, such as this one, is very real. There are numerous class actions in which counsel expended thousands of hours and yet received no remuneration whatsoever despite their diligence and expertise. There is no guarantee of reaching trial, and even a victory at trial does not guarantee recovery.[FN6] As the Court stated in *Warner:* "Even a victory at trial is not a guarantee of ultimate success.... An appeal could seriously and adversely affect the scope of an ultimate recovery, if not the recovery itself." 618 F.Supp. at 747-748.

> FN6. *See, e.g., Robbins v. Koger Props.,* 116 F.3d 1441 (11th Cir.1997) (jury verdict of $81 million for plaintiffs against an accounting firm reversed on appeal on loss causation grounds and judgment entered for defendant); *Eisenstadt v. Centel Corp.,* 113 F.3d 738 (7th Cir.1997) (Seventh Circuit affirmed the lower court's granting of summary judgment in favor of defendants); *Anixier v. Home-Stake Prod. Co.,* 77 F.3d 1215 (10th Cir.1996) (Tenth Circuit overturned securities fraud class action jury verdict for plaintiffs in case filed in 1973-and tried in 1988-on the basis of 1994 Supreme Court opinion); *Backman v. Polaroid Corp.,* 910 F.2d 10 (1st Cir.1990) (*en banc* ) (class won a substantial jury verdict and a motion for judgment n.o.v. was denied, but on appeal the judgment was reversed and the case dismissed, after 11 years of litigation); *Winkler v. NRD Mining, Ltd.,* 198 F.R.D. 355 (E.D.N.Y.2000) (granting defendants' motion for judgment as matter of law after jury verdict for plaintiffs); *Krinsk v. Fund Asset Mgmt., Inc.,* 715 F.Supp. 472 (S.D.N.Y.1988), *aff'd,* 875 F.2d 404 (2d Cir.1989) (verdict for defendants after trial); *Landy v. Amsterdam,* 815 F.2d 925 (3d Cir.1987) (directed verdict for defend-

ants after five years of litigation; affirmed on appeal); *Bentley v. Legent Corp.,* 849 F.Supp. 429 (E.D.Va.1994) (directed verdict in favor of defendants after plaintiffs' presentation of its case to jury).

**3. The Quality of Plaintiffs' Counsel's Representation and Substantial Benefit to the Class Supports the Requested Fee**

The result achieved and the quality of the services provided are also important factors to be considered in determining the amount of reasonable attorneys' fees. *See, e.g., Hensley v. Eckerhart,* 461 U.S. 424, 436, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983) ("[T]he most critical factor is the degree of success obtained."); *Behrens v. Wometco Enterprises, Inc.,* 118 F.R.D. 534, 547-48 (S.D.Fla.1988) ("The quality of work performed in a case that settles before trial is best measured by the benefit obtained.").

**\*7** In this case, the quality of the representation of Plaintiffs' Counsel is best evidenced by the result. Despite vigorous opposition by Defendants at every stage up to trial. Plaintiffs obtained a Settlement of $5.5 million in cash. Not only did Plaintiffs' Counsel's "skill and expertise contribute to the favorable settlement for the class, it contributed to the overall efficiency of the case." *Denney v. Jenkens & Gilchrist,* 230 F.R.D. 317, 352 (S.D.N.Y.2005).

Defendants were represented by a well-staffed team of lawyers from the New York office of Gibson, Dunn & Crutcher, LLP, one of the country's largest law firms, who tenaciously challenged Plaintiffs at every stage of the litigation up until the eve of trial. That Plaintiffs' Counsel was able to obtain a substantial settlement from these Defendants confirms the quality of Plaintiffs' Counsel's representation in this matter, and is a factor in determining the reasonableness of the fee request. *See, e.g., Taft,* 2007 U.S. Dist. LEXIS 9144, at \*31, 2007 WL 414493 (noting that, in determining the quality of the representation, courts review, *inter alia,* the recovery obtained and the backgrounds of the lawyers involved in the suit).

**4. The Requested Fee Award is Reasonable in Relation to the Settlement Amount**

As discussed above, a fee of 30% of the $5.5 million settlement fund is consistent with fees awarded in a similar class action settlements of comparable value. Moreover, it does not create a windfall. *See Wal-Mart,* 396 F.3d at 122; *Taft v. Ackermans,* 2007 U.S. Dist. LEXIS 9144, at \*32, 2007 WL 414493; *In re Greenwich Pharm. Sec. Litig.,* 1995 WL 251293, at \* 7 (E.D.Pa. April 26, 1995) (fee award of 33% of $4.3 million settlement does not present danger of windfall that would accompany a "megafund" of, for example, $100 million settlement).

**5. Public Policy Considerations Fully Support the Requested Fee**

The Second Circuit has also noted that "public policy considerations" should be considered in determining the fee awarded to plaintiffs' counsel in class actions. *Goldberger,* 209 F.3d at 50.

Private enforcement of the federal securities laws, as is the nature of the action here, is a necessary adjunct to government intervention because neither the SEC nor the Justice Department has sufficient assets to address all forms of securities fraud. *See, e.g., Bateman Eichler, Hill Richards, Inc.,* 472 U.S. at 310 (lawsuits brought by investors provide " 'a most effective weapon in the enforcement' of the securities laws and are 'a necessary supplement to [SEC] action' " (quoting *J.I. Case Co. v. Barak,* 377 U.S. 426, 432, 84 S.Ct. 1555, 12 L.Ed.2d 423 (1964))). As this Court has stated:

"It is ... imperative that the filing of such contingent lawsuits not be chilled by the imposition of fee awards which fail to adequately compensate counsel for the risks for pursuing such litigation and the benefits which would not otherwise have been achieved but for their persistent and diligent efforts. Private attorneys should be encouraged to take the risks required to represent those who would not otherwise be protected from socially undesirable activities like securities fraud."

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**\*8** *Maley,* 186 F.Supp.2d at 374.*See also Goldberger,* 209 F.3d at 51 (noting the "commendable sentiment in favor of providing lawyers with sufficient incentive to bring common fund cases that serve the public interest").

Moreover, public policy considerations support the award in this case because the Lead Plaintiff and Class Representative, Steelworkers Pension Trust-a large public pension fund-conscientiously supervised the work of lead counsel and has approved the fee request. Since passage of the PSLRA, courts-including this Court have found that in a PSLRA case, a fee request which has been approved and endorsed by a properly-appointed lead plaintiff is "presumptively reasonable," especially where the lead plaintiff is a sophisticated institutional investor. *EVCI,* 2007 U.SDist. LHXIS 57918. at \*49-50 (citing *In re Cendant Corp. Litig.,* 264 F.3d 201, 282 (3d Cir.2001)). This accords with Congress's belief that institutions would be in the best position to monitor the ongoing prosecution of the litigation and to assess the reasonableness of counsel's fee request. *In re EVCI,* 2007 U.S. Dist. LEXIS 57918, at \*50 n. 4, 2007 WL 2230177.

**D. A "Cross-Check" Of Plaintiffs' Counsel's Lodestar Demonstrates the Reasonableness of the Requested Percentage Fee**

The Second Circuit "encourages" an analysis of counsel's lodestar "as a 'cross-check' on the reasonableness of the requested percentage." *Goldberger,* 209 F.3d at 50; *EVCI,* 2007 U.S. Dist. LEXIS 57918, at \*54, 2007 WL 2230177.Where the lodestar is "used as a mere cross-check, the hours documented by counsel need not be exhaustively scrutinized by the district court." *Goldberger,* 209 F.3d at 50.

**1. The Number of Hours Expended By Plaintiffs' Counsel Was Reasonable**

The starting point for a lodestar analysis is the calculation of the lodestar-which is "comprised of the amount of hours devoted by counsel multiplied by the normal, non-contingent hourly billing rate of counsel." *In re*

*Prudential Sec. Ltd. P'shps. Litig.,* 985 F.Supp. 410, 414 (S.D.N.Y.1997); *see EVCI,* 2007 U.S. Dist. LEXIS 57918, at \*54, 2007 WL 2230177.Here, Plaintiffs' Counsel devoted 12,185 hours to this matter, and their lodestar through October 18, 2007, was \$4,594,233.40. The requested fee represents only a fractional multiplier of the lodestar. Plaintiffs' Counsel performed substantial work on behalf of the Class, litigating this case to the eve of trial against a formidable opponent.

Berger & Montague bore all the risks and expenses of the litigation, including extensive fact and expert discovery, motion practice, participation in and preparation of submissions for mediations, and preparation for trial. Berger & Montague was efficient in litigating this action, as it is highly experienced in prosecuting securities law claims and shareholder class actions. *Cf. Teachers' Ret. Sys. v. A.C.L.N., Ltd.,* 2004 U.S. Dist. LEXIS 8608, at \*20, 2004 WL 1087261 (S.D.N.Y. May 14, 2004) (noting that the skill and prior experience of counsel in the specialized field of shareholder securities litigation is relevant in determining fair compensation).

**2. The Rates Charged By Plaintiffs' Counsel Are Reasonable**

**\*9** The second step in the lodestar cross-check analysis is to evaluate the reasonableness of the current billing rates charged by plaintiffs' counsel. The Second Circuit in *Goldberger* noted that the overall goal of the fee-setting process is to replicate the rate that counsel would be paid in a perfect market. 209 F.3d at 52 ("market rates, where available, are the ideal proxy for their compensation"). The use of current rates to calculate the lodestar figure has been repeatedly endorsed by courts as a means of accounting for the delay in payment inherent in class actions and for inflation. *See, e.g., Missouri v. Jenkins,* 491 U.S. 274, 283-84, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989) ("an appropriate adjustment for delay in payment" by applying "current" rate is appropriate"); *LeBlanc-Sternberg v. Fletcher.,* 143 F.3d 748, 764 (2d Cir.1998) (current rates "should be applied in order to compensate for the delay in payment").

In determining the propriety of the hourly rates charged by plaintiffs' counsel in class actions, courts have held that the standard is the rate charged in the community where the services were performed for the type of service performed by counsel. *See Luciano v. Olsten Corp.,* 109 F.3d 111, 115 (2d Cir.1997) ("[t]he 'lodestar' figure should be 'in line with those [rates] prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation' " (quoting *Blum,* 465 U.S. at 896 n. 11)); *accord In re NASDAQ Market-Makers Antitrust Litig.,* 187 F.R.D. 465, 489 (S.D.N.Y.1998); *see also Sutton v. Bernard,* 504 F.3d 688, 2007 WL 2963940, at *4 (7th Cir. Oct.12, 2007) (in deciding fee award in common fund cases, courts should look to marketplace for legal services as guide to what is reasonable). Viewed in light of a "marketplace" barometer, Plaintiffs' Counsel's rates are reasonable.

In class actions, courts in this district and around the country have consistently found to be reasonable rates comparable to those at issue here, given the nature of plaintiffs' counsel's work in such cases and the risks associated with financing class actions.[FN7] Thus, substantial precedent-as well as a market check-demonstrates that the rates utilized by Plaintiffs' Counsel in calculating its lodestar are reasonable.

    FN7. *See, e.g., In re Indep. Energy Holdings PLC Sec. Litig.,* 2003 U.S. Dist. LEXIS 17090, at *30 (S.D.N.Y. Sept. 26, 2003) (rates of $650/hour for a partner, and $300-$425/hour for associates, are "not extraordinary for a topflight New York City law firm"); *In re Bankamerica Corp. Secs. Litig.,* 228 F.Supp.2d 1061, 1065 (E.D.Mo.2002) ( "[W]hile the hourly rates ranging up to $695 are high for the Eastern District of Missouri, they are nonetheless within the range of reasonableness in the realm of nationwide securities class actions.").

**E. The Requested Fee Is Reasonable Because It Implies a Fractional Multiplier, Indicating that Plaintiffs' Counsel Will Not Be Compensated for Much of Their Time Spent Litigating This Case**

Courts have continually recognized that, in instances where a lodestar analysis is employed to calculate attorneys' fees or used as a "cross-check" for a percentage of recovery analysis, counsel may be entitled to a "multiplier" of their lodestar rate to compensate them for the risk assumed by them, the quality of their work, and the result achieved for the class. *See, e.g., Goldberger,* 209 F.3d at 54 ("We have historically labeled the risk of success as 'perhaps the foremost' factor to be considered in determining whether to award an enhancement."(citation omitted)); *Prudential,* 985 F.Supp. at 414 ("Because counsel who rendered services were not being compensated for their work as it was being performed and because of the significant risk that they might never receive any compensation if the action was unsuccessful, courts have, when warranted, applied a multiplier to the lodestar to arrive at a fair contingent fee.").

**\*10** Berger & Montague spent over 12,000 hours on this case and their lodestar for the services performed by the firm is approximately $4.6 million. Lodestar multiples of over 4 are routinely awarded by courts, including this Court. *See, e.g., Maley,* 186 F.Supp.2d at 369 (awarding fee equal to 4.65 multiplier, which was "well within the range awarded by courts in this Circuit and courts throughout the country"); *EVCI,* 2007 U.S. Dist. LEXIS 5791S, at *56 & n. 7, 2007 WL 2230177 (2.48 multiplier "is within the range found to be reasonable"; collecting cases and noting that "[l]odestar multipliers of nearly 5 have been deemed 'common' by courts in this District" (citation omitted)). Here, Lead Counsel seeks no multiple of its lodestar. In fact, Plaintiffs' Counsel will recoup less than 36% of their lodestar. Not only is Plaintiffs' Counsel not receiving a premium on their lodestar to compensate them for the contingent risk factor, but their fee request amounts to a deep discount from their lodestar. Thus, the lodestar "cross-check" unquestionably supports a percentage fee award of 30%.

**F. The Reaction of the Class Demonstrates The Reasonableness of the Fee Request**

Finally, "[t]he reaction by members of the Class is entitled to great weight by the Court" and confirms the reasonableness of the requested fees. *Maley,* 186

Case 2:90-cv-00520-KJM-SCR    Document 3577    Filed 05/06/09    Page 228 of 244

F.Supp.2d at 374.The Notice mailed to members of the Class specifically indicated that Plaintiffs' Counsel would apply for a fee award of 30% of the Gross Settlement Fund, and that any class member could object to the fee application by October 19, 2007. No member of the Class has objected to either the Settlement or to Plaintiffs' Counsel's request for an award of attorneys' fees. This response suggests that the fee request is fair and reasonable.*Id.*

**III. LEAD COUNSEL'S REQUEST FOR REIM-BURSEMENT OF EXPENSES IS REASONABLE AND APPROPRIATE**

It is well established that counsel who create a common fund are entitled to the reimbursement of expenses that they advance to a class. *See, e.g., Teachers' Ret. Sys.,* 2004 U.S. Dist. LEXIS 8608, at *17, 2004 WL 1087261 (citations omitted)."Courts in the Second Circuit normally grant expense requests in common fund cases as a matter of course." *EVCI,* 2007 U.S. Dist. LEXIS 57918, at *57, 2007 WL 2230177 (citations omitted); *see American Bank Note,* 127 F.Supp.2d at 433; *Taft,* 2007 U.S. Dist. LEXIS 9144, at *35, 2007 WL 414493; *Miltland Raleigh-Durham v. Myers,* 840 F.Supp. 235, 239 (S.D.N.Y.1993) ("Attorneys may be compensated for reasonable out-of-pocket expenses incurred and customarily charged to their clients, as long as they 'were incidental and necessary to the representation' of those clients" (citation omitted)).

As set forth in the affidavit of Plaintiffs' Counsel, the total unreimbursed out-of-pocket expenses incurred by them to date are $774,329.29. The expenses were incurred on an ongoing basis for such items as consultant and expert fees, photocopying of documents, mediation fees, court filing fees, deposition transcripts, fees for service of subpoenas to witnesses, on-line research, creation of a document database, messenger service, postage and next day delivery, long distance and facsimile expenses, transportation, travel and other expenses directly related to the prosecution of this Action, including preparation for trial. All of these expenses are customary and necessary expenses for a complex securities action, and were necessary for Plaintiffs' Counsel to suc-

cessfully prosecute this case to trial. Moreover, Plaintiffs had no co-counsel or local counsel to perform any of these tasks.

**\*11** The largest portion of the $774,329.29 in out-of-pocket expenses incurred by Plaintiffs in litigating this case was for accounting and damages experts retained by Plaintiffs, which comprised over $543,000, or over 70% of the total costs. These expenses reflected the fact that this was a complex case which was litigated until a week before trial.

The prosecution of this Action was heavily dependent on expert assistance and testimony. The case involved a $10.2 million restatement of Veeco's financials and allegations concerning complex accounting, internal financial reporting and disclosure control issues. Plaintiffs alleged that Defendants violated the Securities Exchange Act of 1934 by issuing statements and financial reports for the first, second and third quarters of 2004, by employing improper accounting at the Company's TurboDisc division, including alleged improper revenue recognition, and accounting for inventory, and warranty costs. Plaintiffs requested and received over 225,000 pages of documents from Defendants and another 10,000 pages of documents from Defendants' internal auditor, Ernst & Young.

During the course of discovery, Plaintiffs retained accounting and damages experts to assist Plaintiffs, including analyzing the documents produced. During expert discovery, the parties exchanged expert reports and took and defended expert depositions. Plaintiffs' damages expert Steven P. Feinstein, Ph.D., CFA, opined on damages and loss causation, and their accounting expert, Robert W. Berliner, CPA, CFE, opined on issues of liability, materiality, and scienter with respect to the alleged fraud involving accounting and internal control issues. The non-testifying expert assisted Plaintiffs in the factual investigation and analysis in connection with the amended complaint and during merits discovery, and also assisted Plaintiffs in preparing their submissions for mediation, including the two-day mediation in October 2006. Expert accounting and damages testimony would have been crucial at trial, and Dr. Feinstein and Mr. Berliner were prepared to testify. The expenses

for Plaintiffs' accounting and damages experts totaled $543,196.49, as follows:

| | | |
|---|---|---|
| • | Non-testifying forensic accounting expert | $218,000.00 |
| • | Robert W. Berliner, CPA, CRD (testifying accounting expert) | $252,349.49 |
| • | Stephen P. Feinstein,, Ph.D., CFA (testifying damages expert) | $ 72,847.00 |

This Court and others have reimbursed such expert witness fees where "[t]he expenses incurred were essential to the successful prosecution and resolution of [the] Action." *EVCI,* 2007 U.S. Dist. LEXIS 57918, 2007 WL 2230177. at *57-58.[FN8]

> FN8.*See also In re Media Vision Technology Sec. Litig.,* 913 F.Supp. 1362, 1366 (N.D.Cal.1995) (courts award consulting and expert expenses where the testimony is "crucial or indispensable" to the litigation al hand); *In re Immune Response Secs. Litig.,* 497 F.Supp.2d 1166, 1178 (S.D.Cal.2007) (reimbursement for experts and consultants was "reasonable" given the "complex factual nature" of case in which experts opined on materiality, loss causation, and damages, which was "crucial or indispensable" to the litigation (internal quotation omitted)); *Uniroyal Goodrich Tire Company v. Mutual Trading Corp.,* 63 F.3d 516, 526 (7th Cir.1995) (court reimbursed counsel for expert expenses where the expert testimony was "reasonably necessary" for plaintiff to prove its case); *In re Greenwhich Pharm. Secs. Litig.,* 1995 WL 251293, at *7 (E.D.Pa. Aug.26, 1995) (awarding expert witness fees, which was "a reimbursable expense since expert testimony would have been crucial at trial"); *Hicks,* 2005 WL 2757792, at *10 (awarding expenses incurred by co-lead counsel including expert witness fees and other expenses "necessary to the litigation and settlement of [the] action").

The Notice to the Class advised Class members that

Lead Counsel would seek reimbursement of expenses in addition to attorneys' fees, in an amount not to exceed $775,000, exclusive of costs of notice and claims administration. Lead Counsel received no objections to this request. The requested expenses are well within the amount specified in the notice Accordingly, Berger & Montague are awarded $774,329.29 for out-of-pocket expenses.

## IV. AN AWARD OF REASONABLE COSTS AND EXPENSES FOR THE STEELWORKERS IS APPROPRIATE

**\*12** The PSLRA states that "[n]othing in this paragraph shall be construed to limit the award of reasonable costs and expenses (including lost wages) directly relating to the representation of the class to any representative party serving on behalf of a class."15 U.S.C. § 78u-4(a)(4).

The Steelworkers were appointed Lead Plaintiff and, subsequently, Class Representative in this action. The Steelworkers expended over eighty hours valued at a total of $15,964.20, and incurred $125 of out-of-pocket expenses directly relating to the representation of the Class. From the outset of the litigation to settlement, the Steelworkers monitored the litigation and participated in prosecuting the case, including participation in discovery, subjecting itself to deposition, and reviewing significant pleadings and briefs. "Courts in this Circuit routinely award such costs and expenses both to reimburse the named plaintiffs for expenses incurred through their involvement with the action and lost wages, as well as to provide an incentive for such plaintiffs to remain involved in the litigation and to incur such expenses in the first place." *Hicks,* 2005 WL

Case 2:90-cv-00520-KJM-SCR    Document 3577    Filed 05/06/09    Page 230 of 244

2757792, at *10; *see In re Worldcom, Inc. ERISA Litig.,* 2004 WL 2338151, at *11 (S.D.N.Y. Oct.18, 2004) (awarding $5,000 to each of the three named plaintiffs who were involved in the litigation, had been deposed, and had "performed an important service to the class").

The Notice to the Class advised Class members that Lead Counsel would seek reimbursement of $16,089 to Steelworkers for their reasonable costs and expenses, including lost wages, directly relating to its representation of the Class. Lead Counsel has received no objections to this request. Accordingly, the Court awards the Steelworkers $16,089.20 as compensation for their reasonable costs and expenses incurred in representing the Class.

**CONCLUSION**

For the foregoing reasons, the Court hereby awards; (I) attorneys' fees in the amount of $1,650,000, or 30% of the $5,500,000 settlement fund, together with reimbursement of Plaintiffs' Counsel's expenses in the amount of $774,329.29; and (ii) reimbursement of Lead Plaintiff Steelworkers Pension Trust's reasonable costs and expenses related to their representation of the Class in the amount of $16,089.20.

S.D.N.Y.,2007.
In re Veeco Instruments Inc. Securities Litigation
Not Reported in F.Supp.2d, 2007 WL 4115808 (S.D.N.Y.)

END OF DOCUMENT

Not Reported in F.Supp.2d                                                                 Page 1
Not Reported in F.Supp.2d, 2006 WL 2095876 (D.Idaho)
**(Cite as: 2006 WL 2095876 (D.Idaho))**

H

Only the Westlaw citation is currently available.

United States District Court,
D. Idaho.
LOCKHEED MARTIN IDAHO TECHNOLOGIES
COMPANY, Plaintiff,
v.
LOCKHEED MARTIN ADVANCED ENVIRON-
MENTAL SYSTEMS, INC., and Lockheed Martin
Corporation, Defendants & Third-Party Plaintiffs,
v.
EG & G Idaho Inc., et al., Third-Party Defendants.
**No. CV-98-316-E-BLW.**

July 27, 2006.

Arthur D. McGarry, Christopher B. Butler, Oles
Morrison Rinker & Baker, Seattle, WA, Phillip S.
Oberrecht, Hall Farley Oberrecht & Blanton, Boise,
ID, for Plaintiff.

A. Wayne Lalle, Jr., Venable, Vienna, VA, Walter
H. Bithell, Holland & Hart, Boise, ID, Charles R.
Marvin, Jr., Lawrence Bradley Bernard, Paul Albert
Debolt, Thomas J. Madden, Venable, David M. Co-
hen, Donald E. Kinner, Matthew P. Reed, Dept of
Justice Commercial Litigation Branch Civil Divi-
sion-Classification Unit, Washington, DC, David E.
Alexander, W. Marcus W. Nye, Racine Olson Nye
Budge & Bailey, Pocatello, ID, David A. Green-
wood, Bendinger Crockett Peterson Greenwood &
Casey, Richard F. Ensor, Howrey LLP, Samuel O.
Gaufin, David A. Greenwood, Van Cott Bagley
Cornwall & McCarthy, Salt Lake City, UT,
Douglas L. Abbott, Stephen G. Masciocchi, Hol-
land & Hart, Denver, CO, Durward E. Timmons,
Sherman & Howard, Colorado Springs, CO, James
R. Buckley, Lockheed Martin Corporation, Los
Angeles, CA, for Defendants & Third-Party
Plaintiffs.

Phillip S. Oberrecht, Hall Farley Oberrecht & Blan-
ton, Joshua S. Evett, Elam & Burke, Boise, ID, for
Third-Party Defendants.

B. Michael Schestopol, James F. Nagle, Robert J.
Burke, Oles Morrison Rinker & Baker, Seattle,
WA, B. Newal Squyres, Holland & Hart, Boise, ID.

**MEMORANDUM DECISION AND ORDER**

B. LYNN WINMILL, Chief District Judge.

**INTRODUCTION**

*1 The Court has before it a petition for allowance
of attorney fees filed by LMITCO. The Court heard
oral argument on June 28, 2006, and took the mo-
tion under advisement. In addition, LMITCO's cost
petition is at issue and can be decided on the briefs
without oral argument. For the reasons expressed
below, the Court will grant both petitions.

**ANALYSIS**

**1. Attorney Fees**

LMITCO contends that it is entitled to attorney fees
by virtue of, among other authorities, Idaho Code §
12-120(3). That statute authorizes fee awards to
prevailing parties in disputes relating to
"commercial transactions," a label that precisely
fits this litigation. LMAES counters, however, that
Idaho law is inapplicable because the parties have
agreed that federal contract law will govern this
dispute.

This is a case in diversity, governed by Alyeska
Pipeline Service Co. v. Wilderness Society, 421
U.S. 240 (1975). There, the Supreme Court held
that a court sitting in diversity must apply the for-
um state's attorney fee law so long as (1) it does not
conflict with any federal law, and (2) represents the
"substantial policy" of the forum state. Id. at 260, n.

31.

The parties are free, however, to agree otherwise, and LMAES contends that they did so in their Subcontract. Article 35 of the Subcontract states that "[a]ny substantive issue of law in such dispute, claim or litigation shall be determined in accordance with the body of law applicable to procurement of goods and services by the Federal Government."

The phrase "substantive issue of law" could include attorney fee issues. *See Marek v. Chesny, 473 U.S. 1, 35 (1985)*(interpreting the phrase "substantive right" to include the right to attorney fees: "the right to attorney fees is 'substantive' under any reasonable definition of that term"). The "body of law" phrase has already been interpreted by this Court to mean that the governing law will be provided by the Federal Acquisition Regulations (FAR).*See Memorandum Decision filed March 29, 2005* (docket no. 626). Thus, any FAR provision setting standards for the award of attorney fees would govern this case.

LMAES cites no FAR provision concerning attorney fees. Instead, LMAES contends that the applicable "body of law" extends beyond the FAR provisions to federal contracting law generally, which is governed by the American Rule prohibiting an award of fees in the absence of express authorization. LMAES cites two cases to support its contention that the American Rule governs federal contracting law: (1) *Brickwood Contractors, Inc. v. United States,* 288 F.3d 1371 (Fed.Cir.2002), and (2) *Joy Dirt Constr. Co.,* AGBCA 91-162-1, 91-3 BCA ¶ 24,208.

*Brickwood* involved a claim for attorney fees under the Equal Access to Justice Act, a statute applicable only to claims against the Government and not at issue here. *Joy Dirt* involved a motion for fees as a sanction for frivolous pleadings. While both cases include some dicta that support LMAES's claim, the statements are simply that-dicta. Neither case held that the American Rule governs federal con-

tract disputes.

**\*2** Because LMAES has not shown that the American Rule has been adopted by the FARs, by "federal procurement law," or by federal contracting law generally, the Court finds that Article 35 of the Subcontract cannot be interpreted to include the American Rule. It is simply silent on the subject. Because the parties have reached no agreement on the law governing a fee award, the Court must return to the *Alyeska* analysis discussed earlier.FN1

> FN1. LMAES argues that the Court must engage in the conflict-of-laws analysis set forth in *Flores v. American Seafoods Company,* 335 F .3d 904, 916 (9th Cir.2003). The Court disagrees for two reasons. First, *Flores* was a federal maritime case not governed by *Alyeska.*Second, *Flores* involved a clear conflict between federal maritime law (governed by the American Rule) and state law (governed by a prevailing party fee statute similar to Idaho's). As discussed above, there is no conflict in this case-here, federal law is silent on the fee issue, and hence not inconsistent with Idaho law allowing fees under certain circumstances.

*Alyeska* applies state law if the two criteria, quoted earlier, are met. With regard to *Alyeska's* first criteria, the discussion above establishes that LMAES has not shown any conflict between federal law and the Idaho fee statute. With regard to the second criteria, Idaho's fee statute clearly represents a substantial policy of the State. The Idaho statute has been defined by Idaho courts as being substantive in nature (rather than merely procedural), and has been described as an "adjunct to the underlying commercial contract between the parties." *Meyers v. Vermaas,* 753 P.2d 296, 298(*Id.*Ct.App.1988).

Thus, under *Alyeska's* analysis, the Court must apply Idaho Code § 12-120(3). This dispute clearly relates to a "commercial transaction" and hence the statute authorizes an award of fees to the prevailing

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 2:90-cv-00520-KJM-SCR    Document 3577    Filed 05/06/09    Page 233 of 244

party. LMITCO and EG & G were prevailing parties and hence their petition for allowance of fees shall be granted.[FN2] The Court earlier bifurcated the attorney fee issue, and thus the Court will await further briefing before deciding how much to award.

> FN2. With this analysis, the Court need not reach LMITCO's additional arguments concerning (1) the indemnity provisions of the Subcontract, and (2) the separate corporate guarantee of defendant LMC.

**2. Costs**

LMITCO seeks costs under 28 U.S.C. § 1920(4) in three areas: (1) $4.6 million in costs for creating a litigation database; (2) $600,000 in costs for trial evidence presentation; and (3) $200,000 in costs for copies.

Turning to the first category, the litigation database was necessary due to the extreme complexity of this case and the millions of documents that had to be organized. While the creation of the database is expensive, it is not unreasonably so, and it saved immense time for counsel who otherwise would have to sift through the documents by hand. Given these circumstances, the Court finds that these costs are recoverable under § 1920(4).

With regard to the trial evidence presentation costs, the Court required counsel to put the trial evidence in electronic format. It was important that the evidence presentation be efficient and of high quality. The Court cannot find these costs unreasonable. The Court will likewise approve the third category, the coping costs.

The Court will therefore grant LMITCO's cost petition, but will stay the issuance of a Judgment until the Court finally resolves the attorney fee issue. That way, the Court can issue a single Judgment awarding both costs and fees.[FN3]

> FN3. A separate cost petition filed by

LMITCO seeking $59,030.42, comprised mostly of deposition costs, was not opposed by LMAES and will be granted by the Court.

**ORDER**

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the petition for allowance of attorney fees (Docket No. 631) is GRANTED. The parties are directed to agree to a briefing schedule to resolve the remaining issues in this bifurcated proceeding.

**\*3** IT IS FURTHER ORDERED, that the petitions for costs (Docket Nos. 636 and 637) are GRANTED, but that an award of specific costs in a Judgment is hereby STAYED until the Court finally resolves the attorney fee issue and issues a single Judgment awarding both fees and costs.

D.Idaho,2006.
Lockheed Martin Idaho Technologies Co. v. Lockheed Martin Advanced Environmental Systems, Inc.
Not Reported in F.Supp.2d, 2006 WL 2095876 (D.Idaho)

END OF DOCUMENT

Not Reported in F.Supp.2d                                                          Page 1
Not Reported in F.Supp.2d, 2002 WL 472308 (N.D.Cal.)
**(Cite as: 2002 WL 472308 (N.D.Cal.))**



Only the Westlaw citation is currently available.

United States District Court, N.D. California.
Kenneth OBERFELDER, Plaintiff,
v.
CITY OF PETALUMA, et al., Defendants.
**No. C-98-1470 MHP.**

Jan. 29, 2002.

*MEMORANDUM AND ORDER*

PATEL, Chief J.

**\*1** Plaintiff Kenneth Oberfelder moves the court for attorneys' fees pursuant to 42 U.S.C. section 1988 after a successful jury trial against defendant. Having considered the parties' arguments and submissions, and for the reasons set forth below, the court enters the following memorandum and order.

*BACKGROUND*

Plaintiff Kenneth Oberfelder filed this action pursuant to 42 U.S .C. section 1983 against the Sonoma County Sheriff ("Sheriff"), Deputy Sheriff ("Deputy") and Sheriff's Department ("Department"). Plaintiff alleged that defendants used excessive force when Deputy Christian Bertoli shot him in the back during plaintiff's arrest. On or about July 15, 1998, plaintiff, who was incarcerated, wrote a letter to this court advising that he had been unable to retain counsel to represent him and that he was unable to properly represent himself. *See* Levy Dec., Exh. A. This court arranged through the District's pro bono counsel program for an attorney to be appointed. The program requested that the law firm of Crosby, Heafy, Roach and May represent Oberfelder in this action and that firm was appointed pursuant to 28 U.S.C. Section 1915(e). At trial, a jury awarded damages to plaintiff against the Deputy Sheriff in the amount of $100,000. Now before this court is plaintiff's motion for attorneys' fees and costs pursuant to 42

U.S.C. section 1988.

*LEGAL STANDARD*

A district court has discretion to award a reasonable attorneys' fees to a prevailing party in a civil rights action under the Civil Rights Attorneys' Fees Awards Act of 1976. 42 U.S.C. § 1988(b). In the absence of special circumstances, a prevailing party should recover reasonable attorneys' fees. *Chalmers v. City of Los Angeles,* 796 F.2d 1205, 1210 (9th Cir.1986) (citing *Hensley v. Eckerhart,* 461 U.S. 424, 429 (1983)). The purpose of section 1988 is to ensure that private parties are able to secure effective counsel to protect rights guaranteed by federal law. *See Riverside v. Rivera,* 477 U.S. 561, 576 (1986).

Generally, if a court determines that a prevailing party should be awarded attorneys' fees under section 1988, it must next determine what fees are reasonable by calculating the "lodestar." *Jordan v. Multnomah County,* 815 F.2d 1258, 1262 (9th Cir.1987). The lodestar is found "by multiplying the number of hours reasonably expended on litigation by a reasonable hourly rate."*E .g., Chalmers,* 796 F.2d at 1210; *Schwartz v. Health & Human Serv.,* 73 F.3d 895, 901 (9th Cir.1995); *Keith v. Volpe,* 833 F .2d 850, 859 (9th Cir.1987). There is a strong presumption that the lodestar figure represents a reasonable fee. *Jordan,* 815 F.2d at 1262.

In calculating the lodestar, the court must determine both a reasonable number of hours and a reasonable hourly rate for each attorney. *Chalmers,* 796 F.2d at 1210. When reviewing the number of hours, the applicant must justify her claim of hours worked by submitting detailed time records. *Id. at 1209.* The court may make down adjustments if it believes the documentation to be inadequate, if the hours were duplicative, or if the hours were either excessive or unnecessary. *Id. at 1210.*

**\*2** In determining a reasonable hourly rate, the court must consider several factors including the experience, skill and reputation of the applicant and the prevailing rate in the community for similar work performed by at-

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

torneys of comparable skill, experience and reputation. *Id.* at 1210-11.The relevant community for purposes of determining the prevailing market rates is generally the forum in which the district court sits. *See Barjon v. Dalton,* 132 F.3d 496, 500 (9th Cir.1997).

In the civil rights context, the reasonableness of a fee application is determined by a streamlined inquiry. *See Farrar v. Hobby,* 506 U.S. 103, 114 (1992).[FN1] In determining a reasonable fee award to a civil rights plaintiff, the court must give greatest weight to the relationship between the amount of damages sought by plaintiff and the amount awarded to plaintiff. *Seeid.*

> FN1. Ninth Circuit case law in the area of attorneys' fees largely illustrates the cumbersome application of a twelve-factor framework used to determine a reasonable fee. *See Kerr v. Screen Extras Guild, Inc.,* 526 F.2d 67, 70 (9th Cir.1975). The central inquiry in determining reasonable attorney's fees in civil rights claims is now an examination of plaintiff's prospects of success as compared to plaintiff's actual recovery. *Farrar v. Hobby,* 506 U.S. 103, 114 (1992).

*DISCUSSION*

Plaintiff requests $638,109.50 in attorneys' fees incurred during the three-year duration of this case as well as costs and expenses totaling $62,305.78.[FN2] Plaintiff requests that the court apply a 1.5 multiplier to the lodestar amount for a total fee award of $957,164.25.[FN3]

> FN2. Plaintiff's counsel requests total attorneys' fees in the amount of $ 638,109.50. Pl.'s Mem. at 11:10. However, the billing invoice lists total fees of $ 662,287.00. Levy Dec., Exh. B at 133. The court will assume the fee request is for $638,109.50, as that is the amount referred to by defendants in opposing the fee request. Def.'s Mem. at 1.

> FN3. The multiplier applies only to the requested fees and not to costs.

The court has presided over this case from its inception three years ago. During that time the court has had the opportunity to evaluate first-hand the work of plaintiff's counsel during courtroom hearings and through briefing and memoranda. Throughout the course of this litigation, plaintiff's counsel have been well prepared, thorough and as dedicated to their client as one would expect of a lawyer to their long-term paying clients. Additionally, counsel's written and oral advocacy has been of high quality. With these observations in mind, the court will first evaluate plaintiff's success and then address the factors relevant to determining the fee award in this case.

I. *Plaintiff's Success*

The Civil Rights Attorneys' Fees Awards Act of 1976 provides that only "prevailing parties" may be awarded attorneys' fees. 42 U.S.C. § 1988(b). To qualify as a prevailing party, a plaintiff must obtain some relief on the merits of his claim that materially alters the legal relationship of the parties. *Texas State Teachers Ass'n v. Garland Indep. Sch. Dist.,* 489 U.S. 782, 792 (1989). On October 15, 2000, this court entered judgment against defendant Christian Bertoli and in favor of plaintiff Kenneth Oberfelder, in accordance with the jury verdict. Judgment was entered in the amount of $100,000. Thus plaintiff is a prevailing party in a section 1983 action and the court may award, in its discretion, reasonable attorneys' fees. 42 U.S.C. § 1988.

II. *Fees Requested*

A. *Documentation of Reasonable Hours*

In support of the fee request, counsel submitted a 152-page billing invoice that chronologically sets forth the time spent by each individual and the nature of the work performed on a daily basis. Levy Dec., Exh. B. The party seeking an award of fees must make an adequate showing of the hours worked and rates claimed. *See Hensley v. Eckerhart,* 461 U.S. 424, 433 (1983). Time records should be comparable to those that a private attorney would present a client to substantiate a fee. *Evers v. County of Custer,* 745 F.2d 1196, 1205

(9th Cir.1984).

**\*3** Defendant first argues that the fee request should be reduced because the billing statement attached to the fee request does not constitute a contemporaneous record. The failure to present a contemporaneous record is not a basis for denying an award in its entirety, but it may be reason to reduce the fee award. *See Fischer v. S.J.B.-P.D. Inc., 214 F.3d 1115, 1121 (9th Cir.2000).* At the same time, there is no requirement that a district court must examine contemporaneous time records in every case in which attorneys' fees are sought. *Id.* As a regular billing practice, plaintiff's counsel requires timekeepers to maintain daily records of hours and electronically input hours every two weeks. *See* Levy Supp. Dec. ¶ 6. Monthly billing invoices are then generated from the stored entries. *Id.* The court finds this procedure is sufficient to constitute contemporaneous records. Furthermore, the showing of hours as provided on counsel's billing invoice is adequately detailed and reflective of the number of hours worked to comprise an adequate basis for determining the lodestar.

Second, defendant complains that the billing statement contains multiple time entries listed as one block of time, or, "blocked billing." The charge of blocked billing does not undermine the compensability of time reasonably expended where the billing statement meets the basic requirement of listing the hours and identifying the general subject matter of time expenditures. *See Fischer,* 214 F.3d at 1121. Timekeepers here logged their hours separately, to the tenth of an hour, on a daily basis and described the nature of their activities to support the hours worked and the rates claimed. *Seegenerally* Levy Dec., Exh. B. Thus the court finds that the "blocked billing" charge is without merit and that plaintiff's documentation is adequate.

B. *Fee Request*

Plaintiff seeks fees in the following amounts:

| Summer Associates | Hours x Rate | Totals |
|---|---|---|
| An Nguyen | 35.9 hrs @ $ 140 / hr | $ 5,026.00 |
| Garrett Dillon | 38.9 hrs @ $ 140 / hr | $ 5,446.00 |
| Jennifer Rotman | 44.8 hrs @ $ 140 / hr | $ 6,272.00 |
| Research Librarian | | |
| Dan Cunningham | .5 hrs @ $ 160 / hr | $ 80.00 |
| Medical Analyst | | |
| Mary Cheng | 0.8 hrs @ $ 170 / hr | $ 136.00 |
| Associate Attorneys | | |
| Brian W. Franklin | 120 hrs @ $ 190 / hr | $ 22,800.00 |
| Brad DeJean | 156.1 hrs @ $ 250 / hr | $ 39,025.00 |
| Michael J. George | 7.4 hrs @ $ 225 / hr | $ 1,665.00 |
| Todd C. Toral | 207 hrs @ $ 230 / hr | $ 47,610.00 |
| Kama B. Pierce | 35.5 hrs @ $ 200 / hr | $ 7,100.00 |
| Cassandra C. Pulskamp | 103.4 hrs @ $ 200 / hr | $ 20,880.00 |
| Jared E. Gardner | 474.6 hrs @ $ 200 / hr | $ 94,920.00 |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| Director Attorneys | | |
|---|---|---|
| Jo S. Levy | 1025.1 hrs @ $ 295 / hr | $302,404.50 |
| Howard A. Janssen | 4.1 hrs @ $ 400 / hr | $ 1,640.00 |
| | | |
| Legal Assistant Fees | | |
| Ricky Vu | 29.5 hrs @ $ 110 / hr | $ 3,245.00 |
| Sharon Pickett | 836.2 hrs @ $ 110 / hr | $ 62,715.50 |
| Eric Johnson | 171 hrs @ $ 110 / hr | $ 18,810.00 |
| | | |
| Other Professional Services | | |
| John Cervantez | 2 hrs @ $ 80 / hr | $160.00 |
| | | $638,109.50 |

**\*4** In determining the reasonableness of the fee request, the court will consider the ability of counsel, the amount involved, customary charges for similar services, counsels' reputation and most importantly, the results counsel obtained in this matter. *See Farrar v. Hobby,* 506 U.S. 103, 114 (1992).

1. *Amount Involved and Results Obtained*

The court first notes that this was not an easy case. At the time of the incident involved, plaintiffs was a fugitive with a criminal record. His counsel had to convince a jury that despite this and the fact that there were legitimate grounds for his apprehension, plaintiff had enforceable civil rights including the right to be free of the use of excessive force. Counsel did not have a sympathetic plaintiff. Nonetheless, plaintiff's counsel ably and successfully shouldered the burden. Counsels' strong trial presentation resulted in a jury award of $100,000 in favor of Oberfelder. The inability of the parties to reach a settlement might have discouraged less tenacious counsel from bringing this case to trial. Further evidence of the vigorous efforts of his advocates is that plaintiff was awarded $70,000.00 in excess of his actual medical costs. The results demonstrate that counsel performed high quality legal representation in the face of many adverse factors and the very vigorous advocacy of opposing counsel.

Defendants contend that plaintiff's billing for

$638,109.50 is excessive in light of the $100,000 awarded by the jury. There is no requirement of proportionality of fees sought to verdict though the court in its discretion may consider plaintiff's success in determining the reasonableness of fees. *See Farrar,* 506 U.S. 103, 114 (1992); *seealso Riverside v. Rivera,* 477 U.S. 561, 576 (1986) (affirming a $245,000 fee award in a case where plaintiff recovered $33,000); *Morales v. City of San Rafael,* 96 F.3d 359, 364 (1996). A rule of proportionality that would limit fee awards under section 1988 to a proportion of the damages recovered in the underlying suit is inconsistent with the flexible approach to lodestar calculations that takes into account all considerations relevant to the reasonableness of the time spent. *See Cunningham v. County of Los Angeles,* 879 F.2d 481, 486 (9th Cir.1988). Given the dearth of similar successfully-litigated cases, plaintiff received excellent results from counsel's work.

2. *Customary Fees and Counsels' Experience and Reputation*

In granting fee awards, the Ninth Circuit uses current billing rates to compensate for the delay in receiving payment. *See Davis v. City and County of San Francisco,* 976 F.2d 1536, 1548 (9th Cir.1992); *Bouman v. Block,* 940 F.2d 1222, 1235 (9th Cir.1991). In determining a fee award, courts have relied on affidavits declaring that the fees sought by counsel were well within the bounds of "prevailing market rates" that form the basis

Case 2:90-cv-00520-KJM-SCR   Document 3577   Filed 05/06/09   Page 238 of 244

of the proper fee award. *See,e.g.,Blum v. Stenson,* 465 U.S. at 898 (1984); *Keith v. Volpe,* 643 F.Supp. 37 (C.D.Cal.1980).* Fee applicants sustain their burden of proof by submitting sufficient evidence that requested rates are comparable to the current market rates. *See United Steelworkers v. Phelps Dodge Corp.,* 896 F.2d 403 (9th Cir.1990).* Alternatively, in evaluating the requested hourly rate, a district court may rely on its own knowledge of comparable rates charged by other lawyers in the district. *Miele v. New York State Teamsters Conference Pension & Ret. Fund,* 831 F.2d 407 (2d Cir.1987).*

### a. *Partner Rates*

**\*5** Plaintiff requests hourly fees of $400.00 and $295.00 for Howard Janssen and Jo Levy respectively. Given his thirty years of legal experience, Mr. Janssen's $400 hourly rate is consistent with attorneys of his experience and reasonable for the quality of representation he provided. *See* Pearl Dec. ¶ 9(a) (attorneys offering comparable services, with thirty or more years of experience charge an hourly rate of anywhere between $365.00-560.00); *seealsoBlum v. Stenson,* 465 U.S. at 899 (fee award at premium rates is reasonable where the quality of service provided by counsel matched the value requested). Ms. Levy's requested rate is also reasonable. Although section 1983 is not her area of specialty, Ms. Levy is a litigator with thirteen years of experience including civil rights litigation. That the requested rates here are comparable to rates of attorneys in large San Francisco law firms is consistent with the court's own knowledge and twenty plus years of experience. *See Rosenfeld v. Southern Pac. Co.,* 519 F.2d 527, 530 (9th Cir.1975).* The court accepts the requested billing rates for Mr. Janssen and Ms. Levy as within the prevailing market rate.

### b. *Associate Rates*

Plaintiff requests $190.00-250.00 hourly rates for junior associates. With the fee application, counsel submits the Declaration of Richard Pearl to attest that their rates are within the ambit of today's market for high-quality

private representation. Pearl Dec. ¶ 9(a). Given that the rates are reasonable figures that comport with the current charges for comparable services in San Francisco, the court grants the requested rates.

Defendants allege that plaintiff's counsel are inexperienced in civil rights cases and should charge a lower hourly rate to reflect so. Defendants seek to reduce the hourly rates for associates to the range of $145.00-160.00. In support, defendants submit a graph prepared in 1988 by the National Survey Center as evidence of lower billing rates charged by similar firms in San Francisco. Schratz Dec ., Exh. J. The court discounts the weight of this material because it is over twelve years old and does not reflect prevailing market rates particularly as affected by the significant salary increases experienced in the '90s. Furthermore, the survey does not indicate that the salary information represents services comparable to those provided by counsel for plaintiff. *Id.*

### c. *Rates for Non-Bar Members*

Plaintiff requests an hourly rate for first-year associates Kama Pierce, Cassandra Pulskamp and Jared Gardner of $200.00. Defendants claim that these rates are inflated because the associates billed at current rates without regard to their bar status at the time the services were rendered. In fact, during the pre-admission period, Pierce, Pulskamp and Gardner billed 77.4 hours of work at the associates' hourly rate of $200.00. *See* Senneff Dec. ¶ 15(e); Schratz Dec. ¶ 15; Schratz Dec., Exh. C; Levy Dec., Exh. D.[FN4]

> [FN4]. Pierce was admitted to the Bar on Nov. 22, 1999, Pulskamp on Dec. 15, 1999 and Gardner on Dec. 6, 1999.

**\*6** It is common practice for law firms to employ law school graduates as associates before they have received bar membership. Such associates cannot appear in court or argue a motion without holding a bar number. Billing rates should reflect not only experience, but bar membership. In setting fees, courts regularly award higher rates to bar members and lesser rates to non-bar mem-

bers. *See Missouri v. Jenkins,* 491 U.S. 274, 285 (1989); *Ilick v. Miller,* 68 F.Supp.2d 1169, 1179 (9th Cir.1999). Accordingly, hourly rates for those awaiting bar membership should be set lower than attorneys, but higher than law students. The fees for the 77.4 hours of pre-admission work will be set at $170.00 per hour and the 535.1 hours of post-admission work will be billed at the requested hourly rate of $200.00. Thus the fee award is reduced by $2,582.00.

### d. *Rates for Paralegal Work*

Plaintiff requests hourly rates for legal assistants ranging from $75.00-$110.00. Plaintiff bills an hourly rate of $75.00 for legal assistant Pickett, who did the bulk of the assistant work on this case. Levy Dec., Exh. B. Fees for non-bar members such as paralegals, law students and summer associates can be included in a fee request as long as they are billed at a lower rate and reasonably necessary to the litigation of a prevailing claim. *See Louisiana v. Mississippi,* 466 U.S. 921 (1984) (work performed by law students employed as summer law clerks is compensable on a per hour basis under Section 1998); *Keith v. Volpe,* 501 F.Supp. 403, 413-14 (C.D.Cal.1980) (reasonable rates granted for clerks and paralegals who performed necessary services); *Davis v. City & County of San Francisco,* 976 F.2d 1536, 1543 (9th Cir.1992) (fee request granted that included billing for time paralegal spent traveling and filing pleadings).

Counsel's delegation of work to paralegals, demonstrates a form of billing judgment. Legal assistants prepared materials including binders and exhibits for use in trial and communicated with court personnel regarding organization of evidence. *See* Levy Supp. Dec. ¶¶ 17, 22. Two of the legal assistants have over a decade of legal experience each. *See* Johnson Dec. ¶ 2; Pickett Dec. ¶ 2 The expertise possessed by the paralegal staff justifies the rates charged. The court finds the requested rates reasonable.

### e. *Rates for Summer Associates*

Plaintiff requests fees for three summer associates at an hourly rate of $140.00. Fee awards may include compensation for services performed by non-bar employees, including law students working part-time. *See Missouri v. Jenkins,* 491 U.S. 274, 286 (1989). Fees should be comparable to local market rates for those categories of work. *Id.* at 287.

Defendants complain that an hourly rate of $140.00 for summer associates is excessive. Defendants suggest a $90 hourly rate, or alternatively recommend disallowance by a third. The 119.6 hours billed by summer associates should be charged according to the current rates for summer associates in San Francisco. Fee requests need not be within a given range to be reasonable. *See Blum v. Stenson,* 465 U.S. 886, 892-6 (1984) (fee requests granted for rates at the upper end of the market where the fee fully represented the quality of litigation). The requested rate appears towards the high end, but not unreasonably so given the amount of preparation required and the obviously effective and well-organized presentation. Thus the requested hourly rate of $140.00 for summer associates is granted for a total of $16,744.

**\*7** Having found all of the requested rates to be reasonably expended by plaintiff's counsel.

### III. *Number of Hours Reasonably Expended*

Plaintiff requests compensation for 215.8 hours of attorney time, 1036.7 hours of legal assistant time, and 119.3 hours of summer associate time. The hours request should reflect all time reasonably expended in the litigation. *See Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717 (5th Cir.1974) ( "The trial judge should weigh the hours claimed against his own knowledge, experience, and expertise of the time required to complete similar activities"); *United Steelworkers of America v. Phelps Dodge Corp .,* 896 F.2d 403, 406 (9th Cir.1990) (remand of fee award compensating only 1,500 hours where request was for 3,656 and supported by documentation). The court will not second-guess the professional judgment of counsel in allocating work among its staff. *See Ilick v. Miller,* 68 F.Supp.2d 1169, 1179 (9th Cir.1999).

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

A. *Duplicative Work*

In opposing the number of hours requested, defendants cite instances of multiple billing that occurred when more than one attorney billed for the same appearance, deposition or conference on the same day. It is true that courts have disallowed multiple billing where an attorney's presence is redundant. *See In re Fine Paper Antitrust Litigation,* 751 F.2d 562, 597 (1984). However, the attendance of more than two attorneys is not per se duplicative. Duplicative hours are those where the presence of more than one attorney does not provide benefit to the client. *See id.* at 597 (fee award should be reduced where request was for 818 hours of lawyer time and 815 hours of paralegal time attending industrial analysis committee meetings).

The deposition testimony of key witnesses are the building blocks of trial strategy. Counsel attending a deposition can better assess the quality of a witness more effectively than reading from a transcript. In fact, two attorneys for defendant also appeared at depositions as well as hearings before this court. The court finds that the presence of two attorneys for plaintiff at four out of twenty four depositions is not unreasonable nor atypical. Defendants' objection to the appearance of two attorneys for plaintiff at a case management conference is also rejected. The court uses these conferences for more than the mere formality of setting dates; issues are discussed, the case shaped for pretrial and trial and concessions and agreements are made. Attorneys empowered to make decisions on behalf of their client or those with substantive contributions are needed at case management conferences. Additionally, in objecting to the presence of two attorneys for plaintiff at a settlement conference, defendant overlooks the fact that a team approach to solving the issues is useful during settlement conferences which test counsel's ingenuity and negotiating skills.

**8** Defendants also claim that three attorneys billed for duplicative efforts at a two-day site inspection during the investigation of the case. In order to successfully litigate this case, counsel needed to make a careful reexamination of every fact contained in the official report made after the incident giving rise to this action. The investigation completed shortly after the incident concluded that there was no excessive force, whereas plaintiff's complaint stated exactly the opposite. Plaintiff's counsel was required to conduct an independent investigation to uncover evidence that supported their claims and the site inspection served this end. The court finds nothing improper or superfluous regarding the multiple attorney appearances pointed out by defendant.

B. *Excessive Hours*

1. Vagueness

The parties agree that 49.1 billed by legal assistant Pickett for work described as "Review and analysis of newly received case materials and update file the same" is unreasonably vague. Schratz Dec. ¶ 15(c). Accordingly, the total fee award is reduced by $3,682 .50.

Defendants charge that vague entries are found "throughout" the billing statement. Since defendants do not present an item-by-item challenge, this court will consider only their specific objections. Defendants challenge the following billing entries as unreasonably vague:

(a) Attorney CCP billed 1.2 hours and $240 fees on 11/3/99: "Review file for medical records already sent."

(b) Attorney CCP billed 2.1 hours and $420 fees on 11/4/99: "Review file for information requested by expert."

(c) Summer Associate AN billed .4 hour and $56 fees on 6/1/00: "Read over background documents concerning matter to be researched."

(d) Attorney BD billed .3 hour on 3/26/99 and .2 hour on 3/26/99, for a total of $125 in fees, with identical entries: "Analyze pending issues in case."

Schratz Dec. ¶ 15(c). These entries are vague because timekeepers failed to indicate the reason for the review, the persons involved and without waiving privilege, some general description of the subject. Thus the total

fee award is reduced by $840.00.

### 2. *Clerical Work as Fees or Costs*

Plaintiff requests 1036.7 hours in legal assistant fees for a total of $16,744. Defendant alleges that several billing entries indicate entirely non-billable, clerical activity both by paralegals and attorneys. Some courts hold that clerical work is part of an attorney's overhead subsumed within the hourly rate and should not be requested separately. *See Volpe v. City of Hawthorne,* 644 F.Supp. 1312, 1316 (C.D.Cal.1986) (reducing the total claimed time in order that the fee request reflect "billing judgment"). The court recognizes the general rule that hours not properly billed to one's client also are not properly billed to one's adversary. *See Ramos v. Lamm,* 713 F.2d 546, 553 (10th Cir.1983). Work performed by non-bar members may be considered billable where the work product of an attorney relies on those services provided by clerks and paralegals. *See Missouri v. Jenkins,* 491 U.S. 274, 286 (1989). Reasonable attorneys' fees do not compensate only work performed personally by members of the bar. *See id. at 286* (holding that clerk and paralegal services should be billed at market rates rather than at a rate corresponding to their salaries, benefits and overhead).

**\*9** Defendant does not point to specific entries that are entirely clerical and non-billable. Rather than objecting to particular entries on plaintiff's billing statement, defendant using a computer generated report, analyzes plaintiff's billing statement and objects to whole categories of work such as "paralegal document handling," "prepare witness files," and "investigation/interview." Schratz Dec. at 16:11-23. These categories do not address the billing activity of the individual timekeepers, but aggregate like entries. Defendant alleges $13,096.00 of billing refers to "organizational tasks, clerical document handling, computer related activities, clerical work, indexing activity, Bates stamp documents, messenger related activity, cite check cases, and excessive time apparently billed."Schratz Dec. at 15:21-26.

In reviewing these objections the court can find no billing entry cited by defendants that should be con-

sidered a cost rather than an hourly fee. The only concrete example that defendants point to in support of the mis-billing allegation is legal assistant Pickett's billing entries referring to updating files, which plaintiff's counsel subtracted from the fee request. Pl.'s Reply at 10. The court is satisfied that the billing statement reflects the allocation of personnel in an efficient and effective manner.

### 3. *Inordinate Hours*

Time requests significantly in excess of the norm are subject to higher scrutiny by the court determining their reasonableness. *See Ramos v. Lamm,* 713 F.2d 546, 553 (10th Cir.1983). Defendant notes that on April 26, 2001, paralegals Pickett and Johnson billed eleven hours and four hours and attorneys Levy and Gardner billed twenty and twenty-one hours, respectively. On April 23, 2001, paralegals Johnson and Pickett billed seventeen and fifteen hours and attorneys Levy and Gardner billed twelve and fourteen hours respectively. Ms. Levy attributes the high number of hours billed on April 26, 2001 to an unexpected personnel shortage that required others to suddenly work long hours. Defendant questions such claimed hours as significantly in excess of the norm, and thus unreasonable.

In light of the triable issue raised in this case, it is not hard to imagine that preparation of a sophisticated trial presentation is necessary. How this court could determine some different number of hours which might "reasonably" have been spent on these matters is equally difficult to imagine, as is how the product of any such effort would produce a more "reasonable" fee.

On the other hand, defendants should not be required to pay for the inefficiency created by the personnel problem experienced by plaintiff's counsel on April 26, 2001. Thus the number of hours worked by paralegals Pickett and Johnson will be reduced by five each and Levy and Gardner by seven each. Thus the court reduces the fee award by $3,943.00.

### C. *Hours Properly Billed At a Lower Rate*

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

In addition to challenging Levy's rate, defendants argue that Levy should not be permitted to bill a premium rate for less routine work that could have been completed by less costly personnel. Defendants specifically object to the following entries by Levy:

**\*10** (a) 1.8 hours and $351 fees on 3/29/99: "Prepare dismissal of Petaluma defendants (.4) and attachment for subpoena to Petaluma Police Department (1.4)."

(b) 1.2 hours and $354 fees on 4/13/99: "Prepare correspondence to Mr. Christianson re depositions; prepare depositions; prepare deposition subpoenas; prepare subpoena of records from Department of Justice; telephone conference with Department of Justice re criminologist's reports."

(c) .2 hour and $59 fees on 4/14/99: "Prepare deposition subpoenas and notices."

(d) .2 hour and $59 fees 5/17/99: "Attend to scheduling deposition of Deputy Neiss."

Schratz Dec. at 10:2-18. That on occasion Levy attended to simple matters does make the billing per se unreasonable. The court recognizes that even some day-to-day work ordinarily handled by associates occasionally requires the attention of senior attorneys. The fact that the challenged billing entries are de minimis compared to the total request demonstrates that such activity is the exception rather than the norm and likely reduced that time that might have been expended by someone less experienced. The court finds the fee requests reasonable.

IV. *Enhancement of Lodestar Amount*

Plaintiff has requested a multiplier of 1.5 to be applied to the lodestar. The lodestar figure presumably includes a consideration of all the factors constituting a reasonable attorneys' fee and only unusual circumstances justify the enhancement of the fee by a multiplier. *See City of Burlington v. Dague,* 505 U.S. 557, 563 (1992) (fee award in a claim pursuant to environmental protection laws could not be enhanced to compensate for the risk of a contingent fee agreement). Fee-shifting statutes do not warrant an increased fee award merely because prevailing party's counsel incurred the risk of non-payment. *Id.*

Consistent with *Dague,* the Ninth Circuit has held that an increase of a fee award is appropriate in limited circumstances, on the basis of factors not fully reflected in the basic fee. *Guam Soc'y of Obstetricians & Gynecologists v. Ada,* 100 F.3d 691 (9th Cir.1996). The *Guam* court faced an unusual set of circumstances because the remoteness of the forum limited plaintiff's opportunity to obtain local counsel. Furthermore, counsel in *Guam* faced a unique risk of ostracization and threats to personal safety upon agreeing to represent plaintiff's viewpoint relating to the controversial topic of abortion. Thus, the court approved an increase of the lodestar by a 2.0 multiplier.

Defendants claim that no multiplier should apply because the lodestar amount is presumed to be the reasonable rate and this case contains no exceptional circumstances that justify an upward adjustment to the lodestar. While noting the distinctions between *Guam* and the present case, the court believes that several distinct factors are uncompensated by plaintiff's hourly rate and that use of a multiplier is justified.

**\*11** Plaintiff originally filed his civil rights lawsuit *in propria persona* in the Superior Court of Sonoma County. This court requested representation from the federal pro bono program pursuant to 28 U.S.C. section 1915(e). The program then requested the law firm of Crosby, Heafy, Roach and May to undertake representation in this case. Legal service providers voluntarily participate in this project in order to meet the needs of plaintiffs without resources to obtain representation. The participation of high quality law firms, particularly in taking on these difficult cases, improves the accessibility of the judicial system. Although plaintiff's claims were not meritless, he could not have pressed his cause effectively without dedicated counsel.

Several factors render this case undesirable or unmanageable for potential counsel. Civil rights cases involve more risk than the contingency of recovery because their enforcement often challenges established policy

and practice and upholds individual rights in the face of law enforcement activity. This was such a case. Counsel represented an unsympathetic plaintiff, who was a fugitive attempting to flee and who later pled guilty to yet other drug charges. As a result of that conviction, plaintiff was incarcerated, further straining communications between potential counsel and client. The potential for a large damage award from an empathetic jury was diminished by the fact that plaintiff incurred a relatively small amount in medical costs as a result of his injuries. The difficult factual question regarding defendant's "reasonable belief" defense required counsel to retrace events that happened very quickly, challenge the actions and judgment of a law enforcement official and defend the constitutional rights of a convicted drug dealer. In order to try this case effectively, counsel was required to independently undertake a time-consuming and expensive investigation even though there was no guarantee of reimbursement for those services. Counsel was also hindered by plaintiff's incarceration which further delay his trial. As a consequence of these factors, counsel is entitled to a fee enhancement for a three-year case that concluded with a jury verdict for their client.

The length and difficulty of the case, together with the absence of any fee-paying client, would have virtually precluded most private attorneys from undertaking the time-consuming prosecution of this matter. To many in the legal profession, plaintiff's unfortunate circumstances overshadow his complaint of constitutional rights violations. Even with the fee-shifting provisions of section 1988, had it not been for plaintiff counsel's dedication and fortitude, more likely than not, Oberfelder would have gone unrepresented. The court grants plaintiff's request of a 1.5 multiplier.

## VI. *Costs*

Plaintiff's counsel also seeks reimbursement of $11,393.36 for out-of-pocket expenses and a bill of costs for $50,912.42. Under section 1988, a party may recover, as part of the award of attorneys' fees, those out-of-pocket expenses normally charged to a fee-paying client. *See Harris v. Marhoefer,* 24 F.3d 16 (9th Cir.1994); *Chalmers v. City of Los Angeles,* 796 F.2d

1205, 1216 n. 7 (9th Cir.1986). Defendant objects to the $25,727.31 contained within plaintiff's Bill of Costs for services rendered by The Focal Point, a graphics art company that prepared plaintiff's trial exhibits. Without evidence that similar services could have been provided at a lower cost, or that the cost of the services was unreasonable for the preparation of the exhibits, the court finds that the charge for services is properly included in a fee award and that the fees and hours are reasonable under the circumstances of this case. The expenses listed on the Bill of Costs were reasonably spent, were necessary to the effective representation of plaintiff's interests and are authorized for inclusion in an award of attorneys' fees.

## V. *Fees for this Motion and Motion for New Trial*

**\*12** Plaintiff requests hourly rates of $225.00 for Mr. George, $340.00 for Ms. Levi and $110.00 for legal assistant services expended in the preparation of the present motion for attorneys' fees. Attorneys' fees and costs spent in preparation of a petition seeking fees pursuant to section 1988 are compensable. *See Anderson v. Director, Office Workers' Comp. Programs,* 91 F.3d 1322, 1325 (9th Cir.1996); *In re Nucorp Energy, Inc.,* 764 F .2d 655, 661 (9th Cir.1985).

Defendants claim that the hourly rate of $340.00 for Ms. Levi is excessive and beyond the $295.00 rate otherwise claimed. The increase in Ms. Levi's rate reflects the current cost of her services as recently set by her firm and is comparable with rates charged by other attorneys of similar skill, background and experience. This court awards $19,261.00 in fees expended in the preparation of the fees-on-fees motion.

Plaintiff requests fees in the amount of $24,234.00 and $7,764.04 in costs associated with defendants' motion for new trial. On October 9, 2001 this court denied defendants' motion for new trial. Thus the court grants plaintiff's fee request.

## *CONCLUSION*

For the foregoing reasons, it is hereby ordered that

plaintiff is awarded $940,593.00 in attorneys' fees and $62,305.78 in costs. Defendants are ordered to pay $24,234.00 in fees and $7,764.04 in costs for the motion for new trial. In addition, defendants are to pay to plaintiff $19,261.00 for fees and costs associated with this motion. In total, defendants are ordered to pay $1,053,949.82 in total fees and costs. Defendants are to pay plaintiff the above amounts within sixty (60) days of this order.

IT IS SO ORDERED.

N.D.Cal.,2002.
Oberfelder v. City of Petaluma
Not Reported in F.Supp.2d, 2002 WL 472308 (N.D.Cal.)

END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.