| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>GEOFFREY THOMAS HOLTZ Bar No.: 191370<br>KRISTEN A. PALUMBO Bar No.: 215857<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Phone - (415) 882-8200<br>Fax - (415) 882-8220 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | ) No.: Civ S 90-0520 LKK-JFM P<br>)<br>) **DECLARATION OF JON B. STREETER**<br>) **IN SUPPORT OF PLAINTIFFS'**<br>) **MOTION FOR REASONABLE FEES**<br>) **AND COSTS**<br>)<br>) Date: June 4, 2009<br>) Time: 11:00 a.m.<br>) Place: Courtroom 26<br>)  Judge: Honorable John F. Moulds<br>) _____ |

439287.01

DECLARATION OF JON B. STREETER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS
- NO.: CIV S 90-0520 LKK-JFM

[292134-1]

I, Jon B. Streeter, declare as follows:

1. I am a partner in the law firm of Keker & Van Nest, LLP, in San Francisco, California. I am an attorney licensed to practice law in California and before this Court. Each of the facts stated herein is true and correct within my personal knowledge, and if called as a witness, I would competently testify thereto.

2. I received a Bachelor of Arts degree in International Relations, with honors, from Stanford University in 1978. I received a Juris Doctor degree from the Boalt Hall School of Law, University of California, in 1981. From Fall 1982 through Summer 1983, I served as a law clerk to Chief Judge Harry T. Edwards of the United States Court of Appeals for the District of Columbia Circuit. I joined Keker & Van Nest in 1997 from Orrick, Herrington & Sutcliffe LLP, where I practiced for more than fifteen years, eight of them as a partner.

3. I currently serve as a Governor of the Sate Bar of California, representing District 4 (San Francisco and Marin Counties). I am past president of the Association of Business Trial Lawyers of Northern California (2005), the Bar Association of San Francisco (2004), and the Edward J. McFetridge Chapter of the American Inns of Court in San Francisco (2007). I served as Vice Chair of the California Commission on the Fair Administration of Justice (2007 – 2008). I have also served as Chair of the Northern District of California Lawyer Representatives to Ninth Circuit Court of Appeals (1998-1999), Director of the Bar Association of San Francisco (1996-1998), and Secretary of the Bar Association of San Francisco (2001).

4. Keker & Van Nest is a firm of approximately 65 attorneys. We have devoted our practice exclusively to complex civil and criminal litigation.

5. During my approximately 26 years of practice, I have served as an attorney in many complex cases. Broadly speaking, my specialization is in business litigation. I have handled cases in a wide range of areas, including intellectual property (primarily patent, trade secret and licensing matters), antitrust, securities fraud, commercial real

439287.01

-1-
DECLARATION OF JON B. STREETER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS, NO.: CIV S 90-0520 LKK-JFM

[292134-1][288509-1]

estate, lender liability, insurance coverage, contractual indemnity, and executive compensation.  I also have an extensive record of handling civil pro bono and criminal indigent defense matters.  I handle most of my paying civil cases on an hourly basis, but occasionally when representing plaintiffs I have handled cases on a contingent or semi-contingent compensation basis.

6. Virtually every complex commercial case that I have handled for at least the last decade has involved electronic discovery.  My firm has in-house professionals who are dedicated to overseeing electronic discovery, and nowadays, my understanding is that most of our competitor law firms have similar in-house capability.  Particularly in large cases, our in-house electronic discovery professionals use the services of outside vendors to process and code material received in discovery so that it can be loaded into a database for use by paralegals and counsel preparing for depositions, law and motion practice and trial. We have also used hosting services which load large volumes of electronic discovery onto servers maintained by the hosting service. These hosting services can be thought of as electronic document "warehouses," and they are especially useful in large multiparty cases where many parties will need access to the same materials during the course of the case.  In smaller cases, we can and often do store the electronic data on our own servers.  But due to the sheer volume of data received in electronic discovery in larger cases, it is not be economical for law firms or clients to host such large databases on a law-firm's own servers.  Rather than having a law firm purchase and maintain numerous large servers for electronic discovery, it is often more economical for firms and clients to rent hosting services from outside vendors, much as rented storage space for hard-copy document archives has been used historically.

7. The costs of electronic discovery processing and database hosting are regularly billed to clients as litigation costs.  They are not considered part of law firm overhead.  They are, instead, costs incurred for the benefit of clients, in order to perform absolutely necessary services in a modern litigation environment.  It is not possible to

439287.01

-2-
DECLARATION OF JON B. STREETER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS, NO.:  CIV S 90-0520 LKK-JFM

[292134-1][288509-1]

make a categorical statement about my firm's electronic discovery billing practices since some clients negotiate unique arrangements with us (for example, especially in the high technology sector some clients have the capacity to provide server capacity and some types of electronic discovery support, and they do not wish to be billed for services independently). For the most part, however, it is fair to say that my firm bills electronic discovery costs out to clients in all forums and markets in which we practice, including in San Francisco Bay Area state and federal courts, and in state and federal courts throughout California and the nation. In my experience, with the exception of special deals that are sometimes negotiated, private fee-paying clients regularly pay for and do not object to these electronic discovery processing and hosting costs.

8. It is the regular practice of my firm to bill non-contingent, fees-paying clients for the time of our in-house electronic discovery professionals.

9. I am familiar with law firm billing practices for a wide range of law firms because of my role as a partner at my own firm, and because of my frequent contact with other members of the bar in the leadership roles described above. Based on this experience, I conclude that it is the regular practice of law firms in all legal markets in California to bill clients for vendor costs of electronic discovery processing and hosting, and for the time of in-house professionals on electronic discovery projects.

10. Based on my experience and knowledge of billing practices in the San Francisco Bay area, I can state that it is the customary practice of local firms to bill clients for out-of-pocket expenses incurred in connection with handling litigation, such as expert witness fees, travel, photocopying, telephone charges, postage, on-line legal research such as on Westlaw and LEXIS, deposition costs, filing fees and the like.

11. My firm regularly bills non-contingent fees-paying clients for the services of paralegals. My firm's paralegal rates for the year 2008 range from $160 per hour for junior paralegals to $250 per hour for senior paralegals.

439287.01

-3-
DECLARATION OF JON B. STREETER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS, NO.: CIV S 90-0520 LKK-JFM

[292134-1][288509-1]

1
2   I declare under penalty of perjury under the laws of the United States that the foregoing
3   is true and correct and this declaration is executed this 3d day of April, 2009, in San Francisco,
4   California.
5
6
7   _____
8   JON B. STREETER
9
...
28  439287.01

-4-
DECLARATION OF JON B. STREETER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS,
NO.: CIV S 90-0520 LKK-JFM

[288509-1]