1   PRISON LAW OFFICE
    DONALD SPECTER, Bar No. 83925
2   STEVEN FAMA, Bar No. 99641
    1917 Fifth Street
3   Berkeley, California 94710-1916
    Telephone: (510) 280-2621
4   Facsimile:   (510) 280-2704

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5   ROSEN, BIEN & GALVAN, LLP
    MICHAEL W. BIEN, Bar No. 96891
6   ERNEST GALVAN, Bar No. 196065
    JANE E. KAHN, Bar No. 112239
7   AMY WHELAN, Bar No. 215675
    315 Montgomery Street, 10th Floor
8   San Francisco, California 94104
    Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

9

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
    CLAUDIA CENTER, Bar No. 158255
11  600 Harrison Street, Suite 120
    San Francisco, CA 94107
12  Telephone: (415) 864-8848

13  Attorneys for Plaintiffs

14          IN THE UNITED STATES DISTRICT COURTS

15          FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17  RALPH COLEMAN, et al.,

18          Plaintiffs,

19      v.

20  ARNOLD SCHWARZENEGGER, et al.,

21          Defendants

22

23  _____

No.:  Civ S 90-0520 LKK-JFM P

**DECLARATION OF JAMES W. MORANDO IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE FEES AND COSTS**

Date:  June 4, 2009
Time:  11:00 a.m.
Place:  Courtroom 26
Judge:  Honorable John F. Moulds:
_____

24

25

26

27

28

I, James W. Morando, declare as follows:

1.    I am a senior litigation partner in the law firm of Farella Braun & Martel LLP, in San Francisco, California.  I am an attorney licensed to practice law in California and before this Court.  Each of the facts stated herein is true and correct within my personal knowledge, and if called as a witness, I would competently testify thereto.

2.    I received a Bachelor of Arts degree in Economics from the University of California at Berkeley in 1976.  In 1979, I received a Juris Doctor degree from the Boalt Hall School of Law, University of California, where I was Associate Editor of the California Law Review.  I served as a judicial extern to Judge Stanley A. Weigel on the United States District Court for the Northern District of California.  From 1979 to 1984, I was an associate at Brobeck, Phleger & Harrison.  In 1984, I joined Farella Braun & Martel (Farella) as an associate.  I was elevated to partner at Farella Braun & Martel at the beginning of 1987 and have practiced law as a partner in that firm since then.

3.    For the past 29 years, I have practiced in diverse areas of complex litigation, with a particular emphasis in technology, intellectual property and complex commercial litigation cases.  My practice also includes complex litigation in the areas of patents, antitrust, copyright, trademark, trade secret, Internet software, computer performance, and other technology and licensing-related litigation.  I am the founder and former chair of Farella Braun & Martel's Intellectual Property Litigation Practice Group.

4.    I have particular experience and expertise in the area of electronic discovery.  For well over a decade, nearly every case I have managed and handled has involved electronic discovery.  Farella Braun + Martel's highly regarded in-house Practice Support Group has been conducting electronic discovery since the early 1990s.  We also outsource some electronic discovery services where that is more cost-effective for or requested by the client.  In discovery-intensive cases, it is critical that litigation

[292128-
1][288680-1]

teams have the tools necessary to very quickly review and analyze large productions of electronically stored information, such as emails, word processing documents, spreadsheets, databases and PDF documents. In order to prepare for depositions, motions practice and trial, large volumes of electronically stored information must be funneled down to the smaller subset of documents that are useful, and ultimately admissible, in the case. Some of the services necessary for these functions are review and coding of documents for key information such as authors, recipients, and subjects, indexing of documents using both hand-coded information and metadata attached to electronically stored documents, preparation of documents and metadata for loading into litigation databases such as Summation or Concordance, where the documents are searchable, and where they can be tagged and sorted by relevant issues in the litigation.

5.      The practice at our firm and in the legal market in the San Francisco Bay Area, and in other forums where I practice, is that outside vendor services associated with electronic discovery, such as processing of native files and TIFFs, off-site database hosting, and creating of copies of documents to paper form ("blowbacks") are regularly charged to clients as litigation expenses. Such charges are not considered firm overhead. Off-site database hosting in particular can at times be more cost-effective for the client because it relies on server space maintained by the vendor, rather than on the establishment of new server space by the client or the law firm. It is also the practice that the charges associated with off-site hosting of databases, including the per-gigabyte/per document storage charges, and the professional services associated with setting up and maintaining databases are not considered firm overhead, but rather are charged to the clients.

6.      Even in cases where most discovery is electronic, it is usually necessary to print significant portions of the discovery to paper form to allow attorneys to quickly review the information for depositions, fact analysis and motions practice, and ultimately to allow use of the documents at depositions and trial as exhibits.

7. I also have considerable experience with trial graphics consultants who design and produce demonstrative charts, graphics, pictures and videos for use at pretrial hearings and during trial. The practice of our firm and in the legal marketplace in the San Francisco Bay Area and in other forums where I practice, is that the fees and costs associated with the services of graphics consultants are regularly charged to clients as litigation expenses. Such charges are not considered firm overhead.

8. It is the practice of my firm and is the practice of the market to bill clients hourly for work performed by paralegals, including for work involving electronic discovery. Farella's paralegal rates for 2009 range from a low of $140 for junior paralegal up to $265 and more for the most experienced senior paralegals. These rates are regularly billed to clients for work performed both in San Francisco Bay Area forums, and in other forums throughout California.

9. Based on my experience and knowledge of billing practices in the San Francisco Bay area, I can state that it is the customary practice of both our firm and other local firms to bill clients for out-of-pocket expenses incurred in connection with handling litigation, such as expert consultant and witness fees, travel expenses, photocopying and reproduction costs, telephone charges, postage, on-line legal research such as on Westlaw and LEXIS, deposition transcript costs, filing fees and similar charges.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration is executed this 17th day of April, 2009, in San Francisco, California.

**JAMES MORANDO**