1   PRISON LAW OFFICE                    BINGHAM, McCUTCHEN, LLP
2   DONALD SPECTER, Bar No. 83925        WARREN E. GEORGE, Bar No. 53588
    STEVEN FAMA, Bar No. 99641           Three Embarcadero Center
3   1917 Fifth Street                    San Francisco, California  94111
    Berkeley, California 94710-1916      Telephone: (415) 393-2000
4   Telephone:  (510) 280-2621
    Facsimile:   (510) 280-2704
5

6   ROSEN, BIEN & GALVAN, LLP            K&L GATES LLP
    MICHAEL W. BIEN, Bar No. 96891       JEFFREY L. BORNSTEIN, Bar No. 99358
7   315 Montgomery Street, 10th Floor    4 Embarcadero Center, Suite 1200
    San Francisco, California  94104     San Francisco, CA  94111-5994
8   Telephone: (415) 433-6830            Phone - (415) 882-8200
9                                        Fax - (415) 882-8220

10  THE LEGAL AID SOCIETY –
11  EMPLOYMENT LAW CENTER
    CLAUDIA CENTER, Bar No. 158255
12  600 Harrison Street, Suite 120
    San Francisco, CA  94107
13  Telephone:  (415) 864-8848

14
15  Attorneys for Plaintiffs

16              IN THE UNITED STATES DISTRICT COURTS

17           FOR THE EASTERN DISTRICT OF CALIFORNIA

18

19  RALPH COLEMAN, et al.,          )   No. Civ S 90-0520 LKK-JFM P
                                     )
20          Plaintiffs,             )   **DECLARATION OF EDWARD P.**
                                     )   **SANGSTER  IN SUPPORT OF**
21      v.                           )   **PLAINTIFFS' MOTION FOR**
                                     )   **REASONABLE FEES AND COSTS**
22  ARNOLD SCHWARZENEGGER, et al.,   )
                                     )
23                                   )
        Defendants                   )   Date:   June 4, 2009
24                                   )   Time:  11:00 a.m.
25  ─────────────────────────────       Place:  Courtroom 26
                                         Judge:  Honorable John F. Moulds
26

27

28

[288698-1]

I, EDWARD P. SANGSTER, declare:

1.      I am a member in good standing of the California State Bar, a Partner in the firm K&L Gates, and co-counsel for the *Coleman* class in the recent Three-Judge Panel trial.    I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

## BACKGROUND AND EXPERIENCE

2.      I am a 1982 graduate of the University of California at Berkeley, and a 1985 graduate of the University of California, Hastings College of the Law.  In 1985, I joined the law firm McKenna & Cuneo and became a partner in approximately 1993.  In 2000, I joined my current firm, now known as K&L Gates, LLP. I have been a civil litigator throughout my career. My litigation experience has included major matters in commercial contracts, business torts, environmental contamination, insurance coverage and Universal Commercial Code cases.  I have litigated many cases that involve technical, scientific, engineering, regulatory and economic issues.  I have jury and bench trial experience in both state and federal courts, and have briefed and argued numerous appeals.  In addition to *Coleman*, I have handled approximately 10 pro bono cases on behalf of prisoners.

## K&L GATES' ROLE IN THE LITIGATION

3.      In early 2008, my partner Jeffrey Bornstein and I associated into the *Coleman* case as plaintiffs' counsel.  We associated into the case when it became apparent that the entry of approximately 140 intervenors into the matter, with full participation in discovery pursuant to the Court's February 8, 2008 Order Granting In Part Intervenors' Motion For Reconsideration And Order Consolidating Proceedings (*Coleman* Docket No. 2673), would multiply and accelerate the discovery process beyond what could be handled by the two smaller firms already active in the case, the Prison Law Office and Rosen Bien & Galvan.

4.      Working with lead counsel Michael Bien and Don Specter, Mr. Bornstein and I worked out an efficient division of labor whereby K&L Gates would handle propounding

[288698-1]

1   discovery to and responding to discovery from the numerous law enforcement and legislative

2   intervenors, as well as some of the county and social service agency intervenors.  We were also

3   responsible for working with plaintiffs' expert witness Dr. Barry Krisberg.  At trial we took

4   primary responsibility for examining the numerous intervenor witnesses.

5       5.    At the start of our involvement in February 2008, in order to quickly and

6   efficiently prepare our discovery plan regarding the law enforcement intervenors, I assigned

7   senior paralegal Linda H. Woo to perform factual research regarding each intervenor and to

8   prepare detailed memoranda and matrices of relevant issues for discovery.  Ms. Woo then

9   provided vital support to the attorneys from K&L Gates who deposed the numerous intervenor

10  witnesses from county sheriff departments, probation departments, and other county agencies

11  around the state.  She then played a key role in preparing the trial exhibits and presentations

12  used during the presentation of evidence regarding the intervenors at trial. Ms. Woo has 9 ½

13  years of experience as a litigation paralegal in complex cases at the trial court level.  She has

14  extensive experience in researching factual issues in a case and marshalling the evidence for

15  effective presentation at trial.  Ms. Woo's hourly rate for 2008 was $300 per hour.  K&L Gates

16  regularly billed non-contingent private clients for Ms. Woo's services at this rate during 2008.

17  Attached hereto as **Exhibit A** is a true and correct copy of the Ms. Woo's resume, describing her

18  experience prior to the time she joined my firm in 2006 (I have redacted certain personal

19  information to protect her privacy).

20      6.    Beginning in August 2008 I assigned senior paralegal Channel Yates to projects to

21  assist in the evaluation and presentation of expert testimony, including preparation to depose and

22  cross-examine the intervenor expert witnesses.  Ms. Yates provided vital assistance in working

23  with plaintiffs' expert Dr. Barry Krisberg to prepare for deposition and trial testimony.  Ms.

24  Yates also prepared and organized facts and documents for the depositions of the legislative

25  intervenor witnesses, Senator Runner and Assemblymember Spitzer, as well as Chief Probation

26  Office Jerry Powers, Fresno Police Chief Jerry Dyer, and other county and law enforcement

27  witnesses.  She also assisted in the analysis of defendants' and defendant-intervenor's trial

28

DECLARATION OF EDWARD P. SANGSTER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS
CASE NO. CIV S 90-0520 LKK-JFM

[288698-1]

declarations, and in the drafting of objections to the trial declarations, as well as motions in limine.  During trial, Ms. Yates assisting in marshalling facts and documents to assist me and the other K&L Gates attorneys in cross-examining intervenor witnesses.  Ms. Yates has more than 10 years of litigation experience, including several major trials.  Her 2008 hourly rate was $ 300. K&L Gates regularly billed non-contingent clients for Ms. Yates' work at this rate during 2008. Attached hereto as **Exhibit B** is a true and correct copy of the Ms. Yates' resume (I have redacted certain personal information to protect her privacy).

7.    During the discovery phase of the trial, it became necessary to perform specialized research regarding the county and law enforcement intervenors.  I asked K&L Gates Law Librarian Robert Mora, to perform this research.  Later during the trial, when counsel for the District Attorney intervenors referenced alleged study findings that had not been produced in discovery, I again turned to Mr. Mora to find the studies being referenced.  Mr. Mora later provided further assistance in researching non-discovery materials referenced by the legislative intervenors.  In non-contingent cases for fee-paying private clients, when specialized legal research is required that would be most efficiently performed by a librarian, our firm regularly bills out the librarian's service at an appropriate hourly rate.  Mr. Mora has a law degree and extensive experience as a law librarian.  During 2008, K&L Gates regularly billed out his time to non-contingent private clients at the rate of $285 per hour.

## MARKET PRACTICES REGARDING TRIAL GRAPHICS CONSULTANTS

8.    In presenting complex cases at trial, I have often employed outside graphics consultants to prepare demonstrative charts, photographs, and video excerpts for use at trial.  In this case, Plaintiffs used a San Francisco firm, ThinkTwice Legal, which I recommended based on my prior litigation experience with the vendor.  The fees paid to such consultants are regularly billed to clients in the private legal marketplace and are not considered part of firm overhead.

## EXPENSES RELATED TO COPYING, RESEARCH, LONG-DISTANCE TELEPHONE AND CONFERENCE CALLS

9.      I am aware of the billing practices of my firm, and of other firms in California. Based on my knowledge of law firm billing practices, I can state that it is the customary practice of law firms to bill clients for out-of-pocket expenses incurred in connection with handling litigation, such as expert witness fees, travel, photocopying, telephone charges, postage, on-line legal research such as on Westlaw and LEXIS, deposition costs, filing fees and the like.

10.      Defendants in this case have asserted that copying should be considered part of firm overhead, compensated by the law firm's hourly rates.  In my knowledge and experience, however, clients are regularly billed per-page copying costs.  In fact, I have never participated in, or even heard of, an instance where the law firm failed to charge for copying expenses. The market practice recognizes that attorneys must make hard copies of documents for review, trial preparation, and motions practice.  In cases like this one, where discovery took place on a shortened schedule with depositions closely following document production, and with many document productions delayed by motions to compel (due to Defendants' obstruction of discovery), printing hard copies of documents is absolutely essential to ensure that attorneys and paralegals can prepare for depositions and trial.

11.      I have been informed that Defendants in this case have asserted that computerized legal research using services such as Westlaw and Lexis, as well as use of the federal court's PACER on-line docket system, are not compensable and should be deemed part of firm overhead.  This is contrary to market practice.  My firm and the others with which I am familiar bill non-contingent, fee paying clients for research charges from Westlaw and Lexis, and for use of the PACER on-line docket system.

12.      I have been informed that Defendants in this case are contesting charges for long-distance telephone calls and for conference calls, contending that such charges should be considered part of firm overhead.  In the private legal marketplace, clients are billed for long-

DECLARATION OF EDWARD P. SANGSTER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF FEES AND COSTS
CASE NO. CIV S 90-0520 LKK-JFM

[288698-1]

1  distance telephone and conference call charges.  Use of conference calling services increases

2  efficiency by reducing the need for travel to in-person meetings.

3          I declare under penalty of perjury under the laws of the United States and the State of

4  California that the foregoing is true and correct.

5          Executed at San Francisco, California on April 22, 2009.

6

7

8                                                          EDWARD P. SANGSTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[288698-1]

# EXHIBIT A

# LINDA H. WOO

| | |
|---|---|
| **OBJECTIVE** | To become a contributing member of a law firm that can use a versatile Paralegal with outstanding analytical, research and computer skills. |

| | |
|---|---|
| **EXPERIENCE**<br>2002-present<br>1999-2002 | **PARALEGAL.** United States Attorney's Office, Northern District of California.<br>San Francisco Main Office - White Collar Crimes and Securities Fraud<br>Oakland Branch Office<br>Received the Attorney General's Award for Excellence in Legal Support as a Paralegal in August 2001. |

- Coordinate document production in complex cases and create and maintain databases of discovery and trial materials.
- Assist attorneys during trial by keeping track of prospective jurors, taking detailed notes of witness testimony, organizing and maintaining exhibits, and displaying exhibits and graphics using Sanction and PowerPoint. Trial experience includes:
  - U.S. v. Seaton and St. Lukes, 4-week Medicare fraud case
  - U.S. v. Anderson and Malicay, 2-week wire and mail fraud case
  - U.S. v. Mikailli, 10-week securities fraud case
  - U.S. v. Rosenquist and Serrao, 8-week bank fraud case
  - U.S. v. Hattabaugh, 5-week wire fraud case.
- Summarize and index grand jury, deposition and trial transcripts.
- Review and examine medical records in health care fraud cases.
- Participate in the interview of trial witnesses and experts.
- Assisted Chief of Criminal Division with drafting of opposition motions to defendants' requests for post-conviction relief requiring both legal research and factual analysis.
- Assisted Chief of Branch Office with UFAP prosecutions by reviewing agents' affidavits and drafting applications and orders for the signatures of attorneys and judges.
- Calculated and tracked Speedy Trial Act dates.

| | |
|---|---|
| 1995-1999 | **CHIEF LEGAL TECHNICIAN.** United States Attorney's Office, Northern District of California. San Francisco Main Office - Organized Crime Strike Force. Provided legal support to seven Assistant United States Attorneys; supervised two legal secretaries. |
| 1988-1995 | **LEGAL TECHNICIAN.** United States Attorney's Office, Northern District of California. San Francisco Main Office - Criminal Division. Provided legal support to criminal attorneys. |

| | |
|---|---|
| **EDUCATION** | **Paralegal Certificate** (an ABA Approved Program), San Francisco State University - College of Extended Learning, San Francisco, CA, 1998. |

- With a 3.75 GPA, Graduated with Honors.
- Curriculum included: Legal Research and Writing; Pleadings and Motions; Evidence for Paralegals; Statutory Legal Research; Introduction to Law/Civil Procedure; Communications Skills & Legal Ethics; Investigations, Discovery and Trial Preparation; and Criminal Law.

**Bachelor of Science degree in Biology with an emphasis in Physiology,** San Francisco State University, San Francisco, CA, 1990.

**Other legal training:** While employed at the United States Attorney's Office, provided with the following training courses: Automated Litigation Support - 2003; Post-Conviction Relief for AUSA/Paralegals - 2002; Legal Research and Writing Seminar for Paralegals - 1997; Criminal Paralegal - 1996.

| | |
|---|---|
| **COMPUTERS** | Proficient with Westlaw, WordPerfect 11, Microsoft Word, Excel, PowerPoint, Access, Sanction, Trial Director and CaseMap. |
| **PERSONAL** | Excellent references available upon request. |

# EXHIBIT B

# CHANELL M. YATES

## SUMMARY OF SKILLS

A dedicated and adaptable senior paralegal with more than 10 years of experience in all aspects of Commercial and Intellectual Property Litigation. Strong background using and training attorneys, paralegals, staff and clients to use Concordance, Opticon, Sanction and Ringtail databases. Certified LiveNote specialist with solid trial experience in both state and federal courts. A hardworking and reliable problem solver who balances attention to detail with perspective on long-term case management goals.

## EXPERIENCE

**K&L Gates LLP**
*Senior Litigation Paralegal*

San Francisco, California
2003-Present

Manage and provide case support to attorneys in all phases of litigation including discovery, hearings and trial. Assist with filing of dispositive motions including preparation of exhibits and declarations.

- Oversee and manage document productions up to and exceeding populations of 100 million pages.
- Cite and factually check legal briefs using electronic resources such as Lexis-Nexis and Westlaw.
- Review documents and draft document indices for the purposes of managing production.
- Design and implement use of case databases including administration of LiveNote and Ringtail.
- Train attorneys, paralegals, staff and clients to use litigation databases.

**Simpson Thacher & Bartlett LLP**
*Senior Litigation Paralegal*

Palo Alto, California
2001-2003

Oversaw and managed cases from inception to trial or settlement. Mentored and trained junior paralegals including management of workflow and case process.

- Prepared lawyers for depositions and hearings.
- Drafted routine correspondence, discovery and other litigation documents.
- Assisted Managing Partner with special projects as needed including preparation of case statistics for business development purposes.

**Cooley Godward Kronish LLP**
*Mid Level Paralegal/Senior Litigation Paralegal*

Palo Alto, California
1999-2001

Accepted promotion to Senior Litigation Paralegal. Worked with case teams to prepare a large complex litigation matter for trial.

- Prepare for and attend trial in Federal Court.
- Assisted with management of discovery and travel to client locations to collect documents in accordance with internal collection protocols.

## EDUCATION

B.A., Pre-Law and English Literature
*University of the Pacific, Stockton, California*

Spring 1995