PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **DECLARATION OF PAUL ENDO IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE FEES AND COSTS** <br><br> Date: June 4, 2009 <br> Time: 11:00 a.m. <br> Place: Courtroom 26 <br> Judge: Honorable John F. Moulds |

I, PAUL ENDO, declare:

1. I am the president and managing partner of Think Twice, Inc., a litigation graphics firm based in San Francisco. My firm specializes in producing demonstrative exhibits for court trials and for trial lawyers. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I was retained by Plaintiffs' counsel in the above-captioned matter to manage the handling of video, audio and photographic evidence. Among the services I performed for Plaintiffs' counsel was the capturing and storage of video and photographic content from the website of the State of California, the Office of the Governor of the State of California, and the California Department of Corrections and Rehabilitation.

## BACKGROUND AND EXPERIENCE

3. Briefly summarized, my background is as follows: I hold a Bachelor of Arts Degree from Stanford University awarded in June, 1987. I have been affiliated with Think Twice since 2000. As President and Managing Partner, I am experienced in developing demonstratives and full-scale courtroom trial presentations. Think Twice has been involved in the following types of complex civil litigation: antitrust, securities, criminal prosecution and defense, employment, professional liability, environmental, mass tort, insurance coverage, intellectual property, product liability, trade secrets, and unfair competition. Think Twice has provided services in the following matters: Occidental Petroleum v. Lloyds of London, Occidental Petroleum v. Country of Ecuador, Sargon Industries v. University of Southern California, Sansung v. Panasonic, Nokia v. Qualcomm, USA v. George Torres, Medimmune v. Genetech, Zeta Graff v. Paris Hilton, Mylan Pharmaceuticals v. Watson Pharmaceuticals.

## PLAINTIFFS' CLAIMS FOR COSTS

4. Based on my experience, the services requested and costs incurred by Rosen, Bien and Galvan, LLP were standard and expected in this type of Litigation. Think Twice prepared demonstratives and video to be used in the matter before the Three Judge Panel. Rosen, Bien and Galvan, LLP worked with Think Twice to minimize and manage the costs incurred for the contracted services. It is my professional opinion, based on my years of

experience, that the costs incurred by the Plaintiffs as they relate to Think Twice are both standard and reasonable.

5. It is my professional experience, based on my communications with clients and my communications with other companies that do similar work, that the costs incurred by Rosen, Bien and Galvan, LLP for the services provided by Think Twice are typically passed on to clients. Such costs are not treated as law firm overhead. Our law firm and attorney clients regularly ask us to provide invoices at designated times so that they can include them with the bills to their own clients. It is also often the case that Think Twice will receive payment for our services directly from the clients of the law firms and not from the law firms themselves.

I declare under penalty of perjury under the laws of the United States and the State of California that the forgoing is true and correct.

Executed at San Francisco, California on April 24, 2009

Paul Endo