| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Phone - (415) 882-8200<br>Fax - (415) 882-8220 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**DECLARATION OF TERRENCE JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE FEES AND COSTS**<br><br>Date: June 4, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 26<br>Judge: Honorable John F. Moulds |

I, TERRENCE JONES, declare:

1.     I am the general manager for the San Francisco office of Orange Legal Technologies (formerly known as Midnight Run), a litigation support service headquartered in Salt Lake City, UT.  My firm specializes in providing litigation support services with a focus on the electronic discovery tasks of analytics, processing and review.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I was retained by Plaintiffs' counsel in the above-captioned matter to analyze, paginate, code and prepare electronic files produced in discovery by the Defendants.  Among the services I performed for Plaintiffs' counsel was analyzing and coding electronic discovery produced in native format, providing logical page breaks to documents and extracting language specific data as produced by the State of California, the Office of the Governor of the State of California, and the California Department of Corrections and Rehabilitation.

**BACKGROUND AND EXPERIENCE**

3.     Briefly summarized, my background is as follows:  I hold a Bachelor of Arts Degree from The University of Texas awarded in 2002.  I have been affiliated with Orange Legal Technologies since 2003.  As general manager, I am experienced in analyzing, coding and processing electronic files produced during discovery.  Orange Legal Technologies has been involved in the following types of complex civil litigation:  antitrust, securities, mergers and acquisitions, bankruptcy and SEC litigation.

**PLAINTIFFS' CLAIMS FOR COSTS**

4.     Services requested and costs incurred by Rosen, Bien and Galvan, LLP were standard and expected in this type of Litigation.  Orange Legal Technologies analyzed, coded and prepared electronic files produced during discovery.  The analysis of this discovery was directly related to the matter before the Three Judge Panel in that it involved data and documents produced by Defendants.  Rosen, Bien and Galvan, LLP worked with Orange Legal Technologies to minimize and manage the costs incurred for the contracted services.  It is my

1 professional opinion, based on my years of experience, that the costs incurred by the Plaintiffs as they relate to Orange Legal Technologies are both standard and reasonable.

5. It is also my professional experience that the costs incurred by Rosen, Bien and Galvan, LLP for the services provided by Orange Legal Services are typically passed on by law firms to clients. Such costs are not treated as law firm overhead. In fact, Orange Legal Services frequently receives payment for our services directly from law firm clients and not from attorneys or law firms. We are also frequently informed, when we pursue unpaid invoices from law firms, that the firms are awaiting payment for our services directly from their clients.

I declare under penalty of perjury under the laws of the United States and the State of California that the forgoing is true and correct.

Executed at San Francisco, California on April 24, 2009

Terrence Jones