PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile:   (510) 280-2704

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone - (415) 882-8200
Fax - (415) 882-8220

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No.: Civ S 90-0520 LKK-JFM P <br><br> **DECLARATION OF MARCIA R. GORDON, IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE FEES AND COSTS** <br><br> Date: June 4, 2009 <br> Time: 11:00 a.m. <br> Place: Courtroom 26 <br> Judge: Honorable John F. Moulds |

DECLARATION OF MARCIA R. GORDON
NO.: CIV S 90-0520 LKK-JFM

I, MARCIA R. GORDON, declare:

1. I am a Project Manager with CT Summation-CaseVault located in Valhalla, NY. CT Summation-CaseVault is an industry leader in electronic discovery, analysis and hosting. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am attorney licensed to practice in the State of Connecticut. My role as a Project Manager at CaseVault is to assist litigation teams in the development and implementation of database platforms for collection, review, analysis and production of electronically stored information (ESI) and other forms of discovery.

3. CT Summation-CaseVault began working with Plaintiffs' counsel in October 2007 for the purpose of establishing a hosted electronic discovery database. Off-site hosting of electronic discovery databases is a standard practice in complex civil litigation where document collections are too large to be cost-effectively managed on law firm servers, or where litigation teams work in more than one firm or location and therefore need reliable remote access to the electronic discovery database. The services associated with hosted electronic discovery hosting include consulting with the litigation team to design the database structure, devising specialized searches and collections of documents, processing incoming documents for loading into the database, creating production sets for use in responding to discovery, and creating production sets for use in depositions, motions practice and trial. CT Summation-CaseVault also provides specialized database programming services as needed for specific litigation projects. During the period from October 2007 through February 15, 2009, CT Summation-CaseVault provided all of these services to Plaintiffs' counsel, in addition to the basic service of hosting the electronic discovery database.

4. CT Summation-CaseVault quantifies and bills monthly hosting costs so that law firms can pass these billings onto their clients.

5. In working with Plaintiffs' counsel I was consulted about the most cost-effective ways to manage the database hosting and service costs. Plaintiffs' counsel consulted with me and other CT Summation-CaseVault employees to ensure that each task involving the discovery database was performed efficiently without incurring unnecessary expenses. The CT Summation-CaseVault invoices for this matter reflect that the costs were actively managed, and the charges reflected therein are reasonable given the size and complexity of the databases required for this litigation.

I declare under penalty of perjury under the laws of the United States and the State of California that the forgoing is true and correct.

Executed at Valhalla, New York on April 28, 2009

*Marcia R. Gordon* (signature)

Marcia R. Gordon