UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

On May 6, 2009, plaintiffs filed a motion to compel payment of disputed attorneys' fees and costs incurred during the second, third, and fourth quarters of 2008 and seeking immediate payment of outstanding costs. Also pending before this Court are plaintiffs' motions to compel disputed fees and costs from the third quarter of 2007 (Docket 2708), the fourth quarter of 2007 (Docket 2821), and the first quarter of 2008 (Docket 2932). After considering the briefs and all evidence submitted by the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' professional services incurred for work before the three-judge panel are compensable under the applicable legal standard, in that the work performed and the costs incurred were directly and reasonably incurred in enforcing the relief ordered for the constitutional violations found in the Court's September 13, 1995 Order. This Court therefore grants all of plaintiffs' pending motions to compel disputed attorneys' fees and costs.

2.  Within 30 days of the date of this order, the parties shall complete a meet and confer regarding the amounts to be paid for plaintiffs' work on the overcrowding matter since the third quarter of 2007.  At the conclusion of the meet and confer, the parties shall submit a stipulation and proposed order regarding payment of the disputed attorneys' fees.  Interest has been running on those amounts, pursuant to Paragraph 6 of the Periodic Fees Order, since the 31st day following defendants' receipt of the underlying bills.

3.  If the parties are unable to reach agreement on the specific fees after meeting and conferring in good faith, the Court will determine a reasonable award.

4.  Plaintiffs are entitled to reasonable attorneys' fees and costs incurred litigating the overcrowding and three-judge panel matter moving forward.  Defendants may not contest plaintiffs' entitlement to reasonable compensation for this work, but may, as always, object to the work based on factors such as the reasonableness of the hours, efficiency of staff members performing those hours, and unnecessary duplication of effort.

5.  Plaintiffs' unpaid costs and expenses are reasonable and compensable under the applicable legal standard, in that the costs and expenses were directly and reasonably incurred to enforce the relief ordered for the constitutional violations found in the Court's September 13, 1995 Order.  Within 10 days of this order, defendants shall issue a check to plaintiffs' counsel for unpaid costs and expenses of $712,859.06.

6.  Plaintiffs' paralegal rates are reasonable.  Within 10 days of this order, defendants shall issue a check to plaintiffs' counsel for $81,955, which is the delta between plaintiffs' requested rates and $135 per hour for all undisputed paralegal time dedicated to non-overcrowding issues and tasks.

IT IS SO ORDERED.

Dated: _____          _____
                                                                U.S. Magistrate Judge John F. Moulds