EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
JEFFREY STEELE, State Bar No. 124688
DEBBIE VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
 Fax: (916) 324-5205
 E-mail: Jeff.Steele@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME REGARDING PLAINTIFFS' MOTION TO COMPEL DISPUTED ATTORNEYS' FEES** |

By this stipulation, the parties agree to extend the briefing and argument schedule for Plaintiffs' motion to compel disputed attorneys' fees, filed May 6, 2009, as follows: Defendants'

///

///

1

opposition to the motion will be due by June 1, 2009, Plaintiffs' reply brief will be due by June 25, 2009, and the hearing date for the motion will be set for July 2, 2009.

SO STIPULATED.

Dated: May 18, 2009   By: */s/ Ernest Galvan*
Ernest Galvan
Rosen, Bien & Galvan
Attorneys for Plaintiffs

Dated: May 18, 2009   By: */s/ Jeffrey Steele*
Jeffrey Steele
Office of the Attorney General
Attorneys for Defendants

IT IS SO ORDERED THAT

1. Defendants' opposition to Plaintiffs' motion shall be filed and served by June 1, 2009.

2. Plaintiffs' reply brief, if any, shall be filed and served by June 25, 2009.

3. The hearing on this motion is re-set for July 2, 2009 at 11:00 a.m.

Dated:

Hon. John F. Moulds
United States Magistrate Judge

CF1997CS0003
30752112.doc