# ATTACHMENT A

**(Part 2 of 4)**

# Exhibit #4

# Amended Coalinga Study

**RALPH COLEMAN, et al., v.  ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-0520 LKK JFM P**

DEFENDANTS' SUBMISSION OF AMENDED COALINGA STUDY

**EXHIBIT B**

# AMENDED
# FEASIBILITY STUDY

## Level IV, 30 Bed
## Intermediate Care
## Facility
## at
## Coalinga State Hospital

*Prepared by Kitchell*
*For The*

California Department
of
Corrections and Rehabilitation
Sacramento, CA



**November 10, 2006**
**Amended Final**
Job No. 3270M8

1. **EXECUTIVE SUMMARY** ........................................................................................ 2
   **A. Introduction** ............................................................................................................ 2
   **B. Findings** .................................................................................................................. 2
   **C. Conclusion** .............................................................................................................. 3
   - Exhibit A - Site Plan

2. **DESCRIPTION OF EXISTING FACILITY** ........................................................ 5
   **A. Introduction** ............................................................................................................ 5
   **B. Description** .............................................................................................................. 5
   - Exhibit B - Hospital Layout
   - Photos 1 & 2

3. **OPTION A – CONVERSION** .................................................................................. 9
   **A. The Existing Facility** ............................................................................................. 9
   **B. Functional and Construction Challenges of the Conversion** ........................... 9
   **C. Findings** ................................................................................................................ 11
     1. Overview ............................................................................................................ 11
     2. Cost ..................................................................................................................... 11
     3. Schedule ............................................................................................................. 11
   **D. Conclusion** ............................................................................................................ 11
   - Exhibit C - Hospital Floor Plan
   - Exhibit D - Conversion Architectural Program
   - Exhibit E - Proposed Conversion Floor Plan
   - Exhibit F - Cost Summary (Conversion)
   - Exhibit G - Design and Construction Schedule (Conversion)

4. **Option B – New Construction** ............................................................................. 22
   **A. Site Selection** ....................................................................................................... 22
   **B. Functional and Construction Challenges** ......................................................... 22
   **C. Findings** ................................................................................................................ 22
     1. Overview ............................................................................................................ 22
     2. Cost ..................................................................................................................... 23
     3. Schedule ............................................................................................................. 23
   **D. Conclusion** ............................................................................................................ 23
   - Exhibit H - Possible Site Locations
   - Exhibit J - Architectural Program (New Construction)
   - Exhibit K - Proposed Floor Plan
   - Exhibit L - Cost Summary (New Construction)
   - Exhibit M - Design and Construction Schedule (New Construction)

**Appendix A - Coleman Court Order, May 2, 2006**

**Appendix B – Program Comparison to DGS Report and SVSP 64-Bed Facility**


## I. EXECUTIVE SUMMARY

### A. Introduction

This study was undertaken to comply with item eleven of Judge Karlton's May 2, 2006 order in the matter of Coleman v. Schwarzenegger, USDC Eastern District, Case No. CIV S 90-0520, hereinafter referred to as the "Coleman Court Order" (see Appendix A). Item eleven directed the defendants to produce a report addressing the feasibility and cost of creating thirty (30) intermediate inpatient beds at Coalinga State Hospital for Level IV high-custody CDCR inmates.

This report was prepared by Kitchell as part of a collaborative effort between the California Department of Corrections and Rehabilitation and the Department of Mental Health.

Coalinga State Hospital is a licensed Acute Psychiatric Hospital which treats non-violent, high-functioning patients. The patients are allowed a range of free movement throughout the facility; they are not incarcerated. The rooms are not designed as cells.

A Level IV intermediate care facility is a correctional institution which provides mental health treatment for high-custody inmates. Therefore, it not only has to meet the requirements of a mental health treatment facility, but it also must meet the high custody security requirements of CDC&R.

Kitchell looked at two options for satisfying the requirements (see Exhibit A, Site Plan). They are discussed at length in the body of this report.

> Option A -   Conversion of existing hospital space
> Option B -   New construction

### B. Findings

| Option A – Conversion - Advantages | Option B - New Construction - Advantages |
|---|---|
| The hospital unit is existing space which is currently unoccupied. | Can be tailored to the needs of the program, providing a safer and more effective treatment environment. |
| Easier to integrate the new facility into the site. | Construction noise and dust can be isolated from the occupied portions of the hospital. |
| Roof and exterior finishes can remain. | Less expensive by $1.5 million. |
| Existing utility locations to remain. | Less time to complete by 5 months. |
| Change in the appearance of the campus will be limited to the addition. | No demolition waste. |

| Option A - Conversion –Disadvantages | Option B – New Construction – Disadvantages |
|---|---|
| Will require an addition to the housing wing in order to provide 30 beds. | Will require identifying an appropriate site on the hospital grounds. |
| Will require taking an additional 6,800 s.f. from the existing hospital to provide the needed area. | Will require utilities to be brought to location. |
| Cell configuration will not be uniform. | Might be abandoned as soon as other, more appropriate, treatment beds become available. |
| Will be approximately $1.5 million more expensive to construct. | |
| Will take approximately 5 months longer to construct. | |
| Will be equally expensive to convert back to original use, which DMH believes will be necessary. | |
| The program will be compromised, possibly affecting negatively both safety and treatment program. | |

C.  **Conclusion**

We conclude that conversion of a unit of the existing hospital would result in a variety of substantial, undesirable circumstances, as indicated above.  A new, stand-alone, facility would meet the program requirements better, have less impact on the existing hospital, and could be built more quickly and at less cost than a conversion of the existing space.

It is our finding that the conversion would cost $33.7 million.  New construction would cost approximately $29.8 million, resulting in $1.5 million in savings over the conversion approach.  The conversion will take 53 months.  New construction would take 48 months, resulting in occupancy five months earlier than the conversion.

We recommend new construction based upon four major factors.  These factors are:

- The facility could be occupied five months earlier in the case of new construction;
- Cost is $1.5 million less for new construction;
- New construction would be less disruptive to the existing facility;
- New construction would provide a safer and more effective treatment environment for the client population.





NOTE: OPTION B IS A REPRESENTATION ONLY AND THE LOCATION IS TO BE DETERMINED.

AERIAL VIEW OF COALINGA STATE HOSPITAL
WITH LOCATION OF PROPOSED WORK

**EXHIBIT A**


## 2. DESCRIPTION OF EXISTING FACILITY

### A. Introduction

This study was undertaken to comply with item eleven of Judge Karlton's May 2, 2006 order in the matter of Coleman v. Schwarzenegger, USDC Eastern District, Case No. CIV S 90-0520, hereinafter referred to as the "Coleman Court Order" (see Appendix A). Item eleven directed the defendants to produce a report addressing the feasibility and cost of creating thirty (30) intermediate inpatient beds at Coalinga State Hospital for Level IV high-custody CDCR inmates.

This report was prepared by Kitchell as part of a collaborative effort between the California Department of Corrections and Rehabilitation and the Department of Mental Health.

### B. Description

The Secured Hospital Facility, known as Coalinga State Hospital, is located at 24511 West Jayne Avenue in Coalinga, California, Fresno County. Coalinga is approximately 220 miles south of Sacramento and 200 miles north of Los Angeles.

Coalinga State Hospital is a licensed acute psychiatric care hospital designed to treat and rehabilitate 1500 non-violent persons with mental disorders. The hospital was completed in 2005 and has been operational since September 2005. It is operated by the California Department of Mental Health. CDC&R provides perimeter security. The hospital is immediately adjacent to Pleasant Valley State Prison. Exhibit B shows the layout of the hospital. Photographs 1 and 2 show two exterior views of the area under consideration for conversion.

The following description of the facility was provided by KMD (the original designer of record): The hospital is secured by a double fence consisting of an interior candy cane fence secured to a grade beam with no-climb fabric topped and with a roll of razor tape. The exterior fence is faced with eight coils of razor tape. The fences are protected by redundant perimeter security electronic systems, an above-ground microwave motional detections system and a buried coaxial cable ground motion detecting system. There are two sally ports, one specifically for vehicles and one for pedestrians. There are two pre-cast concrete guard towers at the sally ports and three prefabricated officer stations, one at ground level in the vehicle sally port and two on raised berms.

The 930,000 square foot secured hospital includes the following: twenty-eight 50-patient housing/treatment units; a 50-patient infirmary; 30-patient orientation unit; 20-patient transition unit, program administration offices; patient dining; central medical services, recreation, library services, academic education services, pastoral services, patient and visitor meeting areas, substance abuse services, pharmacy services, central supply, central hospital support and vocational education.


The hospital is organized into four housing/treatment pods. Two dining/retherm kitchen facilities serve two pods each. The primary patient services and treatment program modules are accessed from a central mall. All pedestrian circulation is internal to the hospital mall and monitored from two fixed officer posts. There are two large shared common outdoor spaces: a central landscaped courtyard and a softball field.

The fifty-person housing/treatment units include ten four-man bedrooms and ten single bedrooms, nurse station, medication room, communal toilet and shower rooms, staff offices, interview/exam rooms, group therapy/conference rooms, quiet room, day room, staff break room, storage and utility rooms.

The patients have access to two unit yards, one sport-oriented with playing courts and the other a garden space.

The one and two-story structure is concrete slab-on-grade, spread and pier footings, a braced steel structural frame system and areas of concrete masonry, concrete pan-filled roof deck, and a concrete masonry veneer exterior skin. Interior partitions and ceilings generally consist of plaster and lath systems over metal studs. The mechanical system consists of distributed water and roof mounted air handlers. The electrical system, which includes extensive emergency power, consists of 120V distribution throughout the facility. Telephone, data, and low voltage security systems are distributed throughout the facility.

Finishes are consistent with Title 22 and include: painted plaster walls and ceilings, acoustical tile ceilings, vinyl tile and ceramic tile flooring, carpet, and commercial grade doors, hardware and windows.

Outside the secure perimeter are the Administration Building, the Processing Building, the Central Warehouse, the Plant Operations Shops, Plant Operations Administration and Warehouse, Volatile/Hazardous Material Storage, Motor Vehicle Building, Central Plant Building, and Central Kitchen.

We have studied two options for providing a thirty-bed Level IV treatment facility at this location:

| | |
|---|---|
| Option A: | Convert a portion of the hospital, (see Exhibit A, Site Plan), including an addition to one housing wing as necessary to obtain thirty beds. |
| Option B: | Construct a stand-alone facility of 23,200 square feet on the grounds of the hospital. |



**EXHIBIT B – EXISTING STATE HOSPITAL LAYOUT**



**View of Dining Room Entrance – Photo 1**



**View of Housing Wings – Photo 2**


## 3. OPTION A – CONVERSION

Convert the designated area, comprising approximately 16,000 sq. ft. of the lower floor of the existing hospital to the new requirements.

### A. The Existing Facility

The area of the hospital designated for this proposal is approximately 16,000 square feet in the northeast area of Building 5, Block 1, first floor (see Exhibit C, Hospital Floor Plan). The unit includes two housing wings, treatment, administrative and support spaces. Other functions supporting the unit are provided in other locations within the hospital. The housing wings are configured for forty patients in ten four-bed rooms and ten single-patient rooms. Toilet facilities are multiple-accommodation, located outside the housing wings.

Level IV security requires single-bed high-security cells with toilet and lavatory in each cell. A secure plumbing chase is provided between each pair of cells. Shower facilities are provided on each wing. Cells have secure doors with cuff apertures. The housing wings have secure doors. The entire area used by inmates will have block walls with upgraded reinforcing, hard ceilings which protect ventilating and air conditioning ducts, and 4" wide window openings, among other features. Additional security features can be found in the Design Criteria Manual developed by CDC&R.

The housing wings at Coalinga Hospital can be converted to a maximum of twenty-seven cells without interfering with exit stairs serving the second floor.

### B. Functional and Construction Challenges of the Conversion

Because the building being proposed is unique, with its particular blend of mental health treatment and Level IV correctional requirements, programming should be undertaken in a systematic and thorough fashion. A complete architectural program has been developed and is included as Exhibit D.

In a situation where the arrangement of spaces is dictated by an existing building configuration, the program of spaces could be compromised. This program shows that a space requirement of 23,500 square feet will be required. This amount of space is needed for appropriate treatment and safe working environment. Currently, only 16,000 sq. ft. has been identified by DMH. It is our opinion that an additional 6,800 sq. ft. of space will be required for administration and treatment support spaces and another 700 sq. ft. for 3 additional beds. To obtain these three additional beds, a 700 sq. ft. addition to the housing wings will be necessary. The exit stairway serving the second floor must be redesigned and rebuilt to accommodate this expansion.

Exhibit E highlights these requirements. The major problems with forcing this program into the existing configuration are listed below:

- Only twenty-seven beds/ cells can be accommodated in the existing housing wings, and the shapes of the resulting beds/ cells are not uniform, irregular and inefficient. Two different bed/ cell configurations will be created.

- An addition of 700 sq. ft. will be required to accommodate the remaining three beds/ cells.
- The exit stair serving the second floor will be redesigned and rebuilt.
- The layout is not ideal for sightlines needed to monitor the safety of the staff and inmates.
- Sizes and arrangements of spaces will be forced, resulting in awkward and difficult situations in moving inmates to daily functions, such as therapy.
- Additional space will have to be provided to accommodate the entire program. Presumably it would be taken from adjacent first floor space, or possibly on the second floor of one housing wing.
- Space efficiency will be compromised, with a high proportion of support square footage per inmate.
- Exterior functions, especially the entrances, will be awkward.
- There is no pedestrian sally port. Separate sally ports are required for staff and inmates.
- The existing garden and exercise areas present many safety hazards.
- Fifty recently constructed state-of-the-art beds and their support functions will be eliminated from the intended use.
- The entire hospital campus will require upgraded perimeter security, probably including six new guard towers.
- Demolition noise and dust will interfere with the operation of the hospital.
- Extensive physical reconstruction will be necessary to convert the building to meet CDC&R Level IV requirements.
    - Virtually complete demolition within the shell, without disturbing the existing structure.
    - Exterior walls do not have adequate reinforcing.
    - Windows accessible to inmates are larger than 4" wide and not of security glazing.
    - Ceilings are not of steel plate or concrete as required for Level IV inmates.
    - Construction of a new structure inside the shell.
    - Secure perimeter walls with 4" wide maximum security windows will be built within the existing walls.
    - A secure "lid" will be placed over housing, core treatment and support areas.
    - Footings to support the new loads will be required.
    - Trenching and replacement of a large portion of the concrete slab with extensive new plumbing lines in the slab to provide for lavatories and toilets in the beds/ cells.
    - Seismic analysis and upgrade to comply with current seismic codes.
    - Substantial demolition and reconfiguration of plumbing, HVAC, electrical and security systems.
    - Comply with the Governor's Executive Order #S-20-04 requiring the design, construction, and operation of all new and renovated state-owned facilities to be LEED Silver certified.
    - Interior partitions are of metal stud and ordinary sheetrock, rather than concrete block or "hardened" metal stud, as required for Level IV inmates.


   — Sanitary facilities are provided in multi-accommodation, non-secure locations
     rather than in the cells.
   — Interior doors do not resemble those required for a secure facility, either on
     the individual cells, the housing wings, treatment areas, entrances and exits, or
     other vulnerable areas.

## C. Findings

### 1. Overview

In our opinion, based upon the preliminary program, a significantly larger area of
existing hospital space will have to be converted to the new use than previously
allocated. Therefore some functions that are required for the remaining DMH beds
in the unit will have to be provided elsewhere.

There are major program differences between a Level IV secure custody
environment and an acute psychiatric care hospital. Therefore, to meet both needs
will require a complete demolition of the existing space to reconfigure it for a Level
IV secure custody/ acute psychiatric care function. Even with the reconfiguration,
functions of security and treatment will be compromised.

In reviewing the DGS study, we found discrepancies between the assumptions we
used and those used by DGS. These discrepancies are discussed in Appendix B.

### 2. Cost

We estimate the cost to provide 30 beds needing 23,500 sq. ft. is $33.7 M. See
Exhibit F – Cost Summary.

### 3. Schedule

The schedule illustrated in Exhibit G shows a project delivery duration for the
conversion option of 53 months. The typical project delivery approach for
California Department of Correction and Rehabilitation projects was used to
develop this schedule.

## D. Conclusion

We conclude that a conversion of a unit of the existing hospital although achievable
would result in a variety of undesirable outcomes. The program requirements will not
be ideal and safety of staff and inmates will also not be ideal.




**EXHIBIT C – HOSPITAL FLOOR PLAN**



### Level IV Intermediate Care Facility, Coalinga, CA (CONVERSION)
#### Program and Analysis                REV. 10/31/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Grand Total |
|---|---|---|---|---|---|---|
| **HOUSING WING** | | | | | | |
| Single Wet Cell - Existing | 135 | 25 | 3,375 | | | |
| HC Cell - Existing | 130 | 2 | 260 | | 6,550 | |
| Pat.Shower | - | - | - | | | |
| Handwash | - | - | - | | | |
| Conference/Group Room | 360 | 1 | 360 | | | |
| Single Wet Cell - New | 135 | 3 | 405 | | | |
| Stairwell to be rebuilt, 30% load factor | 336 | 1 | 336 | | 437 | |
| New Cell Total | | | | 405 | | |
| w/65% Load Factor | | | | | 668 | |
| **TREATMENT UNIT - CORE** | | | | | | |
| Control Station | 100 | 1 | 100 | | | |
| Nurse | 600 | 1 | 600 | | | |
| Medication Room | 150 | 1 | 150 | | | |
| Mental Health Obs. Room | 135 | 1 | 135 | | | |
| Mental Health Obs. Room HC | 155 | 1 | 155 | | | |
| Safety (Padded) Room | 50 | 2 | 100 | | | |
| Supervising Nurse | 100 | 1 | 100 | | | |
| Supervising MTA | 100 | 1 | 100 | | | |
| Group Room | 300 | 3 | 900 | | | |
| Medical Exam/Treatment | 150 | 1 | 150 | | | |
| Tub Room | 100 | 1 | 100 | | | |
| Patient Phone Alcove | 15 | 1 | 15 | | | |
| Storage Alcove (stretcher/chair) | 15 | 1 | 15 | | | |
| Clean Linen/Utility | 100 | 1 | 100 | | | |
| Soiled Linen/Utility | 100 | 1 | 100 | | | |
| Staff Toilet | 50 | 1 | 50 | | | |
| Patient Toilet | 50 | 1 | 50 | | | |
| Janitor's Closet | 35 | 1 | 35 | | | |
| Staff Breakroom | 100 | 1 | 100 | | | |
| Staff Lockers | 80 | 1 | 80 | | | |
| Drinking Fountain | 10 | 1 | 10 | | | |
| Treatment Core Total | | | | 3,145 | | |
| Treatment Core w/65% Load Factor | | | | | 5,189 | |
| | | | | | | |
| **CORE SUPPORT SPACES** | | | | | | |
| Food Storage/Warming | 250 | 1 | 250 | | | |
| Security Gear Storage | 80 | 1 | 80 | | | |
| General Storage | 600 | 1 | 600 | | | |
| Supply Storage | 65 | 1 | 65 | | | |
| Harzardous Waste Storage | 60 | 1 | 60 | | | |
| Trash Storage | 125 | 1 | 125 | | | |
| Janitor/Housekeeping Supply | 90 | 1 | 90 | | | |
| Clean Linen Rec/Holding | 135 | 1 | 135 | | | |
| Soiled Linen Holding | 100 | 1 | 100 | | | |
| Telecommunications | 20 | 1 | 20 | | | |
| Core Support Total | | | | 1,525 | | |
| Core Support w/Load Factor 40% | | | | | 2,135 | |

## Level IV Intermediate Care Facility, Coalinga, CA (CONVERSION)
### Program and Analysis
REV. 10/31/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Grand Total |
|---|---|---|---|---|---|---|
| **HOUSING WING** | | | | | | |
| **CDCR STAFF** | | | | | | |
| Correctional Officer | 100 | 1 | 100 | | | |
| | | | | | | |
| **TREATMENT STAFF** | | | | | | |
| Senior Psychologist | 125 | 1 | 125 | | | |
| Staff Psychiatrist | 110 | 1 | 110 | | | |
| Clinical Psychologist | 110 | 1 | 110 | | | |
| Psych. Social Worker | 80 | 1 | 80 | | | |
| Rehab. Therapist | 80 | 1 | 80 | | | |
| | | | | | | |
| **PROGRAM ADMINISTRATION** | | | | | | |
| Executive Director | 150 | 1 | 150 | | | |
| Program Director | 125 | 1 | 125 | | | |
| Hospital Admin. Resident II | 125 | 1 | 125 | | | |
| Nursing Coordinator | 125 | 1 | 125 | | | |
| Executive Secretary | 100 | 1 | 100 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Waiting | 15 | 1 | 15 | | | |
| | | | | | | |
| **DMH OFFICES** | | | | | | |
| Records Technician | 100 | 1 | 100 | | | |
| Medical Transcriber | 64 | 1 | 64 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Medical Records Storage | 160 | 1 | 160 | | | |
| Associate Personnel Analyst | 120 | 1 | 120 | | | |
| Personnel Services Specialist | 80 | 1 | 80 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Personnel Storage | 120 | 1 | 120 | | | |
| Accounting Technician | 80 | 1 | 80 | | | |
| Information Systems AISA | 130 | 1 | 130 | | | |
| Computer Network | 80 | 1 | 80 | | | |
| Dietitian | 80 | 1 | 80 | | | |
| Housekeeping Supervisor | 80 | 1 | 80 | | | |
| | | | | | | |
| **STAFF SUPPORT** | | | | | | |
| Conference/Training Room | 235 | 1 | 235 | | | |
| Copier/Storage | 85 | 1 | 85 | | | |
| Training Officer | 100 | 1 | 100 | | | |
| Training Room | 900 | 1 | 900 | | | |
| Men's Staff Toilet | 155 | 1 | 155 | | | |
| Women's Staff Toilet | 155 | 1 | 155 | | | |
| Janitor Closet | 25 | 1 | 25 | | | |
| Drinking Fountain | 10 | 1 | 10 | | | |
| Office & Staff Support Total | | | 4,214 | | | |
| Office & Staff Support w/Load Factor 30% | | | | | 5,478 | |
| | | | | | | |
| **Structure Total** | | | | | 20,458 | |
| **Structure Gross w/15% Load Factor** | | | | | | 23,526 |

## Level IV Intermediate Care Facility, Coalinga, CA (CONVERSION)
**Program and Analysis**    REV. 10/31/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Grand Total |
|---|---|---|---|---|---|---|
| **HOUSING WING** | | | | | | |
| **EXTERIOR DEVELOPMENT** | | | | | | |
| Yard Access/Sallyport | 380 | 1 | 380 | | | |
| Group Exercise Yards, Small | 150 | 3 | 450 | | | |
| **Exterior Development Total** | | | | 830 | | |
| **Exterior Development Total** | | | | | 1,370 | 1,370 |







**EXHIBIT E – PROPOSED CONVERSION FLOORPLAN**


## PROJECT COST SUMMARY
### FY 06/07

| | | | |
|---|---|---|---|
| PROJECT: | LEVEL IV Intermediate Care Facility (ICF) -**CONVERSION** | BUDGET ESTIMATE: | 3270M8 |
| LOCATION: | Coalinga State Hospital | EST./ PROJ. CCCI: | 4618/4618 |
| CLIENT | California Department of Corrections & Rehabilitation | DATE ESTIMATED: | 10/30/2006 |
| DESIGN BY: | Kitchell CEM | DATE UPDATED: | N/A |
| PROJECT MGR: | Jon Witherspoon | ABMS NO: | N/A |
| PLAN DATE: | N/A | PREPARED BY: | Kitchell CEM |
| | | DOF PROJ. I.D. NO.: | N/A |

## DESCRIPTION

Conversion of 22,474 square feet of an existing lower floor portion of a two-story, and the addition of 670 sf to the housing wing, minimum security hospital to accommodate intermediate non-acute mental health treatment for Level IV inmates, including housing, support and administrative services, with attendant exercise yards and vehicular and pedestrian sallyports.

## ESTIMATE SUMMARY

**DIRECT COST**

| | | |
|---|---|---|
| 1.) | Conversion of existing building to Correctional Treatment Center ( 23,243 GSF) including a 670 sf addition to the housing wing. Exterior functional use area of 1,370 sf is also included. | $13,620,000 |
| 2.) | Sitework | $1,986,000 |
| 3.) | Site Security, including 6 each Guard Towers and fence modifications | $2,090,000 |

| | | |
|---|---|---|
| **ESTIMATED TOTAL CURRENT COSTS:** | | $17,696,000 |
| Adjust CCCI from 4618 to 4618 | $0 | |
| **ESTIMATED TOTAL CURRENT COSTS ON OCTOBER 2006:** | | $17,696,000 |
| Escalation to Start of Construction 29 Months @ 0.42%/Mo.: | $2,155,373 | |
| Escalation to Mid Point 13 Months @ 0.42%/Mo.: | $966,202 | |
| **ESTIMATED TOTAL CONTRACTS:** | | $20,817,574 |
| Contingency At: 7% | $1,457,230 | |
| **ESTIMATED TOTAL CONSTRUCTION COST** | | $22,274,805 |






### SUMMARY OF COSTS BY PHASE
### FY 06/07

| | |
|---|---|
| PROJECT: LEVEL IV Intermediate Care Facility (ICF) -CONVERSION | BUDGET ESTIMATE: 3270M8 |
| LOCATION: Coalinga State Hospital | DATE ESTIMATED: 10/30/2006 |
| CLIENT: California Department of Corrections & Rehabilitation | DATE UPDATED: N/A |
| | PREPARED BY: Kitchell CEM |

| | | |
|---|---|---|
| CONSTRUCTION DURATION: | | 20 Months |
| ESTIMATED CONTRACT COST: | $20,817,574 | $20,817,574 |
| CONSTRUCTION CONTINGENCY: | $1,457,230 | $1,457,230 |
| TOTAL | $22,274,805 | $22,274,805 |

| CATEGORY | STUDY 00 | PRELIMINARY PLANS 01 | WORKING DRAWINGS 02 | CONSTRUCTION 03 | TOTAL |
|---|---|---|---|---|---|
| **ARCHITECTURAL AND ENGINEERING SERVICES** | | | | | |
| A&E Design | | $1,415,595 | $1,415,595 | $707,798 | $3,538,988 |
| Construction Inspection | | | | $1,434,096 | $1,434,096 |
| Construction Inspection Travel | | | | $358,524 | $358,524 |
| Coordination & Contract Management | | | | | $0 |
| Advertising, Printing and Mailing | | | $50,000 | | $50,000 |
| Construction Guarantee Inspection | | | | | $0 |
| SUBTOTAL A&E SERVICES | | $1,415,595 | $1,465,595 | $2,500,418 | $5,381,608 |

| OTHER PROJECT COSTS | | | | | |
|---|---|---|---|---|---|
| Special Consultants | | | | | $0 |
| Materials Testing | | | | | $0 |
| Project/Construction Management | | $333,081 | $333,081 | $166,541 | $832,703 |
| Contract Construction Management | | | $104,088 | $936,791 | $1,040,879 |
| Site Acquisition Cost & Fees | | | | | $0 |
| Agency Retained Items | | | | $3,550,000 | $3,550,000 |
| DVBE Assessment - A&E | | | | | $0 |
| DVBE Assessment - Const. | | | | | $0 |
| School Checking | | | | | $0 |
| Hospital Checking - Health Care Review | | $50,000 | $100,000 | $50,000 | $200,000 |
| Essential Services - Fire Marshal | | $25,000 | $25,000 | $50,000 | $100,000 |
| Handicapped Checking | | $0 | $0 | $0 | $0 |
| Other Costs - Due Diligence | | $40,000 | | | $40,000 |
| Environmental Document | | $250,000 | | | $250,000 |
| SUBTOTAL OTHER PROJECT COSTS | | $698,081 | $562,169 | $4,753,331 | $6,013,582 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL ESTIMATED PROJECT COST | | $2,113,676 | $2,027,764 | $29,528,554 | $33,669,994 |
| LESS FUNDS TRANSFERRED | | | | | |
| LESS FUNDS AVAILABLE NOT TRANSFERRED | | | | | |
| BALANCE OF FUNDS REQUIRED | | $2,113,676 | $2,027,764 | $29,528,554 | $33,669,994 |


## FUNDING DATA & ESTIMATE NOTES
## FY 06/07

PROJECT: LEVEL IV Intermediate Care Facility (ICF) -CONVERSION    BUDGET ESTIMATE:    3270M8
LOCATION: Coalinga State Hospital    DATE ESTIMATED:    10/30/2006
CLIENT:    California Department of Corrections & Rehabilitation    DATE UPDATED:    N/A
   PREPARED BY:    Kitchell CEM

## FUNDING DATE

| Charter / Item | Phase | Amount | Totals |
|---|---|---|---|
| **Fund Transfers** | | | |
| None | | $0 | |
| **Total Funds Transferred** | | | $0 |
| **Funds Available Not Transferred** | | | |
| None | | $0 | |
| **Total Funds Available not Transferred** | | | $0 |
| **Total Funds Transferred and Available** | | | $0 |

## ESTIMATE NOTES

1. The construction costs in this estimate are indexed from the CCCI Index as of the date of estimate preparation. The project estimate is then escalated to the scheduled start of construction and then to an assumed construction midpoint in accordance with Budget Letter BL 05-21.

2. Estimated costs for the following Agency Retained Items that will be incurred during the construction phase of the project. Agency Retained items have not been verified by CDC.

| | |
|---|---|
| Guarding Costs | $700,000 |
| Telecommunications | $550,000 |
| Group II Equipment | $2,300,000 |
| Total | $3,550,000 |

3. It is assumed an extensive Mitigated Negative Declaration will be required for this project.

4. The schedule assumes funding for PP in FY 06/07, W/D inFY07/08 and Construction in FY 08/09.

Kitchell CEM
Project No 3270M8

30 BED INTERMEDIATE CARE FACILITY
COALINGA STATE HOSPITAL -Convert Existing Space

| ID | Task Name | Dur | Start | Finish | Predecessors |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | **ARCHITECT/ENGINEER CONTRACTING** | 222 d | Mon 1/8/07 | Fri 8/17/07 | |
| 3 | Advertise for RFQ for A/E Services | 36 d | Mon 1/8/07 | Mon 2/12/07 | |
| 4 | Review A/E RFQ's Proposals | 14 d | Tue 2/13/07 | Mon 2/26/07 | 3 |
| 5 | Notify-Interview-Select A/E | 56 d | Tue 2/27/07 | Mon 4/23/07 | 4 |
| 6 | Prep. A/E Scope of Services | 21 d | Tue 4/24/07 | Tue 5/15/07 | 5 |
| 7 | Scoping Meeting | 1 d | Tue 5/15/07 | Tue 5/15/07 | 6 |
| 8 | A/E Prepares Fee Proposal | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 9 | Prepare States Estimate | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 10 | Reconciate States Est. & A/E Fee Proposal | 7 d | Wed 6/6/07 | Tue 6/12/07 | 8,9 |
| 11 | Negotiate A/E Fee | 7 d | Wed 6/13/07 | Tue 6/19/07 | 10 |
| 12 | Prepare/Process A/E Contract | 14 d | Wed 6/20/07 | Tue 7/3/07 | 11 |
| 13 | Project Funding - P | 1 d | Sun 7/1/07 | Sun 7/1/07 | |
| 14 | Execute A/E Contract | 45 d | Wed 7/4/07 | Fri 8/17/07 | 12 |
| 15 | Notice to Proceed | 1 d | Mon 7/2/07 | Mon 7/2/07 | 13 |
| 16 | | | | | |
| 17 | **PRE-DESIGN PHASE** | 231 d | Thu 7/5/07 | Wed 2/20/08 | |
| 18 | Kickoff Meeting | 5 d | Thu 7/5/07 | Mon 7/9/07 | 15 |
| 19 | Architectural Programming | 14 d | Tue 7/10/07 | Mon 7/23/07 | 18 |
| 20 | Arch. Program Kickoff Meeting | 1 d | Tue 7/24/07 | Tue 7/24/07 | 19 |
| 21 | Site Visit - Architectural/Civil/Site Electrical | 1 d | Tue 7/10/07 | Tue 7/10/07 | 18 |
| 22 | Architectural Programming | 28 d | Wed 7/25/07 | Tue 8/21/07 | 20 |
| 23 | Architectural Programming Site Visit | 2 d | Wed 8/22/07 | Thu 8/23/07 | 22 |
| 24 | Architectural Programming Group Meeting | 1 d | Fri 8/24/07 | Fri 8/24/07 | 23 |
| 25 | Architectural Programming Group Meeting | 1 d | Mon 8/27/07 | Mon 8/27/07 | 24 |
| 26 | Staffing Package Completed | 42 d | Tue 7/10/07 | Mon 8/20/07 | 18 |
| 27 | Staffing Package Review & Approval | 56 d | Tue 8/21/07 | Mon 10/15/07 | 26 |
| 28 | Architectural Programming Group Meeting | 1 d | Tue 8/28/07 | Tue 8/28/07 | 25 |
| 29 | Draft Architectural Program | 21 d | Wed 8/29/07 | Tue 9/18/07 | 28 |
| 30 | Review Draft Architectural Program | 14 d | Wed 9/19/07 | Tue 10/2/07 | 29 |
| 31 | Review Comment Meeting | 1 d | Wed 10/3/07 | Wed 10/3/07 | 30 |
| 32 | Submit Draft Final Arch. Program | 28 d | Thu 10/4/07 | Wed 10/31/07 | 31 |
| 33 | Review Draft Final Architectural Program | 7 d | Thu 11/1/07 | Wed 11/7/07 | 32 |
| 34 | Submit Final Architectural Program | 77 d | Thu 11/8/07 | Wed 1/23/08 | 33,27 |
| 35 | Final Architectural Program Approval | 28 d | Thu 1/24/08 | Wed 2/20/08 | 34 |
| 36 | Site Survey & Topographic Mapping | 77 d | Tue 7/10/07 | Mon 9/24/07 | 18 |
| 37 | Geotechnical Investigation | 63 d | Tue 7/10/07 | Mon 9/10/07 | 18 |
| 38 | Legal Desc./Bound. Map/Easement/PTR | 56 d | Tue 7/10/07 | Mon 9/3/07 | 18 |
| 39 | | | | | |
| 40 | **CEQA** | 150 d | Tue 7/3/07 | Thu 11/29/07 | |
| 41 | Notice to Proceed | 1 d | Tue 7/3/07 | Tue 7/3/07 | 15 |
| 42 | EDAW Submits Administrative Draft IS/MND | 54 d | Wed 7/4/07 | Sun 8/26/07 | 41 |
| 43 | CDCR Submits Review Comments on IS/MND | 22 d | Mon 8/27/07 | Mon 9/17/07 | 42 |
| 44 | Mail Out IS/MND for Public/Agency Review | 1 d | Tue 9/18/07 | Tue 9/18/07 | 43 |
| 45 | 30-Day Public/Agncy Review | 30 d | Wed 9/19/07 | Thu 10/18/07 | 44 |
| 46 | CDCR Considers Public Comments | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 47 | CDCR Prepares Draft & Final Mitigation Monitoring Program | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 48 | CDCR Files NOD at SCH & Provides DFG Fees | 1 d | Tue 10/30/07 | Tue 10/30/07 | 47 |
| 49 | End of 30-Day Litigatyion Period 35 day Litigation Period | 30 d | Wed 10/31/07 | Thu 11/29/07 | 48 |
| 50 | Target Date for CEQA Compliance | 1 d | Wed 10/31/07 | Wed 10/31/07 | 48 |
| 51 | | | | | |
| 52 | **PRELIMINARY PLAN PHASE** | 255 d | Wed 10/3/07 | Fri 6/13/08 | |
| 53 | Schematic Design | 35 d | Wed 10/3/07 | Tue 11/6/07 | 30 |
| 54 | 1st SD Charette | 1 d | Wed 11/7/07 | Wed 11/7/07 | 53 |
| 55 | Revise Schematic Design | 14 d | Thu 11/8/07 | Wed 11/21/07 | 54 |
| 56 | 2nd SD Charette | 1 d | Thu 11/22/07 | Thu 11/22/07 | 55 |
| 57 | Finalize 100% SD Documents | 35 d | Fri 11/23/07 | Thu 12/27/07 | 56 |



Kitchell CEM
Project No. 3270M8

30 BED INTERMEDIATE CARE FACILITY
COALINGA STATE HOSPITAL -Convert Existing Space

| ID | Task Name | Dur | Start | Finish | Predecessors |
|----|-----------|-----|-------|--------|--------------|
| 72 | Draft 100% DD VE Report | 14 d | Fri 4/4/08 | Thu 4/17/08 | 71 |
| 73 | Final 100% DD VE Report | 28 d | Fri 4/18/08 | Thu 5/15/08 | 72 |
| 74 | Prepare Draft PPG | 14 d | Fri 11/30/07 | Thu 12/13/07 | 49 |
| 75 | Review Draft PPG | 20 d | Fri 12/14/07 | Wed 1/2/08 | 74 |
| 76 | Approval PPG | 14 d | Thu 1/3/08 | Wed 1/16/08 | 75 |
| 77 | Prepare PWB Submittal | 21 d | Thu 2/28/08 | Wed 3/19/08 | 66FF |
| 78 | Finalize/Approve PWB Submittal | 27 d | Thu 4/3/08 | Tue 4/29/08 | 76FF,67 |
| 79 | PWB Review/Approval | 45 d | Wed 4/30/08 | Fri 6/13/08 | 78,58,66,38,35 |
| 80 | | | | | |
| 81 | WORKING DRAWINGS (WD) PHASE | 184 d | Tue 7/1/08 | Wed 12/31/08 | |
| 82 | Funding FY 08/09 Working Drawings | 1 d | Tue 7/1/08 | Tue 7/1/08 | 79 |
| 83 | Intermediate CD's (50%) | 50 d | Wed 7/2/08 | Wed 8/20/08 | 82 |
| 84 | Review ICD's/Reconcile Cost Estimate | 14 d | Thu 8/21/08 | Wed 9/3/08 | 83 |
| 85 | ICD Review Comment Meeting | 7 d | Thu 9/4/08 | Wed 9/10/08 | 84 |
| 86 | 100% CD's | 56 d | Thu 8/21/08 | Wed 10/15/08 | 84SS,85FF |
| 87 | Review 100% CD's/Reconcile Cost Estimate | 14 d | Thu 10/16/08 | Wed 10/29/08 | 86 |
| 88 | 100% CD Review Comment Meeting | 7 d | Thu 10/30/08 | Wed 11/5/08 | 87 |
| 89 | Incorporate Review Comments | 14 d | Thu 11/6/08 | Wed 11/19/08 | 88 |
| 90 | Backcheck 100% CD Review Comments | 7 d | Thu 11/20/08 | Wed 11/26/08 | 89 |
| 91 | Submit Final Bid Documents | 1 d | Thu 11/27/08 | Thu 11/27/08 | 90 |
| 92 | CSFM/Peer Review Sign Off | 7 d | Fri 11/28/08 | Thu 12/4/08 | 91 |
| 93 | Prepare & Submit LD to CDCR for Review | 7 d | Thu 11/6/08 | Wed 11/12/08 | 88 |
| 94 | Prepare & Submit PTB to CDCR for Review | 7 d | Thu 11/13/08 | Wed 11/19/08 | 93 |
| 95 | CDCR Approval/Sign Off of PTB | 7 d | Thu 11/20/08 | Wed 11/26/08 | 94 |
| 96 | Submit PTB to DOF for Review | 21 d | Thu 11/27/08 | Wed 12/17/08 | 95 |
| 97 | Finalize/Approval/Proceed To Bid (DOF) | 7 d | Thu 12/18/08 | Wed 12/24/08 | 96 |
| 98 | Submit Documents to Contract Services | 7 d | Thu 12/25/08 | Wed 12/31/08 | 97,92 |
| 99 | | | | | |
| 100 | BID PHASE | 64 d | Thu 1/1/09 | Thu 3/5/09 | |
| 101 | Advertise for Bid | 42 d | Thu 1/1/09 | Wed 2/11/09 | 98 |
| 102 | Pre-Bid Conference | 1 d | Thu 1/1/09 | Thu 1/1/09 | 101SS |
| 103 | Bid Opening | 1 d | Thu 2/12/09 | Thu 2/12/09 | 101,102 |
| 104 | Award | 20 d | Fri 2/13/09 | Wed 3/4/09 | 103 |
| 105 | Notice To Proceed | 1 d | Thu 3/5/09 | Thu 3/5/09 | 104 |
| 106 | | | | | |
| 107 | CONSTRUCTION PHASE | 813 d | Fri 3/6/09 | Fri 5/27/11 | |
| 108 | Demolition | 60 d | Fri 3/6/09 | Mon 5/4/09 | 105 |
| 109 | Construction | 690 d | Tue 5/5/09 | Fri 3/25/11 | 108 |
| 110 | Float | 30 d | Sat 3/26/11 | Sun 4/24/11 | 109 |
| 111 | Shakedown | 32 d | Mon 4/25/11 | Thu 5/26/11 | 110 |
| 112 | Occupancy | 1 d | Fri 5/27/11 | Fri 5/27/11 | 111 |


**4.** **Option B – New Construction**
Build a new, stand-along facility of 23,200 square feet to meet the architectural program for the facility.

**A.  Site Selection**
Construction of a new stand-alone facility requires identification of a location for the building.  There are three possible sites within the existing secured perimeter: one to each side of the site entry walkway and one to the rear between the playing field and Building One, the Medical Assistance Unit (see Exhibit H, Aerial of Existing Site Including Pleasant Valley State Prison).

Finding a site within the secure perimeter of Pleasant Valley State Prison would eliminate the need for the additional guard towers (approximately $2.1 million), however, treatment staff would have to travel into the prison to provide mental health treatment.  See Exhibit H for possible locations within Pleasant Valley State Prison.

**B.  Functional and Construction Challenges**
Because the building being proposed is unique, with its particular blend of mental health treatment and Level IV correctional requirements, programming should be undertaken in a systematic and thorough fashion.  An architectural program for a new building of 23,200 sq. ft. is shown in Exhibit J and a proposed floor plan in Exhibit K.

From the architectural program we developed a floor plan to accommodate the 30 bed requirement of a mental health facility in a Level IV setting.  As a guide, we used the 64-bed mental health facility currently in final design and approved by CDC&R.

With new construction, the building can be configured to meet the program at a high level of congruence between needs, hierarchies, adjacencies and value engineering.
- Construction of a new structure is relatively straight forward.
- Trenching and extension of existing site utilities to the new location will entail more work than the conversion option.
- All new work will comply with current seismic, energy and accessibility codes.
- No interference with the operation of the hospital.
- Comply with the Governor's Executive Order #S-20-04 requiring the design, construction, and operation of all new and renovated state-owned facilities to be LEED Silver certified.

**C.  Findings**
1.  Overview
Constructing a new building within the existing secure perimeter will provide space that is specifically designed to meet the challenges that a unique space of this type warrants.


2. Cost
   We estimate the cost of new construction to be $32.2 M.  See Exhibit L – Cost Summary.

3. Schedule
   The schedule illustrated in Exhibit M shows a project delivery duration for the New Construction of 48 months.  The typical project delivery approach for the California Department of Corrections and Rehabilitation projects was used to develop this schedule.

**D. Conclusion**

We conclude that New Construction would result in a variety of desirable outcomes. The program requirements will be thoroughly and systematically met, the impact on the existing hospital and its mission will be minimal.



Possible site are shown with heavy dashed circles

**PLEASANT VALLEY STATE PRISON**          **COALINGA STATE HOSPITAL**

**EXHIBIT H – POSSIBLE SITE LOCATIONS**


## Level IV Intermediate Care Facility, Coalinga, CA (NEW CONSTRUCTION)

### Program and Analysis

REV. 10/30/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Grand Total |
|---|---|---|---|---|---|---|
| **HOUSING** | | | | | | |
| Single Wet Cell | 135 | 28 | 3,780 | | | |
| HC Cell | 155 | 2 | 310 | | | |
| Pat.Shower | 45 | 4 | 180 | | | |
| Handwash | 10 | 2 | 20 | | | |
| Interview Room | 100 | 2 | 200 | | | |
| Housing Total | | | | 4,490 | | |
| Housing Total w/65% Load Factor | | | | | 7,409 | |
| | | | | | | |
| **TREATMENT UNIT - CORE** | | | | | | |
| Control Station | 100 | 1 | 100 | | | |
| Nurse | 600 | 1 | 600 | | | |
| Medication Room | 150 | 1 | 150 | | | |
| Mental Health Obs. Room | 135 | 1 | 135 | | | |
| Mental Health Obs. Room HC | 155 | 1 | 155 | | | |
| Safety (Padded) Room | 50 | 2 | 100 | | | |
| Supervising Nurse | 100 | 1 | 100 | | | |
| Supervising MTA | 100 | 1 | 100 | | | |
| Group Room | 300 | 3 | 900 | | | |
| Medical Exam/Treatment | 150 | 1 | 150 | | | |
| Tub Room | 100 | 1 | 100 | | | |
| Patient Phone Alcove | 15 | 1 | 15 | | | |
| Storage Alcove (stretcher/chair) | 15 | 1 | 15 | | | |
| Clean Linen/Utility | 100 | 1 | 100 | | | |
| Soiled Linen/Utility | 100 | 1 | 100 | | | |
| Staff Toilet | 50 | 1 | 50 | | | |
| Patient Toilet | 50 | 1 | 50 | | | |
| Janitor's Closet | 35 | 1 | 35 | | | |
| Staff Breakroom | 100 | 1 | 100 | | | |
| Staff Lockers | 80 | 1 | 80 | | | |
| Drinking Fountain | 10 | 1 | 10 | | | |
| Treatment Core Total | | | | 3,145 | | |
| Treatment Core w/65% Load Factor | | | | | 5,189 | |
| | | | | | | |
| **CORE SUPPORT SPACES** | | | | | | |
| Food Storage/Warming | 250 | 1 | 250 | | | |
| Security Gear Storage | 80 | 1 | 80 | | | |
| General Storage | 600 | 1 | 600 | | | |
| Supply Storage | 65 | 1 | 65 | | | |
| Harzardous Waste Storage | 60 | 1 | 60 | | | |
| Trash Storage | 125 | 1 | 125 | | | |
| Janitor/Housekeeping Supply | 90 | 1 | 90 | | | |
| Clean Linen Rec/Holding | 135 | 1 | 135 | | | |
| Soiled Linen Holding | 100 | 1 | 100 | | | |
| Telecommunications | 20 | 1 | 20 | | | |
| Core Support Total | | | | 1,525 | | |
| Core Support w/Load Factor 40% | | | | | 2,135 | |
| **CDCR STAFF** | | | | | | |
| Correctional Officer | 100 | 1 | 100 | | | |
| | | | | | | |


# Level IV Intermediate Care Facility, Coalinga, CA  (NEW CONSTRUCTION)

## Program and Analysis

REV. 10/30/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Grand Total |
|---|---|---|---|---|---|---|
| **TREATMENT STAFF** | | | | | | |
| Senior Psychologist | 125 | 1 | 125 | | | |
| Staff Psychiatrist | 110 | 1 | 110 | | | |
| Clinical Psychologist | 110 | 1 | 110 | | | |
| Psych. Social Worker | 80 | 1 | 80 | | | |
| Rehab. Therapist | 80 | 1 | 80 | | | |
| | | | | | | |
| **PROGRAM ADMINISTRATION** | | | | | | |
| Executive Director | 150 | 1 | 150 | | | |
| Program Director | 125 | 1 | 125 | | | |
| Hospital Admin. Resident II | 125 | 1 | 125 | | | |
| Nursing Coordinator | 125 | 1 | 125 | | | |
| Executive Secretary | 100 | 1 | 100 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Waiting | 15 | 1 | 15 | | | |
| | | | | | | |
| **DMH OFFICES** | | | | | | |
| Records Technician | 100 | 1 | 100 | | | |
| Medical Transcriber | 64 | 1 | 64 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Medical Records Storage | 160 | 1 | 160 | | | |
| Associate Personnel Analyst | 120 | 1 | 120 | | | |
| Personnel Services Specialist | 80 | 1 | 80 | | | |
| Office Technician | 70 | 1 | 70 | | | |
| Personnel Storage | 120 | 1 | 120 | | | |
| Accounting Technician | 80 | 1 | 80 | | | |
| Information Systems AISA | 130 | 1 | 130 | | | |
| Computer Network | 80 | 1 | 80 | | | |
| Dietitian | 80 | 1 | 80 | | | |
| Housekeeping Supervisor | 80 | 1 | 80 | | | |
| | | | | | | |
| **STAFF SUPPORT** | | | | | | |
| Conference/Training Room | 235 | 1 | 235 | | | |
| Copier/Storage | 85 | 1 | 85 | | | |
| Training Officer | 100 | 1 | 100 | | | |
| Training Room | 900 | 1 | 900 | | | |
| Men's Staff Toilet | 155 | 1 | 155 | | | |
| Women's Staff Toilet | 155 | 1 | 155 | | | |
| Janitor Closet | 25 | 1 | 25 | | | |
| Drinking Fountain | 10 | 1 | 10 | | | |
| Office & Staff Support Total | | | | 4,214 | | |
| Office & Staff Support w/Load Factor 30% | | | | | 5,478 | |
| | | | | | | |
| **Structure Total** | | | | 13,374 | 20,211 | |
| **Structure Gross w/15% Load Factor** | | | | | | 23,243 |
| **EXTERIOR DEVELOPMENT** | | | | | | |
| Yard Access/Sallyport | 380 | 1 | 380 | | | |
| Group Exercise Yards, Small | 150 | 3 | 450 | | | |
| Exterior Development Total | | | | 830 | | |
| Exterior Development Total | | | | | 1,370 | 1,370 |



**EXHIBIT K – PROPOSED FLOOR PLAN**



# PROJECT COST SUMMARY
## FY 06/07

| | | | |
|---|---|---|---|
| PROJECT: | Level IV Intermediate Care Facility (ICF) - **NEW** | BUDGET ESTIMATE: | 3270M8 |
| LOCATION: | Coalinga State Hospital | EST./ PROJ. CCCI: | 4618/4618 |
| CLIENT | California Department of Corrections & Rehabilitation | DATE ESTIMATED: | 10/30/2006 |
| DESIGN BY: | Kitchell CEM | DATE UPDATED: | N/A |
| PROJECT MGR: | Jon Witherspoon | ABMS NO: | N/A |
| PLAN DATE: | N/A | PREPARED BY: | Kitchell CEM |
| | | DOF PROJ. I.D. NO.: | N/A |

## DESCRIPTION

A new single-story facility of 23,243 square feet for intermediate non-acute mental health treatment
for Level IV inmates, including housing, treatment, support and administrative services, with attendant exercise yards
and entrances.

## ESTIMATE SUMMARY

**DIRECT COST**

| | | |
|---|---|---|
| 1.) | New stand alone Correctional Treatment Center (23,243 GSF) plus exterior functional use area of 1,370 sf. | $12,606,000 |
| 2.) | Sitework | $2,405,000 |
| 3.) | Site Security, including 6 each Guard Towers and fence modifications | $2,090,000 |

| | | |
|---|---|---|
| **ESTIMATED TOTAL CURRENT COSTS:** | | $17,101,000 |
| Adjust CCCI from 4618 to 4618 | $0 | |
| **ESTIMATED TOTAL CURRENT COSTS ON OCTOBER 2006:** | | $17,101,000 |
| Escalation to Start of Construction 29 Months @ 0.42%/Mo.: | $2,082,902 | |
| Escalation to Mid Point 11 Months @ 0.42%/Mo.: | $790,066 | |
| **ESTIMATED TOTAL CONTRACTS:** | | $19,973,968 |
| Contingency At: 5% | $998,698 | |
| **ESTIMATED TOTAL CONSTRUCTION COST** | | $20,972,666 |



## SUMMARY OF COSTS BY PHASE
### FY 06/07

| | |
|---|---|
| PROJECT: Level IV Intermediate Care Facility (ICF) - NEW | BUDGET ESTIMATE: 3270M8 |
| LOCATION: Coalinga State Hospital | DATE ESTIMATED: 10/30/2006 |
| CLIENT: California Department of Corrections & Rehabilitation | DATE UPDATED: N/A |
| | PREPARED BY: Kitchell CEM |

| | | |
|---|---|---|
| | | 20 Months |
| CONSTRUCTION DURATION: | | |
| ESTIMATED CONTRACT COST: | $19,973,968 | $19,973,968 |
| CONSTRUCTION CONTINGENCY: | $998,698 | $998,698 |
| TOTAL | $20,972,666 | $20,972,666 |

| CATEGORY | STUDY 00 | PRELIMINARY PLANS 01 | WORKING DRAWINGS 02 | CONSTRUCTION 03 | TOTAL |
|---|---|---|---|---|---|
| **ARCHITECTURAL AND ENGINEERING SERVICES** | | | | | |
| A&E Design | | $1,358,230 | $1,358,230 | $679,115 | $3,395,575 |
| Construction Inspection | | | | $1,434,096 | $1,434,096 |
| Construction Inspection Travel | | | | $358,524 | $358,524 |
| Coordination & Contract Management | | | | | $0 |
| Advertising, Printing and Mailing | | | $50,000 | | $50,000 |
| Construction Guarantee Inspection | | | | | $0 |
| SUBTOTAL A&E SERVICES | | $1,358,230 | $1,408,230 | $2,471,735 | $5,238,195 |

| | | | | | |
|---|---|---|---|---|---|
| **OTHER PROJECT COSTS** | | | | | |
| Special Consultants | | | | | $0 |
| Materials Testing | | | | | $0 |
| Project/Construction Management | | $319,583 | $319,583 | $159,792 | $798,959 |
| Contract Construction Management | | | $99,870 | $898,829 | $998,698 |
| Site Acquisition Cost & Fees | | | | | $0 |
| Agency Retained Items | | | | $3,550,000 | $3,550,000 |
| DVBE Assessment - A&E | | | | | $0 |
| DVBE Assessment - Const. | | | | | $0 |
| School Checking | | | | | $0 |
| Hospital Checking - Health Care Review | | $50,000 | $100,000 | $50,000 | $200,000 |
| Essential Services - Fire Marshal | | $25,000 | $25,000 | $50,000 | $100,000 |
| Handicapped Checking | | $0 | $0 | $0 | $0 |
| Other Costs - Due Diligence | | $40,000 | | | $40,000 |
| Environmental Document | | $250,000 | | | $250,000 |
| SUBTOTAL OTHER PROJECT COSTS | | $684,583 | $544,453 | $4,708,620 | $5,937,657 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL ESTIMATED PROJECT COST | | $2,042,813 | $1,952,683 | $28,153,022 | $32,148,518 |
| LESS FUNDS TRANSFERRED | | | | | |
| LESS FUNDS AVAILABLE NOT TRANSFERRED | | | | | |
| BALANCE OF FUNDS REQUIRED | | $2,042,813 | $1,952,683 | $28,153,022 | $32,148,518 |


## FUNDING DATA & ESTIMATE NOTES
### FY 06/07

PROJECT: Level IV Intermediate Care Facility (ICF) - NEW
LOCATION: Coalinga State Hospital
CLIENT: California Department of Corrections & Rehabilitation

BUDGET ESTIMATE: 3270M8
DATE ESTIMATED: 10/30/2006
DATE UPDATED: N/A
PREPARED BY: Kitchell CEM

### FUNDING DATE

| Charter / Item | Phase | Amount | Totals |
|---|---|---|---|
| **Fund Transfers** | | | |
| None | | $0 | |
| **Total Funds Transferred** | | | $0 |
| **Funds Available Not Transferred** | | | |
| None | | $0 | |
| **Total Funds Available not Transferred** | | | $0 |
| **Total Funds Transferred and Available** | | | $0 |

### ESTIMATE NOTES

1. The construction costs in this estimate are indexed from the CCCI Index as of the date of estimate preparation. The project estimate is then escalated to the scheduled start of construction and then to an assumed construction midpoint in accordance with Budget Letter BL 05-21.

2. Estimated costs for the following Agency Retained Items that will be incurred during the construction phase of the project. Agency Retained items have not been verified by CDC.

| | |
|---|---|
| Guarding Costs | $700,000 |
| Telecommunications | $550,000 |
| Group II Equipment | $2,300,000 |
| Total | $3,550,000 |

3. It is assumed an extensive Mitigated Negative Declaration will be required for this project.

4. The schedule assumes funding for PP in FY 06/07, W/D inFY07/08 and Construction in FY 08/09.

Kitchell CEM
Project No. 3270M8

30 BED INTENSIVE CARE FACILITY
COALINGA STATE HOSPITAL -Build New

| ID | Task Name | Dur | Start | Finish | Predecessors |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | **ARCHITECT/ENGINEER CONTRACTING** | 222 d | Mon 1/8/07 | Fri 8/17/07 | |
| 3 | Advertise for RFQ for A/E Services | 36 d | Mon 1/8/07 | Mon 2/12/07 | |
| 4 | Review A/E RFQ's Proposals | 14 d | Tue 2/13/07 | Mon 2/26/07 | 3 |
| 5 | Notify-Interview-Select A/E | 56 d | Tue 2/27/07 | Mon 4/23/07 | 4 |
| 6 | Prep. A/E Scope of Services | 21 d | Tue 4/24/07 | Mon 5/14/07 | 5 |
| 7 | Scoping Meeting | 1 d | Tue 5/15/07 | Tue 5/15/07 | 6 |
| 8 | A/E Prepares Fee Proposal | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 9 | Prepare States Estimate | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 10 | Reconcile States Est. & A/E Fee Proposal | 7 d | Wed 6/6/07 | Tue 6/12/07 | 8,9 |
| 11 | Negotiate A/E Fee | 7 d | Wed 6/13/07 | Tue 6/19/07 | 10 |
| 12 | Prepare/Process A/E Contract | 14 d | Wed 6/20/07 | Tue 7/3/07 | 11 |
| 13 | Project Funding - P | 1 d | Sun 7/1/07 | Sun 7/1/07 | |
| 14 | Execute A/E Contract | 45 d | Wed 7/4/07 | Fri 8/17/07 | 12 |
| 15 | Notice to Proceed | 1 d | Mon 7/2/07 | Mon 7/2/07 | 13 |
| 16 | | | | | |
| 17 | **PRE-DESIGN PHASE** | 231 d | Thu 7/5/07 | Wed 2/20/08 | |
| 18 | Kickoff Meeting | 5 d | Thu 7/5/07 | Mon 7/9/07 | 15 |
| 19 | Architectural Programming | 14 d | Tue 7/10/07 | Mon 7/23/07 | 18 |
| 20 | Arch. Program Kickoff Meeting | 1 d | Tue 7/24/07 | Tue 7/24/07 | 19 |
| 21 | Site Visit - Architectural/Civil/Site Electrical | 1 d | Tue 7/10/07 | Tue 7/10/07 | 18 |
| 22 | Architectural Programming | 28 d | Wed 7/25/07 | Tue 8/21/07 | 20 |
| 23 | Architectural Programming Site Visit | 2 d | Wed 8/22/07 | Thu 8/23/07 | 22 |
| 24 | Architectural Programming Group Meeting | 1 d | Fri 8/24/07 | Fri 8/24/07 | 23 |
| 25 | Architectural Programming Group Meeting | 1 d | Mon 8/27/07 | Mon 8/27/07 | 24 |
| 26 | Staffing Package Completed | 42 d | Tue 7/10/07 | Mon 8/20/07 | 18 |
| 27 | Staffing Package Review & Approval | 56 d | Tue 8/21/07 | Mon 10/15/07 | 26 |
| 28 | Architectural Programming Group Meeting | 1 d | Tue 8/28/07 | Tue 8/28/07 | 25 |
| 29 | Draft Architectural Program | 21 d | Wed 8/29/07 | Tue 9/18/07 | 28 |
| 30 | Review Draft Architectural Program | 14 d | Wed 9/19/07 | Tue 10/2/07 | 29 |
| 31 | Review Comment Meeting | 1 d | Wed 10/3/07 | Wed 10/3/07 | 30 |
| 32 | Submit Draft Final Arch. Program | 28 d | Thu 10/4/07 | Wed 10/31/07 | 31 |
| 33 | Review Draft Final Architectural Program | 7 d | Thu 11/1/07 | Wed 11/7/07 | 32 |
| 34 | Submit Final Architectural Program | 77 d | Thu 11/8/07 | Wed 1/23/08 | 33,27 |
| 35 | Final Architectural Program Approval | 28 d | Thu 1/24/08 | Wed 2/20/08 | 34 |
| 36 | Site Survey & Topographic Mapping | 77 d | Tue 7/10/07 | Mon 9/24/07 | 18 |
| 37 | Geotechnical Investigation | 63 d | Tue 7/10/07 | Mon 9/10/07 | 18 |
| 38 | Legal Desc./Bound. Map/Easement/PTR | 56 d | Tue 7/10/07 | Mon 9/3/07 | 18 |
| 39 | | | | | |
| 40 | **CEQA** | 150 d | Tue 7/3/07 | Thu 11/29/07 | |
| 41 | Notice to Proceed | 1 d | Tue 7/3/07 | Tue 7/3/07 | 15 |
| 42 | EDAW Submits Administrative Draft IS/MND | 54 d | Wed 7/4/07 | Sun 8/26/07 | 41 |
| 43 | CDCR Submits Review Comments on IS/MND | 22 d | Mon 8/27/07 | Mon 9/17/07 | 42 |
| 44 | Mail Out IS/MND for Public/Agency Review | 1 d | Tue 9/18/07 | Tue 9/18/07 | 43 |
| 45 | 30-Day Public/Agency Review | 30 d | Wed 9/19/07 | Thu 10/18/07 | 44 |
| 46 | CDCR Considers Public Comments | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 47 | CDCR Prepares Draft & Final Mitigation Monitoring Program | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 48 | CDCR Files NOD at SCH & Provides DFG Fees | 1 d | Tue 10/30/07 | Tue 10/30/07 | 47 |
| 49 | End of 30-Day Litigatyion Period 35 day Litigation Period | 30 d | Wed 10/31/07 | Thu 11/29/07 | 48 |
| 50 | Target Date for CEQA Compliance | 1 d | Wed 10/31/07 | Wed 10/31/07 | 48 |
| 51 | | | | | |
| 52 | **PRELIMINARY PLAN PHASE** | 255 d | Wed 10/3/07 | Fri 6/13/08 | |
| 53 | Schematic Design | 35 d | Wed 10/3/07 | Tue 11/6/07 | 30 |
| 54 | 1st SD Charette | 1 d | Wed 11/7/07 | Wed 11/7/07 | 53 |
| 55 | Revise Schematic Design | 14 d | Thu 11/8/07 | Wed 11/21/07 | 54 |
| 56 | 2nd SD Charette | 1 d | Thu 11/22/07 | Thu 11/22/07 | 55 |
| 57 | Finalize 100% SD Documents | 35 d | Fri 11/23/07 | Thu 12/27/07 | 56 |

Kitchell CEM
Project No 3270M8

30 BED INTENSIVE CARE FACILITY
COALINGA STATE HOSPITAL -Build New

| ID | Task Name | Dur | Start | Finish | Predecessors |
|---|---|---|---|---|---|
| 72 | Draft 100% DD VE Report | 14 d | Fri 4/4/08 | Thu 4/17/08 | 71 |
| 73 | Final 100% DD VE Report | 28 d | Fri 4/18/08 | Thu 5/15/08 | 72 |
| 74 | Prepare Draft PPG | 14 d | Fri 11/30/07 | Thu 12/13/07 | 49 |
| 75 | Review Draft PPG | 20 d | Fri 12/14/07 | Wed 1/2/08 | 74 |
| 76 | Approval PPG | 14 d | Thu 1/3/08 | Wed 1/16/08 | 75 |
| 77 | Prepare PWB Submittal | 21 d | Thu 2/28/08 | Wed 3/19/08 | 66FF |
| 78 | Finalize/Approve PWB Submittal | 27 d | Thu 4/3/08 | Tue 4/29/08 | 76FF,67 |
| 79 | PWB Review/Approval | 45 d | Wed 4/30/08 | Fri 6/13/08 | 78,58,66,38,35 |
| 80 | | | | | |
| 81 | **WORKING DRAWINGS (WD) PHASE** | 184 d | Tue 7/1/08 | Wed 12/31/08 | |
| 82 | Funding FY 08/09 Working Drawings | 1 d | Tue 7/1/08 | Tue 7/1/08 | 79 |
| 83 | Intermediate CD's (50%) | 50 d | Wed 7/2/08 | Wed 8/20/08 | 82 |
| 84 | Review ICD's/Reconcile Cost Estimate | 14 d | Thu 8/21/08 | Wed 9/3/08 | 83 |
| 85 | ICD Review Comment Meeting | 7 d | Thu 9/4/08 | Wed 9/10/08 | 84 |
| 86 | 100% CD's | 56 d | Thu 8/21/08 | Wed 10/15/08 | 84SS,85FF |
| 87 | Review 100% CD's/Reconcile Cost Estimate | 14 d | Thu 10/16/08 | Wed 10/29/08 | 86 |
| 88 | 100% CD Review Comment Meeting | 7 d | Thu 10/30/08 | Wed 11/5/08 | 87 |
| 89 | Incorporate Review Comments | 14 d | Thu 11/6/08 | Wed 11/19/08 | 88 |
| 90 | Backcheck 100% CD Review Comments | 7 d | Thu 11/20/08 | Wed 11/26/08 | 89 |
| 91 | Submit Final Bid Documents | 1 d | Thu 11/27/08 | Thu 12/4/08 | 90 |
| 92 | CSFM/Peer Review Sign Off | 7 d | Fri 11/28/08 | Thu 12/4/08 | 91 |
| 93 | Prepare & Submit LD to CDCR for Review | 7 d | Thu 11/6/08 | Wed 11/12/08 | 88 |
| 94 | Prepare & Submit PTB to CDCR for Review | 7 d | Thu 11/13/08 | Wed 11/19/08 | 93 |
| 95 | CDCR Approval/Sign Off of PTB | 7 d | Thu 11/20/08 | Wed 11/26/08 | 94 |
| 96 | Submit PTB to DOF for Review | 21 d | Thu 11/27/08 | Wed 12/17/08 | 95 |
| 97 | Finalize/Approval/Proceed To Bid (DOF) | 7 d | Thu 12/18/08 | Wed 12/24/08 | 96 |
| 98 | Submit Documents to Contract Services | 7 d | Thu 12/25/08 | Wed 12/31/08 | 97,92 |
| 99 | | | | | |
| 100 | **BID PHASE** | 64 d | Thu 1/1/09 | Thu 3/5/09 | |
| 101 | Advertise for Bid | 42 d | Thu 1/1/09 | Wed 2/11/09 | 98 |
| 102 | Pre-Bid Conference | 1 d | Thu 1/1/09 | Thu 1/1/09 | 101SS |
| 103 | Bid Opening | 1 d | Thu 2/12/09 | Thu 2/12/09 | 101,102 |
| 104 | Award | 20 d | Fri 2/13/09 | Wed 3/4/09 | 103 |
| 105 | Notice To Proceed | 1 d | Thu 3/5/09 | Thu 3/5/09 | 104 |
| 106 | | | | | |
| 107 | **CONSTRUCTION PHASE** | 663 d | Fri 3/6/09 | Tue 12/28/10 | |
| 108 | Construction | 600 d | Fri 3/6/09 | Tue 10/26/10 | 105 |
| 109 | Float | 30 d | Wed 10/27/10 | Thu 11/25/10 | 108 |
| 110 | Shakedown | 32 d | Fri 11/26/10 | Mon 12/27/10 | 109 |
| 111 | Occupancy | 1 d | Tue 12/28/10 | Tue 12/28/10 | 110 |

'07 ... '08

# Appendix A

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
                Defendants.             ORDER
15   _____/

16          On March 3, 2006, this court ordered defendants to file, by April 17, 2006, a plan

17   for the provision of acute and intermediate inpatient beds for all seriously mentally ill male and

18   female inmates in the California Department of Corrections and Rehabilitation (CDCR)

19   clinically determined to be in need of those levels of inpatient care, and for the provision of

20   mental health crisis beds for all seriously mentally ill male and female inmates in CDCR within

21   24 hours of a clinical determination that they require that level of care.  (Order filed March 3,

22   2005, at ¶¶ 3, 5.)  The court also set a hearing for April 26, 2006 on the adequacy of the plan.

23          On April 17, 2006, defendants filed a Statewide Mental Health Bed Plan.  On

24   April 21, 2006, plaintiffs filed a series of objections to the plan.  The matter came on for hearing

25   on April 26 and 27, 2006, before the undersigned.  Michael Bien, Esq., appeared as counsel for

26   plaintiffs.  Lisa Tillman, Deputy Attorney General, appeared as counsel for defendants.

                                            1

At the start of the hearing, the court provided the parties with a series of questions to be addressed. Thereafter, the court heard sworn testimony from a number of state officials in response to the questions. The court has carefully considered that testimony, the plan and its supporting documents, and plaintiffs' objections thereto and their supporting evidence.

At issue is the access to necessary and constitutionally adequate levels of care for the most seriously mentally ill inmates in the CDCR, including the availability of sufficient numbers of acute inpatient beds, intermediate inpatient beds, and mental health crisis beds. In their objections, plaintiffs note that the bed plan submitted to the court in April 2006 was based on population projections that were outdated by the time the plan was filed. There is no dispute that the population figures on which the April 2006 plan is based are already out of date.[1] Thus, while the long range plan appears sound in principle, it may require adjustments based on the new population data now available to defendants. The long range plan will be approved subject to modification based on the new population data.

The special master reports, the record reflects, and defendants admit, that the plan presented to the court in no way adequately responds to the severe shortage of intermediate care facility beds and mental health crisis beds that currently exists in the CDCR. It is undisputed that the shortage is leaving critically mentally ill inmates languishing in horrific conditions without access to immediately necessary mental health care. In his testimony, Dr. Peter Farber-Szekrenyi, who was appointed to the position of CDCR's Director of Health Care Services on December 1, 2005, repeatedly referred to the shortage as a "crisis," a description entirely supported by the record before this court. Dr. Farber-Szekrenyi testified that at present there is a shortage of 75 mental health crisis beds and 125 intermediate inpatient beds. In the latter

///

_____

[1] In addition, defendants do not dispute that the methodology used to project future need for mental health care services, developed in 2002, also needs to be updated. Douglas McKeever, Project Director for the Mental Health Care Services Division of CDCR, testified that defendants have entered into a contract to update the methodology.

1    category, the most serious shortfall is in beds for inmates who have a Level IV security

2    classification.

3          Over the course of the hearing, and in consultation with the special master, several

4    options emerged that are immediately available to help address both aspects of the crisis.  One

5    requires a short discussion; all will be made an order of this court.

6          At present, there is a unit at California Men's Colony (CMC) presently being used

7    as an outpatient housing unit.  Until approximately one year ago, this unit was a locked

8    observation unit (LOU) and provided 36 beds to inmates in need of a mental health crisis bed

9    level of care. Following a state court decision requiring the CDCR to bring its medical treatment

10    centers into compliance with state law licensing requirements,[2] the locked observation unit was

11    closed and reopened as an outpatient housing unit. The closure of the locked observation unit,

12    and defendants' failure to replace the beds lost thereby, accounts for a significant portion of the

13    current shortfall in mental health crisis beds.

14          State licensing requirements serve an important function, and the judgments of

15    state courts are ordinarily, based on important concerns of comity and federalism, deferred to by

16    federal courts. However, "the Supreme Court has stated that otherwise valid state laws or court

17    orders cannot stand in the way of a federal court's remedial scheme if the action is essential to

18    enforce the scheme." Stone v. City and County of San Francisco, 968 F.2d 850, 862 (9th Cir.

19    1992) (quoting, inter alia, North Carolina State Bd. of Educ. v. Swann, 402 U.S. 43, 45, 91 S.Ct.

20    1284, 1286, 28 L.Ed.2d 586 (1971).) It is essential to provide immediately mental health crisis

21    beds to critically ill inmates in the CDCR.  Reopening of the locked observation unit will remedy

22    expeditiously a substantial amount of the shortage of such beds.  Under present circumstances,

23    state licensing requirements must temporarily give way to measures necessary to remedy the

24

25          [2] Budd, et al. v. Cambra, et al., Case No. 319578, Order Granting Plaintiffs' Motion for
   Summary Judgment and Permanent Injunction, filed August 14, 2002 in the San Francisco
26    County Superior Court.

1  Eighth Amendment violations that remain unresolved in this action. Defendants will therefore be

2  directed to reopen forthwith the locked observation unit at CMC and to use it to provide 36

3  mental health crisis beds to class members until further order of this court.

4          In accordance with the foregoing, and good cause appearing, IT IS HEREBY

5  ORDERED that:

6          1. The defendants' long term plan for provision of acute and intermediate

7  inpatient care and mental health crisis beds is approved, subject to modification based on current

8  population projections. Within sixty days from the date of this order defendants shall file an

9  amended long term plan that is based on current population projections and incorporates an

10  updated version of the methodology first adopted in the 2002 Tucker-Alan bed needs

11  projections.

12          2. The defendants' long term plan for enhanced outpatient beds describes a

13  shortfall of over 1000 such beds in the year 2011 and therefore is not approved.

14          3. Defendants shall include with the amended long term plan a list of those

15  projects that can be accelerated as well as a list of any statutory, licensing, or staffing barriers to

16  such acceleration and/or to timely opening of the projects described in the amended long term

17  plan.

18          4. Within forty-five days from the date of this order defendants shall file a plan

19  for interim provision of intermediate inpatient beds and mental health crisis beds. Defendants

20  shall include with said interim plan, as appropriate, a list of any statutory, licensing, or staffing

21  barriers to implementation of any aspect of said plan.

22          5. Plaintiffs are granted a period of ten days in which to file and serve a response

23  to the interim plan required by paragraph 3 of this order.

24          6. Defendants shall maintain thirty-six (36) intermediate inpatient beds at the

25  California Medical Facility (CMF) P-2 unit until further order of court. In connection therewith,

26  defendants are reminded of their obligations under the heat plan developed pursuant to prior

4

1   orders of this court, and defendants are directed to take every mechanical step presently feasible

2   to maintain appropriate temperatures within said unit.

3           7. Not later than May 30, 2006, defendants shall open thirty-six (36) intermediate

4   inpatient beds at Salinas Valley State Prison (SVSP) that were slated to receive inmates from

5   CMF. Said beds shall be used for Level IV inmates.

6           8. Defendants shall create an additional thirty-six (36) intermediate inpatient beds

7   at SVSP on the same time schedule and with the same waivers used to create the thirty-six (36)

8   beds referred to in paragraph 7 of this order. Said beds shall also be used for Level IV inmates.

9           9. Defendants shall forthwith review the list of 123 inmates presently awaiting

10  placement in the intermediate inpatient bed program at SVSP and shall identify all inmates on

11  said list appropriate for placement in the DMH program at Atascadero State Hospital or Coalinga

12  State Hospital. The provisions of the current memorandum of understanding between the CDCR

13  and the California Department of Mental Health (DMH) notwithstanding, said review and

14  identification shall be made by appropriate officials of the CDCR. Thereafter, appropriate

15  officials of both CDCR and DMH shall take all steps necessary to facilitate promptly said

16  placement decisions. Any dispute between CDCR and DMH over the appropriateness of a

17  placement shall be promptly submitted to the special master for decision.

18          10. Twenty-five (25) intermediate inpatient beds shall be made immediately

19  available at Coalinga State Hospital for appropriate CDCR inmates. Within thirty days

20  thereafter, an additional 25 intermediate inpatient beds shall be made available at Coalinga State

21  Hospital for appropriate CDCR inmates.

22          11. Within six months from the date of this order, defendants shall file a report on

23  the feasibility and cost of creating thirty (30) intermediate inpatient beds at Coalinga State

24  Hospital beds for Level IV high-custody CDCR inmates. Said report shall be prepared by the

25  CDCR in collaboration with DMH and the California Department of General Services.

26  ///

5

12. Defendants shall activate the mental health crisis beds in the correctional treatment centers at Kern Valley State Prison and California State Prison-Sacramento not later than July 1, 2006, or inform the court in writing by that date why said centers are not fully operational.

13. Defendants shall forthwith reopen the locked observation unit at the California Men's Colony (CMC) as a thirty-six (36) bed mental health crisis bed unit on a temporary emergency basis. Said mental health crisis beds shall remain in use until further order of this court.

14. Until further order of this court, defendants shall not close any intermediate inpatient bed or mental health crisis bed on the basis of state licensing requirements without approval of the special master.

DATED:  May 1, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# Appendix B



Appendix B is an attempt to reconcile the findings of the DGS study dated April 5, 2006, titled "Coalinga State Hospital Coleman Bed Conversion Study", with the findings of this independent report contracted by the CDC&R. The Salinas Valley State Prison Mental Health Treatment Facility 64-Bed Addition has been used to validate the space and cost findings of both studies. The 64-bed SVSP project has just completed the 100% construction documents phase including a detailed estimate of construction cost. As such, it has been approved by CDC&R and meets both health and security requirements.

We believe the square footage DGS determined to serve the 54 beds of their study is disproportionately low to the square footage determined by the 64-bed addition and the study we have just completed. It appears that DGS assumed that a total of 22,947 net square feet of spaces (e.g., office, exam room, etc.) could be accommodated in the 32,000 square feet of Unit 8, building 5.

We believe that incorrect net-to-gross factors were applied. After we completed our independent analysis, we determined that the gross-to-net factor of 1.73 should have been used, resulting in a square foot requirement of 39,764 square feet. If we use the SVSP program net-to-gross square footage factor of 1.64, then the square foot requirement would be 37,577. In either case, substantial space was not accounted for.

Thus the cost presented in the DGS study is, in our opinion, low.

We also believe that this project can be completed in 4 years while the DGS report indicates 7 years. The timeline differences may be due to the difference in project delivery methods used by DGS and CDC&R.

**APPENDIX B**

**Program Comparison and Analysis**

| Item | Conversion | New | Note | DGS | Note | DGS/ Conv. | SVSP | Note |
|---|---|---|---|---|---|---|---|---|
| No. of Beds | 30 Beds | 30 Beds | | 54 Beds | | 2 | 64 Beds | |
| Nominal Area of Project | 16,000 | 16,000 | | 32,000 | | 2 | Not Applicable | |
| Guard towers (six) | Yes | Yes | | Unknown | | | No | |
| | | | | | | | | |
| Net Program | 12,969 | 12,969 | | 22,947 | 2 | 1.8 | 22,462 | |
| Gross Program | 22,474 | 22,474 | | 37,577 | 3 | 1.7 | 36,783 | |
| Gross/Net S.F. | 1.73 | 1.73 | | 1.64 | | | 1.64 | |
| | | | | | | | | |
| Housing SF (Gross) | 6,550 | 6,740 | 1 | 13,100 | 1 | 2 | 15,708 | |
| Support Space (Gross) | 15,924 | 15,734 | | 24,477 | | 1.5 | 21,075 | |
| Housing as a % of Gross | 29% | 30% | | 35% | | 1.1 | 43% | |
| | | | | | | | | |
| Construction Cost Total | $21,461,015 | $20,350,796 | | $26,563,300 | | | $28,615,773 | 5,6 |
| Construction Cost/SF | $955 | $906 | | $830 | 4 | | $778 | 6 |
| | | | | | | | | |
| Project Cost Total | $33,669,994 | $32,148,518 | | $34,624,000 | 2 | | $30,937,337 | 6 |
| | | | | | | | | |
| Project Cost/GSF | $1,498 | $1,430 | | $1,591 | 7 | | $1,127 | 6,7 |
| Cost savings of new/conversion | | $1,521,476 | | | | | | |

1. Housing wings are existing
2. This number is from the DGS study
3. Unknown how DGS study derived net/gross proportion - this number was obtained by multiplying the net square footage by the same proportion of net-to-gross as SVSP.
4. Based on 32,000 square feet
5. This number is from current cost estimates
6. No guard towers
7. Escalated 29 months with 10% contingency (to be comparable to current study costs)



## APPENDIX C        Program Comparison and Analysis

| Model Differences | Conversion | New | DGS | SVSP - 64 Bed | Remarks |
|---|---|---|---|---|---|
| Perimeter Security | Perimeter Patrol and New Guard Towers | Perimeter Patrol and New Guard Towers | Perimeter Patrol and New Guard Towers | Existing | It is not clear whether cost of guard towers is included in DGS study; cost of guard towers included in this study as a line item. |
| Food Service | Retherm | Retherm | Dining Room | Dining Room | Program assumption that inmates will receive their meals in their cells |
| Administrative Space | Cost model includes comprehensive administrative functions | Cost model includes comprehensive administrative functions | Cost model does not include 2,482 net/3,711 gross SF of offices due to space shortage | Administrative space is already provided elsewhere in the facility. This is just an addition. | Potential $4.3 million additional cost to bring DGS program up to actual requirements. |
| Exterior Facilities | 1,370 SF incl in cost | 1,370 SF incl in cost | 8,185 SF | 8,185 SF | Not known if cost is included in DGS price |
| Completion Date | 5/27/2011 | 12/28/2010 | 6/25/2012 | 11/4/2013 | 3 years more to complete under DGS report; 5 months more to complete Conversion than New |
| Adjusted Project Costs | $33,669,994 | $32,148,518 | $34,624,000 | $38,182,861 | See Note below explaining derivation of this number for SVSP |

Note: Escalated current construction cost 29 months with 10% contingency (to be comparable to current study costs)

SVSP has no guard towers; also, recent trends in the industry suggest non-Project costs are increasing substantially

KITCHELL