# ATTACHMENT A

**(Part 3 of 4)**

**Exhibit #5**

**Training Manual, with bibliography**



# Therapeutic Strategies and Interventions

# TRAINING MANUAL

© California Department of Mental Health, 2008. All rights reserved.

**California Department of
Mental Health
Long Term Care Services**

# Therapeutic Strategies and Interventions

# TRAINING MANUAL

**TSI Curriculum Committee 2007-2008**

Cynthia Lusch, RN, Chairperson
Clinical Administrator, MSH

Liz Souza, MSN/Ed, Editor
Psychiatric Nursing Education Director, ASH

Keven Buckheim, PT, Assistant Editor
Training Officer (A), MSH

Joellyn Arce, RN
Nursing Coordinator, MSH

Shari Bonds, RHIT, CPHQ
Staff Mental Health Specialist, LTCS/DMH

Owenia Boykins, BSN, PMAB Master Trainer
Nurse Instructor, NSH

Christian Cole, PT
Developmental Cognitive Abilities Team, ASH

Linda Maul, RNC, MSN
Assistant Coordinator Nursing Services, CSH

Rodghl Stewart, PT, PMAB Master Trainer
Psychiatric Technician Instructor, PSH

**Special Contributors**

Colleen Love, DNSc, FAAN, ASH
National Association of State Mental Health
   Program Directors
National Child Traumatic Stress Network
National Technical Assistance Center
Charles L. Scott, MD, UCD Medical Center
U.S. Department of Health and Human Services –
   Substance Abuse/Mental Health Services Admin

**Contributors**

Kevin Baucom, PTI, ASH
Mark Becker, PhD
Jody Benson, NI, ASH
Kathy Flanagan, NI, ASH
Debbie Molfino, NI, ASH
Connie Moxness, Training Officer II, ASH
Steve Walters, PTI, ASH
Stan Wilt, RN, ASH

**Acknowledgements**

Cindy Radavsky, Deputy Director, LTCS/DMH
Pam Ahlin, Executive Director (A), CSH
Edward Foulk, Executive Director, NSH
Moira Leyva, LTCS/DMH
Carlos Luna, Executive Director, PSH
Jon De Morales, Executive Director, ASH
Nirbay Singh, PhD
Sharon Smith Nevins, Executive Director, MSH

# Preface

*Therapeutic Strategies and Interventions* (TSI) training, previously known as *Prevention and Management of Assaultive Behavior* (PMAB) training, is a training program specifically designed by, and for, state hospital employees working in the Department of Mental Health (DMH) Long Term Care Services (LTCS). The manual was compiled by the DMH Statewide TSI Committee, integrating evidenced-based practices, psychiatric rehabilitation and recovery philosophy, and the work of the original MAB Task Force.

In 2003, DMH adopted the elements of a recovery system for state hospitals in response to the following initiatives:

- National legislation in 1999 requiring tighter controls in the use of restraints in psychiatric hospitals.

- The national Association of State Mental Health Program Directors (NASMHPD) publication in 1999, requiring systematic changes when reducing the use of seclusion and restraint.

- In 2003, the report by the President's New Freedom Commission on Mental Health, identifying the recovery philosophy as the guiding principle for transformation of the nation's mental health system.

- Publication in 2003 of the National Action Plan by the Substance Abuse and Mental Health Services Administration (SAMHSA) establishing the priority to reduce and ultimately eliminate the use of seclusion and restraint in behavioral healthcare settings.

- In order to respond to the Department of Justice (DOJ), the federal body that enforces the Civil Rights of Institutionalized Persons Act (CRIPA).

The purpose of this training module is to establish consistent department wide training objectives and procedures regarding the practice of strategies and interventions that promote a therapeutic milieu; help staff to recognize, prevent, and appropriately intervene in dangerous behavioral situations; and, in cases where seclusion or restraint is unavoidable, protect the individual's health and safety, while preserving his or her dignity, rights, and well being.

3

We envision personnel who are competently trained to work independently and as part of a team to:

- Implement strategies that support a safe working environment and a therapeutic milieu for the individuals we serve.

- Prevent, suspend and mitigate conditions and circumstances that may lead to use of seclusion or restraint.

- Provide timely and effective post incident care, support, and evaluation.

- Complete necessary documentation accurately, legibly, and timely.

- Function as a Therapeutic Strategies and Interventions (TSI) Supervisor, if directed.

# Contents

## Policy and Oversight

## Instructor Requirements

TSI Instructor
        Certification Guidelines
        Training, Certification and Evaluation

TSI Master Trainer
        Certification Guidelines
        Training, Certification and Evaluation

Instructor Evaluation
        Instructions
        Forms

## Module 1 – Therapeutic Strategies & Interventions

Course Planning
        Attendance Requirements
        Instructor Requirements
        Instructional Setting
        Pre-requisites and Support Courses

Course Support
        Equipment and Supplies
        Training Materials
        Documentation

Course Objectives and Competencies
        Learning Outcomes
        Cognitive Objectives
        Psychomotor Objectives
        Expectations and Safety
        Non-physical Interventions
        Self Protection Techniques
        Stabilization and Support
        Competency Testing and Remediation
        Evaluation

Course Content
    Lesson Plan
    Course Outline
    Instructor Notes
    Participant Handout
    Post Tests (2)

## Module 2 – TSI for Supervisors

Course Planning
    Attendance Requirements
    Instructor Requirements
    Instructional Setting
    Pre-requisites and Support Courses

Course Support
    Equipment and Supplies
    Training Materials
    Documentation

Course Objectives and Competencies
    Learning Outcomes
    Cognitive and Psychomotor Objectives
    Expectations and Ground Rules
    Classroom Activities
    Competency Testing and Remediation
    Evaluation

Course Content
    Lesson Plan
    Course Outline
    Instructor Notes
    Participant Handout
    Post Test

## Module 3 – Debriefing Activities

Course Planning
    Attendance Requirements
    Instructor Requirements
    Instructional Setting
    Pre-requisites and Support Courses

Course Support
    Equipment and Supplies
    Training Materials
    Documentation

6

Course Objectives and Competencies
>    Learning Outcomes
>    Cognitive and Psychomotor Objectives
>    Expectations and Ground Rules
>    Classroom Activities
>    Competency Testing and Remediation
>    Evaluation

Course Content
>    Course Outline
>    Instructor Notes
>    Participant Handout

## Module 4 – Workforce Development: Elevating the Importance of Seclusion and Restraint Reduction

Course Planning
>    Attendance Requirements
>    Instructor Requirements
>    Instructional Setting
>    Pre-requisites and Support Courses

Course Support
>    Equipment and Supplies
>    Training Materials
>    Documentation

Course Objectives and Competencies
>    Learning Outcomes
>    Cognitive and Psychomotor Objectives
>    Expectations and Ground Rules
>    Classroom Activities
>    Competency Testing and Remediation
>    Evaluation

Course Content
>    Course Outline
>    Instructor Notes
>    Participant Handout

## Module 5 – Effective Leadership Strategies in Successful Organizational Change

Course Planning
>    Attendance Requirements
>    Instructor Requirements
>    Instructional Setting
>    Pre-requisites and Support Courses

Course Support
>   Equipment and Supplies
>   Training Materials
>   Documentation

Course Objectives and Competencies
>   Learning Outcomes
>   Cognitive and Psychomotor Objectives
>   Expectations and Ground Rules
>   Classroom Activities
>   Competency Testing and Remediation
>   Evaluation

Course Content
>   Course Outline
>   Instructor Notes
>   Participant Handout

## Module 6 – Developing a Facility Action Plan

Course Planning
>   Attendance Requirements
>   Instructor Requirements
>   Instructional Setting
>   Pre-requisites and Support Courses

Course Support
>   Equipment and Supplies
>   Training Materials
>   Documentation

Course Objectives and Competencies
>   Learning Outcomes
>   Cognitive and Psychomotor Objectives
>   Expectations and Ground Rules
>   Classroom Activities
>   Competency Testing and Remediation
>   Evaluation

Course Content
>   Course Outline
>   Instructor Notes
>   Participant Handout

## Bibliography
## Appendix

8

# Policy & Oversight

---

TSI policy and oversight are governed by Special Orders 902.02 and 119.06.

Reference state hospital policies and procedures.

# Instructors

## TSI Trainers

Certification Guidelines

Each hospital shall develop TSI Trainers in sufficient numbers to meet their training needs. **TSI Module 1** shall be conducted by a certified TSI Trainer or Master Trainer. TSI Modules 2-6 may be conducted by a TSI Trainer, Master Trainer, and/or subject matter expert.

The following qualifications shall be consistently applied at each hospital to evaluate and certify TSI Trainers to teach **TSI Module I**. Minimum requirements include, but are not limited to the following:

- A minimum of one year experience working with individuals with psychiatric disorders in a state hospital setting.
- Interest, ability and availability to teach and carry out the TSI Trainer function.
- Ability to perform physical techniques.
- Certified as a TSI Trainer by the hospital's TSI Master Trainer.
- Re-certified every two years by a TSI Master Trainer.

Training, Certification and Evaluation

Subject to approval by their supervisor/manager, employees displaying the knowledge, skills, and desire to teach *Therapeutic Strategies and Interventions* (TSI) courses, may do so by successfully meeting the criteria and competencies identified below. The employee will be trained and evaluated for competency by the TSI Master Trainer with final approval by the hospital's Training Officer and Clinical Administrator. In all cases, the employee must be performing the duties of their job classification at least 51% of the time. During their initial training and evaluation period, the employee shall:

- Read and understand pertinent TSI policy and procedures.
- Be current in TSI training requirements.
- Observe a minimum of one class taught by a TSI Master Trainer.
- Co-teach a minimum of one class with a TSI Master Trainer.
- Be observed and evaluated by a TSI Master Trainer.

Whenever possible, the same TSI Master Trainer will proctor the employee throughout the process. The evaluation process shall be documented. Following completion of the training and evaluation process, the recommendation to approve the employee for TSI Trainer status will be forwarded to the Clinical Administrator, via the Training Officer, for approval.

10

To maintain eligibility, the TSI Trainer must provide a minimum of **two** TSI courses per year. The TSI Trainer may also be required to update his/her skills by attending advanced level training, informational meetings, or reviewing written materials as determined by the facility.

## TSI Master Trainers

Certification Guidelines

Each state hospital shall have a minimum of two TSI Master Trainers. In conjunction with the hospital Training Officer and Clinical Administrator, the function of the Master Trainer shall be to train and certify TSI Instructors, oversee quality of instruction, and provide TSI training consultation as needed.

The following TSI Master Trainer qualifications shall be consistently applied at each hospital:

- A minimum of three years work experience in a state facility, of which three years shall be work experience with psychiatric individuals on units, and be currently qualified as a TSI Trainer. Related work experience shall be evaluated on a case-by-case basis by the Training Officer and Clinical Administrator.
- Interest, ability, and availability to teach and carry out the TSI Master Trainer function.
- Meets current TSI Trainer qualifications.

Training, Certification and Evaluation

- Completes a minimum of 200 hours of TSI instruction, 48 hours of which shall be the Basic TSI Course supervised by a Master Trainer.
- Re-certified every two years through the Hospital Training Department.
- Must conduct a minimum of three TSI courses per year to maintain certification.

The Hospital's Training Officer shall submit an application for certification of a Master Trainer to the Hospital's Clinical Administrator. If approved, the Training Officer shall submit a copy of the approved application to Chair of the Statewide TSI Committee, who will provide the Master Trainer with a TSI Certificate, signed by the Deputy Director of Long Term Care Services.

# Forms

Department of Mental Health

Instructor Criteria and Application Form
Therapeutic Strategies and Interventions - Module 1

Subject to approval by their supervisor/manager, employees displaying the knowledge, skills, and desire to teach the **Therapeutic Strategies and Interventions (TSI) Module 1** course, may do so by successfully meeting the criteria and competencies identified below. The employee will be trained and evaluated for competency by the TSI Master Trainer with final approval by the hospital's Training Officer and Clinical Administrator. In all cases, the employee must be performing the duties of their job classification at least 51% of the time.

During their initial training and evaluation period, the employee will:

1. Read and understand pertinent TSI policy and procedures.
2. Be current in TSI training requirements.
3. Observe a minimum of one class taught by a TSI Master Trainer.
4. Co-teach a minimum of one class with a TSI Master Trainer.
5. Be observed and evaluated by a TSI Master Trainer.

Whenever possible, the same TSI Master Trainer will proctor the employee throughout the process. The number of hours for the training and certification process will depend on the needs of the employee. Following completion of the training and evaluation process, the recommendation to approve the employee for TSI Instructor status will be forwarded to the clinical administrator.

To maintain eligibility, the TSI Instructor must provide a minimum of two TSI courses per year. The TSI Instructor may also be required to update his/her skills by attending advanced level training, informational meetings, or reviewing written materials as determined by the facility.

TSI Module 1 Instructor Application Form – page 2

Scheduled time for the TSI Instructor process must be approved by the applicant's supervisor.

I _____ (employee's name) am submitting my application to teach the *Therapeutic Strategies and Interventions Module 1* course.  In submitting this application I agree to abide by all of the above.


_____    _____
Employee's Signature/Work Location                                                            Date


As the applicant's supervisor, I believe that the applicant has the ability to become an effective TSI Instructor.   This employee has received all standards or above on their last performance evaluation.  I understand that my support is required to allow the applicant time away from his/her regular duties to receive TSI Instructor training; however, the time is subject to my approval.


_____    _____
Supervisor's Signature/Work Location                                                            Date


_____    _____
Program Director/Department Head                                                               Date


_____    _____
Clinical Administrator                                                                                      Date


**Please submit completed form to the Training Center.**

SAMPLE
## TSI INSTRUCTOR EVALUATION FORM

COURSE TITLE:   __TSI Module 1_____          DATE_____

INSTRUCTOR: _____          TIME REVIEWED_____

Complete the form using the following scale:
1= no/never (0%)          2 = rarely (25%)          3= sometimes (50%)
4= frequently (75%)       5= yes/always (100%)      NA = not applicable

| 1. INTRODUCTION | 1 | 2 | 3 | 4 | 5 | N/A |
|---|---|---|---|---|---|---|
| a. Instructor introduced him/herself and placed their name and title on the board | | | | | | |
| b. Instructor got my attention, got me interested, and gave me a desire to learn. | | | | | | |
| c. The introduction made it clear as to the purpose and objectives for the course. | | | | | | |
| d. Classroom safety procedures were presented | | | | | | |
| e. The amount of time used for the introduction was appropriate for the lesson. | | | | | | |
| **2. PREPARATION** | | | | | | |
| a. The presentation indicated that the instructor had planned well for the lesson. | | | | | | |
| b. Teaching aids, equipment, and training materials were well planned and used appropriately. | | | | | | |
| **3. PRESENTATION** | | | | | | |
| a. The lesson was presented in a logical, easy to learn order. | | | | | | |
| The instructor demonstrated knowledge of the subject matter. | | | | | | |
| b. The instructor covered the course objectives and "must know" material in the time allotted. | | | | | | |

15

## INSTRUCTOR EVALUATION FORM-continued

1= no/never (0%)          2 = rarely (25%)          3= sometimes (50%)
4= frequently (75%)       5= yes/always (100%)      NA = not applicable

| PRESENTATION (continued) | 1 | 2 | 3 | 4 | 5 | N/A |
|---|---|---|---|---|---|---|
| c. The Instructor's speech was clear and understandable, without distracting mannerisms. | | | | | | |
| d. Classroom disruptions were handled respectfully, firm, fair, and consistent. | | | | | | |
| **4. COMPETENCY COMPONENT** | | | | | | |
| a. The physical practicum component was administered correctly and safely. | | | | | | |
| b. The written post test was administered correctly. | | | | | | |
| **5. RELEVANCE** | | | | | | |
| a. Based on the indicated level of instruction, I could use the knowledge or perform the skills as taught in this lesson. | | | | | | |

Evaluator _____
          TSI Master Trainer

Reviewer _____
          Training Officer

Rev: 7/9/08

16

STATE OF CALIFORNIA
HEALTH AND WELFARE AGENCY

DEPARTMENT OF MENTAL HEALTH

THERAPUTIC STRATAGIES AND INTERVENTIONS
MASTER TRAINER APPLICATION CERTIFICATION

MH 3355 (REVISED 11/08)

**NAME:**

CLASSIFICATION:

APPLICANTS COMMENTS:

_____
_____

APPLICANTS SIGNATURE: _____

**APPLICANT QUALIFICATION PER DMH SPECIAL ORDER 902.02**

1.)    INTEREST AND ABLILITY_____    REVIEWER INITIAL_____

2.)    WORK EXPERIENCE (3 YEAR MINIMUM)_____    REVIEWER INITIAL_____

3.)    CURRENTLY CERTIFIED TSI TRAINER_____ REVIEWER INITIAL_____

4.)    200 HOURS TSI INSTRUCTION (48 HRS. BASIC TSI UNDER SUPERVISION): _____

5.)    RECOMMENDATION BY MASTER TRAINER: _____
                                            MASTER TRAINER SIGNATURE

TRAINING OFFICER COMMMENTS/REVIEW:

_____
_____
_____


RECOMMENDED BY TRAINING OFFICER _____
                                     TRAINING OFFICER SIGNATURE

RECOMMENDED BY CLINICAL ADMINISTRATOR_____
                                          CLINICAL ADMINISTRATOR SIGNATURE


CERTIFIED: _____YES _____NO        IF NO SEE COMMENTS

COMMENTS:_____
_____


CHAIRPERSON, DMH STATEWIDE TSI COMMITTEE: _____
                                               SIGNATURE

17

# M o d u l e   1

## Therapeutic Strategies and Interventions

### Course Planning

**Attendance Requirements**

All newly hired employees working within a state hospital setting are required to attend Therapeutic Strategies and Interventions (TSI) training as described in S.O. 902.01. Those in an essential job classification must successfully meet all course competencies. This course is designed for classroom delivery of 15-20 people per TSI Trainer or Master Trainer.

**Instructor Requirements**

All TSI Trainers and Master Trainers will be certified and re-certified in accordance with the DMH Special Order and TSI Instructor Certification guidelines contained in this manual. TSI instructors shall demonstrate competency in the delivery of all sections of module I. Sections A and B of module I may be delivered by subject matter experts at the discretion of the facility.

**Instructional Setting**

The setting must include the ability for people to hear the lecture; to see a power point presentation, video clips, and physical demonstration; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups; and to perform physical practice safely.

**Pre-requisites and Support Courses**

The following pre-requisite and TSI support courses include but are not limited to:

*Working Collaboratively in a State Hospital Setting*
*Therapeutic Strategies and Interventions Documentation*
*Positive Behavior Support*
*Therapeutic Milieu*
*Conflict Resolution/Alternative Dispute Resolution*
*Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*

### Course Support

18

**Equipment and Supplies**

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, pens; television, and VHS/DVD player; restraints, bed, personal protective equipment, blanket, and mats.

**Training Materials**

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and training video or CD-ROM.

**Documentation**

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

**Learning Outcomes**

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will learn:

- Proactive measures
- Observation/assessment approaches
- Team work and team evaluation
- Legal considerations
- Cultural considerations
- Medical consideration
- Aggression types
- Non-physical de-escalation techniques
- Self protection
- Stabilization procedures/application of restraints
- Post incident considerations
- Role of the TSI Supervisor
- Documentation

**Cognitive Objectives**

By the end of the course, the class participant will meet the following cognitive objectives:

- Identify strategies that promote and maintain a therapeutic milieu
- Provide a proactive positive rapport statement.
- Define the following phases: activation, escalation, crisis, de-escalation, and recovery.
- Distinguish between planned, impulsive, and psychotic aggression types.

19

- List common activators for escalation of individuals residing in a state hospital setting.
- Describe appropriate strategies to calm a person who is exhibiting escalating behavior in response to internal stimuli.
- Identify cultural and spiritual considerations.
- Verbalize pertinent legal considerations.
- Identify current assumptions concerning Seclusion and Restraint.
- Identify aspects of trauma on the individual's psyche during the use of Seclusion and Restraints.
- Describe appropriate strategies and interventions for responding to a person who is trying to gain control through manipulation or intimidation.
- Describe appropriate strategies and interventions when denying the request or a privilege of a person.
- Explain employee role in Incident Management policies.
- Describe the role of police services in TSI.
- State the criteria for the appropriate use of Seclusion/Restraint.
- Identify the importance of post-incident debriefing and the staff and individual's role.
- Describe correct stabilization procedures and care considerations for the special needs individuals.
- Identify basic nursing care needs for the individual in seclusion/restraints.
- Describe when it is appropriate to deny "Patient's Rights" during the use of Seclusion/Restraint and describe the process to use.
- Describe the applicable notification and documentation requirements.

**Psychomotor Objectives**

By the end of the course, the class participant will meet the following psychomotor objectives:

- Demonstrate self-protection techniques correctly.
- Demonstrate the proper application of personnel protective equipment.
- Demonstrate therapeutic non-physical strategies with an individual experiencing a behavioral emergency.
- Demonstrate acceptable physical stabilization techniques.
- Demonstrate the proper application of wrist, Posey belt, ankle, and full bed restraints.
- Demonstrate the appropriate use of the cot, gurney, blanket, and backboard for behavioral emergencies.

**Expectations and Classroom Safety**

Discuss expectations and/or ground rules. Emphasize classroom safety (e.g. be attentive, do not use full force, follow instructor direction, etc). Limited duty personnel shall not participate in physical practicum, as this may lead to potential for further injury.

The TSI Instructor shall take the following steps to promote classroom safety during the physical practicum portion of the course:

- Ensure that there is adequate space, clear of objects, for participants to participate in physical practice.
- Ensure mats are on floor.
- Provide opportunity for participants to warm – up and stretch.
- Review safety considerations.
- Demonstrate or show video of approved physical moves.
- Assess and document competency.
- Encourage participants to immediately report if they are experiencing any pain or injury during/ following practicum. Instructor shall follow hospital protocol if a participant is injured.

**Non Physical Interventions**

Utilizing the training video or CD ROM included with this manual, the instructor will demonstrate the following:

- Demonstrate therapeutic non-physical strategies with an individual experiencing a behavioral emergency.

**Self Protection**

The instructor will utilize training video or CD ROM included with this manual to demonstrate how employee can protect self from the following:

- Roundhouse
- Overhead club
- Kicking
- Rear hair pull
- Front hair pull
- Wrist grab
- Two-handed wrist or arm grab
- Scratching or clawing
- Biting
- Front two-hand choke
- Rear two-hand choke
- Held and unable to get away
- Attacked with a weapon
- Trip and fall
- Charging
- Spitting

**Stabilization and Support**

21

The instructor will use the training video or CD ROM included with this manual and/or demonstrates the following techniques:

- Arm stabilization
- Escort position
- Separation technique
- Wall stabilization
- Floor stabilization
- Transport with backboard
- Transport with gurney
- Stabilization blanket
- Appropriate use of restraint (5 points) in behavioral emergencies
- Wrist restraints
- Wrist and ankle restraints
- Wrist, ankle, and Posey belt
- Full bed restraints
- Other restraint as approved by local facility

**Competency Testing and Remediation**

To successfully pass the course and receive training credit, participants will:

- Complete a written post-test and score 80% or higher
- Safely and accurately perform self protection and physical practicum techniques.

If a student does not show mastery of psychomotor skills or does not score at least 80% on the written test, instructors may do one or more of the following: Provide opportunity for additional review of training material to ensure competency; provide additional practice time. If remediation efforts are unsuccessful, the instructor will notify the employee's supervisor and provide documentation according to hospital protocol.

**Evaluation**

Each participant completes a course evaluation form following the training. The employee's supervisor will monitor their TSI activities outside the classroom.

# Module 1

# THERAPEUTIC STRATEGIES AND INTERVENTIONS TRAINING

## LESSON PLAN

## LESSON PLAN

## Therapeutic Strategies and Interventions

**Instructional setting:**  This course is designed for classroom delivery of 15-18 people per TSI Trainer or Master Trainer. The setting must include the ability for people to hear the lecture; to see a power point presentation, training video, and physical demonstration; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups; and to perform physical practice safely.

II.    **Target Audience**:
- All newly hired employees whose duties include participation in the development or delivery of patient treatment services either on residential or off-unit treatment sites.

III.    **Length of Lesson**: Reference S.O. 902.01. Sixteen hours for new employees; 7 hours for current clinical/nursing staff review training; 4 hours for non-clinical support staff review training.

IV.    **Materials:** TSI Manual, PowerPoint presentation; course sign in form; student handouts, post-test, evaluation form; training video/DVD; restraints, bed, mats.

V.    **Equipment:** Laptop computer, LCD projector, white board, flip chart, flip chart paper, markers, pens, index cards and masking tape; television, VHS or DVD player.

VI.    **Objectives (Knowledge/Behavioral):** By the end of the course, students will be able to:

- Become familiar with the difference between the "assumptions" surrounding the historical use of seclusion and restraint and the factual realities of their use.
- Understand the basic reasons that serve as the foundation for the international work to reduce the use of seclusion and restraint interventions.
- Identify strategies that promote and maintain a therapeutic milieu
- Provide a proactive positive rapport statement.
- *Define the following phases: activation, escalation, crisis, de-escalation, and recovery.*
- Distinguish between planned, impulsive, and psychotic aggression types.
- List common activators for escalation of individuals residing in a state hospital setting.
- Describe appropriate strategies to calm a person who is exhibiting escalating behavior in response to internal stimuli.

24

- Identify cultural and spiritual considerations.
- Verbalize pertinent legal considerations.
- Identify current assumptions concerning Seclusion and Restraint.
- Identify aspects of trauma on the individual's psyche during the use of Seclusion and Restraints.
- Describe appropriate strategies and interventions for responding to a person who is trying to gain control through manipulation or intimidation.
- Describe appropriate strategies and interventions when denying the request or a privilege of a person.
- Explain employee role in Incident Management policies.
- Describe the role of police services in TSI.
- State the criteria for the appropriate use of Seclusion/Restraint.
- Describe correct stabilization procedures and care considerations for the special needs individuals.
- Identify basic nursing care needs for the individual in seclusion/restraints.
- Describe when it is appropriate to deny "Patient's Rights" during the use of Seclusion/Restraint and describe the process to use.
- Describe the applicable notification and documentation requirements.
- Identify the importance of post-incident debriefing and the staff and individual's role.

Psychomotor:

- Demonstrate self-protection techniques correctly.
- Demonstrate the proper application of personnel protective equipment.
- Demonstrate therapeutic non-physical strategies with an individual experiencing a behavioral emergency.
- Demonstrate acceptable physical stabilization techniques.
- Demonstrate the proper application of wrist, Posey belt, ankle, and full bed restraints.
- Demonstrate the appropriate use of the cot, gurney, blanket, and backboard for behavioral emergencies.

VII.    **LESSON PLAN AND PRESENTERS NOTES:** List specific steps/activities taken in this lesson.

A. Warm up/Introduction: Icebreaker (optional). Expectations/ground rules with emphasis on safety (e.g. limited duty personnel may not participate in practicum, essential function for some employees, do not use full force, follow direction, etc).

B. Presentation/Practice/Application: Reference *New Employee Therapeutic Strategies and Interventions* Instructor Outline.

25

C. Learning Outcomes Evaluation/Extension:

- To pass the course, participants will: a) complete a written post-test and score 80% or higher, and b) safely and competently perform all required self protection and physical practicum techniques. Instructors will complete appropriate documentation and contact employee's supervisor when participant in "essential function" position, does not successfully complete the practicum.
- Supervisors will monitor TSI activities outside the classroom.

D. Instructor/Course Evaluation:
- All students will complete a course evaluation.

# M o d u l e  1

<br><br><br>

# THERAPEUTIC STRATEGIES AND
# INTERVENTIONS TRAINING

<br>

## INSTRUCTOR COURSE OUTLINE
(reference TSI Module 1 PowerPoint)

# M o d u l e   1

**THERAPEUTIC STRATEGIES AND
INTERVENTIONS TRAINING**

## INSTRUCTOR NOTES
(reference TSI Module 1 PowerPoint)

28

# M o d u l e  1

## THERAPEUTIC STRATEGIES AND INTERVENTIONS TRAINING

## PARTICIPANT HAND OUT
(reference TSI Module 1 PowerPoint)

# Module 1

## THERAPEUTIC STRATEGIES AND INTERVENTIONS TRAINING

## SAMPLE POST TEST 1

**TSI Module 1**
**SAMPLE POST TEST**
**16-Hour & 7-Hour Review Class**

Name_____ Date_____

Passing score is 80% or above.

1. What are three things that you can do to promote a helpful and positive relationship with the individuals in your care?

_____

_____

_____

2. Response to traumatic stress is a learned behavior, mediated by the brain & the social environment.    T    F

3. Isolating or punishing through use of seclusion or restraint will help decrease negative behaviors.                T      F

4. Match the appropriate information for each of the following phases:

1. ____Activation              A. Dangerous to self or others
2. ____ Escalation             B. Triggering mechanism- sets into motion
3. ____Crisis                  C. Loud voice, tense muscles, pacing
4. ____De-Escalation           D. Emotions or remorse may be displayed
5. ____Recovery                E. Vitals return to normal, muscles relax

5. Seclusion or restraint is considered a treatment failure.  List 5 ways to prevent its use:
  A._____
  B._____
  C._____
  D._____
  E._____

When is it appropriate to use Seclusion or Restraint?

_____

_____

7. Give three examples of Personnel Protective Equipment that may be used when physically stabilizing a person who has blood/body fluid precautions.

_____

_____

_____

31

8. Match the following by writing in the correct letter.

Reasonable force: _____        A.  Least aggressive alternative
Self- Protection: _____        B.  Your fundamental right to resist harm, offensive
                                      touching,  force or violence.

9.    List 3 basic care needs for the person in Seclusion /Restraint.
   a._____
   b._____
   c._____

10.  What are 3 items that can be in a seclusion room?
   a._____
   b._____
   c._____

11.  Match special needs clients and their medical consideration when utilizing
restraints:
   a._____ Clozapine   1.  Respiratory distress
   b._____ Diabetic    2.  Constipation
   c._____ Seizure     3.  Pressure Areas, frail skin
   d._____ Geriatric   4.  Poor circulation to extremities, blood sugar concern

12. Match the following documents with the definition:

| a._____  Special Incident Report | 1. Records restraints in use, ROM, VS, I&O, and 15" assessments |
|---|---|
| b._____  Flow Sheet | 2. Requires a new one every 4-hours. |
| c._____  MD order | 3.  Any occurrences that are potentially or actually physically and/or psychologically harmful to an individual served or are inconsistent with the individuals' expected behavior, condition, treatment or care plan. |

Put T if True or F if False:

_____ 13. All program areas are to have posted a statement of individual rights,
information on how to pursue those rights and how to report violations of such rights.
_____ 14. Individuals are to be assessed within 30 minutes by an RN when placed
in Restraints or Seclusion.
_____ 15. Verbal threats by individuals in our care are to be minimized and not
documented.
_____ 16. Unlike military or police training, we teach staff to parry and evade rather
than to block and control.

\_\_\_\_\_ 17. Physical interventions are safety measures of last resort.

\_\_\_\_\_ 18. You can only deny a right when there is no less restrictive means of protecting the patients' right.

\_\_\_\_\_ 19. All patients' rights can be denied.

20. Match individual behavior(s) with appropriate staff response(s):

a. \_\_\_\_\_   Anger/Frustration          1. Set limits, avoid reinforcing
b. \_\_\_\_\_   Grossly psychotic          2. Communicate Control
c. \_\_\_\_\_   Fear                       3. Reorient individual to you
d. \_\_\_\_\_   Manipulation               4. Reduce the perceived threat

21. When an individual is in seclusion or restraint, all patients' rights remain in effect. However, if you find yourself in a situation where a deniable right has to be denied, the specific right should only be denied for "Good Cause". Please indicate below the criteria for "Good Cause"; check all that may apply.

\_\_\_\_\_ The exercise of the specific right would be injurious to the Individual.

\_\_\_\_\_ There is evidence that the specific right, if exercised, would seriously infringe on the rights of others.

\_\_\_\_\_ The facility would suffer serious damage if the specific right is not denied.

\_\_\_\_\_ The exercise of the right would compromise the safety and security of the facility and/or the safety of others.

ASH revised 6/1/08 ls

33

# M o d u l e  1

## THERAPEUTIC STRATEGIES AND INTERVENTIONS TRAINING

## SAMPLE POST TEST 2

# TSI EXAMINATION AND ANSWER KEY
## Module 1

Name_____ Work Location_____ Date_____

**Each question is worth two points.  Passing score = 80% or higher**

1.  **Activation is defined as an event, whether viewed by an individual as positive or negative or a combination of both,  that:**

    A.    Has no effect physiologically
    B.    Reduces tension
    C.    <u>Alters the behavior of that individual</u>
    D.    Has no effect on emotions

2.  **Assumption is defined as:**

    A.    An undeniable truth
    B.    Should automatically be believed and responded to
    C.    <u>A belief that is supposed to be factual</u>
    D.    Is always based on proven facts and statistics

3.  **A common activator, which is the most frequent activator in an Assault is:**

    A.    <u>Demands for compliance</u>
    B.    Loss of property
    C.    Environmental factors
    D.    All of the above

4.  **As a staff member's attitude, which of the following could produce a negative response from an individual?**

    A.    Inconsistency
    B.    Rudeness/sarcasm
    C.    Authoritarian
    D.    <u>All of the above</u>

35

5. **Which of the following is NOT an example of an immediate short-term intervention?**

   A.    Remove stimuli
   B.    1:1 verbal intervention
   C.    Separation/Redirection/Distraction
   D.    <u>Introducing negative stimulus</u>

6. **In crisis intervention our objective is to:**

   A.    <u>Assist the individual to regain emotional control</u>
   B.    Use the most restrictive measures first
   C.    Avoid emotional contact with the patient
   D.    Communicate any general or abstract ideas

7. **An individual may use cold threats as an attempt to gain control by:**

   A.    Praise
   B.    Threats
   C.    Extortion/Blackmail
   D.    <u>All of the above</u>

8. **An effective method in intervention of a 'Hot Threat' is to:**

   A.    Quickly agree with the individual
   B.    <u>'Talk Down' the situation</u>
   C.    Speak louder and faster than the individual
   D.    Walk away and ignore the individual

9. **An individual in the escalation phase may begin to:**

   A.    Request more staff attention
   B.    Isolate or separate themselves from unit milieu
   C.    <u>Both A & B</u>
   D.    None of the above

**Match the following profile with the most APPROPRIATE staff responses(s).**

10.   **Impulsive Assault**

      A.     Avoid the individual as the situation may get worse

      B.     Challenge the individual

      C.     <u>Communicate control by assisting the individual to Dissipate anger</u>

      D.     Do not note behavior in chart

11.   **Psychotic Assault**

      A.     <u>Re-orient individual to here & now reality</u>

      B.     Ignore as the individual is too sick to understand here & now reality

      C.     Approach individual alone and tell him/her to "snap out of it"

      D.     Show a horror video as a unit activity

12.   **Impulsive Assault**

      A.     Quickly approach the individual to get their attention

      B.     Tell the individual how ridiculous his/her fear is

      C.     Speak loud so the individual will listen

      D.     <u>Reduce degree of the perceived threat</u>

13.   **Planned Assault**

      A.     Be inconsistent to confuse the issues and give a PRN

      B.     Make a deal in order to get along with the individual

      C.     Acknowledge the faults of staff not present to calm the individual

      D.     <u>Set limits, avoid reinforcing behavior</u>

**From the following choose the most APPROPRIATE staff intervention just before a potential crisis.**

14.     A.     Talk loud and longer than the individual
        B.     Try to intimidate the individual
        C.     Use baby talk to improve communication
        D.     <u>Remain calm</u>

15.     A.     <u>Ask individual for cooperation</u>
        B.     Command individual to behave appropriately
        C.     Ignore individual and take a break
        D.     Back the individual down by threatening him/her with seclusion and restraints

16.     A.     Debate the pros and cons of issues with the individual
        B.     Tell the individual how "it's going to be"
        C.     <u>Listen to the individual</u>
        D.     Ignore the situation as it could be risky

17. In hands-on intervention staff guidelines include which of the following?

        A.     Always hold an individual above the joints
        B.     Have sufficient staff
        C.     Staff weight vs. force
        D.     <u>All of the above</u>

18.     A.     Don't stall - grab individual at first chance
        B.     Talk loud and move fast
        C.     <u>Avoid physical contact unless there is a clear and present danger</u>
        D.     Don't use time on your side

19.     A.     Plan/coordinate team intervention
        B.     Have sufficient staff available
        C.     <u>Both A & B</u>
        D.     None of the above

20.    **Self protection is a fundamental right to resist harm, offensive touching, force and violence.**

    A.    <u>True</u>
    B.    False

21.    **In using self protection techniques there must be a "clear and present danger " use "only that force reasonably necessary to ensure safety".**

    A.    <u>True</u>
    B.    False

22.    **First choice response in effective self protection should be to run/leave/retreat and call for help.**

    A.    <u>True</u>
    B.    False

23.    **The restraint belts and bed area should be cleaned and sanitized as soon as possible following an incident.**

    A.    <u>True</u>
    B.    False

24.   **When an individual is pulling your hair, the first thing you would do is  pull away.**

    A.    True
    B.    <u>False</u>

25.    **Unlike military or police training we teach staff to parry and evade, rather than to block and control.**

    A.    <u>True</u>
    B.    False

26.  **What is the criteria for placing an individual in restraints?**

    A.  **Danger To Self**
    B.  **Danger To Others**
    C.  **Property Destruction and Verbally Assaultive**
    D.  <u>**Both A & B**</u>

27.  **In self protection you are allowed and expected to use the most aggressive alternative available to you at the time.**

    A.  **True**
    B.  <u>**False**</u>

28.  **Bystanders are often upset by assaultive episodes and physical interventions.**

    A.  <u>**True**</u>
    B.  **False**

29.  **In crowd control, staff handling the crowd should act assertively.**

    A.  <u>**True**</u>
    B.  **False**

30.  **Assault is defined by the American Psychiatric Association Task Force as:**

    A.  **Pushing, shoving, pinching, hitting, tripping**
    B.  **Scratching, pulling hair, kicking, biting**
    C.  **Grabbing, throwing an object that someone, touching genitals without consent, hanging onto someone without consent**
    D.  <u>**All of the above**</u>

31.    **Which of the following is most correct?**

    A.    The hospital and its employees are liable for injuries caused
        by negligent or wrongful acts
    B.    The California Administrative code states staff have a duty
        to exercise reasonable care to control the behavior of an
        individual who may endanger themselves or others.
    C.    <u>Both A & B</u>
    D.    None of the above

32.    **It is important to address circulation while an individual
is in restraints.**

    A.    <u>True</u>
    B.    False

33.    **Reasonable force is the amount necessary for self protection or
control of an individual and no more than absolutely
necessary.**

    A.    <u>True</u>
    B.    False

34.    **A one person stabilization is a T.S.I. technique?**

    A.    True
    B.    <u>False</u>

35.    **Past trauma can have a large affect on current psychological
conditions?**

    A.    <u>True</u>
    B.    False

36.    **Which of the following are basic individual rights?**

    A.    Protection-self and others
    B.    Treatment-reasonable and documented
    C.    <u>Both A & B</u>
    D.    None of the above

37.    Abuse is which of the following?

    A.    Willfully causes or permits any individual to suffer, inflicts unjustifiable pain or mental suffering

    B.    Willfully causes or permits an individual to be injured, willfully causes or permits an individual to be placed in a situation which permits danger to an individual's health

    C.    <u>A & B</u>

    D.    None of the above

38.    Effectively implementing a trauma informed model of care can help produce a safer environment?

    A.    <u>True</u>

    B.    False

39.    In a crisis situation a staff member's ability to make an objective decision is:

    A.    Increased

    B.    <u>Decreased</u>

    C.    Unchanged

    D.    Studies are unclear to that effect

40.    It is necessary to warn your team members if you cannot maintain your hold on an individuals' arm or leg.

    A.    <u>True</u>

    B.    False

41.    A seclusion perception study determined that individuals felt seclusion and restraint were:

    A.    Underused by staff

    B.    Had significant therapeutic value

    C.    <u>Made them feel punished</u>

    D.    Had no effect psychologically

42.    The goal of physical intervention procedures is to help the individual regain self-control, not to impose rigid external control.

    A.    <u>True</u>
    B.    False

43.    The recovery phase is an ideal time to counsel an individual. Which best describes the subject to be discussed in the counseling?

    A.    Reinforce to the individual what a mess he/she is making of his/her life
    B.    Let the individual know he/she is missing his/her favorite TV show
    C.    <u>The activator and future ways of preventing a similar recurrence of the incident</u>
    D.    Let the individual know you understand he/she couldn't help what he/she did

44.    Medications should be administered during the de-escalation phase.

    A.    True
    B.    <u>False</u>

45.    Which is true of Special Incident Reports?

    A.    They are a tool in future treatment planning
    B.    They should be clear, concise, legible, and give an accurate account of incidents
    C.    They serve no purpose
    D.    <u>Both A & B</u>

**Choose the most correct answer from the following:**

**46.    Managing 'Cold Threats'**

    **A.**    Tell no one about the incident
    **B.**    Do not document interactions
    **C.**    Bring to the attention of the treatment team
    **D.**    Ignore the manipulation, it's just empty talk

**47.    Planned Aggression**

    **A.**    It is rarely organized
    **B.**    There are many warning signs
    **C.**    Aggressive acts may be due to a group affiliation
    **D.**    There is no long term goal for the aggressor

**48.    Traumatized Individual**

    **A.**    There is no identified link between past trauma and present
                behavior
    **B.**    It happened a long time ago, just let go of the past
    **C.**    Trauma has an adverse impact psychologically
    **D.**    Incarcerated individual's rarely face trauma

**49.    'Talk Up' Procedure**

    **A.**    Make the threat a personal issue
    **B.**    Understand the nature of and interventions for a 'Cold
                Threat'
    **C.**    Keep talking, eventually the individual will have to listen
    **D.**    No documentation is necessary

**50.    Environmental Factors**

    **A.**    Crowded conditions have no effect on behavior
    **B.**    Privacy is a privilege
    **C.**    A comfortable environment promotes well-being
    **D.**    The temperature of the living areas is not important

MSH kb: 8/1/08 ls

# M o d u l e 2

**THERAPEUTIC STRATEGIES AND
INTERVENTIONS TRAINING
SUPERVISOR COURSE**


LESSON PLAN

# M o d u l e  2

## Therapeutic Strategies and Interventions Supervisor Course

### Course Planning

#### Attendance Requirements

All newly hired or promoted shift leads, supervisors, and clinical managers working within a state hospital setting are required to attend *Therapeutic Strategies and Interventions (TSI) for Supervisors training* one time. Acting and  "relief" shift leads working within a state hospital setting are encouraged to attend *TSI for Supervisors training*. This course is designed for classroom delivery of 15-20 employees.

#### Instructor Requirements

Instructors for *Therapeutic Strategies and Interventions Supervisor* training shall be TSI Trainers, TSI Master Trainers, and/or TSI subject matter experts.

#### Instructional Setting

The setting must include the ability for people to hear the lecture; to see a power point presentation and video clips; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups.

#### Pre-requisites and Support Courses

The following pre-requisite and support TSI courses include, but are not limited to:

> *Conflict Resolution/Alternative Dispute Resolution*
> *Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*
> *Positive Behavior Support*
> *Therapeutic Strategies and Interventions* training
> *Therapeutic Strategies and Interventions Documentation*
> *Working Collaboratively in a State Hospital Setting*

### Course Support

#### Equipment and Supplies

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, pens; television, and VHS/DVD player.

**Training Materials**

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and training video or CD-ROM.

**Documentation**

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

**Learning Outcomes**

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will receive advanced level training in:

- Proactive measures
- Observation/assessment approaches
- Team work and team evaluation
- Legal considerations
- Cultural considerations
- Medical consideration
- Aggression types
- Non-physical de-escalation strategies
- Self protection
- Stabilization procedures/application of restraints
- Post incident considerations
- Role of the TSI Supervisor
- Documentation

**Cognitive and Psychomotor Objectives**

By the end of the course, the class participant will meet the following cognitive and psychomotor objectives:

- Discuss how verbal and non-verbal communication affects safety.
- Describe supervisor responsibilities for maintaining a therapeutic milieu.
- Explore the role of the clinical supervisor.
- Identify functions of the TSI supervisor.
- Demonstrate how to follow up with an employee who is exhibiting non-therapeutic behaviors.
- Describe how to intervene with an employee who is demonstrating improper stabilization techniques.
- Describe how to follow up with an employee who has incorrectly completed a seclusion or restraint documentation.
- Differentiate between the post-incident review, post incident debriefing, and critical incident debriefing.

47

- Identify strategies that support a person's return to safety following a behavioral emergency.
- Describe how to conduct a post-incident analysis (facility option)

## Expectations and ground rules

Discuss expectations and review ground rules, if used. The TSI Instructor shall take the following steps to promote classroom learning:

- Arrange seating to promote interactive dialogue e.g. horseshoe, chevron.
- Ensure that there is adequate space for role play and small group exercises.
- Encourage participation.
- Address questions and concerns.

## Classroom Activities

Utilizing the training video or CD ROM included with this manual, the instructor will facilitate the following activities:

- Discuss and demonstrate how to follow up with an employee who is exhibiting non-therapeutic behaviors following a cold threat.
- Discuss and demonstrate how to follow up with an employee who is exhibiting non-therapeutic behaviors with a person experiencing internal stimuli.
- Discuss and demonstrate how to follow up with an employee who is exhibiting improper stabilization techniques during a behavioral emergency.

## Competency Testing and Remediation

To successfully pass the course and receive training credit, participants will:

- Complete a written post-test and score 80% or higher.
- Actively participate in small and large group discussions.
- Actively participate in classroom activities.

If a student does not score at least 80% on the written test, instructors may do one or more of the following: Provide opportunity for additional review of training material to ensure learning; provide additional time for post test. If remediation efforts are unsuccessful, the instructor will notify the employee's supervisor and provide documentation according to hospital protocol.

## Evaluation

Each participant completes a course evaluation form following the training. The instructor has the option to facilitate plus/delta discussion e.g. what "went well" and recommendations for what to "do differently". The employee's supervisor will monitor their TSI activities outside the classroom.

# M o d u l e 2

# THERAPEUTIC STRATEGIES AND INTERVENTIONS TRAINING SUPERVISOR COURSE

## COURSE OUTLINE
(reference TSI Module 2 PowerPoint)

# M o d u l e  2

**THERAPEUTIC STRATEGIES AND
INTERVENTIONS TRAINING
SUPERVISOR COURSE**

## INSTRUCTOR NOTES
(reference TSI Module 2 PowerPoint)

# Module 2

THERAPEUTIC STRATEGIES AND
INTERVENTIONS TRAINING
SUPERVISOR COURSE

PARTICIPANT HAND OUT
(reference TSI Module 2 PowerPoint)

# Module 2

**THERAPEUTIC STRATEGIES AND
INTERVENTIONS TRAINING
SUPERVISOR COURSE**

SAMPLE POST TEST

# Module 2
## Therapeutic Strategies and Interventions for Supervisors
## Post Test

Name_____Date_____

Passing score is 80% or above.

1. _____ % (percent) of what you verbalize, accurately expresses what you are trying to communicate.

2. How does communication affect safety?

   _____
   _____

3. List 4 characteristics of a good leader.

   _____
   _____
   _____
   _____

4. What have you seen or done that was helpful in promoting a therapeutic relationship with individuals in your care?

   _____
   _____
   _____

5. Match the following:

   A. Post Incident Review _____

   B. Critical Incident Debriefing_____

   C. Post Incident Debriefing_____

   1. A process a staff member may go through following an incident to assist in their healing.

   2. Helps team members work together and discuss areas for improvement.

   3. Assists the individual and staff to identify what led to the incident and how it could be avoided in the future.

Circle True or False

6. The MD orders do not need to include person specific release criteria. **True False**
7. As a shift lead on the unit, it is not your responsibility to ensure the documentation for a behavioral emergency is completed.        **True False**
8. 2 hour notes can not be completed by an unlicensed staff member. **True False**
9. You do not need to notify the social worker if an individual goes into restraints or seclusion on the weekend. **True False**
10. At change of shift, an individual in restraints/seclusion must be evaluated by both the on-coming and off-going shifts. **True False**

11. Give at least one example of where precursor behaviors are documented.

   _____

53

12. List four antecedent/assault precursors.

_____

_____

_____

_____

13. List 3 preventative measures to avoid a potentially assaultive incident.

_____

_____

_____

14. When must a SOC 341 be completed? Circle all that apply

a. You are told of abuse or neglect
b. You witness abuse or neglect
c. You reasonably suspect abuse or neglect
d. A resident says abuse or neglect has happened but there were no witnesses.

15. When is it appropriate to use seclusion or restraint?

_____

_____

16. Abuse of an elder or dependent adult means physical abuse, neglect, ____ **(insert A, B, C, or D)**, or other treatment with resulting harm or pain, mental suffering, or sexual activity.
    A. Mandatory activities, work assignments, paying less than minimum wage
    B. Cruel punishment, financial abuse
    C. Abandonment, intimidation
    D. C and B

17. Once Police Services are called to assist with a resistive person, they assume control and responsibility of the incident....................    T        F

18. As a supervisor during a behavioral emergency, your primary concern is the safety and security of the individual(s) and staff involved in the incident    T        F

19. Required functions of the TSI Supervisor (Shift Lead) include:

    Assign staff to TSI tasks..............................................    T        F

    Conduct Post-Incident Review.........................................    T        F

    Authorize the use of seclusion & restraint...................................    T        F

    Include discussion of potential problems and possible interventions in change-of-shift reports.......................    T        F

Provide same-day correction after observing inappropriate interventions or technique.................................................................    T    F

Provide or refer staff in need for refresher training ....................    T    F

Direct TSI implementations.............................................    T    F

Help or direct team members to adjust improper physical intervention or verbal interactions.......................    T    F

20. Physician's orders for restraints are needed:

Initially within 2 hours.....................................................    T    F

Every 4 hours after original order......................................    T    F

When restraints are lessened (FBR to WR).............................    T    F

For spit nets...............................................................    T    F

If the person in our care returns to restraints after being out of them for 45 minutes.................................................................    T    F

21. One thing I will do differently/implement on my unit, as a result of this training:

_____

_____

ASH Revised: 7/1/08 ls

55

# Module 3

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEBRIEFING ACTIVITIES

COURSE PLANNING

# M o d u l e  3

## Debriefing Activities

### Course Planning

#### Attendance Requirements

All newly hired or promoted shift leads, supervisors, and clinical managers working within a state hospital setting are encouraged to attend *Debriefing Activities* training one time. This course is designed for classroom delivery of 25-30 employees.

#### Instructor Requirements

Instructors for *Debriefing Activities* training shall be TSI Trainers, TSI Master Trainers, and/or TSI subject matter experts.

#### Instructional Setting

The setting must include the ability for people to hear the lecture; to see a power point presentation; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups.

#### Pre-requisites and Support Courses

The following pre-requisite and support *Debriefing Activities* courses include, but are not limited to:

>*Working Collaboratively in a State Hospital Setting*
>*Therapeutic Strategies and Interventions* training
>*Leading Organizational Change*
>*Positive Behavior Support*
>*Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*
>*Therapeutic Strategies and Interventions for Supervisors*
>*Therapeutic Strategies and Interventions Documentation*
>*Conflict Resolution/Alternative Dispute Resolution*
>*Wellness & Recovery Treatment Planning*
>*Workforce Development: Elevating the Importance of S/R*

### Course Support

#### Equipment and Supplies

57

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, and pens.

**Training Materials**

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and CD-ROM.

**Documentation**

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

**Learning Outcomes**

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will receive advanced level training in:

- Proactive measures
- Observation/assessment
- Team work and team evaluation
- Legal considerations
- Cultural considerations
- Medical considerations
- Non-physical de-escalation strategies
- Post incident considerations
- Role of the supervisor and manager
- Documentation

**Cognitive and Psychomotor Objectives**

By the end of the course, the class participant will meet the following cognitive and psychomotor objectives:

- Identify the three main debriefing activities that follow each event: a) immediate post-event, b) formal, c) consumer debriefings.
- Understand the goals, key elements, and process involved in these debriefing activities.
- Describe how to utilize "lessons learned" during debriefing to make changes in policy and practice that better prevent the use of seclusion and restraint.

**Expectations and ground rules**

Discuss expectations and review ground rules, if used. The instructor shall take the following steps to promote classroom learning:

- Arrange seating to promote interactive dialogue.

- Encourage participation.
- Address questions and concerns.

**Classroom Activities**

Instructor facilitates large group discussion e.g. questions/answers.

**Competency Testing and Remediation**

There is currently no post test provided in this module.

**Evaluation**

Each participant completes a course evaluation form following the training. The employee's supervisor will monitor their activities outside the classroom.

# M o d u l e  3

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEBRIEFING ACTIVITIES

## COURSE OUTLINE
(Reference Module 3 PowerPoint)

# M o d u l e  3

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEBRIEFING ACTIVITIES

## INSTRUCTOR NOTES
(Reference Module 3 PowerPoint)

# Module 3

## PREVENTING VIOLENCE, TRAUMA, AND THE USE OF SECLUSION AND RESTRAINT IN MENTAL HEALTH SETTINGS

## **DEBRIEFING ACTIVITIES**

## RIGOROUS EVENT ANALYSIS GUIDELINES

# Rigorous Event Analysis

*Adopted from National Association of State Mental Health Program Directors*
*National Technical Assistance Center*
*Draft policy Six Core Strategies for Reducing Seclusion and Restraint*

Following a Seclusion and Restraint Event of 2 or more hours the following Debriefing or Rigorous Event Analysis is to be completed by the Management Team and Submitted to the Clinical Administrator for review. The review should be completed within 24 – 48 hours of the event, excluding weekends and holidays.

1.  Debriefing or Event analysis is to include an analysis of:
    *   Triggers
    *   Antecedent behaviors
    *   Alternative behaviors
    *   Least restrictive or alternative interventions attempted
    *   De – escalation preferences
    *   WRP strategies or interventions to be used with the individual

2.  The review should include the following questions that will identify opportunities for improvement:

    *   Has a treatment environment been created where conflict is minimized (or not).
        *Questions to ask*
        1.  Is the environment calm and welcoming?
        2.  Is the environment personalized and normalizing or institutional?
        3.  Is the milieu calm and quiet?
        4.  Have any staff developed a relationship with the individual?
        5.  Are there signs about rules, warnings or other things posted on the unit that may cause feelings of oppression?
        6.  Did the individual witness a Seclusion and Restraint event or other upsetting event on the unit?
        7.  What was a trigger to the aggressive or dangerous behavior?
        8.  Did we know the individual well enough to know their personal triggers?
        9.  Is the individual a trauma survivor, and if so, did something in the environment create a traumatic re-enaction?
        10. What set the individual off?
        11. Was there a change in the individual's behavior during the course of the shift?
        12. Did the individual want something prior to the event or at any time during the shift?

- Could the trigger for conflict have been avoided (illness, personal issues, environment)?

    *Questions to ask*

    1. Did the individual participate in the admission process or WRP process?
    2. Was a trauma assessment completed?
    3. Was a preference plan completed?
    4. Has the individual ever been in seclusion and restraint before?
    5. Did the individual have a phone call or visit that was upsetting or were they anticipating a phone call or visit that did not occur?
    6. Was the individual worried about anything? Court, WRP, GP review?
    7. Did the individual have to wait an inordinate amount of time for something he/she wanted?
    8. Did the individual indicate they needed help, attention or assistance before the incident?
    9. Was the individual ignored, treated rudely, shamed, humiliated or given a consequence for some behavior?
    10. Was the individual taking medication? Is there a therapeutic level? Are they experiencing side effects? Has a Moses been completed?
    11. Was the individual experiencing signs and symptoms of mental illness ie., auditory hallucinations.
    12. Was the individual oriented to the unit rules upon admission or transfer? Is this documented?
    13. Is this the individual's first admission?

- Did the staff notice and respond to events timely (or not)?

    *Questions to ask*
    1. Who responded and when?
    2. Was there any warning that the individual was upset?
    3. What were the first signs and who noted them?
    4. If no one noticed, why?
    5. Should the person have been on precautions?

- Did the staff choose an effective intervention (or not)

    *Questions to ask*
    1. What technique was tried first and by whom?
    2. Why was that technique chosen?
    3. Did anything get in the way of the intervention?

4. Did anyone get in the way of the intervention?
5. Was the intervention delayed for any reason?
6. How did the person respond to the intervention?
7. What was the individual's emotional state at the time?
8. What was the staff's emotional state at the time?
9. What else could have been tried but was not?
10. Why not?

- If the intervention was unsuccessful was another chosen (or not)?

- Did staff utilize S/R only in response to imminent danger (or not)?

*Questions to ask*
1. What was the exact behavior that warranted S/R?
2. Did it meet the threshold of imminent danger ( use AD as a guide)
3. Who made the decision for S/R? Was the person who made the decision removed from the event that triggered the Seclusion and Restraint episode (not involved in the event)?
4. Did the person making the decision for S/R have good rationale based on training and experience and knowledge of the individual to make an informed decision on the use of S/R?

- Was S/R applied safely?

  *Questions to ask*
1. Were policies and procedures followed?
2. How many staff were involved in the S/R event? Were there sufficient staff to manage the situation?
3. Did a Registered Nurse provide oversight of the event?
4. Was there a PMAB supervisor on site who witnessed the event and coordinated the actions of those involved?
5. Were q 15 minute checks done and the documentation supports continued use of restraint?

- Was the individual released as soon as possible?

  *Questions to ask*
1. When was the individual released? Was the individual released as soon as release criteria was met and was it documented?
2. Who made the decision and what was it based on?
3. Was the policy followed?
4. Could the individual have been released earlier?
5. Was the individual released too soon and why?
6. What was the documented release criteria used and were they appropriate?

- Post incident activities

*Questions to ask*
1. Did debriefing occur after the event and what were the timelines?
2. Who led the immediate de-briefing?
3. Was this documented?
4. Did the findings inform practice?
5. Was the individual involved in the de-briefing?
6. Were the staff involved a part of the de-briefing – list the members of the team who participated.
7. Was the WRPT notified of the event and was the treatment plan modified to reflect interventions used or identified in the de-briefing.

- Did learning occur and was it integrated into the treatment plan and practice?

*Questions to ask*
1. What was learned about the S/R event in the debriefing process?
2. Did learning inform policy, practices, procedures, rules, treatment plan, staff training and education, unit rules?
3. Did staff receive training and education or counseling?

# Module 3

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEBRIEFING ACTIVITIES

### PARTICIPANT HAND OUT
(Reference Module 3 PowerPoint)

# Module 4

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## Workforce Development:
## Elevating the Importance of Seclusion and
## Restraint

## COURSE PLANNING

# Module 4

## Workforce Development:
## Elevating the Importance of Seclusion and Restraint

### Course Planning

#### Attendance Requirements

All newly hired or promoted supervisors and clinical managers working within a state hospital setting are encouraged to attend *Workforce Development: Elevating the Importance of Seclusion and Restraint* training one time. This course is designed for classroom delivery of 25-30 employees.

#### Instructor Requirements

Instructors for *Workforce Development: Elevating the Importance of Seclusion and Restraint* training shall be TSI Trainers, TSI Master Trainers, and/or TSI subject matter experts.

#### Instructional Setting

The setting must include the ability for people to hear the lecture; to see a power point presentation; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups.

#### Pre-requisites and Support Courses

The following pre-requisite and support courses for *Workforce Development: Elevating the Importance of Seclusion and Restraint* include, but are not limited to:

> *Working Collaboratively in a State Hospital Setting*
> *Therapeutic Strategies and Interventions* training
> *Leading Organizational Change*
> *Positive Behavior Support*
> *Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*
> *Therapeutic Strategies and Interventions for Supervisors*
> *Therapeutic Strategies and Interventions Documentation*
> *Conflict Resolution/Alternative Dispute Resolution*
> *Basic Supervision*
> *Principles of Performance Improvement*

69

## Course Support

### Equipment and Supplies

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, and pens.

### Training Materials

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and CD-ROM.

### Documentation

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

### Learning Outcomes

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will receive advanced level training in:

- Proactive measures
- Observation/assessment
- Team work and team evaluation
- Legal considerations
- Medical considerations
- Non-physical de-escalation techniques
- Post incident considerations
- Role of the supervisor and manager
- Documentation

### Cognitive and Psychomotor Objectives

By the end of the course, the class participant will meet the following cognitive and psychomotor objectives:

- Understand the importance of elevating the visibility of the use seclusion and restraint at all levels in the organization.
- Describe the use of witnessing as an important and effective intervention in the prevention and reduction of seclusion and restraint.
- Identify specific changes in the roles and responsibilities of staff at all levels in the organization.
- Understand how to use human resources and staff development to develop the workforce.

70

**Expectations and ground rules**

Discuss expectations and review ground rules, if used. The instructor shall take the following steps to promote classroom learning:

- Arrange seating to promote interactive dialogue.
- Encourage participation.
- Address questions and concerns.

**Classroom Activities**

Instructor facilitates large group discussions.

**Competency Testing and Remediation**

There is currently no post test provided in this module.

**Evaluation**

Each participant completes a course evaluation form following the training. The employee's supervisor will monitor TSI activities outside the classroom.

71

# Module 4

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## WORKFORCE DEVELOPMENT:
## ELEVATING THE IMPORTANCE OF
## SECLUSION AND RESTRAINT

## COURSE OUTLINE
(Reference Module 4 PowerPoint)

# Module 4

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## WORKFORCE DEVELOPMENT:
## ELEVATING THE IMPORTANCE OF
## SECLUSION AND RESTRAINT

INSTRUCTOR NOTES
(Reference Module 4 PowerPoint)

73

# Module 4

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## WORKFORCE DEVELOPMENT:
## ELEVATING THE IMPORTANCE OF
## SECLUSION AND RESTRAINT

PARTICIPANT HAND OUT
(Reference Module 4 PowerPoint)

# M o d u l e  5

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## EFFECTIVE LEADERSHIP STRATEGIES
## IN SUCCESSFUL
## ORGANIZATIONAL CHANGE

COURSE PLANNING