# ATTACHMENT A

**(Part 4 of 4)**

# Module 5

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## EFFECTIVE LEADERSHIP STRATEGIES
## IN SUCCESSFUL
## ORGANIZATIONAL CHANGE

COURSE PLANNING

# M o d u l e   5

## Effective Leadership Strategies in Successful Organizational Change

### Course Planning

#### Attendance Requirements

All newly hired or promoted supervisors and clinical managers working within a state hospital setting are encouraged to attend *Effective Leadership Strategies in Successful Organizational Change* training one time. This course is designed for classroom delivery of 25-30 employees.

#### Instructor Requirements

Instructors for *Developing a Effective Leadership Strategies in Successful Organizational Change* training shall be TSI Trainers, TSI Master Trainers, and/or TSI subject matter experts.

#### Instructional Setting

The setting must include the ability for people to hear the lecture; to see a power point presentation; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups.

#### Pre-requisites and Support Courses

The following pre-requisite and support courses for *Effective Leadership Strategies in Successful Organizational Change* include, but are not limited to:

> *Working Collaboratively in a State Hospital Setting*
> *Therapeutic Strategies and Interventions* training
> *Leading Organizational Change*
> *Positive Behavior Support*
> *Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*
> *Therapeutic Strategies and Interventions for Supervisors*
> *Conflict Resolution/Alternative Dispute Resolution*
> *Workforce Development: Elevating the Importance of S/R*
> *Debriefing Activities*
> *Developing a Facility Action Plan*
> *Principles of Performance Improvement*
> *Facilitative Leadership Training*

## Course Support

### Equipment and Supplies

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, and pens.

### Training Materials

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and CD-ROM.

### Documentation

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

### Learning Outcomes

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will receive advanced level training in:

- Proactive measures
- Observation/assessment
- Team work and team evaluation
- Legal considerations
- Cultural considerations
- Medical consideration
- Non-physical de-escalation techniques
- Post incident considerations
- Role of the supervisor and manager
- Documentation

### Cognitive and Psychomotor Objectives

By the end of the course, the class participant will meet the following cognitive and psychomotor objectives:

- Understand the essential role of effective mental health leaders in creating organizational change that leads to preventing violence, trauma, and the use of S/R.
- Understand why leaders must demonstrate consistent commitment and involvement for their organization(s) to see successful outcomes.
- Be introduced to Six Principles/Competencies* of effective leaders at any level of the organization as reported by the literature.

*Six Principles/Competencies: Vision, Values, Human Technology, Data, Staff Performance, Plan Development

## Expectations and ground rules

Discuss expectations and review ground rules, if used. The instructor shall take the following steps to promote classroom learning:

- Arrange seating to promote interactive dialogue.
- Encourage participation.
- Address questions and concerns.

## Classroom Activities

Instructor facilitates large group discussion e.g. questions/answers.

## Competency Testing and Remediation

There is currently no post test provided in this module.

## Evaluation

Each participant completes a course evaluation form following the training. The instructor has the option to facilitate plus/delta discussion e.g. what "went well" and recommendations for what to "do differently". The employee's supervisor will monitor their activities outside the classroom.

# Module 5

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

**EFFECTIVE LEADERSHIP STRATEGIES
IN SUCCESSFUL
ORGANIZATIONAL CHANGE**

COURSE OUTLINE
(Reference Module 5 PowerPoint)

# Module 5

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## EFFECTIVE LEADERSHIP STRATEGIES
## IN SUCCESSFUL
## ORGANIZATIONAL CHANGE

INSTRUCTOR NOTES
(Reference Module 5 PowerPoint)

# M o d u l e  5

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## EFFECTIVE LEADERSHIP STRATEGIES
## IN SUCCESSFUL
## ORGANIZATIONAL CHANGE

## PARTICIPANT HANDOUT
(Reference Module 5 PowerPoint)

# Module 6

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEVELOPING A
## FACILITY ACTION PLAN

COURSE PLANNING

# Module 6

## Developing a Facility Action Plan

### Course Planning

#### Attendance Requirements

All newly hired or promoted clinical supervisors and managers working within a state hospital setting are encouraged to attend *Developing a Facility Action Plan* training one time. This course is designed for classroom delivery of 25-30 employees.

#### Instructor Requirements

Instructors for *Developing a Facility Action Plan* training shall be TSI Trainers, TSI Master Trainers, and/or TSI subject matter experts.

#### Instructional Setting

The setting must include the ability for people to hear the lecture; to see a power point presentation; to write notes and complete a written post test; to discuss questions and do problem solving individually and in small groups.

#### Pre-requisites and Support Courses

The following pre-requisite and support courses for *Developing a Facility Action Plan* include, but are not limited to:

> *Working Collaboratively in a State Hospital Setting*
> *Therapeutic Strategies and Interventions* training
> *Leading Organizational Change*
> *Positive Behavior Support*
> *Mandatory Reporting of Abuse & Neglect/Duty to Warn and Inform*
> *Therapeutic Strategies and Interventions for Supervisors*
> *Therapeutic Strategies and Interventions Documentation*
> *Conflict Resolution/Alternative Dispute Resolution*
> *Workforce Development: Elevating the Importance of S/R*
> *Debriefing Activities*
> *Principles of Performance Improvement*

## Course Support

### Equipment and Supplies

Equipment and supplies needed for this course include, but are not limited to: laptop computer with CD ROM playing capability, LCD projector, white board, easel, easel paper, markers, and pens.

### Training Materials

Training materials needed for this course include, but are not limited to: Instructor manual, PowerPoint slide presentation, participant manual/hand outs, and CD-ROM.

### Documentation

The following forms should be available prior to start of class: course sign in roster, course evaluation form, continuing education credit form.

## Course Objectives and Competencies

### Learning Outcomes

Through lecture, demonstration, group discussion, problem solving, practical application, and testing, the participant will receive advanced level training in:

- Proactive measures
- Observation/assessment
- Team work and team evaluation
- Role of the supervisor and manager
- Documentation

### Cognitive and Psychomotor Objectives

By the end of the course, the class participant will meet the following cognitive and psychomotor objectives:

- Understand the importance of developing an organized, facility-specific plan to prevent violence and use of S/R.
- Understand the steps involved in developing an organizational plan.
- Be introduced to how to use S/R Prevention Plan Template provided.
- Review the Six Core Strategies*
- Learn about "Essential Considerations" when developing a Plan.
- Become familiar with common "Obstacles to Success" learned from other S/R prevention initiatives.
- Review a generic Plan "example".

* Six Core Strategies: 1) Leadership toward organizational change; 2) Using data to inform practice; 3) Workforce development; 4) Use of S/R prevention tools; 5) Consumer or child/family and advocate roles in inpatient setting; and 6) Debriefing techniques.

**Expectations and ground rules**

Discuss expectations and review ground rules, if used. The instructor shall take the following steps to promote classroom learning:

- Arrange seating to promote interactive dialogue.
- Encourage participation.
- Address questions and concerns.

**Classroom Activities**

Instructor facilitates large group discussions.

**Competency Testing and Remediation**

There is currently no post test provided in this module.

**Evaluation**

Each participant completes a course evaluation form following the training. The employee's supervisor will monitor their activities outside the classroom.

# Module 6

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEVELOPING A
## FACILITY ACTION PLAN

### COURSE OUTLINE
(Reference Module 6 PowerPoint)

86

# M o d u l e  6

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEVELOPING A
## FACILITY ACTION PLAN

## INSTRUCTOR NOTES
(Reference Module 6 PowerPoint)

# Module 6

PREVENTING VIOLENCE, TRAUMA, AND THE USE
OF SECLUSION AND RESTRAINT IN MENTAL
HEALTH SETTINGS

## DEVELOPING A
## FACILITY ACTION PLAN

## PARTICIPANT HANDOUT
(Reference Module 6 PowerPoint)

# B i b l i o g r a p h y

See attached

# Appendix

The following resources are available through the Statewide TSI Committee:

CD ROM 1:   Therapeutic Strategies & Interventions Curriculum: Modules 1 and 2 (NASMHPD, ASH-DMH/LTCS, C.L. Scott, MD, UC Davis, TSI Statewide Committee)

CD ROM 2:   Therapeutic Strategies & Interventions Curriculum: Modules 3, 4, 5 & 6 (NTAC, NASMHPD, TSI Statewide Committee)

CD 1 and 2:   Aggression Types-Video Clips (C.L. Scott, MD, UC Davis); Non-physical Interventions Scenarios (TSI Statewide Committee); Physical Stabilization to Safety Scenario (ASH-DMH/LTCS); Debriefing Instructions; Debriefing Scenario, and Self Protection Techniques (TSI Statewide Committee, ASH-DMH/LTCS).

# Bibliography

*Books*                    *Periodicals*

*Manuals*                  *Reports*

## Books:

Barthol, R.G.,
*Protect Yourself: a
Self Defense for
Women from
Prevention to
Encounter Attack.*
Prentice Hall Inc.
1979

Guntheil, T.G.,
Appelbaum. P.S.,
*Clinical Handbook
of Psychiatry and
the Law.* McGraw-
Hill, 1982

Lion, J.R., Reid,
W.H., ed. *Assaults
within Psychiatric
Facilities.* Grune
and Stratton, Inc.
1983

Tardiff, R., ed. *The
Psychiatric Uses of
Seclusion and
Restraint.* R.R.
Donnelly and Sons,
1984

Thackrey, M.,
*Therapeutics for
Aggression,
Psychological/
Physical Crisis
Intervention.*
Human Sciences
Press, Inc. 1987

## Manuals:

ABM Seminars,
*"Practical
Management of the
Assaultive Client."*
Micconics, 1984

Goetz, Huckshorn.,
*"Debriefing
Activities."* 2003

Huckshorn, K.A.,
R.N., MSN, CAP
Director, Office of
Technical
Assistance,
National
Association of State
Mental Health
Program Directors.,
*"Preventing
Violence, Trauma
and the Use of
Seclusion and
Restraint in Mental
Health Settings."*
2008

Huckshorn, K.A.,
R.N., MSN, CAP
Director, Office of
Technical
Assistance,
National
Association of State
Mental Health
Program Directors.,
*"Effective
Leadership*

*Strategies in
Successful
Organizational
Change."* 2004

Huckshorn,
Stromberg, Lehel.,
*"Trauma Informed
Care; An Overview
of Fundamental
Concepts."* 2004;
Revised 2008

Johnston, D.H.,
*"Crisis Intervention
Training for
Emergency Medical
Technicians."*
Psychological and
Counseling Group,
Savannah, Georgia,
Circa 1975

Kumar, J., ed.,
*"The CMS
Restraint Training
Requirements
Handbook."*
HCPro, Inc. 2007

M.A.B. Audit
Committee.
*"Management of
Assaultive Behavior
with Safety and
Poise."* Napa State
Hospital, 1983

Nihart, Huckshorn,
Lebel., *"Current
Assumptions
Regarding
Seclusion and
Restraint Use."*

(Conceptually
Excerpted in part
from Mair &
Anderson, 2001)
2003: Updated
2008

*"Roadmap to
Seclusion and
Restraint Free
Mental Health
Services."* DHHS
Pub. No. (SMA)
05-4055.
Rockville, MD:
Center for Mental
Health Services,
Substance Abuse
and Mental Health
Services
Administration,
2005

Saxe, G., M.D.,
*"Treating
Traumatized
Individuals:
Neurobiological &
Physical Effects of
Trauma.* ", 2002

Scott, Charles,
PhD. *"Aggression
Reduction
Training"* 2006

Smith, P.,
*"Management of
Assaultive
Behavior."* &
*"Professional
Assault Response
Training."*
California
Department Health,
1978

Stegne, L.R., *"The Prevention and Management of Disturbed Behavior."* Ministry of Health, Ontario, Canada. 1976. 76-2397/9/76/2M

Weiss, R.L., Project Director *"Management of Violence."* An Instructional Development Project of Community Emergency Care, Inc., in cooperation with Department of Public Health, City & Co. of San Francisco, and U.S. Public Health Service Hospital. (Funded by the Robert Wood Johnson Foundation and Dept. of H.E.W.)

Gugheil, T.G., *"Observations on the Theoretical Basis for Seclusion of the Psychiatric Inpatient."* 135: 323-28, 1978

Lion, J. R., Pasternak, S.A., *"Countertransference Reactions to Violent Patients."* 130: 207-10, 1978

Mattson, M.R., Sacks, M.H., *"Seclusion: Uses and Complications."* 135: 1061-4, 1980

Rofman, E.S., Askinazi, Co., Fant, E., *"The Prediction of Dangerous Behavior in Emergency Civil Commitment."* 137:1061-4, 1980

*Violence in Hospitals."* 37: 159-62, 1986

Felthous, A.R., *"Preventing Assaults on a Psychiatric Inpatient Ward."* 35: 1223-6, 1984

Gertz, B., *"Training for Prevention of Assaultive Behavior in a Psychiatric Setting."* 31: 628-30, 1980

Kroll, J., Mackenzie, T.B., *"When Psychiatrists are Liable: Risk Management and Violent Patients."* 43: 29-37, 1983

Lanza, M.L., *"The Reactions of Nursing Staff to Physical Assault by a Patient.* 34: 44-47, 1983

Lehmann, L., Padilla, M., Clark, S., Loucka, S., *"Training Personnel in the Prevention and Management of Violent Behavior."* 34: 40-43, 1983

Tupin, J.P., *"The Violent Patient: A strategy for Management and Diagnosis."* 34: 37-40, 1983

*Soliday."* 173: 288-9, 1985

Jensen, K., *"Comments on Dr. Stanley M. Soliday's A Comparison of Patient and Staff Attitudes Towards Seclusion."* 173 290-1, 1985

McElroy, E.M., *"Consumers of Psychiatric Services and Staff--Worlds Apart on the Issue of Seclusion."* 173: 287, 1985

Soliday, S.Y., *"A Comparison of Patient and Staff Attitudes Towards Seclusion."* 173: 282-86, 1985

Wadeson, H. *"Impact of the Seclusion Room Experience."* 163: 318-28, 1976

## Periodicals:

**Bulletin of the Menninger Clinic:**

Benalcazar – Schmid, R., Berlin, I.R., *"Violence in the Hospitalized Adolescent: Some Considerations on the Management of Aggression in the Long-term Hospital Unit."* (A Grand Rounds Presentation at the Menninger Foundation.) 50 (S): 480-90, 1986

**American Journal Psychiatry:**

**Archives of General Psychiatry:**

Wells, D.A., *"The Use of Seclusion on a University Hospital Psychiatric Floor."* 26: 410-13, 1972

**Hospital and Community Psychiatry:**

Binder, R.L., McCoy, S.M., *"A Study of Patient's Attitudes Toward Placement in Seclusion."* 34: 1052-54, 1983

Engel, F, Marsh, S., *"Helping the Employee Victim of*

**Journal of Nervous and Mental Disease:**

Chamberlin, J., *"An Ex-Patient's Response to*

## Reports:

Study Report on the Evaluation of the Current Alarm Systems within State Hospitals; Department of Mental Health, California, D. Michael O'Connor, Dir., 1986

Unpublished Article: Reiser, P., *"Predicting Violent Behavior in a State Mental Hospital."* Napa State Hospital, 1986

# Exhibit #6

# Admission Criteria

**Step By Step Processing for determining DTP/ICF Admission Criteria to DMH Facility**

**May 13, 2009**

| Day Treatment Program (DTP) | Intermediate Care Facility (ICF) |
|---|---|
| The following are the clinical criteria required for admission to the Day Treatment Program: <br><br> 1. Has an Axis I major (severe) mental disorder with active symptoms. <br><br> 2. Does not require 24-hour nursing supervision. <br><br> 3. Inmate suffers from mild to moderate impairment of functioning in most life areas that would benefit from focused and comprehensive skill development to improve functioning within the prison setting or in preparation for parole, and/or requires continuing stabilization of psychiatric symptoms in a more structured setting. <br><br> 4. Able to function in a structured therapeutic setting with minimal staff prompting. <br><br> 5. Able to participate in own treatment planning. <br><br> 6. No serious suicide attempts in the past 30 days. <br><br> 7. No acute medical issues. | A. Criteria for inpatient care in a DMH hospital or psychiatric program requires an Axis I major (severe) mental disorder with active symptoms (the definition of a major mental illness is based on the CDCR Program Guide) and any one of the following: <br><br> 1. As a result of the major mental disorder, the inmate-patient is unable to adequately function within the structure of the CDCR Enhanced Outpatient Program (EOP) Level of Care. <br><br> 2. The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior; or stabilization of refractory psychiatric symptoms. <br><br> 3. Neurological/neuropsychological consultation services are available at ASH, PSH, and VPP. This level of assessment is not available at SVPP. <br><br> 4. The inmate-patient requires an inpatient diagnostic evaluation. <br><br> 5. The inmate-patient would benefit from a comprehensive treatment program with an emphasis on skill (i.e. coping, daily living, medication compliance) development with increased programming and structured treatment environment. |

6. The patient's psychiatric medication history indicates that a clozapine trial may be useful.

7. Inmate-patients (male only) who are deemed a significant assault risk, have a history of victimizing other inmate-patients (including inciting others to act in a dangerous manner) or present a high escape risk, shall be referred to the SVPP ICF. CDCR refers to these inmate-patients as high custody inmate-patients.

8. The inmate-patient's Global Assessment of Functioning (GAF) indicates behavior that is considerably influenced by psychotic symptoms; OR serious impairment in communication or judgment; OR inability to function in almost all areas.

9. For SVPP only, the inmate-patient is medically appropriate as determined by the receiving Prison medical staff.  The SVPP Clinical Assessment Team (CAT) will determine mental health suitability.  If agreement is not reached refer to the CCAT process in Section VI.  Any denial for medical reasons will be immediately referred to the Director, Statewide Mental Health Program

B. In addition to a primarily Axis I disorder, admission to a DMH hospital or psychiatric program shall be considered when:

1. The inmate-patient engages in ritualistic or repetitive self-injurious/suicidal behavior that has not responded to treatment in a CDCR facility. Without inpatient mental health treatment the inmate-patient is likely to develop serious medical complications or present a threat to his life.

2. The inmate-patient is chronically suicidal and has had repeated admissions to a Mental Health Crisis Bed (MHCB).

**Exhibit #7**

**Data**

# Referral Breakdown for DMH Vacaville Day Treatment Program

Case a:06-cv-005... DM-SCR Document 23 Filed 05/28/09 Page

## 7/1/2007 - 6/30/2008

| Referral Source | Number | Percent of Total | Accepted | Rejected | Withdrawn | Deferred-ASH | Other |
|---|---|---|---|---|---|---|---|
| CMF | 41 | 49% | 32 | 0 | 9 | 0 | 0 |
| | | | ( 78% | 0% | 22% | 0% | 0% ) |
| SQ | 1 | 1% | 0 | 0 | 1 | 0 | 0 |
| | | | ( 0% | 0% | 100% | 0% | 0% ) |
| VPPAcute | 27 | 33% | 19 | 0 | 8 | 0 | 0 |
| | | | ( 70% | 0% | 30% | 0% | 0% ) |
| VPP-ITP | 14 | 17% | 14 | 0 | 0 | 0 | 0 |
| | | | ( 100% | 0% | 0% | 0% | 0% ) |
| GRAND TOTALS: | 83 | 100% | 65 | 0 | 18 | 0 | 0 |
| | | | ( 78% | 0% | 22% | 0% | 0% ) |

## 7/1/2008    -    5/12/2009

| Referral Source | Number | Percent of Total | | Accepted | Rejected | Withdrawn | Deferred-ASH | Other |
|---|---|---|---|---|---|---|---|---|
| CMC | 2 | 3% | | 2 | 0 | 0 | 0 | 0 |
| | | | ( | 100% | 0% | 0% | 0% | 0% ) |
| CMF | 35 | 53% | | 25 | 0 | 10 | 0 | 0 |
| | | | ( | 71% | 0% | 29% | 0% | 0% ) |
| SOL | 1 | 2% | | 1 | 0 | 0 | 0 | 0 |
| | | | ( | 100% | 0% | 0% | 0% | 0% ) |
| SQ | 3 | 5% | | 2 | 0 | 1 | 0 | 0 |
| | | | ( | 67% | 0% | 33% | 0% | 0% ) |
| VPPAcute | 16 | 24% | | 10 | 0 | 6 | 0 | 0 |
| | | | ( | 63% | 0% | 38% | 0% | 0% ) |
| VPPICP | 1 | 2% | | 0 | 0 | 1 | 0 | 0 |
| | | | ( | 0% | 0% | 100% | 0% | 0% ) |
| VPP-ITP | 8 | 12% | | 7 | 0 | 1 | 0 | 0 |
| | | | ( | 88% | 0% | 13% | 0% | 0% ) |
| GRAND TOTALS: | 66 | 100% | | 47 | 0 | 19 | 0 | 0 |
| | | | ( | 71% | 0% | 29% | 0% | 0% ) |

5/12/2009

| | Total Days: | 7128 | | |
|---|---|---|---|---|
| | Avg. LOS: (Days): | 192.6 | | |
| | **Institution** | **No.** | **% Of Total** | |
| | CMC | 1 | 2.70 % | |
| | CMF | 16 | 43.24 % | |
| | VPPAcute | 11 | 29.73 % | |
| | VPP-ITP | 9 | 24.32 % | |

**Total DMHVPP Census =**     **37**        **5/12/2009**

# Exhibit #8

# Impact of Short-Term & Intermediate-Term Proposals

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

**Men's Mental Health Program Capacity Requirements**

**Short Term and Intermediate Proposals**

**To provide relief for 2009 bed gap**

| Level of Care | Current Program Capacity | + | New/Reallocated Capacity | = | Net Capacity | Actual Unmet Need Per Table 2 | over/(under) Unmet Gap Need |
|---|---|---|---|---|---|---|---|
| EOP | 3,141 | | 388 | | 3,529 | 717 | (329) |
| ASU | 474 | | 92 | | 566 | 148 | (56) |
| PSU | 384 | | 0 | | 384 | 95 | (95) |
| MHCB | 314 | + | 37 | = | 351 | 26 | 11 |
| Acute | 155 | | 43 | | 198 | 63 | (20) |
| ICF | 365 | | 25 | | 390 | (113) | 138 |
| ICF-High Custody | 306 | | 94 | | 400 | 64 | (30) |
| Grand Totals: | 5,139 | + | 679 | = | 5,818 | 1,000 | (381) |

**Legend**
Current Program Capacity
New/Reallocated Capacity
Net Capacity

---

**Table A:** Capacity as of May, 2009.
As provided by Health Care Population Oversight Program

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 74 | 256 | 24 | | | | 738 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC | 580 | 54 | | 36 | | | | 670 |
| CIM | | | | 34 | | | | 34 |
| LAC | 300 | 54 | | 12 | | | | 366 |
| SVSP | 192 | 45 | | 10 | | 240 | | 487 |
| CMF[1] | 533 | 58 | | 70 | 130 | 84 | 66 | 941 |
| PBSP | 66 | | 128 | 10 | | | | 204 |
| COR | 150 | 54 | | 23 | | | | 227 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | | | | | 36 |
| HDSP | | | | 10 | | | | 10 |
| ISP | | | | | | | | 0 |
| KVSP | 96 | | | 12 | | | | 108 |
| NKSP | | | | 10 | | | | 10 |
| PVSP | | | | 6 | | | | 6 |
| SATF | | | | 20 | | | | 20 |
| SOL | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| Sub Total: | 3,141 | 474 | 384 | 314 | 130 | 84 | 306 | 4,833 |

**Department of Mental Health Hospital Capacity:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |

| Grand Total: (DMH Hospital + CDCR) | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | 3,141 | 474 | 384 | 314 | 155 | 365 | 306 | 5,139 |

---

**Table B:** New/Reallocated capacity under development or proposed.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC[2] | | | | 20 | | | | 20 |
| RJD | | | | | | | | 0 |
| CMC | | | | | | | | 0 |
| CIM | | | | | | | | 0 |
| LAC[3] | | 20 | | | | | | 20 |
| SVSP[4] | | 27 | | | | | 130 | 157 |
| CMF[5] | | | | | 68 | | -36 | 32 |
| PBSP | | | | | | | | 0 |
| COR[6] | | 45 | | | | | | 45 |
| MCSP | | | | | | | | 0 |
| SQ[7] | | | | 17 | | | | 17 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF[8] | 238 | | | | | | | 238 |
| SOL[9] | 150 | | | | | | | 150 |
| WSP | | | | | | | | 0 |
| Sub Total: | 388 | 92 | 0 | 37 | 68 | 0 | 94 | 679 |

**Department of Mental Health Hospital Capacity:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | -25 | 25 | | 0 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | -25 | 25 | 0 | 0 |

| Grand Total: (DMH Hospital + CDCR) | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | 388 | 92 | 0 | 37 | 43 | 25 | 94 | 679 |

---

**Table C:** Net capacity for short term relief.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 74 | 256 | 44 | 0 | 0 | 0 | 758 |
| RJD | 330 | 63 | 0 | 14 | 0 | 0 | 0 | 407 |
| CMC | 580 | 54 | 0 | 36 | 0 | 0 | 0 | 670 |
| CIM | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 34 |
| LAC | 300 | 74 | 0 | 12 | 0 | 0 | 0 | 386 |
| SVSP | 192 | 72 | 0 | 10 | 0 | 0 | 370 | 644 |
| CMF | 533 | 58 | 0 | 70 | 198 | 84 | 30 | 973 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 99 | 0 | 23 | 0 | 0 | 0 | 272 |
| MCSP | 510 | 36 | 0 | 8 | 0 | 0 | 0 | 554 |
| SQ | 0 | 36 | 0 | 17 | 0 | 0 | 0 | 53 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 238 | 0 | 0 | 20 | 0 | 0 | 0 | 258 |
| SOL | 150 | 0 | 0 | 9 | 0 | 0 | 0 | 159 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Sub-Total: | 3,529 | 566 | 384 | 351 | 198 | 84 | 400 | 5,512 |

**Department of Mental Health Hospital Capacity:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | 0 | 256 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 0 | 306 | 0 | 306 |

| Grand Total: (DMH Hospital + CDCR) | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | 3,529 | 566 | 384 | 351 | 198 | 390 | 400 | 5,818 |

**ASSUMPTIONS:**

Most short term proposals will be decommissioned as new capacity is created.  Exceptions to this are: COR 45 bed EOP-ASU, SQ 17 MHCB and any programs that are created and prove to be appropriate and effective for the population served.


**FOOTNOTES:**

1. CMF:  The ICF total bed count in this chart also includes all DTP program beds (44).

2. SAC:  20 additional short term MHCB will be designated from MH-OHU beds.

3. LAC:  20 additional EOP-ASU beds will be designated.

4. SVSP: A) 27 additional EOP-ASU beds will be designated; B) 130 additional ICF-H beds are created from: Converting two C-yard housing units to 116 beds; conducting a double celling pilot at TCI to create additional capacity of 10; and adding 2 beds in each of D-5 and D-6.

5. CMF: A) 32 additional Acute beds will be created in P-1; B) 36 beds in P-2 will convert from ICF-H to Acute;

6. COR: 45 additional EOP-ASU beds will be created from existing housing unit.  Currently a 27 bed EOP-ASU addition is in the planning stage; 18 additional EOP-ASU beds will allow this housing unit to be designated as an EOP-ASU.  With the addition of permanent office and treatment space, this will become part of the long term bed plan.

7. SQ:  17 MHCB in Building 22 will be activated in January 2010. These beds will be licensed and will become part of the long term bed plan.

8. SATF:  A) 150 EOP-SNY beds to be designated from existing housing unit; B) 88 EOP-Dual Diagnosis program will be created in the SAP housing.

9. SOL:  150 EOP beds will be designated in an existing housing unit.

**Exhibit #9**

**Long-Term Bed Planning**

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

# Men's Mental Health Program Capacity Requirements

## Long Term Bed Plan

## Spring 2009 Projections through 2013

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - Spring 2009 Population Projections, April 2009 (Navigant Consulting) Need to 2013: | over/ (under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 3,141 | | 1,622 | | 0 | | 4,763 | 4,763 | 0 |
| ASU | 474 | | 292 | | -45 | | 721 | 675 | 46 |
| PSU | 384 | | 152 | | 0 | | 536 | 546 | (10) |
| MHCB | 314 | | 246 | | -90 | | 470 | 470 | 0 |
| Acute - Total | 155 | | 38 | | 0 | | 193 | 193 | 0 |
| ICF (Low Custody) - Total | 365 | | 0 | | 0 | | 365 | 301 | 64 |
| ICF- High Custody | 306 | | 496 | | -178 | | 624 | 624 | 0 |
| Total: | 5,139 | | 2,846 | | -313 | | 7,672 | 7,572 | 100 |

**Table #A:** Capacity as of May, 2009.
Data sources for number of beds: Health Care Population Oversight Program.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | 384 | 74 | 256 | 24 | | | | 738 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC[1] | 580 | 54 | | 36 | | | | 670 |
| CIM[2] | | | | 34 | | | | 34 |
| LAC | 300 | 54 | | 12 | | | | 366 |
| SVSP[3] | 192 | 45 | | 10 | | | 240 | 487 |
| CMF[4] | 533 | 58 | | 70 | 130 | 84 | 66 | 941 |
| PBSP | 66 | | 128 | 10 | | | | 204 |
| COR | 150 | 54 | | 23 | | | | 227 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | | | | | 36 |
| HDSP | | | | 10 | | | | 10 |
| ISP | | | | | | | | 0 |
| KVSP | 96 | | | 12 | | | | 108 |
| NKSP | | | | 10 | | | | 10 |
| PVSP | | | | 6 | | | | 6 |
| SATF | | | | 20 | | | | 20 |
| SOL | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| Site 1 | | | | | | | | |
| Site 2 | | | | | | | | |
| Sub Total: | 3,141 | 474 | 384 | 314 | 130 | 84 | 306 | 4,833 |
| **Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |
| Grand Total: (DMH Hospital + CDCR) | 3,141 | 474 | 384 | 314 | 155 | 365 | 306 | 5,139 |

**Table #B:** New capacity under development, proposed or converted.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | | | 152 | | | | | 152 |
| RJD | | | | | | | | 0 |
| CMC | | | | 50 | | | | 50 |
| CIM | | | | | | | | 0 |
| LAC[5] | 150 | | | | | | | 150 |
| SVSP[6] | 96 | 72 | | | | | | 168 |
| CMF[7] | 67 | | | | 20 | | 64 | 151 |
| PBSP | | | | | | | | 0 |
| COR[8] | | 45 | | | | | | 45 |
| MCSP | | | | | | | | 0 |
| SQ[9] | | | | 29 | | | | 29 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Site 1 (S)[10] | 320 | 87 | | 63 | | | | 470 |
| Site 2 (N)[10] | 256 | 88 | | 104 | 18 | | 432 | 898 |
| Alt. sites[11] | 733 | | | | | | | 733 |
| Sub Total: | 1,622 | 292 | 152 | 246 | 38 | 0 | 496 | 2,846 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total: (DMH Hospital + CDCR) | 1,622 | 292 | 152 | 246 | 38 | 0 | 496 | 2,846 |

**Table #C:** Capacity to be returned to alternate use when need is eliminated by adding capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | | | | | | | | 0 |
| RJD | | | | | | | | 0 |
| CMC | | | | -36 | | | | -36 |
| CIM | | | | -34 | | | | -34 |
| LAC | | | | | | | | 0 |
| SVSP | | -45 | | | | | -112 | -157 |
| CMF | | | | -20 | | | -66 | -86 |
| PBSP | | | | | | | | 0 |
| COR | | | | | | | | 0 |
| MCSP | | | | | | | | 0 |
| SQ | | | | | | | | 0 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Site 1 | | | | | | | | |
| Site 2 | | | | | | | | |
| Sub Total: | 0 | -45 | 0 | -90 | 0 | 0 | -178 | -313 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total: (DMH Hospital + CDCR) | 0 | -45 | 0 | -90 | 0 | 0 | -178 | -313 |

**Table #D:** Net capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | 384 | 74 | 408 | 24 | 0 | 0 | 0 | 890 |
| RJD | 330 | 63 | 0 | 14 | 0 | 0 | 0 | 407 |
| CMC | 580 | 54 | 0 | 50 | 0 | 0 | 0 | 684 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 450 | 54 | 0 | 12 | 0 | 0 | 0 | 516 |
| SVSP | 288 | 72 | 0 | 10 | 0 | 0 | 128 | 498 |
| CMF | 600 | 58 | 0 | 50 | 150 | 84 | 64 | 1,006 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 99 | 0 | 23 | 0 | 0 | 0 | 272 |
| MCSP | 510 | 36 | 0 | 8 | 0 | 0 | 0 | 554 |
| SQ | 0 | 36 | 0 | 29 | 0 | 0 | 0 | 65 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 |
| SOL | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Site1 | 320 | 87 | 0 | 63 | 0 | 0 | 0 | 470 |
| Site 2 | 256 | 88 | 0 | 104 | 18 | 0 | 432 | 898 |
| Alt. sites: | 885 | | | | | | | 885 |
| Sub-Total: | 4,915 | 721 | 536 | 470 | 168 | 84 | 624 | 7,518 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |
| Grand Total: (DMH Hospital + CDCR) | 4,915 | 721 | 536 | 470 | 193 | 365 | 624 | 7,824 |

**Legend**

- Current program capacity
- New capacity
- Returned capacity
- Net capacity
- Long term plan
- Long term plan/Court ordered

LT Bed plan build all coleman projects 5-26 1 38pm.xls
May 23, 2009



Assumptions and Footnotes
Men's Mental Health Program

**ASSUMPTIONS:**
This plan assumes:

-- **In Table A, the base bed number does not include short term proposals. In Table B, only the short term proposals included are those intended to become permanent. Those short term proposals that are intended to become permanent (as indicated in Table B) are COR 45 bed EOP-ASU and SQ 17 MHCB.**

-- Mental health bed need projections to 2013 using Spring 2009 population projections.

-- Two new facilities (one each in north and south) are proposed to be built in collaboration with the *Plata* Receiver and located near population centers to assist in staff recruitment and retention.  These facilities will provide care in housing appropriate to patient custody level.

-- All Coleman court ordered projects are completed.

-- All "temporary" projects are decommissioned.  This includes all court identified "temporary" and **all** short term interim solutions except the 45 bed ASU EOP at Corcoran and the MHCB at SQ Building 22.  Court identified temporary projects include the ICF-high custody beds in D-5 and D-6 at SVSP, the MHCB at CMC and CIM, the ICF- high custody beds at CMF.  Also, the interim 20 MHCB at CMF APP revert back to Acute beds.

-- No currently operating programs will be decommissioned unless;
    1) the space is being converted to another required level of mental health care; and
    2) there is adequate alternative capacity to accommodate future need in that level of care.

-- CDCR inmates will remain in DMH hospital beds.

**FOOTNOTES (Men's Program):**
1. CMC: The 36 MHCBs are interim and will be decommissioned when there is no wait list.

2. CIM:   The 34 MHCBs are interim and will be decommissioned when there is no wait list.

3. SVSP:  ICF High Custody beds are comprised of 128 permanent ICF beds plus 112 beds (in D-5 and D-6 housing units). The D-5 and D-6 beds will remain in place with new treatment space until there is no wait list; These are considered temporary by the Coleman Court.

4. CMF:  Current ICF-low custody beds are comprised of 44 DTP beds in the A-2 housing unit plus 40 ICF beds in the A-3 housing unit. Current ICF-high custody beds are comprised of 36 in the P-2 housing unit and 30 in the P-3 housing unit; these are considered by the Court as temporary.

5. LAC:  Builds, per court order, treatment and office space for a housing unit conversion to 150 EOP beds.

6. SVSP:  Additional EOP capacity results from moving EOP-ASU to new facilities and retrofitting the current ASU housing unit to EOP. Office and treatment space for the EOP will be constructed.  The 72 bed EOP-ASU will be built per court order.

7. CMF:  Additional treatment and office space is in planning and design for the CMF EOP (including expanded capacity) and EOP-ASU populations.  The interim 20 MHCB at CMF APP revert back to Acute beds.  A new 64 bed ICF will be built per court order.

8. COR: As related in short term proposals, EOP-ASU capacity will be designated out of existing housing; treatment and office will be built to support these services.

9. SQ:  Also, related in short term proposals, the 29 MHCBs are delineated as follows:  17 MHCBs in Building 22 (Receiver's project), and 12 MHCBs with the CTC at the Condemned Inmate Complex project. The MHCB in the Condemned Inmate Complex was originally  identified in the December 2006 Bed Plan (page 9) and was repeated in the August 2007 Supplemental Bed Plan (page 13).  It has also been consistently identified in the bed chart spread sheets in these submittals.

10. In the new (CHCF) facilities, the EOP-ASU and PSU capacity is combined.  In the chart, the noted "(under)" in PSU is offset by the "over" in ASU.

11.  Alt. sites: May include DJJ, short term programs that have proven effective, other CDCR sites yet to be determined.

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program**

# Women's Mental Health Program Capacity Requirements

## Spring 2009 Projections through 2013

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - Spring 2009 Population Projections, April 2009 (Navigant Consulting) Need to 2013: | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 129 | | 70 | | 0 | | 199 | 199 | 0 |
| ASU | 19 | | 0 | | 0 | | 19 | 16 | 3 |
| PSU | 10 | + | 20 | - | -10 | = | 20 | 12 | 8 |
| MHCB | 22 | | 0 | | 0 | | 22 | 18 | 4 |
| Acute/ICF** | 30 | | 45 | | -30 | | 45 | 27 | 18 |
| **Total:** | 210 | | 135 | | -40 | | 305 | 272 | 33 |

**Table #A:** Capacity as of May, 2009
Data sources for number of beds: Health Care Population Oversight Program, Licensing Unit, and Office of Facilities Management.

| | Level of Care | | | | | |
|---|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
| CCWF | 54 | | | 12 | | 66 |
| CIW | 75 | 10 | 10 | 10 | | 105 |
| VSPW | | 9 | | | | 9 |
| **Total:** | 129 | 19 | 10 | 22 | 0 | 180 |

**\*\*Department of Mental Health Hospital Capacity:**

| | | | | | | |
|---|---|---|---|---|---|---|
| PSH | | | | | 30 | 30 |
| **Total:** | 0 | 0 | 0 | 0 | 30 | 30 |

| Grand Total: (DMH Hospital + CDCR) | 129 | 19 | 10 | 22 | 30 | 210 |

**Table #B:** New capacity under development, proposed or converted.

| | Level of Care | | | | | |
|---|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
| CCWF | | | | | | 0 |
| CIW[1] | | | 20 | | 45 | 65 |
| VSPW | | | | | | 0 |
| Site 1 (S) | 70 | | | | | 70 |
| **Total:** | 70 | 0 | 20 | 0 | 45 | 135 |

**Department of Mental Health Hospital Capacity:**

| | | | | | | |
|---|---|---|---|---|---|---|
| PSH | | | | | | |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 0 |

| Grand Total: (DMH Hospital + CDCR) | 70 | 0 | 20 | 0 | 45 | 135 |

**Table #C:** Capacity to be returned to alternate use when need is eliminated by adding capacity.

| | Level of Care | | | | | |
|---|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
| CCWF | | | | | | 0 |
| CIW | | | -10 | | | -10 |
| VSPW | | | | | | 0 |
| **Total:** | 0 | 0 | -10 | 0 | 0 | -10 |

**Department of Mental Health Hospital Capacity:**

| | | | | | | |
|---|---|---|---|---|---|---|
| PSH | | | | | -30 | -30 |
| **Total:** | 0 | 0 | 0 | 0 | -30 | -30 |

| Grand Total: (DMH Hospital + CDCR) | 0 | 0 | -10 | 0 | -30 | -40 |

**Table #D:** Net capacity.

| | Level of Care | | | | | |
|---|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
| CCWF | 54 | 0 | 0 | 12 | 0 | 66 |
| CIW | 75 | 10 | 20 | 10 | 45 | 160 |
| VSPW | 0 | 9 | 0 | 0 | 0 | 9 |
| Site 1 (S) | 70 | 0 | 0 | 0 | 0 | 70 |
| **Total:** | 199 | 19 | 20 | 22 | 45 | 305 |

**Department of Mental Health Hospital Capacity:**

| | | | | | | |
|---|---|---|---|---|---|---|
| PSH | | | | | 0 | 0 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 0 |

| Grand Total: (DMH Hospital + CDCR) | 199 | 19 | 20 | 22 | 45 | 305 |

**Legend**

| | |
|---|---|
| | Current program capacity |
| | New capacity |
| | Returned capacity |
| | Net capacity |
| | Long term plan |
| | Long term plan/Court ordered |

Assumptions and Footnotes
Women's Mental Health Program

**ASSUMPTIONS:**

This plan assumes:

 -- Mental health bed need projections to 2013 using Spring 2009 population projections.

 -- All current Coleman court ordered construction projects are completed.  These include 45 ICF/Acute beds and 20 PSU beds at CIW.

 -- All proposed projects to meet mental health population projections will have adequate treatment and office space, either temporary or permanent.

 -- No currently operating programs will be decommissioned unless;
　　　1) the space is being converted to another required level of mental health care; and
　　　2) there is adequate alternative space to accommodate need.

 -- CDCR inmates will remain in DMH hospital beds until such time as enough capacity is built within CDCR.


**FOOTNOTES (Women's Program):**

1. Site 1 (S): One additional EOP 70 bed housing unit with treatment space must be identified and activated.  It is planned as an annex to Site 1 (S) CHCF.