IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.               ORDER

/

        In view of the stipulation of the parties filed May 18, 2009, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' opposition to plaintiffs' May 6, 2009 motion for attorneys' fees shall be filed and served on or before June 1, 2009;

        2. Plaintiffs' reply brief, if any, shall be filed and served on or before June 25, 2009; and

        3. Hearing on plaintiffs' motion is continued from June 4, 2009 to July 2, 2009 at 11:00 a.m.

DATED: May 28, 2009.

                                              /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE