1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
3  JEFFREY STEELE, State Bar No. 124688
   DEBBIE VOROUS, State Bar No. 166884
4  Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 323-1937
    Fax: (916) 324-5205
7   E-mail: Jeff.Steele@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MICHAEL STONE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ATTORNEYS' FEES**<br><br>Date:　　July 2, 2009<br>Time:　　11:00 a.m.<br>Courtroom: Courtroom 26<br>Judge　　The Honorable John F. Moulds |

I, Michael Stone, declare:

1. I am an attorney at law to practice in all courts in the State of California. I am employed as the counsel in the Office of Legal Affairs in the California Department of Corrections and Rehabilitation (CDCR). I am the primary CDCR counsel assigned to this action.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. In the course of my duties, I regularly review billing statements from Plaintiffs' counsel, and correspond with counsel regarding objections to various aspects of the bills, including but not

1

Declaration Of Michael Stone In Opposition To Plaintiffs' Motion To Compel Attorneys' Fees (2:90-Cv-00520 LKK JFM P)

1  limited to overstaffing, excessive billing, duplicate entries, relevance, and vague descriptions of
2  the work. I also confer with them in order to reach an agreement to pay attorneys' fees under the
3  *Coleman* Court order. Once an agreement is reached on the attorneys' fees, a stipulation to order
4  payment is submitted to the Court.

5      4. With respect to the three-judge panel, CDCR has objected to paying Plaintiffs' claimed
6  fees and costs as premature and not within the orders issued in the *Coleman* case.

7      5. CDCR previously paid for Plaintiffs' attorneys' fees related to convening the three-judge
8  panel. CDCR has not paid for *Plata* attorneys' fees related to three-judge panel after it was
9  convened.

10      I declare under penalty of perjury that the foregoing is true and correct.
11  Executed at Sacramento, California on ~~May~~ June 1, 2009

13  _____
    Michael Stone

14  CF1997CS0003
15  30762759.doc

28      2
Declaration Of Michael Stone In Opposition To Plaintiffs' Motion To Compel Attorneys' Fees (2:90-Cv-00520 LKK JFM P)