1  FUTTERMAN & DUPREE LLP
   MARTIN H. DODD (104363)
2  160 Sansome Street, 17th Floor
   San Francisco, California 94104
3  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
4  martin@dfdlaw.com

5  *Attorneys for Receiver*
   J. Clark Kelso

6

7                    **UNITED STATES DISTRICT COURT**

8             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9            **AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10       **UNITED STATE DISTRICT COURT COMPOSED OF THREE JUDGES**

11       **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. CIV S-90-0520 LKK JFM P |
| *Plaintiffs*, | **THREE JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants.* | |
| | Case No. C 05-05241 JSW |
| CARLOS PEREZ, et al., | |
| *Plaintiffs*, | |
| v. | |
| JAMES TILTON, et al., | |
| *Defendants.* | |
| | |
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| *Plaintiffs*, | **THREE JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | **NOTICE OF FILING OF RECEIVER'S ELEVENTH TRI-ANNUAL REPORT** |
| *Defendants.* | |

24      PLEASE TAKE NOTICE that the Receiver in *Plata v. Schwarzenegger*, Case No. C01-

25  1351 TEH, has filed herewith his Tenth Tri-Annual Report.

26  Dated: June 1, 2009            FUTTERMAN & DUPREE LLP

27                                 By:      /s/ Martin H. Dodd
                                          Martin H. Dodd
28                                        Attorneys for Receiver J. Clark Kelso