# TABLE OF APPENDICES

1  CPHCS Summary of OIG Audit Results

2  Receiver's Turnaround Plan of Action Monthly Report – February 2009

3  Receiver's Turnaround Plan of Action Monthly Report – March 2009

4  Receiver's Turnaround Plan of Action Monthly Report – April 2009

5  Executive Summary & Health Care Access Quality Report – March 2009

6  Utilization Management Reports 1-20

7  Human Resources' Monthly Reports – December 2008 and January through March 2009

8  Workforce Development Branch Monthly Reports – December 2008 and January through March 2009

9  Physician & Nursing Turnover Rates – April 2008 through March 2009

10  Controlled Correspondence and Litigation Support Unit Executive Summary Report – January-March 2009

11  Maxor 2008 Annual Report

12  Maxor Monthly Report – February 2009

13  Vanir Construction Management Monthly Report for Avenal State Prison – December 2008

14  Vanir Construction Management Monthly Report for Avenal State Prison – January 2009

15  Vanir Construction Management Monthly Report for Avenal State Prison – February 2009

16  Vanir Construction Management Monthly Report for San Quentin State Prison – December 2008

17  Vanir Construction Management Monthly Report for San Quentin State Prison – January 2009

18   Vanir Construction Management Monthly Report for San Quentin State Prison – February 2009

19   Project Management Office Executive Data Project Summary Sheets – January 2009

20   Project Management Office Executive Data Project Summary Sheets – February 2009

21   Project Management Office Executive Data Project Summary Sheets – March 2009

22   Project Management Office Executive Data Project Summary Sheets – April 2009

23   CPR Financial Statements through April 30, 2009

24   Master Contract Waiver Summary