# APPENDICES 13-15

# PART 3 OF 5

# APPENDIX 13

Monthly Report No. 9
December 2008

# Avenal State Prison





## VANIR CONSTRUCTION MANAGEMENT, INC.
### HEALTH CARE FACILITY IMPROVEMENT PROGRAM

### Program Statistics

- **Location:**
  Avenal State Prison
- **Inmate Population:**
  7,525 Inmates
- **Procurement Methods:**
  Design-Build
  Design-Bid-Build
- **Program Stages:**
  Design, Construction and Procurement

### Project Issues

Master Plan Addendum No. 1 approved the adjustment to the Program Budget and authorized the Implementation Team to move forward and proceed on all projects. An updated Implementation Plan is in development to be issued to define revised implementation strategies resulting for the additional work scope.

A Valley Fever Plan has been developed and is being reviewed for approval.

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics , procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, approved in July, 2008 added project scope to include the expansion of medical records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and central core clinic trailers as well as addition of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Additional contract time was added to the ASP-04 construction duration. This extension coupled with the addition of work scope added by Master Plan Addendum No. 1 (ASP-08), has pushed the Projected Program Completion

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access Modulars
ASP-07, Nurse Call System

## BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,500,000.00 |
| Program Budget Adjustments | $5,929,830.00 |
| Current Program Budget | $33,429,830.00 |
| Projected Program Cost | $33,269,005.00 |
| Encumbrances To-Date | 4,277,204.98 |
| Expended To-Date | $1,928,433.40 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Dec. 2009 |

Monthly Report No. 9
December 2008

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-01a: 5th Wheel Medical Clinics, Core
- **Vanir CM Representative**
  Kimberly Bobic
- **Supplier**
  K&D
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

### Project Issues

Both 5th wheel medical clinics located in front of building #395 are complete and are fully operational.

Awaiting final trailer connection costs from ASP Plant Operations.

Approval was given to provide a shade canopy between the trailers and over the deck. Design for the canopy was included in the MP Addendum.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, CORE
## ASP-01A

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement**
   July 9, 2007 -
   October 19, 2007
**Delivery:**
   October 31, 2007
**Hook-up & Occupancy**
   October 31 —
   November 13, 2007
**Duration:**
   Four (4) months



**West view of fully operational 5th Wheel Medical clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,800.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-01b: 5th Wheel Medical Clinics, Facility
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  American Custom Coach
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

## Project Issues

All six 5th wheel medical trailer clinics have been delivered, set-up and turned over to the facility for their intended use.

# VANIR CONSTRUCTION MANAGEMENT, INC.
# 5TH WHEEL MEDICAL CLINICS, FACILITY—ASP-01B

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, work-space, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be constructed and occupied. Each trailer has ADA compliant ramping and perimeter fencing with two man-gates.

### Schedule Narrative

**Procurement:**
December 1, 2007 - January 30, 2008

**Delivery:**
February 22, 2008 - July 31, 2008

**Hook-up & Occupancy**
April 9 - August, 2008

**Duration:**
Eight (8) months



**North View of Facility One 5th Wheel Medical Clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,109,451.31 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,109,451.31 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-02: Temporary Administration & Health Care Custody Access Modulars
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  Pacific Mobile
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

## Project Issues

Temporary Admin. Modular is complete.

Additional work added to the project by Master Plan Addendum No. 1 includes the 24'x60' Custody Access Trailer, as well as the addition of phone, data and new lighting in the existing transportation office/ future Dental Administration office.

VCM has requested quotes to provide baserock at an adjacent pad for the 16 transportation vans use.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### TEMPORARY ADMINISTRATION & HEALTH CARE CUSTODY ACCESS MODULARS – ASP-02

### Project Description

Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two rest-rooms and a meeting area. The modular unit shall be located next to Building 495.

### Schedule Narrative
**Procurement:**
January 22, 2008 -March 28, 2008
**Delivery:**
April 21, 2008
**Hook-up & Occupancy**
April 22 - June 18, 2008
**Duration:**
Six (6) months. Increased due to additional work related to Custody Access Modular



**East View of the new Temporary Administration Modular**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $159,725.00 |
| Current Construction Budget: | $150,000.00 |
| Actual Construction Contract Amount: | $94,533.62 |
| Change Orders Approved to Date: | $135,960.77 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $235,000.00 |
| Construction Contract Paid to Date: | $43,155.26 |
| Projected Project Budget: | $242,000.00 |
| Total Encumbrance: | $230,494.39 |
| Paid to Date: | $43,155.26 |

## SCHEDULE STATUS

**Project is substantially complete**

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | June 17, 2008 |
| Projected Project Completion Date: | June 17, 2008 |
| Project Occupancy (Temp. Admin.) | June 18, 2008 |
| (Custody Access) | August , 2008 |

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
### INFIRMARY CONVERSION AND PHARMACY— ASP-03

### Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-03:** Infirmary Conversion and Pharmacy
- **Vanir CM Representative**
  Stuart Buck
- **Contractor**
  JTS Construction
- **Procurement Method**
  Design-Bid-Build
- **Project Stage**
  Construction

**Project Issues**

JTS Construction was issued the Notice to Proceed on August 11, 2008.

Current procurement delays of the new Pharmacy furniture for 395 has impacted the completion schedule for building 390 due to the inability to move the Pharmacy staff into their new space. Once the new Pharmacy furniture is complete in 395, JTS will be able to complete the remaining work in 390.

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will be renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



**Infirmary Building 390**

### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is currently delayed due to untimely procurement of the new Pharmacy furniture. The new projected completion date is March 31, 2009.



**Building 395; Future Pharmacy**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $11,726.00 |
| Change Orders Pending: | $(465.00) |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $64,440.00 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $408,761.00 |
| Paid to Date: | $64,440.00 |

## SCHEDULE STATUS

**Project is in the Contract Award Phase:**

| | |
|---|---|
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 3/31/09 |
| Projected Project Completion Date: | 3/31/09 |
| Project Occupancy: | Pending |

# Avenal State Prison




## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP. VANIR

**VANIR CONSTRUCTION MANAGEMENT, INC.**
**MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION BUILDING & AD. SEG. CLINIC – ASP-04**

### Project Statistics

- **Location:**
  Avenal State Prison

- **Project Name**
  ASP-04: Modular Health Services Clinics, Ad. Seg. Clinic & Administration Bldg

- **Vanir CM Representative**
  Darrell Chan

- **Contractor**
  JL Modular, Inc.

- **Procurement Method**
  Design-Build

- **Project Stage**
  Construction

### Project Issues

Inclusion of the additional scope from Master Plan Addendum No. 1 to expand the Admin. Building to accommodate the Custody Access Team and include the Ad. Seg. Clinic Modular (previously included in Bid Package ASP-05 as an interior construction project) was added in this Bid Package with minimal delays to the issuance of the ASP-04 bid documents.

The projects bid date was on September 16th. The intended contract award date was November 27th, but due to increased insurance requirements for this project, additional timeframe for contract review was required. Contract was awarded on December 15, 2008 resetting the projected project completion date to December 15, 2009.

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

Project has been bid. Reviewing seven (7) proposals from contractors.

The duration of the manufacturing and construction has been extended from 265 days to 365 days resulting from feedback from prospective contractors.

Contract was awarded on December 15, 2008 resetting the projected project completion date to December 15, 2009.



Location of Future Modular Health Services Administration Building



North East View of Future Home to Complex Clinic Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | $13,258,500.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $13,258,500.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $113,907.94 |
| Paid to Date: | $92,520.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: | 12/15/08 |
| Current Project Completion Date: | 12/15/09 |
| Projected Project Completion Date: | 12/15/09 |
| Project Occupancy: | Pending |

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-05: Clinic Pill Canopies
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  Design

## Project Issues

Locations for future Pill Canopies at each yard have been identified. Development of Bid Package has begun.

This project has currently been incorporated into ASP-08.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## CLINIC PILL CANOPIES–ASP-05

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been re-scoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

**Pill Line Shade Structures**

# BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,400.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $840,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

# SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 12/11/08 |
| Current Project Completion Date: | 4/16/09 |
| Projected Project Completion Date: | 4/16/09 |
| Project Occupancy: | Pending |

# Avenal State Prison





## VANIR CONSTRUCTION MANAGEMENT, INC.
### MEDICAL SUPPLY WAREHOUSE– ASP-06

### Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-06: Medical Supply Warehouse
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  On-Hold

### Project Issues

The Medical Supply Warehouse project ASP-06 has currently been put on hold pending funding review.

#### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate.  The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage.  This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records.  The warehouse will allow for three tier high pallet stacking of bulk supplies.  The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

#### Schedule Narrative

This project has currently been placed on hold.  Completion of this project will be revised upon approval to proceed.



**Future Location of Medical Supply Warehouse**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $1,785,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $27,1800.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | On Hold |
| Current Project Completion Date: | |
| Projected Project Completion Date: | |
| Project Occupancy: | Pending |

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-07: Nurse Call System
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  Serban Sound and Communication
- **Procurement Method**
  Purchase Order
- **Project Stage**
  Completed

## Project Issues

Serban Sound and communication has been awarded the project.

This project is completed.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## NURSE CALL SYSTEM– ASP-07

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

This project is completed pending personnel training of the new system.



**Existing Nurse Call Patient Panel**

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $60,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award:  [Planned] | 06/13/08 |
| Current Project Completion Date: | 12/14/08 |
| Projected Project Completion Date: | 12/14/08 |
| Project Occupancy: | N/A |

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison

- **Project Name**
  **ASP-08:** Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation

- **Vanir CM Representative**
  Darrell Chan

- **Contractor**
  To Be Determined

- **Procurement Method**
  Design-Bid-Build

- **Project Stage**
  Design

## Project Issues

Projects are currently under design.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### MEDICAL RECORDS EXPANSION, INMATE WAITING & CLINIC PILL ROOM RENOVATION—ASP-08

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building. The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms. The waiting space will provide three additional separate secure waiting areas.

This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of



**North View of Existing Medical Records Building**

### Schedule Narrative

The project is currently under design

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $18,101.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Mar. 2009 |
| Current Project Completion Date: | Nov. 2009 |
| Projected Project Completion Date: | Nov. 2009 |
| Project Occupancy: | Pending |

# APPENDIX 14

# Avenal State Prison





## Program Statistics

- **Location:**
  Avenal State Prison
- **Inmate Population:**
  7,525 Inmates
- **Procurement Methods:**
  Design-Build
  Design-Bid-Build
- **Program Stages:**
  Design, Construction and Procurement

### Project Issues

Master Plan Addendum No. 1 approved the adjustment to the Program Budget and authorized the Implementation Team to move forward and proceed on all projects. An updated Implementation Plan is in development to be issued to define revised implementation strategies resulting for the additional work scope.

A Valley Fever Plan has been developed and is being reviewed for approval.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### HEALTH CARE FACILITY IMPROVEMENT PROGRAM

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics , procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, approved in July, 2008 added project scope to include the expansion of medical records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and central core clinic trailers as well as addition of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Additional contract time was added to the ASP-04 construction duration. This extension coupled with the addition of work scope added by Master Plan Addendum No. 1 (ASP-08), has pushed the Projected Program Completion

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access Modulars
ASP-07, Nurse Call System

## BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,500,000.00 |
| Program Budget Adjustments | $5,929,830.00 |
| Current Program Budget | $33,429,830.00 |
| Projected Program Cost | $33,269,005.00 |
| Encumbrances To-Date | 4,277,204.98 |
| Expended To-Date | $1,928,433.40 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Dec. 2009 |

# Avenal State Prison





VANIR CONSTRUCTION MANAGEMENT, INC.
5TH WHEEL MEDICAL CLINICS, CORE
ASP-01A

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-01a: 5th Wheel Medical Clinics, Core
- **Vanir CM Representative**
  Kimberly Bobic
- **Supplier**
  K&D
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

### Project Issues

Both 5th wheel medical clinics located in front of building #395 are complete and are fully operational.

Awaiting final trailer connection costs from ASP Plant Operations.

Approval was given to provide a shade canopy between the trailers and over the deck. Design for the canopy was included in the MP Addendum.

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative

**Procurement**
   July 9, 2007 -
   October 19, 2007
**Delivery:**
   October 31, 2007
**Hook-up & Occupancy**
   October 31 —
   November 13, 2007
**Duration:**
   Four (4) months



**West view of fully operational 5th Wheel Medical clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,800.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

\* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison

 CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.



## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-01b: 5th Wheel Medical Clinics, Facility
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  American Custom Coach
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

## Project Issues

All six 5th wheel medical trailer clinics have been delivered, set-up and turned over to the facility for their intended use.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY—ASP-01B

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, work-space, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be con-structed and occupied. Each trailer has ADA compliant ramping and perimeter fenc-ing with two man-gates.

### Schedule Narrative
**Procurement:**
   December 1, 2007 - January 30, 2008
**Delivery:**
   February 22, 2008 - July 31, 2008
**Hook-up & Occupancy**
   April 9 - August, 2008
**Duration:**
   Eight (8) months



**North View of Facility One 5th Wheel Medical Clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,109,451.31 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,109,451.31 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison




## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-02:** Temporary Administration & Health Care Custody Access Modulars
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  Pacific Mobile
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

### Project Issues

Temporary Admin. Modular is complete.

Additional work added to the project by Master Plan Addendum No. 1 includes the 24'x60' Custody Access Trailer, as well as the addition of phone, data and new lighting in the existing transportation office/ future Dental Administration office.

VCM has requested quotes to provide baserock at an adjacent pad for the 16 transportation vans use.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## TEMPORARY ADMINISTRATION & HEALTH CARE CUSTODY ACCESS MODULARS – ASP-02

### Project Description

Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two restrooms and a meeting area. The modular unit shall be located next to Building 495.

### Schedule Narrative

**Procurement:**
January 22, 2008 -March 28, 2008

**Delivery:**
April 21, 2008

**Hook-up & Occupancy**
April 22 - June 18, 2008

**Duration:**
Six (6) months. Increased due to additional work related to Custody Access Modular



**East View of the new Temporary Administration Modular**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $159,725.00 |
| Current Construction Budget: | $150,000.00 |
| Actual Construction Contract Amount: | $94,533.62 |
| Change Orders Approved to Date: | $135,960.77 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $235,000.00 |
| Construction Contract Paid to Date: | $43,155.26 |
| Projected Project Budget: | $242,000.00 |
| Total Encumbrance: | $230,494.39 |
| Paid to Date: | $43,155.26 |

## SCHEDULE STATUS

**Project is substantially complete**

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | June 17, 2008 |
| Projected Project Completion Date: | June 17, 2008 |
| Project Occupancy (Temp. Admin.) | June 18, 2008 |
| (Custody Access) | August , 2008 |

# Avenal State Prison




## CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.
### VANIR

### Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-03: Infirmary Conversion and Pharmacy
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  JTS Construction
- **Procurement Method**
  Design-Bid-Build
- **Project Stage**
  Construction

**Project Issues**

JTS Construction was issued the Notice to Proceed on August 11, 2008.

Current procurement delays of the new Pharmacy furniture for 395 has impacted the completion schedule for building 390 due to the inability to move the Pharmacy staff into their new space. Once the new Pharmacy furniture is complete in 395, JTS will be able to complete the remaining work in 390.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### INFIRMARY CONVERSION AND PHARMACY— ASP-03

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will be renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



**Infirmary Building 390**

### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is currently delayed due to untimely procurement of the new Pharmacy furniture. The new projected completion date is March 31, 2009.



**Building 395; Future Pharmacy**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $11,726.00 |
| Change Orders Pending: | $(465.00) |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $64,440.00 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $408,761.00 |
| Paid to Date: | $64,440.00 |

## SCHEDULE STATUS

**Project is in the Contract Award Phase:**

| | |
|---|---|
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 3/31/09 |
| Projected Project Completion Date: | 3/31/09 |
| Project Occupancy: | Pending |

# Avenal State Prison




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-04: Modular Health Services Clinics, Ad. Seg. Clinic & Administration Bldg
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  JL Modular, Inc
- **Procurement Method**
  Design-Build
- **Project Stage**
  Construction

### Project Issues

The projects bid date was on September 16th. The intended contract award date was November 27th, but due to increased insurance requirements for this project, additional timeframe for contract review was required. Contract was awarded on December 15, 2008 resetting the projected project completion date to December 15, 2009.

Notice to Proceed was issued to JL Modular, Inc. on December 15th, but due to the requirements that the institution be trained with regards to Valley Fever prior to any earth moving has prevented the contractor from beginning any grading or earth moving related work. The Valley Fever training for the institution is scheduled for the week of February 2nd—6th, 2009.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION BUILDING & AD. SEG. CLINIC – ASP-04

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

Project has been bid. Reviewing seven (7) proposals from contractors.

The duration of the manufacturing and construction has been extended from 265 days to 365 days resulting from feedback from prospective contractors.

Contract was awarded on December 15, 2008 resetting the projected project completion date to December 15, 2009.



Location of Future Modular Health Services Administration Building



North East View of Future Home to Complex Clinic Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | $13,258,500.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $13,258,500.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $113,907.94 |
| Paid to Date: | $92,520.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: | 12/15/08 |
| Current Project Completion Date: | 12/15/09 |
| Projected Project Completion Date: | 12/15/09 |
| Project Occupancy: | Pending |

# Avenal State Prison




## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-05: Clinic Pill Canopies
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  Design

## Project Issues

Locations for future Pill Canopies at each yard have been identified. Development of Bid Package has begun.

This project has currently been incorporated into ASP-08.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### CLINIC PILL CANOPIES–ASP-05
#### (SEE ASP-08)

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been rescoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

**Pill Line Shade Structures**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,400.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $840,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 12/11/08 |
| Current Project Completion Date: | 11/19/09 |
| Projected Project Completion Date: | 11/19/09 |
| Project Occupancy: | N/A |

# Avenal State Prison





CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-06: Medical Supply Warehouse
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  On-Hold

## Project Issues

The Medical Supply Warehouse project ASP-06 has currently been put on hold pending funding review.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL SUPPLY WAREHOUSE— ASP-06

### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage. This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records. The warehouse will allow for three tier high pallet stacking of bulk supplies. The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

### Schedule Narrative

This project has currently been placed on hold. Completion of this project will be revised upon approval to proceed.



**Future Location of Medical Supply Warehouse**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $1,785,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $27,1800.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | On Hold |
| Current Project Completion Date: | |
| Projected Project Completion Date: | |
| Project Occupancy: | Pending |

# Avenal State Prison




## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-07: Nurse Call System
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  Serban Sound and Communication
- **Procurement Method**
  Purchase Order
- **Project Stage**
  Complete

## Project Issues

Serban Sound and communication has been awarded the project.

This project is completed.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## NURSE CALL SYSTEM– ASP-07

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

This project is completed pending personnel training of the new system.



**Existing Nurse Call Patient Panel**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $60,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award:  [Planned] | 06/13/08 |
| Current Project Completion Date: | 12/14/08 |
| Projected Project Completion Date: | 12/14/08 |
| Project Occupancy: | N/A |

# Avenal State Prison





VANIR CONSTRUCTION MANAGEMENT, INC.
### MEDICAL RECORDS EXPANSION, INMATE WAITING, CLINIC PILL ROOM RENOVATION & PILL CANOPIES – ASP-08

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-08:** Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Bid-Build
- **Project Stage**
  Design

## Project Issues

Projects are currently under design.

ASP-05 Pill Canopies has been incorporated into ASP-08.

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building. The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms. The waiting space will provide three additional separate secure waiting areas.

This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of



**North View of Existing Medical Records Building**

### Schedule Narrative
The project is currently under design

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $18,101.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Mar. 2009 |
| Current Project Completion Date: | Nov. 2009 |
| Projected Project Completion Date: | Nov. 2009 |
| Project Occupancy: | Pending |

# APPENDIX 15

**Monthly Report No. 11**
**February 2009**

# Avenal State Prison


CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR



## Program Statistics

- **Location:**
  Avenal State Prison
- **Inmate Population:**
  7,525 Inmates
- **Procurement Methods:**
  Design-Build
  Design-Bid-Build
- **Program Stages:**
  Design, Construction
  and Procurement

## Project Issues

Master Plan Addendum No. 1 approved the adjustment to the Program Budget and authorized the Implementation Team to move forward and proceed on all projects. An updated Implementation Plan is in development to be issued to define revised implementation strategies resulting for the additional work scope.

The Valley Fever Plan has been approved and is being instituted.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## HEALTH CARE FACILITY IMPROVEMENT PROGRAM

### Project Description

The Avenal State Prison Program consists of constructing three Complex Medical Clinics, a new Modular Health Services Administration Building, new Medical Supply Warehouse, procurement and services for Eight 5th Wheel Medical Clinics, procurement and set up of a temporary administration modular, renovation to areas within the Infirmary Building 390, conversion of existing medical building 395 into a Pharmacy, expansion of pill rooms and the addition of an Ad. Seg. Clinic.

Master Plan Addendum No. 1, approved in July, 2008 added project scope to include the expansion of medical records, addition of inmate waiting at CHS specialty Bldg. 390, Nurse Call system, canopies for pill lines and central core clinic trailers as well as addition of space for the custody access team in the Admin. Bldg.



**Avenal State Prison**

### Schedule Narrative

Additional contract time was added to the ASP-04 construction duration. This extension coupled with the addition of work scope added by Master Plan Addendum No. 1 (ASP-08), has pushed the Projected Program Completion

### Completed Projects:

ASP-01a, 5th Wheel Medical Clinics—Core
ASP-01b, 5th Wheel Medical Clinics—Yards
ASP-02, Temporary Admin. & Custody Access Modulars
ASP-07, Nurse Call System

# BUDGET STATUS

| | |
|---|---|
| Original Program Budget | $27,500,000.00 |
| Program Budget Adjustments | $5,929,830.00 |
| Current Program Budget | $33,429,830.00 |
| Projected Program Cost | $33,269,005.00 |
| Encumbrances To-Date | 4,277,204.98 |
| Expended To-Date | $1,928,433.40 |

# SCHEDULE STATUS

| | |
|---|---|
| Date of Authorization to Proceed: | September 2007 |
| Planned Program Completion Date: | Nov. 2009 |
| Projected Program Completion Date: | Dec. 2009 |

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-01a: 5th Wheel Medical Clinics, Core
- **Vanir CM Representative**
  Kimberly Bobic
- **Supplier**
  K&D
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

### Project Issues

Both 5th wheel medical clinics located in front of building #395 are complete and are fully operational.

Awaiting final trailer connection costs from ASP Plant Operations.

Approval was given to provide a shade canopy between the trailers and over the deck. Design for the canopy was included in the MP Addendum.

## VANIR CONSTRUCTION MANAGEMENT, INC.
### 5TH WHEEL MEDICAL CLINICS, CORE
### ASP-01A

### Project Description

Provide and install two (2) 5th wheel Medical trailer clinics located in front of Building #395 and across from Building #390, the Central Health Services Building. The two trailers provide (4) new clinical exam rooms and (2) restrooms for use by the institution for both general clinic and specialty exam. The two trailers shall have a connecting deck and ramp for access and inmate waiting.

### Schedule Narrative
**Procurement:**
  July 9, 2007 - October 19, 2007
**Delivery:**
  October 31, 2007
**Hook-up & Occupancy**
  October 31 — November 13, 2007
**Duration:**
  Four (4) months



**West view of fully operational 5th Wheel Medical clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $470,000.00 |
| Current Construction Budget: | $400,000.00 |
| Actual Construction Contract Amount: | $374,860.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $30,000.00 |
| Projected Construction Contract Cost: | $404,860.00 |
| Construction Contract Paid to Date: | $374,860.00 |
| Projected Project Budget: | $470,000.00 |
| Total Encumbrance: | $374,800.00 |
| Paid to Date: | $374,860.00 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Procurement: | July 9, 2007 |
| Current Project Completion Date: | November 13, 2007 |
| Projected Project Completion Date: | November 13, 2007 |
| Project Occupancy: | November 13, 2007 |

* Canopy approved by Master Plan Addendum No. 1 to be procured concurrent with ASP-05, Clinic Pill Canopies and encumbered against this contract.

# Avenal State Prison




## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-01b:** 5th Wheel Medical Clinics, Facility
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  American Custom Coach
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

## Project Issues

All six 5th wheel medical trailer clinics have been delivered, set-up and turned over to the facility for their intended use.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## 5TH WHEEL MEDICAL CLINICS, FACILITY— ASP-01B

### Project Description

Provide and install six (6) 5th wheel Medical trailer clinics, installing one (1) trailer clinic at each of the six facility yard clinics. Each trailer consists of two (2) exam rooms, work-space, and one restroom that will temporarily supplement the existing medical space within the existing clinic until which time the new complex facility clinic can be constructed and occupied. Each trailer has ADA compliant ramping and perimeter fencing with two man-gates.

### Schedule Narrative

**Procurement:**
December 1, 2007 - January 30, 2008

**Delivery:**
February 22, 2008 - July 31, 2008

**Hook-up & Occupancy**
April 9 - August, 2008

**Duration:**
Eight (8) months



**North View of Facility One 5th Wheel Medical Clinic**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,410,000.00 |
| Current Construction Budget: | $1,200,000.00 |
| Actual Construction Contract Amount: | $1,197,989.80 |
| Change Orders Approved to Date: | $5,910.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,203,899.80 |
| Construction Contract Paid to Date: | $1,109,451.31 |
| Projected Project Budget: | $1,215,000.00 |
| Total Encumbrance: | $1,203,899.80 |
| Paid to Date: | $1,109,451.31 |

## SCHEDULE STATUS

**Project is Complete**

| | |
|---|---|
| Date of Notice to Proceed: | December 1, 2007 |
| Current Project Completion Date: | August 31, 2008 |
| Projected Project Completion Date: | August 31, 2008 |
| Project Occupancy: | September 3, 2008 |

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
### TEMPORARY ADMINISTRATION & HEALTH CARE CUSTODY ACCESS MODULARS – ASP–02

### Project Statistics
- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-02: Temporary Administration & Health Care Custody Access Modulars
- **Vanir CM Representative**
  Scott Murphy
- **Supplier**
  Pacific Mobile
- **Procurement Method**
  Bid—Build
- **Project Stage**
  Complete

### Project Issues

Temporary Admin. Modular is complete.

Additional work added to the project by Master Plan Addendum No. 1 includes the 24'x60' Custody Access Trailer, as well as the addition of phone, data and new lighting in the existing transportation office/ future Dental Administration office.

VCM has requested quotes to provide baserock at an adjacent pad for the 16 transportation vans use.

### Project Description

Lease and install a double-wide modular building for temporary location of administration staff from Building #390 to allow re-assignment as specialty exam rooms and clinical support functions and Building #395 to facilitate its renovation for Pharmacy. Space to accommodate six (6) supervising RNs and three (3) scheduling staff consisting of seven (7) offices, two restrooms and a meeting area. The modular unit shall be located next to Building 495.

### Schedule Narrative

**Procurement:**
January 22, 2008 -March 28, 2008

**Delivery:**
April 21, 2008

**Hook-up & Occupancy**
April 22 - June 18, 2008

**Duration:**
Six (6) months. Increased due to additional work related to Custody Access Modular



**East View of the new Temporary Administration Modular**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $159,725.00 |
| Current Construction Budget: | $150,000.00 |
| Actual Construction Contract Amount: | $94,533.62 |
| Change Orders Approved to Date: | $135,960.77 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $235,000.00 |
| Construction Contract Paid to Date: | $43,155.26 |
| Projected Project Budget: | $242,000.00 |
| Total Encumbrance: | $230,494.39 |
| Paid to Date: | $43,155.26 |

## SCHEDULE STATUS

**Project is substantially complete**

| | |
|---|---|
| Date of Procurement: | March 28, 2008 |
| Current Project Completion Date: | June 17, 2008 |
| Projected Project Completion Date: | June 17, 2008 |
| Project Occupancy (Temp. Admin.) | June 18, 2008 |
| (Custody Access) | August , 2008 |

# Avenal State Prison

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-03: Infirmary Conversion and Pharmacy
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  JTS Construction
- **Procurement Method**
  Design-Bid-Build
- **Project Stage**
  Construction

### Project Issues

JTS Construction was issued the Notice to Proceed on August 11, 2008.

Current procurement delays of the new Pharmacy furniture for 395 has impacted the completion schedule for building 390 due to the inability to move the Pharmacy staff into their new space. Once the new Pharmacy furniture is complete in 395, JTS will be able to complete the remaining work in 390.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## INFIRMARY CONVERSION AND PHARMACY—ASP-03

### Project Description

The areas to receive modification under this project are located within the existing 16,200 sf Central Health Services Building #390 and the 1,500 sf Building #395.

Work in Building #390 includes multiple areas of remodel and modification to support effective delivery of specialty health services to the inmate population of ASP.

Building #395 will be renovated for conversion into an adequately sized Pharmacy and organization to support current filling of medication prescriptions and the future use of Maxor's Guardian medication system.



**Infirmary Building 390**

### Schedule Narrative

Construction began in August 2008.

The construction duration of the project is scheduled for four (4) months and is currently delayed due to untimely procurement of the new Pharmacy furniture. The new projected completion date is March 31, 2009.



**Building 395; Future Pharmacy**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $677,113.00 |
| Current Construction Budget: | $575,000.00 |
| Actual Construction Contract Amount: | $397,500.00 |
| Change Orders Approved to Date: | $11,726.00 |
| Change Orders Pending: | $(465.00) |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $575,000.00 |
| Construction Contract Paid to Date: | $64,440.00 |
| Projected Project Budget: | $636,813.00 |
| Total Encumbrance: | $408,761.00 |
| Paid to Date: | $64,440.00 |

## SCHEDULE STATUS

**Project is in the Contract Award Phase:**

| | |
|---|---|
| Date of Notice to Proceed: | 08/11/08 |
| Current Project Completion Date: | 3/31/09 |
| Projected Project Completion Date: | 3/31/09 |
| Project Occupancy: | Pending |

# Avenal State Prison




VANIR CONSTRUCTION MANAGEMENT, INC.
**MODULAR HEALTH SERVICES CLINICS, ADMINISTRATION BUILDING & AD. SEG. CLINIC – ASP-04**

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-04: Modular Health Services Clinics, Ad. Seg. Clinic & Administration Bldg
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  JL Modular, Inc
- **Procurement Method**
  Design-Build
- **Project Stage**
  Construction

### Project Issues

Notice to Proceed was issued to JL Modular, Inc. on December 15th, but due to the requirements that the institution be trained with regards to Valley Fever prior to any earth moving has prevented the contractor from beginning any grading or earth moving related work. The Valley Fever training for the institution is scheduled for the week of February 2nd—6th, 2009.

Valley Fever training was conducted on Feb 6th for the institution. JL Modular has begun exploratory due diligence on site and mobilization of temporary facilities and temporary fencing. Environmental consultant is on board and conducting air and dust monitoring per the requirements related to Valley Fever. Project is currently on schedule.

### Project Description

The project consists of the development of three (3) new Modular Complex Clinic buildings, Ad. Seg. Clinic and a Modular Administration building.

The three Complex Clinic buildings varies in size between 6,480 and 5,760 sf each. Each shall provide medical and mental health services to each of the separate facilities contained within the complex. Each clinic will include medical exam rooms, M.H. interview rooms and group rooms and clinical staff support space. The Ad Seg. Clinic is 2,400sf and provides nurses station along with exam, interview and group rooms.

The 9,360 s.f. Administration building will be located within the secure perimeter and provide general office and support space, including a staff training room.

### Schedule Narrative

The duration of the manufacturing and construction has been extended from 265 days to 365 days resulting from feedback from prospective contractors.

Contract was awarded on December 15, 2008 resetting the projected project completion date to December 15, 2009.

Project is currently on schedule.



Location of Future Modular Health Services Administration Building



North East View of Future Home to Complex Clinic Between Facilities 3 and 4

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $18,843,115.00 |
| Current Construction Budget: | $15,860,100.00 |
| Actual Construction Contract Amount: | $13,258,500.00 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $13,258,500.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $18,843,115.00 |
| Total Encumbrance: | $113,907.94 |
| Paid to Date: | $92,520.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: | 12/15/08 |
| Current Project Completion Date: | 12/15/09 |
| Projected Project Completion Date: | 12/15/09 |
| Project Occupancy: | Pending |

# Avenal State Prison




## VANIR CONSTRUCTION MANAGEMENT, INC.
### CLINIC PILL CANOPIES—ASP-05
#### (SEE ASP-08)

### Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-05: Clinic Pill Canopies
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  Design

### Project Issues

Locations for future Pill Canopies at each yard have been identified. Development of Bid Package has begun.

This project has currently been incorporated into ASP-08.

### Project Description

The Clinic Pill Canopies were added by the Master Plan Addendum No. 1. The canopies will protect inmates waiting to receive their medication from the heat and inclement weather. Each canopy is approximately 1,400 s.f. and designed to be above the inmate accessible zone to reduce the possibility of inmates climbing on the structure. The canopy has additionally been designed with a 4:12 roof slope to allow custodial supervision beneath the structure.

Note: This bid package has been re-scoped to move the Pill Room Renovation project into ASP-08 to better align procurement methods and maximize contractor interest.

### Schedule Narrative

Development of Bid Package to be completed and issued to contractors specialized in pre-engineered structures.

**Pill Line Shade Structures**

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $974,400.00 |
| Current Construction Budget: | $840,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $840,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $974,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $19,841.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [planned] | 12/11/08 |
| Current Project Completion Date: | 11/19/09 |
| Projected Project Completion Date: | 11/19/09 |
| Project Occupancy: | N/A |

# Avenal State Prison




CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  ASP-06: Medical Supply Warehouse
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Build
- **Project Stage**
  On-Hold

## Project Issues

The Medical Supply Warehouse project ASP-06 has currently been put on hold pending funding review.

# VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL SUPPLY WAREHOUSE– ASP-06

### Project Description

The Project is located within the secure perimeter approximately 400 feet North of the sallyport gate. The new Medical Supply Warehouse consists of 4,000 s.f. of usable warehouse space for health services supply and equipment inventory and storage. This includes fully caged interior warehouse areas for bulk storage items, "hot" secure medical supplies and death and archive medical records. The warehouse will allow for three tier high pallet stacking of bulk supplies. The building also includes one office, workspace for four staff members, a workroom and a single unisex toilet.

### Schedule Narrative

This project has currently been placed on hold. Completion of this project will be revised upon approval to proceed.



**Future Location of Medical Supply Warehouse**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $2,137,000.00 |
| Current Construction Budget: | $1,785,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $1,785,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $2,137,000.00 |
| Total Encumbrance: | $29,500.00 |
| Paid to Date: | $27,1800.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | On Hold |
| Current Project Completion Date: | |
| Projected Project Completion Date: | |
| Project Occupancy: | Pending |

# Avenal State Prison





## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-07:** Nurse Call System
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  Serban Sound and Communication
- **Procurement Method**
  Purchase Order
- **Project Stage**
  Complete

## VANIR CONSTRUCTION MANAGEMENT, INC.
## NURSE CALL SYSTEM– ASP-07

### Project Description

This project was added by the Master Plan Addendum No. 1 and installs a new Nurse Call System within the OHU of Building #390 to replace the existing inoperable system. The existing conduit pathways and infrastructure shall be re-used and a new system including cabling, devices and master station will be installed.

### Schedule Narrative

This project is completed pending personnel training of the new system.

## Project Issues

Serban Sound and communication has been awarded the project.

This project is completed.



**Existing Nurse Call Patient Panel**

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $60,000.00 |
| Current Construction Budget: | $60,000.00 |
| Actual Construction Contract Amount: | $55,864.62 |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost:: | $60,000.00 |
| Construction Contract Paid to Date: | 0.00 |
| Projected Project Budget: | $60,000.00 |
| Total Encumbrance: | $55,864.62 |
| Paid to Date: | $0.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award:  [Planned] | 06/13/08 |
| Current Project Completion Date: | 12/14/08 |
| Projected Project Completion Date: | 12/14/08 |
| Project Occupancy: | N/A |

# Avenal State Prison





V A N I R   C O N S T R U C T I O N   M A N A G E M E N T ,   I N C .
## M E D I C A L   R E C O R D S   E X P A N S I O N ,   I N M A T E   W A I T I N G ,   C L I N I C   P I L L   R O O M   R E N O V A T I O N & P I L L   C A N O P I E S – A S P - 0 8

## Project Statistics

- **Location:**
  Avenal State Prison
- **Project Name**
  **ASP-08:** Medical Records Expansion, Inmate Waiting & Clinic Pill Room Renovation
- **Vanir CM Representative**
  Darrell Chan
- **Contractor**
  To Be Determined
- **Procurement Method**
  Design-Bid-Build
- **Project Stage**
  Design

## Project Issues

Projects are currently under design.

ASP-05 Pill Canopies has been incorporated into ASP-08.

### Project Description

The Master Plan Addendum No. 1 added the expansion of medical records and increase of inmate waiting to the Avenal projects. The Medical Records Expansion consists of constructing a 980 s.f. addition of health records space immediately adjacent to the existing building. The addition will provide for both incoming and outgoing staging areas and sufficient staff space to allow effective record processing. The Inmate Waiting Building consists of 1,440 s.f. of space which will be constructed adjacent to Building 390 & Clinic Core exam rooms. The waiting space will provide three additional separate secure waiting areas.

This project additionally includes the expansion of the Pill Rooms in each of the current six (6) Facility Clinics to provide for two separate pill rooms with one pill administration window each to support increased and efficiency of



**North View of Existing Medical Records Building**

### Schedule Narrative
The project is currently under design

---

## BUDGET STATUS

| | |
|---|---|
| Current Project Budget: | $1,468,895.00 |
| Current Construction Budget: | $1,208,000.00 |
| Actual Construction Contract Amount: | [Pending Award] |
| Change Orders Approved to Date: | $0.00 |
| Change Orders Pending: | $0.00 |
| Change Orders Projected: | $0.00 |
| Projected Construction Contract Cost: | $1,468,895.00 |
| Construction Contract Paid to Date: | $0.00 |
| Projected Project Budget: | $1,208,000.00 |
| Total Encumbrance: | $22,161.00 |
| Paid to Date: | $18,101.00 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Award: [Planned] | Mar. 2009 |
| Current Project Completion Date: | Nov. 2009 |
| Projected Project Completion Date: | Nov. 2009 |
| Project Occupancy: | Pending |