# APPENDICES 16-18

# PART 4 OF 5

# APPENDIX 16

**SAN QUENTIN STATE PRISON**

Monthly Report No. 14
December 2008




# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING

**Project Statistics**
- Location:
  - San Quentin State Prison
- Project Name:
  - Central Health Services Building (CHSB)
- Vanir CM Representative
  - Daryl Baca
- Design Build Team:
  - Hensel Phelps / HOK
- Procurement Method:
  - Design / Build
- Project State:
  - Abatement, Construction Underway

**Project Issues**
- The State took the Money Investment Board (PMIB) money on December 17 to freeze expenditures on all design contracts until at least the first week of January, 2009, so that the Department of Finance can review the funding for our replacement project. The contractors November and December 2008 progress payments are on hold until the PMIB approves payment.

### Project Description

The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 116,100 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.



Interior work on 3rd level

### Schedule Narrative
Mechanical, plumbing and electrical rough-in continues on all levels. There remains an emphasis on installing roofing, windows and other assemblies that weatherize the interior for winter. Other ongoing activities are: installation of the masonry walls, metal security walls and interior door frames. Overall, construction is approximately 3 months ahead of schedule.



Upper roof over 5th level training room



Mechanical, plumbing and electrical systems in typical corridor

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,160,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $2,102,474 |
| Change Orders Pending: | $6,867,800 |
| Change Orders Projected: | $500,000 |
| Projected Construction Contract Cost: | $117,747,255 |
| Projected Project Cost: | $146,160,000 |
| Paid to Date (D/B contract only): | $56,806,427 |

## SCHEDULE STATUS

Project is currently on schedule

| | |
|---|---|
| Date of Notice to Proceed: | |
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 14**
**December 2008**




**CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.**

## VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL

### Project Statistics

- Location:
  - San Quentin State Prison
- Project Name:
  - East / West Rotunda Sick Call Unit
- Vanir Management Team: Aaron A. B.
- Contractor:
  - Bell Construction
- Procurement Method:
  - Design-Bid-Build
- Project State:
  - Construction

### Project Issues

The contractor is having difficulty coordinating utilities. The space above the ceiling is limited. The contractor has had to relocate some work. In addition, the contractor has experienced conflicts with the fire sprinkler system and surface mounted light fixtures. These conflicts have slowed the pace of the project. The contractor has also been slow to provide change orders pricing.

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.

### Schedule Narrative

The project is currently behind schedule. The contractor's schedule shows the work completing on February 25, however, we anticipate the work completing in the middle of March. Progress of the work has been slowed by a lack of coordination.



New Sick Call Unit Structure Roof Installation



Placement of Door Frames



New Roof

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $227,106 |
| Change Orders Pending: | $269,604 |
| Change Orders Projected: | $30,787 |
| Projected Construction Contract Cost: | $2,900,275 |
| Projected Project Cost: | $4,019767 |
| Paid to Date (construction only): | $1,802,262 |

## SCHEDULE STATUS

Project is currently 105 days behind schedule

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 25 Feb 09 |
| Project Occupancy: | 15 Mar 09 |

# SAN QUENTIN STATE PRISON

**Monthly Report No14**
**December 2008**



CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR



**Front Entrance Nearing Completion**

VANIR CONSTRUCTION
MANAGEMENT, INC.
**NEW PERSONNEL
BUILDING**

**Project Statistics**

- Location:
  San Quentin State
  Prison
- Project Name:
  New Personnel
  Building
- Vanir CM Representative:
  Dywell Johnson
- Contractor:
  Roebbelen, Inc.
- Procurement Method:
  Design-Bid-Build
- Project Stage:
  Punchlist



**Project Issues**

Construction effort now getting back on track; mild weather has slowed finish efforts; finish punch list items being tracked; Building very near completion.



### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 12/5/08 Deficiency list of items to be corrected is established.
- 12/9/08 Demo of incorrect entrance ramp to comply with ACA standards.
- 12/11/08 Poured new entrance ramp
- 12/15/08. Interior finishes continue and deficiency listed items being addressed
- 12/22/08 Conditional occupancy granted by SFM.
- 12/31/08 New punch list



**New Training Room**



**New work stations**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,538 |
| Change Orders Approved to Date: | $ 99,001 |
| Change Orders Pending: | $ 279,934 |
| Change Orders Projected: | $ 190,000 |
| Projected Construction Contract Cost: | $ 1,817,473 |
| Projected Project Cost: | $2,396,708 |
| Paid to date (construction only) | $ 1,221,568 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 12/12/08 |
| Projected Completion Date: | 12/19/08 |
| Projected Occupancy Date: | 1/8/09 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 14**
December 2008

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR



**Project Statistics**
- Location:
  San Quentin State Prison
- Project Name:
  Medical Warehouse
  Building
- Vanir CM Representative:
  Gary Riehl
- Contractor:
  WLH Construction
  Co.
- Procurement Method:
  Design-Build
- Project Status:
  Construction



# VANIR CONSTRUCTION MANAGEMENT, INC.
# MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.



CMU block crawl space above new footings is complete. After the metal deck is installed, reinforcing steel shown above will be bent to tie into the new concrete slab.

### Schedule Narrative

CMU block on top of the new footings was followed by metal deck installation, and the month ended with formwork and the start of placing reinforcing steel in preparation for the concrete slab. All baker tanks that were utilized for storage of groundwater were removed from the site, leaving room for concrete trucks in January. Also scheduled for January is the off-haul of the contaminated soil to the landfill. The contractor has had to work around the soil stockpile for several months.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $ 363,536 |
| Change Orders Pending: | $ 279,467 |
| Change Orders Projected: | $ 80,000 |
| Projected Construction Contract Cost: | $ 3,022,000 |
| Projected Project Cost: | $ 3,368,059 |
| Paid to Date: | $ 249,823 |

## SCHEDULE STATUS

**Project is behind Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | April 30, 2009 |
| Project Occupancy: | May 15, 2009 |

|  | | 11/1/2008 | | 12/31/2008 |
|---|---|---|---|---|
| Original Contract | $ | 2,372,778.00 | $ | 2,372,778.00 |
| CM Costs | $ | 430,000.00 | $ | 430,000.00 |
| Inspector | $ | 150,000.00 | $ | 150,000.00 |
| Testing | $ | 24,000.00 | $ | 24,000.00 |
| Escorts | $ | 360,000.00 | $ | 360,000.00 |
| Kellco | $ | 30,000.00 | $ | 30,000.00 |
| Telephone | $ | 10,000.00 | $ | 10,000.00 |
| Furniture/Equip | $ | 69,000.00 | $ | 69,000.00 |
| Power Systems | $ | 10,000.00 | $ | 10,000.00 |
| A/E contract Amend | $ | 36,492.00 | $ | 36,492.00 |
| Geotech Consulting |  |  | $ | 16,760.00 |
| Site Survey |  |  | $ | 10,321.00 |
| Clinic Heating Projects |  |  | $ | 72,500.00 |
|  |  |  |  |  |
| Total | $ | 3,492,270.00 | $ | 3,591,851.00 |
|  |  |  |  |  |
| Approved CO's | $ | 227,106.00 | $ | 227,106.00 |
| Pending CO's | $ | 260,391.00 | $ | 269,604.00 |
| Projected CO's | $ | 40,000.00 | $ | 30,787.00 |
|  |  |  |  |  |
| Projected Project Cost | $ | 4,019,767.00 | $ | 4,119,348.00 |
| Project contingency | $ | (299,989.00) | $ | (399,570.00) |
| **Projected Total Project Cost** | $ | 3,719,778.00 | $ | 3,719,778.00 |
|  |  |  |  |  |
| Paid to Date | $ | 1,478,878.00 | $ | 1,802,262.00 |

Medical Warehouse

|  | Aug-08 |
|---|---|
| Original Contract | $ 2,298,896.00 |
| CM Costs | $ 209,200.00 |
| Inspector | $ 93,960.00 |
| Testing | $ 5,000.00 |
| Commissioning | $ - |
| Escorts | $ - |
| Kellco | $ 15,000.00 |
| Telephone | $ 13,000.00 |
| Furniture/Equip | $ 10,000.00 |
| Power Systems | $ - |
| A/E contract Amend | $ - |
|  |  |
| Total | $ 2,645,056.00 |
|  |  |
| Approved CO's | $ 363,536.00 |
| Pending CO's | $ 279,467.00 |
| Projected CO's | $ 80,000.00 |
|  |  |
| **Projected Project Cost** | **$ 3,368,059.00** |

Paid to Date

Cenrtal Health Services Building
Projected Project Cost

| | | | Forecast Total Costs | |
| --- | --- | --- | --- | --- |
| | $39,661 | Sep-08 | Oct-08 | Nov-08 |
| Original Contract | $108,280,000 | $108,280,000 | $108,277,000 | |
| CM Costs | $4,467,291 | $4,467,291 | $4,467,291 | |
| Inspector | $325,000 | $325,000 | $325,000 | |
| Testing (CEL) | $400,000 | $400,000 | $400,000 | |
| Commissioning | $138,760 | $138,760 | $138,760 | |
| Escorts | $200,000 | $200,000 | $1,931,493 | |
| Kellco | $201,000 | $201,000 | $201,000 | |
| Telephone | $0 | $          - | $          - | |
| Furniture/Equip | $0 | In base bid | In base bid | |
| Power Systems | $0 | $          - | $          - | |
| A/E contract Amend | $0 | $          - | $          - | |
| Subtotal | $114,012,051 | $114,012,051 | $115,740,544 | |
| | | | | |
| Approved CO's | $1,928,087 | $1,928,087 | $1,928,087 | $2,102,474 |
| Pending CO's | $2,400,000 | $2,572,664 | $2,600,000 | |
| Projected CO's | $3,251,303 | $3,251,303 | $3,051,303 | |
| | | | | |
| Projected Project Cost | $121,591,441 | $121,764,105 | $123,319,934 | |
| Project contingency | $24,408,559 | $24,235,895 | $22,840,066 | |
| **Projected Total Project Cost** | **$146,000,000** | **$146,000,000** | **$146,160,000** | |

Monthly Report Budget Numbers
  Change Orders Approved to Date               $1,928,087
  Change Orders Pending                              $2,600,000
  Change Orders Projected                           $3,051,303
  Projected Construction Contract Cost         #VALUE!

# APPENDIX 17

# SAN QUENTIN STATE PRISON

**Monthly Report No. 15**
**January 2009**





# VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING



### Project Description
The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 116,100 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative
Construction manpower reached its peak in January. Approximately 150 workmen per day man the site. This level of manpower will remain for the next several weeks. Partition framing is ongoing on all levels followed by in-wall plumbing and electrical rough-in. The assembly of elevator 1 has started. Overall, construction remains approximately 3 months ahead of schedule.



Shotcreting the main stairway



Interior holding cells



Elevator penthouse and frame for the mechanical screen

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,160,000 |
| Design/Build  Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $2,570,268 |
| Change Orders Pending: | $6,070400 |
| Change Orders Projected: | $500,000 |
| Projected Construction Contract Cost: | $117,417,668 |
| Projected Project Cost: | $146,160,000 |
| Paid to Date (D/B contract only): | $68,483,635 |

## SCHEDULE STATUS

Project is currently on schedule
Date of Notice to Proceed:

| | |
|---|---|
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 15
January 2009




## VANIR CONSTRUCTION MANAGEMENT, INC.
# MEDICAL WAREHOUSE BUILDING

### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes



Suspended concrete slab is complete. After a sealing compound has cured, the metal warehouse building will be erected.

### Schedule Narrative

The concrete placement of the 10" suspended slab in early January was halted due to failure of the metal decking at the start of the pour. Contractor's structural engineer visited the project site and determined that a modification of their means and methods was needed for the next pour, which took place at the end of the month after the contractor installed wood shoring underneath the metal decking. Vanir had the modified means and methods evaluated by the structural peer reviewer prior to the second concrete pour.



Concrete ADA ramp and loading dock stairs are being placed.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $ 643,003 |
| Change Orders Pending: | $ 65,383 |
| Change Orders Projected: | $ 74,000 |
| Projected Construction Contract Cost: | $3,081,282 |
| Projected Project Cost: | $3,427,442 |
| Paid to Date: | $ 542,331 |

## SCHEDULE STATUS

Project is behind Schedule

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | May 15, 2009 |
| Project Occupancy: | June 1, 2009 |

# SAN QUENTIN STATE PRISON

Monthly Report No. 15
January 2009

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

VANIR

## VANIR CONSTRUCTION MANAGEMENT, INC.
### PROGRAM SUMMARY

**Project Statistics**
- Location:
  San Quentin State
  Prison
- Procurement Method
  (Design-Bid-
  Build and Design/build)
- Program Stats:
  Several projects are
  complete; the Central
  Health Services Build-
  ing, personnel building,
  medical warehouse and
  rotunda clinics are un-
  der construction. Fund-
  ing for five additional
  projects; on the San Quentin Re-
  placement Reval Unit
  Remodel is being
  sought.

**Program Issues**
- On January 21, 2009,
  the PMIB voted to con-
  tinue SB-99 funding
  for the San Quentin
  medical projects.
  There is still the poten-
  tial for construction de-
  lays for the CHSB and
  medical warehouse
  projects if the State
  does not pass a
  budget by next month.

### Program Description

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building. The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R and upper yard medical modulars.

### Schedule Narrative

- The new personnel building is complete and operational. Minor punchlist items remain open.
- Placement of the medical warehouse raised floor slab was stopped due to the failure of the metal pan deck. The contractor lost 9 work days while installing additional shoring.
- Progress on the East & West Rotunda clinics is slow. Project completion slipped 2 weeks from last report. Forecast completion is now March 31, 2009.
- The Central Health Services Building remains ahead of schedule. Forecast completion is December 31, 2009, approximately 2 months ahead of the contract completion date of February 10, 2010.



Aerial view of San Quentin



Concrete slab placement at the medical warehouse

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,700,000 |
| Budget Status:      (Over)/Under | $8,300,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $81,917,000 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program Start Date: | September 2006 |
| Planned Completion Date: | Spring 2010 |
| Projected Completion Data: | Spring 2010 |

**SAN QUENTIN STATE PRISON**

Monthly Report No. 15
January 2009

 

# VANIR CONSTRUCTION MANAGEMENT, INC.
## EAST / WEST ROTUNDA SICK CALL



**Project Statistics**
- **Location:**
  San Quentin State Prison
- **Project Name:**
  East / West Rotunda Sick Call Units
- **Vanir CM Representative**
  Aston Kach
- **Contractor:**
  FBI Construction
- **Procurement Method:**
  Design-Bid-Build
- **Project Status:**
  Construction

**Project Issues**

The contractor is currently installing finishes including cabinets, counters, paint, doors, and hardware. The contractor is currently behind schedule. FBI Construction has issued electrical notification that they believe the delays are Owner caused and FBI may seek compensation.

### Project Description

Construction of a new sick call unit and pill depository in both the East and West Rotundas. The scope of work includes selective demolition of the existing concrete wall; removal of interior wood framed walls; relocation of electrical generators, transformers, and conduits; Fire Department connections; fire sprinkler system; construction of an exterior CMU addition; as well as mechanical, plumbing, electrical, and site work.


New Sick Call Unit Structure Paint

### Schedule Narrative

The project is currently behind schedule. The contractor's schedule shows the work completing in the middle of March, however, we anticipate the work completing in the end of March. Progress of the work has been slowed by a lack of coordination.


Drywall Mud and Tape


Rough Mechanical

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,900,000 |
| Actual Contract Amount: | $2,372,778 |
| Change Orders Approved to Date: | $274,534 |
| Change Orders Pending: | $236,906 |
| Change Orders Projected: | $16,057 |
| Projected Construction Contract Cost: | $2,900,275 |
| Projected Project Cost: | $4,154,992 |
| Paid to Date (construction only): | $1,991,673 |

## SCHEDULE STATUS

Project is currently **120 days behind schedule**

| | |
|---|---|
| Date of Notice to Proceed: | 17 Mar 08 |
| Contract Completion Date: | 12 Nov08 |
| Projected Completion Date: | 18 Mar 09 |
| Project Occupancy: | 1 April 09 |

# SAN QUENTIN STATE PRISON

**Monthly Report No15**
January 2009




VANIR CONSTRUCTION MANAGEMENT, INC.

## Project Statistics

- **Location:**
  - San Quentin State Prison
- **Project Name:**
  - New Personnel Building
- **Vanir CM Representative**
  - Lyvelle Chism
- **Contractor:**
  - Purdy Builders, Inc.
- **Procurement Method**
  - Design-Bid-Build
- **Project Status:**
  - Funding(?)

## Project Issues

Minor issues continue to be completed. Construction and Contractor workers become available. Building is fully functioning and occupied. Minor Punch list items still continue to be completed.

## NEW PERSONNEL BUILDING

### Project Description

Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative

- 1/5/09 Punch list items being worked on while building is occupied.
- . 1/27/09 Miscellaneous missing items are received and are being installed.
- 1/30/09 Final air balance of HVAC system completed.



**Completed Front Entrance with Parking**



**West Side**



**View from Front Offices**

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,100,000 |
| Actual Contract Amount: | $1,248,678. |
| Change Orders Approved to Date: | $  302,137. |
| Change Orders Pending: | $  196,428. |
| Change Orders Projected: | $   26,000. |
| Projected Construction Contract Cost: | $ 1,773,243. |
| Projected Project Cost: | $2,360,662. |
| Paid to date (construction only) | $ 1,537,698. |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 12/12/08 |
| Projected Completion Date: | 12/19/08 |
| Projected Occupancy Date: | 1/8/09 |

Expended to Date

| Project | January-09 |
|---|---|
| **Ongoing Projects** | |
| Personnel Bldg (paid to date) | $1,537,698 |
| CHSB (paid to date) | $68,483,635 |
| Med Warehouse (paid to date) | $542,331 |
| Rotunda Clinics (paid to date) | $1,991,673 |
| **Completed Projects** | |
| Parking Projects | $214,371 |
| Carson SMYs | $2,158,334 |
| TTA Renovation | $1,251,383 |
| North Block Ventilation | $7,000 |
| Upper Yard Modulars | $4,530,273 |
| Remodel Med Records | $89,590 |
| Remodel R & R | $255,594 |
| Interim Modulars | $514,184 |
| Pump station | $340,911 |
| | $81,916,977 |

Escort and Vanir costs not included

| Comment |
| --- |

From Jan 09 monthly report
From Jan 09 monthly report
From Jan 09 monthly report
From Jan 09 monthly report

From Project Cost Breakdown January 26, 2009
From Project Cost Breakdown January 26, 2010
From Project Cost Breakdown January 26, 2011
From Project Cost Breakdown January 26, 2012
From Project Cost Breakdown January 26, 2013
From Project Cost Breakdown January 26, 2014
From Project Cost Breakdown January 26, 2015
From Project Cost Breakdown January 26, 2016
From Project Cost Breakdown January 26, 2017

Central Health Services Building
Projected Project Cost

| | $39,661 | Forecast Total Costs | | | |
|---|---|---|---|---|---|
| | | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
| Original Contract | $108,280,000 | $108,280,000 | $108,277,000 | | $108,277,000 |
| CM Costs | $4,467,291 | $4,467,291 | $4,467,291 | | $4,467,291 |
| Inspector | $325,000 | $325,000 | $325,000 | | $1,251,000 |
| Testing (CEL) | $400,000 | $400,000 | $400,000 | | $400,000 |
| Commissioning | $138,760 | $138,760 | $138,760 | | $138,760 |
| Escorts | $200,000 | $200,000 | $1,931,493 | | $1,503,537 |
| Kellco | $201,000 | $201,000 | $201,000 | | $201,000 |
| W & K Site Survey | | | | | $10,321 |
| W&K geotech report | | | | | |
| EIR EDAW | | | | | $152,115 |
| OSHPD Peer Review | | | | | $382,606 |
| Telephone | $0 | $ In base bid | $ - | | In base bid |
| Furniture/Equip | $0 | In base bid | $ - | | In base bid |
| Power Systems | $0 | $ - | $ - | | $ - |
| A/E contract Amend | $0 | $ - | $ - | | $0 |
| Subtotal | $114,012,051 | $114,012,051 | $115,740,544 | | $116,783,630 |
| | | | | | |
| Approved CO's | $1,928,087 | $1,928,087 | $1,928,087 | $2,102,474 | $2,102,474 |
| Pending CO's | $2,400,000 | $2,572,664 | $2,600,000 | | $6,867,800 |
| Projected CO's | $3,251,303 | $3,251,303 | $3,051,303 | | $500,000 |
| | | | | | |
| Projected Project Cost | $121,591,441 | $121,764,105 | $123,319,934 | | $126,253,904 |
| Unused Balance | $24,408,559 | $24,235,895 | $22,840,066 | | $19,906,096 |
| Projected Total Project Cost | $146,000,000 | $146,000,000 | $146,160,000 | | $146,160,000 |

**Monthly Report Budget Numbers**

| | | | | |
|---|---|---|---|---|
| Original Project Budget | | | | |
| Design/Build Contract | | | | |
| Change Orders Approved to Date | | $1,928,087 | | $2,102,474 |
| Change Orders Pending | | $2,600,000 | | $6,867,800 |
| Change Orders Projected | | $3,051,303 | | $500,000 |
| Projected Construction Contract Cost | | $115,856,390 | | $117,747,274 |
| Projected Project Cost | | | | |
| Paid to Date | | $50,611,699 | | $63,849,521 |

# APPENDIX 18

**SAN QUENTIN STATE PRISON**

Monthly Report No. 16
February 2009




## VANIR CONSTRUCTION MANAGEMENT, INC.
# NEW PERSONNEL BUILDING

### Project Statistics
- **Location:**
  San Quentin State Prison
- **Project Name:**
  New Personnel Building
- **Vanir CM Representative:**
  Dave Aliberti III
- **Contractor:**
  Hardy Builders, Inc.
- **Procurement Method:**
  Design-Bid-Build
- **Project Status:**
  Punchlist

### Project Issues
Building is still functioning and occupied. Punchlist items continue to be completed as materials and workers become available. Access to the Immediate facilities will potentially arrive stable the ending of April.

San Quentin has required erosion control measures be implemented to the west of the new personnel building. Once contract with corporations finalized, work can be started approximately late March.

### Project Description
Demolition of existing 1,500 SF, wood-framed building and concrete foundation; construction of a new wood-framed, single-story, 4,000 SF office building with restrooms, storage, and training room for new personnel; and the construction of all associated site improvements.

### Schedule Narrative
- 2/9/09 Received Revised Air Balance Report for engineer review from air balancing completed on 1/30/09.
- 2/27/09 Scottel installed cabling for ceiling mounted projector.



**Occupied building and parking.**



Lobby



Erosion control project area to the west of the building.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $ 2,100,000 |
| Actual Contract Amount | $ 1,248,678 |
| Change Orders Approved to Date: | $ 529,758 |
| Change Orders Pending: | $ 5,925 |
| Change Orders Projected: | $ 0 |
| Projected Construction Contract Cost: | $ 1,784,361 |
| Projected Project Cost: | $ 2,407,753 |
| Paid to date (construction only) | $ 1,680,733 |

## SCHEDULE STATUS

| | |
|---|---|
| Date of Notice to Proceed: | 3/26/08 |
| Contract Completion Date: | 12/12/08 |
| Projected Completion Date: | 12/19/08 |
| Projected Occupancy Date: | 1/8/09 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 16**
**February 2009**




CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP.

## VANIR CONSTRUCTION MANAGEMENT, INC.
## CENTRAL HEALTH SERVICES BUILDING



**Project Statistics**
- Location:
  - San Quentin State Prison
- Project Name:
  - Central Health Services Building (CHSB)
- Vanir CM Representative:
  - David Leach
- Design/Build Team:
  - Lionakis Beaumont & HOK Architects
- Procurement Method:
  - Design/Build
- Project State:
  - Construction Phase

**Project Issues**
- With passage to the State and Health Receiver, funding issues appear to be resolved up to completion of the project.
- Steelcase company was selected for the systems furniture manufacturer through a competitive bid process. A needs assessment is underway as the first step towards a solution for layout.

### Project Description
The new Central Health Services Building site is located on the lower yard of San Quentin State Prison, within the prison walls. The project involves demolition of the existing 54,100 sq. ft. Building 22 and replacing it with a new 5 level, 116,100 sq.ft. medical building. The new building will also house San Quentin's receiving and release center, library and television station.

### Schedule Narrative
Construction manpower remains near 150 workmen per day. This level of manpower will remain for the next several weeks.
The controlling critical activity through February was fabrication, delivery and installation of the high security wall system (Maxwall) on the 1st level. Saturday installations are regularly scheduled to maintain the schedule. Overall, construction remains approx. 2 months ahead of schedule.


4th Level Interior


East Elevation


TTA Trauma Bays

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $146,160,000 |
| Design/Build Contract Amount: | $108,277,000 |
| Change Orders Approved to Date: | $2,981,467 |
| Change Orders Pending: | $6,217,707 |
| Change Orders Projected: | $500,000 |
| Projected Construction Contract Cost: | $117,976,174 |
| Projected Project Cost: | $146,160,000 |
| Paid to Date (D/B contract only): | $72,429,760 |

## SCHEDULE STATUS

Project is currently on schedule
Date of Notice to Proceed:

| | |
|---|---|
| Abatement & Design | 29 Aug 07 |
| Demolition & Construction | 12 Nov 07 |
| Contract Completion Date: | 12 Feb 10 |
| Projected Completion Date: | 12 Feb 10 |
| Projected Occupancy Date: | 08 Apr 10 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 16**
**February 2009**




## VANIR CONSTRUCTION MANAGEMENT, INC.
## MEDICAL WAREHOUSE BUILDING



### Project Description

The new 7,000 SF pre-manufactured steel building will include interior warehouse space allowing for pallet stacking of bulk supplies, fixed shelving, a roll-up door, and a man door; a fully caged secure storage area; a freezer; work space for six warehouse staff, including two offices, a workroom, and a unisex toilet; plus a covered loading dock area with stairs, a dock leveler, and a permanent scissor lift. The foundation will be a structural slab on piers. The facility will have a personal alarm system, HVAC in the offices and staff work room, exhaust systems in the restroom and medical gas storage room, and heating/ventilation in the warehouse. Exterior work includes asphalt concrete paving and other site improvements.



Contractor pulled off the job on February 2, 2009, and the Stop Work status was in effect for the entire month.

### Schedule Narrative

In late-January Lyons poured the suspended concrete slab, which required curing time of about 7 days. Lyons would have been able to resume work as of February 3, however they decided to pull off the job on February 2 due to not having received their October payment. The delay by the State in issuing payment resulted in Lyons continuing their Stop Work status, citing inability to get subcontractors to mobilize to the job. The first subcontractor on the critical path of the construction schedule after the slab pour, is the metal building erector. This activity is rescheduled for the first week of April. Lyons received past due payments on February 27.



Contractor demobilized the office trailer but brought containers on site to store building materials.

## BUDGET STATUS

| | |
|---|---|
| Original Project Budget | $2,800,000 |
| Actual Contract Amount: | $2,298,896 |
| Change Orders Approved to Date: | $   708,386 |
| Change Orders Pending: | $ |
| Change Orders Projected: | $    74,000 |
| Projected Construction Contract Cost: | $3,081,282 |
| Projected Project Cost: | $3,427,442 |
| Paid to Date: | $ 1,494,425 |

## SCHEDULE STATUS

**Project is behind Schedule**

| | |
|---|---|
| Date of Notice to Proceed: | June 29, 2008 |
| Contract Completion Date: | March 1, 2009 |
| Projected Completion Date: | July 15, 2009 |
| Project Occupancy: | August 1, 2009 |

# SAN QUENTIN STATE PRISON

**Monthly Report No. 16**
**February 2009**

 

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.
VANIR





# VANIR CONSTRUCTION MANAGEMENT, INC.
## PROGRAM SUMMARY

### Program Description

The main feature of the San Quentin Heath Care Improvement Program is its new Central Health Services Building, The building is a five-story structure with a program budget of $146 million.

Other projects include the expansion of the rotundas at East and West block to create clinic space; new personnel building; and temporary medical and administrative modulars on the upper yard. These projects are currently in construction.

The medical warehouse project is design build/build. A Notice to Proceed was issued June 26, 2008, initiating the start of the design phase.

Completed projects include the TTA renovation, additional parking lots, temporary admin modulars, medical records renovation, relocation of the exercise yard, pump station upgrade and remodel of the R & R and upper yard medical modulars.

### Schedule Narrative

- The new personnel building is complete and operational.
- The general contractor constructing the medical warehouse demobilized on February 1 due to lack of payment. No work was completed on the project during the month of February.
- Progress on the East & West Rotunda clinics is slow but nearing completion. Occupancy is forecast for late March 2009.
- The Central Health Services Building remains ahead of schedule. Forecast completion is December 31, 2009, approximately 2 months ahead of the contract completion date of February 10, 2010.



Aerial view of San Quentin



West Rotunda Clinic before painting

## BUDGET STATUS*

| | |
|---|---|
| Original Program Budget | $170,000,000 |
| Projected Program Budget: | $161,700,000 |
| Budget Status:      (Over)/Under | $8,300,000 |
| Encumbered to date: | $134,000,000 |
| Expended to date (construction only): | $89,952,500 |

\* Note: Cost information has not been reconciled with accounting

## SCHEDULE STATUS

| | |
|---|---|
| Program Start Date: | September 2006 |
| Planned Completion Date: | Spring 2010 |
| Projected Completion Data: | Spring 2010 |

**Personnel Building**

| Personnel Building | August '08 | September | October | November | December |
|---|---|---|---|---|---|
| Original Contract | $ 1,248,678.00 | $ 1,248,678.00 | $ 1,248,678.00 | $ 1,248,678.00 | $ 1,248,678.00 |
| CM Costs | $ 278,000.00 | $ 278,000.00 | $ 278,000.00 | $ 278,000.00 | $ 278,000.00 |
| Inspector | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 |
| Testing | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 |
| W&K geotech | | | | | |
| Escorts | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 |
| Kellco | $ 32,035.00 | $ 32,035.00 | $ 55,594.50 | $ 55,594.50 | $ 55,594.50 |
| Data/Telecom | | | 65,020.35 | 65,020.35 | 65,020.35 |
| Furniture/Equip | | $ 56,472.00 | $ 56,472.00 | $ 56,472.00 | $ 56,472.00 |
| Power Systems | | | $ 1,620.00 | $ 1,620.00 | $ 1,620.00 |
| Hitchcock erosion prjt | | | | | |
| A/E contract Amend | $ 78,000.00 | $ 78,000.00 | $ 78,000.00 | $ 78,000.00 | $ 78,000.00 |
| Total | $ 1,672,113.00 | $ 1,728,585.00 | $ 1,818,784.85 | $ 1,818,784.85 | $ 1,818,784.85 |
| Approved CO's | $ 4,848.00 | $ 4,848.00 | $ 111,018.00 | $ 63,929.33 | $ 99,001.33 |
| Pending CO's | $ 89,900.00 | $ 89,900.00 | $ 24,167.00 | $ 326,756.00 | $ 279,062.00 |
| Projected CO's | $ 90,000.00 | $ 90,000.00 | $ 300,000.00 | $ 200,000.00 | $ 200,000.00 |
| Projected Project Cost | $ 1,856,861.00 | $ 1,913,333.00 | $ 2,253,969.85 | $ 2,409,470.18 | $ 2,396,848.18 |
| Paid to Date | | | $1,083,762 | $1,221,568 | |

| January '09 | February | March |
|---|---|---|
| $ 1,248,678.00 | $ 1,248,678.00 | $ 1,248,678.00 |
| $ 278,000.00 | $ 278,000.00 | $ 278,000.00 |
| $ 7,500.00 | $ 7,500.00 | $ 7,500.00 |
| $ 22,500.00 | $ 22,500.00 | $ 22,500.00 |
|  | $ 815.00 | $ 815.00 |
| $ 5,400.00 | $ 5,400.00 | $ 5,400.00 |
| $ 71,853.00 | $ 71,853.00 | $ 71,853.00 |
| $ 65,021.35 | $ 100,180.00 | $ 65,021.35 |
| $ 57,522.00 | $ 57,522.00 | $ 57,522.00 |
| $ 1,621.00 | $ 1,621.00 | $ 1,621.00 |
|  |  | $ 13,803.00 |
| $ 78,001.00 | $ 78,001.00 | $ 78,001.00 |
| $ 1,836,096.35 | $ 1,872,070.00 | $ 1,850,714.35 |
| $ 302,137.00 | $ 529,757.66 |  |
| $ 196,428.00 | $ 5,925.00 |  |
| $ 26,000.00 | $ - |  |
| $ 2,360,661.35 | $ 2,407,752.66 | $ 1,850,714.35 |