# APPENDICES 19-24

# PART 5 OF 5

# APPENDIX 19

| Project Name: | **10K Bed – Administrative Support Facilities (ASF)** |
|---|---|
| **Project Executive:** | John Hagar |
| **Project Sponsor:** | Steve Cambra |
| **Project Lead:** | David Runnels |
| **Project Manager:** | Mitch Vaden |

| E-Mail: | mitch.vaden@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | 916-764-4485 | **Proj ID:** | **PRJ078** |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **March 2009** |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete "Staffing Level" Coordination for Master Schedule | 12/12/08 | 12/12/08 |
| Complete Preliminary Staffing Review | 12/15/08 | 12/15/08 |
| Complete Preliminary Analysis and Receive Decision on:<br>• Facility Elevator<br>• Firing Range<br>• Patient Property<br>• Radio Frequency ID | 12/19/08 | 12/19/08 |
| Evaluate Procurement Strategic Plan | 12/31/08 | 12/24/08 |
| Complete Warehouse Design Review | 12/31/08 | 12/24/08 |
| Complete Food Service Process | 12/31/08 | 12/24/08 |
| Complete Model Facility Staffing Plan | 02/15/09 | |
| Complete Final Prototypical Facility Staffing Plan | 03/01/09 | |
| *90-Day Project Closure* | 03/15/09 | |

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Leadership Decisions.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. TBD

**Project Team:**

| Sponsor: | Steve Cambra |
|---|---|
| **Team Lead:** | Dave Runnels |
| **Assistant Team Lead:** | Lisa Heintz |
| **Project Manager:** | Mitch Vaden |
| **Owner Rep.:** | Michael Bean |
| **Owner Rep.:** | Tom Felker |
| **HR Lead:** | Karen Coffee |
| **Procurement Lead:** | Susan Lew |
| **IT Lead:** | David Noronha |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
   • Facility Design,
   • Staffing Plan.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 4 of 269

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle.  We are on schedule to complete the milestones specified above.  Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision.  The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

| **Executive Project Data Sheet** | **As of:  January 22, 2009** |
|---|---|

**Project ID: 10K Bed IT project**: PRJ064
**Project Executive:** Jamie Mangrum
**Project Sponsor:** David Noronha
**Project Manager:** Fred Eichstaedt

| E-Mail: | Fred.Eichstaedt@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 764-4749 | Proj ID: | PRJ064 |
| Start Date: | Jan. 2009 | Est Finish Date: | 2013 |

**Solution Vision:**
The 10K bed program is designing, building and activating seven hospital facilities that will house 10,000 patient inmates in support of Goal # 6 of the Receiver's Turn Around Plan of Action. The 10K Bed IT Activation Project, together with other 10K bed partners and stakeholders is developing an IT program that will support all the IT application, infrastructure and operational needs of the seven hospitals.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Definition, management and reporting on the tasks, activities and projects for the IT activation of 10,000 beds. Gather requirements from all end users of the new facilities ensuring fitness for use and within planned budgets. Perform gap analyses and when needed supplement the project with sub-projects providing a complete and successful implementation of the hospital IT systems.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned |
|---|---|
| Project requirements gathering | Mar. 2009 |
| Selection of Vendor / Applications | Jun. 2009 |
| Establish Project Schedule and develop project management plans | Mar. 2009 |
| Develop detailed project schedule. | Mar. 2009 |
| Activation of the First Facility | Feb. 2011 |
| Activation of the Second Facility | Apr. 2011 |
| Activation of the Third Facility | Jul. 2011 |
| Activation of the Fourth Facility | Jan. 2012 |
| Activation of the Fifth Facility | Jun. 2012 |
| Conduct Learning Sessions | |

**Key Project Work Products**
1. Fully documented list of IT requirements for the seven new facilities

**Dependencies/Constraints**
1. Project budgeting timetables.
2. Aggressive schedule and timeframes
3. Staffing and Resource availability.

**Risks:**
1. Funding
2. Needs of the facilities over or under the needs of Receivers "Turn Around Plan of Action"
3. Scope / Focus

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Jamie Mangrum | Executive Sponsor |
| David Noronha | Program Development |
| Dennis Hirning | Program Development |
| Fred Eichstaedt | Project Manager |
| Dave Winters | Infrastructure Lead |
| William Roush | Records Coordinator |
| Staff ISA | Application Lead |
| Bonnie Noble | Medical & Ancillary Services |
| Amy Rassen | Nursing / Medical / LTC |
| Dave Runnels | Security and Transportation |
| Lisa Heintz | Security and Transportation |
| Wendy Stills | Recidivism Rehab. |
| Paul Carlisle | Physical Rehab. |
| Michael Barks | Dental |

**Specific Performance Measures:**
1. Project in compliance with Goal # 6 of the Receiver's Turn around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Additional Information (Optional):**

This project is unique from the others; most of the IT requirements for the seven new hospitals are being met with projects currently in progress in the 33 institutions.  However as the meetings currently in process with our 10K bed champions bear fruit; we may see gaps between what is installed in the existing institutions and what is needed in the new hospitals. We may need to deploy new projects, modify existing projects, or modify customer expectations. This project is currently in very early stages of the Initiation life cycle.  The following activities are currently in progress;

- New employee orientation, peer networking, team kickoff and development.
- Project realization and objective creation.
- Project requirement gathering
- Updating project applications and prison end user expectation matrix, defining gaps, customers, and project owners.
- Project definition
- Schedule development

**Project Name:**
**10K Bed – Integrated Care (IC) Team**
**Project Executive:**    John Hagar
**Project Sponsor:**    Steve Cambra
**Project Lead:**    Amy Rassen
**Project Manager:**    Tray Freeman

| E-Mail: | Tracy.Freeman@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | 916-662-4760 | Proj ID: | 064 |
| Start Date: | November 2008 | Est Finish Date: | March 2009 |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Defined Patient Care model
4. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |

|  | 12/19/08 | 12/19/08 |
|--|----------|----------|
| Draft staffing Models | 12/31/08 | 12/3108 |
| Patient Care Model | 1/15/09 | 1/14/09 |
| Revised Space Program | 1/15/09 | |
| Complete Model Facility Staffing Plan | 02/15/09 | |
| Complete Final Prototypical Facility Staffing Plan | 03/01/09 | |
| *90-Day Project Closure* | 03/15/09 | |

**Key Work Products:**
1.    Action Plan/Schedule for the completion of work products.
2.    Action Item Tracking Tool.
3.    Risk and Issues Tracking Tool.

**Dependencies:**
1.    Leadership Decisions.
2.    Staffing/Resource.

**Constraints:**
1.    Aggressive schedule/timeframes

**Risks:**
1. TBD

**Project Team:**

| Sponsor: | Steve Cambra |
|----------|--------------|
| **Team Lead:** | Amy Rassen |
| **Assistant Team Lead:** | Suzanne Streater |
| **Project Manager:** | Tray Freeman |
| **Owner Rep.:** | Kathy Page |
| **Owner Rep.:** | Cindi Ricker |
| **Owner Rep.:** | Catherine Knox |
| **Owner Rep.:** | Jim Lett |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
- Facility Design,
- Staffing Plan
- Integrated Patient Care Model

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 8 of 269

**Project Name:  Access to Care, Chronic Disease Management Program (CDMP)**
**Project Executive:  Terry Hill, MD**
**Project Sponsor:  Thomas Bzoskie, MD**
**Project Manager:  Corey Langdale**

| E-Mail: | Corey.Langdale@cdcr.ca.gov | | |
|---------|-----------|--------|--------|
| Phone | (916) 712-0580 | Proj ID: | PRJ031 |
| Start Date: | July 2008 | Est Finish Date: | December 2009 |

**Solution Vision:**
Apply process improvement concepts and specifically Plan-Do-Study-Act (PDSA) cycles to improve the quality of care to the patient inmate population. Also move to a Chronic Disease Management and Primary Care model for the clinic visit.

**Project Description:**

- Pilot PDSA cycles and process improvement concepts to six (6) pilot sites for chronic disease management and then deploy statewide.

- Improve clinic efficiency by moving to the planned visit and primary care model

**Organization Impact:**

The Chronic Disease Management Program impacts all CDCR resources including facilities, human resources, and Information Technology.

**Project Purpose:**
Create a collaborative environment where custody and health care staff collectively guarantee access to care and improvements in morbidity and mortality which will meet constitutional standards of care.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: **1.2: Staffing & Processes for Health Care Access**
Actions: Fully Implement Health Care Access Teams

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Selection of Vendor | Apr 08 | Apr 08 |
| Kick-Off of CDMP | Jul 08 | Jul 08 |
| Conduct Learning Sessions for pilot sites | Nov 08 | Nov 08 |
| Produce Change Package | Dec 08 | Jan 09 |
| Conduct Diabetes Learning Sessions for pilot sites | Jan, Mar, May 09 | |
| Conduct Statewide Learning Sessions | Jan-Nov 09 | |
| Conduct Regional Workshops | Feb-Dec 09 | |

**Key Work Products:**
1. Monthly leadership reports
2. Change Package
3. ACIC Survey reports

**Dependencies/Constraints:**
1. Centralized support for policy change
2. Devotion of adequate institution staff
3. Registry development and roll out
4. Training in rapid cycle qlty improvement
5.

**Risks:**
1. Lack of adequate institution resources.
2. Aggressive electronic registry roll out schedule.
3. Post and Bid process within state nursing classification could result in team instability.
4. Change management is challenging, difficult to measure and hard to sustain.

**Project Team:**
Annette Lambert, Team Lead
Deborah Roberts, Nursing Consultant
Darrin Dennis, Nursing Consultant
Liana Lianov, MD, QI Chief Med. Officer
Cathi Murdoch, Custody Administrator
Vickie Bertucci, Custody Captain
Kent Imai, MD, Physician Consultant
Lori Weiselberg, HMA Consultant
Lyndon Greco, Analyst Support
Jennifer Smith, Clerical Staff

**Specific Performance Measures:**
1. By 12/30/2008, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
2. By 03/31/2009, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
3. By 03/31/2009, 95 percent or more of the daily point of care visits in pilot clinics will be entered in the state's Care Management Registry.
4. By 6/30/2009, 95 percent or more of the daily point of care visits in pilot institutions will be entered in the state's Care Management Registry.

**Additional Information (Optional):**

**Lifecycle: The project is in the pilot implementation stage having delivered the Chronic Disease Primary Care model to the 6 pilot sites through 4 learning collaboratives.  Lifemasters nurses are on site at each of the pilot clinics to promote the delivery of the model to the other clinics through March-09. The next step in the pilot implementation stage is for the delivery of the Diabetes/Hep C Learning Collaborative to the 6 pilots sites through Aug-2009.**

**The project is also in the implementation stage for statewide delivery of Asthma Learning Collaboratives from Jan-2009 through October 2009.  The Learning Collaborative has been scheduled for the end of January.  Regional Workshops have also been scheduled to run from Feb-2009 to Dec-2009 to allow Quality improvement advisors to integrate Asthma, Diabetes and HEP C pilot programs into the normal operations throughout all institutions.**

1.

**Project Data Sheet**

**Project Name:  Reception Center Process Improvement**

**Project ID:  Access to Care – R&R**

**Project Sponsor:  Jamie Mangrum, CIO**

**Project Manager:  David Vercoe**

**Start Date:  07/01/08**

**Estimated Finish Date:  June, 2010**

**Updated by:  David Vercoe  as of the 15th of Jan.**

**Project Goal Statement:**

The Reception Center process will provide initial triage to 100% of the Reception Center inmates on the day of arrival and a comprehensive healthcare assessment within two business days, providing the foundation of care management by establishing identification and timely treatment of contagious diseases, acute and chronic illness, or other health problems.

**Project Tradeoff Matrix**

|  | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| **Resources** |  | X |  |
| **Schedule** |  |  | X |
| **Scope** | X |  |  |

**Deliverables**

**1.**  Plan-Do-Study-Act assessment of reception processes.

**2.**  Monthly reporting to Senior Leadership.

**3.**  Rollout of new processes to twelve Reception Centers.

**4.**  Ongoing evaluation and mentoring of Reception health care teams.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Determine pilot site | August, 2008 | August, 2008 |
| Hire project staff including physicians, project managers, nurses and leaders | Summer, 2008 | Summer, 2008 |
| Naming of appropriate staff, Subject Matter Experts, etc | Summer, 2008 | Summer, 2008 |
| Pilot site completion | December, 2008 | December, 2008 |
| Assessment complete – Remaining Sites | June, 2009 |  |
| Implementation Complete | May, 2010 |  |

**Dependencies/Constraints**

**1.**  Adequate staffing will be provided.

**2.**  Funding will continue as planned.

**3.**  Designated Staff at all Reception sites will become actively engaged in the project.

**4.**  All key staff will remain in place throughout the entirety of the project.

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Annette Lambert | Access to Care Team Lead |
| Jayne Russell | Reception Team Lead |
| Mary Ann Simanello, RN, PhD | State-wide Nursing Consultant |
| Dr. Brett Williams | A2C Clinical Manager |
| Dr. Grace Song | Reception Clinical Mgr. |
| Doug Mudgett, RN | Nursing Manager |
| Michael McDonald | Custody Representative |
| Corey Langdale | A2C Project Manager |
| David Vercoe, PMP | Reception Project Mgr. |
| Project Subject Matter Experts | Health Care Managers Physician Champions |
| Site Subject Matter Experts | Associate Wardens Local Nurse Champion Local Physician Champion |

**Key Work Products**

1.  PSDA cycles
2.  Intake Performance Log

**Risks/Constraints**

**1.**  Change management is challenging, difficult to measure and hard to sustain.

**2.**  Space constraints at the institutions make new processes difficult to implement.

**3.**  Adequate resources may not be sustainable.

**4.**  Project timeframes are very aggressive.

**Specific Performance Measures**

**1**. 95 percent or more of all inmates will have received a full health screening within two business days after arrival at the pilot institution Reception Center.

**2**. 95 percent or more of priority medications will be delivered to the inmate within 24 hours of arrival at the pilot institution Reception Center.

**3**. 95 percent or more of patients who needed primary

| | care provider-line follow up appointments will be scheduled prior to leaving the pilot institution Reception Center.<br>**4**. 99 percent or more of Reception Center inmates will be triaged by a registered nurse or provider on the day of arrival. |
|---|---|

Lifecycle:  The pilot site began its Deployment phase on December 22nd.  Training and process development begins at North Kern State Prison on January 21st with a projected deployment date of March 23. The rest of the Reception Center sites are in the Planning phase.

**Project Name:  Access to Care, Utilization Mgmt.**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO, Dr. Ricki Barnett, Clinical Manager**
**Project Manager:  Bob Johnson**

| E-Mail: | Bob.johnson@cdcr.ca.gov | | |
|---------|-------------------------|---------|--------|
| **Phone** | **(916) 207-1043** | **Proj ID:** | **PRJ032** |
| **Start Date:** | **July 8, 2008** | **Est Finish Date:** | **October 31, 2010** |

**Solution Vision:**
To provide evidence based decision tools and interdisciplinary review processes to increase access to Specialty Care and reduce morbidity and mortality at the state's institutions.

**Project Description:**

- To standardize medical necessity criteria for specialty care referrals using evidence based medical guidelines.

- To standardize medical necessity criteria for infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Organization Impact:**

Access to Care – Utilization Management projects impacts all CDCR resources, current projects and respective portions of CDCR in one form or another.

**Project Purpose:**
To standardize medical necessity criteria for specialty care referrals using evidence based medial guidelines, and infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Strategic Plan Objectives:**
Primary Goal: 2 Prison Medical Program Services
Objective:
- Improve Specialty Care and Hospitalization
Actions:

- By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Establish pilot site criteria and performance measures for Specialty Care processes | Aug. – Sept. 2008 | Sept. 2008 |
| Implement InterQual criteria based decision | Oct. – Dec. 2008 | Dec 15, 2008 |

**Key Work Products:**
1. Weekly core project minutes
2. Weekly implementation team meeting minutes
3. Bi-weekly executive steering committee meeting minutes
4. Specific Access to Care – Utilization Management project reports
5. Specific Access to Care – Bed Access Management project reports

**Dependencies:**
1. Executive level support to ensure project success.
2. Adequate resources allocated throughout lifecycle of project.
3. Adequate funding through lifecycle of project
4. Adequate space provisions for working conditions
5. Local level support to ensure project success
6. Information system for referrals, scheduling, tracking and reporting

**Risks:**
1. Inadequate resource staffing could result in project not meeting projected end date
2. Slippage in other project schedules could impact Utilization Management project schedule and milestones
3. Inadequate hardware or incomplete network connections could impact project implementation schedule

**Project Team:**
Dr. Ricki Barnett, Clinical Manager
Bob Johnson, Project Manager
Rick Robinson, Team Lead
Beatrice Dube, Nursing Consultant
Angel Cardona, Nursing Consultant
Mo Mock, Nursing Supervisor
Gary White, Nursing Supervisor
Nora Estillore, Nursing Supervisor
Blake Lim, Analyst Support
Genifer Espinoza, Clerical Support

**Specific Performance Measures:**
1. Total number of Request for Services (RFS)
2. Total number of RFS approved and denied after all appeals
3. Number of RFS meeting InterQual criteria and approved, including all appeals
4. Number of RFS not meeting InterQual

Case 2:90-cv-00520-KJM-SCR　　Document 3600　　Filed 06/01/09　　Page 13 of 269

| | | |
|---|---|---|
| software and train selected users throughout the state. | | |
| Migrate Central Region institutions to the InterQual production server for data collection | Nov. 2008 – Jan. 2009 | Jan. 8, 2009 |
| Migrate Southern Region institutions to the InterQual production server for data collection | Feb. 2009 – March. 2009 | |
| Migrate Northern Region institutions to the InterQual production server for data collection | April 2009 – May 2009 | |
| Monitor, evaluate, and support InterQual implementation | Jan. 2009 – Dec. 2010 | |
| Establish pilot criteria and census data for Bed Access processes | Dec. 2008 – March. 2009 | |
| Establish pilot sites to create and evaluate bed census process and data | Dec. 2008 – June 2009 | |
| Implement bed access processes to remaining institutions | July 2009 – Aug. 2010 | |
| Maintenance and Operations turnover | Sept. 2010 – Oct. 2010 | |
| Project closure | Oct. 2010 | |

criteria and approved, including all appeals
5. Number of 602s relating to Specialty Referral denials
6. Number of appointments within:
   - 14 days (Urgent)
   - 90 days (Routine)
7. Weekly backlog analysis for:
   - Urgent referrals
   - Routine referrals
8. Number of Hospital aberrant days
9. Average daily census of hospital beds
10. MAR subcommittee meetings:
    - Minutes kept (Yes or No)
    - Weekly meetings (Yes or No)
11. Daily rounds for institutional bed occupancy
    - % compliance
12. Daily review community bed occupancy
    - % compliance

**Lifecycle:**
1. Project initiation phase complete
2. InterQual training for UM nurses complete
3. RFS project pilot site wrapping up (FSP – will be migrating to production on January 5, 2009
4. Central Region institutions being prepped for InterQual migration to production server – January 5, 2009
5. InteQual Central Region data gathering relating to RFSs – Jan. – Feb, 2009.
6. Southern Region InterQual rollout – February – April, 2009
7. Northern Region InterQual rollout – May – July, 2009
8. Bed Access Central Region pilot project – start date Dec. 4, 2009

**Project Data Sheet**
**Project Name:  Access to Care - Primary Care/Sick Call Project**

**Project ID:**
**Project Executive:  Dr. Kent Imai**
**Project Sponsor:  Dr. Jeff Carrick**
**Project Manager:  Brian Spray**
**Start Date:  07/08/08**
**Estimated Finish Date: 07/31/10**
**Updated by:  Brian Spray**

**Project Objective Statement:**
The Primary Care/Sick Call project will create new standardized, reliable, and measurable sick call processes that will streamline workflow and ensure inmate/patients timely and quality access to medical care at all California Department of Corrections and Rehabilitation (CDCR) institutions.  Within the scope of its individual Access to Care domain, the Primary Care/Sick Call project will promote the transition to a primary care model of care, emphasizing care coordination and accountability for patient outcomes.

**Matrix**

|  | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| **Resources** |  |  | X |
| **Schedule** |  | X |  |
| **Scope** | X |  |  |

**Deliverables**
1.  Review and revise standardized nursing procedures and approved protocols.
2.  Redesign of nursing supervision as called for by new Supervising RN (SRN II) deployment.
3.  Review queuing theory models now being used in private and public health care systems.
4.  Redesign the primary care/sick call process to incorporate the assignment of patient panels to primary care providers and nursing staff and promote accountability for patient outcomes.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for processes | 11/13/08 | 11/13/08 |
| Choose pilot sites to participate in sick call | 11/13/08 | 11/13/08 |
| Visit pilot sites to evaluate and establish process flows | 12/23/08 | 12/23/08 |

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Monitor, evaluate, change and re-evaluate pilot site processes | 1/22/08 |  |
| Finalize process and policies for institution implementation | 1/22/08 |  |
| Phase in implementation of new medical request process | 4/12/10 |  |
| Transfer project functions to programmatic operations | 6/23/10 |  |

**Dependencies/Constraints**
1.  Adequate space provision for working conditions
2.  Adequate resources allocated throughout lifecycle of project.
3.  Adequate funding throughout lifecycle of project.
4.  Executive level support to ensure project success.
5.  Local  level support to ensure project success
6.  Centralized support and assistance with policy and procedure revision, including analysis of Court orders and state and federal regulations.
7.  Information system for referrals, scheduling, tracking and reporting.
8.  Other identified project directly affecting the Access to Care – Sick Call project.

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Dr. Jeff Carrick | Clinical Chair |
| Doug Mudgett | Nursing Lead |
| Brian Spray | Project Manager |
| Richard Martin | Team Lead |
| Darrin Dennis | Nursing Consultant |
| Nan Clark | Nursing Consultant |
| Vickie Bertucci | Correctional Consultant |
| Patricia Castille | Core Team Member |
| Jennifer Guzman | Clerical Support |
| Vacant | IT Consultant |

**Project Data Sheet**
**Project Name:  Access to Care - Primary Care/Sick Call Project**

**Key Work Products**
**1.** Weekly core project meeting minutes
**2.** Weekly implementation team meeting minutes
**3.** Bi-weekly executive steering committee meeting minutes
**4.** Specific Access to Care – Primary Care/Sick Call project reports

**Specific Performance Measures**
**1.** By 7/31/09 in pilot clinics 75%+ of medical 7362s collected will have time stamp.
**2.** By 7/31/09 in pilot clinics 80%+ of requests for clinical services will have clinical evaluation within 24 hours.
**3.** By 7/31/09 in pilot clinics 80%+ of scheduled routine will be seen by PCP within 14 days of triage.
**4.** By 7/31/09 in pilot clinics 70%+ of scheduled follow-ups will be seen within specified timeframe of face to face.

**Issues**
**1.** Time frames very aggressive
**2.** Resource requirements not at full levels

**Lifecycle:**
The sick call project is in the pilot implementation stage. The team has currently visited three of the six pilot sites to complete patient chart reviews and gather baseline data related to the current medical triage process.

The team has also completed a draft change package and has begun a pilot at Folsom State Prison (FSP) to test the implementation of a new triage process that includes Nurse Practitioners in the triage process.

The project is also in the planning stage of developing a Patient-Centered Medical Home (PCMH) model of care that will introduce Primary Care concepts in the yard clinics.

# Executive Project Data Sheet As of: January 15, 2009 Version 3.1 (09/2008) Use 12 point font., No Italics

**Project Name: Business Information System (BIS) HR/Nursing**

**Project Executive: Betsy Chang-Ha, Kathy Stigall**

**Project Sponsor:, Jamie Mangrum**

**Project Manager: Senthil K Muniappan**

| E-Mail: | Senthil.muniappan@cdcr.ca.gov | | |
|---------|-------------------------------|---|---|
| Phone: | 916 764 4766 | Proj ID: | PRJ075 |
| Start Date: | 10/28/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**
Implementation of CDCR's Business Information System (SAP human resources for all CPHCS and Shift Planning for Nursing) for CPHCS

**Organization Impact:**
Major positive impact on headquarters and institution personnel due to the implementation of new, standardized HR business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS' human resources, Post & Bid and Shift Planning business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
Primary Goal: 4:Quality Improvement Programs
Objective: 4.2: Quality Improvement Program
Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release 2 Pilot OM/PA  Go-Live | 3/2/2009 | |
| Release 2 Pilot SS/Time Go-Live | 4/1/2009 | |
| Release 2 Statewide OM/PA Go-Live | 4/1/2009 | |
| Release 2 Statewide SS/Time Go-Live | 5/1/2009 | |
| Release 2 EG/Travel /LSO/WC Go-Live | 6/1/2009 | |
| Release 2 PCP/FI Int Payroll I/F Go-Live | 7/1/2009 | |
| Release 2 Completion | 7/15/2009 | |

**Key Work Products:**
1. Identification of CPHCS BIS HR/Nursing users and security roles (02/10/2009)
2. CPHCS BIS HR/Nursing Training and Support Plan (01/16/2009)
3. Identification of business processes, security roles and system configuration requiring modification for CPHCS HR/Nursing (02/17/2009)
4. Power users Sign-off for UAT (02/15/2009)
5. Change Agents and Steering committee Sign-off for Release 2 completion (06/30/2009)

**Dependencies:**
1. CDCR BIS Project – Release 1B implementation
2. BIS and CPHCS networks/active directories (single sign-on)
3. Access to Care initiatives for related data gathering, HR policies and procedures
4. Nurse Staffing Assessment methodology
5. 10,000 Bed project – HR related policies and procedures

**Constraints:**
1. Insufficient number of SAP/BIS experienced trainers

**Risks:**
1. CDCR planned deployment approach ("big bang")
2. Not all CPHCS requirements met during initial implementation
3. Not enough trainers available from CPHCS
4. Aggressive time line for implementation

**Project Team:**
CPHCS's core project team consists primarily of the project manager, who is acting as the Receiver's one of the two BIS representatives and advisor, supported by subject matter experts, who will participate in project workshops and user acceptance testing.

**Specific Performance Measures:**
1. Standardized business processes for headquarters and institutions
2. Integrated budget, accounting, procurement and human resources
3. On-line, real-time shift planning and scheduling
4. Automated HR Reporting

The project is in 'System development' or 'Realization' phase with around 90% completed. System design ('Blue printing') has already been completed and key stakeholders signed-off.

Though the 'Blue printing' or design is completed, some of the Nursing related designs need to be revisited and signed-off to make sure all the design requirements are considered and incorporated into the final work product. In addition to this, identifying the train-the-trainers, power users, training logistics are some of the high priority items dealt with.

Key milestones coming up are:

| | |
|---|---|
| User Acceptance Testing | - 2/27/2009 |
| Train the Trainers | - 2/27/2009 |
| End User Training (PA, OM) | - 2/27/2009 |
| End User Training (SS/Time) | - 2/27/2009 |
| Release 2 Pilot OM/PA Go-Live | - 3/2/2009 |
| Release 2 Pilot SS/Time Go-Live | - 4/1/2009 |
| Release 2 Statewide OM/PA Go-Live | - 4/1/2009 |
| Release 2 Statewide SS/Time Go-Live | - 5/1/2009 |
| Release 2 Statewide EG/Travel/LSO/WC Go-Live | - 6/1/2009 |
| Release 2 Statewide PCP/FI I/F/Payroll I/F Go-Live | - 7/1/2009 |
| Release 2 Completion | - 7/15/2009 |

**Project Name:  Business Information System (BIS)**
**Project Executive:  Mitzi Higashidani, Kathy Stigall**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Gary Mengers**

| E-Mail: | Gary.Mengers@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916 502-9606 | Proj ID: | PRJ030 |
| Start Date: | 11/2/2007 | Est Finish Date: | 10/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**

Implementation of CDCR's Business Information System (SAP financials, supply chain management and human resources) for CPHCS

**Organization Impact:**

Major impact on headquarters and insitution personnel due to the implementation of new, standardized business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS's financial, procurement and human resources business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
    Primary Goal: 4:Quality Improvement Programs
    Objective: 4.2: Quality Improvement Program
    Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release 1A (core financials) Go-Live | 7/1/2008 | 6/30/2008 |
| Release 1A.5 (budgets) Go-Live | 10/1/2008 | 9/15/2008 |
| Release 1B (accounting and procurement) Go-Live | 11/3/2008 | 11/3/2008 |
| Release 2 (human resources) Go-Live | 3/2/2009 | |
| Release 1C (CPHCS requirements) Go-Live | 7/1/2009 | |
| | | |
| | | |

**Key Work Products:**
    1.  Identification of CPHCS BIS users and security roles
    2.  CPHCS BIS user training
    3.  Identification of business processes, security roles and system configuration requiring modification for CPHCS

**Dependencies:**
    1.  CDCR BIS Project - configuration and implementation
    2.  Prodagio system for medical contracts
    3.  BIS and CPHCS networks/active directories (single sign-on)
    4.
    5.

**Constraints:**
    1.  Limited number of SAP/BIS experienced trainers and support personnel

**Risks:**
    1.  CDCR planned deployment approach (aggressive timeline)
    2.  Not all CPHCS requirements met during initial implementation
    3.  Delay in approval of BIS SPR & contract amendment caused some delays

**Project Team:**

CPHCS's core project team consists primarily of the project manager, who has acted as the Receiver's BIS representative and advisor,  supported by subject matter experts, who have participated in project workshops and user acceptance testing.  To support deployment, four CPHCS staff attended BIS train-the-trainers classes and are training/supporting CPHCS staff.

**Specific Performance Measures:**
    1.  Standardized business processes for headquarters and institutions
    2.  Integrated budget, accounting, procurement and human resources
    3.  On-line, real-time financial reporting
    4.  Timely processing of vendor and provider payments

**Project Lifecycle Status:**

The Release 1 BIS functions, including budget, accounting and procurement, were implemented on November 3, 2008 and are currently operational in CDCR and CPHCS headquarters.  Institutions, including health care, are preparing for their implementations and will begin training in February 2009 for the northern region, continuing March through May for the central and southern region institutions.  All institutions will be operational by June 1, 2009 with the Release 1 BIS functions.

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and will begin user acceptance testing in mid January 2009.  Deployment to headquarters and the institutions will be conducted in four phases, beginning in March 2009.  All functions are planned to be operationl in all locations by July 2009.  In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in February 2009, with a planned implementation during July through September 2009.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 20 of 269

**Project Name: Central Fill Pharmacy Project**
**Executive: John Hagar**
**Project Sponsor: Betsy Chang-Ha, Jamie Mangrum**
**Project Manager: Erick Rendón**

| E-Mail: | Erick.Rendon@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **916-956-5045** | **Proj ID:** | **PRJ072** |
| **Start Date:** | **December 2008** | **Est Finish Date:** | **December 2009** |

**Solution Vision:**
Implement a centralized pharmacy to consolidate ordering and logistic distribution of prescriptions; reducing cost and unnecessary waste while improving tracking of medications to increase patient utilization.

**Project Description:**
Central Fill Pharmacy will fill prescriptions for all 33 correctional centers. It will order bulk pharmaceuticals, pre-package them and automatically fill orders entered in GuardianRx. The facility will have automated inventory management; medication checks and provides distribution of prescriptions by next business day to all facilities.

**Organization Impact:**
Immediate reduction in tasks done by sites personnel. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites. Savings will be realized through centralized ordering, increase adherdson to Pharmacy and Therapeutic Committee recommendations and decrease overall inventory in stock based on accurate inventory levels.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock.
**Strategic Plan Objectives:**
<u>Primary Goal</u>: 5.0 Medical Support Infrastructure
<u>Objective</u>: 5.1 Pharmacy Programs
<u>Actions</u>: 5.1.3 Central-Fill Pharmacy
**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter | TBD | Dec 08 |
| Team identification | TBD | Dec 08 |
| Project Kickoff | TBD | Jan 09 |
| Automation vendor contract | TBD | Jan 09 |
| Site leasing contract | May 09 | |
| Site design / build out process | Jan 09 | |

The project is technically in initiation / planning.

**Key Work Products:**
1. Site Designs
2. Leasing Contract
3. Project management documentation

**Dependencies:**
1. Architectural design and approvals
2. Pharmacy Site Leasing Contract
3. CPHCS Network Project
4. Maxor Pharmacy (Guardian) Project

**Constraints:**
1. Maxor Guardian Rollout Schedule / Decisions
2. CPHCS Network Rollout Schedule / Decisions
3. Procurement
4. Construction

**Risks:**
1. Long lead times for service contracts
2. Long lead times for procurement

**Project Team:**

Project Manger: Erick Rendón

Maxor National Pharmacy Services: Dick Cason

Cornerstone Automation: Michael Doke / Gary Greiner

Department of General Services: Sally Morphis

Resource Management: Jeanette Kellogg

Contractor PM - TBD

**Specific Performance Measures:**

1. Quality Assurance Matrix
2. Service Matrix
3. Delivery Matrix

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 21 of 269

Although the automation contract was signed in January 2009, it was later than expected and has pushed the timeline further. The contract was on the critical path and may development of construction requirements are tied to its completion; automation requirements / specifications to run the automation machinery need be to add to building design and architectural drawings. Once completed the site landlord has to bid out the contract of the build out phase; after negotiations among the landlord and the Department of General Services can the lease be signed and construction plans drawn out, permits pulled and finally construction on the build out begin.

While this is being resolved, I am completing the PMO required documentation and looking for mitigations process to pull back the actual completion time from mid March 2010 to Fall/Winter 2009 with the first beta site by Winter 2009. In addition, I am currently reaching out to all inter-dependencies swim lanes and strategizing the best approach to incorporate their needs with our schedule.

**Project Name:  Centralized Dictation & Transcription**
**Project Executive:  Dr. Terry Hill / Bonnie Noble**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Denise Harris**

| E-Mail: | Denise.Harris@cdcr.ca.gov | | |
|---------|---------------------------|-----------|-----------|
| Phone | 916-206-7276 | Proj ID: | PRJ019 |
| Start Date: | 07/01/08 | Est Finish Date: | 12/30/09 |

**Solution Vision:**

Implement a centralized dictation and transcription solution that standardizes health record documentation at the enterprise-level.

**Project Description:**

The purpose of this project is to implement a centralized dictation and transcription department for four pilot institutions: San Quentin (SQ), Valley State Prison for Women (VSPW), Central California Women's Facility (CCWF), and CSP-Los Angeles County (LAC).

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**

The purpose of this project is twofold:  (1) a model for centralized dictation and transcription statewide; and; (2) improvement in timeliness and accuracy of transcribed documents.

**Strategic Plan Objectives:**
    Primary Goal: 5:  Medical Support Infrastructure
    Objective: 5.2:  Health Records
    Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Dictation & Transcription Assessment | 04/08 | 04/08 |
| Approved Project Charter | 07/08 | 07/08 |
| Server Vendor Selection | 10/08 | 10/08 |
| Turnkey Facility | 02/09 | |
| Staffed and Trained Dept. | 03/09 | |
| Pilot Closeout & Eval | 12/09 | |

**Key Work Products:**
    1.  Project Charter
    2.  Project Schedule
    3.  Post Pilot Evaluation and Recommendation

**Dependencies:**
    1.  CPHCS Network Project
    2.  CPHCS Data Center Project

**Constraints:**
    1.  CPHCS Network Rollout
    2.  CPHCS Data Center Implementation

**Risks:**
    1.  Verizon Data Center availability
    2.  Network availability
    3.  Incompatible component structure; component integration to achieve operability

**Project Team:**

The Centralized Dictation and Transcription project team is comprised of approximately 30 team members that include representative staff from CPHCS, California Prison Receivership Corporation, VerizonBusiness and Crescendo.

**Specific Performance Measures:**
    1. 150 lines/hr per medical transcriber
    2. 98% accuracy rate for all transcribed documents
    3. 24 hour turnaround time for all transcribed reports
    4. All pertinent medical records dictated and transcribed.

**Additional Information (Optional):**

    1.  Working with Verizon to add network drops at pilot institutions
    2.  Purchasing desktops and network printers as needed

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 23 of 269

The Centralized Dictation and Transcription project is in the procurement phase.  Contract with Crescendo, dictation and transcription software vendor, was signed in November, 2008.  Servers due to arrive at the data center on 1/27/09.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 24 of 269



**Executive Project Data Sheet**    **As of:  January 22, 2009**

**Project Name:  Claims Mgt. and Invoice Processing**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO**
**Project Manager:  Holly Lasiter**

| E-Mail: | Holly.lasiter@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | 916-764-4677 | Proj ID: | PRJ066 |
| Start Date: | 11/29/08 | Est Finish Date: | 11/29/10 |

**Solution Vision:**
Provide a healthcare claims processing system that is typically found in commercial or public health plans. The system will utilize industry standard coding and allow standard reporting, benchmarking and utilization management. The system will improve the quality, efficiency, and timeliness of payments to health care vendors serving CDCR's patient population, while also implementing effective cost management.

**Project Description:**

Contract with a qualified third party administer to take over claims processing services for an initial period of 24 months (with three 12 month options) to put into practice the required improvements prior to transition of all operations back to State control.

**Organization Impact:**

Using industry standard coding will allow CPHCS to perform standard reporting and benchmarking. Utilization Management will have access to data necessary to make decisions in specialty care. Claims processors will be elevated to other jobs.

**Project Purpose:**
Enable CPHCS to administer healthcare claims and capture utilization and payment data for ongoing analysis and reporting.

**Strategic Plan Objectives:**
    Primary Goal: 5. Establish Medical Support
    Objective: 5.2 Establish Standardized Health Records Practice
    Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Issue Request for Proposal | 12/10/2008 | 12/10/2008 |
| Bidder's Conference | 12/19/2008 | 12/19/2008 |
| Deadline for questions | 12/31/2008 | 12/31/2009 |
| Respond to questions | 1/7/2009 | 1/7/2009 |

| Milestones | Planned | Actual |
|------------|---------|--------|
| Proposals due | 1/29/2009 | |
| Notification for interviews | 2/17/2009 | |
| Announce selection | 3/2/2009 | |
| Contract Start Date | 3/23/2009 | |

**Key Work Products:**
    1.  Request for Proposal
    2.  Vendor Proposals
    3.  Signed Vendor Contract
    4.  Statement of Work
    5.  Service Level Agreement
**Dependencies:**
    1.  Health Information Management
    2.  Contracts Medical Database (CMD)
    3.  CPHCS Data Center Project
    4.  ProdAgio Enhancement
    5.  IT Security
    6.  OBIS / DDPS
    7.  Utilization Management
    8.  BIS (SAP)
    9.  Clinical Data Repository

**Constraints:**
    1.  Backlog of unpaid claims
    2.  ProdAgio does not have capability to adjudicate and pay healthcare claims.
    3.  Interfaces to other systems

**Risks:**
    1.  Ability to establish electronic data submittal to SCO.
    2.  Ability to compile contract rate data for submittal to TPA.
    3.  Security of TPA having access to sensitive inmate location data.

**Project Team:**
Holly Lasiter, Project Manager
Michelle Ogata, Business Sponsor
Dr. Ricki Barnett, Business Owner
Dawn Kearns, Business Owner
Mitzi Higashidani, SME
Marnell Voss, Contracts
Shelby Chapman, SME
Ned Dickson, SME

**Specific Performance Measures:**
    1.  Business Requirements
    2.  Vendor Selection
    3.  Vendor Proposals
.

The Request for Proposal, Bidders' Library and associated addendums are posted on the CPHCS Web site. Final proposals are due January 29. The top candidate(s) will conduct vendor demonstrations in late February. The contract will be awarded early March with work starting after contract negotiations.

**Executive Project Data Sheet** | **As of: January 22, 2009**

**Project Name: Headquarters Relocation Project**
**Project Executive: John Hagar**
**Project Sponsor: Glenn Welker**
**Project Manager: Diane O'Connor**

| E-Mail: | Diane.O'Connor@cdcr.ca.gov | | |
|---------|---------|---------|---------|
| Phone | 445-1101 | Proj ID: | 070 |
| Start Date: | November 17, 2008 | Est Finish Date: 2012 | |

**Solution Vision:**
Relocate HCS Headquarters staff to a single building location or campus environment

**Project Description:**
Plan and relocate Headquarters HCS program staff from current multiple real estate locations to a single building or campus office environment enabling Headquarters program collaboration, cost control and unified management of HCS.

**Organization Impact:**

This project will have a major impact on all Headquarters Program staff in that they will be able to better collaborate, meet, organize and manage HCS from a single location. The solution will provide a single point of presence for the HCS HQ Program infrastructure and administration. The single presence will allow HCS Management to function as a unified organization utilizing consolidated infrastructure and resources to better manage HCS in the future.

**Project Purpose:**
To provide a single presence for HCS HQ Management in the Sacramento region.

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 6:Clinical, Administrative Housing
    <u>Objective</u>: 6.1: Upgrade Program
    <u>Actions</u>: 6: Clinical, Administrative Housing

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Kick Off | 12/8/08 | 12/8/08 |
| Phase I | | |
| Project Data Sheet | 12/08/08 | 12/08/08 |
| Project Charter (draft) | 12/31/08 | 12/31/08 |
| Project Charter submitted to Steering Committee | 1/15/09 | |
| Project Charter approved | 1/15/2009 | |
| Send program data packets for FY09-FY2013 staff projections, supporting documentation and signature | 1/19/2009 | |
| Phase II: Initiation | | |

**Key Work Products:**
1. Deliverable I: PDS
2. Deliverable II: Project Charter for Approval.
3. Deliverable III: Consolidated Program staff data to include supporting documents.

**Dependencies:**
1. Executive Level approval of project Charter.
2. Funding for leased space, build to suit or lease to own.

**Constraints:**
1. Search for space will be based on staffing projections for current FY 08/09 funded/ approved positions and projected future positions with supporting backup and program/division level management approval through FY 2013.
2. Confidentiality during project request phase does not allow for obtaining actual real estate availability.
3. Project site is constrained to specific location (Downtown Sacramento or within 15 miles of Downtown Sacramento) unless otherwise stated by Executive Level Management

**Risks:**
1. Lack of approved funding
2. Charter not approved
3. Cost will be estimated at high level until project charter is approved and is made public via the request for space (form 9, form10) to Department of General Services.

**Project Team:**

The Headquarters Relocation core project team is comprised of approximately 5 team members that include representative staff from HCS Business Operations.

**Specific Performance Measures:**
1. Acceptance of documentation
2. Approval of Charter

**Additional Information (Optional):**
The following assumptions have been made and may be changed/corrected by Executive Management:
1. HQ Relocation project to complete 2011-2013 (TBD)
2. Location to be downtown Sacramento or

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 28 of 269

| | | |
|---|---|---|
| Roll up program data packets and present staff projection, supporting documentation and square footage required to John Hagar for checkpoint/approval | 2/16/09 | |

The Headquarters Relocation Project is in the Request Phase as of 12/31/2008.

within 15 miles of downtown
3. A check point will be held within Phase II with steering committee to determine moving forward before requesting real estate search via Department of General Services. (DGS will make search public)
4. An estimated price per square foot will be provided within the Project Charter for feasibility purposes before making project public via Department of General Services. The estimates will be the current average lease rates per square foot for office space located: Downtown Sacramento, Natomas, West Sacramento, Rancho Cordova and Elk Grove (unless specifically requested from Executive level Management)
5. Headcount estimate data through FY 2013 will be provided via current funded positions and supporting data for projected positions. This data will be approved by program managers and division directors.
6. Formula used to determine space size will be determined by the State Standards (SAM Guide)

**Executive Project Data Sheet**                    **As of: January 22, 2009**

| | |
|---|---|
| **Project Name: Emergency Medical Response** | **Key Work Products:** |

**Project Name: Emergency Medical Response**
**Project Executive: Dr. Terry Hill**
**Project Sponsor: Betsy Chang Ha; Dr. Dwight Winslow**
**Project Manager: Rich Klutz**

| E-Mail: | Richard.Klutz@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-807-0654 | Proj ID: | PRJ036 |
| Start Date: | 03/01/08 | Est Finish Date: | 06/01/09 |

**Solution Vision:**
A standard medical emergency response system that meets community standards and reduces avoidable morbidity and mortality.

**Project Description:**

Develop an Emergency Response System that meets community standards and includes standard policy and procedures, training and certification in emergency response, and acquisition and placement of appropriate emergency response equipment.

**Organization Impact:**

Reduced morbidity and mortality; training and certification activities; equipment inventory and maintenance activities; documentation, medical oversight, quality improvements.

**Project Purpose:**
Standardize the structure and organization of the CDCR Emergency Medical Response System including policy, equipment and personnel certification and training.
**Strategic Plan Objectives:**
Primary Goal: 2: Medical Program
Objective: 2.3 Improve Emergency Response to Reduce Avoidable Morbidity and Mortality
Actions: 2.3.1 Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions

2.3.2 By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff

2.3.3 By January 2009, inventory, assess and standardize equipment to support emergency medical response

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pre-implementations and video conference | 12/05/08 | 12/05/08 |
| Follow-up implementations | 01/31/09 | |
| Post implementations | 03/30/09 | |
| BLS/ACLS training | 05/30/09 | |
| Equipment assessment | 01/31/09 | |

**Key Work Products:**
1. Emergency Medical Response Program Policies and Procedures
2. Certification and Training standards for all clinical staff
3. EMR equipment inventory and standards
**Dependencies:**
1.

**Constraints:**
1. EMR training standards may be constrained by labor relations considerations.

**Risks:**
1. Budget delays could delay standardization of EMR equipment.
2. Inaccurate and/or untimely training and equipment inventories will prevent timely standardization.
3. Lack of a single point of contact in institutions responsible for EMR equipment support and maintenance may hinder full compliance with equipment inventory and maintenance requirements.

**Project Team:**

| | |
|---|---|
| Wesley Capon | Ivan Gallardo |
| Cynthia Ramsey | Dr. Alan Frueh |
| Wendy Lee | Mel Lewis |
| Dora Galvez-Moretti | Cathi Murdoch |
| Mary Barnett | Ian Branaman |

**Specific Performance Measures:**
1. Policy Adoption
2. % Certified and Trained
3. % Equipment Standardized

**Additional Information (Optional):**

Use 12 point font., No Italics

**Executive Project Data Sheet** — **As of: January 22, 2009**

**Project Name: Enterprise Architecture**
**Project Executive: John Hagar**
**Project Sponsor: Jaimie Mangrum**
**Project Manager: Mark Griffith**

| E-Mail: | mark.griffith@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 764-4516 | Proj ID: | PRJ069 |
| Start Date: | 11/17/08 | Est Finish Date: | |

**Solution Vision:**
Establish an Enterprise Architecture (EA) program for CPHCS based on the State's and Federal EA programs.

**Project Description:**
Create EA program and adopt EA framework and models, methodology, standards and governance plan.

**Organization Impact:**
Enterprise Architecture will have a major impact on CPHCS by adopting policies, standards and governance for all CPHCS IT projects.

**Project Purpose:**
Improve interoperability and efficiencies across all CPHCS IT projects. Establish architectural framework and requirements for project development efforts and RFP's. Provide enterprise level business, data, and technical models. Leverage the Health Information Technology Executive Committee (HITEC) governance for enterprise architecture for all CPHCS IT projects.

**Strategic Plan Objectives:**
Primary Goal: 5:Medical Support Infrastructure
Objective:
Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kickoff | 11/17/08 | 11/17/08 |
| Initial interviews | 12/23/08 | |
| Project Charter Approved | 1/1/09 | |
| EA Roadmap | 1/1/09 | |
| EA Requirements Document | 2/1/09 | |
| | | |
| | | |
| | | |

**Key Work Products:**
1. Project Charter
2. Enterprise Architecture Framework Document for RFP's
3. Enterprise Business Reference Model
4. Enterprise Data Reference Model
5. Application and Technical Frameworks and Standards
6. Enterprise Architecture Governance Plan
7. Enterprise Performance Reference Model
8. Enterprise Service Component Reference Model

**Dependencies:**
1. CDR Project Architecture
2. SOMS Project
3. CPHCS Data Center Project
4. HIM Project
5. HCSS Project
6. All other IT related projects

**Constraints:**
1. CPHCS Projects rollout schedules and progress.

**Risks:**
1.
2.
3.

**Project Team:**
The EA project team consists of Mike Sakamoto, (PMO Deputy Director), and consultants Mark Griffith and Dustin Laine.

**Specific Performance Measures:**
1. Prepare EA framework document to include with all future RFP's.
2. Creation of High Level Business Model for CPHCS
3. Adoption of technical standards and policies for CPHCS.

Case 2:96-cv-00526-KJM-SCR    Document 3600    Filed 06/01/09    Page 32 of 269

The Enterprise Architecture project has just begun and is in the initial startup phase.  Meetings are currently underway to identify a roadmap and set priorities for the EA effort.  The Clinical Data Repository project architecture is being reviewed, followed by the creation of an Enterprise Architecture Framework Requirements Document to be used with future RFP's.

**Project Name: Clinical Imaging Services**
**Project Executive: Terry Hill, MD**
**Project Sponsor: Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager: Craig Casey**

| E-Mail: | Craig.Casey@cdcs.ca.gov | | |
|---------|------------------------|---|---|
| Phone | 916-764-4730 | Proj ID: | PRJ017 |
| Start Date: | 09/02/2008 | Est Finish Date: | 2011 |

**Solution Vision:** To provide appropriate and timely imaging and interpretation services for the incarcerated population at all CDCS institutions and facilities. Install centralized and distributed management and infrastructure to sustain and refine/improve these services indefinitely.

**Project Description:** Implement the Enterprise Imaging & Radiology Assessment & Planning remediation roadmap presented July 14, 2008 to the Receiver.

**Organization Impact:** This project will significantly impact CDHCS clinical staff in all CDCS locations with the provision of tools and infrastructure for the timely diagnosis/evaluation of inmate patients within the institutions.

**Project Purpose:** Provide minimum acceptable level of ancillary care to CDCS incarcerated population.

**Strategic Plan Objectives:**
    **Primary Goal: 5:Medical Support Infrastructure**
    **Objective:** 5.3: Radiology and Laboratory Services
    **Actions:** 5.3.1: Establish strategy for improvements and implement.

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete final draft of RFP | Sept 26 | Sept 26 |
| Finalize & release | Oct 3 | Oct 6 |
| Conduct solicitation | Nov 7 | Nov 7 |
| Vender selection | Dec 5 | Dec 8 |
| Completion of negotiations | Dec 23 | Jan 8 |
| Project Charter | Dec 30 | |
| Contract signing/close initial procurement phase | Approx Dec 30 | |
| Start of Management firm engagement | Jan 5, 2009 | Jan 12 |
| Detailed project plan | Mar, 2009 | |

**Key Work Products:**
1. Approved vender contract.
2. Project Charter
3. Completed institutional assessments and interim staffing model.
4. Detailed project plan.

**Dependencies:**
1. CDHCS Data Center project.
2. CDHCS Telemedicine project.
3. CDHCS Network project.
4. Clinical and executive recruiting success.

**Constraints:**
1. CPHCS network rollout schedule
2. Recruitment of imaging leadership roles throughout the State.
3. Successful & timely negotiation with radiology equipment vender(s).

**Risks:**
1. Lack of institutional resources.
2. As yet undefined schedules and interaction with parallel projects engaging the institutions.

**Project Team:**

  The CPHCS core project team is comprised of approximately thirty (30) team members and key stakeholders including contributors from CPHCS, CDCS, MSI and selected subcontractors. This team will engage/include the management and staff from every institution in the State during the life cycle of this project.

**Specific Performance Measures:**
  Performance measures will be developed as part of detailed project planning and reviewed on a regular basis with the Project Steering Committee.

**Additional Information (Optional):**
  The right hand column of this Data Sheet can be expected to change/evolve over the early phases of this project.

**Current Project Status:**
This project is closing the RFP stage with the selection of McKenzie Stephenson, Inc. An "Intent to Award" announcement has been made. The Agreement language has been approved by the Receiver's counsel and MSI management. The completed Agreement is in the receiver's office awaiting final review and approval. We anticipate the Receiver's final release in mid January.

Phase 0, Detailed project planning has started in anticipation of the formal award by the Receiver. The MSI team is developing a schedule for completion of institutional visits in order to complete the assessment cycle, included in Phase 0. The planning phase duration is anticipated to be 10-12 weeks.

**Project Name:  Nurse Staffing Assessment Team**
**Project Executive:  B. Chang-Ha**
**Project Sponsor:  J. Hagar**
**Project Manager:  G. Robinson**

| E-Mail: | greg.robinson@cdcr.ca.gov | |
|---|---|---|
| Phone | 916-956-2851 | Proj ID: |
| Start Date: | May 2008 | Est Finish Date: |

**Solution Vision:**
Fiscal approval of budget for recommended nursing positions (classification mix and volume)  to provide constitutional care to persons in custody.

**Project Description:**

There are two primary objectives:

1.  Develop a methodology to equitably and adequately staff the facilities with a validated proper classification mix of nursing staff.

2.  Extend recommendations to the Receivers office concerning actual levels required to adequately staff the facilities

**Organization Impact:**

Decrease in overtime and registry usage by properly enumerating and allocating the right classification mix and volume of nursing staff used in institutions, based on a sound methodology.

**Project Purpose:**
Provide models of nursing staff needs for all institutions according to future model of delivery of care.

**Strategic Plan Objectives:**
Primary Goal: To provide Finance and other stakeholder departments (e.g. CDCR Human Resources) with sound reasoning for proper recommendations of amounts and types of nurses required for institutions to deliver nursing care.
Objective: Create documentation to support end goals
Actions: Perform onsite assessments (data gathering) and offsite methodologies in support of the objectives.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Develop Methodology | June 2008 | June 08 |
| Develop Audit Tools | July 08 | July 08 |
| San Quentin Audit | July 08 | Aug 08 |
| San Quentin Report | Aug 08 | Aug 08 |
| SATF Audit | July 08 | Sept 08 |

**Key Work Products:**
1.  Nurse Staffing Assessment Methodology
2.  Levels of Nursing Care based of acuity of Inmate Diseases and Conditions
3.  Primary Care Model for the Delivery of Health Services
4. Facility Matrix

**Dependencies:**
1.  Availablities to RN to complete workload
2.  Access to Care initiatives for related data gathering

**Constraints:**
1.  Need for additional temporary (Registry) staff to perform best practice assessments under revised methodology

**Major Risks:**
1.  Steering Committee lack of full engagement

**Project Team:**

Carmen Hobbs, RN, MSN (SRN II); Lilia Meyer, RN (NCRP), Ted Udseth, RN (SRN III), Wendy Carlsen, RN (SRN II); Suzanne Hermreck (SSA); Greg Robinson (PM)

**Specific Performance Measures:**
1.  Project calendar
2.  Written Reports
3.

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 36 of 269

| | | |
|---|---|---|
| SATF Report | Sept 08 | Sept 08 |
| PBSP Audit | Oct 08 | Oct 08 |
| CIW Audit | Nov 08 | Nov 08 |
| Revise Methodology | Nov 08 | Nov 08 |
| Present Finding and Recommendations to John Hagar | Dec 08 | Dec 08 |
| SATF Medication Administration Pilot | Feb 09-July 09 | In Progress |
| Inpatient, OHU Pilot | Aug 09 – Dec 09 | Planned |

**Current Project Positioning Within Lifecycle**

The project has entered the approved pilot implementation phase for the Medication Administration nursing function. The general methodology and piloting approach was approved in Dec 08 by the Chief of Staff and the project is in Green status.

**Project Name: Public Health Unit**
**Project Executive: Dwight Winslow**
**Project Sponsor: Janet Mohle-Boetani**
**Project Manager: David Forbes**

| E-Mail: | David.Forbes@cdcr.ca.gov | | |
|---------|--------------------------|---|---|
| Phone | 916-764-4703 | Proj ID: | PRJ006 |
| Start Date: | 12-1-2008 | Est Finish Date: | 12-1-2010 |

**Solution Vision:**
To ensure that public health prevention and control services are standardized, and provided to all patient-inmates and CDCR staff in 33 adult correction institutions statewide. The expansion of public health policies and procedures into primary care will help make clinical operations more Proactive, Planned and Cost-effective.

**Project Description:**
Develop the people, processes and technology in support of a Public Health Unit. In order to do this the project will include a four (4) pilots as well as an institutional staffing assessment. Various Information Systems will be enhanced to capture Public Health data.

**Organization Impact:**
This project influences the clinical practice of all 33 adult correction institutions, and benefits both employees and inmates throughout CDCR.

**Project Purpose:**
To ensure adequate public health prevention and control in order to reduce the likelihood of disease outbreaks and illness at all institutions.

**Strategic Plan Objectives:**
Primary Goal: **1:**Timely Access to Care
Objective: **1.2:**Staffing and Processes for Health Access
Actions: Develop people, policies and technology to enable public health care prevention and control

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Needs Assessment and Design for Public Health Unit information systems | 7-1-09 | |
| Implement Public Health Pilots | 8-30-09 | |
| Evaluate Public Health Pilots | 12-1-09 | |
| Develop and Complete Action Plan, including required staff augmentation | 12-1-10 | |
| Implement Management and Tracking Systems for Public Health Unit | 12-1-10 | |

**Key Work Products:**
1. Pilot Evaluation and Action Plans for:
   a. Inmate Peer Education
   b. Employee Public Health
   c. Tuberculosis Alert Coordinator
   d. Public Health Nursing
2. Public Health Unit Staffing Plan for:
   a. Employee Public Health
   b. Epidemiology and Surveillance
   c. Program Development and Ops.
3. Public Health Nurse Staffing Assessment and Workload Analysis
4. Public Health Unit Systems Analysis and Design
5. Action Plan for Pilots and Workload Analysis
6. Ongoing Tracking Processes and Systems for all sections in the Public Health Unit.

**Dependencies:**
1. All Pilot Action plans require completion of their respective Evaluation and Action Plans
2. Action Plan require the completion of pilots and Workload Analysis
3. Public Health Unit System Analysis and Design precedes development work

**Constraints:**
1. Public Health Unit expansion requires executive approval for staff acquisition

**Risks:**
1. Acceptance of public health policy and procedures may vary between institutions.
2. IT Infrastructure may not be adequate for broad adoption of required IT solutions.

**Project Team:**
1. Dave Forbes, Project Manager
2. Dr. Janet Mohle-Boetani, Project Sponsor
3. Nancy Snyder, Nurse Consultant Program Review

**Specific Performance Measures:**
1. Progress Against Schedule
2. Resolution of risks and issues
3. # of nurses trained in public health procedures and policies

**Additional Information (Optional):**
N/A

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 38 of 269

**Where the Project is in the Lifecycle:**

The project is now moving from the initiation phase to the planning phase as specifics on key deliverables are now becoming more apparent.  The project manager expects to be able to add significantly more detail to the project schedule over the next 30 days.

The scope of the project is now well defined and the associated work breakdown structure as well as project schedule will soon show the enhanced detailed revealed in these scoping efforts.

| | | | |
|---|---|---|---|

**Project Name:  Contract Medical Database (CMD) Upgrade**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Rich Kirkland**
**Project Manager:  Corey Langdale/Mike Sakamoto**

| E-Mail: | corey.langdale@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **916-712-0580** | **Proj ID:** | **PRJ012** |
| **Start Date:** | **5/19/08** | **Est Finish Date:** | **12/26/08** |

**Solution Vision:**

Upgrade the technology of the Contract Medical Database (CMD) to provide:
Improved application stability and multi-user access
Improved data consistency and real time reporting

**Project Description:**

Complete an upgrade of the CMD application replacing 33 separate Access databases with a web application interacting with a single SQL database

**Organization Impact:**

A single centralized database will provide access to medical claims data instantaneously rather than the current 40 days in arrears.

Invoicing group will centralize maintenance of Contracts and Contractors under 2-3 people rather than the current method of 45 plus HCCUP analysts maintaining data across 33 databases allowing for more consistent data capture.

**Project Purpose:**
Upgrade CMD application to improved technologies to provide real time access to medical claims data and enhanced application stability.

**Strategic Plan Objectives:**
    Primary Goal: 2:Medical Program
    Objective: 2.4 Improve the Provision of Specialty Care
    Actions: 2.4.3 Process Invoices in a Timely Manner

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter | 06/06/08 | 06/16/08 |
| Design Document | 06/30/08 | 07/01/08 |
| Source Code Delivery | 09/03/08 | 09/16/08 |
| Integration Testing | 09/17/08 | 09/26/08 |
| Performance/UAT Testing | 10/17/08 | 11/20/08 |
| Phase I Deployment | 11/17/08 | 12/03/08 |
| Phase II Deployment | 12/01/08 | 12/10/08 |
| Phase III Deployment | 12/15/08 | 12/18/08 |

**Key Work Products:**
    1.  Web forms which closely replicate the legacy CMD application
    2.  Database Consolidation
    3.

**Dependencies:**
    1.  Prodagio Deployment
    2.
    3.
    4.
    5.

**Constraints:**
    1.  None

**Risks:**
    1.  Conflicting resource priorities may impact project schedule
    2.  IT support needs to ramp up quickly working with Riley Consulting to get training and knowledge transfer; all aspects of CMD including the web front-end, application source code and database.
    3.

**Project Team:**

Mike Sakamoto - Chief Enterprise Architect

Riley Consulting - Technical Implementors

Rosie Williams - IT Manager

Andy Hall - IT Manager

Tim Crump - IT Support

Dawn Kearns - Invoicing Manager

Diane Petty - Manager

Pat Day - CMD SME

Diane Berg - CMD SME

Karen Mattes - CMD SME

**Specific Performance Measures:**
    1.  Real time access to medical claims data
    2.  Improved stability of application - Multi-user data entry for a single insititution
    3.  Enhanced data consistency - Consolidation of Contractor & Contract data

**Additional Information (Optional):**

    1.
    2.
    3.

Project Status 01/15/09
The team has successfully completed the Pilot
Implementation Phase with a GO Live of the following
institutions DVI on 11/20/08 and SAC on 11/25/08.

We have started the Post-Pilot Implementation Phase with
successfully completing 1st Wave Group 1 (FSO, ASP,
CEN, CIM, and CIW) GO Live: 12/03/08; 1st Wave
Group 2 (PBSP, CMC, CRC, CTF, ISP, SVSP) GO Live:
12/09/08; 2nd Wave Group 1 (CCC, CCWF, CMF, COR,
HDSP) GO Live: 12/10/08; 2nd Wave Group 2 (MCSP,
SATF, SOL, SQ, VSPW) GO Live: 12/15/08
3rd Wave Group 1 (CCI, KVSP, NKSP, LAC, WSP) GO
Live 12/15/08; 3rd Wave Group 2 (CAL, CVSP, PVSP,
RDJ, SCC) GO Live 12/18/08.

Technical Support Plan is being developed by the Riley
Team and being reviewed by IT management to transition
technical support and application maintenance to CPHCS
IT. 1st Rev: 12/08/08; 2nd Rev: 12/11/08; 3rd Rev:
12/19/08; 4th Rev: 12/22/08; 5th Rev: 12/29/08; 6th Rev
1/2/09.
Conduct Lessons Learned: 1/15/09

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 41 of 269

**Project Name:  Prodagio / Health Care Document Management System (HCDMS)**

**Project Executive:  John Hagar**

**Project Sponsor:  Jamie Mangrum, Mitzi Higashidani**

**Project Manager:  Ned Dickson**

| E-Mail: | ned.dickson@cdcr.ca.gov | | |
|---------|-------------------------|---|---|
| Phone | (916) 317-2935 | Proj ID: | PRJ009 |
| Start Date: | 10/1/2006 | Est Finish Date: | 2/5/2009 |

**Solution Vision:**

Improve the medical services contracting processes by implementing electronic document creation, workflow management and storage for contracts and invoice payments.

**Project Description:**

Configure, pilot and implement the Health Care Document Management System (HCDMS) which includes separate but integrated applications for invoice processing and contracts management.

**Organization Impact:**

Stakeholders include Plata Contracts and Health Care Invoice Processing Branches, CDCR Accounting and all 33 Institutions.  Implementation requires new business processes and enterprise-scale technology.

**Project Purpose:**

1.  Reduced medical contract processing time.

2.  Reduced invoice payment processing time.

**Strategic Plan Objectives:**

Primary Goal: 2. Medical Program
Objective: 2.4  Specialty Care and Hospitalization
Actions: 2.4.3  Specialty Care Invoice Payments

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Pilot (CCWF, CMF, PBSP, SQ) | 12/11/06 | 2/18/07 |
| VSPW, CSP SAC | 1/28/08 | 1/28/08 |
| FSP | 2/25/08 | 6/2/08 |
| SOL | 6/23/08 | 6/23/08 |
| CCC, HDSP | 7/28/08 | 7/28/08 |
| COR, SATF | 8/11/08 | 8/11/08 |
| CIM, CIW, CRC | 10/15/08 | 10/30/08 |
| DVI, MCSP, SCC | 10/30/08 | 10/30/08 |
| ASP, CMC, PVSP, SVSP | 12/4/08 | 12/4/08 |
| CCI, KVSP, NKSP, LAC, WSP, CRC, CTF | 1/15/09 | |
| CAL, CEN, CVSP, ISP, RJD | 2/5/09 | |

**Key Work Products:**

1.  Pilot system implementation at first four institutions and two Regional Accounting Offices (RAOs)

2.  Implementations at each remaining institution and RAO

**Dependencies:**

1.  Network access required for all users.

2.  Integration of Prodagio with BIS requires upgrade of Prodagio software.  Software upgrade is planned but not currently funded.

**Constraints:**

1.  Implementation cannot proceed faster than HQ Invoice Processing team can support added workload

2.  All users must have access to CDCR network and PC workstations.

**Risks:**

1.  System or business processes fail to scale up to provide adequate performance.

2.  Limited network connections at Institutions delays implementation

3.  Network capacity limitations impact system performance

**Project Team:**

| Team Members | Role |
|--------------|------|
| Ned Dickson | Project Manager |
| Quan Vu | Application Support |
| Anna Kula | Application Support |
| Kevin Rollins | Help Desk Lead |
| Antoine Hernandez | Help Desk |
| Michelle Ogata | Project Stakeholder (Invoicing) |
| Gayle Fifield | Project Stakeholder (Accounting) |
| Marnell Voss | Project Stakeholder (Contracts) |

**Specific Performance Measures:**
1.  Progress against schedule
2.  % of invoices paid within 30 days
3.  % of non-bid contracts created within 30 days
4.   % of bid/master contracts created within 60 days

**Additional Information (Optional):**

1.
2.
3.

Current Lifecycle Stage:
- Contracts Management – Implementation Phase, Cluster 2 with 21 institutions completed.
- Invoice Processing – Implementation halted after 12 institutions completed.

Contracts Management
Implementation of Prodagio Contracts for management of medical services contracts continues.  No additional user training sessions held this last month due to the holidays.  Prodagio Contracts continues in use at 21 institutions plus HQ.  Final training sessions to be conducted by Plata Contracts Branch (PCB) January 13-15 and February 3-5.

Team continues to support PCB to integrate Prodagio with the upcoming BIS implementation.  Completed initial examination of process integration points.  Need to test process options in BIS test environment.  Working with BIS to get access to their test system.  Due to lack of this access we were unable to complete preparation of recommendations to PCB management by 12/19.  New delivery date approximately January 23 (date uncertain since we don't have specific date when BIS will provide access).  This delay does not add risk to implementation since BIS has pushed out the start of the Release 1B implementation by one month to early March.

Invoice Processing
Healthcare Data Invoicing and Providers Services (HIDPS) Branch has almost completed the effort to work off invoice inventory in Prodagio and transition to manual invoice adjudication process.

Team has been supporting this transition.  HIDPS Branch has implemented the revised invoice scanning portion of Prodagio to enable tracking invoices as they are received.  This was implemented starting with invoices received on December 30 for all 18 institutions where their invoices are sent directly to HIDPS Branch.  Process not implemented for remaining 15 institutions where the invoices are received at CDCR Regional Accounting offices (Accounting is maintaining the tracking of these invoices).

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 43 of 269

**Project Name:  Healthcare Data Center**

**Project Executive:  John Hagar**

**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**

**Project Manager: Denise Harris**

| E-Mail: | denise.harris@cdcr.ca.gov | | |
|---------|---------------------------|--|--|
| Phone | (916) 323-2309 | Proj ID: | PRJ018 |
| Start Date: | 05/08 | Est Finish Date: | 06/09 |

**Solution Vision:**

Implement a medical-grade data center as part of the healthcare network to enhance access to and management of inmate/patient information.

**Project Description:**

Implement a data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions.  Integration of Active Directory, E-mail, Call Center, Centralized Services, and Network Storage to support CPHCS organizational requirements.  Migration of existing Pilot CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff and hardware.

**Organization Impact:**

Impacts all CPHCS staff and respective portions of CDCR.  During the transition, CPHCS staff will continue to use the CDCR network infrastructure to access their applications.  All CPHCS staff and hardware will be centralized on the CPHCS network allowing for improved user management.

**Project Purpose:**

Design and implement a new medical-grade data center for existing and future CPHCS staff and hardware.  Phase one includes data infrastructure and two pilot applications in production:  Clinical Data Repository and Centralized Dictation & Transcription

**Strategic Plan Objectives:**

Primary Goal: **5**:Medical Support Infrastructure

Objective: (not found in Receiver's Plan of Action)

- By April 2009, have a fully-functional data center to support CPHCS staff and hardware
- By April 2009, complete a migration of all existing CPHCS network objects (Active Directory users, computers, and groups) from CPHCS Headquarters and CDCR's 33 adult institutions to the new CPHCS network managed through the data center

**Major Milestones:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter completed & approved | Jan 09 | |
| CPHCS Data center completed | May 09 | |
| Pilot migration completed (Clinical Data Repository) | April 09 | |
| Pilot migration completed (Dictation & Transcription) | Jun 09 | |

**Key Work Products:**

1. Project Charter
2. Data Center Design Documents
3. Risk management Plan
4. Integration Plan

**Dependencies:**

1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Migration software procured
4. Migration and Integration services RFO

**Risks:**

1. Lack of a fully-defined and agreed-to Scope Statement could result in a failure to fulfill the project product
2. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet the estimated project completion date
3. Failure to properly identify all CPHCS objects for migration could result in failure to meet the Project Scope

**Project Team:**

The core project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor; Experts from CDCR EIS, VerizonBusiness (prime contractor); other areas may supplement the core team as needed.

**Specific Performance Measures:**

1. 100% of CPHCS network objects migrated
2. Pilot Applications in production
3. Call Center availability 24x7x365

**Additional Information (Optional):**

This project is in the procurement phase. Most equipment has been shipped or planned ship dates have been identified. Equipment shipped is being asset tagged by the vendor. CPHCS staff will travel to the data center soon to verify equipment receipt so that the vendor may be paid. Temporary cages are being built at the data center for CDR and Dictation and Transcription to support application development and testing prior to production roll out.

Case 2:90-cv-00520-K JM-SCR    Document 3600    Filed 06/01/09    Page 45 of 269

**Project Name: Health Care Scheduling System (HCSS)**

**Project Executive: John Hagar**

**Project Sponsors:  Jamie Mangrum,  Dr. Terry Hill,
                                    Betsy Chang-Ha**

**Project Manager:  Sara Davis**

| E-Mail: | sara.davis@cdcr.ca.gov | | |
|---------|-----------|-------|-----------|
| Phone | (916) 214-6213 | Proj. ID: | PRJ013 |
| Start Date: | 06/23/2008 | Est. Finish Date: | 06/30/2010 |

**Solution Vision:**

  Implement an enterprise-wide approach to health care scheduling within the adult California Department of Corrections and Rehabilitation (CDCR) institutions.

**Project Description:**

  The overall Health Care Scheduling System (HCSS) will schedule medical, dental, and mental health care appointments for offenders based upon mandated health care requirements, offender requests, referrals, medical orders, and on-going treatment plans.

**Organization Impact:**

  This project will impact schedulers, medical/dental/ mental health staff, external health care providers, custody, transportation, and offenders.

**Project Purpose:**

  Avoid health care scheduling conflicts and missed appointments, allow for a consolidated view of an offender's schedule, comply with legally mandated timeframes and metrics, and optimize resources.

**Strategic Plan Objectives:**

  Primary Goal: 1:Timely Access to Care
  Objective: 1.3: Scheduling and Tracking System
  Actions: 1.3.1: Strategic Offender Mgmt System

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release of RFI | 10/2/08 | 10/2/08 |
| Release of RFP | 1/07/09 | 1/09/09 |
| Responses Due from Vendors | 2/23/09 | 2/23/09 |
| Vendor Evaluation & Final Selection | 7/06/09 | Pending |
| Solution Ready for Rollout | 6/30/10 | Pending |

**Key Work Products:**

  1. Request for Information (RFI)
  2. Request for Proposal (RFP)
  3. Vendor Evaluation & Recommendation
  4. HCSS Solution & Documentation
  5. Rollout Plan
  6. Support Plan

**Dependencies:**

  1. CDCR Strategic Offender Management System (SOMS) and Business Information System (BIS) projects
  2. CPHCS Clinical Data Repository (CDR) project
  3. CPHCS Network and Data Center projects

**Constraints:**

  1. Time constraints of subject matter experts and core team members who may be on multiple projects

**Major Risks:**

  1. Solution not commercially available from a single vendor that includes Health Care, Corrections, and Scheduling
  2. Environmental risk of large number of offenders and large size of individual institutions plus frequent movement of offenders
  3. Combining scheduling for both health care and custody requires achieving consensus on business rules
  4. Solution rollouts for multiple solutions in the same timeframe may overwhelm staff at institutions
  5. Organizational change management considerations

**Project Team:**

  The team will consist of representatives from Medical, Mental Health, Dental, IT, Nursing, Administration, Human Resources, and the Project Manager. The core team will be supplemented by various subject matter experts. Gartner Consulting will be assisting the team during the RFP and Vendor Evaluation phases.

**Specific Performance Measures:**

  Development of a health care scheduling solution which meets the requirements of our corrections environment

**Additional Information (Optional):**
We have just begun the Vendor Evaluation & Selection (Procurement) Phase.

**Executive Project Data Sheet**                                    **As of:  January 22, 2009**

**Project Name:  Health Information Management**
**Project Executive:  Terry Hill, MD/Jamie Mangrum**
**Project Sponsor:   Justin Graham, MD, MS  and**
**                   Bonnie Noble, RN, PhD.**
**Project Manager:  JoAnna Mabra-Hobson**

| E-Mail: | Joanna.Mabra-Hobson@cdcr.ca.gov | | |
|---------|---------------------------------|---|---|
| Phone | 916.208.2735 | Proj ID: | PRJ017 |
| Start Date: | 9/1/2008 | Est Finish Date: | 2/13/2009 |

**Solution Vision:**
Objective of the HIM project is to contract for health records management and staffing functions to transition the current HIM operation to one based on best practices and standards in the industry applicable to the correctional environment.  The goal is for the selected vendor to establish a health information organization including management and line staff, policies and procedures, quality assurance, governance so that the health records function is able to smoothly transition to the long term goal of an Electronic Health Record (EHR).

**Project Description:**
Phase I:  This phase of the project will deliver HIM compliance standards, a current status assessment and a remediation bridge plan/roadmap that will serve as the infrastructure for Phase II the Master (HIM Remediation) Work Plan

**Organization Impact:**
The Health Information Management Project will introduce changes that will ensure timely updates to the health record to provide a complete and accurate health record to clinical/medical staff whenever and wherever needed.

**Project Purpose:**
Phase I will deliver a comprehensive roadmap to CPHCS that will be the basis for the Master Work Plan that will be presented to the Receivership for approval in February 2009.

**Strategic Plan Objectives:**
Primary Goal:  5: Medical Support
Objective:  5.2: Health Records
Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Kickoff | 9/2008 | 9/2008 |
| Project Charter Approval | 9/2008 | 11/2008 |
| Deliverable I | 10/2008 | 10/2008 |
| Deliverable II | 11/2008 | 11/2008 |
| Deliverable III | 1/2009 | |
| Phase I Completion | 2/2009 | |

**Key Work Products:**
1. Project Charter (Phase I)
2. HIM Project Steering Committee Charter
3. Deliverable I: Compliance, Regulations and Best Practices (Analysis and Recommendations)
4. Deliverable II:  Current State Assessment
5. Deliverable III: Remediation Roadmap

**Dependencies:**
1. Acceptance of Compliance Standards
   a. Best Practices
   b. Privacy Policy
2. Comprehensive current state assessments
3. Completion of the electronic document management system using EMC Documentum and OrionHealth or a clinic frontend portal/system.

**Constraints:**
1. Time limitations
2. Undocumented processes and procedures
3. Competing for internal resources

**Risks:**
1. No Phase I Risk identified at this time.

**Project Team:**
The HIM Project team is comprised of approximately fifteen (15) team members that include representative staff from CPHCS, CPR, SOURCECORP, URS-Bovis, Orion Health and IBM.

**Specific Performance Measures:**
1. Monthly HIM Steering Committee Meetings
2. Internal Peer Review
3. Executive Sponsors Review
4. Status Reports (all levels)

**Additional Information (Optional):**
1. Lifecycle Phase:  Execution/Development – the Health Information Management (HIM) project team is currently working developing the Remediation Roadmap.
2. We see the Remediation Roadmap as the crux of Phase I of the Health Information Management project, as it presents the bridge plan to close the gaps between the current state and future state HIM environment.
   a. Validate Remediation Roadmap Abstract
   b. Validate HIM Assumptions
   c. Establish executive review subcommittees
   d. Identify potential risks and develop strategies to mitigate high risks
3. SOURCECORP is engaged with the Dental program to gain a better understanding of the

dental forms within the UHR.

4. SOURCECORP has worked with Orion Health and IBM to develop the first draft of the proposed Health Information Privacy Policy. Executive Review is scheduled for 1/6/09.

**Executive Project Data Sheet**                        **As of:  January 22, 2009**

**Project Name:  Health Care Network**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:     Liana Bailey-Crimmins**
**Project Manager: Evan Nordstrom-Victor Krause**

| E-Mail: | evan.nordstrom@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-764-4850 | Proj. ID: | PRJ010 |
| Start Date: | 09/05/2007 | Estimated Finish Date: | 12/31/2009 |

**Solution Vision:**
Build a dedicated high-speed data network for CPHCS.
**Project Description:**

Design, build, install and maintain a dedicated high-speed data network for 33 institutions and CPHCS HQ.

**Organization Impact:**

This project will have a major impact on CPHCS and CDCR. A dedicated Health Care Network will allow the delivery of applications and electronic communication between all 33 institutions and CPHCS HQ.  Having this ability will prove invaluable to the organization.

**Project Purpose:**
To enable health care workers the ability to utilize current and future technology to improve healthcare delivery to the patients.

**Strategic Plan Objectives:**
  Primary Goal: Timely access to health care
  Objective: A complete, working data network
  Actions: Installation of a data network

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Institution WAN site surveys | 12/21/07 | 01/03/08 |
| Develop detailed design | 02/01/08 | 02/01/08 |
| Install WAN data circuits into each institution | 04/30/08 | 30 institutions complete |
| Install 'Phase I' LAN equip. into each institution | 02/01/09 | 30 institutions complete |
| Install 'Phase II' LAN equip. into each institution | 12/18/09 | 4 institutions complete |
| Test and configure Phase II LAN | 03/01/10 | |
| Final Test of each Network | 03/15/10 | |
| Project Closure  ( 33 institutions + HQ 501J tested and completed) | 03/31/10 | |

**Key Work Products:**
  1.  Detailed design Site Survey Reports
  2.  Detailed design Site LAN documents
  3.  Detailed design Wireless LAN documents
  4.  Construction Statements of Work
  5.  Bill of Materials PO
  6.  'Final Test Complete' Documents
**Dependencies:**
  1.  CDCR to install Single Mode Fiber at all 33 institutions.
  2.  CDCR facilities to increase electrical and cooling capacities to support additional power requirements.
  3.  Collaborate with CDCR Facilities and Assoc. Business Wardens (ABW), to secure adequate floor space for CPHCS equipment.
  4.  Coordinate with ABW's to schedule construction activities within their institutions.

**Constraints:**
  1.
**Risks:**
  1.  Space availability within institutions for additional network hardware.
  2.  Available facilities (electrical power and cooling) within institutions for additional network hardware
  3.  The ability to install high-speed data circuits into remote institution locations.
  4.  Vendor capabilities.
  5.  Scope Creep caused by 'late' additions from other projects.
  6.  Out-of-Scope additions to cover orphaned or currently unassigned issues.

**Project Team:**

The Health Care Network project team is comprised of two (2) Program Managers, monitoring, controlling, and assisting the activities of several vendors and CDCR staff.

**Specific Performance Measures:**
  1.  Data Circuit installation intervals
  2.  Site prep. intervals (space and power)
  3.  Phase I install/completion progress
  4.  Phase II install/completion progress
  5.  Final Test of completed Network (within each institution)

**Additional Information (Optional):**

AS of January 15, 2009, 33 institutions + HQ (501 J st.) have had Phase I implemented.
Phase I was the installation of major hardware into the TELCO rooms of each institution and increasing the power and cooling required to support the added equipment.

Phase II is complete at four institutions and in progress at three others, with additional locations being scheduled. Phase II consists of installing Switch racks, Wireless Access Points, Uninterruptable Power Supplies and LAN drops inside of numerous buildings within each institution. Each institution will require an average of over 1000 LAN drops (computer outlets in the wall), spread amongst the buildings, with the majority going into the hospitals.

Phase III will consist of testing and validating the HealthCare Network, "as it exists within each institution". Pilot Sites of LAC, VPW, CCW, and SQ, are a priority. With the absence of the Data Center, connectivity cannot be tested fully outside the institution, nor the wireless Access Points be used (due to authentication protocols being resident inside the Data Center).
A new requirement of identifying available power within range of the LAN outlets has been added.  It is expected to task Kitchell Engineering to do power assessments on those buildings that HealthCare is going to use, to ensure adequate power is available.
Synopsis:
At the end of the HealthCare Network Project, (estimated to be on/before March 31, 2010), each institution will have a complete and functional high-speed data system connected to the Data Center.

**Executive Project Data Sheet**                                    **As of: January 22, 2009**

**Project Name:  Headquarters Consolidation Project**
**Project Executive:  John Hagar**
**Project Sponsor:  Glenn Welker**
**Project Manager:  Diane O'Connor**

| E-Mail: | Diane.O'Connor@cdcr.ca.gov | | |
|---------|-----------|---------|-----|
| **Phone** | 445-1101 | **Proj ID:** | **070** |
| **Start Date:** | **November 17, 2008** | **Est Finish Date: 2012** | |

**Solution Vision:**
Relocate HCS Headquarters staff to a single building location or campus environment
**Project Description:**
Plan and consolidate Headquarters HCS program staff from current multiple real estate locations to a single building or campus office environment enabling Headquarters program collaboration, cost control and unified management of HCS.

**Organization Impact:**

This project will have a major impact on all Headquarters Program staff in that they will be able to better collaborate, meet, organize and manage HCS from a single location.  The solution will provide a single point of presence for the HCS HQ Program infrastructure and administration.  The single presence will allow HCS Management to function as a unified organization utilizing consolidated infrastructure and resources to better manage HCS in the future.

**Project Purpose:**
To provide a single presence for HCS HQ Management in the Sacramento region.
**Strategic Plan Objectives:**
    Primary Goal: 6:Clinical, Administrative  Housing
    Objective:  6.1: Upgrade Program
    Actions: 6: Clinical, Administrative Housing

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Project Kick Off | 12/8/08 | 12/8/08 |
| Phase I | | |
| Project Data Sheet | 12/08/08 | 12/08/08 |
| Project Charter (draft) | 12/31/08 | 12/31/08 |
| Project Charter submitted to Steering Committee | 1/15/09 | |
| Project Charter approved | 1/15/2009 | |
| Send program data packets for FY09-FY2013 staff projections, supporting documentation and signature | 1/28/2009 due 2/11/09 | |
| Phase II: Initiation | TBD | |

**Key Work Products:**
1. Deliverable I: PDS
2. Deliverable II: Project Charter for Approval.
3. Deliverable III: Consolidated Program staff data to include supporting documents.

**Dependencies:**
1. Executive Level approval of project Charter.
2. Funding for leased space, build to suit or lease to own.

**Constraints:**
1. Search for space will be based on staffing projections for current FY 08/09 funded/ approved positions and projected future positions with supporting backup and program/division level management approval through FY 2013.
2. Confidentiality during project request phase does not allow for obtaining actual real estate availability.
3. Project site is constrained to specific location (Downtown Sacramento or within 15 miles of Downtown Sacramento) unless otherwise stated by Executive Level Management

**Risks:**
1. Lack of approved funding
2. Charter not approved for any reason
3. Cost will be estimated at high level until project charter is approved and is made public via the request for space (form 9, form10) to Department of General Services.

**Project Team:**

The Headquarters Relocation core project team is comprised of approximately 5 team members that include representative staff from HCS Business Operations.

**Specific Performance Measures:**
1. Acceptance of documentation
2. Approval of Charter

**Additional Information (Optional):**
The following assumptions have been made and may be changed/corrected by Executive Management:
1. HQ Consolidation project to complete 2011-2013 (TBD)
2. Location to be downtown Sacramento or

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 52 of 269

| | | |
|---|---|---|
| Roll up program data packets and present staff projection, supporting documentation and square footage required to John Hagar for checkpoint/approval | 2/16/09 | |

The Headquarters Consolidation Project is in the Request Phase as of 12/31/2008.

within 15 miles of downtown

3. A check point will be held within Phase II with steering committee to determine moving forward before requesting real estate search via Department of General Services.  (DGS will make search public)

4. An estimated price per square foot will be provided within the Project Charter for feasibility purposes before making project public via Department of General Services. The estimates will be the current average lease rates per square foot for office space located: Downtown Sacramento, Natomas, West Sacramento, Rancho Cordova and Elk Grove (unless specifically requested from Executive level Management)

5. Headcount estimate data through FY 2013 will be provided via current funded positions and supporting data for projected positions. This data will be approved by program managers and division directors.

6. Formula used to determine space size will be determined by the State Standards (SAM Guide)

**Project Data Sheet** as of the 15th of January

**Project Name:  Laboratory Services Management**

**Project Name:  Claims Mgt. and Invoice Processing**

**Project Executive:  Terry Hill, M.D.**

**Project Sponsor:  Bonnie Noble**

**Project Manager:  Stan Ketchum**

| E-Mail: | Stan.ketchum2@cdcr.ca.gov | | |
|---------|----------------|---------|---------|
| Phone | 916-802-0353 | Proj ID: | PRJ008 |
| Start Date: | Unknown | Est Finish Date: | unknown |

**Solution Vision:**

The objective is to reduce inefficiency and improve timeliness of medical care for CDCR's inmate-patients, by creating and implementing a statewide strategy to centralize clinical laboratory service operations. This will improve  business process to better enable eventual integration other improvements the healthcare system, including information technology and telemedicine.

**Project Description:**

The project will hire a professional laboratory management firm to implement the new organization, contract with reference laboratories, oversee implementation of software solutions and transfer the management function back to the state.

**Organization Impact:**

Laboratory results will be efficiently and cost effectively provided to clinicians to improve their ability to manage patient treatment and recovery.

**Project Purpose:**

To improve the health care to patients through more effective laboratory services and more timely and accurate results.

**Strategic Plan Objectives:**

Primary Goal: 5. Establish Medical Support

Objective: 5.2 Establish Standardized Health Records Practice

Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| undetermined | | |
| | | |
| | | |
| | | |

**Key Work Products:**

1. Hire Medical Laboratory Director (MLD)
2. Conduct solicitation to replace existing reference lab services
3. Establish Clinical Laboratory Governance Council
4. Implementation of  improvements

**Dependencies:**

Hiring a project manager to oversee the project

**Constraints:**

**Risks:**

**Project Team:**

**Specific Performance Measures:**

1.  \

.

_____

**Dependencies/Constraints**

**1.**  Implementation of plan of action is dependent upon hiring Medical Laboratory Director

**2.**

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 54 of 269

**Project Name:  Mental Health  Tracking System (MHTS) Upgrade**

**Project Executive:  Mr John Hagar**

**Project Sponsor:  Dr Marion Chiurazzi and**
                          **Mr Jamie Mangrum**

**Project Manager:  Carl Block**

| E-Mail: | carl.block@cdcr.ca.gov | | |
|---------|------------------------|---|---|
| Phone | 916-708-0644 | Proj ID: | PRJ039 |
| Start Date: | 10/28/08 | Est Finish Date: | 7/31/09 |

**Solution Vision:**

Upgrade the current Mental Health Tracking System (MHTS) to provide improved application stability and multi-user access, plus improved data consistency and real-time reporting.

**Project Description:**

Complete an upgrade of the Mental Health Tracking System application replacing 32 separate Access databases with a web application and a single centralized database.

**Organization Impact:**

Streamlined centralized reporting of Mental Health information.

Drastically reduced retyping of mental health records when a patient-inmate transfers to a new institution.

Reduce data corruption from copying current 32 databases

Centralize maintenance of MHTS

**Project Purpose:**

Upgrade MHTS application to improved technologies to provide central database for future integration with Health Care Scheduling System.

**Strategic Plan Objectives:**

Primary Goal: 5 Medical Support Infrastructure
Objective: 5.4 Establish Clinical Information Systems
Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter Approved | 11/21/08 | 11/18/08 |
| Requirements Approved | 12/19/08 | 12/24/08 |
| Design Complete | 3/13/09 | |
| Development Complete | 5/22/09 | |
| System Test Complete | 6/3/09 | |
| User Test Complete | 7/8/09 | |
| Training Complete | 7/13/09 | |
| Deployment Complete | 7/31/09 | |

**Key Work Products:**
1.  Web forms that replicate legacy MHTS functions
2.  Database Consolidation
3.  User and System Administrator Training

**Dependencies:**
1.  Network Project
2.  Data Center Project
3.  Maxor Pharmacy Project
4.  Clinical Data Repository

**Constraints:**
1.  Development contract ends 30 Jun 2009 and needs to be extended to 31 July 2009

**Risks:**
1.  Possible scope increase due to vast number of previously un-met user requirements
2.  Source data quality (MHTS-Legacy, DDPS, and Keyhea data)
3.  Training - 22 of the institutions do not use the latest version of MHTS-Legacy
4.  Sufficient internet connectivity at institutions
5.  Short time for deployment

**Project Team:**

Mr Carl Block - Project Manager

Dr David Leidner - Mental Health

Mr Mike Morrison - Mental Health

MGT of America - Technical Implementers

Mr Andy Hall - IT Manager

Ms Tuong-Nga Nguyen - IT Staff Programmer

Ms Bernadette Serrano - IT Operations

**Specific Performance Measures:**
1.  Operational central database
2.  32 MHTS-Legacy databases converted
3.  At least 1 user trained at each institution

**Additional Information (Optional):**

1.  California Medical Facility (CMF) uses FileMaker-Pro instead of MHTS.  CMF's database is outside the scope of this project.
2.  Several institutions have created extra databases that depend on MHTS.  Upgrade of these applications is out of scope.

As of 1/15/09, the MHTS Upgrade project is in the design phase. Requirements were approved 1/24/09. The preliminary design review is scheduled for 1/16/09. The critical design review is scheduled for 2/24/09.

**Project Name:  On-Line Exams**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Kathy Stigall**
**Project Manager:  Keith Meyerhoff**

| E-Mail: | keith.meyerhoff@cdcr.ca.gov | | |
|---------|-----------------------------|---|---|
| Phone | 916 322-8505 | Proj ID: | not assigned |
| Start Date: | 12/8/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
On-Line Exams will enable Human Resources to accelerate the hiring process: Candidates will be able to complete exams at the same time they apply. HR will be able to enter exams without the involvement of State Personnel Board.

**Project Description:**

Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Organization Impact:**

More efficient hiring process in Human Resources. Reduced turnaround time in the hiring of a professional quality medical care workforce. Increased capacity in HR to staff for the new facilities.

**Project Purpose:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Strategic Plan Objectives:**
Primary Goal:
3:Recruit, Train  Retain Medical Workforce
Objective:
Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Project Charter | 12/19/2008 | 12/30/2008 |
| Contract Finalized | 12/26/2008 | 1/13/2009 |
| Project Plan | 12/26/2008 | |
| Project Scope Defined | 12/31/2008 | |
| Project Kickoff | 1/5/2009 | |
| Requirements Completed | 2/1/2009 | |
| UI Design Completed | 3/1/2009 | |
| Alpha Version Delivered | 5/1/2009 | |
| Beta Version Delivered | 6/1/2009 | |
| Go Live | 6/30/2009 | |

**Key Work Products:**
1. Inception - Project Charter
2. Inception - Project Plan
3. Requirements - Use Case Document
4. Design -Mockups of Key User Interfaces
5. Design - Prototype
6. Development - Test Plan
7. Implementation - User Documentation
8. Implementation - Training Plan

**Dependencies:**
1. Contract Complete and Signed by 12/26/2009

**Constraints:**
1. The two primary client departments are Selection Services and Workforce Planning, both within Human Resources. Both departments are very busy but their participation is vital. A possible constraint is the amount of time they can commit. They have been very willing to commit time so far.

**Risks:**
1. Project scope needs to be clarified, specifically how much of the current exam and certification system provided by SPB will be replaced by this new system and for what job classes. Project Charter will help clarify as well scope definition in early phase or requirements.
2. The examination scoring module will be a complex algorithm. One vendor has already failed to understand and implement this process for the State Personnel Board. Therefore clear understanding of the user requirements and an early prototype are recommended to mitigate this complexity risk.

**Project Team:**
Keith Meyerhoff – Project Manager
Daisy McKenzie – Client Manager
Lesa Saville – Client Manager
Michelle Stone – Vendor Project Manager
Subject Matter Experts:
1. Teresa Graber
2. Rosie Jauregui
3. Allison Sanjo
4. Julia Shelmire
5. Tom Gjerde

**Specific Performance Measures:**
1. In cooperation with clients, develop specific

Case 2:96-cv-00526-KJM-SCR    Document 3600    Filed 06/01/09    Page 57 of 269

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**Project Status 12/10/08**
**Completed scoring bids from three vendors.**

Project is at inception stage. Just kicked off this week. However we have already been working on developing a requirements document under the assumption that this would be the first deliverable required.

Have received bids from three vendors, two for COTS exam systems designed generically for government hiring, one for a custom solution.

We will be going with the custom solution vendor which is Hodes IQ, a vendor who has already proven themselves capable by implementing an applicant tracking system for Workforce Planning.

project milestones and deliverables per schedule.
2.  Set up criteria for system performance measures: capacity, speed, and efficiency.
3.  With client departments, develop measures of system effectiveness. For instance, reduction in the number of days a position remains open from job requisition to hire date.

**Additional Information (Optional):**
1.  Project Charter has been completed and approved by sponsors and stakeholders.
2.  Contract finished, approved by Jared Goldman and sent to the vendor for signature – 1/13/2009.
3.  Kickoff Mtg. will take place 1/16/2009.
4.  Requirements gathering took place all through December. Results were documented using a use case format in "Requirements for On-Line Exams" which is now posted in Clarity.
5.  Hodes development team has stated that the early requirements work will advance the project.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 58 of 269

**Executive Project Data Sheet**                    **As of:  January 22, 2009**

**Project Name:  Access to Care, Registry**
**Project Executive:  Terry Hill**
**Project Sponsor:  Tom Bzoskie, MD**
**Project Manager:  Cary Amo**
**As of Date: January 15, 2009**

| E-Mail: | Cary.amo@cdcr.ca.gov | | |
|---------|------------|--------|--------|
| Phone | (916) 217-4124 | Proj ID: | PRJ-071 |
| Start Date: | 10/2/2008 | Est. Finish Date: | 6/30/2009 |

**Solution Vision:**
The Receiver's job is to establish constitutionally adequate prison medical care as quickly as practicable and in a way which will be sustainable. A highly visible and volatile area of care involves managing and monitoring inmates with certain chronic diseases using improved workflows and automation. This will result in improved healthcare and reduced crisis management and associated costs treating inmates in a reactive, emergency mode.

**Project Description:**
The Registry Project is a software application which supports the monitoring and management of certain patient populations with chronic diseases.  It uses as its starting point, a software application called CDEMS originally developed by the Washington State Disease Prevention and Control Program, first released for use by other healthcare organizations in 2002 at no cost. The Registry is designed around a progress note that facilitates standardization of care for patients with a particular chronic condition(s). Printed progress notes, patient lists, and summary reports are generated for use by clinical staff. For CDCR, the Registry Application is being dramatically enhanced and will focus on the highest priority, chronic diseases, initially Asthma, Diabetes and Hepatitis C.

**Organization Impact:**

The first Phase of the Registry will be limited to 6 pilot Institutions, implementing in a single clinic, single PCP using a single Virtual Machine (the application and data will be accessed via the Internet using desktop computers in the Institution.  However, the actual application and data will be physically housed on Servers at 501 J St. and eventually at the new Data Center.  Phase 2 of the Registry will be to expand to all clinicians within the pilot clinics within each of the 6 pilot sites to 5.  Phase 3 will be to roll out the use of Registry to all clinics within the 6 pilot institutions.  Future phases of the project will be to

**Key Work Products:**
  1.  Registry Software Application
  2.  Change Package
  3.  Virtual Machine solution
  4.  On-site Training
**Dependencies:**
  1.  EIS - DDPS Data Extract
  2.  Maxor for Pharmacy Data
  3.  Quest for Lab Data
  4.  Foundation Labs for Lab Data
  5.

**Constraints:**
  1.  Possible contention for technical resources at Quest supporting CDR/Lab interface.
  2.  Resources (with prior relevant experience) are needed to scope Phase 2 – technology platform change in for expansion into multiple clinics at pilot sites.
  3.  The Registry technology platform will change beyond Phase 1.

**Risks:**
  1. Conversion of the Access DB platform for Phase 2.
  2.  Old network connectivity at any of our implementation sites can impact use of Registry until HCIT Lan/Wan implemented.
  3.  Stability of the Production Processing environment at 501 J  St. is not as reliable as a Data Center environment .

**Project Team:**

Cary Amo – Project Manager

Tim Tracy – Staff Services Analyst

Larry Hicks - Staff Information Systems Analyst
Jackie Khoury – Mechanical & Technical
                     Occupational Trainee

Allie Baker – Research Analyst II

Darrin Dennis – Nurse Consultant

Karey Hart – Associate Programmer Analyst


**Systems Life Cycle:**  Phase 1 of the Registry (version1 of the application) is currently in the Deployment Phase for our Pilot Sites. Phase 2 (version 2 of the application, SQL Server Backend) is in development.

deploy the Registry into the remaining 27 Institutions in a similar fashion as the pilot sites.

**Project Purpose:**
The Registry Project is a tactical solution to improve the quality of care provided to patients suffering from certain chronic diseases.  Initially, the diseases that will be monitored are Asthma, Diabetes and Hepatitis C.  New diseases will be added over time.

**Strategic Plan Objectives:**
    Primary Goal: 2: Medical Home
    Objective: 2.2 Chronic Care
    Actions: 2.2.1 Chronic Care Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Team formed | 10/20/08 | 10/20/08 |
| Project Kickoff | 10/23/08 | 10/23/08 |
| Training Learning Session 4 | 11/19/08 | 11/19/08 |
| Development & Testing Phase 1 | 11/24/08 | 12/05/08 |
| Phase 1 Go Live | 1/06/09 | 1/23/09 |
| Phase 2 Scope and Plan | 12/08 | 1/16/09 |
| Phase 2 Go Live | TBD | |
| | | |

**Specific Performance Measures:**
  1.  Clinics can identify their patients with chronic diseases.
  2.  Clinics can track patient progress improvements.
  3.  The type of care provided for specific Dx's can be tracked to determine best practices.
  4.  Improved tracking of patients based upon their acuity level(s).

**Additional Information (Optional):**

  1.
  2.
  3.

**Project Name:**      **Site Activations, 33 Existing**
**Project Executive: John Hagar**
**Project Sponsor:   Richard Kirkland**
**Project Manager:  Stephen M. Haag**

| E-Mail: | Stephen.haag@cdcr.ca.gov | | |
|---------|------------|--------|------|
| Phone | (916) 323-4226 | Proj ID: | |
| Start Date: | November 2008 | Est Finish Date: | January 2012 |

**Solution Vision:**
Ensure a safe, predictable, effective transition from construction activities to health care delivery operations at each of CDCR's 33 existing adult institutions.

**Project Description:**
Activation planning is the process of defining, developing and executing activities associated with opening, moving into and initiating health care delivery at the new or renovated health care facilities.

**Organization Impact:**

Major impact on institutional personnel due to the level of planning and detail necessary to ensure a safe, predictable, effective transition to occupancy and health care delivery operations.

**Project Purpose:**

Develop detailed site specific activation plans for occupancy and transition to health care delivery operations at each of CDCR's 33 institution locations.

**Strategic Plan Objectives:**
   Primary Goal: 6. Provide for Necessary Clinical, Administrative and Housing Facilities.
   Objective: 6.1 Upgrade administrative and clinical facilities at each of CDCR's 33 Institution locations to provide patient-inmates with appropriate access to care. Objective: 6.3 Complete Construction at San Quentin State Institution.
   Actions: Plan, Monitor, and Report on the development of activation plans at each of CDCR's 33 Institution locations.

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete San Quentin Activation | 12/01/2009 | |
| Complete Avenal, Mule Creek, and 8 other sites TBD. | 12/31/2010 | |
| Complete balance of sites TBD | 12/31/2011 | |

**Key Work Products:**
   1.  Activation plan for each of CDCR's 33 existing locations.
   2.  Schedule of activations for each of CDCR's existing locations.
   3.  Schedule and Milestone Management

**Dependencies:**
   1.  Assessments and planning activities for program and construction is completed.
   2.  Availability of dedicated activation staff at project sites.
   Construction activities remain on schedule.

**Constraints:**
   1.  Continued project funding

**Risks:**
   1. Not enforcing the transition from design and construction to activation/health care delivery at the new facility.
   2.  Eighteen to twenty-four month lead times are the norm.  We have substantially less time/site.
   3.  Availability of dedicated staff at the project sites.
   4.  Resource requirements are not yet fully identified.

**Project Team:**

The core project team is comprised of:

Richard Kirkland – Project Sponsor
Lorretta Fine – Deputy Director of Activation Planning
Stephen Haag – Project Manager

Executives, managers, technical support staff, and other site specific contributors support the core team and required.

**Specific Performance Measures:**
   1.  On-time transition to operations at each of CDCR's 33 existing adult institutions.
   2.  Successful mitigation of risks.

**Additional Information (Optional):**

   1.  An ancillary goal is to boilerplate the task lists and activation plans as much as possible early in the site selections to reduce the impacts and refine the processes moving toward completion of 33 sites.

As of January 15, 2009:
Key activation contributors have been identified at SQ. Spaces, Equipment, Staffing, Initial supply components, reviewed and assembled into an activation check list. Assessments and preplanning efforts have been completed on four additional sites (Avenal, Mule Creek, CA Training Center, and CA Rehabilitation Center.

As of December 15, 2008
This project is in the very beginning of the initiation lifecycle stage. The Associate Director of Activation Planning has been brought on board. Construction is in progress at San Quentin and initial contacts have been made with local representatives at the site. The outer building envelope is nearly weather tight. Construction is estimated to be complete by the end of 2009. Initial requirements planning and project tracking for the creation of the SQ activation plan are in development at the very beginning stages.
.

# APPENDIX 20



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 1*

*Ensure Timely Access to Health Care Services*

Access to Care: Chronic Disease Management
Health Care Scheduling System (HCSS)
Public Health

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 65 of 269

**Project Name:  Access to Care, Chronic Disease Management Program (CDMP)**
**Project Executive:  Terry Hill, MD**
**Project Sponsor:  Thomas Bzoskie, MD**
**Project Manager:  Corey Langdale**

| E-Mail: | Corey.Langdale@cdcr.ca.gov | | |
|---------|--------------------|---------|--------|
| Phone | (916) 712-0580 | Proj ID: | PRJ031 |
| Start Date: | July 2008 | Est Finish Date: | December 2009 |

**Solution Vision:**
Apply process improvement concepts and specifically Plan-Do-Study-Act (PDSA) cycles to improve the quality of care to the patient inmate population. Also move to a Chronic Disease Management and Primary Care model for the clinic visit.

**Project Description:**

- Pilot PDSA cycles and process improvement concepts to six (6) pilot sites for chronic disease management and then deploy statewide.

- Improve clinic efficiency by moving to the planned visit and primary care model

**Organization Impact:**

The Chronic Disease Management Program impacts all CDCR resources including facilities, human resources, and Information Technology.

**Project Purpose:**
Create a collaborative environment where custody and health care staff collectively guarantee access to care and improvements in morbidity and mortality which will meet constitutional standards of care.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: **1.2: Staffing & Processes for Health Care Access**
Actions: Fully Implement Health Care Access Teams

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Selection of Vendor | Apr 08 | Apr 08 |
| Kick-Off of CDMP | Jul 08 | Jul 08 |
| Conduct Learning Sessions for pilot sites | Nov 08 | Nov 08 |
| Produce Change Package | Dec 08 | Jan 09 |
| Conduct Diabetes Learning Sessions for pilot sites | Jan, Mar, May 09 | Jan Session Complete |
| Conduct Statewide Learning Sessions | Jan-Nov 09 | Jan Session Complete |
| Conduct Regional Workshops | Feb-Dec 09 | |

**Key Work Products:**
1. Monthly leadership reports
2. Change Package
3. ACIC Survey reports

**Dependencies/Constraints:**
1. Centralized support for policy change
2. Devotion of adequate institution staff
3. Registry development and roll out
4. Training in rapid cycle qlty improvement
5.

**Risks:**
1. Lack of adequate institution resources.
2. Aggressive electronic registry roll out schedule.
3. Post and Bid process within state nursing classification could result in team instability.
4. Change management is challenging, difficult to measure and hard to sustain.
5. Travel Restrictions imposed by Governor

**Project Team:**
Annette Lambert, Team Lead
Deborah Roberts, Nursing Consultant
Darrin Dennis, Nursing Consultant
Liana Lianov, MD, QI Chief Med. Officer
Cathi Murdoch, Custody Administrator
Vickie Bertucci, Custody Captain
Kent Imai, MD, Physician Consultant
Lori Weiselberg, HMA Consultant
Lyndon Greco, Analyst Support
Jennifer Smith, Clerical Staff

**Specific Performance Measures:**
1. By 12/30/2008, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
2. By 03/31/2009, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
3. By 03/31/2009, 95 percent or more of the daily point of care visits in pilot clinics will be entered in the state's Care Management Registry.
4. By 6/30/2009, 95 percent or more of the daily point of care visits in pilot institutions will be entered in the state's Care Management Registry.

**Additional Information (Optional):**

**Lifecycle: The project is in the pilot implementation stage having delivered the Chronic Disease Primary Care model to the 6 pilot sites through 4 learning collaboratives. Lifemasters nurses are on site at each of the pilot clinics to promote the delivery of the model to the other clinics through March-09. The next step in the pilot implementation stage is for the delivery of the Diabetes/Hep C Learning Collaborative to the 6 pilots sites through Aug-2009. The first of three learning sessions on Diabetes has been completed.**

**The project is also in the implementation stage for statewide delivery of Asthma Learning Collaboratives from Jan-2009 through October 2009. The first of three learning sessions on Asthma has been completed. Regional Workshops have also been scheduled to run from Feb-2009 to Dec-2009 to allow Quality improvement advisors to integrate Asthma, Diabetes and HEP C pilot programs into the normal operations throughout all institutions.**

**A change package has been distributed to all institutions based on the pilot program efforts. Statewide Chronic Care program policies have been drafted and approved. The policies will be disseminated at the end of February.**

1.

Case 2:90-cv-00520-K JM-SCR    Document 3600    Filed 06/01/09    Page 67 of 269

**Project Name: Health Care Scheduling System (HCSS)**
**Project Executive: Elaine Bush**
**Project Sponsors: Jamie Mangrum, Dr. Terry Hill,**
**                 Karen Rea**
**Project Manager: Sara Davis**

| E-Mail: | sara.davis@cdcr.ca.gov | | |
|---------|------------------------|------|------|
| Phone | (916) 214-6213 | Proj. ID: | PRJ013 |
| Start Date: | 06/23/2008 | Est. Finish Date: | 01/06/2012 |

**Solution Vision:**
   Implement an enterprise-wide approach to health care scheduling within the adult California Department of Corrections and Rehabilitation (CDCR) institutions.

**Project Description:**
   The overall Health Care Scheduling System (HCSS) will schedule medical, dental, and mental health care appointments for offenders based upon mandated health care requirements, offender requests, referrals, medical orders, and on-going treatment plans.

**Organization Impact:**
   This project will impact schedulers, medical/dental/ mental health staff, external health care providers, custody, transportation, and offenders.

**Project Purpose:**
   Avoid health care scheduling conflicts and missed appointments, allow for a consolidated view of an offender's schedule, comply with legally mandated timeframes and metrics, and optimize resources.

**Strategic Plan Objectives:**
   Primary Goal: 1:Timely Access to Care
   Objective: 1.3: Scheduling and Tracking System
   Actions: 1.3.1: Strategic Offender Mgmt System

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release of RFI | 10/2/08 | 10/2/08 |
| Release of RFP | 1/07/09 | 1/09/09 |
| Responses Due from Vendors | 2/23/09 | 2/23/09 |
| Vendor Evaluation & Final Selection | 7/06/09 | Pending |
| Solution Ready for Rollout | 6/30/10 | Pending |
| Complete Rollout at 33 Institutions | 1/6/2012 | Pending |

**Key Work Products:**
   1. Request for Information (RFI)
   2. Request for Proposal (RFP)
   3. Vendor Evaluation & Recommendation
   4. HCSS Solution & Documentation
   5. Rollout Plan
   6. Support Plan

**Dependencies:**
   1. CDCR Strategic Offender Management System (SOMS) and Business Information System (BIS) projects
   2. CPHCS Clinical Data Repository (CDR) project
   3. CPHCS Network and Data Center projects

**Constraints:**
   1. Time constraints of subject matter experts and core team members who may be on multiple projects

**Major Risks:**
   1. Solution not commercially available from a single vendor that includes Health Care, Corrections, and Scheduling
   2. Environmental risk of large number of offenders and large size of individual institutions plus frequent movement of offenders
   3. Combining scheduling for both health care and custody requires achieving consensus on business rules
   4. Solution rollouts for multiple solutions in the same timeframe may overwhelm staff at institutions
   5. Organizational change management considerations

**Project Team:**
   The team will consist of representatives from Medical, Mental Health, Dental, IT, Nursing, Administration, Human Resources, and the Project Manager. The core team will be supplemented by various subject matter experts. Gartner Consulting will be assisting the team during the RFP and Vendor Evaluation phases.

**Specific Performance Measures:**
   Development of a health care scheduling solution which meets the requirements of our corrections environment

**Additional Information (Optional):**
We have just begun the Vendor Evaluation &
Selection (Procurement) Phase.

**Executive Project Data Sheet**      **As of: February 15th, 2009**

| | | | |
|---|---|---|---|
| **Project Name:  Public Health Unit** | | | |
| **Project Executive:  Dwight Winslow** | | | |
| **Project Sponsor:  Janet Mohle-Boetani** | | | |
| **Project Manager:  David Forbes** | | | |

| E-Mail: | David.Forbes@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **916-764-4703** | **Proj ID:** | **PRJ006** |
| **Start Date:** | **12-1-2008** | **Est Finish Date:** | **12-1-2010** |

**Solution Vision:**
To ensure that public health prevention and control services are standardized, and provided to all patient-inmates and CDCR staff in 33 adult correction institutions statewide.  The expansion of public health policies and procedures into primary care will help make clinical operations more Proactive, Planned and Cost-effective.

**Project Description:**
Develop the people, processes and technology in support of a Public Health Unit.  In order to do this the project will include a four (4) pilots as well as an institutional staffing assessment. Various Information Systems will be enhanced to capture Public Health data.

**Organization Impact:**
This project influences the clinical practice of all 33 adult correction institutions, and benefits both employees and inmates throughout CDCR.

**Project Purpose:**
To ensure adequate public health prevention and control in order to reduce the likelihood of disease outbreaks and illness at all institutions.

**Strategic Plan Objectives:**
Primary Goal:  **1:**Timely Access to Care
Objective:  **1.2:**Staffing and Processes for Health Access
Actions: Develop people, policies and technology to enable public health care prevention and control

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Needs Assessment and Design for Public Health Unit information systems | 7-1-09 | |
| Implement Public Health Pilots | 8-30-09 | |
| Evaluate Public Health Pilots | 12-1-09 | |
| Develop and Complete Action Plan, including required staff enhancement | 12-1-10 | |
| Implement Management and Tracking Systems for Public Health Unit | 12-1-10 | |

**Key Work Products:**
1.  Pilot Evaluation and Action Plans for:
     a.   Public Health Nursing
     b.   Tuberculosis Alert Coordinator
     c.   Employee Public Health
     d.   Inmate Peer Education
2.  Public Health Nurse Staffing Assessment and Workload Analysis
3.  Public Health Unit Systems Analysis and Design
4.  Action Plan for Pilots and Workload Analysis
5.  Ongoing Tracking Processes and Systems for all sections in the Public Health Unit.

**Dependencies:**
1.  All Pilot Action plans require completion of their respective Evaluation and Action Plans
2.  Action Plan require the completion of pilots and Workload Analysis
3.  Public Health Unit System Analysis and Design precedes development work

**Constraints:**
1.  Public Health Unit expansion requires executive approval for staff acquisition

**Risks:**
1.  Acceptance of public health policy and procedures may vary between institutions.
2.  IT Infrastructure may not be adequate for broad adoption of required IT solutions.

**Project Team:**
1.  Dave Forbes, Project Manager
2.  Dr. Janet Mohle-Boetani, Project Sponsor
3.  Nancy Snyder, Nurse Consultant Program Review

**Specific Performance Measures:**
1. Progress Against Schedule
2. Resolution of risks and issues
3. # of nurses trained in public health procedures and policies

**Additional Information (Optional):**
N/A

     Use 12 point font., No Italics

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 70 of 269

**Where the Project is in the Lifecycle:**

The project is now in the planning phase. Many project artifacts such as the Project Charter and Governance Plans have been completed and are in review phase.  All required project planning artifacts will be complete before next months report.

The scope and schedule for the project is now complete, but will be updated as the project progresses.  The process for these updates will be explained in the Project Management plan that will be complete by the end of February.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 2*
## *Establish a Prison Medical Program*

Access to Care Registry
Emergency Response Initiative
Prodagio (HCDMS)

**Executive Project Data Sheet**                          **As of February 17, 2009**

**Project Name:  Access to Care, Registry**
**Project Executive:  Terry Hill**
**Project Sponsor:  Tom Bzoskie, MD**
**Project Manager:  Cary Amo**
**As of Date: January 15, 2009**

| E-Mail: | Cary.amo@cdcr.ca.gov | | |
|---------|----------------------|---|---|
| Phone | (916) 217-4124 | Proj ID: | PRJ-071 |
| Start Date: | 10/2/2008 | Est. Finish Date: | 6/30/2009 |

**Solution Vision:**
The Receiver's job is to establish constitutionally adequate prison medical care as quickly as practicable and in a way which will be sustainable. A highly visible and volatile area of care involves managing and monitoring inmates with certain chronic diseases using improved workflows and automation. This will result in improved healthcare and reduced crisis management and associated costs treating inmates in a reactive, emergency mode.

**Project Description:**
The Registry Project is a software application which supports the monitoring and management of certain patient populations with chronic diseases.  It uses as its starting point, a software application called CDEMS originally developed by the Washington State Disease Prevention and Control Program, first released for use by other healthcare organizations in 2002 at no cost. The Registry is designed around a progress note that facilitates standardization of care for patients with a particular chronic condition(s). Printed progress notes, patient lists, and summary reports are generated for use by clinical staff.  For CDCR, the Registry Application is being dramatically enhanced and will focus on the highest priority, chronic diseases, initially Asthma, Diabetes and Hepatitis C.

**Organization Impact:**

The first Phase of the Registry will be limited to 6 pilot Institutions, implementing in a single clinic, single PCP using a single Virtual Machine (the application and data will be accessed via the Internet using desktop computers in the Institution.  However, the actual application and data will be physically housed on Servers at 501 J St. and eventually at the new Data Center.  Phase 2 of the Registry will be to expand to all clinicians within the pilot clinics within each of the 6 pilot sites to 5.  Phase 3 will be to roll out the use of Registry to all clinics within the 6 pilot institutions.  Future phases of the project will be to deploy the Registry into the remaining 27 Institutions in a similar fashion as the pilot sites.

**Key Work Products:**
  1.  Registry Software Application
  2.  Change Package
  3.  Virtual Machine solution
  4.  On-site Training
**Dependencies:**
  1.  EIS – CODB (DDPS) Data Extract
  2.  Maxor for Pharmacy Data
  3.  Quest for Lab Data
  4.  Foundation Labs for Lab Data
  5.

**Constraints:**
  1.  Possible contention for technical resources at Quest supporting CDR/Lab interface.
  2.  The Registry technology platform will change (Software Version 2) with Phase 2 Implementation.

**Risks:**
  1. Conversion of the Access DB platform for Phase 2.
  2.  Old network connectivity at any of our implementation sites can impact use of Registry until HCIT Lan/Wan implemented.
  3.  Stability of the Production Processing environment at 501 J  St. is not as reliable as a Data Center environment .

**Project Team:**

Cary Amo – Project Manager

Larry Hicks - Staff Information Systems Analyst
Jackie Khoury – Mechanical & Technical
                           Occupational Trainee

Allie Baker – Research Analyst II

Joseph Castelli – Contract Consultant

Willis Moore – Contract Consultant

Darrin Dennis – Nurse Consultant

Karey Hart – Associate Programmer Analyst

**Specific Performance Measures:**
  1.  Clinics can identify their patients with chronic diseases.
  2.  Clinics can track patient progress improvements.
  3.  The type of care provided for specific Dx's can be tracked to determine best practices.
  4.  Improved tracking of patients based upon their risk and/or acuity level(s).

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 73 of 269

| | |
|---|---|
| **Systems Life Cycle:**  Phase 1 of the Registry (version1 of the application) is currently in the Deployment Phase for our Pilot Sites. Phase 2 (version 2 of the application, SQL Server Backend) is in development. | **Additional Information (Optional):**<br><br>1.<br>2.<br>3. |

**Project Purpose:**
The Registry Project is a tactical solution to improve the quality of care provided to patients suffering from certain chronic diseases.  Initially, the diseases that will be monitored are Asthma, Diabetes and Hepatitis C.  New diseases will be added over time.

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 2: Medical Home
    <u>Objective</u>: 2.2 Chronic Care
    <u>Actions</u>: 2.2.1 Chronic Care Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Team formed | 10/20/08 | 10/20/08 |
| Project Kickoff | 10/23/08 | 10/23/08 |
| Training Learning Session 4 | 11/19/08 | 11/19/08 |
| Development & Testing Software Version 1 | 11/24/08 | 12/05/08 |
| Phase 1 Go Live | 1/06/09 | 1/23/09 |
| Phase 2 Scope and Plan | 12/08 | 2/28/09 |
| Development & Testing Software Version 2 | 12/22/08 | TBD |
| Phase 2 Go Live | TBD | |
| Phase 3 Go Live | TBD | |
| | | |

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 74 of 265

**Project Name:  Emergency Medical Response**
**Project Executive:  Dr. Terry Hill**
**Project Sponsor:  Karen Rea; Dr. Dwight Winslow**
**Project Manager:  Rich Klutz**

| E-Mail: | Richard.Klutz@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-807-0654 | Proj ID: | PRJ036 |
| Start Date: | 03/01/08 | Est Finish Date: | 06/01/09 |

**Solution Vision:**
A standard medical emergency response system that meets community standards and reduces avoidable morbidity and mortality.

**Project Description:**

Develop an Emergency Response System that meets community standards and includes standard policy and procedures, training and certification in emergency response, and acquisition and placement of appropriate emergency response equipment.

**Organization Impact:**

Reduced morbidity and mortality; training and certification activities; equipment inventory and maintenance activities; documentation, medical oversight, quality improvements.

**Project Purpose:**
Standardize the structure and organization of the CDCR Emergency Medical Response System including policy, equipment and personnel certification and training.
**Strategic Plan Objectives:**
Primary Goal: 2: Medical Program
Objective: 2.3 Improve Emergency Response to Reduce Avoidable Morbidity and Mortality
Actions: 2.3.1 Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions
2.3.2 By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff
2.3.3 By January 2009, inventory, assess and standardize equipment to support emergency medical response
**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pre-implementations and video conference | 12/05/08 | 12/05/08 |
| Follow-up implementations | 01/31/09 | 01/29/09 |
| Equipment assessment | 01/31/09 | 01/31/09 |
| Post implementations | 03/30/09 | |
| BLS/ACLS training | 05/30/09 | |

**Key Work Products:**
1. Emergency Medical Response Program Policies and Procedures
2. Certification and Training standards for all clinical staff
3. EMR equipment inventory and standards
**Dependencies:**
1.

**Constraints:**
1. EMR training standards may be constrained by labor relations considerations.

**Risks:**
1. Budget delays could delay standardization of EMR equipment.
2. Inaccurate and/or untimely training and equipment inventories will prevent timely standardization.
3. Lack of a single point of contact in institutions responsible for EMR equipment support and maintenance may hinder full compliance with equipment inventory and maintenance requirements.

**Project Team:**

| Wesley Capon | Ivan Gallardo |
|---|---|
| Cynthia Ramsey | Dr. Alan Frueh |
| Wendy Lee | Mel Lewis |
| Dora Galvez-Moretti | Cathi Murdoch |
| Mary Barnett | Ian Branaman |

**Specific Performance Measures:**
1. Policy Adoption
2. % Certified and Trained
3. % Equipment Standardized

**Additional Information (Optional):**

**Executive Project Data Sheet**                                    **As of February 15, 2009**

Status as of 02/15/09:

<u>Emergency Medical Response Policy and Procedure Implementation</u>
- All implementation follow-up visits were completed on January 29, 2009 per schedule.
- Thirteen post implementation audits have been completed.  Due to travel restrictions the remaining audits will be completed by the institutions with oversight by NCPR's via telephone or by day trips by NCPR's.  The current plan is to complete the remaining audits by the end of March, 2009 per the original schedule.
- The team has initiated collection of best practices for dissemination to all institutions and also has started collection of proposals for potential changes to the policy.

<u>Emergency Medical Equipment Standardization</u>
- Emergency medical equipment assessment and a standard list of equipment (automated external defibrillators, defibrillators, transport gurneys, suction pumps, Oximeters and crash carts) completed on January 31, 2009 per schedule.
- Automated external defibrillators (AED's) and defibrillators were procured and delivered to the institutions.  The expedited procurement of this equipment saved approximately $100,000.  In-service training on the new equipment has been initiated by the vendor.
- The team continues to work with the institutions and with regional health care managers to finalize the number of additional emergency medical equipment needed for the next procurement cycle.
- A revised EMR bag and major supplies reorder form has been developed by Procurement Services.

<u>Develop and Implement Certification Standards for all clinical staff and training programs for all clinical and custody staff</u>
- It is anticipated that the training contract for Basic Life Support (BLS) and Advanced Cardiac Life Support (ACLS) will be approved by the Department of General Services by the end of February.  This contract will provide ACLS/BLS training classes at 16 institutions that chose to be part of the new contract.
- A new full-time Workforce Development training manager has been assigned to the project.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 76 of 265

**Project Name: Prodagio / Health Care Document Management System (HCDMS)**
**Project Executive: John Hagar**
**Project Sponsor: Jamie Mangrum, Mitzi Higashidani**
**Project Manager: Ned Dickson**

| E-Mail: | ned.dickson@cdcr.ca.gov | | |
|---------|-------------------------|---|---|
| Phone | (916) 317-2935 | Proj ID: | PRJ009 |
| Start Date: | 10/1/2006 | Est Finish Date: | 2/5/2009 |

**Solution Vision:**

Improve the medical services contracting processes by implementing electronic document creation, workflow management and storage for contracts and invoice payments.

**Project Description:**

Configure, pilot and implement the Health Care Document Management System (HCDMS) which includes separate but integrated applications for invoice processing and contracts management.

**Organization Impact:**

Stakeholders include Plata Contracts and Health Care Invoice Processing Branches, CDCR Accounting and all 33 Institutions. Implementation requires new business processes and enterprise-scale technology.

**Project Purpose:**

1. Reduced medical contract processing time.

2. Reduced invoice payment processing time.

**Strategic Plan Objectives:**
Primary Goal: 2. Medical Program
Objective: 2.4 Specialty Care and Hospitalization
Actions: 2.4.3 Specialty Care Invoice Payments

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Pilot (CCWF, CMF, PBSP, SQ) | 12/11/06 | 2/18/07 |
| VSPW, CSP SAC | 1/28/08 | 1/28/08 |
| FSP | 2/25/08 | 6/2/08 |
| SOL | 6/23/08 | 6/23/08 |
| CCC, HDSP | 7/28/08 | 7/28/08 |
| COR, SATF | 8/11/08 | 8/11/08 |
| CIM, CIW, CRC | 10/15/08 | 10/30/08 |
| DVI, MCSP, SCC | 10/30/08 | 10/30/08 |
| ASP, CMC, PVSP, SVSP | 12/4/08 | 12/4/08 |
| CCI, KVSP, NKSP, LAC, WSP, CRC, CTF | 1/15/09 | 1/15/09 |
| CAL, CEN, CVSP, ISP, RJD | 2/5/09 | 2/5/09 |

**Key Work Products:**
1. Pilot system implementation at first four institutions and two Regional Accounting Offices (RAOs)
2. Implementations at each remaining institution and RAO

**Dependencies:**
1. Network access required for all users.
2. Integration of Prodagio with BIS requires upgrade of Prodagio software. Software upgrade is planned but not currently funded.

**Constraints:**
1. Implementation cannot proceed faster than HQ Invoice Processing team can support added workload
2. All users must have access to CDCR network and PC workstations.

**Risks:**
1. System or business processes fail to scale up to provide adequate performance.
2. Limited network connections at Institutions delays implementation
3. Network capacity limitations impact system performance

**Project Team:**

| Team Members | Role |
|--------------|------|
| Ned Dickson | Project Manager |
| Quan Vu | Application Support |
| Anna Kula | Application Support |
| Kevin Rollins | Help Desk Lead |
| Antoine Hernandez | Help Desk |
| Michelle Ogata | Project Stakeholder (Invoicing) |
| Gayle Fifield | Project Stakeholder (Accounting) |
| Marnell Voss | Project Stakeholder (Contracts) |

**Specific Performance Measures:**
1. Progress against schedule
2. % of invoices paid within 30 days
3. % of non-bid contracts created within 30 days
4. % of bid/master contracts created within 60 days

**Additional Information (Optional):**

1.
2.
3.

**Executive Project Data Sheet**                                    **As of February 15, 2009**

Current Lifecycle Stage:
- Contracts Management – entering Maintenance and Operations Phase, with all 33 institutions completed.
- Invoice Processing – Implementation halted after 12 institutions completed.

Contracts Management
Implementation of Prodagio Contracts for management of medical services contracts has been completed. The final Prodagio Contracts training sessions for Institution Contract Analysts were given by CPHCS Contracts Branch this last month. Prodagio Contracts is now available and in use at all 33 institutions plus HQ. CPHCS Contracts Branch has planned additional follow-up and refresher training classes.

Invoice Processing
Healthcare Data Invoicing and Providers Services (HIDPS) Branch has completed the effort to work off the invoice inventory that existed in Prodagio when its use was discontinued.

As part of the transition to manual invoice adjudication HIDPS Branch is scanning invoices into Prodagio to assist in tracking invoice status.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 3*

**Recruit, Train & Retain Professional Medical Care Workforce**

On Line Exams

| Executive Project Data Sheet | As of February 17, 2009 |

**Project Name:  On-Line Exams**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Kathy Stigall**
**Project Manager:  Keith Meyerhoff**

| E-Mail: | keith.meyerhoff@cdcr.ca.gov | | |
|---------|-----------------------------|---|---|
| Phone | 916 215-4662 | Proj ID: | not assigned |
| Start Date: | 12/8/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
On-Line Exams will enable Human Resources to accelerate the hiring process: Candidates will be able to complete exams at the same time they apply. HR will be able to enter exams without the involvement of State Personnel Board.

**Project Description:**

Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Organization Impact:**

More efficient hiring process in Human Resources. Reduced turnaround time in the hiring of a professional quality medical care workforce. Increased capacity in HR to staff for the new facilities.

**Project Purpose:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Strategic Plan Objectives:**
  Primary Goal:
  3:Recruit, Train  Retain Medical Workforce
  Objective:
  Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter | 12/19/2008 | 12/30/2008 |
| Contract Finalized | 12/26/2008 | 1/13/2009 |
| Project Plan | 12/26/2008 | 1/5/2009 |
| Project Scope Defined | 2/28/2009 | |
| Project Kickoff | 1/5/2009 | 1/5/2009 |
| Requirements Completed | 3/15/2009 | |
| UI Design Completed | 3/31/2009 | |
| Alpha Version Delivered | 5/1/2009 | |
| Beta Version Delivered | 6/1/2009 | |
| Go Live | 6/30/2009 | |

**Key Work Products:**
  1.  Inception - Project Charter
  2.  Inception - Project Plan
  3.  Requirements - Use Case Document
  4.  Design -Mockups of Key User Interfaces
  5.  Design - Prototype
  6.  Development - Test Plan
  7.  Implementation - User Documentation
  8.  Implementation - Training Plan

**Dependencies:**
  1.  Contract Complete and Signed by 12/26/2009 – Done 1/23/2009

**Constraints:**
  1.  The two primary client departments are Selection Services and Workforce Planning, both within Human Resources. Both departments are very busy but there participation is vital. A possible constraint is the amount of time they can commit. They have been very willing to commit time so far.

**Risks:**
  1.  Project scope needs to be clarified, specifically how much of the current exam and certification system provided by SPB will be replaced by this new system and for what job classes. Project Charter will help clarify as well scope definition in early phase or requirements.
  2.  The examination scoring module will be a complex algorithm. One vendor has already failed to understand and implement this process for the State Personnel Board. Therefore clear understanding of the user requirements and an early prototype are recommended to mitigate this complexity risk.

**Project Team:**
Keith Meyerhoff – Project Manager
Daisy McKenzie – Client Manager
Lesa Saville – Client Manager
Michelle Stone – Vendor Project Manager
Subject Matter Experts:
  1.  Teresa Graber
  2.  Rosie Jauregui
  3.  Allison Sanjo
  4.  Julia Shelmire
  5.  Tom Gjerde

**Specific Performance Measures:**
  1.  In cooperation with clients, develop specific

Case 2:90-cv-00520-KJM-SCR   Document 3600   Filed 06/01/09   Page 80 of 269

| | | |
|---|---|---|
| | | |
| | | |

**Project Status 2/13/2009**
**Requirements Gathering is now taking place.**

Project Kickoff meeting was held on 1/16/2009. Since then we have conducted seven requirements meetings. Most of the meetings have been web conferences with the vendor, Hodes IQ, participating by phone or Webex. The Hodes team was on-site for two of the meetings.

The Use Cases we developed in November and December gave us a head start towards defining the requirements. The first meetings with the vendor were to review the use cases. Later meetings have focused on page design and more specific questions about exam development.

Most of the last meeting had to do with minimum qualifications and how exam questions can be entered and scored. This is an important milestone because it was identified as a risk (above). Thus far the Hodes team seems to have demonstrated a good understanding of the concepts.

The project is on schedule. Next important milestone is a requirements document from the vendor and a proof of concept prototype to be delivered by the end of March.

project milestones and deliverables per schedule.
2. Set up criteria for system performance measures: capacity, speed, and efficiency.
3. With client departments, develop measures of system effectiveness. For instance, reduction in the number of days a position remains open from job requisition to hire date.

**Additional Information (Optional):**
1. Seven requirements meetings have been held in the past month, all with the Hodes IQ team present either by web conference or on-site.
2. We have had excellent participation from the client departments in Human Resources, Workforce Development and Selection Services.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 4*
## *Implement a Quality Improvement Program*

Business Information System, HR/Nursing
Business Information Systems (BIS)
Health Care Appeals Tracking

Case 2:90-cv-00520-K JM-SCR   Document 3600   Filed 06/01/09   Page 82 of 269

**Project Name: Business Information System (BIS) HR/Nursing**
**Project Executive: Betsy Chang-Ha, Kathy Stigall**
**Project Sponsor:, Jamie Mangrum**
**Project Manager: Senthil K Muniappan**

| E-Mail: | Senthil.muniappan@cdcr.ca.gov | | |
|---------|-------------------------------|---|---|
| Phone: | 916 764 4766 | Proj ID: | PRJ075 |
| Start Date: | 10/28/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**
Implementation of CDCR's Business Information System (SAP human resources for all CPHCS and Shift Planning for Nursing) for CPHCS

**Organization Impact:**
Major positive impact on headquarters and institution personnel due to the implementation of new, standardized HR business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS' human resources, Post & Bid and Shift Planning business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
Primary Goal: 4:Quality Improvement Programs
Objective: 4.2: Quality Improvement Program
Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release 2 Pilot OM/PA Go-Live | 3/2/2009 | |
| Release 2 Pilot SS/Time Go-Live | 4/1/2009 | |
| Release 2 Statewide OM/PA Go-Live | 4/1/2009 | |
| Release 2 Statewide SS/Time Go-Live | 5/1/2009 | |
| Release 2 EG/Travel /LSO/WC Go-Live | 6/1/2009 | |
| Release 2 PCP/FI Int Payroll I/F Go-Live | 7/1/2009 | |
| Release 2 Completion | 7/15/2009 | |

**Key Work Products:**
1. Identification of CPHCS BIS HR/Nursing users and security roles (02/28/2009)
2. CPHCS BIS HR/Nursing Training and Support Plan (02/28/2009)
3. Identification of business processes, security roles and system configuration requiring modification for CPHCS HR/Nursing (03/15/2009)
4. Power users Sign-off for UAT (03/31/2009)
5. Change Agents and Steering committee Sign-off for Release 2 completion (06/30/2009)

**Dependencies:**
1. CDCR BIS Project – Release 1B implementation
2. BIS and CPHCS networks/active directories (single sign-on)
3. Access to Care initiatives for related data gathering, HR policies and procedures
4. Nurse Staffing Assessment methodology
5. 10,000 Bed project – HR related policies and procedures

**Constraints:**
1. Insufficient number of SAP/BIS experienced trainers

**Risks:**
1. CDCR planned deployment approach ("big bang")
2. Not all CPHCS requirements met during initial implementation
3. Not enough trainers available from CPHCS
4. Aggressive time line for implementation

**Project Team:**
CPHCS's core project team consists primarily of the project manager, who is acting as the Receiver's one of the two BIS representatives and advisor, supported by subject matter experts, who will participate in project workshops and user acceptance testing.

**Specific Performance Measures:**
1. Standardized business processes for headquarters and institutions
2. Integrated budget, accounting, procurement and human resources
3. On-line, real-time shift planning and scheduling
4. Automated HR Reporting

<u>Where the Project is in the life cycle:</u>

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009.  Deployment to headquarters and the institutions is planned to be conducted in four phases, beginning in April 2009.  All functions are planned to be operational in all locations by July 2009.

The project is in 'System development' or 'Realization' phase with around 95% completed. System design ('Blue printing') has already been completed and key stakeholders signed-off.

Though the 'Blue printing' or design is completed, some of the HR/Nursing related designs may need to be revisited and signed-off to make sure all the design requirements are considered and incorporated into the final work product. One session with HR has already been done to validate the design with the field processes. In addition to this, identifying the train-the-trainers, power users, training logistics are some of the high priority items dealt with.

Key milestones coming up are:

| | |
|---|---|
| User Acceptance Testing | - 2/27/2009 |
| Train the Trainers | - 2/27/2009 |
| End User Training (PA, OM) | - 3/31/2009 |
| End User Training (SS/Time) | - 3/31/2009 |
| Release 2 Pilot OM/PA Go-Live | - 3/2/2009 |
| Release 2 Pilot SS/Time Go-Live | - 4/1/2009 |
| Release 2 Statewide OM/PA Go-Live | - 4/1/2009 |
| Release 2 Statewide SS/Time Go-Live | - 5/1/2009 |
| Release 2 Statewide EG/Travel/LSO/WC Go-Live | - 6/1/2009 |
| Release 2 Statewide PCP/FI I/F/Payroll I/F Go-Live | - 7/1/2009 |
| Release 2 Completion | - 7/15/2009 |

**Executive Project Data Sheet**           **As of February 17, 2009**

**Project Name:  Business Information System (BIS)**
**Project Executive:  Mitzi Higashidani, Kathy Stigall**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Gary Mengers**

| E-Mail: | Gary.Mengers@cdcr.ca.gov | | |
|---------|--------------------------|---------|-----------|
| **Phone** | **916 502-9606** | **Proj ID:** | **PRJ030** |
| **Start Date:** | **11/2/2007** | **Est Finish Date:** | **10/30/2009** |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**

Implementation of CDCR's Business Information System (SAP financials, supply chain management and human resources) for CPHCS

**Organization Impact:**

Major impact on headquarters and insitution personnel due to the implementation of new, standardized business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS's financial, procurement and human resources business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 4:Quality Improvement Programs
    <u>Objective</u>: 4.2: Quality Improvement Program
    <u>Actions</u>: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release 1A (core financials) Go-Live | 7/1/2008 | 6/30/2008 |
| Release 1A.5 (budgets) Go-Live | 10/1/2008 | 9/15/2008 |
| Release 1B (accounting and procurement) Go-Live | 11/3/2008 | 11/3/2008 |
| Release 2 (human resources) Go-Live | 4/1/2009 | |
| Release 1C (CPHCS requirements) Go-Live | 7/1/2009 | |
| | | |
| | | |
| | | |

**Key Work Products:**
    1.  Identification of CPHCS BIS users and security roles
    2.  CPHCS BIS user training
    3.  Identification of business processes, security roles and system configuration requiring modification for CPHCS

**Dependencies:**
    1.  CDCR BIS Project - configuration and implementation
    2.  Prodagio/CMD system for medical contracts
    3.  BIS and CPHCS networks/active directories (single sign-on)
    4.
    5.

**Constraints:**
    1.  Limited number of SAP/BIS experienced trainers and support personnel

**Risks:**
    1.  CDCR planned deployment approach (aggressive timeline)
    2.  Not all CPHCS requirements met during initial implementation
    3.  Delay in approval of BIS SPR & contract amendment caused some delays

**Project Team:**

CPHCS's core project team consists primarily of the project manager, who has acted as the Receiver's BIS representative and advisor,  supported by subject matter experts, who have participated in project workshops and user acceptance testing.  To support deployment, four CPHCS staff attended BIS train-the-trainers classes and are training/supporting CPHCS staff.

**Specific Performance Measures:**
    1.  Standardized business processes for headquarters and institutions
    2.  Integrated budget, accounting, procurement and human resources
    3.  On-line, real-time financial reporting
    4.  Timely processing of vendor and provider payments

**Project Lifecycle Status:**

The Release 1 BIS functions, including budget, accounting and procurement, were implemented on November 3, 2008 and are currently operational in CDCR and CPHCS headquarters. There are a number of system, training and business process issues that are being addressed prior to additional deployment. Institutions, including health care, are preparing for their implementations and will begin training in March 2009 for the northern region, continuing April through June for the central and southern region institutions. All institutions are planned to be operational by July 1, 2009 with the Release 1 BIS functions.

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009. Deployment to headquarters and the institutions is planned to be conducted in four phases, beginning in April 2009. All functions are planned to be operational in all locations by July 2009. In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in February 2009, with a planned implementation during July through September 2009.

**Executive Project Data Sheet** *As of February 17, 2009*

| | |
|---|---|
| **Project Name:** Health Care Appeals Tracking System | |
| **Project Executive:** Mr John Hagar | |
| **Project Sponsor:** Ms Theresa Kimura-Yip and Mr Jamie Mangrum | |
| **Project Manager:** Stan Ketchum | |

| E-Mail: | stan.ketchum2@cdcr.ca.gov | |
|---|---|---|
| **Phone** | 916-802-0353 | **Proj ID:** | **PRJ091** |
| **Start Date:** | 01/16/09 | **Est Finish Date:** | 12/31/09 |

**Solution Vision:**
The HCAT is a project to improve efficiency and effectiveness of appeals process and reporting, helping to meet Turnaround Plan of Action goals in objectives for Appeals program.

**Project Description:**
Implement Microsoft Dynamic Customer Relationship Management (CRM) software in support of the Health Care Appeals Program. The scope includes requirements gathering, design, installation, configuration, automated conversion, testing, training, implementation, and production support.

**Organization Impact:**

- Eliminate manually logging and classifying appeals.
- Streamline and standardize the appeals process.
- Register appeals from all sources and institutions.
- Reduce or eliminate the use of paper based appeals.
- Electronically route appeals without the risk that the appeal will get lost or misplaced.
- Promote greater accountability for responding to appeal requests.
- Collect and aggregate statewide appeal information to meet Court ordered reporting requirements.

**Project Purpose:**
Use Microsoft Dynamic Customer Relationship Managers (CRM) to develop a centralized database to track appeals status, and implement a Microsoft Outlook based workflow process to help manage and improve appeals processing quality and timeliness.

**Strategic Plan Objectives:**
Primary Goal: Implement a Quality Assurance and Continuous Improvement Program
Objective: 4.5. Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release RFO | 01/17/09 | 01/17 |
| Vendor Start | 4/3/09 | |
| Design Complete | TBD | |
| Development Complete | TBD | |
| System Test Complete | TBD | |
| User Test Complete | TBD | |
| Training Complete | TBD | |
| Deployment Complete | 12/31/09 | |

**Key Work Products:**
1. Contract for system integrator
2. Requirements and Design
3. Test and implementation
4. User and System Administrator Training
5. Turnover and Maintenance

**Dependencies:**
1. Network Project
2. Data Center Project

**Constraints:**
1. The new system must use Microsoft Dynamics CRM
2. The system cannot be implemented until the

**Risks:**
1. Source data quality (33 Access databases)

**Project Team:**

Mr Stan Ketchum - Project Manager
Ms Theresa - Mental Health

**Specific Performance Measures:**
1. Operational central database
2. 33 Access databases converted
3. At least 1 user trained at each institution

**Additional Information (Optional):**



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 5*
## *Medical Support Infrastructure*

Central Fill Pharmacy
Centralized Dictation & Transcription
Claims Management and Invoice Processing
Clinical Imaging Services
Data Center & End User Migration (DC&EUM)
Enterprise Architecture
Health Care Data Center Migration
Healthcare Network Infrastructure
Laboratory Services Management
Mental Health Tracking System (MHTS)
Telemedicine Services
VoIP and Unified Communication

**Executive Project Data Sheet**                    **As of: February 17, 2009**

**Project Name:  Central Fill Pharmacy Project**
**Executive:  John Hagar**
**Project Sponsor:  Betsy Chang-Ha, Jamie Mangrum**
**Project Manager:  Erick Rendón**

| E-Mail: | Erick.Rendon@cdcr.ca.gov | | |
|---------|--------------------------|--|--|
| **Phone** | **916-956-5045** | **Proj ID:** | **PRJ072** |
| **Start Date:** | **December 2008** | **Est Finish Date:** | **March 2010** |

**Solution Vision:**
Implement a centralized pharmacy to consolidate ordering and logistic distribution of prescriptions; reducing cost and unnecessary waste while improving tracking of medications to increase patient utilization.

**Project Description:**
Central Fill Pharmacy will fill prescriptions for all 33 correctional centers. It will order bulk pharmaceuticals, pre-package them and automatically fill orders entered in GuardianRx. The facility will have automated inventory management; medication checks and provides distribution of prescriptions by next business day to all facilities.

**Organization Impact:**
Immediate reduction in tasks done by sites personnel. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites. Savings will be realized through centralized ordering, increase adherdson to Pharmacy and Therapeutic Committee recommendations and decrease overall inventory in stock based on accurate inventory levels.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock.
**Strategic Plan Objectives:**
    Primary Goal: 5.0 Medical Support Infrastructure
    Objective: 5.1 Pharmacy Programs
    Actions: 5.1.3 Central-Fill Pharmacy
**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter | TBD | Dec 08 |
| Team identification | TBD | Dec 08 |
| Project Kickoff | TBD | Jan 09 |
| Automation vendor contract | TBD | Jan 09 |
| Site design | Mar 09 | |
| Site leasing contract | May 09 | |
| Site process to construction | July 09 | |
| Construction begins | Sept 09 | |

**Key Work Products:**
1. Site Designs
2. Leasing Contract
3. Project management documentation

**Dependencies:**
1. Architectural design and approvals
2. Pharmacy Site Leasing Contract
3. CPHCS Network Project
4. Maxor Pharmacy (Guardian) Project
5. Data Center Project

**Constraints:**
1. Maxor Guardian Rollout Schedule / Decisions
2. CPHCS Network Rollout Schedule / Decisions
3. Procurement
4. Construction

**Risks:**
1. State mandated furloughs affecting key SME
2. LEED Certification time and cost
3. Losing key resources
4. Long lead times for service contracts
5. Long lead times for procurement

**Project Team:**

Project Manger: Erick Rendón

Maxor National Pharmacy Services: Dick Cason

Cornerstone Automation: Michael Doke / Gary Greiner

Department of General Services: Sally Morphis

Resource Management: Jeanette Kellogg

Contractor PM - TBD

**Specific Performance Measures:**

1. Quality Assurance Matrix
2. Service Matrix
3. Delivery Matrix

**Additional Information (Optional):**

The project is still technically in initiation / planning.

The current efforts are still focused on clarifying all design, electrical, code requirements necessary for the Central Fill Pharmacy in order to negotiate the leasing agreement. We have solidified most requirements and will have the fire marshal inspect the drawing prior to hand off to the landlord for the bidding process and leasing contract negotiations; this will be done by the Department of General Services. Once completed construction plans will be drawn out including LEED requirements, permits pulled and finally construction on the build out begin. Identification of items not previously identified or budgeted is being evaluated to absolute needs.

A key risk is the reduction of work time due to key employees secondary to mandated work furloughs, and the Business Operations SME will be retiring in June; due to the delays of getting contracts signed and the long leasing period; I am concerned that this role will suffer in transition and affect our schedule.

While trying to plan ahead and foresee possible road blocks one of the states' initiatives to be green and obtain LEED Certification, will definitely impact both cost and time. The cost will increase by 15% and the timeline will be increase at minimum by one month. Currently we are looking at a tentative construction completion by January of 2010, with the first beta site going live in March of 2010 and full implementation by Winter 2010/2011. I will keep all inter-dependencies projects on my radar and incorporate their needs will attempting to pull back this date.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 90 of 269

**Project Name:  Centralized Dictation & Transcription**
**Project Executive:  Dr. Terry Hill / Bonnie Noble**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Denise Harris**

| E-Mail: | Denise.Harris@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | 916-206-7276 | Proj ID: | PRJ019 |
| Start Date: | 07/01/08 | Est Finish Date: | 12/30/09 |

**Solution Vision:**

Implement a centralized dictation and transcription solution that standardizes health record documentation at the enterprise-level.

**Project Description:**

The purpose of this project is to implement a centralized dictation and transcription department for four pilot institutions: San Quentin (SQ), Valley State Prison for Women (VSPW), Central California Women's Facility (CCWF), and CSP-Los Angeles County (LAC).

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**

The purpose of this project is twofold:  (1) a model for centralized dictation and transcription statewide; and; (2) improvement in timeliness and accuracy of transcribed documents.

**Strategic Plan Objectives:**
  Primary Goal: 5:  Medical Support Infrastructure
  Objective: 5.2:  Health Records
  Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Dictation & Transcription Assessment | 04/08 | 04/08 |
| Approved Project Charter | 07/08 | 07/08 |
| Server Vendor Selection | 10/08 | 10/08 |
| Turnkey Facility | 02/09 | |
| Staffed and Trained Dept. | 03/09 | |
| Pilot Closeout & Eval | 12/09 | |

**Key Work Products:**
  1.  Project Charter
  2.  Project Schedule
  3.  Post Pilot Evaluation and Recommendation

**Dependencies:**
  1.  CPHCS Network Project
  2.  CPHCS Data Center Project

**Constraints:**
  1.  CPHCS Network Rollout
  2.  CPHCS Data Center Implementation

**Risks:**
  1.  Verizon Data Center availability
  2.  Network availability
  3.  Incompatible component structure; component integration to achieve operability

**Project Team:**

The Centralized Dictation and Transcription project team is comprised of approximately 30 team members that include representative staff from CPHCS, California Prison Receivership Corporation, VerizonBusiness and Crescendo.

**Specific Performance Measures:**
  1. 150 lines/hr per medical transcriber
  2. 98% accuracy rate for all transcribed documents
  3. 24 hour turnaround time for all transcribed reports
  4.  All pertinent medical records dictated and transcribed.

**Additional Information (Optional):**

  1.  Working with Verizon to add network drops at pilot institutions
  2.  Purchasing desktops and network printers as needed

Case 2:90-cv-00520-KJM-SCR   Document 3600   Filed 06/01/09   Page 91 of 269

The Centralized Dictation and Transcription project is in the procurement phase.  Contract with Crescendo, dictation and transcription software vendor, was signed in November, 2008.  Servers and all ancillary equipment arrived at data center.  Expect to have all telecommunications circuits in place by mid March 09.  Working with Crescendo on workflow documentation in preparation for train the trainer sessions and system implementation.   Need department location in the Sacramento area identified so that downstream tasks may be completed.  Department lead (HPM II) hired. Working with Plata Support HR to hire transcribers.  Working with Plata Support and Labor Relations teams to accomplish union notification requirement.

**Project Name:  Claims Mgt. and Invoice Processing**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO**
**Project Manager:  Holly Lasiter**

| E-Mail: | Holly.lasiter@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| **Phone** | **916-764-4677** | **Proj ID:** | **PRJ066** |
| **Start Date:** | **11/29/08** | **Est Finish Date:** | **11/29/10** |

**Solution Vision:**
Provide a healthcare claims processing system that is typically found in commercial or public health plans. The system will utilize industry standard coding and allow standard reporting, benchmarking and utilization management. The system will improve the quality, efficiency, and timeliness of payments to health care vendors serving CDCR's patient population, while also implementing effective cost management.

**Project Description:**

Contract with a qualified third party administer to take over claims processing services for an initial period of 24 months (with three 12 month options) to put into practice the required improvements prior to transition of all operations back to State control.

**Organization Impact:**

Using industry standard coding will allow CPHCS to perform standard reporting and benchmarking. Utilization Management will have access to data necessary to make decisions in specialty care. Claims processors will be elevated to other jobs.

**Project Purpose:**
Enable CPHCS to administer healthcare claims and capture utilization and payment data for ongoing analysis and reporting.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support
Objective: 5.2 Establish Standardized Health Records Practice
Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Issue Request for Proposal | 12/10/2008 | 12/10/2008 |
| Bidder's Conference | 12/19/2008 | 12/19/2008 |
| Deadline for questions | 12/31/2008 | 12/31/2009 |
| Respond to questions | 1/7/2009 | 1/7/2009 |

| Milestones | Planned | Actual |
|------------|---------|--------|
| Proposals due | 1/29/2009 | 1/29/2009 |
| Notification for interviews | 2/17/2009 | 2/13/2009 |
| Announce selection | 3/2/2009 | |
| Contract Start Date | 3/23/2009 | |

**Key Work Products:**
1. Request for Proposal
2. Vendor Proposals
3. Signed Vendor Contract
4. Statement of Work
5. Service Level Agreement

**Dependencies:**
1. Health Information Management
2. Contracts Medical Database (CMD)
3. CPHCS Data Center Project
4. ProdAgio Enhancement
5. IT Security
6. OBIS / DDPS
7. Utilization Management
8. BIS (SAP)
9. Clinical Data Repository

**Constraints:**
1. Backlog of unpaid claims
2. ProdAgio does not have capability to adjudicate and pay healthcare claims.
3. Interfaces to other systems

**Risks:**
1. Ability to establish electronic data submittal to SCO.
2. Ability to compile contract rate data for submittal to TPA.
3. Security of TPA having access to sensitive inmate location data.

**Project Team:**
Holly Lasiter, Project Manager
Mitzi Higashidani, Executive Sponsor
Michelle Ogata, Business Sponsor
Dr. Ricki Barnett, Business Owner
Dawn Kearns, Business Owner
Marnell Voss, Contracts
Shelby Chapman, Data SME
Ned Dickson, Technical SME

**Specific Performance Measures:**
1. Business Requirements
2. Vendor Selection
3. Vendor Proposals

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 93 of 265

The Request for Proposal, Bidders' Library and associated addendums are posted on the CPHCS Web site. Final proposals were received January 29, 2009. The top candidates were notified of vendor interviews and will attend those interviews on February 18. The project is on track for the contract to be awarded early March with work starting after contract negotiations.

.

**Executive Project Data Sheet**                    **As of February 17, 2009**

**Project Name:  Clinical Imaging Services**
**Project Executive:  Terry Hill, MD**
**Project Sponsor:  Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager:  Craig Casey**

| E-Mail: | Craig.Casey@cdcs.ca.gov | | |
|---|---|---|---|
| Phone | 916-764-4730 | Proj ID: | PRJ017 |
| Start Date: | 09/02/2008 | Est Finish Date: | 2011 |

**Solution Vision:**  To provide appropriate and timely imaging and interpretation services for the incarcerated population at all CDCS institutions and facilities.  Install centralized and distributed management and infrastructure to sustain and refine/improve these services indefinitely.

**Project Description:**  Implement the Enterprise Imaging & Radiology Assessment & Planning remediation roadmap presented July 14, 2008 to the Receiver.

**Organization Impact:**   This project will significantly impact CDHCS clinical staff in all CDCS locations with the provision of tools and infrastructure for the timely diagnosis/evaluation of inmate patients within the institutions.

**Project Purpose:**  Provide minimum acceptable level of ancillary care to CDCS incarcerated population.

**Strategic Plan Objectives:**
**Primary Goal: 5:Medical Support Infrastructure**
**Objective:** 5.3: Radiology and Laboratory Services
**Actions:** 5.3.1:  Establish strategy for improvements and implement.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete final draft of RFP | Sept 26 | Sept 26 |
| Finalize & release | Oct 3 | Oct 6 |
| Conduct solicitation | Nov 7 | Nov 7 |
| Vender selection | Dec 5 | Dec 8 |
| Completion of negotiations | Dec 23 | Jan 8 |
| Project Charter | Dec 30 | |
| Contract signing/close initial procurement phase | Approx Dec 30 | Jan 13 |
| Start of Management firm engagement | Jan 5, 2009 | Jan 12 |
| Detailed project plan | Mar, 2009 | |
| Kickoff meeting | Mar 5 | |
| Complete Artifacts | Mar 13 | |

**Key Work Products:**
1. Approved vender contract. (complete)
2. Project Charter
3. Completed institutional assessments and interim staffing model.
4. Detailed project plan.

**Dependencies:**
1. CDHCS Data Center project.
2. CDHCS Telemedicine project.
3. CDHCS Network project.
4. Clinical and executive recruiting success.

**Constraints:**
1. CPHCS network rollout schedule
2. Recruitment of imaging leadership roles throughout the State.
3. Successful & timely negotiation with radiology equipment vender(s).

**Risks:**
1. Lack of institutional resources.
2. As yet undefined schedules and interaction with parallel projects engaging the institutions.

**Project Team:**

 The CPHCS core project team is comprised of approximately thirty (30) team members and key stakeholders including contributors from CPHCS, CDCS, MSI and selected subcontractors.  This team will engage/include the management and staff from every institution in the State during the life cycle of this project.

**Specific Performance Measures:**
Performance measures will be developed as part of detailed project planning and reviewed on a regular basis with the Project Steering Committee.

**Additional Information (Optional):**

**Current Project Status:**
McKenzie Stephenson formally engaged for
implementation for the Receiver's Imaging Services
Roadmap on January 12th, 2009.  In addition to the
planned three remediation teams, a fourth "executive
SWOT team has been traveling to address several critical
equipment and personnel issues that have been unresolved
for extended periods.

Phase 0, The MSI teams are working through a schedule
of institutional visits in order to complete the assessment
cycle, included in Phase 0.  To date 26 visits have been
completed with an additional 37 visits planned through
April.  The planning phase duration was anticipated to be
10-12 weeks but site visit scheduling limitations will add
approximately four weeks to the schedule.  Phase 0 will
overlap Phase 1 which is scheduled to start in mid March.
Preparation for the stakeholder's Kickoff meeting,
scheduled for the first week in March is underway.
WebEx and/or video conferencing will be used.  The
invite list is expected to exceed 170.

**Executive Project Data Sheet**                        **As of: February 17, 2009**

**Project Name: Data Center & End User Migration**
**Project Executive: John Hagar**
**Project Sponsor: Jamie Mangrum, Liana Bailey-Crimmins**
**Project Manager: Fred Wood**

| E-Mail: | Fred.Wood@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916.215.5235 | Proj ID: | PRJ002 |
| Start Date: | 11/14/08 | Est Finish Date: | 3/31/10 |

**Solution Vision:**
Migration of existing CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff, hardware, and applications connectivity.

**Project Description:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The DC&EUM Project will migrate existing CPHCS staff and hardware, integrating Active Directory, MS Exchange, local LAN to LAN applications connectivity, and new network infrastructure and support for new CPHCS staff and applications.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR network infrastructure to access their applications until they are called for in the migration plan to be "cutover" to the new network path.

**Project Purpose:**
The DC&EUM Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**
  Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter completed and approved | Jan 09 | |
| Acquire EUM Specialist Team (EMC$^2$) | Jan 09 | Jan 09 |
| Complete Pilot application migration activities (for CDR and D&T) | CDR 4/09 D&T 6/09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|---|---|---|
| Complete migration of all existing CPHCS network objects at HQ and all 33 institutions managed on the new CPHCS network. | Oct 09 | |
| Complete migration of all CPHCS staff operating on new CPHCS network | Mar 10 | |

**Key Work Products:**
  1. Project Charter
  2. EUM Design Documents
  3. EUM Plan
  4. EUM Integration Plan

**Dependencies:**
  1. Torrance data center contract secured
  2. Healthcare IT network implementation
  3. Acquire EUM Specialist Team (EMC$^2$)

**Constraints:**
  1. All Data Center Infrastructure prerequisites

**Risks:**
  1. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet estimated project completion schedule
  2. Failure to properly identify all CPHCS objects for migration could result in failure to meet EUM Project Scope

**Project Team:**

The core EUM Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert), EUM consultant specialist team, and subject matter experts from Microsoft and Quest. Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
  1. 100% of CPHCS network objects and end users migrated successfully
  2. Local LAN to LAN connectivity

**Additional Information:**

The Data Center & End User Migration Project (DC&EUM) is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

The DC&EUM Project or "Data Center Phase II" is in the Planning Phase and currently concerned with project staffing and start-up activities. The Project Charter is now in review in February and the End User Migration consultant specialist $EMC^2$ is just now on board with the full team beginning by the first week in February 2009. $EMC^2$ will begin vetting the Active Directory migration design document. Also working with the Data Center "Phase I" infrastructure effort to coordinate all dependent downstream activities.

**Executive Project Data Sheet**                              **As of February 17, 2009**

**Project Name:  Enterprise Architecture**
**Project Executive:  John Hagar**
**Project Sponsor:  Jaimie Mangrum**
**Project Manager:  Mark Griffith**

| E-Mail: | mark.griffith@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | (916) 764-4516 | Proj ID: | PRJ069 |
| Start Date: | 11/17/08 | Est Finish Date: | |

**Solution Vision:**
Establish an Enterprise Architecture (EA) program for CPHCS based on the State's and Federal EA programs.

**Project Description:**

Create EA program and adopt EA framework and models, methodology, standards and governance plan.

**Organization Impact:**

Enterprise Architecture will have a major impact on CPHCS by adopting policies, standards and governance for all CPHCS IT projects.

**Project Purpose:**

Improve interoperability and efficiencies across all CPHCS IT projects.  Establish architectural framework and requirements for project development efforts and RFP's.  Provide enterprise level business, data, and technical models.  Leverage the Health Information Technology Executive Committee (HITEC) governance for enterprise architecture for all CPHCS IT projects.

**Strategic Plan Objectives:**
  Primary Goal: 5:Medical Support Infrastructure
  Objective:
  Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Kickoff | 11/17/08 | 11/17/08 |
| Initial interviews | 12/23/08 | |
| Project Charter Approved | 3/1/09 | |
| PMO Governance Plan | 3/1/09 | |
| Communication Plan | 3/1/09 | |
| Data Center Questionnaire | 3/1/09 | |
| IT Projects Roadmap | 2/1/09 | 2/1/09 |
| Business Architecture Model Template | 3/1/09 | |

The Enterprise Architecture Program has accomplished the following during this reporting period:

- PMO Governance Plan
- Program Charter
- Communication Plan
- Data Center Questionnaire
- IT Projects Roadmap
- Business Architecture Model Template
- Key Interviews
- Collaboration with CDCR and OSI

We are currently preparing for Business Architecture Model Template training for all PM's and business personnel and will be working to create the enterprise business model over the next month.  We are also working on Technical Standards, Framework documentation for Infrastructure, SOA and Virtualization, creation on a architecture review board and will be conducting many more interviews and meetings with PM's and key business members.

| **Project Name: Healthcare Data Center** |
|---|

**Project Name: Healthcare Data Center**
**Project Executive: John Hagar**
**Project Sponsor: Jamie Mangrum, Liana Bailey-Crimmins**
**Project Manager: Denise Harris**

| E-Mail: | denise.harris@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 323-2309 | Proj ID: | PRJ018 |
| Start Date: | 05/08 | Est Finish Date: | 06/09 |

**Solution Vision:**
Implement a medical-grade data center as part of the healthcare network to enhance access to and management of inmate/patient information.

**Project Description:**

Implement a data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. Integration of Active Directory, E-mail, Call Center, Centralized Services, and Network Storage to support CPHCS organizational requirements. Migration of existing Pilot CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff and hardware.

**Organization Impact:**

Impacts all CPHCS staff and respective portions of CDCR. During the transition, CPHCS staff will continue to use the CDCR network infrastructure to access their applications. All CPHCS staff and hardware will be centralized on the CPHCS network allowing for improved user management.

**Project Purpose:**
Design and implement a new medical-grade data center for existing and future CPHCS staff and hardware. Phase one includes data infrastructure and two pilot applications in production: Clinical Data Repository and Centralized Dictation & Transcription

**Strategic Plan Objectives:**
Primary Goal: **5**:Medical Support Infrastructure
Objective: (not found in Receiver's Plan of Action)
- By April 2009, have a fully-functional data center to support CPHCS staff and hardware
- By April 2009, complete a migration of all existing CPHCS network objects (Active Directory users, computers, and groups) from CPHCS Headquarters and CDCR's 33 adult institutions to the new CPHCS network managed through the data center

**Major Milestones:**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter completed & approved | Jan 09 | |
| CPHCS Data center completed | May 09 | |
| Pilot migration completed (Clinical Data Repository) | April 09 | |
| Pilot migration completed (Dictation & Transcription) | Jun 09 | |

**Key Work Products:**
1. Project Charter
2. Data Center Design Documents
3. Risk management Plan
4. Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Migration software procured
4. Migration and Integration services RFO

**Risks:**
1. Lack of a fully-defined and agreed-to Scope Statement could result in a failure to fulfill the project product
2. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet the estimated project completion date
3. Failure to properly identify all CPHCS objects for migration could result in failure to meet the Project Scope

**Project Team:**

The core project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor; Experts from CDCR EIS, VerizonBusiness (prime contractor); other areas may supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects migrated
2. Pilot Applications in production
3. Call Center availability 24x7x365

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 101 of 269

This project is in the procurement phase. Most equipment has been shipped or planned ship dates have been identified. Equipment shipped is being asset tagged by the vendor. CPHCS staff will need to travel to the data center soon to verify equipment receipt so that the vendors may be paid. Given travel restrictions, we will need a management decision as to how to accomplish the inventory verification. Temporary cages are being built at the data center for CDR and Dictation and Transcription to support application development and testing prior to production roll out.

**Executive Project Data Sheet**                                          **As of: February 17, 2009**

| | |
|---|---|
| **Project Name:  Health Care Network** | |

**Project Executive:  Jamie Mangrum**
**Project Sponsor:     Liana Bailey-Crimmins**
**Project Manager: Evan Nordstrom-Victor Krause**

| E-Mail: | evan.nordstrom@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | 916-764-4850 | **Proj. ID:** | **PRJ010** |
| **Start Date:** | 09/05/2007 | **Estimated Finish Date:** | 12/31/2009 |

**Solution Vision:**
Build a dedicated high-speed data network for CPHCS.
**Project Description:**

Design, build, install and maintain a dedicated high-speed data network for 33 institutions and CPHCS HQ.

**Organization Impact:**

This project will have a major impact on CPHCS and CDCR. A dedicated Health Care Network will allow the delivery of applications and electronic communication between all 33 institutions and CPHCS HQ.  Having this ability will prove invaluable to the organization.

**Project Purpose:**
To enable health care workers the ability to utilize current and future technology to improve healthcare delivery to the patients.

**Strategic Plan Objectives:**
    Primary Goal: Timely access to health care
    Objective: A complete, working data network
    Actions: Installation of a data network

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Institution WAN site surveys | 12/21/07 | 01/03/08 |
| Develop detailed design | 02/01/08 | 02/01/08 |
| Install WAN data circuits into each institution | 04/30/08 | 31 institutions complete |
| Install 'Phase I' LAN equip. into each institution | 02/01/09 | 33 institutions complete |
| Install 'Phase II' LAN equip. into each institution | 12/18/09 | 6 institutions complete |
| Test and configure Phase II LAN | 03/01/10 | |
| Final Test of each Network | 03/15/10 | |
| Project Closure  ( 33 institutions + HQ 501J tested and completed) | 03/31/10 | |

**Key Work Products:**
    1.  Detailed design Site Survey Reports
    2.  Detailed design Site LAN documents
    3.  Detailed design Wireless LAN documents
    4.  Construction Statements of Work
    5.  Bill of Materials PO
    6.  'Final Test Complete' Documents
**Dependencies:**
    1.  CDCR to install Single Mode Fiber at all 33 institutions.
    2.  CDCR facilities to increase electrical and cooling capacities to support additional power requirements.
    3.  Collaborate with CDCR Facilities and Assoc. Business Wardens (ABW), to secure adequate floor space for CPHCS equipment.
    4.  Coordinate with ABW's to schedule construction activities within their institutions.

**Constraints:**
    1.
**Risks:**
    1.  Space availability within institutions for additional network hardware.
    2.  Available facilities (electrical power and cooling) within institutions for additional network hardware
    3.  The ability to install high-speed data circuits into remote institution locations.
    4.  Vendor capabilities.
    5.  Scope Creep caused by 'late' additions from other projects.
    6.  Out-of-Scope additions to cover orphaned or currently unassigned issues.

**Project Team:**

The Health Care Network project team is comprised of two (2) Program Managers, monitoring, controlling, and assisting the activities of several vendors and CDCR staff.

**Specific Performance Measures:**
    1.  Data Circuit installation intervals
    2.  Site prep. intervals (space and power)
    3.  Phase I install/completion progress
    4.  Phase II install/completion progress
    5.  Phase III install/completion progress
    6.  Final Test of completed Network from each prison to the Data Center

**Additional Information (Optional):**

AS of January 15, 2009, 33 institutions + HQ (501 J st.) have had Phase I implemented.
Phase I was the installation of major hardware into the TELCO rooms of each institution and increasing the power and cooling required to support the added equipment.

Phase II is complete at four institutions and in progress at four others, with eight additional locations scheduled.
Phase II consists of installing Switch racks, Wireless Access Points, Uninterruptable Power Supplies and LAN drops inside of numerous buildings within each institution. Each institution will require an average of over 800 LAN drops (computer outlets in the wall), spread amongst the buildings, with the majority going into the clinics.

Phase III is on track to start Feb. 23, 2009 at the first two pilot locations, the remaining two pilots to start two weeks later. Additional Phase III rollouts to commence at follow on institutions after the four pilots are finished.
Phase III will consist of testing and validating the HealthCare Network, "as it exists within each institution". Pilot Sites of LAC, VPW, CCW, and SQ, are a priority. Connection between the Data Center and the four pilots will be tested as well.
A new requirement of identifying available power within range of the LAN outlets has been added. Talks with VANIR were productive, as VANIR is tasked with construction activities at all 33 institutions and power assessments are a part of the first steps.
Synopsis:
At the end of the HealthCare Network Project, (estimated to be on/before March 31, 2010), each institution will have a complete and functional high-speed data system connected to the Data Center.

| Executive Project Data Sheet | As of: February 15, 2009 |
|---|---|

**Project Name:  Laboratory Services Management**
**Project Executive:  Terry Hill, M.D.**
**Project Sponsor:  Bonnie Noble**
**Project Manager:  Steve Ruhnau**

| E-Mail: | steve.ruhnau@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-956-7514 | Proj ID: | PRJ008 |
| Start Date: | 8/1/2007 | Est. Finish: | 6/30/2011 |

**Solution Vision:**
The project vision is to reduce inefficiency and improve timeliness of medical care for CDCR inmate-patients, by creating and implementing a statewide strategy to improve operations for clinical laboratory services.
This redesign of lab services will improve business processes to better enable eventual integration of other healthcare system improvements as they come on-line, including overhauls of information technology and HIM.  Long term improvements will require the infrastructure to support an enterprise Laboratory Information System (LIS) and clinical data repository needs.

**Project Description:**
Following and Assessment Stage the project is entering a Remediation Stage where the project will procure a professional laboratory management firm to stabilize lab services and implement "Phase 1" recommendations from the Navigant Assessment Report of April 2008.  This effort will also support CPHCS decisions towards a long term laboratory services solution strategy.

**Organization Impact:**
Seventy percent of medical decisions are supported by lab results.  Consequently, stabilizing and improving lab performance and results will have a substantial positive impact on medical decisions across the CDCR health care enterprise.  These improvements will have significant impacts on staff that produce, manage, and use lab results.

**Project Purpose:**
To improve health care to patients through more effective laboratory services including more timely and accurate results.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support Infrastructure
Objective: 5.3 Estab. Effective Radiology & Lab Services
Actions: 5.3.1 Establish Strategy for Improvements

**Major Milestones:**

| Milestones | Planned | Actual |
|---|---|---|
| Complete Lab Assessment | 4/7/2008 | 4/7/2008 |
| Hire Lab Srvcs Proj Mgr | 2/2/2009 | 2/2/2009 |
| Release RFP for Lab Remed. | 3/18/2009 | |
| Lab Remed. Contract Start | 6/29/2009 | |
| Lab Remed. Phase 1 Done | 6/30/2011 | |

**Key Work Products:**
1. Establish Core Leadership Team for Lab Services
2. Establish Exec Steering Committee for Lab Services
3. RFP prepared and ready to distribute to Bidders for Lab Services Remediation
4. Remediation Vendor Selection Recommendation
5. Completed Remediation Vendor Contract
6. Remediation Roadmap Milestones to be established by selected Remediation Vendor

**Dependencies:**
▪ Establishment of Core Leadership Team
▪ Integration with HIM project
▪ Integration with Clinical Data Repository project
▪ Coordination with 10k Bed project (lab support)

**Constraints:**
▪ Timely approval of RFP components

**Risks:**
▪ *Limited Vendor Interest* – existing service providers (Navigant and NMG) may inhibit RFP response participation from other vendors.
▪ *Short Proposal Period* – proposal preparation periods are short for vendors because a contract must be in place before next fiscal year, where contract start dates are subject to uncertain budget approval dates.

**Project Team:**
*Project Manager* - Steve Ruhnau
*Core Leadership Team* – Bonnie Noble, Jamie Mangrum, Justin Graham, Nadim Khoury, Jim Lett, Denny Sallade, Glen Moy, Dwight Winslow

**Specific Performance Measures:**
1. Achieve Planned Milestone Dates listed above

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 108 of 269

**Project Name: Mental Health Tracking System (MHTS) Upgrade**

**Project Executive: Mr John Hagar**

**Project Sponsor: Dr Marion Chiurazzi and**
                    **Mr Jamie Mangrum**

**Project Manager: Carl Block**

| E-Mail: | carl.block@cdcr.ca.gov | | |
|---------|------------------------|--------|--------|
| **Phone** | **916-708-0644** | **Proj ID:** | **PRJ039** |
| **Start Date:** | **10/28/08** | **Est Finish Date:** | **7/31/09** |

**Solution Vision:**

Upgrade the current Mental Health Tracking System (MHTS) to provide improved application stability and multi-user access, plus improved data consistency and real-time reporting.

**Project Description:**

Complete an upgrade of the Mental Health Tracking System application replacing 32 separate Access databases with a web application and a single centralized database.

**Organization Impact:**

Streamlined centralized reporting of Mental Health information.

Drastically reduced retyping of mental health records when a patient-inmate transfers to a new institution.

Reduce data corruption from copying current 32 databases

Centralize maintenance of MHTS

**Project Purpose:**

Upgrade MHTS application to improved technologies to provide central database for future integration with Health Care Scheduling System.

**Strategic Plan Objectives:**

     Primary Goal: 5 Medical Support Infrastructure
     Objective: 5.4 Establish Clinical Information Systems
     Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter Approved | 11/21/08 | 11/18/08 |
| Requirements Approved | 12/19/08 | 12/24/08 |
| Design Complete | 3/13/09 | |
| Development Complete | 5/22/09 | |
| System Test Complete | 6/3/09 | |
| User Test Complete | 7/8/09 | |
| Training Complete | 7/13/09 | |
| Deployment Complete | 7/31/09 | |

**Key Work Products:**

     1. Web forms that replicate legacy MHTS functions
     2. Database Consolidation
     3. User and System Administrator Training

**Dependencies:**

     1. Network Project
     2. Data Center Project
     3. Maxor Pharmacy Project
     4. Clinical Data Repository

**Constraints:**

     1. Development contract ends 30 Jun 2009 and needs to be extended to 31 July 2009

**Risks:**

     1. Possible scope increase due to vast number of previously un-met user requirements
     2. Source data quality (MHTS-Legacy, DDPS, and Keyhea data)
     3. Training - 22 of the institutions do not use the latest version of MHTS-Legacy
     4. Sufficient internet connectivity at institutions
     5. Short time for deployment

**Project Team:**

Mr Carl Block - Project Manager

Dr David Leidner - Mental Health

Mr Mike Morrison - Mental Health

MGT of America - Technical Implementers

Mr Andy Hall - IT Manager

Ms Tuong-Nga Nguyen - IT Staff Programmer

Ms Bernadette Serrano - IT Operations

**Specific Performance Measures:**

     1. Operational central database
     2. 32 MHTS-Legacy databases converted
     3. At least 1 user trained at each institution

**Additional Information (Optional):**

     1. California Medical Facility (CMF) uses FileMaker-Pro instead of MHTS. CMF's database is outside the scope of this project.
     2. Several institutions have created extra databases that depend on MHTS. Upgrade of these applications is out of scope.

As of 2/14/09, the MHTS Upgrade project is in the design phase.  Requirements were approved 1/24/09.  The preliminary design review was held on 1/16/09.  The first of two phases of database consolidation is complete.  User Interface design focus group meetings have been held 1/30/09 and 2/11/09.  The critical design review is scheduled for 2/24/09.

**Project Name: Telemedicine**
**Project Executive: Bonnie Nobel**
**Project Sponsors: Linda McKenny**
                    **Dr. Justin Graham**
**Project Manager: Delane Roberts**

| E-Mail: | delane.roberts@cdcr.ca.gov | | |
|---------|---------------------------|---|---|
| Phone | 916-956-7638 | Proj ID: | Tbd |
| Start Date: | 2/1/09 | Est Finish Date: | 2/1/10 |

**Solution Vision:**
Expand and improve telemedicine capabilities.

**Project Description:**

This is an initial project of the telemedicine program. The scope has not yet been determined. Tentatively, this project will identify and implement solutions that benefit to the program in the short term, the short term being about six months.

**Organization Impact:**

Tbd

**Project Purpose:**
Tbd

**Strategic Plan Objectives:**
    Primary Goal: 5 Establish Medical Support Infrastructure
    Objective: 5.5 Expand and Improve Telemedicine Capabilities
    Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Project Charter Approved | tbd | |
| Requirements Approved | tbd | |
| Design Complete | tbd | |
| Development Complete | tbd | |
| System Test Complete | tbd | |
| User Test Complete | tbd | |
| Training Complete | tbd | |
| Deployment Complete | tbd | |

**Key Work Products:**
    Tbd
**Dependencies:**
    Tbd

**Constraints:**
    Tbd

**Risks:**
    Tbd

**Project Team:**

Delane Roberts - Project Manager

Other members tbd

**Specific Performance Measures:**
    Tbd

**Additional Information (Optional):**
    The Telemedicine Provider On-Boarding project is also part of the Telemedicine program, and is just being completed.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 108 of 269

**Project Name:  Voice Over Internet Protocol (VoIP) and Unified Messaging**

**Project Executive:  Jamie Mangrum**

**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**

**Project Manager:  Doug Williams**

| E-Mail: | Doug.Williams@cdcr@ca.gov | | |
|---|---|---|---|
| Phone | 916.956.8120 | Proj ID: | PRJ068 |
| Start Date: | 11/3/08 | Est Finish Date: | 6/2010 |

**Solution Vision:**
Migration of existing CPHCS staff within CDCR to the new VoIP network infrastructure and support for new CPHCS staff, connectivity to VoIP network.

**Project Description:**
CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The VoIP Project will migrate existing CPHCS staff to the new VoIP network infrastructure and provide support for new CPHCS staff.

**Organization Impact:**
Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR legacy voice network until they are migrated "cutover" to the new VoIP platform.

**Project Purpose:**
The VoIP Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**
     Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter approved | Feb 09 | |
| SOW completed and approved | March 09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|---|---|---|
| VoIP design and project plan | March 09 | |
| Begin VoIP deployment | June 09 | |

**Key Work Products:**
1. Project Charter
2. VoIP SOW
3. VoIP design documents
4. VoIP project plan
5. VoIP deployment plan and schedule

**Dependencies:**
1. Senior Management decision on Global VoIP dependency issues.
2. Torrance Data Center up and running
3. Healthcare IT network deployed to all sites

**Constraints:**
1. 100% of CPHCS network locations migrated successfully.
2. No loss of critical connectivity between CPHCS and CDCR systems at institutions.

**Risks:**
1. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet desired project deployment schedule
2. Failure to develop acceptable VoIP solution to CDCR institutional requirements could result in failure to meet VoIP Project Scope and deployment schedule.

**Project Team:**

The core VoIP Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert). Experts from CDCR,  EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network locations migrated successfully.
2. No loss of critical connectivity between CPHCS and CDCR systems at institutions.

**Additional Information:**

The Voice Over Internet Protocol (VoIP) and Unified Messaging Project is a downstream component of the initiative to implement a new medical-grade data center and IT network for existing and future CPHCS, staff, hardware, and applications.

Often referred to as "VoIP" the Voice Over Internet Protocol (VoIP) and Unified Messaging Project is in the Initiation Phase and currently concerned with developing project SOW and identifying start-up activities and dependencies. The Project Charter will be crafted for review in January. The Project Plan, Deployment Plan and Schedule will be developed in a cascade fashion once the SOW is approved.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 6*
## *Clinical, Administrative & Housing*

10K Bed HR
10K Bed-Administrative-Support-Facilities (ASF Team)
10K Bed IT Activation Project
CPHCS HQ Consolidation
Site Activation - 33 Institutions

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 111 of 269

| | | | |
|---|---|---|---|
| **Project Name:** | **10K Bed – HR Staffing (ASF)** | | |
| **Project Executive:** | John Hagar | | |
| **Project Sponsor:** | Steve Cambra | | |
| **Project Lead:** | Karen Coffee | | |
| **Project Manager:** | Chris Salmon | | |

| E-Mail: | Chris.salmon@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | 916-708-8848 | **Proj ID:** | **PRJ0??** |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **March 2009** |

**Solution Vision:**
Hire 14,000 staff for seven CPHCS 10,000 Bed facilities.

**Project Description:**
Establish a staffing model for the 10,000 bed project. The Staffing model includes organization charts and counts of staff in each facility.

**Organization Impact:**
1. Budget planning information.
2. Workforce development planning information.
3. Staffed facilities

**Project Purpose:**
Provide organizational staffing model to allow activation of 10,000 Beds.

**Strategic Plan Objectives:**
Primary Goal:
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete "Staffing Level" Coordination for Master Schedule | 03/01/09 | |
| Complete Preliminary Staffing Review | 03/01/09 | |

- 

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Leadership Decisions.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. Scope is in question with CPHCS.

**Project Team:**
Sponsor:        Steve Cambra
Team Lead:       Dave Runnels
Assistant Team Lead: Lisa Heintz
Project Manager:    Mitch Vaden
Owner Rep.:       Michael Bean
Owner Rep.:       Tom Felker
HR Lead:         Karen Coffee
Procurement Lead:   Susan Lew
IT Lead:          David Noronha

**Specific Performance Measures:**

1. Milestones, activities and task deliverables:
- Facility Design,
- Staffing Plan.

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle. We are on schedule to complete the milestones specified above. Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision. The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

Case 2:90-cv-00520-Kimm-SCR     Document 3600     Filed 06/01/09     Page 113 of 269

| | | |
|---|---|---|
| **Project Name:** | **10K Bed – Administrative Support Facilities (ASF)** | |
| **Project Executive:** | John Hagar | |
| **Project Sponsor:** | Steve Cambra | |
| **Project Lead:** | David Runnels | |
| **Project Manager:** | Mitch Vaden | |

| E-Mail: | mitch.vaden@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | 916-764-4485 | **Proj ID:** | **PRJ078** |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **March 2009** |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete "Staffing Level" Coordination for Master Schedule | 12/12/08 | 12/12/08 |
| Complete Preliminary Staffing Review | 12/15/08 | 12/15/08 |
| Complete Preliminary Analysis and Receive Decision on: | 12/19/08 | 12/19/08 |
| Evaluate Procurement Strategic Plan | 12/31/08 | 12/24/08 |
| Complete Warehouse Design Review | 12/31/08 | 12/24/08 |
| Complete Food Service Process | 12/31/08 | 12/24/08 |
| Complete Final Prototypical Facility Staffing Plan | 03/13/09 | |
| *90-Day Project Closure* | 03/27/09 | |

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Completion of TVD/EVD processes.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. Lack of agreement on Staffing Model Deliverable components.

**Project Team:**

| Sponsor: | Steve Cambra |
|---|---|
| **Team Lead:** | Dave Runnels |
| **Assistant Team Lead:** | Lisa Heintz |
| **Project Manager:** | Mitch Vaden |
| **Owner Rep.:** | Michael Bean |
| **Owner Rep.:** | Tom Felker |
| **HR Lead:** | Karen Coffee |
| **Procurement Lead:** | Susan Lew |
| **IT Lead:** | David Noronha |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
   - Facility Design,
   - Staffing Plan.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 114 of 269

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle.  We are on schedule to complete the milestones specified above.  Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision.  The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

In the first quarter 2009, ASF team members were embedded with and provided support for the Target-Value Design (TVD) and Extreme-Value Design (EVD) teams working on the 10,000 Bed project.  They were very instrumental in the effort to generate and evaluate the 8 Big Ideas that resulted from the TVD processes.  They provided subject matter expertise and administrative support in the analysis and cost-cutting activities performed by the TVD/EVD teams.

| **Executive Project Data Sheet** | **As of:  February 15, 2009** |

**Project ID: 10K Bed IT project:** PRJ064
**Project Executive:** Jamie Mangrum
**Project Sponsor:** David Noronha
**Project Manager:** Fred Eichstaedt

| E-Mail: | Fred.Eichstaedt@cdcr.ca.gov | |
|---|---|---|
| Phone | (916) 764-4749 | Proj ID: | PRJ064 |
| Start Date: | Jan. 2009 | Est Finish Date: | 2013 |

**Solution Vision:**
The 10K bed program is designing, building and activating seven hospital facilities that will house 10,000 patient inmates in support of Goal # 6 of the Receiver's Turn Around Plan of Action. The 10K Bed IT Activation Project, together with other 10K bed partners and stakeholders is developing an IT program that will support all the IT application, infrastructure and operational needs of the seven hospitals.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Definition, management and reporting on the tasks, activities and projects for the IT activation of 10,000 beds. Gather requirements from all end users of the new facilities ensuring fitness for use and within planned budgets. Perform gap analyses and when needed supplement the project with sub-projects providing a complete and successful implementation of the hospital IT systems.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned |
|---|---|
| Project requirements gathering | Mar. 2009 |
| Selection of Vendor / Applications | Jun. 2009 |
| Establish Project Schedule and develop project management plans | Mar. 2009 |
| Develop detailed project schedule. | Mar. 2009 |
| Activation of the First Facility | Feb. 2011 |
| Activation of the Second Facility | Apr. 2011 |
| Activation of the Third Facility | Jul. 2011 |
| Activation of the Fourth Facility | Jan. 2012 |
| Activation of the Fifth Facility | Jun. 2012 |
| Conduct Learning Sessions | |

**Key Project Work Products**
1. Fully documented list of IT requirements for the seven new facilities

**Dependencies/Constraints**
1. Project budgeting timetables.
2. Aggressive schedule and timeframes
3. Staffing and Resource availability.

**Risks:**
1. Funding
2. Needs of the facilities over or under the needs of Receivers "Turn Around Plan of Action"
3. Scope / Focus

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Jamie Mangrum | Executive Sponsor |
| David Noronha | Program Development |
| Dennis Hirning | Program Development |
| Fred Eichstaedt | Project Manager |
| Dave Winters | Infrastructure Lead |
| William Roush | Records Coordinator |
| Staff ISA | Application Lead |
| Bonnie Noble | Medical & Ancillary Services |
| Amy Rassen | Nursing / Medical / LTC |
| Dave Runnels | Security and Transportation |
| Lisa Heintz | Security and Transportation |
| Wendy Stills | Recidivism Rehab. |
| Paul Carlisle | Physical Rehab. |
| Michael Barks | Dental |

**Specific Performance Measures:**
1. Project in compliance with Goal # 6 of the Receiver's Turn around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Additional Information (Optional):**

This project is unique from the others; most of the IT requirements for the seven new hospitals are being met with projects currently in progress in the 33 institutions.  However as the meetings currently in process with our 10K bed champions bear fruit; we may see gaps between what is installed in the existing institutions and what is needed in the new hospitals. We may need to deploy new projects, modify existing projects, or modify customer expectations. This project is currently in very early stages of the Initiation life cycle.  The following activities are currently in progress;

- New employee orientation, peer networking, team kickoff and development.
- Project realization and objective creation.
- Project requirement gathering
- Updating project applications and prison end user expectation matrix, defining gaps, customers, and project owners.
- Project definition
- Schedule development
- Identified the need for a "Case Management" project
- May need to create projects to support the following;
  1. Case Management
  2. Law Library
  3. Food Menu
  4. E-Learning
  5. Visitor Scheduling
  6. Mail system
  7. Trust Balance Account
  8. 10K Bed support for Claims Processing
  9. 10K Bed support for  Chart Tracking
  10. 10K Bed support for  Telemedicine
  11. 10K Bed support for  HCSS
  12. 10K Bed support for  Clinical Laboratory
  13. 10K Bed support for  Pharmacy System
  14. 10K Bed support for  Radiology PACS
  15. 10K Bed support for  Document Management
  16. 10K Bed support for  Dictation and Transcription
  17. 10K Bed support for  BIS
  18. 10K Bed support for  SOMS
  19. 10K Bed support for Clinical Data Repository

**Executive Project Data Sheet**                    **As of: February 17, 2009**

**Project Name:  Headquarters Consolidation Project**
**Project Executive:  John Hagar**
**Project Sponsor:  Glenn Welker**
**Project Manager:  Diane O'Connor**

| E-Mail: | Diane.O'Connor@cdcr.ca.gov | | |
|---------|-----------|-----------|-----|
| **Phone** | 445-1101 | **Proj ID:** | 070 |
| **Start Date:** | **November 17, 2008** | **Est Finish Date: 2012** | |

**Solution Vision:**
Relocate HCS Headquarters staff to a single building location or campus environment

**Project Description:**
Plan and consolidate Headquarters HCS program staff from current multiple real estate locations to a single building or campus office environment enabling Headquarters program collaboration, cost control and unified management of HCS.

**Organization Impact:**

This project will have a major impact on all Headquarters Program staff in that they will be able to better collaborate, meet, organize and manage HCS from a single location.  The solution will provide a single point of presence for the HCS HQ Program infrastructure and administration.  The single presence will allow HCS Management to function as a unified organization utilizing consolidated infrastructure and resources to better manage HCS in the future.

**Project Purpose:**
To provide a single presence for HCS HQ Management in the Sacramento region.

**Strategic Plan Objectives:**
  Primary Goal: 6:Clinical, Administrative  Housing
  Objective: 6.1: Upgrade Program
  Actions: 6: Clinical, Administrative Housing

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Project Kick Off | 12/8/08 | 12/8/08 |
| Phase I | | |
| Project Data Sheet | 12/08/08 | 12/08/08 |
| Project Charter (draft) | 12/31/08 | 12/31/08 |
| Project Charter submitted to Steering Committee | TBD | |
| Project Charter approved | TBD | |
| Analysis PDS to all HQ programs for staff projections, supporting documentation and signature | 2/2/2009 due 2/13/09 | |
| Phase II: Initiation | TBD | |

**Key Work Products:**
  1. Deliverable I: PDS
  2. Deliverable II: Project Charter for Approval.
  3. Deliverable III: Consolidated Program staff data to include supporting documents.

**Dependencies:**
  1. Executive Level approval of project Charter.
  2. Funding for leased space, build to suit or lease to own.

**Constraints:**
  1. Search for space will be based on staffing projections for current FY 08/09 funded/ approved positions and projected future positions with supporting backup and program/division level management approval through FY 2013.
  2. Confidentiality during project request phase does not allow for obtaining actual real estate availability.
  3. Project site is constrained to specific location (Downtown Sacramento or within 15 miles of Downtown Sacramento) unless otherwise stated by Executive Level Management

**Risks:**
  1. Lack of approved funding
  2. Charter not approved for any reason
  3. Cost will be estimated at high level until project charter is approved and is made public via the request for space (form 9, form10) to Department of General Services.

**Project Team:**

The Headquarters Relocation core project team is comprised of approximately 5 team members that include representative staff from HCS Business Operations.

**Specific Performance Measures:**
  1. Acceptance of documentation
  2. Approval of Charter

**Additional Information (Optional):**
The following assumptions have been made and may be changed/corrected by Executive Management:
  1. HQ Consolidation project to complete 2011-2013 (TBD)
  2. Location to be downtown Sacramento or

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 118 of 269

| | | |
|---|---|---|
| Roll up program data packets and present staff projection, supporting documentation and square footage required to John Hagar for checkpoint/approval | 2/20/09 | |

The Headquarters Consolidation Project is in the Request Phase as of 12/31/2008.

within 15 miles of downtown

3. A check point will be held within Phase II with steering committee to determine moving forward before requesting real estate search via Department of General Services.  (DGS will make search public)

4. An estimated price per square foot will be provided within the Project Charter for feasibility purposes before making project public via Department of General Services. The estimates will be the current average lease rates per square foot for office space located: Downtown Sacramento, Natomas, West Sacramento, Rancho Cordova and Elk Grove (unless specifically requested from Executive level Management)

5. Headcount estimate data through FY 2013 will be provided via current funded positions and supporting data for projected positions. This data will be approved by program managers and division directors.

6. Formula used to determine space size will be determined by the State Standards (SAM Guide)

**Executive Project Data Sheet**                    **As of: February 17, 2009**

| | |
|---|---|
| **Project Name:** | **Site Activations, 33 Existing** |

**Project Executive: John Hagar**
**Project Sponsor:   Richard Kirkland**
**Project Manager:  Stephen M. Haag**

| E-Mail: | Stephen.haag@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **(916) 323-4226** | **Proj ID:** | |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **January 2012** |

**Solution Vision:**
Ensure a safe, predictable, effective transition from construction activities to health care delivery operations at each of CDCR's 33 existing adult institutions.

**Project Description:**
Activation planning is the process of defining, developing and executing activities associated with opening, moving into and initiating health care delivery at the new or renovated health care facilities.

**Organization Impact:**

Major impact on institutional personnel due to the level of planning and detail necessary to ensure a safe, predictable, effective transition to occupancy and health care delivery operations.

**Project Purpose:**

Develop detailed site specific activation plans for occupancy and transition to health care delivery operations at each of CDCR's 33 institution locations.

**Strategic Plan Objectives:**
    Primary Goal: 6. Provide for Necessary Clinical, Administrative and Housing Facilities.
    Objective: 6.1 Upgrade administrative and clinical facilities at each of CDCR's 33 Institution locations to provide patient-inmates with appropriate access to care. Objective: 6.3 Complete Construction at San Quentin State Institution.
    Actions: Plan, Monitor, and Report on the development of activation plans at each of CDCR's 33 Institution locations.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete San Quentin Activation | 12/01/2009 | |
| Complete Avenal, Mule Creek, and 8 other sites TBD. | 12/31/2010 | |
| Complete balance of sites TBD | 12/31/2011 | |

**Key Work Products:**
    1.  Activation plan for each of CDCR's 33 existing locations.
    2.  Schedule of activations for each of CDCR's existing locations.
    3.  Schedule and Milestone Management

**Dependencies:**
    1.  Assessments and planning activities for program and construction is completed.
    2.  Availability of dedicated activation staff at project sites.
    Construction activities remain on schedule.

**Constraints:**
    1.  Continued project funding

**Risks:**
    1. Not enforcing the transition from design and construction to activation/health care delivery at the new facility.
    2.  Eighteen to twenty-four month lead times are the norm.  We have substantially less time/site.
    3.  Availability of dedicated staff at the project sites.
    4.  Resource requirements are not yet fully identified.

**Project Team:**

The core project team is comprised of:

Richard Kirkland – Project Sponsor
Lorretta Fine – Deputy Director of Activation Planning
Stephen Haag – Project Manager

Executives, managers, technical support staff, and other site specific contributors support the core team and required.

**Specific Performance Measures:**
    1.  On-time transition to operations at each of CDCR's 33 existing adult institutions.
    2.  Successful mitigation of risks.

**Additional Information (Optional):**

    1.  An ancillary goal is to boilerplate the task lists and activation plans as much as possible early in the site selections to reduce the impacts and refine the processes moving toward completion of 33 sites.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 120 of 269

As of February 15, 2009:
Spaces and Equipment for the new CHSB are under review. Approximately 700 spaces have been identified for review categorized into Medical, Dental, Mental Health, Custody, and Administration. To date approximately 200 items of equipment are in the review process. Activity is brisk and urgent on the SQ project with an anticipated occupancy date ste for the end of this year. A draft copy of the equipment review process in under consideration among the leadership team. Once adopted, this review process will be utilized to formulate a "Standardized Equipment Catalog" for use in equipment planning and acquisition for the additional institutions. Details of a communications plan, rolls and responsibilities, Processes, and Reporting Structure are currently being formulated among the Constructor (Hensel Phelps), The Institution (SQ), the Construction Management Firm (Vanir) and CPR Headquarters. The project charter is under review with the Activation Leadership Team.

As of January 15, 2009:
Key activation contributors have been identified at SQ. Spaces, Equipment, Staffing, Initial supply components, reviewed and assembled into an activation check list. Assessments and preplanning efforts have been completed on four additional sites (Avenal, Mule Creek, CA Training Center, and CA Rehabilitation Center.

As of December 15, 2008
This project is in the very beginning of the initiation lifecycle stage. The Associate Director of Activation Planning has been brought on board. Construction is in progress at San Quentin and initial contacts have been made with local representatives at the site. The outer building envelope is nearly weather tight. Construction is estimated to be complete by the end of 2009. Initial requirements planning and project tracking for the creation of the SQ activation plan are in development at the very beginning stages.

# APPENDIX 21



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 1*

## *Ensure Timely Access to Health Care Services*

Access to Care: Chronic Disease Management
Access to Care: Utilization Management
Health Care Scheduling System (HCSS)
Nurse Staffing Assessment
Public Health
Dialysis Transition Program

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 123 of 269

**Project Name: Access to Care, Chronic Disease Management Program (CDMP)**
**Project Executive: Dwight Winslow, MD**
**Project Sponsor: Thomas Bzoskie, MD**
**Project Manager: Corey Langdale**

| E-Mail: | Corey.Langdale@cdcr.ca.gov | |
|---------|------------|---------|
| Phone | (916) 712-0580 | Proj ID: | PRJ031 |
| Start Date: | July 2008 | Est Finish Date: | December 2009 |

**Solution Vision:**
Apply process improvement concepts and specifically Plan-Do-Study-Act (PDSA) cycles to improve the quality of care to the patient inmate population. Also move to a Chronic Disease Management and Primary Care model for the clinic visit.

**Project Description:**

- Pilot PDSA cycles and process improvement concepts to six (6) pilot sites for chronic disease management and then deploy statewide.

- Improve clinic efficiency by moving to the planned visit and primary care model

**Organization Impact:**

The Chronic Disease Management Program impacts all CDCR resources including facilities, human resources, and Information Technology.

**Project Purpose:**
Create a collaborative environment where custody and health care staff collectively guarantee access to care and improvements in morbidity and mortality which will meet constitutional standards of care.

**Strategic Plan Objectives:**
    Primary Goal: 1:Timely Access to Care
    Objective: **1.2: Staffing & Processes for Health Care Access**
    Actions: Fully Implement Health Care Access Teams

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Selection of Vendor | Apr 08 | Apr 08 |
| Kick-Off of CDMP | Jul 08 | Jul 08 |
| Conduct Learning Sessions for pilot sites | Nov 08 | Nov 08 |
| Produce Change Package | Dec 08 | Jan 09 |
| Conduct Diabetes Learning Sessions for pilot sites | Jan, Mar, May 09 | **Jan, Mar Complete** |
| Conduct Statewide Learning Sessions | Jan-Nov 09 | Jan, Mar Complete |
| Conduct Regional Workshops | Feb-Dec 09 | Feb Complete |

**Key Work Products:**
1. Monthly leadership reports
2. Change Package
3. ACIC Survey reports

**Dependencies/Constraints:**
1. Centralized support for policy change
2. Devotion of adequate institution staff
3. Registry development and roll out
4. Training in rapid cycle qlty improvement
5.

**Risks:**
1. Lack of adequate institution resources.
2. Aggressive electronic registry roll out schedule.
3. Change management is challenging, difficult to measure and hard to sustain.

**Project Team:**
Annette Lambert, Team Lead
Deborah Roberts, Nursing Consultant
Darrin Dennis, Nursing Consultant
Liana Lianov, MD, QI Chief Med. Officer
Cathi Murdoch, Custody Administrator
Vickie Bertucci, Custody Captain
Kent Imai, MD, Physician Consultant
Lori Weiselberg, HMA Consultant
Lyndon Greco, Analyst Support
Jennifer Smith, Clerical Staff

**Specific Performance Measures:**
1. By 12/30/2008, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
2. By 03/31/2009, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
3. By 03/31/2009, 95 percent or more of the daily point of care visits in pilot clinics will be entered in the state's Care Management Registry.
4. By 6/30/2009, 95 percent or more of the daily point of care visits in pilot institutions will be entered in the state's Care Management Registry.

**Additional Information (Optional):**

1.

**Lifecycle: The project is in the implementation stage for statewide delivery of Asthma Learning Collaboratives through October 2009. The first two Learning Sessions have been completed, statewide policies have been delivered and all institutions are in the process of integrating the new primary care model. Regional Workshops kicked off with a modified internet based Web Ex session due to recent travel restrictions. The slimmed down version of the workshop completed in February and discussions continue on the most effective and cost efficient way to continue to run workshops through Dec-2009 to allow quality improvement advisors to integrate Asthma, Diabetes and HEP C pilot programs into the normal operations throughout all institutions.**

**Additionally, the six original pilot sites have completed a second learning session on Diabetes and will continue learning sessions through May-09 when the pilot program will end and all institutions will work in tandem to complete implementation of the Primary Care model and all chronic disease states.**

| | | |
|---|---|---|
| software and train selected users throughout the state. | | |
| Migrate Central Region institutions to the InterQual production server for data collection | Nov. 2008 – Jan. 2009 | Jan. 8, 2009 |
| Migrate Southern Region institutions to the InterQual production server for data collection | Feb. 2009 – March. 2009 | March 6, 2009 |
| Migrate Northern Region institutions to the InterQual production server for data collection | April 2009 – May 2009 | |
| Monitor, evaluate, and support InterQual implementation | Jan. 2009 – Dec. 2009 | |
| Establish pilot criteria and census data for Bed Access processes | Dec. 2008 – March. 2009 | |
| Establish pilot sites to create and evaluate bed census process and data | Dec. 2008 – June 2009 | |
| Implement bed access processes to remaining institutions | July 2009 – Aug. 2010 | |
| Maintenance and Operations turnover | Sept. 2010 – Oct. 2010 | |
| Project closure | Oct. 2010 | |

criteria and approved, including all appeals
5.  Number of 602s relating to Specialty Referral denials
6.  Number of appointments within:
    - 14 days (Urgent)
    - 90 days (Routine)
7.  Weekly backlog analysis for:
    - Urgent referrals
    - Routine referrals
8.  Number of Hospital aberrant days
9.  Average daily census of hospital beds
10. MAR subcommittee meetings:
    - Minutes kept (Yes or No)
    - Weekly meetings (Yes or No)
11. Daily rounds for institutional bed occupancy
    - % compliance
12. Daily review community bed occupancy
    - % compliance

**Lifecycle:**
1.  Project initiation phase complete
2.  InterQual training for UM nurses complete
3.  RFS project pilot site wrapping up (FSP – will be migrating to production on January 5, 2009
4.  Central Region institutions being prepped for InterQual migration to production server – January 5, 2009
5.  InteQual Central Region data gathering relating to RFSs – Jan. – Feb, 2009.
6.  Southern Region InterQual rollout – February – April, 2009
7.  Northern Region InterQual rollout – May – July, 2009
8.  Bed Access Central Region pilot project – start date Dec. 4, 2009

**Project Name:  Access to Care, Utilization Mgmt.**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO, Dr. Ricki Barnett, Clinical Manager**
**Project Manager:  Bob Johnson**

| E-Mail: | Bob.johnson@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **(916) 207-1043** | **Proj ID:** | **PRJ032** |
| **Start Date:** | **July 8, 2008** | **Est Finish Date:** | **October 31, 2010** |

**Solution Vision:**
To provide evidence based decision tools and interdisciplinary review processes to increase access to Specialty Care and reduce morbidity and mortality at the state's institutions.

**Project Description:**

- To standardize medical necessity criteria for specialty care referrals using evidence based medical guidelines.

- To standardize medical necessity criteria for infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Organization Impact:**

Access to Care – Utilization Management projects impacts all CDCR resources, current projects and respective portions of CDCR in one form or another.

**Project Purpose:**
To standardize medical necessity criteria for specialty care referrals using evidence based medial guidelines, and infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Strategic Plan Objectives:**
Primary Goal: 2 Prison Medical Program Services
Objective:

- Improve Specialty Care and Hospitalization

Actions:

- By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for Specialty Care processes | Aug. – Sept. 2008 | Sept. 2008 |
| Implement InterQual criteria based decision | Oct. – Dec. 2008 | Dec 15, 2008 |

**Key Work Products:**
1. Weekly core project minutes
2. Weekly implementation team meeting minutes
3. Bi-weekly executive steering committee meeting minutes
4. Specific Access to Care – Utilization Management project reports
5. Specific Access to Care – Bed Access Management project reports

**Dependencies:**
1. Executive level support to ensure project success.
2. Adequate resources allocated throughout lifecycle of project.
3. Adequate funding through lifecycle of project
4. Adequate space provisions for working conditions
5. Local level support to ensure project success
6. Information system for referrals, scheduling, tracking and reporting

**Risks:**
1. Inadequate resource staffing could result in project not meeting projected end date
2. Slippage in other project schedules could impact Utilization Management project schedule and milestones
3. Inadequate hardware or incomplete network connections could impact project implementation schedule

**Project Team:**
Dr. Ricki Barnett, Clinical Manager
Bob Johnson, Project Manager
Rick Robinson, Team Lead
Beatrice Dube, Nursing Consultant
Angel Cardona, Nursing Consultant
Mo Mock, Nursing Supervisor
Gary White, Nursing Supervisor
Nora Estillore, Nursing Supervisor
Blake Lim, Analyst Support
Genifer Espinoza, Clerical Support

**Specific Performance Measures:**
1. Total number of Request for Services (RFS)
2. Total number of RFS approved and denied after all appeals
3. Number of RFS meeting InterQual criteria and approved, including all appeals
4. Number of RFS not meeting InterQual

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 127 of 269

**Project Name: Health Care Scheduling System (HCSS)**
**Project Executive: Elaine Bush**
**Project Sponsors:  Jamie Mangrum,  Dr. Terry Hill,**
                         **Karen Rea**
**Project Manager:  Sara Davis**

| E-Mail: | sara.davis@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 214-6213 | Proj. ID: | PRJ013 |
| Start Date: | 06/23/2008 | Est. Finish Date: | 01/06/2012 (33 institutions) |

**Solution Vision:**
Implement an enterprise-wide approach to health care scheduling within the adult California Department of Corrections and Rehabilitation (CDCR) institutions.

**Project Description:**
The overall Health Care Scheduling System (HCSS) will schedule medical, dental, and mental health care appointments for offenders based upon mandated health care requirements, offender requests, referrals, medical orders, and on-going treatment plans.

**Organization Impact:**
This project will impact schedulers, medical/dental/ mental health staff, external health care providers, custody, transportation, and offenders.

**Project Purpose:**
Avoid health care scheduling conflicts and missed appointments, allow for a consolidated view of an offender's schedule, comply with legally mandated timeframes and metrics, and optimize resources.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: 1.3: Scheduling and Tracking System
Actions: 1.3.1: Strategic Offender Mgmt System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release of RFI | 10/2/08 | 10/2/08 |
| Release of RFP | 1/07/09 | 1/09/09 |
| Responses Due from Vendors | 2/23/09 | 2/23/09 |
| Vendor Evaluation & Final Selection | 7/06/09 | Pending |
| Solution Ready for Rollout | 6/30/10 | Pending |
| Complete Rollout at 33 Institutions | 1/6/2012 | Pending |

**Key Work Products:**
1. Request for Information (RFI)
2. Request for Proposal (RFP)
3. Vendor Evaluation & Recommendation
4. HCSS Solution & Documentation
5. Rollout Plan
6. Support Plan

**Dependencies:**
1. CDCR Strategic Offender Management System (SOMS) and Business Information System (BIS) projects
2. CPHCS Clinical Data Repository (CDR) project
3. CPHCS Network and Data Center projects

**Constraints:**
1. Time constraints of subject matter experts and core team members who may be on multiple projects

**Major Risks:**
1. Solution not commercially available from a single vendor that includes Health Care, Corrections, and Scheduling
2. Environmental risk of large number of offenders and large size of individual institutions plus frequent movement of offenders
3. Combining scheduling for both health care and custody requires achieving consensus on business rules
4. Solution rollouts for multiple solutions in the same timeframe may overwhelm staff at institutions
5. Organizational change management considerations

**Project Team:**
The team will consist of representatives from Medical, Mental Health, Dental, IT, Nursing, Administration, Human Resources, and the Project Manager. The core team will be supplemented by various subject matter experts. Gartner Consulting will be assisting the team during the RFP and Vendor Evaluation phases.

**Specific Performance Measures:**
Development of a health care scheduling solution which meets the requirements of our corrections environment

Case 2:90-cv-00520-RJM-SCR    Document 3600    Filed 06/01/09    Page 128 of 269

**Additional Information (Optional):**
We are in the Vendor Evaluation & Selection
(Procurement) Phase.

**Executive Project Data Sheet** As of: March 15, 2009

**Project Name:  Nurse Staffing Assessment Team**
**Project Executive:  B. Chang-Ha**
**Project Sponsor:  J. Hagar**
**Project Manager:  G. Robinson**

| E-Mail: | greg.robinson@cdcr.ca.gov | |
|---|---|---|
| Phone | 916-956-2851 | Proj ID: |
| Start Date: | May 2008 | Est Finish Date: |

**Solution Vision:**
Fiscal approval of budget for recommended nursing positions (classification mix and volume)  to provide constitutional care to persons in custody.

**Project Description:**

There are two primary objectives:

1. Develop a methodology to equitably and adequately staff the facilities with a validated proper classification mix of nursing staff.

2. Extend recommendations to the Receivers office concerning actual levels required to adequately staff the facilities

**Organization Impact:**

Decrease in overtime and registry usage by properly enumerating and allocating the right classification mix and volume of nursing staff used in institutions, based on a sound methodology.

**Project Purpose:**
Provide models of nursing staff needs for all institutions according to future model of delivery of care.

**Strategic Plan Objectives:**
Primary Goal: To provide Finance and other stakeholder departments (e.g. CDCR Human Resources) with sound reasoning for proper recommendations of amounts and types of nurses required for institutions to deliver nursing care.
Objective: Create documentation to support end goals
Actions: Perform onsite assessments (data gathering) and offsite methodologies in support of the objectives.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Develop Methodology | June 2008 | June 08 |
| Develop Audit Tools | July 08 | July 08 |
| San Quentin Audit | July 08 | Aug 08 |
| San Quentin Report | Aug 08 | Aug 08 |
| SATF Audit | July 08 | Sept 08 |

**Key Work Products:**
1. Nurse Staffing Assessment Methodology
2. Levels of Nursing Care based of acuity of Inmate Diseases and Conditions
3. Primary Care Model for the Delivery of Health Services
4. Facility Matrix

**Dependencies:**
1. Availablities to RN to complete workload
2. Access to Care initiatives for related data gathering

**Constraints:**
1. Need for additional temporary (Registry) staff to perform best practice assessments under revised methodology

**Major Risks:**
1. Steering Committee lack of full engagement

**Project Team:**

Carmen Hobbs, RN, MSN (SRN II); Lilia Meyer, RN (NCRP), Ted Udseth, RN (SRN III), Wendy Carlsen, RN (SRN II); Suzanne Hermreck (SSA); Greg Robinson (PM)

**Specific Performance Measures:**
1. Project calendar
2. Written Reports
3.

**Additional Information (Optional):**

| | | |
|---|---|---|
| SATF Report | Sept 08 | Sept 08 |
| PBSP Audit | Oct 08 | Oct 08 |
| CIW Audit | Nov 08 | Nov 08 |
| Revise Methodology | Nov 08 | Nov 08 |
| Present Finding and Recommendations to John Hagar | Dec 08 | Dec 08 |
| SATF Medication Administration Pilot | Feb 09-July 09 | In Progress |
| Inpatient, OHU Pilot | Aug 09 – Dec 09 | Planned |

**Current Project Positioning Within Lifecycle**

The project has entered the approved pilot implementation phase for the Medication Administration nursing function. The general methodology and piloting approach was approved in Dec 08 by the Chief of Staff and the project is in Green status.  It is moving forward in conjunction with integrated efforts with the Medication Administration Process Improvement Project and the Access to Care initiatives.

**Project Name:  Public Health Unit**
**Project Executive:  Dwight Winslow**
**Project Sponsor:  Janet Mohle-Boetani**
**Project Manager:  David Forbes**

| E-Mail: | David.Forbes@cdcr.ca.gov | | |
|---------|-----------|------|--------|
| Phone | 916-764-4703 | Proj ID: | PRJ006 |
| Start Date: | 12-1-2008 | Est Finish Date: | 12-1-2010 |

**Solution Vision:**
To ensure that public health prevention and control services are standardized, and provided to all patient-inmates and CDCR staff in 33 adult correction institutions statewide.  The expansion of public health policies and procedures into primary care will help make clinical operations more Proactive, Planned and Cost-effective.

**Project Description:**
Develop the people, processes and technology in support of a Public Health Unit.  The project will include four (4) pilots as well as an institutional staffing assessment. Information Systems will be enhanced to capture Public Health data.

**Organization Impact:**
This project influences the clinical practice of all 33 adult correction institutions, and benefits both employees and inmates throughout CDCR. **Project Purpose:**
To ensure adequate public health prevention and control and reduce the likelihood of disease outbreaks and morbidity at all institutions.

**Strategic Plan Objectives:**
Primary Goal:  **1:**Timely Access to Care
Objective: **1.2:**Staffing and Processes for Health Access
Actions: Develop people, policies and technology to enable public health care prevention and control

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Needs Assessment and Design for Public Health Unit information systems | 7-1-09 | |
| Implement Public Health Pilots | 8-30-09 | |
| Evaluate Public Health Pilots | 12-1-09 | |
| Develop and Complete Action Plans | TBD | |
| Implement Public Health Surveillance Systems | 5-1-10 | |

**Key Work Products:**
1.  Pilot Evaluation and Action Plans for:
    a.   Public Health Nursing
    b.   Tuberculosis Alert Coordinator
    c.   Employee Public Health
    d.   Inmate Peer Education
2.  Public Health Nurse Staffing Assessment and Workload Analyses
3.  Public Health Unit Systems Analysis and Design
4.  Action Plan for Pilots and Workload Analysis
5.  Ongoing Tracking Processes and Systems for all sections in the Public Health Unit.

**Dependencies:**
1.  All Pilot Action plans require completion of their respective Evaluation and Action Plans
2.  Action Plans require the completion of pilots and Workload Analysis
3.  Public Health Unit System Analysis and Design precedes development work

**Constraints:**
1.  Public Health Unit expansion requires executive approval for staff acquisition

**Risks:**
1.  Acceptance of public health policy and procedures may vary between institutions.
2.  IT Infrastructure may not be adequate for broad adoption of required IT solutions.

**Project Team:**
1.  Dave Forbes, Project Manager
2.  Dr. Janet Mohle-Boetani, Project Sponsor, CMO
3.  Nancy Snyder, Nurse Consultant Program Review

**Specific Performance Measures:**
1. Progress Against Schedule
2. Resolution of risks and issues
3. # of nurses trained in public health procedures and policies
**Additional Information (Optional):**
N/A

**Where the Project is in the Lifecycle:**

This project is now leaving the planning phase and entering the execution phase.  As expected, project start-up documents are complete and most have been reviewed by the project sponsor.

This project will require the completion of four (4) public health pilots and integration of Public Health information system requirements. One of these pilots, Inmate Peer Education, has already begun; the pilot design is complete and is being submitted for broad review.  The other 3 pilots are being designed currently and their respective design documents will be submitted for review shortly.

System design documents are already well underway; but will require more effort to consider input from the development teams and all 33 CDCR institutions.

**Executive Project Data Sheet**                    As of: March 15, 2009

**Project Name:  Dialysis Transition Program**
**Project Executive:  Dr. Dwight Winslow**
**Project Sponsor:  Dr. Nadim Khoury**
**Project Manager:  Rich Klutz**

| E-Mail: | Richard.Klutz@cdcr.ca.gov | | |
|---------|---------------------------|------|------|
| Phone | 916-807-0654 | **Proj ID:** | **PRJ093** |
| **Start Date:** | **02/01/09** | **Est Finish Date:** | **09/30/09** |

**Solution Vision:**
Ensure continuity of care and reduce the cost of services by transitioning contract dialysis services to CPHCS with central management of the program.

**Project Description:**

Transition the current contracted dialysis services provided at WSP, KVSP and SATF to CPHCS owned and operated services at WSP and SATF.

**Organization Impact:**

Creation of a CPHCS dialysis program that is managed and staffed by civil service staff; Creation of dialysis support positions; operation of dialysis equipment by civil service staff; reduction of dialysis locations from three to two and reduction of sites from four to two; and transfer of inmate/patients requiring dialysis from KVSP to SATF and WSP; reduction of dialysis cost by an estimated $24.9 million over eight years.

**Project Purpose:**
To provide continuity of care along with the most cost effective care by transitioning dialysis services from contract services to civil service with centralized management.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective:
Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Dialysis Administrator position established | 4/1/09 | |
| New classification series approved by SPB | 4/15/09 | |
| Contract Nephrologist | 5/1/09 | |
| Dialysis equipment acquisition options | 5/1/09 | |
| New positions established in budget | 7/1/09 | |
| IT system acquisition | 7/1/09 | |
| Hire new staff | 9/30/09 | |
| Transition to in-source | 10/1/09 | |

**Key Work Products:**
1.  Position descriptions, advertisements and related hiring documents for Patient Care Technician (Dialysis); Bio-Medical Technician; Dialysis Administrator; Nephrologist; Clinical Social Worker, Clinical Dietician, Medical Secretary and Registered Nurses.
2.  Dialysis equipment acquisition.
4.  Dialysis equipment maintenance contract
5.  Statewide contract for dialysis chemicals and other disposable supplies
6.  Dialysis specific patient records software
7.  Clinical standards for the program
8.  Interfaces to other CPHCS systems documented and/or implemented.

**Dependencies:**
1.  None identified at this time.

**Constraints:**
1.  Equipment, software, maintenance services and supplies must be procured within State policy, guidelines and processes.

2.  New positions must be established and classified within State policy, guidelines and processes.

3.  The dialysis transition program must be implemented as quickly as possible to enable expeditious accrual of cost savings.

4.  The dialysis transition program must follow established CPHCS Project Management Office project management processes and procedures.

**Risks:**
1.  Conflicting project priorities may impact the project schedule;

2.  Transition of patient records from existing systems to the new system may be more complex than expected; and

3.  Hiring new staff and managers may take longer than expected.

4.  Negotiations with equipment vendors may take longer than expected;

**Project Team:** Dr. Nadim Khoury, Andrew Greene, Louise Solorio, Rich Klutz

**Specific Performance Measures:**
1.  Successful transition of all patients to the dialysis sites at WSP and SATF using civil servants to manage and staff the operation.

**Executive Project Data Sheet**                    **As of: March 15, 2009**

Status as of March 15, 2009:

- The Project Charter has been approved.

- Project detailed planning has been initiated with project stakeholders.

- A five year equipment cost plan has been developed.

- A project staffing profile has been developed.

- CPHCS Human Resources is preparing documents for new classification approval at SPB during April.

- CPHCS Contracts has prepared documents for contract Nephrologist support.

- Research into dialysis specific patient records software has been initiated.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 2*
## *Establish a Prison Medical Program*

Access to Care Registry
Emergency Response Initiative
Mini-Region Implementation Project

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 136 of 269

**Project Name:  Access to Care, Registry**
**Project Executive:  Dwight Winslow, MD**
**Project Sponsor:  Tom Bzoskie, MD**
**Project Manager:  Cary Amo**
**As of Date: March 13, 2009**

| E-Mail: | Cary.amo@cdcr.ca.gov | | |
|---------|---------|---------|---------|
| Phone | (916) 217-4124 | Proj ID: | PRJ-071 |
| Start Date: | 10/2/2008 | Est. Finish Date: | 6/30/2009 |

**Solution Vision:**

The Receiver's job is to establish constitutionally adequate prison medical care as quickly as practicable and in a way which will be sustainable. A highly visible and volatile area of care involves managing and monitoring inmates with certain chronic diseases using improved workflows and automation. This will result in improved healthcare and reduced crisis management and associated costs treating inmates in a reactive, emergency mode.

**Project Description:**

The (Care Management) Registry is a software application which supports the monitoring and management of patient populations with certain chronic diseases.  The Registry is designed around a progress note that facilitates standardization of care for patients with a particular chronic condition(s). Printed progress notes, patient lists, exception and summary reports and visit summaries are generated for use by clinical staff.  For CDCR, the Registry Application will initially focus on the highest priority chronic diseases; Asthma, Diabetes and HepC.

**Organization Impact:**

The first Phase of the Registry will be limited to 6 pilot Institutions, implementing in a single clinic, single PCP using a single Virtual Machine (the application and data will be accessed via the Internet using desktop computers in the Institution.  However, the actual application and data will be physically housed on Servers at 501 J St. and eventually at the new Data Center.  Phase 2 of the Registry will be to convert the Pilot sites to version 2 of the software (single data base).  Phase 3 will be to roll out the use of Registry Version 2 to a single clinic to the remaining 27 Institutions.  The last phase of implementation will be to deploy the use of the Registry in all clinics, all 33 Institutions.

**Key Work Products:**
1. Registry Software Application
2. Change Package
3. Virtual Machine solution
4. On-site Training

**Dependencies:**
1. EIS – CODB (DDPS) Data Extract
2. Maxor for Pharmacy Data
3. Quest for Lab Data
4. Foundation Labs for Lab Data
5.

**Constraints:**
1. Possible contention for technical resources at Foundation Labs supporting CDR/Lab interface.
2. The Registry technology platform will change (Software Version 2) with Phase 2 Implementation.

**Risks:**
1. Conversion of the Access DB platform for Phase 2.
2. Old network connectivity at any of our implementation sites can impact use of Registry until HCIT Lan/Wan implemented.
3. Stability of the Production Processing environment at 501 J St. is not as reliable as a Data Center environment.

**Project Team:**

Cary Amo – Project Manager

Larry Hicks - Staff Information Systems Analyst
Jackie Khoury – Mechanical & Technical
                    Occupational Trainee

Allie Baker – Research Analyst II

Joseph Castelli – Contract Consultant

Willis Moore – Contract Consultant

Darrin Dennis – Nurse Consultant

**Specific Performance Measures:**
1. Clinics can identify their patients with chronic diseases.
2. Clinics can track patient progress improvements.
3. The type of care provided for specific Dx's can be tracked to determine best practices.
4. Improved tracking of patients based upon their risk and/or acuity level(s).

**Systems Life Cycle:** Phase 1 of the Registry (version1 of the application) is currently in the Deployment Phase for our Pilot Sites. Version 1.1 (new reports) is in development and test.  Version 2 of the application, (SQL Server Backend and electronic interfaces for Pharmacy, Lab and expanded DDPS elements) is in development.

**Project Purpose:**
The Registry Project is a tactical solution to improve the quality of care provided to patients suffering from certain chronic diseases.  Initially, the diseases that will be monitored are Asthma, Diabetes and Hepatitis C.  New diseases will be added over time.

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 2: Medical Home
    <u>Objective</u>: 2.2 Chronic Care
    <u>Actions</u>: 2.2.1 Chronic Care Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Team formed | 10/20/08 | 10/20/08 |
| Project Kickoff | 10/23/08 | 10/23/08 |
| Training Learning Session 4 | 11/19/08 | 11/19/08 |
| Development & Testing Software Version 1 | 11/24/08 | 12/05/08 |
| Phase 1 Go Live | 1/06/09 | 1/23/09 |
| Software Version 2 Scope and Plan - Draft | 12/08 | 2/23/09 |
| Software Version 2 Scope and Plan - Final | 3/31/09 | |
| Development & Testing Software Version 2 | 4/23/09 | |
| Phase 2 Go Live – Pilot Sites (requires Registry software Version 2) | 4/24/09 | |
| Phase 3 – Single Desktop all 33 Institutions | TBD | |
| | | |

**Additional Information (Optional):**

    1.
    2.
    3.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 138 of 269

**Project Name: Emergency Medical Response**
**Project Executive: Dr. Terry Hill**
**Project Sponsor: Betsy Chang Ha; Dr. Dwight Winslow**
**Project Manager: Rich Klutz**

| E-Mail: | Richard.Klutz@cdcr.ca.gov | | |
|---------|-------------|----------|--------|
| Phone | 916-807-0654 | Proj ID: | PRJ036 |
| Start Date: | 03/01/08 | Est Finish Date: | 06/01/09 |

**Solution Vision:**
A standard medical emergency response system that meets community standards and reduces avoidable morbidity and mortality.

**Project Description:**

Develop an Emergency Response System that meets community standards and includes standard policy and procedures, training and certification in emergency response, and acquisition and placement of appropriate emergency response equipment.

**Organization Impact:**

Reduced morbidity and mortality; training and certification activities; equipment inventory and maintenance activities; documentation, medical oversight, quality improvements.

**Project Purpose:**
Standardize the structure and organization of the CDCR Emergency Medical Response System including policy, equipment and personnel certification and training.

**Strategic Plan Objectives:**
Primary Goal: 2: Medical Program
Objective: 2.3 Improve Emergency Response to Reduce Avoidable Morbidity and Mortality
Actions: 2.3.1 Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions

2.3.2 By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff

2.3.3 By January 2009, inventory, assess and standardize equipment to support emergency medical response

**Major Milestones**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Pre-implementations and video conference | 12/05/08 | 12/05/08 |
| Equipment standardization | 01/31/09 | 1/31/09 |
| Follow-up implementations | 01/31/09 | 1/29/09 |
| Post implementation audits | 03/30/09 | * |
| BLS/ACLS training program | 06/30/09 | |

**Key Work Products:**
1. Emergency Medical Response Program Policies and Procedures
2. Certification and Training standards for all clinical staff
3. EMR equipment inventory and standards

**Dependencies:**
1.

**Constraints:**
1. EMR training standards may be constrained by labor relations considerations.

**Risks:**
1. Budget delays could delay standardization of EMR equipment.
2. Inaccurate and/or untimely training and equipment inventories will prevent timely standardization.
3. Lack of a single point of contact in institutions responsible for EMR equipment support and maintenance may hinder full compliance with equipment inventory and maintenance requirements.

**Project Team:**

| | |
|---|---|
| Wesley Capon | Ivan Gallardo |
| Cynthia Ramsey | Dr. Alan Frueh |
| Wendy Lee | Mel Lewis |
| Dora Galvez-Moretti | Cathi Murdoch |
| | Ian Branaman |

**Specific Performance Measures:**
1. Policy Adoption
2. % Certified and Trained
3. % Equipment Standardized

**Additional Information (Optional):**

\* Post implementation audits suspended due to travel restrictions. A self audit program was initiated and the first round of self audits is due April 1st for HQ review.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 139 of 269

Status as of March 15, 2009

EMR policy
- Self audit tool and sample audit distributed to all institutions with completion date of April 1 for return to HQ for review and analysis.
- Draft audit and Emergency Medical Response Review Committee (EMRRC) sustainability processes developed and reviewed within the project team.
- Collection of potential revisions to the EMR policy continues.

BLS/ACLS certification and training programs
- CDCR contract for BLS/ACLS and first responder training approved for 16 institutions
- Continued focus and follow-up on physician and mid-level BLS/ACLS training program
- A new survey is being distributed for nurse BLS/ACLS training needs
- Certification requirements continue to be reviewed by project staff

Equipment standardization
- The final shipment of EMR bags and supplies received from the vendor and shipped to institutions.
- Project staff continues to research and disseminate information regarding AED upgrade programs that will provide a significant savings vs replacement of the equipment.
- Final equipment needs have been verified and will be provided to CPHCS executives with a recommendation for priority procurement.
- Completed a 5 year EMR equipment budget projection for annual replenishment and expanded placement of EMR equipment.

**Project Name:  Mini-Region Implementation Project**
**Project Executive:  Dr Dwight Winslow**
**Karen Rea, CNE**
**Project Sponsor:  Dr Bruce Barnett**
**Cheryl Schutt, RCNE**
**Project Manager:  Carl Block**

| E-Mail: | carl.block@cdcr.ca.gov | | |
|---------|------------|----------|---------|
| Phone | 916-708-0644 | Proj ID: | PRJXXX |
| Start Date: | 2/5/09 | Est Finish Date: | 3/30/10 |

**Solution Vision:**
Provide inmates with timely access to appropriate medical care, as measured by a reduced backlog of requests for medical services in the Receiver's 4th region ("Mini-Region") consisting of COR, SATF, ASP, and PVSP.

**Project Description:**
Install effective primary care teams at all four mini-region institutions.  The primary care teams will be accountable for providing timely, cost-effective preventative and acute care to inmates, all of whom will be assigned to specific primary care teams.

**Organization Impact:**

Eliminate the current backlog of requests for medical services at COR, SATF, ASP and PVSP (7342 and 7632).

Reduce costs of medical services provided by external providers in the mini-region, including specialty services, acute hospitalizations and prescription medications.

Hire stable workforce of healthcare providers who are committed to delivery of high-quality medical services at California prisons.

**Strategic Plan Objectives:**
    Primary Goal: 3 Recruit, Train and Retain a Professional Quality Medical Care Workforce
    Objective: 3.1 Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions
    Objective: 3.2 Establish Clinical Leadership and Management Structure
    Secondary Goal: 4 Implement Quality Improvement Programs
    Objective: 4.1 Establish Clinical Quality Measurement and Evaluation Program
    Objective: 4.2 Establish a Quality Improvement Program
    Objective: 4.3: Establish Medical Peer Review and Discipline Process to ensure Quality Healthcare

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter Approved | 2/18/09 | 2/18/09 |
| Assign Patients to Providers | 4/30/09 | |
| Form Primary Care Teams | 4/30/09 | |
| Train Primary Care Teams | 5/31/09 | |
| Institute Local Peer Reviews | 6/30/09 | |
| Implement External Inspections | 8/31/09 | |
| Allocate or Build Required Space | 12/31/09 | |
| Hire Personnel to Fill-Out Teams | 3/30/10 | |

**Key Work Products:**
    1.  Hire physicians and support staff to provide sufficient medical personnel in mini-region
    2.  Allocate or build space to enable physicians and support staff to provide effective service
    3.  Organize physicians and support staff into primary care teams
**Dependencies:**
    1.  Approval of budget to build space and or increase utilization of existing space.

**Constraints:**
    1.  Budget for hiring physicians and support staff
    2.  Budget for increased staff hours and/or building new facilities to provide work space for physicians and support staff.

**Risks:**
    1.  Inability to hire needed medical personnel in the mini-region
    2.  Insufficient budget to provide adequate work-space for medical staff
    5.  Short time for execution of plan

**Project Team:**
    Dr. Bruce Barnett – Regional Medical Director
    Cheryl Schutt – Regional Director of Nursing
    Cathi Murdoch – Custody Support
    Mr Carl Block - Project Manager

**Specific Performance Measures:**
    1.  Health Care Services Request (Form 7362)
    2.  Requests for Service (Form 7243)
    3.  Staff Vacancies

**Additional Information (Optional):**

During March, The Mini Region Team developed the assessment paper as required in the Charter.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 3*

**Recruit, Train & Retain Professional Medical Care Workforce**

On Line Exams

**Project Name:  On-Line Exams**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Kathy Stigall**
**Project Manager:  Keith Meyerhoff**

| E-Mail: | keith.meyerhoff@cdcr.ca.gov | | |
|---------|------------------------------|---|---|
| Phone | 916 215-4662 | Proj ID: | not assigned |
| Start Date: | 12/8/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
On-Line Exams will enable Human Resources to accelerate the hiring process: Candidates will be able to complete exams at the same time they apply. HR will be able to enter exams without the involvement of State Personnel Board.

**Project Description:**

Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Organization Impact:**

More efficient hiring process in Human Resources. Reduced turnaround time in the hiring of a professional quality medical care workforce. Increased capacity in HR to staff for the new facilities.

**Project Purpose:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Strategic Plan Objectives:**
    Primary Goal:
    3:Recruit, Train  Retain Medical Workforce
    Objective:
    Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter | 12/19/2008 | 12/30/2008 |
| Contract Finalized | 12/26/2008 | 1/13/2009 |
| Project Plan | 12/26/2008 | 1/5/2009 |
| Project Scope Defined | 2/28/2009 | In process |
| Project Kickoff | 1/5/2009 | 1/5/2009 |
| Requirements Completed | 3/15/2009 | In process |
| UI Design Completed | 3/31/2009 | In process |
| Alpha Version Delivered | 5/1/2009 | |
| Beta Version Delivered | 6/1/2009 | |
| Go Live | 6/30/2009 | |

**Key Work Products:**
1. Inception - Project Charter
2. Inception - Project Plan
3. Requirements - Use Case Document
4. Design -Mockups of Key User Interfaces
5. Design - Prototype
6. Development - Test Plan
7. Implementation - User Documentation
8. Implementation - Training Plan

**Dependencies:**
1.  Contract Complete and Signed by 12/26/2009 – Done 1/23/2009

**Constraints:**
1.  The two primary client departments are Selection Services and Workforce Planning, both within Human Resources. Both departments are very busy but there participation is vital. A possible constraint is the amount of time they can commit. They have been very willing to commit time so far.

**Risks:**
1.  The requirements are more complex than originally estimated by the vendor. Go live date is firm. It may be necessary to move some deliverables into a secondary phase to be completed in July and August. Current discussion on this with the vendor. Jamie is aware.
2.  Complexity of the minimum qualifications module has been resolved. Chris Nardon, project manager for the Hodes iQ team has a full understanding of the algorithm and has presented a viable approach. This is no longer a risk issue.

**Project Team:**
Keith Meyerhoff – Project Manager
Daisy McKenzie – Client Manager
Lesa Saville – Client Manager
Michelle Stone – Vendor Project Manager
Subject Matter Experts:
1.  Teresa Graber
2.  Rosie Jauregui
3.  Allison Sanjo
4.  Julia Shelmire
5.  Tom Gjerde

**Specific Performance Measures:**
1.  In cooperation with clients, develop specific

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 144 of 269

| | | |
|---|---|---|
| | | |
| | | |

Project Status 3/13/2009
Functional Design is now taking place.

Requirements Gathering is completed. The Hodes iQ team has exhibited a very good grasp of the state hiring process.

We have had several meetings on design approach. Much of this has to do with gap analysis since the base system that will be deployed is Hodes iQ Applicant Tracking. Because of the risk of complexity, it may be necessary to defer some deliverables past the 7/1/2009 go live date. This will not affect our ability to bring up exams on 7/1. Deferred functions will be admin and assistance type features.

Hodes team is preparing a functional design spec to be presented by the end of March.

project milestones and deliverables per schedule.
2. Set up criteria for system performance measures: capacity, speed, and efficiency.
3. With client departments, develop measures of system effectiveness. For instance, reduction in the number of days a position remains open from job requisition to hire date.

**Additional Information (Optional):**
1. Eight meetings have been held over this past month to continue defining requirements, discuss technical, approach, present proposed functional design ideas, etc. Using web conferencing.
2. Continue to have exceptional participation and cooperation among the CPHCS client departments and the vendor, Bernard Hodes Group.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 4*
## *Implement a Quality Improvement Program*

Business Information System, HR/Nursing
Business Information Systems (BIS)
Medication Administration Process Improvement Project (MAPIP)

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 146 of 269

**Project Name:  Business Information System (BIS)**
**Project Executive:  Mitzi Higashidani, Kathy Stigall**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Gary Mengers**

| E-Mail: | Gary.Mengers@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **916 502-9606** | **Proj ID:** | **PRJ030** |
| **Start Date:** | **11/2/2007** | **Est Finish Date:** | **10/30/2009** |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**

Implementation of CDCR's Business Information System (SAP financials, supply chain management and human resources) for CPHCS

**Organization Impact:**

Major impact on headquarters and insitution personnel due to the implementation of new, standardized business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS's financial, procurement and human resources business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
    Primary Goal: 4:Quality Improvement Programs
    Objective: 4.2: Quality Improvement Program
    Actions: 4.2.3: Statewide Process Improvement
    Programs

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release 1A (core financials) Go-Live | 7/1/2008 | 6/30/2008 |
| Release 1A.5 (budgets) Go-Live | 10/1/2008 | 9/15/2008 |
| Release 1B (accounting and procurement) HQ Go-Live | 11/3/2008 | 11/3/2008 |
| Release 2 (human resources) HQ Go-Live | 4/1/2009 | |
| Release 1C (CPHCS requirements) Go-Live | 7/1/2009 | |
| | | |
| | | |
| | | |

**Key Work Products:**
    1.  Identification of CPHCS BIS users and security roles
    2.  CPHCS BIS user training and support
    3.  Identification of business processes, security roles and system configuration requiring modification for CPHCS

**Dependencies:**
    1.  CDCR BIS Project - configuration and implementation
    2.  Prodagio/CMD system for medical contracts
    3.  BIS and CPHCS networks/active directories (single sign-on)

**Constraints:**
    1.  Limited number of SAP/BIS experienced trainers and support personnel

**Risks:**
    1.  CDCR planned deployment approach (aggressive timeline)
    2.  Not all CPHCS requirements met during initial implementation
    3.  Delay in approval of BIS SPR & contract amendment caused some delays
    4.  CDCR's readiness to support the system and users after the IBM on-site team is gone (currently scheduled for September 2009

**Project Team:**

CPHCS's core project team consists primarily of the project manager, who has acted as the Receiver's BIS representative and advisor,  supported by subject matter experts, who have participated in project workshops and user acceptance testing.  To support deployment, four CPHCS staff attended BIS train-the-trainers classes and are training/supporting CPHCS staff.

**Specific Performance Measures:**
    1.  Standardized business processes for headquarters and institutions
    2.  Integrated budget, accounting, procurement and human resources
    3.  On-line, real-time financial reporting
    4.  Timely processing of vendor and provider payments

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 147 of 269

**Project Lifecycle Status:**

The Release 1 BIS functions, including budget, accounting and procurement, were implemented on November 3, 2008 and are currently operational in CDCR and CPHCS headquarters.  There are a number of system, training and business process issues that are being addressed prior to additional deployment. Institutions, including health care, are preparing for their implementations and will begin training in April 2009 for the northern region, continuing May through June for the central and southern region institutions.  All institutions are planned to be operational by July 1, 2009 with the Release 1 BIS functions.

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009.  Deployment to headquarters and the institutions is planned to be conducted in four phases, beginning in April 2009.  All functions are planned to be operational in all locations by July 2009.  In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in March 2009, with a planned implementation during July through September 2009.

# Executive Project Data Sheet As of: March 15, 2009 <span>Version 3.1 (09/2008) Use 12 point font., No Italics</span>

**Project Name: Business Information System (BIS) HR/Nursing**

**Project Executive: Betsy Chang-Ha, Kathy Stigall, Karen Rea**

**Project Sponsor:, Jamie Mangrum**

**Project Manager: Senthil K Muniappan**

| E-Mail: | Senthil.muniappan@cdcr.ca.gov | | |
|---------|-------------------------------|---------|--------|
| Phone: | 916 764 4766 | Proj ID: | PRJ075 |
| Start Date: | 10/28/2008 | Est Finish Date: | 6/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**
Implementation of CDCR's Business Information System (SAP human resources for all CPHCS and Shift Planning for Nursing) for CPHCS

**Organization Impact:**
Major positive impact on headquarters and institution personnel due to the implementation of new, standardized HR business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS' human resources, Post & Bid and Shift Planning business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
Primary Goal: 4:Quality Improvement Programs
Objective: 4.2: Quality Improvement Program
Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Release 2 Pilot OM/PA  Go-Live | 4/6/2009 | |
| Release 2 Pilot SS/Time Go-Live | 5/1/2009 | |
| Release 2 Statewide OM/PA Go-Live | 6/1/2009 | |
| Release 2 Statewide SS/Time Go-Live | 7/1/2009 | |
| Release 2 EG/Travel /LSO/WC Go-Live | 6/1/2009 | |
| Release 2 PCP/FI Int Payroll I/F Go-Live | 7/1/2009 | |
| Release 2 Completion | 7/15/2009 | |

**Key Work Products:**
1. Identification of CPHCS BIS HR/Nursing users and security roles (02/28/2009)
2. CPHCS BIS HR/Nursing Training and Support Plan (02/28/2009)
3. Identification of business processes, security roles and system configuration requiring modification for CPHCS HR/Nursing (03/15/2009)
4. Power users Sign-off for UAT (03/31/2009)
5. Change Agents and Steering committee Sign-off for Release 2 completion (06/30/2009)

**Dependencies:**
1. CDCR BIS Project – Release 1B implementation
2. BIS and CPHCS networks/active directories (single sign-on)
3. Access to Care initiatives for related data gathering, HR policies and procedures
4. Nurse Staffing Assessment methodology
5. 10,000 Bed project – HR related policies and procedures

**Constraints:**
1. Insufficient number of SAP/BIS experienced trainers

**Risks:**
1. CDCR planned deployment approach ("big bang")
2. Not all CPHCS requirements captured and incorporated into design
3. Not enough trainers available from CPHCS
4. Aggressive time line for implementation
5. Not enough Resources to support the new business processes
6. Relevant discussions with all bargaining units and labor unions not completed

**Project Team:**
CPHCS's core project team consists primarily of the project manager, who is acting as the Receiver's one of the two BIS representatives and advisor, supported by subject matter experts, who will participate in project workshops and user acceptance testing.

**Specific Performance Measures:**
1. Standardized business processes for headquarters and institutions
2. Integrated budget, accounting, procurement and human resources
3. On-line, real-time shift planning and scheduling
4. Automated HR Reporting

<u>Where the Project is in the life cycle:</u>

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009. All functions are planned to be operational in all locations by July 2009. In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in March 2009, with a planned implementation (not firmed up) during July through September 2009.

The OM/PA 'Realization' phase and User Acceptance Testing are completed. Train-the-Trainer is in progress for OM/PA Pilot go-live on April 6, 2009. Overall, the project is in 'System development' or 'Realization' phase with around 85% completed. System design ('Blue printing') has already been completed and key stakeholders signed-off.

Though the 'Blue printing' or design is completed, some of the HR/Nursing related designs may need to be revisited and signed-off to make sure all the design requirements are considered and incorporated into the final work product. One session with HR has already been done to validate the design with the field processes for OM/PA. In addition to this, identifying the train-the-trainers, power users, training logistics are some of the high priority items dealt with.

Key milestones coming up are: (Still under discussion and re-planning efforts going on)

| | |
|---|---|
| User Acceptance Testing | - 2/27/2009 |
| Train the Trainers | - 3/16/2009 |
| End User Training (PA, OM) | - 3/31/2009 |
| End User Training (SS/Time) | - 4/30/2009 |
| Release 2 Pilot OM/PA Go-Live | - 4/1/2009 |
| Release 2 Pilot SS/Time Go-Live | - 5/1/2009 |
| Release 2 Statewide OM/PA Go-Live | - 6/1/2009 |
| Release 2 Statewide SS/Time Go-Live | - 7/1/2009 |
| Release 2 Statewide EG/Travel/LSO/WC Go-Live | - 6/1/2009 |
| Release 2 Statewide PCP/FI I/F/Payroll I/F Go-Live | - 7/1/2009 |
| Release 2 Completion | - 7/15/2009 |

**Project Name: Medication Administration Process Improvement Program (MAPIP)**
**Project Executive: Karen Rea**
**Project Sponsor: J. Hagar**
**Project Manager: G. Robinson**

| E-Mail: | greg.robinson@cdcr.ca.gov | | |
|---------|---------------------------|--|--|
| Phone | 916-956-2851 | Proj ID: | |
| Start Date: | January 2009 | Est Finish Date: | June 2010 |

**Solution Vision:**
Develop and implement efficient medication management system to reduce patient medication errors and maximize quality in medication administration.

**Project Description:**

SATF and CSP-Corcoran have been given the opportunity to develop an efficient and effective medication management system to be used as a model for all CDCR. The goal of this pilot is to use research, evidence-based practice, and imagination to implement drastic changes promoting effectiveness, efficiency and quality improvement that will not only enhance medication delivery, but the delivery of healthcare services in general. It is our goal to redesign ineffective systems into efficient, streamlined, quality systems that serve the needs of our inmate-patients, make the best use of our staffing resources, decrease medication errors and decrease 602 medical appeals

**Organization Impact:**

Decrease in costs associated with inefficient pill lines.

**Project Purpose:**
Develop new policies, procedures and protocols related to decreasing quality of care and increasing efficiencies around the administration of medications to inmates.

**Strategic Plan Objectives:**
Primary Goal: To provide facility healthcare staff with the proper protocol, processes, and classifications required to efficiently provide quality medication administration to inmate population.
Objective: Create policies, procedures and protocols to meet primary goal.
Actions: Perform onsite assessments and audits of existing processes; review for improvements both on and offsite by panel of experts.

**Key Work Products:**
1. Medication Administration Audit Tool
2. Medication Administration Studies
3. Medication Administration Process Improvement Plan

**Dependencies:**
1. Nurse Staffing Assessment: development of proper staffing volume and classification mixes for medication administration functions
2. Nurse Classifications: development of accurate descriptions for new nurse classifications
3. Access to Care: development of delivery models which enable and support efficiencies provided under this project

**Constraints:**
1. Buy-in of changes by large audience (i.e. all leadership of healthcare within the facility, in addition to custody)

**Major Risks:**
1. Need to coalesce a large body of variant concerns and thoughts concerning medication administration protocol

**Project Team:**

Karen Rea, Donnie Nicholas, Cheryl Schutt, Carmen Hobbs; Wendy Carlsen; Suzanne Hermreck ; Greg Robinson

**Specific Performance Measures:**
1. Project calendar
2. Written Reports
3.

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 151 of 269

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Develop MAPIP Audit Tool | Jan 09 | Jan 09 |
| Approval for Audit Tool | Feb 09 | Delayed due to new committee exploring and completing this. |
| Develop MAPIP Pre-audit Guidelines and Protocol | Feb 09 | Jan 09 |
| Approval for Pre-audit Guidelines and Protocol | Feb 09 | Feb 09 |
| Develop MAPIP Methodology | Jan 09 | Jan 09 |
| Approval for Methodology | Feb 09 | Delayed – dependency on Audit Tool approval |
| Begin pilot of new MAPIP methodological processes | March 09 | March 09 |

**Current Project Positioning Within Lifecycle**

Workgroup and core clinical team meetings have commenced and are on target with weekly deliverables. New workgroup team leads have been named, and administrative duties assigned.  Project plans for each workgroup have been created and tie into an integrated project plan; All work commenced on 3/2/09 on schedule with weekly reports of process and barriers reported by each team on Mondays.



# CALIFORNIA PRISON HEALTH CARE SERVICES PROJECT DATA SHEETS

# *GOAL 5*
## *Medical Support Infrastructure*

Central Fill Pharmacy
Centralized Dictation & Transcription
Change Management
Claims Management and Invoice Processing
Data Center & End User Migration (DC&EUM)
Enterprise Architecture
Health Care Data Center Migration
Laboratory Services Management
Mental Health Tracking System (MHTS)
Telemedicine Services - Telemed

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 153 of 269

**Project Name: Central Fill Pharmacy Project**
**Executive: John Hagar**
**Project Sponsor: Bonnie Noble, Jamie Mangrum**
**Project Manager: Erick Rendón**

| E-Mail: | Erick.Rendon@cdcr.ca.gov | | |
|---------|--------------------------|--|--|
| Phone | 916-956-5045 | Proj ID: | PRJ072 |
| Start Date: | December 2008 | Est Finish Date: | May 2010 |

**Solution Vision:**
Implement a centralized pharmacy to consolidate ordering and logistic distribution of prescriptions; reducing cost and unnecessary waste while improving tracking of medications to increase patient utilization.

**Project Description:**
Central Fill Pharmacy will fill prescriptions for all 33 correctional centers. It will order bulk pharmaceuticals, pre-package them and automatically fill orders entered in GuardianRx. The facility will have automated inventory management; medication checks and provides distribution of prescriptions by next business day to all facilities.

**Organization Impact:**
Immediate reduction in tasks done by sites personnel. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites. Savings will be realized through centralized ordering, increase adherdson to Pharmacy and Therapeutic Committee recommendations and decrease overall inventory in stock based on accurate inventory levels.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock.

**Strategic Plan Objectives:**
Primary Goal: 5.0 Medical Support Infrastructure
Objective: 5.1 Pharmacy Programs
Actions: 5.1.3 Central-Fill Pharmacy

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Site design | Mar 09 | Mar 09 |
| Site leasing contract | May 09 | |
| Site construction drawings | Aug 09 | |
| Automation tested (Texas) | Sep 09 | |
| Site construction begins | Oct 09 | |
| Automation installed (CA) | Jan 09 | |
| Construction complete | Mar 10 | |
| Beta-site implementation | May 10 | |

**Key Work Products:**
1. Leasing Contract
2. Construction Plans
3. Procurement

**Dependencies:**
1. Architectural design and approvals
2. Pharmacy Site Leasing Contract
3. CPHCS Network Project
4. Maxor Pharmacy (Guardian) Project
5. Data Center Project

**Constraints:**
1. Maxor Guardian Rollout Schedule / Decisions
2. CPHCS Network Rollout Schedule / Decisions
3. Construction lease agreement
4. Procurement

**Risks:**
1. State mandated furloughs affecting key
2. LEED Certification time and cost
3. Losing key resource in June
4. Long lead times for procurement

**Project Team:**

Project Manger: Erick Rendón

Maxor National Pharmacy Services: Dick Cason

Cornerstone Automation: Michael Doke / Gary Greiner

Department of General Services: Sally Morphis

Resource Management: Jeanette Kellogg

Contractor PM - TBD

**Specific Performance Measures:**

1. Quality Assurance Matrix
2. Service Matrix
3. Delivery Matrix

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 154 of 269

The project is still technically in initiation / planning.

A major milestone of delivering design requirements and specifications handed over to landlord has been completed. Entering bid out phase and then directs negotiations for lease of Central Fill Pharmacy by Department of General Services. Once completed construction plans will be drawn out including LEED requirements, permits pulled and finally construction on the build out begin.
Budgets assessment of next 5 years completed with modifications after tenant negotiations.

A key risk is the reduction of work time due to key employees secondary to mandated work furloughs, and the Business Operations SME will be retiring in June and am concerned the momentum will suffer due to change in staff; delays of payment for automation invoices hampering vendor from purchasing large portions of equipment for the sorters and pre-packing machinery.

The states insistence to obtain LEED Certification, will definitely impact both cost and time. The cost will increase by 15% and the timeline will be increase at minimum by one month. Currently we are looking at a tentative construction completion by earliest March of 2010, with the first beta site going live in May of 2010 and full implementation by Winter 2010/2011. I will keep all inter-dependencies projects on my radar and incorporate their needs will attempting to pull back this date.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 155 of 269

| **Executive Project Data Sheet** |
|---|

| **Project Name:  Centralized Dictation & Transcription** |
| **Project Executive:  Dr. Dwight Winslow/ Bonnie Noble** |
| **Project Sponsor:  Jamie Mangrum** |
| **Project Manager:  Denise Harris** |

| E-Mail: | Denise.Harris@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **916-206-7276** | **Proj ID:** | **PRJ019** |
| **Start Date:** | **07/01/08** | **Est Finish Date:** | **12/30/09** |

**Solution Vision:**

Implement a centralized dictation and transcription solution that standardizes health record documentation at the enterprise-level.

**Project Description:**

The purpose of this project is to implement a centralized dictation and transcription department for four pilot institutions: San Quentin (SQ), Valley State Prison for Women (VSPW), Central California Women's Facility (CCWF), and CSP-Los Angeles County (LAC).

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**

The purpose of this project is twofold:  (1) a model for centralized dictation and transcription statewide; and; (2) improvement in timeliness and accuracy of transcribed documents.

**Strategic Plan Objectives:**
Primary Goal: 5:  Medical Support Infrastructure
Objective: 5.2:  Health Records
Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Dictation & Transcription Assessment | 04/08 | 04/08 |
| Approved Project Charter | 07/08 | 07/08 |
| Server Vendor Selection | 10/08 | 10/08 |
| Turnkey Facility | 02/09 | |
| Staffed and Trained Dept. | 03/09 | |
| Pilot Closeout & Eval | 12/09 | |

**Key Work Products:**
  1.  Project Charter
  2.  Project Schedule
  3.  Post Pilot Evaluation and Recommendation

**Dependencies:**
  1.  CPHCS Network Project
  2.  CPHCS Data Center Project

**Constraints:**
  1.  CPHCS Network Rollout
  2.  CPHCS Data Center Implementation

**Risks:**
  1.  Verizon Data Center availability
  2.  Network availability
  3.  Incompatible component structure; component integration to achieve operability

**Project Team:**

The Centralized Dictation and Transcription project team is comprised of approximately 30 team members that include representative staff from CPHCS, California Prison Receivership Corporation, VerizonBusiness and Crescendo.

**Specific Performance Measures:**
  1. 150 lines/hr per medical transcriber
  2. 98% accuracy rate for all transcribed documents
  3. 24 hour turnaround time for all transcribed reports
  4.  All pertinent medical records dictated and transcribed.

**Additional Information (Optional):**

  1.  Working with Verizon to add network drops at pilot institutions
  2.  Purchasing desktops and network printers as needed

The Centralized Dictation and Transcription project is in the procurement phase.  Contract with Crescendo, dictation and transcription software vendor, was signed in November, 2008, purchase order number was issued in March, 2009.  Servers and all ancillary equipment arrived at data center.  Expect to have all telecommunications circuits in place by mid March 09.  Working to finalize workflow configuration with Crescendo in preparation for train the trainer sessions and system implementation.  Expect final workflow configuration by mid March, 2009.  Identified department location in the Sacramento area: 1300 National Drive and notified CPHCS network PMs to facilitate CPHCS network installation at centralized office. Department lead (HPM II) hired. On-boarding to begin mid March 2009. Working with Plata Support HR to hire transcribers.  Working with Plata Support and Labor Relations teams to accomplish union notification requirement.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 157 of 269

**Project Name:** Cultural Change Transformation
**Project Executive:** Elaine Bush
**Project Sponsor:** Betsy Chang Ha
**Project Manager:** Greg Robinson

| E-Mail: | Greg.robinson@cdcr.ca.gov | | |
|---------|---------------------------|--|--|
| Phone | (916) 956-2851 | Proj ID: | 67 |
| Start Date: | 11-17-08 | Est Finish Date: | 12-31-11 |

**Solution Vision:** Transform the integrated, complex culture involving the various layers of custody, healthcare, and administration, to enable the acceptance, sustenance, and development of the new programs aimed at improving the quality and outcomes of care for inmates in the California state prison system.

**Project Description:** Cultural Change Transformation for the full scope of the Receivership program.

**Organization Impact:** A culture of service excellence and quality that is sustainable

**Project Purpose:** Change Management is the mission critical foundation to meet the objectives of the Receiver's Turnaround Plan of Action.

**Strategic Plan Objectives:**
Primary Goal: #5 Infrastructure
Objective: To create a self sustaining culture of service excellence and quality within Healthcare, It and Custody/Corrections
Actions: Define change

**Major Milestones-Planning Phase**

| Milestones | Planned | Actual |
|-----------|---------|--------|
| Core Executive Team formation (Cultural Change Strategy Council) | Feb 09 | Feb 09 |
| Cultural Change Strategy vetted and approved | March 09 | Potentially delayed due to organizational change; vetting to occur with new Advisory Board |
| Pilot Sites identified and notified | March 09 | |
| Change Teams (facility, administration, project layers) formed | April 09 | |
| Pilot Project Plans formed | April 09 | |

**Key Work Products: Pending governance approval**
1. CARE framework deliverables (cultural assessment highlights, survey data, evidence based programs to develop culture)

**Dependencies:**
1. All 49 project initiatives, as this project interweaves all projects and must integrate with their timelines and deliverables according to its own project schedule and plan

**Constraints/Challenges:**
1. A diverse set of personality and behavioral styles across the organization
2. Trained incapacity
3. Enormous and diverse set of external and internal influences/drivers
4. Appropriate resources with the knowledge and experience initiated at the right time, place and with necessary tools.

**Risks:**
1. Focus of various players amid competing priorities and cultural change seen as lower priority
2. Funding for small team of management consultants to gather and maintain activities for all 49 projects

**Project Team: (in development)**

Betsy Chang-Ha, Steve Cambra ,Joe McGrath, Karen Rea, Jamie Mangrum, Dwight Winslow, Karen Rea

**Specific Performance Measures:**
1. Inmate, employee satisfaction
2. Improved employee retention
3. Quality improvement evidence

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 158 of 269

| Pilot commencements | June 09 | |
|---|---|---|
| | | |

**Current Project Lifecycle Status:**

New Cultural Change Transformation Council (CCTC) formed, consisting of CDCR and CPR executives.  New charter and goals formed to ensure that this project acts as the glue that interweaves all live project initiatives (currently numbered at 49), leveraging economics of scale to enable change to be accepted more readily at all levels, by enacting a proactive approach to involvement of proposed and pending change as initiated by the Receivership project.

With the most recent change to the organization (departure of John Hagar and Terry Hill), it is anticipated that the vetting and approval of the strategy may be delayed by 2 weeks. In any event, the direction of communication strategy development as well as culture change integrated organizational design for Portfolio I is underway and in full motion.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 159 of 269

**Project Name:  Claims Mgt. and Invoice Processing**
**Project Executive:  John Hagar**
**Project Sponsor:  Jamie Mangrum, CIO**
**Project Manager:  Holly Lasiter**

| E-Mail: | Holly.lasiter@cdcr.ca.gov | | |
|---------|---------|---------|---------|
| Phone | 916-764-4677 | Proj ID: | PRJ066 |
| Start Date: | 11/29/08 | Est Finish Date: | 11/29/10 |

**Solution Vision:**
Provide a healthcare claims processing system that is typically found in commercial or public health plans. The system will utilize industry standard coding and allow standard reporting, benchmarking and utilization management. The system will improve the quality, efficiency, and timeliness of payments to health care vendors serving CDCR's patient population, while also implementing effective cost management.

**Project Description:**

Contract with a qualified third party administer to take over claims processing services for an initial period of 24 months (with three 12 month options) to put into practice the required improvements prior to transition of all operations back to State control.

**Organization Impact:**

Using industry standard coding will allow CPHCS to perform standard reporting and benchmarking. Utilization Management will have access to data necessary to make decisions in specialty care. Claims processors will be elevated to other jobs.

**Project Purpose:**
Enable CPHCS to administer healthcare claims and capture utilization and payment data for ongoing analysis and reporting.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support
Objective: 5.2 Establish Standardized Health Records Practice
Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Issue Request for Proposal | 12/10/2008 | 12/10/2008 |
| Bidder's Conference | 12/19/2008 | 12/19/2008 |
| Deadline for questions | 12/31/2008 | 12/31/2009 |
| Respond to questions | 1/7/2009 | 1/7/2009 |

| Milestones | Planned | Actual |
|------------|---------|--------|
| Proposals due | 1/29/2009 | 1/29/2009 |
| Notification for interviews | 2/17/2009 | 2/13/2009 |
| Announce selection | 3/2/2009 | |
| Contract Start Date | 3/23/2009 | |

**Key Work Products:**
1. Request for Proposal
2. Vendor Proposals
3. Signed Vendor Contract
4. Statement of Work
5. Service Level Agreement

**Dependencies:**
1. Clinical Data Repository (CDR)
2. Contracts Medical Database (CMD)
3. State Controllers Office (SCO)
4. Business Information Systems (BIS)
5. Health Care Scheduling System (HCSS)
6. Utilization Management System

**Constraints:**
1. Ability for TPA to access inmate locator data through CDR. CDR team is not scoped to support development of web service.
2. Interface with SCO will not be ready for initial implementation

**Risks:**
1. If CDR is delayed and interface is not ready for initial implementation then TPA will need a manual or alternate process to access inmate locator data
2. If SCO interface is not ready for initial implementation then TPA will deliver hard copy claim schedules to SCO
3. If CMD interface is not ready for initial implementation then TPA may need to store processed claims data until interface is ready or CPHCS to create a temporary database.

**Project Team:**
Holly Lasiter, Project Manager
Mitzi Higashidani, Executive Sponsor
Michelle Ogata, Business Sponsor
Dr. Ricki Barnett, Business Owner
Dawn Kearns, Business Owner
Marnell Voss, Contracts
Shelby Chapman, Data SME
Ned Dickson, Technical SME

The procurement process has progressed to a site visit with the top candidate. Next week, after the site visit, we expect to make the announcement to the selected vendor. The goal is to have the vendor under contract by early April.

**Executive Project Data Sheet**                                    **As of March 15, 2009**

**Project Name: Data Center & End User Migration**
**Project Executive: TBD**
**Project Sponsor: Jamie Mangrum, Liana Bailey-Crimmins**
**Project Manager: Fred Wood**

| E-Mail: | Fred.Wood@cdcr.ca.gov | | |
|---------|----------|----------|----------|
| Phone | 916.215.5235 | Proj ID: | PRJ002 |
| Start Date: | 11/14/08 | Est Finish Date: | 3/31/10 |

**Solution Vision:**
Migration of existing CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff, hardware, and applications connectivity.

**Project Description:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The DC&EUM Project will migrate existing CPHCS staff and hardware, integrating Active Directory, MS Exchange, local LAN to LAN applications connectivity, and new network infrastructure and support for new CPHCS staff and applications.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR network infrastructure to access their applications until they are called for in the migration plan to be "cutover" to the new network path.

**Project Purpose:**
The DC&EUM Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**
    Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter completed and approved | Jan 09 | |
| End User Migration Design | Mar 09 | Mar 09 |
| Complete Pilot application migration activities (for CDR and D&T) | CDR 6/09 D&T 6/09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete migration of all existing CPHCS network objects at HQ and all 33 institutions managed on the new CPHCS network. | Oct 09 | |
| Complete migration of all CPHCS staff operating on new CPHCS network | Mar 10 | |

**Key Work Products:**
1. Project Charter
2. EUM Design Documents
3. EUM Plan
4. EUM Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Acquire EUM Specialist Team (EMC$^2$)

**Constraints:**
1. All Data Center Infrastructure prerequisites

**Risks:**
1. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet estimated project completion schedule
2. Failure to properly identify all CPHCS objects for migration could result in failure to meet EUM Project Scope

**Project Team:**

The core EUM Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert), EUM consultant specialist team, and subject matter experts from Microsoft and Quest. Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects and end users migrated successfully
2. Local LAN to LAN connectivity

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 162 of 269

---

**Additional Information:**

The Data Center & End User Migration Project
(DC&EUM) is a downstream component of the initiative
to implement a new medical-grade data center for existing
and future CPHCS, staff, hardware, and applications.

The DC&EUM Project or "Data Center Phase II" is in the
Planning Phase and currently concerned with End User
Migration design and the establishment of a test lab for
proof of concept testing of this design.  Also working with
the Data Center "Phase I" infrastructure effort to
coordinate all dependent downstream activities.

---

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 163 of 269

**Project Name:  Enterprise Architecture**
**Project Executive:  John Hagar**
**Project Sponsor:  Jaimie Mangrum**
**Project Manager:  Mark Griffith**

| E-Mail: | mark.griffith@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **(916) 764-4516** | **Proj ID:** | **PRJ069** |
| **Start Date:** | **11/17/08** | **Est Finish Date:** | |

**Solution Vision:**
Establish an Enterprise Architecture (EA) program for CPHCS based on the State's and Federal EA programs.

**Project Description:**

Create EA program and adopt EA framework and models, methodology, standards and governance plan.

**Organization Impact:**

Enterprise Architecture will have a major impact on CPHCS by adopting policies, standards and governance for all CPHCS IT projects.

**Project Purpose:**

Improve interoperability and efficiencies across all CPHCS IT projects.  Establish architectural framework and requirements for project development efforts and RFP's.  Provide enterprise level business, data, and technical models.  Leverage the Health Information Technology Executive Committee (HITEC) governance for enterprise architecture for all CPHCS IT projects.

**Strategic Plan Objectives:**
    Primary Goal: 5:Medical Support Infrastructure
    Objective:
    Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kickoff | 11/17/08 | 11/17/08 |
| Initial interviews | 12/23/08 | 12/23/08 |
| Project Charter Approved | 3/1/09 | |
| PMO Governance Plan | 3/1/09 | 3/1/09 |
| Communication Plan | 3/1/09 | 3/1/09 |
| Data Center Questionnaire | 3/1/09 | 3/1/09 |
| IT Projects Roadmap | 2/1/09 | 2/1/09 |
| Business Architecture Model Template | 3/1/09 | 3/1/09 |

The Enterprise Architecture Program has accomplished
the following during this reporting period:
- Business Architecture Rollout/Training/Help
- SOA Architecture Framework Discovery
- Project Architecture Rollup Document
- Project Data Center Questionnaire Rollup
- Data Center Project Dates Document
- Executive Steering Committee Meeting
- Meeting with EIS/EA Tool Info Meeting
- Architecture Review Board Meetings
- Technology Projects Meeting

We are currently working with PM's to define the
Business Architecture Model which has been rollout out to
some of the PM's already  We are also working on
Technical Standards, Framework documentation for
Infrastructure, SOA and Virtualization, participating in the
architecture review board and will be conducting many
more interviews and meetings with PM's and key business
members.

**Project Name:  Healthcare Data Center**
**Project Executive:  Elaine Bush**
**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**
**Project Manager: Denise Harris**

| E-Mail: | denise.harris@cdcr.ca.gov | | |
|---------|---------------------------|--|--|
| Phone | (916) 323-2309 | Proj ID: | PRJ018 |
| Start Date: | 05/08 | Est Finish Date: | 06/09 |

**Solution Vision:**
Implement a medical-grade data center as part of the healthcare network to enhance access to and management of inmate/patient information.

**Project Description:**

Implement a data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. Integration of Active Directory, E-mail, Call Center, Centralized Services, and Network Storage to support CPHCS organizational requirements. Migration of existing Pilot CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff and hardware.

**Organization Impact:**

Impacts all CPHCS staff and respective portions of CDCR.  During the transition, CPHCS staff will continue to use the CDCR network infrastructure to access their applications.  All CPHCS staff and hardware will be centralized on the CPHCS network allowing for improved user management.

**Project Purpose:**
Design and implement a new medical-grade data center for existing and future CPHCS staff and hardware.  Phase one includes data infrastructure and two pilot applications in production:  Clinical Data Repository and Centralized Dictation & Transcription

**Strategic Plan Objectives:**
Primary Goal: **5**:Medical Support Infrastructure
Objective: (not found in Receiver's Plan of Action)
- By April 2009, have a fully-functional data center to support CPHCS staff and hardware
- By April 2009, complete a migration of all existing CPHCS network objects (Active Directory users, computers, and groups) from CPHCS Headquarters and CDCR's 33 adult institutions to the new CPHCS network managed through the data center

**Major Milestones:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Business Requirements completed & approved | Jan 09 | Mar 09 |
| CPHCS Data center completed | April 09 | |
| Pilot migration completed (Clinical Data Repository) | April 09 | |
| Pilot migration completed (Dictation & Transcription | Jun 09 | |

**Key Work Products:**
1. Project Charter
2. Data Center Design Documents
3. Risk management Plan
4. Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Migration software procured
4. Migration and Integration services RFO

**Risks:**
1. Lack of a fully-defined and agreed-to Scope Statement could result in a failure to fulfill the project product
2. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet the estimated project completion date
3. Failure to properly identify all CPHCS objects for migration could result in failure to meet the Project Scope

**Project Team:**

The core project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor; Experts from CDCR EIS, VerizonBusiness (prime contractor); other areas may supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects migrated
2. Pilot Applications in production
3. Call Center availability 24x7x365

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 166 of 269

This project is in the implementation phase.  Data center is 56% complete. Most equipment has been staged, configured and installed.  CPHCS completed initial visit to Torrance data center to start equipment verification process.  Temporary cages are being built at the data center for CDR and Dictation and Transcription to support application development and testing prior to production roll out.  Working on Backup expansion needed to fully deploy backup technologies, forest to forest trust and security infrastructure.

| **Executive Project Data Sheet** | **As of: March 15, 2009** |

**Project Name:  Laboratory Services Management**
**Project Executive:  Terry Hill, M.D.**
**Project Sponsor:  Bonnie Noble**
**Project Manager:  Steve Ruhnau**

| E-Mail: | **steve.ruhnau@cdcr.ca.gov** | | |
|---------|------------------------------|---|---|
| Phone | **916-956-7514** | Proj ID: | **PRJ008** |
| Start Date: | **8/1/2007** | Est. Finish: | **6/30/2011** |

**Solution Vision:**
The project vision is to reduce inefficiency and improve timeliness of medical care for CDCR inmate-patients, by creating and implementing a statewide strategy to improve operations for clinical laboratory services.
This redesign of lab services will improve business processes to better enable eventual integration of other healthcare system improvements as they come on-line, including overhauls of information technology and HIM.  Long term improvements will require the infrastructure to support an enterprise Laboratory Information System (LIS) and clinical data repository needs.

**Project Description:**
Following and Assessment Stage the project is entering a Remediation Stage where the project will procure a professional laboratory management firm to stabilize lab services and implement "Phase 1" recommendations from the Navigant Assessment Report of April 2008.  This effort will also support CPHCS decisions towards a long term laboratory services solution strategy.

**Organization Impact:**
Seventy percent of medical decisions are supported by lab results.  Consequently, stabilizing and improving lab performance and results will have a substantial positive impact on medical decisions across the CDCR health care enterprise.  These improvements will have significant impacts on staff that produce, manage, and use lab results.

**Project Purpose:**
To improve health care to patients through more effective laboratory services including more timely and accurate results.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support Infrastructure
Objective: 5.3 Estab. Effective Radiology & Lab Services
Actions: 5.3.1 Establish Strategy for Improvements

**Major Milestones:**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Complete Lab Assessment | 4/7/2008 | 4/7/2008 |
| Hire Lab Srvcs Proj Mgr | 2/2/2009 | 2/2/2009 |
| Release RFP for Lab Remed. | 3/18/2009 | |
| Lab Remed. Contract Start | 6/29/2009 | |
| Lab Remed. Phase 1 Done | 6/30/2011 | |

**Key Work Products:**
1. Establish Core Leadership Team for Lab Services
2. Establish Exec Steering Committee for Lab Services
3. RFP prepared and ready to distribute to Bidders for Lab Services Remediation
4. Remediation Vendor Selection Recommendation
5. Completed Remediation Vendor Contract
6. Remediation Roadmap Milestones to be established by selected Remediation Vendor

**Dependencies:**
- Establishment of Core Leadership Team
- Integration with HIM project
- Integration with Clinical Data Repository project
- Coordination with 10k Bed project (lab support)

**Constraints:**
- Timely approval of RFP components

**Risks:**
- *Limited Vendor Interest* – existing service providers (Navigant and NMG) may inhibit RFP response participation from other vendors.
- *Short Proposal Period* – proposal preparation periods are short for vendors because a contract must be in place before next fiscal year, where contract start dates are subject to uncertain budget approval dates.

**Project Team:**
*Project Manager* - Steve Ruhnau
*Core Leadership Team* – Bonnie Noble, Jamie Mangrum, Justin Graham, Nadim Khoury, Jim Lett, Denny Sallade, Glen Moy, Dwight Winslow

**Specific Performance Measures:**
1. Achieve Planned Milestone Dates listed above

# Executive Project Data Sheet                As of: March 17, 2009

**Project Name: Mental Health Tracking System (MHTS) Upgrade**
**Project Executive: Mr Jamie Mangrum**
**Project Sponsor: Dr Marion Chiurazzi**
**Project Manager: Carl Block**

| E-Mail: | carl.block@cdcr.ca.gov | | |
|---------|------------------------|---|---|
| Phone | 916-708-0644 | Proj ID: | PRJ039 |
| Start Date: | 10/28/08 | Est Finish Date: | 9/30/09 |

**Solution Vision:**

Upgrade the current Mental Health Tracking System (MHTS) to provide improved application stability and multi-user access, plus improved data consistency and real-time reporting.

**Project Description:**

Complete an upgrade of the Mental Health Tracking System application replacing 32 separate Access databases with a web application and a single centralized database.

**Organization Impact:**

Streamlined centralized reporting of Mental Health information.

Drastically reduced retyping of mental health records when a patient-inmate transfers to a new institution.

Reduce data corruption from copying current 32 databases

Centralize maintenance of MHTS

**Project Purpose:**
Upgrade MHTS application to improved technologies to provide central database for future integration with Health Care Scheduling System.

**Strategic Plan Objectives:**
  Primary Goal: 5 Medical Support Infrastructure
  Objective: 5.4 Establish Clinical Information Systems
  Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|------------|---------|--------|
| Project Charter Approved | 11/21/08 | 11/18/08 |
| Requirements Approved | 12/19/08 | 12/24/08 |
| Design Complete | 3/13/09 | |
| Development Complete | 8/4/09 | |
| System Test Complete | 8/18/09 | |
| User Test Complete | 9/22/09 | |
| Training Complete | 9/29/09 | |
| Deployment Complete | 9/30/09 | |

**Key Work Products:**
  1. Web forms that replicate legacy MHTS functions
  2. Database Consolidation
  3. User and System Administrator Training

**Dependencies:**
  1. Network Project
  2. Data Center Project
  3. Maxor Pharmacy Project
  4. Clinical Data Repository

**Constraints:**
  1. Development contract ends 30 June 2009 and needs to be extended to 30 June 2010

**Risks:**
  1. Possible scope increase due to vast number of previously un-met user requirements
  2. Source data quality (MHTS-Legacy, DDPS, and Keyhea data)
  3. Training - 22 of the institutions do not use the latest version of MHTS-Legacy
  4. Sufficient internet connectivity at institutions
  5. Short time for deployment

**Project Team:**

Mr Carl Block - Project Manager

Dr David Leidner - Mental Health

Mr Mike Morrison - Mental Health

MGT of America - Technical Implementers

Mr Andy Hall - IT Manager

Ms Tuong-Nga Nguyen - IT Staff Programmer

Ms Bernadette Serrano - IT Operations

**Specific Performance Measures:**
  1. Operational central database
  2. 32 MHTS-Legacy databases converted
  3. At least 1 user trained at each institution

**Additional Information (Optional):**

  1. California Medical Facility (CMF) uses FileMaker-Pro instead of MHTS. CMF's database is outside the scope of this project.
  2. Several institutions have created extra databases that depend on MHTS. Upgrade of these applications is out of scope.

During February, The Development Contractor slowed the work on MHTS because they had not been paid by the state since their October invoice. The slowdown resulted in changing the baseline schedule to complete the MHTS Upgrade project at the end of Sept 2009.

As of 3/15/09, the MHTS Upgrade project is in the design phase. Requirements were approved 1/24/09. A major design review was held 3/10/09. Because of the detail in the design, the team was unable to review the entire design as planned in the allotted time. Database design be completely reviewed by 3/17/09. User Interface design will be completely reviewed by 3/25/09. We do not anticipate a slip in future milestones (on the new schedule) due to the incomplete design review on 3/10/09.

**Project Name: Telemedicine Services**
**Project Executive: Jamie Mangrum**
**Project Sponsors: Linda McKenny**
      **Justin Graham**
      **Bonnie Noble**


**Project Manager: Delane Roberts**

| E-Mail: | delane.roberts@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-956-7638 | Proj ID: | Tbd |
| Start Date: | 2/1/09 | Est Finish Date: | 6/30/2011 |

**Solution Vision:**
Expand and improve telemedicine capabilities.

**Project Description:**

This is an initial project of the telemedicine program. The scope has not yet been determined.

**Organization Impact:**

Tbd

**Project Purpose:**
Tbd

**Strategic Plan Objectives:**
 Primary Goal: 5 Establish Medical Support Infrastructure
 Objective: 5.5 Expand and Improve Telemedicine Capabilities
 Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter Approved | 4/01/08 | |
| Requirements Approved | tbd | |
| Design Complete | tbd | |
| Development Complete | tbd | |
| System Test Complete | tbd | |
| User Test Complete | tbd | |
| Training Complete | tbd | |
| Deployment Complete | tbd | |

**Key Work Products:**
 Tbd
**Dependencies:**
 Tbd

**Constraints:**
 Tbd

**Risks:**
 Tbd

**Project Team:**

Delane Roberts - Project Manager

Other members tbd

**Specific Performance Measures:**
 Tbd

**Additional Information (Optional):**
 The Telemedicine Provider On-Boarding project is also part of the Telemedicine program, and is just being completed.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 171 of 269

**This Month:**
- **Drafted Project Charter**
- **Documented existing telemedicine scheduling processes**
- **Proposed a high level design for an interim scheduling solution**
- **Selected a SME to assist with telemedicine project (Marc Stern, MD).**

**Next Month:**
- **Meet with Telemedicine Leadership Core Team**
- **Begin process to document existing processes relative to:**
  - **Technical support**
  - **Mental health telemedicine**
  - **Telemedicine services at the provider hubs**
  - **Telemedicine services at the institutions**
- **Advance design of interim scheduling solution**
- **Work to develop an inventory of telemedicine assets and needs**
- **Work with Marc Stern, Linda McKenny, and others to articulate an overall vision for telemedicine services**
- **Continue to evolve the Charter based on the vision that we articulate and seek approval from the stakeholders**



# CALIFORNIA PRISON
# HEALTH CARE SERVICES
# PROJECT DATA SHEETS

# *GOAL 6*
## *Clinical, Administrative & Housing*

10K Bed-Administrative-Support-Facilities (ASF Team)
10K Bed-Integrated Care Team (IC Team)
10K Bed IT Activation Project
Site Activation - 33 Institutions

| nProject Name: | **10K Bed – Administrative Support Facilities (ASF)** |
| --- | --- |
| **Project Executive:** | John Hagar |
| **Project Sponsor:** | Steve Cambra |
| **Project Lead:** | David Runnels |
| **Project Manager:** | Mitch Vaden |

| **E-Mail:** | **mitch.vaden@cdcr.ca.gov** | | |
| --- | --- | --- | --- |
| **Phone** | 916-764-4485 | **Proj ID:** | **PRJ078** |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **March 2009** |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
| --- | --- | --- |
| Complete "Staffing Level" Coordination for Master Schedule | 12/12/08 | 12/12/08 |
| Complete Preliminary Staffing Review | 12/15/08 | 12/15/08 |
| Complete Preliminary Analysis and Receive Decision on: | 12/19/08 | 12/19/08 |
| Evaluate Procurement Strategic Plan | 12/31/08 | 12/24/08 |
| Complete Warehouse Design Review | 12/31/08 | 12/24/08 |
| Complete Food Service Process | 12/31/08 | 12/24/08 |
| Complete Final Prototypical Facility Staffing Plan | 03/13/09 | 03/13/09 |
| *90-Day Project Closure* | 03/27/09 | |

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Completion of TVD/EVD processes.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. None.

**Project Team:**

| Sponsor: | Steve Cambra |
| --- | --- |
| **Team Lead:** | Dave Runnels |
| **Assistant Team Lead:** | Lisa Heintz |
| **Project Manager:** | Mitch Vaden |
| **Owner Rep.:** | Michael Bean |
| **Owner Rep.:** | Tom Felker |
| **HR Lead:** | Karen Coffee |
| **Procurement Lead:** | Susan Lew |
| **IT Lead:** | David Noronha |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
   - Facility Design,
   - Staffing Plan.

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle.  We are on schedule to complete the milestones specified above.  Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision.  The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

In the first quarter 2009, ASF team members were embedded with and provided support for the Target-Value Design (TVD) and Extreme-Value Design (EVD) teams working on the 10,000 Bed project.  They were very instrumental in the effort to generate and evaluate the 8 Big Ideas that resulted from the TVD processes.  They provided subject matter expertise and administrative support in the analysis and cost-cutting activities performed by the TVD/EVD teams.

**Project Name:**
**10K Bed – Integrated Care (IC) Team**
**Project Executive:** John Hagar
**Project Sponsor:** Steve Cambra
**Project Lead:** Amy Rassen
**Project Manager:** Tray Freeman

| E-Mail: | Tracy.Freeman@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | 916-662-4760 | Proj ID: | 064 |
| Start Date: | November 2008 | Est Finish Date: | June 2009 |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities. Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1. Defined Facility Design.
2. Defined Facility Staffing Plan.
3. Defined Patient Care model
4. Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |

| | 12/19/08 | 12/19/08 |
|---|---|---|
| Draft staffing Models | 12/31/08 | 12/3108 |
| Patient Care Model | 1/15/09 | 1/14/09 |
| Revised Space Program | 1/15/09 | 3/5/09 |
| Complete Model Facility Staffing Plan | 3/31/09 | |
| Complete Final Prototypical Facility Staffing Plan | 3/31/09 | |
| Review /Collaborate Prototype Design | 5/15/09 | |
| Prototype Design Completed | 5/31/09 | |
| 30-Day Project Closure | 6/30/09 | |

**Key Work Products:**
1. Action Plan/Schedule for the completion of work products.
2. Action Item Tracking Tool.
3. Risk and Issues Tracking Tool.

**Dependencies:**
1. Leadership Decisions.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. TBD

**Project Team:**

| Sponsor: | Steve Cambra |
|---|---|
| Team Lead: | Amy Rassen |
| Assistant Team Lead: | Suzanne Streater |
| Project Manager: | Tray Freeman |
| Owner Rep.: | Kathy Page |
| Owner Rep.: | Cindi Ricker |
| Owner Rep.: | Catherine Knox |
| Owner Rep.: | Jim Lett |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
- Facility Design,
- Staffing Plan
- Integrated Patient Care Mode
- Facility Prototype Design

| **Executive Project Data Sheet** | **As of:  March 15, 2009** |
|---|---|

**Project ID: 10K Bed IT project**: PRJ064
**Project Executive:** Jamie Mangrum
**Project Sponsor:** David Noronha
**Project Manager:** Fred Eichstaedt

| E-Mail: | Fred.Eichstaedt@cdcr.ca.gov | | |
|---|---|---|---|
| Phone | (916) 764-4749 | Proj ID: | PRJ064 |
| Start Date: | Jan. 2009 | Est Finish Date: | 2013 |

**Solution Vision:**
The 10K bed program is designing, building and activating seven hospital facilities that will house 10,000 patient inmates in support of Goal # 6 of the Receiver's Turn Around Plan of Action. The 10K Bed IT Activation Project, together with other 10K bed partners and stakeholders is developing an IT program that will support all the IT application, infrastructure and operational needs of the seven hospitals.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Definition, management and reporting on the tasks, activities and projects for the IT activation of 10,000 beds. Gather requirements from all end users of the new facilities ensuring fitness for use and within planned budgets. Perform gap analyses and when needed supplement the project with sub-projects providing a complete and successful implementation of the hospital IT systems.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned |
|---|---|
| Project requirements gathering | Apr. 2009 |
| Selection of Vendor / Applications | Jun. 2009 |
| Establish Project Schedule and develop project management plans | Apr. 2009 |
| Develop detailed project schedule. | Apr. 2009 |
| Activation of the First Facility | Feb. 2011 |
| Activation of the Second Facility | Apr. 2011 |
| Activation of the Third Facility | Jul. 2011 |
| Activation of the Fourth Facility | Jan. 2012 |
| Activation of the Fifth Facility | Jun. 2012 |
| Conduct Learning Sessions | |

**Key Project Work Products**

1. Fully documented list of IT requirements for the seven new facilities

**Dependencies/Constraints**
1. Project budgeting timetables.
2. Aggressive schedule and timeframes
3. Staffing and Resource availability.

**Risks:**
1. Funding
2. Needs of the facilities over or under the needs of Receivers "Turn Around Plan of Action"
3. Scope / Focus

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Jamie Mangrum | Executive Sponsor |
| David Noronha | Program Development |
| Dennis Hirning | Program Development |
| Fred Eichstaedt | Project Manager |
| Dave Winters | Infrastructure Lead |
| William Roush | Records Coordinator |
| Staff ISA | Application Lead |
| Bonnie Noble | Medical & Ancillary Services |
| Amy Rassen | Nursing / Medical / LTC |
| Dave Runnels | Security and Transportation |
| Lisa Heintz | Security and Transportation |
| Wendy Stills | Recidivism Rehab. |
| Paul Carlisle | Physical Rehab. |
| Michael Barks | Dental |

**Specific Performance Measures:**
1. Project in compliance with Goal # 6 of the Receiver's Turn around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Additional Information (Optional):**

This project is unique from the others; most of the IT requirements for the seven new hospitals are being met with projects currently in progress in the 33 institutions. However as the meetings currently in process with our 10K bed champions bear fruit; we may see gaps between what is installed in the existing institutions and what is needed in the new hospitals. We may need to deploy new projects, modify existing projects, or modify customer expectations. This project is currently in very early stages of the Initiation life cycle. The following activities are currently in progress;

- New employee orientation, peer networking, team kickoff and development.
- Project realization and objective creation.
- Project requirement gathering
- Updating project applications and prison end user expectation matrix, defining gaps, customers, and project owners.
- Project definition
- Schedule development
- Identified the need for a "Case Management" project
- May need to create projects to support the following;
  1. Case Management
  2. Law Library
  3. Food Menu
  4. E-Learning
  5. Visitor Scheduling
  6. Mail system
  7. Trust Balance Account
  8. 10K Bed support for Claims Processing
  9. 10K Bed support for  Chart Tracking
  10. 10K Bed support for  Telemedicine
  11. 10K Bed support for  HCSS
  12. 10K Bed support for  Clinical Laboratory
  13. 10K Bed support for  Pharmacy System
  14. 10K Bed support for  Radiology PACS
  15. 10K Bed support for  Document Management
  16. 10K Bed support for  Dictation and Transcription
  17. 10K Bed support for  BIS
  18. 10K Bed support for  SOMS
  19. 10K Bed support for Clinical Data Repository

**Executive Project Data Sheet**                                    **As of: March 17, 2009**

| | |
|---|---|
| **Project Name:** | **Site Activations, 33 Existing** |

**Project Executive:** John Hagar
**Project Sponsor:**  Richard Kirkland
**Project Manager:  Stephen M. Haag**

| E-Mail: | Stephen.haag@cdcr.ca.gov | | |
|---|---|---|---|
| **Phone** | **(916) 323-4226** | **Proj ID:** | |
| **Start Date:** | **November 2008** | **Est Finish Date:** | **January 2012** |

**Solution Vision:**
Ensure a safe, predictable, effective transition from construction activities to health care delivery operations at each of CDCR's 33 existing adult institutions.

**Project Description:**
Activation planning is the process of defining, developing and executing activities associated with opening, moving into and initiating health care delivery at the new or renovated health care facilities.

**Organization Impact:**

Major impact on institutional personnel due to the level of planning and detail necessary to ensure a safe, predictable, effective transition to occupancy and health care delivery operations.

**Project Purpose:**

Develop detailed site specific activation plans for occupancy and transition to health care delivery operations at each of CDCR's 33 institution locations.

**Strategic Plan Objectives:**
    Primary Goal: 6. Provide for Necessary Clinical, Administrative and Housing Facilities.
    Objective: 6.1 Upgrade administrative and clinical facilities at each of CDCR's 33 Institution locations to provide patient-inmates with appropriate access to care. Objective: 6.3 Complete Construction at San Quentin State Institution.
    Actions: Plan, Monitor, and Report on the development of activation plans at each of CDCR's 33 Institution locations.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete San Quentin Activation | 12/01/2009 | |
| Complete Avenal, Mule Creek, and 8 other sites TBD. | 12/31/2010 | |
| Complete balance of sites TBD | 12/31/2011 | |

**Key Work Products:**
    1.  Activation plan for each of CDCR's 33 existing locations.
    2.  Schedule of activations for each of CDCR's existing locations.
    3.  Schedule and Milestone Management

**Dependencies:**
    1.  Assessments and planning activities for program and construction is completed.
    2.  Availability of dedicated activation staff at project sites.
    Construction activities remain on schedule.

**Constraints:**
    1.  Continued project funding

**Risks:**
    1. Not enforcing the transition from design and construction to activation/health care delivery at the new facility.
    2.  Eighteen to twenty-four month lead times are the norm.  We have substantially less time/site.
    3.  Availability of dedicated staff at the project sites.
    4.  Resource requirements are not yet fully identified.

**Project Team:**

The core project team is comprised of:

Richard Kirkland – Project Sponsor
Lorretta Fine – Deputy Director of Activation Planning
Stephen Haag – Project Manager

Executives, managers, technical support staff, and other site specific contributors support the core team and required.

**Specific Performance Measures:**
    1.  On-time transition to operations at each of CDCR's 33 existing adult institutions.
    2.  Successful mitigation of risks.

**Additional Information (Optional):**

    1.  An ancillary goal is to boilerplate the task lists and activation plans as much as possible early in the site selections to reduce the impacts and refine the processes moving toward completion of 33 sites.

As of March 15, 2009:
A draft copy of the equipment review process in under consideration among the leadership team in preparation of development of a Standardized Equipment Catalog for use in equipment planning and acquisition for the remaining 31 existing institutions.
The preliminary Activation List has been prepared for Avenal State Prison (ASP).  Approximately 223 clinical & medical spaces totaling approximately 42,000 SqFt is left to complete of construction already underway at ASP.  Construction, occupancy, and activation of ASP are scheduled for the end of this year.  An initial introductory meeting with project stakeholders including CPHCS, ASP, and Vanir CM personnel has been completed.  Details of the communications plan; rolls and responsibilities, processes, and reporting are currently being formulated among the Key activation team members / contributors.
Work is continuing as SQ with an anticipated occupancy date scheduled for the end of this year.  Preliminary activation planning work is underway with Mule Creek State Prison (MCSP).
The project charter is under review with the Activation Leadership Team.

As of February 15, 2009:
Spaces and Equipment for the new CHSB are under review.  Approximately 700 spaces have been identified for review categorized into Medical, Dental, Mental Health, Custody, and Administration. To date approximately 200 items of equipment are in the review process.  Activity is brisk and urgent on the SQ project with an anticipated occupancy date scheduled for the end of this year.  A draft copy of the equipment review process in under consideration among the leadership team.  Once adopted, this review process will be utilized to formulate a "Standardized Equipment Catalog" for use in equipment planning and acquisition for the additional institutions.  Details of a communications plan, rolls and responsibilities, Processes, and Reporting Structure are currently being formulated among the Constructor (Hensel Phelps), The Institution (SQ), the Construction Management Firm (Vanir) and CPR Headquarters.  The project charter is under review with the Activation Leadership Team.

As of January 15, 2009:
Key activation contributors have been identified at SQ.  Spaces, Equipment, Staffing, Initial supply components, reviewed and assembled into an activation check list.  Assessments and preplanning efforts have been completed on four additional sites (Avenal, Mule Creek, CA Training Center, and CA Rehabilitation Center.

As of December 15, 2008
This project is in the very beginning of the initiation lifecycle stage.  The Associate Director of Activation Planning has been brought on board.  Construction is in progress at San Quentin and initial contacts have been made with local representatives at the site.  The outer building envelope is nearly weather tight.  Construction is estimated to be complete by the end of 2009.  Initial requirements planning and project tracking for the creation of the SQ activation plan are in development at the very beginning stages.

# APPENDIX 22

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 182 of 269



**Project Name:** Cultural Change Transformation
**Project Executive:** Elaine Bush
**Project Sponsor:** Betsy Chang Ha
**Project Manager:** Greg Robinson

| | | | |
|---|---|---|---|
| **Start Date:** | 11-17-08 | **Est Finish Date:** | 12-31-11 |

**Solution Vision:** Transform the integrated, complex culture involving the various layers of custody, healthcare, and administration, to enable the acceptance, sustenance, and development of the new programs aimed at improving the quality and outcomes of care for inmates in the California state prison system.
**Project Description:** Cultural Change Transformation for the full scope of the Receivership program.

**Organization Impact:** A culture of service excellence and quality that is sustainable

**Project Purpose:** Change Management is the mission critical foundation to meet the objectives of the Receiver's Turnaround Plan of Action.
**Strategic Plan Objectives:**
  Primary Goal: #5 Infrastructure
  Objective: To create a self sustaining culture of service excellence and quality within Healthcare, It and Custody/Corrections
  Actions: Define change

**Major Milestones-Planning Phase**

| Milestones | Planned | Actual |
|---|---|---|
| Core Executive Team formation (Cultural Change Strategy Council) | Feb 09 | Feb 09 |
| Cultural Change Strategy vetted and approved | March 09 | Potentially delayed due to organizational change; vetting to occur with new Advisory Board |
| Pilot Sites identified and notified | March 09 | |
| Change Teams (facility, administration, project layers) formed | April 09 | |
| Pilot Project Plans formed | April 09 | |

**Key Work Products: Pending governance approval**
  1. CARE framework deliverables (cultural assessment highlights, survey data, evidence based programs to develop culture)
**Dependencies:**
  1. All 49 project initiatives, as this project interweaves all projects and must integrate with their timelines and deliverables according to its own project schedule and plan

**Constraints/Challenges:**
  1. A diverse set of personality and behavioral styles across the organization
  2. Trained incapacity
  3. Enormous and diverse set of external and internal influences/drivers
  4. Appropriate resources with the knowledge and experience initiated at the right time, place and with necessary tools.

**Risks:**
  1. Focus of various players amid competing priorities and cultural change seen as lower priority
  2. Funding for small team of management consultants to gather and maintain activities for all 49 projects

**Project Team: (in development)**

Betsy Chang-Ha, Steve Cambra ,Joe McGrath, Karen Rea, Jamie Mangrum, Dwight Winslow, Karen Rea

**Specific Performance Measures:**
  1. Inmate, employee satisfaction
  2. Improved employee retention
  3. Quality improvement evidence

**Additional Information (Optional):**

| Pilot commencements | June 09 | |
|---|---|---|
| | | |

**Current Project Lifecycle Status:**

New Cultural Change Transformation Council (CCTC) formed, consisting of CDCR and CPR executives. New charter and goals formed to ensure that this project acts as the glue that interweaves all live project initiatives (currently numbered at 49), leveraging economics of scale to enable change to be accepted more readily at all levels, by enacting a proactive approach to involvement of proposed and pending change as initiated by the Receivership project.

Recent changes to the organizational structure has largely put these efforts on hold. At present activities have been limited to that involving the MAPIP project. Over the past 30 days, change activities have been involved in constructing the prioritization definitions and documents/presentations for project initiatives out of the PMO.

| | | |
|---|---|---|

**Project Name:  Access to Care, Chronic Disease Management Program (CDMP)**
**Project Executive:  Dwight Winslow, MD**
**Project Sponsor:  Thomas Bzoskie, MD**
**Project Manager:  Corey Langdale**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **July 2008** | **Est Finish Date:** | **December 2009** |

**Solution Vision:**
Apply process improvement concepts and specifically Plan-Do-Study-Act (PDSA) cycles to improve the quality of care to the patient inmate population. Also move to a Chronic Disease Management and Primary Care model for the clinic visit.

**Project Description:**

- Pilot PDSA cycles and process improvement concepts to six (6) pilot sites for chronic disease management and then deploy statewide.

- Improve clinic efficiency by moving to the planned visit and primary care model

**Organization Impact:**

The Chronic Disease Management Program impacts all CDCR resources including facilities, human resources, and Information Technology.

**Project Purpose:**
Create a collaborative environment where custody and health care staff collectively guarantee access to care and improvements in morbidity and mortality which will meet constitutional standards of care.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: **1.2: Staffing & Processes for Health Care Access**
Actions: Fully Implement Health Care Access Teams

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Selection of Vendor | Apr 08 | Apr 08 |
| Kick-Off of CDMP | Jul 08 | Jul 08 |
| Conduct Learning Sessions for pilot sites | Nov 08 | Nov 08 |
| Produce Change Package | Dec 08 | Jan 09 |
| Conduct Diabetes Learning Sessions for pilot sites | Jan, Mar, May 09 | On-hold |
| Conduct Statewide Learning Sessions | Jan-Nov 09 | On-hold |
| Conduct Regional Workshops | Feb-Dec 09 | On-hold |

**Key Work Products:**
1. Monthly leadership reports
2. Change Package
3. ACIC Survey reports

**Dependencies/Constraints:**
1. Project is in to process of being re-scoped; revised dependencies pending outcome of planning meetings

**Risks:**
1. Re-scoping effort required cancellation of planned learning sessions and regional workshops.

**Project Team:**
Annette Lambert, Team Lead
Deborah Roberts, Nursing Consultant
Darrin Dennis, Nursing Consultant
Liana Lianov, MD, QI Chief Med. Officer
Cathi Murdoch, Custody Administrator
Vickie Bertucci, Custody Captain
Kent Imai, MD, Physician Consultant
Lori Weiselberg, HMA Consultant
Lyndon Greco, Analyst Support
Jennifer Smith, Clerical Staff

**Specific Performance Measures:**
1. By 12/30/2008, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
2. By 03/31/2009, 80 percent or more of all pilot institution clinics will have an Assessment of Chronic Illness Care (ACIC) Chronic Disease Model grade of "B" or better.
3. By 03/31/2009, 95 percent or more of the daily point of care visits in pilot clinics will be entered in the state's Care Management Registry.
4. By 6/30/2009, 95 percent or more of the daily point of care visits in pilot institutions will be entered in the state's Care Management Registry.

**Additional Information (Optional):**

1.

**Lifecycle:** The CDMP project has been put on hold. The Access to Care Integrated Leadership team is currently discussing scope and deliverables. Project data sheet will be updated to reflect new objectives as soon as planning is complete.

| Executive Project Data Sheet | As of:  April 22, 2009 |
|---|---|

**Project ID:  Access to Care – Reception Center Process Improvement**
**Project Sponsor:  Jamie Mangrum, CIO**
**Project Manager:  David Vercoe**
**Start Date:  07/01/08**
**Estimated Finish Date:  June, 2010**

**Project Goal Statement:**
The Reception Center process will provide initial triage to 100% of the Reception Center inmates on the day of arrival and a comprehensive healthcare assessment within two business days, providing the foundation of care management by establishing identification and timely treatment of contagious diseases, acute and chronic illness, or other health problems.

**Project Tradeoff Matrix**

|  | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| **Resources** |  | X |  |
| **Schedule** |  |  | X |
| **Scope** | X |  |  |

**Deliverables**
**1.** Plan-Do-Study-Act assessment of reception processes.
**2.** Monthly reporting to Senior Leadership.
**3.** Rollout of new processes to twelve Reception Centers.
**4.** Ongoing evaluation and mentoring of Reception health care teams.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Determine pilot site | August, 2008 | August, 2008 |
| Hire project staff including physicians, project managers, nurses and leaders | Summer, 2008 | Summer, 2008 |
| Naming of appropriate staff, Subject Matter Experts, etc | Summer, 2008 | Summer, 2008 |
| Pilot site completion | December, 2008 | December, 2008 |
| Assessment complete – Remaining Sites | June, 2009 |  |
| Implementation Complete | May, 2010 |  |

**Dependencies/Constraints**
**1.** Project is in to process of being re-scoped; revised dependencies pending outcome of planning meetings

**Project Core Team Members**

| Team Members | Role |
|---|---|
| Annette Lambert | Access to Care Team Lead |
| Jayne Russell | Reception Team Lead |
| Mary Ann Simanello, RN, PhD | State-wide Nursing Consultant |
| Dr. Brett Williams | A2C Clinical Manager |
| Dr. Grace Song | Reception Clinical Mgr. |
| Doug Mudgett, RN | Nursing Manager |
| Michael McDonald | Custody Representative |
| Corey Langdale | A2C Project Manager |
| David Vercoe, PMP | Reception Project Mgr. |
| Project Subject Matter Experts | Health Care Managers Physician Champions |
| Site Subject Matter Experts | Associate Wardens Local Nurse Champion Local Physician Champion |

**Key Work Products**

**1.** TDB

**Risks/Constraints**
**1.** Ricks to be re-assessed when project resumes

| **Executive Project Data Sheet** | **As of:  April 22, 2009** |
| --- | --- |

| **Specific Performance Measures** | **Lifecycle:** |
| --- | --- |
| 1.  95 percent or more of all inmates will have received a full health screening within two business days after arrival at the pilot institution Reception Center.<br>2.  95 percent or more of priority medications will be delivered to the inmate within 24 hours of arrival at the pilot institution Reception Center.<br><br>3.  95 percent or more of patients who needed primary care provider-line follow up appointments will be scheduled prior to leaving the pilot institution Reception Center.<br>4.  **4**. 99 percent or more of Reception Center inmates will be triaged by a registered nurse or provider on the day of arrival. | The Reception Center project has been put on hold. The Access to Care Integrated Leadership team is currently discussing scope and deliverables. Project data sheet will be updated to reflect new objectives as soon as planning is complete. |

| Executive Project Data Sheet | As of: April 22, 2009 |

**Project Name: Access to Care – Primary Care/Sick Call**
**Project Executive: Dr. Kent Imai**
**Project Sponsor: Dr. Jeff Carrick**
**Project Manager: Brian Spray**
**Start Date: 07/08/08**
**Estimated Finish Date: 12/31/09 (revised)**
**Updated by: Brian Spray**

**Project Objective Statement:**
The Primary Care/Sick Call project will create new standardized, reliable, and measurable sick call processes that will streamline workflow and ensure inmate/patients timely and quality access to medical care at all California Department of Corrections and Rehabilitation (CDCR) institutions. Within the scope of its individual Access to Care domain, the Primary Care/Sick Call project will promote the transition to a primary care model of care, emphasizing care coordination and accountability for patient outcomes.

**Matrix**

|  | Not Flexible | Somewhat Flexible | Most Flexible |
|---|---|---|---|
| **Resources** |  |  | X |
| **Schedule** | X |  |  |
| **Scope** |  | X |  |

**Deliverables (revised Feb 2009)**
1. Project is in to process of being re-scoped; revised deliverables pending outcome of planning meetings

**Major Milestones (revised Feb 2009)**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for processes | 11/13/08 | 11/13/08 |
| Choose pilot sites to participate in sick call | 11/13/08 | 11/13/08 |
| Visit pilot sites to evaluate and establish process flows | 12/23/08 | 12/23/08 |

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete pilot site baseline data collection | 2/28/09 | 3/27/09 |
| Complete pilot implementation and evaluation at MCSP, CCWF and RJD. | On-hold |  |
| Complete revisions and receive approval for new sick care chapter 4 policy | On-hold |  |
| Complete implementation of approved sick call models and policies | On-hold |  |
| Transfer project functions to programmatic operations | 12/31/2009 |  |

**Dependencies/Constraints**
1. Project is in to process of being re-scoped; revised dependencies pending outcome of planning meetings

**Project Core Team Members**

| Team Members | Role |
|---|---|
| TBD | Clinical Manager |
| Doug Mudgett | Nursing Lead |
| Brian Spray | Project Manager |
| Richard Martin | Team Lead |
| TBD | Nursing Consultant |
| TBD | Nursing Consultant |
| Vickie Bertucci | Correctional Consultant |
| TBD | Core Team Member |
| Amanda Johnson | Clerical Support |
| Vacant | IT Consultant |

| **Executive Project Data Sheet** | **As of:  April 22, 2009** |

---

**Key Work Products**
**1.** TBD

**Specific Performance Measures**
**1.** By 7/31/09 in pilot clinics 75%+ of medical 7362s collected will have time stamp.
**2.** By 7/31/09 in pilot clinics 80%+ of requests for clinical services will have clinical evaluation within 24 hours.
**3.** By 7/31/09 in pilot clinics 80%+ of scheduled routine will be seen by PCP within 14 days of triage.
**4.** By 7/31/09 in pilot clinics 70%+ of scheduled follow-ups will be seen within specified timeframe of face to face.

**Issues**
**1.** Project on hold pending re-scope
**2.** Data collection on-hold pending outcome of scope planning
**3.** Resources have been reassigned; team will have to be re-staffed when project resumes

**Lifecycle:**
The sick call project has been put on hold. The Access to Care Integrated Leadership team is currently discussing scope and deliverables. Project data sheet will be updated to reflect new objectives as soon as planning is complete.

**Project Name:  Dialysis Transition Program**
**Project Executive:  Dr. Dwight Winslow**
**Project Sponsor:  Dr. Nadim Khoury**
**Project Manager:  Rich Klutz**

| Start Date: | 02/01/09 | Est. Finish Date: | 09/30/09 |
|---|---|---|---|

**Solution Vision:**
Ensure continuity of care and reduce the cost of services by transitioning contract dialysis services to CPHCS with central management of the program.

**Project Description:**

Transition the current contracted dialysis services provided at WSP, KVSP and SATF to CPHCS owned and operated services at WSP and SATF.

**Organization Impact:**

Creation of a CPHCS dialysis program that is managed and staffed by civil service staff; Creation of dialysis support positions; operation of dialysis equipment by civil service staff; reduction of dialysis locations from three to two and reduction of sites from four to two; and transfer of inmate/patients requiring dialysis from KVSP to SATF and WSP; reduction of dialysis cost by an estimated $24.9 million over eight years.

**Project Purpose:**
To provide continuity of care along with the most cost effective care by transitioning dialysis services from contract services to civil service with centralized management.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective:
Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Dialysis Administrator position established | 4/1/09 | 3/31/09 |
| New classification series approved by SPB | 4/15/09 | |
| Contract Nephrologist | 5/1/09 | |
| Dialysis equipment acquisition options | 5/1/09 | |
| New positions established in budget | 7/1/09 | |
| IT system acquisition | 7/1/09 | |
| Hire new staff | 9/30/09 | |
| Transition to in-source | 10/1/09 | |

**Key Work Products:**
1.  Position descriptions, advertisements and related hiring documents for Patient Care Technician (Dialysis); Bio-Medical Technician; Dialysis Administrator; Nephrologist; Clinical Social Worker, Clinical Dietician, Medical Secretary and Registered Nurses.
2.  Dialysis equipment acquisition.
4.  Dialysis equipment maintenance contract
5.  Statewide contract for dialysis chemicals and other disposable supplies
6.  Dialysis specific patient records software
7.  Clinical standards for the program
8.  Interfaces to other CPHCS systems documented and/or implemented.

**Dependencies:**
1.  None identified at this time.

**Constraints:**
1.  Equipment, software, maintenance services and supplies must be procured within State policy, guidelines and processes.

2.  New positions must be established and classified within State policy, guidelines and processes.

3.  The dialysis transition program must be implemented as quickly as possible to enable expeditious accrual of cost savings.

4.  The dialysis transition program must follow established CPHCS Project Management Office project management processes and procedures.

**Risks:**
1.  Conflicting project priorities may impact the project schedule;

2.  Transition of patient records from existing systems to the new system may be more complex than expected; and

3.  Hiring new staff and managers may take longer than expected.

4.  Negotiations with equipment vendors may take longer than expected;

**Project Team:** Dr. Nadim Khoury, Andrew Greene, Louise Solorio, Rich Klutz

**Specific Performance Measures:**
1.  Successful transition of all patients to the dialysis sites at WSP and SATF using civil servants to manage and staff the operation.

**Executive Project Data Sheet**                                      **As of: April 15, 2009**

Status as of April 15, 2009:

- Cost/Benefit appendices for the Central Region, San Quentin and California Medical Facility have been added to the Project Charter.

- Project detailed planning continues with project stakeholders.

- A Budget Change Proposal concept paper was completed for the project.

- Research into dialysis specific patient records software continues.

- The Dialysis Administrator has been hired and works out of the Central Region.

- Procurement Services continue research and development of a CPHCS statewide dialysis consumable supplies contract which will be used until the Department of General Services finalizes a statewide dialysis supplies contract.

**Executive Project Data Sheet**                                    **As of: April 15, 2009**

**Project Name: Emergency Medical Response**
**Project Executive: Dr. Terry Hill**
**Project Sponsor: Betsy Chang Ha; Dr. Dwight Winslow**
**Project Manager: Rich Klutz**

| Start Date: | 03/01/08 | Est Finish Date: | 06/01/09 |
|---|---|---|---|

**Solution Vision:**
A standard medical emergency response system that meets community standards and reduces avoidable morbidity and mortality.

**Project Description:**

Develop an Emergency Response System that meets community standards and includes standard policy and procedures, training and certification in emergency response, and acquisition and placement of appropriate emergency response equipment.

**Organization Impact:**

Reduced morbidity and mortality; training and certification activities; equipment inventory and maintenance activities; documentation, medical oversight, quality improvements.

**Project Purpose:**
Standardize the structure and organization of the CDCR Emergency Medical Response System including policy, equipment and personnel certification and training.

**Strategic Plan Objectives:**
Primary Goal: 2: Medical Program
Objective: 2.3 Improve Emergency Response to Reduce Avoidable Morbidity and Mortality
Actions: 2.3.1 Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions

2.3.2 By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff

2.3.3 By January 2009, inventory, assess and standardize equipment to support emergency medical response

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Pre-implementations and video conference | 12/05/08 | 12/05/08 |
| Equipment standardization | 01/31/09 | 1/31/09 |
| Follow-up implementations | 01/31/09 | 1/29/09 |
| Post implementation audits | 03/30/09 | * |
| BLS/ACLS training program | 06/30/09 | |

**Key Work Products:**
1. Emergency Medical Response Program Policies and Procedures
2. Certification and Training standards for all clinical staff
3. EMR equipment inventory and standards

**Dependencies:**
1.

**Constraints:**
1. EMR training standards may be constrained by labor relations considerations.

**Risks:**
1. Budget delays could delay standardization of EMR equipment.
2. Inaccurate and/or untimely training and equipment inventories will prevent timely standardization.
3. Lack of a single point of contact in institutions responsible for EMR equipment support and maintenance may hinder full compliance with equipment inventory and maintenance requirements.

**Project Team:**

| Wesley Capon | Ivan Gallardo |
|---|---|
| Cynthia Ramsey | Dr. Alan Frueh |
| Wendy Lee | Mel Lewis |
| Dora Galvez-Moretti | Cathi Murdoch |
| | Ian Branaman |

**Specific Performance Measures:**
1. Policy Adoption
2. % Certified and Trained
3. % Equipment Standardized

**Additional Information (Optional):**

* Post implementation audits suspended due to travel restrictions. A self audit program was initiated and the first round of self audits is due April 1st for HQ review.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 193 of 269

Status as of April 15, 2009

EMR policy
- Received 20 self audits which are being reviewed by the EMR Nurse Consultant Program Review (NCPR).
- Began receiving Emergency Medical Response Review Committee (EMRRC) meeting documentation. EMR staff are reviewing and analyzing the minutes.
- Collection of potential revisions to the EMR policy continues.
- Continued to work with CPHCS/CDCR forms groups to get three EMR forms approved for the CDCR form catalogue.

BLS/ACLS certification and training programs
- Continued focus and follow-up by Clinical Operations on physician and mid-level (physician assistants and nurse practitioners) BLS/ACLS training program.  Certification information is being captured in Credential Smart information system.
- Nursing services is conducting a series of surveys to determine BLS and ACLS training needs.  The first survey collected information about BLS and ACLS for employees in the Triage and Treatment Areas (TTA's).  The survey indicated that 86% of employees working in the TTA's are ACLS certified (100% American Heart Association certified) and 99% of employees working in the TTA's are BLS certified (99% American Heart Association certified).

Equipment standardization
- A Budget Change Proposal concept paper for FY20010/11 was completed to establish multi-year, regular funding for EMR equipment standardization and expanded placement.

# Executive Project Data Sheet

As of: April 15, 2009

**Project Name:  Health Information Management**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:    Justin Graham, MD, MS  and**
**                    Bonnie Noble, RN, PhD.**
**Project Manager:  Michelle Colodzin**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **9/1/2008** | **Est Finish Date:** | **2/13/2009** |

**Solution Vision:**
Objective of the HIM project is to contract for health records management and staffing functions to transition the current HIM operation to one based on industry best practices and standards applicable to the correctional environment.  The goal is for the selected vendor to establish a health information organization including management and line staff, policies and procedures, quality assurance and governance so that the health records function is able to smoothly transition to the long term goal of an Electronic Health Record (EHR).

**Project Description:**
Phase I:  This phase of the project will deliver HIM compliance standards, a current status assessment and a remediation bridge plan/roadmap that will serve as the infrastructure for Phase II the Master (HIM Remediation) Work Plan

**Organization Impact:**
The Health Information Management Project will introduce changes that will ensure timely updates to inmate-patient health records and provide a complete and accurate health record to clinical/medical staff whenever and wherever needed.

**Project Purpose:**
Phase I will deliver a comprehensive roadmap to CPHCS that will be the basis for the Master Work Plan that will be presented to the Receivership for approval in February 2009.

**Strategic Plan Objectives:**
Primary Goal:  5: Medical Support
Objective:  5.2: Health Records
Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kickoff | 9/2008 | 9/2008 |
| Project Charter Approval | 9/2008 | 11/2008 |
| Deliverable I | 10/2008 | 10/2008 |
| Deliverable II | 11/2008 | 11/2008 |
| Deliverable III | 1/2009 | 2/18/09 |
| Phase I Completion | 2/2009 | TBD |

**Key Work Products:**
1.  Project Charter (Phase I)
2.  HIM Project Steering Committee Charter
3.  Deliverable I: Compliance, Regulations and Best Practices (Analysis and Recommendations)
4.  Deliverable II:  Current State Assessment
5.  Deliverable III: Remediation Roadmap

**Dependencies:**
1.  Acceptance of Compliance Standards
    a.   Best Practices
    b.   Privacy Policy
2.  Comprehensive current state assessments
3.  Completion of the electronic document management system using EMC Documentum and OrionHealth or a clinic frontend portal/system.

**Constraints:**
1.  Time limitations
2.  Undocumented processes and procedures
3.  Competition for internal resources

**Risks:**
1.  Delay in SME consultation to other projects due to cancellation of the SOURCECORP contract may result in rework for HIM and/or other dependent projects

**Project Team:**
The HIM Project team is currently comprised of approximately seven (7) team members that include representative staff from CPHCS, CPR, and SOURCECORP.  SOURCECORP team members will roll-off the project no later than May 31, 2009

**Specific Performance Measures:**
1.  Monthly HIM Steering Committee Meetings
2.  Internal Peer Review
3.  Executive Sponsors Review
4.  Status Reports (all levels)

**Additional Information (Optional):**
1.  Lifecycle Phase:  Execution/Development
2.  SOURCECORP was issued a Stop Work Order and Contract Termination notice on March 30, 2009.
3.  Two SOURCECORP SMEs remain on the project to close-out current activities and assist with development of a transition plan.  These team members will be rolled-off the project no later than the end of May 2009.
4.  An HIM Working Group was established to address short, medium and long-term strategies for maintaining project progress.

**Project Name:  Medication Administration Process Improvement Program (MAPIP)**
**Project Executive:  Karen Rea**
**Project Manager:  G. Robinson**

| | | | |
|---|---|---|---|
| **Start Date:** | **January 2009** | **Est Finish Date:** | **June 2010** |

**Solution Vision:**

Develop and implement efficient medication management system to reduce patient medication errors and maximize quality in medication administration.

**Project Description:**

SATF and CSP-Corcoran have been given the opportunity to develop an efficient and effective medication management system to be used as a model for all CDCR. The goal of this pilot is to use research, evidence-based practice, and imagination to implement drastic changes promoting effectiveness, efficiency and quality improvement that will not only enhance medication delivery, but the delivery of healthcare services in general. It is our goal to redesign ineffective systems into efficient, streamlined, quality systems that serve the needs of our inmate-patients, make the best use of our staffing resources, decrease medication errors and decrease 602 medical appeals

**Organization Impact:**

Decrease in costs associated with inefficient pill lines.

**Project Purpose:**
Develop new policies, procedures and protocols related to decreasing quality of care and increasing efficiencies around the administration of medications to inmates.

**Strategic Plan Objectives:**
Primary Goal: To provide facility healthcare staff with the proper protocol, processes, and classifications required to efficiently provide quality medication administration to inmate population.
Objective: Create policies, procedures and protocols to meet primary goal.
Actions: Perform onsite assessments and audits of existing processes; review for improvements both on and offsite by panel of experts.

**Major Milestones**

**Key Work Products:**
1.  Medication Administration Audit Tool
2.  Medication Administration Studies
3.  Medication Administration Process Improvement Plan
**Dependencies:**
1.  Nurse Staffing Assessment: development of proper staffing volume and classification mixes for medication administration functions
2.  Nurse Classifications: development of accurate descriptions for new nurse classifications
3. Access to Care: development of delivery models which enable and support efficiencies provided under this project

**Constraints:**
1.   Buy-in of changes by large audience (i.e. all leadership of healthcare within the facility, in addition to custody)

**Major Risks:**
1.  Need to coalesce a large body of variant concerns and thoughts concerning medication administration protocol

**Project Team:**

Karen Rea, Donnie Nicholas, Cheryl Schutt, Carmen Hobbs; Wendy Carlsen; Suzanne Hermreck ; Greg Robinson

**Specific Performance Measures:**
1.  Project calendar
2.  Written Reports
3.

**Additional Information (Optional):**

**Executive Project Data Sheet**                                        **As of: April 15, 2009**

| Milestones | Planned | Actual |
|---|---|---|
| Develop MAPIP Audit Tool | Jan 09 | Jan 09 |
| Approval for Audit Tool | Feb 09 | Delayed due to new committee exploring and completing this. |
| Develop MAPIP Pre-audit Guidelines and Protocol | Feb 09 | Jan 09 |
| Approval for Pre-audit Guidelines and Protocol | Feb 09 | Feb 09 |
| Develop MAPIP Methodology | Jan 09 | Jan 09 |
| Approval for Methodology | Feb 09 | March 09 |
| Begin pilot of new MAPIP methodological processes | March 09 | March 09 |

**Current Project Positioning Within Lifecycle**

Workgroup tasks are delivering on time; process flow mapping is drawing to a close with the deliverable of flow maps being produced.  The next phase will integrate the maps to produce the 'best practice' map.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 197 of 265

**Project Name:  Mini-Region Implementation Project**
**Project Executive:  Dr Dwight Winslow**
                        **Karen Rea, CNE**
**Project Sponsor:  Dr Bruce Barnett**
                        **Cheryl Schutt, RCNE**
**Project Manager:  Carl Block**

| | | | |
|---|---|---|---|
| **Start Date:** | **2/5/09** | **Est Finish Date:** | **3/30/10** |

**Solution Vision:**
Provide inmates with timely access to appropriate medical care, as measured by a reduced backlog of requests for medical services in the Receiver's 4th region ("Mini-Region") consisting of COR, SATF, ASP, and PVSP.

**Project Description:**
Install effective primary care teams at all four mini-region institutions.  The primary care teams will be accountable for providing timely, cost-effective preventative and acute care to inmates, all of whom will be assigned to specific primary care teams.

**Organization Impact:**

Eliminate the current backlog of requests for medical services at COR, SATF, ASP and PVSP (7342 and 7632).

Reduce costs of medical services provided by external providers in the mini-region, including specialty services, acute hospitalizations and prescription medications.

Hire stable workforce of healthcare providers who are committed to delivery of high-quality medical services at California prisons.

**Strategic Plan Objectives:**
    Primary Goal: 3 Recruit, Train and Retain a Professional Quality Medical Care Workforce
    Objective: 3.1 Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions
    Objective: 3.2 Establish Clinical Leadership and Management Structure
    Secondary Goal: 4 Implement Quality Improvement Programs
    Objective: 4.1 Establish Clinical Quality Measurement and Evaluation Program
    Objective: 4.2 Establish a Quality Improvement Program
    Objective: 4.3: Establish Medical Peer Review and Discipline Process to ensure Quality Healthcare

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter Approved | 2/18/09 | 2/18/09 |
| Assign Patients to Providers | 4/30/09 | |
| Form Primary Care Teams | 4/30/09 | |
| Train Primary Care Teams | 5/31/09 | |
| Institute Local Peer Reviews | 6/30/09 | |
| Implement External Inspections | 8/31/09 | |
| Allocate or Build Required Space | 12/31/09 | |
| Hire Personnel to Fill-Out Teams | 3/30/10 | |

**Key Work Products:**
    1.  Hire physicians and support staff to provide sufficient medical personnel in mini-region
    2.  Allocate or build space to enable physicians and support staff to provide effective service
    3.  Organize physicians and support staff into primary care teams
**Dependencies:**
    1.  Approval of budget to build space and or increase utilization of existing space.

**Constraints:**
    1.  Budget for hiring physicians and staff.
    2.  Budget for increased staff hours and/or building new facilities to provide work space for physicians and support staff.

**Risks:**
    1.  Inability to hire needed medical personnel in the mini-region.
    2.  Insufficient budget to provide adequate work-space for medical staff.
    5.  Short time for execution of plan.

**Project Team:**
    Dr. Bruce Barnett, Regional Medical Director
    Ms. Cheryl Schutt, Regional Director of Nursing
    Ms. Cathi Murdoch, Custody Support
    Mr. Carl Block, Project Manager

**Specific Performance Measures:**
    1.  Health Care Services Request (Form 7362)
    2.  Requests for Service (Form 7243)
    3.  Staff Vacancies

**Additional Information (Optional):**

During March, The Mini Region Team developed the assessment paper as required in the Charter.  The number of pending inmate requests for service have been reduced to reasonable numbers because weekend and evening clinics have been implemented to address the backlog of requests.  Vacant physician positions are being rapidly filled, with 10 physicians in the pipeline to become state employees in the near future.



Case 2:90-cv-00520-KJM-SCR   Document 3600   Filed 06/01/09   Page 200 of 269



**Project Name: Nurse Staffing Assessment Team**
**Project Executive: B. Chang-Ha**
**Project Manager: G. Robinson**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **May 2008** | **Est Finish Date:** | |

**Solution Vision:**
Fiscal approval of budget for recommended nursing positions (classification mix and volume)  to provide constitutional care to persons in custody.

**Project Description:**

There are two primary objectives:

1. Develop a methodology to equitably and adequately staff the facilities with a validated proper classification mix of nursing staff.

2. Extend recommendations to the Receivers office concerning actual levels required to adequately staff the facilities

**Organization Impact:**

Decrease in overtime and registry usage by properly enumerating and allocating the right classification mix and volume of nursing staff used in institutions, based on a sound methodology.

**Project Purpose:**
Provide models of nursing staff needs for all institutions according to future model of delivery of care.

**Strategic Plan Objectives:**
Primary Goal: To provide Finance and other stakeholder departments (e.g. CDCR Human Resources) with sound reasoning for proper recommendations of amounts and types of nurses required for institutions to deliver nursing care.
Objective: Create documentation to support end goals
Actions: Perform onsite assessments (data gathering) and offsite methodologies in support of the objectives.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Develop Methodology | June 2008 | June 08 |
| Develop Audit Tools | July 08 | July 08 |
| San Quentin Audit | July 08 | Aug 08 |
| San Quentin Report | Aug 08 | Aug 08 |
| SATF Audit | July 08 | Sept 08 |
| SATF Report | Sept 08 | Sept 08 |

**Key Work Products:**
1. Nurse Staffing Assessment Methodology
2. Levels of Nursing Care based of acuity of Inmate Diseases and Conditions
3. Primary Care Model for the Delivery of Health Services
4. Facility Matrix

**Dependencies:**
1. Availablities to RN to complete workload
2. Access to Care initiatives for related data gathering

**Constraints:**
1. Need for additional temporary (Registry) staff to perform best practice assessments under revised methodology

**Major Risks:**
1. Steering Committee lack of full engagement

**Project Team:**

Carmen Hobbs, RN, MSN (SRN II); Lilia Meyer, RN (NCRP), Ted Udseth, RN (SRN III), Wendy Carlsen, RN (SRN II); Suzanne Hermreck (SSA); Greg Robinson (PM)

**Specific Performance Measures:**
1. Project calendar
2. Written Reports
3.

**Additional Information (Optional):**

| | | |
|---|---|---|
| PBSP Audit | Oct 08 | Oct 08 |
| CIW Audit | Nov 08 | Nov 08 |
| Revise Methodology | Nov 08 | Nov 08 |
| Present Finding and Recommendations to John Hagar | Dec 08 | Dec 08 |
| SATF Medication Administration Pilot | Feb 09-July 09 | In Progress |
| Inpatient, OHU Pilot | Aug 09 – Dec 09 | Planned |

**Current Project Positioning Within Lifecycle**

Staffing assessment is ongoing in conjunction with the work being performed on the MAPIP project, and remains dependent upon results being produced in Access to Care initiatives.

**Executive Project Data Sheet**
As of: April 14th, 2009

| Project Name: Public Health Unit | |  | |
| Project Executive: Dwight Winslow | | | |
| Project Sponsor: Janet Mohle-Boetani | | | |
| Project Manager: David Forbes | | | |

| | | | |
|---|---|---|---|
| **Start Date:** | **12-1-2008** | **Est Finish Date:** | **12-1-2010** |

**Solution Vision:**
To ensure that public health prevention and control services are standardized, and provided to all patient-inmates and CDCR staff in 33 adult correction institutions statewide. The expansion of public health policies and procedures into primary care will help make clinical operations more Proactive, Planned and Cost-effective.

**Project Description:**
Develop the people, processes and technology in support of a Public Health Unit. The project will include four (4) evaluations as well as an institutional staffing assessment. Information Systems will be enhanced to capture Public Health data.

**Organization Impact:**
This project influences the clinical practice of all 33 adult correction institutions, and benefits both employees and inmates throughout CDCR. **Project Purpose:**
To ensure adequate public health prevention and control and reduce the likelihood of disease outbreaks and morbidity at all institutions.

**Strategic Plan Objectives:**
Primary Goal: **1:**Timely Access to Care
Objective: **1.2:**Staffing and Processes for Health Access

Actions: Develop people, policies and technology to enable public health care prevention and control

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Needs Assessment and Design for Public Health Unit information systems | 7-1-09 | |
| Perform Public Health Evaluations | 12-01-09 | |
| Develop and Complete Action Plans | 12-01-10 | |
| Implement Public Health Surveillance Systems | 5-1-10 | |

**Key Work Products:**
1. Evaluation and Action Plans for:
   a. Public Health Nursing
   b. Tuberculosis Alert Coordinator
   c. Employee Public Health
   d. Inmate Peer Education
2. Public Health Nurse Workload Analyses and Action Plan
3. Public Health Unit Systems Analysis and Design
4. Ongoing Tracking Processes and Systems for all sections in the Public Health Unit.

**Dependencies:**
1. Action Plans require the completion of respective evaluations and workload analysis
2. Public Health Unit System Analysis and Design precedes development work

**Constraints:**
1. Public Health Unit expansion requires executive approval for staff acquisition

**Risks:**
1. Acceptance of public health policy and procedures may vary between institutions.
2. IT Infrastructure may not be adequate for broad adoption of required IT solutions.

**Project Team:**
1. Dave Forbes, Project Manager
2. Dr. Janet Mohle-Boetani, Project Sponsor, CMO
3. Nancy Snyder, Nurse Consultant Program Review

**Specific Performance Measures:**
1. Progress Against Schedule
2. Resolution of risks and issues
3. # of nurses trained in public health procedures and policies

**Additional Information (Optional):**
N/A

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 202 of 269



Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 204 of 269

**Where the Project is in the Lifecycle:**

This project will require the completion of four (4) public health evaluations and integration of Public Health information system requirements. One of these evaluations, Inmate Peer Education, continues to progress. The design for this evaluation has now been broadly reviewed. A draft design of another evaluation, TB Alert Coordinator, is now complete and is being reviewed. The designs for the other 2 evaluations are being developed currently.

System design documents are complete for the clinical data registry and are under development for CDR. The CDR specifications will require more effort to consider input from the development team and all 33 CDCR institutions. A prototype that includes public health registry requirements is currently being developed.

**Project Executive:  Diana Toche, DDS**
**Project Sponsor:  Jamie Mangrum**
**Start Date:  09/02/08    Est. Finish Date:  06/30/11**

**Solution Vision:**
  To provide appropriate and timely Panoramic and intra-oral dental imaging and interpretation services for the incarcerated population at all CDCS institutions and facilities.

**Project Description, Phase 1:**
  Increase image capacity. Allow storage of many more digital Panoramic and intra-oral dental images preventing the possibility for deletion of new or existing images.

  All existing and new digital Panoramic/intra-oral images generated at CDCR dental clinics must be retained indefinitely.

**Organization Impact:**
  DCHCS, IDSP currently uses Planmeca Promax X-Ray Devices at the various prison sites installed in their most basic configuration. They are currently paired with a stand-alone viewing and image storage workstation. The current configuration fails to meet certain legal requirements.  Unfortunately, there is currently a potential for deletion of images when the limited workstation storage capacity is filled.  Consequently, digital image retention is the primary focus of Phase 1.

**Project Purpose:**
  Plan and execute the installation of sufficient digital storage across CDCR dental operations to ensure all images are retained as required under the law.

**Strategic Plan Objectives:**
  Primary Goal: 5: Medical Support Infrastructure
  Objective: 5.3: Radiology and Laboratory Services
  Actions: 5.3.1: Establish Strategy for Improvements

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Create new SOW | 4/30/09 | |
| Contract Amendment | 5/8/09 | |
| Qualified installation scripts | | |
| Begin installation rollout | | |

**Key Work Products:**
  *1.* SOW
  2. Detailed Installation Scripts
  3. P&P updates for interim image retention
**Dependencies:**
  1. Change Order for MSI involvement
  1. Availability of contracted services
  2. Timely release of purchase orders

**Constraints:**
  1.  Purchase orders not delivered in a timely manner.
  2.  Complexity of storage installation.

**Major Risks:**
  *TBD*

**Project Team:**
  The core project team is comprised of select MSI management and SMEs under the guidance of the PMO.  Leadership for this project is comprised of the State Dental Director and select staff.

**Specific Performance Measures:**
  1.  Achieve consensus on scope and requirements for Phase 1 of the project
  2.  Prepare process flow diagrams and use cases that are approved by SMEs
  3.  Timely installation of needed additional storage devices for digital images.

**Current Status:**

  This project has been put on hold for evaluation. MSI has been engaged to produce a new, narrowly defined SOW to cover the interim storage needs for dental images until a networked, integrated statewide solution is in place.  MSI plans to engage Western Blue as a sub-contractor and assume responsibility for this phase of the project in its entirety.   Phase II activities, as detailed in the original SOW are encompassed in the current Performance Agreement with MSI for Imaging Services.

# Executive Project Data Sheet As of: April 15, 2009 Version 3.1 (09/2008) Use 12 point font., No Italics

**Project Name: Business Information System (BIS) HR/Nursing**

**Project Executive: Betsy Chang-Ha, Kathy Stigall, Karen Rea**

**Project Sponsor:, Jamie Mangrum**

**Project Manager: Senthil K Muniappan**

| | | | |
|---|---|---|---|
| **Start Date:** | 10/28/2008 | **Est Finish Date:** | 9/30/2009 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**
Implementation of CDCR's Business Information System (SAP human resources for all CPHCS and Shift Planning for Nursing) for CPHCS

**Organization Impact:**
Major positive impact on headquarters and institution personnel due to the implementation of new, standardized HR business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS' human resources, Post & Bid and Shift Planning business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
Primary Goal: 4:Quality Improvement Programs
Objective: 4.2: Quality Improvement Program
Actions: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release 2 Pilot OM/PA  Go-Live | 5/4/2009 | |
| Release 2 Pilot SS/Time Go-Live | 7/1/2009 | |
| Release 2 EG/Travel /LSO/WC Go-Live | 8/1/2009 | |
| Release 2 PCP/FI Int Payroll I/F Go-Live | 8/1/2009 | |
| Release 2 Pilot Completion | 9/30/2009 | |

**Key Work Products:**
1. Identification of CPHCS BIS HR/Nursing users and security roles
2. CPHCS BIS HR/Nursing Training and Support Plan
3. Identification of business processes, security roles and system configuration requiring modification for CPHCS HR/Nursing
4. Power users Sign-off for UAT
5. Change Agents and Steering committee Sign-off for Release 2 completion (09/30/2009)

**Dependencies:**
1. CDCR BIS Project – Release 1B implementation
2. BIS and CPHCS networks/active directories (single sign-on)
3. Access to Care initiatives for related data gathering, HR policies and procedures
4. Nurse Staffing Assessment methodology
5. 10,000 Bed project – HR related policies and procedures

**Constraints:**
1. Insufficient number of SAP/BIS experienced trainers

**Risks:**
1. CDCR planned deployment approach
2. Not all CPHCS requirements captured and incorporated into design
3. Not enough trainers available from CPHCS
4. Aggressive time line for implementation
5. Not enough Resources to support the new business processes
6. Relevant discussions with all bargaining units and labor unions not completed

**Project Team:**
CPHCS's core project team consists primarily of the project manager, who is acting as the Receiver's one of the two BIS representatives and advisor, supported by subject matter experts, who will participate in project workshops and user acceptance testing.

**Specific Performance Measures:**
1. Standardized business processes for headquarters and institutions
2. Integrated budget, accounting, procurement and human resources
3. On-line, real-time shift planning and scheduling
4. Automated HR Reporting

<u>Where the Project is in the life cycle:</u>

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009.  All functions are planned to be operational in all locations by August 2009. In addition, CPHCS specific requirements modifications for BIS will be addressed beginning in March 2009, with a planned implementation (not firmed up) during July through September 2009.

The OM/PA 'Realization' phase and User Acceptance Testing are completed. Train-the-Trainer is in progress for OM/PA Pilot go-live on May 4, 2009. Overall, the project is in 'System development' or 'Realization' phase with around 85% completed. System design ('Blue printing') has already been completed and key stakeholders signed-off.

Though the 'Blue printing' or design is completed, some of the HR/Nursing related designs may need to be revisited and signed-off to make sure all the design requirements are considered and incorporated into the final work product. One session with HR has already been done to validate the design with the field processes for OM/PA. In addition to this, identifying the train-the-trainers, power users, training logistics are some of the high priority items dealt with.

| **Executive Project Data Sheet** | | | **As of: April 22, 2009** |
|---|---|---|---|

**Project Name:  Clinical Data Repository**
**Project Executive:  Glen Moy / Justin Graham**
**Project Sponsor:  Jamie Mangrum**
**Project Manager:  Tammy Sullivan-King**

| | | | |
|---|---|---|---|
| **Start Date:** | **07/01/2008** | **Est Finish Date:** | **06/30/2010** |

**Solution Vision:**
Implement a centralized clinical data repository and portal solution that serves as the foundation for an enterprise-level, integrated Health Information Management System.

**Project Description:**
Compile health data - Clinical, Mental Health, and Dental - obtained from several disparate data sources into a unified health information management system.

**Organization Impact:**
This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**
To begin establishing a longitudinal (end-to-end) Electronic Health Record for every CDCR inmate.

**Strategic Plan Objectives:**
  Primary Goal: 5:Medical Support Infrastructure
  Objective: 5.4: Clinical Information Systems
  Actions: 5.4.1: Medical Data Repository

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Solution Design Approved | 12/5/08 | |
| Solution Design Complete | | |
| Solution Build & Test Begin | 03/02/07 | |
| Testing Plan Approved | 4/20/09 | |
| Training Plan Approved | 4/30/09 | |
| Pilot Site #1 Training | 4/20/09 | |
| Pilot Site #1 Go Live | 6//26/09 | |
| Pilot Site #2 Training | 7/6/09 | |
| Pilot Site #2 Go Live | 7/13/09 | |
| Pilot Site #3 Training | 7/20/09 | |
| Pilot Site #3 Go Live | 7/27/09 | |

**Key Work Products:**
  1.  Solution Design Document
  2.  Re-Baselined Project Schedule
  3.  CDR Project Plan

**Dependencies:**
  1.  CPHCS Network Project
  2.  CPHCS Data Center Project
  3.  CPHCS End-User Computer Rollout
  4.  Maxor Pharmacy (Guardian) Project
  5.  Trading Partner Data Agreements – Quest and Foundation Laboratories

**Constraints:**
  1.  CPHCS Network Rollout Schedule / Decisions
  2.  Maxor Guardian Rollout Schedule / Decisions
  3.  CPHCS Data Center Implementation Schedule / Decisions

**Risks:**
  1.  Verizon Data Center availability
  2.  Source Data from CDCR legacy systems quality and availability
  3.  VzB and IBM Technical Collaboration

**Project Team:**
The Clinical Data Repository's core project team is comprised of approximately thirty (30) team members that include representative staff from CPHCS, Califronia Prison Receivership Corp., IBM, Oracle, Initiate Systems, and Orion Health.

**Specific Performance Measures:**
  1.  User Group Sessions  w/Subject Matter Experts are held to validate and approve use cases.
  2.  Scope and requirements are agreed upon and validated by system component (Clinical Portal, Clinical Data Repository, Enterprise Master Patient Index) Subject Matter Experts
  3.  Key System Performance Indicators (as stated in Solution Outline Document)

**Additional Information (Optional):**
Phase Alignment CPHCS/IBM:
  1.  Currently in the Planning/Solution Design Phase
  2.  Budget Forecast is available upon request.

The Clinical Data Repository Project is currently in the Solution Build & Test Phase having completed the solution design collaborative with VzB. The IBM team is engaged in the re-baseline of the project schedule to include the hours increase prescribed post the Solution Design phase while continuing with solution Development and Integration Test activities.

In March, the project team's primary focus is ensuring that QA and PROD solution stacks are seated properly within the VzB Data Center A (DCA). This includes a collaboration effort between the IBM and VzB technical teams with IBM performing the build of QA with VzB providing oversight and VzB performing the build of PROD with IBM oversight.

The new date issued for Pilot 1 Go-Live remains as June 26, 2009 although the seating processes at the DCA has created unforeseen hindrances. This date shall remain the target until information is provided that would drive a schedule modification.

**Executive Project Data Sheet**                    **As of: April 22, 2009**

**Project Name:  Central Fill Pharmacy Project**
**Executive:  Elaine Bush**
**Project Sponsor:  Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager:  Erick Rendón**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **December 2008** | **Est Finish Date:** | **Dec 2011** |

**Solution Vision:**
Implement a centralized pharmacy to consolidate ordering and logistic distribution of prescriptions; reducing cost and unnecessary waste while improving tracking of medications to increase patient utilization.

**Project Description:**
Central Fill Pharmacy will fill prescriptions for all 33 correctional centers. It will order bulk pharmaceuticals, pre-package them and automatically fill orders entered in GuardianRx. The facility will have automated inventory management; medication checks and provides distribution of prescriptions by next business day to all facilities.

**Organization Impact:**
Immediate reduction in tasks done by sites personnel. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites. Savings will be realized through centralized ordering, increase adherdson to Pharmacy and Therapeutic Committee recommendations and decrease overall inventory in stock based on accurate inventory levels.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock.

**Strategic Plan Objectives:**
    Primary Goal: 5.0 Medical Support Infrastructure
    Objective: 5.1 Pharmacy Programs
    Actions: 5.1.3 Central-Fill Pharmacy

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Site design | Mar 09 | Mar 09 |
| Site leasing contract | May 09 | |
| Site construction drawings | Aug 09 | |
| Automation tested (Texas) | Sep 09 | |
| Site construction begins | Oct 09 | |
| Automation installed (CA) | Jan 09 | |
| Construction complete | Mar 10 | |

**Key Work Products:**
    1.  Leasing Contract
    2.  Construction Plans
    3.  Procurement

**Dependencies:**
    1.  Architectural design and approvals
    2.  Pharmacy Site Leasing Contract
    3.  CPHCS Network Project
    4.  Maxor Pharmacy (Guardian) Project
    5.  Data Center Project

**Constraints:**
    1.  Maxor Guardian Rollout Schedule / Decisions
    2.  CPHCS Network Rollout Schedule / Decisions
    3.  Construction lease agreement
    4.  Procurement

**Risks:**
    1.  State mandated furloughs affecting key
    2.  Long lead time in payments of invoices
    3.  LEED Certification time and cost
    4.  Losing key resource in June
    5.  Long lead times for procurement

**Project Team:**

Project Manger: Erick Rendón

Maxor National Pharmacy Services: Dick Cason

Cornerstone Automation: Michael Doke / Gary Greiner

Department of General Services: Sally Morphis

Resource Management: Jeanette Kellogg

Contractor PM - TBD

**Specific Performance Measures:**

    1.  Quality Assurance Matrix
    2.  Service Matrix
    3.  Delivery Matrix

**Additional Information (Optional):**

| Beta-site implementation | May 10 | |

The project is still technically in planning.

A major milestone of delivering design requirements and specifications handed over to landlord has been completed. Have met with landlord and currently in negotiations for the leasing contract between landlord and Department of General Services. Once completed construction plans will be drawn out including LEED requirements, permits pulled and finally construction on the build out begin.
Budgets assessment of next 5 years completed with modifications after tenant negotiations.

A key risk is the reduction of work time due to key employees secondary to mandated work furloughs, and the Business Operations SME will be retiring in June and am concerned the momentum will suffer due to change in staff; while initial down payment for has been completed, continual delays in payment will hamper vendor from purchasing large portions of equipment for the sorters and pre-packing machinery.

The states insistence to obtain LEED Certification, will definitely impact both cost and time. The cost will increase by 15% and the timeline will be increase at minimum by one month. Currently we are looking at a tentative construction completion by earliest March of 2010, with the first beta site going live in May of 2010 and full implementation due to implementing 2 to 3 prisons in staggered format we anticipate completion by Winter 2012. I will keep all inter-dependencies projects on my radar and incorporate their needs will attempting to pull back this date.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 212 of 269

# Executive Project Data Sheet

**Project Name: Centralized Dictation & Transcription**
**Project Executive: Dr. Dwight Winslow/ Bonnie Noble**
**Project Sponsor: Jamie Mangrum**
**Project Manager: Denise Harris**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **07/01/08** | **Est Finish Date:** | **12/30/09** |

**Solution Vision:**

Implement a centralized dictation and transcription solution that standardizes health record documentation at the enterprise-level.

**Project Description:**

The purpose of this project is to implement a centralized dictation and transcription department for four pilot institutions: San Quentin (SQ), Valley State Prison for Women (VSPW), Central California Women's Facility (CCWF), and CSP-Los Angeles County (LAC).

**Organization Impact:**

This project will have a major impact on CPHCS in that it will provide CPHCS clinical staff with immediate access to patient health information at the point-of-care. The solution will better enable analysis, reporting, and clinical decision-making required to accurately determine patient health status, prepare recommendations, and ensure patient safety in prescriptive actions.

**Project Purpose:**

The purpose of this project is twofold: (1) a model for centralized dictation and transcription statewide; and; (2) improvement in timeliness and accuracy of transcribed documents.

**Strategic Plan Objectives:**
Primary Goal: 5: Medical Support Infrastructure
Objective: 5.2: Health Records
Actions: 5.2.1: Standardize Health Records Practice

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Dictation & Transcription Assessment | 04/08 | 04/08 |
| Approved Project Charter | 07/08 | 07/08 |
| Server Vendor Selection | 10/08 | 10/08 |
| Turnkey Facility | 02/09 | |
| Staffed and Trained Dept. | 03/09 | |
| Pilot Closeout & Eval | 12/09 | |

**Key Work Products:**
1. Project Charter
2. Project Schedule
3. Post Pilot Evaluation and Recommendation

**Dependencies:**
1. CPHCS Network Project
2. CPHCS Data Center Project

**Constraints:**
1. CPHCS Network Rollout
2. CPHCS Data Center Implementation

**Risks:**
1. Verizon Data Center availability
2. Network availability
3. Incompatible component structure; component integration to achieve operability

**Project Team:**

The Centralized Dictation and Transcription project team is comprised of approximately 30 team members that include representative staff from CPHCS, California Prison Receivership Corporation, VerizonBusiness and Crescendo.

**Specific Performance Measures:**
1. 150 lines/hr per medical transcriber
2. 98% accuracy rate for all transcribed documents
3. 24 hour turnaround time for all transcribed reports
4. All pertinent medical records dictated and transcribed.

**Additional Information (Optional):**

1. Working with Verizon to add network drops at pilot institutions
2. Purchasing desktops and network printers as needed

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 213 of 269

The Centralized Dictation and Transcription project is in the implementation phase.  Department lead (HPM II) hired. On-boarding completed in March 2009. Working with Plata Support HR to hire transcribers.  Expect to have all telecommunications circuits in place by mid April 09. Finalized workflow configuration with Crescendo in preparation for train the trainer sessions and system implementation to begin week of April 13th and complete by May 1st.

**Executive Project Data Sheet**                                      **As of: April 22, 2009**



| Executive Project Data Sheet | As of: April 22, 2009 |
|---|---|

**Project Name:  Clinical Imaging Services**
**Project Executive:  Dwight Winslow, MD**
**Project Sponsor:  Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager:  Craig Casey**

| | | | | |
|---|---|---|---|---|
| | | | | |
| **Start Date:** | **09/02/2008** | **Est Finish Date:** | **2011** | |

**Solution Vision:**  To provide appropriate and timely imaging and interpretation services for the incarcerated population at all CDCS institutions and facilities.  Install centralized and distributed management and infrastructure to sustain and refine/improve these services indefinitely.

**Project Description:**  Implement the Enterprise Imaging & Radiology Assessment & Planning remediation roadmap presented July 14, 2008 to the Receiver.

**Organization Impact:**   This project will significantly impact CDHCS clinical staff in all CDCS locations with the provision of tools and infrastructure for the timely diagnosis/evaluation of inmate patients within the institutions.

**Project Purpose:**  Provide minimum acceptable level of ancillary care to CDCS incarcerated population.

**Strategic Plan Objectives:**
   **Primary Goal: 5:Medical Support Infrastructure**
   **Objective:** 5.3: Radiology and Laboratory Services
   **Actions:** 5.3.1:  Establish strategy for improvements and implement.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Interim Equipment Services contracts awarded | Apr 10 | |
| Initiate file room remediation visits | Apr 13 | |
| Ultra Sound mobile contact language complete | Apr 24 | |
| General Rad RFP Draft | Apr 28 | |
| Flouroscopy Equip. RFP Draft | Apr 30 | |
| Proposal for Interim Dental Support | Apr 30 | |

**Key Work Products:**
   1.  Approved vender contract. (completed)
   2.  Project Charter
   3.  Completed institutional assessments and interim staffing model. (completed)
   4.  Detailed project plan. (completed)

**Dependencies:**
   1.  CPHCS Data Center project.
   2.  CPHCS Telemedicine project.
   3.  CPHCS Network project.
   4.  Clinical and executive recruiting success.

**Constraints:**
   1.  CPHCS network rollout schedule
   2.  Recruitment of imaging leadership roles throughout the State.
   3.  Successful & timely negotiation with radiology equipment vender(s).

**Risks:**
   1.  Lack of institutional resources.
   2.  As yet undefined schedules and interaction with parallel projects engaging the institutions.

**Project Team:**

   The CPHCS core project team is comprised of approximately thirty (30) team members and key stakeholders including contributors from CPHCS, CDCR, MSI and selected subcontractors.  This team will engage/include the management and staff from every institution in the State during the life cycle of this project.

**Specific Performance Measures:**
   Performance measures will be developed as part of detailed project planning and reviewed on a regular basis with the ILCT
**Additional Information (Optional):**

Use 12 point font., No Italics

**Current Project Status:**

Phase 0, The MSI Operations team have finished a schedule of institutional visits in order to complete the assessment cycle, included in Phase 0. Phase 0 was formally closed on March 16th with some residual work remaining for the Professional Services team to complete, due to scheduling issues. Phase 0 will overlap Phase 1 which is scheduled to start in mid March. The stakeholders Kickoff meeting was very well attended and generally considered informative and a good use of attendee's time.

The Operations team has prepared document sets covering current and future state workflows in the institutions. These will be used in conjunction with other documents for the stabilization visits beginning next week. The visits are sequenced based on the availability of supplies for file room cleanup process. Pre-notification letters have gone out. Reviewing and developing job descriptions for radiology staff and technologists.

The Technical team met with EMC Documentum vendor, dental leadership and Crescendo's technical staff to understand issues and functionality as it relates to RIS/PACS. Documented initial draft of proposed new equipment requirements and associated power needs. This team continues to address critical equipment issues at some sites (tracked in the Issues Log).

The Professional Services team is working to complete visits to a few remaining sites. This team, in collaboration with all of MSI, CPHCS, etc. is driving to complete rewrites/updates of select service contract language for imaging equipment currently in the field. Work is also progressing on development of RFP language for basic radiology and flouro equipment to support SQ and ASP construction timelines.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 217 of 269

**Project Name:  Clinical Assessment Tool**
**Project Executive:  Dr Dwight Winslow**
**                    Karen Rea**
**Project Sponsor:  Dr Ricki Barnett**
**Project Manager:  Carl Block**

| | | | |
|---|---|---|---|
| **Start Date:** | **3/12/09** | **Est Finish Date:** | **7/31/09** |

**Solution Vision:**
Provide a short-term capability to gather general clinical assessment information about patients in the Receiver's 4th Region (Mini-Region) to enable executive decision making based on patient population information.

**Project Description:**
Create an automated tool to collect and store patient assessment population data in a central database and allow for statistical reports to executives based on the collected information.  The tool shall be designed to be used in areas without network connectivity, such as Infirmaries, Yards, and Reception Centers.

**Organization Impact:**

Enables executives to make policy decisions supported by statistical information about the patient population in the Mini Region.

Minimizes workload on clinical staff by creating an automated tool in a hand-held computer to ease data collection.

**Strategic Plan Objectives:**
    Primary Goal: 1 Ensure Timely Access to Health care Services
    Objective: 1.4 Standardized Utilization Management System and Case Management System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter Approved | 4/20/09 | |
| Test Paper-Based Assessment Tool | 4/20/09 | |
| Define Automated Assessment Requirements | 4/30/09 | |
| Implement Software for Automated Assessment Tool | 5/31/09 | |
| Test Automated Tool | 6/15/09 | |
| Deploy Automated Tool to Pilot Site | 6/24/09 | |
| Deploy Automated Tool across Mini-Region | 6/30/09 | |

**Key Work Products:**
    1.  Automated Assessment Tool that can be operated on hand-held computers in Mini-Region
    2.  Central database to store assessment results
    3.  Statistical reports from central database
**Dependencies:**
    1.  Procurement of handheld computers
    2.  Network capable of operating with handheld computers

**Constraints:**
    1.  State CIO must approve waiver to purchase non-standard handheld computers

**Risks:**
    1.  CDCR network may be unable to operate with handheld computers at some institutions.
    2.  Insufficient budget to purchase additional hand-held computers.
    3.  Several project team members are working on other projects in parallel
    4.  Short time for execution of plan.

**Project Team:**
    Mr. Carl Block, Assessment Project Manager
    Dr Jim Lett, Physician
    Mr. David Noronha, Software Development
    Mr. Tjetjep Effendie, Software Development
    Mr. Bob Johnson and Dave Vercoe, Handheld Computers

**Specific Performance Measures:**
    1.  Perform automated assessment at 4 mini-region institutions
    2.  Extract statistical report for each institution

**Additional Information (Optional):**

    The project is in the requirements gathering planning phase.  During early April, Mr Effendie developed a prototype of the electronic assessment tool.  Dr Lett performed initial visits to the mini-region institutions in order to validate the questions on the paper-based assessment tool.

**Project Name:  Access to Care, Registry**
**Project Executive:  Dwight Winslow, MD**
**Project Sponsor:  Thomas Bzoskie, MD**
**Project Manager:  Cary Amo**
**As of Date: March 13, 2009**

| | | | |
|---|---|---|---|
| **Start Date:** | 10/2/2008 | **Est. Finish Date:** | 6/30/2009 |

**Solution Vision:**

The Receiver's job is to establish constitutionally adequate prison medical care as quickly as practicable and in a way which will be sustainable. A highly visible and volatile area of care involves managing and monitoring inmates with certain chronic diseases using improved workflows and automation. Improved healthcare and reduction in crisis management should result.

**Project Description:**

The Registry is a software application which supports the monitoring and management of patient populations with certain chronic diseases.  The Registry is designed around a progress note that facilitates standardization of care for patients with a particular chronic condition(s). Printed progress notes, patient lists, exception and summary reports and visit summaries are generated for use by clinical staff.  For CDCR, the Registry Application will initially focus on the highest priority chronic diseases; Asthma, Diabetes and HepC.

**Organization Impact:**

The first Phase of the Registry will be limited to 6 pilot Institutions, implementing in a single clinic, single PCP using a single Virtual Machine (the application and data will be accessed via the Internet using desktop computers in the Institution.  However, the actual application and data will be physically housed on Servers at 501 J St. and eventually at the new Data Center.  Implementation Phase 2 has been redefined. It will now entail deployment of a single, centrally located desktop and printer in each of the 33 Institutions.  The workflow model has been changed from Point of Care data entry by clinicians to Back Office clerical data entry from Patient worksheets completed by clinicians in the Yard clinics. The clerical role will include generating reports and updated patient worksheets for clinician to capture data on chronically ill patients during follow up visits.  Regional and Statewide Administration will also be able to generate reports on various types conditions or utilization of medications and types of lab results.

**Key Work Products:**
1. Registry Software Application
2. Change Package
3. Virtual Machine solution
4. On-site Training

**Dependencies:**
1. EIS – CODB (DDPS) Data Extract
2. Maxor for Pharmacy Data
3. Quest for Lab Data
4. Foundation Labs for Lab Data
5.

**Constraints:**
1. Possible contention for technical resources at Foundation Labs supporting CDR/Lab interface.
2. The Registry technology platform will change (Software Version 2) with Phase 2 Implementation.

**Risks:**
1. Conversion of the Access DB platform for Phase 2.
2. Old network connectivity at any of our implementation sites can impact use of Registry until HCIT Lan/Wan implemented.
3. Stability of the Production Processing environment at 501 J St. is not as reliable as a Data Center environment.

**Project Team:**

Cary Amo – Project Manager

Larry Hicks - Staff Information Systems Analyst
Jackie Khoury – Mechanical & Technical
            Occupational Trainee

Allie Baker – Research Analyst II

Joseph Castelli – Contract Consultant

Willis Moore – Contract Consultant

Darrin Dennis – Nurse Consultant

**Specific Performance Measures:**
1. Clinics can identify their patients with chronic diseases.
2. Clinics can track patient progress improvements.
3. The type of care provided for specific Dx's can be tracked to determine best practices.
4. Improved tracking of patients based upon their risk and/or acuity level(s).

**Systems Life Cycle:**  Phase 1 of the Registry (version1 of the application) is currently in the Deployment Phase for our Pilot Sites. Version 1.1 (new reports) was cancelled by Sponsors in favor of a revised scope of effort for Version 2.  Version 2 will support a Back Office, centralized data entry by a clerk (OA or OT).  The Registry clerks (one at each Institution) will enter data from Patient Worksheets filled out by clinicians during chronic disease patient visits.  A recommended system and operation workflow will be provided to all Institutions as part of pre-implementation training.  Version 2 will also include Web-based reporting at facility, regional and statewide levels.

**Project Purpose:**
The Registry Project is a tactical solution to improve the quality of care provided to patients suffering from certain chronic diseases.  Initially, the diseases that will be monitored are Asthma, Diabetes and Hepatitis C.  New diseases will be added over time.

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 2: Medical Home
    <u>Objective</u>: 2.2 Chronic Care
    <u>Actions</u>: 2.2.1 Chronic Care Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Team formed | 10/20/08 | 10/20/08 |
| Project Kickoff | 10/23/08 | 10/23/08 |
| Training Learning Session 4 | 11/19/08 | 11/19/08 |
| Development & Testing Software Version 1 | 11/24/08 | 12/05/08 |
| Phase 1 Go Live | 1/06/09 | 1/23/09 |
| Software Version 2 Scope and Plan - Draft | 12/08 | 2/23/09 |
| Revised Scope and Vision | 3/23/09 | 3/23/09 |
| Development & Testing Software Version 2 | 4/23/09 | |
| New Clinical forms and procedures tested in a clinic | 5/15/09 | |
| Deployment to 33 sites | 6/30/09 | |
| | | |

5. 95 % of identified Asthma Patients are identified in each institution are capture in the Registry within 1 week of implementation.

**Additional Information (Optional):**

   1.
   2.
   3.

| **Executive Project Data Sheet** | **As of: April 22, 2009** |

**Project Name:** Maxor Pharmacy Conversion
**Project Sponsor:** Betsy Chang Ha, Jamie Mangrum
**Project Manager:** Ed Mondragon

| | | | |
|---|---|---|---|
| Start Date: | June 2007 | Est. Finish Date: | December 2009 |

**Solution Vision:**
Implement a computerized prescription software management system in all institutions to improve tracking, safety and dispensing of drugs with enterprise wide information availability.

**Project Description:**
Pharmacy software conversion – Implement Guardian Rx software in all 33 adult prison pharmacies. Execute workflow processes, policies and procedures necessary to support best practice pharmacy operations throughout the prison and across all disciplines.

**Organization Impact:**

Improvement of processes, policies and procedures by site personnel. Improved dispensing accuracy and accountability of prescriptions.

**Project Purpose:**
Manage and process medications to safely and accurately dispense and administer medications.

**Strategic Plan Objectives:**
Medical Support Infrastructure
        Pharmacy Program
        Pharmacy Policies and Practices

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete 19 pharmacy conversions | January 2009 | January 2009 |
| Complete 21 pharmacy conversions | March 2009 | |
| Complete 23 pharmacy conversions | April 2009 | |
| Complete 25 pharmacy conversions | May 2009 | |

**Specific Performance Measures:**

1. Point of service metrics pharmacy
2. Point of service metrics nursing

**Key Work Products:**
1. Pharmacy workflow modifications
2. Clinical process modifications
3. Medical management gap analysis
4. Network and Migration Plan
5. Weekly project workflow plan
6. Budget documentation

**Dependencies:**
1. Third party software vendors
2. Space constraint --pharmacy size
3. Space constraint--Computer access locations
4. Network dependency- Healthcare Network project and the information technology infrastructure build out project
5. Procurement dependency
6. Construction dependent-- if necessary
7. Clinical staffing and recruiting dependant

**Constraints:**
1. Network Rollout Schedule
2. Existing infrastructure
3. Data Center Implementation Schedule

**Risks:**
1. Network performance issues with existing infrastructure
2. Space and/or construction requirements
3. Long lead times for equipment or network installations

**Project Team:**

| Team Members | Role |
|---|---|
| Ed Mondragon | Project Management Lead |
| David Thomas | Project Management |
| Jason Gentry | Project Management |
| Phil Jarvis | Project Management |
| Erick Rendon | Central Fill Project Management |
| Grace Dodd | Clinical Process Improvement Advisor Lead |
| Rosalia Malonzo | Clinical Process Improvement Advisor |
| Suellen Clayworth | Clinical Process Improvement Advisor |
| Gloria Myers | Clinical Process Improvement Advisor |
| Terri Van Aalst | Clinical Process Improvement Advisor |
| Debra Truelock | Sr. Analyst |
| Peter Boyum | Analyst |
| Breanna Long | Office Technician |
| David Williams | SISA Special Projects |
| John Dovey | Custody Liaison |

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 221 of 269

3. Network speed and availability

**Additional Information (Optional):**

1. Pre-implementation software integration work is in progress at Pelican Bay.
2. Carepoint purchase order has been approved and software modifications have begun.
3. Revisiting the project schedule due to other mitigating factors such as construction and other project schedules.

**Project Lifecycle:**
The project is in the execution and controlling phase. The team converted the pharmacies at Salinas Valley which brought the total conversions to 20 by March 2009. The team is currently in the implementation phase at CA Correctional Institute, Wasco, Pelican Bay and CA Rehabilitation Center.

One additional institution will begin their pharmacy conversion each month beginning in April 2009 and the central pharmacy implementation will run concurrently to finish with the last pharmacy conversion.

**Project Name:  Electronic Medication Administration Record (eMAR)**
**Project Executive:  Elaine Bush**
**Project Sponsor:  Bonnie Noble, Jamie Mangrum, Justin Graham**
**Project Manager:  Erick Rendón**

| Start Date: | February 2009 | Est Finish Date: | Dec 2011 |
|---|---|---|---|

**Solution Vision:**
Implement an eMAR system to compliment the centralized pharmacy system; the eMAR system will track, log and provide current prescription history at any point of service to employees at all 33 prisons.

**Project Description:**
The implementation of an Electronic Medication Administration Record (eMAR) solution will compliment and integrate well with Guardian Rx. The eMAR will improve patient safety, efficient medication administration and documentation while increasing patient medication tracking, inventory control, patient utilization and compliance data. These benefits all fall under the receivers goals to "integrate use of electronic MAR and barcode checking to ensure that the right medication is administered to the right patient at the right time."

**Organization Impact:**
Immediate reduction in tasks done by sites personnel but eliminating paper trials and ability to locate patients medications history from any point of service in all facilities once fully installed. Increase ability for Pharmacist to focus on patient interactions, better tracking of prescriptions and extended hours to enter orders late in the day at sites.

**Project Purpose:**
To reduce cost and errors; increase patient utilization by better patient tracking and reduce waste by limiting local pharmacies to limited stock because eMAR will be tied to inventory management system and update real time.

**Strategic Plan Objectives:**
Primary Goal: 5.0 Medical Support Infrastructure
Objective: 5.1 Pharmacy Programs
Actions: 5.1.3 Electronic Medication Administration Record

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|

**Key Work Products:**
1. Request for information
2. Review Request for information
3. Grant FRO

**Dependencies:**
1. Maxor Pharmacy (Guardian) Project
2. Data Center Project
3. Network Project

**Constraints:**
1. Maxor Guardian Rollout Schedule / Decisions
2. CPHCS Network Rollout Schedule / Decisions
3. Central Fill Pharmacy
4. Procurement

**Risks:**
1. State mandated furloughs affecting key
2. Pharmacist Subject Matter Expert
3. Funding
4. Long lead times for procurement

**Project Team:**

Project Manger: Erick Rendón

Consulting: Project Manager

**Specific Performance Measures:**

1. Quality Assurance Matrix
2. Service Matrix
3. Delivery Matrix

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 223 of 269

| | | |
|---|---|---|
| Develop and send RFI | Feb 09 | Feb 09 |
| Review RFI with sponsor | Mar 09 | Mar 09 |
| Contract for RFO | Apr 09 | |
| Develop RFP | Jul 09 | |
| Select Vendor | Aug 09 | |
| Beta-Site implementation | May 10 | |
| | | |
| | | |

The project is still technically in analysis phase. We have met with a small group and selected a high level scope. We sent out over 35 RFI's and received responses from 7 vendors. Most vendors are able to meet the overall high level scope but many question still are unanswered. Reviewed responses and determined that due to budget, we can not proceed until at least the beginning of next fiscal year.

Our next steps is to obtain funding, EAW was developed and submitted for budgeting. Unfortunately because the initial RFI scope was so broad the cost estimates are too high in my opinion since the vendors could not adequately price based on scope and since only a few responded the average ongoing cost is estimated too high. We also need to select a consulting firm to assist us with developing an RFP and then processing the RFP to select a vendor.

The preliminary estimate is that eMAR will be implemented concurrently with Central Fill Pharmacy.

# Executive Project Data Sheet

**As of: April 22, 2009**

**Project Name:  Health Care Appeals Tracking System**

**Project Sponsor:     Ms Theresa Kimura-Yip and**
                          **Mr Jamie Mangrum**
**Project Manager:     Stan Ketchum**

| Start Date: | 01/16/09 | Est Finish Date: | 12/31/09 |
|---|---|---|---|

**Solution Vision:**
The HCAT is a project to improve efficiency and effectiveness of appeals process and reporting, helping to meet Turnaround Plan of Action goals in objectives for Appeals program.

**Project Description:**
Implement Microsoft Dynamic Customer Relationship Management (CRM) software in support of the Health Care Appeals Program. The scope includes requirements gathering, design, installation, configuration, automated conversion, testing, training, implementation, and production support.

**Organization Impact:**
- Eliminate manually logging and classifying appeals.
- Streamline and standardize the appeals process.
- Register appeals from all sources and institutions.
- Reduce or eliminate the use of paper based appeals.
- Electronically route appeals without the risk that the appeal will get lost or misplaced.
- Promote greater accountability for responding to appeal requests.
- Collect and aggregate statewide appeal information to meet Court ordered reporting requirements.

**Project Purpose:**
Use Microsoft Dynamic Customer Relationship Managers (CRM) to develop a centralized database to track appeals status, and implement a Microsoft Outlook based workflow process to help manage and improve appeals processing quality and timeliness.

**Strategic Plan Objectives:**
<u>Primary Goal</u>: Implement a Quality Assurance and Continuous Improvement Program
<u>Objective</u>: 4.5. Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release RFO | 02/17/09 | 02/18 |
| Vendor Start | 4/3/09 | 7/1/09 |
| Design Complete | TBD | |
| Development Complete | TBD | |
| System Test Complete | TBD | |
| User Test Complete | TBD | |
| Training Complete | TBD | |
| Deployment Complete | 12/31/09 | |

**Key Work Products:**
1. Contract for system integrator
2. Requirements and Design
3. Test and implementation
4. User and System Administrator Training
5. Turnover and Maintenance

**Dependencies:**
1. Network Project
2. Data Center Project

**Constraints:**
1. The new system must use Microsoft Dynamics CRM
2. The system cannot be implemented until the

**Risks:**
1. Source data quality (33 Access databases)

**Project Team:**
Mr Stan Ketchum - Project Manager
Ms Theresa - Mental Health

**Specific Performance Measures:**
1. Operational central database
2. 33 Access databases converted
3. At least 1 user trained at each institution

**Additional Information (Optional):**
The project has been placed on hold until July 2009 due to budget constraints.  Despite the delay to July, Eskel Porter has been selected to implement HCATS and the contract is been executed for a July 1 start date.

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 228 of 269

**Project Name: Health Care Scheduling System (HCSS)**
**Project Executive: Elaine Bush**
**Project Sponsors:  Jamie Mangrum,**
                     **Dr. Dwight Winslow,  Karen Rea**
**Project Manager:  Sara Davis**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **06/23/2008** | **Est. Finish Date:** | **01/06/2012** (33 institutions) |

**Solution Vision:**
Implement an enterprise-wide approach to health care scheduling within the adult California Department of Corrections and Rehabilitation (CDCR) institutions.

**Project Description:**
The overall Health Care Scheduling System (HCSS) will schedule medical, dental, and mental health care appointments for offenders based upon mandated health care requirements, offender requests, referrals, medical orders, and on-going treatment plans.

**Organization Impact:**
This project will impact schedulers, medical/dental/mental health staff, external health care providers, custody, transportation, and offenders.

**Project Purpose:**
Avoid health care scheduling conflicts and missed appointments, allow for a consolidated view of an offender's schedule, comply with legally mandated timeframes and metrics, and optimize resources.

**Strategic Plan Objectives:**
Primary Goal: 1:Timely Access to Care
Objective: 1.3: Scheduling and Tracking System
Actions: 1.3.1: Strategic Offender Mgmt System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release of RFI | 10/2/08 | 10/2/08 |
| Release of RFP | 1/07/09 | 1/09/09 |
| Responses Due from Vendors | 2/23/09 | 2/23/09 |
| Vendor Evaluation & Intent to Award | 7/09/09 | Pending |
| Solution Ready for Rollout | 6/30/10 | Pending |
| Complete Rollout at 33 Institutions | 1/6/2012 | Pending |

**Key Work Products:**
1. Request for Information (RFI)
2. Request for Proposal (RFP)
3. Vendor Evaluation & Recommendation
4. HCSS Solution & Documentation
5. Rollout Plan
6. Support Plan

**Dependencies:**
1. CDCR Strategic Offender Management System (SOMS) and Business Information System (BIS) projects
2. CPHCS Clinical Data Repository (CDR) project
3. CPHCS Network and Data Center projects

**Constraints:**
1. Time constraints of subject matter experts and core team members who may be on multiple projects

**Major Risks:**
1. Solution not commercially available from a single vendor that includes Health Care, Corrections, and Scheduling
2. Environmental risk of large number of offenders and large size of individual institutions plus frequent movement of offenders
3. Combining scheduling for both health care and custody requires achieving consensus on business rules
4. Solution rollouts for multiple solutions in the same timeframe may overwhelm staff at institutions
5. Organizational change management considerations
6. State Budget delays will affect project schedule
7. High level of dependence on SOMS, Network, and Data Center schedule

**Project Team:**
The team will consist of representatives from Medical, Mental Health, Dental, IT, Nursing, Administration, Human Resources, and the Project Manager. The core team will be supplemented by various subject matter experts. Gartner Consulting will be assisting the team during the RFP and Vendor Evaluation phases.

**Specific Performance Measures:**
Development or customization of a scheduling solution which meets the requirements of our corrections health care environment

**Additional Information (Optional):**
We are in the Vendor Evaluation & Selection (Procurement) Phase.  Tier 1 and Tier 2 evaluations are complete and 3 Finalist vendors have been selected.  Vendor Demonstrations have been scheduled for later in April.  Finalist vendors will be submitting their Best and Final Offers by June 8, 2009.

| Executive Project Data Sheet | As of: April 14, 2009 |
|---|---|

**Project Name:  Laboratory Services Management**
**Project Executive:  Terry Hill, M.D.**
**Project Sponsor:  Bonnie Noble**
**Project Manager:  Steve Ruhnau**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| Start Date: | **8/1/2007** | Est. Finish: | **6/30/2012** |

**Solution Vision:**
The project vision is to reduce inefficiency and improve timeliness of medical care for CDCR inmate-patients, by creating and implementing a statewide strategy to improve operations for clinical laboratory services.
This redesign of lab services will improve business processes to better enable eventual integration of other healthcare system improvements as they come on-line, including overhauls of information technology and HIM.  Long term improvements will require the infrastructure to support an enterprise Laboratory Information System (LIS) and clinical data repository needs.

**Project Description:**
Following and Assessment Stage the project is entering a Remediation Stage where the project will procure a professional laboratory management firm to stabilize lab services and implement "Phase 1" recommendations from the Navigant Assessment Report of April 2008.  This effort will also support CPHCS decisions towards a long term laboratory services solution strategy.

**Organization Impact:**
Seventy percent of medical decisions are supported by lab results.  Consequently, stabilizing and improving lab performance and results will have a substantial positive impact on medical decisions across the CDCR health care enterprise.  These improvements will have significant impacts on staff that produce, manage, and use lab results.

**Project Purpose:**
To improve health care to patients through more effective laboratory services including more timely and accurate results.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support Infrastructure
Objective: 5.3 Estab. Effective Radiology & Lab Services
Actions: 5.3.1 Establish Strategy for Improvements

**Major Milestones:**

| Milestones | Planned | Actual |
|---|---|---|
| Complete Lab Assessment | 4/7/2008 | 4/7/2008 |
| Hire Lab Srvcs Proj Mgr | 2/2/2009 | 2/2/2009 |
| Release RFP for Lab Remed. | 3/18/2009 | 3/19/2009 |
| Lab Remed. Contract Start | 8/1/2009 | |
| Lab Remed. Phase 1 Done | 6/30/2012 | |

**Key Work Products:**
1. Establish Core Leadership Team for Lab Services - Done
2. Establish Exec Steering Committee for Lab Services - Pending
3. RFP prepared and ready to distribute to Bidders for Lab Services Remediation - Done
4. Remediation Vendor Selection Recommendation
5. Completed Remediation Vendor Contract
6. Remediation Roadmap Milestones to be established by selected Remediation Vendor

**Dependencies:**
- Establishment of Core Leadership Team
- Integration with HIM project
- Integration with Clinical Data Repository project
- Coordination with 10k Bed project (lab support)

**Constraints:**
- Timely approval of RFP components

**Risks:**
- *Limited Vendor Interest* – existing service providers (Navigant and NMG) may inhibit RFP response participation from other vendors.  Outreach efforts were conducted to mitigate this risk
- *Short Proposal Period* – proposal preparation periods are short for vendors because a contract must be in place before next fiscal year, where contract start dates are subject to uncertain budget approval dates.  Outreach was conducted to make vendors aware early to mitigate this risk.
- *Project Manager Re*-Assignment – The Lab PM was re-assigned to Program Mgmt work for Ancillary Services which will delay selection and start of remediation vendor by 3-4 weeks.

**Project Team:**
*Project Manager* - Steve Ruhnau
*Core Leadership Team* – Bonnie Noble, Jamie Mangrum, Justin Graham, Nadim Khoury, Jim Lett, Denny Sallade, Glen Moy, Dwight Winslow

**Specific Performance Measures:**
1. Achieve Planned Milestone Dates listed above

**Project Name:  Mental Health Tracking System (MHTS) Upgrade**
**Project Executive:  Mr Jamie Mangrum**
**Project Sponsor: Dr Marion Chiurazzi**
**Project Manager:  Carl Block**

| | | | | |
|---|---|---|---|---|
| | | | | |
| **Start Date:** | 10/28/08 | **Est Finish Date:** | 9/30/09 | |

**Solution Vision:**

Upgrade the current Mental Health Tracking System (MHTS) to provide improved application stability and multi-user access, plus improved data consistency and real-time reporting.

**Project Description:**

Complete an upgrade of the Mental Health Tracking System application replacing 32 separate Access databases with a web application and a single centralized database.

**Organization Impact:**

Streamlined centralized reporting of Mental Health information.

Drastically reduced retyping of mental health records when a patient-inmate transfers to a new institution.

Reduce data corruption from copying current 32 databases

Centralize maintenance of MHTS

**Project Purpose:**
Upgrade MHTS application to improved technologies to provide central database for future integration with Health Care Scheduling System.

**Strategic Plan Objectives:**
　Primary Goal: 5 Medical Support Infrastructure
　Objective: 5.4 Establish Clinical Information Systems
　Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter Approved | 11/21/08 | 11/18/08 |
| Requirements Approved | 12/19/08 | 12/24/08 |
| Design Complete | 3/13/09 | |
| Development Complete | 8/4/09 | |
| System Test Complete | 8/18/09 | |
| User Test Complete | 9/22/09 | |
| Training Complete | 9/29/09 | |
| Deployment Complete | 9/30/09 | |

**Key Work Products:**
　1.  Web forms that replicate legacy MHTS functions
　2.  Database Consolidation
　3.  User and System Administrator Training

**Dependencies:**
　1.  Network Project
　2.  Data Center Project
　3.  Maxor Pharmacy Project
　4.  Clinical Data Repository

**Constraints:**
　1.  Development contract ends 30 June 2009 and needs to be extended to 30 June 2010

**Risks:**
　1.  Possible scope increase due to vast number of previously un-met user requirements
　2.  Source data quality (MHTS-Legacy, DDPS, and Keyhea data)
　3.  Training - 22 of the institutions do not use the latest version of MHTS-Legacy
　4.  Sufficient internet connectivity at institutions
　5.  Short time for deployment

**Project Team:**

Mr Carl Block - Project Manager

Dr David Leidner - Mental Health

Mr Mike Morrison - Mental Health

MGT of America - Technical Implementers

Mr Andy Hall - IT Manager

Ms Tuong-Nga Nguyen - IT Staff Programmer

Ms Rosie Williams - IT Operations Manager

**Specific Performance Measures:**
　1.  Operational central database
　2.  32 MHTS-Legacy databases converted
　3.  At least 1 user trained at each institution

**Additional Information (Optional):**

　1.  California Medical Facility (CMF) uses FileMaker-Pro instead of MHTS.  CMF's database is outside the scope of this project.
　2.  Several institutions have created extra databases that depend on MHTS.  Upgrade of these applications is out of scope.

As of 4-15-09, the MHTS Upgrade project is in the development phase. A series of 3 design reviews were held in March 2009. After the development team completed the final design review on 3-25-09, the project manager authorized them to begin development of the database conversion tool. The final design document will be provided to the government after verification that the planned database schema appropriately captures all converted legacy data.

The project is approximately 2-weeks behind schedule. Primary reason for the delay was the need to hold addition design reviews to complete the review of all aspects of the system. Secondary reason is that data conversion is more problematic than anticipated, and M headquarters has requested standardizing a number of data fields that were not standardized in MHTS-Legacy.

**Project Name:** Telemedicine Services
**Project Executive:** Jamie Mangrum
**Project Sponsors:** Linda McKenny
　　　　　　　　　Justin Graham
　　　　　　　　　Bonnie Noble
**Project Manager:** Delane Roberts

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | 2/1/09 | **Est Finish Date:** | 2/01/2011 (to be confirmed) |

**Solution Vision:**
This project will deliver an improved telemedicine program to CPHCS, resulting in significantly improved access to care and quality of care for CDCR inmates, while significantly reducing cost and increasing effectiveness of health care service delivery at CDCR institutions, and providing a positive return on investment.

**Project Description:**

This is an initial project of the telemedicine program. The scope has not yet been determined.

**Organization Impact:**

- Reduces cost
- Improves access to care

**Project Purpose:**
Improve and expand telemedicine services.

**Strategic Plan Objectives:**
Primary Goal: 5 Establish Medical Support Infrastructure
Objective: 5.5 Expand and Improve Telemedicine Capabilities
Actions: N/A

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter approved | 5/01/09 | |
| Project Plan and Schedule approved | 7/1/09 | |
| Phase 0 deliverables (process documentation and gap analysis) completed and approved | 7/1/09 | |
| Phase 1 deliverable (Project Roadmap) completed and approved | 10/1/09 | |
| Phase 2 deliverables completed (TBD) | tbd | |
| Phase 3 deliverables completed (TBD) | tbd | |
| Closeout deliverables completed | tbd | |

**Key Work Products:**
The key work products are shown below, by phase.
Project Initiation

- Project Charter

Project Planning

- Project Plan

- Project Schedule

Procurement

- Procurement documents to be determined.

Execution
　　　For each Execution phase
- Detailed Project Schedule

　　　Phase 0:
- Documentation of existing process flows.

- A detailed gap analysis setting forth necessary improvements.

- The design, development, and implementation of an interim automated scheduling solution.
　　　Phase 1:
- Telemedicine Roadmap.

　　　Phase2:
- Telemedicine Pilot
- Other Phase 2 deliverables will be developed in the Phase 1 Telemedicine Roadmap.
　　　Phase 3:
- To be developed in the Phase 1 Telemedicine Roadmap

Closeout
- Lessons Learned Report

- Other closeout deliverables to be determined

**Specific Performance Measures:**
　Tbd

**Dependencies:**

The following information technology in scope items are dependent on the completion of the associated systems:

- Integrate telemedicine with the Health Care Scheduling System (HCSS), under development.
- Integrate telemedicine with Laboratory Services system, under development.
- Integrate telemedicine with the Clinical Imaging Services system, under development.
- Integrate telemedicine with electronic records management system under development.
- Integrate telemedicine with other CDCR systems, existing and under development, to be determined.

The project is dependent on continued support and funding from CPHCS and CDCR.

The project is dependent on the availability of human resources to serve as project team members, and as subject matter experts.

Other dependencies will be discovered and logged as the project progresses.

**Constraints:**

Tbd

**Risks:**

Risk of poor adaption of telemedicine because of resistance to change within CDCR

Risk of delay in other Receivership projects upon which parts of the telemedicine program are dependent. Most important are initiatives relating to scheduling, imaging, lab, and medical records.

**Project Team:**

Delane Roberts - Project Manager
Other members tbd

**Specific Performance Measures:**

Tbd

**Additional Information (Optional):**

The Telemedicine Provider On-Boarding project is also part of the Telemedicine program, and has been completed.

**Activities This Month:**

1. Produced process documentation relative to the scheduling and telemedicine equipment maintenance functions
2. Prepared surveys of telemedicine assets and needs. Assets include telemedicine equipment, staff, and physical space. Needs are represented by the backlog of specialty services at the various institutions.
3. Prepared an initial budget for the telemedicine project, and reviewed with Project Management Office.
4. Initiated the development of an interim scheduling system to address telemedicine scheduling needs until the Health Care Scheduling System becomes available.
5. Published an initial draft of the Project Charter and sent to sponsors for review.

**Activities Next Month:**

1. Meet with Telemedicine Leadership Core Team
2. Document existing processes relative to:
   a. Technical support
   b. Mental health telemedicine
   c. Telemedicine services at the provider hubs
   d. Telemedicine services at the institutions
   e. Advance design of interim scheduling solution
3. Complete an inventory of telemedicine assets and needs
4. Publish version 1.0 of Charter and review with sponsors.
5. Publish initial project schedule

**Project Name:  Access to Care, Utilization Mgmt.**
**Project Executive:  Clark Kelso**
**Project Sponsor:  Jamie Mangrum, CIO, Dr. Ricki Barnett, Clinical Manager**
**Project Manager:  Bob Johnson**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **July 8, 2008** | **Est Finish Date:** | **October 31, 2010** |

**Solution Vision:**
To provide evidence based decision tools and interdisciplinary review processes to increase access to Specialty Care and reduce morbidity and mortality at the state's institutions.

**Project Description:**

- To standardize medical necessity criteria for specialty care referrals using evidence based medical guidelines.

- To standardize medical necessity criteria for infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Organization Impact:**

Access to Care – Utilization Management projects impacts all CDCR resources, current projects and respective portions of CDCR in one form or another.

**Project Purpose:**
To standardize medical necessity criteria for specialty care referrals using evidence based medial guidelines, and infirmary bed occupancy using consistent interdisciplinary concurrent review processes.

**Strategic Plan Objectives:**
Primary Goal: 2 Prison Medical Program Services
Objective:
- Improve Specialty Care and Hospitalization
Actions:

- By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Establish pilot site criteria and performance measures for Specialty Care processes | Aug. – Sept. 2008 | Sept. 2008 |
| Implement InterQual criteria based decision | Oct. – Dec. 2008 | Dec 15, 2008 |

**Key Work Products:**
1. Weekly core project minutes
2. Weekly implementation team meeting minutes
3. Bi-weekly executive steering committee meeting minutes
4. Specific Access to Care – Utilization Management project reports
5. Specific Access to Care – Bed Access Management project reports

**Dependencies:**
1. Executive level support to ensure project success.
2. Adequate resources allocated throughout lifecycle of project.
3. Adequate funding through lifecycle of project
4. Adequate space provisions for working conditions
5. Local level support to ensure project success
6. Information system for referrals, scheduling, tracking and reporting

**Risks:**
1. Inadequate resource staffing could result in project not meeting projected end date
2. Slippage in other project schedules could impact Utilization Management project schedule and milestones
3. Inadequate hardware or incomplete network connections could impact project implementation schedule

**Project Team:**
Dr. Ricki Barnett, Clinical Manager
Bob Johnson, Project Manager
Rick Robinson, Team Lead
Beatrice Dube, Nursing Consultant
Angel Cardona, Nursing Consultant
Mo Mock, Nursing Supervisor
Gary White, Nursing Supervisor
Nora Estillore, Nursing Supervisor
Blake Lim, Analyst Support
Genifer Espinoza, Clerical Support

**Specific Performance Measures:**
1. Total number of Request for Services (RFS)
2. Total number of RFS approved and denied after all appeals
3. Number of RFS meeting InterQual criteria and approved, including all appeals
4. Number of RFS not meeting InterQual

| | | |
|---|---|---|
| software and train selected users throughout the state. | | |
| Migrate Central Region institutions to the InterQual production server for data collection | Nov. 2008 – Jan. 2009 | Jan. 8, 2009 |
| Migrate Southern Region institutions to the InterQual production server for data collection | Feb. 2009 – March. 2009 | March 6, 2009 |
| Migrate Northern Region institutions to the InterQual production server for data collection | April 2009 – May 2009 | In progress |
| Monitor, evaluate, and support InterQual implementation | Jan. 2009 – Dec. 2009 | Ongoing |
| Establish pilot criteria and census data for Bed Access processes | Dec. 2008 – March. 2009 | March 31, 2009 |
| Establish pilot sites to create and evaluate bed census process and data | Dec. 2008 – June 2009 | |
| Implement bed access processes to remaining institutions | July 2009 – Aug. 2010 | |
| Maintenance and Operations turnover | Sept. 2010 – Oct. 2010 | |
| Project closure | Oct. 2010 | |

criteria and approved, including all appeals
5. Number of 602s relating to Specialty Referral denials
6. Number of appointments within:
   - 14 days (Urgent)
   - 90 days (Routine)
7. Weekly backlog analysis for:
   - Urgent referrals
   - Routine referrals
8. Number of Hospital aberrant days
9. Average daily census of hospital beds
10. MAR subcommittee meetings:
    - Minutes kept (Yes or No)
    - Weekly meetings (Yes or No)
11. Daily rounds for institutional bed occupancy
    - % compliance
12. Daily review community bed occupancy
    - % compliance

**Lifecycle:**
1. Project initiation phase complete
2. InterQual training for UM nurses complete
3. RFS project pilot site wrapping up (FSP – will be migrating to production on January 5, 2009
4. Central Region institutions being prepped for InterQual migration to production server – January 5, 2009
5. InteQual Central Region data gathering relating to RFSs – Jan. – Feb, 2009.
6. Southern Region InterQual rollout – February – April, 2009
7. Northern Region InterQual rollout – May – July, 2009
8. Bed Access Central Region pilot project – start date Dec. 4, 2009 (consists of subprojects listed separately on project data sheets)

**Project Name: Business Information System (BIS)**
**Project Executive: Elaine Bush**
**Project Sponsor: Mitzi Higashidani, Kathy Stigall**
**Project Manager: Gary Mengers**

| | | | |
|---|---|---|---|
| **Start Date:** | 11/2/2007 | **Est Finish Date:** | 6/30/2010 |

**Solution Vision:**
Implement standardized, streamlined business processes that are integrated and based on industry best practices

**Project Description:**

Implementation of CDCR's Business Information System (SAP financials, supply chain management and human resources) for CPHCS

**Organization Impact:**

Major impact on headquarters and insitution personnel due to the implementation of new, standardized business processes and automated tools

**Project Purpose:**
Standardize, automate and integrate CPHCS's financial, procurement and human resources business processes for the headquarters and all 33 institutions

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 4:Quality Improvement Programs
    <u>Objective</u>: 4.2: Quality Improvement Program
    <u>Actions</u>: 4.2.3: Statewide Process Improvement Programs

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Release 1A (core financials) Go-Live | 7/1/2008 | 6/30/2008 |
| Release 1A.5 (budgets) Go-Live | 10/1/2008 | 9/15/2008 |
| Release 1B (accounting and procurement) HQ Go-Live | 11/3/2008 | 11/3/2008 |
| Release 2 (human resources) HQ Pilot Go-Live | 5/4/2009 | |
| Release 1B (accounting) Regional Accounting Offices Go-Live | 5/4/2009 | |
| Begin Institution Pilot | 6/1/2009 | |
| Release 1C (CPHCS requirements) Go-Live | 1/1/2010 | |
| All Institutions Live | 6/30/2010 | |

**Key Work Products:**
  1. Identification of CPHCS BIS users and security roles
  2. CPHCS BIS user training and support
  3. Identification of business processes, security roles and system configuration requiring modification for CPHCS

**Dependencies:**
  1. CDCR BIS Project - configuration and implementation
  2. Prodagio/CMD system for medical contracts
  3. BIS and CPHCS networks/active directories (single sign-on)

**Constraints:**
  1. Limited number of SAP/BIS experienced trainers and support personnel

**Risks:**
  1. CDCR planned deployment approach (aggressive timeline)
  2. Not all CPHCS requirements met during initial implementation
  3. Delay in approval of BIS SPR & contract amendment caused some delays
  4. CDCR's readiness to support the system and users after the IBM on-site team is gone (currently scheduled for September 2009

**Project Team:**

CPHCS's initial core project team consisted primarily of the project manager, who acted as the Receiver's BIS representative and advisor, supported by subject matter experts, who participated in project workshops and user acceptance testing. To support HQ deployment, four CPHCS staff attended BIS train-the-trainers classes and trained/supported CPHCS staff. To support the remainder of CPHCS's deployment, the project team has been expanded to include two additional project managers and several more subject matter experts.

**Specific Performance Measures:**
  1. Standardized business processes for headquarters and institutions
  2. Integrated budget, accounting, procurement and human resources
  3. On-line, real-time financial reporting
  4. Timely processing of vendor and provider payments

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 235 of 269

**Project Lifecycle Status:**

The Release 1 BIS functions, including budget, accounting and procurement, were implemented on November 3, 2008 and are currently operational in CDCR and CPHCS headquarters.  There are a number of system, training and business process issues that are being addressed prior to additional deployment.  An institution is planned to begin pilot operations on July, 1 2009 and will include health care and all Release 1 and 2 functions.  The schedule for the deployment of the remainder of the institutions will be determined based on successful pilot operations.

Release 2 BIS functions, including human resources, shift planning/time management and position budgeting, are nearing completion of development and began user acceptance testing in mid January 2009.  Organization management and personnel actions is planned for deployment to headquarters (as a pilot) beginning in May 2009.  All functions are planned to be operational in headquarters and the pilot institution by July 2009.  In addition, CPHCS specific requirements modifications for BIS are planned to be addressed after July 2009, with a tentative implementation date of January 1, 2010.

**Project Name:  Claims Mgt. and Invoice Processing**

**Project Sponsor:  Jamie Mangrum, CIO**
**Project Manager:  Holly Lasiter**

| | | | |
|---|---|---|---|
| | | | |
| **Start Date:** | **11/29/08** | **Est Finish Date:** | **11/29/10** |

**Solution Vision:**
Provide a healthcare claims processing system that is typically found in commercial or public health plans. The system will utilize industry standard coding and allow standard reporting, benchmarking and utilization management. The system will improve the quality, efficiency, and timeliness of payments to health care vendors serving CDCR's patient population, while also implementing effective cost management.

**Project Description:**

Contract with a qualified third party administer to take over claims processing services for an initial period of 24 months (with three 12 month options) to put into practice the required improvements prior to transition of all operations back to State control.

**Organization Impact:**

Using industry standard coding will allow CPHCS to perform standard reporting and benchmarking. Utilization Management will have access to data necessary to make decisions in specialty care. Claims processors will be elevated to other jobs.

**Project Purpose:**
Enable CPHCS to administer healthcare claims and capture utilization and payment data for ongoing analysis and reporting.

**Strategic Plan Objectives:**
Primary Goal: 5. Establish Medical Support
Objective: 5.2 Establish Standardized Health Records Practice
Actions: 5.2.1 Create a roadmap for Achieving an Effective Management System

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Issue Request for Proposal | 12/10/2008 | 12/10/2008 |
| Bidder's Conference | 12/19/2008 | 12/19/2008 |
| Deadline for questions | 12/31/2008 | 12/31/2009 |
| Respond to questions | 1/7/2009 | 1/7/2009 |

| Milestones | Planned | Actual |
|---|---|---|
| Proposals due | 1/29/2009 | 1/29/2009 |
| Notification for interviews | 2/17/2009 | 2/13/2009 |
| Announce selection | 3/2/2009 | 4/2/2009 |
| Contract Start Date | 3/23/2009 | 4/13/2009 |

**Key Work Products:**
1. Request for Proposal
2. Vendor Proposals
3. Signed Vendor Contract
4. Statement of Work
5. Service Level Agreement

**Dependencies:**
1. Clinical Data Repository (CDR)
2. Contracts Medical Database (CMD)
3. State Controllers Office (SCO)
4. Business Information Systems (BIS)
5. Health Care Scheduling System (HCSS)
6. Utilization Management System

**Constraints:**
1. Ability for TPA to access inmate locator data through CDR. CDR team is not scoped to support development of web service.
2. Interface with SCO may not be ready for initial implementation

**Risks:**
1. If CDR is delayed and interface is not ready for initial implementation then TPA will need a manual or alternate process to access inmate locator data
2. If SCO interface is not ready for initial implementation then TPA will deliver hard copy claim schedules to SCO
3. If CMD interface is not ready for initial implementation then TPA may need to store processed claims data until interface is ready or CPHCS to create a temporary database.

**Project Team:**
Holly Lasiter, Project Manager
Mitzi Higashidani, Executive Sponsor
Michelle Ogata, Business Sponsor
Dr. Ricki Barnett, Business Owner
Dawn Kearns, Business Owner
Marnell Voss, Contracts
Shelby Chapman, Data SME
Ned Dickson, Technical SME

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 237 of 269

The vendor has been awarded and is under contract.

**Executive Project Data Sheet**

**As of: April 22, 2009**

**Project Name:  On-Line Exams**
**Project Executive:  Jamie Mangrum**
**Project Sponsor:  Kathy Stigall**
**Project Manager:  Keith Meyerhoff**

| | | | |
|---|---|---|---|
| **Start Date:** | **12/8/2008** | **Est Finish Date:** | **8/14/2009** |

**Solution Vision:**
On-Line Exams will enable Human Resources to accelerate the hiring process: Candidates will be able to complete exams at the same time they apply. HR will be able to enter exams without the involvement of State Personnel Board.

**Project Description:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Organization Impact:**
More efficient hiring process in Human Resources. Reduced turnaround time in the hiring of a professional quality medical care workforce. Increased capacity in HR to staff for the new facilities.

**Project Purpose:**
Develop a web based examination system that integrates employment exams into the on-line recruitment and applicant tracking systems.

**Strategic Plan Objectives:**
  Primary Goal:
  3:Recruit, Train  Retain Medical Workforce
  Objective:
  Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter | 12/19/2008 | 12/30/2008 |
| Contract Finalized | 12/26/2008 | 1/13/2009 |
| Project Plan | 12/26/2008 | 1/5/2009 |
| Project Scope Defined | 2/28/2009 | 3/18/2009 |
| Project Kickoff | 1/5/2009 | 1/5/2009 |
| Requirements Completed | 3/15/2009 | |
| UI Design Completed | 4/30/2009 | In process |
| Alpha Version Delivered | 5/21/2009 | |
| Beta Version Delivered | 6/10/2009 | |
| Integration Test/Soft Launch | 6/22/2009 | |
| Go Live | 7/1/2009 | |

**Key Work Products:**
  1.  Inception - Project Charter
  2.  Inception - Project Plan
  3.  Requirements - Use Case Document
  4.  Design -Mockups of Key User Interfaces
  5.  Design - Prototype
  6.  Development - Test Plan
  7.  Implementation - User Documentation
  8.  Implementation - Training Plan

**Dependencies:**
  1.  Contract Complete and Signed by 12/26/2009 – Done 1/23/2009

**Constraints:**
  1.  The two primary client departments are Selection Services and Workforce Planning, both within Human Resources. Both departments are very busy but their participation is vital. A possible constraint is the amount of time they can commit. They have been very willing to commit time so far.

**Risks:**
  1.  Complexity risk has been resolved by defining two follow-on releases which will be completed after 7/1/2009. All pages that are part of the exam-taking process will be complete on 7/1; some of the pages for admin function and reports will be completed during July/Augus.

**Project Team:**
Keith Meyerhoff – Project Manager
Daisy McKenzie – Client Manager
Lesa Saville – Client Manager
Michelle Stone – Vendor Project Manager
Chris Nardone – Vendor Project Manager
Subject Matter Experts:
  1.  Teresa Graber
  2.  Rosie Jauregui
  3.  Allison Sanjo
  4.  Julia Shelmire
  5.  Tom Gjerde

**Specific Performance Measures:**
  1.  In cooperation with clients, develop specific project milestones and deliverables per schedule.
  2.  Set up criteria for system performance measures: capacity, speed, and efficiency.
  3.  With client departments, develop measures of system effectiveness. For instance, reduction

| Follow on Phase 1 | 7/24/2009 | |
| Follow on Phase 2 | 8/14/2009 | |

Project Status 4/14/2009
Functional Design is being finished up. Development is well underway.

First draft of functional design document has been published. It consists of descriptions of page functionality and rough mockups. More polished mockups will be reviewed with Human Resources on April 30.

The Hodes development team is proceeding with database design and development based on the functional design as written.

Project continues to be on target for a 7/1/2009 launch. We have accepted that not all functionality can be completed on time. Two follow on phases have been defined that will be completed in July and August. However the outward facing functionality, the pages that will enable on-line exam testing from the candidate's point of view, will all be done on time. There will be no increase in cost because of the increased duration.

in the number of days a position remains open from job requisition to hire date.

**Additional Information (Optional):**
  1.

**Executive Performance Contract Summary**
**Project Name:  VoIP and Unified Messaging**                    **April 15, 2009**

**Project ID:**  PRJ068

**Project Sponsor:**  Jamie Mangrum (& Liana Bailey-Crimmins

**Project Manager:** Doug Williams

**Start Date:** 11/2008

**Estimated Finish Date:** 12/11

**Updated by:** Doug Williams

**Receiver's Plan Goal:**  5 – Medical Support Infrastructure.

**Solution Vision:**
Migration of existing CPHCS staff within CDCR to the new VoIP network infrastructure. Also, support for the new CPHCS staff, connectivity to VoIP network.

**Project Purpose:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The VoIP Project will migrate existing CPHCS staff to the new VoIP network infrastructure and provide support for new CPHCS staff.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR legacy voice network until they are migrated "cutover" to the new VoIP platform.

**Strategic Plan Objectives:**
Primary Goal: **5**:Medical Support Infrastructure

**Project Outcome:**
Successful and timely migration of existing CPHCS staff within CDCR to the new VoIP platform and network infrastructure.

**Deliverables**
1.  100% of CPHCS network users and locations migrated successfully to new VoIP platform.
2.  No loss of current critical connectivity between CPHCS and CDCR users at institutions.

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Approved Project Charter | May 09 | |
| SOW completed and approved. | May 09 | |
| VoIP design and project plan | May 09 | |
| Begin VoIP deployment | July 09 | |

**Dependencies/Constraints**
1.  Senior Management decision on Global VoIP dependency issues.
2.  Torrance Data Center up and running
3.  Healthcare IT network deployed to all sites

**Project Core Team Members**

| Team Members | Role |
|---|---|
| John Hagar | Project Executive |
| Jamie Mangrum | CPHCS CIO |
| Doug Williams | Project Manager |
| Jamie Mangrum and Liana Bailey-Crimmins | Business Sponsor |
| Sandy Coash | Program Sys Analyst |
| Fred Wood | Project Mgr DC & EUM |

**Key Work Products**
1.  Project Charter
2.  VoIP SOW
3.  VoIP design documents
4.  VoIP project plan
5.  VoIP deployment plan and schedule

**Specific Performance Measures**
1.  100% of CPHCS network locations migrated successfully.
2.  No loss of critical connectivity between CPHCS and CDCR locations at institutions.

**Issues**
1.  Failure to develop acceptable VoIP solution to CDCR institutional PSS (Prison Security System) requirements could result in failure to meet VoIP Project Scope and deployment schedule.

# Executive Project Data Sheet                                                    As of April 15, 2009

| | |
|---|---|
| **Project Name:  Data Center & End User Migration**<br>**Project Executive:  Elaine Bush**<br>**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**<br>**Project Manager:  Fred Wood** | **Major Milestones Continued:** |

**Project Name:  Data Center & End User Migration**
**Project Executive:  Elaine Bush**
**Project Sponsor:  Jamie Mangrum, Liana Bailey-Crimmins**
**Project Manager:  Fred Wood**

| Start Date: | 11/14/08 | Est Finish Date: | 3/31/10 |
|---|---|---|---|

**Solution Vision:**
Migration of existing CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff, hardware, and applications connectivity.

**Project Description:**

CPHCS is implementing a new medical-grade data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. The DC&EUM Project will migrate existing CPHCS staff and hardware, integrating Active Directory, MS Exchange, local LAN to LAN applications connectivity, and new network infrastructure and support for new CPHCS staff and applications.

**Organization Impact:**

Impacts all existing CPHCS staff and affected portions of CDCR. During the migration, CPHCS staff will continue to use the CDCR network infrastructure to access their applications until they are called for in the migration plan to be "cutover" to the new network path.

**Project Purpose:**
The DC&EUM Project is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

**Strategic Plan Objectives:**
    Primary Goal: 5. Medical Support Infrastructure

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Charter completed and approved | Jan 09 | |
| End User Migration Design | Mar 09 | Mar 09 |
| Complete Pilot application migration activities (for CDR and T&D) | CDR 6/09<br>T&D 6/09 | |

**Major Milestones Continued:**

| Milestones | Planned | Actual |
|---|---|---|
| Complete migration of all existing CPHCS network objects at HQ and all 33 institutions managed on the new CPHCS network. | Oct 09 | |
| Complete migration of all CPHCS staff operating on new CPHCS network | Mar 10 | |

**Key Work Products:**
   1.  Project Charter
   2.  EUM Design Documents
   3.  EUM Project Plan
   4.  EUM Integration Plan

**Dependencies:**
   1.  Torrance data center contract secured
   2.  Healthcare IT network implementation
   3.  Acquire EUM Specialist Team (EMC$^2$)

**Constraints:**
   1.  All Data Center Infrastructure prerequisites

**Risks:**
   1.  Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet estimated project completion schedule
   2.  Failure to properly identify all CPHCS objects for migration could result in failure to meet EUM Project Scope

**Project Team:**

The core EUM Project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor (subject matter expert), EUM consultant specialist team, and subject matter experts from Microsoft and Quest. Experts from CDCR EIS and other areas supplement the core team as needed.

**Specific Performance Measures:**
   1.  100% of CPHCS network objects and end users migrated successfully
   2.  Local LAN to LAN connectivity

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 242 of 269

**Additional Information:**

The Data Center & End User Migration Project (DC&EUM) is a downstream component of the initiative to implement a new medical-grade data center for existing and future CPHCS, staff, hardware, and applications.

The DC&EUM Project or "Data Center Phase II" is in the Planning Phase and currently concerned with End User Migration design and the establishment of a test lab for proof of concept testing of this design. Also working with the Data Center "Phase I" infrastructure and pilot applications (T&D and CDR) efforts to coordinate all dependent downstream activities.

Case 2:90-cv-00520-KJM-SCR     Document 3600     Filed 06/01/09     Page 243 of 269

**Project Name:  Enterprise Architecture**
**Project Sponsor:  Jaimie Mangrum**
**Project Manager:  Mark Griffith**

| Start Date: | 11/17/08 | Est Finish Date: | |

**Solution Vision:**
Establish an Enterprise Architecture (EA) program for CPHCS based on the State's and Federal EA programs.

**Project Description:**

Create EA program and adopt EA framework and models, methodology, standards and governance plan.

**Organization Impact:**

Enterprise Architecture will have a major impact on CPHCS by adopting policies, standards and governance for all CPHCS IT projects.

**Project Purpose:**

Improve interoperability and efficiencies across all CPHCS IT projects.  Establish architectural framework and requirements for project development efforts and RFP's.  Provide enterprise level business, data, and technical models.  Leverage the Health Information Technology Executive Committee (HITEC) governance for enterprise architecture for all CPHCS IT projects.

**Strategic Plan Objectives:**
    Primary Goal: 5:Medical Support Infrastructure
    Objective:
    Actions:

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Kickoff | 11/17/08 | 11/17/08 |
| Initial interviews | 12/23/08 | 12/23/08 |
| Project Charter Approved | 3/1/09 | |
| PMO Governance Plan | 3/1/09 | 3/1/09 |
| Communication Plan | 3/1/09 | 3/1/09 |
| Data Center Questionnaire | 3/1/09 | 3/1/09 |
| IT Projects Roadmap | 2/1/09 | 2/1/09 |
| Business Architecture Model Template | 3/1/09 | 3/1/09 |

The Enterprise Architecture Program has accomplished the following during this reporting period:
- Business Architecture Rollout/Training/Help
- SOA Architecture Framework Discovery
- Project Architecture Rollup Document
- Project Data Center Questionnaire Rollup
- Data Center Project Dates Document
- Executive Steering Committee Meeting
- Meeting with EIS/EA Tool Info Meeting
- Architecture Review Board Meetings
- Technology Projects Meeting

We are currently working with PM's to define the Business Architecture Model which has been rollout out to some of the PM's already  We are also working on Technical Standards, Framework documentation for Infrastructure, SOA and Virtualization, participating in the architecture review board and will be conducting many more interviews and meetings with PM's and key business members.

**Project Name:** Healthcare Data Center
**Project Executive:** Elaine Bush
**Project Sponsor:** Jamie Mangrum, Liana Bailey-Crimmins
**Project Manager:** Denise Harris

| | | | |
|---|---|---|---|
| **Start Date:** | **05/08** | **Est Finish Date:** | **06/09** |

**Solution Vision:**
Implement a medical-grade data center as part of the healthcare network to enhance access to and management of inmate/patient information.

**Project Description:**

Implement a data center to support the CPHCS network infrastructure consisting of Headquarters and thirty-three (33) adult institutions. Integration of Active Directory, E-mail, Call Center, Centralized Services, and Network Storage to support CPHCS organizational requirements. Migration of existing Pilot CPHCS staff and hardware within CDCR to the new network infrastructure and support for new CPHCS staff and hardware.

**Organization Impact:**

Impacts all CPHCS staff and respective portions of CDCR. During the transition, CPHCS staff will continue to use the CDCR network infrastructure to access their applications. All CPHCS staff and hardware will be centralized on the CPHCS network allowing for improved user management.

**Project Purpose:**
Design and implement a new medical-grade data center for existing and future CPHCS staff and hardware. Phase one includes data infrastructure and two pilot applications in production: Clinical Data Repository and Centralized Dictation & Transcription

**Strategic Plan Objectives:**
Primary Goal: **5**:Medical Support Infrastructure
Objective: (not found in Receiver's Plan of Action)
- By April 2009, have a fully-functional data center to support CPHCS staff and hardware
- By April 2009, complete a migration of all existing CPHCS network objects (Active Directory users, computers, and groups) from CPHCS Headquarters and CDCR's 33 adult institutions to the new CPHCS network managed through the data center

**Major Milestones:**

| Milestones | Planned | Actual |
|---|---|---|
| Project Business Requirements completed & approved | Jan 09 | Mar 09 |
| CPHCS Data center Infrastructure completed | April 09 | |
| Pilot migration completed (Clinical Data Repository) | June 09 | |
| Pilot migration completed (Dictation & Transcription | Jun 09 | |

**Key Work Products:**
1. Project Charter
2. Data Center Design Documents
3. Risk management Plan
4. Integration Plan

**Dependencies:**
1. Torrance data center contract secured
2. Healthcare IT network implementation
3. Migration software procured
4. Migration and Integration services RFO

**Risks:**
1. Lack of a fully-defined and agreed-to Scope Statement could result in a failure to fulfill the project product
2. Lack of participation and allocation of CDCR EIS staff and/or lack of cooperation from Institutional management could result in failure to meet the estimated project completion date
3. Failure to properly identify all CPHCS objects for migration could result in failure to meet the Project Scope

**Project Team:**

The core project team is comprised of CPHCS executives, managers, and technical support staff; project management consultant and technical advisor; Experts from CDCR EIS, VerizonBusiness (prime contractor); other areas may supplement the core team as needed.

**Specific Performance Measures:**
1. 100% of CPHCS network objects migrated
2. Pilot Applications in production
3. Call Center availability 24x7x365

**Additional Information (Optional):**

This project is in the implementation phase. Data center is 76% complete. Most equipment has been staged, configured and installed. Temporary cages are built at the data center for CDR and Dictation and Transcription to support application development and testing prior to production roll out. Working on Backup expansion needed to fully deploy backup technologies, forest to forest trust and security infrastructure.

**Project Name: Health Care Network**
**Project Executive: Jamie Mangrum**
**Project Sponsor:    Liana Bailey-Crimmins**
**Project Manager: Evan Nordstrom-Victor Krause**

| | | | |
|---|---|---|---|
| **Start Date:** | 09/05/2007 | **Estimated Finish Date:** | 12/31/2009 |

**Solution Vision:**
Build a dedicated high-speed data network for CPHCS.
**Project Description:**

Design, build, install and maintain a dedicated high-speed data network for 33 institutions and CPHCS HQ.

**Organization Impact:**

This project will have a major impact on CPHCS and CDCR. A dedicated Health Care Network will allow the delivery of applications and electronic communication between all 33 institutions and CPHCS HQ. Having this ability will prove invaluable to the organization.

**Project Purpose:**
To enable health care workers the ability to utilize current and future technology to improve healthcare delivery to the patients.

**Strategic Plan Objectives:**
Primary Goal: Timely access to health care
Objective: A complete, working data network
Actions: Installation of a data network

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Institution WAN site surveys | 12/21/07 | 01/03/08 |
| Develop detailed design | 02/01/08 | 02/01/08 |
| Install WAN data circuits into each institution | 04/30/08 | 31 institutions complete |
| Install 'Phase I' LAN equip. into each institution | 02/01/09 | 33 institutions complete |
| Install 'Phase IIB' LAN equip. into each institution | 12/18/09 | 8 institutions complete |
| Test and configure Phase IIC LAN | 03/01/10 | 4 institutions complete |
| Final Test of each Network | 03/15/10 | |
| Project Closure ( 33 institutions + HQ 501J tested and completed) | 03/31/10 | |

**Key Work Products:**
1. Detailed design Site Survey Reports
2. Detailed design Site LAN documents
3. Detailed design Wireless LAN documents
4. Construction Statements of Work
5. Bill of Materials PO
6. 'Final Test Complete' Documents
**Dependencies:**
1. CDCR to install Single Mode Fiber at all 33 institutions.
2. CDCR facilities to increase electrical and cooling capacities to support additional power requirements.
3. Collaborate with CDCR Facilities and Assoc. Business Wardens (ABW), to secure adequate floor space for CPHCS equipment.
4. Coordinate with ABW's to schedule construction activities within their institutions.

**Constraints:**
1. Budget and schedule
**Risks:**
1. Space availability within institutions for additional network hardware.
2. Available facilities (electrical power and cooling) within institutions for additional network hardware
3. The ability to install high-speed data circuits into remote institution locations.
4. Budget and schedule changes
5. Scope Creep caused by 'late' additions from other projects.
6. Out-of-Scope additions to cover orphaned or currently unassigned issues.

**Project Team:**

The Health Care Network project team is comprised of two (2) Program Managers, monitoring, controlling, and assisting the activities of several vendors and CDCR staff.

**Specific Performance Measures:**
1. Data Circuit installation intervals
2. Site prep. intervals (space and power)
3. Phase I install/completion progress
4. Phase II install/completion progress
5. Phase III install/completion progress
6. Final Test of completed Network from each prison to the Data Center

**Additional Information (Optional):**

Case 2:90-cv-00520-KJM-SCR    Document 3600    Filed 06/01/09    Page 248 of 269

AS of April 15, 2009, 33 institutions + HQ (501 J st.) have had Phase I implemented.
Phase I was the installation of major hardware into the TELCO rooms of each institution and increasing the power and cooling required to support the added equipment.

Phase IIB is complete at eight institutions and in progress at four others, to complete the fiscal year.  Phase IIB consists of installing Switch racks, Wireless Access Points, Uninterruptable Power Supplies and LAN drops inside of numerous buildings within each institution.
Each institution will require an average of over 800 LAN drops (computer outlets in the wall), spread amongst the buildings, with the majority going into the clinics.

Phase IIC is complete at four institutions with testing to the MPLS.  Two additional institutions are scheduled, starting next week.
Phase IIC consists of testing and validating the HealthCare Network, "as it exists within each institution".  Pilot Sites of LAC, VPW, CCW, and SQ, are a priority. ( all but SQ are completed )
Connection between the Data Center and the four pilots will be tested as soon as the Data Center goes live.
A new requirement of identifying available power within range of the LAN outlets has been added.  Talks with VANIR were productive, as VANIR is tasked with construction activities at all 33 institutions and power assessments are a part of the first steps.
Synopsis:
At the end of the HealthCare Network Project, (estimated to be on/before June 30, 2010), each institution will have a complete and functional high-speed data system connected to the Data Center.

**Executive Project Data Sheet** **As of: April 22, 2009**

**Project Name:  Headquarters Consolidation Project**
**Project Executive:  Clark Kelso**
**Project Sponsor:  Glenn Welker**
**Project Manager:  Diane O'Connor**

| | | | |
|---|---|---|---|
| **Start Date:** | **November 17, 2008** | **Est Finish Date: 2012** | |

**Solution Vision:**
Relocate HCS Headquarters staff to a single building location or campus environment

**Project Description:**
Plan and consolidate Headquarters HCS program staff from current multiple real estate locations to a single building or campus office environment enabling Headquarters program collaboration, cost control and unified management of HCS.

**Organization Impact:**

This project will have a major impact on all Headquarters Program staff in that they will be able to better collaborate, meet, organize and manage HCS from a single location.  The solution will provide a single point of presence for the HCS HQ Program infrastructure and administration.  The single presence will allow HCS Management to function as a unified organization utilizing consolidated infrastructure and resources to better manage HCS in the future.

**Project Purpose:**
To provide a single presence for HCS HQ Management in the Sacramento region.

**Strategic Plan Objectives:**
    <u>Primary Goal</u>: 6:Clinical, Administrative  Housing
    <u>Objective</u>:  6.1: Upgrade Program
    <u>Actions</u>: 6: Clinical, Administrative Housing

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Project Internal Kick off with sponsor | 12/8/08 | 12/8/08 |
| Phase I | | |
| Project Data Sheet | 12/08/08 | 12/08/08 |
| Project Charter (draft) | 12/31/08 | 12/31/08 |
| Project Charter submitted to Steering Committee | TBD | |
| Liaison assignment from all branches for staffing analysis | 2/4/2009 | 2/10/2009 |
| Liaison managed Analysis PDS to all HQ programs for staff projections, supporting documentation and signature | 2/18/2009 due 3/12/09 | 3/18/2009 |

**Key Work Products:**
1. Deliverable I: Consolidated Program staff data to include supporting documents.

2. Deliverable II: Staff transportation survey
3. Deliverable III: Project Charter for Approval.

**Dependencies:**
1. Executive Level approval for Initiation of project Charter following analysis data.
2. Funding for leased space, build to suit or lease to own.

**Constraints:**
1. Search for space will be based on staffing projections for current FY 08/09 funded/ approved positions and projected future positions with supporting backup and program/division level management approval through FY 2013.
2. Confidentiality during project request phase does not allow for obtaining actual real estate availability.
3. Project site is constrained to specific location (Downtown Sacramento or within 15 miles of Downtown Sacramento) unless otherwise stated by Executive Level Management

**Risks:**
1. Lack of approved funding
2. Project Charter not approved for initiation phase following analysis.

**Project Team:**

The Headquarters Relocation core project team is comprised of approximately 3 team members that include representative staff from HCS Business Operations.

**Specific Performance Measures:**
1. Executive level approval of project moving from Request phase to Initiation will be based on analysis completion and data review.

**Additional Information (Optional):**
The following assumptions have been made and may be changed/corrected by Executive Management:
1. HQ Consolidation project to complete 2011-

| | | |
|---|---|---|
| Roll up program data packets and present staff projection, supporting documentation and square footage required to Elaine Bush for checkpoint/approval. | 4/30/09 | |
| Complete charter package to include staffing, square footage requirements, estimates for relocation, transportation analysis and current lease space expenditures. | 5/15/2009 | |

The Headquarters Consolidation Project is in the Request Phase as of 12/31/2008.

April 14, 2009 - Data sheets delivered and entered into space formula spread sheet by unit (104 units). Work is in progress to review and verify that the data is correct and that all back up documentation (Letters to Appoint under blanket vs. approved BCP) is provided. Diane O'Connor continues to meet with division liaisons for missing back up and misclassified positions. New completion date has been set by Glenn Welker (Sponsor) for April 30.

2013 (TBD)
2. Location to be downtown Sacramento or within 15 miles of downtown
3. A check point will be held within Phase II with steering committee to determine moving forward before requesting real estate search via Department of General Services. (DGS will make search public)
4. An estimated price per square foot will be provided within the Project Charter for feasibility purposes before making project public via Department of General Services. The estimates will be the current average lease rates per square foot for office space located: Downtown Sacramento, Natomas, West Sacramento, Rancho Cordova and Elk Grove (unless specifically requested from Executive level Management)
5. Headcount estimate data through FY 2013 will be provided via current funded positions and supporting data for projected positions. This data will be approved by program managers and division directors.
6. Formula used to determine space size will be determined by the State Standards (SAM Guide)

| **nProject Name:** | **10K Bed – Administrative Support Facilities (ASF)** |
| **Project Executive:** | Elaine Bush |
| **Project Sponsor:** | David Runnels |
| **Project Lead:** | Wendy Still |
| **Project Manager:** | Mitch Vaden |

| | | | |
|---|---|---|---|
| **Start Date:** | **November 2008** | **Est Finish Date:** | **April 2009** |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities.  Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1.  Defined Facility Design.
2.  Defined Facility Staffing Plan.
3.  Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative  Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete "Staffing Level" Coordination for Master Schedule | 12/12/08 | 12/12/08 |
| Complete Preliminary Staffing Review | 12/15/08 | 12/15/08 |
| Complete Preliminary Analysis and Receive Decision on: | 12/19/08 | 12/19/08 |
| Evaluate Procurement Strategic Plan | 12/31/08 | 12/24/08 |
| Complete Warehouse Design Review | 12/31/08 | 12/24/08 |
| Complete Food Service Process | 12/31/08 | 12/24/08 |
| Complete Final Prototypical Facility Staffing Plan | 03/13/09 | 03/13/09 |
| Continued support for TVD/EVD process | 03/14/09 | 04/15/09 |
| *90-Day Project Closure* | 04/30/09 | |

**Key Work Products:**
1.  Action Plan/Schedule for the completion of work products.
2.  Action Item Tracking Tool.
3.  Risk and Issues Tracking Tool.

**Dependencies:**
1. Completion of TVD/EVD processes.
2. Staffing/Resource.

**Constraints:**
1. Aggressive schedule/timeframes

**Risks:**
1. None.

**Project Team:**

| Sponsor: | Steve Cambra |
|---|---|
| **Team Lead:** | Dave Runnels |
| **Assistant Team Lead:** | Lisa Heintz |
| **Project Manager:** | Mitch Vaden |
| **Owner Rep.:** | Michael Bean |
| **Owner Rep.:** | Tom Felker |
| **HR Lead:** | Karen Coffee |
| **Procurement Lead:** | Susan Lew |
| **IT Lead:** | David Noronha |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
   - Facility Design,
   - Staffing Plan.

**Current Lifecycle Status:**

The Administrative Support Services and Facilities project is currently in the Planning phase of the project lifecycle.  We are on schedule to complete the milestones specified above.  Tasks and deliverables completed to date include:

- Documented ASF Team Charter
- Identified potential design impact areas-assigned team leaders
- Completed mandatory review of FPS Version 2
- Assessed and identified FPS areas with design/space/operational impact
- Assigned/obtained resources to address all impact areas.
- Developed/submitted Whitepapers to Leadership for review/decision
- Documented all Leadership recommendations and communicated to IPD
- Completed red line comparison of FPS Version 2 and 3
- Completed November action plans for remaining 90-day deliverables

In addition, the ASF Team has assessed and identified Facility Program Statement (FPS) areas with design, space or operational impacts, and submitted recommendation white papers to leadership for decision.  The team has received decisions on the following facility design areas:

- Plant Maintenance
- Mails Services
- Food Service
- Fire Protection
- Security Perimeter
- Entrance Building
- Administration Building
- Visiting Room Location
- Central Control Location
- Fleet Management

In the first quarter 2009, ASF team members were embedded with and provided support for the Target-Value Design (TVD) and Extreme-Value Design (EVD) teams working on the 10,000 Bed project.  They were very instrumental in the effort to generate and evaluate the 8 Big Ideas that resulted from the TVD processes.  They provided subject matter expertise and administrative support in the analysis and cost-cutting activities performed by the TVD/EVD teams.

**Project Name:**
**10K Bed – Activation Program**
**Project Executive:**  David Runnels
**Project Sponsor:**  Steve Cambra
**Project Lead:**  Amy Rassen & Wendy Still
**Project Manager:**  David Noronha

| | | | |
|---|---|---|---|
| **Start Date:** | **November 2008** | **Est Finish Date:** | **June 2009** |

**Solution Vision:**
Activate seven Prison Health Care Facilities (10,000 Beds), in support of Goal # 6 of the Receiver's Turn Around Plan of Action.
*Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.*

**Project Description:**
Develop a Service Delivery Program Model and identify the Organizational and Staffing Design necessary to support seven new California Prison Health Care facilities.  Work closely with the Joint Venture Integrated Project Delivery (JV-IPD) Teams to develop a facility design that will support the mission of the California Prison Health Care Receivership.

**Organization Impact:**
1.  Defined Facility Design.
2.  Defined Facility Staffing Plan.
3.  Defined Patient Care model
4.  Provide information needed by the JV-IPD Teams to complete the facility design.

**Project Purpose:**
Provide Service Delivery Program Model and Organizational staffing Model to allow activation of 10,000 Beds in seven facilities on time, within budget and scope.

**Strategic Plan Objectives:**
Primary Goal: 6:Clinical, Administrative  Housing
Objective: Manage and Report on the activation tasks
Actions: Plan, Monitor and Report

**Major Milestones**

| Milestones | Planned | Actual |
|---|---|---|
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |
| Complete Initial drafts of Patient Care Models | 12/15/08 | 12/15/08 |

| | | |
|---|---|---|
| | 12/19/08 | 12/19/08 |
| Draft staffing Models | 12/31/08 | 12/3108 |
| Patient Care Model | 1/15/09 | 1/14/09 |
| Revised Space Program | 1/15/09 | 3/5/09 |
| Complete Model Facility Staffing Plan (7 facility) | 3/31/09 | 4/10/09 |
| Complete Final Prototypical Facility Staffing Plan | 3/31/09 | 4/10/09 |
| Complete 7 to 6 facilities staffing change | 4/10/09 | 4/30/09 |
| Review /Collaborate Prototype Design | 5/15/09 | |
| Prototype Design Completed | 5/31/09 | |
| 30-Day Project Closure | 6/30/09 | |

**Key Work Products:**
1.      Action Plan/Schedule for the completion of work products.
2.      Action Item Tracking Tool.
3.      Risk and Issues Tracking Tool.

**Dependencies:**
1.      Leadership Decisions.
2.      Staffing/Resource.

**Constraints:**
1.      Aggressive schedule/timeframes

**Risks:**
1. TBD

**Project Team:**

| Sponsor: | Steve Cambra |
|---|---|
| Team Lead: | Amy Rassen & Wendy Still |
| Co-Team Lead: | Tom Felker |
| Project Manager: | David Noronha |
| Owner Rep.: | Kathy Page |
| Owner Rep.: | Cindi Ricker |
| Owner Rep.: | Mike Bean |
| IT Rep.: | Dennis Hirning |

**Specific Performance Measures:**
1. Milestones, activities and task deliverables:
- Facility Design,
- Staffing Plan
- Integrated Patient Care Mode
- Facility Prototype Design

# APPENDIX 23

## CALIFORNIA HEALTHCARE RECEIVERSHIP CORPORATION
### Discussion and Analysis of Unaudited Financial Statements
### For the Period July 1, 2008 through April 30, 2009

The April 30, 2009 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

Revenues related to investment earnings are greater than what had been budgeted due to the actual draw down of cash from the appropriation to the Receivership. The draw down is completed quarterly or on an as needed basis, based on both projected operating and capital requirements of the Receivership. The amount of expected capital expenditures in any given period materially influences the amount of the draw.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the ten months ended April 30, 2009 shows a total difference of $1,272,632 or 1.5% variance over budget. Two line items or activities in the statement account for the majority of the difference.

Legal and Professional fees were $2,056,082 or 15% over budget. This is primarily a result of the delay in obtaining construction financing, as it was anticipated that construction related legal fees would be capitalized. In addition, there have been unanticipated legal fees arising from the Receiver's motion to hold the Governor in contempt for failing to finance the Receiver's construction programs. Other expenses were $1,423,886 above budget. The receivership has hired the marketing and recruitment firm Bernard Hodes to assist in the campaign to recruit and hire professional medical staff to work for the CDCR. These costs of recruitment for CDCR Medical and nursing staff had originally been considered a CDCR budget item, but were paid by the Corporation to avoid delays in initiating the program.

Capital assets increased by $66.9 million for the ten months ending April 30, 2009. Of the total expenditures for capital assets, $44.6 million was related to program management services for the 10,000 bed project. The remaining expenditures were primarily for various capital improvements at San Quentin, Interim Modular's for Avenal and CDCR information system improvements.

## CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION

Statement of Revenues, Expenditures and Changes in Fund Balance - General Fund - Budget to Actual

For the seven months ended January 31, 2009

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $96,147,258 | $96,147,258 | $ - |
| Investment earnings | $495,831 | $763,867 | 268,036 |
| Total revenues | 96,643,089 | 96,911,125 | 268,036 |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,041,381 | 2,920,997 | 120,384 |
| Legal and professional services | 9,701,962 | 10,625,249 | (923,287) |
| Travel | 303,668 | 207,216 | 96,452 |
| Rents and leases | 42,000 | 59,854 | (17,854) |
| Office expenses | 58,842 | 53,147 | 5,695 |
| Telephone and network | 20,300 | 41,422 | (21,122) |
| Insurance | 49,881 | 36,134 | 13,747 |
| Other | 112,260 | $1,550,812 | (1,438,552) |
| Capital outlay | 59,300,527 | 59,300,527 | - |
| Total expenditures | 72,630,821 | 74,795,358 | (2,164,537) |
| Change in fund balance | $ 24,012,268 | 22,115,767 | $ (1,896,501) |
| GAAP basis difference - compensated absences | | - | |
| Fund balance - July 1, 2008 | | 4,041,586 | |
| Fund balance - January 31, 2009 | | $ 26,157,353 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Net Assets and General Fund Balance Sheet
January 31, 2009

| | General Fund | Adjustments (Note 1) | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $37,019,689 | $ - | $ 37,019,689 |
| Prepaid items | $0 | - | - |
| | 37,019,689 | - | 37,019,689 |
| **Noncurrent assets:** | | | |
| Deposits with others | $621,728 | - | 621,728 |
| Capital assets, net | - | $94,656,604 | 94,656,604 |
| Total assets | $ 37,641,417 | 94,656,604 | 132,298,021 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | $4,404,744 | - | 4,404,744 |
| Accrued salaries and benefits | $175,123 | - | 175,123 |
| Other accrued expenses | $6,904,198 | | 6,904,198 |
| Compensated absences | - | 236,414 | 236,414 |
| Total liabilities | 11,484,065 | 236,414 | 11,720,479 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 621,728 | (621,728) | - |
| Unreserved, undesignated | 25,535,624 | (25,535,624) | - |
| Total fund balance | 26,157,352 | (26,157,352) | - |
| Total liabilities and fund balance | $ 37,641,417 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 94,656,604 | 94,656,604 |
| Unrestricted | | 25,920,939 | 25,920,939 |
| Total net assets | | $ 120,577,543 | $ 120,577,543 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**

Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance

For the seven months ended January 31, 2009

| | General Fund | Adjustments (Note 2) | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $96,147,258 | - | 96,147,258 |
| General revenues: | | | |
| Investment earnings | $763,867 | - | 763,867 |
| Total revenues | $96,911,125 | - | 96,911,125 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $2,920,997 | - | 2,920,997 |
| Legal and professional services | $10,625,249 | - | 10,625,249 |
| Travel | $207,216 | - | 207,216 |
| Rents and leases | $59,854 | - | 59,854 |
| Insurance | $36,134 | - | 36,134 |
| Other | $1,645,381 | - | 1,645,381 |
| Depreciation | $0 | $1,630,552 | 1,630,552 |
| Capital outlay - Fixed Assets | 59,300,527 | (59,300,527) | - |
| Total expenditures/expenses | 74,795,358 | (57,669,975) | 17,125,383 |
| Change in fund balance | 22,115,767 | (22,115,767) | - |
| Change in net assets | - | 57,669,975 | 79,785,742 |
| Fund balance/net assets - July 1, 2008 | 4,041,586 | 45,874,174 | 40,791,801 |
| Fund balance/net assets - January 31, 2009 | $ 26,157,353 | $ 81,428,382 | $ 120,577,543 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Revenues, Expenditures and Changes in Fund Balance - General Fund - Budget to Actual
For the eight months ended February 28, 2009

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $96,147,258 | $96,147,258 | $         - |
| Investment earnings | $566,664 | $791,015 | 224,351 |
| Total revenues | 96,713,922 | 96,938,273 | 224,351 |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,475,861 | 3,290,934 | 184,927 |
| Legal and professional services | 11,087,599 | 11,639,729 | (552,130) |
| Travel | 347,048 | 219,026 | 128,022 |
| Rents and leases | 48,000 | 62,236 | (14,236) |
| Office expenses | 67,248 | 55,608 | 11,640 |
| Telephone and network | 23,200 | 43,019 | (19,819) |
| Insurance | 57,006 | 41,201 | 15,805 |
| Other | 128,296 | $1,602,894 | (1,474,598) |
| Capital outlay | 66,415,829 | 66,415,829 | - |
| Total expenditures | 81,650,087 | 83,370,477 | (1,720,389) |
| Change in fund balance | $ 15,063,834 | 13,567,796 | $      (1,496,039) |
| GAAP basis difference - compensated absences | | - | |
| Fund balance - July 1, 2008 | | 4,041,586 | |
| Fund balance - February 28, 2009 | | $   17,609,382 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Net Assets and General Fund Balance Sheet
February 28, 2009

|  | General Fund | Adjustments (Note 1) | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $28,105,643 | $ - | $ 28,105,643 |
| Prepaid items | $0 | - | - |
| | 28,105,643 | - | 28,105,643 |
| **Noncurrent assets:** | | | |
| Deposits with others | $615,906 | - | 615,906 |
| Capital assets, net | - | $101,538,970 | 101,538,970 |
| Total assets | $ 28,721,549 | 101,538,970 | 130,260,520 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | $968,725 | - | 968,725 |
| Accrued salaries and benefits | $175,123 | - | 175,123 |
| Other accrued expenses | $9,968,320 | | 9,968,320 |
| Compensated absences | - | 236,414 | 236,414 |
| Total liabilities | 11,112,168 | 236,414 | 11,348,582 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 615,906 | (615,906) | - |
| Unreserved, undesignated | 16,993,475 | (16,993,475) | - |
| Total fund balance | 17,609,381 | (17,609,381) | - |
| Total liabilities and fund balance | $ 28,721,549 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 101,538,970 | 101,538,970 |
| Unrestricted | | 17,372,968 | 17,372,968 |
| Total net assets | | $ 118,911,938 | $ 118,911,938 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended February 28, 2009

|  | General Fund | Adjustments (Note 2) | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $96,147,258 | - | 96,147,258 |
| General revenues: | | | |
| Investment earnings | $791,015 | - | 791,015 |
| Total revenues | $96,938,273 | - | 96,938,273 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,290,934 | - | 3,290,934 |
| Legal and professional services | $11,639,729 | - | 11,639,729 |
| Travel | $219,026 | - | 219,026 |
| Rents and leases | $62,236 | - | 62,236 |
| Insurance | $41,201 | - | 41,201 |
| Other | $1,701,521 | - | 1,701,521 |
| Depreciation | $0 | $1,863,488 | 1,863,488 |
| Capital outlay - Fixed Assets | 66,415,829 | (66,415,829) | - |
| Total expenditures/expenses | 83,370,477 | (64,552,341) | 18,818,135 |
| Change in fund balance | 13,567,796 | (13,567,796) | - |
| Change in net assets | - | 64,552,341 | 78,120,137 |
| Fund balance/net assets - July 1, 2008 | 4,041,586 | 45,874,174 | 40,791,801 |
| Fund balance/net assets - February 28, 2009 | $   17,609,382 | $   96,858,720 | $   118,911,938 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**

Statement of Revenues, Expenditures and Changes in Fund Balance - General Fund - Budget to Actual

For the nine months ended March 31, 2009

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $96,147,258 | $96,147,258 | $  - |
| Investment earnings | $566,664 | $812,860 | 246,196 |
| Total revenues | 96,713,922 | 96,960,118 | 246,196 |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,910,338 | 3,636,955 | 273,383 |
| Legal and professional services | 12,473,234 | 11,553,843 | 919,391 |
| Travel | 390,425 | 241,878 | 148,547 |
| Rents and leases | 54,000 | 66,025 | (12,025) |
| Office expenses | 75,653 | 66,499 | 9,154 |
| Telephone and network | 26,100 | 49,983 | (23,883) |
| Insurance | 64,131 | 46,595 | 17,536 |
| Other | 144,329 | $1,579,981 | (1,435,652) |
| Capital outlay | 65,898,127 | 65,898,127 | - |
| Total expenditures | 83,036,337 | 83,139,887 | (103,550) |
| Change in fund balance | $ 13,677,585 | 13,820,231 | $  142,646 |
| GAAP basis difference - compensated absences | | - | |
| Fund balance - July 1, 2008 | | 4,041,586 | |
| Fund balance - March 31, 2009 | | $  17,861,817 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Net Assets and General Fund Balance Sheet
March 31, 2009

| | General Fund | Adjustments (Note 1) | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $22,347,927 | $ - | $ 22,347,927 |
| Prepaid items | $0 | - | - |
| | 22,347,927 | - | 22,347,927 |
| **Noncurrent assets:** | | | |
| Deposits with others | $386,857 | - | 386,857 |
| Capital assets, net | - | $100,788,332 | 100,788,332 |
| Total assets | $ 22,734,784 | 100,788,332 | 123,523,116 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | $1,727,727 | - | 1,727,727 |
| Accrued salaries and benefits | $175,123 | - | 175,123 |
| Other accrued expenses | $2,970,118 | | 2,970,118 |
| Compensated absences | - | 236,414 | 236,414 |
| Total liabilities | 4,872,968 | 236,414 | 5,109,382 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 386,857 | (386,857) | - |
| Unreserved, undesignated | 17,474,959 | (17,474,959) | - |
| Total fund balance | 17,861,816 | (17,861,816) | - |
| Total liabilities and fund balance | $ 22,734,784 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 100,788,332 | 100,788,332 |
| Unrestricted | | 17,625,403 | 17,625,403 |
| Total net assets | | $ 118,413,735 | $ 118,413,735 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended March 31, 2009

| | General Fund | Adjustments (Note 2) | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $96,147,258 | - | 96,147,258 |
| General revenues: | | | |
| Investment earnings | $812,860 | - | 812,860 |
| Total revenues | $96,960,118 | - | 96,960,118 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,636,955 | - | 3,636,955 |
| Legal and professional services | $11,553,843 | - | 11,553,843 |
| Travel | $241,878 | - | 241,878 |
| Rents and leases | $66,025 | - | 66,025 |
| Insurance | $46,595 | - | 46,595 |
| Other | $1,696,463 | - | 1,696,463 |
| Depreciation | $0 | $2,096,424 | 2,096,424 |
| Capital outlay - Fixed Assets | 65,898,127 | (65,898,127) | - |
| Total expenditures/expenses | 83,139,887 | (63,801,703) | 19,338,184 |
| Change in fund balance | 13,820,231 | (13,820,231) | - |
| Change in net assets | - | 63,801,703 | 77,621,934 |
| Fund balance/net assets - July 1, 2008 | 4,041,586 | 45,874,174 | 40,791,801 |
| Fund balance/net assets - March 31, 2009 | $  17,861,817 | $  95,855,646 | $  118,413,735 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended April 30, 2009

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $96,147,258 | $96,147,258 | $          - |
| Investment earnings | $566,664 | $829,862 | 263,198 |
| Total revenues | 96,713,922 | 96,977,120 | 263,198 |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $4,344,814 | 3,898,309 | 446,505 |
| Legal and professional services | 13,858,869 | 11,802,787 | 2,056,082 |
| Travel | 433,802 | 245,594 | 188,208 |
| Rents and leases | 60,000 | 69,618 | (9,618) |
| Office expenses | 84,058 | 68,902 | 15,156 |
| Telephone and network | 29,000 | 50,844 | (21,844) |
| Insurance | 71,256 | 49,227 | 22,029 |
| Other | 160,362 | $1,584,248 | (1,423,886) |
| Capital outlay | 66,908,804 | 66,908,804 | - |
| Total expenditures | 85,950,965 | 84,678,333 | 1,272,632 |
| Change in fund balance | $ 10,762,957 | 12,298,787 | $    1,535,830 |
| GAAP basis difference - compensated absences | | (54,276) | |
| Fund balance - July 1, 2008 | | 4,041,586 | |
| Fund balance - April 30, 2009 | | $   16,286,097 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended April 30, 2009

| | General Fund | Adjustments (Note 1) | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $18,431,485 | $          - | $   18,431,485 |
| Prepaid items | $0 | - | - |
| | 18,431,485 | - | 18,431,485 |
| **Noncurrent assets:** | | | |
| Deposits with others | $380,209 | - | 380,209 |
| Capital assets, net | - | $101,566,073 | 101,566,073 |
| Total assets | $    18,811,695 | 101,566,073 | 120,377,768 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | $1,968,479 | - | 1,968,479 |
| Accrued salaries and benefits | $141,741 | - | 141,741 |
| Other accrued expenses | $415,378 | | 415,378 |
| Compensated absences | - | 182,138 | 182,138 |
| Total liabilities | 2,525,598 | 182,138 | 2,707,736 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 380,209 | (380,209) | - |
| Unreserved, undesignated | 15,905,887 | (15,905,887) | - |
| Total fund balance | 16,286,096 | (16,286,096) | - |
| Total liabilities and fund balance | $    18,811,695 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 101,566,073 | 101,566,073 |
| Unrestricted | | 16,103,959 | 16,103,959 |
| Total net assets | | $   117,670,032 | $   117,670,032 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended April 30, 2009

| | General Fund | Adjustments (Note 2) | S Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $96,147,258 | - | 96,147,258 |
| General revenues: | | | |
| Investment earnings | $829,862 | - | 829,862 |
| Total revenues | $96,977,120 | - | 96,977,120 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $3,952,585 | (54,276) | 3,898,309 |
| Legal and professional services | $11,802,787 | - | 11,802,787 |
| Travel | $245,594 | - | 245,594 |
| Rents and leases | $69,618 | - | 69,618 |
| Insurance | $49,227 | - | 49,227 |
| Other | $1,703,995 | - | 1,703,995 |
| Depreciation | $0 | $2,329,360 | 2,329,360 |
| Capital outlay - Fixed Assets | 66,908,804 | (66,908,804) | - |
| Total expenditures/expenses | 84,732,609 | (64,633,720) | 20,098,889 |
| | | | |
| Change in fund balance | 12,244,511 | (12,244,511) | - |
| | | | |
| Change in net assets | - | 64,633,720 | 76,878,231 |
| | | | |
| Fund balance/net assets - July 1, 2008 | 4,041,586 | 45,874,174 | 40,791,801 |
| | | | |
| Fund balance/net assets - April 30, 2009 | $  16,286,097 | $  98,263,383 | $  117,670,032 |

# APPENDIX 24

<u>Vendors Engaged by the Receiver During this Reporting Period Relating to Services to
Assist the Receivership in the Development and Delivery of Constitutional Medical Care
Within the California Department of Corrections and Rehabilitation ("CDCR") and its
Prisons</u>

During the last reporting period, the Receiver has engaged the following vendors
relating to services to assist the Office of the Receiver in the development and delivery of
constitutional care within CDCR and its prisons:[1]

A.    <u>Establishing a Medical Support Infrastructure</u>

Health Information Management

CDCR issued a request for proposal for an integrated Strategic Offender Management
System (SOMS).  This was a solution-based procurement, the purpose of which was to
secure a vendor to provide a modern integrated SOMS to replace the existing legacy
systems, both automated and manual, and integrate and/or eliminate some interface
systems.  This acquisition was via the Expedited Formal bid process.  Proposals were
solicited at the Receiver's website from all interested companies.  Conceptual proposals
were received from ACS, Ciber, EDS and IBM.  Final proposals were received from EDS
and IBM.  EDS was selected.

B.    <u>Provide for Necessary Clinical, Administrative and Housing Facilities</u>

Avenal

The Receiver issued a request for qualifications to solicit material testing and
inspection services during construction at Avenal State Prison, using the Urgent Informal
bid process.  Bids were solicited from Neil O. Anderson & Associates, Inc., Kleinfelder
Group, Wallace & Kuhl, and Construction Testing & Engineering, Inc.  Neil O. Anderson
& Associates, Inc. was selected.

---

[1] For the sake of brevity, vendor subcontracts are not listed herein.  Information about subcontracts,
however, can be provided to the Court upon request.