FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838
mdodd@fddcm.com

*Attorneys for Receiver*
J. Clark Kelso

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>*Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>*Defendants*. | Case No. CIV S-90-0520 LKK JFM P<br><br>**NOTICE OF CHANGE OF FIRM NAME AND FIRM ADDRESS** |

**PLEASE TAKE NOTICE** that Futterman & Dupree LLP, attorneys for RECEIVER J. CLARK KELSO in *Plata v. Schwarzenegger*, Case No. C01-1351 TEH, has changed its firm name to FUTTERMAN DUPREE DODD CROLEY MAIER LLP. The firm's address has changed as follows:

> Futterman Dupree Dodd Croley Maier LLP
> 180 Sansome Street, 17th Floor
> San Francisco, CA 94104

Martin Dodd's email address has changed to mdodd@fddcm.com.

The firm's telephone number and facsimile number shall remain the same. ANY AND ALL NOTICES AND DOCUMENTS regarding this action should be sent to reflect the change of firm name, address and email effective immediately.

Dated: June 1, 2009

FUTTERMAN DUPREE
DODD CROLEY MAIER LLP

By: /s/ Martin H. Dodd
    Martin H. Dodd
    Attorneys for Receiver J. Clark Kelso