1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   1917 Fifth Street
3  Berkeley, CA  94710
   Telephone:  (510) 280-2621
4

5

6

7  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
8  CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
9  San Francisco, CA  94107
   Telephone:  (415) 864-8848
10

11
   Attorneys for Plaintiffs
12

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

15  RALPH COLEMAN,

16         Plaintiffs,

17     v.

18  ARNOLD SCHWARZENEGGER, et al.,

19

20         Defendants.

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' COMMENTS PURSUANT TO THE COURT'S MARCH 31, 2009 ORDER REGARDING (1) DEFENDANTS' FINAL PROPOSAL TO MEET THE REMAINING SHORT-TERM, INTERMEDIATE, AND LONG-RANGE BED NEEDS OF THE PLAINTIFF CLASS; AND, (2) DEFEN-DANTS' DETAILED ACTIVATION SCHEDULES FOR COMPLETION OF ALL OTHER COURT-ORDERED CONSTRUCTION PROJECTS.**

Submitted to Special Master Matthew Lopes With a Copy Filed With the Court Pursuant to the Order of March 31, 2009 (Dkt. No. 3556)

Hearing:  June 16, 2009, 1:30 p.m.

Court:  Hon. Lawrence K. Karlton

[299352-1]

1    I, Mark R. Feeser, do hereby declare as follows:

2    1.    I am an attorney admitted to practice law in California and am an associate in the

3    law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for plaintiff class in this case.

4    I have personal knowledge of the matters set forth herein and if called as a witness I could

5    competently so testify.  I make this declaration in support of Plaintiffs' Comments Pursuant to

6    the Court's March 31, 2009 Order Regarding (1) Defendants' Final Proposal to Meet the

7    Remaining Short-Term, Intermediate, and Long-Range Bed Needs of the Plaintiff Class; and

8    (2) Defendants' Detailed Activation Schedules for completion of All Other Court-Ordered

9    Construction Projects.

10    2.    On or around June 1, 2009, I created a Microsoft Excel spreadsheet containing the

11    following data:  (1) forecasted men's bed need by level of care ("LOC") as reported in the

12    Navigant Consulting Mental Health Bed Need Study dated April 2009 ("2009 Spring Navigant

13    Study"), a true and correct copy of which is attached hereto as **Exhibit A**; (2) forecasted men's

14    bed need by LOC as reported in the Navigant Consulting Mental Health Bed Need Study dated

15    November 2008 ("2008 Fall Navigant Study"), a true and correct copy of which is attached

16    hereto as **Exhibit B**; and (3) the actual number of men's Mental Health Services Delivery

17    System ("MHSDS") beds as of 2009 as reported in Table 2 and Table 4 of Defendants' Response

18    to Court's March 31, 2009 Order That Defendants' File a Final Proposal to Meet the Remaining

19    Short-Term, Intermediate, and Long Range Bed Needs of the Plaintiffs' Class, May 26, 2009, at

20    pp. 4, 12 (Docket No. 3592) ("May 2009 Bed Plan").[1]

21    3.    Using Microsoft Excel and the data from the 2009 Spring Navigant Study and

22    Defendants' May 2009 Bed Plan, I calculated the difference between the number of beds needed

23    at each LOC as forecasted by the Spring 2009 Navigant Study by fiscal year and the actual

24    number of beds for 2009.  I also calculated the percentage that the deficit or surplus in beds at

25    each LOC represented of the total number of beds at each LOC for that fiscal year assuming the

26

27    _____

28    [1] All page references to Defendants' May 2009 Bed Plan are references to the ECF header page
number.

1   current capacity remains unchanged. For example, according to the Spring 2009 Navigant Study,

2   the projected need for EOP-GP beds in FY 2010/11 is 4,516. Spring 2009 Navigant Study at 21.

3   The actual number of EOP-GP beds in 2009 is 3,141. *See* May 2009 Bed Plan at 7.

4   Accordingly, the unmet need for EOP-GP beds if no additional beds are created is 1,375, which

5   represents 30.4% of the total beds (4,516) needed in that fiscal year.

6         4.      Using the calculations described above and Microsoft Excel, I created a chart titled

7   "Spring 2009 Navigant Study Projections, Unmet Need/(Surplus) Based on Current Actual Beds.

8   A true and correct copy of this chart is attached hereto as **Exhibit C**.

9         5.      Using Microsoft Excel and the data contained in the Fall 2008 Navigant Study and

10  the Spring 2009 Navigant Study, I calculated the difference in projected bed need between the

11  two sets of projections by LOC for the fiscal years 2009/2010, 2010/11, 2011/2012, and 2012/13.

12  For example, the Fall 2008 Navigant Study projects that the EOP-GP bed need in FY 2010/11

13  will be 4,021, while the Spring 2009 Navigant Study projects the EOP-GP need will be 4,516, an

14  increase of 495 EOP-GP beds needed. Using these calculations, I created a chart summarizing

15  the change in bed need for each LOC with increased bed need per the Spring 2009 Navigant

16  Study represented by positive numbers and decreased bed need per the Spring 2009 Navigant

17  Study represented by negative numbers. A true and correct copy of this chart is attached hereto

18  as **Exhibit D**.

19        6.      Using the data contained in Table 4 of Defendants' May 2009 Bed Plan, including

20  (1) Bed Need 2009 (based on FY 2008/09 bed need projections from the Fall 2008 Navigant

21  Study); (2) Actual Bed 2009; (3) Short & Intermediate Term Proposals Increase; and (4) Bed

22  Total After Implementation of Short & Intermediate Term Proposals, I created an Excel

23  spreadsheet. As described above at ¶ 2, I entered the projected bed need as described in the Fall

24  2008 Navigant Study and the Spring 2009 Navigant Study for FY 2010/11. I then calculated the

25  difference between the Bed Total After Implementation of Short & Intermediate Term Proposals

26  and the projected bed need for FY 2010/11 as presented in the Fall 2008 Navigant Study and the

27  Spring 2009 Navigant Study. I then summarized this data for each LOC by adding two columns

28  to Defendants' Table 4 showing the total bed need and remaining gap by LOC, creating a chart

2

[299352-1]

1    titled "Adding Contemporaneous 2010/11 Need to Defendants' Table 4, Impact of Short-Term

2    and Intermediate-Term Proposals on Need."  A true and correct of this chart is attached as

3    **Exhibit E**.

4           7.     Using Microsoft Excel, I also calculated the implementation date of each of

5    Defendants' Short-Term and Intermediate-Term Proposals, as described in Defendants' May

6    2009 Bed Plan at p. 7-15.  In order to calculate the implementation date I was required to make

7    several assumptions, as many of the proposals contained a range for the amount of time required

8    for implementation and nearly all could not be implemented without first obtaining a court order.

9    Therefore, in an effort to be conservative (therefore estimating the earliest possible date for

10   implementation), I assumed that the necessary court order would be obtained at the earliest

11   possible date, the date of the Court's hearing on this matter scheduled for June 16, 2009.

12   Second, I used the shortest number of days to implementation where a range was provided.  For

13   example, on page 12 of Defendants' May 2009 Bed Plan, a proposal for Temporary MHCBs at

14   SAC is proposed, noting that "[t]his proposal will be implemented in 150-180 days following

15   Court approval."  Using June 16, 2009 as the date of court approval and 150 days as the time

16   needed for implementation, I calculated that this proposal would be implemented by November

17   13, 2009 (150 days from June 16, 2009).  I repeated this calculation for each of the Short-Term

18   and Intermediate-Term Proposals.  For the EOP Level III/IV Beds at SOL, described at p. 10 of

19   87 of Defendants' May 2009 Bed Plan, Defendants state that the proposal "will be fully

20   operational within 18 months."  Accordingly, I calculated that this proposal would be

21   implemented on December 15, 2010 (18 months from June 16, 2009).

22          8.     Using Defendants' Response to Court's March 31, 2009 Order That Defendants

23   File Detailed Activation Schedules for Completion of All Other Court-Ordered Construction

24   Projects, I entered the activation date for each of the court-ordered projects.  *See* Defendants'

25   Response to Court's March 31, 2009 Order That Defendants File Detailed Activation Schedules

26   for Completion of All Other Court-Ordered Construction Projects, May 26, 2009 (Docket No.

27   3591), at Exhibits 2-14.

28

1    9.    Defendants also describe, at pages 18-21 of the May 2009 Bed Plan, a series of

2    additional proposals to meet the long-term projections from the Spring 2009 Navigant Study (the

3    "Additional Long Term Proposals").  Additional Long Term Proposals include (1) New

4    Correctional Health Care Facilities at Table 6; (2) New Projects to Meet Long Term Projections

5    on Table 8; (3) Previously Planned Non-Court Ordered Projects on Table 9; and (4) Temporary

6    Programs to be Decommissioned at Table 10.  The Additional Long Term Proposals do not

7    contain a specific timeline or date for implementation, and therefore these proposals are assumed

8    to be implemented in May 2013, the activation date for the last court-ordered project to come

9    online (SVSP 72 Bed EOP-ASU, Exhibit 11 of Docket No. 3591).  Additionally, Defendants'

10   May 2009 Bed Plan does not indicate when the short and intermediate term proposals will be

11   taken offline, only that the only short term proposals "intended to become permanent" are the

12   COR 45 Bed EOP-ASU and the SQ 17 bed MHCB.  Defendants May 2009 Bed Plan at

13   Attachment A (Part 4 of 4) (Docket No. 3592-4) at 32.  Accordingly these beds are assumed to

14   be taken offline as of May 2013 as well.  Using the methodology described above, the

15   cumulative number of beds for each LOC equals the "Net Capacity" described on Table 11 on

16   page 21 of Defendants' May 2009 Bed Plan.

17   10.    Based on (1) the calculations described in ¶ 7 above; (2) the activation dates

18   described in Docket No. 3591; (3) assuming all other projects for which an anticipated

19   completion date was not provided would come online by May 2013, and (4) the 2009 Navigant

20   Spring Study projections for bed need by LOC, I prepared timeline for implementation of each of

21   the various short and intermediate term projects, court-ordered projects, New Projects to Meet

22   Long Term Projections, and Previously Planned Non-Court Ordered Projects (collectively

23   "Defendants' Bed Plan").

24   11.    Using Microsoft Excel and the timeline described in ¶ 10 above, I calculated the

25   cumulative number of MHSDS beds at each LOC as of the date each of the various proposals are

26   projected to be implemented.  The cumulative number of MHSDS beds at each point in time is

27   equal to the current capacity as described in Table 11 of the May 2009 Bed Plan at p. 21 of 87

28

4

[299352-1]

1  plus any proposals from Defendants' Bed Plan that have been implemented as of the date that

2  each successive proposal is implemented.

3         12.    Using Microsoft Excel and the cumulative number of beds by LOC as of the date

4  the various proposals are projected to be implemented, I created line graphs for each level of

5  care, plotting the cumulative number of beds by LOC as well as the projected need for each LOC

6  as determined by the Spring 2009 Navigant Study.  Short, intermediate, and long-term projects

7  implemented prior to January 2013 for each LOC are indicated on the graphs with a description

8  indicating the name of the proposal and the number of beds added or subtracted.  Since the

9  majority of the Additional Long Term Proposals are assumed to come online in May 2013, a

10  shadowbox has been placed on this date to indicate that multiple proposals have been

11  implemented.  The relevant graphs for EOP-GP, EOP-ASU, MHCB, PSU, and ICF-H are

12  attached hereto as **Exhibits F-J**.

13         I declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct and that this Declaration was executed on June 9, 2009 at San

15  Francisco, California.

16                                                      */s/ Mark R. Feeser*_____
                                                       Mark R. Feeser

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Consulting Services for California Department of Corrections & Rehabilitation

## MENTAL HEALTH BED NEED STUDY
### Based on Spring 2009 Population Projections

## April 2009

**Navigant Consulting**



# Assignment & Scope

The California Department of Corrections and Rehabilitation (CDCR) engaged Navigant Consulting for a three-year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs.  As in previous reports, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

## DATA USED

- The "Spring 2009 Adult Population Projections" from the CDCR Offender Information Services Branch (OISB) were received and used for the models, replacing the Fall 2008 values.

- Based on discussion with CDCR, this Spring 2009 update was prepared using census and wait list data through the first six months of Fiscal Year Ending (FYE) 2009 (7/1/08 - 12/31/08), with the exception of Male Intermediate programs for which data was gathered through March 2009.



Mental Health Bed Need Study (based on Spring 2009 population projections)

# Spring 2009 Report – Issues & Features

## MALE

- Male population projections increased particularly in the later years of the forecast. The 2009 estimate starts 0.3% higher than the Fall 2008 estimate, and this variance grows to a maximum of 4.2% higher by 2016.
- Utilization and wait list increases in the first half of FYE 2009 (nine months for Intermediate programs), combined with increases in the population projections, create a significant increase in Intermediate and MHCB forecasts. Most notably:
  - *There was a 63% increase in the SVPP wait list.* It is noted that the new 64-bed Intermediate Care Facility at SVPP will begin admitting six patients a week on April 29, 2009, and will be fully activated by July 10, 2009.
  - *There was a 27% increase in actual ASH usage.* Though ASH has not approached its bed capacity, a bed may not always be immediately available, and therefore, a wait list was started in May 2008 to capture potential census.
- Census Rate changes:
  - Acute Male bed need decreased due to a drop of 14.9% in the census rate.
  - Male CCCMS census rate dropped slightly (-1.4%), though the higher population pushed need higher.
  - Other male census rates increased: Intermediate (14.1%), MHCB (10.5%), EOP-GP (9.6%).

## FEMALE

- Female population projections were slightly lower than the Fall 2008 projections in three of the forecast years, and higher in seven of the forecast years. By 2018, the newer projections are 2.3% higher than the Fall 2008 projections.
- Census rate increases were observed in all Female programs except CCCMS, which dropped slightly (-0.5%). EOP-ASU had the highest percent increase with a census gain of 4.7 (55%).

## OVERALL

- By the end of FY 2008-2009, the Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is forecasted to be 3% higher than forecasted in the Fall 2008 report. This grows to 15% higher by 2014. The new forecast then remains 15% higher through FY 2017-2018. Approximately ¼ of this increase is due to the new population projections.



Mental Health Bed Need Study (based on Spring 2009 population projections)

# Spring 2009 Population Projections

*The Spring 2009 projections from CDCR's OISB were received in March 2009 and are deemed "final." The chart for Males shows that the new forecast continues the increasing trend of the Fall 2008 forecast after the low values released in Spring 2008. But they are not as high as the older Fall 2007 forecast.*

*The Spring 2009 population projection for females is similar to the last few forecasts.*



**Male Population 2002-2019**

| Variance from Fall 08 | 0.3% | 1.4% | 1.5% | 2.5% | 3.1% | 3.8% | 4.1% | 4.2% | 4.0% | 3.7% |
|---|---|---|---|---|---|---|---|---|---|---|

*The Spring 2009 Male projections generally increase more rapidly with time with a 4.2% difference (from the Fall 2008 forecast) by 2016.*



**Female Population 2002-2019**

| Variance from Fall 08 | -0.2% | 0.2% | -0.9% | 1.0% | 0.5% | 0.2% | 1.3% | -0.1% | 1.0% | 2.3% |
|---|---|---|---|---|---|---|---|---|---|---|

The Spring 2009 2018 projection is 2.3% higher than the older Fall 2008 forecast. The differences for other years are less pronounced.

Mental Health Bed Need Study (based on Spring 2009 population projections)

4



# Forecast Index

- **Acute Psychiatric Inpatient – Males**     **P. 6**
- **Acute and Intermediate Inpatient – Females**     **P. 10**
- **Intermediate Psychiatric Inpatient – Males**     **P. 11**
- **Mental Health Crisis Bed (MHCB) – Males**     **P. 16**
- **MHCB – Females**     **P. 20**
- **Enhanced Outpatient Program (EOP) General Population (GP) – Males**     **P. 21**
- **EOP – Administrative Segregation (Ad-Seg) – Males**     **P. 22**
- **Psychiatric Services Unit (PSU) – Males**     **P. 23**
- **EOP-GP – Females**     **P. 24**
- **EOP-Ad-Seg – Females**     **P. 25**
- **PSU – Females**     **P. 26**
- **Correctional Clinical Case Management System (CCCMS) – Males**     **P. 27**
- **CCCMS – Females**     **P. 29**
- **Appendix**     **P. 30**



# Acute Psychiatric Bed Need – Males

This Forecast is **Lower** than Fall 08



## Acute Inpatient Program Bed Need Forecast

| Acute Psych - Male | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census Rate | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.01 | 1.03 | 1.05 | 1.06 | 1.06 | 1.06 | 1.06 | 1.06 | 1.06 | 1.07 | 1.07 |
| ADC from databases a/ | 137 | 142 | 136 | 131 | 146 | 115.1 | 134.4 | 128.03 | | | | | | | | | | |
| Wait List ADC b/ | | | | | 31 | 42.0 | 55.0 | 33.0 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 177 | 157 | 189 | 161 | 166 | 168 | 172 | 173 | 175 | 177 | 179 | 181 | 184 | 187 |
| Census Rate Adj. Factor c/ | | | | | | | | 2.7% | 2.1% | 1.6% | 1.1% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 197 | 175 | 210 | 179 | 184 | 187 | 191 | 193 | 195 | 196 | 199 | 201 | 205 | 208 |

a/ FY09 based on DMH daily census file 7/01/08 through 12/31/08 (avg. 118.43). ASH-APP average for July-Dec. 2008 (HC-POP MIS Reports) was 9.59.

b/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

c/ Wait list based on average daily counts through 12/31/08 was 20.4. However, due to great variability by month the 90th percentile has been substituted to help improve bed availability for monthly fluctuations.

d/ Assumes that rates will continue to increase at a decelerating rate to 2014.

| Forecast based on Fall 2008 | | | | | | | | 210 | 218 | 225 | 229 | 231 | 231 | 232 | 233 | 236 | 240 | 246 |
| Forecast based on Spring 2008 | | | | | | | | 209 | 216 | 221 | 224 | 225 | 225 | 226 | 226 | 229 | 230 | |

*The Spring 2009 bed need forecast remarkably lower than the last several forecasts The drop was due to the drop both in utilization and the wait list from FY08.*

*Source: HC-POP "MIS SUM" files , and DMH's ""Census VPP FYE 09.xls"*

# Acute Psychiatric Program – Male Census Trend



*Acute Psychiatric Programs – Male Trends July 2006 – December 2008*

**FY07**     **FY08**     **FY09**
(July-Dec 08)

***CMF-APP Census trends reflect only those inmates in the Acute program, not crisis beds***

*Source: HC-POP "MIS SUM" files.*



# Wait List Trend at CMF- Acute Psychiatric Program



**Wait List Census Trend at CMF-APP**

*In FY09 average wait list = 20.17; 90th percentile = 33.0; maximum = 45; median = 2*

*Periodic wait list spikes are pronounced. For this reason this model adds the 90th percentile rather than the average wait list census prior to Bed Need calculation.*

Data source: DMH's file "Census VPP FYE 09.xls" and prior year versions.



Mental Health Bed Need Study (based on Spring 2009 population projections)

8

# Acute Psychiatric Bed Need – Males (Cont'd)



*Census Rate Trends – CMF & ASH APP (Spring 2009)*

*The Spring 2009 population estimates and the partial 6 months FY09 data result in a lower census rate in 2009 (-15%) and 2014 (-19%)*



*Census Rate Trends – CMF & ASH APP (Fall 2008)*

*This Spring 2009 forecast uses a lower census rate projection than the Fall 2008 forecast.*



# Acute & Intermediate Bed Need – Females



This Forecast is
**Higher**
than Fall 08

## Patton State Hospital Acute and Intermediate Programs – Bed Need Forecast

| Acute & Intermediate Female | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,451 | 11,583 | 11,567 | 11,922 | 12,286 | 12,616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census Rate a/ | 2.57 | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 |
| ADC b/ | 25.30 | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 22.33 | 22.59 | 22.56 | 23.25 | 23.96 | 24.61 | 25.10 | 25.74 | 26.49 | 27.42 | 27.81 |
| Bed Need @ 90% Occ | | | | | | 23 | 23 | 25 | 25 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 30 | 31 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **a/** Model now uses "Census Rate" method. Forecast uses the FY09 census rate as constant. | | | | | | | | |
| **b/** ADC originally calculated using discharge rate model through 2006. | | | | | | | | |
| Forecast based on Fall 2008 | 23 | 23 | 24 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 |
| Forecast based on Spring 2008 | 23 | 22 | 22 | 22 | 23 | 23 | 24 | 25 | 25 | 26 | |

*The Spring 2009 forecast increased slightly over the Fall 2008 forecast by 1.6 beds in 2014 and 2.3 Beds in 2018.*

*Data for Patton State Hospital was based on combining the weekly MIS reports from HC-POP for July – December 2008. The FY09 6 month data indicated an average increase in utilization of 1.35 (census) that is the reason for the jump in forecasted future bed need. The utilization however is not at the level of 2005 and 2006 and no census rate adjustment factor was applied to the model.*

Source: HC-POP weekly MIS reports

Mental Health Bed Need Study (based on Spring 2009 population projections)



# Intermediate Psychiatric Bed Need – Males



**This Forecast**
**Higher**
**than Fall 08**

| CMF - ICF | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,643 | 160,638 | 162,081 | 162,991 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census Rate a/ | 0.25 | 0.24 | 0.23 | 0.27 | 0.39 | 0.42 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 |
| Avg. Census (HC-POP weekly file) | 37 | 37 | 36 | 41 | 63 | 68.0 | 96.9 | 97.6 | 98 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 107 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 70 | 76 | 108 | 108 | 109 | 109 | 110 | 111 | 112 | 113 | 114 | 116 | 117 | 119 |

| CMF - DTP | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Census Rate a/ | 0.28 | 0.28 | 0.27 | 0.25 | 0.23 | 0.24 | 0.23 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 |
| Avg. Census (HC-POP weekly file) | 42 | 42 | 41 | 39 | 37 | 39.4 | 36.8 | 38.4 | 39 | 39 | 39 | 39 | 40 | 40 | 40 | 41 | 41 | 42 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 41 | 44 | 41 | 43 | 43 | 43 | 43 | 44 | 44 | 44 | 45 | 46 | 46 | 47 |

| ASH | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Census Rate a/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 |
| Avg. Census (HC-POP weekly file) | 150 | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 119.1 | | | | | | | | | | |
| ASH-ICF wait List | | | | | | | | 8.6 | | | | | | | | | | |
| Total Avg. Census Est. & Forecast | | | | | | | | 127.7 | 129 | 129 | 130 | 130 | 132 | 133 | 135 | 136 | 138 | 140 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 128 | 115 | 104 | 132 | 143 | 143 | 144 | 145 | 147 | 148 | 150 | 152 | 153 | 155 |

| Coalinga | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Census Rate a/ | - | - | - | - | - | 0.30 | 0.31 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| Avg. Census (HC-POP weekly file) | | | | | | 49.0 | 49.6 | 48.5 | 49 | 49 | 49 | 49 | 50 | 50 | 51 | 52 | 52 | 53 |
| Bed Need (90% Occ) | | | | | | 54 | 55 | 54 | 54 | 54 | 55 | 55 | 56 | 56 | 57 | 57 | 58 | 59 |

| SVPP | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Census Rate b/ | - | - | 0.35 | 0.60 | 0.99 | 1.05 | 1.48 | 1.83 | 2.26 | 2.66 | 2.98 | 3.15 | 3.15 | 3.15 | 3.15 | 3.15 | 3.15 | 3.15 |
| ADC (DMH daily census file thru 3/13) | | | 43 | 51 | 49 | 96.4 | 156.4 | 165.0 | 363 | 428 | 482 | 513 | 519 | 523 | 530 | 537 | 543 | 550 |
| ADC - UNA est. unserved | | | | 38 | 10 | | | | | | | | | | | | | |
| ADC on Waitlist ("net" UNA) d/ | | | 11 | 3 | 100 | 72.8 | 79.5 | 126.8 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 159 | 169 | 236 | 292 | 363 | 428 | 482 | 513 | 519 | 523 | 530 | 537 | 543 | 550 |
| ADC on 1370 wait list | | | | | | 27.94 | 31.7 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| Bed Need (90% Occ) with 1370's | - | - | 60 | 102 | 177 | 219 | 297 | 363 | 443 | 514 | 575 | 609 | 616 | 620 | 627 | 635 | 642 | 650 |

| All Intermediate - Combined | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| ADC | 228 | 211 | 231 | 288 | 375 | 429 | 513 | 604 | 678 | 742 | 800 | 832 | 841 | 848 | 859 | 870 | 881 | 892 |
| Bed Need (90% Occ) excl. 1370's | 254 | 234 | 256 | 320 | 416 | 477 | 570 | 671 | 753 | 824 | 888 | 925 | 935 | 942 | 954 | 967 | 978 | 991 |

| Forecast Based on Fall 2008 | | | | | | | 570 | 622 | 670 | 707 | 727 | 726 | 729 | 733 | 741 | 753 | 764 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF "Dorm-type" census rate c/ | | | | | | 1.29 | 1.52 | 1.48 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 | 1.66 |
| Sub-Total Dormitory Housing ADC c/ | | | | | | 208 | 246 | 236 | 265 | 267 | 267 | 269 | 271 | 274 | 276 | 279 | 283 | 286 | 290 |
| Sub-Total Celled Housing ADC c/ | | | | | | 167 | 184 | 277 | 339 | 411 | 475 | 530 | 561 | 568 | 572 | 579 | 587 | 594 | 602 |
| Sub-Total Celled Housing Bed Need c/ | | | | | | | 185 | 204 | 308 | 376 | 456 | 528 | 589 | 624 | 631 | 636 | 644 | 652 | 660 | 669 |
| Sub-Total Dorm-type Bed Need @ 90% | | | | | | | 231 | 273 | 262 | 295 | 297 | 297 | 299 | 301 | 304 | 307 | 310 | 315 | 318 | 323 |

a/ CMF, Coalinga and ASH data from weekly HC-POP reports. Census rates for CMF-ICF, CMF-DTP, Coalinga and ASH are assumed to be constant at 2009 levels.

b/ 2008 and 1009 data from DMH daily census file. Census rate for SVPP in 2005 and 2006 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is applied and included in the census rate. SVPP census rate was projected to decelerate 20% per year until 2014, based on the entire intermediate census rate change for last 5 years.

c/ The demand for celled housing was determined by subtracting the dormitory need from total need. The dormitory need was determined by calculating a census rate using historical volumes at the dormitory units at SVPP, CMF, ASH and Coalinga. This rate increased in FY06, dropped in FY08 then increased in FY09. Forecast years assumed the FY09 ratio as a constant.

d/ The average wait list of 129.59 for Jan-Dec 2008 was reduced by 2.83 which was the average overlap found in SVPP, PSU and MHCB wait lists for a sample of 12 dates during the period.

*The Spring 2009 forecast resulted in an increase of bed need of 7.8% or 49 beds in 2009 and 28% higher in 2014 and 2018 compared to the Fall 2008 study. Though a change in the male population forecast explains some of the increases, the higher utilization and wait lists at SVPP and ASH in FY09 are the prime drivers of the increase.*

*Source: HC-POP 2009, and DMH's Census Files for SVPP, CSH and VPP.*

# SVPP Census Trends
# July 2005 – March 2009

*The Census Trends at SVPP are relatively static until the new unit opened in May 2006. A second increase in capacity occurred in Spring 2007. There was a 5.6% increase in Average daily census in FY09 versus FY08.*



**Start of census in Delta-6. in May 2006 (a 36 bed capacity unit)**

**Opening of Delta-5 unit in April 2007 ( a 56 bed capacity unit).**

| Fiscal Year | Average |
|---|---|
| FY06 | 49.0 |
| FY07 | 96.4 |
| FY08 | 156.4 |
| FY09 (thru 3/13/09) | 164.9 |

*Source: HC-POP weekly counts. Table uses DMH's file Census SVPP FYE 09 1-4-09.xls"*



# CMF Intermediate Census Trends
# July 2006 – March 2009

*The census trends at CMF – ICF and Day Treatment Programs have been remarkably constant until the addition of 30 new beds at CMF-ICF in June 2007 (P-3 unit). Census at CMF-ICF has fluctuated around 100 since this addition.*



| Fiscal Year | Avg. ICF | Avg. DTP |
|-------------|----------|----------|
| FY07 | 68.0 | 39.4 |
| FY08 | 96.9 | 36.8 |
| FY09 (6mo) | 96.7 | 37.2 |

*Source: HC-POP weekly counts. Table uses DMH's file "Census VPP FYE 09.xls" through Dec. 2009*



# ASH Intermediate Census Trends
# July 2006 – March 2008

*The intermediate census trends at ASH have been on the upside in FY 2009. Also a wait list was started which averaged 8.6 for the 9 months of FY09.*



Source: HC-POP – weekly census counts



# SVPP Wait List Trend (Intermediate – Males)

**SVPP Wait List Census Rate Trend – (PC2684's only)**



*Opening of Delta-5 unit in April 2007. Currently a 56 beds capacity unit.*

*Fiscal Year 2009*

**The SVPP Wait List has increased significantly since April 2008 and continuing into FY09.**



*Source: DMH's "Census SVPP FYE 09 3-15-09.xls"*



# Mental Health Crisis Bed Need - Males



This Forecast
**Higher**
than Fall 08

## *Male MHCB - Bed Need Forecast*

| MHCB - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 1.96 | 2.19 | 2.38 | 2.52 | 2.59 | 2.59 | 2.59 | 2.59 | 2.59 | 2.59 | 2.59 |
| Average census | 157 | 167 | 165 | 151 | 147 | 241 | 246.7 | 290.6 | | | | | | | | | | |
| Wait List | 8 | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 21.5 | | | | | | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 312 | 351 | 382 | 408 | 423 | 427 | 431 | 436 | 442 | 447 | 453 |
| Census Rate Adjustment factor b/ | | | | | | | | 14.7% | 11.8% | 8.8% | 5.9% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 347 | 390 | 425 | 454 | 470 | 475 | 479 | 485 | 491 | 497 | 503 |

a/ Rate includes actual census and wait list average. FY2009 includes data for July-December 2008.
b/ Assumes that rates will continue to increase at a decelerating rate to 2014.

| Forecast based on Fall 2008 | 314 | 340 | 360 | 375 | 383 | 383 | 384 | 386 | 391 | 397 | 402 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2008 | 305 | 326 | 342 | 353 | 358 | 359 | 360 | 361 | 364 | 366 | |

*Compared to the Fall 2008 forecast, this Spring 2009 forecast increases bed need by 2.1% for 2009, by 24% in 2014, and by 23% in 2018. Increases in the CDCR OISB forecast comprised about 4% of this increase in the outer years.*

Source: HC-POP – weekly MIS census reports



# Mental Health Crisis Bed Need – Males: Census Rate Trends & Forecasts



*Census Rate Trends – MHCB Males – Spring 2009*

Census /1,000 Males
Projected Census /1,000

2002 1.11
2003 1.15
2004 1.13
2005 1.33
2006 1.16
2007 1.55
2008 1.77
2009 1.96
2010 2.19
2011 2.38
2012 2.52
2013 2.59
2014 2.59

*Census Rate Trends – MHCB Males – Fall 2008*

Census /1,000 Males
Projected Census /1,000

2002 1.11
2003 1.15
2004 1.13
2005 1.33
2006 1.16
2007 1.55
2008 1.77
2009 1.92
2010 2.05
2011 2.13
2012 2.18
2013 2.18

***This Spring 2009 model exhibits a higher census rate projection than the Fall 2008 Study. The actual 2009 (6 month) census rate was 1.8% higher than that forecasted in the Fall 2008 study.***

Source: Navigant Bed Need models

**Mental Health Bed Need Study (based on Spring 2009 population projections)**



# Mental Health Crisis Bed Need – Males:  Census Trends

**36 Month Census Trends MHCB – Male (July 05 – December 08)**



*A new bed supply in July 2006 had a significant impact on the census and a concurrent drop in the wait list. Following closure of the CMF Crisis Bed unit (S-1) the census dipped while the wait list again increased. In the first 6 months of FY2009, the census averaged 290.6 versus 246.7 in FY2008; an increase of 18%.*

Source: HC-POP – weekly MIS census reports and earlier versions

**Mental Health Bed Need Study (based on Spring 2009 population projections)**



# Mental Health Crisis Bed Need – Males:  Wait List Trends



**42 Month MHCB Wait List Trend  (July 05 – December 2008)**

*A shift in bed supply appears to have a direct effect on the wait list. New beds added at CMF in 7/06 led to a drop, but returning those beds to Acute use and lowering the overall supply shows a wait list rebound in 2007. There has been a significant drop (-40%) in the FY09 Wait List. ( * missing data between 12/4/06 and 1/10/07).*

Source: HC-POP – weekly MIS census reports and earlier versions

Mental Health Bed Need Study (based on Spring 2009 population projections)

19

# Mental Health Crisis Bed Need – Females

This Forecast
**Higher**
than Fall 08



### *Female MHCB - Bed Need Forecast*

| MHCB - Females | Actual | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 11,888 | 11,392 | 11,451 | 11,583 | 11,567 | 11,922 | 12,286 | 12,616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.25 | 1.29 | 1.32 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 |
| Average census | 12.4 | 13.2 | **13.7** | 14 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 |
| Census Rate Adjustment factor b/ | | | 5.3% | 4.2% | 3.2% | 2.1% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | **14** | **15** | **15** | **16** | **17** | **17** | **18** | **19** | **19** | **20** | **20** | **21** | **21** |

**a/** Includes CCWF and CIW.
**b/** Assumes that rates will continue to increase at a decelerating rate to 2014. Based on an increase between 2007 and 2009.

| Forecast based on Fall 2008 | | **15** | **15** | **16** | **17** | **17** | **18** | **18** | **18** | **19** | **19** | **20** | |
| Forecast based on Spring 2008 | | **14** | **15** | **15** | **15** | **16** | **16** | **17** | **17** | **17** | **18** | | |

*The Spring 2009 projections indicate a small increase in bed need of 0.5 beds in 2014 (2.8%) compared to the Fall 2008 study.*

Source: HC-POP – weekly census counts

Mental Health Bed Need Study (based on Spring 2009 population projections)



This Forecast
# Higher
than Fall 2008


# EOP General Population Bed Need - Males

## *Male EOP–GP Bed Need Forecast*

| EOP-GP Need - Males | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | --- Actual --- | | | | | | | | --- Forecast --- | | | | | |
| Population (Spring 2009) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.25 | 19.75 | 22.25 | 24.39 | 25.68 | 26.71 | 27.42 | 27.78 | 27.78 | 27.78 | 27.78 | 27.78 | 27.78 | 27.78 |
| Average Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,189 | 3,550 | 3,889 | 4,126 | 4,290 | 4,443 | 4,525 | 4,575 | 4,613 | 4,670 | 4,732 | 4,788 | 4,852 |
| Census Rate Adjustment factor b/ | | | | | | | 6.6% | 5.3% | 4.0% | 2.7% | 1.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,357 | 3,737 | 4,094 | 4,343 | 4,516 | 4,677 | 4,763 | 4,816 | 4,855 | 4,915 | 4,981 | 5,040 | 5,107 |
| Forecast based on Fall 2008 | | | | | | 3,737 | 3,858 | 3,952 | 4,021 | 4,053 | 4,050 | 4,065 | 4,088 | 4,134 | 4,196 | 4,258 | |
| Forecast based on Sping 2008 | | | | | | 3,572 | 3,638 | 3,684 | 3,712 | 3,720 | 3,725 | 3,734 | 3,746 | 3,783 | 3,799 | | |
| Level IV census as % of total c/ | | | | | | 35.9% | 35.2% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% | 33.9% |
| Level I-III & RCs Bed Need (95%) | | | | | | 2,153 | 2,423 | 2,704 | 2,869 | 2,983 | 3,090 | 3,147 | 3,182 | 3,207 | 3,247 | 3,290 | 3,330 | 3,374 |
| Level IV Bed Need (95%) | | | | | | 1,204 | 1,314 | 1,389 | 1,474 | 1,533 | 1,587 | 1,617 | 1,635 | 1,648 | 1,668 | 1,690 | 1,711 | 1,733 |
| Total all Levels | | | | | | 3,357 | 3,737 | 4,094 | 4,343 | 4,516 | 4,677 | 4,763 | 4,816 | 4,855 | 4,915 | 4,981 | 5,040 | 5,107 |

a/ Source:  HC-POP Reports R1-1 through R1-4. Starting in FY07, data was captured every 2 weeks. FY09 was based on 6 months data.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2014. Based on an increase of between 2004 and 2009..
c/ Data was available from HC-POP by Level of Custody (GP + Ad-Seg data combined). The FY09's ratio of Level IV / total census dropped from the FY08 level to 33.9%.

*The Spring 2009 forecast increased 18% in 2014 and 2018 compared to the Fall 2008 study. Population increases account for 20% of the increase. The rest is increased utilization.*



*Census Rate Trend/Forecast – Spring 2009*

*The FY 2009 census rate is 5.8% higher in 2009 than forecast in Fall 2008. The projected 2013 rate is 14% higher.*



*Census Rate Trend/Forecast – Fall 2008*

Source: HC-POP

Mental Health Bed Need Study (based on Spring 2009 population projections)

# EOP Ad-Seg Bed Need - Males

This Forecast
**Stable**
Versus Fall 08


## *Male EOP–AdSeg Bed Need Forecast*

| Ad-Seg EOP Need - Males | | | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.52 | 3.68 | 3.81 | 3.89 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 562 | 592 | 611 | 631 | 641 | 648 | 654 | 662 | 670 | 678 | 687 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 592 | 623 | 644 | 664 | 675 | 682 | 688 | 696 | 706 | 714 | 724 |
| Census Rate Adjustment factor b/ | | | | | | | 5.6% | 4.5% | 3.4% | 2.2% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Forecast Based on Fall 2008 | | | | | | 589 | 622 | 648 | 667 | 677 | 676 | 679 | 683 | 690 | 701 | 711 | |
| Forecast Based on Spring 2008 | | | | | | 591 | 622 | 645 | 661 | 667 | 668 | 670 | 672 | 679 | 682 | | |

**a/** Source:  HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY2009 uses 6 months ending 12/31/08.
**b/** Assumes that rates will continue to increase but at a decelerating rate to 2014.

> *The Spring 2009 census rate is 5% <u>lower</u> than that calculated for 2009 in the Fall 2008 study. The new forecast is lower through 2013 but then despite the lower census rate forecast, the higher population projection creates a slightly higher bed need in 2014 (3.7 beds) and 2018 (3.3 beds).*

### *Census Rate Trend/Forecast – Spring 2009*



*The Spring 2009 census results in a lower census rate forecast that that forecast in Fall 2008.*

### *Census Rate Trend/Forecast – Fall 2008*



Source: HC-POP

Mental Health Bed Need Study (based on Spring 2009 population projections)

# Psychiatric Services Unit Bed Need - Males

This Forecast is
## Higher
than Fall 2008



### *Male PSU Bed Need Forecast*

| PSU - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| Census /1000 males | 1.56 | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.62 | 2.83 | 3.00 | 3.12 | 3.18 | 3.18 | 3.18 | 3.18 | 3.18 | 3.18 | 3.18 |
| Average Census a/ | 231 | 267 | 265 | 292 | 303 | 310 | 380 | 376.6 | 454 | 482 | 506 | 519 | 524 | 529 | 535 | 542 | 549 | 556 |
| Endorsed & Waiting a/ | | | | | | 15.9 | 43 | 40.5 | | | | | | | | | | |
| Census Rate Adjustment factor b/ | | | | | | | | 10.1% | 8.1% | 6.1% | 4.0% | 2.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 319 | 343 | 445 | 439 | 478 | 507 | 532 | 546 | 552 | 556 | 563 | 571 | 578 | 585 |

| Forecast based on Fall 2008 | | | | | | | 400 | 479 | 506 | 526 | 535 | 535 | 537 | 540 | 546 | 554 | 562 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Spring 2008 | | | | | | | 335 | 394 | 404 | 410 | 413 | 413 | 414 | 416 | 420 | 422 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

a/ Data starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. 2009 data for 6 months.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

*The Spring 2009 forecast results in an increase in bed need of 2.8% in 2014 and 2018 compared to the Fall 2008 report. This is due to the higher population forecast for Spring 2009, as the census rate is actually lower than in Fall 2008.*

### *PSU Housed and PSU Waiting Census: 1/06-12/08*



### *Census Rate Trend - PSU  Fall 2008*



*The Census Rate forecast is a 1% lower than that forecast for Fall 2008. The higher bed need forecast is due to a higher population forecast.*

Source: HC-POP

# EOP General Population Bed Need - Females

This Forecast is
**Stable**
Versus Fall 08



### *Female EOP–GP Bed Need Forecast*

| EOP-GP Female | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,451 | 11,583 | 11,567 | 11,922 | 12,286 | 12,616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 14.7 | 15.01 | 15.20 | 15.34 | 15.41 | 15.41 | 15.41 | 15.41 | 15.41 | 15.41 | 15.41 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 206 | 165 | 168.9 | 174 | 176 | 183 | 189 | 194 | 198 | 203 | 209 | 217 | 220 |
| Census Rate Adjustment factor b/ | | | | | | | | 2.2% | 1.8% | 1.3% | 0.9% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.00% |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 217 | **174** | **178** | **183** | **185** | **192** | **199** | **205** | **209** | **214** | **220** | **228** | **231** |

**a/** Source:  HC-POP Reports R1-1 through R1-4. FY09 based on July-December 2008.
**b/** Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| Forecast Based on Fall 2008 | | 174 | 180 | 185 | 189 | 193 | 200 | 206 | 208 | 216 | 220 | 225 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2008 | | 180 | 185 | 190 | 194 | 199 | 204 | 212 | 216 | 219 | 226 | |

> *The Spring 2009 forecast is slightly below the Fall 2008 Forecast until 2017 when the new female population projections push the bed need higher. The census rate forecast is lower than in Fall 2008.*

### *Census Rate Trend – Spring 2009*



Mental Health Bed Need Study (based on Spring 2009 population projections)    Source: HC-POP



# EOP Ad-Seg Bed Need - Females

Forecast is
**Higher**
than Fall 2008

*Female EOP–AdSeg Bed Need Forecast*

| EOP-AdSeg Female | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,451 | 11,583 | 11,567 | 11,922 | 12,286 | 12,616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.1 | 1.18 | 1.22 | 1.24 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 |
| Census Rate Adjustment factor b/ | | | | | | | | 5.0% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 14 | 15 | 16 | 16 | 17 | 17 | 17 | 18 | 19 | 19 |

**a/** Source: HC-POP Reports R1-1 through R1-4. FY09 is based on July-Decemeber 2008 data.
**b/** Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | | | | | | | | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 | 11 |
| Forecast Based on Spring 2008 | | | | | | | | | 9.8 | 10 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 13 | |

> *The Spring 2009 forecast is higher than the Fall 2008 forecast because the census rate increased. The estimated 2009 bed need is 4.6 beds higher than the need forecasted in Fall 2008. The new forecast indicates a need 7 beds higher in 2018 than forecast in the former Fall 2008 version.*

*Census Rate Trend/Forecast – Spring 2009*



*The FY2009 census rate is over 50% higher than the FY2008 rate*

*Census Rate Trend/Forecast – Fall 2008*



# Psychiatric Services Unit Bed Need - Females



*Female PSU Bed Need Forecast*

| PSU - Females | --- Actual --- | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 11,888 | 11,392 | 11,451 | 11,583 | 11,567 | 11,922 | 12,286 | 12,616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 |
| Average Census | 9.73 | **8.85** | 9.9 | 11 | 11 | 11 | 12 | 12 | 12 | 13 | 13 | 13 | 14 |
| Endorsed & Waiting | 0.64 | 0.25 | 0.9 | | | | | | | | | | |
| Bed Need @ 95% Occ | 10.9 | **9.6** | 10 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 14 | 14 | 14 |

**a/** Census rates calculated using actual census plus wait list. Census rate dropped in FY08 but increased in FY09 (6 mo). Assume a constant rate at the FY09 level.

| Forecast Based on Fall 2008 | **9.6** | **10** | **10** | **10** | **10** | **11** | **11** | **11** | **12** | **12** | **12** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2008 | 8.2 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 | |

*Higher utilization in the first 6 months of FY09 resulted in a higher census rate and higher bed need of 1.5 beds by 2014.*

CDCR established a new PSU program for women which opened in January 2007. Though the rate dropped in FY08, the average census increased somewhat in the first 6 months of FY09.



Source: HC-POP



# CCCMS - Males

This Forecast
**Higher**
than Fall 08



## *Male CCCMS Bed Need Forecast*

| CCCMS - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Population (Spring 2009)** | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 159,485 | 160,649 | 160,638 | 162,081 | 162,891 | 164,701 | 166,043 | 168,098 | 170,326 | 172,369 | 174,647 |
| **Census/1,000 males a\** | 116 | 124 | 134 | 144 | 147 | 154 | 158 | 164 | 171 | 177 | 181 | 185 | 186 | 186 | 186 | 186 | 186 | 186 |
| **Census Rate Adj. Factor b/** | | | | | | | | 4.4% | 3.5% | 2.6% | 1.8% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **CCCMS Census & Forecast** | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 26,090 | 27,436 | 28,398 | 29,409 | 30,076 | 30,677 | 30,927 | 31,310 | 31,725 | 32,105 | 32,530 |

a/ Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY09 based on 6 months data.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | | | | | | | | 25,276 | 26,569 | 27,661 | 28,558 | 29,158 | 29,459 | 29,572 | 29,738 | 30,072 | 30,526 | 30,973 |
| Forecast Based on Spring 2008 | | | | | | | | | 25,164 | 26,294 | 27,215 | 27,924 | 28,395 | 28,747 | 28,815 | 28,907 | 29,190 | 29,319 |

> *This Spring 2009 forecast is lower than the Fall 2008 forecast until 2012 when it trends higher through 2018. The newer FY09 census rate is __lower__ by 2.1%, but the census rate adjustment factor raises the census rate until the 2014 and 2018 rates are virtually identical to those forecast in Fall 2008.*

### CCCMS – Male Census Trend



### CCCMS – Male Census Rate/1000



*The Spring 2008 Census Rate Forecast is nearly identical to the Fall 2008 version.*

Source: HC-POP

Mental Health Bed Need Study (based on Spring 2009 population projections)

# CCCMS – Males:  Census Trend & Forecast



*CCCMS – Male Census Trend & Forecast*

Source: Navigant Bed Need models

Mental Health Bed Need Study (based on Spring 2009 population projections)



# CCCMS - Females

This Forecast is
**Higher**
than Fall 2008

### *Female CCCMS Bed Need Forecast*

| CCCMS - Females | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Spring 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11451 | 11583 | 11567 | 11922 | 12286 | 12616 | 12,872 | 13,200 | 13,581 | 14,060 | 14,260 |
| Census /1,000 Females a/ | 223 | 230 | 210 | 210 | 220 | 245 | 255 | 254 | 264 | 273 | 280 | 284 | 286 | 286 | 286 | 286 | 286 | 286 |
| Census Rate Adj. Factor b/ | | | | | | | | | 4.1% | 3.3% | 2.5% | 1.6% | 0.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,904 | 3,059 | 3,155 | 3,332 | 3,491 | 3,614 | 3,687 | 3,781 | 3,891 | 4,028 | 4,085 |

**a/** Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY09 for 6 months July-December 2008.
**b/** Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | 2,903 | 2,986 | 3,061 | 3,129 | 3,191 | 3,318 | 3,420 | 3,450 | 3,589 | 3,650 | 3,733 |
| Forecast Based on Spring 2008 | 2,961 | 3,026 | 3,086 | 3,144 | 3,230 | 3,326 | 3,444 | 3,511 | 3,572 | 3,681 | |

*The Spring 2009 forecast results in a higher program need in 2014 and 2018 compared to the Fall 2008 study due to higher population projections and a census rate that starts out lower but increases more rapidly than the version in Fall 2008.*



*Census Rate Trend/Forecast – Spring 2009*

*The Spring 2009 census rate forecast starts out 2% lower in FY09 than the Fall 2008 version but the higher census rate adjustment factor creates a higher census rate (5.5%) by 2014.*



# Appendix



# Abbreviations used in report

- **ADC – Average Daily Census**
- **AdSeg or ASU – Administrative segregation unit**
- **ALOS – Average Length of Stay**
- **ASH - Atascadero State Hospital**
- **CADDIS - Census And Discharge Data Information System**
- **CCCMS - Correctional Clinical Case Management System**
- **CCWF – California Correctional Women's Facility**
- **CDCR – California Department of Corrections and Rehabilitation**
- **CIW – California Institute for Women**
- **CMF-APP - California Medical Facility – Acute Psychiatric Program**
- **CMF-DTP - California Medical Facility – Day Treatment Program**
- **CMF-ICF - California Medical Facility – Intermediate Care Facility**
- **CTC – Correctional Treatment Center**
- **DMH - Department of Mental Health**
- **EOP – Enhanced Outpatient Program**
- **FY – Fiscal Year – the convention used here indicates the fiscal year <u>ending</u> e.g. FY07 ends June 30, 2008.**
- **GP – General Population**
- **HCCUP – Health Care Cost and Utilization Program**
- **HC-POP - Health Care Placement Oversight Program**
- **MHCB – Mental Health Crisis Bed**
- **MH-OHU – Mental Health Outpatient Housing Unit**
- **OHU – Outpatient Housing Unit**
- **PSU – Psychiatric Services Unit**
- **SAC – California State Prison, Sacramento**
- **SVPP - Salinas Valley Psychiatric Program**
- **UNA – Unmet Needs Assessment**



Mental Health Bed Need Study (based on Spring 2009 population projections)

# Comparison of Bed Need Forecasts
# Spring 2009 vs. Fall 2008

*The forecasts produced for this revised Spring 2009 report are compared to the forecasts in the Fall 2008 forecast.*

| Program | Higher/ Lower | 2014 Spring 09 @ 4/09 | 2014 Fall 08 @ 10/08 | 2014 Spring 09 - minus Fall 08 | % Variance (Spring 09 - Fall 08) |
|---|---|---|---|---|---|
| **Males** | | | | | |
| Acute | Lower | 194.8 | 232.1 | (37.2) | -16.1% |
| Intermediate * | Higher | 934.9 | 729.2 | 205.7 | 28.2% |
| MHCB | Higher | 474.7 | 384.2 | 90.5 | 23.6% |
| EOP - GP | Higher | 4,816.1 | 4,065.1 | 751.0 | 18.5% |
| EOP ASU | Stable ** | 682.4 | 678.7 | 3.7 | 0.5% |
| PSU | Higher | 551.9 | 537.0 | 14.8 | 2.8% |
| CCCMS | Higher | 30,677.1 | 29,571.6 | 1,105.4 | 3.7% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Higher | 27.3 | 25.8 | 1.6 | 6.0% |
| MHCB | Higher | 18.7 | 18.1 | 0.5 | 2.8% |
| EOP - GP | Stable ** | 204.6 | 205.9 | (1.3) | -0.6% |
| EOP ASU | Higher | 16.6 | 10.3 | 6.4 | 62.2% |
| PSU | Higher | 12.6 | 10.7 | 1.8 | 17.2% |
| CCCMS | Higher | 3,614.1 | 3,420.4 | 193.7 | 5.7% |

*\* Intermediate bed need excludes beds needed for 1370 inmates (ADC=35; bed need 39 @ 90% occupancy).*

*\*\* Considered stable if variance is less than or equal +/- 1.0%*



# Mental Health Services Delivery System Bed Need

In FY 2009, the MHSDS population, that excludes CCCMS, is 3% higher than that forecast in the Fall 2008 report. This grows to 15% higher by 2014. The new forecast then remains 15% higher through FY 2018. Approximately ¼ of this increase is due to the new population projections.

### MHSDS Bed Need Forecast - excluding CCCMS – Spring 2009



| MHSDS Bed Need excluding CCCMS | 6,097 | 6,563 | 7,021 | 7,356 | 7,670 | 7,843 | 7,935 | 8,003 | 8,105 | 8,217 | 8,324 | 8,434 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### MHSDS Bed Need (excl. CCCMS) - Spring 09 vs. Fall 08



# EXHIBIT B

# Consulting Services for California Department of Corrections

# Mental Health Bed Need Study - Based on Fall 2008 Population Projections

# November 2008

**Navigant Consulting**



# Assignment & Scope

The CDCR engaged Navigant Consulting for a three year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs. This is an update that used CDCR population projections that were released for internal use in September 2008 (Fall 2008). As of 10/27/08 these have not been made official. This report follows the "Mental Health Bed Need Study – Spring 2008 Update".

As in previous reports, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

Based on discussion with CDCR, this version is prepared using data though the entire fiscal year of 2007-2008 (ending 6/30/08).



# Fall 2008 Update – Issues & Features

- Based on CDCR's data collection process, this Fall report will include data for the full fiscal year (July 2007 - June of 2008).

- Population Update: "Fall 2008 Adult Population Projections" (preliminary) were received and used for the models replacing the Spring 2008 values used in the previous update.

- Male population projections were virtually identical with the Spring 2008 estimate at June 30, 2008. The variance widens until the new Fall 2008 projections are 3.4% higher by 2017.

- Female population projections were 1.6% lower at June 30, 2008 than the Spring 2008 projections (190 inmates). The variance in the two sets of population projections drops in the future years.

- Modest increases in the male population projections by the population division contribute to increases in all male programs reversing overall variance drops between the Spring 2008 and Fall 2007 forecasts.

- Census rate increases particularly in male Intermediate, MHCB, EOP-GP and PSU caused a jump in the new forecast vs. Spring 2008.

- Census rate increases in female Acute/Intermediate, MHCB and PSU reverse previous drops described in Spring 2008 study. The female EOP-GP, AdSeg-EOP and CCCMS forecast for 2013 decrease.

- The capacity and bed addition forecast assembled by CDCR staff in conjunction DMH and with the planned California Health Care Facilities Plan in May 2008 was used in this report.

Mental Health Bed Need Study (based on Fall 2008 population)         3



# Spring 2008 Population Projections with Navigant Extrapolation to 2017 by Sex

*CDCR Population Division's Fall 2008 projections were received in October 2008 and are pending approval as of this date. The Spring 2008 projections were approved in May 2008. Both of these projection sets differ significantly from those of Fall 2007.*

*The Fall population projection for males is slightly lower at June 30 2008 than Spring 2008. However there is a growing positive variance that increases each year and the new projection is 3.4% <u>higher</u> in 2017 than the Spring 2008.*

*The Fall 2008 population projection for females is only slightly lower than the Spring 2008 numbers in most years, but close enough to be seen as virtually unchanged.*



Male Population 2002-2018



Female Population 2002-2018

Mental Health Bed Need Study (based on Fall 2008 population)

4



# Forecast Index

- **Acute Psychiatric Inpatient - Males**                                    P. 6
- **Acute and Intermediate Inpatient – Females**                             P. 10
- **Intermediate Psychiatric Inpatient – Males**                             P. 11
- **Mental Health Crisis Beds – Males**                                      P. 16
- **Mental Health Crisis Beds – Females**                                    P. 20
- **EOP – General Pop – Males**                                              P. 21
- **EOP – Ad Seg – Males**                                                   P. 22
- **PSU -Male (Psychiatric Services Unit)**                                  P. 23
- **EOP – General Pop – Females**                                            P. 24
- **EOP – Ad-Seg**                                                           P. 25
- **PSU – Female**                                                           P. 26
- **CCCMS – Males**                                                          P. 27
- **CCCMS – Females**                                                        P. 29
- **Appendix**                                                               P. 30

Mental Health Bed Need Study (based on Fall 2008 population)          5



# Acute Psychiatric Bed Need – Male



This Forecast is
**Higher**
than Spring 08

### Acute Inpatient Program Bed Need Forecast – Census Rate Model

| Acute Psych - Male | | | --- Actual --- | | | | | | | | | | ---- Forecast ---- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census Rate | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.24 | 1.28 | 1.30 | 1.32 | 1.32 | 1.32 | 1.32 | 1.32 | 1.32 | 1.33 |
| ADC from databases a/ | 137 | 142 | 136 | 129 | 145 | 115.1 | 134.4 | | | | | | | | | | |
| ADC - UNA est. unserved b/ | | | | 2 | 1 | | | | | | | | | | | | |
| Wait List ADC "net UNA"  c/ | | | | | 31 | 42.0 | 55.0 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 177 | 157 | 189 | 197 | 202 | 206 | 208 | 208 | 209 | 210 | 212 | 216 | 221 |
| Census Rate Adj. Factor d/ | | | | | | | 5.3% | 4.2% | 3.2% | 2.1% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 197 | 175 | 210 | 218 | 225 | 229 | 231 | 231 | 232 | 233 | 236 | 240 | 246 |

a/ FY08 based on DMH daily census file through 6/30/08 (avg. 120.65), but for ASH-APP the average (13.73) was for Aug07-June08 as census was zero in July07 due to staffing.

b/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

c/ Wait list based on average daily counts through 6/30/08 was 36.8. However, due to great variability by month the 90th percentile has been substituted for FY06-FY08 to help improve bed availability for monthly fluctuations. This assumption adds an additional bed need of 20.2. Full year FY2007 also calculated at 90th percentile (42.0). Average wait list census was 28.0.

d/  Assumes that rates will continue to increase at a decelerating rate to 2013.

| Forecast based on Spring 2008 | | | | | | | | 209 | 216 | 221 | 224 | 225 | 225 | 226 | 226 | 229 | 230 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Fall 2007 | | | | | | | | 209 | 221 | 232 | 240 | 246 | 249 | 252 | 256 | 258 | 261 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**The Fall 2008 bed need forecast is 2.7% higher in 2013 (and 4.3% higher in 2017) than the Spring 2008 update. About 65% of this increase was due to the new population projections for 2013 ( and 77% of the increase in 2017)**

DMH's daily census file separated out the MHCB patients in the S-2 unit. HC-POP's data separates ASH-acute from ASH-ICF.

The recent court order returned CMF's S-1 unit back to Acute use starting August 2007 during the beginning of FY08. The current Acute bed supply at CMF is 130 and there are 25 beds at ASH for a total Acute Psych bed supply of 155.

*Source: HC-POP 2007/2008, and DMH's "Census VPP FYE 08/FYE07.xls"*



Mental Health Bed Need Study (based on Fall 2008 population)

6

# Acute Psychiatric Program – Male Census Trend

**Acute Psychiatric Programs – Male Trends July 2006 – June 2008**



*CMF-APP Census trends reflect only those inmates in the Acute program, not crisis beds*

*Source: HC-POP 2007/2008*

Mental Health Bed Need Study (based on Fall 2008 population)          7



# Wait List Trend at CMF- Acute Psychiatric Program



### Wait List Census Trend at CMF-APP

*In FY08 average wait list = 36.8; 90th percentile = 55; maximum = 64; median = 38*

**Periodic wait list spikes are pronounced. For this reason this model adds the 90th percentile rather than the average wait list census prior to Bed Need calculation.**

Data source:  Department of Mental Health Vacaville Psychiatric Program-Acute Program Daily Review submitted to CDCR.



# Acute Psychiatric Bed Need – Male
## (Census Rate Method) Cont'd



**Census Rate Trends – CMF-APP (Fall 2008)**

**Census Rate Trends – CMF-APP (Spring 2008)**

*The Fall 2008 population estimates and the full year 2008 utilization data results in only slightly higher use rates in 2008 (0.6%) and 2013 (0.9%)*

*This Fall 2008 forecast uses a slightly higher census rate projection than the Spring 2008 forecast.*



# Acute & Intermediate Bed Need – Women

This Forecast is **Higher** than Spring 08


## Patton State Hospital Acute and Intermediate Programs

| Acute & Intermediate Female | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census Rate a/ | | | | | | | 1.73 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 | 1.84 |
| ADC c/ | 25.30 | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.14 | 21.30 | 21.50 | 21.74 | 22.51 | 23.21 | 23.41 | 24.35 | 24.77 | 25.33 |
| Bed Need @ 90% Occ | | | | | | | 23 | 23 | 24 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 |

**a/** Model now uses "Census Rate" method. Forecast uses the FY08 census rate as constant.

**b/** ADC originally calculated using discharge rate model through 2006.

| Forecast based on Spring 2008 | | | | | | | | 23 | 22 | 22 | 22 | 23 | 24 | 25 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | | | | | | | | 23 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 29 |

*The Fall 2008 forecast increased slightly over the Spring 2008 forecast by 1.6 beds in 2013 and 2017.*

*Data for Patton State Hospital was based on combining monthly census counts from DMH patient level "downloads" through Feb 2008, and thereafter from HC-POP weekly counts.*

Source: DMH monthly downloads & HC-POP



# Intermediate Psychiatric Bed Need – Male



This Forecast **Higher** than Spring 08

| CMF - ICF | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,060 | 158,042 | 158,647 | 159,742 | 161,332 | 163,765 | 166,165 |
| Census Rate a/ | 0.25 | 0.24 | 0.23 | 0.27 | 0.39 | 0.42 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 |
| ADC (DMH daily census file) | 37 | 37 | 36 | 41 | 63 | 68.0 | 96.9 | 97 | 96 | 96 | 96 | 96 | 96 | 97 | 98 | 99 | 101 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 70 | 76 | 108 | 107 | 107 | 107 | 107 | 107 | 107 | 108 | 109 | 111 | 112 |

| CMF - DTP | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Census Rate a/ | 0.28 | 0.28 | 0.27 | 0.25 | 0.23 | 0.24 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 |
| ADC (DMH daily census file) | 42 | 42 | 41 | 39 | 37 | 39.4 | 36.8 | 37 | 37 | 37 | 36 | 37 | 37 | 37 | 37 | 38 | 38 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 41 | 44 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 42 | 43 |

| ASH | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Census Rate a/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 |
| ADC (HC-POP data) | 150 | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 94 | 93 | 93 | 93 | 93 | 93 | 94 | 95 | 96 | 98 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 128 | 115 | 104 | 104 | 104 | 104 | 104 | 104 | 104 | 104 | 106 | 107 | 109 |

| Coalinga | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Census Rate a/ | - | - | - | - | - | 0.30 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 |
| ADC (HC-POP data) | | | | | | 49.0 | 49.6 | 49 | 49 | 49 | 49 | 49 | 49 | 50 | 50 | 51 | 52 |
| Bed Need (90% Occ) | | | | | | 54 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 56 | 57 | 57 |

| SVPP | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Census Rate b/ | - | - | 0.35 | 0.60 | 0.99 | 1.05 | 1.48 | 1.79 | 2.06 | 2.28 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 |
| ADC (DMH daily census file) | | | 43 | 51 | 49 | 96.4 | 156.4 | | | | | | | | | | |
| ADC - UNA est. unserved c/ | | | | | 38 | 10 | | | | | | | | | | | |
| ADC on Waitlist ("net" UNA) | | | | 11 | 3 | 100 | 72.8 | 79.5 | | | | | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 159 | 169 | 236 | 284 | 327 | 361 | 379 | 379 | 380 | 383 | 387 | 393 | 399 |
| ADC on 1370 waitlist | | | | | | 27.94 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 |
| Bed Need (90% Occ) with 1370's | - | - | 60 | 102 | 177 | 219 | 297 | 351 | 399 | 436 | 457 | 456 | 458 | 460 | 465 | 472 | 478 |

| All Intermediate - Combined | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| ADC | 228 | 211 | 231 | 288 | 375 | 429 | 513 | 560 | 603 | 636 | 654 | 656 | 660 | 667 | 677 | 687 | |
| Bed Need (90% Occ) excl. 1370's | 254 | 234 | 256 | 320 | 416 | 477 | 570 | 622 | 670 | 707 | 727 | 726 | 729 | 733 | 741 | 753 | 764 |

| Forecast based on Spring 2008 | | | | | | | 539 | 579 | 615 | 642 | 655 | 656 | 658 | 660 | 667 | 670 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF "Dorm-type" census rate d/ | | | | | | 1.29 | 1.52 | 1.48 | 1.43 | 1.43 | 1.43 | 1.43 | 1.43 | 1.43 | 1.43 | 1.43 | 1.43 |
| Sub-Total Dormitory Housing ADC d/ | | | | | | 208 | 246 | 236 | 228 | 227 | 227 | 226 | 226 | 227 | 228 | 231 | 234 | 238 |
| Sub-Total Celled Housing ADC d/ | | | | | | 167 | 184 | 277 | 333 | 376 | 409 | 428 | 427 | 429 | 432 | 436 | 443 | 449 |
| Sub-Total Celled Housing Bed Need d/ | | | | | | 185 | 204 | 308 | 370 | 418 | 455 | 475 | 475 | 477 | 479 | 485 | 492 | 499 |
| Sub-Total Dorm-type Bed Need @ 90% | | | | | | 231 | 273 | 262 | 253 | 252 | 252 | 252 | 254 | 257 | 261 | 264 | |

**a/** CMF and Coalinga daily census data from DMH. ASH data from weekly HC-POP reports. Census rates for CMF-ICF, CMF-DTP, Coalinga and ASH are assumed to be constant at 2008 levels.

**b/** Census rate for SVPP in 2005 and 2006 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is applied and included in the census rate. SVPP census rate was projected to increase at a gradually decreasing rate until 2013 based on the entire intermediate census rate change for last 5 years.

**c/** Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

**d/** The demand for celled housing was determined by subtracting the dormitory need from total need. The dormitory need was determined by calculating a census rate using historical volumes at the dormitory units at SVPP, CMF, ASH and Coalinga. This rate increased between FY06 and FY07 then dropped in FY08. A three year average was used for the forecast years as a constant.

*The Fall 2008 forecast resulted in an increase of bed need of 9.6% or 70 beds in 2013 (10.9% or 83 beds in 2017) compared to the Spring 2008 study. In 2013 about 18% of the difference is due to the new population forecast. In 2017 the portion due to the new population forecast grows to 30%. The complement is due to utilization increases.*

Source: HC-POP 2008, and
DMH's "Census VPP FYE 08.xls" and similar files for SVPP and Coalinga

# SVPP Census Trends July 2005 – June 2008

*The Census Trends at SVPP are relatively static until the new unit opened in May 2006. A second increase in capacity occurred in Spring 2007.*



| Fiscal Year | Average |
|-------------|---------|
| FY06        | 49.0    |
| FY07        | 96.4    |
| FY08        | 156.4   |

*Source: HC-POP weekly counts.*
*Table uses DMH daily census file.*

Mental Health Bed Need Study (based on Fall 2008 population)    12



# CMF Intermediate Census Trends July 2006 – June 2008

*The census trends at CMF – ICF and Day Treatment Programs have been remarkably constant until the addition of 30 new beds at CMF-ICF in June 2007 (P-3 unit). Census at CMF-ICF has fluctuated around 100 since this addition.*



*Opening of P-3 unit – 1st census count on 6/18/07*

| Fiscal Year | Avg. ICF | Avg. DTP |
|---|---|---|
| FY07 | 68.0 | 39.4 |
| FY08 | 96.9 | 36.8 |

*Source: HC-POP weekly counts.*
*Table uses DMH daily census file.*



**Mental Health Bed Need Study (based on Fall 2008 population)**     13

# ASH Census Trends July 2005 – June 2008

*The census trends at ASH exhibit variability with a drop in June 2006 (96), a peak in November 2006 (135), a drop starting in January 2007 reaching a low point on 7/25/07 (56), and a rebound to over 150 by June 2008.*



### *ICF and Acute Census Trends at ASH*

*Acute census fluctuated between the start of the program until 2/07 when it was inactive. Census started again in 8/07 with an average of 13.7 between Aug. 2007 – June 2008.*



Mental Health Bed Need Study (based on Fall 2008 population)

14

Source: HC-POP – weekly census counts

Case 2:90-cv-00520-LKK-JFM Document 3544 Filed 03/19/2009 Page 65 of 88

# SVPP Wait List Trend (Intermediate – Male)

***The SVPP Wait List has increased, though not smoothly, for much of the current fiscal year.***

*Source: DMH's "Census SVPP FYE 08/FYE07.xls"*



# Mental Health Crisis Bed Need – Male:  Census Rate Method



This Forecast
**Higher**
than Spring 08

### *MHCB Bed Need – Census Rate Model*

| MHCB - Males | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | **2008** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| **Population (Fall 2008)** | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 1.92 | 2.05 | 2.13 | 2.18 | 2.18 | 2.18 | 2.18 | 2.18 | 2.18 | 2.18 |
| Average census | 157 | 167 | 165 | 151 | 147 | **241** | 246.7 | | | | | | | | | | |
| Waiting List b/ | 8 | 7 | 7 | 53 | 40 | 9.60 | **36.0** | | | | | | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 306 | 324 | 338 | 345 | 344 | 346 | 348 | 352 | 357 | 362 |
| **Census Rate Adjustment factor c/** | | | | | | | 10.7% | 8.6% | 6.4% | 4.3% | 2.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 340 | 360 | 375 | 383 | 383 | 384 | 386 | 391 | 397 | 402 |

a/  Rate includes actual census and wait list average. FY2008 was updated with full 12 month data

b/  Note: increase in waiting list coincides with closure of CMF's 25 S-1 bed CB unit

c/  Assumes that rates will continue to increase at a decelerating rate to 2013. Based on a 5-year increase of 53% between 2003-2008 or 10.7% average annual increase.

| Forecast based on Spring 2008 | 305 | 326 | 342 | 353 | 358 | 359 | 360 | 361 | 364 | 366 |
|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Fall 2007 | 305 | 333 | 359 | 378 | 391 | 396 | 401 | 406 | 411 | 416 |
|---|---|---|---|---|---|---|---|---|---|---|

> *This Fall 2008 forecast increases bed need by 6.7% in 2013 (8.4% in 2017) compared to the Spring 2008 study. Increases in the Population Division's forecast comprised 25% of this increase in 2013 and 40% in 2017.*

*This updated census rate model uses a "Census Rate adjustment" factor because of a historical increasing census rate.*

*On 7/26/07, the 25 bed CMF Crisis Bed unit (S-1) was converted back to Acute use.*

*Volumes in the SAC MH-OHU reported to HCCUP (CADDIS data for patients admitted 7/1/07- 4/15/08) had an average daily census of 24. No data were reported following 4/15/08. The SAC OHU had a census of 1.8 for patients discharged through 4/30/08. These data were recorded as "Outpatient Psych"*

Mental Health Bed Need Study (based on Fall 2008 population)

Source: HC-POP – weekly census counts



# Mental Health Crisis Bed Need – Male: Census Rate Trends & Forecasts



*Census Rate Trends – MHCB Males – Fall 2008*

**The revised Fall 2008 population results in a slightly higher use rate forecast (3.1% in 2008)**



*Census Rate Trends – MHCB Males – Spring 2008*

***This Fall 2008 model exhibits a slightly higher census rate projection than the Spring 2008 Study***



# Mental Health Crisis Bed Need – Male:  Census Trends



**36 Month Census Trends MHCB – Male (July 05 – June 08)**

New bed supply in July 2006 had a significant impact on the census and a concurrent drop in the wait list. Following closure of the CMF Crisis Bed unit (S-1) the census dipped while the wait list again increased.



# Mental Health Crisis Bed Need – Male:  Wait List Trends



**36 Month MHCB Wait List Trend  (July 05 – June 2008)**

*A shift in bed supply appears to have a direct effect on the wait list. New beds added at CMF in 7/06 led to a drop, but returning those beds to Acute use and lowering the overall supply shows a wait list rebound in 2007. ( * missing data between 12/4/06 and 1/10/07)*



# Mental Health Crisis Bed Need – Female Census Rate Method

This Forecast

**Higher**

than Spring 08



| MHCB - Females | Actual | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census Rate a/ | 1.04 | 1.15 | 1.21 | 1.25 | 1.28 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 |
| Average census | 12.4 | 13.2 | 14 | 14 | 15 | 15 | 16 | 16 | 16 | 17 | 17 | 18 |
| Census Rate Adjustment factor b/ | | 5.9% | 4.7% | 3.5% | 2.4% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 17 | 18 | 18 | 18 | 19 | 19 | 20 |

a/ Includes CCWF and CIW.
b/ Assumes that rates will continue to increase at a decelerating rate to 2013. Based on an increase between 2007 and 2008

| Forecast based on Spring 2008 | 14 | 15 | 15 | 15 | 16 | 16 | 17 | 17 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | 14 | 15 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 19 |

*Fall 2008 projections indicate a slight increase in bed need of 1.5 beds in 2013 (9.4%) compared to the Spring 2008 study. This is driven by a census increase of 0.3 between the 1st 6 months of FY2008 and the full 12 month period.*

This forecast does not include VSPW's OHU psych volume. For the FY08, the average census was 5.9 based on data provided by HCCUP (CADDIS). Citing a discussion with CDCR in the previous update, staff indicated that the OHU serves as an evaluation unit where determination of the clinical requirement for a crisis bed can be made. As there is available capacity at CCWF and CIW, the OHU volume was not added to the need model.

Source: HC-POP – weekly census counts



This Forecast
**Higher**
than Spring 08

# EOP General Population Bed Need - Male



| EOP-GP Need - Males | | --- Actual --- | | | | | | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.25 | 19.75 | 22.25 | 23.06 | 23.69 | 24.12 | 24.34 | 24.34 | 24.34 | 24.34 | 24.34 | 24.34 | 24.34 |
| Average Daily Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,189 | 3,550 | 3,665 | 3,754 | 3,820 | 3,850 | 3,847 | 3,862 | 3,884 | 3,927 | 3,986 | 4,045 |
| Census Rate Adjustment factor b/ | | | | | | 4.6% | 2.7% | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,357 | 3,737 | 3,858 | 3,952 | 4,021 | 4,053 | 4,050 | 4,065 | 4,088 | 4,134 | 4,196 | 4,258 |
| | | | | | | | | | | | | | | | | |
| Forecast based on Sping 2008 | | | | | | 3,572 | 3,638 | 3,684 | 3,712 | 3,720 | 3,725 | 3,734 | 3,746 | 3,783 | 3,799 | |
| Forecast based on Fall 2007 | | | | | | 3,572 | 3,730 | 3,878 | 3,980 | 4,068 | 4,122 | 4,175 | 4,230 | 4,274 | 4,327 | |
| | | | | | | | | | | | | | | | | |
| Level IV census as % of total c/ | | | | | 35.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% | 34.9% |
| Level I-III & RCs Bed Need (95%) | | | | | 2,153 | 2,435 | 2,513 | 2,574 | 2,619 | 2,640 | 2,638 | 2,648 | 2,663 | 2,693 | 2,734 | 2,774 |
| Level IV Bed Need (95%) | | | | | 1,204 | 1,303 | 1,345 | 1,377 | 1,401 | 1,413 | 1,411 | 1,417 | 1,425 | 1,441 | 1,463 | 1,484 |
| Total all Levels | | | | | 3,357 | 3,737 | 3,858 | 3,952 | 4,021 | 4,053 | 4,050 | 4,065 | 4,088 | 4,134 | 4,196 | 4,258 |

a/ Source: HC-POP Reports R1-1 through R1-4. Starting in FY07, data was captured every 2 weeks. FY08 was based on 12 month average.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2013. Based on an increase of between 2003 and 2008.
c/ Data was available from HCPU by Level of Custody (GP + Ad-Seg data combined). The FY08's ratio of Level IV / total census dropped slightly from the FY07 and assumed constant.

**The Fall 2008 forecast increased 8.7% in 2013 (10.4% in 2017) compared to the Spring 2008 study.**

*The revised 2008 population results in a higher use rate forecast*





Mental Health Bed Need Study (based on Fall 2008 population)

21

# EOP Ad-Seg Bed Need - Male

This Forecast
**Higher**
than Spring 08



| Ad-Seg EOP Need - Males | --- Actual --- | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.72 | 3.89 | 4.00 | 4.06 | 4.06 | 4.06 | 4.06 | 4.06 | 4.06 | 4.06 |
| Avg census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 591 | 616 | 634 | 643 | 642 | 645 | 648 | 656 | 666 | 675 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 622 | 648 | 667 | 677 | 676 | 679 | 683 | 690 | 701 | 711 |
| Census Rate Adjustment factor b/ | | | | | | 7.53% | 6.0% | 4.5% | 3.0% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Forecast Based on Spring 2008 | | | | | | 591 | 622 | 645 | 661 | 667 | 668 | 670 | 672 | 679 | 682 | |
| Forecast based on Fall 2007 | | | | | | 591 | 637 | 678 | 707 | 729 | 738 | 748 | 758 | 766 | 775 | |

a/ Source:  HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY2008 uses 12 months ending 6/08.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2013.

*The Fall 2008 forecast starts below the Spring 2008 forecast for 2008, but with the higher population projections, exceeds the Spring 2008 forecast for 2013 by 1.1%.*

*Census Rate Trend/Forecast – Fall 2008*



*Census Rate Trend/Forecast – Spring 2008*



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2008 population)

# Psychiatric Services Unit (PSU) Bed Need - Male



**This Forecast**
**Higher**
than Spring 08

| PSU - Males | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census /1000 males | 1.56 | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.86 | 3.03 | 3.15 | 3.22 | 3.22 | 3.22 | 3.22 | 3.22 | 3.22 | 3.22 |
| Average Daily Census a/ | 231 | 267 | 265 | 292 | 303 | 310 | 380 | 455 | 481 | 499 | 509 | 508 | 510 | 513 | 519 | 527 | 534 |
| Endorsed & Waiting a/ | | | | | | 15.9 | 43 | | | | | | | | | | |
| Census Rate Adjustment factor b/ | | | | | | | 9.9% | 7.9% | 6.0% | 4.0% | 2.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 319 | 326 | 400 | 479 | 506 | 526 | 535 | 535 | 537 | 540 | 546 | 554 | 562 |

a/ Data starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. 2008 data for 12 months
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2013 based on the change between 2003-2008.

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2008 | | | | | | | 335 | 394 | 404 | 410 | 413 | 413 | 414 | 416 | 420 | 422 | |
| Forecast based on Fall 2007 | | | | | | | 335 | 404 | 425 | 439 | 451 | 457 | 463 | 469 | 474 | 480 | |

*The Fall 2008 forecast results in an increase in bed need of 17% in 2013 (15.6% in 2017) compared to the Spring 2008 report.*





*The revised 2008 population results in a higher use rate forecast. The 12 month FY08 use rate jumped 17% over the 1st 6 months of FY08.*

Source: HC-POP

Mental Health Bed Need Study (based on Fall 2008 population)

23

# EOP General Population Bed Need - Female



Forecast is
**Lower**
than Spring 08 forecast

| EOP-GP Female | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | **2008** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 9,826 | 10,080 | 10,856 | 10,856 | 11,749 | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 14.90 | 15.21 | 15.42 | 15.53 | 15.53 | 15.53 | 15.53 | 15.53 | 15.53 | 15.53 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 205.70 | **165.2** | 171 | 176 | 180 | 183 | 190 | 196 | 197 | 205 | 209 | 213 |
| Census Rate Adjustment factor b/ | | | | | | | 3.4% | 2.8% | 2.1% | 1.4% | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 217 | **174** | 180 | 185 | 189 | 193 | 200 | 206 | 208 | 216 | 220 | 225 |

a/ Source:  HC-POP Reports R1-1 through R1-4. FY08 revised for 12 months.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2013 based on the change between 2003-2008.

| Forecast Based on Spring 2008 | 180 | 185 | 190 | 194 | 199 | 204 | 212 | 216 | 219 | 226 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | 180 | 190 | 200 | 209 | 216 | 221 | 228 | 232 | 232 | 232 |

*The Fall 2008 forecast is slightly lower by 2.2% in 2013 (and 2.8% in 2017) than the Spring 2008 forecast*

### Census Rate Trend – Fall 2008



*The Fall 2008 use rate is lower due to a 3.4% lower census for the full FY2008 than the 6month estimate used in the Spring 2008 report*



# EOP Ad-Seg Bed Need - Female

Forecast is
**Lower**
than Spring 08 forecast


| EOP-AdSeg Female | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 0.75 | 0.76 | 0.77 | 0.77 | 0.77 | 0.77 | 0.77 | 0.77 | 0.77 | 0.77 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 |
| Census Rate Adjustment factor b/ | | | | | | | 2.7% | 2.2% | 1.6% | 1.1% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 20 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 | 11 |

a/ Source: HCPU Reports R1-1 through R1-4. FY08 revised by using 12 month data.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2013 based on the change between 2003-2008.

| Forecast Based on Spring 2008 | 9.8 | 10 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | 9.8 | 10 | 11 | 12 | 12 | 12 | 13 | 13 | 13 | 13 |

*The Fall 2008 forecast is lower than the Spring 2008 forecast. Bed need in 2008 is 10% lower, and 19% lower in 2013. This may reflect the increased use of the new PSU.*



**Census Rate Trend/Forecast - Fall 2007**

*The revised 2008 census rate is 10% lower than that for the Spring 2008 forecast due to lower utilization*



**Census Rate Trend/Forecast – Spring 2008**

Source: HC-POP

# PSU Bed Need - Female



This Forecast
**Higher**
than Spring 08

| PSU - Females | --- Actual --- | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 | 0.84 |
| Average Daily Census b/ | 9.73 | 8.85 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 |
| Endorsed & Waiting | 0.64 | 0.25 | | | | | | | | | | |
| Bed Need @ 95% Occ | 10.9 | 9.6 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 12 | 12 | 12 |

a/ Census rates calculated using actual censius plus wait list. Census rate dropped in FY08, but forecasted rate assumed to be an average of FY07 & FY08.

b/ Female capacity established in January, 2007 at 10 cases. FY07 average census based on counts from 2/07-6/07. FY08 based full 12 months

| Forecast Based on Spring 2008 | | | 8.2 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 |
| Forecast based on Fall 2007 | | | 8.2 | 10 | 10 | 11 | 11 | 11 | 12 | 12 | 12 | 12 |

*Spring 2008 pop. projections result in a slight increase (less than 1 bed) in bed need in 2013.*

*CDCR established a new PSU program for women which opened in January 2007. Though the rate dropped in FY08, the partial FY07 and full FY08 rates were averaged for FY09 and assumed to remain constant in the other forecast years.*

*Female PSU Census and Wait List January 2007 - June 2008*



Source: HC-POP



# CCCMS - Male


This Forecast
**Higher**
than Spring 08

| CCCMS - Males | | | | --- Actual | --- | | | | | | --- Forecast | --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 158,947 | 158,457 | 158,339 | 158,160 | 158,042 | 158,647 | 159,542 | 161,332 | 163,765 | 166,165 |
| Census/1,000 males a\ | 116 | 124 | 134 | 144 | 147 | 154 | 158 | 167 | 175 | 180 | 184 | 186 | 186 | 186 | 186 | 186 | 186 |
| Census Rate Adj. Factor b/ | | | | | | | 5.5% | 4.4% | 3.3% | 2.2% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 26,569 | 27,661 | 28,558 | 29,158 | 29,459 | 29,572 | 29,738 | 30,072 | 30,526 | 30,973 |

a/ Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY08 for 12 months.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2012. Based on an increase of 28% and an average annual increase of 5.5% between 2003 and 2008.

| Forecast Based on Spring 2008 | | | | | | | | 25,164 | 26,294 | 27,215 | 27,924 | 28,395 | 28,747 | 28,815 | 28,907 | 29,190 | 29,319 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | | | | | | | | 25,164 | 25,164 | 28,572 | 29,830 | 30,893 | 31,612 | 32,020 | 32,441 | 32,778 | 33,185 |

*The Fall 2008 forecast is similar to the Spring 2008 forecast. The 2008 use rates are virtually identical. The census forecast for 2013 is 2.5% higher than earlier forecast – 70% of this increase was due to the higher population forecast.*

### CCCMS – Male Census Trend



### CCCMS – Male Census Rate/1000



*The revised 2008 population results in a slightly higher use rate forecast (2.5% in 2013).*

Source: HC-POP



# CCCMS - Male

**CCCMS – Male Census Trend & Forecast**





# CCCMS - Female

Forecast is
**Lower**
than Spring 08 forecast



| Fiscal Year | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Population (Fall 2008) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,474 | 11,563 | 11,671 | 11,801 | 12,221 | 12,597 | 12,707 | 13,218 | 13,444 | 13,747 |
| Census /1,000 Females a/ | 223 | 230 | 210 | 210 | 220 | 245 | 255 | 260 | 265 | 268 | 270 | 272 | 272 | 272 | 272 | 272 | 272 |
| Census Rate Adj. Factor b/ | | | | | | | 2.1% | 1.7% | 1.3% | 0.9% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,986 | 3,061 | 3,129 | 3,191 | 3,318 | 3,420 | 3,450 | 3,589 | 3,650 | 3,733 |

a/ Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY08 for full 12 months.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2013.

| Forecast Based on Spring 2008 | 2,961 | 3,026 | 3,086 | 3,144 | 3,230 | 3,326 | 3,444 | 3,511 | 3,572 | 3,681 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2007 | 2,961 | 3,087 | 3,227 | 3,374 | 3,475 | 3,559 | 3,673 | 3,746 | 3,747 | 3,741 |

*The Fall 2008 forecast results in a slightly lower program need of in 2013 compared to the Spring 2008 study.*

### CCCMS Female Census Trend



### Census Rate Trend/Forecast – Fall 2008



*The revised Fall 2008 census rate is slightly lower (0.3%) than Spring 2008 rate.*

Source: HC-POP

Mental Health Bed Need Study (based on Fall 2008 population)

29

# Appendix



# Abbreviations used in report

- **ADC – Average Daily Census**
- **AdSeg or ASU – Administrative segregation unit**
- **ALOS – Average Length of Stay**
- **ASH - Atascadero State Hospital**
- **CADDIS - Census And Discharge Data Information System**
- **CCCMS - Correctional Clinical Case Management System**
- **CCWF – California Correctional Women's Facility**
- **CDCR – California Department of Corrections and Rehabilitation**
- **CIW – California Institute for Women**
- **CMF-APP - California Medical Facility – Acute Psychiatric Program**
- **CMF-DTP - California Medical Facility – Day Treatment Program**
- **CMF-IC - California Medical Facility – Intermediate Care Program**
- **CTC – Correctional Treatment Center**
- **DMH - Department of Mental Health**
- **EOP – Enhanced Outpatient Program**
- **FY – Fiscal Year – the convention used here indicates the fiscal year <u>ending</u> e.g. FY07 ends June 30, 2007.**
- **GP – General Population**
- **HCCUP – Health Care Cost and Utilization Program**
- **HC-POP - Health Care Placement Oversight Program**
- **MHCB – Mental Health Crisis Beds**
- **MH-OHU – Mental Health Outpatient Housing Unit**
- **OHU – Outpatient Housing Unit**
- **PSU – Psychiatric Services Unit**
- **SAC – California State Prison - Sacramento**
- **SVPP - Salinas Valley Psychiatric Program**
- **UNA – Unmet Needs Assessment**

Mental Health Bed Need Study (based on Fall 2008 population)



# Comparison of Fall 2008 Bed Need Forecasts  –  vs. Spring 2008

*The forecasts produced for this revised Fall 2008 report are compared to the forecasts in the Spring 2008 forecast.*

| Program | Higher/ Lower | 2013 (Fall 08 Update @ 10/08) | 2013 (Spring 08 @ 5/08) | 2013 Fall 08 - minus Spring 08 | Variance (Fall 08 - Spring 08) |
|---|---|---|---|---|---|
| **Males** | | | | | |
| Acute | Higher | 231 | 225 | 6 | 2.7% |
| Intermediate * | Higher | 726 | 656 | 70 | 10.7% |
| MHCB | Higher | 383 | 359 | 24 | 6.7% |
| EOP - GP | Higher | 4,050 | 3,725 | 324 | 8.7% |
| EOP ASU | Higher | 676 | 668 | 8 | 1.2% |
| PSU | Higher | 535 | 413 | 122 | 29.5% |
| CCCMS | Higher | 29,459 | 28,747 | 712 | 2.5% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Higher | 25 | 23 | 2 | 6.7% |
| MHCB | Higher | 18 | 16 | 2 | 9.3% |
| EOP - GP | Lower | 200 | 204 | (5) | -2.2% |
| EOP ASU | Lower | 10 | 11 | (1) | -12.5% |
| PSU | Higher | 10 | 10 | 1 | 7.3% |
| CCCMS | Lower | 3,318 | 3,326 | (7) | -0.2% |

*\* Intermediate bed need excludes beds needed for 1370 inmates (31).*

Mental Health Bed Need Study (based on Fall 2008 population)        32



# Summary of Program Supply And Bed Need – Fall 2008

| Program | FY08 and Beds @ 5/08 | FY 2008/09 | FY 2009/10 | FY 2010/11 | FY 2011/12 | FY 2012/13 | FY 2013/14 | FY 2014/15 | FY 2015/16 | FY 2016/17 | FY 2017/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acute Male Bed Need** | **210** | **218** | **225** | **229** | **231** | **231** | **232** | **233** | **236** | **240** | **246** |
| Acute Capacity & Planned | 155 | 175 | 175 | 175 | 175 | 265 | 240 | 240 | 240 | 240 | 240 |
| Bed Surplus/<Deficit> | (55) | (43) | (50) | (54) | (56) | 34 | 8 | 7 | 4 | 0 | (6) |
| | | | | | | | | | | | |
| **Intermediate Male Bed Need - Total** | **570** | **622** | **670** | **707** | **727** | **726** | **729** | **733** | **741** | **753** | **764** |
| Intermediate Capacity & Planned | 616 | 616 | 680 | 678 | 678 | 628 | 628 | 628 | 628 | 628 | 628 |
| Bed Surplus/<Deficit> | 46 | (6) | 10 | (29) | (49) | (98) | (101) | (105) | (113) | (125) | (136) |
| | | | | | | | | | | | |
| **Intermediate Male Celled Housing** | **308** | **370** | **418** | **455** | **475** | **475** | **477** | **479** | **485** | **492** | **499** |
| Intermediate celled housing Capacity & Planned | 241 | 241 | 305 | 303 | 303 | 312 | 312 | 312 | 312 | 312 | 312 |
| Bed Surplus/<Deficit> | (67) | (129) | (113) | (152) | (172) | (163) | (165) | (167) | (173) | (180) | (187) |
| | | | | | | | | | | | |
| **Acute & Intermediate Women Bed Need** | **23** | **23** | **24** | **24** | **24** | **25** | **26** | **26** | **27** | **28** | **28** |
| Acute & Intermediate Women Capacity & Planned | 30 | 30 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| Bed Surplus/<Deficit> | 7 | 7 | 18 | 18 | 18 | 17 | 16 | 16 | 15 | 14 | 14 |
| | | | | | | | | | | | |
| **MHCB Bed Need - Male** | **314** | **340** | **360** | **375** | **383** | **383** | **384** | **386** | **391** | **397** | **402** |
| MHCB - Male Capacity & Planned | 314 | 294 | 294 | 326 | 326 | 376 | 376 | 366 | 356 | 346 | 346 |
| Bed Surplus/<Deficit> | (0) | (46) | (66) | (49) | (57) | (7) | (8) | (20) | (35) | (51) | (56) |
| | | | | | | | | | | | |
| **MHCB Female Bed Need - Female** | **15** | **15** | **16** | **17** | **17** | **18** | **18** | **18** | **19** | **19** | **20** |
| MHCB - Female Capacity & Planned | 22 | 22 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Bed Surplus/<Deficit> | 7 | 7 | 9 | 8 | 8 | 7 | 7 | 7 | 6 | 6 | 5 |
| | | | | | | | | | | | |
| **EOP GP - Male Bed Need** | **3,737** | **3,858** | **3,952** | **4,021** | **4,053** | **4,050** | **4,065** | **4,088** | **4,134** | **4,196** | **4,258** |
| EOP GP - Male Capacity & Planned | 3,141 | 3,141 | 3,141 | 3,464 | 3,899 | 4,234 | 4,269 | 4,325 | 4,460 | 4,655 | 4,655 |
| Bed Surplus/<Deficit> | (596) | (717) | (811) | (557) | (154) | 184 | 204 | 237 | 326 | 459 | 397 |
| | | | | | | | | | | | |
| **EOP ASU - Male Bed Need** | **589** | **622** | **648** | **667** | **677** | **676** | **679** | **683** | **690** | **701** | **711** |
| EOP ASU - Male Capacity & Planned | 474 | 474 | 474 | 558 | 714 | 838 | 934 | 934 | 934 | 934 | 934 |
| Bed Surplus/<Deficit> | (115) | (148) | (174) | (109) | 37 | 162 | 255 | 251 | 244 | 233 | 223 |
| | | | | | | | | | | | |
| **PSU- Male Bed Need** | **400** | **479** | **506** | **526** | **535** | **535** | **537** | **540** | **546** | **554** | **562** |
| PSU- Male Capacity & Planned | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 |
| Bed Surplus/<Deficit> | (16) | (95) | (122) | (142) | (151) | (151) | (153) | (156) | (162) | (170) | (178) |
| | | | | | | | | | | | |
| **EOP GP - Female Bed Need** | **174** | **180** | **185** | **189** | **193** | **200** | **206** | **208** | **216** | **220** | **225** |
| EOP GP - Female Capacity & Planned | 129 | 129 | 230 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 |
| Bed Surplus/<Deficit> | (45) | (51) | 45 | 108 | 104 | 97 | 91 | 89 | 81 | 77 | 72 |
| | | | | | | | | | | | |
| **EOP ASU - Female Bed Need** | **9** | **9** | **9** | **9** | **10** | **10** | **10** | **10** | **11** | **11** | **11** |
| EOP ASU - Female Capacity & Planned | 9 | 9 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| Bed Surplus/<Deficit> | 0 | (0) | 15 | 15 | 14 | 14 | 14 | 14 | 13 | 13 | 13 |
| | | | | | | | | | | | |
| **PSU- Female - Bed Need** | **10** | **10** | **10** | **10** | **10** | **11** | **11** | **11** | **12** | **12** | **12** |
| PSU- Female Capacity & Planned | 10 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Bed Surplus/<Deficit> | 0 | (0) | 10 | 10 | 10 | 9 | 9 | 9 | 8 | 8 | 8 |
| | | | | | | | | | | | |
| **Male CCCMS** | **25,276** | **26,569** | **27,661** | **28,558** | **29,158** | **29,459** | **29,572** | **29,738** | **30,072** | **30,526** | **30,973** |
| **Female CCCMS** | **2,903** | **2,986** | **3,061** | **3,129** | **3,191** | **3,318** | **3,420** | **3,450** | **3,589** | **3,650** | **3,733** |
| | | | | | | | | | | | |
| **Total MHSDS Bed Need excluding CCCMS** | **6,052** | **6,378** | **6,605** | **6,775** | **6,860** | **6,864** | **6,897** | **6,937** | **7,023** | **7,129** | **7,239** |

**Source: Navigant Mental Health Bed Need Model Update using Fall 2008 population and CDCR bed capacity summary May 2008. Red font indicates a deficit (Bed need-capacity). The column "FY08 and Beds @ 5/08" indicates current bed need, bed capacities and surplus or deficit.**

**96 new beds added to Male EOP-GP (at Kern) based on information form HC-POP.**

**Gray cells in FY2017/18 indicate that there was no CDCR bed capacity forecast for that year. The FY2016/17 values were used.**

Mental Health Bed Need Study (based on Fall 2008 population)

33



# Mental Health Services Delivery System (MHSDS) Bed Need

**MHSDS Bed Need Forecast - excluding CCCMS – Fall 2008**



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total MHSDS Bed Need excl. CCCMS | 6,052 | 6,378 | 6,605 | 6,775 | 6,860 | 6,864 | 6,897 | 6,937 | 7,023 | 7,129 | 7,239 |



# EXHIBIT C

**Spring 2009 Navigant Study Projections**
**Unmet Need/(Surplus) Based On Current Actual Beds**

| Bed Type | FY 2009/10 | 2010/11 | 2011/12 | 2012/13 |
|---|---|---|---|---|
| EOP | 1,202 | 1,375 | 1,536 | 1,622 |
| EOP % Unmet | 27.7% | 30.4% | 32.8% | 34.1% |
| EOP-ASU | 149 | 170 | 190 | 201 |
| EOP-ASU % Unmet | 23.9% | 26.4% | 28.6% | 29.8% |
| PSU | 94 | 123 | 148 | 162 |
| PSU % Unmet | 19.7% | 24.3% | 27.8% | 29.7% |
| MHCB | 76 | 111 | 140 | 156 |
| MHCB % Unmet | 19.5% | 26.1% | 30.8% | 33.2% |
| Acute | 29 | 32 | 36 | 38 |
| Acute % Unmet | 15.8% | 17.1% | 18.8% | 19.7% |
| ICF | (68) | (68) | (66) | (64) |
| ICF % Unmet | -22.9% | -22.9% | -22.1% | -21.3% |
| ICF-H | 150 | 222 | 283 | 318 |
| ICF-H % Unmet | 32.9% | 42.0% | 48.0% | 51.0% |
| TOTAL | 1,633 | 1,966 | 2,268 | 2,433 |
| TOTAL % UNMET | 24.1% | 27.7% | 30.6% | 32.1% |

# EXHIBIT D

| Variance Between Fall 2008 and Spring 2009 Navigant Study Projections – Increase in Beds Needed/(Reduction in Beds Needed) | | | | |
|---|---|---|---|---|
| **Bed Type** | **FY 2009/10** | **FY 2010/11** | **FY 2011/12** | **FY 2012/13** |
| **Acute** | (41) | (42) | (40) | (38) |
| **ICF** | 45 | 45 | 47 | 50 |
| **ICF-H** | 38 | 73 | 114 | 149 |
| **MHCB** | 30 | 50 | 71 | 87 |
| **EOP** | 391 | 495 | 624 | 713 |
| **EOP-ASU** | (25) | (23) | (13) | (1) |
| **PSU** | (28) | (19) | (3) | 11 |
| **Total Change Per Spring 2009 Projections** | **410** | **579** | **800** | **971** |

# EXHIBIT E

## Adding Contemporaneous 2010/11 Need to Defendants' Table 4, Impact of Short-Term and Intermediate-Term Proposals on Need

| | Defendants' Table 4.  Impact of Short-Term and Intermediate-Term Proposals on Need | | | | Gap in 2010/11 Based on Need Projected for 2010/11 | |
|---|---|---|---|---|---|---|
| LOC | Bed Need 2009 | Actual Beds 2009 | Short & Intermediate-Term Proposals Increase | Bed Total after Implementation of Short & Intermediate-Term Proposals | Fall 2008 Navigant Projection of Need in 2010/11 and Gap Left After Short & Intermediate Term Projects Completed, NEED / GAP | Spring 2009 Navigant Projection of Need in 2010/11 and Gap Left After Short & Intermediate Term Projects Completed, NEED / GAP |
| Acute | 218 | 155 | 43 | 198 | 229 / 31 | 187 / (11) |
| ICF | 252 | 365 | 25 | 390 | 252 / (138) | 297 / (93) |
| ICF-H | 370 | 306 | 94 | 400 | 455 / 55 | 528 / 128 |
| MHCB | 340 | 314 | 37 | 351 | 375 / 24 | 425 / 74 |
| EOP-GP | 3,858 | 3,141 | 388 | 3,529 | 4,021 / 492 | 4,516 / 987 |
| EOP-ASU | 622 | 474 | 92 | 566 | 667 / 101 | 644 / 78 |
| PSU | 479 | 384 | - | 384 | 526 / 142 | 507 / 123 |
| Total | 6,139 | 5,139 | 679 | 5,818 | 6,525 / 707 | 7,104 / 1,286 |

* Unmet need for Fall '08 Navigant uses the projected need for each LOC based on FY 2010/11, the period in which all the Short & Intermediate Term Proposals are implemented, December 2010.

** Unmet need for Spring '09 Navigant uses the projected need for each LOC based on FY 2010/11, the period in which all the Short & Intermediate Term Proposals are implemented, December 2010.

# EXHIBIT F

## Defendants' May 2009 Bed Plan Leaves Significant Gap
## in Unmet Men's EOP Need That Will Not Be Addressed Until 2013



# EXHIBIT G

## Defendants' May 2009 Bed Plan Leaves Significant Gap
## in Unmet Men's EOP-ASU Need That Will Not Be Addressed Until 2013



# EXHIBIT H

# Defendants' May 2009 Bed Plan Leaves Significant Gap
# in Unmet Men's MHCB Need That Will Not Be Addressed Until 2013



# EXHIBIT I

## Defendants' May 2009 Bed Plan Leaves Significant Gap
## in Unmet Men's PSU Need That Will Not Be Addressed Until 2013



Various Projects Without Completion Date Assumed to Come On-Line, including Receiver's New Facilities (2), and Short and Intermediate Term Projects Assumed to be DeCommissioned in May 2013

Bed Need Navigant Spring 2009          Actual Beds Plus Defendants' Bed Plan

# EXHIBIT J

# Defendants' May 2009 Bed Plan Leaves Significant Gap
## in Unmet Men's ICF-H Need That Will Not Be Addressed Until 2013



**Beds**

SVPP D-5/D-6
(4 Beds)

Pilot Double Bunk SVSP
(10 Beds)

SVPP C-5/C-6 Conversion
(116 Beds)

CMF P2 to Acute
(-36 Beds)

CMF ICF-H
(64 Beds)

**Various Projects Without Completion Date
Assumed to Come On-Line, including
Receiver's New Facilities (2), and Short and
Intermediate Term Projects Assumed to be
DeCommissioned in May 2013**

——— Bed Need Navigant Spring 2009        ——— Actual Beds Plus Defendants' Bed Plan