EXHIBIT 2

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

## Men's Mental Health Program Capacity Requirements
### Long Term Bed Plan
### Spring 2009 Projections through 2013

| Level of Care: | Current Program Capacity: | + | New Capacity: | − | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - Spring 2009 Population Projections, April 2009 (Navigant Consulting) Need to 2013: | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 3,141 | | 1,622 | | 0 | | 4,763 | 4,763 | 0 |
| ASU | 474 | | 292 | | -45 | | 721 | 675 | 46 |
| PSU | 384 | | 152 | | 0 | | 536 | 546 | (10) |
| MHCB | 314 | | 246 | | -90 | | 470 | 470 | 0 |
| Acute - Total | 155 | | 38 | | 0 | | 193 | 193 | 0 |
| ICF (Low Custody) - Total | 365 | | 0 | | 0 | | 365 | 301 | 64 |
| ICF-High Custody | 306 | | 496 | | -178 | | 624 | 624 | 0 |
| Total: | 5,139 | | 2,846 | | -313 | | 7,672 | 7,572 | 100 |

**Legend**
- Current program capacity
- New capacity
- Returned capacity
- Net capacity
- Long term plan
- Long term plan/Court ordered

### Table #A: Capacity as of May, 2009.
Data sources for number of beds: Health Care Population Oversight Program.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 74 | 256 | 24 | | | | 738 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC[1] | 580 | 54 | | 36 | | | | 670 |
| CIM[2] | | | | 34 | | | | 34 |
| LAC | 300 | 54 | | 12 | | | | 366 |
| SVSP[3] | 192 | 45 | | 10 | | | 240 | 487 |
| CMF[4] | 533 | 58 | | 70 | 130 | 84 | 66 | 941 |
| PBSP | 66 | | 128 | 10 | | | | 204 |
| COR | 150 | 54 | | 23 | | | | 227 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | | | | | 36 |
| HDSP | | | | 10 | | | | 10 |
| ISP | | | | | | | | 0 |
| KVSP | 96 | | | 12 | | | | 108 |
| NKSP | | | | 10 | | | | 10 |
| PVSP | | | | 6 | | | | 6 |
| SATF | | | | 20 | | | | 20 |
| SOL | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| Site 1 | | | | | | | | |
| Site 2 | | | | | | | | |
| **Sub Total:** | 3,141 | 474 | 384 | 314 | 130 | 84 | 306 | 4,833 |

**Department of Mental Health Hospital Capacity:**

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |

| **Grand Total:** (DMH Hospital + CDCR) | 3,141 | 474 | 384 | 314 | 155 | 365 | 306 | 5,139 |

### Table #B: New capacity under development, proposed or converted.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | | | 152 | | | | | 152 |
| RJD | | | | | | | | 0 |
| CMC | | | | 50 | | | | 50 |
| CIM | | | | | | | | 0 |
| LAC[5] | 150 | | | | | | | 150 |
| SVSP[6] | 96 | 72 | | | | | | 168 |
| CMF[7] | 67 | | | | 20 | | 64 | 151 |
| PBSP | | | | | | | | 0 |
| COR[8] | | 45 | | | | | | 45 |
| MCSP | | | | | | | | 0 |
| SQ[9] | | | | 29 | | | | 29 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Site 1 (S)[10] | 320 | 87 | | 63 | | | | 470 |
| Site 2 (N)[10] | 256 | 88 | | 104 | 18 | | 432 | 898 |
| Alt. sites[11] | 733 | | | | | | | 733 |
| **Sub Total:** | 1,622 | 292 | 152 | 246 | 38 | 0 | 496 | 2,846 |

**Department of Mental Health Hospital Capacity:**

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| **Grand Total:** (DMH Hospital + CDCR) | 1,622 | 292 | 152 | 246 | 38 | 0 | 496 | 2,846 |

### Table #C: Capacity to be returned to alternate use when need is eliminated by adding capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | | | | | | | | 0 |
| RJD | | | | | | | | 0 |
| CMC | | | | -36 | | | | -36 |
| CIM | | | | -34 | | | | -34 |
| LAC | | | | | | | | 0 |
| SVSP | | -45 | | | | | -112 | -157 |
| CMF | | | | -20 | | | -66 | -86 |
| PBSP | | | | | | | | 0 |
| COR | | | | | | | | 0 |
| MCSP | | | | | | | | 0 |
| SQ | | | | | | | | 0 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Site 1 | | | | | | | | |
| Site 2 | | | | | | | | |
| **Sub Total:** | 0 | -45 | 0 | -90 | 0 | 0 | -178 | -313 |

**Department of Mental Health Hospital Capacity:**

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| **Grand Total:** (DMH Hospital + CDCR) | 0 | -45 | 0 | -90 | 0 | 0 | -178 | -313 |

### Table #D: Net capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 74 | 408 | 24 | 0 | 0 | 0 | 890 |
| RJD | 330 | 63 | 0 | 14 | 0 | 0 | 0 | 407 |
| CMC | 580 | 54 | 0 | 50 | 0 | 0 | 0 | 684 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 450 | 54 | 0 | 12 | 0 | 0 | 0 | 516 |
| SVSP | 288 | 72 | 0 | 10 | 0 | 0 | 128 | 498 |
| CMF | 600 | 58 | 0 | 50 | 150 | 84 | 64 | 1,006 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 99 | 0 | 23 | 0 | 0 | 0 | 272 |
| MCSP | 510 | 36 | 0 | 8 | 0 | 0 | 0 | 554 |
| SQ | 0 | 36 | 0 | 29 | 0 | 0 | 0 | 65 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 |
| SOL | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Site1 | 320 | 87 | 0 | 63 | 0 | 0 | 0 | 470 |
| Site 2 | 256 | 88 | 0 | 104 | 18 | 0 | 432 | 898 |
| Alt. sites: | 733 | | | | | | | 733 |
| **Sub-Total:** | 4,763 | 721 | 536 | 470 | 168 | 84 | 624 | 7,366 |

**Department of Mental Health Hospital Capacity:**

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |

| **Grand Total:** (DMH Hospital + CDCR) | 4,763 | 721 | 536 | 470 | 193 | 365 | 624 | 7,672 |