# EXHIBIT 3

# PANNONE
# LOPES
# DEVEREAUX &
# WEST LLC

*counselors at law*



May 26, 2009

Debbie Vorous, Esquire　　　　　　　　Jeffrey Steele, Esquire
Deputy Attorney General　　　　　　　Deputy Attorney General
Office of the Attorney General　　　　Office of the Attorney General
P.O. Box 944255　　　　　　　　　　　P.O. Box 944255
Sacramento, CA 94244-2550　　　　　Sacramento, CA 94244-2550

　　　　RE:　Court Order of 3/31/09

Dear Ms. Vorous and Mr. Steele:

　　　I am in receipt of the detailed activation schedules for completion of all <u>Coleman</u> court-ordered construction projects. Defendants were ordered to submit these activation schedules to the office of the special master for approval prior to filing pursuant to the court order dated March 30, 2009. The activation schedules, as submitted, are approved as to their format and as to the specific information required to be included and reported on pursuant to paragraph 3 of the order. They should not be construed as a tacit approval by this office of the reasonableness of the amount of time necessary to meet any of the contingencies included in the schedules.

　　　These activation schedules will provide this office with sufficient information to allow the court to monitor the progress of the construction projects.

　　　If you have any questions please feel free to contact me.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*/s/ Matthew A. Lopes, Jr.*
　　　　　　　　　　　　　　　　　　　Matthew A. Lopes, Jr.

cc:　B. Rice
　　　M. Stone
　　　S. Aungst

317 Iron Horse Way, Suite 301　　tel  401 824 5100
Providence, RI  02908　　　　　　fax  401 824 5123