# EXHIBIT 4

| ALLOCATION FROM: | ALLOCATION TO: |
|---|---|
| *Authority:* Government Code Section 15849.1 | *Department/Item/Fund:* Public Buildings Construction Fund (0660) |
| *Amount:* $3,346,000 | *Schedule/Project:* N/A |
| *Fund:* General Fund (0001) | |

*Purpose:*
This Executive Order authorizes a loan from the General Fund to the Public Buildings Construction Fund pursuant to Government Code Section 15849.1 for the preliminary plans phase of the California Medical Facility, Vacaville: Enhanced Outpatient Program Treatment and Office Space project. This project was established by the Public Works Board on May 8, 2009 pursuant to Government Code Section 15819.40(c). The loan will be repaid from the proceeds of lease revenue bonds sold for the project or other interim financing.

This loan shall be repaid to the General Fund with interest at the rate which the Treasurer certifies would have been earned on this amount if invested in the Surplus Money Investment Fund.

Approved in accordance with the authority cited above.

DEPARTMENT OF FINANCE
MICHAEL C. GENEST
Director

By: *[signature]*

Chris Lief
Principal Program Budget Analyst

Date: 6-12-09

Number of attachments: 0

EXECUTIVE ORDER NO. **E 08/09 - 137**

| ALLOCATION FROM: | ALLOCATION TO: |
|---|---|
| *Authority:* Government Code Section 15849.1 | *Department/Item/Fund:* Public Buildings Construction Fund (0660) |
| *Amount:* $3,293,000 | *Schedule/Project:* N/A |
| *Fund:* General Fund (0001) | |

*Purpose:*
This Executive Order authorizes a loan from the General Fund to the Public Buildings Construction Fund pursuant to Government Code Section 15849.1 for the working drawings phase of the California Medical Facility, Vacaville: 64-Bed Intermediate Care Facility project. This project was established by the Public Works Board on April 10, 2009 pursuant to Government Code Section 15819.40(c). The loan will be repaid from the proceeds of lease revenue bonds sold for the project or other interim financing.

This loan shall be repaid to the General Fund with interest at the rate which the Treasurer certifies would have been earned on this amount if invested in the Surplus Money Investment Fund.

Approved in accordance with the authority cited above.

DEPARTMENT OF FINANCE
MICHAEL C. GENEST
Director

By: *[signature]*

Chris Lief
Principal Program Budget Analyst

Date: 6-12-09

Number of attachments: 0