1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   JEFFREY STEELE, State Bar No. 124668
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13  **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK JFM P

14                              Plaintiffs,    **DEFENDANTS' RESPONSE TO
                                                COURT'S MARCH 31, 2009 ORDER**
15                                             **THAT DEFENDANTS FILE A
                                                CERTIFICATION THAT THE**
16          v.                                 **64-BED INTERMEDIATE CARE
                                                FACILITY AT SALINAS VALLEY**
17  **ARNOLD SCHWARZENEGGER, et al.,**          **STATE PRISON WAS OPEN FOR
                                                OCCUPANCY NOT LATER THAN**
18                              Defendants.    **JUNE 15, 2009**

19

20       On March 31, 2009, this Court ordered that Defendants file a certification that the Salinas

21  Valley State Prison 64-bed Intermediate Care Facility was open for occupancy not later than

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                      1

1    June 15, 2009.  (Docket No. 3556.)  Attached as Exhibit 1 is the Declaration of Cynthia Radavsky

2    attesting that the Department of Mental Health started admitting patients to the facility on April

3    29, 2009.

4    Dated:  June 22, 2009                          Respectfully submitted,

5                                                   EDMUND G. BROWN JR.
                                                    Attorney General of California
6                                                   JONATHAN L. WOLFF
                                                    Senior Assistant Attorney General
7
                                                    /s/ *Debbie J. Vorous*
8
                                                    DEBBIE J. VOROUS
9                                                   Deputy Attorney General
                                                    *Attorneys for Defendants*
10   CF1997CS0003
     30785818.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT 1

1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   JEFFREY STEELE, State Bar No. 124668
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-5345
     Fax: (916) 324-5205
7    E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**            2:90-cv-00520 LKK JFM P

15                          Plaintiffs,   **DECLARATION OF CYNTHIA
                                          RADAVSKY CERTIFYING THAT**
16          **v.**                        **SALINAS VALLEY STATE PRISON
                                          WAS OPEN FOR OCCUPANCY NOT**
17  **ARNOLD SCHWARZENEGGER, et al.,**    **LATER THAN JUNE 15, 2009**

18                         Defendants.

19

20         I, Cynthia Radavsky, declare:

21         1.    I am the Deputy Director of Long-Term Care Services for the California Department

22  of Mental Health. I have personal knowledge of the facts stated in this declaration and if called to

23  testify to those facts could and would do so competently.

24         2.    I have been employed by the Department of Mental Health since October 1995. As

25  the Deputy Director of Long-Term Care Services, I am familiar with the missions, policies,

26  staffing, and operations of the Department's programs within the California Department of

27  Corrections and Rehabilitation facilities, including the Salinas Valley Psychiatric Program at

28  Salinas Valley State Prison.

                                        1

1        3.    I am also familiar with the Salinas Valley State Prison 64-bed Intermediate Care

2    Facility Project. The Department of Public Health licensed the facility on April 28, 2009, and the

3    Department of Mental Health started admitting patients to the facility on April 29, 2009. Wings

4    B, C, and D of the facility are fully activated, and the Department intends to fully activate Wing

5    A by July 10, 2009.

6        I declare under penalty of perjury that the foregoing is true. Executed this 22nd day of

7    June, 2009.

8

                          CYNTHIA A. RADAVSKY

9

10   CF1997CS0003
    30787966

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          2