PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | Case No. Civ S 90-0520 LKK-JFM <br><br> **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2009** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2009 to defendants via overnight Federal Express on April 17, 2009. Defendants submitted their objections to plaintiffs' statement on May 22, 2009. The parties completed their meet-and-confer process on June 22, 2009. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2009.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $228,682.53 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from May 19, 2009 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED:  June ___, 2009

Jeff Steele, Esq.
Deputy Attorney General
Attorney for Defendants

DATED:  June 24, 2009

*/s/ Amy Whelan*
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[301974-1]

1

1      On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2009 to defendants via overnight Federal Express on April 17, 2009. Defendants submitted their objections to plaintiffs' statement on May 22, 2009. The parties completed their meet-and-confer process on June 22, 2009. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2009.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $228,682.53 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from May 19, 2009 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED: June 30, 2009

Jeff Steele, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: June 24, 2009

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[301974-1]

1

# EXHIBIT A

## Coleman v. Schwarzenegger First Quarter 2009 Undisputed Fees and Costs

|  | **489-3 Non- Three Judge Panel Monitoring** | **489-5 Fees on Fees** |
|---|---|---|
| **First Quarter 2009 Undisputed Fees** | $182,149.17 | $26,052.30 |
| **First Quarter 2009 Undisputed Costs** | $15,617.56 | $930.06 |
| **Resolved Fees and Costs from 2008** (pursuant to further meet and confer) | $3,933.44 |  |
| **Total Undisputed Fees and Costs** | $201,700.17 | $26,982.36 |

### Grand Total of Undisputed Fees and Costs    $228,682.53

**489-3 Non-Three Judge Coleman Monitoring**

### RBG HOURS

| NAME | Hours Billed | Hours Undisputed | Remaining Disputed Hours | Requested Rates | Paralegal Rate of $135.00 | Undisputed Total | Remaining Rate Objections (Delta Between Pls' Paralegal Rate & Defs' Paralegal Rate) |
|---|---|---|---|---|---|---|---|
| Michael Bien (MWB) | 106.6 | 106.6 | 0 | $177.00 | N/A | $18,868.20 | N/A |
| Ernest Galvan (EG) | 74.9 | 74.9 | 0 | $177.00 | N/A | $13,257.30 | N/A |
| Amy Whelan (AEW) | 39.4 | 39.4 | 0 | $177.00 | N/A | $6,973.80 | N/A |
| Jane Kahn (JEK) | 224 | 224 | 0 | $177.00 | N/A | $39,648.00 | N/A |
| Ken Walczak (KMW) | 30.2 | 30.2 | 0 | $177.00 | N/A | $5,345.40 | N/A |
| Lisa Ells (LAE) | 56.4 | 56.4 | 0 | $177.00 | N/A | $9,982.80 | N/A |
| Mark Feeser (MRF) | 97.3 | 97.3 | 0 | $177.00 | N/A | $17,222.10 | N/A |
| Kevin Jones (KEJ) | 41.1 | 41.1 | 0 | $177.00 | $135.00 | $5,548.50 | $1,726.20 |
| Sofia Millham (SAM) | 146.6 | 146.6 | 0 | $177.00 | $135.00 | $19,791.00 | $6,157.20 |
| Kate Richardson (KMR) | 127.7 | 127.7 | 0 | $170.00 | $135.00 | $17,239.50 | $4,469.50 |
| Kathleen Johnson-Silk (KJS) | 105.7 | 105.7 | 0 | $170.00 | $135.00 | $14,269.50 | $3,699.50 |
| Ritika Aggarwal (RSA) | 168 | 168 | 0 | $170.00 | $135.00 | $22,680.00 | $5,880.00 |
| Haruka Roudebush (HR) | 4 | 4 | 0 | $170.00 | $135.00 | $540.00 | $140.00 |
| **TOTALS** | **1115.3** | **1115.3** | **0** | | | **$172,497.90** | **$22,072.40** |
| | | | | | Stipulated Discount | -$7,000.00 | |
| | | | | | **Undisputed RBG Fees Total** | **$165,497.90** | |

### PLO HOURS

| NAME | Hours Billed | Hours Undisputed (following M&C) | Remaining Disputed Hours | Rate | Paralegal Rate of $135.00 | Undisputed Total | Remaining Rate Objections (Delta Between Plaintiffs' Paralegal Rate & Defendants Paralegal Rate) |
|---|---|---|---|---|---|---|---|
| Donald Specter | 4.6 | 3.6 | 0 | $177.00 | N/A | $637.20 | N/A |
| Steve Fama | 10.9 | 10.9 | 0 | $177.00 | N/A | $1,929.30 | N/A |
| Megan Hagler | 0.4 | 0.4 | 0 | $177.00 | N/A | $70.80 | N/A |
| Ivan Trujillo | 7.3 | 7.3 | 0 | $177.00 | N/A | $1,292.10 | N/A |
| Luisa Rivera | 84.1 | 83.9 | 0 | $170.00 | $135.00 | $11,326.50 | $2,936.50 |
| Emma Rosenbush | 0.2 | 0.2 | 0 | $170.00 | $135.00 | $34.00 | $2,936.50 |
| Patty Rincon | 0.4 | 0.4 | 0 | $170.00 | $135.00 | $54.00 | $14.00 |
| Pui Yee Yu | 0.1 | 0.1 | 0 | $170.00 | $135.00 | $13.50 | $3.50 |
| **TOTALS** | **108** | **106.8** | **0** | | | **$15,357.40** | **$5,890.50** |
| | | | | | Stipulated Discount | $0.00 | |
| | | | | | **Undisputed PLO Fees Total** | **$15,357.40** | |

### LEGAL AID SOCIETY

| NAME | Hours Billed | Hours Undisputed | Remaining Disputed Hours | Rate | Paralegal Rate of $135.00 | Undisputed Total | Remaining Rate Objections (Delta Between Plaintiffs' Paralegal Rate & Defendants Paralegal Rate) |
|---|---|---|---|---|---|---|---|
| Claudia Center | 7.31 | 6.46 | 0 | $177.00 | N/A | $1,293.87 | $0.00 |
| **TOTALS** | **7.31** | **6.46** | **0** | | | **$1,293.87** | **$0.00** |
| | | | | | Stipulated Discount | $0.00 | |
| | | | | | **Undisputed LAS Fees Total** | **$1,293.87** | |

**Grand Total Of Undisputed Hours**     $182,149.17

# Coleman v. Schwarzenegger First Quarter
## 2009 Undisputed Non-Three Judge Panel Costs

**489-3 COLEMAN NON-THREE JUDGE MONITORING COSTS**

**RBG COSTS**

| Description | Claimed | Adjustment | Undisputed Costs |
|---|---|---|---|
| Computerized Legal Research | $946.26 | $0.00 | $946.26 |
| Hearing Transcript | $73.25 | $0.00 | $73.25 |
| In-house Copying | $7,057.00 | $0.00 | $7,057.00 |
| L-D Telephone | $72.52 | $0.00 | $72.52 |
| Outside Copying | $4,160.87 | -$300.00 | $4,460.87 |
| Pacer Electronic Case Filing | $152.40 | $0.00 | $152.40 |
| Postage and Delivery | $1,226.21 | $0.00 | $1,226.21 |
| Travel | $608.85 | $0.00 | $608.85 |
| **TOTALS** | **$14,297.36** | **-$300.00** | **$13,997.36** |

**PLO COSTS**

| Description | Claimed | Adjustment | Undisputed Costs |
|---|---|---|---|
| In-house Copying | $1,129.80 | $0.00 | $1,129.80 |
| Travel | $111.00 | $0.00 | $111.00 |
| Postage and Delivery | $379.40 | $0.00 | $379.40 |
| **TOTALS** | **$1,620.20** | **$0.00** | **$1,620.20** |

## Grand Total of Undisputed Costs             $15,617.56

## Coleman v. Schwarzenegger First Quarter 2009 Undisputed Fees (Fees on Fees)

**489-5 Coleman Fees on Fees**
**RBG HOURS**

| NAME | Hours Billed | Hours Undisputed | Remaining Disputed Hours | Requested Rate | Paralegal Rate of $135.00 | Undisputed Total | Remaining Rate Objections (Delta Between Pls' Rate & Defs' Rate) |
|---|---|---|---|---|---|---|---|
| Michael Bien (MWB) | 3.4 | 3.4 | 0 | $177.00 | N/A | $601.80 | N/A |
| Ernest Galvan (EG) | 6.9 | 6.9 | 0 | $177.00 | N/A | $1,221.30 | N/A |
| R. Blake Thompson (BT) | 21.2 | 4.2 | 17 | $177.00 | N/A | $743.40 | N/A |
| Amy Whelan (AW) | 65.5 | 62.9 | 2.6 | $177.00 | N/A | $11,133.30 | N/A |
| Sofia Millham (SAM) | 2.5 | 2.5 | 0 | $170.00 | $135.00 | $337.50 | $87.50 |
| Pamela Derrico (PD) | 56.9 | 56.9 | 0 | $177.00 | $135.00 | $7,681.50 | $2,389.80 |
| Kevin Jones (KEJ) | 28 | 26.8 | 1.2 | $177.00 | $135.00 | $3,618.00 | $1,176.00 |
| Claire Hoffman (CH) | 2.8 | 2.8 | 0 | $160.00 | $135.00 | $378.00 | $70.00 |
| **TOTAL** | **187.2** | **166.4** | **20.8** | | | **$25,714.80** | **$3,723.30** |

**489-5 Coleman Fees on Fees**
**PLO HOURS**

| NAME | Hours Billed | Hours Undisputed | Remaining Disputed Hours | Requested Rate | Paralegal Rate of $135.00 | Undisputed Total | Remaining Rate Objections (Delta Between Pls' Rate & Defs' Rate) |
|---|---|---|---|---|---|---|---|
| Edie DeGraff | 2.5 | 0 | 0 | $160.00 | $135.00 | $337.50 | $62.50 |
| **TOTAL** | **2.5** | **0** | **0** | | | **$337.50** | **$62.50** |

**Grand Total Of Undisputed Hours**        **$26,052.30**

DOC ID 301678

# Coleman v. Schwarzenegger First Quarter 2009 Undisputed Costs (Fees Work)

**489-5 COLEMAN FEES COSTS**
   **RBG COSTS**

| Description | Claimed | Adjustment | Undisputed Costs |
|---|---:|---:|---:|
| Postage and Delivery | $46.00 | $0.00 | $46.00 |
| Telephone | $28.22 | $0.00 | $28.22 |
| Copying | $184.88 | $0.00 | $184.88 |
| Online Research | $5.76 | $0.00 | $5.76 |
| Westlaw | $665.20 | $0.00 | $665.20 |
| **TOTAL** | **$930.06** | **$0.00** | **$930.06** |

**Grand Total Of Undisputed Costs**              **$930.06**

Coleman v. Schwarzenegger Resolved Fees Q1 2008 and Q2 2008

**Resolved Q1 2008 Fees**
 **RBG HOURS**

| NAME | Hours Billed | Pls' Adjustment | Defs' Adjustment | Undisputed Hours | Rate | Undisputed Total |
|---|---|---|---|---|---|---|
| Michael Bien | 0.5 | | w/d | 0.5 | $169.50 | $84.75 |
| Amy Whelan (AW) | 0.6 | | w/d | 0.6 | $169.50 | $101.70 |
| Jane Kahn (JK) | 8.5 | | w/d | 8.5 | $169.50 | $1,440.75 |
| Lisa Ells (LAE) | 0.2 | | w/d | 0.2 | $169.50 | $33.90 |
| Laurie Rifkin (LR) | 6.6 | -4.00 | | 2.60 | $169.50 | $440.70 |
| TOTAL | 16.4 | | | 12.4 | | $2,101.80 |
| | | | | Stipulated Adjustment | | -$708.00 |
| | | | | **Adjusted Total** | | **$1,393.80** |

**Resolved Q2 2008 Fees**
 **RBG HOURS**

| NAME | Hours Billed | Pls' Adjustment | Defs' Adjustment | Undisputed Hours | Rate | Undisputed Total |
|---|---|---|---|---|---|---|
| Ernest Galvan (EG) | 1.6 | -0.40 | w/d rest | 1.20 | $169.50 | $203.40 |
| Lisa Ells (LAE) | 14.8 | -7.00 | w/d rest | 7.80 | $169.50 | $1,322.10 |
| Laurie Rifkin (LR) | 0.5 | -0.50 | | 0.00 | $169.50 | $0.00 |
| Kate Richardson (KR) | 0.6 | | w/d | 0.60 | $135.00* | $81.00 |
| TOTAL | 17.5 | | | 0 | | $1,606.50 |
| | | | | Stipulated Adjustment | | -$70.80 |
| | | | | **Adjusted Total** | | **$1,535.70** |

**Resolved 2008 Fees    $2,929.50**

*Plaintiffs agreed to the $135 per hour rate for this entry only.

DOC ID 301678

# Coleman v. Schwarzenegger Resolved Costs Q1 2008 and Q2 2008

**489-3 Q1 2008 Resolved Costs**
**RBG COSTS**

| Description | Claimed | Adjustment | Undisputed Costs |
|---|---|---|---|
| Travel | $95.95 | $0.00 | $95.95 |
| Conference Expenses | $421.94 | $0.00 | $421.94 |
| **TOTAL** | **$517.89** | **$0.00** | **$517.89** |

**489-3 Q2 2008 Resolved Costs**
**RBG COSTS**

| Description | Claimed | Adjustment | Undisputed Costs |
|---|---|---|---|
| Hearing Travel and Expenses | $145.62 | $0.00 | $145.62 |
| LAC Tour Expenses | $640.43 | -$300.00 | $340.43 |
| **TOTAL** | **$786.05** | **-$300.00** | **$486.05** |

DOC ID 301678