IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al. | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | ) **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2009** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1   On June 30, 2009, the parties in this case filed a Stipulation confirming the results
2   of their meet and confer session concerning fees and costs for the First Quarter of 2009,
3   pursuant to the March 19, 1996, periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5   costs of $228,682.53, plus interest, are due and collectable as of forty-five days from the
6   date of entry of this Order. Interest on these fees and costs will run from May 19, 2009,
7   accruing at the rate provided by 28 U.S.C. §1961.

9   IT IS SO ORDERED.
10  Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2009