EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5345
Fax: (916) 324-5205
E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>Defendants. | 2:90-cv-00520 LKK JFM P<br>**DEFENDANTS' RESPONSE TO COURT'S JUNE 18, 2009 ORDER TO SHOW CAUSE RE: NAVIGANT CONTRACT** |

On June 18, 2009, this Court ordered that within ten days from the date of the June 16, 2009 hearing, that Defendants shall show cause in writing, if any, why they should not be ordered to renew their contract with Navigant Consulting for another three years. (Docket No. 3613, ¶ 7.)

On October 20, 2006, this Court ordered "that Defendants shall contract with Navigant Consultants to conduct annual population reviews and updates of their projections for mental health program populations from 2007 through 2009." (Docket No. 1998, ¶ 2.) This Court further ordered, however, that "[t]hereafter, defendants may obtain such population projections services through the normal contract bidding process." (*Id.*)

Accordingly, Defendant California Department of Corrections and Rehabilitation engaged Navigant Consulting for a three-year contract to provide semi-annual updates of the population projections for the Department's Mental Health programs. (Docket No. 3605, p. 9.) John Misener of McManis Consulting has acted as the lead author and forecaster of the materials in the semi-annual reports. (*Id.*)

Defendants recognize that John Misener has the competence and experience in developing and updating projected bed needs for their mental health programs. Defendants further recognize that this Court, the Special Master, and the Plaintiffs are comfortable and confident that Mr. Misener's projections are reliable. But Defendant California Department of Corrections and Rehabilitation is obligated by this Court's October 20, 2006 Order and the California Public Contract Code to follow the normal contract bidding process for this contract. Specifically, Defendant must comply with the provisions of the Public Contract Code concerning its obligation to submit the contract for a competitive bid. Cal. Pub. Contract Code §§ 10339–10345. Because Defendant California Department of Corrections and Rehabilitation must first comply with the provisions of the Public Contract Code, Defendants cannot, at this point in time, simply renew Navigant Consulting's contract for another three years.

Dated: June 30, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003
30789146.doc