EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' LONG-TERM BED PLAN STATUS REPORT** |

On July 1, 2009, Defendants informed the Court that they would notify the Court by July 31, 2009, should they propose a change to the number of beds in their proposed long-term bed

///
///
///
///
///
///
///

1

1  plan.  (Docket No. 3624, pp. 4:23-5:2.)  Attached as Exhibit 1 is Defendants' Long-Term Bed

2  Plan Status Report.

3  Dated:  July 31, 2009

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30785818.doc

2

# EXHIBIT 1

TABLE 1.  GLOSSARY OF TERMS

| Acronym | Term |
|---|---|
| AB | Assembly Bill |
| ASH | Atascadero State Hospital |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| CHCF | Correctional Health Care Facility |
| EOP | Enhanced Outpatient Program |
| ICF | Intermediate Care Facility |
| ICF-H | Intermediate Care Facility – High Custody |
| MHCB | Mental Health Crisis Bed |

FOR SUBMITTAL TO THE *COLEMAN* COURT

*Long-Term Mental Health Bed Plan Status Report*

---

Defendants committed on July 1, 2009, to inform the Court if, after reviewing AB 900, Defendants proposed to change the number of beds identified in the May 26, 2009 long-term bed plan. This status report fulfills Defendants' commitment.

Since July 1, 2009, Defendants have continued to collaborate with the *Plata* Receiver to identify ways to accommodate the healthcare bed needs of CDCR inmates using AB 900. Although the long-term plan submitted on May 26, 2009, remains largely unchanged, there have been some changes to the plan, discussed below. Unless specifically addressed herein as a change, all plans, projects and proposals previously stated in the May 26, 2009, plan have remained the same. As Defendants noted on July 20, 2009, they will further update the Court by September 1, 2009, of their long-term planning efforts.

The May 26, 2009 long-term bed plan for the male population established several assumptions underlying the plan. These assumptions have changed in the following ways:

- One new Correctional Health Care Facility (CHCF) is proposed to be built in collaboration with the *Plata* Receiver.

    o It will be located near a population center to assist in staff recruitment and retention.
    o The CHCF will be licensed by the State for 167 MHCB, 43 Acute beds, and 432 ICF-H beds.
    o There will be no EOP or EOP-ASU beds in the CHCF—alternative site renovations are proposed for all EOP and EOP-ASU beds.

- The May 26, 2009 short-term proposal to convert 25 acute beds at ASH to ICF beds (for a total compliment of 256 ICF beds) will be permanent.

Defendants propose to change the total number of beds in the May 26, 2009 long-term bed plan from a net capacity of 7,672 beds to 7,657 beds, for a difference of 15 fewer beds. This is still 85 beds over the projected population. The difference of 15 beds results from a change to the new capacity and returned capacity stated in the May 26, 2009 plan, as set forth in Table 2:

TABLE 2.  CHANGE IN BED NUMBERS

| Level of Care | Bed Numbers in May 26, 2009 Bed Plan | Bed Numbers in July 31, 2009 Proposal | Change in Bed Numbers |
|---|---|---|---|
| **New Capacity:** | | | |
| ASU | 292 | 252 | (40) |
| Acute | 38 | 63 | 25 |
| ICF | 0 | 25 | 25 |
| **Returned Capacity:** | | | |
| Acute | 0 | (25) | (25) |
| **Total:** | **330** | **315** | **(15)** |

Table 3 incorporates this proposed change to the May 26, 2009 long-term bed plan:

**TABLE 3. NEW PROPOSAL – MEN'S MENTAL HEALTH BEDS[1]**

| Level of Care: | Current Capacity: | + New Capacity: | - Returned Capacity: | = Net Capacity: | Mental Health Bed Need Pop. Projections, April 2009 Need to 2013: | over/(under) need |
|---|---|---|---|---|---|---|
| EOP | 3,141 | 1,622 | 0 | 4,763 | 4,763 | 0 |
| ASU | 474 | 252 | -45 | 681 | 675 | 6 |
| PSU | 384 | 152 | 0 | 536 | 546 | (10) |
| MHCB | 314 | 246 | -90 | 470 | 470 | 0 |
| Acute | 155 | 63 | -25 | 193 | 193 | 0 |
| ICF (Low Custody) | 365 | 25 | 0 | 390 | 301 | 89 |
| ICF-High Custody | 306 | 496 | -178 | 624 | 624 | 0 |
| **Total:** | 5,139 | 2,856 | -338 | 7,657 | 7,572 | 85 |

---

[1] For comparison, see Table 11. Men's Net Capacity, in the May 26, 2009 long-term bed plan.