**Attachment**

**REDEVELOPMENT SHIFT**

The budget amendments include a total of $1.7 billion shifted from redevelopment agency revenues and fund balances to K-12 schools that serve the redevelopment areas and the housing built by redevelopment agencies. This shift may be made from reserves or current income, including tax increment, proceeds of land sale or bonds, interest or other earned income, or borrowing the 20 percent of the tax increment that is normally dedicated to the low and moderate income housing fund. A redevelopment agency may also have its parent agency pay in its stead.

The same amount of base school property tax is shifted to the county-level Supplemental Revenue Augmentation Funds (SRAF). From these funds, $850 million will be used to fund courts, prisons, and Medi-Cal, hospital, and K-12 school bond expenses that would otherwise be funded from the state General Fund. The other $850 million is used to fund K-12 school costs offsetting Proposition 98 General Fund costs.

**CORRECTIONS**

Figure SWI-05 displays General Fund expenditures for Corrections since 1998-99. As a result of federal stimulus funding and an offset with Proposition 1A/redevelopment shift, General Fund expenditures for Corrections have been reduced by $1 billion in 2009-10.



Figure SWI-05

Amendments to the Budget Act of 2009

The $785.5 million in reductions to the California Department of Corrections and Rehabilitation (CDCR) is a combination of operational savings, program reductions, and policy reforms. While there is agreement on significant portions of the package, the legislation to establish significant policy reforms in the areas of parole, custody, program credits and other areas has not been enacted. We anticipate that the Legislature will enact the policy legislation upon its return in August. The following reductions can be implemented with the enactment of the Budget Act:

**Selective Commutation and Deportation of Undocumented Persons in State Prison.** $182.1 million due to the selective commutation and deportation of undocumented persons held in state prison. The CDCR will ensure that those offenders with the most serious convictions remain incarcerated while the remaining undocumented inmate population is referred to the United States Immigration and Customs Enforcement for deportation. Only those offenders who have been identified by the federal government for deportation will be released.

**Program Reductions.** $175 million associated with a decrease in the number of programs for inmates and parolees. Programs that have been demonstrated to effectively reduce recidivism will be retained. The CDCR will also attempt to achieve this savings through more efficient delivery of programs.

**Operational Savings.** $147.6 million associated with a one-time reduction for facility repairs, headquarters savings, additional efficiencies within the operations of the juvenile programs, and other operational savings.

**Contract Medical Rates.** $50 million associated with the establishment of limits on contract reimbursement rates for medical services.

The remaining $230.8 million in budgeted savings, plus the $400 million that the Governor reduced by veto from the February Budget Act, will be achieved through various reforms intended to reduce prison and parole populations. The reforms include alternative custody options for certain offenders within the last 12 months of their sentence, inmate credit earning opportunities, various parole reforms related to who is on parole and how parolees are supervised, community corrections strategies, and sentencing changes for property crimes.