EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S JULY 9, 2009 ORDER RE: NAVIGANT CONSULTING CONTRACT** |

On July 9, 2009, this Court ordered that Defendants renew the Mental Health Bed Projection Services contract (contract) with Navigant Consulting and/or execute a new contract with John Misener of McManis Consulting prior to the expiration of the existing contract on December 31, 2009. (Docket No. 3629, ¶ 1.) This Court further ordered that Defendants shall report to the Court within thirty days on any remaining actions that must be taken to renew or execute the contract and any barriers to completing all necessary actions remaining to renew or execute the contract by December 31, 2009. (*Id.* ¶ 2.) Attached as Exhibit 1 is the Declaration of Karen Wong, Deputy Director of Administrative Services for the Division of Correctional Health Care Services, California Department of Corrections and Rehabilitation (CDCR), attesting to: 1)

1

1  the remaining actions that must be taken to execute the contract; and 2) the lack of any known

2  barriers to completing all necessary remaining actions to execute the contract by December 31,

3  2009.

4  Dated: August 7, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ DEBBIE J. VOROUS*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30785818.doc

2

# EXHIBIT 1

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF KAREN WONG IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S JULY 9, 2009 ORDER RE: NAVIGANT CONSULTING CONTRACT** |

I, Karen Wong, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Deputy Director of Administrative Services for the Division of Correctional Health Care Services. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have served as the Deputy Director of Administrative Services for the Division of Correctional Health Care Services (DCHCS) since July 23, 2007. My responsibilities include the management and oversight of the CDCR DCHCS' contracts for personal services.

1

3. I am familiar with CDCR's Mental Health Bed Projection Services contract (contract) with Navigant Consulting to provide semi-annual updates of the population projections for CDCR's Mental Health programs.

4. On July 9, 2009, this Court ordered that Defendants renew the contract with Navigant Consulting and/or execute a contract with John Misener of McManis Consulting prior to the expiration of the existing contract on December 31, 2009. Moreover, this Court ordered that Defendants renew or execute the contract for a period of three additional years.

5. This Court further ordered that Defendants shall report to the Court within thirty days on any remaining actions that must be taken to renew or execute the contract and any barriers to completing all necessary actions remaining to renew or execute the contract by December 31, 2009.

6. CDCR is taking actions to execute a contract with John Misener of McManis Consulting. The term of this contract will be from January 1, 2010, to December 31, 2012.

7. The actions that must be taken before CDCR can execute the contract with John Misener of McManis Consulting are: a) the Non-Competitive Bid Contract Justification must be reviewed and approved in accordance with the provisions of the California Public Contract Code and State Contract Manual; b) the contract must be prepared; and c) John Misener of McManis Consulting must sign the contract.

8. CDCR expects to execute the contract by December 31, 2009, and is not aware of any barriers to completing all necessary actions to execute it by that date.

I declare under penalty of perjury that the foregoing is true. Executed this 6 day of August, 2009.

_/s/ Karen Wong_
KAREN WONG

CF1997CS0003
30785818.doc

2

Decl. K. Wong in Supp. Defs.' Resp. to Court's July 9, 2009 Order Re: Navigant Consulting Contract
(2:90-cv-00520 LKK JFM P)