| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: September 21, 2009<br>Time:            10:00 a.m.<br>Place:           Courtroom 4<br>Judge:          Hon. Lawrence K. Karlton |

[310371-1]

Good cause appearing, Plaintiffs and their counsel are directed to present any claims for costs, attorneys' fees and expenses incurred in the three-judge panel proceeding, and properly claimed for work on behalf of the *Coleman* class, via the periodic fees order in the above-captioned case. The deadlines and requirements of the periodic fees order shall supersede the deadlines and requirements set forth in Rule 54(d) of the Federal Rules of Civil Procedure and Civil L.R. 54-292 and 54-293.

**IT IS SO ORDERED.**

Dated: August __, 2009

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA