| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**AMENDED NOTICE OF MOTION FOR ORDER DIRECTING THAT PLAINTIFFS COMPLY WITH THE PERIODIC FEES ORDER IN SUBMITTING ANY COSTS, ATTORNEYS' FEES OR EXPENSES ARISING FROM THE THREE-JUDGE PANEL PROCEEDINGS**<br><br>Hearing Date: **September 28, 2009**<br>Time:　　　　10:00 a.m.<br>Place:　　　　Courtroom 4<br>Judge:　　　　Hon. Lawrence K. Karlton |

# AMENDED NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **September 28, 2009, at 10:00 a.m.,** or as soon thereafter as possible, Plaintiffs, through their counsel of record, will move for an order directing that any claims for costs, attorneys' fees or expenses incurred in connection with the three-judge panel proceedings shall be submitted through the periodic fees processes before the single judges in the above captioned case and in *Plata v. Schwarzenegger,* Case No. 01-1351 TEH (N.D. Cal.), appropriately apportioned between the matters without duplication. **Plaintiffs originally noticed this motion to be heard on September 21, 2009. Because Judge Karlton will not conduct law and motion hearings on that date, the hearing date has changed to September 28, 2009.** Plaintiffs seek an order directing that Plaintiffs and their counsel shall comply with the deadlines and requirements set forth in the *Coleman* and *Plata* periodic fees orders in lieu of the deadlines and requirements set forth in Rule 54(d) of the Federal Rules of Civil Procedure and the related local rules, E.D. Civil L.R. 54-292, 54-293 and N.D. Civil L.R. 54-1 through 54-6.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and orders on file in the above-captioned matters, and any oral argument or evidence permitted at any hearings on this motion.

Dated: August 24, 2009                    Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Amy Whelan*
    Amy Whelan
    Attorney for *Coleman* Plaintiffs