EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |

/ / /

/ / /

/ / /

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **DOF** | Department of Finance |
| **ODRC** | Ohio Department of Rehabilitation and Correction |

2

Defs.' Req. for Ext. of Time to Compl. Staffing Plan  (2:90-cv-00520 LKK JFM P)

## INTRODUCTION

On June 16, 2009, the Court ordered that Defendants continue to take all steps necessary to resolve all outstanding staffing allocation issues, complete a staffing plan by the end of August 2009, and develop the plan under the guidance of the Special Master. (Docket No. 3613, ¶ 3.d.) Defendants have worked diligently with the *Coleman* expert Jeffrey Metzner, M.D., to complete their staffing allocation plan by the end of August 2009. The California Department of Corrections and Rehabilitation (CDCR) mental health and administrative staff, in collaboration with key stakeholders including CDCR's Division of Adult Institutions and the *Plata* Receiver's office, expect to finalize the draft plan by August 28, 2009. However, CDCR's Office of Fiscal Services, the budget manager for CDCR, and the California Department of Finance (DOF), the fiscal control agency for the State, will still need time to review and finalize the plan. Both groups are critical to CDCR's potential success in pursuing budget changes needed to implement the plan.

Defendants therefore request that the Court grant them an extension of time to complete the staffing plan. Because it may take a combined total of at least four additional weeks for the Office of Fiscal Services and DOF to review and finalize the plan, Defendants request a thirty-day extension of time up to and including September 30, 2009. Moreover, the requested extension will not prejudice Plaintiffs because the short-term and intermediate-term projects proposed by Defendants in their May 26, 2009 bed plan will primarily be implemented during the 2009-10 fiscal year and staffing for CDCR's Mental Health Program for the 2009-10 fiscal year is already included in the Budget Act of 2009 (Chapter 1, Statutes of 2009). In addition, Defendants will still have the ability to integrate the staffing allocation ratios into the next state budget process.

/ / /

/ / /

/ / /

3

Defs.' Req. for Ext. of Time to Compl. Staffing Plan   (2:90-cv-00520 LKK JFM P)

# ARGUMENT

### A. Good Cause Exists to Grant Defendants' Request for an Extension of Time to Complete Their Staffing Allocation Plan.

CDCR has completed all the program staff work in developing a staffing allocation model, and good cause exists to grant Defendants' request for an additional thirty days in order to give the Office of Fiscal Services and DOF adequate time to review and finalize the plan.

CDCR's mental health and administrative staff, in collaboration with key stakeholders including CDCR's Division of Adult Institutions and the *Plata* Receiver's office, have worked diligently for the past two months to develop a staffing model that would resolve all outstanding allocation issues. (Aungst Decl. ¶ 5.) First, CDCR Chief Deputy Secretary of Correctional Health Care Services, Sharon Aungst, took steps to develop the staffing allocation plan. She met with mental health and administrative staff from CDCR headquarters and various institutions, as well as DOF and the Office of Fiscal Services, to determine how to proceed in developing the plan. (*Id.* ¶ 6.) All agreed that the plan should be based on ratios; that is, proposed staff to number of inmates, staff to number of reception intakes, or staff to number of beds, depending on the specific service provided. (*Id.*) Thereafter, she assigned a project manager and developed a CDCR leadership group, which included key stakeholders, to oversee the development of the staffing ratios. (*Id.* ¶ 7.) Ultimately, members of the leadership group proposed staffing ratios for each of CDCR's mental health programs and administrative functions, which the entire leadership group as well as the Chiefs of Mental Health from all 33 CDCR institutions reviewed. (*Id.* ¶¶ 7–8.) Second, Chief Deputy Secretary Aungst, along with other CDCR representatives, the *Plata* Receiver's office, and DOF, met with Dr. Jeffrey Metzner and other members of the Special Master Team on six separate occasions to develop the staffing plan. (*Id.* ¶ 9.)

CDCR mental health and administrative staff, in collaboration with key stakeholders, expect to finalize the draft staffing ratios by August 28, 2009. (Aungst Decl. ¶ 10.)[1] Once staff

---

[1] On August 26, 2009, the Attorney General's Office contacted Plaintiffs' counsel and requested that Plaintiffs stipulate to a thirty-day extension of time for Defendants to complete their staffing plan. (Vorous Decl. ¶ 2.) Plaintiffs have not stipulated to the extension. (*Id.*)

4

Defs.' Req. for Ext. of Time to Compl. Staffing Plan   (2:90-cv-00520 LKK JFM P)


finalizes the draft ratios, the Office of Fiscal Services will be given the draft staffing allocation plan for review. (Lewis Decl. ¶ 4.) Because this office is the budget manager for CDCR, including the budget for staffing CDCR's extensive mental health programs, it is essential that it have an opportunity to review the plan. (*Id*. ¶ 5.) The Office of Fiscal Services is obligated to promote responsible resource allocation throughout all CDCR's programs and manage all budget developments, including submitting Budget Change Proposals. (*Id.*) But receipt of the plan on August 28, 2009, will not give it adequate time to complete its review by the end of August 2009. (*Id.*) And given the scope of the expected review, it may take at least two weeks to review the plan. (*Id.* ¶ 6.)

After the Office of Fiscal Services completes its review of the draft staffing allocation plan, staff will work with DOF to finalize the plan. (Lewis Decl. ¶ 6.) Because DOF is the fiscal control agency for the state, it is essential that DOF have adequate time to assist CDCR in finalizing the plan once the Office of Fiscal Services completes its internal review. (Sturges Decl. ¶ 5.) DOF is obligated to promote responsible resource allocation through the state's annual financial plan, and to ensure the financial integrity of the state. (*Id.*) Given the global reach of the draft plan, DOF expects that it will take two weeks to assist CDCR in finalizing it. (*Id*. ¶ 6.)

Correct and accurate ratios are critical to CDCR's ability to pursue any budget changes needed to implement the staffing allocation plan. Providing the two key fiscal control entities adequate time to verify the staffing positions in the plan, to cost out the positions, to verify the data, and to address issues the Legislature is likely to inquire into, for instance, not only is fiscally responsible, it also increases CDCR's ability to defend the plan before the Legislature and, ultimately, meet the inmates' mental health care needs. (*See* Aungst Decl. ¶10, Lewis Decl. ¶¶ 5–6, Sturges Decl. ¶¶ 5–6.) Good cause therefore exists to grant Defendants' request for an additional thirty days to complete their plan.

/ / /

/ / /

/ / /

5

Defs.' Req. for Ext. of Time to Compl. Staffing Plan   (2:90-cv-00520 LKK JFM P)

### B. Granting Defendants Additional Time to Complete the Staffing Plan Will Not Prejudice Plaintiffs.

Plaintiffs may argue that the Court should not grant the extension because it interferes with CDCR's ability to pursue budget changes relative to the staffing allocation plan. But this is not correct.

Providing an extension of time to complete the staffing allocation plan will not adversely impact CDCR's ability to staff the short-term and intermediate-term projects proposed by Defendants in their May 26, 2009 bed plan as these plans fall into different annual budget processes. (Sturges Decl. ¶ 7.) The resources for CDCR's Mental Health Program for the 2009-10 fiscal year (July 1, 2009 through June 30, 2010) have already been appropriated in the Budget Act of 2009 (Chapter 1, Statutes of 2009). (*Id.*) Moreover, providing an extension of time to complete the plan will not detrimentally affect the ability of CDCR to purse any budget changes needed to implement the plan. (*Id.*) Defendants will still have the ability to integrate the staffing allocation ratios into the 2010-2011 state budget process. (*Id.*)

Last, as the California Constitution requires that the Governor submit a balanced budget to the Legislature, fundamental budget decisions cannot be finalized until the Administration's updated revenue estimates are available, which is well after the requested complete date. (Sturges Decl. ¶ 8.) The need to wait for revenue estimates is because of the significant portion of General Fund appropriations that CDCR's budget represents. (*Id.*) Therefore, it is not possible to determine how much money will be available for appropriation to support CDCR's operations until DOF makes those estimates. (*Id.*)

///
///
///

6

Defs.' Req. for Ext. of Time to Compl. Staffing Plan   (2:90-cv-00520 LKK JFM P)

## **CONCLUSION**

Because good cause exists to grant Defendants' ex parte request, Defendants respectfully request that this Court grant them an additional thirty days to complete their staffing allocation plan so that the Office of Fiscal Services and DOF have adequate time to review and finalize the plan.

Dated:  August 28, 2009                                          Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30843562.doc

7

Defs.' Req. for Ext. of Time to Compl. Staffing Plan   (2:90-cv-00520 LKK JFM P)