EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |

I, Sharon Aungst, declare:

1. I am the Chief Deputy Secretary of the Division of Correctional Health Care Services for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I began working as Chief Deputy Secretary on February 9, 2009. I have worked in the mental health care profession for over thirty years.

1

3. From 1995 to 1998, I worked for the Ohio Department of Rehabilitation and Correction (ODRC). During my tenure with the ODRC, I was responsible for fulfilling major requirements for the termination of a federal class action concerning the constitutional adequacy of the mental health care provided to state inmates. *Dunn v. Voinovich*, No. C1-93-0166 (Ohio Dist. Ct.). One requirement was to develop a staffing model based on ratios. These ratios, which were endorsed by the *Dunn* monitors, including present *Coleman* expert Jeffrey Metzner, M.D., proved adequate to meet the needs of the inmates in the system.

4. I am familiar with this Court's June 18, 2009 Order that Defendants take all steps necessary to resolve all outstanding staffing allocations, and that they develop a staffing plan under the guidance of the Special Master. Moreover, the Order requires Defendants to complete the plan by the end of August 2009.

5. Under this Court's Order, I have worked diligently for the past two months with CDCR mental health and administrative staff, in collaboration with key stakeholders including the CDCR Division of Adult Institutions and the *Plata* Receiver's office, to develop a staffing allocation plan that would resolve all outstanding allocation issues concerning CDCR's multiple mental health programs. My experience in developing a staffing model while working with ODRC provided me with the skills necessary to quickly and efficiently put in place the steps needed to develop the plan.

6. First, I met with several mental health and administrative staff from CDCR headquarters and various institutions, as well as the Department of Finance (DOF) and CDCR's Office of Fiscal Services, to determine how to proceed in developing the staffing plan. The group proposed a staffing model based on ratios; that is, proposed staff to number of inmates, staff to number of reception intakes, or staff to number of beds depending on the specific service provided.

7. Second, I assigned a project manager and developed a CDCR leadership group to oversee the development of the staffing ratios. This group consists of Chiefs of Mental Health at CDCR institutions and clinical leadership at headquarters (Division of Correctional Health Care Services administrative and budget staff), and nursing leadership from the *Plata* Receiver's

2

1  Office. The group developed the project plan for the staffing ratios and formed teams for each
2  clinical program and various administrative functions. Ultimately, the teams proposed staffing
3  ratios for each of CDCR's mental health programs and administrative functions.

4      8.  Third, I had the teams present their proposed staffing ratios to the CDCR leadership
5  group for review, and held several conference calls with the Chiefs of Mental Health to refine the
6  ratios. And on August 19, 2009, I met with the Chiefs of Mental Health from all 33 CDCR
7  institutions in order to review the ratios for each of CDCR's mental health programs.

8      9.  In addition, I, along with other CDCR representatives, the *Plata* Receiver's office,
9  and DOF, met with Dr. Jeffrey Metzner and other members of the Special Master Team to
10  develop the staffing allocation plan. These meetings occurred on July 1, 16, August 4, 13, 19,
11  and 25, 2009.

12     10.  CDCR mental health and administrative staff, in collaboration with key stakeholders,
13  are, however, still finalizing the draft staffing ratios for the plan, including the staffing ratios
14  under the control of the *Plata* Receiver, and I am still working with the leadership group to verify
15  certain aspects of the plan—aspects critical to ensuring that the ratios are correct and adequate to
16  meet the needs of the inmates in the system. Correct and adequate ratios are critical to meeting
17  the inmates' needs, gaining the Special Master's endorsement, and avoiding any need to modify
18  the plan. I expect my staff to finalize the draft staffing ratios by August 28, 2009.

19     I declare under penalty of perjury that the foregoing is true. Executed this ___ day of
20  August, 2009, in Sacramento, California.

*[Signature]*
SHARON AUNGST

24  CF1997CS0003
    30843569.doc

3

Decl. Sharon Aungst in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)