1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   JEFFREY STEELE, State Bar No. 124668
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF DAVID LEWIS IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, David Lewis, declare:

1. I am the Deputy Director of the Office of Fiscal Services for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have served as the Deputy Director of the Office of Fiscal Services since August 1, 2008. I am responsible for CDCR's fiscal operations, including both Accounting and Budget Management. In this role, I am responsible for preparing and discussing CDCR's budget with the Department of Finance and, after the Governor has released the budget, with the Legislature.

1

Decl. David Lewis in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)

3. I am familiar with this Court's June 18, 2009 Order that Defendants take all steps necessary to resolve all outstanding staffing allocations, and that they complete a staffing plan by the end of August 2009.

4. I am aware that CDCR is in the process of developing a staffing allocation model that is based on ratios; that is, proposed staff to number of inmates. And I am aware that Sharon Aungst, Chief Deputy Secretary of the Division of Correctional Health Care Service, is currently working with CDCR mental health and administrative staff to finalize the draft plan. Chief Deputy Secretary Aungst expects staff to finalize the draft plan by August 28, 2009. Once staff finalizes the plan, the Office of Fiscal Services will be given a copy of the plan for its review.

5. The Office of Fiscal Services cannot complete this review, however, by the end of August 2009, as this Court has ordered. Nonetheless, it is essential that my Office have an opportunity to review the plan. The Office of Fiscal Services serves as the budget manager for CDCR, including the budget for staffing CDCR's extensive mental health programs. It is obligated to promote responsible resource allocation throughout all CDCR's programs and manage all budget developments, including submitting Budget Change Proposals to the Administration for review and defending those Budget Change Proposals before the Legislature.

6. Moreover, it is essential that my Office have adequate time after August 28, 2009, in which to review the staffing allocation plan. Based on my current understanding of the draft plan, staff will need to verify the positions referenced in the plan, cost out each position, classify the ratios, and provide CDCR mental health with feedback on the plan. Given the scope of this review and other ongoing budget development work, combined with mandatory Friday furloughs and the limited staff available to work on this project, I expect that it will take staff at least two weeks to review the plan. And after that review is complete, my staff will work with DOF to finalize the plan.

///

///

///

///

2

1     I declare under penalty of perjury that the foregoing is true. Executed this 28th day of
2 August, 2009, in Sacramento, California.

                                                                          DAVID LEWIS

CF1997CS0003
30844865.doc

3

Decl. David Lewis in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)