EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JAY STURGES IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |

I, Jay Sturges, declare:

1. I am a Principal Program Budget Analyst with the California Department of Finance (DOF). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have worked as a Principal Program Budget Analyst since March 2007, and am primarily responsible for the oversight and coordination of budgetary matters related to the major California Department of Corrections and Rehabilitation (CDCR) class action litigation cases. These cases include *Plata v. Schwarzenegger*, *Coleman v. Schwarzenegger*, and *Valdivia v.*

1

1  *Schwarzenegger,* among others. In this role, I am familiar with all budgetary documents relating
2  to CDCR.
3      3.   I am familiar with this Court's June 18, 2009 Order that Defendants take all steps
4  necessary to resolve all outstanding staffing allocations, complete a staffing plan by the end of
5  August 2009, and develop the plan under the guidance of the Special Master.
6      4.   As a Principal Program Budget Analyst, I was assigned to represent DOF at several
7  meetings set up to develop the staffing allocation plan. These meetings were set up by the
8  *Coleman* expert Jeffrey Metzner, M.D. During the course of these meetings, Defendants, in
9  consult with Dr. Metzner, agreed that CDCR should base the plan on ratios. Moreover, it was
10 agreed that CDCR should develop ratios for each of CDCR's mental health programs. But this
11 process is not yet complete. Once this process is complete, DOF will assist CDCR in finalizing
12 the plan.
13     5.   This process cannot be completed, however, by the end of August 2009, as this Court
14 has ordered. Nonetheless, it is essential that DOF have an opportunity to review the staffing
15 allocation plan. DOF is obligated to promote responsible resource allocation through the state's
16 annual financial plan, and to ensure the financial integrity of the state.
17     6.   Moreover, it is essential that DOF have adequate time in which to assist CDCR.
18 Given the global reach of the staffing allocation plan, I expect that it will take at least two weeks
19 to complete this process. During this two week period, DOF staff will work with CDCR staff to
20 ensure that DOF criteria are fully implemented throughout the staffing plan. Based on my current
21 understanding of the draft staffing allocation plan, DOF will need to analyze the following
22 criteria:
23     *   Are the mental health program needs adequately described?
24     *   Does the plan use the most current population projections to determine staffing
25 needs?
26     *   Are the staffing needs properly defined and ratio driven?
27     *   Is the data understandable?
28

2

Decl. Jay Sturges in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)

    \*    Is the approach being taken in the proposal fiscally responsible?

    \*    Has the mental health program properly identified its current authorized positions?

    \*    How does the use of registry staff and staff under the control of the *Plata* Receiver impact the plan?

    \*    Does the plan address issues the Legislature is likely to inquire into?

After DOF receives the final draft staffing plan from CDCR, the specific issues that DOF staff will need to address may change.

7. Providing an extension of time to complete the staffing plan will not adversely impact CDCR's ability to staff the short-term and intermediate-term projects proposed by Defendants in their May 26, 2009 bed plan as these plans fall into different annual budget processes. The resources for CDCR's Mental Health Program for the 2009-10 fiscal year (July 1, 2009 through June 30, 2010) have already been appropriated in the Budget Act of 2009 (Chapter 1, Statutes of 2009). Moreover, providing an extension of time to complete the staffing plan will not detrimentally affect the ability of CDCR to pursue any budget changes needed to implement the plan. Defendants will still have the ability to integrate the staffing allocation ratios into the 2010-2011 state budget process.

8. Furthermore, as the California Constitution requires that the Governor submit a balanced budget to the Legislature, fundamental budget decisions cannot be finalized until the Administration's updated revenue estimates are available, which is well after the requested Court completion date. The need to wait for revenue estimates is due to the significant portion of General Fund appropriations that CDCR's budget represents. Therefore, it is not possible to determine how much money will be available for appropriation to support CDCR's operations until DOF makes those estimates.

/ / /

/ / /

/ / /

/ / /

/ / /

3

Decl. Jay Sturges in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)

1     I declare under penalty of perjury that the foregoing is true. Executed this 28th day of

2 August, 2009, in Sacramento, California.

                                                     JAY STURGES

5 CF1997CS0003
6 Decl J Sturges re staffing plan.doc

4

Decl. Jay Sturges in Supp. Defs.' Req. for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)