1   EDMUND G. BROWN JR.
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    JEFFREY STEELE, State Bar No. 124668
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone: (916) 324-5345
      Fax: (916) 324-5205
7     E-mail: Debbie.Vorous@doj.ca.gov

8   Attorneys for Defendants

                IN THE UNITED STATES DISTRICT COURT

9
                FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                        SACRAMENTO DIVISION

11

12  | RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
13  |                        |                         |
    |            Plaintiffs, | **DECLARATION OF DEBBIE J.** |
14  |                        | **VOROUS IN SUPPORT OF** |
    |         v.             | **DEFENDANTS' EX PARTE REQUEST** |
15  |                        | **FOR EXTENSION OF TIME TO** |
    |                        | **COMPLETE STAFFING PLAN** |
16  | ARNOLD SCHWARZENEGGER, et al., | |
17  |            Defendants. | |

18

19          I, Debbie J. Vorous, declare:

20          1.    I am a Deputy Attorney General with the Office of the Attorney General, attorneys of

21  record for Defendants in this case, and I am licensed to practice in this Court. I have personal

22  knowledge of the facts stated in this declaration and if called to testify to those facts could and

23  would do so competently.

24          2.    On August 26, 2009, the Attorney General's Office contacted Plaintiffs' counsel, Jane

25  Kahn, and requested that Plaintiffs stipulate to a thirty-day extension of time for Defendants to

26  complete their staffing plan. As of the date of this filing, Plaintiffs have not stipulated to the

27  extension.

28  / / /

                                    1

1    I declare under penalty of perjury that the foregoing is true.  Executed this 28th day of

2    August, 2009, in Sacramento, California.

3

4                                              **/S/ DEBBIE J. VOROUS**
                                               DEBBIE J. VOROUS

5

6    CF1997CS0003
     30844863.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Debbie Vorous in Supp. Defs.' Request for Ext. of Time to Compl. Staffing Plan (2:90-cv-00520 LKK JFM P)