IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>          Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |

On August 28, 2009, Defendants filed an ex parte request for an additional thirty days to complete their staffing allocation plan so that the California Department of Corrections and Rehabilitation's Office of Fiscal Services has adequate time to complete its internal review of the plan and so that the Department of Finance has adequate time to assist the California Department of Corrections and Rehabilitation to finalize the plan.

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER  (2:90-cv-00520 LKK JFM P)

1 | Good cause presented to the Court and good cause appearing, the Court grants Defendants an additional thirty days to complete their staffing allocation plan. The Defendants shall have up to and including September 30, 2009, to complete their staffing allocation plan.

IT IS SO ORDERED.

Dated: _____          _____
                                  Lawrence K. Karlton
                                  United States District Court Judge

CF1997CS003

2

[PROPOSED] ORDER  (2:90-cv-00520 LKK JFM P)