PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN** |

[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN - CASE NO. CIV S 90-0520 LKK-JFM

[312424-3]

On May 26, 2009, Defendants submitted a proposal for short-, intermediate-, and long-term bed projects. (Docket No. 3592.) On June 18, 2009, this Court approved of Defendants' short- and intermediate-term projects and ordered that "[t]he activation schedules for court-ordered projects proposed by defendants are approved and the timeframes set forth in the schedules shall be met. To the extent that defendants can accelerate any of these projects, they are instructed to do so." 6/18/09 Order (Docket No. 3613) at 1:25-2:1. The Court further ordered that Defendants "shall continue to take all steps necessary to secure any funding that is still required for full implementation of all of the projects in their short-term and intermediate plan." *Id.* at 2:21-23. Finally, the Court ordered Defendants to "take all steps necessary to resolve all outstanding staffing allocation issues" and to develop a staffing plan under the guidance of the Special Master by August 31, 2009. *Id.* at 2:34-3:2.

On August 28, 2009, Defendants submitted an Ex Parte Request for Extension of Time to Complete Staffing Plan ("Request"). The Request indicated that the draft staffing plan was complete, but sought an additional month so that the Department of Finance ("DOF") and CDCR Office of Fiscal Services ("OFS") could review the plan. The Request also indicated that funding for the short- and intermediate-term bed projects was contained in the 2009-2010 budget.

Defendants' request is unjustified. DOF and OFS were required to participate in the staffing plan development from the beginning, and did indeed attend meetings devoted to the topic. Defendants have failed to establish that DOF's and OFS's concerns could not have been addressed during that process and that thirty more days are needed. However, Defendants will be permitted an additional two weeks to finalize the plan.

Furthermore, Defendants have refused to provide the completed plan and the source data underlying it to Plaintiffs and the Special Master at the same time as it is provided to DOF and OFS. In light of principles of judicial economy, and in the interest of forestalling further delay, Defendants shall be required to provide this information to Plaintiffs and the Special Master, and to preserve all documents related to the development process to ensure transparency.

Finally, it is apparent from the parties' filings that no additional funding has been secured to staff the short- and intermediate-term bed projects. These projects cannot open on schedule,

1

[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN - CASE NO. CIV S 90-0520 LKK-JFM

[312424-3]

as this Court has ordered, unless staff is in place.  Additionally, Defendants appear to be planning to staff the new beds by re-appropriating staffing vacancies for existing beds.  Because this will force the existing program to continue providing sub-standard care, and because it is not at all clear that the aforementioned vacancies can sufficiently staff the new programs, this plan is unacceptable.

Accordingly, and good cause appearing, and in light of all of the above and the entire record herein, it is HEREBY ORDERED AS FOLLOWS:

1. Defendants shall file their finalized staffing plan after DOF and OFS review on September 14, 2009 and shall be prepared to discuss its contents at the previously scheduled September 22, 2009 status conference.

2. Defendants shall produce to Plaintiffs and the Special Master by September 4, 2009 the existing staffing plan developed by CDCR and the Special Master team, and shall preserve all documents related to this plan's development.

3. Defendants shall immediately secure all additional funds necessary to staff the short- and intermediate-term bed projects ordered by this Court on June 18, 2009 so that they can have staff hired and in place to permit the programs to be activated and accept patients on schedule.  Funds from existing *Coleman* programs may not be utilized.  Defendants shall consider, among other approaches, a special funding request.  Defendants shall, on September 14, 2009, submit declarations to this Court detailing the staffing and funding source for each of the Court-ordered programs.

Dated: _____            _____
                                    Honorable Lawrence K. Karlton

2

[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLETE STAFFING PLAN - CASE NO. CIV S 90-0520 LKK-JFM

[312424-3]