EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S APRIL 28, 2009 ORDER THAT DEFENDANTS FILE A CERTIFICATION THAT THE REMAINING PAINTING AND CHANGE ORDER WORK AT THE 64-BED INTERMEDIATE CARE FACILITY AT SALINAS VALLEY STATE PRISON IS COMPLETE** |

On April 28, 2009, this Court ordered that Defendants shall have until August 31, 2009, to certify that the remaining painting and change order work at the Salinas Valley State Prison 64-bed Intermediate Care Facility is complete or to explain any delays in completing the work.

/ / /

/ / /

/ / /

1

(Docket No. 3573 ¶ 2.)  Attached as Exhibit 1 is the Declaration of Deborah Hysen attesting that the remaining painting and change order work at the facility is complete.

Dated: August 31, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Resp. to Court Order Re: Salinas Valley State Prison
(2:90-cv-00520 LKK JFM P)

**EXHIBIT 1**

| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884<br>JEFFREY STEELE, State Bar No. 124668 |
| 4 | Deputy Attorneys General<br>1300 I Street, Suite 125 |
| 5 | P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| 6 | Telephone: (916) 324-5345<br>Fax: (916) 324-5205 |
| 7 | E-mail: Debbie.Vorous@doj.ca.gov |
| 8 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBORAH HYSEN CERTIFYING THAT THE REMAINING PAINTING AND CHANGE ORDER WORK AT THE 64-BED INTERMEDIATE CARE FACILITY AT SALINAS VALLEY STATE PRISON IS COMPLETE** |

I, Deborah Hysen, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief Deputy Secretary of Facility Planning, Construction and Management. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. I have served as the Chief Deputy Secretary of Facility Planning, Construction and Management (formerly Facilities Management) since June 2007. I am responsible for the overall management and oversight of CDCR construction projects for all its institutions.

1

3. I am familiar with CDCR's 64-Bed Intermediate Care Facility at Salinas Valley State Prison (the "Project"). On April 24, 2009, I informed this Court that the work that remained on the Project involved correcting painting deficiencies on the interior and change order work on the exterior. (Docket No. 3571-2 ¶¶ 6–7.) CDCR completed this work on July 31, 2009.

I declare under penalty of perjury that the foregoing is true. Executed this 28 day of August, 2009.

*[signature]*

DEBORAH HYSEN

CF1997CS0003

2