1   EDMUND G. BROWN JR.
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    JEFFREY STEELE, State Bar No. 124668
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 324-5345
      Fax:  (916) 324-5205
7     E-mail:  Debbie.Vorous@doj.ca.gov

8   Attorneys for Defendants

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK JFM P

14                                    Plaintiffs,   **DEFENDANTS' UPDATE TO**
                                                    **COURT-ORDERED PROJECTS,**
15                                                  **SHORT-TERM AND INTERMEDIATE-**
                                                    **TERM PROJECTS, AND**
16           v.                                     **LONG-TERM BED PLAN**

17   **ARNOLD SCHWARZENEGGER, et al.,**

18                                   Defendants.

19

20         On June 18, 2009, this Court Ordered that Defendants shall report to the Special Master on

21   a monthly basis all actions taken on each court-ordered project and whether each project remains

22   on schedule or has been accelerated.  (Docket No. 3613 ¶ 2.)  Defendants have complied with this

23   Court's Order and provided monthly updates to the Special Master.  Defendants now inform the

24   Court on the progress they have made on the court-ordered projects.  Enclosed as Attachment A,

25   with Exhibits 1–5, is Defendants' Update to the Court-Ordered Projects.

26         On June 18, 2009, this Court approved Defendants' short-term and intermediate-term

27   projects.  (Docket No. 3613, ¶ 3.)  Since that date, Defendants have made substantial progress in

28   moving the projects forward.  However, with respect to one of the short-term projects—the CMF

                                              1

1  P-1 Wing conversion project—Defendants May 26, 2009, bed plan was unclear regarding the

2  amount of time it will take to obtain funding and ultimately complete the project.  Defendants

3  now inform the Court on the progress of their short-term and intermediate-term projects, and

4  clarify the time line for the CMF P-1 Wing conversion project.  Enclosed as Attachment B, with

5  Exhibits 1–3, is Defendants' Update to the Short-Term and Intermediate-Term Projects.

6  　　　　On July 1, 2009, Defendants informed the Court that they would notify the Court by July

7  31, 2009, should they propose a change to the number of beds in their proposed long-term bed

8  plan.  (Docket No. 3624, pp. 4:23-5:2.)  On July 31, 2009, Defendants filed a Long-Term Bed

9  Plan Status Report informing the Court of specific changes to their long-term bed plan for the

10  male population.  (Docket No. 3639.)  Furthermore, in Defendants' July 20, 2009, response to

11  Plaintiffs' request for a court-ordered schedule concerning Defendants' long-term bed plan,

12  Defendants informed the Court that they would submit an update to this plan by September 1,

13  2009.  There are no changes in Defendants' long-term bed plan for the male population from

14  those expressly set forth in their July 31, 2009 filing.  Enclosed as Attachment C, with Exhibit 1,

15  is Defendants' Update to Long-Term Bed Plan.

16

17  Dated:  September 1, 2009

Respectfully submitted,

18

EDMUND G. BROWN JR.
Attorney General of California

19  JONATHAN L. WOLFF
Senior Assistant Attorney General

20

21  /s/ *Debbie J. Vorous*

22  DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

23  CF1997CS0003

24  30785818.doc

25

26

27

28

2

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act Compliance |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| CTC | Correctional Treatment Center |
| COR | California State Prison, Corcoran |
| DMH | Department of Mental Health |
| DOF | Department of Finance |
| DTP | Day Treatment Program |
| EOP | Enhanced Outpatient Program |
| ICF | Intermediate Care Facility |
| JLBC | Joint Legislative Budget Committee |
| LAC | California State Prison, Los Angeles County |
| MHCB | Mental Health Crisis Bed |
| PMIB | Pooled Money Investment Board |
| PSU | Psychiatric Services Unit |
| SAC | California State Prison, Sacramento |
| SATF | Substance Abuse Treatment Facility |
| SNY | Sensitive Needs Yard |
| SOL | California State Prison, Solano |
| SQ | California State Prison, San Quentin |
| SVSP | Salinas Valley State Prison |
| VPP | Vacaville Psychiatric Program |

# ATTACHMENT A

### FOR SUBMITTAL TO THE *COLEMAN* COURT

#### *Update to Court-Ordered Projects*

Defendants continue to make significant progress in moving the court-ordered projects forward. For instance, CDCR completed the Small Management Yards project on June 22, 2009. (Ex. 1.) The SVSP 64-bed ICF was operating at full capacity by July 7, 2009 (Ex. 2), and construction was complete by July 31, 2009. In addition, the newly constructed group room treatment space in the SVSP D5/D6 areas was fully operational by July 28, 2009. (Ex. 3.)[1]

Working drawings for the CIW 20-bed PSU are 85% complete, and construction funding is included in the Budget Act of 2009.[2] Working drawings for the SAC EOP Treatment and Office Space project are approximately 27% complete. The Conference Committee on the Budget, however, denied CDCR's request for construction funding in the Budget Act of 2009, which led to adjustments in the construction and activation schedules. The Pooled Money Investment Board (PMIB) approved a loan for the working drawing phase of the CMF 64-bed ICF on July 15, 2009, and the General Fund loan will be retired. Working drawings for this project are approximately 5% complete. The PMIB approved a loan for the working drawing phase of the CIW 45-bed ICF on June 17, 2009, and those drawings are approximately 5% complete.

The preliminary phase of the SVSP EOP Treatment Space project is complete. Preliminary plans for the CMC 50-bed MHCB project are approximately 50% complete, and the environmental report is underway. The PMIB approved a loan for the initial design phase of the CMF EOP ASU Treatment Space project on July 15, 2009, and the General Fund loan will be retired. Negotiations with the architect for this project are underway, and the CEQA exemption was filed on August 5, 2009, 35 days ahead of schedule. The PMIB also approved a loan for the initial design phase of the LAC EOP Treatment Space project on July 15, 2009. Negotiations with the architect for this project are also underway, and the CEQA exemption was filed on August 5, 2009, 63 days ahead of schedule.

On June 15, 2009, Defendants informed this Court of the steps they took to move the SVSP 72-bed EOP ASU project forward, and that the JLBC denied the project on June 11, 2009. On July 14, 2009, CDCR requested that the Director of the DOF ask the JLBC to reconsider its decision in light of this Court's June 18, 2009 Order, which the Director did on July 24, 2009. (Ex. 4.) On August 20, 2009, the JLBC affirmed its decision. (Ex. 5.) Defendants are exploring alternative options for this project, and will present any proposed changes to this Court for approval. Because completion of this project is a prerequisite to activating the SVSP EOP Treatment Space project, that project may be impacted as well.

---

[1]  On May 26, 2009, Defendants filed an activation schedule that showed the status of renovating the 124 cells for risk mitigation at the California Medical Facility. As of August 24, 2009, that project was approximately 21% complete.

[2]  The percentages stated in this update are taken from CDCR's activation schedules for the report period ending August 24, 2009.

# EXHIBIT 1

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**FACILITY PLANNING, CONSTRUCTION AND MANAGEMENT**
P.O. Box 942883
Sacramento, CA 94283-0001



Debbie Vorous                          VIA:    Marion Chiurazzi, Director (A)
Deputy Attorney General                        Statewide Mental Health Program
Office of the Attorney General                 Division of Correctional Health Care
1300 I Street                                  Services
PO Box 944255
Sacramento, CA 95814

As part of the *Coleman v. Schwazenegger* court order filed by the United States Eastern District Court on January 16, 2008, I am pleased to advise you that as of June 22, 2009, the California Department of Correction and Rehabilitation's (CDCR) Inmate Ward Labor (IWL) program has completed the 478 Small Management Yards (SMY) for Administrative Segregation Units at 26 prisons across the State. In total, the CDCR has completed 1,162 SMY's to comply with the aforementioned order.

This is a major accomplishment for CDCR. I commend all the CDCR stakeholders, specifically the IWL program, for successfully completing this critical and highly visible *Coleman* project given the challenging project delivery timeframe as well as staying within the allotted budget authority established in Statutes of 2008.

If you have any questions, please contact me at (916) 255-2255.

Sincerely,

DEBORAH HYSEN
Chief Deputy Secretary
Facility Planning, Construction and Management

cc:    Sharon Aungst, Chief Deputy Secetary
       Wayne Strumpfer, Director, Division of Correctional Health Care Services

# EXHIBIT 2

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

July 7, 2009

Debbie Vorous                          via:      Cynthia A. Radavsky
Deputy Attorney General                          Deputy Director
1300 I Street, Suite 125                         1600 Ninth Street, Rm. 250
P.O. Box 944255                                  Sacramento, CA 95814
Sacramento, CA 94244-2550

**RE: Salinas Valley Psychiatric Program's Activation of the 64 Bed Expansion**

In response to the *Coleman v. Schwarzenegger* court order filed by the United States Eastern
District Court on March 31, 2009, I am pleased to inform you that the newly constructed 64-bed
Intermediate Care Facility expansion (Treatment Center 2) at Salinas Valley Psychiatric Program is
activated and operating at full capacity. Admissions of inmate-patients to Treatment Center 2 (TC2)
commenced on April 29, 2009 and continued at a rate of six each week culminating in a total census
of 64 inmate-patients on Tuesday, July 7, 2009.

I would like to acknowledge Executive Director Vic Brewer and his staff at Salinas Valley Psychiatric
Program for their efforts in carrying out the admissions schedule that this Department committed to
accomplish in meetings with Special Master Matthew Lopes earlier this year.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc: Dr. Stephen W. Mayberg, Director, Department of Mental Health
     Victor Brewer, Executive Director, Salinas Valley Psychiatric Program

# EXHIBIT 3

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

July 30, 2009

---

Debbie Vorous                                    via:      Cynthia A. Radavsky
Deputy Attorney General                                    Deputy Director
1300 I Street, Suite 125                                   1600 Ninth Street, Rm. 250
P.O. Box 944255                                            Sacramento, CA 95814
Sacramento, CA  94244-2550

**RE:  Salinas Valley Psychiatric Program's Activation of the Group Room Treatment Space**

The Department of Mental Health is providing this notification in response to the *Coleman v. Schwarzenegger* court order filed by the United States Eastern District Court in October 2007 and in October 2008 to provide treatment space in Delta Yards 5 and 6 at Salinas Valley Psychiatric Programs.  I am pleased to inform you that the newly constructed group room treatment space at Salinas Valley Psychiatric Program is activated and fully operational.  Treatment of inmate-patients commenced on July 28, 2009.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc:  Dr. Stephen W. Mayberg, Director, Department of Mental Health
       Victor Brewer, Executive Director, Salinas Valley Psychiatric Program

# EXHIBIT 4



**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

July 24, 2009

Honorable Denise Moreno Ducheny, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable Noreen Evans, Chair
Assembly Budget Committee

Honorable Christine Kehoe, Chair
Senate Appropriations Committee

Honorable Kevin de Leon, Chair
Assembly Appropriations Committee

**Department of Corrections and Rehabilitation, Salinas Valley State Prison, 72-Bed Administrative Segregation Unit/Enhanced Outpatient Program Mental Health Facility—Establish Scope, Cost, and Schedule**

The Department of Corrections and Rehabilitation (CDCR) respectfully requests reconsideration of the proposed 72-bed Administrative Segregation Unit (ASU)/Enhanced Outpatient Program (EOP) Mental Health Facility at the Salinas Valley State Prison (SVSP). In a letter dated May 14, 2009 (Attachment I), we notified the Joint Legislative Budget Committee (JLBC) of our intent to recommend the State Public Works Board establish the proposed scope, cost, and schedule of this project and allocate $42,987,000 of the lease revenue bond authority appropriated in Section 15819.403(a) of the Government Code (AB 900) to design and construct this facility.

Subsequently, in a letter dated June 11, 2009, the JLBC recommended modifying the scope of this project to include only treatment and office space as proposed by the Legislative Analyst's Office (LAO). Since that time we have received additional information from the CDCR in regards to the programmatic and operational challenges associated with the LAO's proposal, please see the attached letter from Secretary Cate and the referenced court order (Attachment II).

In light of this additional information the CDCR respectfully requests the JLBC reconsider its decision in regards to this project. This project is necessary to comply with the requirements of the court in the *Coleman v. Schwarzenegger* lawsuit. In addition, it is critical to the CDCR's efforts to address the system-wide deficiency in EOP and ASU/EOP capacity.

We look forward to your response. If you have any questions or need additional information regarding this matter, please call Chris Lief, Principal Program Budget Analyst, or Stephen Benson, Budget Analyst, at (916) 445-9694.

MICHAEL C. GENEST
Director
By:

ANA J. MATOSANTOS
Chief Deputy Director

Attachments

cc: On following page

- 2 -

cc:  Honorable Bob Dutton, Vice Chair, Senate Budget and Fiscal Review Committee
  Honorable Roger Niello, Vice Chair, Assembly Budget Committee
  Honorable Mark DeSaulnier, Chair, Senate Budget and Fiscal Review Subcommittee No.4
  Honorable Juan Arambula, Chair, Assembly Budget Subcommittee No. 4
  Mr. Mac Taylor, Legislative Analyst (3)
  Mr. Danny Alvarez, Staff Director, Senate Budget and Fiscal Review Committee
  Mr. Bob Franzoia, Staff Director, Senate Appropriations Committee
  Mr. Seren Taylor, Staff Director, Senate Republican Fiscal Office
  Mr. Craig Cornett, Senate President pro Tempore's Office (2)
  Mr. Christian Griffith, Chief Consultant, Assembly Budget Committee
  Mr. Geoff Long, Chief Consultant, Assembly Appropriations Committee
  Mr. Peter Schaafsma, Staff Director, Assembly Republican Fiscal Committee
  Ms. Christine Robertson, Chief of Staff, Assembly Republican Leader's Office
  Mr. Christopher W. Woods, Assembly Speaker's Office (2)
  Ms. Debbie Vorous, Office of the Attorney General
  Ms. Deborah Hysen, Chief Deputy Secretary, Facility Planning, Construction, and
    Management, Department of Corrections and Rehabilitation
  Mr. Dean Borg, Director, Finance Administration and Support, Facility Planning,
    Construction, and Management, Department of Corrections and Rehabilitation
  Ms. Sarah VanDyke, Branch Chief, Finance and Budgeting Branch, Facility Planning,
    Construction, and Management, Department of Corrections and Rehabilitation
  Ms. NancyJo Patterson, Acting Chief, Project Financing Section, Facility Planning,
    Construction, and Management, Department of Corrections and Rehabilitation

DEPARTMENT OF
# FINANCE
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

May 14, 2009

Honorable Denise Moreno Ducheny, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable Noreen Evans, Chair
Assembly Budget Committee

Honorable Christine Kehoe, Chair
Senate Appropriations Committee

Honorable Kevin de Leon, Chair
Assembly Appropriations Committee

**Department of Corrections and Rehabilitation, Salinas Valley State Prison, 72-bed
Administrative Segregation Unit/Enhanced Outpatient Program Mental Health Facility—
Establish Scope, Cost, and Schedule**

Pursuant to the provisions of Section 15819.40(d)(2) of the Government Code, the following
report is respectfully submitted.  Section 15819.403(a) of the Government Code appropriated
$710.9 million Public Buildings Construction Fund (lease revenue bond authority) to the
Department of Corrections and Rehabilitation (CDCR) to design and construct medical, dental,
and mental health treatment or housing space at existing prison facilities.  The CDCR requests
allocation of $42,987,000 from this appropriation and establishment of scope, cost, and
schedule for a 72-bed Administrative Segregation Unit (ASU)/Enhanced Outpatient
Program (EOP) Mental Health Facility at the Salinas Valley State Prison (SVSP).  This project is
a component of CDCR's plan to provide constitutionally adequate mental health care as
required by the Coleman Court.

The existing ASU/EOP housing at the SVSP does not provide adequate treatment space or
natural lighting, it is not an effective treatment environment, and does not support a
comprehensive continuum of care in one central location.  In order to mitigate these concerns
the CDCR's mental health plan includes design and construction of a new stand alone 72-bed
ASU/EOP Mental Health Facility at the SVSP.  This facility will also significantly reduce guarding
escort time and better provide for the safety and security of staff and inmates.  This new facility
will provide the housing, treatment, and office space necessary to support 72 ASU/EOP
inmate-patients.

Of the $710,940,000 lease revenue bond authority appropriated in Section 15819.403(a) of the
Government Code for medical, dental, and mental health projects, a total of $223,261,000 has
been allocated for health care projects at various CDCR facilities (including pending
allocations).  An additional $42,987,000 is requested for this project as described above.
Taking all allocations into account, the remaining unallocated balance of this appropriation will
be $444,692,000 (62.6 percent).

- 2 -

We concur with this request pursuant to Section 15819.40(d)(2) of the Government Code, and it is our intent to recommend the State Public Works Board approve this request no sooner than 30 days from the above date.

If you have any questions or need additional information regarding this matter, please call Chris Lief, Principal Program Budget Analyst, at (916) 445-9694.

MICHAEL C. GENEST
Director
By:

ANA J. MATOSANTOS
Chief Deputy Director

Attachment

cc:    Honorable Bob Dutton, Vice Chair, Senate Budget and Fiscal Review Committee
       Honorable Roger Niello, Vice Chair, Assembly Budget Committee
       Honorable Mark DeSaulnier, Chair, Senate Budget and Fiscal Review Subcommittee No.4
       Honorable Juan Arambula, Chair, Assembly Budget Subcommittee No. 4
       Mr. Mac Taylor, Legislative Analyst (3)
       Mr. Danny Alvarez, Staff Director, Senate Budget and Fiscal Review Committee
       Mr. Bob Franzoia, Staff Director, Senate Appropriations Committee
       Mr. Seren Taylor, Staff Director, Senate Republican Fiscal Office
       Mr. Craig Cornett, Senate President pro Tempore's Office (2)
       Mr. Christian Griffith, Chief Consultant, Assembly Budget Committee
       Mr. Geoff Long, Chief Consultant, Assembly Appropriations Committee
       Mr. Peter Schaafsma, Staff Director, Assembly Republican Fiscal Committee
       Mr. Ivan Altamura, Chief of Staff, Assembly Republican Leader's Office
       Mr. Christopher W. Woods, Assembly Speaker's Office (2)
       Ms. Debbie Vorous, Office of the Attorney General
       Ms. Deborah Hysen, Chief Deputy Secretary, Facility Planning, Construction, and
          Management, Department of Corrections and Rehabilitation
       Mr. Dean Borg, Director, Finance Administration and Support, Facility Planning,
          Construction, and Management, Department of Corrections and Rehabilitation
       Ms. Sarah VanDyke, Branch Chief, Finance and Budgeting Branch, Facility Planning,
          Construction, and Management, Department of Corrections and Rehabilitation
       Ms. NancyJo Patterson, Acting Chief, Project Financing Section, Facility Planning,
          Construction, and Management, Department of Corrections and Rehabilitation


icc:    BRADSHAW, PROSIO, CAP-OFFICE, FINN, ROGERS, LIEF, STURGES, BENSON,
        MIYAO, C/F (3), SUSPENSE, FILE


I:\Unit\PWB\2009\Legislative Notification\30-Day Letters\5225c_SVSP, 72-bed ASU-EOP_establish
scope, cost, & schedule.doc

ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE SECRETARY**
P.O. Box 942883
Sacramento, CA 94283-0001



July 14, 2009


Mr. Michael C. Genest, Director
Department of Finance
State Capitol, Room 1145
Sacramento, CA 95814

Dear Mr. Genest:

SALINAS VALLEY STATE PRISON 72-BED ADMINISTRATIVE SEGREGATION UNIT/ENHANCED OUTPATIENT PROGRAM MENTAL HEALTH FACILITY PROJECT

The California Department of Corrections and Rehabilitation (CDCR) respectfully requests the Joint Legislative Budget Committee (JLBC) to reconsider its decision pertaining to the Salinas Valley State Prison (SVSP) 72-bed Administrative Segregation Unit/Enhanced Outpatient Program (ASU/EOP) Mental Health Facility project, as communicated to your office in the June 11, 2009 letter from the JLBC.

This project is a court-ordered project in the *Coleman v. Schwarzenegger* litigation, and recent orders of the Court have made it clear the Court expects this project to be constructed. This project was originally included in bed plans submitted to the Court in December 2006 and August 2007. On October 18, 2007, by order of Judge Karlton, this bed plan was approved.

More recently, on March 31, 2009, Judge Karlton ordered CDCR to provide detailed activation schedules for all court-ordered projects no later than May 26, 2009. Because the SVSP ASU/EOP Mental Health Facility was included in the approved 2007 bed plan, it was considered by the Court to be a Court-ordered project. An activation schedule for this project was submitted to the *Coleman* Court on May 26, 2009. In an order dated June 18, 2009, Judge Karlton ordered "the activation schedules for court-ordered projects proposed by defendants are approved and the timeframes set forth in the schedules shall be met." (A copy of the order is enclosed.)

Approval of the proposal submitted to the JLBC on May 14, 2009 is necessary for CDCR to comply with the October 18, 2007 and the June 18, 2009 court orders.

This project is one step of a multi-step plan to expand general population EOP and ASU/EOP capacity on D Yard at SVSP, and takes advantage of the existing CDCR

Mr. Michael C. Genest, Director
Page 2

EOP program at that location.   Expanding new programs is advisable when compared to creating new EOP programs in that it builds upon an existing relationship between custody and clinical staff to successfully facilitate the program. Due to CDCR's shortage of maximum security general population beds is not feasible to convert existing general population housing into specialized program housing such as EOP.

The proposed ASU/EOP project was developed in order to allow for an existing ASU/EOP housing unit on D Yard to be converted to general population EOP. Whether they house EOP or non-EOP inmates, ASU inmates are always escorted by correctional staff when outside of their cells.   For this reason, prison services are most often brought to their housing unit rather than escorting these inmates to other locations within the prison.  The ASU housing units built during the last decade contained multipurpose space suitable for providing various services. Proposing constructing an integrated housing unit for the ASU/EOP population at SVSP is an extension of existing policy.

CDCR is facing a significant deficit in EOP treatment capacity.   As identified in CDCR's filing to the Court on May 26, 2009, there is an existing deficit of more than 700 beds.  CDCR has proposed a series of short-term, intermediate, and long-range plans to address this deficit.  The plans filed with the Court assume activation of 96 general population EOP beds on D Yard at SVSP.  This expansion is only possible if a new housing unit is constructed for the EOP/ASU at SVSP.   Construction of treatment space only for the existing EOP/ASU at SVSP will not create any additional EOP treatment beds, increasing the overall statewide deficiencies of capacity for this type of treatment.

It is also important to provide additional information to the JLBC to demonstrate the current utilization of beds on D Yard at SVSP makes the proposed project the only feasible method for expanding general population EOP treatment at this location. The EOP level of treatment requires a housing unit that is exclusively designated for inmates receiving this level of care.  Currently, two general population housing units on D Yard are designated for EOP inmates.  The Legislative Analyst's Office (LAO) has stated 74 non-EOP inmates could be moved from D-Yard in order to make room for expanded EOP capacity.  However, 67 of the 74 inmates identified by the LAO are housed either in an ASU housing unit or the one general population housing unit utilized for inmate workers on D Yard.  It is not possible to house EOP inmates within these housing units without moving all non-EOP inmates to housing units on another yard or at another prison.

It appears the LAO may have also provided incorrect information to the JLBC regarding the current bed utilization on D Yard.  When the occupancy percentages

Mr. Michael C. Genest, Director
Page 3

allowable for each type of housing unit is compared with the actual inmate count for the months of January through June 2009, all available beds were utilized at a 91 percent capacity. Since a high percentage of capacity on D Yard is used for populations that require extra care and consideration when determining compatible cellmates (ASU and EOP), this utilization reflects excellent efforts by staff to fully utilize existing capacity. This information shows better utilization of available bed space at SVSP will not yield the amount of new treatment spaces for EOP inmates without construction of this project.

Without approval of this project, it will be necessary to designate an existing general population housing unit on another yard at SVSP (or at another prison with the same design maximum security housing unit). This will exacerbate CDCR's difficulty in providing appropriate housing for its multi-layered population, in which an inmate's propensity for violence, gang affiliations, class action lawsuits, and inmate safety concerns lead to extreme difficulty in finding appropriate beds and treatment for each inmate.

To summarize, the Court ordered CDCR to proceed with design and construction activities outlined in activation schedules provided to the Court in May 2009 for several projects ordered by the Court in both an October 18, 2007 and the June 18, 2009 court orders, including this SVSP project. Additionally, Judge Karlton indicated the Court would consider all necessary actions to ensure its orders in relation to constructing these projects are carried out, including enjoining other parties to the *Coleman* litigation if the Court deemed them to be an impediment to completing these projects. In order to meet the Court's order, reconsideration of this project by the JLBC is respectfully requested.

If you have any questions, please contact Dean Borg, Director (A) Administration and Support Services Division, at 916) 255-2233.

Sincerely,

*Matthew L. Cate*

MATTHEW L. CATE
Secretary

Enclosures

cc: Mary S. Fernandez, Undersecretary, Administration
bcc: Brett Morgan
     Scott Kernan

Mr. Michael C. Genest, Director
Page 4

Sharon Aungst
Deborah Hysen
Ben Rice
Katherine Tebrock
Stephen Durham
Dennis Turnipseed
Carl Larson
Michael Beaber
Marlin Feryance
Keith Beland
Dean Borg
Sarah VanDyke
Jennifer Rockwell, DOF
Karen Finn, DOF
Greg Rogers, DOF
Chris Lief, DOF
Jay Sturges, DOF
Stephen Benson, DOF

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,              No. 2:90-cv-0520 LKK JFM (PC)

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14

15              Defendants.              ORDER
     _____/

16          Pursuant to court order, this matter came on for hearing on June 16, 2009 for

17   consideration of approval of three separate matters related to bed planning: defendants'

18   activation schedule for projects that have already been ordered by this court; defendants' short-

19   term and intermediate plan for meeting the current need for mental health beds; and defendants'

20   long-range plan.  Michael Bien, Esq. appeared as counsel for plaintiffs.  Debbie J. Vorous and

21   Jeffrey Steele, Deputy Attorneys General, appeared as counsel for defendants.

22          After careful consideration of the activation schedules and the plans filed by

23   defendants, plaintiffs' comments and defendants' responses thereto, and the comments of

24   counsel at the time of the hearing, and good cause appearing, IT IS HEREBY ORDERED that:

25          1.  The activation schedules for court-ordered projects proposed by defendants are

26   approved and the timeframes set forth in the schedules shall be met.  To the extent that

                                        1

1    defendants can accelerate any of these projects, they are instructed to do so.

2            2. Beginning on July 1, 2009, defendants shall report to the Special Master on a

3    monthly basis all action taken on each project and whether each project remains on schedule or

4    has been or can be accelerated. Defendants' report shall be in the form of updates to the existing

5    activation schedules. For any project that has departed from the promised timeframes,

6    defendants shall describe with specificity the reason or reasons for the departure and shall

7    identify individuals or agencies whose acts or failures to act contributed the departure. The

8    Special Master shall meet quarterly with defendants to review the status of each project.

9            3. The projects described in defendants' short-term and intermediate plan are

10   approved, subject to the following conditions:

11           a. Defendants shall promptly notify the Special Master of any

12   impediments to timely completion of the approved short-term and intermediate projects,

13   including but not limited to those described by defense counsel at the hearing. Defendants shall

14   file a copy of any such notification with the court and serve a copy on counsel for plaintiffs.

15   Defendants shall include with any such filing a proposed remedy to the impediment, and

16   plaintiffs may file a prompt response.

17           b. Consistent with counsel's representation at the time of the hearing, the

18   C5 and C6 units at Salinas Valley shall be completed on the schedule proposed by defendants so

19   that, upon completion, they are substantially similar to the D5 and D6 units when all

20   construction is completed in said units in July 2009.

21           c. Defendants shall continue to take all steps necessary to secure any

22   funding that is still required for full implementation of all of the projects in their short-term and

23   intermediate plan.

24           d. Defendants shall continue to take all steps necessary to resolve all

25   outstanding staffing allocation issues. To that end, defendants shall complete a staffing plan by

26   the end of August 2009. The plan shall be developed under the guidance of the Special Master

1    following the model that was used to develop the activation schedules and the short–term and

2    intermediate plan before the court.

3        e. Defendants shall comply with the schedule to fill the full complement

4    of 256 intermediate care beds at Atascadero State Hospital (ASH). *See* Paragraph 8, *infra*.

5        4. Defendants propose staff training as part of the short-term and intermediate

6    bed plan. Defendants' proposal to use the "DMH Therapeutic Strategies and Interventions"

7    training plan to train staff at the C and D units at Salinas Valley is approved. The training of

8    other staff is also approved in principle but the plan proposed by defendants for this purpose, the

9    "Plan to Address the Overall Dysfunction in Custody/Mental Health Relations at Salinas Valley

10    State Prison," is disapproved. Final determination of the appropriate training plan will be left to

11    the Special Master. Defendants shall develop this plan under the guidance of the Special Master

12    following the model used to develop the activation schedules and the short-term and

13    intermediate plan before this court. This plan shall be completed within ninety days from the

14    date this order is filed.

15        5. Within fifteen days from the date of the hearing, defendants shall report to the

16    court whether the Memorandum of Understanding between the *Plata* Receiver and the

17    defendants in that case has been signed. If the Memorandum of Understanding has not been

18    signed, defendants shall explain why it has not been signed and who is responsible for the

19    absence of a signed agreement.

20        6. Defendants' long-range plan is not approved.

21        7. Within ten days from the date of the hearing, defendants shall show cause in

22    writing, if any, why they should not be ordered to renew their contract with Navigant Consulting

23    for another three years.

24        8. The modified needs assessment that is being conducted pursuant to this court's

25    March 31, 2009 order demonstrates clearly that there are a substantial number of Coleman class

26    members, over and above those identified in the Navigant projections, who are presently in need

1   of hospital care. The short-term and intermediate projects approved by this order include

2   conversions of hospital beds to provide a full complement of 256 intermediate care beds at ASH

3   to Coleman class members. That plan is approved subject to the condition that the Department

4   of Mental Health (DMH) will admit Coleman class members to those beds at a rate of not less

5   than ten per week until all 256 beds are filled by Coleman class members not later than October

6   31, 2009. To that end, defendants' proposed plan for expediting admissions to DMH inpatient

7   facilities shall be finalized within thirty days from the date this order is filed under the guidance

8   of the Special Master following the model used to develop the activation schedules and the

9   short-term and intermediate plan before this court. In the event that the presence of non-

10  Coleman class patients at ASH might preclude admission of Coleman class members to ASH in

11  accordance with this order, defendants shall consider transferring non-Coleman patients to

12  Coalinga State Hospital.

13              9. The schedule for admissions to ASH set forth in the preceding paragraph shall

14  be followed and, where possible, accelerated. Defendants shall provide the Special Master with

15  bi-monthly reports of the placement of individuals whose need for inpatient care is identified.

16  Defendants shall work with the Special Master forthwith to ensure that the reports contain all of

17  the information that the Special Master needs to ensure compliance with this order, and shall

18  provide such reports until the Special Master determines that they are no longer required.

19              10. The modified needs assessment is expanded to all non-desert CDCR

20  institutions. The expanded modified needs assessment shall be completed by December 31,

21  2009.

22              11. As discussed in paragraphs 8 and 10, a large number of Coleman class

23  members in immediate need of inpatient care have been identified and the modified needs

24  assessment is both continuing and expanding. Accordingly, DMH shall explore forthwith

25  options for transferring non-Coleman patients at ASH to Coalinga State Hospital so that

26  defendants are prepared to immediately increase inpatient bed capacity for Coleman class

1   members, if necessary.

2       12. This matter is set for a status conference on the activation schedules and

3   short-term and intermediate projects approved in this order, and for further hearing on

4   defendants' long-range bed plan, on September 22, 2009 at 1:30 p.m. in Courtroom # 4. The

5   court anticipates that all necessary funding for the short-term and intermediate projects will have

6   been secured and the projects will be moving forward at that time.

7       13. Nothing in this order shall be construed as a finding that defendants are in

8   full compliance with their constitutional obligation to meet the mental health care and bed needs

9   of the plaintiff class.

10   DATED: June 17, 2009.

11

12

13                       LAWRENCE K. KARLTON
                          SENIOR JUDGE

14                       UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT 5



# Joint Legislative Budget Committee

CHAIR
**DENISE MORENO DUCHENY**

SENATE

DAVE COX
MARK DESAULNIER
ROBERT DUTTON
BOB HUFF
CHRISTINE KEHOE
ALEX PADILLA
LOIS WOLK

GOVERNMENT CODE SECTIONS 9140-9143

# CALIFORNIA LEGISLATURE

LEGISLATIVE ANALYST
MAC TAYLOR

925 L STREET, SUITE 1000
SACRAMENTO, CALIFORNIA 95814
(916) 445-4656

VICE CHAIR
**NOREEN EVANS**

ASSEMBLY

ANTHONY ADAMS
BOB BLUMENFIELD
WILMER AMINA CARTER
KEVIN DE LEON
JERRY HILL
ROGER NIELLO
JIM NIELSEN

August 20, 2009

Mr. Michael C. Genest, Director
Department of Finance
Room 1145, State Capitol
Sacramento, California 95814

Dear Mr. Genest:

In a letter dated July 24, 2009, you informed me of the Department of Corrections and Rehabilitation's (CDCR) request for the Joint Legislative Budget Committee to reconsider the proposed 72-bed Administrative Segregation Unit (ASU)/Enhanced Outpatient Program (EOP) Mental Health Facility at the Salinas Valley State Prison (SVSP). The project proposes to construct an integrated housing, treatment, and office space facility at SVSP for an estimated cost of about $43 million. The project is part of the CDCR's plan to provide constitutionally adequate mental health care as required by the federal court in the *Coleman v. Schwarzenegger* case. The project's objectives are to improve access to treatment for EOP inmates, and increase the number of EOP inmates that can be housed on the yard.

I reviewed the CDCR's request for reconsideration. For the reasons explained in my June 11th letter to you, I do not concur with the requested project. I believe the project's objectives could be achieved in a more cost-efficient manner.

As my prior letter indicated, I recommend the project be modified to construct only treatment and office space near the yard where ASU/EOP inmates are currently housed for an estimated cost of about $10 million. According to bed data provided by the CDCR and reviewed by the Legislative Analyst's Office and committee staff, the CDCR could house more EOP inmates on the yard by moving non-EOP inmates currently housed there to other locations. By managing existing bed space differently, it appears

Mr. Michael C. Genest                           2                           August 20, 2009

the CDCR could achieve the court-approved EOP bed targets for the SVSP without constructing additional beds in the proposed facility. In my view, this would be a cost-efficient and prudent population management approach, especially since the department's long term bed needs could change as a result of proposed inmate population reductions and future proposals for construction of infill beds as authorized by AB 900 (Solorio), Chapter 7, Statutes of 2007.

Sincerely,

Denise Moreno Ducheny
Chair

cc: Members of the Joint Legislative Budget Committee

# ATTACHMENT B

## FOR SUBMITTAL TO THE *COLEMAN* COURT

### *Update to Short-Term and Intermediate-Term Projects*

Defendants have made significant progress in moving the fifteen short-term and intermediate-term projects forward. However, with respect to one of the short-term projects—the CMF P-1 Wing conversion project—Defendants' May 26, 2009 bed plan was unclear regarding the amount of time it will take to obtain funding and to ultimately complete the project. Defendants wish to clarify the time line for this project. Defendants, therefore, now update the Court on the status of their short-term and intermediate-term projects, and discuss the time line for the CMF P-1 Wing conversion project.

Two of the short-term projects are complete: the conversion of 25 ASH acute beds to intermediate level-of-care beds; and the addition of 4 SVSP ICF high custody beds in D-5/D-6. (Exs. 1–2.) The conversion of the P-2 Wing at the VPP from ICF to Acute Care is complete; that is, the P-2 Wing is licensed to provide acute inpatient care and is fully staffed. (Ex. 3.) The VPP began admitting inmate-patients to P-2 on August 20, 2009. (*Id.*)

The transfer of the DTP at CMF is currently on schedule with a projected completion date of September 30, 2009. The plan to implement this proposal requires that all remaining DTP inmate-patients in the program be reassessed within a 90-day period, including a suicide risk assessment, for level of care and safety concerns. DMH and CDCR completed the clinical assessment of these inmate-patients on August 17, 2009.

Ten additional projects are also on schedule: 150 EOP SNY Beds at SATF; 45 EOP ASU Beds at COR; 27 EOP Beds at SVSP; 20 Temporary MHCBs at SAC; Convert one 10-bed wing at SVSP TC1 to double cells for ICF high custody; 88 bed Dual Diagnosis Treatment Program at SATF; increase staffing for additional 20 EOP ASU beds at LAC; 17 MHCBs in SQ CTC; 150 New EOP Level III/IV Beds at SOL; and Convert two buildings of SVSP C yard to ICF high custody.

The one remaining project—converting 32 beds in the P-1 housing wing at CMF to acute care beds—requires retrofitting the physical plant. Defendants have requested funding for this retrofit under Section 6.00 of the Budget Act of 2009, and anticipate funding in September 2009. Defendants' May 26, 2009 bed plan indicates that Defendants anticipate that it will take seven months to retrofit the physical plant. The filing, however, is not clear on whether the seven month period includes the time required to seek funding for the retrofit. It does not. For this reason, Defendants are now notifying the Court of the additional three-month time period required to obtain the Section 6 funding.

# EXHIBIT 1

CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

August 31, 2009

Matthew A. Lopes, Jr., Esq.                via:    Debbie J. Vorous
Office of Special Master                            Jeffery Steele
Pannone, Lopes & Devereaux, LLC                     Deputy Attorneys General
317 Iron Horse Way, Suite 301                       1300 I Street, Suite 125
Providence, RI 02908                                P.O. Box 944255
                                                    Sacramento, CA 94244-2550

**RE: Conversion of 25 Acute Beds to Intermediate Care at Atascadero State Hospital**

As part of the Report on Short-Term, Intermediate, and Long Range Bed Plan in Response to the
March 31, 2009 *Coleman* Court Order filed on May 26, 2009, the Department of Mental Health
submitted a proposal to convert 25 *Coleman* beds dedicated to acute care to an intermediate level
of care at Atascadero State Hospital (ASH). The proposal maintained a full compliment of 256 beds
available to *Coleman* class patients but realigned them to provide intermediate care in order to
maximize their utilization. On June 18, 2009, the *Coleman* Court approved this proposal and the
beds were subsequently converted to intermediate care. Since no change in ASH's licensure was
required, the conversion was accomplished as of the date of the court order.

If you have any questions or concerns regarding this matter, please contact Nathan Stanley, Long
Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director, Long Term Care Services
Department of Mental Health

# EXHIBIT 2



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

August 31, 2009

Matthew A. Lopes, Jr., Esq.                    via:     Debbie J. Vorous
Office of Special Master                                 Jeffery Steele
Pannone, Lopes & Devereaux, LLC                         Deputy Attorneys General
317 Iron Horse Way, Suite 301                           1300 I Street, Suite 125
Providence, RI 02908                                    P.O. Box 944255
                                                        Sacramento, CA 94244-2550

**RE: Activation of Four Patient Beds at Salinas Valley Psychiatric Program's D-5 and D-6**

In May 2009, the Department of Mental Health (DMH) identified and completed all steps to add two additional beds for patient care in the Salinas Valley Psychiatric Program's Delta Yard 5 (D-5) and Delta Yard 6 (D-6) housing units, for a total of four additional beds. During the original renovation of D-5 and D-6, these four cells were completely renovated to the standard of the other 112 cells but were used as restraint rooms. DMH toured the State Fire Marshall (SFM) on May 6th to review the four cells. The SFM occupancy approval was given on May 12, 2009 and Department of Public Health approval to add to the four beds to license was given on May 13th. All four beds were occupied by patients off the waitlist the week of May 18, 2009.

If you have any questions or concerns regarding this matter, please contact Nathan Stanley, Long Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director, Long Term Care Services
Department of Mental Health

# EXHIBIT 3

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

August 20, 2009

Debbie Vorous                                via:        Cynthia A. Radavsky
Deputy Attorney General                               Deputy Director
1300 I Street, Suite 125                              1600 Ninth Street, Rm. 250
P.O. Box 944255                                       Sacramento, CA 95814
Sacramento, CA  94244-2550

**RE:  Vacaville Psychiatric Program:  Activation of P-2 Wing for Provision of Acute Care**

The Department of Mental Health is providing this notification in response to the *Coleman v. Schwarzenegger* court order filed by the United States Eastern District Court on June 18, 2009 to convert treatment space in the P-2 wing at the Vacaville Psychiatric Program (VPP) from Intermediate Care to Acute Care.  I am pleased to inform you that the treatment space in P-2 at the Vacaville Psychiatric Program has been licensed for acute care.  The P-2 wing is fully staffed and admission of inmate-patients began today, August 20, 2009.  I would like to acknowledge the efforts of Victor Brewer and the staff at VPP for their work to convert the P-2 treatment space from an intermediate to acute level-of-care as quickly as the licensing process allowed.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc:  Dr. Stephen W. Mayberg, Director, Department of Mental Health
      Victor Brewer, Executive Director, Vacaville Psychiatric Program

# ATTACHEMENT 3

## FOR SUBMITTAL TO THE *COLEMAN* COURT

### *Update to Long-Term Mental Health Bed Plan*

On July 31, 2009, Defendants filed a Long-Term Bed Plan Status Report informing this Court of specific changes to the long-term bed plan submitted on May 26, 2009, for the male population. In Defendants' July 20, 2009 response to Plaintiffs' request for a court-ordered schedule concerning Defendants' long-term mental health bed plan, Defendants informed this Court that they would submit an update to their plan by September 1, 2009. This submittal constitutes that update.

Defendants now inform this Court that there are no changes to their long-term bed plan for the male population from those expressly set forth in the Long-Term Bed Plan Status Report filed with this Court on July 31, 2009. Attached as Exhibit 1 is a spreadsheet reflecting Defendants' long-term bed plan for the male population as revised in their July 31, 2009 filing.

# EXHIBIT 1



California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

# Men's Mental Health Program Capacity Requirements

## Long Term Bed Plan

## Spring 2009 Projections through 2013

UPDATED -- August 2009

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - Spring 2009 Population Projections, April 2009 (Navigant Consulting) Need to 2013: | over/ (under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 3,141 | | 1,622 | | 0 | | 4,763 | 4,763 | 0 |
| ASU | 474 | | 252 | | -45 | | 681 | 675 | 6 |
| PSU | 384 | | 152 | | 0 | | 536 | 546 | (10) |
| MHCB | 314 | | 246 | | -90 | | 470 | 470 | 0 |
| Acute - Total | 155 | | 63 | | -25 | | 193 | 193 | 0 |
| ICF (Low Custody) - Total | 365 | | 25 | | 0 | | 390 | 301 | 89 |
| ICF- High Custody | 306 | | 496 | | -178 | | 624 | 624 | 0 |
| Total: | 5,139 | | 2,856 | | -338 | | 7,657 | 7,572 | 85 |

**Table #A:** Capacity as of May, 2009.
Data sources for number of beds: Health Care Population Oversight Program.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | 384 | 74 | 256 | 24 | | | | 738 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC[1] | 580 | 54 | | 36 | | | | 670 |
| CIM[2] | | | | 34 | | | | 34 |
| LAC | 300 | 54 | | 12 | | | | 366 |
| SVSP[3] | 192 | 45 | | 10 | | | 240 | 487 |
| CMF[4] | 533 | 58 | | 70 | 130 | 84 | 66 | 941 |
| PBSP | 66 | | 128 | 10 | | | | 204 |
| COR | 150 | 54 | | 23 | | | | 227 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | | | | | 36 |
| HDSP | | | | 10 | | | | 10 |
| ISP | | | | | | | | 0 |
| KVSP | 96 | | | 12 | | | | 108 |
| NKSP | | | | 10 | | | | 10 |
| PVSP | | | | 6 | | | | 6 |
| SATF | | | | 20 | | | | 20 |
| SOL | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| | | | | | | | | |
| | | | | | | | | |
| Sub Total: | 3,141 | 474 | 384 | 314 | 130 | 84 | 306 | 4,833 |
| **Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | 25 | 231 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 25 | 281 | 0 | 306 |
| Grand Total: (DMH Hospital + CDCR) | 3,141 | 474 | 384 | 314 | 155 | 365 | 306 | 5,139 |

**Table #B:** New capacity under development, proposed or converted.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | | | 152 | | | | | 152 |
| RJD | | | | | | | | 0 |
| CMC | | | | 50 | | | | 50 |
| CIM | | | | | | | | 0 |
| LAC[5] | 150 | | | | | | | 150 |
| SVSP[6] | 96 | 72 | | | | | | 168 |
| CMF[7] | 67 | | | | 20 | | 64 | 151 |
| PBSP | | | | | | | | 0 |
| COR[8] | | 45 | | | | | | 45 |
| MCSP | | | | | | | | 0 |
| SQ[9] | | | | 29 | | | | 29 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Alt sites [10] | 1,309 | 135 | | | | | | 1,444 |
| CCC-N | | | | 167 | 43 | | 432 | 642 |
| Sub Total: | 1,622 | 252 | 152 | 246 | 63 | 0 | 496 | 2,831 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | | 25 | | 25 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 25 |
| Grand Total: (DMH Hospital + CDCR) | 1,622 | 252 | 152 | 246 | 63 | 25 | 496 | 2,856 |

**Table #C:** Capacity to be returned to alternate use when need is eliminated by adding capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | | | | | | | | 0 |
| RJD | | | | | | | | 0 |
| CMC | | | | -36 | | | | -36 |
| CIM | | | | -34 | | | | -34 |
| LAC | | | | | | | | 0 |
| SVSP | | -45 | | | | | -112 | -157 |
| CMF | | | | -20 | | | -66 | -86 |
| PBSP | | | | | | | | 0 |
| COR | | | | | | | | 0 |
| MCSP | | | | | | | | 0 |
| SQ | | | | | | | | 0 |
| HDSP | | | | | | | | 0 |
| ISP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Alt sites [10] | | | | | | | | |
| CCC-N | | | | | | | | |
| Sub Total: | 0 | -45 | 0 | -90 | 0 | 0 | -178 | -313 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | -25 | | | -25 |
| CSH | | | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | -25 | 0 | 0 | -25 |
| Grand Total: (DMH Hospital + CDCR) | 0 | -45 | 0 | -90 | -25 | 0 | -178 | -338 |

**Table #D:** Net capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| | Level of Care | | | | | | | |
| SAC | 384 | 74 | 408 | 24 | 0 | 0 | 0 | 890 |
| RJD | 330 | 63 | 0 | 14 | 0 | 0 | 0 | 407 |
| CMC | 580 | 54 | 0 | 50 | 0 | 0 | 0 | 684 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 450 | 54 | 0 | 12 | 0 | 0 | 0 | 516 |
| SVSP | 288 | 72 | 0 | 10 | 0 | 0 | 128 | 498 |
| CMF | 600 | 58 | 0 | 50 | 150 | 84 | 64 | 1,006 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 99 | 0 | 23 | 0 | 0 | 0 | 272 |
| MCSP | 510 | 36 | 0 | 8 | 0 | 0 | 0 | 554 |
| SQ | 0 | 36 | 0 | 29 | 0 | 0 | 0 | 65 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 |
| SOL | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Alt sites (1)[10] | 1,309 | 135 | 0 | 0 | 0 | 0 | 0 | 1,444 |
| CCC-N | 0 | 0 | 0 | 167 | 43 | 0 | 432 | 642 |
| Sub-Total: | 4,763 | 681 | 536 | 470 | 193 | 84 | 624 | 7,351 |
| Department of Mental Health Hospital Capacity: | | | | | | | | |
| ASH | | | | | | 256 | | 256 |
| CSH | | | | | | 50 | | 50 |
| Total: | 0 | 0 | 0 | 0 | 0 | 306 | 0 | 306 |
| Grand Total: (DMH Hospital + CDCR) | 4,763 | 681 | 536 | 470 | 193 | 390 | 624 | 7,657 |

**Legend**

- Current program capacity (red)
- New capacity (orange)
- Returned capacity (green)
- Net capacity (purple)
- Long term plan (light blue)
- Long term plan/Court ordered (light blue, outlined)

**ASSUMPTIONS:**
This plan assumes:

-- **In Table A, the base bed number does not include short term proposals. In Table B, only the short term proposals included are those intended to become permanent. Those short term proposals that are intended to become permanent (as indicated in Table B) are ASH 25 bed ICF from Acute, COR 45 bed EOP-ASU and SQ 17 MHCB.**

-- Mental health bed need projections to 2013 using Spring 2009 population projections.

-- One new facility is proposed to be built in collaboration with the *Plata* Receiver and located near a population center to assist in staff recruitment and retention. This facility will provide care in housing appropriate to patient custody level.

-- All Coleman court ordered projects are completed.

-- All "temporary" projects are decommissioned. This includes all court identified "temporary" and **all** short term interim solutions except the 45 bed ASU EOP at Corcoran and the MHCB at SQ Building 22. Court identified temporary projects include the ICF-high custody beds in D-5 and D-6 at SVSP, the MHCB at CMC and CIM, the ICF- high custody beds at CMF. Also, the interim 20 MHCB at CMF APP revert back to Acute beds and interim Acute beds at ASH revert back to ICF (per short term projects plan).

-- No currently operating programs will be decommissioned unless;
    1) the space is being converted to another required level of mental health care; and
    2) there is adequate alternative capacity to accommodate future need in that level of care.

-- CDCR inmates will remain in DMH hospital beds.

**FOOTNOTES (Men's Program):**
1. CMC: The 36 MHCBs are interim and will be decommissioned when there is no wait list.

2. CIM: The 34 MHCBs are interim and will be decommissioned when there is no wait list.

3. SVSP: ICF High Custody beds are comprised of 128 permanent ICF beds plus 112 beds (in D-5 and D-6 housing units). The D-5 and D-6 beds will remain in place with new treatment space until there is no wait list; These are considered temporary by the Coleman Court.

4. CMF: Current ICF-low custody beds are comprised of 44 DTP beds in the A-2 housing unit plus 40 ICF beds in the A-3 housing unit. Current ICF-high custody beds are comprised of 36 in the P-2 housing unit and 30 in the P-3 housing unit; these are considered by the Court as temporary.

5. LAC: Builds, per court order, treatment and office space for a housing unit conversion to 150 EOP beds.

6. SVSP: Additional EOP capacity results from moving EOP-ASU to new facilities and retrofitting the current ASU housing unit to EOP. Office and treatment space for the EOP will be constructed.

7. CMF: Additional treatment and office space is in planning and design for the CMF EOP (including expanded capacity) and EOP-ASU populations. The interim 20 MHCB at CMF APP revert back to Acute beds.

8. COR: As related in short term proposals, EOP-ASU capacity will be designated out of existing housing; permanent treatment and office space will be built to support these services.

9. SQ: Also, related in short term proposals, the 29 MHCBs are delineated as follows: 17 MHCBs in Building 22 (Receiver's project), and 12 MHCBs with the CTC at the Condemned Inmate Complex project. The MHCB in the Condemned Inmate Complex was originally identified in the December 2006 Bed Plan (page 9) and was repeated in the August 2007 Supplemental Bed Plan (page 13). It has also been consistently identified in the bed chart spread sheets in these submittals.

10. Alternate site renovations are proposed for all additional EOP and EOP-ASU beds.