**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>       Plaintiffs,<br>   v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>       Defendants. | No. 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>       Plaintiffs,<br>   v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>       Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES**<br>**To: Three-Judge Panel** |

Notice is hereby given that Defendants Arnold Schwarzenegger, John Chiang, Michael C. Genest, Matthew Cate, and Stephen W. Mayberg appeal to the Supreme Court of the United States from the August 4, 2009 Order of the Three-Judge Court. This appeal is taken pursuant to 28 U.S.C. § 1253.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: September 3, 2009 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Paul B. Mello |
| 4 | | PAUL B. MELLO<br>(Cal. Bar No. 179755) |
| 5 | | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 6 | | Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |
| 7 | | Attorneys for Defendants<br>Arnold Schwarzenegger, et al. |
| 8 | | |
| 9 | DATED: September 3, 2009 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 10 | | |
| 11 | | By: /s/ Kyle Lewis |
| 12 | | KYLE LEWIS<br>(Cal. Bar. No. 201041) |
| 13 | | Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 14 | | San Francisco, CA 94102-7004<br>Telephone: (415) 703-5724 |
| 15 | | Facsimile: (415) 703-5843<br>Attorneys for Defendants |
| 16 | | Arnold Schwarzenegger, et al. |

- 2 -

NOTICE OF APPEAL
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

2025077.1