**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>          Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>          Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>          Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>          Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PROOF OF SERVICE RE: NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES (Sup. Ct. Rule 29.5)** |

I, Paul Mello, hereby certify the following:

I am a member of the Bar of the Supreme Court of the United States.

On September 3, 2009, I instructed my assistant, Brooke Stern, to serve by mail a copy of Defendants' notice of appeal to counsel of record for all parties to the above-entitled case, first-class postage prepaid.  She subsequently reported to me that she had sealed and deposited envelopes containing the notice of appeal for collection and mailing with the United States Postal Service at 425 Market Street, 26th Floor, San Francisco, California 94105 at 12:00 p.m. that day.  The names and addresses of all counsel served are listed below.  Said persons were also served and notified electronically through the District Court's CM/ECF system.  All parties required to be served have been served.

- 1 -

| | | |
|---|---|---|
| 1 | KIMBERLY HALL BARLOW<br>Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA  92835<br>(714) 446-1400<br>Representing Law Enforcement Intervenors | STEVEN S. KAUFHOLD<br>CHAD A. STEGEMAN<br>TERESA WANG<br>Akin Gump Straus Hauer & Feld LLP<br>580 California Street, 15th Floor<br>San Francisco, CA  94102<br>(415) 765-9500<br>Representing Legislative Intervenors |
| 6 | ANN MILLER RAVEL<br>THERESA FUENTES<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA  95110<br>(408) 299-5900<br>Representing County Intervenors | STEVEN WOODSIDE<br>ANNE L. KECK<br>Office of County Counsel<br>575 Administration Dr., Room 105A<br>Santa Rosa, CA  95403<br>(707) 565-2421<br>Representing Sonoma County Intervenors |
| 10 | MICHAEL BIEN<br>Rosen Bien & Galvan, LLP<br>315 Montgomery St., 10th Fl.<br>San Francisco, CA 94104<br>(415) 433-6830<br>Representing Coleman Plaintiffs | PRISON LAW OFFICE<br>DONALD SPECTER<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>(510) 280-2621<br>Representing Plata Plaintiffs |
| 14 | ROD PACHECO<br>WILLIAM MITCHELL<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA  92501<br>(951) 955-5400<br>Representing District Attorney Intervenors | GREGG ADAM<br>NATALIE LEONARD<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA  94104<br>(415) 989-5900<br>Representing CCPOA Intervenors |
| 18 | MICHAEL P. MURPHY<br>CAROL L. WOODWARD<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA  94063<br>(650) 363-4762<br>Representing County Intervenors | KYLE LEWIS<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA  94102<br>(415) 703-5677<br>Representing Defendants |

- 2 -

POS RE NOTICE OF APPEAL
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

2018493.2

| | | |
|---|---|---|
| 1 | DATED: September 3, 2009 | HANSON BRIDGETT LLP |

By: /s/ Paul B. Mello
PAUL B. MELLO
(Cal. Bar No. 179755)
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
Attorneys for Defendants
Arnold Schwarzenegger, et al.

- 3 -