STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
Attorneys for Republican Assembly and Senate Intervenors

ROD PACHECO
District Attorney, County of Riverside
WILLIAM E. MITCHELL, Assistant District Attorney (SBN 108483)
wemitchell@rivcoda.org
ALAN D. TATE, Senior Deputy District Attorney (SBN 172413)
atate@rivcoda.org
4075 Main Street, First Floor
Riverside, California  92501
Telephone:  (951) 955-5484
Fax:  (951) 955-5588
Attorneys for District Attorney Intervenors

MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
IVY M. TSAI (SBN 223168) imt@jones-mayer.com
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, California 92835
Telephone:    714-446-1400
Facsimile:    714-446-1448
Attorneys for Sheriff, Police Chief, Probation Chief, and Corrections Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br>         Plaintiffs, <br>   v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br>         Defendants | Case No. S-90-0520-LKK-JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br>         Plaintiffs, <br>   v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br>         Defendants. | Case No. C 01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES |

Notice is hereby given that Defendant Legislator Intervenors,[1] District Attorney Intervenors,[2] and Sheriff, Police Chief, Probation Chief, and Corrections Intervenors[3] (collectively, the "Statutory Intervenors"), appeal to the Supreme Court of the United States from the Three-Judge Court's August

---

[1] The California Senator and Assembly Intervenors (collectively the "Legislator Intervenors") appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: California State Senators: Senators Samuel Aanestad, Roy Ashburn, James F. Battin, Jr., John J. Benoit, Dave Cogdill, Robert Dutton, Dennis Hollingsworth, Bob Huff, Abel Maldonado, George Runner, Tony Strickland, Mimi Walters and Mark Wyland; and the following California Assemblymembers: Michael N. Villines, Anthony Adams, Joel Anderson, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Roger Niello, Sharon Runner, Jim Silva, Cameron Smyth, Todd Spitzer, Audra Strickland, and Van Tran.

[2] The District Attorney intervenors appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: Rod Pacheco, District Attorney County of Riverside, Bonnie M. Dumanis, District Attorney County of San Diego, Tony Rackauckas, District Attorney County of Orange, Jan Scully, District Attorney County of Sacramento, Christie Stanley, District Attorney County of Santa Barbara, Michael A. Ramos, District Attorney County of San Bernanrdino, Robert J. Kochly, District Attorney County of Contra Costa, David W. Paulson, District Attorney County of Solano, Gregg Cohen, District Attorney County of Tehama, Todd Riebe, District Attorney County of Amador, Bradford R. Fenocchio, District Attorney County of Placer, John R. Poyner, District Attorney County of Colusa, Michael Ramsey, District Attorney County of Butte, Gerald T. Shea, District Attorney County San Luis Obispo, Edward R. Jagels, District Attorney County of Kern, Gregory Totten, District Attorney County of Ventura, Vern Pierson, District Attorney County of El Dorado, Clifford Newell, District Attorney County of Nevada, Ronald L. Calhoun, District Attorney County of Kings, and Donald Segerstrom, District Attorney County of Tuolumne.

[3] The Sheriff, Police Chief, Probation Chief and Corrections Intervenors appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: Amador County Sheriff-Coroner Martin Ryan, Butte County Sheriff Perry Reniff, Calaveras County Sheriff Dennis Downum, El Dorado County Sheriff Jeff Neves, Fresno County Sheriff Margaret Mims, Glenn County Sheriff Larry Jones, Inyo County Sheriff William Lutze, Kern County Sheriff Donny Youngblood, Lassen County Sheriff Steve Warren, Los Angeles County Sheriff Lee Baca, Merced County Sheriff Mark Pazin, Mono County Sheriff Rick Scholl, Monterey County Sheriff Mike Kanalakis, Orange County Sheriff-Coroner Sandra Hutchens, Placer County Sheriff Edward Bonner, San Benito County Sheriff-Coroner Curtis Hill, San Diego County Sheriff William Gore, San Joaquin County Sheriff-Coroner Steve Moore, San Luis Obispo County Sheriff Pat Hedges, Santa Barbara County Sheriff Bill Brown, Santa Clara County Sheriff Laurie Smith, Solano County Sheriff-Coroner Gary Stanton, Stanislaus County Sheriff-Coroner Adam Christianson, Sutter County Sheriff- Coroner J. Paul Parker, Tehama County Sheriff Clay Parker, Tuolumne County Sheriff-Coroner James Mele, Ventura County Sheriff Bob Brooks, Yolo County Sheriff Ed Prieto, Yuba County Sheriff Steve Durfor, City of Fremont Police Chief Craig Steckler, City of Fresno Police Chief Jerry Dyer, City of Grover Beach Police Chief Jim Copsey, City of Modesto Police Chief Michael Harden, City of Pasadena Police Chief Bernard Melekian, City of Paso Robles Police Chief Lisa Solomon, City of Roseville Police Chief Michael Blair, Contra Costa County Chief Probation Officer Lionel Chatman, Fresno County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal, Sacramento County Chief Probation Officer Don Meyer, San Luis Obispo Chief Probation Officer Jim Salio, Solano County Chief Probation Officer Isabelle Voit, Stanislaus County Chief Probation Officer Jerry Powers, and Ventura County Chief Probation Officer Karen Staples.

1  4, 2009 Opinion and Order (Docket No. 2197 in C 01-1351 TEH; Docket No. 3641 in S-90-0520-
2  LKK-JFM P) finding that a prisoner release order should issue.
3       Appellants take this appeal pursuant to 28 U.S.C. § 1253, providing for a direct appeal from
4  decisions of three-judge courts.

5  Dated: September 3, 2009         By    /s/Chad A. Stegeman
                                           Chad A. Stegeman
6                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                           Steven S. Kaufhold
7                                          Chad A. Stegeman
8
                                           Attorneys for the Republican Assembly and Senate
9                                          Intervenors

10 Dated: September 3, 2009         By    /s/ Martin J. Mayer  (as authorized on 9/3/09)
                                           Martin J. Mayer
11                                         JONES & MAYER
12                                         Martin J. Mayer
                                           Kimberly Hall Barlow
13                                         Ivy M. Tsai

14                                         Attorneys for the Sheriff, Probation, Police Chief,
15                                         and Corrections Intervenors

16 Dated: September 3, 2009         By    /s/ William E. Mitchell (as authorized on 9/3/09)
                                           William E. Mitchell
17                                         William E. Mitchell
                                           Alan Tate
18                                         District Attorneys
                                           County of Riverside
19
                                           Attorneys for the District Attorney Intervenors
20

21       I, Chad A. Stegeman, am the ECF user whose ID and password are being used to
22 file this Notice of Appeal to the Supreme Court of the United States.  In compliance
23 with the Northern District of California General Order 45, X.B., I hereby attest that
24 Martin J. Mayer and William E. Mitchell have concurred in this filing.
   DATED: September 3, 2009         By    /s/Chad A. Stegeman
25                                         Chad A. Stegeman
                                           AKIN GUMP STRAUSS HAUER & FELD LLP
26
                                           Attorneys for the Republican Assembly and Senate
27                                         Intervenors
28

DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES
                                      CASE NO. 90-0520 LKK-JFM P AND C 01-1351 TEH