```
 1  STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
    CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
 2  TERESA WANG (SBN 252961) twang@akingump.com
    Akin Gump Strauss Hauer & Feld LLP
 3  580 California, 15th Floor
    San Francisco, California 94104-1036
 4  Telephone:    415-765-9500
    Facsimile:    415-765-9501
 5  Attorneys for Republican Assembly and Senate Intervenors

 6  ROD PACHECO
    District Attorney, County of Riverside
 7  WILLIAM E. MITCHELL, Assistant District Attorney (SBN 108483)
    wemitchell@rivcoda.org
 8  ALAN D. TATE, Senior Deputy District Attorney (SBN 172413)
    atate@rivcoda.org
 9  4075 Main Street, First Floor
    Riverside, California 92501
10  Telephone: (951) 955-5484
    Fax: (951) 955-5588
11  Attorneys for District Attorney Intervenors

12  MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
    KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
13  IVY M. TSAI (SBN 223168) imt@jones-mayer.com
    Jones & Mayer
14  3777 North Harbor Boulevard
    Fullerton, California 92835
15  Telephone:    714-446-1400
    Facsimile:    714-446-1448
16  Attorneys for Sheriff, Police Chief, Probation Chief, and Corrections Intervenors
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>　　　　Defendants | Case No. S-90-0520-LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>　　　　Defendants. | Case No. C 01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>PROOF OF SERVICE RE: DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES (Sup. Ct. Rule 29.5) |

1

PROOF OF SERVICE RE NOTICE OF APPEAL　　　　　　CASE NOS. 90-0520 LKK-JFM P, C 01-1351 TEH

I, Chad A. Stegeman, hereby certify the following:

On September 3, 2009, I instructed my assistant, David Lamb, to serve by mail a copy of the Defendant Intervenors' Notice of Appeal to the Supreme Court of the United States ("Notice of Appeal") to counsel of record for all parties to the above-entitled case, first-class postage prepaid. He subsequently reported to me that he had sealed and deposited envelopes containing the Notice of Appeal for collection and mailing with the United States Postal Service at the mail box located at 580 California Street, San Francisco, California 94104 at 4:40 p.m. that day. The names and addresses of all counsel served are listed below. Said persons were also served and notified electronically through the CM/ECF systems of both the District Court of the Eastern District of California and the District Court of the Northern District of California. All parties required to be served have been served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2009     By _____
                                  Chad A. Stegeman
                                  AKIN GUMP STRAUSS HAUER & FELD LLP

                                  Attorneys for the Republican Assembly and Senate Intervenors

Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
County of Santa Clara
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110
(408) 299-5900
Representing County Intervenors

Steven Woodside
Anne L. Keck
Office of County Counsel
575 Administration Dr., Room 105A
Santa Rosa, CA 95403
(707) 565-2421
Representing Sonoma County Intervenors

Michael Bien
Rosen Bien & Galvan, LLP
315 Montgomery St., 10th Fl.
San Francisco, CA 94104
(415) 433-6830
Representing Coleman Plaintiffs

Prison Law Office
Donald Specter
1917 Fifth Street
Berkeley, CA 94710-1916
(510) 280-2621
Representing Plata Plaintiffs

| | |
|---|---|
| Gregg Adam<br>Natalie Leonard<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery St., Suite 400<br>San Francisco, CA 94104<br>(415) 989-5900<br>Representing CCPOA Intervenors | Michael P. Murphy<br>Carol L. Woodward<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>(650) 363-4762<br>Representing County Intervenors |
| Kyle Lewis<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 703-5677<br>Representing Defendants | Paul B. Mello<br>Hanson Bridgett LLP<br>425 Market St., 26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>Representing Defendants<br>Arnold Schwarzenegger, et al. |
| Kimberly Hall Barlow<br>Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400<br>Representing Law Enforcement Intervenors | Rod Pacheco<br>William Mitchell<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501<br>(951) 955-5400<br>Representing District Attorney Intervenors |

3

PROOF OF SERVICE RE NOTICE OF APPEAL                    CASE NOS. 90-0520 LKK-JFM P, C 01-1351 TEH