**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Supreme Court of the United States
Clerk's Office
One First Street N.E.
Washington, DC 20543

**RE:**        **RALPH COLEMAN vs. JOHN S ZIL MD**
**USDC No.:**   **2:90–CV–00520–LKK–JFM**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 08, 2009 , transmitted herewith are the following documents.

**Volumes of Files: 49.**
**Paper Documents: 1 to 1632.**
**Volumes of Expandable Folders: 60.**
**Electronic Documents: 1633 to 3666.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                  Very truly yours,

**September 8, 2009**       /s/ **D. Waggoner**

                  Deputy Clerk

RECEIVED BY:

                  Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: