1    IN THE UNITED STATES DISTRICT COURTS

2    FOR THE EASTERN DISTRICT OF CALIFORNIA

3    AND THE NORTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6

7    RALPH COLEMAN, et al.,

8                        Plaintiffs,
                                                    NO. CIV S-90-0520 LKK JFM P
9              v.
                                                    **THREE-JUDGE COURT**
10   ARNOLD SCHWARZENEGGER,
     et al.,

11
                        Defendants.
12

13   MARCIANO PLATA, et al.,

14                       Plaintiffs,
                                                    NO. C01-1351 THE
15             v.
                                                    **THREE-JUDGE COURT**
16   ARNOLD SCHWARZENEGGER,
     et al.,                                        ORDER ON PLAINTIFFS'
17                                                  MOTION TO COMPEL
                        Defendants.
18

19

20          Plaintiffs have filed a motion to compel defendants to consult with plaintiffs

21   concerning defendants' proposed population reduction plan and to produce to plaintiffs data

22   relevant to evaluation of that plan.  Specifically, plaintiffs seek an order requiring defendants

23   to immediately provide plaintiffs with notice of the population reduction measures

24   defendants are "actively considering" and data necessary to analyze those measures, to

25   provide plaintiffs with their proposed plan not later than twenty-four hours in advance of

26   meeting with plaintiffs, and to meet with plaintiffs not later than September 10, 2009.

27   Defendants oppose the motion.

28

1    Pursuant to this court's August 4, 2009 order, defendants are required to submit to the

2  court by September 18, 2009 a proposed plan to reduce the population of CDCR's adult

3  prisons, in no more than two years, to 137.5% of their combined design capacity.  Plaintiffs'

4  motion arises from the requirement in the August 4, 2009 order that:

5              in preparing their plan, defendants shall consult with plaintiffs,
             intervenors, and other relevant stakeholders, including the
6             *Coleman* Special Master and the *Plata* Receiver.  Should such
             consultation fail to resolve any objections to the proposed
7             population reduction plan, plaintiffs and intervenors shall file
             their objections no more than 20 days after defendants file their
8             proposed plan, and defendants shall file responses to such
             objections no more than 10 days thereafter.
9

10  Aug. 4, 2009 Opinion & Order at 183.

11    The core of plaintiffs' motion centers on defendants' refusal, thus far, to provide to

12  plaintiffs data to evaluate defendants' proposed population reduction measures.  With the

13  motion, plaintiffs present evidence that on August 21, 2009, they requested that defendants

14  provide plaintiffs and their expert, Dr. Austin, with the following data files for purposes of

15  evaluating defendants' proposed population reduction measures: (1) prison admissions for

16  the last 12 months; (2) prison releases for the last 12 months; (3) the current prisoner

17  population; (4) the current parolee population; and (5) parole releases for the last 12 months,

18  with each file containing offense, sentence, classification and risk assessment, and

19  demographics for the respective category.  Ex. A to Evenson Decl.  Plaintiffs represent that

20  defendants have previously provided the "same core data elements" to their expert, Dr. James

21  Austin.[1]  *Id.*  On August 27, 2009, defendants informed plaintiffs that they would not provide

22  the requested information.  *Id.*  On September 1, 2009, plaintiffs again requested the

23  information and a response by noon on September 2, 2009.  Ex. B to Evenson Decl.

24  Plaintiffs represent that they did not receive a response to the September 1, 2009 e-mail.  The

25  instant motion was filed at 2:05 p.m. on September 2, 2009.

26

27  _____

28    [1]Dr. Austin served on the CDCR's Expert Panel on Adult Offender Recidivism
    Reduction Programming.  *See* Aug. 4, 2009 Opinion & Order at 45 n.39.

1   Defendants oppose the motion on grounds that (1) any meeting prior to the end of the

2   current session of the California legislature on September 11, 2009, would be premature;

3   (2) the document production request is unduly burdensome; and (3) plaintiffs have failed to

4   comply with procedures set forth in Eastern District of California Local Rule 37-251

5   governing discovery disputes, specifically, the preparation of a joint statement regarding the

6   dispute.

7   After review of the motion and the opposition thereto, and good cause appearing,

8   defendants are required to provide the information requested to plaintiffs on or before

9   September 18, 2009.  Plaintiffs' request to advance the meeting presently set for

10  September 14, 2009 is denied.  The August 4, 2009 order contemplates an alternative process

11  to resolve objections to any proposed plan in the event that consultation between the parties

12  prior to submission of the plan fails to do so.

13

14  **IT IS SO ORDERED.**

15

16  Dated:   09/11/09                                        /s/
                                               STEPHEN REINHARDT
17                                             UNITED STATES CIRCUIT JUDGE
                                               NINTH CIRCUIT COURT OF APPEALS
18

19

20  Dated:   09/11/09
                                               LAWRENCE K. KARLTON
21                                             SENIOR UNITED STATES DISTRICT JUDGE
                                               EASTERN DISTRICT OF CALIFORNIA
22

23

24  Dated:   09/11/09
                                               THELTON E. HENDERSON
25                                             SENIOR UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF CALIFORNIA
26

27

28