(ORDER LIST: 557 U.S.)

FRIDAY, SEPTEMBER 11, 2009

ORDER IN PENDING CASE

09A234      SCHWARZENEGGER, GOV. OF CA, ET AL. V. COLEMAN, RALPH, ET AL.

        The application for stay presented to Justice Kennedy and by him referred to the Court is denied. In denying the stay, the Court takes note of the fact that the three-judge district court has indicated that its final order will not be implemented until this Court has had the opportunity to review the district court's decree.