1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JEFFREY STEELE, State Bar No. 124668
   DEBBIE J. VOROUS, State Bar No. 166884
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: jeff.steele@doj.ca.gov

8  Attorneys for Defendants

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF JEFFREY STEELE IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED TRAINING PROGRAM** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

   I, Jeffrey Steele, declare:

   1.  I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

   2.  Plaintiffs' counsel has authorized me to represent to the Court that they do not oppose this request for extension of time. In addition, Dr. Jeffrey Metzner of the Special Master's team has told me that he does not oppose this request for extension of time.

   ///

1

1  I declare under penalty of perjury that the foregoing is true.  Executed this 16th day of
2  September, 2009, at Sacramento, California.

3
4  */s/ Jeffrey Steele*_____
   JEFFREY STEELE

5
6  CF1997CS0003
   30843562.doc

2

Decl. Jeffrey Steele in Supp. Defs.' Req. for Ext. of Time to File Proposed Training Program
(2:90-cv-00520 LKK JFM P)