EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JEFFREY STEELE, State Bar No. 124668
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: jeff.steele@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED TRAINING PROGRAM** |

I, Sharon Aungst, declare:

1. I am the Chief Deputy Secretary of the Division of Correctional Health Care Services for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so.

2. I began working as Chief Deputy Secretary on February 9, 2009. I have worked in the mental health care profession for over 30 years.

3. From 1995 to 1998, I worked for the Ohio Department of Rehabilitation and Correction (ODRC). During my tenure with the ODRC, I was responsible for fulfilling major

1

requirements for the termination of a federal class action concerning the constitutional adequacy of the mental health care provided to state inmates. *Dunn v. Voinovich*, No. C1-93-0166 (Ohio Dist. Ct.). In the course of that work, I oversaw the development and implementation of training programs for correctional staff.

4. I am familiar with this Court's June 18, 2009, order that, under the guidance of the Special Master and following the model used to develop the activation schedules and the short-term and intermediate term plan before this court, Defendants develop a training plan for correctional staff at the facilities that are the subjects of Defendants short term and intermediate-term plan. The order requires that the plan be submitted to the court for approval by September 16, 2009.

5. In accordance with the Court's order, I have worked diligently since June with CDCR mental health and administrative staff and Division of Adult Institutions staff to develop a training program that would meet with the approval of the Special Master. Initially, our team believed that the training program developed by CDCR for use at Salinas Valley State Prison could be modified to meet the Court's requirements. After further review and consultation with the Special Master's team, however, I realized that modification of the Salinas Valley program was infeasible, and we needed to create a new training program from scratch.

6. My team worked hard to develop draft outlines and lesson plans to the Special Master's team. Several iterations of the plans were presented. In addition, at the suggestion of the Special Master's team, my team reviewed materials developed by other experts in the field. These included: (1) the Department of Mental Health's "Therapeutic Strategies and Interventions" training; (2) videotaped vignettes created by Dr. Charles Scott at the University of California at Davis, Department of Forensic Psychiatry[1]; and (3) the Georgia Department of Corrections' Crisis Intervention Training.

---

[1] Dr. Scott is the chief of the Division of Psychiatry and the Law and the forensic psychiatry training director. He has served as a forensic psychiatric consultant to jails, prisons, and maximum security forensic inpatient units. Dr. Scott has published articles and book chapters in the area of risk assessment of violence and aggression. His research interests include the relationship of substance use to aggression among mentally disordered offenders. He was first editor of The Handbook of Correctional Mental Health from American Psychiatric Publishing,
(continued...)

2

Decl. Sharon Aungst in Supp. Defs.' Req. for Ext. of Time to File Proposed Training Program (2:90-cv-00520 LKK JFM P)

7.      Despite our best efforts to develop a training program that the Court would approve, I realized by early August that we could neither develop an adequate training plan nor meet the Court's deadline without outside assistance. The reasons for this are several. First, the Special Master's team asked us to develop a program that relied less upon lectures and more upon role-playing and videotaped scenarios that demonstrate techniques for dealing with inmates with mental illness. My staff has now done so. We have written scripts and videotaped scenarios for use in the training, and have screened several for the Special Master's team. This has taken considerable time and effort.

8.      Second, at the suggestion of the Special Master's team, we have contacted the National Alliance on Mental Illness (NAMI), a national grassroots mental health advocacy organization that provides educational and training materials to mental health care providers, among others, to draw upon their expertise and resources. As a result, we have incorporated into the training program speakers referred to CDCR by NAMI to talk about their experience with mental illness and the prison system. This, too, has taken considerable time.

9.      Third, in order to ensure that the training program CDCR develops is presented effectively, we decided to do a "dry run" of the training at California State Prison-Sacramento before submitting the plan to the Court for approval. By doing so, we will be able to make changes to the program that the "dry run" reveals are appropriate, and thereby present a better program to the Court. Ultimately, the "dry run" could not be scheduled before the Court-ordered deadline for submitting the plan. It is now scheduled to take place on September 23, 2009.

///

///

---

(...continued)
Inc. and guest editor for the September 2006 edition of the Psychiatric Clinics of North America devoted specifically to forensic psychiatry. He has also authored book chapters on juvenile violence, mental health law, and co-authored chapters on child psychiatry and the assessment of dangerousness. Dr. Scott is a member of the California Judicial Action Committee and is a counselor in the American Academy of Psychiatry and the Law. He lectures nationally on the topics of violence risk assessment, juvenile violence, substance use and violence, the assessment of sex offenders, correctional psychiatry, and malpractice issues in mental health.

3

Decl. Sharon Aungst in Supp. Defs.' Req. for Ext. of Time to File Proposed Training Program (2:90-cv-00520 LKK JFM P)

10. Fourth, we have revised our outlines and lesson plans many times in response to suggestions and recommendations by the Special Master's team, in order to ensure the best possible training program and obtain Court approval as quickly as possible.

11. For all these reasons, I decided we needed outside help. I contacted Jane Haddad, Psy.D., of MHM, Inc.[2] for assistance with developing the training program. Dr. Haddad helped develop training programs for the Ohio Department of Rehabilitation and Correction during my employment there. I knew she had the expertise to help us get the job done faster and better than we could do it ourselves. In addition, Dr. Jeffrey Metzner of the Special Master's team and Plaintiffs' counsel are familiar with Dr. Haddad, and have expressed approval at her participation in this project. Dr. Haddad's contract with CDCR was approved on August 26, 2009, and runs through October 15, 2009.

12. We continued to work on the training program before Dr. Haddad's contract was approved. In addition to the efforts described above, my staff has done the following to develop the training program:

(a) identified movie clips and excerpts from the Frontline program, "The New Asylums" to be used as training tools;

(b) contacted movie distributors and the Public Broadcasting System to gain approval for these tools;

(c) set a schedule to train the trainers who will deliver the program on October 6 and 7, 2009;

(d) developed a training schedule to implement training prior to the activation of short- and intermediate-term beds where possible. However, training implementation will not impede activation of beds even though training will not precede activation for projects at California State Prison-Corcoran and Salinas Valley State Prison.

---

[2] MHM Services, Inc. (MHM) is a nationwide firm that contracts with government agencies in 18 states to provide a wide array of behavioral health and medical services in nursing homes, correctional facilities, state psychiatric hospitals, and other community settings.

4

13. For all these reasons, CDCR needs an additional thirty days to present its training program to the Court. I have consulted with the Special Master's team, and have been informed that they do not object to this extension of time.

I declare under penalty of perjury that the foregoing is true. Executed this 16th day of September, 2009, at Sacramento, California.

SHARON AUNGST

CF1997CS0003
30843562.doc

5

Decl. Sharon Aungst in Supp. Defs.' Req. for Ext. of Time to File Proposed Training Program (2:90-cv-00520 LKK JFM P)