IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **(PROPOSED) ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED TRAINING PROGRAM** |

On September 16, 2009, Defendants filed an ex parte request for an additional thirty days to complete their proposed training program so that their outside consultant can help develop the plan and it can be tested before a live group of trainees before it is submitted to the Court for approval.

/ / /

/ / /

/ / /

/ / /

/ / /

1

     Good cause presented to the Court and good cause appearing, the Court grants Defendants an additional thirty days to submit their training program. Defendants shall have up to and including October 16, 2009, to submit their proposed program.

IT IS SO ORDERED.

Dated: _____                   _____
                                                              Lawrence K. Karlton
                                                              United States District Court Judge

2

(Proposed) Order Granting. Defs.' Req. for Ext. of Time to File Proposed Training Program
(2:90-cv-00520 LKK JFM P)