| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON<br>KYLE A. LEWIS<br>Deputy Attorney General<br>State Bar No. 201041<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5724<br>Fax: (415) 703-5677<br>E-mail: Kyle.Lewis@doj.ca.gov<br><br>*Attorneys for Defendants* | JERROLD C. SCHAEFER – 39374<br>PAUL B. MELLO – 179755<br>S. ANNE JOHNSON – 197415<br>SAMANTHA D. WOLFF – 240280<br>RENJU P. JACOB – 242388<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>E-mails:<br>jschaefer@hansonbridgett.com<br>pmello@ hansonbridgett.com<br>ajohnson@ hansonbridgett.com<br>swolff@ hansonbridgett.com<br>rjacob@ hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>              Plaintiffs,<br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>              Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>              Plaintiffs,<br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>              Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' POPULATION REDUCTION PLAN**<br><br>**To: Three-Judge Court** |

1

1   On August 4, 2009, the Three-Judge Court ordered Defendants to "provide the Court with a population reduction plan" within 45 days.  (*Plata* Doc. 2197.)  Defendants filed a notice of appeal and request for stay in the U.S. Supreme Court.  (*Plata* Doc. 2224.)  The stay was denied by the U.S. Supreme Court on September 11, 2009; the appeal is still pending and a jurisdictional statement will be filed in due course.  Therefore, as required by the Three-Judge Court's order, Defendants submit the attached "population reduction plan."  (*See* Exhibit A.)  Defendants also submit "California Department of Corrections and Rehabilitation Achievements & Improvements Introduced During Three-Judge Court Proceeding."  (*See* Exhibit B.)

The submission of the attached "population reduction plan," as required by the Three-Judge Court, is not an admission that this Court's order meets the requirements of the Prison Litigation Reform Act (PLRA).  As will be argued in the U.S. Supreme Court, the Three-Judge Court erred in its rulings and orders.  Thus, the submission of this plan does not constitute waiver of any issue previously raised before this Court and which may be raised in the U.S. Supreme Court, including, but not limited to, whether the three-judge court was properly convened; whether the Court misconstrued the PLRA's requirement that crowding is the primary cause of the violation of a federal right; whether the population cap of 137.5% satisfies the PLRA's "least intrusive" and "narrowly drawn" requirements; and whether the Court improperly refused to permit the State from introducing evidence "relevant only to determining whether the constitutional violations found by the *Plata* and *Coleman* courts were 'current and ongoing.'"

2

Defs.' Population Reduction Plan (CIV S-90-0520 LKK JFM, C 01-01351 TEH)

Dated: September 18, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ Kyle A. Lewis
_____
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*


HANSON BRIDGETT LLP

/s/ Paul B. Mello
_____
Paul B. Mello
*Attorneys for Defendants*

3

Defs.' Population Reduction Plan (CIV S-90-0520 LKK JFM, C 01-01351 TEH)