# EXHIBIT B

## California Department of Corrections and Rehabilitation
## Achievements & Improvements Introduced During Three-Judge Court Proceeding

During the course of the Three-Judge Court proceeding, Defendants introduced the following evidence detailing the California Department of Corrections and Rehabilitation's (CDCR) achievements and improvements. Those include:

### I.    Improvements in the Delivery of Medical Care

A.  Funding:

1. In FY 1994-95, $344 million was expended for inmate health care or $2,714 per inmate per year (in 1994 dollars). (Trial Aff. of Todd Jerue, 10/30/08, (Jerue Aff.) *Plata v. Schwarzenegger* Dock. No. 1632 at ¶ 6.).

2. In FY 2005-06, $1.252 billion was expended for inmate health care or $7,601 per inmate per year (in 2005 dollars). (*Id.* at ¶ 7.)

3. In FY 2006-07, $1.635 billion was expended for inmate health care or $9,759 per inmate per year (in 2006 dollars). (*Id.* at ¶ 8; Trial Transcript (Trial Tr.), 12/3/08, at 1210:4-13; 1213:17-22; 1215:20-1216:20.)

4. In FY 2007-08, $2.249 billion was expended for inmate health care or $13,778 per inmate per year (in 2007 dollars). (*Id.* at ¶ 9.)

B.  Improvements in Death Review and Death Review Programs:

1. The number of alleged preventable asthma deaths went from 6 in 2006 to 0 in 2007. (Trial Tr., 11/20/08, at 450:20-451:2.)

2. The number of alleged preventable deaths went from 18 in 2006 to 3 in 2007. (*Id.* at 486:16-22; 487:2-5; 12/10/07 Deposition of Ronald Shansky (Shansky Dep.) at 74:7:16.)

3. Deaths have trended down in the last 10 quarters. (Trial Tr., 11/20/08, at 454:21-455:12.)

C.  Staffing Increases:

1. Physicians: CDCR's physician staffing has increased dramatically, and is within 5% of the Receiver's goal to fill 90% of physician positions. (Trial Tr., 11/20/08, at 445:7-446:14; 447:9-448:5.) Between November 2007 and August 2008, CDCR hired 62 full-time state employed primary care physicians. (Defendants' Trial Exhibit (Defs.' Tr. Ex.) 1235 – Staffing Progress for Medical and Mental Health at 3.)

   2. Chief Physicians and Surgeons: Between October 2005 and August 2008, the number of full-time state employed Chief Physicians and Surgeons rose from 10 to 28. (*Id.* at 2.)

   3. Physician Assistants: The number of Physician Assistants rose from 1 in April 2006 to 13 in August 2008. (*Id.* at 4.)

   4. Nurse Practitioners: The number of Nurse Practitioners rose from 11 in October 2005 to 44 in August 2008. (*Id.* at 5.)

   5. Registered Nurses: The number of registered nurses rose from 818 in October 2005 to 1556 in August 2008. Staffing of registered nurses has increased and is now within 2% of the Receiver's statewide goal to fill 90% of nursing positions. (Trial Tr., 11/20/08, at 445:7-446:14; 447:9-448:5.)

   6. Licensed Vocational Nurses: The number of licensed vocational nurses rose from 4 in May 2007 to 937 in August 2008. (Defs.' Tr. Ex. 1235 at 7.)

   7. Correctional Officers: The number of correctional officers employed by the department rose from 20,741 in October 2005 to more than 24,090 in August 2008. (*Id.* at 8.)

D. During the *Plata v. Schwarzenegger* Receivership, other improvements include:

   1. New screening and assessment processes at reception and release;

   2. New health care access units -- that include large numbers of correctional officers charged with ensuring inmate access to medical care;

   3. Establishing new and better health care scheduling and patient-inmate tracking systems;

   4. Redesigning and improving sick call processes, forms, and staffing models;

   5. Improved chronic care systems;

   6. Improved emergency response plans and systems;

   7. Improved provision of and access to specialty care and hospital services;

   8. Improved medical clinical leadership and management;

   9. Improved peer review and death review programs;

   10. Establishment of a comprehensive, safe, and efficient pharmacy program -- including continued development of the drug formulary and the rollout of a

   computerized pharmacy operating system designed to improve medication management in CDCR institutions;

  11. Establishing standardized health records practices -- ultimately leading to the use of electronic medical records; and

  12. Establishing effective radiology and laboratory services.

(Defs.' Tr. Ex. 1100 – Receiver's Ninth Quarterly Report, 09/15/08, *Plata* Dock. No. 1472 at 8-12, 15-24, 33-34, 40-41, 51-58.)

## II. Improvements in the Mental Health Care Delivery System

 A. Enhanced Screening, Diagnosis, and Treatment Procedures

  1. Since 1997, Defendants have used a uniform set of policies and procedures to provide care to mentally ill inmates. (Trial Aff. of Robin Dezember, 10/30/08, (Dezember Aff.) *Plata v. Schwarzenegger* Dock. No. 1715 at ¶ 15.)

  2. CDCR now identifies and classifies a significantly greater proportion of its inmates as belonging to the *Coleman* class than it did when the *Coleman* litigation began. In August 2008, CDCR classified 20% of its inmates as severely mentally ill, up from 7.9% in 1994. (*Id.* at ¶¶ 70, 71.)

  3. The treatment programs or 'levels of care' provided by Defendants have increased in size and in specificity. Under the Revised Program Guide, Defendants now provide distinct levels of care and programs reflecting the mental health care and housing needs of *Coleman* class members. (Defs'. Trial Ex. 1273—*Coleman* F&Rs, 6/6/94 at 43-44; *see also* Dezember Aff., ¶ 70.)

 B. Mental Health Bed Increases

  1. In 1994, the CDCR mental health care system was limited to a few institutions and involved some 3,200 designated mental health care beds. (Defs.' Trial Ex. 1273 - *Coleman* F&Rs, 6/6/94, at 43-44; Dezember Aff., ¶ 70.) Now, the CDCR mental health care system extends to each CDCR institution across the State and involves some 30,382 beds across all levels of care. (Dezember Aff., ¶ 75; Defs.' Trial Ex. 1247 - Chart of CDCR Facilities.)

  2. There are now three state mental hospitals and two psychiatric programs available for inpatient care. (Trial Tr., 11/21/08, at 758:13-22; 759:9-760: 5.) These facilities include Atascadero, Coalinga, and Patton State Hospitals and psychiatric programs at CDCR's California Medical Facility and Salinas Valley State Prison institutions. (Trial. Aff. of Cynthia Radavsky, 10/30/08 (Radavsky Aff.) *Plata v. Schwarzenegger* Dock. No. 1657 at ¶ 14; Trial Tr., 11/21/08, at 758:13-22, 759:9-760:5.)

3. Defendants have systematically added mental health beds at individual institutions, with a resulting decrease in wait lists for mental health beds. For instance, the activation of 64 Psychiatric Services Unit beds in 2008 resulted in a decrease in the waiting list from 79 to 22. Likewise, the activation of 50 Mental Health Crisis beds in 2008 contributed to a decrease in the waiting list for such beds from 301 to 16. Kern Valley State Prison recently added 96 sensitive need Enhanced Outpatient Program (EOP) beds, which allowed EOP patients to be moved from administrative segregation to those beds. (Dezember Aff., ¶ 74; Defs.' Trial Ex. 1186 - Kern Valley State Prison Activation Mem., Aug. 2008.)

C. Mental Health Staffing Increases

1. CDCR has increased its number of mental health clinicians, including psychiatrists, psychologists, and social workers, from 314 positions in 1994 to 2396 positions in 2008. (Dezember Aff. ¶ 48; *see* Defs.' Ex. 1269 - Chart of 1994 Mental Health Care Positions; Defs.' Trial Ex. 1235 - CDCR 2008 Mental Health Care Positions; Defs.' Trial Ex. 1246, CDCR Chart of Mental Health Positions.)

2. Both CDCR and the Department of Mental Health (DMH) have used new pay parity packages to drive stronger recruiting strategies for mental health clinical staff. (Dezember Aff., ¶¶ 57, 58; Radavsky Aff., ¶ 28; Trial Tr., 11/21/08 at 812:11-813:13.)

3. CDCR now employs approximately 2400 correctional officers in dedicated "access to care" units to provide escort for inmates to their medical and mental health appointments. (Trial Tr., 12/10/08, at 1894:20-1895:6.)

D. Suicide Prevention Program Improvements

1. At the underlying trial, the *Coleman* court found that Defendants' 1990 suicide prevention program for CDCR institutions would have been sufficient if adequately staffed. (Dezember Aff. ¶ 30; Defs.' Trial Ex. 1273 - *Coleman* F & R, 6/6/94, *Coleman* Dock. No. 547 at 75:1-6.) Defendants have significantly increased mental health staffing since the underlying trial. (Dezember Aff., ¶ 48; *see* Defs.' Trial Ex. 1269 - Chart of 1994 Mental Health Care Positions; Defs.' Trial Ex. 1235.)

2. The *Coleman* court found in 2005 that suicides occurred at higher rates within administrative segregation areas. CDCR worked with the *Coleman* Special Master and Plaintiffs' counsel to develop improved suicide prevention strategies for administrative segregation areas. The *Coleman* court approved and Defendants have implemented a multidisciplinary and comprehensive approach to reducing suicides. (Dezember Aff., ¶¶ 32-41; *see* Defs.' Trial Ex. 1279 - *Coleman* Order, 6/9/05, *Coleman* Dock. No. 1668; Defs.' Trial Ex. 1280 - *Coleman* Stipulated Order, 2/13/06, *Coleman* Dock. No. 1760; Defs.' Trial Ex.

   1282 -*Coleman* Order, 6/8/06, *Coleman* Dock. No. 1830; Defs.' Trial Ex. 1311 - *Coleman* Stipulated Order, 7/5/06, *Coleman* Dock. No. 1872.)

  3. The performance and efficacy of these suicide prevention programs is measured by CDCR's internal investigations and analyses of any inmate suicides within its institutions.  (Dezember Aff. ¶¶ 35-36.)

 E. Mental Health Records System - Defendants are continuing to work to improve CDCR's mental health recordkeeping systems.  According to current estimates, new information technology will be implemented within 18-24 months.  (Dezember Aff. ¶¶ 90-91.)

 F. Pharmacy System - The Coordinated Courts vested the *Plata* Receiver with leadership responsibility over the pharmacy function of the medical and mental health services delivery system.  (Defs.' Trial Ex. 1299, Coordinated Cts' Order, 6/28/07.)  The *Plata* Receiver has contracted with Maxor National Pharmacy Services Corporation to install the necessary pharmacy services in each institution.  (*Id.*)

## III. CDCR Inmate Mortality Rates

 A. CDCR had the 14th best mortality rate nationally.  (Trial Tr., 11/19/08, at 244:7-27.)

 B. From 2001 to 2004, the average annual mortality rate for all illnesses per 100,000 state prisoners was 223 nationwide, 181 for States in the west region, and 170 for California.  Thirty-six states had higher mortality rates than California during this period.  (Trial Tr., 12/3/08, at 1271:9-1272:21.)

## IV. Relevant California Criminal Justice Statistics

 A. California does not incarcerate felons at an unusually high rate.  Currently, California sends fewer than 20% of convicted felons to prison - the national average is 40%. (Trial Aff. of Mathew Cate, 10/30/08, (Cate Aff.,), *Plata* Dock. No. 1717  at ¶¶ 23-24.)  California's incarceration rate - the number of prison inmates per state residents – is only slightly above the national average.  California's incarceration rate is about 470 per 100,000.  The national average is 445 per 100,000.  (Cate Aff. ¶ 22, Defs.' Tr. Ex. 1257 – Prisoners in 2006 Bulletin, Appendix Table No. 6.)

 B. California does not keep people in prison longer than average.  The average prison sentence imposed in California is 47.2 months and the average amount of time served is 23.9 months.  (Cate Aff. ¶ 25.)  The average prison sentence imposed nationwide for all state courts is 57 months and the average amount of time served is 32 months. (*Id.*; Defs.' Trial Ex. 1221 – State Court Sentencing of Convicted Felons 2004 – Statistical Tables.)

 C. The increase in the prison population from 1997 to 2007 is almost exclusively made up of an increase in the number of inmates convicted of crimes against persons.  (Cate

Aff. ¶ 18.)  There has been a decrease in the number of drug offenders in California's prisons in the same 10 year period - from 41,459 to 33,738.  (Cate Aff. ¶ 18.)