# EXHIBIT A

| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 02/07)<br>BUDGET YEAR 2008-09 | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
|---|---|

ORG CODE: __5225__   COBCP NO. _____   PRIORITY: _____   PROJECT ID: __61.47.007__

DEPARTMENT:       California Department of Corrections and Rehabilitation (CDCR)

PROJECT TITLE:   CSP-SAC Treatment and Office Space to Accommodate 192 Enhanced Outpatient Program Inmate-Patients

TOTAL REQUEST (DOLLARS IN THOUSANDS): $ __1,168__       MAJOR/MINOR: MA

PHASE(S) TO BE FUNDED: __P__       PROJ CAT: __ECP-E__   CCCI/EPI: __4877__

**SUMMARY OF PROPOSAL:** The purpose of this proposal is to design and construct office and treatment space for the Enhanced Outpatient Program (EOP) at the California State Prison, Sacramento (CSP-SAC). This project will provide the necessary program, treatment and office space to serve the existing 192 Level IV EOP inmate-patients housed in Facility B at CSP-SAC, by converting existing, unused warehouse space. The project is consistent with the August 2007 Supplemental Mental Health Bed Plan, approved by the *Coleman* court in October 2007. The total estimated cost of this project is $15,051,000.

HAS A BUDGET PACKAGE BEEN COMPLETED FOR THIS PROJECT? (E/U/N/?): __U__

REQUIRES LEGISLATION (Y/N): __N__ IF YES, LIST CODE SECTIONS: _____

REQUIRES PROVISIONAL LANGUAGE (Y/N) __N__

IMPACT ON SUPPORT BUDGET: ONE-TIME COSTS (Y/N): __N__ FUTURE COSTS (Y/N): __N__
_____FUTURE SAVINGS (Y/N): __N__ REVENUE (Y/N): __N__

DOES THE PROPOSAL AFFECT ANOTHER DEPARTMENT (Y/N): __N__ IF YES, ATTACH COMMENTS OF AFFECTED DEPARTMENT SIGNED BY ITS DIRECTOR OR DESIGNEE.

SIGNATURE APPROVALS:

| Kim Garcia/SSMIII, DCHCS  1/24/08 | Dean Lee Borg 3/12/08 |
|---|---|
| PREPARED BY                    DATE | Dean L. Borg, Director, FASS, FPCM |
| Karen Wong, Deputy Director, DCHCS  3/26/08 | REVIEWED BY                     DATE 3/24/08 |
| DEPARTMENT DIRECTOR        DATE | Deborah Hysen, Chief Deputy Secretary, FPCM |
| | AGENCY SECRETARY            DATE |

*****************************************************************
**DOF ANALYST USE**
DOF ISSUE #_____ PROGRAM CAT:___ PROJECT CAT:___ BUDG PACK STATUS:____
ADDED REVIEW:___ SUPPORT:____ OTROS:____ FSCU:____ OSAE:____ CALSTARS: ____
PPBA: Original Signed By: Chris Lief       Date: __APR 01 2008__

(DF)-151 Rev 02/07

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
C01-1351 THE (N.D. Cal)
PLTF Exhibit No. P - 390
Date Entered:_____
Signature:_____
Alternate Reference:

DSUPP001393

| | |
|---|---|
| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 02/07) | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
| BUDGET YEAR 2008-09 | |

ORG CODE: __5225__    COBCP NO. _____    PRIORITY: _____    PROJECT ID: __61.47.007__

### A. PURPOSE OF THE PROJECT:

Introduction:

This proposal is to renovate existing warehouse space (once used by Prison Industries Authority) in Facility B at the California State Prison, Sacramento (CSP-SAC) in order to meet the treatment needs of seriously mentally disordered inmate-patients housed at the Enhanced Outpatient Program (EOP) level of care at CSP-SAC. This project will provide the necessary program, treatment and office space to serve the existing 192 Level IV EOP inmate-patients housed in Facility B. The project is consistent with the August 2007 Supplemental Mental Health Bed Plan, approved by the *Coleman* court in October 2007.

Submission of a 2008/09 Finance Letter on this project is due to an immediate risk to public safety and health. This project is mandated by the California Department of Corrections and Rehabilitation (CDCR) Mental Health Bed Plan that was approved by the Coleman court in October 2005. Failure to proceed with these projects in the 2008/09 fiscal year will lead to delays of at least 12 months, and CDCR will be faced with potential contempt citations from the court.

Background

The male inmate population, which presents the greater demand for mental health care, currently is housed at more than 200% of the designed capacity of the prisons in which these inmates are housed, leading to challenges in identifying and dedicating the necessary space to provide required mental health treatment programs.

The population of inmates with serious mental disorders has increased faster than the overall population. The prevalence of serious mental disorders among the male prison population has grown from 7.9% in 1996, when the Mental Health Service Delivery System (MHSDS) was established, to nearly 20% today. This is partially due to the improved identification of inmate-patients requiring mental health services, and the continuing degenerative nature of serious mental disorders. The CDCR treats and manages approximately 30,500 inmates with serious mental disorders. The most serious cases may be treated and sometimes controlled but not cured, and thus the demand for care continues to increase. Inmates are screened for mental health problems when they enter CDCR at reception centers, and are assigned to different levels of mental health care, as appropriate.

As the mental health population is identified, the need for celled mental health beds has increased. The CDCR must continue to convert General Population (GP) cells throughout the prison system to provide appropriate housing for these inmate-patients. To date, CDCR has converted over 3,100 Level III and Level IV male GP beds for EOP housing. However, these converted facilities currently do not provide sufficient treatment and program space to fully meet the requirements of the mental health programs, and these conversions exacerbate the system-wide shortage of cells by reducing the available housing for GP inmates. The shortage of mental health beds is especially severe for inmate-patients who require maximum-security housing.

NARRATIVE, PAGE __2__ OF __6__

(DF)-151 Rev 02/07

DSUPP001394

| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 02/07) | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
|---|---|
| BUDGET YEAR 2008-09 | |

ORG CODE: __5225__    COBCP NO. _____    PRIORITY: _____    PROJECT ID: __61.47.007__

*Existing Operation*
Mental Health Service Delivery System (MHSDS):
The CDCR is mandated under the federal constitution to provide adequate medical and mental health care to all inmates who require such services. "Deliberate indifference to medical needs", has long been held to be a violation of the Eighth Amendment's prohibition against cruel and unusual punishment. Several precedent setting cases have demonstrated that "deliberate indifference" is determined when inmates do not have timely access to staff, facilities, equipment, and procedures to diagnose and treat their medical and mental health problems.

The CDCR, over the past decade, has implemented the MHSDS, which provides clinical services and therapeutic programs to seriously mentally disordered inmates through inpatient and outpatient services. The MHSDS includes the following general components:

1) Reception center screening and evaluation;
2) Outpatient care programs: the Correctional Clinical Case Management System (CCCMS) for MHSDS inmates capable of living in the GP, the lowest level of care, and EOP for inmate-patients that require a structured living environment, the next level of care;
3) An inpatient care program: short term (10-day) crisis care in a Mental Health Crisis Bed (MHCB); and
4) Agreements with the Department of Mental Health (DMH) under section 2684 of the Penal Code for Intermediate Care Facility (ICF) and acute hospitalization for patients needing extended inpatient care, and day treatment for patients needing transitional outpatient care, the highest levels of care. Access to long-term inpatient and day treatment mental health care provided by DMH is a critical component of the MHSDS continuum of mental health care.

Since 1995, the federal court in *Coleman v. Schwarzenegger*, upon issuing its finding that the CDCR violated the U.S. Constitution in its treatment of seriously mentally disordered inmates, has continued to oversee the development and operation of the CDCR MHSDS.

Problem Statement
Due to CDCR's mental health inmate population pressures, CDCR activated 192 EOP beds at CSP-SAC in July 2006 (96 beds) and October 2006 (96 beds). CSP-SAC accommodated this population in Facility B by relocating existing GP Level IV inmates throughout the system. To provide for the treatment needs of this EOP population, CSP-SAC completed temporary retrofits and space conversions for treatment and office space, pending approval of major capital outlay funding for permanent space conversion. However, these temporary retrofits do not provide an adequate therapeutic environment for the seriously mentally disordered inmate-patients.

The 2006 Budget Act authorized preliminary plan funding to design program and treatment space, as defined by the MHSDS, to support 384 EOP level of care inmate-patients at CSP-SAC; preliminary plans were completed in March 2007. Subsequent to legislative

NARRATIVE, PAGE __3__ OF __6__

(DF)-151 Rev 02/07

DSUPP001395

| STATE OF CALIFORNIA | DEPARTMENT OF FINANCE |
|---|---|
| CAPITAL OUTLAY | 915 L Street |
| BUDGET CHANGE PROPOSAL (COBCP) | Sacramento, CA 95814 |
| COVER PAGE   (REV 02/07) | IMS Mail Code: A15 |
| BUDGET YEAR 2008-09 | |

ORG CODE: __5225__   COBCP NO. _____   PRIORITY: _____   PROJECT ID: __61.47.007__

concerns regarding scope and cost, CDCR determined the project was erroneously "over scoped/programmed", by authorizing preliminary plan funds for a permanent space conversion for 384-EOP inmates. The scope should have been for the existing 192 EOP inmates at Facility B, as there is sufficient space in Facility A to accommodate the EOP population in that facility. Based on the August 2007 Supplemental Mental Health Bed Plan, CSP-SAC EOP population will remain at the current level of 384, with Facilities A & B each having 192 inmate-patients.

Department stakeholders, in coordination with the Department of Finance, agreed to cancel this over-scoped project and prepare a new budget package that: a) re-scopes the project to just the 192 EOP inmate-patients in Facility B; b) provides control agencies with a revised future cost of design and construction; c) standardizes treatment and office space for the general population EOP level of care; and, d) maintains compliance with the *Coleman v. Schwarzenegger* court approved August 2007 Supplemental Mental Health Bed Plan. Notice of the cancellation of the original project is pending notification to the Legislature and Public Work Board approval. This proposal is the result of the new budget package.

B. **RELATIONSHIP TO THE STRATEGIC PLAN**
This project is consistent with the CDCR Strategic Plan, Goal Number 7, Health Care Delivery, "to ensure an organization design and accompanying system to provide efficient delivery of quality health care."

The CDCR is mandated to provide mental health care to all inmates requiring care. One critical test of the constitutionality of a health care program is timely access to appropriate care. Therefore, CDCR must assure sufficient availability of outpatient and inpatient care for all inmate-patients who are clinically determined to require that level of care. This project will assist in assuring the courts that CDCR is striving to provide sufficient mental health housing and treatment capacity for its mentally ill inmate-patients.

C. **ALTERNATIVES CONSIDERED:**
Alternative #1: Renovate and expand existing space within Facility B at CSP-SAC to create treatment, therapy, and office space to support 192 EOP inmate-patients.

Project Advantages:
o  Will satisfy Coleman court requirement to provide mental health treatment and counseling space for EOP inmate-patients.
o  Is consistent with the August 2007 Supplemental Mental Health Bed Plan.

Project Disadvantages:
o  Requires Major Capital Outlay Funding

Estimated Project Cost:  $15,051,000

Alternative #2: Continue to operate the Mental Health Program on Facility B for the 192 EOP inmate-patients within existing space.

NARRATIVE, PAGE __4__ OF __6__

(DF)-151 Rev 02/07

DSUPP001396

| STATE OF CALIFORNIA | DEPARTMENT OF FINANCE |
|---|---|
| CAPITAL OUTLAY | 915 L Street |
| BUDGET CHANGE PROPOSAL (COBCP) | Sacramento, CA 95814 |
| COVER PAGE    (REV 02/07) | IMS Mail Code: A15 |
| BUDGET YEAR 2008-09 | |

ORG CODE: __5225__   COBCP NO. _____   PRIORITY: _____   PROJECT ID: __61.47.007__

Project Advantages:
- No capital outlay costs.

Project Disadvantages:
- The temporary retrofits completed in 2006 do not provide an adequate therapeutic environment for the seriously mentally disordered inmate-patients.
- Does not support the CDCR Supplemental Mental Health Bed Plan as approved by the *Coleman* court in October 2007; the Department would be subject to contempt of court.

**D. RECOMMENDED SOLUTION:**
1. Which alternative and why.
   Alternative #1 is the recommended alternative, to renovate existing, unused PIA warehouse space at CSP-SAC in order to provide the necessary program, treatment and office space to serve the existing 192 Level IV EOP inmate-patients housed in Facility B at CSP-SAC. This alternative is consistent with the August 2007 Supplemental Mental Health Bed Plan approved by the *Coleman* court in October 2007.

2. Detail scope description
   The PIA warehouse is located between Facility A and Facility B. The portion of the warehouse being converted is currently unused, and is located at the west end of the warehouse, adjacent to Facility B. The proposed warehouse conversion will be single story with an area of approximately 17,000 square feet. The scope includes the following:
   - Site preparation work for extension of existing utilities including water, sewer, electrical and communications to the proposed building site. The project requires providing concrete pad and 12-ft high perimeter fencing and gates at the Chiller yard.
   - Warehouse conversion: the building is a Type II-Fire Rated (FR) construction, B Occupancy. Maintenance will be performed to existing exterior walls, foundation, and roof system as required. The non-bearing interior walls will be metal studs with a painted gypsum wallboard finish. Ceilings for the offices, working areas, record/file storage area, copy/supply room, and entrance lobby will be suspended acoustical tile. Ceilings in the restrooms and electrical equipment room will be suspended painted gypsum board. Vinyl composition tile flooring will be provided for the same areas receiving a suspended acoustical tile ceiling. The staff toilet rooms will have ceramic tile floors and wainscots. The electrical equipment room will have a sealed concrete floor and ceiling will be exposed to structure.
   - Fire-Life Safety: New fire sprinkler system and fire alarm system will be installed; personal alarm system will also be provided.
   - Roofing: New roofing over existing roof deck will be extended to 20' beyond the area of improvement in all directions. Roofing material will be single-ply mechanically attached geo-membrane, non-ballasted.
   - Structural support will be provided for any new mechanical/other units and ductwork in the ceiling. Any new wall openings will be reinforced with new steel and anchorage details.

NARRATIVE, PAGE __5__ OF __6__

(DF)-151 Rev 02/07

| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 02/07)<br>BUDGET YEAR 2008-09 | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
|---|---|

ORG CODE: __5225__   COBCP NO. _____   PRIORITY: _____   PROJECT ID: __61.47.007__

- New wall partitions consist of 6"x 20 gauge metal studs at 16" on center for office and treatment spaces while 8" masonry walls shall be used at holding area including the inmate toilet.
- Cooling: The cooling methodology for the new mechanical system shall consist of a 60-ton air-cooled chiller located at the new outdoor chiller yard.
- Heating: The existing HVAC system consists of individual evaporative coolers which are beyond their useful economic life, and are not well suited for the new proposed use. Existing steam lines are available, and can be reused to provide heating for the new spaces. The steam shall be converted to hot water using a shell and tube heat exchanger. A five-horsepower pump with air separator and expansion tank will deliver water to rooftop air handling equipment and reheat coils within the building.
- Power Distribution: The improvements in the building will require (2) new pad mounted transformers. No emergency power will be provided for this building.

3. Basis for cost information.
   Based on Budget Package prepared by Kitchen CEM.

4. Factors/benefits for recommending other than the least expensive alternative.
   Alternative #1 is in accordance with the Coleman court mandates and consistent with the court approved August 2007 Supplemental Mental Health Bed Plan.

5. Complete description of impact on support budget.
   None. This project provides treatment and counseling space for staff already assigned to the existing EOP inmate-patient population at this facility.

6. Identify and explain any project risks.
   There are no identified risks associated with completion of this project.

7. List requested interdepartmental coordination and/or special project approval (including mandatory reviews and approvals, e.g. technology proposals).
   Review and approval will be required by the Office of the State Fire Marshal.

8. Proposed project schedule:
   Preliminary Plans    Start 08/2008    Complete 10/2009
   Working Drawings    Start 10/2009    Complete 05/2010
   Construction        Start 07/2010    Complete 01/2012

ATTACHMENTS:
   Attachment A:  3-Page Estimate dated 2/20/08.

NARRATIVE, PAGE __6__ OF __6__

(DF)-151 Rev 02/07

DSUPP001398

## PROJECT COST SUMMARY

| | | | |
|---|---|---|---|
| PROJECT: | 192 EOP Treatment and Office Space at SAC | CONCEPT ESTIMATE: | 08CDCC7P |
| LOCATION: | California State Prison, Sacramento | EST./ PROJ. CCCI: | 4983/4983 |
| CLIENT | California Department of Corrections & Rehabilitation | DATE ESTIMATED: | 2/20/2008 |
| DESIGN BY: | TBD | DATE UPDATED: | N/A |
| PROJECT MGR: | Keith Beland | ABMS NO: | N/A |
| PLAN DATE: | TBD | PREPARED BY: | Patrick McCollam |
| | | DOF PROJ. I.D. NO.: | TBD |

### DESCRIPTION

The purpose of this project is to convert the existing Facility B warehouse space that was once used by Prison Industries Authority (PIA) to office and treatment space for the 192 Enhanced Outpatient Program inmate/patients housed in Facility B. The conversion of the PIA warehouse will include the construction of approximately 16,700 sf of space to accommodate administration, treatment, and custody services space. New roofing over existing roof deck will be installed on the entire Facility B warehouse. Single-ply mechanically attached geomembrane roofing materials, non-ballasted will be used. The structure is assumed sound and structural support will be provided for any new mechanical/other units and ductwork in the heating, ventilation and air conditioning system will be installed. The proposed location of the chiller yard is in the open area west of the building. The existing steam piping will be used for heating. The existing utilities including electrical, water and sewer are assumed to have sufficient capacity to handle the needs of this project. A new fire safety system and personal alarm system for this space will be installed. The goal of this project is to meet LEED Silver certification. The medical supply storage will be relocated into an approximately 12,000 sf space within the same warehouse.

### ESTIMATE SUMMARY

| Item | | Cost |
|---|---|---|
| Item 1 | Demolition | $96,000 |
| Item 2 | Sitework | $194,000 |
| Item 3 | Building (aprox. 16,700 sf Treatment/Office space) | $4,890,000 |
| Item 4 | Rebuild Medical Storage (aprox 12,000 sf) | $1,125,000 |
| Item 5 | Roofing | $1,632,000 |
| | Subtotal | $7,937,000 |

| | | |
|---|---|---|
| **ESTIMATED TOTAL CURRENT COSTS:** | | $7,937,000 |
| Adjust CCCI from 4983 to 4983 | $0 | |
| **ESTIMATED TOTAL CURRENT COSTS ON JANUARY 2008:** | | $7,937,000 |
| Escalation to Start of Construction 31 Months @ 0.42%/Mo.: | $1,033,000 | |
| Escalation to Mid Point of Construction 8 Months @ 0.42%/Mo.: | $301,000 | |
| **ESTIMATED TOTAL CONTRACTS:** | | $9,271,000 |
| Contingency At: 7% | $649,000 | |
| **ESTIMATED TOTAL CONSTRUCTION COST** | | $9,920,000 |

DSUPP001399

## SUMMARY OF COSTS BY PHASE

PROJECT:   192 EOP Treatment and Office Space at SAC  
LOCATION:  California State Prison, Sacramento  
CLIENT:    California Department of Corrections & Rehabilitation  

CONCEPT ESTIMATE:   08CDCC7P  
DATE ESTIMATED:     2/20/2008  
DATE UPDATED:       N/A  
PREPARED BY:        Patrick McCollam  

CONSTRUCTION DURATION: 16 Months  
ESTIMATED CONTRACT COST: $9,271,000   $9,271,000  
CONSTRUCTION CONTINGENCY: $649,000   $649,000  
TOTAL: $9,920,000   $9,920,000  

| CATEGORY | STUDY 00 | PRELIMINARY PLANS 01 | WORKING DRAWINGS 02 | CONSTRUCTION 03 | TOTAL |
|---|---|---|---|---|---|
| **ARCHITECTURAL AND ENGINEERING SERVICES** | | | | | |
| A&E Design | | $675,000 | $675,000 | $337,000 | $1,687,000 |
| Construction Inspection | | | | $216,000 | $216,000 |
| Construction Inspection Travel | | | | $45,000 | $45,000 |
| Coordination & Contract Management | | | | | $0 |
| Advertising, Printing and Mailing | | | $24,000 | | $24,000 |
| Construction Guarantee Inspection | | | | $15,000 | $15,000 |
| **SUBTOTAL A&E SERVICES** | $0 | $675,000 | $699,000 | $613,000 | $1,987,000 |
| | | | | | |
| **OTHER PROJECT COSTS** | | | | | |
| Special Consultants | | $119,000 | $46,000 | $168,000 | $333,000 |
| Materials Testing | | | | $150,000 | $150,000 |
| Project/Construction Management | | $99,000 | $99,000 | $298,000 | $496,000 |
| Contract Construction Management | | | $65,000 | $390,000 | $455,000 |
| Site Acquisition Cost & Fees | | | | | $0 |
| Agency Retained Items | | | | $1,035,000 | $1,035,000 |
| DVBE Assessment - Const. | | | | $3,000 | $3,000 |
| Structural Peer Review | | $0 | $0 | $0 | $0 |
| Essential Services | | $0 | | | $0 |
| Hospital Checking - Health Care Review | | $0 | $0 | $0 | $0 |
| State Fire Marshal | | $1,000 | $2,000 | $8,000 | $11,000 |
| Access Compliance Checking | | | $1,000 | $1,000 | $2,000 |
| Other - Local Mitigation | | | | $0 | $0 |
| Other - Due Diligence | | $25,000 | | | $25,000 |
| Other - Equipment | | | | | $0 |
| Other - Program Management | | $198,000 | $198,000 | $99,000 | $495,000 |
| Other - Health Services Checking | | $1,000 | $1,000 | $1,000 | $3,000 |
| Other - OCIP | | | $38,000 | $48,000 | $86,000 |
| Environmental Document | | $50,000 | | $0 | $50,000 |
| **SUBTOTAL OTHER PROJECT COSTS** | $0 | $493,000 | $450,000 | $2,201,000 | $3,144,000 |
| | | | | | |
| **SUBTOTAL OF A&E AND OTHER COSTS** | $0 | $1,168,000 | $1,149,000 | $12,734,000 | $15,051,000 |
| LESS FUNDS TRANSFERRED | | | | | $0 |
| LESS FUNDS AVAILABLE NOT TRANSFERRED | | | | | $0 |
| CARRY OVER | | | $0 | $1,168,000 | $2,317,000 |
| **BALANCE OF FUNDS REQUIRED** | $0 | $1,168,000 | $2,317,000 | $15,051,000 | $15,051,000 |

DSUPP001400

## FUNDING DATA & ESTIMATE NOTES

| | |
|---|---|
| PROJECT: 192 EOP Treatment and Office Space at SAC | BUDGET ESTIMATE: 08CDCC7P |
| LOCATION: California State Prison, Sacramento | DATE ESTIMATED: 2/20/2008 |
| CLIENT: California Department of Corrections & Rehabilitation | DATE UPDATED: N/A |
| | PREPARED BY: Patrick McCollam |

### FUNDING DATE

| Charter / Item | Phase | Amount | Totals |
|---|---|---|---|
| **Fund Transfers** | | | $0 |
| **Total Funds Transferred** | | | $0 |
| **Funds Available Not Transferred** | | | |
| **Total Funds Available not Transferred** | | | $0 |
| **Total Funds Transferred and Available** | | | $0 |

### ESTIMATE NOTES

1. The construction costs in this estimate are indexed from the CCCI Index as of the date of estimate preparation. The project estimate is then escalated to the scheduled start of construction and then to an assumed construction midpoint in accordance with Budget Letter BL 05-21.

2. Estimated costs for the following Agency Retained Items that will be incurred during the construction phase of the project. Agency Retained items have not been verified by CDCR.

| | |
|---|---|
| Guarding Costs | $205,000 |
| Telecommunications | $350,000 |
| Group II Equipment | $464,000 |
| Landscaping | $0 |
| PIA Equipment | $0 |
| Permits & signs | $0 |
| Utility Costs | $16,000 |
| **Total:** | **$1,035,000** |

3. This project will require a Proposed Mitigated Negative Declaration.

4. The schedule assumes funding for Preliminary Plans in FY 08/09, Working Drawings in FY 09/10 & Construction in FY 10/11.

3

080311_C7_SAC_192_EOP_3_Pager.xls

DSUPP001401

| STATE OF CALIFORNIA | | | | | | | | Budget Year 2008-09 |
|---|---|---|---|---|---|---|---|---|
| CAPITAL OUTLAY BUDGET CHANGE PROPOSAL (COBCP) | | | | | | | Org Code: | 5225 |
| FISCAL IMPACT WORKSHEET | | | | | | | COBCP #: | |
| Department Title: | California Department of Corrections and Rehabilitation | | | | | | Priority: | |
| Project Title: | California State Prison, Sacramento: EOP Treatment Space for 192 Inmates | | | | | | Proj ID: | 61.47.007 |
| Program Category: | Enrollment/Caseload/Population - Existing | | | | | | MA/MI: | MA |
| Program Subcategory: | Programs | | | | | | | |

| | | | Existing Authority | January 10 Action | April 1 Action | May 1 Action | Special Action | Net Legis Changes | Project Total |
|---|---|---|---|---|---|---|---|---|---|
| **FUNDING** | | | | | | | | | |
| org-ref-fund-yoa-yob | ph | action | | | | | | | |
| 5225-301-0001-08-08 | P | BA | | | 1,168 | | | | 1,168 |
| 5225-301-0001-09-09 | W | FF | | | 1,149 | | | | 1,149 |
| 5225-301-0001-09-09 | C | FF | | | 12,734 | | | | 12,734 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| **TOTAL FUNDING** | | | 0 | 0 | 15,051 | 0 | 0 | 0 | 15,051 |
| **PROJECT COSTS** | | | | | | | | | 0 |
| Study | | | | | | | | | 0 |
| Acquisition | | | | | | | | | 0 |
| Preliminary Plans | | | | | 1,168 | | | | 1,168 |
| Working Drawings | | | | | 1,149 | | | | 1,149 |
| Total Construction | | | | 0 | 12,270 | 0 | 0 | 0 | 12,270 |
| Equipment (Group 2) | | | | | 464 | | | | 464 |
| **TOTAL COSTS** | | | 0 | 0 | 15,051 | 0 | 0 | 0 | 15,051 |
| **CONSTRUCTION DETAIL** | | | | | | | | | 0 |
| Contract | | | | | 9,271 | | | | 9,271 |
| Contingency | | | | | 649 | | | | 649 |
| A&E | | | | | 613 | | | | 613 |
| Agency Retained | | | | | 571 | | | | 571 |
| Other | | | | | 1,166 | | | | 1,166 |
| **TOTAL CONSTRUCTION** | | | | 0 | 12,270 | 0 | 0 | 0 | 12,270 |
| **FUTURE FUNDING** | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| SCHEDULE | mm/dd/yyyy | PROJECT SPECIFIC CODES | | | |
|---|---|---|---|---|---|
| Study Completion | | Proj Mgmt | CDCR | Location | CSP Sacramento |
| Acquisition Approval | | Budg Pack | N | County | Sacramento |
| Start Preliminary Plans | 8/1/2008 | Proj Cat | ECP-E | City | Repressa |
| Preliminary Plan Approval | 10/1/2009 | Req Legis | N | Cong Dist | 4 |
| Approval to Proceed to Bid | 5/1/2010 | Req Prov | N | Sen Dist | 6 |
| Contract Award Approval | 7/1/2010 | SO/LA Imp | SO | Assm Dist | 4 |
| Project Completion | 1/1/2012 | | | | |

| STATE OF CALIFORNIA | | Budget Year 2008-09 |
|---|---|---|
| CAPITAL OUTLAY BUDGET CHANGE PROPOSAL (COBCP) | Org Code: | 5225 |
| FISCAL DETAIL WORKSHEET | COBCP #: | 0 |
| Department Title: California Department of Corrections and Rehabilitation | Priority: | 0 |
| Project Title: California State Prison, Sacramento: EOP Treatment Space for 192 Inmates | Proj ID: | 61.47.007 |
| Program Category: Enrollment/Caseload/Population - Existing | MA/MI: | MA |
| Program Subcategory: Programs | | |

*Identify all items which fit into the categories listed below. Attach a detailed list if funding is included in this request. Provide descriptions and summary estimates for items for which you plan to request funding in the future. When possible, ident*

| PROJECT RELATED COSTS | COST | TOTAL |
|---|---|---|
| AGENCY RETAINED: | | |
| | | |
| TOTAL AGENCY RETAINED | | 0 |
| GROUP 2 EQUIPMENT | | |
| | | |
| TOTAL GROUP 2 EQUIPMENT | | 0 |

| IMPACT ON SUPPORT BUDGET | COST | TOTAL |
|---|---|---|
| ONE-TIME COSTS: | | |
| TOTAL SUPPORT ONE-TIME COSTS | | 0 |
| ANNUAL ONGOING FUTURE COSTS: | | |
| TOTAL SUPPORT ANNUAL COSTS | | 0 |
| ANNUAL ONGOING FUTURE SAVINGS: | | |
| TOTAL SUPPORT ANNUAL SAVINGS | | 0 |
| ANNUAL ONGOING FUTURE REVENUE: | | |
| TOTAL SUPPORT ANNUAL REVENUE | | 0 |

G:\2008-2009 FINANCE LETTERS\FIWs\FL FIWs

3/15/2008, 12:48 PM

DSUPP001403

| STATE OF CALIFORNIA | | Budget Year 2008-09 | |
|---|---|---|---|
| CAPITAL OUTLAY BUDGET CHANGE PROPOSAL (COBCP) | | Org Code: | 5225 |
| SCOPE/ASSUMPTIONS WORKSHEET | | COBCP #: | 0 |
| | | Priority: | 0 |
| Department Title: | California Department of Corrections and Rehabilitation | Proj ID: | 61.47.007 |
| Project Title: | California State Prison, Sacramento: EOP Treatment Space for 192 Inmates | MA/MI: | MA |
| Program Category: | Enrollment/Caseload/Population - Existing | | |
| Program Subcategory: | Programs | | |

*Project Specific Proposals:* For new projects provide proposed Scope language. For continuing projects provide the latest approved Scope language. Enter Scope language in cell A111. If you get a message that A111 is full, continue the description in A

*Conceptual Proposals:* Provide a brief discussion of proposal defining assumptions supporting the level of funding proposed by fiscal year in relation to outstanding need identified for that fiscal year. (BY in cell A111-A115; BY +1 in cell A117-A120; B

This project will design and construct office and treatment space for the existing 192 Level IV EOP inmates in Facility B at CSP Sac by converting existing unused warehouse space.

Enter BY+1 in cell A117:

Enter BY+2 in cell A122:

Enter BY+3 in cell A127:

Enter BY+4 in cell A132: