# EXHIBIT C

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
E-Mail: Lisa.Tillman@doj.ca.gov

February 14, 2008

MATTHEW LOPES, JR.  Via Email
Government Relations Coordinator
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

RE:   Coleman, et al. v. Schwarzenegger, et al.
      USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM P

Dear Special Master Lopes:

Please find attached Defendants' response to the October 17, 2007 court order to provide a development proposal for adequate mental health treatment and counseling space at Salinas Valley State Prison.

Please feel free to contact me to discuss this matter further.

Sincerely,

LISA A. TILLMAN
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

cc: Plaintiffs' Counsels
    Special Master's Team

30395530.wpd

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
C01-1351 THE (N.D. Cal)
PLTF Exhibit No. P - 479
Date Entered:_____
Signature:_____
Alternate Reference: Coleman Pls' Trial Ex. 58

DEFS021940

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**FACILITY PLANNING, CONSTRUCTION AND MANAGEMENT**
P.O Box 942883
Sacramento, CA 94283-0001



February 14, 2008

Matthew A. Lopes, Jr., Esq.       Via:  Lisa Tillman
Pannone Lopes & Devereaux LLLC          Deputy Attorney General
Office of the Special Master                Department of Justice
317 Iron Horse Way, Suite 301           1300 "I" Street, Suite 125
Providence, RI 02908                     P.O. Box 944255
                                       Sacramento, CA 94244-2550

RE:    RESPONSES TO COLEMAN COURT ORDER OCTOBER 18, 2007

Dear Mr. Lopes:

Enclosed please find the California Department of Corrections and Rehabilitation plan in response to the August 18, 2007, Court Order regarding adequate mental health treatment and counseling space at Salinas Valley State Prison.

If you have any questions, please contact me at (916) 445-1116.

Sincerely,

DENNIS M. BEATY
Deputy Director
Mental Health Program Services
Division of Correctional Health Care Services

Enclosures

DEFS021941

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Response to Coleman Court Order dated October 18, 2007

**Requirement:**

Within 120 days from the date of this order defendants shall submit to the special master a development proposal for adequate mental health treatment and counseling space at Salinas Valley State Prison.

**CDCR Response:**

The Department is preparing a design and construction budget packages in preparation to request funding through the regular 2008-2009 Governor's Budget spring budget process for two SVSP mental health projects listed below. Included is a brief delineation of scope, funding plan and schedule:

1. SVSP General Population (GP) Enhanced Outpatient Program (EOP)

Scope:
The purpose of the SVSP GP EOP project is to provide additional treatment and office space to the existing GP EOP program for 192 inmate-patients in addition to a 96 inmate-patient expansion for a total GP EOP program of 288 inmate-patients. The approximately 14,577 square foot building will include but is not limited to group rooms, interview rooms, classrooms, recreational therapy, offices and support space. The proposed expansion will be a single story building designed and constructed to meet LEED Silver Standards.

Funding Plan (assumes Legislative authority):
Preliminary Plan funding: 2008-2009 Governor's Budget
Working Drawings and Construction funding: 2009-2010 Governor's Budget

Schedule:
Assuming Legislative authority for funding is obtained during the normal budget process, as reflected above, construction will be completed in September 2011.

2. SVSP D5/D6 temporary Intermediate Care Facility operated by Department of Mental Health

Scope:
The purpose of the SVSP D5/D6 project is to provide six (6) group rooms in the existing 180 Housing Unit dining room that will follow Green Building and Sustainable Design 'best practices'. Additionally, the scope will include but is not limited to providing adequate ventilation ducting and registers in each group room,

DEFS021942

vandal resistant lighting, CCTV cameras, fire sprinklers and relocation of existing conduit.

Funding Plan (assumes Legislative authority):
Preliminary Plans and Working Drawing funding: 2008-2009 Governor's Budget
Construction funding: 2009-2010 Governor's Budget

Schedule:
Assuming Legislative authority for funding is obtained during the normal budget process, as reflected above, construction will be completed in January 2011.

DEFS021943