# EXHIBIT D

1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
3  JEFFREY STEELE, State Bar No. 124688
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-1937
6   Fax: (916) 324-5205
    E-mail: Jeff.Steele@doj.ca.gov
7  *Attorneys for Defendants*

RECEIVED

AUG 1 7 2009

Rosen, Bien & Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

CF1997CS0003
30835987.doc

1

MONTHLY BED UTILIZATION REPORT
JULY 1, 2009 THROUGH JULY 31, 2009

| Patient Names | CDCR # | Referral Institution | Date of Referral | Date Received at DMH | Date Institution | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to Other DMH Fac | Rescinded Referral | Incomplete Referral | Rejected Referral | Patient Rejected | Reason for Rejection or Incomplete Packet | CCAT Date | CCAT Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1268 | | SVSP | 06/01/06 | 1370 WL | 06/01/06 | 0 | CASE DISMISSED ON 7/8/09 | N/A | N/A | N/A | N/A | | | | | | | | |
| 1269 | | CSP/LAC | 10/16/06 | 1370 WL | 10/16/06 | 0 | CASE DISMISSED ON 7/8/9 | N/A | N/A | N/A | N/A | | | | | | | | |
| 1270 | | CMF | 04/28/09 | SVPP | 06/09/09 | 0 | NA | N/A | N/A | N/A | N/A | | | | 1 | 1 | See attached letter from SVPP clinical staff. | Deferred to VPP and was clinically accepted. VPP will notify CMF when packet is complete on medical issues. | 07/30/09 |
| 1271 | | SVSP | 06/02/09 | SVPP | 07/16/09 | 0 | NA | N/A | N/A | N/A | N/A | | | | 1 | 1 | See attached letter from SVPP clinical staff. | Inmate was referred to VPP for placement and accepted diagnostic clarification. | 07/16/09 |
| 1272 | | DVI | 04/28/09 | SVPP | 07/07/09 | 0 | NA | N/A | N/A | N/A | N/A | | | | 1 | 1 | See attached letter from SVPP clinical staff. | Per DMH and CDCR agreement, referral was rescinded. | 07/21/09 |
| 1273 | | SVSP | 03/03/09 | SVPP WL | 05/07/09 | 0 | DEFERRED TO VPP | N/A | N/A | N/A | N/A | 1 | | | | | | | |
| 1274 | | CSP-SQ | 05/06/09 | SVPP WL | 05/20/09 | 0 | PAROLED ON 7/7/09 | N/A | N/A | N/A | N/A | | | | | | | | |
| 1275 | | CIM | 05/22/09 | SVPP WL | 06/15/09 | 0 | PAROLED ON 7/21/09 | N/A | N/A | N/A | N/A | | | | | | | | |
| 1276 | | CSP-SQ | 05/01/09 | SVPP WL | 05/19/09 | 0 | RESCINDED | N/A | N/A | N/A | N/A | | 1 | | | | | | |
| 1277 | | PBSP | 06/03/09 | SVPP WL | 06/05/09 | 0 | RESCINDED | N/A | N/A | N/A | N/A | | 1 | | | | | | |
| 1278 | | CMC | 08/31/07 | ASH ICF | 08/31/07 | 1 | 09/04/07 | 09/04/07 | 07/01/09 | EOP | 667 days | | | | | | | | |
| 1279 | | RJD | 12/06/07 | ASH ICF | 12/14/07 | 1 | 12/14/07 | 12/21/07 | Still at ASH | N/A | N/A | | | | | | | | |
| 1280 | | CMC | 02/08/08 | ASH ICF | 02/08/08 | 1 | 02/11/08 | 02/21/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1281 | | HDSP | 03/04/08 | ASH ICF | 03/05/08 | 1 | 03/05/08 | 03/07/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1282 | | PVSP | 03/11/08 | ASH ICF | 03/11/08 | 1 | 03/11/08 | 03/14/08 | 07/03/09 | EOP | 477 days | | | | | | | | |
| 1283 | | RJD | 03/27/08 | ASH ICF | 04/03/08 | 1 | 04/03/08 | 04/11/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1284 | | CMC | 04/16/08 | ASH ICF | 04/28/08 | 1 | 04/28/08 | 04/29/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1285 | | CMC | 04/28/08 | ASH ICF | 04/29/08 | 1 | 04/29/08 | 05/01/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1286 | | CMC | 05/14/08 | ASH ICF | 05/14/08 | 1 | 05/15/08 | 05/16/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1287 | | CMC | 05/21/08 | ASH ICF | 05/22/08 | 1 | 05/22/08 | 05/28/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1288 | | ASP | 05/29/08 | ASH ICF | 05/29/08 | 1 | 05/29/08 | 06/24/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1289 | | ASP | 05/30/08 | ASH ICF | 06/03/08 | 1 | 06/03/08 | 07/03/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1290 | | CMC | 06/16/08 | ASH ICF | 07/22/08 | 1 | 07/22/08 | 08/14/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1291 | | CMC | 07/28/08 | ASH ICF | 07/28/08 | 1 | 07/29/08 | 07/30/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1292 | | CMC | 08/11/08 | ASH ICF | 08/27/08 | 1 | 09/16/08 | 09/16/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1293 | | RJD | 08/12/08 | ASH ICF | 11/04/08 | 1 | 11/05/08 | 11/13/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1294 | | CSP/LAC | 08/25/08 | ASH ICF | 08/28/08 | 1 | 08/29/08 | 09/04/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1295 | | RJD | 08/28/08 | ASH ICF | 09/08/08 | 1 | 09/10/08 | 10/01/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1296 | | MCSP | 09/08/08 | ASH ICF | 09/08/08 | 1 | 09/08/08 | 09/08/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1297 | | CMF | 09/11/08 | ASH ICF | 09/23/08 | 1 | 09/23/08 | 10/06/08 | 07/23/09 | EOP | 289 days | | | | | | | | |
| 1298 | | RJD | 09/15/08 | ASH ICF | 10/23/08 | 1 | 10/23/08 | 10/29/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1299 | | CMF | 10/06/08 | ASH ICF | 10/23/08 | 1 | 10/23/08 | 11/05/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1300 | | NKSP | 10/29/08 | ASH ICF | 11/06/08 | 1 | 11/12/08 | 11/25/08 | 07/10/09 | EOP | 228 days | | | | | | | | |
| 1301 | | SATF | 11/04/08 | ASH ICF | 11/05/08 | 1 | 11/12/08 | 11/18/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1302 | | CSP/SOL | 11/05/08 | ASH ICF | 11/10/08 | 1 | 11/12/08 | 11/21/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1303 | | ASP | 11/05/08 | ASH ICF | 11/07/08 | 1 | 11/12/08 | 11/17/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1304 | | RJD | 11/10/08 | ASH ICF | 11/19/08 | 1 | 11/19/08 | 12/09/08 | Still at ASH | N/A | N/A | | | | | | | | |
| 1305 | | SATF | 12/02/08 | ASH ICF | 12/04/08 | 1 | 12/04/08 | 12/16/08 | Still at ASH | N/A | N/A | | | | | | | | |

REDACTED

MONTHLY BED UTILIZATION REPORT
FOR DMH ICF AT ASH AND PSYCHIATRIC PROGRAMS
ASH THROUGH JULY 31, 2009

| | Patient Names | CDCR # | Referral Institution | Date of Referral | DMH Institution | Date Received at DMH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to DMH Fac | Rescinded Referrals | Incomplete Packet | Rejected Referrals | Patients Rejected | Reason for Rejection or Incomplete Packet | CCAT Date | CCAT Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1306 | | | WSP | 12/31/09 | ASH ICF | 01/09/09 | 1 | 01/09/09 | 01/16/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1307 | | | CMC | 01/03/09 | ASH ICF | 04/01/09 | 1 | 04/06/09 | 04/29/09 | ASH | N/A | N/A | | | | | | | | |
| 1308 | | | CMC | 01/12/09 | ASH ICF | 01/13/09 | 1 | 01/14/09 | 01/16/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1309 | | | CIM | 01/22/09 | ASH ICF | 03/02/09 | 1 | 03/02/09 | 03/23/09 | 07/01/09 | EOP | 101 days | | | | | | | | |
| 1310 | | | RJD | 01/29/09 | ASH ICF | 02/19/09 | 1 | 02/19/09 | 02/26/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1311 | | | SATF | 02/03/09 | ASH ICF | 02/09/09 | 1 | 02/09/09 | 02/13/09 | 07/03/09 | EOP | 141 days | | | | | | | | |
| 1312 | | | RJD | 02/06/09 | ASH ICF | 02/17/09 | 1 | 02/17/09 | 02/19/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1313 | | | CIM | 02/10/09 | ASH ICF | 03/19/09 | 1 | 03/19/09 | 03/30/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1314 | | | CMC | 02/10/09 | ASH ICF | 02/10/09 | 1 | 02/10/09 | 02/10/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1315 | | | CIM | 02/17/09 | ASH ICF | 03/02/09 | 1 | 03/24/09 | 03/09/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1316 | | | CMF | 02/23/09 | ASH ICF | 03/11/09 | 1 | 03/11/09 | 03/25/09 | 07/15/09 | EOP | 113 days | | | | | | | | |
| 1317 | | | CMC | 02/26/09 | ASH ICF | 02/26/09 | 1 | 02/26/09 | 03/02/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1318 | | | CMC | 02/27/09 | ASH ICF | 03/02/09 | 1 | 03/02/09 | 03/03/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1319 | | | CMC | 03/04/09 | ASH ICF | 03/30/09 | 1 | 04/13/09 | 04/13/09 | ASH | N/A | N/A | | | | | | | | |
| 1320 | | | CMC | 03/04/09 | ASH ICF | 03/09/09 | 1 | 03/09/09 | 03/10/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1321 | | | SATF | 03/06/09 | ASH ICF | 03/11/09 | 1 | 03/11/09 | 03/23/09 | 07/15/09 | EOP | 115 days | | | | | | | | |
| 1322 | | | RJD | 03/11/09 | ASH ICF | 03/17/09 | 1 | 04/08/09 | 04/08/09 | ASH | N/A | N/A | | | | | | | | |
| 1323 | | | RJD | 03/11/09 | ASH ICF | 03/27/09 | 1 | 04/23/09 | 04/23/09 | 07/14/09 | EOP | 83 days | | | | | | | | |
| 1324 | | | RJD | 03/15/09 | ASH ICF | 04/10/09 | 1 | 04/10/09 | 05/04/09 | ASH | N/A | N/A | | | | | | | | |
| 1325 | | | SATF | 03/16/09 | ASH ICF | 03/19/09 | 1 | 04/02/09 | 04/02/09 | 07/10/09 | EOP | 100 days | | | | | | | | |
| 1326 | | | CIM | 03/17/09 | ASH ICF | 03/27/09 | 1 | 04/16/09 | 04/16/09 | 07/06/09 | EOP | 82 days | | | | | | | | |
| 1327 | | | CIM | 03/23/09 | ASH ICF | 04/14/09 | 1 | 04/14/09 | 05/05/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1328 | | | CIM | 03/23/09 | ASH ICF | 04/23/09 | 1 | 04/23/09 | 05/05/09 | ASH | N/A | N/A | | | | | | | | |
| 1329 | | | SATF | 03/23/09 | ASH ICF | 03/30/09 | 1 | 04/21/09 | 04/21/09 | ASH | N/A | N/A | | | | | | | | |
| 1330 | | | WSP | 03/24/09 | ASH ICF | 04/01/09 | 1 | 04/01/09 | 04/21/09 | ASH | N/A | N/A | | | | | | | | |
| 1331 | | | ASP | 03/26/09 | ASH ICF | 03/27/09 | 1 | 04/15/09 | 04/15/09 | ASH | N/A | N/A | | | | | | | | |
| 1332 | | | RJD | 03/27/09 | ASH ICF | 04/09/09 | 1 | 04/09/09 | 05/04/09 | ASH | N/A | N/A | | | | | | | | |
| 1333 | | | SATF | 03/30/09 | ASH ICF | 04/06/09 | 1 | 04/06/09 | 04/27/09 | ASH | N/A | N/A | | | | | | | | |
| 1334 | | | SATF | 04/01/09 | ASH ICF | 04/06/09 | 1 | 04/06/09 | 04/27/09 | ASH | N/A | N/A | | | | | | | | |
| 1335 | | | CIM | 04/01/09 | ASH ICF | 04/14/09 | 1 | 04/14/09 | 04/28/09 | ASH | N/A | N/A | | | | | | | | |
| 1336 | | | MCSP | 04/02/09 | ASH ICF | 05/20/09 | 1 | 05/21/09 | 07/29/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1337 | | | CIM | 04/07/09 | ASH ICF | 04/24/09 | 1 | 04/24/09 | 05/12/09 | 07/16/09 | EOP | 66 days | | | | | | | | |
| 1338 | | | CMF | 04/08/09 | ASH ICF | 04/22/09 | 1 | 04/22/09 | 04/30/09 | 07/27/09 | EOP | 89 days | | | | | | | | |
| 1339 | | | CMC | 04/08/09 | ASH ICF | 04/09/09 | 1 | 04/09/09 | 04/13/09 | ASH | N/A | N/A | | | | | | | | |
| 1340 | | P98296 | | 04/09/09 | ASH ICF | 04/14/09 | 1 | 04/14/09 | 05/06/09 | ASH | N/A | N/A | | | | | | | | |
| 1341 | | | MCSP | 04/13/09 | ASH ICF | 04/20/09 | 1 | 04/20/09 | 04/23/09 | ASH | N/A | N/A | | | | | | | | |
| 1342 | | | WSP | 04/16/09 | ASH ICF | 04/24/09 | 1 | 04/26/09 | 05/15/09 | ASH | N/A | N/A | | | | | | | | |
| 1343 | | | RJD | 04/16/09 | ASH ICF | 05/11/09 | 1 | 05/22/09 | Still at ASH | N/A | N/A | | | | | | | | | |
| 1344 | | | CMC | 04/16/09 | ASH ICF | 04/16/09 | 1 | 04/18/09 | 04/21/09 | ASH | N/A | N/A | | | | | | | | |
| 1345 | | | ASP | 04/22/09 | ASH ICF | 04/24/09 | 1 | 04/27/09 | 05/13/09 | 07/22/09 | EOP | 71 days | | | | | | | | |
| 1346 | | | SQ | 04/22/09 | ASH ICF | 05/05/09 | 1 | 05/29/09 | Still at ASH | N/A | N/A | | | | | | | | | |
| 1347 | | | RJD | 04/24/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 05/27/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1348 | | | MCSP | 04/27/09 | ASH ICF | 05/07/09 | 1 | 05/12/09 | 07/13/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1349 | | | MCSP | 04/27/09 | ASH ICF | 05/13/09 | 1 | 05/13/09 | 07/29/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1350 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/15/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1351 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/02/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1352 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 05/20/09 | 07/31/09 | EOP | 73 days | | | | | | | | |
| 1353 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 07/07/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1354 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/28/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1355 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/02/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1356 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/08 | 06/26/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1357 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 07/28/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1358 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/22/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1359 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/15/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1360 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/07/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1361 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 07/23/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1362 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 07/22/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1363 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/07/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1364 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 05/20/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1365 | | | MCSP | 04/28/09 | ASH ICF | 05/08/09 | 1 | 05/11/09 | 07/29/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1366 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/22/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1367 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/18/09 | 07/02/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1368 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/07/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1369 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/21/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1370 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/28/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1371 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/30/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1372 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/18/09 | 07/30/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1373 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/05/09 | 07/23/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1374 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/30/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1375 | | | MCSP | 04/28/09 | ASH ICF | 05/20/09 | 1 | 05/21/09 | 7/29/09 | Still at ASH | N/A | N/A | | | | | | | | |
| 1376 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | 07/21/09 | Still at ASH | N/A | N/A | | | | | | | | |

REDACTED

MONTHLY BED UTILIZATION REPORT
FOR DMH SH AT ASH AND PSYCHIATRIC PROGRAMS
06/01/09 THROUGH JULY 31 2009

| | Patient Names | CDCR # | Referral Institution | Date of Referral | Date Received at DMH | Patient Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Limit of Care | Length of Stay | Refer to Other Fac | Reason for Rejected Referral | Reason for Denied Referral | Patient Rejected | Reason for Rejection of Incomplete Packet | CCAT Date | CCAT Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1377 | | | MCSP | 04/28/09 | ASH ICF | 05/08/09 | 1 | | 05/11/09 | Still at ASH | N/A | N/A | | | | | | | |
| 1378 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/05/09 | 07/21/09 Still at ASH | N/A | N/A | | | | | | | |
| 1379 | | | MCSP | 04/28/09 | ASH ICF | 05/21/09 | 1 | | 05/21/09 | 07/13/09 Still at ASH | N/A | N/A | | | | | | | |
| 1380 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 07/21/09 Still at ASH | N/A | N/A | | | | | | | |
| 1381 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 07/15/09 Still at ASH | N/A | N/A | | | | | | | |
| 1382 | | | CMF | 04/28/09 | ASH ICF | 05/11/09 | 1 | | 05/13/09 | 06/02/09 Still at ASH | N/A | N/A | | | | | | | |
| 1383 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 07/22/09 Still at ASH | N/A | N/A | | | | | | | |
| 1384 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 07/23/09 Still at ASH | N/A | N/A | | | | | | | |
| 1385 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/05/09 | 05/20/09 Still at ASH | N/A | N/A | | | | | | | |
| 1386 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/18/09 | 07/07/09 Still at ASH | N/A | N/A | | | | | | | |
| 1387 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 07/17/09 Still at ASH | N/A | N/A | | | | | | | |
| 1388 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/05/09 | 05/20/09 Still at ASH | N/A | N/A | | | | | | | |
| 1389 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 05/20/09 Still at ASH | N/A | N/A | | | | | | | |
| 1390 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/05/09 | 05/29/09 | 07/08/09 | EOP | 41 days | | | | | | |
| 1391 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | | 05/05/09 | 05/29/09 Still at ASH | N/A | N/A | | | | | | | |
| 1392 | | | SATF | 04/29/09 | ASH ICF | 05/04/09 | 1 | | 05/05/09 | 05/26/09 Still at ASH | N/A | N/A | | | | | | | |
| 1393 | | | CIM | 04/30/09 | ASH ICF | 06/22/09 | 1 | | 06/22/09 | 07/06/09 Still at ASH | N/A | N/A | | | | | | | |
| 1394 | | | DVI | 04/30/09 | ASH ICF | 05/11/09 | 1 | | 05/11/09 | 06/26/09 Still at ASH | N/A | N/A | | | | | | | |
| 1395 | | | SQ | 04/30/09 | ASH ICF | 05/07/09 | 1 | | 05/12/09 | 06/04/09 | 07/03/09 | EOP | 30 days | | | | | | |
| 1396 | | | DVI | 04/30/09 | ASH ICF | 05/08/09 | 1 | | 05/11/09 | 06/03/09 Still at ASH | N/A | N/A | | | | | | | |
| 1397 | | | CMC | 04/30/09 | ASH ICF | 04/30/09 | 1 | | 05/04/09 | 05/06/09 | ASH | N/A | N/A | | | | | | |
| 1398 | | | CMC | 05/05/09 | ASH ICF | 05/15/09 | 1 | | 05/19/09 | 06/15/09 | ASH | N/A | N/A | | | | | | |
| 1399 | | | CMC | 05/05/09 | ASH ICF | 05/07/09 | 1 | | 05/28/09 | 07/24/09 | ASH | N/A | N/A | | | | | | |
| 1400 | | | CMC | 05/07/09 | ASH ICF | 06/11/09 | 1 | | 06/11/09 | 06/29/09 | ASH | N/A | N/A | | | | | | |
| 1401 | | | CIM | 05/07/09 | ASH ICF | 06/26/09 | 1 | | 06/26/09 | 07/06/09 Still at ASH | N/A | N/A | | | | | | | |
| 1402 | | | CMC | 05/07/09 | ASH ICF | 06/08/09 | 1 | | 06/08/09 | 06/30/09 | ASH | N/A | N/A | | | | | | |
| 1403 | | | CMC | 05/07/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 06/22/09 | ASH | N/A | N/A | | | | | | |
| 1404 | | | CMC | 05/07/09 | ASH ICF | 05/26/09 | 1 | | 05/27/09 | 07/09/09 Still at ASH | N/A | N/A | | | | | | | |
| 1405 | | | CMC | 05/07/09 | ASH ICF | 06/11/09 | 1 | | 06/11/09 | 07/03/09 Still at ASH | N/A | N/A | | | | | | | |
| 1406 | | | CMC | 05/07/09 | ASH ICF | 06/08/09 | 1 | | 06/08/09 | 07/09/09 Still at ASH | N/A | N/A | | | | | | | |
| 1407 | | | CSP/COR | 05/11/09 | ASH ICF | 05/18/09 | 1 | | 05/19/09 | 07/31/09 Still at ASH | N/A | N/A | | | | | | | |
| 1408 | | | RJD | 05/11/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 06/29/09 | ASH | N/A | N/A | | | | | | |
| 1409 | | | CMF | 05/11/09 | ASH ICF | 05/19/09 | 1 | | 05/19/09 | 05/26/09 | ASH | N/A | N/A | | | | | | |
| 1410 | | | CSP/COR | 05/11/09 | ASH ICF | 05/18/09 | 1 | | 05/19/09 | 07/03/09 Still at ASH | N/A | N/A | | | | | | | |
| 1411 | | | COR | 05/11/09 | ASH ICF | 05/26/09 | 1 | | 05/27/09 | 07/03/09 Still at ASH | N/A | N/A | | | | | | | |
| 1412 | | | CMC | 05/11/09 | ASH ICF | 06/09/09 | 1 | | 06/09/09 | 06/22/09 | 07/07/09 | EOP | 16 days | | | | | | |
| 1413 | | | RJD | 05/11/09 | ASH ICF | 05/21/09 | 1 | | 05/21/09 | 06/18/09 | ASH | N/A | N/A | | | | | | |
| 1414 | | | WSP | 05/12/09 | ASH ICF | 05/15/09 | 1 | | 05/15/09 | 05/19/09 Still at ASH | N/A | N/A | | | | | | | |
| 1415 | | | CMC | 05/12/09 | ASH ICF | 06/26/09 | 1 | | 06/26/09 | 07/10/09 Still at ASH | N/A | N/A | | | | | | | |
| 1416 | | | CMC | 05/12/09 | ASH ICF | 06/26/09 | 1 | | 06/26/09 | 07/03/09 Still at ASH | N/A | N/A | | | | | | | |
| 1417 | | | RJD | 05/12/09 | ASH ICF | 05/22/09 | 1 | | 05/22/09 | 06/18/09 Still at ASH | N/A | N/A | | | | | | | |
| 1418 | | | RJD | 05/13/09 | ASH ICF | 05/20/09 | 1 | | 05/20/09 | 06/10/09 Still at ASH | N/A | N/A | | | | | | | |
| 1419 | | | CMC | 05/13/09 | ASH ICF | 06/05/09 | 1 | | 06/08/09 | 06/30/09 | ASH | N/A | N/A | | | | | | |
| 1420 | | | SQ | 05/14/09 | ASH ICF | 05/18/09 | 1 | | 05/19/09 | 06/10/09 | 07/21/09 | EOP | 42 days | | | | | | |
| 1421 | | | RJD | 05/15/09 | ASH ICF | 06/05/09 | 1 | | 06/08/09 | 07/01/09 Still at ASH | N/A | N/A | | | | | | | |
| 1422 | | | CIM | 05/18/09 | ASH ICF | 05/28/09 | 1 | | 05/28/09 | 06/17/09 | ASH | N/A | N/A | | | | | | |
| 1423 | | | CMC | 05/18/09 | ASH ICF | 06/03/09 | 1 | | 06/04/09 | 06/05/09 | 07/06/09 | EOP | 32 days | | | | | | |
| 1424 | | | RJD | 05/18/09 | ASH ICF | 05/21/09 | 1 | | 05/21/09 | 06/24/09 Still at ASH | N/A | N/A | | | | | | | |
| 1425 | | | CIM | 05/19/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 06/25/09 | ASH | N/A | N/A | | | | | | |
| 1426 | | | CCI | 05/20/09 | ASH ICF | 05/22/09 | 1 | | 05/22/09 | 06/23/09 | ASH | N/A | N/A | | | | | | |
| 1427 | | | CMF | 05/20/09 | ASH ICF | 05/28/09 | 1 | | 05/28/09 | 06/04/09 | ASH | N/A | N/A | | | | | | |
| 1428 | | | CMC | 05/21/09 | ASH ICF | 06/16/09 | 1 | | 06/16/09 | 06/29/09 | ASH | N/A | N/A | | | | | | |
| 1429 | | | CMC | 05/27/09 | ASH ICF | 06/05/09 | 1 | | 06/08/09 | 06/09/09 | ASH | N/A | N/A | | | | | | |
| 1430 | | | CMF | 05/27/09 | ASH ICF | 06/04/09 | 1 | | 06/04/09 | 06/12/09 | 07/10/09 | EOP | 29 days | | | | | | |
| 1431 | | | SATF | 06/02/09 | ASH ICF | 06/08/09 | 1 | | 06/08/09 | 07/08/09 Still at ASH | N/A | N/A | | | | | | | |
| 1432 | | | RJD | 06/02/09 | ASH ICF | 06/12/09 | 1 | | 06/12/09 | 06/24/09 | ASH | N/A | N/A | | | | | | |
| 1433 | | | RJD | 06/02/09 | ASH ICF | 06/05/09 | 1 | | 06/08/09 | 06/16/09 | 07/17/09 | EOP | 30 days | | | | | | |
| 1434 | | | PVSP | 06/03/09 | ASH ICF | 06/09/09 | 1 | | 06/09/09 | 06/10/09 | ASH | N/A | N/A | | | | | | |
| 1435 | | | RJD | 06/04/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 07/01/09 Still at ASH | N/A | N/A | | | | | | | |
| 1436 | | | CIM | 06/04/09 | ASH ICF | 06/16/09 | 1 | | 06/16/09 | 06/25/09 | ASH | N/A | N/A | | | | | | |
| 1437 | | | RJD | 06/09/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 06/24/09 | 07/21/09 | EOP | 28 days | | | | | | |
| 1438 | | | CMC | 06/09/09 | ASH ICF | 06/11/09 | 1 | | 06/11/09 | 06/25/09 | ASH | N/A | N/A | | | | | | |
| 1439 | | | RJD | 06/09/09 | ASH ICF | 06/15/09 | 1 | | 06/15/09 | 06/24/09 | ASH | N/A | N/A | | | | | | |
| 1440 | | | CSP/COR | 06/11/09 | ASH ICF | 06/11/09 | 1 | | 06/12/09 | 06/25/09 | ASH | N/A | N/A | | | | | | |
| 1441 | | | CMC | 06/12/09 | ASH ICF | 06/17/09 | 1 | | 06/16/09 | 06/18/09 | ASH | N/A | N/A | | | | | | |
| 1442 | | | CMC | 06/12/09 | ASH ICF | 06/16/09 | 1 | | 06/16/09 | 07/16/09 Still at ASH | N/A | N/A | | | | | | | |
| 1443 | | | RJD | 06/15/09 | ASH ICF | 07/02/09 | 1 | | 07/03/09 | 07/14/09 Still at ASH | N/A | N/A | | | | | | | |
| 1444 | | | RJD | 06/19/09 | ASH ICF | 07/02/09 | 1 | | 07/03/09 | 07/14/09 Still at ASH | N/A | N/A | | | | | | | |
| 1445 | | | SQ | 06/24/09 | ASH ICF | 07/13/09 | 1 | | 07/14/09 | 07/20/09 Still at ASH | N/A | N/A | | | | | | | |
| 1446 | | | ASP | 06/30/09 | ASH ICF | 07/03/09 | 1 | | 07/03/09 | 07/17/09 Still at ASH | N/A | N/A | | | | | | | |
| 1447 | | | SQ | 07/01/09 | ASH ICF | 07/14/09 | 1 | | 07/14/09 | 07/20/09 Still at ASH | N/A | N/A | | | | | | | |

REDACTED

MONTHLY BED UTILIZATION REPORT
JULY 1, 2009 THROUGH JULY 31, 2009

| | Patient Names | CDCR # | Referral Institution | Date of Referral | DMH Institution | Date Received at DMH | Patient Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Length of Care Stay | Defer to non-DMH Fac | Rescinded DMH Referral | Incomplete Referral | Rescinded Referral | Patient Rejected | Reason for Rejection or Incomplete Packet | CCAT Date | CCAT Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1448 | | | CMF | 04/27/09 | ASH ICF | 05/01/09 | 1 | 05/18/09 | SCHEDULED FOR ADMISSION ON 8/4/09 | N/A | N/A | N/A | | | | | | | |
| 1449 | | | CMF | 04/28/09 | ASH ICF | 05/04/09 | 1 | 05/05/09 | SCHEDULED FOR ADMISSION ON 8/4/09 | N/A | N/A | N/A | | | | | | | |
| 1450 | | | CMF | 04/28/09 | ASH ICF | 05/01/09 | 1 | 05/18/09 | SCHEDULED FOR ADMISSION ON 8/4/09 | N/A | N/A | N/A | | | | | | | |
| 1451 | | | CMC | 04/30/09 | ASH ICF | 06/05/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/6/09 | N/A | N/A | N/A | | | | | | | |
| 1452 | | | CMC | 05/07/09 | ASH ICF | 06/08/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/6/09 | N/A | N/A | N/A | | | | | | | |
| 1453 | | | CMC | 05/07/09 | ASH ICF | 06/09/09 | 1 | 06/09/09 | SCHEDULED FOR ADMISSION ON 8/7/09 | N/A | N/A | N/A | | | | | | | |
| 1454 | | | RJD | 05/08/09 | ASH ICF | 06/05/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/5/09 | N/A | N/A | N/A | | | | | | | |
| 1455 | | | CMC | 05/08/09 | ASH ICF | 06/05/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/7/09 | N/A | N/A | N/A | | | | | | | |
| 1456 | | | CMC | 05/08/09 | ASH ICF | 06/08/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/7/09 | N/A | N/A | N/A | | | | | | | |
| 1457 | | | RJD | 05/26/09 | ASH ICF | 06/05/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/5/09 | N/A | N/A | N/A | | | | | | | |
| 1458 | | | RJD | 06/02/09 | ASH ICF | 06/05/09 | 1 | 06/08/09 | SCHEDULED FOR ADMISSION ON 8/5/09 | N/A | N/A | N/A | | | | | | | |
| 1459 | | | RJD | 06/17/09 | ASH ICF | 07/07/09 | 1 | 07/07/09 | SCHEDULED FOR ADMISSION ON 8/5/09 | N/A | N/A | N/A | | | | | | | |
| 1460 | | | CMC | 04/27/09 | ASH ICF | 07/06/09 | 1 | 07/07/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1461 | | | CMF | 05/04/09 | ASH ICF | 05/22/09 | 1 | 05/22/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1462 | | | CMC | 05/06/09 | ASH ICF | 06/18/09 | 1 | 06/19/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1463 | | | CMC | 05/11/09 | ASH ICF | 06/01/09 | 1 | 06/02/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1464 | | | CMC | 05/18/09 | ASH ICF | 06/09/09 | 1 | 06/09/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1465 | | | CMF | 06/02/09 | ASH ICF | 06/12/09 | 1 | 06/12/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1466 | | | CMC | 06/03/09 | ASH ICF | 06/09/09 | 1 | 06/09/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |

REDACTED

**MONTHLY BED UTILIZATION REPORT FOR DMH HOSPITALS AND PSYCHIATRIC PROGRAMS ADMISSIONS, 2009 THROUGH JULY 31, 2009**

| | Patient Names | CDCR # | Referral Institution | Date of Referral | DMH Institution | Date Received at DMH | Patient Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DMH Fac | Respited Referral | Incomplete Referral | Rejected Referral | Patient Rejected | Reason for Rejection or Incomplete Packet | CCAT Date | CCAT Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1467 | | | CIM | 06/16/09 | ASH ICF | 07/24/09 | 1 | | 07/28/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1468 | | | CIM | 06/23/09 | ASH ICF | 07/17/09 | 1 | | 07/02/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1469 | | | SQ | 06/25/09 | ASH ICF | 07/24/09 | 1 | | 07/27/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1470 | | | CIM | 06/29/09 | ASH ICF | 07/17/09 | 1 | | 07/20/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1471 | | | CIM | 06/30/09 | ASH ICF | 07/24/09 | 1 | | 07/28/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1472 | | | CIM | 07/02/09 | ASH ICF | 07/13/09 | 1 | | 07/13/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1473 | | | CMF | 07/03/09 | ASH ICF | 07/24/09 | 1 | | 07/27/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1474 | | | CMF | 07/03/09 | ASH ICF | 07/24/09 | 1 | | 07/27/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1475 | | | SATF | 07/05/09 | ASH ICF | 07/22/09 | 1 | | 07/27/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1476 | | | RJD | 07/06/09 | ASH ICF | 07/17/09 | 1 | | 07/20/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1477 | | | RJD | 07/06/09 | ASH ICF | 07/24/09 | 1 | | 07/24/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1478 | | | RJD | 07/09/09 | ASH ICF | 07/22/09 | 1 | | 07/22/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1479 | | | SATF | 07/15/09 | ASH ICF | 07/22/09 | 1 | | 07/23/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1480 | | | CIM | 06/25/09 | ASH ICF | 07/22/09 | 1 | | 07/30/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1481 | | | CMC | 06/12/09 | ASH ICF | 06/26/09 | 1 | | 06/26/09 | AWAITING ADMISSIONS SCHEDULING | N/A | N/A | N/A | | | | | | | |
| 1482 | | | SATF | 06/03/09 | ASH ICF | 07/07/09 | 0 | | DEFERRED TO CSH | N/A | N/A | N/A | N/A | 1 | | | | | | |
| 1483 | | | RJD | 06/02/09 | ASH ICF | 07/03/09 | 0 | | DEFERRED TO VPP | N/A | N/A | N/A | N/A | 1 | | | | | | |
| 1484 | | | ASP | 07/21/09 | SVPP WL | 07/23/09 | 0 | | NA | N/A | N/A | N/A | N/A | | | | 1 | 1 | See attached letter from ASH clinical staff. | 07/16/09 | Deferred to VPP for placement. |
| 1485 | | | CMC | 10/05/07 | CSH ICF | 06/05/08 | 1 | | 06/05/08 | 06/05/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1486 | | | SATF | 10/11/07 | CSH ICF | 07/02/08 | 1 | | 07/02/08 | 07/02/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1487 | | | CMC | 12/03/07 | CSH ICF | 12/17/07 | 1 | | 12/17/07 | 12/17/07 | 07/09/09 | EOP | 571 days | | | | | | | |
| 1488 | | | CMC | 05/09/08 | CSH ICF | 04/14/09 | 1 | | 04/14/09 | 04/14/09 | Still at CSH | N/A | N/A | | | | | | | |
| 1489 | | | CMC | 05/28/08 | CSH ICF | 08/19/08 | 1 | | 08/19/08 | 08/19/08 | 07/02/09 | EOP | 318 days | | | | | | | |
| 1490 | | | CMF | 06/11/08 | CSH ICF | 05/12/09 | 1 | | 05/12/09 | 05/12/09 | Still at CSH | N/A | N/A | | | | | | | |
| 1491 | | | RJD | 06/13/08 | CSH ICF | 07/08/08 | 1 | | 07/08/08 | 07/08/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1492 | | | CMC | 06/17/08 | CSH ICF | 08/19/08 | 1 | | 08/19/08 | 08/19/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1493 | | | CMC | 06/18/08 | CSH ICF | 09/10/08 | 1 | | 09/10/08 | 09/10/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1494 | | | CMC | 06/30/08 | CSH ICF | 09/10/08 | 1 | | 09/10/08 | 09/10/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1495 | | | CMC | 07/25/08 | CSH ICF | 09/10/08 | 1 | | 09/10/08 | 09/10/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1496 | | | CMC | 08/26/08 | CSH ICF | 11/20/08 | 1 | | 11/20/08 | 11/20/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1497 | | | CSP/SOL | 09/02/08 | CSH ICF | 10/22/08 | 1 | | 10/22/08 | 10/22/08 | Still at CSH | N/A | N/A | | | | | | | |
| 1498 | | | CMF | 09/15/08 | CSH ICF | 05/12/09 | 1 | | 05/12/09 | 05/12/09 | Still at CSH | N/A | N/A | | | | | | | |
| 1499 | | | CMC | 10/28/08 | CSH ICF | 11/25/08 | 1 | | 11/25/08 | 11/25/08 | Still at CSH | N/A | N/A | | | | | | | |

REDACTED