# EXHIBIT F



# CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

September 2, 2008

Matthew A. Lopes, Jr., Esq.              via:     Lisa Tillman
Office of Special Master                          Deputy Attorney General
Pannone, Lopes & Devereaux, LLC                   1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                     P.O. Box 944255
Providence, RI 02908                              Sacramento, CA 94244-2550

RE:   MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE AND DAY
      TREATMENT PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE
      AND THE SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE
      PRISON

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California Department of Mental Health (DMH) is to provide a monthly report on the implementation of the expanded Intermediate Care Programs (ICPs) and Day Treatment Programs (DTPs) at the California Medical Facility, Vacaville. In addition to the terms of the Court order, the DMH also is providing information on the implementation of the expanded ICPs and DTPs at the Salinas Valley Psychiatric Program to optimize transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information. The data reflects the time period of August 1, 2008 through August 31, 2008.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE: 8/31/2008

| UNIT VPP | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 DTP | 44 | 40 | 0 | 4 |
| A-3 ICF | 40 | 30 | 1 | 9 |
| P-2 ICF Level IV | 36 | 36 | 0 | 0 |
| P-3 ICF Level IV | 30 | 30 | 0 | 0 |

| Unit | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| SVPP | 32 | 32 | 0 | 0 | 32 | 30 | 2 | 0 |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 56 | 50 | 6 | 0 |
| D-6 | 56 | 50 | 6 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A3 ICF | 0 |
| A2 DTP | 0 |
| SVPP | 166 |

9/2/2008

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE: 8/31/2008

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | PC 1370 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| P-2 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-3 ICF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-2 DTP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 10 | 17 | 2 | 29 | 0 | 73 | 1 | 34 | 166 |
| SVPP PC 1370 | 10 | 0 | 0 | 4 | 1 | 18 | 1 | --- | 34 |

9/2/2008

2