# EXHIBIT G

# CALIFORNIA DEPARTMENT OF Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

Matthew A. Lopes, Jr., Esq.       via:    Debbie J. Vorous
Office of Special Master                         Jeffery Steele
Pannone, Lopes & Devereaux, LLC         Deputy Attorneys General
317 Iron Horse Way, Suite 301              1300 I Street, Suite 125
Providence, RI 02908                        P.O. Box 944255
                                                   Sacramento, CA 94244-2550

RE:    MONTHLY REPORT ON THE LICENSURE OF THE INTERMEDIATE CARE
        PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
        SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California Department of Mental Health (DMH) is to provide a monthly report on the implementation of the expanded Intermediate Care Programs (ICP) at the California Medical Facility, Vacaville. In addition to the terms of the Court order, the DMH also is providing information on the implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information. The data reflects the time period of August 1, 2009 through August 31, 2009.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE: 08/31/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 34 | 0 | 10 |
| A-3 ICF | 40 | 33 | 0 | 7 |
| P-3 ICF Level IV | 30 | 26 | 4 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 28 | 4 | 0 | 32 | 29 | 0 | 3 |
| TC2 | 64 | 62 | 2 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 55 | 3 | 0 |

WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 426 |

1

8/31/2009

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE: 08/31/09

WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG. - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 36 | 30 | 6 | 91 | 0 | 235 | 5 | 403 |
| SVPP PC 1370* | 10 | 0 | 0 | 4 | 0 | 8 | 1 | 23 |

2

8/31/2009