# EXHIBIT H

State of California                                California Department of Corrections and Rehabilitation

# Memorandum

Date:    August 17, 2009

To:      Sharon Aungst
         Chief Deputy Secretary
         Division of Correctional Health Care Services

Subject: **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS AND TRANSFERS FOR JULY 2009**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the month of **July 2009**, there were **185 MHCB** referrals. Of the **185** referrals, **98** were placed. The **87** not placed (**47%** of those referred) were rescinded by the referring clinician. Of the **87** rescinded, **74** no longer required MHCB treatment, **12** were placed in a MHCB internally, **one** transferred to the Department of Mental Health and **zero** paroled.

**Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A (3 pages)** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of days waiting to transfer, and prior level of care. For the **98** transferred, the average number of days waiting was **5.13**. Of the **98** transferred, **4** cases were transferred within the required 24 hours.

**Attachment 2B (3 pages)** provides details regarding those MHCB referrals that were rescinded by the referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being transferred or rescinded.

**Attachment 4** is a summary of those inmates referred from the California Medical Facility (CMF) and transferred into the CMF/Acute Psychiatric Program as crisis bed emergency admissions.

Please let me know if you have any questions about the information provided.

*Original Signed By*
RICK JOHNSON, CHIEF
Health Care Placement Oversight Program
Division of Correctional Health Care Services

Attachments

   cc:  Karen Wong
        Health Care Regional Administrators
        Mental Health Regional Administrators
        Cathy Jefferson
        HC-POP Staff

ATTACHMENT 1

**SUMMARY**
**TRANSFERRED AND RESCINDED MHCB REFERRALS**
**BY INSTITUTION AND PRIOR LEVEL OF CARE**
**JULY 2009**

| | TOTAL REFERRALS | | | | | | REFERRED AND TRANSFERRED | | | | | | REFERRED AND RESCINDED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | MHCB | GP | DMH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DMH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DMH | TOTAL | % TTL |
| ASP | 5 | 1 | 0 | 1 | 0 | 7 | 3.78% | 4 | 1 | 0 | 1 | 0 | 6 | 6.12% | 1 | 0 | 0 | 0 | 0 | 1 | 1.15% |
| CAL | 0 | 0 | 0 | 4 | 0 | 4 | 2.16% | 0 | 0 | 0 | 3 | 0 | 3 | 3.06% | 0 | 0 | 0 | 1 | 0 | 1 | 1.15% |
| CCC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 11 | 4 | 0 | 0 | 0 | 15 | 8.11% | 6 | 3 | 0 | 0 | 0 | 9 | 9.18% | 5 | 1 | 0 | 0 | 0 | 6 | 6.90% |
| CCI-RC | 2 | 4 | 0 | 0 | 0 | 6 | 3.24% | 1 | 2 | 0 | 0 | 0 | 3 | 3.06% | 1 | 2 | 0 | 0 | 0 | 3 | 3.45% |
| CEN | 1 | 0 | 0 | 6 | 0 | 7 | 3.78% | 1 | 0 | 0 | 5 | 0 | 6 | 6.12% | 0 | 0 | 0 | 1 | 0 | 1 | 1.15% |
| CMF/DMH | 0 | 0 | 0 | 0 | 2 | 2 | 1.08% | 0 | 0 | 2 | 0 | 0 | 2 | 2.04% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| COCF | 0 | 0 | 0 | 2 | 0 | 2 | 1.08% | 0 | 0 | 0 | 2 | 0 | 2 | 2.04% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CRC | 1 | 0 | 0 | 0 | 0 | 1 | 0.54% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 0 | 0 | 0 | 0 | 1 | 1.15% |
| CTF | 2 | 2 | 0 | 1 | 0 | 5 | 2.70% | 1 | 1 | 0 | 1 | 0 | 3 | 3.06% | 1 | 1 | 0 | 0 | 0 | 2 | 2.30% |
| CVSP | 3 | 2 | 0 | 2 | 0 | 7 | 3.78% | 3 | 1 | 0 | 2 | 0 | 6 | 6.12% | 0 | 1 | 0 | 0 | 0 | 1 | 1.15% |
| DVI | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 29 | 22 | 0 | 0 | 0 | 51 | 27.57% | 15 | 13 | 0 | 0 | 0 | 28 | 28.57% | 14 | 9 | 0 | 0 | 0 | 23 | 26.44% |
| FOL | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 0 | 0 | 0 | 1 | 0 | 1 | 0.54% | 0 | 0 | 0 | 1 | 0 | 1 | 1.02% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| KVSP | 1 | 2 | 0 | 0 | 0 | 3 | 1.62% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 2 | 0 | 0 | 0 | 3 | 3.45% |
| LAC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| LAC-RC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| MCSP | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| NKSP | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| NKSP-RC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| PBSP | 1 | 0 | 0 | 0 | 0 | 1 | 0.54% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 0 | 0 | 0 | 0 | 1 | 1.15% |
| RJD | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| RJD-RC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SAC | 2 | 17 | 0 | 0 | 0 | 19 | 10.27% | 0 | 2 | 0 | 0 | 0 | 2 | 2.04% | 2 | 15 | 0 | 0 | 0 | 17 | 19.54% |
| SCC | 1 | 3 | 0 | 0 | 0 | 4 | 2.16% | 0 | 1 | 0 | 0 | 0 | 1 | 1.02% | 1 | 2 | 0 | 0 | 0 | 3 | 3.45% |
| SQ | 2 | 0 | 0 | 0 | 0 | 2 | 1.08% | 2 | 0 | 0 | 0 | 0 | 2 | 2.04% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SQ-RC | 11 | 12 | 0 | 0 | 0 | 23 | 12.43% | 10 | 12 | 0 | 0 | 0 | 22 | 22.45% | 1 | 0 | 0 | 0 | 0 | 1 | 1.15% |
| SVSP | 1 | 1 | 0 | 0 | 0 | 2 | 1.08% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 1 | 0 | 0 | 0 | 2 | 2.30% |
| WSP | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| WSP-RC | 7 | 14 | 0 | 2 | 0 | 23 | 12.43% | 1 | 1 | 0 | 0 | 0 | 2 | 2.04% | 6 | 13 | 0 | 2 | 0 | 21 | 24.14% |
| TOTAL | 80 | 84 | 0 | 19 | 2 | 185 | 100.00% | 44 | 37 | 0 | 15 | 2 | 98 | 100.00% | 36 | 47 | 0 | 4 | 0 | 87 | 100.00% |
| % TTL | 43.24% | 45.41% | 0.00% | 10.27% | 1.08% | 100.00% | | 44.90% | 37.76% | 0.00% | 15.31% | 2.04% | 100.00% | | 41.38% | 54.02% | 0.00% | 4.60% | 0.00% | 100.00% | |

| Referrals by Classification Score | |
|---|---|
| Score | Total |
| 0-18 | 54 |
| 19-27 | 49 |
| 28-51 | 19 |
| 52+ | 50 |
| TOTAL | 172 |
| Not Calc | 13 |
| Grand TTL | 185 |

HC-POP 8/17/09

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE       ATTACHMENT 2A
JULY 2009

| Transferred From | Transferred To | Request Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| ASP | CMF | 7/30/2009 | 7/31/2009 | CCCMS | 1 |
| ASP | CMF | 7/2/2009 | 7/10/2009 | CCCMS | 8 |
| ASP | CMF | 7/12/2009 | 7/15/2009 | CCCMS | 3 |
| ASP | SOL | 7/28/2009 | 7/30/2009 | CCCMS | 2 |
| ASP | CMF | 7/5/2009 | 7/10/2009 | EOP | 5 |
| ASP | SVSP | 7/20/2009 | 7/23/2009 | GP | 3 |
| **ASP Average** | | | | | **3.67** |
| CAL | COR | 6/24/2009 | 7/3/2009 | GP | 9 |
| CAL | SATF | 6/29/2009 | 7/9/2009 | GP | 10 |
| CAL | SATF | 7/1/2009 | 7/9/2009 | GP | 8 |
| **CAL Average** | | | | | **9.00** |
| CCI | CMF | 7/27/2009 | 7/30/2009 | CCCMS | 3 |
| CCI | CMF | 7/10/2009 | 7/16/2009 | CCCMS | 6 |
| CCI | COR | 6/26/2009 | 7/3/2009 | CCCMS | 7 |
| CCI | SATF | 6/26/2009 | 7/8/2009 | CCCMS | 12 |
| CCI | SVSP | 7/8/2009 | 7/11/2009 | CCCMS | 3 |
| CCI | SVSP | 7/8/2009 | 7/11/2009 | CCCMS | 3 |
| CCI | CMF | 7/25/2009 | 7/30/2009 | EOP | 5 |
| CCI | CMF | 7/1/2009 | 7/10/2009 | EOP | 9 |
| CCI | CMF | 6/26/2009 | 7/1/2009 | EOP | 5 |
| **CCI Average** | | | | | **5.89** |
| CCI-RC | SATF | 6/29/2009 | 7/8/2009 | CCCMS | 9 |
| CCI-RC | SATF | 7/22/2009 | 7/25/2009 | EOP | 3 |
| CCI-RC | SOL | 7/8/2009 | 7/15/2009 | EOP | 7 |
| **CCI-RC Average** | | | | | **6.33** |
| CEN | RJD | 7/24/2009 | 7/31/2009 | CCCMS | 7 |
| CEN | CMF | 7/3/2009 | 7/15/2009 | GP | 12 |
| CEN | CMF | 7/5/2009 | 7/15/2009 | GP | 10 |
| CEN | CMF | 7/7/2009 | 7/18/2009 | GP | 11 |
| CEN | SATF | 7/9/2009 | 7/10/2009 | GP | 1 |
| CEN | SATF | 7/21/2009 | 7/24/2009 | GP | 3 |
| **CEN Average** | | | | | **7.33** |
| CMF/DMH | CMF | 7/14/2009 | 7/16/2009 | CMF/DMH | 2 |
| CMF/DMH | LAC | 7/2/2009 | 7/3/2009 | CMF/DMH | 1 |
| **CMF/DMH Average** | | | | | **1.50** |
| COCF | CIM | 6/29/2009 | 7/1/2009 | GP | 2 |
| COCF | SOL | 7/7/2009 | 7/9/2009 | GP | 2 |
| **COCF Average** | | | | | **2.00** |
| CTF | CMF | 7/13/2009 | 7/16/2009 | CCCMS | 3 |
| CTF | SATF | 7/23/2009 | 7/25/2009 | EOP | 2 |
| CTF | SOL | 7/9/2009 | 7/15/2009 | GP | 6 |
| **CTF Average** | | | | | **3.67** |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and HQ MHP senior clinical staff authorize priority placements.      Page 1                                      8/17/09

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2A
JULY 2009

| Transferred From | Transferred To | Request Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| CVSP | SATF | 6/30/2009 | 7/8/2009 | CCCMS | 8 |
| CVSP | SATF | 7/2/2009 | 7/9/2009 | CCCMS | 7 |
| CVSP | SATF | 7/2/2009 | 7/9/2009 | CCCMS | 7 |
| CVSP | SATF | 7/22/2009 | 7/24/2009 | EOP | 2 |
| CVSP | LAC | 7/20/2009 | 7/22/2009 | GP | 2 |
| CVSP | SATF | 7/19/2009 | 7/22/2009 | GP | 3 |
| **CVSP Average** | | | | | **4.83** |
| DVI-RC | CMF | 7/2/2009 | 7/9/2009 | CCCMS | 7 |
| DVI-RC | CMF | 7/5/2009 | 7/10/2009 | CCCMS | 5 |
| DVI-RC | CMF | 7/26/2009 | 7/30/2009 | CCCMS | 4 |
| DVI-RC | CMF | 7/5/2009 | 7/14/2009 | CCCMS | 9 |
| DVI-RC | CMF | 7/20/2009 | 7/24/2009 | CCCMS | 4 |
| DVI-RC | CMF | 7/20/2009 | 7/23/2009 | CCCMS | 3 |
| DVI-RC | CMF | 7/12/2009 | 7/19/2009 | CCCMS | 7 |
| DVI-RC | CMF | 7/15/2009 | 7/21/2009 | CCCMS | 6 |
| DVI-RC | CMF | 7/5/2009 | 7/14/2009 | CCCMS | 9 |
| DVI-RC | CMF | 7/10/2009 | 7/15/2009 | CCCMS | 5 |
| DVI-RC | CMF | 7/17/2009 | 7/21/2009 | CCCMS | 4 |
| DVI-RC | COR | 7/20/2009 | 7/23/2009 | CCCMS | 3 |
| DVI-RC | HDSP | 7/14/2009 | 7/21/2009 | CCCMS | 7 |
| DVI-RC | PBSP | 7/28/2009 | 7/31/2009 | CCCMS | 3 |
| DVI-RC | SOL | 6/28/2009 | 7/2/2009 | CCCMS | 4 |
| DVI-RC | CMF | 6/28/2009 | 7/2/2009 | EOP | 4 |
| DVI-RC | CMF | 7/22/2009 | 7/24/2009 | EOP | 2 |
| DVI-RC | CMF | 7/16/2009 | 7/21/2009 | EOP | 5 |
| DVI-RC | CMF | 7/19/2009 | 7/21/2009 | EOP | 2 |
| DVI-RC | CMF | 7/5/2009 | 7/15/2009 | EOP | 10 |
| DVI-RC | CMF | 7/12/2009 | 7/17/2009 | EOP | 5 |
| DVI-RC | CMF | 7/8/2009 | 7/14/2009 | EOP | 6 |
| DVI-RC | CMF | 7/5/2009 | 7/10/2009 | EOP | 5 |
| DVI-RC | CMF | 7/12/2009 | 7/16/2009 | EOP | 4 |
| DVI-RC | CMF | 7/20/2009 | 7/23/2009 | EOP | 3 |
| DVI-RC | CMF | 7/1/2009 | 7/9/2009 | EOP | 8 |
| DVI-RC | PBSP | 7/24/2009 | 7/29/2009 | EOP | 5 |
| DVI-RC | PBSP | 7/27/2009 | 7/31/2009 | EOP | 4 |
| **DVI-RC Average** | | | | | **5.11** |
| ISP | COR | 6/27/2009 | 7/2/2009 | GP | 5 |
| **ISP Average** | | | | | **5.00** |
| SAC | CMF | 7/25/2009 | 7/30/2009 | EOP | 5 |
| SAC | HDSP | 7/19/2009 | 7/21/2009 | EOP | 2 |
| **SAC Average** | | | | | **3.50** |
| SCC | SVSP | 6/29/2009 | 7/7/2009 | EOP | 8 |
| **SCC Average** | | | | | **8.00** |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and HQ MHP senior clinical staff authorize priority placements.    Page 2    8/17/09

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2A
JULY 2009

| Transferred From | Transferred To | Request Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| SQ | CMF | 7/7/2009 | 7/16/2009 | CCCMS | 9 |
| SQ | CMF | 7/9/2009 | 7/16/2009 | CCCMS | 7 |
| **SQ Average** | | | | | **8.00** |
| SQ-RC | CMF | 7/20/2009 | 7/23/2009 | CCCMS | 3 |
| SQ-RC | CMF | 6/30/2009 | 7/9/2009 | CCCMS | 9 |
| SQ-RC | CMF | 7/9/2009 | 7/15/2009 | CCCMS | 6 |
| SQ-RC | CMF | 7/27/2009 | 7/29/2009 | CCCMS | 2 |
| SQ-RC | CMF | 7/20/2009 | 7/24/2009 | CCCMS | 4 |
| SQ-RC | CMF | 7/27/2009 | 7/29/2009 | CCCMS | 2 |
| SQ-RC | CMF | 7/22/2009 | 7/24/2009 | CCCMS | 2 |
| SQ-RC | CMF | 6/30/2009 | 7/8/2009 | CCCMS | 8 |
| SQ-RC | HDSP | 7/6/2009 | 7/15/2009 | CCCMS | 9 |
| SQ-RC | PBSP | 7/3/2009 | 7/12/2009 | CCCMS | 9 |
| SQ-RC | CMF | 7/20/2009 | 7/23/2009 | EOP | 3 |
| SQ-RC | CMF | 6/29/2009 | 7/8/2009 | EOP | 9 |
| SQ-RC | CMF | 7/6/2009 | 7/8/2009 | EOP | 2 |
| SQ-RC | CMF | 7/31/2009 | 7/31/2009 | EOP | 0 |
| SQ-RC | CMF | 6/28/2009 | 7/2/2009 | EOP | 4 |
| SQ-RC | CMF | 7/22/2009 | 7/24/2009 | EOP | 2 |
| SQ-RC | CMF | 6/28/2009 | 7/2/2009 | EOP | 4 |
| SQ-RC | CMF | 7/3/2009 | 7/9/2009 | EOP | 6 |
| SQ-RC | CMF | 7/24/2009 | 7/29/2009 | EOP | 5 |
| SQ-RC | CMF | 7/22/2009 | 7/24/2009 | EOP | 2 |
| SQ-RC | HDSP | 7/16/2009 | 7/22/2009 | EOP | 6 |
| SQ-RC | SOL | 7/14/2009 | 7/18/2009 | EOP | 4 |
| **SQ-RC Average** | | | | | **4.59** |
| WSP-RC | SATF | 6/30/2009 | 7/9/2009 | CCCMS | 9 |
| WSP-RC | SVSP | 7/28/2009 | 7/30/2009 | EOP | 2 |
| **WSP-RC Average** | | | | | **5.50** |
| **Grand Average** | | | | | **5.13** |

| SUMMARY OF TRANSFERS ||||
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 98 | 5.13 | 12 |
| < or = 1 day | 4 | 0.75 | 1 |
| 2 days | 17 | NA | NA |
| 3 days | 15 | NA | NA |
| 4 or more days | 62 | 6.79 | 8 |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and HQ MHP senior clinical staff authorize priority placements.    Page 3    8/17/09

RESCINDED MHCB REFERRALS  ATTACHMENT 2B
BY INSTITUTION AND PRIOR LEVEL OF CARE
JULY 2009

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| ASP | 7/22/2009 | 7/24/2009 | CCCMS | RETURN TO HOUSING | 2 |
| **ASP Average** | | | | | **2.00** |
| CAL | 7/9/2009 | 7/17/2009 | GP | RETURN TO HOUSING | 8 |
| **CAL Average** | | | | | **8.00** |
| CCI | 6/26/2009 | 7/7/2009 | CCCMS | RETURN TO HOUSING | 11 |
| CCI | 7/3/2009 | 7/7/2009 | CCCMS | RETURN TO HOUSING | 4 |
| CCI | 7/10/2009 | 7/15/2009 | CCCMS | ADMITTED | 5 |
| CCI | 7/10/2009 | 7/13/2009 | CCCMS | RETURN TO HOUSING | 3 |
| CCI | 7/16/2009 | 7/21/2009 | CCCMS | RETURN TO HOUSING | 5 |
| CCI | 7/12/2009 | 7/13/2009 | EOP | RETURN TO HOUSING | 1 |
| **CCI Average** | | | | | **4.83** |
| CCI-RC | 7/21/2009 | 7/24/2009 | CCCMS | RETURN TO HOUSING | 3 |
| CCI-RC | 7/8/2009 | 7/12/2009 | EOP | ADMITTED | 4 |
| CCI-RC | 7/20/2009 | 7/22/2009 | EOP | DMH (Pending or Transferred) | 2 |
| **CCI-RC Average** | | | | | **3.00** |
| CEN | 7/16/2009 | 7/21/2009 | GP | RETURN TO HOUSING | 5 |
| **CEN Average** | | | | | **5.00** |
| CRC | 7/20/2009 | 7/22/2009 | CCCMS | ADMITTED | 2 |
| **CRC Average** | | | | | **2.00** |
| CTF | 6/30/2009 | 7/1/2009 | CCCMS | ADMITTED | 1 |
| CTF | 6/29/2009 | 7/4/2009 | EOP | RETURN TO HOUSING | 5 |
| **CTF Average** | | | | | **3.00** |
| CVSP | 7/16/2009 | 7/17/2009 | EOP | RETURN TO HOUSING | 1 |
| **CVSP Average** | | | | | **1.00** |
| DVI-RC | 6/30/2009 | 7/1/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 6/30/2009 | 7/1/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 6/30/2009 | 7/8/2009 | CCCMS | RETURN TO HOUSING | 8 |
| DVI-RC | 7/5/2009 | 7/6/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/5/2009 | 7/6/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/9/2009 | 7/10/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/12/2009 | 7/16/2009 | CCCMS | RETURN TO HOUSING | 4 |
| DVI-RC | 7/12/2009 | 7/13/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/17/2009 | 7/18/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/18/2009 | 7/19/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/19/2009 | 7/20/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/19/2009 | 7/20/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/25/2009 | 7/29/2009 | CCCMS | RETURN TO HOUSING | 4 |
| DVI-RC | 7/28/2009 | 7/29/2009 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 7/1/2009 | 7/8/2009 | EOP | RETURN TO HOUSING | 7 |
| DVI-RC | 7/4/2009 | 7/9/2009 | EOP | RETURN TO HOUSING | 5 |
| DVI-RC | 7/8/2009 | 7/10/2009 | EOP | RETURN TO HOUSING | 2 |
| DVI-RC | 7/10/2009 | 7/12/2009 | EOP | RETURN TO HOUSING | 2 |
| DVI-RC | 7/12/2009 | 7/13/2009 | EOP | RETURN TO HOUSING | 1 |
| DVI-RC | 7/14/2009 | 7/17/2009 | EOP | RETURN TO HOUSING | 3 |

*Days Waiting based on days between referral and rescission. Field clinicians identify the most urgent cases and Headquarter's Mental Health Program senior clinical staff authorize priority placements.

Page 1

HC-POP
8/17/09

RESCINDED MHCB REFERRALS  
BY INSTITUTION AND PRIOR LEVEL OF CARE  
JULY 2009

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| DVI-RC | 7/14/2009 | 7/17/2009 | EOP | RETURN TO HOUSING | 3 |
| DVI-RC | 7/15/2009 | 7/16/2009 | EOP | RETURN TO HOUSING | 1 |
| DVI-RC | 7/16/2009 | 7/21/2009 | EOP | RETURN TO HOUSING | 5 |
| **DVI-RC Average** | | | | | **2.43** |
| KVSP | 7/20/2009 | 7/24/2009 | CCCMS | RETURN TO HOUSING | 4 |
| KVSP | 7/20/2009 | 7/24/2009 | EOP | ADMITTED | 4 |
| KVSP | 7/20/2009 | 7/24/2009 | EOP | ADMITTED | 4 |
| **KVSP Average** | | | | | **4.00** |
| PBSP | 6/26/2009 | 7/7/2009 | CCCMS | ADMITTED | 11 |
| **PBSP Average** | | | | | **11.00** |
| SAC | 7/15/2009 | 7/20/2009 | CCCMS | RETURN TO HOUSING | 5 |
| SAC | 7/19/2009 | 7/21/2009 | CCCMS | RETURN TO HOUSING | 2 |
| SAC | 6/29/2009 | 7/6/2009 | EOP | RETURN TO HOUSING | 7 |
| SAC | 7/1/2009 | 7/5/2009 | EOP | RETURN TO HOUSING | 4 |
| SAC | 7/1/2009 | 7/5/2009 | EOP | RETURN TO HOUSING | 4 |
| SAC | 7/5/2009 | 7/6/2009 | EOP | RETURN TO HOUSING | 1 |
| SAC | 7/5/2009 | 7/6/2009 | EOP | ADMITTED | 1 |
| SAC | 7/5/2009 | 7/14/2009 | EOP | RETURN TO HOUSING | 9 |
| SAC | 7/19/2009 | 7/21/2009 | EOP | ADMITTED | 2 |
| SAC | 7/20/2009 | 7/21/2009 | EOP | ADMITTED | 1 |
| SAC | 7/23/2009 | 7/24/2009 | EOP | RETURN TO HOUSING | 1 |
| SAC | 7/24/2009 | 7/28/2009 | EOP | RETURN TO HOUSING | 4 |
| SAC | 7/25/2009 | 7/30/2009 | EOP | ADMITTED | 5 |
| SAC | 7/25/2009 | 7/28/2009 | EOP | RETURN TO HOUSING | 3 |
| SAC | 7/27/2009 | 7/28/2009 | EOP | RETURN TO HOUSING | 1 |
| SAC | 7/30/2009 | 7/31/2009 | EOP | RETURN TO HOUSING | 1 |
| SAC | 7/30/2009 | 7/31/2009 | EOP | RETURN TO HOUSING | 1 |
| **SAC Average** | | | | | **3.06** |
| SCC | 6/29/2009 | 7/1/2009 | CCCMS | RETURN TO HOUSING | 2 |
| SCC | 7/14/2009 | 7/17/2009 | EOP | RETURN TO HOUSING | 3 |
| SCC | 7/27/2009 | 7/28/2009 | EOP | RETURN TO HOUSING | 1 |
| **SCC Average** | | | | | **2.00** |
| SQ-RC | 6/29/2009 | 7/9/2009 | CCCMS | RETURN TO HOUSING | 10 |
| **SQ-RC Average** | | | | | **10.00** |
| SVSP | 7/12/2009 | 7/15/2009 | CCCMS | RETURN TO HOUSING | 3 |
| SVSP | 6/28/2009 | 7/7/2009 | EOP | RETURN TO HOUSING | 9 |
| **SVSP Average** | | | | | **6.00** |
| WSP-RC | 7/2/2009 | 7/4/2009 | CCCMS | RETURN TO HOUSING | 2 |
| WSP-RC | 7/2/2009 | 7/6/2009 | CCCMS | RETURN TO HOUSING | 4 |
| WSP-RC | 7/6/2009 | 7/9/2009 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 7/6/2009 | 7/9/2009 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 7/24/2009 | 7/29/2009 | CCCMS | RETURN TO HOUSING | 5 |
| WSP-RC | 7/24/2009 | 7/29/2009 | CCCMS | ADMITTED | 5 |
| WSP-RC | 6/30/2009 | 7/8/2009 | EOP | RETURN TO HOUSING | 8 |

*Days Waiting based on days between referral and rescission. Field clinicians identify the most urgent cases and Headquarter's Mental Health Program senior clinical staff authorize priority placements.

Page 2

HC-POP  
8/17/09

RESCINDED MHCB REFERRALS  ATTACHMENT 2B
BY INSTITUTION AND PRIOR LEVEL OF CARE
JULY 2009

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| WSP-RC | 7/2/2009 | 7/4/2009 | EOP | RETURN TO HOUSING | 2 |
| WSP-RC | 7/2/2009 | 7/8/2009 | EOP | RETURN TO HOUSING | 6 |
| WSP-RC | 7/2/2009 | 7/9/2009 | EOP | RETURN TO HOUSING | 7 |
| WSP-RC | 7/6/2009 | 7/9/2009 | EOP | RETURN TO HOUSING | 3 |
| WSP-RC | 7/6/2009 | 7/8/2009 | EOP | RETURN TO HOUSING | 2 |
| WSP-RC | 7/14/2009 | 7/16/2009 | EOP | RETURN TO HOUSING | 2 |
| WSP-RC | 7/15/2009 | 7/20/2009 | EOP | RETURN TO HOUSING | 5 |
| WSP-RC | 7/20/2009 | 7/22/2009 | EOP | RETURN TO HOUSING | 2 |
| WSP-RC | 7/22/2009 | 7/29/2009 | EOP | RETURN TO HOUSING | 7 |
| WSP-RC | 7/22/2009 | 7/29/2009 | EOP | RETURN TO HOUSING | 7 |
| WSP-RC | 7/25/2009 | 7/29/2009 | EOP | RETURN TO HOUSING | 4 |
| WSP-RC | 7/30/2009 | 7/31/2009 | EOP | RETURN TO HOUSING | 1 |
| WSP-RC | 7/14/2009 | 7/16/2009 | GP | RETURN TO HOUSING | 2 |
| WSP-RC | 7/30/2009 | 7/31/2009 | GP | RETURN TO HOUSING | 1 |
| **WSP-RC Average** | | | | | **3.86** |
| **Grand Average** | | | | | **3.47** |

| SUMMARY OF RESCINDED REFERRALS | | | |
|---|---|---|---|
| Time Frames | Total Rescinds | Average Days Waiting | Range for Days Waiting |
| Combined | 87 | 3.47 | 10 |
| < or = 1 day | 26 | 1.00 | 0 |
| 2 days | 14 | NA | NA |
| 3 days | 10 | NA | NA |
| 4 or more days | 37 | 5.89 | 6 |

*Days Waiting based on days between referral and rescission. Field clinicians identify the most urgent cases and Headquarter's Mental Health Program senior clinical staff authorize priority placements.

Page 3

HC-POP
8/17/09

REASON FOR RESCINDED MHCB REFERRALS
JULY 2009

ATTACHMENT 2C

| Institution | RESCIND REASON | | | | Total Rescinded |
|---|---|---|---|---|---|
| | Admitted | Return to Housing | DMH Pending or Transferred | Paroled | |
| ASP | 0 | 1 | 0 | 0 | 1 |
| CAL | 0 | 1 | 0 | 0 | 1 |
| CCC | 0 | 0 | 0 | 0 | 0 |
| CCI | 1 | 5 | 0 | 0 | 6 |
| CCI-RC | 1 | 1 | 1 | 0 | 3 |
| CEN | 0 | 1 | 0 | 0 | 1 |
| CIM | 0 | 0 | 0 | 0 | 0 |
| CIM-RC | 0 | 0 | 0 | 0 | 0 |
| CMC | 0 | 0 | 0 | 0 | 0 |
| CMF | 0 | 0 | 0 | 0 | 0 |
| COCF | 0 | 0 | 0 | 0 | 0 |
| CRC | 1 | 0 | 0 | 0 | 1 |
| CTF | 1 | 1 | 0 | 0 | 2 |
| CVSP | 0 | 1 | 0 | 0 | 1 |
| DVI | 0 | 0 | 0 | 0 | 0 |
| DVI-RC | 0 | 23 | 0 | 0 | 23 |
| FOL | 0 | 0 | 0 | 0 | 0 |
| ISP | 0 | 0 | 0 | 0 | 0 |
| KVSP | 2 | 1 | 0 | 0 | 3 |
| LAC | 0 | 0 | 0 | 0 | 0 |
| LAC-RC | 0 | 0 | 0 | 0 | 0 |
| MCSP | 0 | 0 | 0 | 0 | 0 |
| NKSP | 0 | 0 | 0 | 0 | 0 |
| NKSP-RC | 0 | 0 | 0 | 0 | 0 |
| PBSP | 1 | 0 | 0 | 0 | 1 |
| RJD | 0 | 0 | 0 | 0 | 0 |
| RJD-RC | 0 | 0 | 0 | 0 | 0 |
| SAC | 4 | 13 | 0 | 0 | 17 |
| SATF | 0 | 0 | 0 | 0 | 0 |
| SCC | 0 | 3 | 0 | 0 | 3 |
| SOL | 0 | 0 | 0 | 0 | 0 |
| SQ | 0 | 0 | 0 | 0 | 0 |
| SQ-RC | 0 | 1 | 0 | 0 | 1 |
| SVSP | 0 | 2 | 0 | 0 | 2 |
| WSP | 0 | 0 | 0 | 0 | 0 |
| WSP-RC | 1 | 20 | 0 | 0 | 21 |
| TOTAL | 12 | 74 | 1 | 0 | 87 |

HC-POP 8/17/09

AVERAGE DAYS WAITING*  ATTACHMENT 3
MHCB Referrals and Transfers
**JULY 2009**

|  | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
|  | Number | Avg Days Wait | Number | Avg Days Wait | Number | Avg Days Wait |
| ASP | 6 | 3.67 | 1 | 2.00 | 7 | 3.43 |
| CAL | 3 | 9.00 | 1 | 8.00 | 4 | 8.75 |
| CCC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CCI | 9 | 5.89 | 6 | 4.83 | 15 | 5.47 |
| CCI-RC | 3 | 6.33 | 3 | 3.00 | 6 | 4.67 |
| CEN | 6 | 7.33 | 1 | 5.00 | 7 | 7.00 |
| CIM | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CIM-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CIW | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CIW-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CMF/DMH | 2 | 1.50 | 0 | 0.00 | 2 | 1.50 |
| COCF | 2 | 2.00 | 0 | 0.00 | 2 | 2.00 |
| COR | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Community | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CRC | 0 | 0.00 | 1 | 2.00 | 1 | 2.00 |
| CTF | 3 | 3.67 | 2 | 3.00 | 5 | 3.40 |
| CVSP | 6 | 4.83 | 1 | 1.00 | 7 | 4.14 |
| DVI | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DVI-RC | 28 | 5.11 | 23 | 2.43 | 51 | 3.90 |
| Extradition | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| FOL | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| HDSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| ISP | 1 | 5.00 | 0 | 0.00 | 1 | 5.00 |
| KVSP | 0 | 0.00 | 3 | 4.00 | 3 | 4.00 |
| LAC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| LAC-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| MCSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| PBSP | 0 | 0.00 | 1 | 11.00 | 1 | 11.00 |
| PVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| RJD | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| RJD-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SAC | 2 | 3.50 | 17 | 3.06 | 19 | 3.11 |
| SATF | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SCC | 1 | 8.00 | 3 | 2.00 | 4 | 3.50 |
| SOL | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SQ | 2 | 8.00 | 0 | 0.00 | 2 | 8.00 |
| SQ-RC | 22 | 4.59 | 1 | 10.00 | 23 | 4.83 |
| SVSP | 0 | 0.00 | 2 | 6.00 | 2 | 6.00 |
| WSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| WSP-RC | 2 | 5.50 | 21 | 3.86 | 23 | 4.00 |
| TOTAL | 98 | 5.13 | 87 | 3.47 | 185 | 4.35 |

*Average Days Waiting is based on number of days between referral and transfer or rescission. It does not indicate days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and Headquarters Mental Health Program senior clinical staff authorize priority placement of these cases into available MHCBs.

HC-POP 8/17/09

CMF/DMH EMERGENCY ADMISSIONS
BY PRIOR LEVEL OF CARE
JULY 2009

ATTACHMENT 4

| Prior Level of Care* | Referring Institution CMF |
|---|---|
| CCCMS | 1 |
| EOP | 21 |
| GP | 0 |
| MHCB | 0 |
| Total Emergency Admissions | 22 |

*Prior Level of Care:
   CCCMS=Correctional Clinical Case Management System
   EOP=Enhanced Outpatient Program
   GP=General Population
   MHCB=Mental Health Crisis Bed

HC-POP 8/17/09