# EXHIBIT J

State of California

California Department of Corrections and Rehabilitation

# Memorandum

Date:     September 15, 2008

To:       Robin J. Dezember
          Chief Deputy Secretary
          Division of Correctional Health Care Services

Subject:  **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED
          REFERRALS AND TRANSFERS FOR AUGUST 2008**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the month of August 2008, there were **322 MHCB** referrals. Of the 322 referrals, **135** were placed. The **187** not placed (**58%** of those referred) were rescinded by the referring clinician. Of the **187** rescinded, **106** no longer required MHCB treatment, **80** were placed in a MHCB internally, **zero** transferred to the Department of Mental Health and **1** paroled.

**Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A** (4 pages) provides additional details of the completed referrals/transfers, including transfer timeframes, average number of days waiting to transfer, and prior level of care. For the **135** transferred, the average number of days waiting was **2.04**. Of the **135** transferred, **58** cases were transferred within the required 24 hours.

**Attachment 2B** (5 pages) provides details regarding those MHCB referrals that were rescinded by the referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being transferred or rescinded.

**Attachment 4** is a summary of those inmates referred from the California Medical Facility (CMF) and transferred into the CMF/Acute Psychiatric Program as emergency admissions.

Please let me know if you have any questions about the information provided.

*Original Signed By*
RICK JOHNSON, CHIEF
Health Care Placement Oversight Program
Division of Correctional Health Care Services

Attachments

cc:   Brenda Epperly-Ellis          Dwight Winslow, M.D.
      Andrew Swanson, M.D.          Tia Araminta, Ph.D.
      Marion Chiurazzi, Ph.D.       Steve Clavere, Ph.D.
      Shama Chaiken, Ph.D.          Health Care Regional Administrators
      Robert Canning, Ph.D.         HC-POP Staff
      Jack Martin, Ph.D.

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
C01-1351 TEH (N.D. Cal)
PLTF Exhibit No. P - 587
Date Entered:_____
Signature:_____
Alternate Reference:_____

* CDC 1617 (3/89)

ATTACH 1

SUMMARY
TRANSFERRED AND RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
AUGUST 2008

| | TOTAL REFERRALS | | | | | REFERRED AND TRANSFERRED | | | | | REFERRED AND RESCINDED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | GP | TOTAL | % TTL | CCCMS | EOP | GP | TOTAL | % TTL | CCCMS | EOP | GP | TOTAL | % TTL |
| ASP | 7 | 1 | 1 | 9 | 2.80% | 4 | 1 | 0 | 5 | 3.70% | 3 | 0 | 1 | 4 | 2.14% |
| CAL | 0 | 0 | 2 | 2 | 0.62% | 0 | 0 | 2 | 2 | 1.48% | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 7 | 6 | 0 | 13 | 4.04% | 6 | 4 | 0 | 10 | 7.41% | 1 | 2 | 0 | 3 | 1.60% |
| CCI-RC | 0 | 3 | 0 | 3 | 0.93% | 0 | 1 | 0 | 1 | 0.74% | 0 | 2 | 0 | 2 | 1.07% |
| CEN | 1 | 0 | 2 | 3 | 0.93% | 1 | 0 | 0 | 1 | 0.74% | 0 | 0 | 2 | 2 | 1.07% |
| CIM-RC | 17 | 20 | 5 | 42 | 13.04% | 0 | 0 | 0 | 0 | 0.00% | 17 | 20 | 5 | 42 | 22.46% |
| COCF | 0 | 0 | 1 | 1 | 0.31% | 0 | 0 | 1 | 1 | 0.74% | 0 | 0 | 0 | 0 | 0.00% |
| CRC | 3 | 0 | 0 | 3 | 0.93% | 1 | 0 | 0 | 1 | 0.74% | 2 | 0 | 0 | 2 | 1.07% |
| CTF | 5 | 0 | 0 | 5 | 1.55% | 4 | 0 | 0 | 4 | 2.96% | 1 | 0 | 0 | 1 | 0.53% |
| CVSP | 0 | 1 | 2 | 3 | 0.93% | 0 | 1 | 2 | 3 | 2.22% | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 13 | 24 | 0 | 37 | 11.49% | 11 | 24 | 0 | 35 | 25.93% | 2 | 0 | 0 | 2 | 1.07% |
| FOL | 6 | 0 | 1 | 7 | 2.17% | 2 | 0 | 0 | 2 | 1.48% | 4 | 0 | 1 | 5 | 2.67% |
| ISP | 0 | 0 | 3 | 3 | 0.93% | 0 | 0 | 3 | 3 | 2.22% | 0 | 0 | 0 | 0 | 0.00% |
| LAC | 0 | 2 | 1 | 3 | 0.93% | 0 | 0 | 1 | 1 | 0.74% | 0 | 2 | 0 | 2 | 1.07% |
| LAC-RC | 0 | 3 | 0 | 3 | 0.93% | 0 | 1 | 0 | 1 | 0.74% | 0 | 2 | 0 | 2 | 1.07% |
| MCSP | 1 | 0 | 0 | 1 | 0.31% | 0 | 0 | 0 | 0 | 0.00% | 1 | 0 | 0 | 1 | 0.53% |
| NKSP-RC | 36 | 17 | 6 | 59 | 18.32% | 0 | 1 | 0 | 1 | 0.74% | 36 | 16 | 6 | 58 | 31.02% |
| SAC | 12 | 38 | 2 | 52 | 16.15% | 2 | 16 | 0 | 18 | 13.33% | 10 | 22 | 2 | 34 | 18.18% |
| SATF | 1 | 0 | 0 | 1 | 0.31% | 1 | 0 | 0 | 1 | 0.74% | 0 | 0 | 0 | 0 | 0.00% |
| SCC | 2 | 0 | 0 | 2 | 0.62% | 2 | 0 | 0 | 2 | 1.48% | 0 | 0 | 0 | 0 | 0.00% |
| SOL | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| SQ-RC | 10 | 15 | 1 | 26 | 8.07% | 10 | 14 | 1 | 25 | 18.52% | 0 | 1 | 0 | 1 | 0.53% |
| SVSP | 6 | 9 | 0 | 15 | 4.66% | 1 | 5 | 0 | 6 | 4.44% | 5 | 4 | 0 | 9 | 4.81% |
| WSP | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| WSP-RC | 13 | 16 | 0 | 29 | 9.01% | 2 | 10 | 0 | 12 | 8.89% | 11 | 6 | 0 | 17 | 9.09% |
| TOTAL | 139 | 156 | 27 | 322 | 100.00% | 47 | 78 | 10 | 135 | 100.00% | 92 | 78 | 17 | 187 | 100.00% |
| % TTL | 43.17% | 48.45% | 8.39% | 100.00% | | 34.81% | 57.78% | 7.41% | 100.00% | | 0.00% | 41.71% | 9.09% | 100.00% | |

| Referrals by Classification Score | |
|---|---|
| Score | Total |
| 0-18 | 105 |
| 19-27 | 65 |
| 28-51 | 50 |
| 52+ | 93 |
| TOTAL | 313 |
| Not Calc | 9 |
| Grand TTL | 322 |

HC-POP 9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2A
AUGUST 2008

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| ASP | CMF | 8/17/2008 | 8/20/2008 | CCCMS | 3 |
| ASP | CMF | 8/21/2008 | 8/23/2008 | CCCMS | 2 |
| ASP | COR | 8/22/2008 | 8/26/2008 | CCCMS | 4 |
| ASP | KVSP | 8/4/2008 | 8/5/2008 | CCCMS | 1 |
| ASP | CMF | 8/13/2008 | 8/14/2008 | EOP | 1 |
| | | | AVERAGE DAYS WAITING: | | 2.20 |
| CAL | SATF | 8/10/2008 | 8/13/2008 | GP | 3 |
| CAL | SATF | 8/15/2008 | 8/19/2008 | GP | 4 |
| | | | AVERAGE DAYS WAITING: | | 3.50 |
| CCI | CMF | 8/2/2008 | 8/7/2008 | CCCMS | 5 |
| CCI | CMF | 8/11/2008 | 8/13/2008 | CCCMS | 2 |
| CCI | CMF | 8/26/2008 | 8/28/2008 | CCCMS | 2 |
| CCI | PVSP | 8/22/2008 | 8/24/2008 | CCCMS | 2 |
| CCI | SOL | 8/1/2008 | 8/2/2008 | CCCMS | 1 |
| CCI | SVSP | 8/11/2008 | 8/14/2008 | CCCMS | 3 |
| CCI | CMF | 8/4/2008 | 8/7/2008 | EOP | 3 |
| CCI | CMF | 8/11/2008 | 8/13/2008 | EOP | 2 |
| CCI | CMF | 8/27/2008 | 8/28/2008 | EOP | 1 |
| CCI | SVSP | 8/13/2008 | 8/14/2008 | EOP | 1 |
| | | | AVERAGE DAYS WAITING: | | 2.20 |
| CCI-RC | SATF | 7/28/2008 | 8/6/2008 | EOP | 9 |
| | | | AVERAGE DAYS WAITING: | | 9.00 |
| CEN | SATF | 8/27/2008 | 8/29/2008 | CCCMS | 2 |
| | | | AVERAGE DAYS WAITING: | | 2.00 |
| COCF | CIM | 8/26/2008 | 8/29/2008 | GP | 3 |
| | | | AVERAGE DAYS WAITING: | | 3.00 |
| CRC | SATF | 8/7/2008 | 8/9/2008 | CCCMS | 2 |
| | | | AVERAGE DAYS WAITING: | | 2.00 |
| CTF | CMF | 8/7/2008 | 8/9/2008 | CCCMS | 2 |
| CTF | KVSP | 8/13/2008 | 8/15/2008 | CCCMS | 2 |
| CTF | SATF | 8/20/2008 | 8/21/2008 | CCCMS | 1 |
| CTF | SVSP | 8/6/2008 | 8/7/2008 | CCCMS | 1 |
| | | | AVERAGE DAYS WAITING: | | 1.50 |
| CVSP | LAC | 8/5/2008 | 8/7/2008 | EOP | 2 |
| CVSP | SATF | 8/8/2008 | 8/9/2008 | GP | 1 |
| CVSP | SATF | 8/28/2008 | 8/29/2008 | GP | 1 |
| | | | AVERAGE DAYS WAITING: | | 1.33 |
| DVI-RC | CMF | 8/3/2008 | 8/4/2008 | CCCMS | 1 |
| DVI-RC | CMF | 8/7/2008 | 8/8/2008 | CCCMS | 1 |
| DVI-RC | CMF | 8/16/2008 | 8/17/2008 | CCCMS | 1 |
| DVI-RC | CMF | 8/19/2008 | 8/21/2008 | CCCMS | 2 |
| DVI-RC | CMF | 8/30/2008 | 8/31/2008 | CCCMS | 1 |
| DVI-RC | COR | 8/29/2008 | 8/31/2008 | CCCMS | 2 |
| DVI-RC | PBSP | 7/29/2008 | 8/1/2008 | CCCMS | 3 |
| DVI-RC | SATF | 8/11/2008 | 8/12/2008 | CCCMS | 1 |
| DVI-RC | SATF | 8/11/2008 | 8/14/2008 | CCCMS | 3 |
| DVI-RC | SOL | 8/24/2008 | 8/28/2008 | CCCMS | 4 |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB coming available. Field clinicians identify the most urgent cases and authorize priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE     ATTACHMENT 2A
AUGUST 2008

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| DVI-RC | SOL | 8/28/2008 | 8/29/2008 | CCCMS | 1 |
| DVI-RC | CMF | 8/1/2008 | 8/2/2008 | EOP | 1 |
| DVI-RC | CMF | 8/1/2008 | 8/2/2008 | EOP | 1 |
| DVI-RC | CMF | 8/4/2008 | 8/5/2008 | EOP | 1 |
| DVI-RC | CMF | 8/7/2008 | 8/8/2008 | EOP | 1 |
| DVI-RC | CMF | 8/10/2008 | 8/11/2008 | EOP | 1 |
| DVI-RC | CMF | 8/10/2008 | 8/11/2008 | EOP | 1 |
| DVI-RC | CMF | 8/10/2008 | 8/11/2008 | EOP | 1 |
| DVI-RC | CMF | 8/11/2008 | 8/15/2008 | EOP | 4 |
| DVI-RC | CMF | 8/14/2008 | 8/16/2008 | EOP | 2 |
| DVI-RC | CMF | 8/16/2008 | 8/17/2008 | EOP | 1 |
| DVI-RC | CMF | 8/18/2008 | 8/21/2008 | EOP | 3 |
| DVI-RC | CMF | 8/19/2008 | 8/23/2008 | EOP | 4 |
| DVI-RC | CMF | 8/21/2008 | 8/22/2008 | EOP | 1 |
| DVI-RC | CMF | 8/23/2008 | 8/23/2008 | EOP | 0 |
| DVI-RC | CMF | 8/23/2008 | 8/23/2008 | EOP | 0 |
| DVI-RC | CMF | 8/25/2008 | 8/27/2008 | EOP | 2 |
| DVI-RC | CMF | 8/27/2008 | 8/28/2008 | EOP | 1 |
| DVI-RC | CMF | 8/27/2008 | 8/29/2008 | EOP | 2 |
| DVI-RC | PBSP | 7/29/2008 | 8/1/2008 | EOP | 3 |
| DVI-RC | PBSP | 8/18/2008 | 8/20/2008 | EOP | 2 |
| DVI-RC | PBSP | 8/24/2008 | 8/27/2008 | EOP | 3 |
| DVI-RC | PBSP | 8/24/2008 | 8/27/2008 | EOP | 3 |
| DVI-RC | PVSP | 8/2/2008 | 8/3/2008 | EOP | 1 |
| DVI-RC | SATF | 8/11/2008 | 8/14/2008 | EOP | 3 |
| | | | AVERAGE DAYS WAITING: | | 1.77 |
| FOL | PBSP | 8/1/2008 | 8/1/2008 | CCCMS | 0 |
| FOL | SOL | 8/11/2008 | 8/12/2008 | CCCMS | 1 |
| | | | AVERAGE DAYS WAITING: | | 0.50 |
| ISP | KVSP | 8/7/2008 | 8/8/2008 | GP | 1 |
| ISP | PVSP | 8/18/2008 | 8/20/2008 | GP | 2 |
| ISP | SVSP | 8/5/2008 | 8/8/2008 | GP | 3 |
| | | | AVERAGE DAYS WAITING: | | 2.00 |
| LAC | SATF | 8/13/2008 | 8/16/2008 | GP | 3 |
| | | | AVERAGE DAYS WAITING: | | 3.00 |
| LAC-RC | SATF | 8/20/2008 | 8/20/2008 | EOP | 0 |
| | | | AVERAGE DAYS WAITING: | | 0.00 |
| NKSP-RC | SATF | 7/31/2008 | 8/1/2008 | EOP | 1 |
| | | | AVERAGE DAYS WAITING: | | 1.00 |
| SAC | CMF | 8/11/2008 | 8/16/2008 | CCCMS | 5 |
| SAC | CMF | 8/18/2008 | 8/19/2008 | CCCMS | 1 |
| SAC | CMF | 8/4/2008 | 8/7/2008 | EOP | 3 |
| SAC | CMF | 8/5/2008 | 8/7/2008 | EOP | 2 |
| SAC | CMF | 8/9/2008 | 8/9/2008 | EOP | 0 |
| SAC | CMF | 8/9/2008 | 8/9/2008 | EOP | 0 |
| SAC | CMF | 8/18/2008 | 8/19/2008 | EOP | 1 |
| SAC | CMF | 8/18/2008 | 8/19/2008 | EOP | 1 |
| SAC | CMF | 8/19/2008 | 8/24/2008 | EOP | 5 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available. Field clinicians
identify the most urgent cases and authorize
priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE     ATTACHMENT 2A
AUGUST 2008

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| SAC | CMF | 8/20/2008 | 8/21/2008 | EOP | 1 |
| SAC | CMF | 8/20/2008 | 8/24/2008 | EOP | 4 |
| SAC | CMF | 8/23/2008 | 8/23/2008 | EOP | 0 |
| SAC | CMF | 8/27/2008 | 8/27/2008 | EOP | 0 |
| SAC | CMF | 8/27/2008 | 8/27/2008 | EOP | 0 |
| SAC | KVSP | 8/7/2008 | 8/15/2008 | EOP | 8 |
| SAC | PBSP | 8/25/2008 | 8/28/2008 | EOP | 3 |
| SAC | SATF | 8/14/2008 | 8/18/2008 | EOP | 4 |
| SAC | SATF | 8/14/2008 | 8/18/2008 | EOP | 4 |
| | | | **AVERAGE DAYS WAITING:** | | **2.33** |
| SATF | SATF | 8/13/2008 | 8/15/2008 | CCCMS | 2 |
| | | | **AVERAGE DAYS WAITING:** | | **2.00** |
| SCC | CMF | 8/25/2008 | 8/29/2008 | CCCMS | 4 |
| SCC | CMF | 8/27/2008 | 8/29/2008 | CCCMS | 2 |
| | | | **AVERAGE DAYS WAITING:** | | **3.00** |
| SQ-RC | CMF | 8/9/2008 | 8/10/2008 | CCCMS | 1 |
| SQ-RC | CMF | 8/11/2008 | 8/11/2008 | CCCMS | 0 |
| SQ-RC | CMF | 8/11/2008 | 8/13/2008 | CCCMS | 2 |
| SQ-RC | CMF | 8/13/2008 | 8/21/2008 | CCCMS | 8 |
| SQ-RC | CMF | 8/18/2008 | 8/21/2008 | CCCMS | 3 |
| SQ-RC | CMF | 8/20/2008 | 8/22/2008 | CCCMS | 2 |
| SQ-RC | CMF | 8/24/2008 | 8/27/2008 | CCCMS | 3 |
| SQ-RC | CMF | 8/28/2008 | 8/29/2008 | CCCMS | 1 |
| SQ-RC | CMF | 8/29/2008 | 8/31/2008 | CCCMS | 2 |
| SQ-RC | SOL | 8/21/2008 | 8/23/2008 | CCCMS | 2 |
| SQ-RC | CMF | 7/30/2008 | 8/2/2008 | EOP | 3 |
| SQ-RC | CMF | 7/31/2008 | 8/2/2008 | EOP | 2 |
| SQ-RC | CMF | 8/1/2008 | 8/2/2008 | EOP | 1 |
| SQ-RC | CMF | 8/7/2008 | 8/9/2008 | EOP | 2 |
| SQ-RC | CMF | 8/20/2008 | 8/22/2008 | EOP | 2 |
| SQ-RC | CMF | 8/25/2008 | 8/27/2008 | EOP | 2 |
| SQ-RC | CMF | 8/28/2008 | 8/29/2008 | EOP | 1 |
| SQ-RC | CMF | 8/28/2008 | 8/29/2008 | EOP | 1 |
| SQ-RC | CMF | 8/28/2008 | 8/29/2008 | EOP | 1 |
| SQ-RC | CMF | 8/29/2008 | 8/31/2008 | EOP | 2 |
| SQ-RC | CMF | 8/29/2008 | 8/31/2008 | EOP | 2 |
| SQ-RC | PBSP | 8/27/2008 | 8/29/2008 | EOP | 2 |
| SQ-RC | SAC | 8/6/2008 | 8/8/2008 | EOP | 2 |
| SQ-RC | CMF | 8/3/2008 | 8/6/2008 | GP | 3 |
| | | | **AVERAGE DAYS WAITING:** | | **2.04** |
| SVSP | SATF | 8/22/2008 | 8/23/2008 | CCCMS | 1 |
| SVSP | HDSP | 8/23/2008 | 8/27/2008 | EOP | 4 |
| SVSP | KVSP | 7/31/2008 | 8/1/2008 | EOP | 1 |
| SVSP | KVSP | 7/31/2008 | 8/1/2008 | EOP | 1 |
| SVSP | PVSP | 8/22/2008 | 8/24/2008 | EOP | 2 |
| SVSP | SATF | 8/22/2008 | 8/23/2008 | EOP | 1 |
| | | | **AVERAGE DAYS WAITING:** | | **1.67** |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available. Field clinicians
identify the most urgent cases and authorize
priority placements.

Page 3

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
**AUGUST 2008**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| WSP-RC | CMF | 7/29/2008 | 8/1/2008 | CCCMS | 3 |
| WSP-RC | SATF | 8/28/2008 | 8/31/2008 | CCCMS | 3 |
| WSP-RC | CMF | 7/29/2008 | 8/1/2008 | EOP | 3 |
| WSP-RC | CMF | 7/29/2008 | 8/1/2008 | EOP | 3 |
| WSP-RC | CMF | 8/2/2008 | 8/3/2008 | EOP | 1 |
| WSP-RC | CMF | 8/2/2008 | 8/3/2008 | EOP | 1 |
| WSP-RC | CMF | 8/2/2008 | 8/3/2008 | EOP | 1 |
| WSP-RC | HDSP | 8/7/2008 | 8/9/2008 | EOP | 2 |
| WSP-RC | HDSP | 8/8/2008 | 8/9/2008 | EOP | 1 |
| WSP-RC | LAC | 8/2/2008 | 8/5/2008 | EOP | 3 |
| WSP-RC | SATF | 8/28/2008 | 8/31/2008 | EOP | 3 |
| WSP-RC | SVSP | 8/28/2008 | 8/30/2008 | EOP | 2 |
| | | | | **AVERAGE DAYS WAITING:** | **2.17** |

| SUMMARY OF TRANSFERS | | | |
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 135 | 2.04 | 9 |
| < or = 1 day | 58 | 0.83 | 1 |
| 2 days | 35 | NA | NA |
| 3 days | 26 | NA | NA |
| 4 or more days | 16 | 5.00 | 5 |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB coming avaiable. Field clinicians identify the most urgent cases and authorize priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2A
**AUGUST 2008**

4

11    5

4
7    2
5

22    10
9
9    1

2    1

3    1

2    1

6    4

4    3

4

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available.  Field clinicians
identify the most urgent cases and authorize
priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
**AUGUST 2008**

4

4

62          35

1           2

6           3

3           1

0           1

1           1

5

5

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available.  Field clinicians
identify the most urgent cases and authorize
priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE     ATTACHMENT 2A
**AUGUST 2008**

4

8

4
4

42          18

2          1

4

6          2

8

51          25

4

10          6

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available.  Field clinicians
identify the most urgent cases and authorize
priority placements.

HC-POP
9/15/08

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
AUGUST 2008

|  |  |  |
|---|---|---|
| 26 | 12 |  |
| 276 | 135 | 80 |

| |
|---|
| 48 |
| 70 |
| 78 |
| 80 |
| 276 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB coming available.  Field clinicians
identify the most urgent cases and authorize
priority placements.

HC-POP
9/15/08

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**AUGUST 2008**

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| ASP | 7/29/2008 | 8/1/2008 | CCCMS | RETURN TO HOUSING | 3 |
| ASP | 8/17/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 1 |
| ASP | 8/19/2008 | 8/25/2008 | CCCMS | RETURN TO HOUSING | 6 |
| ASP | 8/21/2008 | 8/22/2008 | GP | RETURN TO HOUSING | 1 |
| | | | | AVERAGE DAYS WAITING: | 2.75 |
| CCI | 8/13/2008 | 8/14/2008 | CCCMS | RETURN TO HOUSING | 1 |
| CCI | 8/17/2008 | 8/18/2008 | EOP | RETURN TO HOUSING | 1 |
| CCI | 8/17/2008 | 8/18/2008 | EOP | RETURN TO HOUSING | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.00 |
| CCI-RC | 8/5/2008 | 8/8/2008 | EOP | RETURN TO HOUSING | 3 |
| CCI-RC | 8/17/2008 | 8/18/2008 | EOP | RETURN TO HOUSING | 1 |
| | | | | AVERAGE DAYS WAITING: | 2.00 |
| CEN | 8/5/2008 | 8/7/2008 | GP | RETURN TO HOUSING | 2 |
| CEN | 8/9/2008 | 8/10/2008 | GP | RETURN TO HOUSING | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.50 |
| CIM-RC | 8/2/2008 | 8/5/2008 | CCCMS | ADMITTED | 3 |
| CIM-RC | 8/2/2008 | 8/6/2008 | CCCMS | ADMITTED | 4 |
| CIM-RC | 8/5/2008 | 8/6/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/8/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/8/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/13/2008 | CCCMS | ADMITTED | 6 |
| CIM-RC | 8/8/2008 | 8/12/2008 | CCCMS | ADMITTED | 4 |
| CIM-RC | 8/8/2008 | 8/12/2008 | CCCMS | ADMITTED | 4 |
| CIM-RC | 8/8/2008 | 8/13/2008 | CCCMS | ADMITTED | 5 |
| CIM-RC | 8/8/2008 | 8/20/2008 | CCCMS | RETURN TO HOUSING | 12 |
| CIM-RC | 8/11/2008 | 8/13/2008 | CCCMS | ADMITTED | 2 |
| CIM-RC | 8/12/2008 | 8/14/2008 | CCCMS | ADMITTED | 2 |
| CIM-RC | 8/14/2008 | 8/15/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/19/2008 | 8/20/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/25/2008 | 8/26/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/27/2008 | 8/28/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/27/2008 | 8/28/2008 | CCCMS | ADMITTED | 1 |
| CIM-RC | 8/5/2008 | 8/6/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/8/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/8/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/12/2008 | EOP | ADMITTED | 5 |
| CIM-RC | 8/7/2008 | 8/12/2008 | EOP | ADMITTED | 5 |
| CIM-RC | 8/8/2008 | 8/12/2008 | EOP | ADMITTED | 4 |
| CIM-RC | 8/8/2008 | 8/12/2008 | EOP | ADMITTED | 4 |
| CIM-RC | 8/8/2008 | 8/12/2008 | EOP | ADMITTED | 4 |
| CIM-RC | 8/11/2008 | 8/13/2008 | EOP | ADMITTED | 2 |
| CIM-RC | 8/11/2008 | 8/13/2008 | EOP | ADMITTED | 2 |
| CIM-RC | 8/11/2008 | 8/14/2008 | EOP | ADMITTED | 3 |
| CIM-RC | 8/12/2008 | 8/13/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/12/2008 | 8/14/2008 | EOP | ADMITTED | 2 |
| CIM-RC | 8/13/2008 | 8/14/2008 | EOP | ADMITTED | 1 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and authorize priority placements.

Page 1

HC-POP
9/15/08

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**AUGUST 2008**

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| CIM-RC | 8/14/2008 | 8/15/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/14/2008 | 8/15/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/15/2008 | 8/15/2008 | EOP | ADMITTED | 0 |
| CIM-RC | 8/15/2008 | 8/15/2008 | EOP | ADMITTED | 0 |
| CIM-RC | 8/25/2008 | 8/26/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/27/2008 | 8/28/2008 | EOP | ADMITTED | 1 |
| CIM-RC | 8/5/2008 | 8/6/2008 | GP | ADMITTED | 1 |
| CIM-RC | 8/7/2008 | 8/13/2008 | GP | ADMITTED | 6 |
| CIM-RC | 8/8/2008 | 8/12/2008 | GP | ADMITTED | 4 |
| CIM-RC | 8/12/2008 | 8/15/2008 | GP | ADMITTED | 3 |
| CIM-RC | 8/13/2008 | 8/15/2008 | GP | ADMITTED | 2 |
| | | | | **AVERAGE DAYS WAITING:** | **2.52** |
| CRC | 7/31/2008 | 8/1/2008 | CCCMS | RETURN TO HOUSING | 1 |
| CRC | 8/13/2008 | 8/14/2008 | CCCMS | RETURN TO HOUSING | 1 |
| | | | | **AVERAGE DAYS WAITING:** | **1.00** |
| CTF | 7/30/2008 | 8/4/2008 | CCCMS | RETURN TO HOUSING | 5 |
| | | | | **AVERAGE DAYS WAITING:** | **5.00** |
| DVI-RC | 8/5/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 1 |
| DVI-RC | 8/25/2008 | 8/26/2008 | CCCMS | RETURN TO HOUSING | 1 |
| | | | | **AVERAGE DAYS WAITING:** | **1.00** |
| FOL | 8/1/2008 | 8/1/2008 | CCCMS | ADMITTED | 0 |
| FOL | 8/13/2008 | 8/13/2008 | CCCMS | ADMITTED | 0 |
| FOL | 8/14/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 4 |
| FOL | 8/18/2008 | 8/20/2008 | CCCMS | RETURN TO HOUSING | 2 |
| FOL | 8/15/2008 | 8/18/2008 | GP | RETURN TO HOUSING | 3 |
| | | | | **AVERAGE DAYS WAITING:** | **1.80** |
| LAC | 8/8/2008 | 8/8/2008 | EOP | RETURN TO HOUSING | 0 |
| LAC | 8/19/2008 | 8/19/2008 | EOP | ADMITTED | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **0.00** |
| LAC-RC | 8/13/2008 | 8/13/2008 | EOP | ADMITTED | 0 |
| LAC-RC | 8/19/2008 | 8/19/2008 | EOP | ADMITTED | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **0.00** |
| MCSP | 8/1/2008 | 8/1/2008 | EOP | ADMITTED | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **0.00** |
| NKSP-RC | 7/31/2008 | 8/1/2008 | CCCMS | ADMITTED | 1 |
| NKSP-RC | 8/2/2008 | 8/4/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/2/2008 | 8/5/2008 | CCCMS | RETURN TO HOUSING | 3 |
| NKSP-RC | 8/2/2008 | 8/23/2008 | CCCMS | RETURN TO HOUSING | 21 |
| NKSP-RC | 8/4/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/4/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/6/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/6/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/7/2008 | 8/13/2008 | CCCMS | ADMITTED | 6 |
| NKSP-RC | 8/11/2008 | 8/13/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/11/2008 | 8/13/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/11/2008 | 8/13/2008 | CCCMS | ADMITTED | 2 |

*Days Waiting based on days between referral and rescission. Field clinicians identify the most urgent cases and authorize priority placements.    Page 2

HC-POP
9/15/08

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**AUGUST 2008**

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| NKSP-RC | 8/11/2008 | 8/13/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/13/2008 | 8/13/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/13/2008 | 8/13/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/13/2008 | 8/18/2008 | CCCMS | ADMITTED | 5 |
| NKSP-RC | 8/13/2008 | 8/18/2008 | CCCMS | ADMITTED | 5 |
| NKSP-RC | 8/13/2008 | 8/18/2008 | CCCMS | ADMITTED | 5 |
| NKSP-RC | 8/14/2008 | 8/14/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/15/2008 | 8/15/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/15/2008 | 8/18/2008 | CCCMS | ADMITTED | 3 |
| NKSP-RC | 8/16/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/16/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/17/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/17/2008 | 8/18/2008 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/17/2008 | 8/19/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/20/2008 | 8/20/2008 | CCCMS | ADMITTED | 0 |
| NKSP-RC | 8/20/2008 | 8/21/2008 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/20/2008 | 8/22/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/21/2008 | 8/22/2008 | CCCMS | ADMITTED | 1 |
| NKSP-RC | 8/25/2008 | 8/25/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/27/2008 | 8/29/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/27/2008 | 8/29/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/27/2008 | 8/29/2008 | CCCMS | ADMITTED | 2 |
| NKSP-RC | 8/27/2008 | 8/29/2008 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/29/2008 | 8/29/2008 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/1/2008 | 8/1/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/1/2008 | 8/4/2008 | EOP | ADMITTED | 3 |
| NKSP-RC | 8/1/2008 | 8/4/2008 | EOP | ADMITTED | 3 |
| NKSP-RC | 8/4/2008 | 8/5/2008 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/6/2008 | 8/6/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/6/2008 | 8/6/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/6/2008 | 8/6/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/11/2008 | 8/12/2008 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/11/2008 | 8/12/2008 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/13/2008 | 8/13/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/14/2008 | 8/15/2008 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/20/2008 | 8/21/2008 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/25/2008 | 8/25/2008 | EOP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/25/2008 | 8/27/2008 | EOP | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/29/2008 | 8/31/2008 | EOP | RETURN TO HOUSING | 2 |
| NKSP-RC | 8/1/2008 | 8/4/2008 | GP | RETURN TO HOUSING | 3 |
| NKSP-RC | 8/11/2008 | 8/11/2008 | GP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/11/2008 | 8/12/2008 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/15/2008 | 8/15/2008 | GP | RETURN TO HOUSING | 0 |
| NKSP-RC | 8/16/2008 | 8/17/2008 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | 8/16/2008 | 8/18/2008 | GP | RETURN TO HOUSING | 2 |
| | | | | **AVERAGE DAYS WAITING:** | **1.81** |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and authorize priority placements.      Page 3

HC-POP
9/15/08

RESCINDED MHCB REFERRALS                                    ATTACHMENT 2B
BY INSTITUTION AND PRIOR LEVEL OF CARE
AUGUST 2008

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| SAC | 7/31/2008 | 8/1/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SAC | 8/4/2008 | 8/5/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SAC | 8/4/2008 | 8/5/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SAC | 8/4/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 2 |
| SAC | 8/4/2008 | 8/11/2008 | CCCMS | ADMITTED | 7 |
| SAC | 8/4/2008 | 8/22/2008 | CCCMS | RETURN TO HOUSING | 18 |
| SAC | 8/12/2008 | 8/14/2008 | CCCMS | RETURN TO HOUSING | 2 |
| SAC | 8/15/2008 | 8/18/2008 | CCCMS | ADMITTED | 3 |
| SAC | 8/18/2008 | 8/19/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SAC | 8/27/2008 | 8/28/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SAC | 7/31/2008 | 8/1/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/4/2008 | 8/4/2008 | EOP | RETURN TO HOUSING | 0 |
| SAC | 8/4/2008 | 8/5/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/4/2008 | 8/5/2008 | EOP | ADMITTED | 1 |
| SAC | 8/4/2008 | 8/5/2008 | EOP | ADMITTED | 1 |
| SAC | 8/4/2008 | 8/6/2008 | EOP | ADMITTED | 2 |
| SAC | 8/4/2008 | 8/6/2008 | EOP | RETURN TO HOUSING | 2 |
| SAC | 8/8/2008 | 8/11/2008 | EOP | RETURN TO HOUSING | 3 |
| SAC | 8/8/2008 | 8/11/2008 | EOP | RETURN TO HOUSING | 3 |
| SAC | 8/8/2008 | 8/11/2008 | EOP | RETURN TO HOUSING | 3 |
| SAC | 8/13/2008 | 8/13/2008 | EOP | RETURN TO HOUSING | 0 |
| SAC | 8/13/2008 | 8/14/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/13/2008 | 8/15/2008 | EOP | RETURN TO HOUSING | 2 |
| SAC | 8/15/2008 | 8/18/2008 | EOP | RETURN TO HOUSING | 3 |
| SAC | 8/18/2008 | 8/19/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/20/2008 | 8/24/2008 | EOP | RETURN TO HOUSING | 4 |
| SAC | 8/25/2008 | 8/26/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/25/2008 | 8/26/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 8/25/2008 | 8/27/2008 | EOP | RETURN TO HOUSING | 2 |
| SAC | 8/26/2008 | 8/27/2008 | EOP | RETURN TO HOUSING | 2 |
| SAC | 8/28/2008 | 8/29/2008 | EOP | RETURN TO HOUSING | 1 |
| SAC | 7/31/2008 | 8/1/2008 | GP | ADMITTED | 1 |
| SAC | 8/4/2008 | 8/11/2008 | GP | RETURN TO HOUSING | 1 |
| | | | | RETURN TO HOUSING | 7 |
| | | | | **AVERAGE DAYS WAITING:** | **2.38** |
| SQ-RC | 8/22/2008 | 8/26/2008 | EOP | PAROLED | 4 |
| | | | | **AVERAGE DAYS WAITING:** | **4.00** |
| SVSP | 7/31/2008 | 8/1/2008 | CCCMS | ADMITTED | 1 |
| SVSP | 7/31/2008 | 8/1/2008 | CCCMS | ADMITTED | 1 |
| SVSP | 8/14/2008 | 8/15/2008 | CCCMS | RETURN TO HOUSING | 1 |
| SVSP | 8/25/2008 | 8/25/2008 | CCCMS | RETURN TO HOUSING | 0 |
| SVSP | 8/29/2008 | 8/29/2008 | CCCMS | ADMITTED | 0 |
| SVSP | 8/11/2008 | 8/12/2008 | EOP | ADMITTED | 1 |
| SVSP | 8/14/2008 | 8/15/2008 | EOP | ADMITTED | 1 |
| SVSP | 8/20/2008 | 8/20/2008 | EOP | ADMITTED | 0 |
| SVSP | 8/26/2008 | 8/27/2008 | EOP | RETURN TO HOUSING | 1 |
| | | | | **AVERAGE DAYS WAITING:** | **0.67** |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and authorize priority placements.          Page 4

HC-POP
9/15/08

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
AUGUST 2008

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| WSP-RC | 8/2/2008 | 8/3/2008 | CCCMS | RETURN TO HOUSING | 1 |
| WSP-RC | 8/2/2008 | 8/5/2008 | CCCMS | ADMITTED | 3 |
| WSP-RC | 8/2/2008 | 8/5/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/2/2008 | 8/5/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/3/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/3/2008 | 8/6/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/12/2008 | 8/15/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/12/2008 | 8/15/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/12/2008 | 8/15/2008 | CCCMS | RETURN TO HOUSING | 3 |
| WSP-RC | 8/12/2008 | 8/15/2008 | CCCMS | ADMITTED | 3 |
| WSP-RC | 8/28/2008 | 8/28/2008 | CCCMS | RETURN TO HOUSING | 0 |
| WSP-RC | 8/2/2008 | 8/4/2008 | EOP | RETURN TO HOUSING | 2 |
| WSP-RC | 8/3/2008 | 8/6/2008 | EOP | RETURN TO HOUSING | 3 |
| WSP-RC | 8/3/2008 | 8/7/2008 | EOP | RETURN TO HOUSING | 4 |
| WSP-RC | 8/7/2008 | 8/8/2008 | EOP | RETURN TO HOUSING | 1 |
| WSP-RC | 8/7/2008 | 8/8/2008 | EOP | ADMITTED | 1 |
| WSP-RC | 8/8/2008 | 8/8/2008 | EOP | ADMITTED | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **2.29** |

| SUMMARY OF RESCINDED REFERRALS | | | |
|---|---|---|---|
| Time Frames | Total Rescinds | Average Days Waiting | Range for Days Waiting |
| Combined | 187 | 2.03 | 21 |
| < or = 1 day | 100 | 0.66 | 1 |
| 2 days | 34 | NA | NA |
| 3 days | 26 | NA | NA |
| 4 or more days | 27 | 6.22 | 17 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and authorize priority placements.

Page 5

HC-POP
9/15/08

REASON FOR RESCINDED MHCB REFERRALS
**August 2008**

ATTACHMENT 2C

| Institution | Admitted | Return to Housing | DMH Pending or Transferred | Paroled | Total Rescinded |
|---|---|---|---|---|---|
| | | | **RESCIND REASON** | | |
| ASP | 0 | 4 | 0 | 0 | 4 |
| CAL | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 3 | 0 | 0 | 3 |
| CCI-RC | 0 | 2 | 0 | 0 | 2 |
| CEN | 0 | 2 | 0 | 0 | 2 |
| CIM-RC | 41 | 1 | 0 | 0 | 42 |
| CMC | 0 | 0 | 0 | 0 | 0 |
| CMF | 0 | 0 | 0 | 0 | 0 |
| COCF | 0 | 0 | 0 | 0 | 0 |
| CRC | 0 | 2 | 0 | 0 | 2 |
| CTF | 0 | 1 | 0 | 0 | 1 |
| CVSP | 0 | 0 | 0 | 0 | 0 |
| DVI-RC | 0 | 2 | 0 | 0 | 2 |
| FOL | 2 | 3 | 0 | 0 | 5 |
| ISP | 0 | 0 | 0 | 0 | 0 |
| KVSP | 0 | 0 | 0 | 0 | 0 |
| LAC | 1 | 1 | 0 | 0 | 2 |
| LAC-RC | 2 | 0 | 0 | 0 | 2 |
| MCSP | 1 | 0 | 0 | 0 | 1 |
| NKSP | 0 | 0 | 0 | 0 | 0 |
| NKSP-RC | 17 | 41 | 0 | 0 | 58 |
| PVSP | 0 | 0 | 0 | 0 | 0 |
| RJD | 0 | 0 | 0 | 0 | 0 |
| SAC | 6 | 28 | 0 | 0 | 34 |
| SATF | 0 | 0 | 0 | 0 | 0 |
| SCC | 0 | 0 | 0 | 0 | 0 |
| SOL | 0 | 0 | 0 | 0 | 0 |
| SQ | 0 | 0 | 0 | 0 | 0 |
| SQ-RC | 0 | 0 | 0 | 1 | 1 |
| SVSP | 6 | 3 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 0 | 0 |
| WSP-RC | 4 | 13 | 0 | 0 | 17 |
| **TOTAL** | **80** | **106** | **0** | **1** | **187** |

HC-POP 9/15/08

AVERAGE DAYS WAITING*
MHCB Referrals and Transfers
**AUGUST 2008**

ATTACHMENT 3

| | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
| | Number | Avg Days Wait | Number | Avg Days Wait | Number | Avg Days Wait |
| ASP | 5 | 2.20 | 4 | 2.75 | 9 | 2.45 |
| CAL | 2 | 3.50 | 0 | 0.00 | 2 | 3.50 |
| CCI | 10 | 2.20 | 3 | 1.00 | 13 | 1.92 |
| CCI-RC | 1 | 9.00 | 2 | 2.00 | 3 | 4.33 |
| CEN | 1 | 2.00 | 2 | 1.50 | 3 | 1.67 |
| CIM-RC | 0 | 0.00 | 42 | 2.52 | 42 | 2.52 |
| CIW | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CIW-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CMC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| COCF | 1 | 3.00 | 0 | 0.00 | 1 | 3.00 |
| COR | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| COMMUNITY | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CRC | 1 | 2.00 | 2 | 1.00 | 3 | 1.33 |
| CTF | 4 | 1.50 | 1 | 5.00 | 5 | 2.20 |
| CVSP | 3 | 1.33 | 0 | 0.00 | 3 | 1.33 |
| DVI-RC | 35 | 1.77 | 2 | 1.00 | 37 | 1.73 |
| FOL | 2 | 0.50 | 5 | 1.80 | 7 | 1.43 |
| HDSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| ISP | 3 | 2.00 | 0 | 0.00 | 3 | 2.00 |
| KVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| LAC | 1 | 3.00 | 2 | 0.00 | 3 | 1.00 |
| LAC-RC | 1 | 0.00 | 2 | 0.00 | 3 | 0.00 |
| MCSP | 0 | 0.00 | 1 | 0.00 | 1 | 0.00 |
| NKSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP-RC | 1 | 1.00 | 58 | 1.81 | 59 | 1.80 |
| PAROLE | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| PVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| RJD | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SAC | 18 | 2.33 | 34 | 2.38 | 52 | 2.37 |
| SATF | 1 | 2.00 | 0 | 0.00 | 1 | 2.00 |
| SCC | 2 | 3.00 | 0 | 0.00 | 2 | 3.00 |
| SOL | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SQ | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SQ-RC | 25 | 2.04 | 1 | 4.00 | 26 | 2.12 |
| SVSP | 6 | 1.67 | 9 | 0.67 | 15 | 1.07 |
| WSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| WSP-RC | 12 | 2.17 | 17 | 2.29 | 29 | 2.24 |
| TOTAL | 135 | 2.04 | 187 | 2.03 | 322 | 2.04 |

*Average Days Waiting is based on number of days between referral and transfer or rescission. It does not indicate days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and authorize priority placement of these cases into available MHCBs.

HC-POP 9/15/08

CMF/DMH EMERGENCY ADMISSIONS
BY PRIOR LEVEL OF CARE
**AUGUST 2008**

ATTACHMENT 4

| Prior Level of Care* | Referring Institution CMF |
|---|---|
| CCCMS | 0 |
| EOP | 19 |
| GP | 0 |
| Total Emergency Admissions | 19 |

*Prior Level of Care:
   CCCMS=Correctional Clinical Case Management System
   EOP=Enhanced Outpatient Program
   GP=General Population

HC-POP 9/15/08