# EXHIBIT K

# Department of Mental Health
## Summary Monthly Report of CDC Patients in DMH Hospitals
### Cumulative total of all patients treated during the month

*For Month Ending*
*January 2009*

| Facility Name<br>Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684  CDC inmates referred to DMH for treatment | 140 | 188 |
| **California Medical Facility at Vacaville** | | |
| PC2684  CDC inmates referred to DMH for treatment<br>INTERMEDIATE TREATMENT PROGRAM | 116 | 222 |
| PC2684  CDC inmates referred to DMH for treatment<br>ACUTE INPATIENT | 263 | 56 |
| | 379 | 139 |
| **Coalinga State Hospital** | | |
| PC2684  CDC inmates referred to DMH for treatment | 52 | 318 |
| **Patton State Hospital** | | |
| PC2684  CDC inmates referred to DMH for treatment | 23 | 585 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684  CDC inmates referred to DMH for treatment | 177 | 293 |
| **Total** | **771** | **Average 277** |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

Page 1
Printed: Thursday, February 19, 2009

# Department of Mental Health
### Summary Monthly Report of CDC Patients in DMH Hospitals
### Cumulative total of all patients treated during the month

**For Month Ending February 2009**

| Facility Name / Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 136 | 191 |
| **California Medical Facility at Vacaville** | | |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| INTERMEDIATE TREATMENT PROGRAM | 120 | 208 |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| ACUTE INPATIENT | 246 | 60 |
|  | 366 | 134 |
| **Coalinga State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 54 | 309 |
| **Patton State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 21 | 647 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 175 | 280 |
| **Total** | **752** | **Average 283** |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

Page 1
Printed: Monday, March 30, 2009

# Department of Mental Health

**Summary Monthly Report of CDC Patients in DMH Hospitals**
Cumulative total of all patients treated during the month

*For Month Ending*
*March 2009*

| Facility Name / Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 132 | 201 |
| **California Medical Facility at Vacaville** | | |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| INTERMEDIATE TREATMENT PROGRAM | 114 | 210 |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| ACUTE INPATIENT | 261 | 62 |
| | 375 | 136 |
| **Coalinga State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 56 | 257 |
| **Patton State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 21 | 653 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 184 | 259 |
| **Total** | **768** | **Average 274** |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

Page 1
Printed: Wednesday, April 29, 2009

# Department of Mental Health
## Summary Monthly Report of CDC Patients in DMH Hospitals
## Cumulative total of all patients treated during the month

**For Month Ending April 2009**

| Facility Name / Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 132 | 201 |
| **California Medical Facility at Vacaville** | | |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| INTERMEDIATE TREATMENT PROGRAM | 119 | 213 |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| ACUTE INPATIENT | 249 | 60 |
| | 368 | 136 |
| **Coalinga State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 53 | 220 |
| **Patton State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 18 | 749 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 179 | 252 |
| **Total** | **750** | **Average 282** |

# Department of Mental Health

**Summary Monthly Report of CDC Patients in DMH Hospitals**
**Cumulative total of all patients treated during the month**

*For Month Ending*
*May 2009*

| Facility Name / Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 120 | 207 |
| **California Medical Facility at Vacaville** | | |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| INTERMEDIATE TREATMENT PROGRAM | 116 | 199 |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| ACUTE INPATIENT | 245 | 60 |
| | 361 | 129 |
| **Coalinga State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 54 | 184 |
| **Patton State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 19 | 733 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 202 | 220 |
| **Total** | 756 | **Average** 267 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

Page 1
Printed: Friday, June 12, 2009

# Department of Mental Health

**Summary Monthly Report of CDC Patients in DMH Hospitals**
*Cumulative total of all patients treated during the month*

For Month Ending
**June 2009**

| Facility Name / Legal Classification | Patients Treated | Average Length of Stay |
|---|---|---|
| **Atascadero State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 132 | 176 |
| **California Medical Facility at Vacaville** | | |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| INTERMEDIATE TREATMENT PROGRAM | 123 | 162 |
| PC2684 — CDC inmates referred to DMH for treatment | | |
| ACUTE INPATIENT | 237 | 63 |
| | 360 | 112 |
| **Coalinga State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 57 | 135 |
| **Patton State Hospital** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 21 | 683 |
| **Salinas Valley Psychiatric Program** | | |
| PC2684 — CDC inmates referred to DMH for treatment | 227 | 204 |
| **Total** | **797** | **Average 237** |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

Page 1
Printed: Wednesday, July 15, 2009