# EXHIBIT L

# Jane E. Kahn

| | |
|---|---|
| **From:** | Debbie Vorous [Debbie.Vorous@doj.ca.gov] |
| **Sent:** | Monday, June 15, 2009 4:40 PM |
| **To:** | Matt Lopes; mjones@pldwlaw.com |
| **Cc:** | Debbie Vorous; Jeff Steele; Jon Wolff; Kerry Walsh; Donald Specter; Steve Fama; Amy Whelan; Jane E. Kahn; Michael W. Bien |
| **Subject:** | DMH's June 15, 2009 Plan to Expedite Admissions |

**Attachments:** Expedited Admissions Plan.pdf

Dear Special Master Lopes and Deputy Special Master Jones:

Attached is the Department of Mental Health's Plan to Expedite Admissions for ICF Inpatient Care in Response to the Deputy Special Master's Request Following the March 30, 2009 *Coleman* Court Order.

Please contact me with any questions.

Sincerely,



Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

9/16/2009

## Department of Mental Health Plan to Expedite Admissions for ICF Inpatient Care In Response to the Deputy Special Master's Request Following the March 30, 2009 *Coleman* Court Order

The *Coleman* court's March 30, 2009 order required that California Department of Corrections and Rehabilitation (CDCR) and Department of Mental Health (DMH) clinicians shall work together to conduct a modified assessment to determine whether there are unmet needs for inpatient care among members of the plaintiff class and to refer on an expedited basis any inmates identified during this modified assessment for appropriate inpatient care. Although not required by the court's order, this document responds to the *Coleman* Deputy Special Master's request that DMH provide a plan to expedite admissions for ICF inpatient care.

In order to plan for the influx of referrals generated by Phase II of the Mental Health Assessment and Referral Project (Project), DMH facilities must identify the number of beds that will become vacant through the discharge of inmate-patients back to CDCR in order to process admissions on an expedited basis.

The number of vacant beds, in conjunction with anticipated discharges, represents the estimated available bed capacity to accommodate the referrals generated in Phase II of the Project notwithstanding commitments of patients from other penal classes.

### Prioritization and Processing of Admissions

The policy and procedure for admission, review of inmate-patients' mental condition while awaiting an available bed, and enhancement of an inmate-patient's status on the wait list based on clinical need is stated in the following paragraphs.

Prioritization for admission is based upon the clinical acuity of the inmate-patients at the time of referral; the capabilities of the institution to provide mental health treatment and programs; and any change of clinical conditions that justify moving the inmate-patients to the top of the list. If a wait list exists, institutions may request that an inmate-patient be moved to the top of the waiting list based on clinical need. The CDCR institution should contact the psychiatric programs' Clinical Assessment Team (CAT) Admission and Discharge Coordinators or the state hospitals' Forensic Liaison and verbally request the change followed by an updated referral packet that includes the most current patient information and the clinical rationale for requesting re-prioritization.

Each inmate-patient admitted to an intermediate care psychiatric services program will be evaluated and have a treatment plan within 72 hours of admission. The treatment plan should include a plan to stabilize the patient's symptoms and discharge them to a lower level of care. For those inmate-patients

residing in a DMH hospital the treatment plan will be predicated on the outlined criteria in the Administrative Directives of the state hospital.

In order to provide expedited admissions for PC 2684 inmate-patients ASH, with the aid of the other state hospitals and DMH headquarters, DMH proposes the following:

1. ASH would function as the clearinghouse for state hospital referrals similar to the way that SVPP functions as the clearinghouse for high-custody ICF referrals. The clearinghouse function includes: receiving the referrals, reviewing the referrals for appropriateness, and accepting and adding them to their scheduled admissions list. When CSH has a vacant PC 2684 bed available, ASH would forward a referral packet to CSH for an inmate-patient from the list, and admission could then be scheduled at CSH. This would relieve the ASH programs and the additional workload relevant to the admission and transfer of an inmate-patient. Secondarily, it would reduce ASH's list of scheduled admissions or those awaiting scheduling, rather than reducing the PC 2684 census, and would assist ASH in expediting these admissions.
2. DMH shall continue screening PC 1370 referrals for admission to state hospitals for appropriateness based on the patient's security level, clinical need and bed availability.
3. Due to the increased number of referrals as a product of the court ordered Modified Needs Assessment Project, ASH is considering other options. However these recommendations require more extensive collaboration with other state hospitals, parole personnel, county courts, and in some cases, other agencies would need to create new systems and processes to accommodate the changes.

CDCR and DMH are currently revising how the custody criteria regarding those individuals who are designated as Level IV, Clo B and MAX custody are given case-by-case consideration by CDCR for possible referral to ASH. The draft plan requires that CDCR and DMH review the potential referrals to ASH to determine, on a case-by-case basis, if ASH is appropriate based on the individual's clinical needs and custody factors. CDCR and DMH have not had the opportunity to formally develop the approved draft criteria as a regulatory Pilot Program by which these cases may be fairly reviewed and have that criteria vetted through each Department. Therefore, CDCR and DMH have agreed that until that process has occurred, ASH may not accept individuals who have a Level IV, Clo B or MAX custody status. Based on review of their file, individual Level IV inmate-patients may be considered for admission to ASH if it is determined that they do not pose a security risk to patients or staff and do not have a history that would indicate they constitute an escape risk.

DMH also proposes to collaborate with CDCR Division of Adult Institutions to explore the possibility of expanding CDCR transportation services to schedule

admissions to ASH in an expanded time frame within each day. DMH staff would be better able to accept admissions if patients arrived at staggered times throughout the day during ASH's admissions hours, from 8:00 a.m. to 4:00 p.m.

**Atascadero State Hospital**

Presently, the rates of admissions and discharges of PC 2684 ICF inmate-patients are roughly equal, resulting in a relatively stable PC 2684 ICF census. ASH's acceptance of referrals of PC 2684 ICF is close to 100 percent. Historically, ASH has admitted *Coleman* class inmate-patients at an average rate of approximately twenty (20) per month with an average of eighty (80) individuals admitted per month for all remaining commitment categories. Overall, ASH admits approximately 100 patients each month. Consequently, discharge rates are roughly equal to admission rates hospital-wide. Census is capped on units according to licensing standards that determine each unit's bed capacity.

In order to increase the census of *Coleman* class inmate-patients within the next two to three months, ASH proposes to double its monthly admission rate predicated on the current commitment of five patients per week resulting in a monthly average net increase of inmate-patients per month. At this rate, the full complement of 256 *Coleman* beds would be utilized by the end of October 2009. ASH maintains its average daily census at 1,050 as part of an overall strategy to balance staff resources with census in order maintain licensure and to facilitate implementation of, and compliance with, the CRIPA Consent Judgment.

This proposal to double admissions of *Coleman* class inmate-patients is predicated upon the *Coleman* Court's approval of the short term option to convert the 25 acute beds to ICF level-of-care for a total of 256 ICF beds. By consolidating all 256 beds into ICF treatment, ASH would be in a better position to optimize the utilization of these beds.

**Coalinga State Hospital**

ASH is currently tasked with transferring PC 2684 inmate-patients to CSH in order for CSH to maintain their PC 2684 census at 50. At this time, CSH does not process referrals or accept direct admissions. This process requires ASH to admit the inmate-patients, complete admission assessments, and provide treatment only to have the inmate-patients transferred to Coalinga.

As mentioned previously, DMH proposes to change this process so that ASH would function as the clearinghouse for state hospital referrals similar to the way that SVPP functions as the clearinghouse for high-custody ICF referrals. The clearinghouse function includes: receiving the referrals, reviewing the referrals for appropriateness, and accepting and adding them to their scheduled admissions list. When CSH has a vacant PC 2684 bed available, ASH would forward a referral packet to CSH for an inmate-patient from the list, and admission could

then be scheduled at CSH. This would relieve the ASH programs and the additional workload relevant to the admission and transfer of an inmate-patient. Secondarily, it would reduce ASH's list of scheduled admissions or those awaiting scheduling, rather than reducing the PC 2684 census, and would assist ASH in expediting these admissions.

## Vacaville Psychiatric Program

To date, the VPP occupancy rate for FY 2008-09 has been 88.2 percent. Consequently, admission of inmate-patients into this program has not been an issue that warranted streamlining or enhancement.

## Conclusion

DMH takes seriously the responsibility to *Coleman* class members to provide inpatient mental health services. In collaboration with CDCR, DMH will continue working to provide a high standard of ICF and acute care to appropriately referred inmate-patients in an expeditious manner.