EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENT TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR THE ADDITION OF 45 ENHANCED OUTPATIENT PROGRAM BEDS AT CORCORAN STATE PRISON** |

/ / /

/ / /

/ / /

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| COR | California State Prison, Corcoran |
| EOP | Enhanced Outpatient Program |
| DOF | Department of Finance |
| JLBC | Joint Legislative Budget Committee |

2

Defs.' Resp. to Court Order Re: 45-Bed Enhanced Outpatient Program Project at Corcoran State Prison
(2:90-cv-00520 LKK JFM P)

On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.)  In addition, this Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs.  Attached is a notice to the Special Master, which includes as a courtesy notice to counsel for Plaintiffs, informing the Special Master that under Section 6 of the Budget Act of 2009, Defendants have had to temporarily stop construction of their short-term project for an additional 45 EOP-ASU beds at Corcoran State Prison (COR).  (Vorous Decl. ¶ 2, Ex. 1.)  In addition, the notice states that Defendants expect the project will be complete by November 9, 2009.  (*Id.*)

Also attached is a letter from the Department of Finance (DOF) to the Joint Legislative Budget Committee (JLBC) dated September 22, 2009, which concerns the additional 45 EOP-ASU beds at COR.  (Vorous Decl. ¶ 3, Ex. 2.)  In that letter, DOF, on behalf of CDCR, provides the JLBC with the 30-day notice required under Section 6 of the Budget Act of 2009.  (*Id.*)  Moreover, DOF asks for a waiver of the 30-day review period in order to enable CDCR to resume construction as soon as possible.  (*Id.*)

Dated:  September 23, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3