EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>   v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENT TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR THE ADDITION OF 45 ENHANCED OUTPATIENT PROGRAM BEDS AT CORCORAN STATE PRISON** |

I, Debbie J. Vorous, declare:

1.     I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

/ / /

/ / /

1

1    2.    Attached as Exhibit 1 is a true and correct copy of a September 21, 2009 e-mail that I sent to Special Master Lopes and counsel for Plaintiffs notifying them of a delay in Defendants' short-term project for an additional 45 EOP-ASU beds at Corcoran State Prison.

3.    Attached as Exhibit 2 is a true and correct copy of a September 22, 2009 letter from the Department of Finance (DOF) to the Joint Legislative Budget Committee (JLBC) concerning the additional 45 EOP-ASU beds at Corcoran State Prison.  DOF, on behalf of the California Department of Corrections and Rehabilitation, provided this letter to the JLBC under Section 6.00 of the Budget Act of 2009.

I declare under penalty of perjury that the foregoing is true.  Executed this 23rd day of September, 2009, in Sacramento, California.

*/s/ Debbie J. Vorous*
DEBBIE J. VOROUS

CF1997CS0003

2

Decl. of Debbie J. Vorous Re: 45-Bed Enhanced Outpatient Program at Corcoran State Prison
(2:90-cv-00520 LKK JFM P)

# EXHIBIT 1

## Debbie Vorous - Notification Re: 45 EOP-ASU Beds at COR

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | awhelan@rbg-law.com ; dspecter@prisonlaw.com ; jkahn@rbg-law.com ; mbien@rbg-law.com ; mlopes@pld-law.com; sfama@prisonlaw.com |
| **Date:** | 9/21/2009 7:37 PM |
| **Subject:** | Notification Re: 45 EOP-ASU Beds at COR |
| **CC:** | Debbie Vorous; Jeff Steele; kwalsh@pld-law.com |

Dear Special Master Lopes and Plaintiffs' Counsel:

This e-mail is to notify you of a delay in activating Defendants' short-term project for an additional 45 EOP-ASU beds at Corcoran State Prison. In their May 26, 2009 filing, Defendants indicated that they intend to activate the EOP-ASU beds within 90 days of the Court's approval.

Although Defendants were on schedule to timely activate this project, they have had to temporarily stop construction. During the planning phase of this project, Defendants expected this project to fall under the $100,000 limit of support funds authorized for use on alteration of a state facility under Section 6 of the 2009 Budget Act. Section 6 projects under $100,000 do not require notice to the JLBC, while projects over $100,000 require a 30-day notice to the JLBC. CDCR recently determined that this project exceeded $100,000. As a result, CDCR had to stop the project, pending notice to the JLBC. Defendants intend to try and expedite the notice period, but if they are unable to do so, expect that the project will be complete by November 9, 2009.

A formal notice to the Court will follow.

If you have any questions, please contact me.

Sincerely,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

# EXHIBIT 2

**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

September 22, 2009

Honorable Denise Moreno Ducheny, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable Noreen Evans, Chair
Assembly Budget Committee

Honorable Christine Kehoe, Chair
Senate Appropriations Committee

Honorable Kevin de Leon, Chair
Assembly Appropriations Committee

**Section 6.00—Department of Corrections and Rehabilitation, Enhanced Outpatient Program Treatment Project at Corcoran**

Pursuant to the provisions of Section 6.00 of the Budget Act of 2009, the following report is respectfully submitted.

The Department of Finance has received the attached request from the California Department of Corrections and Rehabilitation (CDCR) to use $250,000 in support funds for capital outlay purposes. The CDCR has indicated that $150,000 of equipment was funded from Program 50.30–Mental Health Services, within Item 5225-002-0001 during the 2008-09 fiscal year and $100,000 for construction will be funded from Program 25–Adult Corrections and Rehabilitation Operations, within Item 5225-001-0001 during the 2009-10 fiscal year.

This project was developed in response to a March 2009 *Coleman* court order that required CDCR's Mental Health Program to develop a plan to meet their immediate bed needs. The *Coleman* court approved CDCR's plan on June 18, 2009, and ordered CDCR to modify an existing building to provide treatment and office space to support the expansion of the Enhanced Outpatient Program at Corcoran.

We concur with the necessity of this change to the approved budget; however, we would note that due to a miscommunication within CDCR, project construction has already commenced even though the total project costs exceeded $100,000. As soon as it was determined that the project cost would exceed $100,000 construction was halted to allow for legislative notification. The attached document from CDCR details the proposed treatment and office space conversion and the corrective actions CDCR is taking to ensure that any future projects are in compliance with Section 6.00 of the Budget Act.

A waiver of the 30-day review period is requested to enable CDCR to resume construction as soon as possible in order to comply with the court's mandate of immediately increasing the bed capacity of the mental health program.

-2-

If you have any questions or need additional information regarding this matter, please call Jay Sturges, Principal Program Budget Analyst, at (916) 445-8913.

MICHAEL C. GENEST
Director
By:

ANA J. MATOSANTOS
Chief Deputy Director

Attachment

cc: Honorable Bob Dutton, Vice Chair, Senate Budget and Fiscal Review Committee
Honorable Jim Nielsen, Vice Chair, Assembly Budget Committee
Honorable Mark DeSaulnier, Chair, Senate Budget and Fiscal Review Subcommittee No. 4
Honorable Juan Arambula, Chair, Assembly Budget Subcommittee No. 4
Mr. Mac Taylor, Legislative Analyst (3)
Mr. Danny Alvarez, Staff Director, Senate Budget and Fiscal Review Committee
Mr. Bob Franzoia, Staff Director, Senate Appropriations Committee
Mr. Seren Taylor, Staff Director, Senate Republican Fiscal Office
Mr. Craig Cornett, Senate President pro Tempore's Office (2)
Mr. Christian Griffith, Chief Consultant, Assembly Budget Committee
Mr. Geoff Long, Chief Consultant, Assembly Appropriations Committee
Mr. Peter Schaafsma, Staff Director, Assembly Republican Fiscal Committee
Ms. Christine Robertson, Chief of Staff, Assembly Republican Leader's Office
Mr. Christopher W. Woods, Assembly Speaker's Office (2)
Ms. Debbie Vorous, Office of the Attorney General
Mr. Christopher Meyer, Chief Deputy Secretary, Facility Planning, Construction and Management, Department of Corrections and Rehabilitation
Ms. Sarah VanDyke, Branch Chief, Finance and Budgeting Branch, Facility Planning, Construction and Management, Department of Corrections and Rehabilitation
Ms. NancyJo Patterson, Acting Chief, Project Financing Section, Facility Planning, Construction and Management, Department of Corrections and Rehabilitation
Mr. David Lewis, Deputy Director, Fiscal Services, Department of Corrections and Rehabilitation

icc: BRADSHAW, PROSIO, CAP-OFFICE, FO, JERUE, THEODOROVIC, JARVIS, STURGES, BENSON, MIYAO, HOWARD, C/F (3), SUSPENSE, FILE

I:\Budget Admin (Year-Round)\2009-10\Sec Letters\Sec. 6.00\Corcoran EOP Project.doc

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**FACILITY PLANNING, CONSTRUCTION AND MANAGEMENT**
9838 Old Placerville Road, Suite B
Sacramento, CA 95827



September 15, 2009

Ms. Amy Jarvis
Principal Program Budget Analyst
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814

Dear Ms. Jarvis:

On behalf of Matthew L. Cate, Secretary of the California Department of Corrections and Rehabilitation (CDCR), this letter is notifying the Department of Finance (DOF) of the expenditure of support funds in excess of $100,000 for the alteration of a State facility pursuant to Section 6 of the 2009 Budget Act.

In May 2009, California State Prison, Corcoran (COR) submitted a request to perform construction utilizing less than $100,000 in support funds (known within CDCR as a "Section 6 Request"). The purpose of this construction was to modify an existing building for the relocation and expansion of treatment and office space to support Enhanced Outpatient Program (EOP) level of mental health treatment. This request was reviewed by the Division of Adult Institutions, and forwarded to Facility Planning, Construction and Management (FPCM) for consideration.

This request was concurrently reviewed by capital outlay staff, telecommunications staff, mental health program staff, design standards staff and architectural/engineering staff. Upon the determination that the extent of construction was sufficient to require the development of architectural drawings, CDCR architectural staff undertook the design of this construction.

In July 2009, FPCM architectural staff completed the design work. COR plant operations staff reviewed the plans, and estimated that the cost for the construction remained under $100,000. The State Fire Marshal (SFM) reviewed and approved these plans. Not only was this necessary from a process standpoint, but was important because the SFM had provided a fire safety correction notice to COR in April pertaining to this project.

Through a miscommunication, COR plant operations staff was provided verbal approval to begin construction during a subsequent teleconference of FPCM architectural staff, COR plant operations staff and CDCR mental health staff regarding the EOP treatment expansion. This inadvertent miscommunication was provided in the context that all pre-construction requirements

Ms. Amy Jarvis
Page 2

of the SFM had been met. It was not intended to be a verbal approval of the Section 6 request. CDCR's policy is to provide approval of Section 6 requests in writing only.

During the review of the Section 6 request, it was identified that equipment necessary for the expansion of EOP capacity at COR had been purchased with 2008/09 support funds. This equipment consisted of therapeutic treatment modules for the placement of Administrative Segregation inmates during EOP treatment, and modular furniture for mental health program staff workstations. Because the equipment had been ordered by COR before the scope of construction necessary for conversion of this space to EOP treatment was identified, and before the Section 6 request was developed and submitted for approval, it was believed that the purchase price of this equipment (approximately $150,000) was not considered a project cost in relation to the Section 6 request.

After a teleconference and review of documents in September 2009, it was concluded that the equipment was purchased with a general knowledge that its use would be to expand EOP treatment and office space at COR, and that the building that would house the EOP treatment and office space would also require construction efforts in addition to this equipment. Even though the scope of work necessary to renovate the existing building was not finalized, and the Section 6 request itself was not submitted for consideration, until after the equipment was ordered, CDCR determined that it is necessary to consider the cost of the equipment when considering the full construction cost of the project. With this determination, this project exceeds the $100,000 limit of support funds authorized for use on alteration of a state facility pursuant to Section 6 of the 2009 Budget Act. Upon consultation with DOF, CDCR directed that further construction work on the project be suspended until legislative notification is accomplished pursuant to Section 6 of the 2009 Budget Act.

The project consists of the construction of six rooms in building 308A to provide EOP treatment space. Each room will contain eight treatment modules, and each room will have heating and cooling and will be incorporated into the existing fire alarm system. Modular furniture work stations are being provided for treatment staff, including telecommunications connections. A new bathroom is being constructed for staff, and the existing inmate bathroom is being renovated to meet disability access requirements. The estimated cost of the project is $250,000.

The EOP treatment and office space constructed by this project is a component of the May 26, 2009 plan presented to the Court in *Coleman v. Schwarzenegger*, in response to the Court's request for a plan to meet short-term, intermediate and long-term bed needs for inmate requiring mental health treatment. On June 18, 2009, the Court approved this plan, and ordered its implementation. The treatment space at COR was to be operational within 90 days of the Court's approval. Due to the issues described in this letter, this operational target will not be achieved. CDCR requests that DOF seek an expedited legislative approval of this Section 6 notification in order to meet the Court's mandate at the earliest possible date.

Ms. Amy Jarvis
Page 3

CDCR is committed to taking the following actions to ensure appropriate policies and procedures are in place to review Section 6 requests in compliance with the annual Budget Act. Existing Section 6 informational materials available to plant operations staff will be revised to include clearer definitions on what components (such as equipment) are to be considered when calculating a project's estimated total cost. The instructions will also indicate that written approval of the Section 6 request is always required before construction can commence. Additionally, CDCR staff involved in reviewing Section 6 requests will be reminded to ensure that their verbal communications with plant operations staff does not provide any miscommunication regarding the status of the review.

Thank you for your consideration of this matter. Please contact me at (916) 255-2255 if you have any questions or require additional information.

Sincerely,

DEBORAH HYSEN
Chief Deputy Secretary
Facility Planning, Construction and Management

cc:   Matthew L. Cate, Secretary
      Brett Morgan, Chief of Staff
      Mary Fernandez, Undersecretary, Administration