IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        <u>ORDER</u>

        This matter came on for status conference and hearing on September 22, 2009. Michael Bien, Esq., appeared as counsel for plaintiffs. Debbie Vorous, Deputy Attorney General, appeared as counsel for defendants. After consideration of the papers filed by counsel and representations made at the time of the hearing, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of the hearing, defendants shall file a written report on the following matters:

            a. The status of construction funding and alternative funding sources for the EOP treatment and office space project at California State Prison-Sacramento, the 72 EOP-ASU bed project at Salinas Valley State Prison (Salinas Valley), and the related EOP Treatment Space and general population EOP bed expansion at Salinas Valley. Specifically, defendants

1

1  shall identify all possible sources of funding for each of these projects and every person who is
2  responsible for any step necessary to secure such funding.  Defendants shall also identify the
3  person or persons with whom final authority for funding these projects rests.
4              b.  With respect to the 72 EOP ASU bed project at Salinas Valley,
5  defendants shall report on all alternatives available to effect compliance with this court's orders
6  to create these beds and shall identify every person who is responsible for any step necessary to
7  create these beds.
8              c.  With respect to the Salinas Valley EOP treatment space and general
9  population bed expansion project, defendants shall report on any and all steps that may be taken
10 to expedite this project to offset the delay caused by the Joint Legislative Budget Committee's
11 refusal to fund the 72 bed project.  Defendants shall identify all persons who have authority to
12 expedite any part of this project and which part or parts of the project may be expedited.
13             d.  With respect to all of the short-term projects that are scheduled to come
14 online for the rest of 2009, defendants shall report on the status of staffing for all of these
15 projects  to the extent that staffing for those projects is not covered by the staffing allocation plan
16 that defendants will file on September 30, 2009.  Defendants shall identify all persons
17 responsible for staffing these projects.
18             e.  Defendants shall describe with specificity any and all steps that might
19 be taken to expedite completion of the 64 bed project at California Medical Facility and the
20 conversion of the C5 and C6 units at Salinas Valley.  Defendants shall identify all persons who
21 have authority to expedite any part of these projects and which part or parts of the projects may
22 be expedited.
23         To the extent that any response to the foregoing matters is set forth in an
24 activation schedule that has been or will be provided to the Special Master pursuant to this
25 court's June 18, 2009 order, defendants may file the appropriate activation schedule.
26 /////

2. Within forty-five days from the date of the hearing, defendants shall file with the court a detailed long-range plan, including activation schedules. The detailed plan shall include a schedule with a date certain for completion of each project included in the long-range plan, a description of every step necessary to complete each of the projects included in the long-range plan, specific timetables by which each such step shall be completed, a list of every state agency involved in each of the projects included in the long-range plan, the names and addresses of all persons responsible for approval and/or execution of each stage of such projects, and a timetable for certification to the Special Master the action or actions taken and whether each of such projects remains on schedule. The timetables for completion of each step described in the plan shall be developed in such a way that all projects in the long-range plan will be fully staffed and activated by the 2013 target date defendants have established. Defendants' plan shall be signed by counsel of record in accordance with counsel's obligations under Federal Rule of Civil Procedure 11.

3. Within twenty days after defendants file their detailed long-range plan, plaintiffs may file a response thereto.

4. Defendants shall identify any waivers of state law that may be required to complete the projects that comprise the long-range plan, either at the time the plan is filed or as the need for such waiver arises. The burden of requesting any such waiver shall be on the plaintiffs.

5. The court expects defendants to comply in full with this order. In the event of material non-compliance, the court will set an evidentiary hearing at which time the court will hear testimony from any person with knowledge of the reason or reasons for such non-compliance and from any party or agent of any party who has authority to ensure compliance with this order but who has failed to do so.

6. Paragraph 3(a) of the court's June 18, 2009 order is hereby modified as follows: Within ten days of the discovery of any impediment to timely completion of any

3

approved short-term or intermediate project, defendants shall notify the Special Master, file a copy of such notification with the court and serve a copy on counsel for plaintiffs. Defendants shall include with any such filing a proposed remedy to the impediment, and plaintiffs may file a response within ten days thereafter.

       7. By their September 23, 2009 notice concerning the 45 additional EOP-ASU beds at California State Prison-Corcoran, defendants have satisfied their obligation under paragraph 3(a) of the court's June 18, 2009 order with respect to the impediment described in the September 23, 2009 notice.

DATED: September 24, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT