Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  gadam@cbmlaw.com
  jstoughton@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:  916.372.6060
Facsimile:  916.372.9805
E-Mail:  dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>          Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>          Defendants. | **CCPOA'S STATEMENT OF NON-OPPOSITION TO THE REPUBLICAN ASSEMBLYMEMBERS' MOTION TO INTERVENE** |

Plaintiff Intervenor California Correctional Peace Officers' Association ("CCPOA") does not oppose the motion to intervene in these proceedings filed by California Assemblymembers Bill Berryhill, Connie Conway, Nathan Fletcher, Danny Gilmore, Curt Hagman, Diane Harkey, Steven Knight, Dan Logue, Jeff Miller, Brian Nestander, and Jim Neilsen.

Dated:  September 28, 2009

CARROLL, BURDICK & McDONOUGH LLP

By   */s/ Natalie Leonard*
Gregg McLean Adam
Natalie Leonard
James W. Henderson, Jr.
Attorneys for Plaintiff Intervenor California Correctional Peace Officers' Association