# TABLE OF APPENDICES

1    Executive Summary & Health Care Access Quality Report –May 2009

2    Executive Summary & Health Care Access Quality Report – June 2009

3    Executive Summary & Health Care Access Quality Report – July 2009

4    Human Resources Recruitment and Retention Report – May 2009

5    Human Resources Recruitment and Retention Report – June 2009

6    Human Resources Recruitment and Retention Report – July 2009

7    Human Resources Recruitment and Retention Report – August 2009

8    Human Resources' Monthly Reports – May 2009

9    Human Resources' Monthly Reports – June 2009

10   Controlled Correspondence and Litigation Support Unit Executive Summary Reports –
     May through July 2009

11   Guardian Rx Schedule

12   Maxor Monthly Summary Report – May 2009

13   Maxor Monthly Summary Report – June 2009

14   Maxor Monthly Summary Report – July 2009

15   CPR Financial Statements – July 1, 2008 through June 30, 2009

16   CPR Financial Statements – July 1, 2009 through August 31, 2009

17   Master Contract Waiver Summary