PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
MARK R. FEESER, Bar No. 252968
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES** |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES – CASE NO. CIV S 90-0520 LKK-JFM

[319577-1]

# STIPULATION

On October 1, 2009, defendants filed a "Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007." *Coleman* Docket Nos. 3695 through 3695-4. Plaintiffs intend to file an opposition to defendants' motion and defendants intend to file a reply.

ACCORDINGLY, THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1. Plaintiffs will file an opposition to "Defendants' Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007" (*Coleman* Docket 3695) on or before **October 23, 2009.**

2. Defendants will file their reply brief regarding this motion on or before **November 6, 2009.**

IT IS SO STIPULATED.

Dated: October 2, 2009

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Amy Whelan*
Amy Whelan
Attorneys for Plaintiffs

Dated: October 2, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF CALIFORNIA

Jonathan L. Wolff
Senior Assistant Attorney General

By: _____
Jeffrey Steele
Deputy Attorney General
Attorneys for Defendants

1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES – CASE NO. CIV S 90-0520 LKK-JFM

[318987-1]

**[PROPOSED] ORDER**

On October 1, 2009, defendants filed a "Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007." *Coleman* Docket Nos. 3695 through 3695-4.  On October 2, 2009, the parties filed a stipulation requesting a briefing schedule for plaintiffs' opposition and defendants' reply briefs regarding this motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their opposition to "Defendants' Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007" (*Coleman* Docket 3695) on or before **October 23, 2009.**

2. Defendants shall file their reply brief regarding this motion on or before **November 6, 2009.**

IT IS SO ORDERED.

Dated: October __, 2009

_____
LAWRENCE K. KARLTON
Senior Judge
United States District Court
Eastern District of California