| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>MARK R. FEESER, Bar No. 252968<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107<br>Telephone:  (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>             Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES** |

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES – CASE NO. CIV S 90-0520 LKK-JFM

[319577-1]

**STIPULATION**

On October 1, 2009, defendants filed a "Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007." *Coleman* Docket Nos. 3695 through 3695-4. Plaintiffs intend to file an opposition to defendants' motion and defendants intend to file a reply.

ACCORDINGLY, THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1. Plaintiffs will file an opposition to "Defendants' Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007" (*Coleman* Docket 3695) on or before **October 23, 2009.**

2. Defendants will file their reply brief regarding this motion on or before **November 6, 2009.**

IT IS SO STIPULATED.

Dated: October 2, 2009

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Amy Whelan*
    Amy Whelan
    Attorneys for Plaintiffs

Dated: October 2, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF CALIFORNIA

Jonathan L. Wolff
Senior Assistant Attorney General

By: _____
    Jeffrey Steele
    Deputy Attorney General
    Attorneys for Defendants

1

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S REPORT ON 2007 COMPLETED SUICIDES – CASE NO. CIV S 90-0520 LKK-JFM

[319577-1]

**[PROPOSED] ORDER**

On October 1, 2009, defendants filed a "Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007." *Coleman* Docket Nos. 3695 through 3695-4. On October 2, 2009, the parties filed a stipulation requesting a briefing schedule for plaintiffs' opposition and defendants' reply briefs regarding this motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their opposition to "Defendants' Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007" (*Coleman* Docket 3695) on or before **October 23, 2009.**

2. Defendants shall file their reply brief regarding this motion on or before **November 6, 2009.**

IT IS SO ORDERED

Dated: October 6, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT