1  11. I declare under penalty of perjury under the laws of California and the
2  United States, that the foregoing is true and correct.
3  Executed on this 8th day of October, 2009, in West Sacramento, California.

*/s/ Steve Weiss*
Steve Weiss

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CBM-SF\SF459199.1

-3-

DECL. OF STEVE WEISS ISO CCPOA'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN