Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:    gadam@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:    916.372.6060
Facsimile:    916.340.9372
E-Mail:    dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS

FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>    Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>    Defendants. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN** |

CBM-SF\SF459201.1

**REQUEST FOR JUDICIAL NOTICE ISO CCPOA'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN**

Plaintiff/Petitioner the CALIFORNIA CORRECTION PEACE OFFICERS' ASSOCIATION ("CCPOA") respectfully requests that the Court take judicial notice of the following facts and documents, pursuant to Federal Rule of Evidence 201:

### FACTS/DOCUMENTS TO BE JUDICIALLY NOTICED

1. Request for Judicial Notice ("RJN") 1:

On September 17, 2009 the California Department of Corrections and Rehabilitation issued a press release entitled "CDCR Reduces Offender Rehabilitation Programs." This document is made publically available by CDCR on their website. A true and correct copy of this document is attached hereto as Exhibit A. This document was obtained from the CDCR website on October 8, 2009 from the following URL: <http://www.cdcr.ca.gov/News/2009_Press_Releases/Sept_17_Programs.html>.

2. RJN 2:

The September 17, 2009 the California Department of Corrections and Rehabilitation issued a press release entitled "CDCR Reduces Offender Rehabilitation Programs" contains the following statements:

(a) "CDCR will cut $250 million in rehabilitation programs for adult offenders";

(b) "This reduction represents over a third of the adult programs budget"; and,

(c) "Spending related to rehabilitation programs at CDCR headquarters also will be cut by almost 70 percent, from over $54 million to approximately $17 million."

Dated: October 8, 2009

CARROLL, BURDICK & McDONOUGH LLP

By _____*/s/ Natalie Leonard*_____
Gregg McLean Adam
Natalie Leonard
James W. Henderson
Attorneys for Plaintiff Intervenor California Correctional Peace Officers' Association