# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 7, 2009

Clerk
United States District Court for the Eastern District
of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322

**FILED**

OCT 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re: Arnold Schwarzenegger, Governor of California, et al.
v. Marciano Plata, et al.
No. 09-416
(Your No. CIV S-90-0520, C01-1351)
LKK JFM (PC)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court October 5, 2009 and placed on the docket October 7, 2009, as No. 09-416.

Sincerely,

William K. Suter, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division