EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' NOTICE TO COURT RE: SUBMISSION OF TRAINING PLAN TO SPECIAL MASTER** |

Defendants proposed to conduct staff training at five institutions as part of their short-term and intermediate-term bed plan filed on May 26, 2009. (Docket No. 3592, pp. 9–11.) On June 18, 2009, this Court ordered that Defendants complete their training plan by September 16, 2009, and that they develop the plan under the guidance of the *Coleman* Special Master. (Docket No. 3613, ¶ 4.) Defendants requested an extension of time to complete their training plan. (Docket No. 3674.) This Court ordered that Defendants submit their training plan on or before October

/ / /

/ / /

/ / /

1

16, 2009. (Docket No. 3676.) On October 16, 2009, Defendants submitted their training plan to the *Coleman* Special Master, and provided a courtesy copy to counsel for the *Coleman* class members.

Dated: October 16, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2