EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5345
  Fax:  (916) 324-5205
  E-mail:  Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>          v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO COURT'S SEPTEMBER 24, 2009 ORDER THAT DEFENDANTS FILE A WRITTEN REPORT ON FOUR COURT-ORDERED PROJECTS AND ONE INTERMEDIATE-TERM PROJECT** |

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **AB** | Assembly Bill |
| **ASU** | Administrative Segregation Unit |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **CMF** | California Medical Facility |
| **EOP** | Enhanced Outpatient Program |
| **DOF** | Department of Finance |
| **GP** | General Population |
| **ICF** | Intermediate Care Facility |
| **JLBC** | Joint Legislative Budget Committee |
| **PWB** | Public Works Board |
| **SAC** | California State Prison, Sacramento |
| **SVSP** | Salinas Valley State Prison |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      On September 24, 2009, this Court ordered that Defendants file a written report on four

2  court-ordered projects and one intermediate-term project.  (Docket No. 3686 ¶ 1.)  Enclosed as

3  Attachment A, with Exhibits 1 through 4, is Defendants' written report.

4  Dated:  October 22, 2009                      Respectfully submitted,

5

6                                                EDMUND G. BROWN JR.
                                                 Attorney General of California
                                                 JONATHAN L. WOLFF
7                                                Senior Assistant Attorney General

8                                                /s/ Jeffrey Steele

9                                                JEFFREY STEELE
                                                 Deputy Attorney General
10                                               Attorneys for Defendants

   CF1997CS0003
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

# ATTACHMENT A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 22, 2009


Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA 94244-2550

Dear Ms. Vorous:

Attached please find Defendants' response to the September 24, 2009 Coleman Court Order.

Sincerely,

BENJAMIN T. RICE
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Enclosures

## FOR SUBMITTAL TO THE *COLEMAN* COURT

## Defendants' October 22, 2009 Report

On September 24, 2009, the Court ordered that Defendants file a written report on the following four Court-ordered projects and one intermediate-term project: (1) the California State Prison, Sacramento (SAC), Enhanced Outpatient Program (EOP) Treatment and Office Space Project; (2) the Salinas Valley State Prison (SVSP) 72-bed EOP Administrative Segregation Unit (ASU) Project; (3) the SVSP 96-Bed EOP General Population (GP) Treatment and Office Space and Housing Unit Conversion Project; (4) the 64-Bed Intermediate Care Facility (ICF) at California Medical Facility (CMF); and (5) the housing units C5 and C6 Conversion Project at SVSP. Moreover, the Court ordered that, to the extent any response is set forth in an activation schedule for any of the Court-ordered projects that has been or will be provided to the *Coleman* Special Master under this Court's June 18, 2009 Order, Defendants may file the appropriate activation schedule. This Report constitutes Defendants' response to that Order.

1. **Construction Funding Re: SAC EOP Treatment and Office Space Project; SVSP 72-Bed EOP-ASU Project; and SVSP 96-Bed EOP-GP Treatment and Office Space and Housing Unit Conversion Project**

**Court's Order:**

"The status of construction funding and alternative funding sources for the EOP treatment and office space project at California State Prison-Sacramento, the 72 EOP-ASU bed project at Salinas Valley State Prison (Salinas Valley), and the related EOP Treatment Space and general population EOP bed expansion at Salinas Valley. Specifically, defendants shall identify all possible sources of funding for each of these projects and every person who is responsible for any step necessary to secure such funding. Defendants shall also identify the person or persons with whom final authority for funding these projects rests." (Docket No. 3686 ¶ 1.a.)

**Defendants' Response:**

a. **California State Prison, Sacramento, Enhanced Outpatient Program Treatment and Office Space Project**

The SAC EOP treatment and office space project renovates, or converts, existing space at SAC to EOP treatment and office space. It is currently in the working drawing phase. The Legislature appropriated funding for the working drawings in the Budget Act of 2009. The California Department of Corrections and Rehabilitation (CDCR), in an attempt to accelerate the construction phase of this project, requested that the Department of Finance (DOF) submit a budget request to the Legislature for construction funding to also be part of the Budget Act of 2009. DOF submitted CDCR's request, however, the Legislative Conference Committee on the Budget denied it. Because the Legislature appropriated funding for the working drawing phase of this project, Defendants anticipate that the Legislature will appropriate funding for the construction phase of this project in the 2010-11 Budget. There are currently no available

alternative funding sources for construction of this project, because any alternative source would require new laws to be passed; that is, either appropriation statutes or bond statutes.[1]

The person or persons responsible for the steps necessary to secure funding and the person or persons with whom final authority for funding this project rests, are set forth in Exhibit 1. Exhibit 1 is the Activation Schedule for this project as of September 22, 2009, which Defendants submitted to the *Coleman* Special Master on October 1, 2009.

### b. Salinas Valley State Prison 72-Bed Enhanced Outpatient Program Administrative Segregation Unit Project

The SVSP 72-Bed EOP-ASU project would provide housing, treatment, and office space for 72 EOP-ASU inmate-patients.    CDCR requested that the Joint Legislative Budget Committee (JLBC) approve the scope, schedule, and cost of the project.    The JLBC, however, denied the project on June 11, 2009, due to cost considerations.    On July 14, 2009, CDCR requested that the Director of the DOF ask the JLBC to reconsider its decision in light of this Court's June 18, 2009 Order, which the Director did on July 24, 2009.    On August 20, 2009, the JLBC affirmed its denial.    Because the JLBC will not approve the project, there are currently no available alternative funding sources to design or construct the project.    Alternative funding sources would require new laws to be passed, including appropriation statutes or bond statutes.    Thus, as discussed below, Defendants developed an alternative to this project, which they believe is programmatically sound, and will satisfy the JLBC's concerns.

The person or persons responsible for the steps necessary to secure such funding and the person or persons with whom final authority for denying funding for this project rests, are set forth in Exhibit 2.    Exhibit 2 is the Activation Schedule for this project as of September 22, 2009, which Defendants submitted to the *Coleman* Special Master on October 1, 2009.

### c. Salinas Valley State Prison 96-Bed Enhanced Outpatient Program General Population Treatment and Office Space and Housing Unit Conversion Project

The SVSP 96-Bed EOP-GP project would convert an existing housing unit to provide EOP-GP housing for 96 EOP-GP inmates, and would expand the existing mental health services building to provide the additional treatment and office space needed for this increased EOP-GP capacity.[2] The Budget Act of 2008 appropriated funding for the project's preliminary plans, and those plans are complete.    However, Public Works Board (PWB) approval of the preliminary plans was delayed because the JLBC denied the related 72-bed EOP-ASU Project, which would have created the additional EOP capacity on D-quad, and upon which this project was predicated.

---

[1] Pending completion of this project, SAC has set up temporary treatment and office space in order to meet the treatment needs of the EOP patient-inmates.    Thus, although the Legislature did not appropriate funding to allow CDCR to accelerate construction on this project, CDCR nonetheless took temporary steps to meet the treatment needs of the EOP patient-inmates.

[2] This project was scoped to include the existing 192 EOP-GP inmate-patients, plus an additional 96 EOP-GP beds.

Although, theoretically, funding could be pursued for subsequent phases of this project, such funding is not currently being pursued because this project is predicated on the separate 72-bed project that expands EOP capacity on the D-yard. As discussed below, Defendants developed an alternative to this project, which they believe is programmatically sound, and will satisfy the JLBC's concerns.

The person or persons responsible for the steps necessary to secure such funding and the person or persons with whom final authority for funding this project rests, are set forth in Exhibit 3. Exhibit 3 is the Activation Schedule for this project as of September 22, 2009, which Defendants submitted to the *Coleman* Special Master on October 1, 2009.

2.    **Alternative Option to Salinas Valley State Prison 72-Bed Enhanced Outpatient Program Administrative Segregation Unit Project**

**Court's Order:**

"With respect to the 72 EOP ASU bed project at Salinas Valley, defendants shall report on all alternatives available to effect compliance with this court's orders to create these beds and shall identify every person who is responsible for any step necessary to create these beds." (Docket No. 3686 ¶ 1.b.)

**Defendants' Response:**

At the recommendation of the JLBC, and keeping in mind this Court's prior orders, CDCR reviewed a number of alternative options, and considered the potential impacts of those options in serving the mental health population at SVSP. Since the 72-bed EOP-ASU Project is also dependent on the proposed construction of the additional treatment and office space of 96 EOP-GP inmates (see above) to expand treatment capacity on the yard where these projects were to be located, CDCR reviewed the feasibility of these two projects in tandem. After careful analysis and, in consultation with the *Coleman* Special Master as well as the *Plata* Receiver, CDCR determined that the most feasible alternative is to replace both of these projects with a new consolidated project that will provide treatment and office space for 300 inmate-patients.

This new project, known as the 300 EOP-GP Treatment and Office Space A-Quad Project, will require the design and construction of a new treatment and office building on "A" yard and the relocation of all EOP-GP inmate-patients to that yard. This project will result in 12 more EOP-GP beds than CDCR's previous plan.[3] The 72-bed EOP-ASU unit will stay in its current location; that is, Buildings D1 and D2.[4] The existing Mental Health treatment space located on

---

[3]  The current EOP-GP Treatment and Office Space and Housing Unit Conversion Project is designed to provide treatment and office space for the existing 192 EOP-GP inmate-patients, plus an additional 96 inmate-patients, for a total of 288 beds. The new 300 EOP-GP Treatment and Office Space A-Quad Project is designed to serve 300 inmate-patients, for an increase of 12 beds.

[4] The 72-bed EOP-ASU unit consists of 45 existing EOP-ASU beds as well as the 27 new beds that are part of Defendants' short-term bed plan filed on May 26, 2009.

Facility D will accommodate the 72-bed EOP-ASU unit, and thereby negate the need for construction of treatment space for that population.

This new project will rely on AB 900 lease revenue bond financing. CDCR's Facility Planning, Construction and Management Program has received approval from DOF to utilize planning resources to begin development of an AB 900 funding request document that will ultimately be submitted to DOF and the JLBC for approval. In addition to these approving entities, the PWB must formally establish the scope, cost and schedule of the project, and the Pooled Money Investment Board must approve interim funding. There are no alternative funding sources for this project as any alternative would require new laws to be passed; that is, either appropriation statutes or bond statutes. Although Defendants could pursue a budget act appropriation for this project in future budget years, AB 900 is the most secure and expeditious funding mechanism for this project.

3. **Expediting 96-Bed Salinas Valley State Prison Enhanced Outpatient Program General Population Treatment and Office Space and Housing Unit Conversion Project**

**Court's Order:**

"With respect to the Salinas Valley EOP treatment space and general population bed expansion project, defendants shall report on any and all steps that may be taken to expedite this project to offset the delay caused by the Joint Legislative Budget Committee's refusal to fund the 72 bed project. Defendants shall identify all persons who have authority to expedite any part of this project and which part or parts of the project may be expedited." (Docket No. 3686 ¶ 1.c.)

**Defendants' Response:**

As noted, the preliminary phase of this project is complete. Approval of the preliminary plans by the PWB was delayed, however, because of the JLBC's denial of the related 72-bed EOP-ASU project. Standing alone, this project would not create any additional capacity for EOP inmate-patients. Rather, this project was predicated on the creation of EOP capacity on the D-yard by a separate project (i.e. the 72-bed EOP-ASU project). In the absence of a separate project on the D-yard to create additional EOP capacity, CDCR is not currently taking any steps to expedite this project. Rather, as discussed above, CDCR is developing the new 300 EOP-GP Treatment and Office Space A-Quad Project, which will serve all of the EOP-GP inmate-patients at SVSP. CDCR is developing the new project with the most accelerated project timeline possible at this time. CDCR will continue to explore opportunities to accelerate the new project's timeline and will advise the *Coleman* Special Master pursuant to this Court's June 18, 2009 Order that Defendants file updated activation schedules by the first of each month.

The identity of all persons who have authority to expedite the current EOP-GP Treatment and Office Space and Housing Unit Conversion Project are set forth in Exhibit 3. Those persons with authority to expedite the new 300 EOP-GP Treatment and Office Space A-Quad Project are also set forth in Exhibit 3.

4.    **Staffing of Defendants' Short-Term Projects Scheduled to Come Online in 2009**

**Court's Order:**

"With respect to all of the short-term projects that are scheduled to come online for the rest of 2009, defendants shall report on the status of staffing for all of these projects to the extent that staffing for those projects is not covered by the staffing allocation plan that defendants will file on September 30, 2009, Defendants shall identify all persons responsible for staffing these projects." (Docket No. 3686 ¶ 1.d.)

**Defendants' Response:**

Defendants' Sept 30, 2009 Staffing Plan described the level of staffing to be provided for the short term programs. The Plan also identified that both Health Care Services and the Division of Adult Institutions will utilize existing resources to staff the approved short term projects that are scheduled to come on line in 2009. Defendants will ensure appropriate staffing is in place at the time of program activation. Responsible parties for staffing these projects are Sharon Aungst, Chief Deputy Secretary, DCHCS and Terri McDonald, Chief Deputy Secretary, Adult Operations.

5.    **California Medical Facility 64-Bed Intermediate Care Facility Project and Salinas Valley State Prison C5 and C6 Conversion**

**Court's Order:**

"Defendants shall describe with specificity any and all steps that might be taken to expedite completion of the 64 bed project at California Medical Facility and the conversion of the C5 and C6 units at Salinas Valley. Defendants shall identify all persons who have authority to expedite any part of these projects and which part or parts of the projects may be expedited." (Docket No. 3686 ¶ 1.e.)

**Defendants' Response:**

Defendants have successfully taken steps to expedite completion of the California Medical Facility 64-bed Intermediate Care Facility Project. Defendants believe the construction duration can be accelerated up to 241 days by constructing the facility outside of the existing secure perimeter and by utilizing other measures similar to those used to accelerate the CMC 50-bed project. (*See* Ex. 4.) The persons with authority to expedite the project are identified in Exhibit 4.

Defendants have been unsuccessful in identifying any steps to expedite completion of the Salinas Valley State Prison housing units C5 and C6 Conversion Project. To the extent Defendants are able to accelerate this project, the person who has this authority is Deborah Hysen. After the project is fully converted, Cynthia A. Radavsky would be the person responsible for accelerating the activation of the project.

CF1997CS0003
30885523.doc

# EXHIBIT 1

**Project:** Enhanced Outpatient Program Treatment and Office Space [1]
**Responsible Person:** Deborah Hysen/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** Nacht and Lewis Architects
**Location:** California State Prison, Sacramento (SAC)
**Funding Source:** General Fund

Jay Sturges /DOF
915 L Street, Sacramento California 95814

**Report Period Ending: September 22, 2009**

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Architectural/Engineering Contracting | | | | | | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s) | |
| Preliminary Plans | 131 | 12/17/08 | 12/17/08 | | 4/27/09 | 4/27/09 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | | | | | | 11/25/08 | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 5/25/09 | 5/26/09 | 1 | 7/9/09 | 7/9/09 | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before the JLBC can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 5/26/09 | 5/26/09 | 1 | 7/10/09 | 7/14/09 | 4 | | C. Lief | PWB Approval. | PWB meeting rescheduled to July 14. There is no impact to overall schedule. |
| Working Drawings (Construction Documents) | 154 | 7/15/09 | 7/15/09 | 2 | 12/14/09 | 12/14/09 | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | Delayed start due to PWB meeting schedule. There is no impact to the working drawing milestone. Working drawings are approximately 32% complete. |
| Bid and Award | 71 | 12/15/09 | | | 2/24/10 | | 198 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | This planned start date was premised on construction funding being appropriated by the legislature in the 2009/10 Budget Act. The Conference committee on the Budget, however, denied the request for construction funding. Assuming 7/1/10 budget enactment, the new projected Bid and Award period starts 7/1/10 & ends 9/10/10. |
| Construction [1] | 390 | 2/25/10 | | | 3/22/11 | | 200 | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy). | This planned start date was premised on construction funding being appropriated by the legislature in the 2009/10 Budget Act. The Conference committee on the Budget, however, denied the request for construction funding. Assuming 7/1/10 budget enactment, the new projected construction period starts 9/13/10 & ends 10/8/11. CDCR is evaluating opportunities to accelerate construction. |
| Hire Staff | 153 | 9/22/10 | | | 2/22/11 | | 198 | | S. Streater J. Walker | Advertise, Hire, and Train Staff. | Assuming 7/1/10 budget enactment, the new projected Hire Staff starts 4/6/11 & ends 9/6/11. |
| Activation | 61 | 3/23/11 | | | 5/23/11 | | 200 | | S. Streater J. Walker | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Assuming 7/1/10 budget enactment, the new projected Activation starts 9/7/11 & ends 11/7/11. |

[1] Court Order(s) filed 7/8/05, Docket No. #2061; Stipulation filed 7/1/08, Docket No. #2860; order filed 10/18/07, Docket No. #2461
[2] Special Master shall receive updates on construction every 90 days.

Project:

SAC Enhanced Outpatient Program Treatment and Office Space

Lead Person Roster

| Name | | | Address | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Walker | James | CDCR/SAC | P.O. Box 71 | Represa | 95671 |

# EXHIBIT 2

**Project:** 72 Bed EOP/ASU Mental Health Facility[1]
**Responsible Person:** Deborah Hysen/DCCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** TBD
**Location:** Salinas Valley State Prison, Soledad (SVSP)
**Funding Source:** AB 900 (GC 15819.41)

Jay Sturges / DGS?, 915 L Street, Sacramento California 95814

Report Period Ending: September 22, 2009

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Cost for AB 900 30 Day Funding Request Package | 18 | 4/2/09 | 4/2/09 | | 5/12/09 | 5/8/09 | 102 | | C. Lief | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | 4/2/09 | 4/2/09 | | 5/12/09 | 4/22/09 | (4) | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/09 | 5/14/09 | 2 | 6/11/09 | 6/11/09 | 103 | | C. Lief | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Cost. | JLBC did not approve the project per initial letter dated 6/11/09. In a memo dated 7/14/09, CDCR requested that the Director of Finance ask the JLBC to reconsider its decision in light of the Court's 6/10/09 order. DOF submitted CDCR's request to the JLBC on 7/24/09. On 8/20/09, the JLBC affirmed its decision to deny the project scope. Currently, CDCR is pursuing an alternative management approach and with the Receiver's office. In addition, CDCR is coordinating the project with the Special Master. |
| PWB Recognition of Project Scope, Cost, and Schedule | | 6/1/09 | 6/1/09 | 102 | 6/1/09 | 6/1/09 | 102 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB will not recognize this scope, cost and schedule until the JLBC approves the project. |
| Request Loan from PMIA | 27 | 4/23/09 | 4/23/09 | 12 | 5/20/09 | 5/20/09 | 125 | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. | |
| Approval of PMIA Funding | | 4/23/09 | 4/23/09 | 12 | 6/17/09 | 6/17/09 | 102 | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 83 | 6/18/09 | | 96 | 9/9/09 | | 97 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 252 | 9/10/09 | | 97 | 5/20/10 | | 13 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Develop Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 235 | 9/10/09 | | | 5/20/10 | | | | B. Slappy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N.O.D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 6/28/10 | | | 8/12/10 | | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 6/29/10 | | | 8/1/10 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 269 | 8/16/10 | | | 5/7/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Drawings and Proceed to Bid Package and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Bid and Award | 96 | 5/13/11 | | | 7/18/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction[3] | 600 | 7/19/11 | | | 3/1/13 | | | | K. Beland / Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch List, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Hire Staff | 153 | 9/10/12 | | | 2/15/13 | | | | S. Streater, A. Hedgpeth | Advertise, Hire, and Train Staff. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activation | 60 | 3/11/13 | | | 5/10/13 | | | | S. Streater A. Hedgpeth | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. ASU population moves out of SVSP D2 and into new 72-bed facility. | |

1 Court Order filed 10/18/07, Docket No. #2461
2 Special Master shall receive updates on construction every 90 days.

C:\Documents and Settings\HCLSD\Desktop\5x30 Activation Schedules\11 SVSP 72 Column Sept 22 2009.xls

Project:

SVSP 72 Bed EOP/ASU Mental Health Facility

## Lead Person Roster

| Last | First | Agency/Dept. | Street | City | Zip |
|---|---|---|---|---|---|
| Beland | Keith | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 18 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jack | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Genest | Michael | Director, DOF | 915 L Street | Sacramento | 95814 |
| Hedgpeth | Anthony | CDCR/SVSP | P.O. Box 1020 | Soledad | 93960 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# EXHIBIT 3

**Project:** EOP/GP Housing Unit Conversion & Addition to Mental Health Services Building[1][2]
**Responsible Person:** Deborah Hysen/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** Nacht and Lewis Architects
**Location:** Salinas Valley State Prison, Soledad (SVSP)
**Funding Source:** General Fund

Jay Sturges /DOF
915 L Street, Sacramento California 95814

**Report Period Ending: September 22, 2009**

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Architectural/Engineering Contracting | | | | | | 10/8/09 | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 173 | 1/7/09 | 1/7/09 | | 6/29/09 | 8/2/09 | 35 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Additional time required to complete CEQA, facility master plan, reconcile PP cost estimate, and prepare PWB Penal Code 7003 submittal. |
| California Environmental Quality Act Compliance (CEQA) | 235 | 1/7/09 | 1/7/09 | | 8/29/09 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Completion of CEQA documents is delayed due to the JLBC's denial of the related 72-bed Ad Seg EOP project. |
| JLBC Approval of Preliminary Plans | 45 | 8/24/09 | | 29 | 10/8/09 | | 23 | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. The submittal is delayed because CDCR is evaluating this project in light of the JLBC's denial of the related 72-bed Ad Seg EOP project. |
| PWB Approval of Preliminary Plans | 45 | 8/25/09 | | 28 | 10/8/09 | | | | C. Liel | PWB Approval. | PWB submittal is delayed as per the comments above. If the project moves forward, there is no impact to the ultimate completion date as long as PP approval occurs before June 30, 2010. |
| Working Drawings (Construction Documents) | 221 | 7/2/10 | | | 2/8/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | Assumes funding for working drawings is appropriated by the legislature in the 2010/11 Budget Act. |
| Bid and Award | 70 | 2/9/11 | | | 4/20/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Assumes funding for construction is appropriated by the legislature in the 2010/11 Budget Act. |
| Construction[3] | 660 | 4/21/11 | | | 2/9/13 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | SVSP D2 Housing Unit will be re-allocated to Enhanced Outpatient Program (EOP) general population inmates upon completion of new 72-bed stand alone facility for Administrative Segregation Unit EOP inmates. The timeline assumes funding for construction is appropriated by the legislature in the 2010/11 Budget Act. |
| Hire Staff | 153 | 8/15/12 | | | 1/15/13 | | | | S. Streater A. Hedgpeth | Advertise, Hire, and Train Staff. | |
| Activation | 63 | 2/11/13 | | | 4/15/13 | | | | S. Streater A. Hedgpeth | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] The SVSP 72 EOP ASU project must be completed prior to vacating the D2 housing unit for this conversion.
[2] Court Order(s) filed 10/7/08, Docket No. #3072; and 10/16/07, Docket No. #245)
[3] Special Master shall receive updates on construction every 90 days.

Project:

SVSP EOP/GP Housing Unit Conversion & Addition to Mental Health Services Building

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|--------------|---------|------|-----|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hedgpeth | Anthony | CDCR/SVSP | P.O. Box 1020 | Soledad | 93960 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DHCS | 501 J Street | Sacramento | 95814 |

# EXHIBIT 4

**Project:** 64 Bed Intermediate Care Facility (Licensed Facility)[1]
**Responsible Person:** Deborah Hysen
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** Nacht and Lewis Architects
**Location:** California Medical Facility, Vacaville (CMF)
**Funding Source:** AB 900 (GC 15819.41)

**Report Period Ending: September 22, 2009**
Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Recognition of Project Scope, Cost, and Schedule. | | | | | | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | | | | | | | | D. Borg | Submit Loan application to request loan from the Pooled Money Investment Board (PMIA). | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote. Executive Order E-08/09-198 authorized General Fund loan for Preliminary Plans. On 7/15/09 PMIB approved the loan for FF&E funding, until the General Fund loan will be retired. Design and construction schedule was revised based on 6/12/09 funding. There is no impact to overall schedule. |
| Approval of PMIA Funding | 63 | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | | | | | | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 10/20/08 | 10/23/08 | (5) | 12/14/08 | 12/14/08 | 58 | | JLBC | JLBC Approval. | Preliminary Plan approval occurred concurrent with the establishment of scope, cost, and schedule. |
| Architectural/Engineering Contracting | 2 | 6/17/09 | 6/12/09 | | 6/19/09 | 7/9/09 | 20 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract execution delayed due to year end work load issues. There is no impact to overall schedule. |
| Preliminary Plans | 422 | 9/8/07 | 9/8/07 | | 11/2/08 | 11/2/08 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC and PWB Submittal Packages. | Preliminary Plans funded in the 2006-07 Budget Act. |
| PWB Approval of Preliminary Plans | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 204 | 6/22/09 | 7/10/09 | 18 | 1/12/10 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Costs, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for Approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Contract execution delayed start of working drawings. There is no impact to design or overall schedule. Working drawings are approximately 45% complete. |
| Bid and Award | 90 | 1/13/10 | | | 4/13/10 | | | | K. Beland | Advertise for Bid, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction[2] | 841 | 4/14/10 | | | 8/2/12 | | | | K. Beland / Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch List, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | CDCR is evaluating opportunities to accelerate construction. Construction Manager and Inspector of Record to be identified prior to construction start. |
| Hire Staff | 485 | 3/8/11 | | | 7/3/12 | | | | V. Brewer / K. Dickinson | Advertise, Hire, and Train Staff. | |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 841 | 4/14/10 | | | 8/2/12 | | | | TBD | Including final as-built drawings. | |
| Self Certification | 15 | 8/3/12 | | | 8/18/12 | | | | D. Hysen | DPH Survey, DPH Approval. | |
| License Approval | 7 | 8/19/12 | | | 8/26/12 | | | | V. Brewer / S. Slivakar / K. Dickinson | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | |
| Activation | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer / K. Dickinson | Including staff occupancy, staff orientation, develop policies and procedures. | |
| Patient Admissions | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer / K. Dickinson | Assumes Patients will be admitted at a rate of six per week. | |

[1] Court Order filed 3/1/07, Docket No. #2154
[2] Special Master shall receive updates on construction every 90 days.

Project:

CMF 64 Bed Intermediate Care Facility (Licensed Facility)

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Brewer | Victor | DMH | PO Box 1080 | Soledad | 93960 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jack | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Dickinson | Kathleen | CDCR/CMF | 1600 California Drive | Vacaville | 95696 |
| Genest | Michael | Director, DOF | 915 L Street | Sacramento | 95814 |
| Hyzen | Deborah | CDCR/FPC&M | 9838 Old Placerville Ro. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |