1  PRISON LAW OFFICE                    ROSEN, BIEN & GALVAN, LLP
2  DONALD SPECTER, Bar No. 83925        MICHAEL W. BIEN, Bar No. 96891
   STEVEN FAMA, Bar No. 99641           ERNEST GALVAN, Bar No. 196065
3  1917 Fifth Street                    JANE E. KAHN, Bar No. 112239
   Berkeley, CA  94710                  AMY WHELAN, Bar No. 215675
4  Telephone:  (510) 280-2621           MARK FEESER, Bar No. 252968
                                        315 Montgomery Street, 10th Floor
5                                       San Francisco, California  94104-1823
6                                       Telephone:  (415) 433-6830

7
   THE LEGAL AID SOCIETY –              BINGHAM, McCUTCHEN, LLP
8  EMPLOYMENT LAW CENTER                WARREN E. GEORGE, Bar No. 53588
   CLAUDIA CENTER, Bar No. 158255       Three Embarcadero Center
9  600 Harrison Street, Suite 120       San Francisco, California  94111
   San Francisco, CA  94107             Telephone:  (415) 393-2000
10 Telephone:  (415) 864-8848

11

12 Attorneys for Plaintiffs

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15

16 RALPH COLEMAN,                       Case No. Civ S 90-0520 LKK-JFM

17          Plaintiffs,                 **DECLARATION OF MARK R. FEESER**
                                        **IN SUPPORT OF PLAINTIFFS'**
18                                      **OPPOSITION TO DEFENDANTS'**
        v.                              **MOTION TO MODIFY THE SPECIAL**
19                                      **MASTER'S EXPERT REPORT ON**
                                        **SUICIDES COMPLETED IN THE**
20 ARNOLD SCHWARZENEGGER, et al.,       **CALIFORNIA DEPARTMENT OF**
                                        **CORRECTIONS AND REHABILITATION**
21          Defendants.                 **IN CALENDAR YEAR 2007**

22

23

24

25

26

27

28

I, Mark R. Feeser, declare:

1.      I am an attorney admitted to practice law in California, a member of the Bar of this Court, an associate of the firm of Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel of record for the Plaintiff class. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in Opposition to Defendants' Motion to Modify the Special Master's Expert Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007.

2.      The Special Master in this case has produced suicide reports covering the years 1999 to 2007. These reports contain, *inter alia*, statistics and tables indicating the total number of suicides as well as the housing status of each inmate who has committed suicide, including whether the prisoner was housed in an Administrative Segregation Unit ("ASU"). *See Coleman Suicide Report* (**"1999 Suicide Report"**), October 10, 2000, Appended to the Sixth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols at 2, 5 (Docket No. 1213); *Report on Suicides Completed in the California Department of Corrections in Calendar Year 2000* (**"2000 Suicide Report"**), April 25, 2002, Exhibit V to the Ninth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols at 3, 6 (Docket No. 1373); *Report on Suicides Completed in the CDC in Calendar Year 2001* (**"2001 Suicide Report"**), June 10, 2003, attached as Exhibit V to the Eleventh Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols at 4, 8 (Docket No. 1519); *Report on Suicides Completed in the CDC in Calendar Year 2002* (**"2002 Suicide Report"**), December 9, 2003, attached as Exhibit U to the Twelfth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols (Docket No. 1553) at 6, 8; *Report on Suicides Completed in the California Department of Corrections in Calendar Year 2003* (**"2003 Suicide Report"**), April 28, 2005, at 6, 8 (Docket No. 1658); *Report on Suicides Completed in the California Department of Corrections in Calendar Year 2004* (**"2004 Suicide Report"**), May 9, 2006, at 7, 9 (Docket No. 1806); *Report on Suicides Completed in the California Department of Corrections in*

1

*Calendar Year 2005* (**"2005 Suicide Report"**), November 26, 2007, at 2, 15 (Docket No. 2566); *Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2006* (**"2006 Suicide Report"**), September 12, 2008, at 2, 6 (Docket No. 3030); *Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007* (**"2007 Suicide Report"**), September 17, 2009, at 8, 10 (Docket No. 3677).

3.      On or about October 13, 2009, using the suicide reports and data described above in paragraph 2, I compiled the annual number of suicides successfully completed in Administrative Segregation Units ("ASU") by year for each year between 1999 and 2007. Additionally, I compiled the reported average daily CDCR inmate population reported in each of the Special Master's reports.  This data was entered into an Excel spreadsheet.

4.      On or about October 21, 2009, I further created an identical spreadsheet using the annual ASU suicide and total CDCR population statistics described in Exhibit B to the Declaration of Dr. Canning in Support of Defendants Motion to Modify the Special Master's Expert's Report on Suicides Completed in CDCR in Calendar Year 2007 ("Dr. Canning's Declaration") (Docket No. 3695-3).

5.      In order to more easily compare suicide rates between different sized populations, annual suicide rates are expressed based on a rate of suicides per 100,000 people.  This number is calculated by dividing the number of suicides by the population and multiplying the result by 100,000.  *See*, *e.g.*, 2007 Suicide Report at 12 (describing annual suicide rates at CDCR institutions and as reported by the U.S. Department of Justice, Bureau of Justice Statistics).

6.      On or about October 13, 2009, I searched the CDCR website for statistics on the total ASU population at CDCR institutions.  I did not locate any report indicating the population in ASU by year, and this information was not included in CDCR's Average Daily Prison Population Reports, available at http://www.cdcr.ca.gov/Reports_Research/ Offender_Information_Services_Branch/Annual/Ipop2Archive.html.

7.      On July 12-13, 2009, Dr. Robert Canning, Acting Chief Psychologist for the California Department of Corrections and Rehabilitation, and current Chief of Clinical Practices, and Suicide Prevention Coordinator was a presenter at the National Commission on Correctional

2

[323078-2]

Health Care (NCCHC) Correctional Mental Health conference held in Seattle, Washington. *See* Declaration of Jane Kahn in Support of Plaintiffs' Opposition to Defendants' Objections to 2007 Suicide Report at ¶ 2. During this presentation, Dr. Canning presented a PowerPoint presentation, which was distributed to attendees ("Dr. Canning's Presentation"). *Id.* at Exhibit B.

8. Dr. Canning's Presentation included, at Slide 50, summary data regarding the ten-year average number of suicides and population for prisoners housed in the general population and those in the "segregated" population at CDCR institutions. This slide states that over the ten-year period, there was an average of 16 suicides per year among the general population out of an average population of 153,695 prisoners. This represents an average annual suicide rate of 10.4 suicides per 100,000 prisoners in general population (16/153,695 X 100,000). For prisoners in the segregated population of only 11,205 prisoners, the average number of suicides per year over the 10-year period is 14, for an annual suicide rate of 124.9 suicides per 100,000 prisoners in segregation, over twelve times the rate for prisoners in the general housing population.

9. The total segregated population summarized in Slide 50 of Dr. Canning's presentation includes both Administrative Segregation and Security Housing Units ("SHU"), with the SHU population representing approximately 3,300 inmates. *See Id.*, Exhibit B at Slide 49. Additionally, Dr. Canning's Presentation indicates that the ASU population for all CDCR institutions is approximately five percent of the total population. *Id.*, Exhibit B at Slide 48. Taking the ten-year average segregation population number from Slide 50 of Dr. Canning's Presentation and subtracting the 3,300 SHU beds, equals an average ten-year ASU population of 7,905 (11,205 minus 3,300), which is 4.79% of the ten-year average population including both general and segregated prisoners (7,905/(153,695 + 11,205).

10. As a cross-check on the five percent figure referenced in Dr. Canning's presentation for the percentage of prisoners in ASU in a given year, I reviewed Defendants' September 26, 2005 *Annual Suicide Report for 2004* ("Defendants' 2004 Suicide Report"). Attached as **Exhibit A**, is a true and correct copy of CDCR's September 26, 2005 *Annual Suicide Report for 2004*. Defendants' 2004 Suicide Report noted on page 3 that the average daily population for CDCR institutions in 2004 was 163,346. Additionally, the report stated that

3

18 of the 26 suicides in 2004 involved prisoners housed in ASU. *Id.* at 10. The report also stated that the "CDCR rate for ASU suicides in 2004 was 248 per 100,000, as calculated against the average daily ASU population." *Id.* at 15. Using these statistics, it is possible to calculate the average daily ASU population for 2004, which is 7,258 prisoners, or 4.44% of the total population.

11. CDCR published a Five Year Report of Suicides 1999-2003 on January 4, 2005 ("Defendants' Five Year Study"). A true and correct copy of this report is attached hereto as **Exhibit B**. This report stated that at "CDC prisons, about four percent of beds are designated ASU, which does not account for overflow." Defendants' Five Year Study at 15.

12. Accordingly, while Dr. Canning's five percent statistic appears to overstate the average ASU population slightly, it is consistent with those numbers previously reported in Defendants' 2004 Suicide Report and Defendants' Five Year Study. However, to the extent the actual proportion of the prison population in ASU is lower than five percent, the five percent assumption understates the actual suicide rates in ASU, as the lower the percentage of the population in ASU, the lower the total ASU population, and thus the higher the annualized suicide rate assuming the same number of suicides.

13. Using the annual ASU suicide and total population statistics compiled as described in paragraphs 3 and 4 above, and assuming an annual average ASU population equal to five percent of the total population, I calculated the annual suicide rate for CDCR ASU prisoners between 1999 and 2007. In an effort to be conservative, the annual ASU population was assumed to equal five percent of the total CDCR population. The data and calculations using statistics reported in Dr. Canning's Declaration are summarized in the table attached as **Exhibit C** and the chart attached as **Exhibit D**.

///

///

///

///

DECL. OF MARK FEESER ISO PLS.' OPP. TO DEFS.' MOT. TO MODIFY THE SPECIAL MASTER'S EXPERT
REPORT ON SUICIDES COMPLETED IN THE CDCR IN 2007 - CASE NO. CIV S 90-0520 LKK-JFM

The data and calculations using statistics reported in the Special Master's Suicide Reports are summarized in the table attached as **Exhibit E** and the chart attached as **Exhibit F**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on October 23, 2009 at San Francisco, California.

*/s/ Mark R. Feeser*
Mark R. Feeser

5

[323078-2]

# EXHIBIT A

# Memorandum

Date    :   September 26, 2005

RECEIVED

SEP 2 9 2005

Rosen Bien & Asaro

To      :   Roderick Q. Hickman
            Secretary
            California Department of Corrections and Rehabilitation

Via     :   J. S. Woodford
            Undersecretary
            California Department of Corrections and Rehabilitation

Subject :   **ANNUAL SUICIDE REPORT FOR 2004**

Attached please find the 2004 Annual Suicide Report. The report summarizes data from the 26 suicides that occurred within the California Department of Corrections and Rehabilitation during calendar year 2004.

If you have any questions, please contact Helen Steenman, Ph.D., Senior Psychologist, Division of Correctional Health Care Services (DCHCS), at 324-7480.

RENEE KANAN, M.D.
Director (A)
Division of Correctional Health Care Services

Attachment

cc: Joe McGrath, Chief Deputy Secretary, Adult Operations
    J. P. Tremblay, Assistant Secretary, Office of Public and Employee Communications
    Joyce Hayhoe, Assistant Secretary, Office of Legislative Affairs
    Ryken Grattel, Assistant Secretary, Office of Research
    Elizabeth Siggins, Assistant Secretary, Juvenile Justice Policy
    John Dovey, Director, Division of Adult Institutions (DAI)
    Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations
        Branch, DCHCS
    Regional Administrators, DCHCS
    Associate Directors, DAI
    Timothy Fishback, M.D., Chief (A), Mental Health Program, DCHCS
    Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
    Margaret McAloon, Chief Psychologist, Mental Health Program, DCHCS
    Helen Steenman, Ph.D., Senior Psychologist Specialist, Mental Health Program, DCHCS
    J. Michael Keating, *Coleman* Special Master
    Matthew Lopes, *Coleman* Deputy Master
    Michael Bien, Rosen, Bien & Asaro, LLP
    Donald Specter, Prison Law Office
    Raymond Patterson, M.D., *Coleman* Expert
    Lisa Tillman, Deputy Attorney General, Department of Justice
    Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs
    Doug McKeever, Project Director, Mental Health Program
    Tim Shively, CC III, DAI
    Wardens
    Health Care Managers
    Chiefs of Mental Health
    Suicide Prevention Coordinators

P.O. Box 94288
Sacramento, CA 94283-0001

## Division of Correctional Health Care Services

# Executive Summary of Suicide Prevention and Response Program

## *2004 Annual Suicide Report*



*An Analysis of Inmate Suicide Data in 2004*

Calendar Year 2004

9/24/2005

# Suicide Prevention and Response Program
# 2004 Annual Suicide Report

## Executive Summary

Suicide is currently recognized as the third leading cause of death in prisons. The California Department of Corrections and Rehabilitation (CDCR) established a Suicide Prevention and Response Program in 1996 as part of the implementation of the Mental Health Services Delivery System (MHSDS), in response to the *Coleman v. Schwarzenegger* federal litigation. Since 1997, the Division of Correctional Health Care Services (DCHCS) has maintained databases to track all inmate deaths, including a separate database specifically for tracking inmate suicides. Various demographic and historical variables are included such as criminal and CDCR incarceration history, mental health history, and treatment. The sources of the data include information gathered during Suicide Reviews (a.k.a. Psychological Autopsies) which include review of Central Files, Unit Health Records, logs, incident reports, interviews with CDCR clinical and custody staff, other inmates, and sometimes family members.

The Mental Health Program (MHP) produces yearly reports containing suicide statistics for purposes of continuous improvement and in response to a *Coleman* federal court mandate. These annual reports describe some of the findings in the data for the year. Each year, new variables are added to the database, and as the database develops over time, it is expected that information may emerge which can be used to improve the CDCR Suicide Prevention and Response Program. The process of acquiring meaningful data is slow given the relative infrequency of suicide, and the reader is cautioned not to over-interpret the significance of apparent trends.

## Overview of 2004 Suicides

There were 26 verified suicides in the CDCR in 2004, reduced from a spike of 36 in 2003. Out of approximately 400 suicide attempts in CDCR institutions in 2004, only two percent were successfully completed. This rate was a decrease from seven percent completions in 2003. A documented serious suicide attempt was defined as one for which a CDCR 837 Incident Report was written. (Note: Total suicide attempts for 2004 was extrapolated from CDC 837 data available from June through December, as data for January through May were incomplete.) Incident Reports are typically prepared by custody staff. The number of actual attempts may be under-reported.

Suicides occurred at 16 of the 32 active CDCR prisons, including one at a fire camp administered by a prison. The following table lists the number of suicides at the CDCR institutions where they occurred.

## Number of 2004 Suicides by Institution

| Institution | Number of Suicides |
|---|---|
| ASP | 1 |
| CCC (fire camp) | 1 |
| CCWF | 3 |
| CEN | 1 |
| CIM | 1 |
| CMC | 2 |
| CMF | 3 |
| COR | 1 |
| DVI | 2 |
| FOL | 2 |
| MCSP | 2 |
| NKSP | 1 |
| PBSP | 2 |
| RJD | 1 |
| SAC | 2 |
| SVSP | 1 |
| **Total** | **26** |

The suicide rate for the CDCR in 2004 was 15.9 per 100,000.  The average rate of suicides in the CDCR over the past 15 years has been 15.3.  For all State Prison inmates in the United States combined, the national average was 16.25 per 100,000 in 2000 and 14 per 100,000 in 2002. (Bureau of Justice Statistics, 2000 and 2002 respectively).  The suicide rate in the Texas prison system, which is comparable in size to the California prison system, is 17 per 100,000 in 2002 (Bureau of Justice Statistics, 2002).  Recent research (White, Schimmel, & Frickey, 2005) indicates that the rate of suicide in prisons nationwide is about the same as for males in the general population (about 18-20 per 100,000), which they suggest is the most appropriate comparison rate for Texas.  The national average for suicides (males and females, all ages) in the United States is 12 per 100,000.

### NUMBER AND RATE OF CDCR SUICIDES
### CALENDAR YEARS 1990 – 2004

| YEAR | NUMBER OF CDCR SUICIDES | CDCR AVERAGE DAILY POPULATION | RATE PER 100,000 |
|---|---|---|---|
| 1990 | 15 | 90,103 | 17 |
| 1991 | 13 | 100,750 | 13 |
| 1992 | 15 | 105,238 | 14 |
| 1993 | 29 | 114,909 | 25 |
| 1994 | 18 | 124,036 | 15 |
| 1995 | 22 | 131,321 | 17 |
| 1996 | 19 | 141,159 | 13.5 |
| 1997 | 18 | 152,004 | 11.8 |
| 1998 | 21 | 158,189 | 13.3 |
| 1999 | 24 | 160,970 | 14.9 |
| 2000 | 14 | 161,567 | 8.7 |
| 2001 | 27 | 160,000 | 16.8 |
| 2002 | 21 | 158,694 | 13.2 |
| 2003 | 36 | 160,772 | 22.4 |
| 2004 | 26 | 163,346 | 15.9 |
| TOTALS | 318 | (2,077,463) | 15.3 |

## Demographics for 2004 Suicides

Three of the 26 inmates completing suicide in 2004 were female (11.5 percent). Females comprised 6.6 percent of the total inmate population in 2004. All three of these suicides occurred at one institution, although there are four prisons housing females in the CDCR. In previous years there had been one suicide of a female inmate in 2001, and prior to that there had been none since before 1980.

Three of the inmates committing suicide were married, and two others were listed as separated. The remainder were single, including five never-married and one divorced, with the rest unspecified. Information regarding marital status was usually found in the inmate's Central file, and was not always current.

In previous years, the highest incidence of suicides has been among Caucasians, followed by Hispanics at an increasing rate. In 2004, Hispanics surpassed Caucasians, accounting for 46 percent of the suicides in contrast to their representation in the total inmate population of 36.3 percent. Caucasians accounted for only 31 percent of suicides in 2004, closer to their overall representation in the inmate population of 28.4 percent. The number of suicides among African American inmates continued to be low at about 11.5 percent. African American inmates accounted for 29.5 percent of the CDCR inmate population. This rate was the same as in 2003. (The suicide rate for African American males in the population of the United States is also much lower than that for Caucasian males.) The "Other" group this year included three Asian inmates and one of middle-eastern descent. These also accounted for about 11.5 percent of CDCR suicides, greater than their representation of 5.8 percent in the inmate population at large.

## 2004 Suicides by Ethnicity

| Ethnic Group | Number of Suicides | Percent Suicides | Percent of Total CDCR population* |
|---|---|---|---|
| African American | 3 | 11.5 | 29.5 |
| Caucasian | 8 | 31 | 28.4 |
| Hispanic | 12 | 46 | 36.3 |
| Other | 3 | 11.5 | 5.8 |

\* As of December 31, 2004

The chart below illustrates the percent of suicides by ethnicity as compared to the total representation of that ethnic group in the inmate population as of December 31, 2004.



In 2004, the youngest inmate to commit suicide was 21-years-old, and the oldest was age 61. The 30-39 age group, following the trend of previous years, had the greatest proportion of suicides at 58 percent, exceeding their representation in the inmate population. What was unusual in 2004, however, was the relatively high degree of suicides among younger inmates, with 31 percent being in the 20-29 age range. In 2003, the second highest proportion was seen among inmates in the 40-49 age range, while in 2004 the proportion of suicide among inmates in their 40s was quite low.

## 2004 Suicides by Age

| Age Range | Number of Suicides | Percent Suicides | Percent of Total CDCR Population* |
|---|---|---|---|
| 20-29 | 8 | 31 | 30.5 |
| 30-39 | 15 | 58 | 32.2 |
| 40-49 | 1 | 4 | 25.9 |
| 50 + | 2 | 8 | 10.2 |

\* As of December 31, 2004



2004 Suicides by Age (Percent)

Occupation and stability of employment in the community have been difficult to track with accuracy among inmates who committed suicide. Most had very poor work histories, and many were unskilled laborers.

Educational level has not been a meaningful variable among suicides. The range was between seven and 15 years of education. The majority of inmates in the suicide group had between 10 and 12 years of education or a General Equivalency Diploma.

Ability to communicate in English was tracked in 2004. One inmate only spoke Spanish, two others had a limited ability to communicate in English with a primary language of Spanish, and one inmate was hearing impaired.

The season of the year has never clearly appeared as a meaningful variable in CDCR suicides, although the month of January is starting to emerge as a potentially high-risk month. In 2004, there were spikes occurring in January, June, and November. In 2003, major spikes were seen in January and March.



Number 2004 Suicides by Month

The time of day that suicides were discovered has also not revealed any notable trends over the years, dispelling the common belief that suicides are more likely to happen at night. In reports of

this type time is often examined by dividing the day into quarters. The first and last quarters of the day represent the night hours and the second and third quarters represent the day hours. In 2004, there were 13 suicides discovered between 6:00 a.m. and 6:00 p.m., and 13 between 6:00 p.m. and 6:00 a.m., an equal number day or night. Looking at the quarters another way, however, 16 suicides were discovered between midnight and noon, while only 10 were discovered between noon and midnight. The correspondence between time of discovery and actual time of suicide is uncontrolled, because the time the inmate actually committed the act is nearly always unknown (the exceptions being if the inmate was discovered before he expired). Medical autopsy reports typically do not provide an estimated time of death.



Time of suicide discovery was further examined by watch or shift. In 2003, there were no differences in the number of suicides found on each watch. However, in 2004 half of the suicides (13 of 26) were discovered during first watch, when the least number of staff are present.

### 2004 Suicides – Time of Discovery

| Watch | Number of Suicides |
|---|---|
| 1st Watch (2300-0700) | 16 |
| 2nd Watch (0700 – 1500) | 7 |
| 3rd Watch (1500 – 2300) | 6 |

In terms of day of the week, in 2004 the highest number of suicides occurred on a Wednesday, closely followed by Sunday. The fewest suicides occurred on Saturday and Tuesday. By contrast, in 2003 the largest number occurred on Saturday. Day of the week per se has not proven to be a meaningful variable over the years for predicting suicides in the CDCR.



When the days are clustered into workweek (Monday through Friday) and weekend (Saturday and Sunday), suicides are slightly more likely to occur on a weekend. In 2004, 31 percent happened on a weekend (which is 28 percent of the week). In 2003, 37 percent of suicides occurred on a weekend. This trend has appeared for several years, but does not seem to be as pronounced as might be commonly expected.

Continuing another trend seen in previous years, by far the most frequently employed method for completing suicide in the CDCR is by hanging, and this is also reported for correctional settings throughout the world. It is the most available method, and perhaps the most difficult to prevent. In 2004, two of the reported suicides in CDCR were from medication overdose, and the remainder, 92 percent, were by hanging. In most years, including 2003, hanging has been used in approximately 86 percent of CDCR suicides.

## Sentencing and Term Issues

Typically, having a very long or life sentence appears to be significantly associated with suicide among inmates. In 2004, 46 percent of the inmates had either Life or sentences greater than 15 years, and 53 percent had sentences of greater than 10 years. This was consistent with data from previous years, although the trend was not as pronounced. By contrast, only 14.5 percent of the inmate population was classified as a Lifer, with or without parole. None of the suicide inmates in 2004 had been sentenced based on a "third strike."

**Sentence Length in 2004 Suicides - Inmates**

| | |
|---|---|
| < 2 years | 2 |
| 2-5 Years | 6 |
| 6-10 years | 4 |
| 11-15 years | 2 |
| 15-20 years | 0 |
| 20-80 years | 5 |
| Indeterminate Life (may parole) | 4 |
| LWOP | 3 |

In addition to sentence, actual time left to serve was also considered. This was calculated as anticipated release date minus date of death. In 2004, these data were striking. Twelve of the 26 inmates (46 percent) of the inmates had more than 15 years left to serve, or an indeterminate parole date, which was not unexpected. Surprisingly, another 12 inmates had fewer than five years to serve, and six of these inmates had fewer than six months before parole. One of these inmates had a parole date just two weeks away.

### Remaining Time to Serve for 2004 Suicides - Inmates

| | |
|---|---|
| Less than 6 months | 6 |
| 1-5 years | 6 |
| 6-10 years | 0 |
| 11-15 years | 1 |
| More than 15 years (including Lifers) | 12 |
| Undetermined (PVRT) | 1 |

Inmates serving a first term have consistently been highly represented among inmate suicides. It is believed that this may indicate that difficulty adjusting to a prison environment is a risk factor for suicide. In 2004, sixteen of the inmates (62 percent) were serving their first term. Eight (40 percent) were second termers, while just two (8 percent) were multi-termers. Eight inmates were noted to have returned to CDCR on parole violations.

Another variable supporting the idea of poor adjustment to prison as a risk factor is that a subgroup of inmates committing suicide have often not been in prison for very long. In 2004, the range of time served since the last CDCR admission was from 2 days to 14 years. Six inmates (23 percent) committing suicide had served less than six months, which would be expected. Ten (38 percent) had served less than two years. Fourteen (54 percent) had served less than five years. However, the remaining 12 inmates had served more than 6 years of their sentences, and of these, 7 had been in prison for more than 10 years.



Recent new charges and/or recent court hearings adding new time are sometimes a factor in suicides. In 2004, one inmate committed suicide a week after returning from court with his sentence changed from seven years to 80 years. Two other inmates had pending charges for crimes committed in prison, and one additional inmate was upset about a pending Security Housing Unit (SHU) term.

### Criminal History

Violent criminal history has always had a high correlation with inmate suicides. In 2004, 62 percent of these inmates had committed a violent crime, a higher percentage than in the inmate population at large (about 51 percent with crimes against persons), but not as high as in recent years (e.g. 74 percent of suicides in 2003).

Twenty-three percent had a history as sexual offenders, in contrast with 34 percent in 2003, but still higher than the 13.5 percent of the total inmate population. Sex offenders are always at risk of harm from other inmates, which is sometimes a factor in these cases.

Forty-two percent had some sort of gang affiliation, the significance of which is unknown. Sometimes gang affiliation may be a protective factor in that the inmate has a "family" of sorts within the prison environment. However, inmates that have dropped out or otherwise fallen into disfavor with their gang may become a target of gang retaliation, which was determined to be a factor in at least two suicides in 2004.

At least 54 percent of these inmates had a juvenile criminal history. These factors are summarized in the table below. Where the information was available, comparisons were made with the total inmate population.

**Crime Factors for 2004 Suicides**

| Factor | Present | Absent | Unknown | Percent of Suicides | Percent in Total Population |
|--------|---------|--------|---------|---------------------|----------------------------|
| Violent Crime | 16 | 10 | 0 | 62 | 51 (crimes against persons) |
| Sex Offense History | 6 | 20 | 0 | 23 | 13.5 (PC 290 registration required) |
| Gang Affiliation | 11 | 12 | 3 | 42 | N/A |
| Juvenile History | 14 | 11 | 1 | 54 | N/A |

## Custody Issues

Six of the inmates who completed suicide in 2004 (23 percent) had job assignments at the time. This appears to reflect a slight increase over previous years.

The tendency toward violent behavior among CDCR suicides is reflected by custody classification level, as higher custody level inmates have typically been over-represented in the suicide group. In 2004 the trend continued, but not as strongly as seen in recent years. Ten

(38 percent) of the 26 inmates committing suicide were at the highest security, Level IV. In 2003, it was 54 percent.

| Custody Classification Level | Number of Suicides | Percent of Suicides | Percent Male Inmates* |
|---|---|---|---|
| I | 2 | 7.6 | 14 |
| II | 4 | 15 | 32 |
| III | 6 | 23 | 33 |
| IV | 9 | 34.6 | 21 |
| Reception Center | 2 | 8 | 0 |
| Female | 3 | 11.5 | 0 |

*Not available for females

Five inmates in 2004 were known to have Immigration and Naturalization Service (INS) holds. This was not necessarily a negative factor, as in at least one case the inmate was eager to return to the support of his family in Mexico.

## Housing

Twenty-two (**84 percent**) of the 26 inmates committing suicide in 2004 were single-celled at the time. In 2003, it was 60 percent. The average from 1999 through 2003 was 68 percent.

In recent years, an increasing proportion of suicides have occurred in the Administrative Segregation Units (ASU). In 2004, 69 percent of the suicides were in ASU. By contrast, only about 4.5 percent of the total inmate population was housed in ASU. In 2003, 50 percent of all suicides were in ASU, while in 2002, 24 percent occurred in ASU. The average for 1999 - 2003 was 38 percent in ASU.

The suicide rate in CDCR ASU in 2004 was calculated to be about 248 per 100,000. Jails and lock-ups typically report much higher rates than prisons. By comparison, the rate reported for jails and lock-ups is reportedly 107 per 100,000. In 2004, the suicide rate in ASU was clearly much higher than would be expected. In addition, only one inmate who committed suicide in 2004 was housed in a Security Housing Unit (SHU); the incidence in SHU has been low.

| Housing | Number | Percent |
|---|---|---|
| ASU | 18 | 69 |
| EOP | 2 | 7 |
| GP | 1 | 4 |
| RC | 1 | 4 |
| SHU | 1 | 4 |
| SNY/GP | 1 | 4 |
| TLU (OHU) | 1 | 4 |
| Fire Camp | 1 | 4 |
| *TOTAL* | 26 | 100 |

Because of the significant number of suicides occurring in ASU settings, these data were examined closely in 2004.

### 2004 Suicides in ASU

| Inmate | How long in ASU | Reason for Placement | MH LOC | Sentence |
|--------|-----------------|----------------------|--------|----------|
| 1 | 8 days | *Safety* | GP | 5 yrs |
| 2 | 2 mos | *Safety* | GP | 2 yrs 8 mo |
| 3 | 14 mos | New sentence | GP | 21 yrs |
| 4 | 7 wks | RVR | EOP | 56 yrs |
| 5 | 1 day | Bring in drugs | GP | 15 yrs - Life |
| 6 | 4 days | *Safety (sex offender)* | CCCMS | 3 yrs |
| 7 | 2 days | *Safety (gang)* | GP | 3 yrs |
| 8 | Yrs (Indet SHU) | Assault inmate | GP | 3 + 17 = 20 |
| 9 | 14 hrs | Mutual combat | EOP | 10 yrs |
| 10 | 7 wks | Behavior | GP | 16.4 yrs - Life |
| 11 | 2 days | Contraband | GP | 5 yrs, 8 mo |
| 12 | 3 wks | New sentence | GP | 80 yrs |
| 13 | 1 wk | Behavior | CCCMS | 2 yrs |
| 14 | 4 mos | Assault | EOP | 9 yrs |
| 15 | 15+ mos (valid gang) | RVR | GP | LWOP |
| 16 | 1 day | Refuse order | CCCMS | 12 yrs |
| 17 | 1 mo | Assault staff | CCCMS | 40-life |
| 18 | 2 wks | *Safety* | GP | 5 yrs |

Of the 18 inmates committing suicide in 2004 in ASU, three (16 percent) had been there for no more than one day, five (28 percent) had been there less than 72 hours (the cut-off for mental health screening for GP inmates), and nine (50 percent) had been in ASU for two weeks or less. Of the five who were in ASU less than 72 hours, three of these were GP.

Three inmates had been in ASU for over six months. Two of these happened to be the two that occurred in "stand alone" ASUs, both of whom were serving a SHU term.

Five of the 18 (28 percent) were in the ASU to keep them safe from other inmates.

All of the inmates committing suicide in ASU were single-celled at the time.

## Physical Plant Issues

The issue of attachment method for hangings came to the fore during 2004, largely as a result of reports from previous years in which recommendations were occasionally made for institutions to replace the large mesh ventilation screens that had used as attachment devices in those particular cases. A study of attachment methods used in hangings was undertaken during this year. Of the 24 hangings in 2004, six (25 percent) attached the ligature to a vent alone, with one additional inmate attaching ends of the ligature between a vent and bunk for a total of 29 percent using the vent. Another seven (29 percent) attached their noose to a bunk only, or 33 percent counting the vent/bunk combination. The remaining third (eight inmates) used a light fixture

(two), window or window screen (three), ladder (one), or shelf (two). Statistics for use of attachment devices in ASU mirrored the overall group (i.e. 29 percent using a vent).

## Mental Health Issues

In 2004, 54 percent of the suicides occurred among inmates who were not in the MHSDS. This is consistent with previous years, as the average for non-MHSDS suicides for the previous five years (1999 through 2003) was 46 percent. Conversely although the average percentage of patients in the MHCSD was 13.3 percent from 1999 – 2003, 54 percent of suicides occurred among patients in the MHCSD.

Nineteen percent were in the Correctional Clinical Case Management System (CCCMS), and 27 percent were in the Enhanced Outpatient Program (EOP). This was a reversal of the usual trend, in which CCCMS suicides were the most frequent among MHSDS inmates. In 2004, there were no suicides at higher levels of care (i.e. inpatient settings).



Upon examining level of care by housing placement, it is interesting to note that the proportions of GP, CCCMS, and EOP inmates who were in ASU when they committed suicide, are roughly similar to the proportions of these different levels of care overall for 2004 suicides.

### Number of Inmates by Housing and Level of Care

| Housing | CCCMS | EOP | GP |
|---------|-------|-----|-----|
| GP | 1 | 0 | 2 |
| EOP | 0 | 3 | 0 |
| ASU | 3 (16%) | 4 (22%) | 11 (61%) |
| SHU | 1 | 0 | 0 |
| RC (HIV) | 0 | 0 | 1 |
| Total | 5 (19%) | 7 (27%) | 14 (54%) |

Information regarding mental health history of inmates prior to entering prison is most often based on inmate self-report documented somewhere in the records. In 2004, prior mental health history was indicated for about 10 (38 percent) of the inmates. Three of these were not in the MHSDS at the time of their suicide.

There was evidence that eight (31 percent) of the inmates had at least one suicide attempt prior to entering the CDCR, and several of these had multiple attempts. The incidence of previous suicide was substantially lower than in 2003, when it was around 50 percent. Of these eight inmates, four were EOP, two were CCCMS, and two were GP. The two GP inmates had no known psychiatric history.

Nine inmates (35 percent) had previously made either one or more suicide attempts or significant suicidal gestures while in the CDCR. Two of the nine were GP inmates. All of them had attempts within the past year.

Only five of these were the same inmates who had attempts prior to CDCR, meaning that a total of 12 inmates (46 percent) had some history of suicide.

Eighty-three percent of the inmates had a known history of illegal drug use or substance abuse. Because a high percentage of inmates in general have a drug history, its utility as a distinguishing characteristic of suicides is uncertain, however, substance abuse is a risk factor for suicide among the non-prison population.

### *Mental Health History Prior to Incarceration*

| *Factor* | *Present* | *Absent* | *Unknown* | Percent of Known |
|---|---|---|---|---|
| Psychiatric History | 10 | 16 | 0 | 38 |
| Suicide History before CDCR | 8 | 18 | 0 | 31 |
| Suicide Attempts in CDCR | 9 | 17 | 0 | 35 |
| Any Suicide History | 12 | 14 | 0 | 46 |
| Substance Abuse History | 20 | 4 | 2 | 83 |

Most recent mental health diagnosis was examined by broadly classifying the various given Axis I diagnoses into mood disorder, psychotic disorder, or primary drug dependence. Mood disorders were by far the most prominent, being given as the primary diagnosis in 11 cases (42 percent). Psychotic disorders were the primary diagnosis in only four cases, and drug dependence was primary in two cases. Thirteen inmates (50 percent) were given an Axis II disorder, the most common being Antisocial Personality.

A variety of stressors were associated with the 2004 suicides, although in some cases there were no identifiable precipitating events. Three inmates had serious physical medical conditions that may have contributed to their decision to commit suicide. Two were on lockdown. Other concerns included fearfulness and anxiety relating to their situation, gang problems, pending new charges and/or new sentence, and loss of emotional and/or monetary support. In many cases the inmates gave no indication that they would commit suicide, and in most cases the event came as a surprise to staff. Ten inmates left some type of suicide note or letter.

## Summary and Recommendations

There were 26 verified completed suicides in the CDCR in 2004, reduced from a spike of 36 in 2003. The CDCR suicide rate in 2004 was 15.9 per 100,000, and the average CDCR rate over the past 15 years was 15.3. The national rate for suicides in the U.S. is 12 per 100,000, and for males it is 18 per 100,000. For all State Prison inmates in the U.S. combined, the national average was 16.25 per 100,000 in 2000. (BOJ Statistics, 2000). Therefore, the rate of suicides in the CDCR did not appear to be different than similar populations.

Furthermore, only about two percent of all CDCR documented attempted suicides were completed in 2004, a decrease from seven percent in 2003 and eight percent in 2002.

All of the suicides occurred at 16 of the 32 CDCR prisons active in 2004. Most of these prisons experienced either one or two suicides, while two prisons had three suicides each.

Three (11.5 percent) of the 26 suicides in 2004 were females, disproportionate to the inmate population (6.6 percent). In the previous 23 years, there had only been one other documented female inmate suicide. All three of these suicides occurred at the same institution.

As in previous years, and consistent with findings in other prison systems nationwide, the inmate committing suicide was more likely to be male, Caucasian or Hispanic, in his 30s, unmarried, with a poor work history and 11th grade education. He was likely to have committed a violent crime or a sex crime, be serving his first term, and have a long sentence with a lot of time left to serve or little chance of parole. However, a surprising subset of suicide inmates did not have much time to serve. Another subset, which may have been overlapping, were of inmates who had not been in prison for very long. Most were Level IV custody.

Season of the year, time of day, and day of the week did not appear to be predictive of suicides in 2004 or in previous years. Slightly more suicides happened during first watch. Wednesday experienced the most suicides, followed by Sunday. Spikes were seen in November, January, and June. Suicides in CDCR did not increase during the holidays in 2004 or in previous years.

Most inmates completing suicide were single-celled, and the most frequent method employed was hanging (92 percent). The other method used in 2004 was medication overdose. Ventilation grills were used as ligature attachment devices for 29 percent of hangings. Bunks were used in 33 percent of hangings (one used both bunk and vent). Other attachment devices included light fixtures, windows, ladders, and shelves.

Consistent with previous years, about half (14, or 54 percent) of the suicides were inmates who were not in the MHSDS. More EOP inmates were represented (27 percent) then have been seen in previous years. There were no suicides in inpatient settings in 2004. Although only 12 inmates were in MHSDS when they died, others had previously been in MHSDS and primary Axis I diagnoses were available for 17 inmates. The majority of these were mood disorders. Eighty-three percent had a known substance abuse history.

The most outstanding feature of the 2004 suicides was that 69 percent were in the ASU and of these, 61 percent were not in the MHSDS. In other words, 42 percent of all the 2004 suicides were inmates not included in MHSDS, who were housed in an ASU. Although suicide rates for jails and lockups (i.e. ASU) are much higher than for prisons nationally (107 per 100,000), the CDCR rate for ASU suicides in 2004 was 248 per 100,000, as calculated against the average daily ASU population.

All ASU suicides occurred in single cells, and all were accomplished by hanging (use of attachment devices was in same proportion as for total suicides). Five inmates (28 percent of those in ASU) were in ASU for safety reasons. Fifty percent had been in ASU for no more than two weeks, while just 16 percent had been in ASU for over six months. However, only one suicide occurred in a SHU.

Ten (38 percent) of the 26 inmates had some psychiatric history prior to CDCR, although three of these were not in the MHSDS when they committed suicide. Thirty-one percent had attempted suicide in the community, 35 percent had prior attempts in the CDCR, and altogether 46 percent had made a previous suicide attempt at some time in their lives. Any history of prior suicide attempts should be considered a primary risk factor for possible suicide.

Five inmates in 2004 had INS holds, although in at least one case this was not a negative factor. One inmate did not speak English, two had limited English ability, and one was hearing impaired.

One inmate had returned from court with a new sentence, two were pending new charges, and one was upset about a pending SHU term. Three of the inmates had serious medical conditions that may have contributed to their suicide. Only six had job assignments.

During 2004 up to the present (mid-2005), efforts have been made to increase staff awareness of suicide factors and prevention. A Suicide Prevention and Response Focus Improvement Team (SPR-FIT) at DCHCS, a multi-disciplinary group including representation from DCHCS, Institutions, Facilities Management, and Risk Management Divisions, meets weekly to identify system issues and recommend policy changes to address these issues.

The institutions have been directed to ensure that all inmates entering ASU are screened for mental health issues, to ensure that new arrivals are promptly identified and contacted by mental health staff, and to increase daily communications between custody and mental health staff in these settings. A list of significant stressors that have been found to contribute to suicides has been distributed, and will be incorporated into the annual departmental training in suicide prevention, which is currently being updated. Provision of services for foreign language inmates has been mandated, and further training in cultural awareness is planned.

The monthly Suicide Prevention Videoconference continues to be a useful venue for ongoing communication between DCHCS and the institutions regarding suicide issues. A full day of training on Suicide Risk Assessment by a nationally recognized expert in prison suicides was provided and mandated for all clinical staff in April 2005. The Emergency Response protocol is currently under review by the Division of Adult Institutions.

Corrective actions were recommended for the majority of suicides reviewed in 2004. Issues that were identified included:

- Improper emergency response
- Incomplete or missing documentation
- Poor medication distribution practices: Medications not delivered as ordered, failure to deliver timely medications, failure to document delivery, failure to renew expired medications
- Lack of follow-up when medications are changed or discontinued
- Poor clinical evaluations
- Counter-transference issues
- Lack of use of file information in evaluations, lack of file availability
- Timely initial mental health assessment
- Adequate follow-up for missed mental health appointments
- Lack of timely mental health screening in ASU
- Improperly conducted mental health rounds in ASU
- Failure of medical and mental health to coordinate care
- Poorly conducted Suicide Risk Assessments, or failure to conduct at all
- Lack of privacy for assessments
- Shortage of Mental Health Crisis Beds
- Inappropriate use of "strip cells" in ASU for suicidal inmates
- Acute anxiety going unrecognized and untreated
- Making routine mental health referrals when urgent referral was appropriate
- Failure to make any mental health referral despite obvious signs of distress
- Failure to schedule mental health follow-up when referrals were made
- Not using a translator when indicated
- Poor communication when referring between levels of care
- Dropping *Keyhea* renewal

In addition to addressing system issues, the follow-up for institution level Corrective Action Plans continues to improve, with enhanced tracking and increased accountability.

The Mental Health Program Subcommittee at DCHCS will continue to review and track suicide cases. Continued efforts in staff development, improved polices, diligent follow-up with corrective actions, and increased expectations of accountability are some of the ways that CDCR hopes to maintain adequate suicide prevention and response. Special attention has been and will continue to be devoted to trying to reduce the high rate of suicide in ASU, and to the ongoing challenge of providing adequate resources such as higher levels of care (e.g. mental health crisis beds).

The responsibility for suicide prevention is a departmentwide effort with full participation from the Division of Adult Institutions, and the rest of the CDCR. It is essential that correctional officers communicate their observations to mental health staff daily, especially in ASU settings. The Division of Adult Institutions is lending increasing support to suicide prevention, and it is hoped that this trend will continue and will be reflected by each prison.

# EXHIBIT B

State of California                                                                Department of Corrections

# Memorandum

CONFIDENTIAL

Date : JAN 0 4 2005

RECEIVED

JAN 1 1 2005

Rosen Bien & Asaro

To : John Dovey
Chief Deputy Director
Field Operations

Subject: **FIVE-YEAR REPORT OF SUICIDES 1999 - 2003**

Enclosed please find the Five-Year Report of Suicides, 1999 – 2003, for the California Department of Corrections (CDC). This report summarizes data from the 121 inmate suicides that occurred in CDC prisons during that period.

If you have any questions, please contact Dr. Helen Steenman, Senior Psychologist, Health Care Services Division, at (916) 327-0148.

RENEE KANAN, M.D.
Deputy Director (A)
Health Care Services Division

cc: Roderick Q. Hickman, Agency Secretary, Youth and Adult Correctional Agency
Suzan L. Hubbard, Deputy Director (A), Institutions Division
Yulanda Mynhier, Assistant Deputy Director (A), Field Management Branch, HCSD
Regional Administrators, Institutions Division
Regional Administrators, HCSD
Timothy Fishback, Chief of Mental Health, Clinical Policy & Programs Section, HCSD
Margaret McAloon, Ph.D., Chief Psychologist, Clinical Policy & Programs Section, HCSD
J. Michael Keating, *Coleman* Special Master
Matthew Lopes, *Coleman* Deputy Master
Michael Bien, Rosen, Bien & Asaro, LLP
Donald Specter, Prison Law Office
Raymond Patterson, M.D., *Coleman* Expert
Lisa Tillman, Deputy Attorney General, Department of Justice
Judi Lemos, Staff Counsel, Legal Affairs Division
Catherine Bernstein, Assistant Chief Counsel, Legal Affairs Division
Tim Shively, CC II, Institutions Division
Wardens
Health Care Managers

## CALIFORNIA DEPARTMENT OF CORRECTIONS

# FIVE-YEAR REPORT OF SUICIDES
# 1999 – 2003

**Prepared by**
**Helen Steenman, Ph.D.**
**Senior Psychologist, Specialist**
**Health Care Services Division**

In 1994, the California Department of Corrections (CDC) implemented the Mental Health Services Delivery System (MHSDS), in response to the *Coleman v. Wilson* (now *Schwarzenegger*) *et. al.* Federal lawsuit. The mandate is to provide constitutionally adequate mental health care to all inmates. Ten years later there are mental health clinicians available at every prison, and all inmates are screened for mental health needs as they enter the prison system. Inmates can request to see a mental health clinician at any time, and may also be referred by custody or other staff whenever problems are noticed. The MHSDS provides four levels of care for inmates requiring mental health services, which includes the Correctional Clinical Case Management System (CCCMS) for inmates who can program and live in the general population (GP); the Enhanced Outpatient Program (EOP) for inmates who require separate housing but not inpatient care; Mental Health Crisis Beds (MHCB) for inmates who require short-term 24-hour nursing care; and long-term inpatient services provided by the Department of Mental Health (DMH) at one of their facilities.

Suicide prevention is one of the aspects of care mandated in *Coleman*. Suicide prevention programs exist at all of the institutions, and are overseen and coordinated by the Health Care Services Division (HCSD). Since 1997, the HCSD has maintained a database to track inmate deaths, and the Suicide Prevention Program at HCSD maintains a separate database specifically for tracking inmate suicides. Approximately 100 demographic and historical variables are tracked pertaining to the subject's background information, criminal history and institutional adjustment, mental health history and treatment, and facts pertaining to the suicide incident. The sources of these data include information gathered during Suicide Reviews (a.k.a. Psychological Autopsies) which include review of the subject inmate's Central Files and Unit Health Records, various institutional logs, incident reports, death reports, and interviews with CDC clinical and custody staff, other inmates, and sometimes family members. These data have been used to compile annual reports describing some of the trends seen among inmates who have completed suicides. It is hoped that as this database continues to build, information may emerge which can be used to improve the CDC Suicide Prevention Program, thereby reducing the number of inmate suicides in California prisons.

This report compiles data for the past five years, from January 1, 1999, through December 31, 2003. The data are mostly reported in percentages to facilitate comparison, and averaged across the five years. When possible, comparisons are made to statistics for the total CDC inmate population.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

**Overview of CDC Suicides**

The CDC is the second largest prison system in the United States, and possibly the world. The average daily inmate population in the 32 prisons in 2003 was 158,694. This was a further decline from 2001, which was the first time that the overall prison (average daily) population had decreased since 1977. After growing exponentially from a population of 39,373 at the end of 1982, the population began leveling off in 1999, when it was 160,687 at year-end. This report covers this most recent five-year period of relative population stability in the CDC prisons.

In contrast to the leveling off of overall inmate population numbers, the percent of the California inmate population receiving some level of mental health services has steadily continued to increase, as demonstrated in the following table. The original projection in 1994 for the eventual mental health population was around seven percent.

### CDC POPULATION AND PREVALENCE RATES OF INMATES IN MHSDS AS OF DECEMBER 31

| Year | Total CDC Inmate Population | Percent in MHSDS |
|------|---------------------------|------------------|
| 1999 | 160,687 | 12.4 percent |
| 2000 | 160,655 | 13.1 percent |
| 2001 | 157,142 | 14.3 percent |
| 2002 | 159,695 | 15.8 percent |
| 2003 | 160,362 | 16.8 percent |

The next table summarizes the number of suicides in the CDC by prison, from 1999 through 2003. There were a total of 121 suicides during this time period, an average of 24.2 suicides per year. This calculates to an average of 3.8 suicides per institution across the 5 years, or .8 per prison per year.

Six of the 32 institutions had no suicides. The California State Prison (CSP)-Sacramento (SAC) had the most suicides with a total of 12, followed by CSP-Corcoran (COR) with 11 suicides, the California Men's Colony (CMC) with 9, and Deuel Vocational Institution (DVI) with 8.

At times inmates under the CDC's jurisdiction have committed suicide in a facility operated by DMH. These numbers are not counted by the CDC Suicide Prevention Program in our analyses, because the circumstances of these deaths are not within the control of this Department. Fortunately, these numbers are small, only five in the past five years, and all were males.

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003

## NUMBERS OF SUICIDES IN CDC INSTITUTIONS

| Institution | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| ASP | 0 | 0 | 1 | 0 | 0 | 1 |
| CAL | 0 | 0 | 0 | 1 | 1 | 2 |
| CCC | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 0 | 0 | 1 | 1 | 2 |
| CCWF | 0 | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | 0 | 1 | 0 | 0 | 1 |
| CIM | 0 | 1 | 1 | 2 | 2 | 6 |
| CIW | 0 | 0 | 1 | 0 | 0 | 0 |
| CMC | 1 | 1 | 3 | 1 | 3 | 9 |
| CMF | 1 | 0 | 1 | 1 | 1 | 4 |
| COR | 4 | 2 | 1 | 0 | 4 | 11 |
| CRC | 0 | 0 | 0 | 0 | 0 | 0 |
| CTF | 1 | 0 | 2 | 1 | 2 | 6 |
| CVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI | 0 | 1 | 3 | 2 | 2 | 8 |
| FSP | 1 | 0 | 0 | 0 | 1 | 2 |
| HDSP | 1 | 0 | 0 | 0 | 1 | 2 |
| ISP | 0 | 0 | 0 | 0 | 1 | 1 |
| LAC | 0 | 0 | 2 | 2 | 1 | 5 |
| MCSP | 0 | 0 | 0 | 0 | 2 | 2 |
| NKSP | 1 | 0 | 1 | 1 | 0 | 3 |
| PBSP | 2 | 1 | 2 | 0 | 1 | 6 |
| PVSP | 0 | 2 | 0 | 1 | 0 | 3 |
| RJD | 1 | 0 | 2 | 2 | 2 | 7 |
| SAC | 3 | 2 | 2 | 3 | 2 | 12 |
| SATF | 2 | 0 | 0 | 0 | 4 | 6 |
| SCC | 1 | 0 | 0 | 0 | 1 | 2 |
| SOL | 0 | 1 | 0 | 0 | 1 | 2 |
| SQ | 2 | 1 | 2 | 0 | 0 | 5 |
| SVSP | 1 | 1 | 2 | 1 | 2 | 7 |
| VSPW | 0 | 0 | 0 | 0 | 0 | 0 |
| WSP | 2 | 1 | 0 | 2 | 0 | 5 |
| **Prison Total** | **24** | **14** | **27** | **21** | **35** | **121** |

| DMH Facility | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| Atascadero State Hospital | 0 | 0 | 2 | 0 | 0 | 2 |
| Patton State Hospital (females) | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacaville Psychiatric Program at CMF | 0 | 1 | 1 | 1 | 0 | 3 |
| **Total CDC Inmates at DMH** | **0** | **1** | **3** | **1** | **0** | **5** |

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003

Select national rates for suicide in the year 2000, the most recent year available, are shown below. Suicides are typically reported by rate per 100,000 of the population per year. In 2000 suicide was the 11th leading cause of death in the United States. The suicide rate for the general population in California was 8.8, ranked at 45th among the 50 states. Alaska had the highest suicide rate at 22.0.

### NATIONAL SUICIDE RATES PER 100,000 (2000)*

| | |
|---|---|
| Total | 10.7 |
| Men | 17.6 |
| Women | 4.1 |
| White Male | 19.1 |
| Black Male | 10.0 |
| Native American | 12.1 |
| Asian/Pacific Islander | 6.1 |

*National Vital Statistics Report, 50 (15), 2002

The next table displays the numbers and rates of CDC inmate suicides for the past 13 years. The average CDC prison suicide rate for 1990 – 1993, prior to the implementation of the MHSDS, was 17.3. For the 10 years beginning with 1994, when the MHSDS and the Suicide Prevention Program first started to be implemented, the average yearly rate was 14.6. The net decrease in the suicide rate since the implementation of the MHSDS the overall suicide rate is 2.7 per year on average.

### NUMBER AND RATE OF CDC SUICIDES
### CALENDAR YEARS 1990 – 2003

| Year | Yearly Number Of CDC Suicides | Average Daily CDC Population | Suicide Rate Per 100,000 Inmates |
|---|---|---|---|
| 1990 | 15 | 90,103 | 17 |
| 1991 | 13 | 100,750 | 13 |
| 1992 | 15 | 105,238 | 14 |
| 1993 | 29 | 114,909 | 25 |
| 1994 | 18 | 124,036 | 15 |
| 1995 | 22 | 131,321 | 17 |
| 1996 | 19 | 141,159 | 13.5 |
| 1997 | 18 | 152,004 | 11.8 |
| 1998 | 21 | 158,189 | 13.3 |
| 1999 | 24 | 160,970 | 14.9 |
| 2000 | 14 | 161,567 | 8.7 |
| 2001 | 27 | 160,000 | 16.8 |
| 2002 | 21 | 158,694 | 13.2 |
| 2003 | 35 | 160,772 | 21.8 |
| TOTALS | 291 | 1,914,117 | 15.4 (Average) |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

The following table compares the rates of prison suicides for the five states with the largest prison populations for 1999 – 2003, including California.

### PRISON SUICIDE RATES (PER 100,000) 1999 – 2002
### FOR STATES WITH THE LARGEST PRISON POPULATIONS*

| State | 1999 | 2000 | 2001 | 2002 | 2003 | Five-Year Average Rate by State |
|-------|------|------|------|------|------|--------------------------------|
| California | 14.9 | 8.7 | 16.8 | 13.2 | 21.8 | 15.1 |
| Florida | 8.6 | 11.0 | 4.1 | 10.6 | 5.0 | 7.9 |
| Michigan | 15.0 | 10.5 | 16.4 | 5.9 | 4.0 | 10.4 |
| New York | 12.3 | 24.0 | 11.8 | 19.4 | 19.7 | 17.4 |
| Texas | 13.5 | 19.0 | 13.0 | 19.1 | 9.7 | 14.9 |
| Annual Average Rate | 12.9 | 14.6 | 12.4 | 13.6 | 12.0 | 13.1 |

*United States Bureau of Justice Statistics

Until 2003, the prison suicide rate in California was on par with that of the other states. The California rate over the 5 years was 15.1.

**Suicide Demographics**

Except for a single incidence in 2001, there had been no female inmate suicides since before 1990. The lone female suicide in 2001 represented four percent of total inmate suicides for that year. This can be compared to the national average for females, which is 4.4 percent. Female inmates currently make up 7 percent of the total inmate population, as shown below, and again, the overall rate for female suicides in the CDC across the past 5 years is very tiny and far below the community rate.

Given that there was only one suicide of a female among the 121 CDC suicides during the five-year period, all comparisons in this report are based on male-only inmate and/or community populations. Comparisons with the overall inmate population are based on data for 2001, the middle year of this report period.

As seen in the following table, the percent of suicides among white inmates has consistently exceeded their representation in the overall inmate population. The five-year average for white inmates was 42.7 percent of the suicide group, compared to a 28.6 percent representation in the total male inmate population for 2001. Black inmates, by contrast, have consistently made up a much lower percent of the suicides (16.5 percent average) than their overall representation in the inmate population (30.4 percent). Similarly, in the community the national suicide rate for white males is nearly double the rate for black males.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

Among Hispanics and other or unknown ethnic categories, the percentages of the suicide groups are similar to the percentages of those groups in the total inmate population

### PERCENT OF SUICIDES BY ETHNICITY

| Ethnicity | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total |
|---|---|---|---|---|---|---|---|
| Black | 17 | 21 | 19 | 14 | 11.4 | 17 | 30 |
| White | 37.5 | 36 | 48 | 52 | 40 | 43 | 29 |
| Hispanic | 37.5 | 36 | 33 | 24 | 34.3 | 33 | 36 |
| Other/Unknown | 8 | 7 | 0 | 10 | 14.3 | 8 | 6 |



Another fairly stable trend has appeared among the age groups of inmates who commit suicide. The age range of 30-39 has consistently had the most suicides, accounting for 47.2 percent over the five-year period, in contrast to 35.1 percent of the total male inmate population falling into this age range. The opposite trend is seen in the younger 20-29 age group, which represent 31.1 percent of the total male CDC population but account for 20.4 percent of the suicide group. Representation for the remaining age groups is similar to that within the total population.

### PERCENT OF SUICIDES BY AGE GROUP

| Age Group | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total |
|---|---|---|---|---|---|---|---|
| < 20 | 0 | 0 | 0 | 0 | 3 | 1 | 1 |
| 20 – 29 | 38 | 21 | 15 | 14 | 14 | 20 | 31 |
| 30 – 39 | 38 | 43 | 55 | 57 | 43 | 47 | 35 |
| 40 – 49 | 13 | 36 | 15 | 29 | 29 | 24 | 24 |
| 50 – 59 | 0 | 0 | 15 | 0 | 11 | 5 | 7 |
| 60 + | 8 | 0 | 0 | 0 | 0 | 2 | 2 |

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003



Education does not appear to be a revealing factor in suicides. The educational levels for the suicide group span the ranges, with the majority being in the 9-11th grade level. General population data were not available for this variable.

It has long been thought that suicides are more likely to occur during the winter months, particularly around the holiday season. In fact, over the past five years there have been no strong trends with regard to season. Overall, the months in which the most suicides occurred were January, March, and May. Months with the fewest suicides were February and October.

### PERCENT OF SUICIDES BY MONTH

| Month | 1999 | 2000 | 2001 | 2002 | 2003 | 5-Year Average |
|---|---|---|---|---|---|---|
| January | 8 | 29 | 0 | 9.5 | 17 | 13 |
| February | 4 | 0 | 0 | 5 | 2.8 | 2 |
| March | 4 | 0 | 22 | 24 | 17 | 13 |
| April | 8 | 0 | 21 | 5 | 5.7 | 8 |
| May | 4 | 29 | 11 | 9.5 | 11.4 | 13 |
| June | 21 | 0 | 11 | 9.5 | 11.4 | 11 |
| July | 8 | 0 | 15 | 9.5 | 5.7 | 8 |
| August | 17 | 14 | 0 | 9.5 | 2.8 | 9 |
| September | 13 | 0 | 11 | 9.5 | 5.7 | 8 |
| October | 4 | 0 | 0 | 0 | 11.4 | 3 |
| November | 4 | 14 | 4 | 0 | 5.7 | 6 |
| December | 4 | 14 | 7 | 9.5 | 2.8 | 8 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

The chart below provides another view of suicides by month of the year.



Similarly, there were no discernible trends for what time of day suicides are discovered. In reports of this type, time is often examined by dividing the day into quarters.

### PERCENT OF SUICIDES BY TIME OF DISCOVERY

| Time | 1999 | 2000 | 2001 | 2002 | 2003 | 5-year Average |
|------|------|------|------|------|------|----------------|
| 0001-0600 | 29 | 14 | 26 | 29 | 31 | 26 |
| 0601-1200 | 13 | 29 | 33 | 24 | 20 | 24 |
| 1201-1800 | 29 | 29 | 26 | 33 | 23 | 28 |
| 1801-2400 | 25 | 21 | 15 | 14 | 26 | 20 |
| Unknown | 4 | 0 | 0 | 0 | 0 | 1 |

This is also seen more graphically as shown below.



A consistent trend has been evident with regard to the methods inmates have used to end their lives. Hanging has been the method used on average 85 percent of the time,

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

suggesting it has been the most available lethal method.  Lacerations have emerged more strongly in recent years as the second most common method.

### PERCENT OF SUICIDES BY METHOD

| Method | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|--------|------|------|------|------|------|----------|
| Hanging | 88 | 93 | 85 | 71 | 87 | 85 |
| Jump | 0 | 0 | 4 | 5 | 6 | 3 |
| Laceration | 4 | 0 | 11 | 19 | 7 | 8 |
| Drown | 4 | 0 | 0 | 0 | 0 | 1 |
| Suffocate | 4 | 0 | 0 | 0 | 0 | 1 |
| Overdose | 0 | 7 | 0 | 5 | 0 | 2 |

### Sentencing and Term Issues

Having a very long or life sentence is considered to be a risk factor for suicide among prison inmates, due to the obvious possibilities for losing hope of leading a meaningful life.  The data support this as a risk factor to be considered in suicide assessments.  Forty-six percent of all CDC suicides in the past 6 years occurred among inmates with sentences of 15 years of greater, with many of these having life sentences.  By contrast, the percent of inmates considered "lifers" in the inmate population at large is 13 percent.  Another consistent trend has been among inmates serving sentences of 2 to 5 years, averaging 24 percent of the suicides overall.  Reasons for this trend are not clear.

### PERCENT OF SUICIDES BY LENGTH OF SENTENCE

| Sentence (Years) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|------------------|------|------|------|------|------|----------|
| < 2 | 4 | 0 | 7 | 14 | 0 | 5 |
| 2-5 | 25 | 36 | 19 | 24 | 17 | 24 |
| 6-10 | 13 | 7 | 15 | 19 | 6 | 12 |
| 11-14 | 13 | 0 | 4 | 5 | 11 | 7 |
| 15-Life | 38 | 50 | 48 | 38 | 54 | 46 |
| Unknown or Pending | 8 | 0 | 7 | 0 | 11 | 5 |

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003



Four and a half percent of the inmate population in 2001 had a third strike. Eleven percent of the average of suicides for the past five years had a third strike.

**PERCENT OF SUICIDES WITH THIRD STRIKE**

| 3rd Strike | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 0 | 21 | 16 | 5 | 11 | 11 |
| No | 81 | 79 | 79 | 81 | 82 | 80 |
| Unknown/pending | 19 | 0 | 5 | 14 | 6 | 9 |

In addition to sentence, actual time left to serve was also considered. This was calculated as Earliest Possible Release Date (EPRD) minus date of death. An interesting trend was noted. About a third (31 percent) of the suicides had less than two years to serve, while another third (31 percent) had more than 15 years. This suggests at least two distinct groups of inmates committing suicide; those who cannot adjust to prison and commit suicide even with very little time to serve, and those who face a very long, indeterminate or life sentence in prison.

**Time to Serve – Percent Suicides**

| Time to Serve | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|---|---|---|---|---|---|---|
| Less than 2 years | 38 | 36 | 37 | 28 | 17 | **31** |
| 2-5 years | 4 | 14 | 4 | 24 | 9 | 11 |
| 6-10 years | 17 | 0 | 15 | 5 | 20 | 11 |
| 11-15 years | 0 | 0 | 0 | 0 | 9 | 2 |
| More than 15 years (including Lifers) | 25 | 43 | 18 | 38 | 31 | **31** |
| Unknown or Pending | 16 | 7 | 26 | 5 | 14 | 14 |

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003



Another risk factor suggested by the data is that of being in prison for the first time. First termers are new to the prison environment, and are likely to have more adjustment difficulties than inmates who have previously experienced prison. Forty-eight percent of all the inmates who completed suicides during the five-year period were CDC first termers, as seen in the next table.

## PERCENT OF SUICIDES BY TERM NUMBER

| Term | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|------|------|------|------|------|------|----------------|
| 1st | 58 | 36 | 52 | 52 | 43 | 48 |
| 2nd | 8 | 43 | 19 | 10 | 20 | 20 |
| 3 or more | 13 | 21 | 22 | 10 | 23 | 18 |
| Unknown | 21 | 0 | 7 | 28 | 14 | 14 |



A consistent finding has been that inmates committing suicide were often early in their terms, lending further credence to the hypothesis of a difficult adjustment to prison for at least a sub-group of these individuals.

## PERCENT OF SUICIDES BY TIME SERVED

| Time Served (Years) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| <2 | 38 | 43 | 18 | 48 | 46 | 39 |
| 2-5 | 25 | 29 | 52 | 24 | 28 | 32 |
| 6-10 | 13 | 7 | 15 | 19 | 6 | 12 |
| 11-14 | 0 | 14 | 11 | 5 | 14 | 9 |
| 15-Life | 8 | 7 | 4 | 5 | 6 | 5 |
| Unknown | 17 | 0 | 0 | 0 | 0 | 3 |



**Criminal History**

Another trend has been that a high percentage of inmates completing suicide have committed a violent offense. Over 70 percent of the inmates who completed suicide had been convicted of a violent crime (usually a crime against a person, including sexual offenses). This is much greater than the overall proportion of the inmate population committed for crimes against a person, which was just under 48 percent in the middle year of this study. Thus a history of violent criminal offenses appears to be a critical factor to consider when assessing the suicidality of an inmate.

## PERCENT OF SUICIDES BY VIOLENT CRIME HISTORY

| Violent (offense) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total * |
|---|---|---|---|---|---|---|---|
| Yes (Person) | 67 | 79 | 63 | 67 | 77 | 70.6 | 47.9 |
| No (Property /Drugs) | 29 | 14 | 33 | 33 | 23 | 26.4 | 45.1 |
| Unknown (Other) | 4 | 7 | 4 | 0 | 0 | 3 | 7.1 |

* The CDC Data Analysis Unit provides information for Crimes Against Persons, which are primarily violent; Property and Drug crimes which are predominantly non-violent; and "Other" which includes escape, DUI, arson, poss. of weapon, unspecified other, and missing data.



Another variable considered in predicting risk of suicide is whether the inmate is a sex offender. These inmates are often fearful of injury or death at the hands of other inmates if their sexual offense history becomes known. In relation to the total prison population, the percentage of inmates with sex offenses completing suicide was relatively high. Twenty-four percent of inmates who completed suicide in the past five years had a known sex offense history. Nine percent of the total inmate population had been committed for a sexual offense, although 14.3 percent of the inmate population was required to register as a sex offender per Penal Code 290.

## PERCENT OF SUICIDES BY SEX OFFENSE HISTORY

| Sex Offense | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average | Pop Total* | PC 290 required |
|---|---|---|---|---|---|---|---|---|
| Yes | 42 | 21 | 7.5 | 14 | 34 | 24 | 9 | 14 |
| No | 54 | 64 | 85 | 86 | 66 | 71 | 91 | 86 |
| Unknown | 4 | 14 | 7.5 | 0 | 0 | 5 | 0 | 0 |

*Does not include kidnapping, which would bring total up to 10 percent

Half of inmates committing suicide during the five-year period were not parole violators, which was consistent with the data regarding the percent that were first-termers.

### PERCENT OF SUICIDES BY PAROLE VIOLATION (PV) HISTORY

| Parole Violation | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 33 | 29 | 44 | 33 | 40 | 36 |
| No | 42 | 29 | 52 | 67 | 60 | 50 |
| Unk | 25 | 43 | 4 | 0 | 0 | 14 |

**Custody Issues**

The role of violence in suicide is further reflected by custody classification level. Consistent with the information that inmates in the suicide group were likely to be characterized by violence and impulsiveness, their behavior typically results in high classification scores. As shown in the next table, 42 percent of inmates in the suicide group were in the highest custody level of placement. Given that 20 percent of the group had not been classified or had unknown status, this number could in actuality be even higher. In contrast, approximately 20 percent of the total inmate population are classified Level IV.

### PERCENT OF SUICIDES BY CUSTODY PLACEMENT LEVEL

| Custody Level | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| I | 13 | 21 | 18.5 | 0 | 11 | 13 |
| II | 13 | 7 | 15 | 9 | 6 | 10 |
| III | 17 | 21 | 18.5 | 24 | 20 | 20 |
| IV | 33 | 36 | 37 | 33 | 54 | 39 |
| Unclassified | 25 | 14 | 11 | 24 | 9 | 17 |



**California Department of Corrections**
Five-Year Report of Suicides 1999 – 2003

**Housing**

The violent and impulsive behaviors that contribute to higher custody classification scores also tend to result in placement in restrictive housing settings such as Administrative Segregation Units (ASU) and Security Housing Units (SHU). Over the five-year period, 38 percent of all suicides occurred in ASU, and when SHU is added the total rises to 46 percent. In the CDC prisons, about four percent of beds are designated ASU, which does not account for overflow. The actual proportion of the total inmate population in ASU was not available for this report.

As a side note, 40 percent of inmates committing suicide in ASU in 2003 had been there less than one week. Data regarding length of stay in ASU was not available for the other years covered in this report.

Thirty-four percent of inmates committing suicide were in GP housing. Nine percent were in Reception Centers (RC).

There tended to be fewer suicides in housing settings characterizing higher levels of care, including EOP at 8 percent, which included an inmate in the Transitional Living Unit (TLU) at CMC; Correctional Treatment Center (CTC) at 1 percent, which included Mental Health Crisis Beds (MHCB); and Outpatient Housing Unit (OHU) at 0.6 percent.

## PERCENT OF SUICIDES BY HOUSING

| Housing | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---------|------|------|------|------|------|----------------|
| ASU | 33 | 43 | 37 | 24 | 51 | 38 |
| SHU/PSU | 13 | 14 | 4 | 5 | 6 | 8 |
| RC | 4 | 14 | 7 | 10 | 9 | 9 |
| EOP/TLU | 13 | 7 | 19 | 0 | 3 | 8 |
| CTC /MHCB | 0 | 0 | 4 | 0 | 3 | 1 |
| OHU | 0 | 0 | 0 | 0 | 3 | 0.6 |
| GP | 33 | 21 | 30 | 58 | 26 | 34 |
| R&R | 0 | 0 | 0 | 5 | 0 | 1 |
| Unk | 4 | 0 | 0 | 0 | 0 | 0.8 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**



Sixty-eight percent of the suicides occurred among inmates who were either assigned to a single cell or were without a cellmate at the time. When inmates committing suicide were double-celled, they committed the act while their cellmate was either out of the cell or asleep, and in at least one case there was a tandem attempt. In GP housing, inmates are typically double celled. In ASU housing, they are double-celled whenever possible, but a far greater proportion are single celled in ASU than in GP. Actual percentages for the total population were not available.

### PERCENT OF SUICIDES BY CELLMATE STATUS

| Single Cell | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 75 | 79 | 85 | 43 | 60 | 68 |

**Mental Health Issues**

Information on the mental health history of inmates prior to entering prison is often sparse and frequently based on inmate self-report. About 39 percent of the suicide group had a reported mental health history.

### PERCENT OF SUICIDES BY REPORTED MENTAL HEALTH HISTORY

| Psych History | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 38 | 29 | 41 | 43 | 43 | 39 |

Half of all inmates who completed suicide had a known history of prior suicide attempts, either while incarcerated or prior to incarceration. This is a risk factor that always needs to be considered in suicide risk assessments, as individuals who repeatedly attempt suicide are continuously increasing the chances that they will succeed even if they do not

really intend to die. Six percent of the suicide group had a reported history of suicide attempts and were not in the MHSDS.

### PERCENT OF SUICIDES BY PAST SUICIDE ATTEMPT (SA) HISTORY

| Past SA | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---------|------|------|------|------|------|----------------|
| Yes     | 50   | 36   | 44   | 57   | 65   | 50             |

Seventy-six percent of the suicide group had a drug or alcohol use or abuse history. The usefulness of this as a predictive factor is limited, however, as this is likely to be common among the inmate population in general. However, the presence of this factor does add to the profile of an individual who is likely to engage in impulsive behavior.

### PERCENT OF SUICIDES BY KNOWN DRUG / ALCOHOL USE HISTORY

| Drug Use | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|----------|------|------|------|------|------|----------------|
| Yes      | 71   | 72   | 74   | 81   | 81   | 76             |

Over the five-year period, 46 percent of all suicides were among inmates who were not part of the MHSDS. Thirty-five percent were at the CCCMS level of care. Inmates in the CCCMS reside with GP inmates in whatever type of housing their custody level indicates. About 22 percent were EOP inmates, and only one inmate committed suicide in a MHCB (though not on suicide watch).

### PERCENT OF SUICIDES BY MHSDS LEVEL OF CARE (LOC)

| LOC   | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|-------|------|------|------|------|------|----------------|
| CCCMS | 39   | 29   | 26   | 43   | 40   | 35             |
| EOP   | 26   | 21   | 22   | 0    | 43   | 22             |
| MHCB  | 0    | 0    | 0    | 0    | 3    | 1              |
| GP    | 35   | 50   | 52   | 57   | 37   | 46             |

Due to the apparently increasing numbers of inmates committing suicide in ASUs, a more detailed look at the interface between housing and mental health level of care is given. The table below details the actual number of inmates at each level of care in various housing settings, for each of the five years. Percents were not used in this table, as the numbers were too low for percents to be meaningful.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

## Number of Inmates by Housing and Level of Care

| Housing/Level of Care | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| GP | 7 | 2 | 6 | 7 | 3 | 25 |
| ASU GP | 2 | 3 | 7 | 2 | 8 | 22 |
| SHU GP | 1 | 0 | 0 | 1 | 0 | 2 |
| CCCMS | 1 | 2 | 2 | 5 | 6 | 16 |
| ASU CCCMS | 4 | 3 | 3 | 3 | 6 | 19 |
| SHU CCCMS | 1 | 1 | 1 | 0 | 2 | 5 |
| EOP | 3 | 1 | 5 | 0 | 1 | 10 |
| ASU EOP | 1 | 2 | 0 | 0 | 4 | 7 |
| PSU EOP | 1 | 0 | 0 | 0 | 0 | 1 |
| TLU EOP | 1 | 0 | 0 | 0 | 0 | 1 |
| OHU /GP | 0 | 0 | 0 | 0 | 1 | 1 |
| MHCB /CCCMS | 0 | 0 | 0 | 0 | 1 | 1 |
| CTC /GP | 0 | 0 | 1 | 0 | 0 | 1 |
| RC GP | 0 | 2 | 0 | 1 | 1 | 4 |
| RC CCCMS | 1 | 0 | 1 | 1 | 1 | 4 |
| RC EOP | 0 | 0 | 1 | 0 | 1 | 2 |
| R&R /Camp | 0 | 0 | 0 | 1 | 0 | 1 |
| Total | 23 | 14 | 27 | 21 | 35 | 120 |

These data are represented in the following chart.



**Summary and Conclusions**

The California Department of Corrections (CDC) is the second largest prison system in the United States. Suicide prevention is part of the CDC MHSDS, and this report is a result of efforts to track the success of this program in addition to providing information that may be helpful for preventing future suicides.

There were 121 suicides in the CDC between 1999 – 2003, with only 1 of these being a female inmate in 2001. There were five additional suicides of CDC inmates housed at the DMH facilities, but these were not included in our statistics. The average suicide rate per 100,000 per year within the CDC for this time period, calculated in relation to the annual average daily inmate population, was 15.1. The CDC suicide rate is lower than the United States national average for men (17.6.) reported in 2000.

For the period covered by this report (1999 – 2003), there have been suicides in 26 of the 32 CDC prison institutions. The two institutions with the highest number of suicides are both high security (Level IV) prisons that house especially violent inmates.

Certain demographics were observed to characterize inmates who committed suicide in the CDC. Comparisons were made to characteristics of the overall male inmate daily population for 2001. Inmates in the suicide group were more likely to be Caucasian and less likely to be African American than the average inmate. They were also more likely to fall into the 30 – 39 age range, and less likely to be in the 20 – 29 age range. Educational level was not a useful demographic for identifying suicidal inmates.

Neither the time of the year nor the time of day when suicides were discovered had any apparent significance. We started tracking day of the week in 2002, when 26 percent of the suicides for that year occurred on Sunday. That variable will continue to be followed.

Asphyxiation by hanging was the method used in 85 percent of CDC suicides. Other methods employed were exsanguination by laceration, jumping from a tier, overdosing, and in rare cases drowning or suffocation.

Sentencing and term issues in inmate suicides all showed strong patterns. Forty-six percent of inmates committing suicide had long sentences (greater than 14 years, including life). Eleven percent had a "third strike" that resulted in a long or life sentence.

A pattern noted regarding the time inmates had left to serve in prison was that about a third (31 percent) had more than 15 years (or life) remaining to serve, while the same proportion (31 percent) had less than two years to serve.

Forty-eight percent (nearly half) of the suicide group was serving their first prison term. Thirty-nine percent had served less than two years, and 71 percent had served five years or less. Clearly, first termers and those early in their term appear to be at risk, which could be attributed to difficulties they experience in adjusting to prison life. Those with life sentences are obviously at some risk for giving up on life, if they have little or no

hope of getting out before old age or death. When these factors are combined as they have been in several of these cases (i.e. first termer with life sentence; early in sentence), the risk likely multiplies. All of these factors are included on the CDC Suicide Risk Assessment Checklist.

With regard to crime factors, more than 70 percent of inmates completing suicide had been convicted of a violent offense, in contrast to just fewer than 48 percent of the inmate population in general. This is likely a reflection of a violent and impulsive characteristic of inmates at risk for suicide.

Another crime factor that stood out was that 24 percent of the suicide group had been convicted of a sexual offense, in comparison to 9 percent of the overall inmate population. For these inmates, fear of harm from other inmates was a likely factor in their suicides.

Consistent with the finding regarding the high percentage with violent offenses, 39 percent were at the highest custody security level in the CDC system. Custody level is determined in part by continued violent behavior within prison. Such behavior also tends to result in placement in restrictive housing such as ASU and SHU. During the five-year period, 38 percent of the suicide occurred among inmates placed in ASU, with an additional 8 percent occurring in a SHU. The ASU is noted to be an aversive situation for inmates, with additional security restrictions, limited interaction, and little or no access to personal property or privileges such as phone calls. The SHU environment tends to be quiet, stable, and less restrictive in terms of property, and therefore may not be as aversive as ASU.

Most (85 percent) suicides occurred with inmates who were single-celled at the time, affording them both isolation and opportunity.

About 39 percent of the suiciding inmates had a known psychiatric history. It is well documented in the literature that mentally ill persons have a higher risk for suicide than the average individual, and it the pressures of the prison environment may further increase the risk. Half of inmates completing suicide had a history of prior attempts, which is a risk factor that can never be ignored.

A very high number, 76 percent, of the suicide group had a drug or alcohol use/abuse history. While not uncommon among the inmate population, the presence of this factor contributes to a profile that includes reckless, impulsive, and self-destructive behavior.

Nearly half (46 percent) of the inmates who completed suicides were not part of the MHSDS. While some few of these might have had a mental illness that escaped detection or that the inmate chose to hide, it is evident that not all inmates who choose suicide have a severe mental illness.

Of those 54 percent who were in the MHSDS, the majority (35 percent) were in the CCCMS. Suicides have been less frequent among inmate/patients receiving a higher

level of mental health care. Although these individuals have a more severe or acute mental illness, they are also receiving more intensive care and observation from both clinical and custody staff that likely offsets the risk.

Data aggregated since 1997 has lead to the development of a CDC Suicide Risk Assessment Checklist. Increased attention is being paid to the issue of suicides in ASU. The database is continuing to expand and it is hoped that this information will prove useful in finding ways to reduce the incidence of suicide in the CDC inmate population.

# EXHIBIT C

**Data Obtained from Exhibit B to Declaration of Dr. Robert Canning ISO Defendants Motion to Modify the 2007 Suicide Report (Docket No. 3695-3)**

| Year | Suicides in Administrative Segregation | Total CDCR Population | Administrative Segregation Population Based on Assumed 5% of Total Population | Annual Administrative Segregation Suicide Rate Per 100,000 |
|---|---|---|---|---|
| 1999 | 7 | 162,064 | 8,103 | 86.39 |
| 2000 | 7 | 162,000 | 8,100 | 86.42 |
| 2001 | 10 | 161,497 | 8,075 | 123.84 |
| 2002 | 5 | 157,972 | 7,899 | 63.30 |
| 2003 | 18 | 160,838 | 8,042 | 223.83 |
| 2004 | 18 | 163,381 | 8,169 | 220.34 |
| 2005 | 13 | 164,034 | 8,202 | 158.50 |
| 2006 | 18 | 172,508 | 8,625 | 208.69 |
| 2007 | 10 | 173,274 | 8,664 | 115.42 |
| Average | 11.8 | 164,174 | 8,209 | 143.48 |

# EXHIBIT D

**Data Obtained from Exhibit B to Declaration of Dr. Robert Canning ISO Defendants
Motion to Modify the 2007 Suicide Report (Docket No. 3695-3)**



# EXHIBIT E

**Data Obtained from Special Master Reports on Suicides Completed in the California Department of Corrections, Calendar Years 1999-2007 (Docket Nos. 1213, 1373, 1519, 1553, 1658, 1806, 2566, 3030 and 3677)**

| Year | Suicides in Administrative Segregation | Total CDCR Population | Administrative Segregation Population Based on Assumed 5% of Total Population | Annual Administrative Segregation Suicide Rate Per 100,000 |
|---|---|---|---|---|
| 1999 | 8 | 160,970 | 8,279 | 96.63 |
| 2000 | 7 | 160,855 | 8,273 | 84.61 |
| 2001 | 11 | 155,365 | 7,991 | 137.66 |
| 2002 | 6 | 158,099 | 8,132 | 73.79 |
| 2003 | 20 | 155,722 | 8,009 | 249.71 |
| 2004 | 19 | 163,346 | 8,401 | 226.15 |
| 2005 | 13 | 164,179 | 8,444 | 153.95 |
| 2006 | 18 | 171,340 | 8,813 | 204.25 |
| 2007 | 11 | 172,535 | 8,874 | 123.96 |
| Average | 12.6 | 162,057 | 8,335 | 150.64 |

# EXHIBIT F

**Data obtained from Coleman Docket Nos. 1213, 1373, 1519, 1553, 1658, 1806, 2566, 3030, 3677**



### Annual Suicide Rate per 100,000 for Prisoners Housed in Administrative Segregation