PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
MARK FEESER, Bar No. 252968
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF JANE E. KAHN IN OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S EXPERT REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION IN CALENDAR YEAR 2007**

[321142-3]

DECL. OF JANE E. KAHN IN SUPPORT OF PLS.' OPPOSITION TO DEFS.' MOT. TO MODIFY SPECIAL MASTER'S EXPERT REPORT ON SUICIDES COMPLETED IN THE CDCR IN 2007 - CASE NO. CIV S 90-0520 LKK-JFM

I, Jane E. Kahn, declare:

1.      I am an attorney admitted to practice law in California, a member of the Bar of this Court, of counsel to the firm of Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel of record for the Plaintiff class. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in Opposition to Defendants' Motion to Modify the Special Master's Expert Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007.

2.      On July 12-13, 2009, I attended the National Commission on Correctional Health Care (NCCHC) Correctional Mental Health conference held in Seattle, Washington. I regularly attend the NCCHC mental health conferences. I attended Session IV, No. 11, entitled, "Suicide in California Prisons: Characteristics, Prevention and Legal Dilemmas," which was presented by Dr. Robert Canning and Dr. Helen Steenman, of the Mental Health Program, Division of Correctional Health Care Services, California Department of Corrections and Rehabilitation. Attached hereto as **Exhibit A** is a true and correct copy of the Final Program from the July 12-13, 2009 NCCHC Correctional Mental Health conference held in Seattle, Washington. Attendees of the conference received a package of materials including a compact disk ("CD") containing the presentations for each of the 24 presentations at the conference. Included as presentation number 11 on the CD, was a PowerPoint presentation by Dr. Canning, Dr. Catherine Prudhomme, and Dr. Helen Steenman, entitled "Suicide in California Prisons: Characteristics, Prevention and Legal Dilemmas." Attached hereto as **Exhibit B** is a true and correct copy of presentation number 11.

3.      On July 14, 2006, I attended the Clinical Consensus Forum at the Attorney General's Office in San Francisco, California. This meeting was held in response to the Court's June 7, 2006 Order mandating that Defendants develop a plan on or before August 31, 2006, for dealing with the escalating percentages of suicides occurring in administrative segregation units. Order, June 7, 2006 at 2:14-15, Docket 1830. Defendants were ordered to collaborate with "one or more of the special master's experts, with plaintiffs' counsel, and with plaintiffs' expert, Lindsay Hayes, to develop the plan required by this order." *Id.* at 3:1-3. A true and correct copy

1

1  of the participant list for the July 14, 2006 meeting is included as **Exhibit C**.  The list of

2  participants includes, as a CDCR invited Expert, Dr. Thomas White.

3       I declare under penalty of perjury under the laws of the State of California and of the

4  United States of America that the foregoing is true and correct, and that this declaration was

5  executed this 23rd day of October, 2009 in San Francisco, California.

6

7                                         */s/ Jane E. Kahn*

8                                         Jane E. Kahn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JANE E. KAHN IN SUPPORT OF PLS.' OPPOSITION TO DEFS.' MOT. TO MODIFY SPECIAL MASTER'S
EXPERT REPORT ON SUICIDES COMPLETED IN THE CDCR IN 2007 - CASE NO. CIV S 90-0520 LKK-JFM

[321142-3]

# EXHIBIT A

# Correctional Mental Health

## *Advancing Quality of Care*

*July 12–13 · Grand Hyatt Seattle*

SEATTLE




## FINAL PROGRAM

Presented by



National Commission on Correctional Health Care

Co-Presenters



Academy of Correctional Health Professionals



American Psychiatric Association



American Psychological Association

# Correctional Mental Health

## *Advancing Quality of Care*

This seminar offers a packed schedule of educational sessions and networking. Over the next few days, you will hear from national leaders, innovative thinkers and inspiring speakers who will discuss the next steps needed to advance care for a challenging population. The program is designed to encourage interaction and information sharing. Be sure to take advantage of the many opportunities to learn from your colleagues, both for your professional enrichment and for the benefit of your facility and, ultimately, your patients.

## General Meeting Information

Meeting registration entitles you to the following:

- Admission to all sessions on Sunday and Monday
- Roundtable discussion groups on Sunday morning
- Education luncheons on Sunday and Monday
- Daily networking and exhibit breaks
- Opportunity to purchase specialty items from the NCCHC bookstore
- Seminar final program and proceedings

## Registration and Bookstore Hours

The registration desk and bookstore will be open in the foyer at the following times:

| | |
|---|---|
| **Sunday, July 12** | 7 am – 4:15 pm |
| **Monday, July 13** | 8 am – 4:30 pm |

## Networking Opportunities

This seminar is a great place for networking. Scheduled breaks are the perfect time to meet and mingle with colleagues. Your first opportunity is Sunday at 8 a.m. during the roundtable discussion groups. Join us for a light breakfast and learn how others are handling the problems you face every day. *Sponsored by the Academy of Correctional Health Professionals.*

### Thank You to Our Supporting Organizations

**The following organizations helped to promote this seminar:**

American Academy of Child & Adolescent Psychiatry

American Academy of Psychiatry and the Law

American College of Neuropsychiatrists

American Counseling Association

American Society of Addiction Medicine

International Association for Correctional and Forensic Psychology

*Conference Proceedings on CD-ROM!*





For up-to-date and detailed program information, visit www.ncchc.org.

## Seminar Learning Objectives

The goal of the Correctional Mental Health Seminar is to provide the most up-to-date and useful information in the correctional mental health field. At the conclusion of this seminar, participants should be able to:

- Demonstrate an increased understanding of pervasive as well as emerging mental health problems within correctional populations, as well as related management issues

- Identify best practices in evaluation, treatment and management for incarcerated individuals with mental illness

- Enhance skills necessary to manage mental health care delivery in correctional settings

- Develop comprehensive mental health programs that incorporate the NCCHC standards for health services

## Continuing Education

**CCHPs:** Certified Correctional Health Professionals may earn up to 12 contact hours of Category I continuing education for recertification.

**Nurses:** The National Commission on Correctional Health Care is an approved provider of continuing nursing education by the Illinois Nurses Association, an accredited approver by the American Nurses Credentialing Center's Commission on Accreditation. This activity was approved for 12 contact hours (INA-CE Approval Number 0907-4026-0902).

**Physicians:** The National Commission on Correctional Health Care (NCCHC) is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians. NCCHC designates this educational activity for a maximum of 12 *AMA PRA Category 1 Credits*™. Physician should only claim credit commensurate with the extent of their participation in the activity.

**Psychologists:** The National Commission on Correctional Health Care is approved by the American Psychological Association to sponsor continuing education for psychologists. The National Commission on Correctional Health Care maintains responsibility for this program and its content. NCCHC designates this educational activity for 12 hours of credit.

**Social Workers:** This program is approved by the National Association of Social Workers (Provider # 886452976) for 12 continuing education contact hours.

## DISCLOSURE STATEMENT

In accordance with the disclosure policy of the National Commission on Correctional Health Care, as well as standards set forth by the Accreditation Council for Continuing Medical Education, meeting faculty, authors, planners and any other person in a position to control the seminar content have been asked to disclose any relationship they have with companies producing pharmaceuticals, medical equipment, etc., that might be germane to the content of their lectures. Such disclosure is not intended to suggest or condone bias in any presentation but rather is elicited to provide information that attendees might deem important to their evaluation of a given talk.

The following speakers, education committee members and staff have reported receiving something of value* from a company(s) whose product may be germane to the content of their presentations. Faculty, authors and planners, whose names do not appear have reported receiving nothing of value.

| Faculty | Company/Disclosure |
|---|---|
| Andrew Angelino, MD | Janssen Pharmaceutica |

* "Something of value" refers to an equity position, receipt of royalties, consultantship, funding by a research grant, receiving honoraria for educational services elsewhere or any other relationship with a company that provides sufficient reason for disclosure in keeping with the spirit of the policy.

### Thank You to Our Corporate Sponsors

Bristol-Myers Squibb
Eli Lilly and Company
Janssen Pharmaceutica
MHM Correctional Services

### Exhibits

**The following companies offer products and services to support correctional mental health care and will be on display in the foyer on Sunday and Monday:**

Abbott Laboratories
Academy of Correctional Health Professionals
AstraZeneca
Correctional Medical Services
Derby Industries
Division of Immigration Health Services
Janssen Pharmaceutica, Inc.
MHM Correctional Services, Inc.
National Commission on Correctional Health Care
Prison Health Services, Inc.
Registry of Physician Specialists
Society of Correctional Physicians

**This program would not have been possible without the hard work and dedication of the members of the NCCHC Education Committee:**

George Pramstaller, DO, CCHP, Chair
Barbara Wakeen, RD, CCHP, Vice-Chair
Dean Aufderheide, PhD
Patricia Blair, JD
Kleanthe Caruso, MSN, CCHP
Margaret Collatt, BSN, CCHP-A
Joanne Dorman, RN, CCHP-A
Thomas Fagan, PhD
Robert Gogats, MA
JoRene Kerns, BSN, CCHP
Douglas Mack, MD, CCHP
Nicholas Makrides, DMD
Edwin Megargee, PhD, CCHP
John Miles, MPA
Ronald Moomaw, DO
Jayne Russell, MEd, CCHP-A
Nancy White, MA

**Staff Liaisons**
Deborah Ross
Jaime Shimkus

# Sunday, July 12

## SPECIAL INVITATION!

### ★ ROUNDTABLE DISCUSSION ★
### 8 AM – 9 AM

All attendees are invited to take part in the roundtable discussion on Sunday morning before the educational program begins. With a focus on mental health issues, this gathering is your opportunity to gain insights, share ideas and expand your professional network.

*Sponsored by: Academy of Correctional Health Professionals.*

**Meeting Room: Leonesa Ballroom**

## SESSION I ★ 9:15 AM – 10:15 AM

### 01 Deliberately Self-Harming Inmates: Assessment and Management

*Gregory Sokolov, MD, Camille Lacroix MD, Sacramento County Jail*

This presentation will focus on deliberate self harm in correctional settings, including how to assess deliberate self-harm and differentiate self-injurious behaviors from suicidal behaviors. Management and treatment strategies will be discussed, with clinical case examples. Since most inmates who deliberately self-harm are more frequently diagnosed as having a borderline personality disorder, dialectical behavioral therapy (DBT) and its potential uses in correctional settings will also be discussed.

Educational Objectives
1. Describe the differences between deliberate self-harm and suicidal behaviors
2. List the prevalence, demographics and psychiatric factors associated with deliberate self-harm in correctional settings
3. Discuss the principles of dialectical behavior therapy and its potential uses in a correctional setting

**Meeting Room: Princessa I**

### 02 Working in Segregation Units: Ethical Challenges for Mental Health Professionals

*Jamie Fellner, Esq., Human Rights Watch, Henry Weinstein, MD, New York University Medical Center, Jeffrey Metzner, MD, CCHP-A, University of Colorado School of Medicine*

Most clinicians agree that many mentally ill inmates confined in prolonged segregation will be harmed by the conditions of extreme social isolation, lack of meaningful activity and limited mental health services; some inmates without preexisting mental disorders may also suffer negative psychological effects. This session will explore the challenges faced by mental health professionals working in segregation units and supermax prisons who seek to comply with the ethical injunction to "do no harm," including by not participating in cruel, inhuman or degrading treatment.

Educational Objectives
1. Become familiar with relevant ethical principles and positions of leading membership organizations
2. Understand the meaning of the terms *cruel, inhuman* and *degrading* as used in human rights jurisprudence
3. Expand the ability to define and analyze unique ethical challenges raised by segregation units

**Meeting Room: Princessa II**

### 03 Changing Course in Stormy Seas: Stretching Clinical Dollars With Responsible Innovation

*Carole Seegert, PhD, Javel Jackson, PsyD, James DeGroot, PhD, MHM Correctional Services*

This program will present strategies that are at the intersection of good clinical practice and cost-efficiency. The Georgia Department of Corrections has committed to using innovation, not simply reduction of services, to accommodate a shrinking state budget for mental health programs. Changing the role of psychology, employing behavioral management strategies and implementing alternative disciplinary sanctions represent opportunities to reduce costs while improving clinical functions.

Educational Objectives
1. Identify alternative disciplinary sanctions and treatment diversion approaches to behavioral problems
2. Understand a new "maintenance" level of care for appropriate inmates that accommodates reduced staffing patterns
3. Identify roles for psychologists that help with cost containment and risk management

**Meeting Room: Eliza Theater**

## SESSION II ★ 10:45 AM – 12 PM

### 04 Addressing the Special Needs of Juveniles: An Integrated Treatment Model

*Henry Schmidt, PhD, Behavioral Affiliates, Andre Ivanoff, PhD, Columbia University*

Washington State's Juvenile Rehabilitation Administration selected dialectical behavior therapy (DBT) as its primary residential treatment model when it made the commitment to implement evidence-based treatment for all juvenile offenders under its supervision. The focus on specific target behaviors provides flexibility to define targets with specialized treatment groups such as sex offending, persistently behaviorally disordered, substance abusing and developmentally delayed youth. The extension of DBT to these groups is described and specialized program targeting illustrated.

Educational Objectives
1. Discuss the purpose and rationale for using DBT as a treatment model in correctional mental health
2. Identify how DBT targets particular needs of special youth offender groups
3. Describe the utility of a single model with specialized targets in correctional mental health programming

**Meeting Room: Princessa I**

### 05 Creating Sexual Assault Response Teams

*Robert Dumond, MA, LCMHC, Consultants for Improved Human Services, Linda McFarlane, MSW, LICSW, Just Detention International, Norma Riedman, PhD, California Correctional Institute*

The Prison Rape Elimination Act of 2003 mandates that correctional agencies provide comprehensive, meaningful services to victims of sexual assaults. In community settings, sexual assault response teams (SARTs) facilitate interdisciplinary intervention for victims of sexual violence and ease the burden of multiple invasive interviews. In prisons, a SART will enhance the clinical management of sexual assault victims, even if forensic evidence is collected through an external health care provider. The presentation will explain the various disciplines and roles (custody, investigative, medical, mental health and classification), highlight obstacles and potential solutions, and discuss ethical decision making when choosing a course of action that varies from community standards but better fits the correctional setting and the inmate's needs.

Session Schedule

**Educational Objectives**

1. Understand how a sexual assault response team can be developed in correctional settings
2. Examine specific roles and responsibilities for each of the disciplines
3. Create a model for more effective decision making based on inmate needs

**Meeting Room: Princessa II**

## 06 Evidence-Based Treatment for Schizophrenia

*Andrew Angelino, MD, Johns Hopkins School of Medicine*

Schizophrenia is a brain disease that affects between 1 in 100 and 1 in 1,000 individuals worldwide. Many patients with schizophrenia are seen in the correctional setting. Corrections medical staff should be familiar with the signs and symptoms of this complex disease, as well as treatments and their potential side effects. This captivating lecture will take you on a tour of the mysterious world of schizophrenia, illuminating the underlying deficits and describing the currently available as well as future treatment options.

**Educational Objectives**

1. Demonstrate an understanding of the mental deficits in patients with schizophrenia and how they affect behavior
2. Describe commonly used medications for patients with schizophrenia and their side effects
3. Describe psychosocial rehabilitations used to treat the deficits in patients with schizophrenia

**Meeting Room: Eliza Theater**

*Supported by: Janssen Pharmaceutica, Inc.*

### ★ EDUCATIONAL LUNCHEON ★
### 12:15 PM – 1:15 PM

### Prison Rape Elimination Act: Facilitating Change

*Daniel Comiskey, MD, Chief Forensic Examiner, State of New Hampshire*

On June 23, the National Prison Rape Elimination Commission issued its final standards to eliminate sexual abuse in correctional and detention facilities. These standards require efforts to improve reporting, monitor and adjust policies, and measure the success of interventions to reduce and eliminate prison rape. Medical and mental health staff will need to assist in the planning and implementation of many of these requirements, spanning the full course of custody from classification to discharge. Meeting these standards will also require improved collaboration with security and administration staff. This talk will discuss the new standards and provide strategies for compliance.

**Educational Objectives**

1. Identify new relationships and written agreements with government agencies and community resources necessary for compliance with the P.R.E.A. standards.
2. Understand reporting requirements for facility staff, exceptions to these requirements and the challenges this may pose for collaboration with facility security.
3. Understand new roles for medical and mental health staff in facility operation, and additional training required to prepare staff for these responsibilities

**Meeting Room: Leonesa Ballroom**

*Sponsored by: MHM Correctional Services, Inc.*

### SESSION III  ★  1:45 PM – 2:45 PM

## 07 Phenomenology of Addiction: Disease Concept and Neurobiology

*Manuel Montes de Oca, MD, Albert Einstein College of Medicine, Adam White, PhD, Palm Beach Correctional Facility, Maria del Alba Mejia, MD, Bronx Lebanon Hospital*

Recent advances in the understanding of addiction are shedding light on the basic neurobiological factors involved in the development of addiction as a core disease with neurological etiology and devastating psychosocial, legal and psychiatric sequel, as well as medical emergencies and death. This understanding is still in progress but the findings seems to indicate that our current approach, view and treatment are founded in the lack of understanding or bias of this disease, with devastating consequences to the patient.

**Educational Objectives**

1. Review the conscious and unconscious mechanisms involved in addictive behavior
2. Present an evolving and dynamic sequence of the neurological and psychological mechanisms associated with addictive phenomena
3. Enhance understanding of this disease paradigm and the role of prevention, treatment and rehabilitation

**Meeting Room: Princessa I**

## 08 Redefining Deliberate Indifference to a Community Standard of Care: Legal Implications

*Ronald Chapman, MPA, JD, Chapman and Associates, PC*

As national tort reform reduces the number of traditional medical malpractice claims, some trial attorneys are beginning to focus on correctional health care. As a result, new approaches to the prosecution of such claims are attempting to change the Supreme Court's interpretation of "deliberate indifference" and replace it with a community standard. Today a common strategy is to bring both medical malpractice and deliberate indifference claims. As the line between what *Estelle* mandated and prevailing community standard becomes less clear, correctional health care providers must be prepared to defend and address the quality of care they provide.

**Educational Objectives**

1. Develop a better understanding of what constitutes deliberate indifference and how to prevent it
2. Understand the changing definition of what constitutes constitutionally appropriate health care in a correctional setting
3. Learn how to answer the question, "How hard must I advocate for my patient?"

**Meeting Room: Eliza Theater**

## 09 Developing a Jail-Based Mental Health Training Program for Sheriffs

*William Kissel, MS, CCHP, Naphcare, Judge Stephen Goss, JD, Superior Court Dougherty County*

More than 20% of Georgia's jails are being used to house persons with mental illness. This program will discuss how a task force of law enforcement, judicial and mental health professionals collaborated to develop a jail-based mental health training program and ongoing technical assistance for the state's sheriffs and jail administrators. The key components of the training program will be described, including legal requirements, major mental illnesses, developmental disabilities, medications, operational systems, suicide prevention, programming, community contacts and discharge planning.

*Educational Objectives*
1. Examine mental health growth and operational issues in jails and criminal justice systems
2. Identify key components of a jail-based mental health training program
3. State the steps of developing such a program

**Meeting Room: Princessa II**

## SESSION IV ★ 3:15 PM – 4:15 PM

### 10 Cultural Diversities: Impact on Mental Health Treatment and Evaluation

*Henry Weinstein, MD, New York University Medical Center*

This presentation will explore cultural diversities in jails and prisons, describing the demographics of security and mental health staff as well as the inmates, the effects of these diversities such as race, class, education, ethnic origin, etc., and the efforts to overcome these effects by proposed programs in cultural awareness.

*Educational Objectives*
1. Define and delineate the demographics of the cultural diversities and disparities among the inmates and staff (security and mental health) in jails and prisons
2. Describe the effects of cultural diversities and disparities on mental health treatment and evaluation in jails and prisons
3. Describe the training programs that are being proposed to ameliorate the effects of cultural diversities in jails and prisons

**Meeting Room: Princessa I**

### 11 Suicide in California Prisons: Characteristics, Prevention, and Legal Dilemmas

*Robert Canning, PhD, Catherine Prudhomme, PhD, California Department of Corrections and Rehabilitation*

In the 10 years ending in 2007, there were more than 280 suicides of California prison inmates. This presentation will describe significant characteristics of this large series of suicides, discuss the efforts to improve prevention and present considerations in developing prevention programs in the context of class-action litigation.

*Educational Objectives*
1. Describe the context of prison suicide in California prisons
2. Differentiate important variables describing suicides in California prisons since 1998
3. Assess the success or failure of a variety of suicide prevention methods

**Meeting Room: Eliza Theater**

### 12 Female Prisoners With Life Sentences: A Biopsychosocial Approach to Treatment

*Lori Williams, PhD, Sharon Snow, PhD, Valley State Prison for Women*

Unlike male "lifers," most women who are serving life sentences had no past criminal record. Analysis of women "lifers" reveals at least four different groups. Each group has its own infrastructure and hierarchy and requires particular clinical intervention. This presentation will introduce a new approach to assessment and treatment using a biopsychosocial and cultural model. We also hope to open the discussion of the legal dilemma that our society faces regarding women "lifers."

*Educational Objectives*
1. Identify the complexity of groups of the population of women incarcerated for life
2. Recognize clinical and legal dilemmas of treatment of women with life sentences
3. Recognize clinical and legal dilemmas that our society faces regarding female lifers

**Meeting Room: Princessa II**

## Monday, July 13

## SESSION V ★ 9 AM – 10 AM

### 13 Decompression From Long-Term Segregation

*Ben Johnson, MD, Des Johnson, MSc, Ashworth Hospital*

The presentation will provide insight into the adverse social, psychological and emotional effects of long-term segregation in the mentally disordered inmate. A series of case studies will demonstrate the potential effectiveness of structured decompression programs with individuals in a maximum secure mental health facility in the U.K. correctional system, describing and reviewing the stages that can take the inmate from isolation to treatment and engagement, through to social integration.

*Educational Objectives*
1. Identify and recognize the social, psychological and emotional effects of long-term isolation on the mentally disordered inmate
2. Review and evaluate the potential benefits and effectiveness of decompression programs with the long-term segregated mentally disordered inmate
3. Provide guidance for the formulation, delivery and evaluation of individual decompression programs with mentally disordered inmates

**Meeting Room: Princessa I**

### 14 "I Need Something for Sleep": Treating Complaints of Sleep Disturbances

*Joyce Rackauskis-Anderson, MSN, ARNP, CCHP, Dorothy Reed, RN, Highlands County Jail*

This presentation will (1) identify various factors that may cause sleep disturbances in the correctional environment, (2) differentiate between genuine symptoms of insomnia versus requests for sleeping medication for self-gain, (3) determine the etiology of an inmate's sleeping problems and treat appropriately, (4) debate various issues regarding the use of sleeping medications in the correctional environment and (5) develop a healthy sleep hygiene educational program for the inmate population.

*Educational Objectives*
1. Describe factors that may cause sleep disturbances in the correctional environment
2. Integrate in the clinical treatment plan instructions in healthy sleep hygiene practices for inmates with sleep disturbances
3. Debate issues regarding use of sleeping medications in the treatment of insomnia in the correctional setting

**Meeting Room: Princessa II**

## 15 Collaboration to Improve Outcomes for Criminal-Justice-Involved Individuals With Mental Illness

*Bonita Cosgrove, Maryland Department Public Safety, Lisa Cuozzo, JD, Mental Health Association of Maryland*

Reentry and diversion from incarceration of mentally ill individuals can be improved through collaboration and partnerships with key stakeholders in any jurisdiction. This discussion of Maryland's experience will identify the barriers faced by the criminal-justice-involved population and provide direction and strategies for others at the state or local level in their work to improve reentry outcomes for this growing population.

*Educational Objectives*

1. Identify the possible barriers for successful reentry of the mentally ill offender
2. Discuss possible stakeholders that should be involved in the change process
3. Describe strategies and solutions for effecting change and improving outcomes

**Meeting Room: Eliza Theater**

## SESSION VI ★ 10:15 AM – 12 PM

## 16 Comprehensive Suicide Prevention Program for Jails

*David Stephens, PsyD, Colorado Department of Corrections, Elizabeth Falcon, PsyD, Correctional Healthcare Companies*

This presentation focuses on developing and maintaining a comprehensive suicide prevention program in both small and large county jails. It will present specific suicide prevention techniques to use with individual inmates, along with a suicide prevention management system that can be implemented from the moment the person arrives at the booking desk and continues through the time of the person's return to the community. Data on the effectiveness of this system will be presented.

*Educational Objectives*

1. Describe the difference between static and dynamic risk factors for suicide, and know how to include each in a suicide risk assessment
2. List the important components of a suicide prevention program in a jail setting, and how these fit into an overall suicide prevention management system
3. Identify at least one area in which the material presented can improve the suicide prevention program in their respective facilities

**Meeting Room: Princessa I**

## 17 NCCHC Mental Health Care Standards

*R. Scott Chavez, PhD, CCHP-A, National Commission on Correctional Health Care*

After several years of development work, NCCHC has published *Standards for Mental Health Services in Correctional Facilities.* This manual is the basis for a new accreditation program in which a facility is eligible to accredit its mental health services independently when those services are provided under a separate authority from health services. The new standards require that policies and procedures parallel the health services accreditation program in implementation and program operation. Taken as a whole, the standards reflect the importance of quality, outcomes and achievement of desired results, with emphasis on operational effectiveness and efficiency.

*Educational Objectives*

1. Recognize the utility of the mental health standards in improving operations and quality of care
2. Apply the mental health standards for accreditation review
3. Use the standards to predict outcomes in mental health services operations

**Meeting Room: Princessa II**

## 18 Tag You're It: A Crash Course in Correctional Legal Issues via Role Play

*Deana Johnson, JD, Christine Byler, RN, Insley and Race LLC*

Health care professionals working in corrections can face legal challenges on almost a daily basis. This presentation actively engages the audience in such situations through the role playing of various legal scenarios. Examples include receipt and handling of lawsuits, administrative personnel faced with a problem employee, and an inmate who alleges he just is not getting answers to his problem. Attendees will be given practical advice on how best to proceed when faced with legal dilemmas.

*Educational Objectives*

1. Identify how best to proceed when faced with complaints from patients in the form of grievances, licensure complaints and lawsuits
2. Understand the legal ramifications that can ensue from inmate complaints
3. Review the risks to both employer and employee from employment claims

**Meeting Room: Eliza Theater**

## ★ EDUCATIONAL LUNCHEON ★ 12:00 PM – 1:00 PM

## Legal Issues Related to Managing the Mentally Ill

*Deana Johnson, JD, Insley and Race LLC*

In addition to the day-to-day challenges of working in a prison or jail setting, health care workers who care for mentally ill patients are exposed to unique legal challenges. For example, practitioners can be called to court to provide testimony in criminal cases. In addition, there are requests from attorneys for records and interviews, and sometimes media involvement. One way to minimize the risk of exposure is to be aware of the protections afforded to the mental health patient and procedural safeguards under both federal and state law that are in place. This presentation is designed to familiarize participants with the laws governing involuntary medication administration and involuntary hospitalization. A case study is included which demonstrates the procedure for involuntary transfer of a delusional, non-compliant patient to the hospital.

*Educational Objectives*

1. Review the unique legal challenges faced when caring for mentally ill patients
2. Identify the federal and state legal protections afforded mental health patients and how those laws came into effect
3. Learn about the specific laws governing involuntary medication administration and involuntary hospitalization

**Meeting Room: Leonesa Ballroom**

*Sponsored by: MHM Correctional Services, Inc.*

Session Schedule

8

**SESSION VII ★ 1:45 PM – 2:45 PM**

## 19 Malingering of Psychosis: Detection and Treatment Implications

*Melissa Caldwell, PhD, Advanced Correctional Healthcare*

This program aids the mental health practitioner in detecting, assessing and treating patients with malingering psychosis. Malingering, as a DSM diagnosis, is defined with particular attention as to how it manifests in correctional settings. The challenges of making this diagnosis and the dangers of false positives and negatives are discussed. The program presents an overview of the cues and classic signs of malingered psychosis, as well as approaches for detection and treatment.

Educational Objectives
1. Define malingering and understand the ways in which it differs from other diagnostic presentations
2. Describe the challenges that a practitioner faces when assessing the presence of malingering
3. Review the characteristics that suggest malingering psychosis and suggested approaches to detection and treatment

**Meeting Room: Eliza Theater**

## 20 Correctional Health Care Certification: Navigating the Future

*Paula Hancock, MEd, CCHP, National Commission on Correctional Health Care*

The Certified Correctional Health Professional program involves nearly 2,000 nurses, physicians, dentists, mental health professionals, administrators and other professionals. It is the premier national certification dedicated to recognizing the special skills and knowledge necessary to provide health care in the complex world of corrections. **Part 1** will explain the eligibility requirements, application and examination process, and describe topic areas addressed in the exam. **Part 2** will describe Advanced certification, including eligibility requirements, the application.

Educational Objectives
1. Restate the eligibility criteria for the CCHP and Advanced CCHP programs
2. Produce an application for certification that meets the program requirements
3. Describe the purpose and content outline of the CCHP and CCHP-A exams

**Meeting Room: Princessa I**

## 21 Telepsychiatry Issues and Applications: Advancing the Field

*Kelley Phillips, MD, Peter Campbell, MD, Johnnie Gallemore, Jr, MD, JD, Prison Health Services*

Telepsychiatry (TP) is an emerging field in corrections. Stakeholders wonder whether TP can be as successful as other specialties using telemedicine, but are usually willing to endorse TP once they understand its benefits and the level of quality care being delivered. This session will address implementation, types of services best utilized and procedures that clinical data clinicians should use in TP. Recruitment, staffing, security and patient care will be discussed using a didactic and discussion group format.

Educational Objectives
1. Identify three types of psychiatric services telepsychiatry can provide best in a correctional environment
2. Review the differences between on-site psychiatric services versus those provided via telemedicine
3. Describe the advantages of information tools and processes that complement telemedicine to build a more efficient and effective database for assessment, treatment and record keeping

**Meeting Room: Princessa II**

**SESSION XIII ★ 3 PM – 4 PM**

## 22 Identifying and Caring for Inmates With Fetal Alcohol Spectrums Disorders

*Carolyn Szetela, PhD, Meharrity Medical College, Ann Streissguth, PhD, University of Washington School of Medicine, Katherine Kelly, University of Washington*

Fetal alcohol spectrum disorders (FASD) refers to the range of effects that can occur when the developing fetus is exposed to alcohol. Those with cognitive and behavioral impairments associated with FASD experience a high rate of incarceration (42%) and engage in maladaptive behaviors in jails and prisons. They have difficulty understanding and following rules, are impulsive and are easily victimized by others. This session will present tools for identifying, understanding and responding to inmates with FASD.

Educational Objectives
1. Identify FASD and its behavioral correlates related to the correctional setting
2. Present strategies for addressing FASD in inmates
3. Consider applications for patient care practices

**Meeting Room: Princessa I**

## 23 Clinical Treatment Targeting in Mental Health: Bringing Order to Complex Dysfunction

*André Ivanoff, PhD, Henry Schmidt, PhD, Washington State Juvenile Rehabilitation Administration*

A major challenge in correctional mental health is the complexity of the clients. Many are "multiply disordered," exhibiting behavioral issues across domains and diagnoses. The treatment target hierarchy is an organizing framework and agreed-upon progression that guides all treatment activities. It is based on a readily communicated, comprehensive and coherent model that provides multiple efficiencies.

Educational Objectives
1. Describe the rationale for a treatment target hierarchy
2. Discuss the advantages that a treatment hierarchy offers for clinical staff and administration
3. Review the utility of applying a treatment hierarchy to a complex case

**Meeting Room: Princessa II**

## 24 Medical Implications of Mental Health Medications

*Todd Wilcox, MD, MBA, CCHP-A, Salt Lake County Jail System*

Psychotropic medications have erupted onto the correctional health care scene and are increasingly being used for patients with an ever-expanding list of indications. While these medications clearly offer improvements in safety and efficacy, experience has shown that a considerable number of medical implications still must be taken into account when using these medications. This talk presents a pharmacological overview from the perspective of a medical provider, covering issues of toxicology, cardiology, endocrinology and hematology that are important to consider when using these medications, as well as a review of appropriate diagnostic monitoring to avoid complications.

Educational Objectives
1. Review the pharmacology of commonly used psychotropic medications
2. Discuss pertinent endocrine, cardiologic and hematological side effects and complications associated with psychotropic medications
3. Discuss current recommendations for diagnostic monitoring in patients taking psychotropic medications

**Meeting Room: Eliza Theater**

# EXHIBIT B



# Ten Years of Suicide in California Prisons

## Robert Canning, Ph.D.
## Catherine Prudhomme, Ph.D.
## Helen Steenman, Ph.D.

## Mental Health Program
## Div. of Correctional Health Care Services
## California Dept. of Corrections & Rehabilitation

# Acknowledgements

Marion Chiurazzi, Psy.D., Director of MH
Dennis Beaty, Dep. Dir for MH Programs
Shama Chaiken, Ph.D.
Jacoby Jorgensen
Lorraine Donnelly
Many evaluators

© Cartoonbank.com



"I need someone well versed in the art of torture—do you know PowerPoint?"

# California Prison System

- **33 Prisons (largest >6,000 inmates)**
- **30 Male Institutions**
- **3 Female Institutions**
- **9 Reception Centers (several with mixed missions)**
- **3 with primary Mental Health Missions**
- **10 High security**



**SLIDE 5**

# History of CDCR

- First prison was a ship anchored off San Quentin Point

- 1852 – San Quentin opened

- 1880 – Folsom Prison opened



# 2008 CDCR Facts

- Budget: $10.6 billion (FY 08-09)
- $35,587 per inmate annually
- 60,500 employees for institutions and administration

**SLIDE 8**

# Inmate Characteristics (2008)

- **Parole Violators: 10%**
- **Lifers: >24,000**
- **Condemned: 675**
- **Out-of-State: 7,281**
- **INS Holds: 19,000**
- **Community Facilities: 5,800**

# Demographics (2008)

| Age (years) | 37 |
|---|---|
| Male (%) | 93.3 |
| Ethnicity (%) | |
| White | 26 |
| African-American | 29 |
| Hispanic | 39 |
| Other | 6 |

# Demographics 2008, continued

| | |
|---|---|
| **Reading Level (grade equiv)** | **7** |
| **Average Sentence (months)** | **49** |
| **Average Time Served (months)** | **25** |
| **Commitment rate (per 100K citizens)** | **124** |

**SLIDE 11**

# Litigation

- **Six major Federal class-action cases**
  - **Plata: medical care**
  - **Coleman: mental health care**
  - **Armstrong: ADA**
  - **Perez: dental care**
  - **Valdivia: parolee due process rights**
  - **Clark: developmental disability**

# Coleman v Schwarzenegger

- **Filed 1991 on behalf of all inmates suffering from serious mental disorders**

- **Decided for plaintiffs in 1995**

- **<u>Finding</u>: CDCR violated 8th amendment and was deliberately indifferent**

# Coleman, continued

- **Major domains:**
  - **Inadequate screening**
  - **Understaffing**
  - **Competence of mental health staff**
  - **Access to care**
  - **Inappropriate use of discipline**
  - **Medical records system is deficient**

# Coleman, continued

- **Remedial phase**
  - Supervised by Special Master & staff
  - 1995 to present
  - Mental Health Services Delivery System
  - Four levels of care
    - Case management
    - Enhanced Outpatient
    - Crisis Beds
    - In-patient

# Suicides in CDCR 1999 to 2008

- **285 suicides in male institutions** (277 tallied to date)
- **9 suicides in female institutions**
- **2 in Community Correctional Facilities**
- **6 in Dept. of Mental Health in-patient settings**

- **Seven institutions accounted for 43% (123) of male suicides**
- **Reception Centers had 25% (70) of male suicides**
- **High security institutions (n=11) had 42% (120) of male suicides**

# Rates & Other Numbers

**SLIDE 20**

# Comparison of Suicide Rates*

| GROUP | Male | Female | Total |
|---|---|---|---|
| United States (2006)** | 18 | 5 | 11 |
| United States, Age 18+ (2006)** | 23 | 6 | 14 |
| State Prisons, U.S. (2001-2006)*** | 16 | 11 | 16 |
| California, Age 18+ (2006)** | 19 | 5 | 12 |
| CDCR (1999-2008)**** | 19 | 8 | 18 |

*Rates are unadjusted, deaths per 100,000 individuals
**WISQARS = Web-based Injury Statistics Query & Reporting System
***DICRP = Death in Custody Reporting Program, Bureau of Justice Statistics, U.S. DOJ
****California Dept. of Corrections & Rehabilitation

**SLIDE 21**

CDCR Suicide Rate, 1989-2008, with Inmate Population

CDCR Suicide Rate, 1999-2008

**SLIDE 23**



# Temporal Factors







# Demographics



SLIDE 30



# Age

**SLIDE 31**

# Community Characteristics

| Characteristic | | N |
|---|---|---|
| Employment (median years) | 2 | 150 |
| Type of employment (% unskilled) | 66.8 | 145 |
| Education (average years) | 11.3 | 262 |
| Mental health treatment (%) | 95 | 272 |
| Suicide attempts in community (%) | 64 | 276 |

# Custodial

**SLIDE 33**



# Suicide and Classification Level, 1999 - 2008



**SLIDE 35**

# Mental Health

# CDCR's Mental Health System

- Mental Health Services Delivery System (MHSDS)
- Levels of Care
  - Correctional Clinical Case Management System (CCCMS)
  - Enhanced Outpatient Program (EOP)
  - Mental Health Crisis Beds (inpatient, ≈ 10 days)
  - Dept. of Mental Health (Intermediate and Acute Care)

# Mental Health Level of Care

**SLIDE 38**

# All Suicides: MH Diagnoses

| Diagnosis (chart) | N* | Percent |
|---|---|---|
| No Diagnosis (or no Rx) | 87 | 32.1 |
| Depressive Disorder | 51 | 18.8 |
| Other Mood Disorder | 44 | 16.2 |
| Psychotic Disorder | 60 | 22.1 |
| Other Disorder | 29 | 10.7 |
| Any Disorder | 184 | 67.9 |

*23 Additional cases have not been tallied.

**SLIDE 39**

# Mental Health Comparisons



**SLIDE 40**

Mental Health Comparisons II

SLIDE 41

# Characteristics of the Suicide



**SLIDE 43**



# Housing





**SLIDE 47**

# Segregated Housing: AdSeg

- **Administrative Segregation**
  - "Jail" within prison
  - Shorter term stays
  - ≈5% of total population
  - Used for a variety of reasons
  - More restrictive (and stressful)
  - All mental health levels of care
  - All prisons

# Segregated Housing: SHU

- **Security Housing Units**
  - "Prison" within prison
  - Longer stays
  - 3,300 inmates statewide (4 institutions)
  - Restricted mental health population
  - Used for serious criminal offenses and/or "intractables" (i.e. gang members)
  - Terms can be "indefinite"
  - Ability to have some property (TV's, etc.)

# Suicides in Segregated Housing

| Housing | Population | | Suicides | |
|---|---|---|---|---|
| | N* | Percent | N* | Percent |
| General | 153,695 | 93.2 | 16 | 53.1 |
| Segregated | 11,205 | 6.8 | 14 | 46.9 |
| Total | 164,900 | | 29.2 | |

Chi Square = 68.4, p <.0001
*Ten year average

**SLIDE 50**

# Seg vs. Non-Seg, cont'd.

| Factor | Seg | Non-Seg | Test Statistic (df) |
|---|---|---|---|
| Violent offense (%) | 74.3 | 75.5 | 0.06 ns (1) |
| Sex offense (%) | 21.5 | 28.8 | 2.01 ns (1) |
| Juvenile crime history (%) | 57.3 | 31.9 | 16.93*** (1) |
| Life term (%) | 31.6 | 43.9 | 4.58* (1) |
| Third strike (%) | 6.9 | 12.0 | 2.12 ns (1) |
| History of gang involvement (%) | 48 | 23 | 17.2*** (1) |

*p<.05
***p<.001

**SLIDE 51**



# Segregated vs. Regular



**SLIDE 52**

# Seg vs. Non-Seg

| Factor | Seg | Non-Seg | Test Statistic (df) |
|---|---|---|---|
| Age (years) | 35.4 | 38.8 | 2.77* (292) |
| Time Served (months) | 59.3 | 66.5 | .853 ns (283) |
| Community employment (years) | 3.9 | 6.1 | 1.97* (148) |
| Education (years) | 11.1 | 11.5 | 1.16 ns (260) |
| History of suicidality in community (%) | 60.9 | 67.6 | 1.3 ns (1) |
| History of drug abuse (%) | 92 | 83 | 4.7* (1) |
| History of mental health treatment in community (%) | 92 | 97 | 3.5 ns (1) |

*p<.05
***p<.001

**SLIDE 53**





# Segregated vs. Regular II

**SLIDE 54**





**SLIDE 56**

# Risk Factors for Suicide in CDCR

- Male
- Mid-late 30's
- Mental health problems
- Housed in segregated housing
- Violent offense
- High security prison
- History of suicidality and mental health treatment in the community

# Gaps in the Data

- Length of Stay in AdSeg
- Reasons for AdSeg
- Need to count/understand attempts
- Better data gathering (more fine-grained)
- Dedicated data-gathering system

# Current Prevention Program

- Suicide prevention committees in all prisons and headquarters
- Involvement of mental health, custody, facilities management, medical
- Education
  - Training of all staff
  - Frequent training
  - Updated training annually
  - Specialized training

# Prevention Program, cont'd.

- Suicide evaluations – retrospective quality management
- Analysis of suicide attempts – prospective (now being developed)
- Full-time professional staff dedicated to suicide prevention at headquarters level
- Target all "consumers"
  - Mental health
  - Custody
  - Medical
  - Inmates

# Suicide Prevention in the Context of Litigation

- **Pluses**
  - Court (and plaintiffs) are external reviewers of all suicides
  - Keeps system moving
  - Can provide the impetus for change
- **Drawbacks**
  - Tends to be retrospective only
  - Adversarial system
  - Can be too narrowly focused
  - Competing litigations

**SLIDE 61**

# Discussion & Questions

# EXHIBIT C

## Clinical Experts Consensus Forum on Reducing
## Suicides in Administrative Segregation Units

Friday July 14, 2006
8:00 A.M. to 5:00 P.M.

Office of the Attorney General, 12th Floor
455 Golden Gate Ave., San Francisco

| | |
|---|---|
| Moderator | J. Michael Keating<br>*Coleman* Special Master |
| Special Master's Staff | Jeffrey Metzner, M.D.<br>*Coleman* Monitor<br>Denver, Colorado |
| | Ray Patterson, M.D.<br>Special Master's Suicide Expert<br>Washington, D.C. |
| Invited Experts | |
| CDCR | John Stoner, Ph.D.<br>Colorado State Penitentiary<br>Colorado Dept. of Corrections |
| | Thomas White, Ph.D.<br>Consultant<br>Leavenworth, Kansas |
| | William Kissel, M.S., CCHP<br>Director of Quality & Evaluation<br>Div. of Mental Health/Developmental Disabilities/Addictive Diseases<br>Department of Human Resources<br>State of Georgia |
| Plaintiffs | Lindsay Hayes, M.S.<br>Project Director<br>National Center on Institutions and Alternatives<br>Mansfield, MA |
| Counsel | |
| Plaintiffs | Jane Kahn<br>Rosen, Bien & Asaro |

Defendents    Michael Stone
              Office of Legal Affairs
              California Dept. of Corrections and Rehabilitation

Staff

              Doug McKeever
              *Coleman* Project Director
              Division of Correctional Healthcare Services
              California Dept. of Corrections and Rehabilitation

              Shama Chaiken, Ph.D.
              Chief Psychologist
              Mental Health Program
              Division of Correctional Healthcare Services
              California Dept. of Corrections and Rehabilitation

              Margaret McAloon, Ph.D.
              Chief Psychologist
              Mental Health Program
              Division of Correctional Healthcare Services
              California Dept. of Corrections and Rehabilitation

              Robert D. Canning, Ph.D.
              Senior Psychologist Specialist (A)
              Mental Health Program
              Division of Correctional Healthcare Services
              California Dept. of Corrections and Rehabilitation

              Helen Steenman, Ph.D.
              Senior Psychologist Specialist
              Mental Health Program
              Division of Correctional Healthcare Services
              California Dept. of Corrections and Rehabilitation

              Teresa Schwartz
              Associate Director
              Level III/IV General Population prisons
              Division of Adult Institutions
              California Dept. of Corrections and Rehabilitation