| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>MARK R. FEESER, Bar No. 252968<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S EXPERT REPORT ON SUICIDES COMPLETED IN THE CDCR IN 2007, AND ADOPTING THE SPECIAL MASTER'S FINDINGS AND RECOMMENDATIONS** |

[PROPOSED] ORDER DENYING DEFS' MOT. TO MODIFY SPECIAL MASTER'S EXPERT REPORT ON SUICIDES IN THE CDCR IN 2007, & ADOPTING SPECIAL MASTER'S FINDINGS & RECOMMENDATIONS - CASE NO. CIV S 90-0520 LKK-JFM

[323081-2]

On September 17, 2009, the Special Master filed the *Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007* ("2007 Suicide Report" or the "Report"). Docket No. 3677. On October 1, 2009, defendants filed the Motion to Modify the Special Master's Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2007 ("Defendants' Objections"). Docket Nos. 3695 through 3695-4. The parties stipulated and the Court ordered, on October 7, 2009, that Plaintiffs would file an opposition to Defs' Motion on or before October 23, 2009, and that Defendants reply brief will be filed on or before November 6, 2009. Docket No. 3698.

Having reviewed the Special Master's Report and having considered the evidence, arguments and pleadings submitted by the parties, the Court finds Defendants' objections to be without merit, and hereby adopts in full the findings and recommendations of the 2007 Suicide Report. Defendants' objections are DENIED.

Additionally, Defendants' objections include assertions with regard to their obligations under the relevant court orders and the Program Guide in this case. Specifically, Defendants argue that the responsibility to comply with requests for documents and information by the Special Master is limited to those documents in the possession of CDCR, and does not include documents in the possession of DMH or the *Plata* Receiver. The December 11, 1995 Order of Reference appointing the Special Master provides that the Special Master shall:

> [H]ave unlimited access to the records, files and papers maintained by defendants to the extent that such access is related to the performance of the special master's duties under this Order of Reference. Such access shall include all departmental, institutional, and inmate records, including but not limited to, central files, medical records, and mental health records. The special master may obtain copies of all such relevant records, files, and papers.

Order of Reference, Docket No. 693 at 6:15-22. This obligation includes records in the possession of the *Plata* Receiver as well as those in the possession of the Department of Mental Health, whose Director is a named defendant in this case.

Further, Defendants have objected that there is no policy requiring DMH and specifically,

1

[PROPOSED] ORDER DENYING DEFS' MOT. TO MODIFY SPECIAL MASTER'S EXPERT REPORT ON SUICIDES IN THE CDCR IN 2007, & ADOPTING SPECIAL MASTER'S FINDINGS & RECOMMENDATIONS - CASE NO. CIV S 90-0520 LKK-JFM

[323081-2]

Atascadero State Hospital, to manage aggressive patients, rather than transferring them back to the custody of CDCR.  Defendants, including the Department of Mental Health, are obligated to provide clinically and constitutionally appropriate level of care, including inpatient psychiatric hospitalization, to all patients who require it, and may not prematurely discharge a patient in need of that level of care to a setting where appropriate care is not provided.  "Danger to one's self or others," is a criterion for involuntary admission to psychiatric hospitalization and, therefore, "danger," or aggressiveness, cannot be grounds to discharge or exclude a patient from psychiatric care.  Accordingly, and good cause appearing, and in light of all of the above, and the entire record herein, it is HEREBY ORDERED AS FOLLOWS:

1. Defendants shall timely and completely provide all requested records, files, and papers maintained by Defendants to the extent that such access is related to the performance of the Special Master's duties under this Order of Reference.  The duty to produce these records falls on Defendants alone, and it shall not be an excuse to either timely or complete provision of requested records, files, and papers that such documents are in the possession of the Department of Mental Health or the *Plata* Receiver.

2. Defendants shall provide access to higher levels of care, including acute and intermediate inpatient care at DMH facilities as clinically determined.  DMH and CDCR shall develop appropriate policies, procedures, and training, in consultation with the Special Master, to manage aggressive patients and to assure that patients in need of inpatient psychiatric hospitalization are not deprived or excluded due to their aggressiveness, or other behaviors.

IT IS SO ORDERED.

Dated:  November ___, 2009

LAWRENCE K. KARLTON
Senior Judge
United States District Court
Eastern District of California

2

[PROPOSED] ORDER DENYING DEFS' MOT. TO MODIFY SPECIAL MASTER'S EXPERT REPORT ON SUICIDES IN THE CDCR IN 2007, & ADOPTING SPECIAL MASTER'S FINDINGS & RECOMMENDATIONS - CASE NO. CIV S 90-0520 LKK-JFM

[323081-2]