EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: 256 INTERMEDIATE CARE BEDS AT ATASCADERO STATE HOSPITAL** |

On June 18, 2009, this Court ordered that Defendants comply with the schedule to fill the full complement of 256 intermediate care beds with *Coleman* class members at Atascadero State Hospital no later than October 31, 2009. (Docket No. 3613.) Defendants now seek a sixty-day extension of time to fill the 256 intermediate care beds at Atascadero State Hospital up to and including December 31, 2009.

On October 23, 2009, the California Office of Administrative Law officially approved the Pilot Program described in the Department of Mental Health's Plan to Expedite Admissions for ICF Inpatient Care in Response to the Deputy Special Master's Request Following the March 31, 2009 *Coleman* Court Order. Additionally, the California Department of Corrections and

1

Rehabilitation (CDCR) has begun to implement the Pilot Program. The Pilot Program revised the custody exclusionary criteria utilized for CDCR referrals to Atascadero State Hospital, and expanded the category of inmates that can be considered for admission. The Pilot Program will be implemented in all 30 adult male institutions.

The parties, by and through their counsel, stipulate as follows:

1. The Department of Mental Health shall have up to and including December 31, 2009, to comply with the Court's June 18, 2009 Order that it fill the full complement of 256 intermediate care beds at Atascadero State Hospital with *Coleman* class members;

2. By November 30, 2009, the CDCR Health Care Placement Oversight Program shall review all of the inmate-patients on the waiting list for the Salinas Valley Psychiatric Program at Salinas Valley State Prison using the Pilot Program to determine whether any of the inmate-patients on the list are eligible for admission to Atascadero State Hospital or to the intermediate care program at the Vacaville Psychiatric Program at California Medical Facility; and

3. In accordance with paragraph 11 of the Court's June 18, 2009 Order, Defendants will report to the Special Master by December 31, 2009, on how many additional intermediate care beds, if any, are required for *Coleman* class members at Atascadero State Hospital or Coalinga State Hospital.

SO STIPULATED

Dated: October 30, 2009        By: /s/ *Debbie J. Vorous*
                                   Debbie J. Vorous
                                   Office of the Attorney General
                                   Attorneys for Defendants

Dated: October 30, 2009        By: /s/ *Jane Kahn*
                                   Jane Kahn
                                   Rosen, Bien & Galvan
                                   Attorneys for Plaintiffs

2

1  SO ORDERED

2  The above stipulation is the Order of this Court.

3

4  Dated: _____        _____
                                 Lawrence K. Karlton
5                                United States District Court Judge

6  CF1997CS0003