1   EDMUND G. BROWN JR.
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    JEFFREY STEELE, State Bar No. 124668
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 324-5345
      Fax:  (916) 324-5205
7     E-mail:  Debbie.Vorous@doj.ca.gov

8   Attorneys for Defendants

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**                2:90-cv-00520 LKK JFM P

                                   Plaintiffs,
15                                            **STIPULATION AND
                                              ORDER FOR EXTENSION OF TIME
16      v.                                    RE:  256 INTERMEDIATE CARE
                                              BEDS AT ATASCADERO STATE
17  **ARNOLD SCHWARZENEGGER, et al.,**        HOSPITAL**

18                                 Defendants.

19

20          On June 18, 2009, this Court ordered that Defendants comply with the schedule to fill the

21  full complement of 256 intermediate care beds with *Coleman* class members at Atascadero State

22  Hospital no later than October 31, 2009.  (Docket No. 3613.)  Defendants now seek a sixty-day

23  extension of time to fill the 256 intermediate care beds at Atascadero State Hospital up to and

24  including December 31, 2009.

25          On October 23, 2009, the California Office of Administrative Law officially approved the

26  Pilot Program described in the Department of Mental Health's Plan to Expedite Admissions for

27  ICF Inpatient Care in Response to the Deputy Special Master's Request Following the March 31,

28  2009 *Coleman* Court Order.  Additionally, the California Department of Corrections and

                                          1

PDF created with pdfFactory trial version www.pdffactory.com

1   Rehabilitation (CDCR) has begun to implement the Pilot Program.  The Pilot Program revised the

2   custody exclusionary criteria utilized for CDCR referrals to Atascadero State Hospital, and

3   expanded the category of inmates that can be considered for admission. The Pilot Program will be

4   implemented in all 30 adult male institutions.

5          The parties, by and through their counsel, stipulate as follows:

6          1.      The Department of Mental Health shall have up to and including December 31,

7   2009, to comply with the Court's June 18, 2009 Order that it fill the full complement of 256

8   intermediate care beds at Atascadero State Hospital with *Coleman* class members;

9          2.      By November 30, 2009, the CDCR Health Care Placement Oversight Program

10  shall review all of the inmate-patients on the waiting list for the Salinas Valley Psychiatric

11  Program at Salinas Valley State Prison using the Pilot Program to determine whether any of the

12  inmate-patients on the list are eligible for admission to Atascadero State Hospital or to the

13  intermediate care program at the Vacaville Psychiatric Program at California Medical Facility;

14  and

15         3.      In accordance with paragraph 11 of the Court's June 18, 2009 Order, Defendants

16  will report to the Special Master by December 31, 2009, on how many additional intermediate

17  care beds, if any, are required for *Coleman* class members at Atascadero State Hospital or

18  Coalinga State Hospital.

19         SO STIPULATED

20         Dated:  October 30, 2009                    By: /s/ *Debbie J. Vorous*
                                                            Debbie J. Vorous
21                                                          Office of the Attorney General
                                                            Attorneys for Defendants
22

23         Dated:  October 30, 2009                    By: /s/ *Jane Kahn*
                                                            Jane Kahn
24                                                          Rosen, Bien & Galvan
                                                            Attorneys for Plaintiffs
25

26

27

28
                                                    2

PDF created with pdfFactory trial version www.pdffactory.com

1  SO ORDERED

2  The above stipulation is the Order of this Court.

3

4  Dated:   November 2, 2009

5

6

7  LAWRENCE K. KARLTON
   SENIOR JUDGE

8  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and [Proposed] Order for Ext. of Time Re:  256 Beds at Atascadero State Hospital
(2:90-cv-00520 LKK JFM P)

PDF created with pdfFactory trial version www.pdffactory.com