CASE 90-0520 L.K.K

FILED
OCT 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

10-27-09

U.S. Dist Judge Karlton and Deputy A.G. Jesse Witt because of Senator Feinsteins letter to the Governor I was moved to the hole against mental Health Doctor O'Reillys strong recommendation. I was taken to A.C. and LT Amrhein, LT Evans, LT Arnold, Sgt D. Moore pretended they where going to hang me as a suicide. The Prison Law Office and Mike Bien are jokes when it comes to helping me. Asso Warden Oacauay said I will stay grade B while I provide my wifes location. LT Amrhein, LT Arnold enter my cell removing legal mail or anything I prepare legal in my cell and placing photos of where my wife might in my cell on a weekly basis. No other death row inmate has ever been moved to the hole grade B over a rule violation for nude photos and photos where used in my death penalty trial. I am not allowed legal mail, legal calls, legal visits, legal material or legal Law Library until I provide my wifes remains or I will be taunted daily into suicide. Every time I leave my cell especially for hospital or court my legal mail, legal material destroyed or taken, replaced by enclosed photos. I have court via video conference Dec 1, 09 above staff said I'll be punished for.

Jerry Stanley

DIANNE FEINSTEIN
CALIFORNIA

SELECT COMMITTEE ON
INTELLIGENCE—CHAIRMAN
COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION

# United States Senate
WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

September 7, 2009

Mr. Jerry F. Stanley
P.O. Box C 80900
Death Row ~~SEE~~ 7 2-E-23
San Quentin, California 94974

Dear Mr. Stanley:

    Thank you for taking the time to write to me. I am sorry to hear about your difficulties with your treatment in San Quentin. I appreciate your trust in me and the opportunity to help in this matter. Unfortunately, many issues within the State of California are beyond my jurisdiction as a United States Senator.

    I want to be sure that your letter reaches someone who can help you; therefore, I have referred it to Governor Arnold Schwarzenegger. His office is set up to help in matters within the jurisdiction of the Governor of the State of California, and I have been assured that his staff will work hard to help you in your endeavors. If you wish to contact his office, please write or call:

> Office of Governor Arnold Schwarzenegger
> Office of Constituent Affairs
> State Capitol, First Floor
> Sacramento, California 95814
> (916) 445-2841

    Again, I thank you for your letter and the opportunity to serve you. I hope you will write to me again if I can be of assistance, particularly on issues before the United States Senate.

Sincerely,

*Dianne Feinstein*
Dianne Feinstein
United States Senator

DF:jl

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Photos of Manton, Calif. Area of Diana's Burial Site





Top - North East
Residence

North

Top
2nd Pond

Top - North
Landing