| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>MARIA V. MORRIS, Bar No. 223903<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2009** |

1     On March 19, 1996, the District Court established procedures by which plaintiffs are to collect
2  periodic attorneys' fees and costs in this case in connection with their work monitoring defendants'
3  compliance with the Court's Orders and collecting fees.
4     Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Second Quarter of
5  2009 to defendants via overnight Federal Express on August 6, 2009. Plaintiffs received defendants'
6  objections on September 9, 2009. The parties completed their meet-and-confer process on October 8,
7  2009. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and
8  owing for the Second Quarter of 2009.
9     THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $311,679.91 plus
10 interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on
11 these fees and costs will run from September 7, 2009 (31 days after defendants' receipt of plaintiffs'
12 statement), accruing at the rate provided by 28 U.S.C. §1961.
13 IT IS SO STIPULATED.
14 DATED: ~~October~~ Nov. 3, 2009

Jeffrey Steele, Esq.
Deputy Attorney General
Attorney for Defendants

17 DATED: October 27, 2009

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for *Coleman* Plaintiffs and on Behalf of
*Plata* Plaintiffs

# EXHIBIT A

Coleman v. Schwarzenegger
Summary of Fees and Costs
April 1, 2009 through June 30, 2009

|  | **Stipulated Fees & Costs** | |
|---|---:|---:|
|  | **FEES** | **COSTS** |
| Monitoring | $281,204.25 | $15,563.34 |
| Enforcement Via Three-Judge Panel | $0.00 | $0.00 |
| Monitoring Fees on Fees | $14,119.80 | $792.52 |
| Totals: | $295,324.05 | $16,355.86 |

**Total Stipulated Fees and Costs**   $311,679.91

307962

Coleman v. Schwarzenegger
Stipulated Fees (Non Three-Judge Panel)
April 1, 2009 through June 30, 2009

**Rosen Bien & Galvan**

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | Requested Rates | $135 Paralegal Rate | Undisputed Total | Remaining Disputed Fees and Rates |
|---|---|---|---|---|---|---|---|
| Sanford J. Rosen | 0.00 | 0.00 | 0.00 | $177.00 | N/A | $0.00 | $0.00 |
| Michael W. Bien | 156.70 | 0.60 | 156.10 | $177.00 | N/A | $27,629.70 | $106.20 |
| Gay C. Grunfeld | 2.90 | 0.00 | 2.90 | $177.00 | N/A | $513.30 | $0.00 |
| Ernest Galvan | 103.90 | 0.00 | 103.90 | $177.00 | N/A | $18,390.30 | $0.00 |
| Thomas Nolan | 2.40 | 0.00 | 1.90 | $177.00 | N/A | $336.30 | $0.00 |
| Jane E. Kahn | 294.10 | 0.20 | 293.90 | $177.00 | N/A | $52,020.30 | $35.40 |
| Mark R. Feeser | 162.50 | 29.10 | 131.40 | $177.00 | N/A | $23,257.80 | $5,150.70 |
| Lisa A. Ells | 165.30 | 0.70 | 151.30 | $177.00 | N/A | $26,780.10 | $123.90 |
| Amy E. Whelan | 81.70 | 0.80 | 80.90 | $177.00 | N/A | $14,319.30 | $141.60 |
| Shirley Huey | 0.10 | 0.00 | 0.10 | $177.00 | N/A | $17.70 | $0.00 |
| Maria V. Morris | 0.10 | 0.00 | 0.10 | $177.00 | N/A | $17.70 | $0.00 |
| Holly M. Baldwin | 1.50 | 0.00 | 1.50 | $177.00 | N/A | $265.50 | $0.00 |
| Kevin E. Jones | 82.70 | 0.00 | 78.70 | $177.00 | $135.00 | $10,624.50 | $3,305.40 |
| Karen E. Stilber | 8.90 | 0.00 | 8.90 | $177.00 | $135.00 | $1,201.50 | $373.80 |
| Sofia A Milham | 130.90 | 0.00 | 120.80 | $177.00 | $135.00 | $16,308.00 | $5,073.60 |
| Ritika S. Aggarwal | 238.90 | 0.70 | 207.30 | $170.00 | $135.00 | $27,985.50 | $7,374.50 |
| Melanie E. Wilkinson | 5.70 | 0.00 | 4.10 | $170.00 | $135.00 | $553.50 | $143.50 |
| Maya Weltman-Fahs | 1.40 | 0.00 | 1.40 | $177.00 | $135.00 | $189.00 | $58.80 |
| Matthew R. Harrison | 1.60 | 0.00 | 1.60 | $170.00 | $135.00 | $216.00 | $56.00 |
| Kate M. Richardson | 131.80 | 0.00 | 125.70 | $170.00 | $135.00 | $16,969.50 | $4,399.50 |
| Kathleen Johnsom-Silk | 195.40 | 0.00 | 179.30 | $177.00 | $135.00 | $24,205.50 | $7,530.60 |
| Claire A. Hoffman | 0.20 | 0.00 | 0.20 | $160.00 | $135.00 | $27.00 | $5.00 |
| Haruka Roudebush | 5.80 | 0.00 | 5.80 | $170.00 | $135.00 | $783.00 | $203.00 |
| Amy Super | 9.70 | 0.00 | 9.70 | $177.00 | $135.00 | $1,309.50 | $407.40 |
| Totals | 1784.20 | 32.10 | 1667.50 | | | $263,920.50 | $34,488.90 |

307962

Coleman v. Schwarzenegger
Stipulated Fees (Non Three-Judge Panel)
April 1, 2009 through June 30, 2009

**Prison Law Office**

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | Requested Rates | $135 Paralegal Rate | Undisputed Total | Remaining Disputed Fees and Rates |
|---|---|---|---|---|---|---|---|
| Donald Specter | 7.80 | 0.00 | 7.80 | $177.00 | N/A | $1,380.60 | $0.00 |
| Steve Fama | 18.50 | 0.00 | 18.50 | $177.00 | N/A | $3,274.50 | $0.00 |
| Meghan Hagler | 0.10 | 0.00 | 0.10 | $177.00 | N/A | $17.70 | $0.00 |
| Pui Yee Yu | 0.10 | 0.00 | 0.10 | $170.00 | $135.00 | $13.50 | $3.50 |
| Riley Doyle Evans | 9.00 | 0.00 | 7.50 | $170.00 | $135.00 | $1,012.50 | $262.50 |
| Luisa Rivera | 67.00 | 0.00 | 67.00 | $170.00 | $135.00 | $9,045.00 | $2,345.00 |
| Totals | 102.50 | 0.00 | 101.00 | | | | |

$14,743.80   $2,611.00

**Employment Law Center**

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | Requested Rates | $135 Paralegal Rate | Undisputed Total | Remaining Disputed Fees and Rates |
|---|---|---|---|---|---|---|---|
| Claudia Center | 5.81 | 0.00 | 5.81 | $177.00 | N/A | $1,028.37 | $0.00 |
| Sam Goldberg | 2.30 | 0.00 | 2.30 | $177.00 | N/A | $407.10 | $0.00 |
| Brendan O'Brine | 6.24 | 0.00 | 6.24 | $177.00 | N/A | $1,104.48 | $0.00 |
| Totals | 14.35 | 0.00 | 14.35 | | | | |

$2,539.95

**Fees on Monitoring Undisputed Total**   **$281,204.25**

307962

Coleman v. Schwarzenegger
Stipluated Expenses (Non Three-Judge Panel)
April 1, 2009 through June 30, 2009

**Rosen Bien & Galvan**

| Description | Claimed Costs | Undisputed Costs |
|---|---|---|
| Computerized Legal Research | $944.59 | $944.59 |
| Transcripts and Reports | $157.25 | $157.25 |
| In-House Copying | $6,625.00 | $6,625.00 |
| Outside Copying | $3,099.07 | $3,099.07 |
| L-D Telephone | $125.80 | $125.80 |
| Postage and Delivery | $1,967.23 | $1,967.23 |
| Travel | $773.25 | $773.25 |
| Pacer Electronic Case File Charges | $202.16 | $202.16 |

RBG Total         $13,894.35

**Prison Law Office**

| Description | Claimed Costs | Undisputed Costs |
|---|---|---|
| Travel | $107.50 | $107.50 |
| In-House Copying | $960.40 | $960.40 |
| Postage and Delivery | $601.09 | $601.09 |

PLO Total         $1,668.99

**Costs on Monitoring Undisputed Total**         **$15,563.34**

307962

## Coleman v. Schwarzenegger
### Stipulated Summary of Fees on Fees
### April 1, 2009 through June 30, 2009

**Rosen Bien & Galvan**

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | $135 Paralegal Rate | Requested Rates | Claimed Amount | Remaining Disputed Fees and Rates |
|---|---|---|---|---|---|---|---|
| Sanford J. Rosen | 0.30 | 0.00 | 0.30 | N/A | $177.00 | $53.10 | $0.00 |
| Michael W. Bien | 8.00 | 6.60 | 1.40 | N/A | $177.00 | $247.80 | $1,168.20 |
| Gay C. Grunfeld | 1.00 | 1.00 | 0.00 | N/A | $177.00 | $0.00 | $177.00 |
| Ernest Galvan | 89.70 | 74.40 | 15.30 | N/A | $177.00 | $2,708.10 | $13,168.80 |
| Jane E. Kahn | 0.10 | 0.00 | 0.10 | N/A | $177.00 | $17.70 | $0.00 |
| Lisa A. Ells | 0.20 | 0.20 | 0.00 | N/A | $177.00 | $0.00 | $35.40 |
| Kenneth M. Walczak | 0.20 | 0.20 | 0.00 | N/A | $177.00 | $0.00 | $35.40 |
| Amy E. Whelan | 86.40 | 57.70 | 28.70 | N/A | $177.00 | $5,079.90 | $10,212.90 |
| Blake Thompson | 16.50 | 15.60 | 0.90 | N/A | $177.00 | $159.30 | $2,761.20 |
| Holly M. Baldwin | 0.20 | 0.00 | 0.20 | N/A | $177.00 | $35.40 | $0.00 |
| Kevin E. Jones | 148.00 | 111.40 | 36.60 | 135.00 | $177.00 | $4,941.00 | $21,255.00 |
| Karen E. Stilber | 2.10 | 2.10 | 0.00 | 135.00 | $177.00 | $0.00 | $371.70 |
| Sofia A Milham | 1.80 | 1.80 | 0.00 | 135.00 | $177.00 | $0.00 | $318.60 |
| Melanie E. Wilkinson | 0.00 | 0.00 | 0.00 | 135.00 | $170.00 | $0.00 | $0.00 |
| Kate M. Richardson | 28.30 | 28.00 | 0.30 | 135.00 | $170.00 | $40.50 | $4,770.50 |
| Pamela Derrico | 3.60 | 0.00 | 3.60 | 135.00 | $177.00 | $486.00 | $151.20 |
| Totals | 386.40 | 299.00 | 87.40 | | | $13,768.80 | $54,425.90 |

**Prison Law Office**

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | $135 Paralegal Rate | Requested Rate | Claimed Amount | Remaining Disputed Fees and Rates |
|---|---|---|---|---|---|---|---|
| Edie DeGraff | 2.60 | 0.00 | 2.60 | $135.00 | $160.00 | $351.00 | $65.00 |
| Totals | 2.60 | 0.00 | 2.60 | | | $351.00 | $65.00 |

**Fees on Fees Undisputed Total**          $14,119.80

307962

Coleman v. Schwarzenegger
Stipulated Costs on Fees
April 1, 2009 through June 30, 2009

**Rosen Bien & Galvan**

| Description | Claimed Costs | Objected Costs | Stipulated Total |
|---|---|---|---|
| Computerized Legal Research | $1,802.87 | $1,732.11 | $70.76 |
| In-House Copying | $483.20 | $0.00 | $483.20 |
| L-D Telephone | $7.63 | $0.00 | $7.63 |
| Postage and Delivery | $230.93 | $0.00 | $230.93 |

RBG Total   $792.52

**Costs on Fees Undisputed Total**   **$792.52**

307962