IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2009** |

1   On November 3, 2009, the parties in this case filed a Stipulation confirming the
2   results of their meet and confer session concerning fees and costs for the second quarter
3   of 2009, pursuant to the March 19, 1996, periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5   costs of $311,679.91, plus interest, are due and collectable as of forty-five days from the
6   date of entry of this Order.  Interest on these fees and costs will run from September 7,
7   2009, accruing at the rate provided by 28 U.S.C. §1961.
8   IT IS SO ORDERED.
9   Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court