EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JEFFREY STEELE, State Bar No. 124668
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: jeff.steele@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DR. ROBERT CANNING IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE SPECIAL MASTER'S EXPERT'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION IN CALENDAR YEAR 2007** |

I, Robert Canning, declare:

1.     I am an Acting Chief Psychologist for the California Department of Corrections and Rehabilitation, and currently serve as Chief of Clinical Practices, and Suicide Prevention Coordinator. I have served as the Department's Suicide Prevention Coordinator since September 26, 2005. I was previously employed as Staff Psychologist at the California Medical Facility from August 1, 2001 to September 23, 2005. From April 1, 1998 through June 30, 2001 I was employed as a staff psychologist by the Department of Psychiatry and Behavioral Sciences,

1

1  University of California Davis Medical Center, Sacramento, CA.  I was granted a Ph.D. in
2  Clinical Psychology from the Pacific Graduate School of Psychology in Palo Alto, CA, in June,
3  1993.  In 1995 I completed a National Institute of Mental Health training fellowship in
4  Psychiatric Epidemiology at the Western Psychiatric Institute and Clinic in Pittsburgh, PA.  I
5  have been licensed to practice clinical psychology in California since February, 1997.  My job
6  duties include analyzing data regarding inmate suicides, including suicide reports, Unit Health
7  Records of those inmates who have committed suicide, and Quality Improvement Plans, and any
8  other available data.  In addition, I have analyzed long-term trends pertaining to inmate suicides.
9  I have personal knowledge of the facts stated in this declaration and if called to testify to those
10 facts could and would do so.

11       2.    In his suicide reports for both 2004 and 2007, the Special Master's expert, Dr.
12 Patterson, appears to use the term "rate" interchangeably with "percentage."  In the context of this
13 report, Dr. Patterson refers to the rate of suicide in Administrative Segregation, which he
14 apparently defines as the percentage of suicides occurring in Administrative Segregation Units
15 compared to the number of suicides occurring in the Department as a whole.  Dr. Patterson never
16 calculates his rates for suicides in administrative segregation units the way the rate for the
17 department as a whole is calculated (suicides per 100,000 inmates).  This is appropriate.  Because
18 of the relatively small population in administrative segregation, and the small number of suicides
19 both in administrative segregation and overall, a difference of one or two suicides per year would
20 cause outsized swings in the rate, making calculation of trend lines meaningless.

21       3.    Thus, Dr. Patterson reports the rate for suicide in the department as suicides per
22 100,000 inmates, but notes the rate for administrative segregation units as a percentage of the
23 overall suicide rate.  His original comments about the "escalating percentage" in 2004, and in
24 2007 about the "disturbingly high rate," appear to refer to the proportion of suicides occurring in
25 administrative segregation compared to the total number for the department, rather than number
26 of suicides per 100,000 inmates in administrative segregation units or the absolute frequency of
27 suicides in administrative segregation.
28

2

4. I have reviewed Plaintiffs' opposition to this motion. Plaintiffs present a chart that expresses suicides in administrative segregation as a rate per 100,000 inmates. This is not the rate Dr. Patterson refers to in his Report. Equally important, Plaintiffs' numbers are an inappropriate calculation since the calculated rates are dependent on such small numbers and thus are unstable.

I declare under penalty of perjury that the foregoing is true. Executed this 5th day of November, 2009, at Sacramento, California.

*[signature]*
ROBERT CANNING, Ph.D.

3

Dec. of Robert Canning in Supp. Of Mot. To Modify The Spec. Master's Expert's Report On Suicides Completed In The Ca. Dept. Of Corr. And Rehab. In Cal. Yr. 2007    (2:90-cv-00520 LKK JFM P)