EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. WOLFF – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
swolff@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' RESPONSE TO THREE-JUDGE COURT'S OCTOBER 21, 2009 ORDER**<br><br><br>**To:  Three-Judge Court** |

- 1 -

In its order dated October 21, 2009, this Three-Judge Court rejected Defendants' September 18, 2009 Population Reduction Plan and ordered Defendants to submit a new population reduction plan that complies with the Three-Judge Court's August 4, 2009 Order. Specifically, Defendants were ordered to create a new plan that "provides for a reduction of the prison population to 137.5% of design capacity within two years." (Oct. 21, 2009 Order at 2:24-25.) In addition, the October 21, 2009 Order also requires Defendants to respond to several inquiries by the Court relating to: (1) the calculations with respect to Defendants' proposed population reduction measures included in the new plan; (2) the effect, if any, of the September 17, 2009 California Department of Corrections and Rehabilitation's (CDCR) reduced budget in rehabilitation programs; (3) measures the State will take to ensure public safety through reentry and diversionary programs; and (4) Governor Schwarzenegger's budget proposal submitted to the California State Legislature aimed at addressing California's historic budget deficit that could provide for a population reduction of up to 37,000 inmates.

As required by the Three-Judge Court's October 21, 2009 Order, Defendants submit the following documents:

1. Attached as Exhibit A is "State Defendants' November 12, 2009 Response to the Court's October 21, 2009 Order to Reduce Prison Population to 137.5% of Design Capacity" (Defendants' Response).

2. Attached as Exhibit B is the declaration of Jay Atkinson, Research Manager II for the Estimates and Statistical Analysis Section, Offender Information Services Branch, CDCR. Mr. Atkinson's declaration is responsive to the Three-Judge Court's first inquiry regarding the calculations through which Defendants obtained the estimates of the population reductions associated with the proposed actions in Defendants' Response.

3. Attached as Exhibit C is the declaration of David Lewis, Deputy Director, Fiscal Services for CDCR. Mr. Lewis's declaration is similarly responsive

- 2 -

| | | |
|---|---|---|
|1| |to the Three-Judge Court's first inquiry regarding the calculations through|
|2| |which Defendants obtained the estimates of the population reductions|
|3| |associated with the proposed actions in Defendants' Response.  Mr.|
|4| |Lewis's declaration is also responsive to the Three-Judge Court's second|
|5| |inquiry regarding whether the September 17, 2009 CDCR budget reduction|
|6| |of $250 million in rehabilitation programs will affect any estimated|
|7| |reductions included in Defendants' Response, to the extent Defendants'|
|8| |Response relies on rehabilitation programs.  Lastly, Mr. Lewis's declaration|
|9| |is responsive to the Three-Judge Court's fourth inquiry regarding Governor|
|10| |Schwarzenegger's budget proposal previously submitted to the California|
|11| |Legislature that called for a reduction of up to 37,000 inmates over a two-|
|12| |year period aimed at addressing California's historic budget deficit.|
|13|4.|Attached as Exhibit D is the declaration of Scott Kernan, Undersecretary of|
|14| |Operations for CDCR.  Mr. Kernan's declaration is responsive to the Three-|
|15| |Judge Court's first inquiry regarding the calculations through which|
|16| |Defendants obtained the estimates of the population reductions associated|
|17| |with the proposed actions in Defendants' Response.|
|18|5.|Attached as Exhibit E is the declaration of Sharon Aungst, Chief Deputy|
|19| |Secretary of the Division of Correctional Health Care Services for CDCR.|
|20| |Ms. Aungst's declaration is responsive to the Three-Judge Court's second|
|21| |inquiry regarding all budget reductions, announced or implemented in|
|22| |2009, that affect CDCR's provision of medical or mental health services|
|23| |and otherwise affect the size of the inmate population.|
|24|6.|Attached as Exhibit F is the declaration of Robert Ambroselli, Acting|
|25| |Director, Division of Adult Parole Operations for CDCR.  Mr. Ambroselli's|
|26| |declaration is responsive to the Three-Judge Court's third inquiry regarding|
|27| |the specific measures that the State will take to ensure public safety|
|28| |through reentry and diversionary programs, including a catalogue of|

1    current programs.

2    7.   Attached as Exhibit G is the declaration of Elizabeth Siggins, Acting Chief
3         Deputy for Adult Programs, CDCR. Ms. Siggins's declaration is similarly
4         responsive to the Three-Judge Court's third inquiry regarding the measures
5         that the State is taking to support and assist counties and other
6         community-level providers of rehabilitation and reentry programs and of
7         any steps it will take or has taken to increase, reduce, or eliminate support
8         or assistance.

9    The submission of the attached Defendants' Response and declarations, as
10   required by the Three-Judge Court's October 21, 2009 Order, is not an admission that
11   this Court's order meets the requirements of the Prison Litigation Reform Act (PLRA).
12   Nor is the submission of the attached documents an admission that Defendants'
13   September 18, 2009 Population Reduction Plan was not in compliance with this Court's
14   August 4, 2009 Order.
15   / / /
16   / / /
17   / / /

- 4 -

As will be argued in the U.S. Supreme Court, the Three-Judge Court erred in its rulings and orders. Thus, the submission of these attachments, including Defendants' Response, does not constitute waiver of any issue previously raised before this Court and which may be raised in the U.S. Supreme Court, including, but not limited to, whether the Three-Judge Court was properly convened; whether the Three-Judge Court misconstrued the PLRA's requirement that crowding is the primary cause of the violation of a federal right; whether the population cap of 137.5% of design capacity satisfies PLRA's "least intrusive" and "narrowly drawn" requirements; and whether the Three-Judge Court improperly refused to permit the State from introducing evidence "relevant only to determining whether the constitutional violations found by the *Plata* and *Coleman* courts were 'current and ongoing.'" (Aug. 4, 2009 Opinion and Order, at 54 fn. 42.)

DATED: November 12, 2009     HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: November 12, 2009     EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Kyle Lewis
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants
Arnold Schwarzenegger, et al.