EXHIBIT D

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Facsimile:  (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. WOLFF – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
swolff@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SCOTT KERNAN IN SUPPORT OF DEFENDANTS' RESPONSE TO THREE-JUDGE COURT'S OCTOBER 21, 2009 ORDER**<br><br>To:  Three-Judge Court |

I, SCOTT KERNAN, declare as follows:

1. I am Undersecretary of Operations for the California Department of Corrections and Rehabilitation ("CDCR"). I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Three-Judge Court's October 21, 2009 Order.

2. As a 26 year employee of the CDCR, I have a deep understanding of the state prison system operations. As the Undersecretary of Operations, I am responsible for oversight of both adult and juvenile institutions and parole operations, as well as the Board of Parole Hearings, Office of Correctional Safety, and the Prison Industry Authority. Before becoming the Undersecretary, I held the positions of Chief Deputy Secretary, Adult Operations, and Deputy Director and Director of the Division of Adult Institutions. In these positions, I was responsible for all aspects of the day-to-day operations of the adult prisons and parole.

3. CDCR's Offender Information Services Branch (OISB) compiles and retains summary statistical information about inmates and parolees. As described below, CDCR was able to estimate the reductions associated with proposed measures included in Defendants' November 12, 2009 Response to the Court's October 21, 2009 Order to Reduce Prison Population to 137.5% of Design Capacity (Defendants' Response) by utilizing information contained within OISB's data warehouse.

4. **California's Out-of-State Correctional Facility Expansion.** Defendants will expand the California Out-of-State Correctional Facility (COCF) program, whose primary purpose is to remove non-traditional beds and relieve crowding by transferring CDCR inmates to contract out-of-state facilities. Beginning approximately February 2010, COCF will expand at existing out-of-state locations to up to 2,416 new Level III beds. By approximately January 2011, CDCR anticipates housing a total of 10,468 inmates at out-of-state facilities.

///

5. **Community Correctional Facilities Utilization.** Defendants will better utilize existing private Community Correctional Facilities (CCFs) to assist in the prison population reduction. CDCR established 13 CCFs throughout California to house low-level inmates. CCFs have been underutilized in the past, in part, because appropriate male inmates are also eligible for other types of housing, including minimum security facilities and camps. Yet, there is an abundance of female inmates who are eligible for placement into these facilities. Accordingly, CDCR is in the process of closing three of these male facilities and sent out requests for proposals to convert these three facilities to house medium security females instead of low security males. Defendants estimate this program will net an approximate 800 inmates reduction by December 31, 2011.

6. **Additional California Out-of-State Correctional Facility Expansion.** In addition to the 2,416 bed expansion set forth above, State Defendants will work with the Legislature to remove the existing clause that calls for the termination of the out-of-state program in 2011. With this legislative change, or with a federal waiver of state law, Defendants estimate they will be able to expand the out-of-state program by approximately 1,500 beds by December 31, 2011 reducing its in-state population by that amount.

/ / /

/ / /

/ / /

7. **House Inmates in Private Facilities.** An additional possible method to reduce the population to 137.5% of design capacity is to rapidly increase the number of available prison beds by expediting leasing, building, and/or operating new beds through establishment of private vendor contracts to house inmates and operate private correctional facilities in the State. If necessary waivers were obtained, it is estimated that CDCR could build, lease or contract for facilities for private vendors and reduce the population at the existing 33 adult institutions by 5,000 by December 31, 2011.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on November 12, 2009.

_____
SCOTT KERNAN