EXHIBIT E

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. WOLFF – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
swolff@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## AND THE NORTHERN DISTRICT OF CALIFORNIA
## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' RESPONSE TO THREE-JUDGE COURT'S OCTOBER 21, 2009 ORDER**<br><br>To: Three-Judge Court |

- 1 -

I, SHARON AUNGST, declare as follows:

1. I am the Chief Deputy Secretary of the Division of Correctional Health Care Services (DCHCS) for the California Department of Corrections and Rehabilitation (CDCR). I began working as Chief Deputy Secretary on February 9, 2009. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Three-Judge Court's October 21, 2009 Order.

2. I have worked in the mental health care profession for over 30 years. From 1995 to 1998, I worked for the Ohio Department of Rehabilitation and Correction (ODRC). During my tenure with the ODRC, I was responsible for fulfilling major requirements for the termination of a federal class action concerning the constitutional adequacy of the mental health care provided to state inmates. *Dunn v. Voinovich*, No. C1-93-0166 (Ohio Dist. Ct.).

3. In my current role as Chief Deputy Secretary of DCHCS, I am responsible for the management and oversight of the health care services division of CDCR which includes the mental health and dental programs.

4. As the Chief Deputy Secretary of DCHCS, I am aware of those budget reductions that have been announced or implemented in 2009 and that affect CDCR's provision of mental health services to *Coleman* class members.

5. CDCR and the *Plata* Receiver coordinate and work collaboratively on a number of issues related to the day-to-day provision of healthcare to California's inmate-patients. However, because the *Plata* Receiver is charged with the management and provision of medical care to California's inmate-patients, the Receiver's Office is most qualified to provide information regarding how, if at all, any budget reductions have meaningfully affected the provision of medical services to California's inmate-patients.

6. With respect to mental health services, I do not believe based on my current understanding of the budget reductions that the reductions will meaningfully impact the provision of mental health care to California's inmate-patients. However,

- 2 -

1  CDCR's reduced budget may affect CDCR's ability to comply with certain *Coleman*
2  program guide requirements. For example, CDCR is required to provide a minimum of
3  ten hours of out-of-cell structured therapeutic activity for every EOP inmate-patient per
4  week. The reduction in rehabilitation programs, including educational, substance abuse
5  treatment, pre-vocational and vocational programs associated with the recent budget
6  reduction may have an adverse impact on the provision of weekly out-of-cell structured
7  therapeutic activity for EOP level inmate-patients. It is unclear at this time whether and
8  to what extent these cuts may impact compliance with the *Coleman* program guide
9  requirements.

11  I declare under the penalty of perjury under the laws of the State of California that
12  the foregoing is true and correct. Executed in Sacramento, California on November 12,
13  2009.

           _____
                   SHARON AUNGST