EXHIBIT F

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Facsimile:  (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. WOLFF – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
swolff@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROBERT AMBROSELLI IN SUPPORT OF DEFENDANTS' RESPONSE TO THREE-JUDGE COURT'S OCTOBER 21, 2009 ORDER**<br><br>To:  Three-Judge Court |

I, ROBERT AMBROSELLI, declare as follows:

1. I have been employed by the California Department of Corrections and Rehabilitation for 19 years. I currently hold the position of Acting Director, Division of Adult Parole Operations (DAPO) and have held this position since August 1, 2009. Prior to that, I was Deputy Director of DAPO. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Three-Judge Court's October 21, 2009 Order.

2. As Acting Director of DAPO, I am familiar with CDCR's reentry and diversionary programs. DAPO's Program Development Unit developed and administers numerous community-based programs to enhance public safety and assist parolees in the reintegration process. These programs provide critical services such as housing, sustenance, literacy labs/GED preparation, substance abuse counseling/treatment, job readiness/placement assistance, life skills training, domestic violence counseling, group and family counseling, and victim awareness training. The programs are designed to meet the needs of parolees with a high risk to re-offend and are used in lieu of incarceration as intermediate/remedial sanctions for parolees who violate their parole. The programs include the following: Residential-Multi Service Centers, Parolee Service Centers, Day Reporting Centers, Community-Based Coalition Program, Computerized Literacy Learning Center, and Substance Abuse Treatment and Recovery Program.

3. The Residential-Multi Service Centers program provides housing for homeless and at-risk parolees. This 180-day program offers a variety of services to male and female parolees that include drug counseling, literacy training, job preparation/placement, anger management classes, and individual and group counseling. This program served 2,329 parolees from January 2009 through September 2009.

4. The Parolee Service Centers program provides residential programs to parolees who are in need of various resources including: employment, substance abuse,

- 2 -

stress management, victim awareness, computer literacy, life skills, and a 52-week domestic violence class. This program served 3,202 parolees from January 2009 through September 2009.

5. The Day Reporting Centers program provides services such as cognitive life skills, anger management, employment assistance, educational services, budgeting and money management, family reunification, substance abuse counseling, participation in community services, job readiness and job search assistance. This program served 2,006 parolees from January 2009 through September 2009.

6. The Community-Based Coalition program provides residential and transitional housing, substance abuse education and treatment, anger management strategies, domestic violence prevention and awareness, cognitive and life skills development, parenting and family reintegration, participation in community service, educational service, budgeting and money management, job readiness and job search assistance, and sober living. This program served 1,466 parolees from January 2009 through September 2009.

7. The Computerized Literacy Learning Center is a computer-assisted instructional program located at 21 parole offices statewide. It is designed to increase the literacy skills of parolees, resulting in increased employability and parolee success. This program served 2,114 parolees from January 2009 through September 2009.

8. The Substance Abuse Treatment and Recovery program is an education-based program located at 29 parole offices statewide. It is designed to provide substance abuse and relapse prevention instruction to parolees that are in need of substance abuse education. This program served 7,332 parolees from January 2009 through September 2009.

9. In sum, these programs described in paragraphs 3 through 8 above have served a combined 18,449 participants from January 2009 through September 2009. The 18,449 figure, however, does not reflect the fact that a parolee may have participated in more than one program, or that a parolee may have been discharged

- 3 -

1 | from a program and subsequently re-enrolled back into the same program or into a
2 | different program.
3 |     10.    Additionally, DAPO's Program Development Unit is in the process of
4 | establishing four additional sites for the Day Reporting Center program, described
5 | above. These four additional sites will add an additional 1,200 community-based
6 | program slots.
7 |     11.    Due to the State's fiscal crisis and CDCR's budget deficit, DAPO is looking
8 | at a potential $41 million reduction in current year program funds. This reduction will be
9 | achieved by delaying the activation of new program sites until Fiscal Year 2010/11 and
10 | does not envision the closure of current programs. However, due to the budget
11 | deficit/reduced funding, the implementation of other new programs is not being
12 | considered at this time.
13 |     12.    Diversionary programs help DAPO ensure and enhance public safety. In
14 | addition to their regular parole agent supervision, participating parolees are placed in a
15 | structured environment with either 24-hour supervision (in residential facilities such as
16 | the Residential-Multi Service Centers or Parolee Service Centers) or subjected to greatly
17 | increased supervision in programs provided in parole offices (such as the Substance
18 | Abuse Treatment and Recovery program and the Computerized Literacy Learning
19 | Center program) and programs where parole staff are assigned (such as the Day
20 | Reporting Centers and the Community-Based Coalition program). The parolees' needs
21 | are assessed by program staff and the parolees are provided with individual treatment
22 | plans that address their criminogenic needs.
23 | / / /
24 | / / /
25 | / / /

- 4 -

13. While these are CDCR-funded and supported programs, these programs impact the same population to be served by the counties and other community-level providers. This provides assistance and support to the communities.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Bakersfield, California on November 12, 2009.

_____
ROBERT AMBROSELLI

- 5 -
DECL. AMBROSELLI SUPP. DEFS.' RESP. TO OCT. 21, 2009 ORDER
CASE NOS. 2:90-CV-00520 LKK JFM; C01-1351 TEH
2108499.1

TOTAL P.06