IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,   Case No. Civ. S 90-0520 LKK-JFM

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.   <u>ORDER</u>

_____/

    On November 3, 2009, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the second quarter of 2009, pursuant to the March 19, 1996, periodic fees order in this case.

    Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $311,679.91, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 7, 2009, accruing at the rate provided by 28 U.S.C. § 1961.

    IT IS SO ORDERED.

DATED: November 12, 2009.

                                                   UNITED STATES MAGISTRATE JUDGE

af2109