EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |

1

| Acronym List ||
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **MHCB** | Mental Health Crisis Bed |
| **MH-OHU** | Mental Health Outpatient Housing Unit |
| **SAC** | California State Prison, Sacramento |

2

Defs.' Request for Waiver of State Law Re: California State Prison, Sacramento
(2:90-cv-00520 LKK JFM PC)

## INTRODUCTION

This Court ordered Defendants to inform it of any regulatory or licensing barriers that impede the activation of mental health care beds. (Docket No. 1800.) Additionally, on June 18, 2009, this Court approved the California Department of Corrections and Rehabilitations' short-term proposal to covert 20 Mental Health Outpatient Housing Unit (MH-OHU) beds at California State Prison, Sacramento (SAC), to 20 temporary unlicensed Mental Health Crisis Beds (MHCBs). (Docket No. 3613.) Defendants will not be able to convert the beds, however, unless this Court waives certain state licensing requirements governing the licensing of Correctional Treatment Centers.

Defendants therefore request that this Court waive these licensing requirements so that the California Department of Corrections and Rehabilitation (CDCR) can covert the 20 MH-OHU beds at SAC to 20 temporary unlicensed MHCBs.

## BACKGROUND

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate-term, and long-range beds needs of the *Coleman* class members. (Docket No. 3556.) Defendants submitted their bed plan on May 26, 2009. (Docket No. 3592.) As one of their short-term bed projects, Defendants proposed to convert 20 MH-OHU beds at SAC to 20 temporary unlicensed MHCBs pending the construction of additional, permanent MHCBs as part of their long-term bed plan. (*Id.,* at 12.) In addition, Defendants informed the Court that CDCR will, upon approval of their bed plan, ask the Court to waive the State's licensing requirements regarding the licensing of Correctional Treatment Centers; that is, California Health and Safety Code section 1250(j) and California Code of Regulations, Title 22, sections 79501-79861. (*Id.*) On June 18, 2009, this Court approved Defendants' short-term plan. (Docket No. 3613.)

/ / /

/ / /

/ / /

3

# GOOD CAUSE EXISTS FOR THIS COURT TO WAIVE STATE LAW IN ORDER TO ACTIVATE THE TEMPORARY MHCBS AT SAC

The "Supreme Court has stated that otherwise valid state laws or court orders cannot stand in the way of a federal court's remedial scheme if the action is essential to enforce the scheme." *Stone v. City and County of San Francisco*, 968 F.2d 850, 862 (9th Cir. 1992) (quoting *North Carolina State Bd. Of Educ. v. Swann*, 402 U.S. 43, 45 (1971).) CDCR is ready to begin converting the 20 MH-OHU beds at SAC to 20 temporary unlicensed MHCBs. (Aungst Decl. ¶ 4.) It will not be able to convert the beds, however, unless this Court waives the above-referenced licensing requirements governing the licensing of Correctional Treatment Centers. (*Id.* ¶ 5.) Waiving state law will allow CDCR to convert the beds following Court approval. (*Id.* ¶ 6.) Under this circumstance, it is appropriate for this Court to waive state law.[1]

## CONCLUSION

Because good cause exists to grant Defendants' request, Defendants respectfully request that this Court waive California Health and Safety Code section 1250(j) and California Code of Regulations, Title 22, sections 79501–79861 so that CDCR can convert the 20 MH-OHU beds at SAC to 20 temporary unlicensed MHCBs.

Dated: November 24, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30905084

---

[1] This Court has held on two prior occasions that state licensing requirements temporarily give way to the use of unlicensed mental health crisis beds. (*See* Docket No. 1800, Order filed May 2, 2006, concerning California Men's Colony and Docket No. 3516, Order filed February 17, 2009, concerning California Institution for Men.)

4

Defs.' Request for Waiver of State Law Re: California State Prison, Sacramento
(2:90-cv-00520 LKK JFM PC)