EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JEFFREY STEELE, State Bar No. 124668
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |

I, Sharon Aungst, declare:

1.      I am the Chief Deputy Secretary of the Division of Correctional Health Care Services for the California Department of Corrections and Rehabilitation (CDCR).  I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2.      I began working as Chief Deputy Secretary on February 9, 2009.  I have worked in the mental health care profession for over thirty years.

3.      I am familiar with Defendants' May 26, 2009 short-term project to convert 20 Mental Health Outpatient Housing Unit (MH-OHU) beds at California State Prison, Sacramento (SAC),

1

1  to 20 temporary unlicensed Mental Health Crisis Beds (MHCBs), and that Defendants informed

2  the Court that, upon approval of their bed plan, they would ask the Court to waive the State's

3  licensing requirements regarding the licensing of Correctional Treatment Centers; that is,

4  California Health and Safety Code section 1250(j) and California Code of Regulations, Title 22,

5  sections 79501–79861.

6      4.   CDCR is ready to begin converting the 20 MH-OHU beds at SAC to 20 temporary

7  unlicensed MHCBs.

8      5.   CDCR cannot convert the 20 beds, however, unless the Court waives the above-

9  referenced licensing requirements governing the licensing of Correctional Treatment Centers.

10      6.   Waiving state law will allow CDCR to convert the beds following Court approval.

11      I declare under penalty of perjury that the foregoing is true.  Executed this **19** day of

12  November, 2009.

13

14                             SHARON AUNGST

15  CF1997CS0003

16

17

18

19

20

21

22

23

24

25

26

27

28

2