IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER WAIVING STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |

On November 24, 2009, Defendants filed an ex parte request that this Court waive state licensing requirements so that the California Department of Corrections and Rehabilitation can convert 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds pending the construction of additional, permanent Mental Health Crisis Beds as part of their long-term bed plan.

Good cause presented to the Court and good cause appearing, the Court waives the below-described licensing requirements so that the California Department of Corrections and Rehabilitation can convert the 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds.

1 | IT IS HEREBY ORDERED AS FOLLOWS:

2 | The following state licensing requirements shall be waived with respect to the 20 temporary Mental Health Crisis Beds at California State Prison, Sacramento:

4 | 1.   Cal. Health and Safety Code § 1250(j); and

5 | 2.   Cal. Code Regs. tit. 22, §§ 79501–79861.

6 | IT IS SO ORDERED

8 | Dated: _____          _____
LAWRENCE K. KARLON
SENIOR JUDGE
UNITED STATE DISTRICT COURT

CF1997CS0003
30905079

2