FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (SBN 104363)
JAIME G. TOUCHSTONE (SBN 233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

MCDONOUGH HOLLAND & ALLEN PC
HARRIET STEINER (SBN 109436)
KIMBERLY E. HOOD (SBN 229195)
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-3900
Facsimile: (916) 444-8334
hsteiner@mhalaw.com
khood@mhalaw.com

RECEIVER'S OFFICE OF LEGAL AFFAIRS
EVELYN M. MATTEUCCI (SBN 78859)
Chief Counsel, Construction
Office Of The Receiver
California Prison Health Care Services
501 J Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 323-1738
Facsimile: (916) 323-1257
evelyn.matteucci@cdcr.ca.gov

*Attorneys for Respondents*
J. Clark Kelso, Receiver, and
California Prison Healthcare Receivership Corp.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>*Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>*Defendants*. | Case No. 2:90-cv-520 LKK<br><br>**NOTICE OF RELATED CASE** |

Receiver J. Clark Kelso ("Receiver") and the California Prison Healthcare Receivership Corp., who are named respondents in *Greater Stockton Chamber of Commerce; County of San*

*Joaquin; and City of Stockton v. J. Clark Kelso, in his capacity as Receiver; California Prison Healthcare Receivership Corp., California Department of Corrections and Rehabilitation*, No. 2:09-cv-03308-WBS-EFB ("*Greater Stockton*"), submit this Notice of Related Case pursuant to Civil Local Rule 83-123(a)(1)-(4). *Greater Stockton* is related to this case.

As this Court is aware, the Receiver was appointed by Hon. Thelton E. Henderson in *Plata v. Schwarzenegger*, No. C01-1391 TEH (N.D. Cal.) and was given the responsibility to bring the California prison medical health care system up to constitutional standards.

In this case, this Court has issued a series of orders directed at the California Department of Corrections and Rehabilitation ("CDCR") and the State of California calling for the provision and/or construction of additional bed space for the care and housing of inmates with serious mental health conditions. In submissions to this Court, CDCR and the State have represented that a proposed new health care facility – the subject of the challenge in *Greater Stockton* – will address a long-term need for additional bed space for inmates with serious medical and mental health and conditions.

The Receiver and the Special Master in this case have cooperated in planning for the construction of new and improved health care facilities that would provide bed space for both inmates with serious medical conditions and those with serious mental health conditions. In addition, the Receiver has engaged in significant planning and negotiations with CDCR regarding the siting, design, construction and funding for the new health care facility.

*Greater Stockton*, which was recently removed from state court, involves a challenge under the California Environmental Quality Act ("CEQA") to the adequacy of the Environmental Impact Report (EIR) prepared for the new health care facility that will provide bed space for inmates with serious medical and mental health conditions. Accordingly, the project that is at the center of the *Greater Stockton* case is closely related to, and indeed is intended to be responsive in part to, the orders issued by this Court for the provision and/or construction of mental health care bed space.

Accordingly, the Receiver submits that this case and *Greater Stockton* involve certain of the same parties, transactions and questions of fact and law and that assignment of *Greater*

1 *Stockton* to this Court will result in substantial savings of judicial effort. In addition, because
2 this Court is already familiar with the ongoing efforts by CDCR and the Receiver to plan for new
3 bed construction, relating the cases will avoid the necessity of having to educate another judge in
4 the underlying facts and legal issues pertaining to the need for additional prison mental health
5 care bed space and will ensure that any orders issued in the two cases will not be inconsistent
6 with one another.

8 Dated: December 3, 2009

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: /s/ Martin H. Dodd
    Martin H. Dodd
Attorneys for Respondents J. Clark Kelso and California Prison Healthcare Receivership Corp.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman Dupree Dodd Croley Maier LLP, 180 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman Dupree Dodd Croley Maier LLP for the collection and processing of correspondence.

On December 3, 2009, I served a copy of the following document(s):

**NOTICE OF RELATED CASE**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X_  BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman Dupree Dodd Croley Maier LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___  BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

___  BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

Steven A. Herum
Brett S. Jolly
Herum Crabtree
2291 West March Lane, Suite B100
Stockton, CA 95207

*Attorneys for Petitioners Greater Stockton Chamber of Commerce, County of San Joaquin, and City of Stockton*

David E. Wooten
J. Mark Myles
Kristen M. Hegge
Office of the County Counsel
44 N. San Joaquin St., Ste. 679
Stockton, CA 95202

*Attorneys for Petitioner County of San Joaquin*

Richard E. Nosky, City Attorney
Office of the City Attorney
425 N. El Dorado Street
Stockton, CA 95202-1951
Stockton, CA 95202

*Attorneys for Petitioner County of Stockton*

Benjamin Rice, Chief Counsel
Mark A. Mustybrook, Assistant Chief Counsel
Office of Legal Affairs
California Department of Corrections and Rehabilitation
1515 S Street, Suite 502 S
Sacramento, CA 95811

*Attorneys for Respondent California of Corrections and Rehabilitation*

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on December 3, 2009 at San Francisco, California.

_____
Lori Dotson