1 | EDMUND G. BROWN JR.
Attorney General of California
2 | JONATHAN L. WOLFF
Senior Assistant Attorney General
3 | DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
6 |  Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR 150 LEVEL III/IV ENHANCED OUTPATIENT PROGRAM SENSITIVE NEEDS YARD BEDS AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.) In addition, this Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) Attached is a notice to the Special Master informing the Special Master that Defendants will be unable to timely activate their short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the Substance Abuse Treatment Facility because current population numbers indicate that the California Department of Corrections and Rehabilitation will have

1

difficulty filling 150 beds at the III/IV level of care. (Vorous Decl. ¶ 2, Ex. 1.) In addition, the notice states that the California Department of Corrections and Rehabilitation is evaluating alternative projects to best meet the needs of the Enhanced Outpatient Program population, and that Defendants will continue to provide the Special Master with updates on the status of this project. (*Id.*)

Dated: December 4, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30909606

2

Defs.' Resp. to Court Order Re: 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard Bed Project
(2:90-cv-00520 LKK JFM PC)