EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR 150 LEVEL III/IV ENHANCED OUTPATIENT PROGRAM SENSITIVE NEEDS YARD BEDS AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

I, Debbie J. Vorous, declare:

1.   I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2.   Attached as Exhibit 1 is a true and correct copy of a November 25, 2009 e-mail that I sent to Special Master Lopes informing him of an impediment to Defendants timely completion

/ / /

1

1 of their short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs
2 Yard beds at the Substance Abuse Treatment Facility.
3    I declare under penalty of perjury that the foregoing is true.  Executed this 4th day of
4 December, 2009, in Sacramento, California.

           */S/ DEBBIE J. VOROUS*
           DEBBIE J. VOROUS

CF1997CS0003
30909603

2

# EXHIBIT 1

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | mlopes@pldlaw.com |
| **CC:** | kwalsh@pldlaw.com,Samantha.ramsey@doj.ca.gov,Debbie Vorous |
| **Date:** | 11/25/2009 11:43 AM |
| **Subject:** | Notification Re: EOP SNY Beds at SATF |

Dear Special Master Lopes:

This e-mail is to formally notify you of an impediment to Defendants' activation of their short-term project for an increase of 150 Level III/IV EOP SNY beds at the Substance Abuse Treatment Facility. In their May 26, 2009 filing, Defendants indicated that they intend to activate the EOP SNY beds within 150 to 180 days following the Court's approval; that is, between November 2009 and December 2009.

Current population numbers, however, indicate that the California Department of Corrections and Rehabilitation (CDCR) will have difficulty filling 150 beds at the III/IV level of care. As a result, CDCR is evaluating alternative projects to best meet the needs of the EOP population. For this reason, CDCR will be unable to activate this project by December 2009. Defendants will continue to provide you with updates on the status of this project.

A formal notice to the Court will follow.

If you have any questions, please contact me.

Sincerely,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345