UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.                      CIV. NO. S-90-520 LKK/JFM

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

GREATER STOCKTON CHAMBER OF
COMMERCE, et al.,

        Plaintiffs,

    v.                      CIV. NO. S-09-3308 WBS/EFB

J. CLARK KELSO, et al.,           RELATED CASE ORDER

        Defendants.
_____/

    Pending before the court is a notice of related cases concerning Greater Stockton Chamber of Commerce, et al. v. J. Clark Kelso, et al., No. 2:09-cv-03308-WBS-EFB and Coleman v. Schwarzenegger, No. 2:90-cv-520-LKK-JFM.

1    Examination of the above-entitled actions reveals that
2 they are related within the meaning of Local Rule 123(a)(2) and (4)
3 (formerly rule 83-123).
4    The parties should be aware that relating the cases under
5 Local Rule 123 merely has the result that the actions are assigned
6 to the same judge; no consolidation of the actions is effected.
7 Under the regular practice of this court, related cases are
8 generally assigned to the judge and magistrate judge to whom the
9 first filed action was assigned.
10   Accordingly the court ORDERS as follows:
11   1.   The above cases are RELATED.
12   2.   The action denominated Civ. No. 2:09-cv-03308-WBS-EFB is
13        REASSIGNED to Judge Lawrence K. Karlton and Magistrate
14        Judge John F. Moulds for all further proceedings, and
15        any dates currently set in the reassigned case only, are
16        hereby VACATED.
17   3.   Henceforth, the caption on documents filed in the
18        reassigned case shall be shown as No. 2:09-cv-03308-LKK-
19        JFM.
20   4.   The Clerk of the Court make shall appropriate adjustment
21        in the assignment of civil cases to compensate for this
22        reassignment.
23   IT IS SO ORDERED.
24   DATED: December 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2