EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANTS' SHORT-TERM PROJECT TO PILOT DOUBLE BUNK AT SALINAS VALLEY STATE PRISON** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate-term, and long-range beds needs of the *Coleman* class members. (Docket No. 3556.) Defendants submitted their bed plan on May 26, 2009. (Docket No. 3592.) As one of their short-term bed projects, Defendants proposed a pilot project to double bunk inmate-patients requiring an Intermediate Care Facility level of care in one 10-cell wing in Treatment Center 1 of the Salinas Valley Psychiatric Program at Salinas Valley State Prison. (*Id.* at 13.) This Court approved that project on June 18, 2009. (Docket No. 3613 ¶ 3.a.)

By July 31, 2009, all work on the new 64-bed Intermediate Care Facility—Treatment Center 2—of the Salinas Valley Psychiatric Program at Salinas Valley State Prison, was

1

PDF created with pdfFactory trial version www.pdffactory.com

complete. (Docket No. 3653.) Defendants now seek to modify their May 26, 2009 bed plan to pilot double bunk the inmate-patients in one 10-cell wing in Treatment Center 2, rather than in Treatment Center 1. Defendants have represented that double bunking in Treatment Center 2 provides a better treatment option because it has more space available for treatment and programming, and Plaintiffs agree to this change based on that representation.

The parties, by and through their counsel, stipulate that Defendants' short-term, emergency project to pilot double bunk the inmate-patients in one 10-cell wing in Treatment Center 1 of the Salinas Valley Psychiatric Program at Salinas Valley State Prison, shall be modified so that the pilot double-bunk project will proceed forward in Treatment Center 2, rather than in Treatment Center 1.

SO STIPULATED

Dated: December 4, 2009    By: /s/Debbie J. Vorous
                               Debbie J. Vorous
                               Office of the Attorney General
                               Attorneys for Defendants

Dated: December 4, 2009    By: /s/Amy Whelan
                               Amy Whelan
                               Rosen, Bien & Galvan
                               Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court

Dated: December 7, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and [Proposed] Order Re: Modification of Defendants' Short-Term Project to Pilot Double Bunk
(2:90-cv-00520 LKK JFM P)

PDF created with pdfFactory trial version www.pdffactory.com