EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DEFENDANTS' NOTICE OF AGREEMENT ON STAFFING CONCERNING DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On November 24, 2009, Defendants filed a request for waiver of state law so that the California Department of Corrections and Rehabilitation can convert the 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds. (Docket No. 3732.) On December 10, 2009, Defendants' counsel, Debbie J. Vorous, conferred with Plaintiffs' counsel, Jane Kahn, on how Defendants intend to staff the 20 temporary beds. (Vorous Decl. ¶ 2.) The parties have reached agreement on how

/ / /

/ / /

/ / /

1

Defendants will staff those beds and, based on that agreement, Plaintiffs do not oppose Defendants' November 24, 2009 request for waiver of state law. (*Id.*)

Dated: December 11, 2009

Respectfully submitted,

/s/ *Debbie J. Vorous*

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Notice of Agreement on Staffing Concerning Defs.' Req. for Waiver of State Law
(2:90-cv-00520 LKK JFM PC)