EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' NOTICE OF AGREEMENT ON STAFFING CONCERNING DEFENDANTS' REQUEST FOR WAIVER OF STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |

I, Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. On December 10, 2009, I conferred with Plaintiffs' counsel, Jane Khan, on how Defendants intend to staff their short-term project to convert the 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds. The parties reached an agreement on how Defendants will staff those beds

/ / /

1

Vorous Decl. in Supp. of Defs.' Not ice of Agreement on Staffing Re: Request for Waiver of State Law
(2:90-cv-00520 LKK JFM PC)

1  and, based on that agreement, Plaintiffs do not oppose Defendants' November 24, 2009 request
2  for waiver of state law.
3       I declare that the foregoing is true.  Executed this 11th day of December 2009, in
4  Sacramento, California.

*/s/ Debbie J. Vorous*
DEBBIE J. VOROUS

CF1997CS0003

2

Vorous Decl. in Supp. of Defs.' Not ice of Agreement on Staffing Re: Request for Waiver of State Law
(2:90-cv-00520 LKK JFM PC)