EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' RESPONSE TO DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND REQUEST FOR EVIDENTIARY HEARING** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Deborah Hysen, Declare:

1.   I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief Deputy Secretary of Facility Planning, Construction and Management. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I submit this declaration in support of Defendants' Responses to Plaintiffs' Response to Defendants' Long-Range Bed Plan and Request for Evidentiary Hearing.

2.   I have served as the Chief Deputy Secretary of Facilities Planning, Construction and Management since June 2007. My responsibilities include overall management and oversight

1

of CDCR construction projects for all of its institutions, CDCR's leasing functions, telecommunications construction projects and maintenance of telecom services at CDCR institutions, energy projects at the institutions, setting design standards for CDCR institutions, overseeing various environmental and public health services, and master planning for CDCR facility and population needs.

3. On November 6, 2009, Defendants submitted to the Court a detailed long-range mental health bed plan, including activation schedules. As the Chief Deputy Secretary, I am familiar with Defendants' plan as well as the population reduction measures identified in their plan. Defendants' plan includes, among other projects, the construction of a Consolidated Care Center (CCC) in Stockton and the renovation of two Division of Juvenile Justice (DJJ) facilities—Stark and Dewitt.

4. The activation schedule for the CCC shows that patient admissions were scheduled to commence on December 19, 2013, and be completed on September 15, 2014. On November 10, 2009, CDCR submitted a request to the California Department of Finance (DOF) under Senate Bill 4 (Second Extraordinary Session of 2009/10) for authorization to build the CCC as a "design-build" project to further accelerate the CCC construction time line. On December 7, 2009, the DOF authorized CDCR to use the design-build procurement process in contracting and procuring a state contract for the CCC. Attached as Exhibit 1 is a true and correct copy of a letter from the DOF directed to CDCR Secretary, Matthew Cate, that I received on behalf of CDCR as Chief Deputy Secretary of Facility Planning, Construction and Management. Based on DOF's approval, CDCR expects that patient admissions will start on March 29, 2013, and be completed on December 24, 2013. This activation schedule is subject to change based on issues outside the control of Defendants or the State, including litigation that is or may be pending to stop the project.

5. To maximize AB 900 funding resources, CDCR, in conjunction with the staff of the *Plata* Receiver (California Prison Health Care Services), made a decision to renovate three Division of Juvenile Justice (DJJ) facilities—Stark, Dewitt and Paso—as they were all viewed to include extensive program and support space and would be appropriate to house a medical and

2

1  mental health population requiring outpatient health care services.

2      6.    The decision to renovate those three DJJ facilities impacted CDCR's ability to
3  plan and develop the renovations such that they were complete by 2013. The reason is because
4  the time lines associated with renovating Stark and Dewitt, combined with the time needed to
5  accommodate the short-term occupancy at Stark following the riot at California Institution for
6  Men (CIM) and the completion of a lengthy environmental review at Dewitt, extended the time
7  line into 2014.

8      7.    The time lines submitted for Stark and Dewitt on November 6, 2009, reflect the
9  most realistic and reasonable time frames to complete these projects.

10      8.    The design-build approach authorized by Senate Bill 4 is not appropriate for either
11  the Stark or the Dewitt Conversions. These projects are not good candidates for use of the design
12  build. Design-build projects are best suited to new construction projects where the early pairing
13  of the architect and contract firm can reduce planning and design time for buildings not yet
14  designed. This same pairing would not yield similar acceleration for the renovation of existing
15  buildings.

16      9.    In Defendants' November 12, 2009 filing in the Three-Judge Court proceeding,
17  Defendants informed the Court that they are constructing a new reception center on the grounds
18  of CIM. Defendants' plan remains to build the reception center at that location.

19      10.    There are a number of things identified within the cells at Stark that CDCR intends
20  to address during renovation, including the removal of desks/cabinets that present ligature points,
21  and the installation of electrical outlets for use in recreation and programming. In addition,
22  CDCR's planned scope of work includes additional lighting, painting, general cleanup, and
23  repair/restoration to critical systems necessary to maintain operations. CDCR does not intend to
24  modify the windows, however. The windows at each CDCR facility are designed to ensure that
25  they are safe for the inmates, staff, and community. The windows at Stark comply with the
26  required dimensions necessary to prevent escape.

27      11.    CDCR expects to house up to 775 EOP-GP inmates at Stark. Stark has three
28  housing units—Units 1, 2, and 3. CDCR expects to double cell up to 141% capacity. Each

3

Hysen Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM PC)

housing unit has 400 cells. CDCR expects to house EOP inmates in Unit 1 and in the West Wing of Unit 2, which encompass a total of 600 cells (400 cells in Unit 1 and 200 cells in Unit 2). The "quiet cells" are not included in the cell count. CDCR expects that Unit 1 will house only EOP-GP inmates in the 400 cells and that Unit 2 will house only EOP-GP inmates in 150 of the 200 cells and EOP-ASU inmates in 50 of the 200 cells. Given a total of 550 cells for EOP-GP inmates, and a total of up to 775 EOP-GP inmates, CDCR expects to double cell up to 141% capacity.

12. At my request, architects and facility captains within CDCR's Design Standards Division calculated the size of the Stark cells in Units 1 and 2. The cells measure 58.5 square feet in dimension, with 38.55 square feet of unencumbered space.

13. Stark will be built to Level III security standards and will be surrounded by a lethal electrified fence, which CDCR requires for all facilities housing Level II and above inmates. The facility will also include housing for the inmate work crew dedicated to maintain the facilities consistent with CDCR's policies. These inmates will be separated from the EOP-GP population.

14. In addition to the CCC and the Stark and Dewitt Conversions, Defendants' plan explained their intent concerning the 70 EOP-GP female beds identified in the Navigant Consulting Spring 2009 population projections for 2013. The plan with respect to this need is unique—it indicates that Defendants expect to convert existing housing to EOP-GP beds taking into account expected population reduction measures. Therefore, this conversion will be more akin to a population adjustment, rather than construction of a bed project. Thus, a detailed schedule on construction activity is not appropriate at this time.

15. Based on the current female population, I believe that it is possible that the need for additional mental health beds in the female population will be greatly reduced or eliminated by population reduction measures. CDCR, however, will not fully realize the impact of the reductions until Spring 2010. Thus, the analysis with respect to where and when to convert the housing can only occur as CDCR rolls out its reform measures in 2010 and truer population impacts are known. Therefore, to make a decision now with respect to the location, numbers, and timing would eliminate the ability of CDCR facilities and program employees to ensure that in

4

Hysen Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM PC)

1  2013 there remains the same need for beds within the system. Thus, it is premature to make the
2  conclusion now as to which of CDCR's three female prisons CDCR will utilize to meet this need
3  in 2013.

4  I declare that the foregoing is true. Executed this __11__ day of December 2009 at
5  Sacramento, California.

*Deborah Hysen*
DEBORAH HYSEN

CF1997CS0003

5

Hysen Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM P)

# EXHIBIT 1

**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

December 7, 2009

Honorable Matthew Cate
Secretary
Department of Corrections and Rehabilitation
1515 S Street, Room 502S
Sacramento, CA 95811-7243

Dear Mr. Cate:

The Department of Finance (Finance) has received the Department of Corrections and Rehabilitation's (CDCR) November 10, 2009 request to use design-build procurement methods (DB) for construction of the Consolidated Care Center (CCC) in Stockton. The CCC will house approximately 1,722 inmates that require varying levels of medical and/or mental health care, with a total project cost of approximately $895 million. CDCR intends to fund this project from appropriations made in the Public Safety and Offender Rehabilitation Services Act of 2007 (AB 900). Finance concurs with CDCR's request to use DB for construction of the CCC pursuant to Government Code (GC) Section 14661.1(i).

GC 14661.1(i) allows the use of DB for five prison, court, or state office facilities with Finance approval. With this approval, two of the five authorized DB projects pursuant to GC Section 14661.1(i) have been allocated. Please note that this authorization does not constitute establishment of the scope, cost, and schedule of this project as approvals of the Joint Legislative Budget Committee and the State Public Works Board are still required to establish and fund this project pursuant to AB 900.

If you have any questions or need additional information regarding this matter, please call Chris Lief, Principal Program Budget Analyst, at (916) 445-9694.

MICHAEL C. GENEST
Director
By:

*[signature]*
ANA J. MATOSANTOS
Chief Deputy Director

cc: On following page

cc:   Ms. Debbie Vorous, Office of the Attorney General
      Mr. Chris Meyer, Senior Chief, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
      Ms. Deborah Hysen, Chief Deputy Secretary, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
      Mr. Dean Borg, Director, Finance Administration and Support, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
      Mr. Michael Meredith, Project Director, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
      Ms. Sarah VanDyke, Branch Chief, Finance and Budgeting Branch, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation

lcc:   MATOSANTOS, FINN, ROGERS, LIEF, BENSON, STURGES, SUSPENSE C/F, FILE

I:\DEPT OR PROG FILES\CAPITAL OUTLAY\5225C\DESIGN-BUILD\5225C_DB FOR CCC.DOC