EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF SCOTT KERNAN IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' RESPONSE TO DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND REQUEST FOR EVIDENTIARY HEARING** |

I, Scott Kernan, declare:

1. I am Undersecretary of Operations for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I submit this declaration in support of Defendants' Responses to Plaintiffs' Response to Defendants' Long-Range Bed Plan and Request for Evidentiary Hearing.

2. As a 26-year employee of the CDCR, I have a deep understanding of the state prison system operations. As the Undersecretary of Operations, I am responsible for oversight of both adult and juvenile institutions. Before becoming the Undersecretary, I held the positions of

1

1   Chief Deputy Secretary, Adult Operations, and Deputy Director and Director of the Division of

2   Adult Institutions. In these positions, I was responsible for all aspects of the day-to-day

3   operations of the adult prisons and parole.

4         3.      CDCR has Level I/II Enhanced Outpatient Program (EOP) General Population

5   (GP) programs at several prisons, including the California Men's Colony (CMC), Mule Creek

6   State Prison (MCSP), Richard J. Donovan Correctional Facility (RJD), and the California

7   Medical Facility (CMF). I am familiar with the programming and out-of-cell activities that

8   CDCR currently provides to the EOP-GP populations housed at these prisons. The programming

9   consists of structured therapeutic programming, which includes group and individual treatment

10  with Mental Health Staff, as outlined in the Mental Health Services Delivery System Program

11  Guide (2009 Revision). Out-of-cell activities include educational and vocational activities as

12  available and appropriate for each inmate, access to yard and dayroom and recreational activities,

13  library, meals, showers, medical appointments, and religious services.

14        4.      CDCR's general policy is to house Level I/II as well as Level III EOP-GP inmates

15  in the same housing unit. For instance, Level I, II, and III EOP-GP inmates are housed at CMC,

16  MCSP, RJD, and CMF. This housing arrangement, however, does not impact the programming

17  and out-of-cell activity opportunities that CDCR currently provides to its Level I/II EOP-GP

18  inmates. In other words, CDCR provides the same program and out-of-cell activities for all EOP-

19  GP inmates, regardless of their custody levels.

20        5.      On November 6, 2009, Defendants submitted a detailed long-range mental health

21  bed plan, including activation schedules. As part of this plan, Defendants informed the Court that

22  they intended to renovate the existing Stark Division of Juvenile Justice facility located in Chino.

23  This renovation would result in the creation of 775 beds for mentally ill inmates at the EOP-GP

24  level of care and 50 beds for mentally ill EOP inmates housed in the Administrative Segregation

25  Unit (ASU).

26        6.      CDCR selected the Stark facility for its extensive amount of space in and outside

27  of the housing units. Currently, CDCR intends to house predominately Level I and Level II

28  inmates at Stark.

2

Kernan Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM PC)

7. At this time, CDCR is still in the early stages of planning its program for the Stark facility, including the clinical and custody levels needed to support its program and out-of-cell activities. CDCR recognizes its obligations under the *Coleman* Program Guide and intends to model the Stark program and out-of-cell activities on the programming it has already established in facilities such as CMC, MCSP, RJD, and CMF. CDCR intends to provide sufficient programming and support space to service the EOP-GP population housed at Stark.

8. CDCR expects to provide the same program and out-of-cell activity opportunities to all EOP-GP inmates at Stark, regardless of their custody level.

9. CDCR also has existing policies, procedures, and guidelines for programming EOP-ASU inmates. CDCR intends to comply with those requirements concerning those EOP-ASU inmates housed at Stark.

I declare that the foregoing is true. Executed this 10 day of December 2009 at Sacramento, California.

SCOTT KERNAN

CF1997CS0003

3

Kernan Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM P)