EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF JAMES SCARAMOZZINO IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' RESPONSE TO DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND REQUEST FOR EVIDENTIARY HEARING** |

I, James Scaramozzino, Ph.D., declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Deputy Director (A), Mental Health Clinical Services, Division of Correctional Health Care Services. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I submit this declaration in support of Defendants' Responses to Plaintiffs' Response to Defendants' Long-Range Bed Plan and Request for Evidentiary Hearing.

2. I have been employed as the Deputy Director since November 2009. As the Deputy Director, I am responsible for field operations, statewide initiatives and activations, the

1

Mentally Disordered Offender Program, and risk management. Prior to being hired as Deputy Director, I was the Chief Psychologist at the Central California Women's Facility. I have been working for CDCR either as a contractor or employee since 2000.

3. As the Deputy Director of Mental Health Clinical Services, I have become familiar with CDCR's Enhanced Outpatient Program (EOP) for General Population (GP) inmates, and its policy on double celling EOP-GP inmates. I have also become familiar with CDCR's history in double celling EOP-GP inmates and the statics on suicides under those conditions.

4. I have researched the benefits of double celling EOP-GP inmates. This research long recognizes the practice of double celling mentally ill inmates as the preferred method of housing for two reasons.

5. The first reason is because double celling is a powerful deterrent to impulsive suicides. Individuals who are suicidal may be reluctant to engage in suicidal behavior in front of others. CDCR's history indicates that there have been numerous occasions when an inmate with a cellmate has been prevented from completing an attempted suicide by the cellmate reporting the actions to staff. In addition, the mere opportunity to socially interact often reduces the suicidal impulse by providing an immediate thought to discuss one's thoughts and concerns before an action is planned or taken.

6. The second reason is because socialization skills and human interaction is a therapeutic treatment goal to enhance socialization skills and obtain a support network for mentally ill inmates. The continued human contact that occurs during the normal interaction of having a cellmate can assist in maintaining better reality testing skills.

I declare that the foregoing is true. Executed this 11 day of December 2009 at Sacramento, California.

JAMES SCARAMOZZINO

2

Scaramozzino Decl. in Supp. of Defs.' Responses to Pls.' Response Re: Defs.' Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM P)