IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 LKK JFM P<br><br>**ORDER WAIVING STATE LAW RE: CALIFORNIA STATE PRISON, SACRAMENTO** |

On November 24, 2009, Defendants filed an ex parte request that this Court waive state licensing requirements so that the California Department of Corrections and Rehabilitation can convert 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds pending the construction of additional, permanent Mental Health Crisis Beds as part of their long-term bed plan.  On December 11, 2009, defendants filed a notice stating that the parties have reached agreement on how the beds for this unit will be staffed and that plaintiffs, therefore, have no opposition to the request.

Good cause presented to the Court and good cause appearing, the Court waives the below-described licensing requirements so that the California Department of Corrections and

1

[Proposed] Order (2:90-cv-00520 LKK JFM P)

PDF created with pdfFactory trial version www.pdffactory.com

Rehabilitation can convert the 20 Mental Health Outpatient Housing Unit beds at California State Prison, Sacramento, to 20 temporary unlicensed Mental Health Crisis Beds.

    IT IS HEREBY ORDERED AS FOLLOWS:

    The following state licensing requirements shall be waived with respect to the 20 temporary Mental Health Crisis Beds at California State Prison, Sacramento:

1.    Cal. Health and Safety Code § 1250(j); and
2.    Cal. Code Regs. tit. 22, §§ 79501–79861.

IT IS SO ORDERED

Dated: December 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT