| | |
|---|---|
| 1 | EDMUND G. BROWN JR., State Bar No. 37100<br>Attorney General of California |
| 2 | ROCHELLE C. EAST, State Bar No. 183792<br>Senior Assistant Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884<br>Deputy Attorney General |
| 4 | SAMANTHA H. RAMSEY, State Bar No. 230862<br>Deputy Attorney General |
| 5 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 6 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 324-5165 |
| 7 |   Fax: (916) 324-5205<br>  E-mail: Samantha.Ramsey@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                             Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                             Defendants. | NO. 2:90-cv-00520 LKK JFM P<br><br>**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE JEFFREY STEELE FROM SERVICE LIST**<br><br>[L. R. 83-182(c)(1)] |

**TO: CLERK OF THE COURT AND COUNSEL FOR PLAINTIFFS:**

Under L. R. 83-182(c)(1), Defendants advise Plaintiff and the Court that their attorney designated for service has changed. The attorneys formerly designated for service was as follows:

Jeffrey Steele, State Bar No. 124688
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-1937
Facsimile: (916) 324-5205
Email: Jeff.Steele@doj.ca.gov

1

Notice of Reassignment of Counsel (2:90-cv-00520 LKK JFM P)

The attorney now designated for service is as follows:

Samantha H. Ramsey, State Bar No. 230862
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5165
Fax: (916) 324-5205
Email: Samantha.Ramsey@doj.ca.gov

Deputy Attorney General Debbie Vorous will remain lead counsel in this case for Defendants.

Additionally, the undersigned counsel respectfully requests that the Court terminate the name of Deputy Attorney General Jeffrey Steele from the service list in this case.

Dated: December 17, 2009

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
ROCHELLE C. EAST
Senior Assistant Attorney General
DEBBIE J. VOROUS
Deputy Attorney General

*/s/ Samantha H. Ramsey*

SAMANTHA H. RAMSEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30915275.doc