1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5345
6   Fax: (916) 324-5205
    E-mail: Debbie.Vorous@doj.ca.gov
7
   Attorneys for Defendants
8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                          SACRAMENTO DIVISION
11

12

13  **RALPH COLEMAN, et al.,**            2:90-cv-00520 LKK JFM PC

14                          Plaintiffs,   **STIPULATION AND [PROPOSED]**
                                          **ORDER RE: DEFENDANTS' SHORT-**
15       v.                               **TERM PROJECT FOR 150 LEVEL**
                                          **III/IV ENHANCED OUTPATIENT**
16                                        **PROGRAM SENSITIVE NEEDS YARD**
    **ARNOLD SCHWARZENEGGER, et al.,**    **BEDS AT THE SUBSTANCE ABUSE**
17                                        **TREATMENT FACILITY**
                            Defendants.
18

19        On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any

20  impediments to timely completion of the approved short-term and intermediate-term projects.

21  (Docket No. 3613 ¶ 3.a.) In addition, this Court ordered that Defendants shall file a copy of any

22  such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) On December 4,

23  2009, Defendants informed the Court that they will be unable to timely activate their short-term

24  project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the

25  Substance Abuse Treatment Facility. (Docket No. 3736.) Plaintiffs' response, if any, is due

26  within ten days of that filing. (Docket No. 3686 ¶ 6.) Under Rules of Civil Procedure 6(a) and

27  6(d), that date is December 17, 2009. Fed. R. Civ. Proc. 6(a)(2)(d).

28  / / /

                                          1

1    The parties have agreed to discuss the impediment to Defendants' short-term project for

2    150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds and to discuss

3    possible remedies to that impediment.  Based on that agreement, the parties have also agreed to

4    extend Plaintiffs' time to respond to Defendant's December 4, 2009 filing.

5    The parties, by and through their counsel, stipulate that Plaintiffs shall have until January

6    12, 2010, to file their response, if any, to Defendants' December 4, 2009 filing concerning

7    Defendants' short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive

8    Needs Yard beds at the Substance Abuse Treatment Facility.

9    SO STIPULATED

10   Dated:  December 17, 2009                         By: */s/ Debbie J. Vorous*
                                                         Debbie J. Vorous
11                                                       Office of the Attorney General
                                                         Attorneys for Defendants
12

13   Dated:  December 17, 2009                         By: */s/ Jane Kahn_____*
                                                         Jane Kahn
14                                                       Rosen, Bien & Galvan
                                                         Attorneys for Plaintiffs
15

16   SO ORDERED

17   The above stipulation is the Order of this Court

18   Dated: _____         _____

19                                    Lawrence K. Karlton
                                      United States District Court Judge

20

21

22

23

24

25

26

27   CF1997CS0003
     30918489
28

2

Stipulation and [Proposed] Order Re: Defendants' Short-Term Project for 150 Level III/IV EOP-SNY Beds
(2:90-cv-00520 LKK JFM PC)