EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 E-mail:  Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                                  Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                                  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**STIPULATION AND ORDER RE:  DEFENDANTS' SHORT-TERM PROJECT FOR 150 LEVEL III/IV ENHANCED OUTPATIENT PROGRAM SENSITIVE NEEDS YARD BEDS AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

   On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.)  In addition, this Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs.  (*Id.*)  On December 4, 2009, Defendants informed the Court that they will be unable to timely activate their short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the Substance Abuse Treatment Facility.  (Docket No. 3736.)  Plaintiffs' response, if any, is due within ten days of that filing.  (Docket No. 3686 ¶ 6.)  Under Rules of Civil Procedure 6(a) and 6(d), that date is December 17, 2009.  Fed. R. Civ. Proc. 6(a)(2)(d).

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have agreed to discuss the impediment to Defendants' short-term project for
2  150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds and to discuss
3  possible remedies to that impediment.  Based on that agreement, the parties have also agreed to
4  extend Plaintiffs' time to respond to Defendant's December 4, 2009 filing.

5  The parties, by and through their counsel, stipulate that Plaintiffs shall have until January
6  12, 2010, to file their response, if any, to Defendants' December 4, 2009 filing concerning
7  Defendants' short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive
8  Needs Yard beds at the Substance Abuse Treatment Facility.

9  SO STIPULATED

10  Dated:  December 17, 2009        By: */s/ Debbie J. Vorous*
                                         Debbie J. Vorous
11                                       Office of the Attorney General
                                         Attorneys for Defendants

13  Dated:  December 17, 2009        By: */s/ Jane Kahn*
                                         Jane Kahn
14                                       Rosen, Bien & Galvan
                                         Attorneys for Plaintiffs

16  SO ORDERED
17  The above stipulation is the Order of this Court

18  Dated:  December 21, 2009

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

CF1997CS0003
30918489

2

Stipulation and [Proposed] Order Re: Defendants' Short-Term Project for 150 Level III/IV EOP-SNY Beds
(2:90-cv-00520 LKK JFM PC)

PDF created with pdfFactory trial version www.pdffactory.com