EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' REQUEST FOR TEMPORARY RELIEF RE: 256 INTERMEDIATE CARE FACILITY LOW-CUSTODY BEDS AT ATASCADERO STATE HOSPITAL** |

I, Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. On December 30, 2009, *Coleman* Deputy Special Master Jones informed me that the Special Master will continue to work with Defendants to complete the Court-ordered modified assessment project, evaluate the impact from the new Intermediate Care Facility (ICF) Pilot Program, and determine whether there remains any unmet need for ICF low-custody beds.

1

3. On December 30, 2009, I contacted Plaintiffs' counsel to ascertain whether they agreed to Defendants' request for temporary relief. As of the date of this filing, Plaintiffs have not agreed to the request.

I declare that the foregoing is true. Executed this 31st day of December 2009, in Sacramento, California.

/s/ DEBBIE J. VOROUS
DEBBIE J. VOROUS

CF1997CS0003
30925501

2

Vorous Decl. in Supp. of Defs.' Req. for Temp. Relief Re: 256 ICF Low-Custody Beds at ASH
(2:90-cv-00520 LKK JFM PC)