1   EDMUND G. BROWN JR.
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    SAMANTHA H. RAMSEY, State Bar No. 230862
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-5345
     Fax:  (916) 324-5205
7    E-mail:  Debbie.Vorous@doj.ca.gov

8   Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13
    **RALPH COLEMAN, et al.,**            2:90-cv-00520 LKK JFM PC
14
                           Plaintiffs,    **DECLARATION OF CYNTHIA
15                                         A. RADAVSKY IN SUPPORT OF
                                           DEFENDANTS' REQUEST FOR
16            v.                           TEMPORARY RELIEF RE:  256
                                           INTERMEDIATE CARE FACILITY
17  **ARNOLD SCHWARZENEGGER, et al.,**     LOW-CUSTODY BEDS AT
                                           ATASCADERO STATE HOSPITAL**
18                         Defendants.

19

20         I, Cynthia A. Radavsky, declare:

21         1.      I am the Deputy Director of Long-Term Care Services for the California

22  Department of Mental Health (DMH).  I have personal knowledge of the facts stated in this

23  declaration and if called to testify to those facts could and would do so competently.  I make this

24  declaration in support of Defendants' Request for Temporary Relief Re: 256 Intermediate Care

25  Facility Low-Custody Beds at Atascadero State Hospital.

26         2.      I have been employed by DMH since October 1995.  As the Deputy Director of

27  Long-Term Care Services, I am familiar with the DMH programs that serve CDCR male inmate-

28  patients admitted to Atascadero State Hospital (ASH), the Vacaville Psychiatric Program (VPP)

                                            1

1    at California Medical Facility, and the Salinas Valley Psychiatric Program (SVPP) at Salinas

2    Valley State Prison.

3        3.    I am familiar with this Court's March 31, 2009 Order that clinicians from the

4    California Department of Corrections and Rehabilitation (CDCR) and DMH work with the

5    *Coleman* Special Master and his experts to conduct a modified needs assessment to determine

6    whether there are unmet needs for inpatient care among members of the *Coleman* class. I am also

7    aware that on June 18, 2009, this Court ordered that the assessment be expanded to all non-desert

8    CDCR institutions and that it be completed by December 31, 2009.

9        4.    I am also familiar with the aspect of this Court's June 18, 2009 Order related to

10   admission of *Coleman* class members to ASH. Specifically, that the Court ordered DMH to

11   admit *Coleman* class members to ASH beds at a rate of not less than ten per week until all 256

12   beds are filled by *Coleman* class members not later than October 31, 2009. I am aware that the

13   Court extended this time to December 31, 2009. I am also aware that the Court ordered that

14   DMH consider transferring non-*Coleman* patients from ASH to Coalinga State Hospital (CSH) in

15   order to make beds available for *Coleman* patients.

16       5.    The need for all DMH CDCR or Penal Code section 2684 low-custody beds is below

17   bed capacity. ASH's census as of December 18, 2009, was 198—58 below capacity—and DMH

18   cannot fill the full complement of 256 ICF low-custody beds by December 31, 2009. Likewise,

19   the census for *Coleman* inmate-patients at CSH and the VPP dorms are below capacity: CSH's

20   census was 36—14 below capacity; and the VPP dorm's census was 52—32 below capacity. The

21   below Table 1, which shows all the DMH programs available for male CDCR inmate-patients

22   who are referred to DMH, reflects this circumstance:

23   ///

24   ///

25   ///

26   ///

27   ///

28

2

**Table 1 – DMH Inpatient Mental Health Care Programs**

| Program | Level of Care | Number of Beds | 12/18/09 Census | 12/18/09 Avail. Beds |
|---|---|---|---|---|
| Vacaville Psychiatric Program | Acute Psychiatric Care | 182 | 174 | 8 |
| Vacaville Psychiatric Program | ICF High Custody | 30 | 30 | 0 |
| Salinas Valley Psychiatric Program | ICF High Custody Cells | 212 | 212 | 0 |
| Salinas Valley Psychiatric Program | ICF High Custody Dorms | 32 | 26 | 6 |
| Vacaville Psychiatric Program | ICF Low Custody Dorms | 84 | 52 | 32 |
| Atascadero State Hospital | ICF Low Custody Dorms | 256 | 198 | 58 |
| Coalinga State Hospital | ICF Low Custody Dorms | 50 | 36 | 14 |

The VPP Acute Psychiatric Care 174 number from the 12/18/09 Census reflects 15 beds that are on hold for inmate-patients scheduled for admission. Similarly, the SVPP ICF High Custody Cells 212 number reflects 12 beds that are on hold for inmate-patients scheduled for admission.

6. In response to this Court's June 18, 2009 Order, DMH activated a new 50-bed unit at CSH and admitted non-*Coleman* patients transferred from ASH. This unit was operating at full capacity on October 27, 2009.

7. DMH also expedited admissions to ASH. Between June 22, 2009 and December 18, 2009—a 26 week period—DMH admitted 274 inmate-patients to ASH, for an average admission rate of over 10 per week. Attached as Exhibit 1 is a spreadsheet reflecting ASH's census from June 22, 2009 to December 18, 2009. This spreadsheet was prepared by DMH staff at my direction. Although during this time period, DMH also admitted to ASH inmate-patients on the ASH wait list and/or referred through the standard CDCR referral process, the majority of admissions to ASH were generated through the assessment.

8. As Exhibit 1 shows, ASH admitted up to 14 inmate-patients a week for several weeks. Nonetheless, DMH has not been able to increase ASH's census much beyond the 200 mark. One reason is because for every 10 admissions, there are approximately 7 discharges. Another reason is because the extension of the modified needs assessment project to all 28 non-

3

1    desert institutions has not generated the same number of referrals that the assessment generated

2    during its early phase.  For instance, the ASH census ending the week of June 26, 2009, was 115

3    inmate-patients while the census ending the week of August 28, 2009, was 176 inmate-patients—

4    an increase of 61.  By comparison, the ASH census ending the week of October 16, 2009, was

5    197 inmate-patients while the census ending the week of December 18, 2009 was 198 inmate-

6    patients—an increase of 1.

7        9.    ASH is not suitable for ICF high-custody inmate-patients because it does not provide

8    the necessary safety and security for inmate-patients who require single-cell and/or locked

9    housing.  ASH is a self-contained inpatient psychiatric hospital situated within a fenced security

10   perimeter.  The perimeter does not include an electrified fence or armed guard towers that are

11   critical safety components of CDCR Level IV institutions that house high-custody inmates.  The

12   hospital's interior security is provided by skilled clinical staff with limited assistance from state

13   hospital police officers whose primary responsibilities are to maintain the safety of the hospital's

14   perimeter.  In addition, ASH's housing units are configured as dormitory settings (2-man dorms

15   and 4-man dorms) in unlocked rooms within locked units.

16       10.   DMH has not received all of the recommended referrals generated from the modified

17   needs assessment.  As of December 15, 2009, DMH had received 688 referrals from the

18   assessment.  From those 688 referrals, DMH admitted 294 inmate-patients to various DMH

19   programs for CDCR male inmate-patients, placed 312 inmate-patients on Wait Lists, and did not

20   admit nor waitlist 82 inmate-patients.  DMH did not admit nor waitlist the 82 inmate-patients for

21   various reasons including that CDCR rescinded the referrals and that the inmate-patients won

22   their Vitek hearings, paroled, were rejected by DMH, and/or determined to be mentally

23   disordered offenders.

24       11.   Table 2 shows to which DMH Program the 294 inmate-patients were admitted as well

25   as to which DMH Program the 312 inmate-patients were waitlisted:

26   / / /

27   / / /

28   / / /

4

1

**Table 2 – DMH Program Admissions and Wait Lists as of December 15, 2009.**

2

3

| DMH Program | Admissions | Wait List |
|---|---|---|
| VPP Acute | 58 | 22 |
| SVPP ICF High Custody | 45 | 283 |
| VPP ICF Low Custody Dorms | 22 | 7 |
| ASH | 135 | 0 |
| CSH | 34 | 0 |
| **Total:** | **294** | **312** |

Note that with respect to this table, the SVPP acts as the clearinghouse for all high-custody ICF referrals, and the VPP Acute 22 Wait List number reflects 15 beds that are on hold for inmate-patients scheduled for admission.

12. Regarding the Intermediate Care Facility Pilot Program, DMH received the 33 referrals to ASH generated from the SVPP Wait List as of September 2, 2009. ASH, however, has not yet admitted those inmate-patients—3 are scheduled for admission and 30 are pending clinical updates from the various institutions that house them.

13. DMH remains committed to admit *Coleman* class members at a rate of not less then ten per week in order to fill the remaining ICF low-custody beds at ASH.

I declare that the foregoing is true. Executed this _29th_ day of December , 2009, at Sacramento, California.

CYNTHIA A. RADAVSKY

CF1997CS0003

5

# EXHIBIT 1

## Atascadero State Hospital Census (PC 2684)

| Week Beginning and Ending | 6/22/09-6/26/09 | 6/29/09-7/3/09 | 7/6/09-7/10/09 | 7/13/09-7/17/09 | 7/20/09-7/24/09 | 7/27/09-7/31/09 | 8/3/09-8/7/09 | 8/10/09-8/14/09 | 8/17/09-8/21/09 | 8/24/09-8/28/09 | 8/31/09-9/4/09 | 9/7/09-9/11/09 | 9/14/09-9/18/09 | 9/21/09-9/25/09 | 9/28/09-10/2/09 | 10/5/09-10/9/09 | 10/12/09-10/16/09 | 10/19/09-10/23/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Census | 108 | 115 | 120 | 126 | 132 | 142 | 150 | 158 | 166 | 169 | 176 | 178 | 180 | 185 | 188 | 194 | 197 | 197 |
| Admissions | 14 | 14 | 14 | 12 | 14 | 11 | 14 | 14 | 13 | 12 | 9 | 8 | 10 | 5 | 13 | 11 | 8 | 12 |
| Discharges | 7 | 9 | 8 | 6 | 4 | 3 | 6 | 6 | 10 | 5 | 7 | 6 | 5 | 2 | 7 | 8 | 8 | 9 |
| Ending Census | 115 | 120 | 126 | 132 | 142 | 150 | 158 | 166 | 169 | 176 | 178 | 180 | 185 | 188 | 194 | 197 | 197 | 200 |

| Week Beginning and Ending (Continued) | 10/26/09-10/30/09 | 11/2/09-11/6/09 | 11/9/09-11/13/09 | 11/16/09-11/20/09 | 11/23/09-11/27/09 | 11/30/09-12/4/09 | 12/7/09-12/11/09 | 12/14/09-12/18/09 |
|---|---|---|---|---|---|---|---|---|
| Beginning Census | 200 | 200 | 204 | 209 | 209 | 198 | 198 | 197 |
| Admissions | 11 | 11 | 12 | 4 | 0 | 13 | 7 | 8 |
| Discharges | 11 | 7 | 7 | 4 | 11 | 13 | 8 | 7 |
| Ending Census | 200 | 204 | 209 | 209 | 198 | 198 | 197 | 198 |

| Totals | Admissions | Discharges |
|---|---|---|
| | 274 | 184 |

**ASH (PC 2684)**

Bed Capacity

Week Beginning and Ending

Legend: Beginning Census · Admissions · Discharges · Ending Census