EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA H. RAMSEY, State Bar No. 230862
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF RICK JOHNSON IN SUPPORT OF DEFENDANTS' REQUEST FOR TEMPORARY RELIEF RE: 256 INTERMEDIATE CARE FACILITY LOW-CUSTODY BEDS AT ATASCADERO STATE HOSPITAL** |

I, Rick Johnson, declare:

1.   I am the Chief of the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Request for Temporary Relief Re: 256 Intermediate Care Facility Low-Custody Beds at Atascadero State Hospital.

2.   I began working at CDCR in 1983, and have worked as the Chief of the Health Care Placement Oversight Program (HC-POP) since 2006.

1

Johnson Decl. in Supp. of Defs.' Req. for Temp. Relief Re: 256 ICF Low-Custody Beds at ASH
(2:90-cv-00520 LKK JFM P)

3. As the Chief, I was involved in the development of a CDCR Pilot Program for housing inmate-patients with identified security concerns in the Department of Mental Health (DMH) programs at Atascadero State Hospital (ASH) and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF), and I am familiar with the purpose and program components of the Pilot Program.

4. On September 22, 2009, CDCR submitted to the California Office of Administrative Law (OAL) a Pilot Program for increasing referrals of inmate-patients who are identified as needing placement at a DMH ICF program. The OAL officially approved the Pilot Program on October 23, 2009. The Pilot Program is effective October 23, 2009 through October 23, 2011.

5. The custody criteria and guidelines in the Pilot Program will likely increase future admissions to ASH and the VPP dorms. The reason is because the criteria and guidelines in the Pilot Program will now allow HC-POP to refer to ASH and the VPP dorms, on a case-by-case evaluation, some CDCR inmate-patients whose custody factors would previously have prevented their referral to an ICF low-custody bed. Under the Pilot Program, HC-POP will review, on a case-by-case evaluation, CDCR inmate-patients designated as Maximum Custody (based on non-adverse reasons), Close B custody, Sensitive Needs Yard, required single celling, and Level IV placement scores. On November 4, 2009, HC-POP directed impacted field custody and classification staff to immediately begin using these new screening criteria for assessing all future referrals to DMH ICF levels of care at ASH and the VPP dorms. HC-POP, however, needs to have the Pilot Program in effect for at least several months before it can evaluate the Program's impact on referrals to ASH and the VPP dorms.

6. HC-POP reviewed and reconsidered for potential referral to ASH and/or the VPP dorms those inmate-patients on the SVPP Wait List as of November 4, 2009—the date that HC-POP directed field staff to start using the new Pilot Program custody criteria. HC-POP reviewed all of the inmate-patients on the SVPP Wait List, not just those added to the Wait List as part of the modified assessment project. HC-POP's review of these inmate-patients consisted of two phases.

2

Johnson Decl. in Supp. of Defs.' Req. for Temp. Relief Re: 256 ICF Low-Custody Beds at ASH
(2:90-cv-00520 LKK JFM P)

7. The first phase of review of the SVPP Wait List involved a review of 420 cases on the SVPP Wait List as of September 2, 2009. First, HC-POP looked at data from the Distributed Data Processing System and the Offender Based Information System. This review resulted in 147 potentially eligible inmate-patient referrals. Second, HC-POP reviewed those cases taking into account the old and new case factors, and recommended 60 cases for referral.

8. Of these 60 cases, the Institutional Classification Committees (ICCs) at the various institutions housing those inmate-patients informed HC-POP that they concurred with referring 33 to ASH and 12 to the VPP dorms. With respect to the remaining 15 recommended referrals, 2 were clinically rescinded, 1 was already in a DMH ICF program, 7 had paroled, and 5 were retained on the SVPP Wait List.

9. The second phase of the review of the SVPP Wait List involved a review of 149 inmate-patients added to the SVPP Wait List between September 3, 2009 and November 4, 2009. HC-POP's initial review resulted in 45 potentially eligible inmate-patient referrals. From this number, HC-POP recommended 12 cases for referral.

10. Of these 12 cases, HC-POP referred 2 cases to ASH and 2 cases to the VPP dorms. The remaining 8 cases are pending review by the ICCs. HC-POP expects that this review will be completed by January 14, 2010.

11. Of the 33 referrals to ASH as noted above, CDCR expects to provide the clinical updates on the 30 pending referrals by January 7, 2010.

I declare that the foregoing is true. Executed this 29 day of December, 2009, at Sacramento, California.

RICK JOHNSON

CF1997CS0003

3

Johnson Decl. in Supp. of Defs.' Req. for Temp. Relief Re: 256 ICF Low-Custody Beds at ASH
(2:90-cv-00520 LKK JFM P)