IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TEMPORARY RELIEF RE: 256 INTERMEDIATE CARE FACILITY LOW-CUSTODY BEDS AT ATASCADERO STATE HOSPITAL** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On December 31, 2009, Defendants filed a request for temporary relief from the requirement that the California Department of Mental Health fill all 256 Intermediate Care Facility low-custody beds at Atascadero State Hospital by December 31, 2009, so that they, in consultation with the *Coleman* Special Master, can complete the Court-ordered modified assessment project, evaluate the new Intermediate Care Facility Pilot Program, and determine whether there remains any unmet need for Intermediate Care Facility low-custody beds.

Good cause presented to the Court and good cause appearing, the Court grants Defendants' request. Defendants will update the Court no later than March 31, 2010, on Atascadero State Hospital's census and on whether there remains any unmet need for Intermediate Care Facility

///

1

1  low-custody beds, and will, if appropriate, seek relief from the requirement that they maintain and
2  fill the 256 Intermediate Care Facility low-custody beds.
3      IT IS SO ORDERED.
4
5  Dated: _____      _____
    Lawrence K. Karlton
6      United States District Court Judge
7  CF1997CS0003
   30925499