IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER RE: DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S RECOMMENDATIONS ON HIS EXPERT'S REPORT ON SUICIDES COMPLETED IN CALENDAR YEAR 2007** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On January 6, 2010, Defendants filed objections to the *Coleman* Special Master's recommendations on his expert's report on suicides committed in the California Department of Corrections and Rehabilitation during calendar year 2007.

Good cause presented to the Court and good cause appearing, the Court affirms Defendants' objections.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court will not adopt recommendation number 1 of the Special Master as an order of the Court;

2. The Court will not adopt recommendation number 2 of the Special Master as an order of the court;

3. The Court will not adopt the first sentence of recommendation number 3 of the Special Master as an order of the court;

4. The Court will not adopt the last sentence of recommendation 3 of the Special Master as an order of the Court, and

5. The Court will not adopt that part of the third sentence of recommendation number 4 of the Special Master that would require that the Court order that Defendants submit "documentation to the *Coleman* special master on the outcomes of investigations of staff misconduct, negligence, and error."

IT IS SO ORDERED

Dated: _____    _____
                                                                                      Lawrence K. Karlton
                                                                                      United States District Court Judge