| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884 |
| 4 | SAMANTHA H. RAMSEY, State Bar No. 230862<br>Deputy Attorneys General |
| 5 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 6 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 324-5345 |
| 7 |   Fax: (916) 324-5205<br>  E-mail: Debbie.Vorous@doj.ca.gov |
| 8 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>**v.**<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                            Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: DEFENDANTS' SHORT TERM PROJECT FOR 150 LEVEL III/IV ENHANCED OUTPATIENT PROGRAM SENSITIVE NEEDS YARD BEDS AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶3.a.) In addition, this Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) On December 4, 2009, Defendants informed the Court that they will be unable to timely activate their short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the Substance Abuse Treatment Facility. (Docket No. 3736.) Plaintiffs' response, if any, was due within ten days of that filing. (Docket No. 3686 ¶ 6.) Under Rules of Civil Procedure 6(a) and 6(d), that date was December 17, 2009. Fed. R. Civ. Proc. 6(a)(2)(d).

1

Stipulation and Order Re: Defs. Short Term Proj. for Level 150 III/IV EOP Beds at SATF

PDF created with pdfFactory trial version www.pdffactory.com

On December 22, 2009, the parties stipulated and the Court ordered that Plaintiffs had until January 12, 2010, to file their response, if any, to Defendants' December 4, 2009 filing concerning Defendants' short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the Substance Abuse Treatment Facility. (Docket No. 3756.) The parties met on January 8, 2010, regarding a potential alternative remedy for this project, and it was agreed that a further extension for Plaintiffs' response, if any, is necessary.

Therefore, the parties, by and through their counsel, stipulate that Plaintiffs shall have until January 21, 2010, to file their response, if any, to Defendants' December 4, 2009 filing concerning Defendants' short-term project for 150 Level III/IV Enhanced Outpatient Program Sensitive Needs Yard beds at the Substance Abuse Treatment Facility.

SO STIPULATED.

Dated: January 12, 2010   By:   */s/ Debbie J. Vorous*
Debbie J. Vorous
Office of the Attorney General
Attorneys for the Defendants

Dated: January 12, 2010   By:   */s/ Mark Feeser*
Mark Feeser
Rosen, Bien and Galvan
Attorneys for the Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court.

Date: January 13, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CF1997CS0003

2

Stipulation and Order Re: Defs. Short Term Proj. for Level 150 III/IV EOP Beds at SATF

PDF created with pdfFactory trial version www.pdffactory.com