EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA H. RAMSEY, State Bar No. 230862
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENT TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR TREATMENT CENTER 2 AT SALINAS VALLEY STATE PRISON** |

///

///

///

1

On June 18, 2009, this Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.)  In addition, this Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs.  Attached is a notice to the Special Master, informing him that Defendants are unable to activate by December 18, 2009, the short-term project to double bunk inmates requiring an Intermediate Care Facility level of care in one 10-cell wing in Treatment Center 2 of the Salinas Valley Psychiatric Program at Salinas Valley State Prison.  (Vorous Decl. ¶ 2 - Ex. 1.)  Defendants are in the process of retrofitting cells in Treatment Center 2.  (*Id*.)  In addition, the notice states that Defendants expect the project will be complete by January 18, 2010, and fully activated by February 19, 2010.  (*Id*.)

Dated:  January 15, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/  Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs. Resp. to Court Order Re: TC-2 Project at Salinas Valley Psychiatric Program