EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA H. RAMSEY, State Bar No. 230862
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S JUNE 18, 2009 ORDER THAT DEFENDANTS NOTIFY THE COURT OF ANY IMPEDIMENT TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT FOR TREATMENT CENTER 2 AT SALINAS VALLEY STATE PRISON** |

I, Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for the Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

///

///

///

1

Decl. of Debbie J. Vorous Re: Treatment Center 2 at Salinas Valley State Prison

2. Attached as Exhibit 1 is a true and correct copy of a January 9, 2010 e-mail that I sent to Special Master Lopes notifying him of a delay in Defendants' short-term project to double bunk inmates requiring an Intermediate Care Facility level of care in one 10-cell wing in Treatment Center 2 of the Salinas Valley Psychiatric Program at Salinas Valley State Prison.

I declare under the penalty of perjury that the foregoing is true. Executed this 15 day of January, 2010, in Sacramento, California.

*/s/ Debbie J. Vorous*
DEBBIE J. VOROUS

CF1997CS0003

2

Decl. of Debbie J. Vorous Re: Treatment Center 2 at Salinas Valley State Prison