# EXHIBIT 1

## Ed Torres - Notification Re: Double Bunk Pilot Project at SVSP, TC-2

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | mlopes@pldwlaw.com |
| **Date:** | 1/9/2010 3:16 PM |
| **Subject:** | Notification Re: Double Bunk Pilot Project at SVSP, TC-2 |
| **CC:** | Debbie Vorous; kwalsh@pldlaw.com; Samantha Ramsey |

Dear Special Master Lopes:

This e-mail is to notify you of a departure in the final completion date for Defendants' short-term project to double bunk inmates requiring an Intermediate Care Facility level of care in one 10-cell wing in Treatment Center 2 of the Salinas Valley Psychiatric Program at Salinas Valley State Prison. In their May 26, 2009 filing, Defendants indicated that they intend to activate this project within 120 to 180 days following the Court's approval; that is, between October 18, 2009 and December 18, 2009.

Defendants are in the process of retrofitting the cells and expect to complete construction by January 18, 2010. Defendants will begin admitting inmate-patients as soon as construction is completed, and expect full activation by February 19, 2010. Defendants are submitting this notice to you in order to ensure compliance with the Court's January 4, 2010 order concerning delays in the short-term projects beyond thirty days. Defendants are working as quickly and safely as possible to fully implement this project, and there are currently no options to accelerate it.

A formal notice to the Court will follow.

If you have any questions, please contact me.


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345