# TABLE OF APPENDICES

1   Receiver's Turnaround Plan of Action Matrix

2   Executive Summary & Health Care Access Quality Reports –September through November 2009

3   California Hospital Map

4   Human Resources Recruitment and Retention Reports – September through November 2009

5   Controlled Correspondence and Litigation Support Unit Executive Summary Reports – September through November 2009

6   Maxor Monthly Summary Reports – September through November 2009

7   CPR Financial Statements – July 1, 2009 through December 31, 2009