UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

    v.                                  **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 19, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 20, 2010

**VICTORIA C. MINOR
CLERK OF COURT**

**by:** /s/ L. Reader

Deputy Clerk