1  STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
   CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
2  TERESA WANG (SBN 252961) twang@akingump.com
   Akin Gump Strauss Hauer & Feld LLP
3  580 California, 15th Floor
   San Francisco, California 94104-1036
4  Telephone:     415-765-9500
   Facsimile:     415-765-9501
5  Attorneys for Republican Assembly and Senate Intervenors

6  ROD PACHECO
   District Attorney, County of Riverside
7  WILLIAM E. MITCHELL, Assistant District Attorney (SBN 108483)
   wemitchell@rivcoda.org
8  ALAN D. TATE, Senior Deputy District Attorney (SBN 172413)
   atate@rivcoda.org
9  4075 Main Street, First Floor
   Riverside, California  92501
10 Telephone:  (951) 955-5484
   Fax:  (951) 955-5588
11 Attorneys for District Attorney Intervenors

12 MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
   KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
13 IVY M. TSAI (SBN 223168) imt@jones-mayer.com
   Jones & Mayer
14 3777 North Harbor Boulevard
   Fullerton, California 92835
15 Telephone:     714-446-1400
   Facsimile:     714-446-1448
16 Attorneys for Sheriff, Police Chief, Probation Chief, and Corrections Intervenors

17                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
18                   AND THE NORTHERN DISTRICT OF CALIFORNIA
                UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
19              PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>               Plaintiffs,<br>     v.<br>ARNOLD SCHWARZENEGGER, *et al*.,<br>               Defendants | Case No. S-90-0520-LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>               Plaintiffs,<br>     v.<br>ARNOLD SCHWARZENEGGER, *et al*.,<br>               Defendants. | Case No. C 01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>DEFENDANT INTERVENORS'<br>NOTICE OF APPEAL TO THE<br>SUPREME COURT OF THE UNITED<br>STATES |

21
22
23
24
25
26
27
28

1    Notice is hereby given that Defendant Legislator Intervenors,[1] District Attorney Intervenors,[2]

2    and Sheriff, Police Chief, Probation Chief, and Corrections Intervenors[3] (collectively, the "Statutory

3    Intervenors"), appeal to the Supreme Court of the United States from the Three-Judge Court's January

4    12, 2010 Order to Reduce Prison Population (Docket No.2287 in C 01-1351 TEH; Docket No. 3767 in

5

6    [1]  The California Senator and Assembly Intervenors (collectively the "Legislator Intervenors")
appealing the Three-Judge Court's January 12, 2010 Order to Reduce Prison Population include the
7    following: California State Senators: Senators Samuel Aanestad, Roy Ashburn, James F. Battin, Jr.,
John J. Benoit, Robert Dutton, Dennis Hollingsworth, Bob Huff, Abel Maldonado, George Runner,
8    Tony Strickland, Mimi Walters and Mark Wyland; and the following California Assemblymembers:
Michael N. Villines, Anthony Adams, Joel Anderson, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck
9    DeVore, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston,
Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Roger Niello, Sharon Runner, Jim Silva,
10    Cameron Smyth, Todd Spitzer, Audra Strickland, and Van Tran.

11    [2] The District Attorney intervenors appealing the Three-Judge Court's January 12, 2010 Order
to Reduce Prison Population include the following: Rod Pacheco, District Attorney County of
12    Riverside, Bonnie M. Dumanis, District Attorney County of San Diego, Tony Rackauckas, District
Attorney County of Orange, Jan Scully, District Attorney County of Sacramento, Christie Stanley,
13    District Attorney County of Santa Barbara, Michael A. Ramos, District Attorney County of San
Bernanrdino, Robert J. Kochly, District Attorney County of Contra Costa, David W. Paulson, District
14    Attorney County of Solano, Gregg Cohen, District Attorney County of Tehama, Todd Riebe, District
Attorney County of Amador, Bradford R. Fenocchio, District Attorney County of Placer, John R.
15    Poyner, District Attorney County of Colusa, Michael Ramsey, District Attorney County of Butte,
Gerald T. Shea, District Attorney County San Luis Obispo, Edward R. Jagels, District Attorney County
16    of Kern, Gregory Totten, District Attorney County of Ventura, Vern Pierson, District Attorney County
of El Dorado, Clifford Newell, District Attorney County of Nevada, Ronald L. Calhoun, District
17    Attorney County of Kings, and Donald Segerstrom, District Attorney County of Tuolumne.

18    [3] The Sheriff, Police Chief, Probation Chief and Corrections Intervenors appealing the Three-
Judge Court's January 12, 2010 Order to Reduce Prison Population include the following:  Amador
19    County Sheriff-Coroner Martin Ryan, Butte County Sheriff Perry Reniff, Calaveras County Sheriff
Dennis Downum, El Dorado County Sheriff Jeff Neves, Fresno County Sheriff Margaret Mims, Glenn
20    County Sheriff Larry Jones, Inyo County Sheriff William Lutze, Kern County Sheriff Donny
Youngblood, Lassen County Sheriff Steve Warren, Los Angeles County Sheriff Lee Baca, Merced
21    County Sheriff Mark Pazin, Mono County Sheriff Rick Scholl, Monterey County Sheriff Mike
Kanalakis, Orange County Sheriff-Coroner Sandra Hutchens, Placer County Sheriff Edward Bonner,
22    San Benito County Sheriff-Coroner Curtis Hill, San Diego County Sheriff William Gore, San Joaquin
County Sheriff-Coroner Steve Moore, San Luis Obispo County Sheriff Pat Hedges, Santa Barbara
23    County Sheriff Bill Brown, Santa Clara County Sheriff Laurie Smith, Solano County Sheriff-Coroner
Gary Stanton, Stanislaus County Sheriff-Coroner Adam Christianson, Sutter County Sheriff- Coroner
24    J. Paul Parker, Tehama County Sheriff Clay Parker, Tuolumne County Sheriff-Coroner James Mele,
Ventura County Sheriff Bob Brooks, Yolo County Sheriff Ed Prieto, Yuba County Sheriff Steve Durfor,
25    City of Fremont Police Chief Craig Steckler, City of Fresno Police Chief Jerry Dyer, City of Grover
Beach Police Chief Jim Copsey, City of Modesto Police Chief Michael Harden, City of Pasadena
26    Police Chief Bernard Melekian, City of Paso Robles Police Chief Lisa Solomon, City of Roseville
Police Chief Michael Blair, Contra Costa County Chief Probation Officer Lionel Chatman, Fresno
27    County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal,
Sacramento County Chief Probation Officer Don Meyer, San Luis Obispo Chief Probation Officer Jim
28    Salio, Solano County Chief Probation Officer Isabelle Voit, Stanislaus County Chief Probation Officer
Jerry Powers, and Ventura County Chief Probation Officer Karen Staples.

DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES
CASE NO. 90-0520 LKK-JFM P AND C 01-1351 TEH

1  S-90-0520-LKK-JFM P), which imposed injunctive relief under the Prison Litigation Reform Act

2  ("PLRA"). *See* 18 U.S.C. § 3626(a)(3), (g)(4).

3          Appellants take this appeal pursuant to 28 U.S.C. § 1253, providing for a direct appeal from

4  decisions of three-judge courts.

5  Dated: January 20, 2010                    By_____/s/Chad A. Stegeman_____
                                                        Chad A. Stegeman
6                                              AKIN GUMP STRAUSS HAUER & FELD LLP
                                               Steven S. Kaufhold
7                                              Chad A. Stegeman

8
                                               Attorneys for the Republican Assembly and Senate
9                                              Intervenors

10  Dated: January 20, 2010                   By_/s/ Kimberly Hall Barlow (as authorized on 1/20/10)
                                                        Kimberly Hall Barlow
11                                             JONES & MAYER
                                               Martin J. Mayer
12                                             Kimberly Hall Barlow
                                               Ivy M. Tsai
13

14                                             Attorneys for the Sheriff, Probation, Police Chief,
                                               and Corrections Intervenors
15
16  Dated: January 20, 2010                   By_____/s/ Alan Tate_____(as authorized on 1/20/10)
                                                        Alan Tate
17                                             William E. Mitchell
                                               Alan Tate
18                                             District Attorneys
                                               County of Riverside
19
                                               Attorneys for the District Attorney Intervenors
20

21          I, Teresa W. Wang, am the ECF user whose ID and password are being used to

22  file this Notice of Appeal to the Supreme Court of the United States.  In compliance

23  with the Northern District of California General Order 45, X.B., I hereby attest that

24  Kimberly Hall Barlow and Alan Tate have concurred in this filing.
    DATED: January 20, 2010                    By_____/s/Teresa W. Wang_____
25                                                      Teresa W. Wang
                                               AKIN GUMP STRAUSS HAUER & FELD LLP
26
                                               Attorneys for the Republican Assembly and Senate
27                                             Intervenors

28

DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES
CASE NO. 90-0520 LKK-JFM P AND C 01-1351 TEH