# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**RALPH COLEMAN, ET AL.,**
    Plaintiff

   v.                                **CASE NO. 2:90–CV–00520–LKK–JFM**

**JOHN S ZIL MD, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 20, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 22, 2010

                           **VICTORIA C. MINOR**
                           **CLERK OF COURT**

                    **by:** /s/ L. Reader

                        Deputy Clerk