IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.　　　　　　　　ORDER

/

      The special master has requested relief from the requirement that he file a second monitoring report in calendar year 2009. Good cause appearing, IT IS HEREBY ORDERED that the special master's December 29, 2009 request is granted.

DATED: January 28, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT