# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 19, 2010

Clerk
United States District Courts for the Eastern
District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322

**FILED**
JAN 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Re: Arnold Schwarzenegger, Governor of California, et al.
    v. Marciano Plata, et al.
    No. 09-416
    (Your No. CIV S-90-0520, C01-1351)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The appeal is dismissed for want of jurisdiction. The Court takes note that a further order has been entered in this case, but that order is not the subject of this appeal. It is also noted that the district court has stayed its furter order pending review by this Court.

Sincerely,

William K. Suter

William K. Suter, Clerk