# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 19, 2010

Clerk
United States District Courts for the Eastern
District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322



FILED

JAN 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Re:   California State Republican Legislator Intervenors, et al.
      v. Marciano Plata, et al.
      No. 09-553
      (Your No. CIV S-90-0520, C01-1351)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The appeal is dismissed for want of jurisdiction. The Court takes note that a further order has been entered in this case, but that order is not the subject of this appeal. It is also noted that the district court has stayed its further order pending review by this Court.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk