EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR TEMPORARY RELIEF RE: COURT'S JANUARY 4, 2010 ORDER THAT DEFENDANTS AMEND THEIR PROPOSAL FOR THE STARK CONVERSION PROJECT** |

1

Defs.' Req. for Temp. Relief Re: Court's January 4, 2010 Order that Defs. Amend Stark Proposal
(2:90-cv-00520 LKK JFM P)

| Acronym List ||
|---|---|
| **Term** | **Definition** |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| EOP | Enhanced Outpatient Program |
| GP | General Population |

2

Defs.' Req. for Temp. Relief Re: Court's January 4, 2010 Order that Defs. Amend Stark Proposal
(2:90-cv-00520 LKK JFM P)

## INTRODUCTION

On November 6, 2009, Defendants submitted a comprehensive, long-range mental health bed plan, including activation schedules. As one of their long-range projects, Defendants proposed to renovate Stark—a former Division of Juvenile Justice institution—to provide housing, treatment, and office space for inmates requiring an Enhanced Outpatient Program (EOP) level of care.

On January 4, 2010, this Court declined to approve Defendants' proposal to renovate Stark, and ordered that Defendants file within forty-five days from the date of the order an amended plan that limits the population for that facility to no more than 137.5% of the facility's design capacity and that meets the concerns identified by the *Coleman* special master.

Defendants are evaluating alternative options to renovating Stark. Defendants, however, have not had adequate time to evaluate the alternative options. Therefore, Defendants request temporary relief from the requirement that they file by February 18, 2010, an amended proposal for the Stark renovation so that they can complete this process and determine whether a viable alternative option exists.[1] Defendants will need 90 days to produce a plan for any alternative option. In addition, Defendants are committed to working with the *Coleman* special master and his experts on any alternative plan.

## ARGUMENT

On September 24, 2009, this Court ordered that Defendants file with the Court a detailed long-range mental health bed plan, including activation schedules. (Docket No. 3686 ¶ 2.) On November 6, 2009, Defendants complied with this Court's order and submitted a comprehensive long-range mental health bed plan, which included their proposal to renovate Stark to provide

---

[1] Concurrent with this filing, Defendants filed a motion for reconsideration and relief from this Court's January 4, 2010 order on the Stark renovation project. By filing this request for temporary relief, Defendants do not waive their right to seek reconsideration and relief from this Court's January 4, 2010 order nor their rights under the Federal Rules of Appellate Procedure, including Fed. R. App. P. 4(a)(4)(vi). Should this Court grant Defendants' request for temporary relief from the order, Defendants ask that it continue the hearing on the concurrently-filed motion for reconsideration and relief for 90 days.

3

Defs.' Req. for Temp. Relief Re: Court's January 4, 2010 Order that Defs. Amend Stark Proposal
(2:90-cv-00520 LKK JFM P)

1  housing, treatment, and office space for 775 EOP General Population (GP) and 50 EOP
2  Administrative Segregation Unit (ASU) inmates.  (Docket No. 3724–2 at 7, 10–11.)
3      Plaintiffs filed extensive comments and, among other things, objected to the fact that the
4  California Department of Corrections and Rehabilitation (CDCR) expects to double cell EOP-GP
5  inmates, and urged the Court to adopt recommendations made by the special master's experts
6  concerning increased programming and out-of-cell time for EOP-GP and EOP-ASU inmates.
7  (Docket No. 3733 at 10–17.)  This Court declined to approve Defendants' proposal to renovate
8  Stark.  (Docket No. 3761 ¶ 1.c.)  According to the Court's January 4, 2010 order, "the papers
9  before the court give rise to a concern that this project may not be sufficient to meet the needs of
10 the plaintiff class."  (*Id.* at 2: 13–14.)  Additionally, this Court states that the "special master
11 reports that this project will require either an increase in the amount of out of cell time for class
12 members housed in that program, or reduction in the number of admissions, or some combination
13 of the two."  (*Id.* at 2:15–17.)
14     As a consequence of this Court's January 4, 2010 order, and input from internal
15 stakeholders, the *Plata* Receiver's office, the special master and his experts, Plaintiffs' counsel,
16 and other external stakeholders, CDCR is currently examining alternative options to house and
17 program the EOP inmates identified in Defendants' proposal to renovate Stark.  (Meyer Decl. ¶
18 5.)  CDCR has assembled a team of individuals, including individuals from CDCR Facilities,
19 Institutions, and Health Care Services as well as from the Receiver's office, and charged them
20 with the responsibility for identifying all viable options to house the EOP inmates identified by
21 Defendants in their proposal to renovate Stark.  (*Id.* at ¶ 6.)  CDCR expects that it will take 90
22 days to produce a thoughtful, thorough, and viable plan for review.  (*Id.*)  This amount of time is
23 required because each alternative project will likely impact other populations, costs, scope, and
24 potentially the schedules of other Assembly Bill 900 projects.  (*Id.*)
25     Additionally, CDCR is committed to working with the *Coleman* special master and his
26 experts on any alternative to Defendants' proposal to renovate Stark.  (Meyer Decl. ¶ 7.)  Because
27 this benefits the *Coleman* class members, this Court should grant Defendants' request.
28 / / /

4

## **CONCLUSION**

Because good cause exits to grant Defendants' request, Defendants respectfully request that this Court grant them temporarily relief from the requirement that they file by February 18, 2010, an amended plan for their proposal to renovate Stark.

Dated: February 1, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

5