EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' REQUEST FOR TEMPORARY RELIEF RE: COURT'S JANUARY 4, 2010 ORDER THAT DEFENDANTS AMEND THEIR PROPOSAL FOR THE STARK CONVERSION PROJECT** |

   I, Chris Meyer, declare:

   1.   I am the Senior Chief of the Facility Planning, Construction, and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I began working as Senior Chief on September 14, 2009. I work on healthcare projects on behalf of and at the direction of CDCR Secretary Cate and the *Plata* Federal Receiver, Clark Kelso. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' request for temporary relief: re: Court's January 4, 2010 order that Defendants amend their proposal for the Stark conversion project.

1

1     2.     I have worked in the construction management profession for 27 years. As a private sector construction management consultant, I provided services to CDCR from 1984 to 1995. These services included construction management and oversight of the new prisons constructed at Avenal, Corcoran, Wasco, and Blythe. Each of these projects included healthcare facilities, schools, inmate housing, industrial laundry facilities, state-of-the-art security and low voltage control systems, in excess of five miles of new roads and twenty miles of buried utilities, precast concrete structures, prefabricated metal buildings, concrete block structures, backup power generation systems, water and wastewater facilities, industrial food service facilities, and Prison Industries Authority farming and ranching facilities.

3.     In my current role as Senior Chief, I am responsible for the management and oversight of the Facility Planning, Construction, and Management Division, which includes all construction of new facilities and renovation of existing facilities. In addition to others, I am responsible for leveraging the available Assembly Bill 900 funding to fund construction to meet CDCR's need.

4.     I am familiar with Defendants' long-range mental health bed plan to renovate the Herman G. Stark facility to provide housing, treatment, and office space for inmates requiring an Enhanced Outpatient Program (EOP) level of care. I am also familiar with this Court's January 4, 2010 order that Defendants amend their proposal to renovate Stark, and with the concerns raised by the Court in its order.

5.     As the Senior Chief, I am aware of the options available for housing the EOP inmates and the decision to place a portion of the EOP population at Stark. As a consequence of this Court's January 4, 2010 order, and input from internal stakeholders, the *Plata* Receiver's office, the special master and his experts, Plaintiffs' counsel, and other external stakeholders, CDCR is currently examining alternative options to house and program the EOP inmates identified by Defendants in their proposal to renovate Stark.

6.     I have assembled a team of individuals, including individuals from CDCR Facilities, Institutions, and Health Care Services as well as the Receiver's office, and charged them with the responsibility for identifying all viable options to house the EOP inmates identified

2

1 by Defendants in their proposal to renovate Stark.  I believe in order to complete this review in
2 the most thoughtful and thorough way, the assembled team will need 90 days to produce a viable
3 plan for review.  This amount of time is required because each alternative project will likely
4 impact other populations, costs, scope, and potentially the schedules of other Assembly Bill 900
5 projects.

6     7. CDCR is committed to working with the special master and his experts on any
7 alternative to Defendants' proposal to renovate Stark.

8     I declare that the foregoing is true.  Executed this 1st day of February 2010, at
9 Sacramento, California.

*/s/ Chris Meyer*

CHRIS MEYER

CF1997CS0003

3

Meyer Decl. Supp. Defs.' Req. for Temp. Relief Re: Court's January 4, 2010 Order that Defs. Amend Stark Prop.
(2:90-cv-00520 LKK JFM P)