EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                       Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S JANUARY 4, 2010 ORDER THAT DEFENDANTS FILE A NEW ACTIVATION SCHEDULE FOR THE CONSOLIDATED CARE CENTER** |

1

| Acronym List ||
|---|---|
| **Term** | **Definition** |
| AB | Assembly Bill |
| A/E | Architect/Engineer |
| CCC | Consolidated Care Center |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act Compliance |
| CPHCS | California Prison Health Care Services |
| DMH | Department of Mental Health |
| DOF | Department of Finance |
| DPH | Department of Public Health |
| ICF-H | Intermediate Care Facility High Custody |
| JLBC | Joint Legislative Budget Committee |
| MHCB | Mental Health Crisis Bed |
| N.O.D. | Notice of Determination |
| PBIA | Pooled Money Investment Account |
| PMIB | Pooled Money Investment Board |
| PWB | Public Works Board |
| SFM | State Fire Marshall |

2

Defs.' Response to Court's January 4, 2010 Order re: CCC Activation Schedule
(2:90-cv-00520 LKK JFM P)

On January 4, 2010, this Court ordered that Defendants file a new activation schedule for the Consolidated Care Center (CCC) that reflects patient admissions completed to full occupancy by 2013. (Docket No. 3761 ¶ 1.a.) Enclosed as Attachment A is Defendants' new activation schedule for the CCC.

Dated: February 3, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Samantha H. Ramsey*

SAMANTHA H. RAMSEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs.' Response to Court's January 4, 2010 Order re: CCC Activation Schedule
(2:90-cv-00520 LKK JFM P)