# EXHIBIT A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
Assistant Secretary
P.O. Box 942883
Sacramento, CA 94283-0001



February 3, 2010

Debbie J. Vorous
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550

Dear Ms. Vorous

Please see attached, California Department of Corrections and Rehabilitation's newly revised activation schedule for the Consolidated Health Care Facility amended pursuant to the January 4, 2010 court order in *Coleman v. Schwarzenegger.*

Sincerely,

BENJAMIN T. RICE
General Counsel

Enclosures

| | |
|---|---|
| Project: | California Health Care Facility (CHCF) |
| Responsible Person: | Chris Meyer/CDCR |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California |
| Project Architect: | TBD |
| Location: | Stockton, CA |
| Funding Source: | AB 900 (GC 15819.40) |
| | Jay Sturges /DOF |
| | 915 L Street, Sacramento California 95814 |
| Report Date: | February 4, 2010 |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 33 | 11/6/09 | 11/6/09 | | 12/9/09 | 12/9/09 | | | M. Meredith/ CPR | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build approach | | | | | 12/7/09 | 12/7/09 | | | C. Lief | Pursuant to Government Code Section 14661.1.i | |
| Review Funding Request Package | 32 | 12/10/09 | 12/10/09 | | 1/11/10 | 1/14/10 | 3 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 1/12/10 | 1/15/10 | 3 | 2/11/10 | | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | In order to pursue financing under AB 900, bond counsel must opine that this project is within the scope of GC §15819.40(a). Defendants have not obtained such assurances from bond counsel. To proceed with this project, Defendants are pursuing legislation, and other options, to obtain sign-off from bond counsel that the project fits within scope. All possible solutions are outside the Defendants control and may delay the project. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 2/16/10 | | | 2/16/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 1/27/10 | 1/13/10 | (14) | 2/16/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 2/17/10 | | | 2/17/10 | | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 31 | 10/20/09 | 10/19/09 | (1) | 11/20/09 | | 76 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | NOD filed 10/19/09; litigation period ended 11/18/09. Protest filed 11/17/09. Case was removed to Federal court 11/25/09. Anticipate resolution of legal action no later than 06/30/10. |
| Select Bridging Architect | 18 | 2/18/10 | | | 3/8/10 | | | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | |
| Prepare Bridging Document | 136 | 2/16/10 | | | 7/2/10 | | | | M. Meredith Contractor TBD | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Design is based on using prototypical facilities. |
| PWB Approval | 45 | 7/2/10 | | | 8/16/10 | | | | C. Lief | PWB Approval of performance criteria | |
| Design-Build Competition/Contractor Selection | 90 | 8/16/10 | | | 11/14/10 | | | | M . Meredith | Selection of Design-Build entities. Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | |
| Award Design Build Contract | 28 | 11/14/10 | | | 12/12/10 | | | | J. Cummings | Issue Notice to Proceed, Execute contract. | |
| Design Build Duration | 816 | 12/12/10 | | | 3/7/13 | | | | M. Meredith Contractor TBD | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | |
| Activation Planning/Workforce Development/Hire Staff/Procurement | 1041 | 2/17/10 | | | 12/24/12 | | | | S. Streater C Radavsky W. Still | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DMH/CDCR/Receivers office and has to be coordinated between the three departments. DMH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 816 | 12/13/10 | | | 3/8/13 | | | | M. Meredith Contractor TBD | Including final as-built drawings. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification by SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Self Certification** | 7 | 3/8/13 | | | 3/15/13 | | | | C. Meyer | | |
| **Licensing Application & Approval** | 60 | 1/11/13 | | | 3/12/13 | | | | S. Streater C. Radavsky W. Still | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Assume sufficient staffing to prepare for licensure and DPH Survey, etc. |
| **Activation** | 60 | 1/11/13 | | | 3/12/13 | | | | S. Streater C. Radavsky W. Still | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | |
| **Patient Admissions** | 270 | 3/13/13 | | | 12/8/13 | | | | S. Streater C Radavsky W. Still | This will impact DMH/CDCR/CPHCS office and has to be coordinated between the three departments. DMH does not have the lead on this but will provide technical assistance. DMH expects to admit 5 inmate-patients per week for each licensed unit that is completely staffed due to clinical and safety reasons. | DMH Note: DMH will make every effort to comply with the proposed timelines, but success is dependent on recruitment and staffing. |

[1] This facility is intended to include 137 MHCB, 43 Acute, 432 ICF-H, and 1,110 non-mental health beds.

[2] Special Master shall receive updates on construction every 90 days.

**Project:** CMF Mental Health Treatment and Office Space

**Lead Person Roster**

| Name | | | Address | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Radavsky | Cindy | DMH | 1600 9th Street | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Meredith | Michael | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Still | Wendy | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | | | |