PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

Case No. Civ S 90-0520 LKK-JFM

**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2009**

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third Quarter of 2009 to defendants via overnight Federal Express on November 18, 2009. Plaintiffs received defendants' objections on January 6, 2010. The parties completed their meet-and-confer process on January 27, 2010. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter of 2009.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $213,845.71 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 20, 2009 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED: February 12, 2010

/s/ (signature) for
Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

DATED: February 11, 2010

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[348566-1]

# EXHIBIT A

Coleman v. Schwarzenegger
Summary of Fees and Costs
July 1, 2009 through September 30, 2009

**Stipulated Fees & Costs**

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $189,322.34 | $16,026.93 |
| Enforcement Via Three-Judge Panel* | $0.00 | $0.00 |
| Monitoring Fees on Fees | $7,351.65 | $1,144.79 |
| **Totals:** | **$196,673.99** | **$17,171.72** |

**Total Stipulated Fees and Costs**     **$213,845.71**

*All of the fees remain in dispute, along with plaintiffs' appellate work regarding the three-judge panel.

338413

Coleman v. Schwarzenegger
Stipulated Fees (Non Three-Judge Panel)
July 1, 2009 through September 30, 2009

Rosen, Bien & Galvan (489-3)

| Name | Hours Billed | Remaining Disputed Hours | Hours Undisputed | Requested Rates | $82.50 Paralegal Rate | Undisputed Totals | Remaining Paralegal Rate Dispute |
|---|---|---|---|---|---|---|---|
| Michael W. Bien | 130.30 | 0.00 | 125.60 | $177.00 | N/A | $22,231.20 | $0.00 |
| Ernest Galvan | 60.90 | 0.00 | 55.20 | $177.00 | N/A | $9,770.40 | $0.00 |
| Thomas Nolan | 4.60 | 0.00 | 4.60 | $177.00 | N/A | $814.20 | $0.00 |
| Jane E. Kahn | 240.50 | 0.00 | 231.90 | $177.00 | N/A | $41,046.30 | $0.00 |
| Mark R. Feeser | 74.90 | 0.00 | 67.90 | $177.00 | N/A | $12,018.30 | $0.00 |
| Lisa A. Ellis | 85.20 | 0.00 | 74.40 | $177.00 | N/A | $13,168.80 | $0.00 |
| Amy E. Whelan | 99.30 | 0.00 | 98.00 | $177.00 | N/A | $17,346.00 | $0.00 |
| Shirley Huey | 0.40 | 0.00 | 0.40 | $177.00 | N/A | $70.80 | $0.00 |
| Nura Maznavi | 0.20 | 0.00 | 0.20 | $177.00 | N/A | $35.40 | $0.00 |
| Holly M. Baldwin | 0.10 | 0.00 | 0.10 | $177.00 | N/A | $17.70 | $0.00 |
| Kevin E. Jones | 226.00 | 0.00 | 191.40 | $177.00 | $82.50 | $15,790.50 | $18,087.30 |
| Karen E. Stilber | 6.30 | 0.00 | 5.90 | $177.00 | $82.50 | $486.75 | $557.55 |
| Sofia A. Milham | 113.10 | 0.00 | 105.60 | $177.00 | $82.50 | $8,712.00 | $9,979.20 |
| Ritika S. Aggarwal | 145.50 | 0.00 | 122.90 | $177.00 | $82.50 | $10,139.25 | $11,614.05 |
| Kathleen Johnson-Silk | 158.70 | 0.00 | 152.20 | $177.00 | $82.50 | $12,556.50 | $14,382.90 |
| Melanie E. Wilkenson | 0.20 | 0.00 | 0.20 | $177.00 | $82.50 | $16.50 | $18.90 |
| Maya Weltman-Fahs | 0.20 | 0.00 | 0.20 | $177.00 | $82.50 | $16.50 | $18.90 |
| Matthew R. Harrison | 8.50 | 0.00 | 8.10 | $177.00 | $82.50 | $668.25 | $765.45 |
| Claire A. Hoffman | 0.10 | 0.00 | 0.10 | $170.00 | $82.50 | $8.25 | $8.75 |
| Haruka Roudebush | 4.30 | 0.00 | 4.00 | $177.00 | $82.50 | $330.00 | $378.00 |
| Amy Super | 48.10 | 0.00 | 33.10 | $177.00 | N/A | $5,858.70 | $0.00 |
| TOTALS | 1,407.40 | 0.00 | 1,282.00 | | | $171,102.30 | $55,811.00 |

338413

Coleman v. Schwarzenegger
Stipulated Fees (Non Three-Judge Panel)
July 1, 2009 through September 30, 2009

Prison Law Office

| Name | Claimed Hours | Remaining Disputed Hours | Hours Undisputed | Claimed Rate | $82.50 Paralegal Rate | Undisputed Totals | Remaining Paralegal Rate Dispute |
|---|---|---|---|---|---|---|---|
| Donald Specter | 1.80 | 0.00 | 1.80 | $177.00 | N/A | $318.60 | $0.00 |
| Alison Hardy | 1.70 | 0.00 | 1.70 | $177.00 | N/A | $300.90 | $0.00 |
| Steve Fama | 25.70 | 0.00 | 25.50 | $177.00 | N/A | $4,513.50 | $0.00 |
| Meghan Hagler | 0.20 | 0.00 | 0.20 | $177.00 | N/A | $35.40 | $0.00 |
| Riley Doyle Evans | 130.20 | 0.00 | 130.20 | $170.00 | $82.50 | $10,741.50 | $11,392.50 |
| Luisa Rivera | 1.50 | 0.00 | 1.50 | $170.00 | $82.50 | $123.75 | $131.25 |
| PLO Totals | 161.10 | 0.00 | 160.90 | | | $16,033.65 | $11,523.75 |

Employment Law Center

| Name | Claimed Hours | Remaining Disputed Hours | Hours Undisputed | Claimed Rates | $82.50 Paralegal Rate | Undisputed Totals | Remaining Paralegal Rate Dispute |
|---|---|---|---|---|---|---|---|
| Claudia Center | 7.07 | 0.00 | 7.07 | $177.00 | N/A | $1,251.39 | $0.00 |
| Brendan O'Brine | 9.35 | 0.00 | 9.35 | $100.00 | N/A | $935.00 | $0.00 |
| ELC Totals | 16.42 | $0.00 | 16.42 | | | $2,186.39 | $0.00 |

**Grand Total        $189,322.34**

338413

Coleman v. Schwarzenegger
Stipulated Expenses (Non Three-Judge Panel)
July 1, 2009 through September 30, 2009

**Rosen Bien & Galvan (489-3)**

| Description | Claimed | Undisputed Costs | Disputed Costs |
|---|---|---|---|
| Computerized Legal Research | $2,223.82 | $2,223.82 | $0.00 |
| Transcripts and Reports | $269.50 | $269.50 | $0.00 |
| In-House Copying | $5,491.80 | $5,491.80 | $0.00 |
| Outside Copying | $8,141.94 | $4,968.63 | $3,173.31 |
| L-D Telephone | $181.77 | $181.77 | $0.00 |
| Postage and Delivery | $1,818.08 | $1,500.08 | $318.00 |
| Travel | $1,391.33 | $1,391.33 | $0.00 |

RBG Totals                $19,518.24        $16,026.93        $3,491.31

338413

Coleman v. Schwarzenegger
Stipulated Fees on Fees
July 1, 2009 through September 30, 2009

**Rosen Bien & Galvan (489-5)**

| Name | Claimed Hours | Remaining Disputed Hours | Hours Undisputed | Claimed Rates | $82.50 Paralegal Rate | Undisputed Totals | Remaining Rate and Fee Disputes |
|---|---|---|---|---|---|---|---|
| Sanford J. Rosen | 0.80 | 0.30 | 0.50 | $177.00 | N/A | $88.50 | $53.10 |
| Michael W. Bien | 15.10 | 10.00 | 5.10 | $177.00 | N/A | $902.70 | $1,770.00 |
| Gay C. Grunfeld | 0.40 | 0.00 | 0.40 | $177.00 | N/A | $70.80 | $0.00 |
| Ernest Galvan | 20.40 | 17.30 | 3.10 | $177.00 | N/A | $548.70 | $3,062.10 |
| Jane E. Kahn | 0.20 | 0.00 | 0.20 | $177.00 | N/A | $35.40 | $0.00 |
| Lisa A. Ells | 0.00 | 0.00 | 0.00 | $177.00 | N/A | $0.00 | $0.00 |
| Kenneth M. Walczak | 0.30 | 0.30 | 0.00 | $177.00 | N/A | $0.00 | $53.10 |
| Amy E. Whelan | 48.60 | 31.70 | 16.90 | $177.00 | N/A | $2,991.30 | $5,610.90 |
| Holly M. Baldwin | 0.10 | 0.10 | 0.00 | $177.00 | N/A | $0.00 | $17.70 |
| Kevin E. Jones | 33.30 | 5.40 | 27.40 | $177.00 | $82.50 | $2,260.50 | $3,545.10 |
| Ritika Aggarwal | 5.50 | 0.00 | 5.50 | $177.00 | $82.50 | $453.75 | $519.75 |
| RBG Totals | 124.70 | 65.10 | 59.10 | | | $7,351.65 | $14,631.75 |

338413

Coleman v. Schwarzenegger
Stipulated Costs on Fees
July 1, 2009 through September 30, 2009

**Rosen Bien & Galvan (489-5)**

| Description | Claimed | Undisputed Costs |
|---|---:|---:|
| Computerized Legal Research | $880.73 | $880.73 |
| In-House Copying | $86.80 | $86.80 |
| Outside Copying | $137.42 | $137.42 |
| L-D Telephone | $2.61 | $2.61 |
| Postage and Delivery | $37.23 | $37.23 |
| Total | | $1,144.79 |

338413