| | |
|---|---|
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 |
| K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Phone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. CIV S 90-520 LKK-JFM<br><br>**STIPULATION AND ORDER TEMPORARILY STAYING ALL ATTORNEYS' FEES, COSTS, AND EXPENSES RELATED TO ALL WORK BEFORE THE THREE-JUDGE PANEL UNTIL OCTOBER 1, 2010** |

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION TO TEMPORARILY STAY ALL ATTORNEYS' FEES, COSTS, AND EXPENSES RELATED TO ALL WORK BEFORE THE THREE-JUDGE PANEL UNTIL OCTOBER 1, 2010**

Plaintiffs and defendants STIPULATE as follows:

1. In briefs filed with this court regarding plaintiffs' attorneys' fees and expenses incurred before the Three-Judge panel, plaintiffs have sought an award of attorneys' fees and costs for work performed in connection with the Three-Judge Panel proceedings. Defendants have contended that a fees and costs award is premature and that the single judges lack jurisdiction over these fees matters. Nothing in this Stipulation may be deemed a concession of any party's positions on entitlement to or reasonableness of attorneys' fees and costs.

2. In *Plata v. Schwarzenegger*, defendants moved for a stay of attorneys' fees matters related to work before the Three-Judge Panel. *Plata* Docket 2227. Plaintiffs in the *Plata* case disputed defendants' legal arguments, but did not contest the imposition of a stay until July 1, 2010. *Plata* Docket 2241. Judge Henderson subsequently granted a temporary stay until July 1, 2010. *Plata* Docket 2255.

3. The parties in this case also jointly agree to stay all attorneys' fees, costs and expense matters related to the Three-Judge Panel and related appeals until October 1, 2010. In so doing, plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the March 19, 1996 *Coleman* Periodic Fees order. Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Court proceedings. For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Eastern District of California are stayed. If either

///

///

///

1

Stipulation And Order Temporarily Staying All Attorneys' Fees, Costs, And Expenses Related To All Work Before The Three-Judge Panel Until October 1, 2010 - Case No. Civ S 90-520 LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

party seeks to extend the stay beyond October 1, 2010, the party may do so by seeking a subsequent stipulation or by filing a noticed motion before this Court.

| | |
|---|---|
| Dated:  February 12, 2010 | Respectfully submitted, |
| | ROSEN, BIEN & GALVAN, LLP |
| | By: */s/ Amy Whelan* |
| |     Amy Whelan |
| |     Attorney for *Coleman* Plaintiffs |
| Dated:  February 12, 2010 | Office of the Attorney General |
| | By:/s/Samantha Ramsey for |
| |     Debbie Vorous, Deputy Attorney General |
| |     Attorney for *Coleman* Defendants |

2

Stipulation And Order Temporarily Staying All Attorneys' Fees, Costs, And Expenses Related To All Work Before The Three-Judge Panel Until October 1, 2010 - Case No. Civ S 90-520 LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER TEMPORARILY STAYING ALL ATTORNEYS' FEES, COSTS, AND EXPENSES RELATED TO ALL WORK BEFORE THE THREE-JUDGE PANEL UNTIL OCTOBER 1, 2010**

Pursuant to the stipulation of the parties, and good cause appearing, this Court stays all attorneys' fees, costs and expense matters related to the Three-Judge panel until October 1, 2010. Plaintiffs have preserved and do not waive their right to claim interest in accordance with the provisions set forth in the March 19, 1996 *Coleman* Periodic Fees order. For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Eastern District of California do not apply. If either party seeks to extend the stay beyond October 1, 2010, the party may do so by seeking a subsequent stipulation or by filing a noticed motion before this Court.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation And Order Temporarily Staying All Attorneys' Fees, Costs, And Expenses Related To All Work Before The Three-Judge Panel Until October 1, 2010 - Case No. Civ S 90-520 LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com