IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al. | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | ) **ORDER CONFIRMING** |
| v. | ) **UNDISPUTED ATTORNEYS'** |
| | ) **FEES AND COSTS FOR THE** |
| ARNOLD SCHWARZENEGGER, et al., | ) **THIRD QUARTER OF 2009** |
| Defendants | ) |

_____

1       On February 12, 2010, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the third quarter of 2009, pursuant to the March 19, 1996, periodic fees order in this case.

      Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $213,845.71, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 20, 2009, accruing at the rate provided by 28 U.S.C. §1961.

      IT IS SO ORDERED.

      Dated: February 16, 2010.

UNITED STATES MAGISTRATE JUDGE

/coleaf2q09

---

1

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2009