EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **DEFENDANTS' RESPONSE TO COURT'S JANUARY 4, 2010 ORDER THAT DEFENDANTS FILE A DETAILED PLAN AND ACTIVATION SCHEDULE RE: 70 ENHANCED OUTPATIENT PROGRAM-GENERAL POPULATION FEMALE BEDS** |

///

///

///

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| AB | Assembly Bill |
| ADA | Americans With Disabilities Act |
| A/E | Architect/Engineer |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act Compliance |
| DOF | Department of Finance |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| JLBC | Joint Legislative Budget Committee |
| N.O.D. | Notice of Determination |
| PBIA | Pooled Money Investment Account |
| PMIB | Pooled Money Investment Board |
| PWB | Public Works Board |
| SFM | State Fire Marshall |
| TBD | To Be Determined |

Defs.' Resp. to Court's Jan. 4, 2010 Order re: 70 EOP-GP Female Beds (2:90-cv-00520 LKK JFM PC)

On January 4, 2010, this Court ordered that Defendants file a detailed plan with activation schedules to meet the long-range bed needs for the 70 Enhanced Outpatient Program (EOP)-General Population (GP) female inmates identified in the Navigant Consulting's 2009 spring population projections. (Docket No. 3761 ¶ 1.d.) Enclosed as Attachment A, with Exhibit 1, is Defendants' detailed plan with activation schedule for the 70 EOP-GP female inmates.

Dated: February 18, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30954374

3

Defs.' Resp. to Court's Jan. 4, 2010 Order re: 70 EOP-GP Female Beds (2:90-cv-00520 LKK JFM PC)

# ATTACHMENT A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION     ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
Assistant Secretary
P.O. Box 942883
Sacramento, CA 94283-0001



February 18, 2010

Debbie J. Vorous
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Dear Ms. Vorous

Please see enclosed California Department of Corrections and Rehabilitation's Long-Range Mental Health Bed Plan – Female pursuant to the January 4, 2010 court order in *Coleman v. Schwarzenegger*.

Sincerely,

BENJAMIN T. RICE
General Counsel

Enclosures

# FOR SUBMITTAL TO THE *COLEMAN* COURT

## *Long-Range Mental Health Bed Plan - Female*

### PURPOSE AND BACKGROUND

On March 31, 2009, this Court ordered the State defendants to develop concrete proposals that would, in part, meet the long-range mental health bed needs of the *Coleman* plaintiff class. Subsequently, on September 24, 2009, this Court ordered defendants to "file with the court a detailed long-range plan, including activation schedules." Defendants filed their long-range mental health bed plan, including activation schedules, on November 6, 2009. In their plan, defendants stated that Navigant Consulting's Spring 2009 population projections for 2013 show an increased need for 70 Enhanced Outpatient Program (EOP)-General Population (GP) beds for the female population. Defendants did not file an activation schedule for this female project and informed the Court that they will meet the need through converting existing housing to EOP-GP beds. On January 4, 2010, this Court issued its order on defendants' long-range plan finding that defendants "have not adequately described their plan to meet the projected needs of the female EOP population," and ordered that "defendants shall file a detailed plan with activation schedules to meet the long-range bed needs of female EOP inmates identified in the Navigant 2009 spring population projections." This submission and the activation schedule filed concurrently with it, detail defendants' long-range mental health bed plan to provide 70 EOP-GP beds for the female population in the California Department of Corrections and Rehabilitation (CDCR).[1]

### FEMALE EOP-GP POPULATION MENTAL HEALTH BED PLAN

The defendants propose to expand the EOP-GP program at Central California Women's Facility (CCWF) in order to meet the 70 EOP-GP female beds identified in Navigant Consulting's Spring 2009 population projections for 2013. In order to meet this need, CDCR will increase the capacity of the EOP-GP program at CCWF from 54 EOP-GP beds to 124 EOP-GP beds. CDCR will increase capacity by converting 70 existing housing unit beds to EOP-GP beds. Additionally, defendants will construct a new building that will provide treatment and office space for all 124 EOP-GP inmates. The activation schedule for this project is attached as Exhibit 1.

---

[1] Defendants plan to fund this project via authorization to issue lease-revenue bonds provided by AB 900. Defendants, however, make no representations that the State Legislature will authorize AB 900 lease-revenue financing for this project, the Pooled Money Investment Board will authorize the loans for interim financing, or that bond counsel will offer an unqualified bond opinion on the validity of the proposed bonds. Additionally, defendants do not believe that the plan satisfies the Prison Litigation Reform Act's requirements that prospective relief be narrowly drawn, extend no further than necessary to correct the alleged violation of the *Coleman* plaintiff class's federal rights, and be the least intrusive means necessary to correct the alleged violation. Among other things, the *Coleman* bed needs identified in the plan are based on Navigant Consulting's Spring 2009 population projections. But those projections do not account for population changes that may occur as a result of Senate Bill No. 18 (2009 3d Ex. Sess.), or from the three-judge court's orders requiring the State to reduce the prison population to 137.5% of the prison's combined design capacity within two years.

# EXHIBIT 1

| Project: | EOP-GP Treatment and Office Space | | Report Period Ending: February 18, 2010 |
|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | Jay Sturges /DOF |
| Project Architect: | TBD | | 915 L Street, Sacramento California 95814 |
| Location: | Central California Women's Facility | | |
| Funding Source: | AB 900 (GC 15819.40) | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion to Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 143 | 3/15/10 | | | 8/5/10 | | | | Project Director | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 32 | 8/6/10 | | | 9/7/10 | | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 9/8/10 | | | 10/8/10 | | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 10/11/10 | | | 10/11/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 9/29/10 | | | 10/19/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 10/20/10 | | | 10/20/10 | | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 90 | 10/21/10 | | | 1/19/11 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 218 | 1/20/11 | | | 8/26/11 | | | | Project Director | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 270 | 10/21/10 | | | 7/18/11 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 8/29/11 | | | 10/13/11 | | | | JLBC | JLBC Approval. | |
| PWB Approval of Preliminary Plans | 45 | 8/30/11 | | | 10/14/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 203 | 10/17/11 | | | 5/7/12 | | | | Project Director | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Bid and Award | 90 | 5/8/12 | | | 8/6/12 | | | | Project Director | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction[1] | 450 | 8/7/12 | | | 10/31/13 | | | | Project Director Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Hire Staff | 151 | 5/3/13 | | | 10/1/13 | | | | S. Streater M. Lattimore | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 11/1/13 | | | 12/31/13 | | | | S. Streater M. Lattimore | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Special Master shall receive updates on construction every 90 days.

**Project:** EOP-GP Treatment and Office Space

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lattimore | Mary | Warden, CCWF | 23370 Rd 22 | Chowchilla, CA | 93610 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Project Director, TBD | | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |