# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

February 22, 2010

Clerk
United States District Court
  for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

      Re:    **Arnold Schwarzenegger, Governor of California, et al.**
             **v.  Marciano Plata, et al.**
             No.  09-416
                  and
             **California State Republican Legislator Intervenors, et al.**
             **v.  Marciano Plata, et al.**
             No. 09-553     (Your docket Nos. CIV S 90-0520, C01-1351)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

                                                                    Sincerely,

                                                                    WILLIAM K. SUTER, Clerk

                                                                    By *[signature]*

                                                                    Elizabeth Brown
                                                                    Judgments/Mandates Clerk

Enc.
cc:    Carter G. Phillips, Esq.                    Laurie J. Hepler, Esq.
        Clerk, USDC for the Eastern District      Donald Specter, Esq.
          and the Northern District of California   Steven S. Kaufhold, Esq.
          (Your docket Nos. CIV S 90-0520, C01-1351)

# Supreme Court of the United States

No.   09-416 & 09-553

ARNOLD SCHWARZENEGGER,
GOVERNOR OF CALIFORNIA, ET AL.,
                                                                    Appellants

v.

MARCIANO PLATA, ET AL.

and

CALIFORNIA STATE REPUBLICAN LEGISLATOR
INTERVENORS, ET AL.,
                                                                    Appellants

v.

MARCIANO PLATA, ET AL.

**ON APPEALS FROM** the United States District Courts for the Eastern and the Northern District of California.

**THESE CAUSES** having been submitted on the statements as to jurisdiction and the motions to affirm or dismiss.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeals are dismissed for want of jurisdiction.  The Court takes note that a further order has been entered in this case, but that order is not the subject of these appeals.  It is also noted that the district court has stayed its further order pending review by this Court.

January 19, 2010



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp