1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   SAMANTHA RAMSEY, State Bar No. 230862
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

15                            Plaintiffs,   **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION**
                                            **OF DEFENDANTS' SHORT-TERM**
16        v.                                **PROJECT FOR 150 LEVEL III/IV**
                                            **ENHANCED OUTPATIENT**
17  **ARNOLD SCHWARZENEGGER, et al.,**      **PROGRAM SENSITIVE NEEDS**
                                            **YARD BEDS AT THE SUBSTANCE**
18                            Defendants.   **ABUSE TREATMENT FACILITY**

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |
| **SATF** | Substance Abuse Treatment Facility |
| **SNY** | Sensitive Needs Yard |

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate, and long-range beds needs of the *Coleman* class members. (Docket No. 3556.) Defendants submitted their bed plan on May 26, 2009. (Docket No. 3592.) As one of their short-term bed projects, Defendants proposed to convert a 270-design housing unit on Facility E at the Substance Abuse Treatment Facility (SATF) to housing for 150 Level III/IV Enhanced Outpatient Program (EOP) Sensitive Needs Yard (SNY) inmates. (*Id.* at 10.) On December 4, 2009, Defendants informed the Court that they cannot timely activate this short-term project. (Docket No. 3736.)

The parties have met and conferred regarding Defendants' 150 Level III/IV EOP SNY project, and it was agreed that Defendants replace this project with a project that will convert housing on Facility G at SATF to housing for up to 176 Level I/II EOP SNY inmates. Facility G, which consists of dormitory style housing, is divided into four housing pods with each pod containing 44 beds, for a total of 176 beds. Defendants expect to activate this 176-bed project in three phases, as follows: 1) Phase 1 - conversion of two 44-bed pods with an April 30, 2010 expected full occupancy date; 2) Phase 2 - conversion of one 44-bed pod with an August 30, 2010 expected full occupancy date; and 3) conversion of one 44-bed pod with a September 30, 2010 expected full occupancy date. Converting the 44-bed pod during Phase 2 and the 44-bed pod during Phase 3 is dependent upon clinical staff availability and inmate population needs. Should inmate population needs not support enough Level I/II EOP SNY beds to fill up the two 44-bed pods that the California Department of Corrections and Rehabilitation (CDCR) expects to convert during Phase 2 and/or Phase 3, CDCR will evaluate and, to the extent necessary and appropriate, house Level I/II EOP General Population (GP) inmates in one or both of those 44-bed pods.

Therefore, the parties, by and through their counsel, stipulate that Defendants shall replace their short-term project for 150 Level III/IV EOP SNY beds at SATF with the above-described short-term project for 176 Level I/II EOP SNY beds at SATF. Further, the parties stipulate that should inmate population needs identified during Phase 2 and/or Phase 3 of the 176 Level I/II EOP SNY bed project not support enough Level I/II EOP SNY beds to fill up the two 44-bed pods that CDCR expects to convert during Phase 2 and/or Phase 3, CDCR may house Level I/II

EOP GP inmates in one or both of those 44-bed pods. Defendants will not need to return to the Court if this conversion is necessary; Defendants will only need to inform the Special Master and Plaintiffs' counsel.

SO STIPULATED.

Dated: February 24, 2010    By: */s/ Debbie J. Vorous*
                                Debbie J. Vorous
                                Office of the Attorney General
                                Attorneys for Defendants

Dated: February 24, 2010    By: */s/ Jane Kahn*
                                Jane Kahn
                                Rosen, Bien and Galvan
                                Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court.

Dated: February __, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CF1997CS0003