1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   SAMANTHA RAMSEY, State Bar No. 230862
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 324-5345
    Fax:  (916) 324-5205
7   E-mail:  Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 14                         Plaintiffs, | **STIPULATION AND** |
| 15                                     | **ORDER RE:  MODIFICATION** |
|     **v.** | **OF DEFENDANTS' SHORT-TERM** |
| 16                                     | **PROJECT FOR 150 LEVEL III/IV** |
|                                        | **ENHANCED OUTPATIENT** |
| 17  **ARNOLD SCHWARZENEGGER, et al.,** | **PROGRAM SENSITIVE NEEDS** |
|                                        | **YARD BEDS AT THE SUBSTANCE** |
| 18                         Defendants. | **ABUSE TREATMENT FACILITY** |

19

20

21

22

23

24

25

26

27

28

                              1

PDF created with pdfFactory trial version www.pdffactory.com

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |
| **SATF** | Substance Abuse Treatment Facility |
| **SNY** | Sensitive Needs Yard |

PDF created with pdfFactory trial version www.pdffactory.com

1    On March 31, 2009, this Court ordered that Defendants develop and file concrete

2    proposals to meet the short-term, intermediate, and long-range beds needs of the *Coleman* class

3    members.  (Docket No. 3556.)  Defendants submitted their bed plan on May 26, 2009.  (Docket

4    No. 3592.)  As one of their short-term bed projects, Defendants proposed to convert a 270-design

5    housing unit on Facility E at the Substance Abuse Treatment Facility (SATF) to housing for 150

6    Level III/IV Enhanced Outpatient Program (EOP) Sensitive Needs Yard (SNY) inmates.  (*Id.* at

7    10.)  On December 4, 2009, Defendants informed the Court that they cannot timely activate this

8    short-term project.  (Docket No. 3736.)

9        The parties have met and conferred regarding Defendants' 150 Level III/IV EOP SNY

10   project, and it was agreed that Defendants replace this project with a project that will convert

11   housing on Facility G at SATF to housing for up to 176 Level I/II EOP SNY inmates.  Facility G,

12   which consists of dormitory style housing, is divided into four housing pods with each pod

13   containing 44 beds, for a total of 176 beds.  Defendants expect to activate this 176-bed project in

14   three phases, as follows:  1) Phase 1 - conversion of two 44-bed pods with an April 30, 2010

15   expected full occupancy date; 2) Phase 2 - conversion of one 44-bed pod with an August 30, 2010

16   expected full occupancy date; and 3) conversion of one 44-bed pod with a September 30, 2010

17   expected full occupancy date.  Converting the 44-bed pod during Phase 2 and the 44-bed pod

18   during Phase 3 is dependent upon clinical staff availability and inmate population needs.  Should

19   inmate population needs not support enough Level I/II EOP SNY beds to fill up the two 44-bed

20   pods that the California Department of Corrections and Rehabilitation (CDCR) expects to convert

21   during Phase 2 and/or Phase 3, CDCR will evaluate and, to the extent necessary and appropriate,

22   house Level I/II EOP General Population (GP) inmates in one or both of those 44-bed pods.

23       Therefore, the parties, by and through their counsel, stipulate that Defendants shall replace

24   their short-term project for 150 Level III/IV EOP SNY beds at SATF with the above-described

25   short-term project for 176 Level I/II EOP SNY beds at SATF.  Further, the parties stipulate that

26   should inmate population needs identified during Phase 2 and/or Phase 3 of the 176 Level I/II

27   EOP SNY bed project not support enough Level I/II EOP SNY beds to fill up the two 44-bed

28   pods that CDCR expects to convert during Phase 2 and/or Phase 3, CDCR may house Level I/II

3

PDF created with pdfFactory trial version www.pdffactory.com

EOP GP inmates in one or both of those 44-bed pods. Defendants will not need to return to the Court if this conversion is necessary; Defendants will only need to inform the Special Master and Plaintiffs' counsel.

SO STIPULATED.

Dated:   February 24, 2010         By:   */s/ Debbie J. Vorous*
                                         Debbie J. Vorous
                                         Office of the Attorney General
                                         Attorneys for Defendants

Dated:   February 24, 2010         By:   */s/ Jane Kahn*
                                         Jane Kahn
                                         Rosen, Bien and Galvan
                                         Attorneys for Plaintiffs


SO ORDERED

The above stipulation is the Order of this Court.


Dated:   February 25, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CF1997CS0003

PDF created with pdfFactory trial version www.pdffactory.com