1

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925

2

STEVEN FAMA, Bar No. 99641

3

1917 Fifth Street
Berkeley, CA  94710-1916

4

Telephone:  (510) 280-2621

5

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
MARK R. FEESER, Bar No. 252968
315 Montgomery Street, 10th Floor
San Francisco, CA  94104-1823
Telephone:  (415) 433-6830

6

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

7

CLAUDIA CENTER, Bar No. 158255

8

600 Harrison Street, Suite 120
San Francisco, CA  94107-1389

9

Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, CA  94111-4066
Telephone:  (415) 393-2000

10

Attorneys for Plaintiffs

11

UNITED STATES DISTRICT COURT

12

13

EASTERN DISTRICT OF CALIFORNIA

14

15

RALPH COLEMAN,

16

Plaintiffs,

17

v.

18

ARNOLD SCHWARZENEGGER, et al.,

19

20

Defendants.

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE: DEWITT CONVERSION PROJECT**

21

22

23

24

25

26

27

28

[358043-1]

1    I, Mark R. Feeser, declare:

2        1.    I am an attorney admitted to practice law in California, a member of the Bar of this

3    Court, an associate of the firm of Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel

4    of record for the Plaintiff class.  I have personal knowledge of the matters set forth herein, and if

5    called as a witness I could competently so testify.  I make this declaration in support of Plaintiffs'

6    Opposition to Defendants' Motion for Reconsideration and Relief Re: Dewitt Conversion

7    Project.

8        2.    On January 9, 2010, Defendants emailed to certain members of the *Coleman*

9    Special Master's team and Plaintiffs' counsel, a copy of Navigant Consulting's Mental Health

10    Bed Need Study Based on Fall 2009 Population Projections.  A true and correct copy of the

11    transmittal email and Navigant's Fall 2009 Mental Health Bed Need Study are attached hereto as

12    **Exhibit A**.

13        I declare under penalty of perjury under the laws of the State of California that the

14    foregoing is true and correct and that this Declaration was executed this 11th day of March, 2010

15    at San Francisco, California.

16                            */s/ Mark R. Feeser*
                            Mark R. Feeser
17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MARK R. FEESER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
RECONSIDERATION AND RELIEF RE: DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[358043-1]

# EXHIBIT A

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Saturday, January 09, 2010 1:25 PM |
| **To:** | Coleman Team - RBG Only |
| **Cc:** | Donald Specter |
| **Subject:** | FW: Fall 2009 Population Projections |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Mental Health Bed Need Study - Fall 2009 FINAL @ 01-07-10.pdf |

Michael Bien

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbg-law.com
www.rbg-law.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Saturday, January 09, 2010 12:33 PM
**To:** mlopes@pldwlaw.com
**Cc:** Debbie Vorous; Samantha Ramsey; Kerry F. Walsh; Steve Fama; Jane E. Kahn; Michael W. Bien
**Subject:** Fall 2009 Population Projections

Special Master Lopes:

Attached is Navigant Consulting's Mental Health Bed Need Study Based on Fall 2009 Population Projections.

Please contact me if you have any questions.

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Consulting Services for California Department of Corrections & Rehabilitation

## MENTAL HEALTH BED NEED STUDY
### Based on Fall 2009 Population Projections

## January 2010

**Navigant Consulting**



# Assignment & Scope

The California Department of Corrections and Rehabilitation (CDCR) engaged Navigant Consulting for a three-year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs.  Effective January 1, 2010, CDCR engaged McManis Consulting to continue the services for the next three years. As in previous reports, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

## DATA USED

- The census and wait list data used for the FY2009 base year was complete through June 30, 2009.

- The "Fall 2009 Adult Population Projections" from the CDCR Offender Information Services Branch (OISB) were received and used for the models, replacing the Spring 2009 values.  *These projections are based on policies and practices in place at the time the projections were developed.  They do not include proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of the beginning of the projection process.*

*On October 11, 2009, Governor Schwarzenegger signed Senate Bill 18 (Third Extraordinary Session). The provisions of this bill, which include parole, sentencing, and time credit reforms, became law on January 1, 2010. These changes are expected to substantially impact the CDCR's overall population by tens of thousands of inmates and will be incorporated into the Spring 2010 Adult Population Projections. Moreover, its impact on CDCR's mental health caseload will be reflected in the Spring 2010 update of the Mental Health Bed Need Study.*

# Fall 2009 Report – ISSUES & FEATURES

**MALE**

- **Male population projections were only slightly lower than those of the Spring 2009 projections. Differences were greater in the early years of the forecast.**

- **Utilization and wait lists increased for the remaining six months of FY2009 creating a greater demand for Acute, Intermediate and MHCB forecasts. Most notably:**

  - *There was a 38% increase in the Acute wait list from the Spring Report to this Fall 2009 study.*

  - *There was a 7.4% increase in the SVPP wait list, and a* <u>*144%*</u> *increase in the ASH Intermediate wait list since the Spring 2009 study. This increase is attributed primarily to the "MHARP" (Mental Health Assessment and Referral Project), and therefore, may not be sustainable at the same level.*

- **Census Rate changes:**

  - **Acute Male bed need increased due to an increase of 10.2% in the 2009 census rate.**

  - **Male CCCMS census rate dropped slightly (-1.4%) as did the population projections to create a decline of 843 beds (-2.7%) by 2014 compared to the Spring 2009 study.**

  - **Other male census rates increased: Intermediate (5.3%), MHCB (2.9%), EOP-GP (1.4%).**

**FEMALE**

- **Female population projections were significantly lower than the Spring 2009 projections: 3.7% lower in 2009, 12.1% lower in 2014, and 16.9% lower by 2019.**

- **Census rate changes varied. Acute/Intermediate and MHCB rates were stable. EOP-GP decreased 8.5% as did PSU (3.6%) but CCCMS increased 3.4% as did EOP-ASU (1.8%). But population projection declines resulted in lower forecasted program volumes across the board.**

**OVERALL**

- **The FY2009 Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is 0.3% higher than that estimated for the same year in the Spring 2009 study. This grows to 2.4% higher by 2014.**

Mental Health Bed Need Study (based on Fall 2009 Population projections)

3

# Table of Contents

| | | Page | |
|---|---|---|---|
| **METHODOLOGY** | | **Page** | **5** |
| **FALL 2009 POPULATION PROJECTIONS** | | | **6** |
| **MENTAL HEALTH PROGRAM CAPACITIES (as of June 30, 2009)** | | | **7** |
| **FORECASTS** | | | |
| ▪ | **Acute Psychiatric Inpatient – Males** | | **8** |
| ▪ | **Acute and Intermediate Inpatient – Females** | | **12** |
| ▪ | **Intermediate Psychiatric Inpatient – Males** | | **13** |
| ▪ | **Mental Health Crisis Bed (MHCB) – Males** | | **18** |
| ▪ | **MHCB – Females** | | **22** |
| ▪ | **Enhanced Outpatient Program (EOP) General Population (GP) – Males** | | **23** |
| ▪ | **EOP – Administrative Segregation (ASU) – Males** | | **24** |
| ▪ | **Psychiatric Services Unit (PSU) – Males** | | **25** |
| ▪ | **EOP-GP – Females** | | **26** |
| ▪ | **EOP-ASU – Females** | | **27** |
| ▪ | **PSU – Females** | | **28** |
| ▪ | **Correctional Clinical Case Management System (CCCMS) – Males** | | **29** |
| ▪ | **CCCMS – Females** | | **31** |
| **APPENDIX** | | | |
| ▪ | **List of Abbreviations Used in Report** | | **33** |
| ▪ | **Comparison of Bed Need Forecasts – Fall 2009 vs. Spring 2009** | | **34** |
| ▪ | **Mental Health Services Delivery System Bed Need** | | **35** |

Mental Health Bed Need Study (based on Fall 2009 Population projections)

4

# Methodology

- **The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based model. The method entails development of forecasts of the target populations and the development of use rates for those populations (based on average daily census per 1,000 inmates) for each level of care. Thus, this model uses the following variables:**
  - **Overall CDCR population**
  - **Periodic census counts by program**
  - **Periodic wait list counts by program**

- **The goal of the study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply. Occupancy standards were selected to ensure that, on the average, capacities would not be exceeded in the future given the forecasted bed requirements. The Division of Health Care Services decided to apply a 90 percent occupancy standard (rather than the 95 percent standard) to all *inpatient* programs. The lower occupancy standard increases the probability of having an empty bed available.**

# Fall 2009 Population Projections

*The Fall 2009 projections from CDCR's OISB were received and published on December 31, 2009, and are deemed "final." The chart for Males shows that the new forecast is roughly the same as the Spring 2009 forecast. However, the chart for Females shows a significant departure from previous population reports.*



| Variance from | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spring 09 | -1.7% | -2.5% | -1.4% | -1.3% | -0.4% | -0.4% | 0.0% | -0.1% | -0.4% | -0.4% | -0.8% |

*The Fall 2009 population projection for females shows a substantial drop in future levels compared to prior forecasts.*



| Variance from | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spring 09 | -3.7% | -6.2% | -5.9% | -6.2% | -8.2% | -12.1% | -13.2% | -13.3% | -14.3% | -16.9% | -16.9% |

*The Fall 2009 Male projections are only slightly lower than the previous Spring 2009 projections, with lower estimates in the early years.*

The new projections grow more disparate over time. The Fall 2009 Female projection for 2019 is 16.9% lower than the older Spring 2009 forecast.

Mental Health Bed Need Study (based on Fall 2009 Population projections)

6

# Mental Health Program Capacities as of June 30, 2009

| MALE | |
|---|---|
| **Acute (CMF-VPP)** | **126** |
| **ICF** | **390** |
| *ASH* | *256* |
| *CSH* | *50* |
| *CMF-VPP* | *84* |
| **ICF (High Custody)** | **274** |
| *CMF-VPP* | *30* |
| *SVPP* | *244* |
| **MHCB** | **314** |
| **EOP** | **3,141** |
| **EOP - ASU** | **474** |
| **PSU** | **384** |
| **CCCMS** | **23,471** |

| FEMALE | |
|---|---|
| **Acute/ICF (PSH)** | **30** |
| **MHCB** | **22** |
| **EOP** | **129** |
| **EOP - ASU** | **19** |
| **PSU** | **10** |
| **CCCMS** | **2,247** |

**Mental Health Bed Need Study (based on Fall 2009 Population projections)**

7

# Acute Psychiatric Bed Need – Males



This Forecast is

**Higher**

than Spring 2009

## Acute Inpatient Program Bed Need Forecast

| Acute Psych - Male | | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census Rate | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.16 | 1.19 | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 |
| ADC from databases a/ | 137 | 142 | 136 | 129 | 145 | 115.1 | 134.4 | 128.85 | | | | | | | | | | |
| ADC - UNA est. unserved b/ | | | | 2 | 1 | | | | | | | | | | | | | |
| Wait List ADC c/ | | | | | 31 | 42.0 | 55.0 | 45.9 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 177 | 157 | 189 | 175 | 182 | 189 | 195 | 200 | 202 | 204 | 207 | 209 | 211 | 213 |
| Census Rate Adj. Factor d/ | | | | | | | | 5.0% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 197 | 175 | 210 | 194 | 202 | 210 | 217 | 222 | 224 | 227 | 230 | 232 | 235 | 237 |

**a/** FY09 based on DMH daily census file 7/01/08 through 6/30/09 (avg. 119.66). ASH-APP average for July 2008-June 2009 (HC-POP MIS Reports) was 9.19. Also, it is reported by HC-POP that ASH-APP was converted to ICF beds in June.
**b/** Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006
**c/** Wait list based on average daily counts through 6/30/09 was 27.4. However, due to great variability by month the 90th percentile has been substituted to help improve bed availability for monthly fluctuations. This is an upward adjustment of 66%.
**d/** Assumes that rates will continue to increase at a decelerating rate to 2014.

| Forecast based on Spring 2009 | | 179 | 184 | 187 | 191 | 193 | 195 | 196 | 199 | 201 | 204 | 207 |
| Forecast based on Fall 2008 | 210 | 218 | 225 | 229 | 231 | 231 | 232 | 233 | 236 | 240 | 246 | |
| Forecast based on Spring 2008 | 209 | 216 | 221 | 224 | 225 | 225 | 226 | 226 | 229 | 230 | | |

*The Fall 2009 bed need forecast is higher than the Spring 2009, but did not return to the higher values from the Fall 2008 forecast. The main factor increasing bed need was the increase in the Acute wait list. Some of this increase is attributable to MHARP. This wait list is also effected by the Suicide Proofing Project currently underway. This project began in April 2009 and is estimated to be completed in March 2011. During this period, four beds will be down at a time.*

*Source: HC-POP "MIS SUM" files , and DMH's ""Census VPP FYE 09.xls"*

# Acute Psychiatric Program – Male Census Trend

### Acute Psychiatric Programs – Male Trends July 2006-June 2009



**Twenty of the licensed Acute beds (S-2 unit) are being used as temporary MHCBs.
Thus, the CMF-APP Census trends reflect only those inmates in the Acute program, not crisis beds.**

Mental Health Bed Need Study (based on Fall 2009 Population projections)

9

*Source: HC-POP "MIS SUM" files.*

# Wait List Trend at CMF- Acute Psychiatric Program



**Wait List Census Trend at CMF-APP**

*In FY09 average wait list = 20.17; 90th percentile = 33.0; maximum = 45; median = 2*

*Periodic wait list spikes are pronounced. For this reason, this model adds the 90th percentile rather than the average wait list census prior to Bed Need calculation.*

Data source:  DMH's file "Census VPP FYE 09.xls" and prior year versions.

Mental Health Bed Need Study (based on Fall 2009 Population projections)

10

# Acute Psychiatric Bed Need – Males (Cont'd)

**Census Rate Trends – CMF & ASH APP[1] (Fall 2009)**

*Census /1000 males*
*Projected Census/1000*

0.92  0.94  0.89  0.85  1.10  0.97  1.19  1.11
1.16  1.19  1.22  1.23  1.23

*The Fall 2009 population estimates and a higher wait list resulted in a higher census rate for 2009 (10%) and 2014 (15%) than the Spring 2009 forecast.*



**Census Rate Trends – CMF & ASH APP (Spring 2009)**

*Census /1000 males*
*Projected Census/1000*

0.92  0.94  0.89  0.85  1.10  0.97  1.19
1.01  1.03  1.05  1.06  1.06  1.06

*This Fall 2009 forecast uses a higher census rate projection than the Spring 2009 forecast.*

[1] *In June 2009, ASH APP beds were converted to ICF.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

11

# Acute & Intermediate Bed Need – Females



This Forecast is
**Lower**
than Spring 09

## Patton State Hospital Acute and Intermediate Programs – Bed Need Forecast

| Acute & Intermediate Female | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census Rate a/ | 2.57 | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 |
| Average Census b/ | 25.30 | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 21.20 | 21.25 | 21.82 | 22.02 | 21.65 | 21.79 | 22.33 | 22.72 | 22.81 | 23.14 |
| Bed Need @ 90% Occ | | | | | | 23 | 23 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 25 | 25 | 25 | 26 |

a/  Model now uses "Census Rate" method. Forecast uses the FY09 census rate as constant.
b/  ADC originally calculated using discharge rate model through 2006.

| Forecast based on Spring 2009 | | | | | | | | 25 | 25 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Fall 2008 | | | | | | | 23 | 23 | 24 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Spring 2008 | | | | | | | 23 | 22 | 22 | 22 | 23 | 23 | 24 | 25 | 25 | 26 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*The Fall 2009 forecast dropped compared to the Spring 2009 forecast by 3 beds in 2014 (-12%) and 5 Beds in 2019 (-17%).*

*Data for Patton State Hospital was based on combining the weekly Management Information Summary reports from HC-POP for July 2008 to June 2009. The utilization is not at the level of 2005 and 2006 and no census rate adjustment factor was applied to the model. The census rate for the full fiscal year was stable, but bed need dropped due to the projected drop in population, especially in the outer years.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

Source: HC-POP weekly MIS reports

# Intermediate Psychiatric Bed Need – Males

This Forecast **Higher** than Spring 09

| CMF - ICF | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census Rate a/ | 0.53 | 0.52 | 0.50 | 0.52 | 0.62 | 0.67 | 0.84 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 |
| Avg. Census | 79 | 79 | 76 | 80 | 100 | 107 | 134 | 135 | 135 | 137 | 138 | 140 | 142 | 143 | 145 | 146 | 148 | 150 |
| Bed Need (90% Occ) | 87 | 88 | 85 | 88 | 111 | 119 | 149 | 150 | 150 | 152 | 154 | 156 | 157 | 159 | 161 | 163 | 165 | 166 |
| **ASH** | | | | | | | | | | | | | | | | | | |
| Census Rate a/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 |
| Avg. Census (HC-POP weekly file) | 150 | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 113.40 | | | | | | | | | | |
| ASH-ICF wait List | | | | | | | | 21.04 | | | | | | | | | | |
| Total Avg. Census Est. & Forecast | | | | | | | | 134.4 | 134 | 136 | 137 | 139 | 141 | 142 | 144 | 145 | 147 | 149 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 128 | 115 | 104 | 126 | 149 | 151 | 152 | 155 | 156 | 158 | 160 | 162 | 164 | 165 |
| **Coalinga** | | | | | | | | | | | | | | | | | | |
| Census Rate a/ | - | - | - | - | - | 0.30 | 0.31 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| Avg. Census (HC-POP weekly file) | | | | | | 49.0 | 49.6 | 46.92 | 47 | 47 | 48 | 49 | 49 | 50 | 50 | 51 | 51 | 52 |
| Bed Need (90% Occ) | | | | | | 54 | 55 | 52 | 52 | 53 | 53 | 54 | 55 | 55 | 56 | 56 | 57 | 58 |
| **SVPP** | | | | | | | | | | | | | | | | | | |
| Census Rate b/ | - | | 0.35 | 0.60 | 0.99 | 1.05 | 1.48 | 1.96 | 2.44 | 2.90 | 3.26 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 |
| ADC (DMH daily census file) | | | 43 | 51 | 49 | 96.4 | 156.4 | 171.02 | 383 | 459 | 521 | 561 | 568 | 575 | 581 | 587 | 594 | 599 |
| ADC Dorm ADC | | | | | 20 | 21.2 | 21.8 | 26.85 | | | | | | | | | | |
| ADC - UNA est. unserved | | | | | 38 | 10 | | | | | | | | | | | | |
| ADC on Waitlist ("net" UNA) d/ | | | | 11 | 3 | 100 | 72.8 | 79.5* | 136.13 | | | | | | | | | |
| Total ADC Est. & Forecast | | | | 54 | 92 | 159 | 169 | 236 | 307 | 383 | 459 | 521 | 561 | 568 | 575 | 581 | 587 | 594 | 599 |
| ADC on 1370 wait list | | | | | | | 27.94 | 31.7* | 32.39 | 32.4 | 32.4 | 32.4 | 32.4 | 32.4 | 32.4 | 32.4 | 32.4 | 32.4 |
| Bed Need (90% Occ) with 1370's | - | | | 60 | 102 | 177 | 219 | 297 | 377 | 461 | 546 | 615 | 660 | 667 | 674 | 682 | 688 | 696 | 702 |

| All Intermediate - Combined | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | |
| ADC | 228 | 211 | 231 | 288 | 375 | 429 | 513 | 624 | 699 | 799 | 845 | 889 | 899 | 910 | 920 | 929 | 941 | 949 |
| Bed Need (90% Occ) excl. 1370's | 254 | 234 | 256 | 320 | 416 | 477 | 570 | 693 | 777 | 866 | 939 | 988 | 999 | 1,011 | 1,023 | 1,033 | 1,045 | 1,055 |
| | | | | | | | | | | | | | | | | | | |
| ICF "Dorm-type" census rate c/ | | | | | | 1.29 | 1.52 | 1.48 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 |
| Sub-Total Dormitory Housing ADC c/ | | | | | | 208 | 246 | 236 | 259 | 258 | 261 | 264 | 267 | 271 | 274 | 277 | 280 | 283 | 286 |
| Sub-Total Celled Housing ADC c/ | | | | | | 167 | 184 | 277 | 365 | 441 | 518 | 581 | 621 | 629 | 636 | 643 | 650 | 658 | 664 |
| Sub-Total Celled Housing Bed Need c/ | | | | | | 185 | 204 | 308 | 406 | 490 | 576 | 645 | 690 | 699 | 707 | 715 | 722 | 731 | 737 |
| Sub-Total Dorm-type Bed Need @ 90% | | | | | | 231 | 273 | 262 | 287 | 287 | 290 | 293 | 297 | 301 | 304 | 308 | 311 | 315 | 317 |
| | | | | | | | | | | | | | | | | | | |
| Forecast Based on Spring 2009 | | | | | | | | | 671 | 753 | 824 | 888 | 925 | 935 | 942 | 954 | 967 | 978 | 991 |

a/ CMF, Coalinga and ASH data from weekly HC-POP reports. Census rates for CMF-ICF, Coalinga and ASH are assumed to be constant at 2009 levels. CMF-DTP combined with CMF-ICF because unit was closed on 7/1/09

b/ 2008 and 2009 data from DMH daily census file. Census rate for SVPP in 2005 and 2006 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is applied and included in the census rate. SVPP census rate was projected to decelerate 20% per year until 2014, based on the entire intermediate census rate change for last 5 years.

c/ The demand for celled housing was determined by subtracting the dormitory need from total need. The dormitory need was determined by calculating a census rate using historical volumes at the dormitory units at SVPP, CMF, ASH and Coalinga. This rate increased in FY06, dropped in FY08 then increased in FY09. Forecast years assumed the FY09 ratio as a constant.

d/ The average wait list of 139.0 for FY2009 was reduced by 2.83 which was the average overlap found in SVPP, PSU and MHCB wait lists for a sample of 12 dates during the period.

> *The Fall 2009 forecast resulted in an increase of bed need of 22 (3.3%) in 2009, 64 beds (6.9%) higher in 2014, and 63 beds (6.3%) higher in 2019 compared to the Spring 2009 study. Differences in population projections are deemed insignificant. Major increases occurred in the wait lists probably due in large part to the ongoing MHARP. Changes may be made in the forecast as final data is received.*

*Source: HC-POP 2009, and DMH's Census Files for SVPP, CSH and VPP.*

# SVPP Census Trends
# July 2005 – March 2009

**The Census Trends at SVPP were relatively static until the new unit opened in May 2006. A second increase in capacity occurred in Spring 2007. There was a 5.6% increase in Average daily census in FY09 versus FY08.**



| Fiscal Year | Average |
|-------------|---------|
| FY06 | 49.0 |
| FY07 | 93.8 |
| FY08 | 157.4 |
| FY09 | 169.3 |

*Source: HC-POP weekly counts.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

14

# CMF Intermediate Census Trends
# July 2006 – June 2009

*The census trends at CMF – ICF and Day Treatment Programs\* have been remarkably constant until the addition of 30 new beds at CMF-ICF in June 2007 (P-3 unit). Census at CMF-ICF has fluctuated around 100 since this addition.*



**\* In July 2009, the 44 DTP beds at CMF were converted to ICF dorm beds.**

| Fiscal Year | Avg. ICF | Avg. DTP |
|---|---|---|
| FY07 | 68.0 | 39.4 |
| FY08 | 96.9 | 36.8 |
| FY09 | 99.0 | 38.0 |

*Source: HC-POP weekly counts. Table uses DMH's file "Census VPP FYE 09.xls" through Dec. 2009*

# ASH Intermediate Census Trends
# July 2006 – June 2009

*The wait list at ASH has dramatically increased, presumably due to the MHARP.*

*As of 3/25/09, the average wait list (as reported in the Spring 2009 study) was 8.6. For the full year through June 2009, the average jumped to 21 with a large spike reaching 100 inmates in two reporting periods.  However, because the increase is attributed primarily to MHARP, it may not  be sustainable at the same level.*



# SVPP Wait List Trend (Intermediate – Males)

**SVPP Wait List Census Rate Trend – (PC2684's only)**



*Opening of Delta-5 unit in April 2007. Currently a 56 beds capacity unit.*

*Fiscal Year 2009*

MHARP start

SVPP -ICF Wait List

*The SVPP Wait List has increased significantly since April 2008 and especially since the MHARP.*



MHARP start

1370 Wait List
SVPP Wait List

Wait Lists

Mental Health Bed Need Study (based on Fall 2009 Population projections)

17

*Source: DMH's "SVPP Wait List..xls"*

# Mental Health Crisis Bed Need - Males



*This Forecast* **Higher** *than Spring 09*

## *Male MHCB - Bed Need Forecast*

| MHCB - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.27 | 2.48 | 2.64 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 |
| Average census | 157 | 167 | 165 | 151 | 147 | 241 | 246.7 | 292.4 | | | | | | | | | | |
| Wait List | 8 | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | | | | | | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 316 | 355 | 393 | 422 | 441 | 446 | 452 | 457 | 461 | 467 | 471 |
| Census Rate Adjustment factor b/ | | | | | | | | 15.7% | 12.6% | 9.4% | 6.3% | 3.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 351 | 395 | 437 | 469 | 490 | 496 | 502 | 508 | 513 | 519 | 524 |

a/  Rate includes actual census and wait list average. FY2009 includes data for 12months of FY2009.

b/  Assumes that rates will continue to increase at a decelerating rate to 2014.

| Forecast based on Spring 2009 | | | | | | | | 347 | 390 | 425 | 454 | 470 | 475 | 479 | 485 | 491 | 497 | 503 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Fall 2008 | | | | | | | | 314 | 340 | 360 | 375 | 383 | 383 | 384 | 386 | 391 | 397 | 402 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

> *Compared to the Spring 2009 forecast, this Fall 2009 forecast increases bed need by 3 (1.2%) for 2009; 21 beds (4.5%) by 2014, and 20 beds (4.0%) by 2019.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

Source: HC-POP – weekly MIS census reports

# Mental Health Crisis Bed Need – Males: Census Rate Trends & Forecasts



**Census Rate Trends – MHCB Males – Fall 2009**

**Census Rate Trends – MHCB Males – Spring 2009**

*This Fall 2009 model exhibits a higher census rate projection (2.7%) than the Spring 2009 Study.*

Source: Navigant Bed Need models

Mental Health Bed Need Study (based on Fall 2009 Population projections)

19

# Mental Health Crisis Bed Need – Males:  Census Trends



**48-Month Census Trends MHCB – Male (July 2005-June 2009)**

*A new bed supply in July 2006 had a significant impact on the census and a concurrent drop in the wait list. Following closure of the CMF Crisis Bed unit (S-1), the census dipped while the wait list again increased. In FY2009, the census averaged 292.4 versus 246.7 in FY2008; an increase of 18.6%.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

20

Source: HC-POP – weekly MIS census reports and earlier versions

# Mental Health Crisis Bed Need – Males:  Wait List Trends



**A shift in bed supply appears to have a direct effect on the wait list. New beds added at CMF in 7/06 led to a drop, but returning those 25 beds to Acute use and lowering the overall supply shows a wait list rebound in 2007. There was a drop of 2.7% in the FY09 Wait List compared to FY08.  ( * missing data between 12/4/06 and 1/10/07). MHCB capacity increased in late FY2008 to 314 from 259 with the addition of the 50-bed MHCB at CMF and capacity increases at SATF and PVSP.**

Mental Health Bed Need Study (based on Fall 2009 Population projections)

Source: HC-POP – weekly MIS census reports and earlier versions

# Mental Health Crisis Bed Need – Females



*This Forecast* **Lower** *than Spring 09*

## *Female MHCB - Bed Need Forecast*

| MHCB - Females | Actual | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.27 | 1.32 | 1.36 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 |
| Average census | 12.4 | 13.2 | 13.2 | 14 | 14 | 15 | 16 | 15 | 15 | 16 | 16 | 16 | 16 |
| Census Rate Adjustment factor b/ | | | 7.3% | 5.8% | 4.4% | 2.9% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 15 | 16 | 17 | 17 | 17 | 17 | 18 | 18 | 18 | 18 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a/ Includes CCWF and CIW. | | | | | | | | | | | | | |
| b/ Assumes that rates will continue to increase at a decelerating rate to 2014. Based on an increase between 2007 and 2009. | | | | | | | | | | | | | |
| Forecast based on Spring 2009 | | | | 15 | 16 | 17 | 18 | 19 | 19 | 20 | 20 | 21 | 22 | 22 |
| Forecast based on Fall 2008 | | | | 15 | 15 | 16 | 17 | 17 | 18 | 18 | 18 | 19 | 19 | 20 |

> *The Spring 2009 projections indicate a decrease in bed need of 2.4 beds (-12%) in 2014 and 3.8 beds (-17%) in 2019 compared to the Spring 2009 study.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

22

Source: HC-POP – weekly census counts

# EOP General Population Bed Need - Males



This Forecast **Higher** than Spring 2009

## *Male EOP–GP Bed Need Forecast*

| EOP-GP Need - Males | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.25 | 19.75 | 22.25 | 24.73 | 26.12 | 27.22 | 27.99 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 |
| Average Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,189 | 3,550 | 3878 | 4,091 | 4,314 | 4,480 | 4,604 | 4,658 | 4,713 | 4,766 | 4,814 | 4,873 | 4,916 |
| Census Rate Adjustment factor b/ | | | | | | | 7.0% | 5.6% | 4.2% | 2.8% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,357 | 3,737 | 4,083 | 4,306 | 4,541 | 4,715 | 4,846 | 4,903 | 4,961 | 5,017 | 5,067 | 5,129 | 5,175 |
| Forecast based on Spring 2009 | | | | | | | | 4,094 | 4,343 | 4,516 | 4,677 | 4,763 | 4,816 | 4,855 | 4,915 | 4,981 | 5,040 | 5,107 |
| Forecast based on Fall 2008 | | | | | | | 3,737 | 3,858 | 3,952 | 4,021 | 4,053 | 4,050 | 4,065 | 4,088 | 4,134 | 4,196 | 4,258 | |
| Level IV census as % of total c/ | | | | | 35.9% | 35.2% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% |
| Level I-III & RCs Bed Need (95%) | | | | | | 2,153 | 2,423 | 2,661 | 2,807 | 2,960 | 3,074 | 3,159 | 3,196 | 3,234 | 3,270 | 3,303 | 3,343 | 3,373 |
| Level IV Bed Need (95%) | | | | | | 1,204 | 1,314 | 1,421 | 1,499 | 1,581 | 1,642 | 1,687 | 1,707 | 1,727 | 1,747 | 1,764 | 1,786 | 1,802 |
| Total all Levels | | | | | | 3,357 | 3,737 | 4,083 | 4,306 | 4,541 | 4,715 | 4,846 | 4,903 | 4,961 | 5,017 | 5,067 | 5,129 | 5,175 |

a/ Source:  HC-POP Reports R1-1 through R1-4. Starting in FY07, data was captured every 2 weeks. FY09 was based on 12 months data.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2014. Based on an increase of between 2004 and 2009..
c/ Data was available from HC-POP by Level of Custody (GP + Ad-Seg data combined). The FY09's ratio of Level IV / total census dropped from the FY08 level to 34.8%.

> ***The Fall 2009 bed need dropped slightly by 11 beds (-.28%) in 2009 compared to the Spring 2009 forecast;
> increased by 87 beds (1.8%) in 2014 and by 68 beds (1.3%) in 2019.***

### *Census Rate Trend/Forecast – Fall 2009*



*The revised FY2009 census rate is 1.4% higher in Fall 2009 than forecast in Spring 2009. The projected 2014 rate is 2.2% higher.*

### *Census Rate Trend/Forecast – Spring 2009*



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# EOP ASU Bed Need - Males



This Forecast
**Higher**
Than Spring 09

### *Male EOP–ASU Bed Need Forecast*

| Ad-Seg EOP Need - Males | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.80 | 3.94 | 4.04 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 567 | 595 | 625 | 647 | 664 | 672 | 680 | 688 | 695 | 703 | 709 |
| Census Rate Adjustment factor b/ | | | | | | | 6.3% | 5.0% | 3.8% | 2.5% | 1.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 597 | 627 | 658 | 681 | 699 | 707 | 716 | 724 | 731 | 740 | 747 |
| | | | | | | | | | | | | | | | | | |
| Forecast Based on Spring 2009 | | | | | | | 592 | 623 | 644 | 664 | 675 | 682 | 688 | 696 | 706 | 714 | 724 |
| Forecast Based on Fall 2008 | | | | | | | 589 | 622 | 648 | 667 | 677 | 676 | 679 | 683 | 690 | 701 | 711 |

a/ Source:  HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2014.

> *The full FY2009 census rate is 2.7% higher than that calculated for 2009 in the Spring 2009 study. The 2009 bed need is 6 beds higher (1%) than calculated in the Spring 2009 study; 25 beds higher (3.7%) in 2014 and 23 beds higher (3.2%) in 2019.*

### *Census Rate Trend/Forecast – Fall 2009*



### *Census Rate Trend/Forecast – Spring 2009*



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Psychiatric Services Unit Bed Need - Males



### *Male PSU Bed Need Forecast*

| PSU - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Population (Fall 2009)** | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| **Census /1000 males** | 1.56 | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.91 | 3.09 | 3.23 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 |
| **Average Census a/** | 231 | 267 | 265 | 292 | 303 | 310 | 380 | 376.4 | 455 | 490 | 517 | 535 | 541 | 548 | 554 | 559 | 566 | 571 |
| **Endorsed & Waiting a/** | | | | | | 15.9 | 43 | 43.0 | | | | | | | | | | |
| **Census Rate Adjustment factor b/** | | | | | | | | 10.8% | 8.6% | 6.5% | 4.3% | 2.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Bed Need @ 95% Occ** | 243 | 281 | 279 | 308 | 319 | 343 | 445 | 442 | 479 | 516 | 544 | 563 | 570 | 577 | 583 | 589 | 596 | 601 |

| Forecast based on Spring 2009 | | | | | | | | | 439 | 478 | 507 | 532 | 546 | 552 | 556 | 563 | 571 | 578 | 585 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast based on Fall 2008 | | | | | | | | 400 | 479 | 506 | 526 | 535 | 535 | 537 | 540 | 546 | 554 | 562 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**a/** Data starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. FY2009 data for 12 months.
**b/** Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

> ***The Fall 2009 forecast results in a lower bed need of 37 ( -7.8%) in 2009 but a higher need of 33 beds (6.1%) compared to the Spring 2009 report. This is due to a lower population in 2009 but a higher census rate.***



**PSU Housed and PSU Waiting Census: 1/06 - 6/09**



*Census Rate Trend - PSU  Fall 2009*

> The Census Rate forecast is 2.3% higher than that forecasted for Spring 2009.

# EOP General Population Bed Need - Females


This Forecast is **Lower** Than Spring 09

### *Female EOP–GP Bed Need Forecast*

| EOP-GP Female | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,841 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 13.53 | 13.56 | 13.58 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 206 | 165 | **148.9** | 147 | 148 | 152 | 153 | 151 | 152 | 155 | 158 | 159 | 161 |
| Census Rate Adjustment factor b/ | | | | | | | | 0.3% | 0.3% | 0.2% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.00% |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 217 | **174** | 157 | 155 | 155 | 160 | 161 | 159 | 160 | 164 | 166 | 167 | 170 |

a/ Source:  HC-POP Reports R1-1 through R1-4. FY09 based on full 12 months data.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| Forecast Based on Spring 2009 | | | | | | | | | 178 | 183 | 185 | 192 | 199 | 205 | 209 | 214 | 220 | 228 | 231 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | | | | | | | 174 | 180 | 185 | 189 | 193 | 200 | 206 | 208 | 216 | 220 | 225 |

> *The Fall 2009 forecast is significantly lower than the Spring 2009 Forecast indicating 21 fewer beds (-12%) in 2009; to 62 fewer beds (-27%) by 2019. This is due both to the drop in utilization in the second half of FY2009 and the lower population projections.*

### *Census Rate Trend – Fall 2009*



### *Census Rate Trend – Spring 2009*



Mental Health Bed Need Study (based on Fall 2009 Population projections)

26

Source: HC-POP

# EOP-ASU Bed Need – Females

Forecast is
**Lower**
than Spring 2009

### *Female EOP–ASU Bed Need Forecast*

| EOP-AdSeg Female | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.30 | 1.35 | 1.39 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 14 | 15 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 17 |
| Census Rate Adjustment factor b/ | | | | | | | | | 7.0% | 5.6% | 4.2% | 2.8% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 15 | 15 | 16 | 17 | 16 | 17 | 17 | 17 | 17 | 18 |

a/ Source:  HC-POP Reports R1-1 through R1-4.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| Forecast Based on Spring 2009 | | | | | | 14 | 14 | 15 | 16 | 16 | 17 | 17 | 17 | 18 | 19 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast Based on Fall 2008 | | | | | | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

> ***The Fall 2009 forecast is slightly higher by .6 beds (4%) than the Spring 2009 forecast due to higher census in the second half of FY2009, but comparatively lower in 2014 by -0.2 beds (-1.2%) and in 2019 by -1.25 beds (-6.6%)  due to the drop in Female population projections.***



*Census Rate Trend/Forecast – Fall 2009*



*Census Rate Trend/Forecast – Spring 2009*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

27

Source: HC-POP

# Psychiatric Services Unit Bed Need - Females



This Forecast
**Lower**
than Spring 09

### *Female PSU Bed Need Forecast*

| PSU - Females | --- Actual --- | | | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 |
| Average Census | 9.73 | 8.85 | 9.30 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 |
| Endorsed & Waiting | 0.64 | 0.25 | 0.78 | | | | | | | | | | |
| Bed Need @ 95% Occ | 10.9 | 9.6 | 11 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |

**a/** Census rates calculated using actual census plus wait list. Census rate dropped in FY08 but increased in FY09. Assume a constant rate at the FY09 level.

| Forecast Based on Spring 2009 | | | | 11 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 14 | 14 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | | 9.6 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 12 | 12 | 12 | |

> ***The census rate dropped in the full 12 months of FY2009 compared to the Spring 2009 forecast. With a lower census rate and lower population projections, the bed need was lower throughout the forecast period.***

*CDCR established the PSU program for women in January 2007. Though the rate dropped in FY08, the average census increased somewhat in FY09, but not to the level of FY07.*



Source: HC-POP

# CCCMS - Males

This Forecast

**Lower**

than Spring 09


## *Male CCCMS Bed Need Forecast*

| CCCMS - Males | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,803 | 171,677 | 173,203 |
| Census/1,000 males a\ | 116 | 124 | 134 | 144 | 147 | 154 | 158 | 161 | 168 | 173 | 177 | 180 | 182 | 182 | 182 | 182 | 182 | 182 |
| Census Rate Adj. Factor b/ | | | | | | | | 4.1% | 3.2% | 2.4% | 1.6% | 0.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | **25,289** | **26,278** | **27,453** | **28,401** | **29,250** | **29,835** | **30,189** | **30,528** | **30,834** | **31,211** | **31,488** |

a/ Source:  HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY09 based on 12 months data.
b/  Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| Forecast Based on Spring 2009 | | | | | | | | | **26,090** | **27,436** | **28,398** | **29,409** | **30,076** | **30,677** | **30,927** | **31,310** | **31,725** | **32,105** | **32,530** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Forecast Based on Fall 2008 | | | | | | | | | **25,276** | **26,569** | **27,661** | **28,558** | **29,158** | **29,459** | **29,572** | **29,738** | **30,072** | **30,526** | **30,973** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

> *This Fall 2009 forecast is lower than the Spring 2009 forecast throughout the forecast period. The newer FY09 census rate is <u>lower</u> by 1.4%, and this rate decreases 2.4% compared to the 2014 and 2019 rates from the Spring 2009 study.*

### *CCCMS – Male Census Rate/1000*



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

29

# CCCMS – Males:  Census Trend & Forecast

**CCCMS – Male Census Trend & Forecast**



# CCCMS - Females



This Forecast is
**Lower**
than Spring 2009

### *Female CCCMS Bed Need Forecast*

| CCCMS - Females | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1,000 Females a/ | 223 | 230 | 210 | 210 | 220 | 245 | 255 | 262 | 275 | 286 | 294 | 300 | 303 | 303 | 303 | 303 | 303 | 303 |
| Census Rate Adj. Factor b/ | | | | | | | | 4.9% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,891 | 2,988 | 3,114 | 3,292 | 3,388 | 3,364 | 3,386 | 3,469 | 3,530 | 3,544 | 3,595 |

**a/** Source:  HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY09 for 12 months.
**b/** Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| Forecast Based on Spring 2009 | | | | | | | | 2,904 | 3,059 | 3,155 | 3,332 | 3,491 | 3,614 | 3,687 | 3,781 | 3,891 | 4,028 | 4,085 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | | | | | | | 2,903 | 2,986 | 3,061 | 3,129 | 3,191 | 3,318 | 3,420 | 3,450 | 3,589 | 3,650 | 3,733 |

> *The Fall 2009 forecast results in a lower program need in 2009, 2014, and 2018 compared to the Spring 2009 study due to a slightly lower average census for the full 12 months and, more significantly, a lower population projection.*



*Census Rate Trend/Forecast – Fall 2009*

# Appendix

# Abbreviations used in report

- **ADC – Average Daily Census**
- **ALOS – Average Length of Stay**
- **ASH – Atascadero State Hospital**
- **ASU – Administrative Segregation Unit**
- **CADDIS – Census And Discharge Data Information System**
- **CCCMS – Correctional Clinical Case Management System**
- **CCWF – California Correctional Women's Facility**
- **CDCR – California Department of Corrections and Rehabilitation**
- **CIW – California Institute for Women**
- **CMF-APP – California Medical Facility – Acute Psychiatric Program**
- **CMF-DTP – California Medical Facility – Day Treatment Program**
- **CMF-ICF – California Medical Facility – Intermediate Care Facility**
- **CMF-VPP – California Medical Facility – Vacaville Psychiatric Program**
- **CTC – Correctional Treatment Center**
- **DMH – Department of Mental Health**
- **EOP – Enhanced Outpatient Program**
- **FY – Fiscal Year – the convention used here indicates the fiscal year _ending_ e.g. FY09 ends June 30, 2009**
- **GP – General Population**
- **HCCUP – Health Care Cost and Utilization Program**
- **HC-POP – Health Care Placement Oversight Program**
- **MHARP – Mental Health Assessment and Referral Project**
- **MHCB – Mental Health Crisis Bed**
- **MH-OHU – Mental Health Outpatient Housing Unit**
- **OHU – Outpatient Housing Unit**
- **PSH – Patton State Hospital**
- **PSU – Psychiatric Services Unit**
- **SAC – California State Prison, Sacramento**
- **SVPP – Salinas Valley Psychiatric Program**
- **UNA – Unmet Needs Assessment**

**Mental Health Bed Need Study (based on Fall 2009 Population projections)**

33

# Comparison of Bed Need Forecasts
# Fall 2009 vs. Spring 2009

*The forecasts produced for this revised Fall 2009 report are compared to the forecasts in the Spring 2009 forecast. With the exception of Male CCCMS, all male programs are higher. All Female programs are lower.*

| Program | Higher/ Lower | 2014 Fall 09 Study | 2014 Spring 09 Study | 2014 Fall 09 - minus Spring 09 | % Variance (Fall 09 - Spring 09) |
|---------|---------------|--------------------|----------------------|--------------------------------|----------------------------------|
| **Males** | | | | | |
| Acute | Higher | 224 | 195 | 30 | 15.2% |
| Intermediate * | Higher | 999 | 935 | 64 | 6.9% |
| MHCB | Higher | 496 | 475 | 21 | 4.5% |
| EOP - GP | Higher | 4,903 | 4,816 | 87 | 1.8% |
| EOP ASU | Higher | 707 | 682 | 25 | 3.7% |
| PSU | Higher | 570 | 552 | 18 | 3.2% |
| CCCMS | Lower | 29,835 | 30,677 | (843) | -2.7% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Lower | 24 | 27 | (3) | -12.0% |
| MHCB | Lower | 17 | 19 | (2.4) | -12.5% |
| EOP - GP | Lower | 159 | 205 | (46) | -22.4% |
| EOP ASU | Lower | 16 | 17 | (0.2) | -1.2% |
| PSU | Lower | 11 | 13 | (2) | -15.3% |
| CCCMS | Lower | 3,364 | 3,614 | (250) | -6.9% |

*\* Intermediate bed need excludes beds needed for 1370 inmates (ADC=32.4; bed need 36 @ 90% occupancy).*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Mental Health Services Delivery System Bed Need

For the full 12-month FY 2009, the MHSDS population, that excludes CCCMS, is 0.3% higher than the same forecast in the Spring 2009 report. This grows to 2.4% higher by 2014. The variance is due to slightly higher utilization overall.

**MHSDS Bed Need (excluding CCCMS) – Fall 09 vs. Spring 09**



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MHSDS Bed Need Fall 09 | 6,097 | 6,580 | 7,003 | 7,449 | 7,793 | 8,039 | 8,127 | 8,222 | 8,317 | 8,402 | 8,503 | 8,580 |
| MHSDS Bed Need Spring 09 | 6,097 | 6,564 | 7,022 | 7,356 | 7,671 | 7,844 | 7,935 | 8,003 | 8,106 | 8,218 | 8,324 | 8,434 |

**Mental Health Bed Need Study (based on Fall 2009 Population projections)**