PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
MARK R. FEESER, Bar No. 252968
315 Montgomery Street, 10th Floor
San Francisco, CA 94104-1823
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107-1389
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, CA 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF RICHARD L. ENGLER, AIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT** |

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

I, Richard L. Engler, AIA, declare as follows:

1. I make this declaration in support of Plaintiffs' Opposition to Defendants' Notice of Motion and Motion for Reconsideration and Relief Re: the Dewitt Conversion Project. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently so testify.

## I. BACKGROUND AND EXPERIENCE

2. I received a Bachelor of Architecture degree from the University of Nebraska in 1963. I am registered as an architect with the State of Nebraska and the State of California and am certified by the National Council of Architectural Registration Boards. I am also a member of the American Institute of Architects, the Society of Forensic Engineers and Scientists, the American Correctional Association, and the International Corrections and Prisons Association.

3. Since 1970 I have specialized in the area of criminal justice facilities. In 1975, I was instrumental in forming the specialty practice of "Criminal Justice Facilities" for Henningson Durham and Richardson, Inc.; an international architectural and engineering firm considered to be one of the premier firms offering criminal justice facilities planning and design services. In the ensuing years, I have been involved in criminal justice system facilities evaluation, programming, planning, design, and construction for facilities in 38 states. My criminal justice experience has included overseeing design and construction of prisons, detention facilities, jails, courts, police facilities, and other facilities. In addition to my experience with criminal justice facility design and construction, I have been involved in numerous projects involving both new construction and renovations to hospitals and other health care facilities. A list of representative projects is attached hereto as **Exhibit A**.

4. From June 2007 until July 2009, I was retained as a Special Consultant by the court appointed Receiver in *Plata v. Schwarzenegger*, C-01-1351-TEH, to review budget approval, planning, programming, and design documents, which were prepared for the various construction projects undertaken by the *Plata* Receiver. *See* Receiver's Sixth Quarterly Report at 79:14-16, *Plata* Docket No. 866 (September 25, 2007). My relationship with the Receiver ended in July 2009, when the Receiver significantly reduced his staffing levels.

## II. GENERAL PRINCIPLES OF THE DESIGN-BUILD PROCESS

5. As a result of having over 35 years of experience in criminal justice and health care facility design and construction, I have observed and participated in a number of projects utilizing the Design-Build method of project delivery. For example, I was employed by Sierra West Group in 2002 to evaluate and reconcile Design-Build bids for the City of Sacramento with regard to the Sacramento City Hall Complex renovation and construction project utilizing the Design-Build method, described in more detail below at paragraph 11. Further, I was employed by the *Plata* Receiver as a Special Consultant during a period in which the Design-Build project method was used with regard to construction projects at California Department of Corrections and Rehabilitation ("CDCR") institutions, described in paragraphs 18 and 19 below, and am generally familiar with the use of Design-Build for those projects.

6. "Design-Build" is a method of project delivery that combines and vests responsibility for the design and construction functions, for a given construction project, within a single entity – the "Design-Build Firm." The Design-Build Firm includes both the architect and contractor as a single unified team. This is in contrast to the Design-Bid-Build method of project delivery, in which the customer for a construction project has two separate contracts: one with the architect and one with a contractor who oversees construction.

7. The use of the Design-Build method of project delivery typically offers a number of advantages over the Design-Bid-Build method of project delivery. First, the Design-Build method permits the architect and contractor to work together as a team under a single contract with the end customer. This is accomplished by the end customer first developing a Request for Proposal ("RFP") that defines the project scope, including specific performance criteria and standards as well as the anticipated cost of the overall project. This is in comparison to an RFP for a Design-Bid-Build construction contract, which includes completed and approved design documents, products, and methods. The end customer in a Design-Build project then selects among certain pre-qualified Design-Build Firms to design and build the project. The Design-Build Firm, rather than the end customer, subcontracts with the architect, engineers, builders, and

2

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

other subcontractors to meet the specified performance criteria and standards described in the Design-Build RFP.

8. Second, use of the Design-Build method often results in an accelerated construction timeline. Time savings result from the Design-Build Firm having increased flexibility to explore and adopt timesaving design and construction methods, so long as the end product meets the stated criteria in the RFP. Further, early involvement of the builder in the design process enables the project team to make more informed decisions on building systems, materials, phasing, scheduling, and construction ability, which results in significant efficiencies and time savings. Finally, because the designer and builder are working together as a single entity, increased communication between the designer and builder often avoids time consuming construction delays.

9. Third, use of the Design-Build process may result in cost savings as compared to the Design-Bid-Build process. Early collaboration between the designer and builder may result in innovations and other costs savings solutions that meet the performance criteria in the Design-Build RFP. Acceleration of the construction timeline results in further cost savings due to lower expenditures for overhead and other time driven costs of the contractor including insurance, office space, and equipment and personnel on site. Finally, inflationary pressures increase costs for labor and materials the longer a project remains active.

10. There are a number of Design-Build Firms within the State of California with the capability to competently complete a large public construction project in a correctional setting using the Design-Build method, including both new and renovation construction projects. Three such firms are Hensel Phelps Construction Co., DPR Construction, Inc., and McCarthy Construction. *See* Hensel Phelps Construction Co., http://www.henselphelps.com/district.htm (last visited March 8, 2010); DPR Construction, http://www.dpr.com/index.cfm (last visited March 8, 2010); McCarthy, http://www.mccarthy.com/locations/ (last visited March 8, 2010). I do not have a financial or personal interest in any of the aforementioned firms.

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

## III. THE DESIGN-BUILD PROCESS IS APPROPRIATE FOR RENOVATION CONSTRUCTION PROJECTS

11. The Design-Build process is appropriate for and has been successfully used for renovation construction projects. For example, on April 29, 2005, the City of Sacramento completed a substantial construction project to create a new City Hall Complex in downtown Sacramento. The 2006 National Design-Build Awards Competition Submission – Sacramento City Hall at 1 (July 14, 2006), a true and correct copy of which is attached hereto as **Exhibit B**. This project, which included renovation of the historic Sacramento City Hall, utilized the Design-Build method. *Id.* at 2-3.

12. Similarly, in 1992, substantial renovations to the Pentagon in Washington D.C. began using the Design-Build method. Pentagon Renovation Program Management, http://www.parsons.com/projects/Pages/pentagon-renovation.aspx (last visited March 8, 2010). This $4.5 billion renovation project, which "encompasses a total slab-to-slab renovation of the Pentagon" is expected to be completed in 2011. *Id.* This project has been managed by engineering and architecture firm Parsons as part of a joint venture to provide "management support as architect/engineer" and "project and technical construction management services" in a "design-build framework." *Id.*

13. In any renovation project there is a certain amount of unforeseen risk that must be accounted for in the contract. For example, in a renovation project involving an older facility, certain portions of the infrastructure such as plumbing or electrical systems may be in varying degrees of disrepair or need of upgrade, which may not be revealed until construction commences. As the exact nature of the existing infrastructure is identified, change orders may result that can affect the overall cost and timeline for the project. Neither the Design-Build nor Design-Bid-Build method of project delivery is significantly superior for accounting for this risk.

14. In order to overcome resistance to bidding for renovation projects as a result of the unknown risk and to ensure that the risk of significant change orders is not unfairly placed on the owner or contractor, the Design-Build or Design-Bid-Build RFP contract can include an allowance for unforeseen condition issues in construction that can be accessed in the event such

4

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

unforeseen condition issues are encountered. The allowance typically includes predetermined time and materials costs for change orders resulting from unforeseen condition issues that arise during design and construction. If significant unforeseen condition issues are not encountered, the remaining amount of the allowance remains with the owner. The use of such allowances is standard practice in the field of public facility design and construction.

15. Alternatively, to minimize the risk of unforeseen condition issues during construction, the owner can analyze the age and maintenance of the building as well as examine a portion of the infrastructure at the time the RFP is developed to assess what portions of the infrastructure will need to be upgraded and include this information in the RFP. This may or may not minimize the unforeseen condition issue and also involves cost to the owner for investigation and analysis.

## IV. THE STATE OF CALIFORNIA HAS USED THE DESIGN-BUILD PROCESS IN THE CONTEXT OF PRISON CONSTRUCTION

16. The State of California and the CDCR have successfully used the Design-Build method in the context of both new construction and renovations to CDCR facilities under the guidance of the *Plata* Receiver.

17. In my role as a Special Consultant for the *Plata* Receiver, I was aware that the Receiver had requested that the Court waive state laws that were preventing him from implementing necessary remedial strategies, including a wavier of the state's traditional contracting processes for 13 specific projects and approval of a more streamlined, substitute contracting process to apply to the 13 projects in lieu of state laws. *See* Receiver's Fifth Quarterly Report at 5:12-15, *Plata* Docket No. 723 (June 20, 2007).

18. I understand that on June 4, 2007, the Court approved the request and that as a result the construction projects moved ahead using the Design-Build method. *See id.* at 5:24. For example, the Central Health Services Facility at San Quentin State Prison, which included a 50-bed Correctional Treatment Center, was bid out to experienced Design-Build Firms. Receiver's Sixth Quarterly Report at 22:20-26, *Plata* Docket No. 866 (September 25, 2007). Hensel Phelps served as the Design-Build Firm for this project. *Id.* at 22:26-23:4. This project

5

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

was projected for completion by April 2010. Receiver's Seventh Quarterly Report at 49:22-28, *Plata* Docket No. 1136 (March 14, 2008). However, the Central Health Services Facility was substantially completed almost three months ahead of schedule and the Receiver was targeting a complete move-in of all mental health and medical patients by the end of January 2010. Receiver's Thirteenth Tri-Annual Report at 60, *Plata* Docket No. 2289-1 (January 15, 2010). I understand from *Coleman* counsel that the mental health crisis beds located inside of the Central Health Services Facility were activated in January 2010.

19.    I also understand from my review of the Receiver's Reports that the Receiver further reviewed whether to seek state law waivers for the construction upgrade projects at thirty-three CDCR prisons to enable him to undertake the construction with a Design-Build approach. For example, the Receiver requested a waiver of state law for the Avenal State Prison ("ASP") upgrade project, which was approved by the Court on December 20, 2007. Receiver's Sixth Quarterly Report at 81:3-11, *Plata* Docket No. 866 (September 25, 2007); Receiver's Seventh Quarterly Report at 44:22-45:2, *Plata* Docket No. 1136 (March 14, 2008). The ASP project included both new construction and renovations of existing buildings. Receiver's Seventh Quarterly Report at 45:5-13. Vanir Construction Management, the upgrade manager for all 33 prisons, determined that construction using a Design-Build approach for these renovations was appropriate and would expedite the necessary construction. In addition, as noted in the Receiver's Eighth Quarterly Report, additional projects were added during construction to ASP's Facility Master Plan, as a result of a tour of the facility by the Receiver. Receiver's Eighth Quarterly Report at 39:11-12, *Plata* Docket No. 1248 (June 17, 2008). Nevertheless, "[d]espite the modifications to the design, the implementation phase of construction has continued." *Id.* at 39:25-26.

## V.    APPROPRIATENESS OF DESIGN-BUILD FOR DEWITT PROJECT

20.    I have reviewed Defendants' filings in this case regarding their Long-Range Mental Health Bed Plan, and Plaintiffs' response to the same, including *Coleman* Docket Nos. 3724, 3726-2, 3733, and 3747. I understand that Defendants' Long-Range Bed Plan includes the renovation of three existing Division of Juvenile Justice facilities, including the Dewitt Nelson

Youth Correctional Facility in Stockton, California. Defs' Response to Court's September 24, 2009 Order that Defs File a Long-Range Bed Plan, Including Activation Schedules ("Defs' Long-Range Bed Plan") at p. 10-11, 50-52 of 68, *Coleman* Docket No. 3724 (November 6, 2009); Ex. A to Defs' Response to Three-Judge Court's October 21, 2009 Order at 13 of 24, *Coleman* Docket No. 3726-2 (November 12, 2009). I further understand that the renovation of the Dewitt facility will result in the creation of 425 mental health beds and 708 non-mental health beds, for a total of 1,133 beds. Defs' Long-Range Bed Plan at 51 of 68 n.1.

21. I also understand that Defendants' Long-Range Bed Plan includes an activation date of November 9, 2014 and that the Court has ordered Defendants to submit an activation schedule for this project to provide activation and full occupancy of the Dewitt Health Care Facility by 2013. *Id.* at 51 of 68; Order at 4:14-16, *Coleman* Docket No. 3761 (January 4, 2010).

22. I am aware that in seeking relief from the Court's order that they submit an accelerated activation schedule for the Dewitt project; Defendants have asserted that "the Dewitt project is not a good candidate for the use of the 'design-build' approach to accelerate construction." Defendants' Notice of Motion and Motion for Reconsideration and Relief Re: the Dewitt Conversion Project, Memorandum of Points and Authorities at 6:5-7, *Coleman* Docket No. 3791 (citing to the Declaration of Deborah Hysen in Support of Defendants' Responses to Plaintiffs' Response to Defendants' Long-Range Mental Health Bed Plan and Request for Evidentiary Hearing ("Hysen Declaration") at ¶ 8, *Coleman* Docket No. 3747-2 (December 11, 2009)). Specifically, Ms. Hysen states that:

> The design-build approach authorized by Senate Bill 4 is not appropriate for either the Stark or the Dewitt Conversions. These projects are not good candidates for use of the design build. Design-build projects are best suited to new construction projects where the early pairing of the architect and contract firm can reduce planning and design time for buildings not yet designed. This same pairing would not yield similar acceleration for the renovation of existing buildings.

Hysen Declaration at ¶ 8.

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

23. Based on the demonstrated use of the Design-Build method for substantial renovation construction projects described above at paragraphs 11 and 12, the State's past success and familiarity with the Design-Build method for the renovation construction project described above at paragraph 19, and over 35 years of experience in criminal justice and health care facility construction, the design-build process is well suited to renovation projects. This includes renovation projects where the condition of a building may be unknown at the time that plans are initially developed and where changes may be necessary as construction proceeds.

24. Further, it is my opinion that the Design-Build method is an appropriate construction process for the Dewitt Health Care Facility renovation. The fact that the Dewitt Health Care Facility project involves renovations to an existing facility does not preclude or in any way diminish the utility of the Design-Build method for that project.

25. It is my opinion that each of the Design-Build firms described in paragraph 10 above, has the capacity and expertise to bid on the Dewitt Health Care Facility project using the Design-Build method.

26. I have reviewed the activation schedule for the Dewitt Project. Defs' Long-Range Bed Plan at 51 of 68. It is my opinion that the use of the Design-Build method for the Dewitt Project would reduce the time frame for completion of this project by as much as one year. I estimate the one-year reduction based on elimination of the Working Drawings stage of the project, currently scheduled to take 180 days, as well as a reduction of approximately six months to the timeline for construction, which is currently scheduled to take 720 days. *See id.* Moreover, the resulting acceleration of the timeline for this project should correspond to a reduction in the overall cost of completing this project.

## VI. ADDITIONAL METHODS TO ACCELERATE ACTIVATION OF THE DEWITT HEALTH CARE FACILITY PROJECT

27. Based on over 35 years of experience in criminal justice and health care facility construction, it is also my opinion that Defendants could utilize what are known as incentive contracts to accelerate the Dewitt Project. Incentive contracts are those in which the owner provides a financial reward for completion of the project by certain predetermined benchmarks.

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

I am aware that the State of California has successfully used incentive contracts with regard to a number of large public works projects including reconstruction of the I-10 interstate in Los Angeles following the 1994 Northridge Earthquake and to reopen the connector from eastbound 1-80 to 1-580 after a gasoline tanker crashed and caught fire causing the connector to collapse in April 2007. Incentive contracts were also used with success with regard to the San Quentin project described above at paragraph 18.

28. Similarly, it is my opinion that a "phased construction" method could be used to accelerate the timeframe for the Dewitt Project. Phased construction is where certain phases of design and construction for a given project are separated and thus permitted to proceed on an accelerated time frame or to overlap, resulting in a reduction in the time needed to complete a project. For example, in the Dewitt project, the infrastructure portions of the project could be divided into a single package, which could then be completed while the design documents for the mental health and health care aspects of the project are prepared. Further, within the phased construction approach, the Design-Build method could be utilized to accelerate completion of the mental health portions of the project, to the extent they are deemed more suitable to the use of Design-Build.

29. Finally, I have reviewed the activation schedule for the Dewitt Project, Defs' Long-Range Bed Plan at 51 of 68. It is my opinion that the current timeframe for completion of the Preliminary Plans, currently scheduled to take 248 days, is excessive to the extent CDCR is utilizing existing designs for housing units.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this __ day of March, 2010, at Sacramento, California.

RICHARD L. ENGLER, AIA

DECL. OF RICHARD L. ENGLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND RELIEF RE DEWITT CONVERSION PROJECT - CASE NO. CIV S 90-0520 LKK-JFM

[347920-5]

# EXHIBIT A

2575 Heritage Park Ln.  Phone 916-928-6995
Sacramento, Ca. 95835  Fax 916-928-6997
ENGDAV111@aol.com

## Richard L. Engler AIA

Education     Bachelor of Architecture     University of Nebraska
1963

Registered Architect     Nebraska and California.

NCARB Certified

**Member of the American Institute of Architects (AIA)**
**Member of the Society of Forensic Engineers and Scientists (SFES)**

Mr. Engler has practiced Architecture since graduation from the University of Nebraska and has been involved in the planning, programming design, and construction management of facilities in more than 38 states. These project types include criminal justice, health care, educational, military and commercial facilities. Major planning efforts include state wide system planning for 11 states criminal justice facilities, mental health systems in two states, campus master plans, and the Trident Submarine base in the State of Washington. Projects include the College of Veterinary medicine, Ames Iowa, -Folsom State Prison, Folsom, California - Over the Horizon Radar facility (DOD) Malmstrom, Montana, - Jackson State Prison, Jackson Michigan, - and over 100 other major facilities.

In 1998, Mr. Engler opened his practice in Sacramento to provide special services to Owners, Architects, Engineers, Attorneys, and the related construction support industries. A major part of his practice is in the support of litigation related to design and construction projects and the constructed environment. This grew from his national experience and selected forensic analysis opportunities over the many years of practice. Forensic assignments include Prisons, Jails, Hospitals, condominiums, stadium and arena, along with other assembly facilities

The following listing of projects identify the person, firm or organization responsible for the effort. Mr. Engler was in the employ of National A/E firms for much of the work in these listings.

```
Code.   HDR     Henningson, Durham and Richardson
        Rosser  Rosser Int.
        Heery   Heery Int.
        DBE     Dreyfuss, Blackford Engler
        RLE     Engler Assessment Management Int. Inc.
```

07/10/2004

[347669-1]

**Selected Projects in Building Type or service.**

**Forensics**
- Lewis and Clark County Montana   Evaluation of facility and the design of jail. (RLE)
- State of Montana, Deer Lodge State Prison.  Evaluation of state of the art of design and   operations. (RLE)
- City of Anaheim, Calif. Convention center.  Evaluation of design performance. (RLE)
- State of Nevada, Evaluations of documents in copyright allegation. (RLE)
- Los Angeles County Calif.  Evaluations of design and construction phase performance of the A/E for a jail facility. (RLE)
- Medical Facility, Redding, Calif. Evaluation of security standards. (RLE)
- Condominium Project.  Construction management services evaluation.  San Diego (RLE)
- Residence, Squaw Valley. Evaluation of design performance.(RLE)
- Hospital Project, Roseville, Calif.  Evaluation of facility entrance doors in wrongful death allegation against the owner.(RLE)
- City of Pasadena, Calif.  Evaluation of Stadium redesign for design performance.(RLE)
- City of Glendale, Calif. Police facility. Evaluation of design performance.(RLE)

**Correctional**
- Project planner and programmer for the Salt River Pima-Maricopa Indian Community, a 70 bed adult and 50 bed juvenile facility with infrastructure expandable to a total of 200 beds, Scottsdale, Arizona. (RLE)
- Project planner and programmer for 116 bed Jail. Benton County, Oregon (RLE)
- Project planner and programmer for 144 bed jail Clatsop County, Oregon (RLE)
- Project evaluation. Medical unit for CIW at Fronteria, Ca. (RLE)
- Project Director / Principal:  California State Prison - Folsom, 1,750 beds in Folsom, California.(HDR), Pelican Bay level 4 unit, (HDR) Hospital and level four housing at Corcoran facility for men. (HDR)
- Project Director / Principal:  State-wide system master plans for correctional needs undertaken individually in the states of Ohio, Utah, Kansas, Iowa, Nebraska, Texas, Washington, and Indiana; specific services for each state's master planning project varied, but have included analysis of criminal codes; evaluation of alternatives to incarceration to assist in cost control, including review of probation and parole procedures related to the offender population; assessment of existing facilities, forecast of needs, classification of facilities, system-wide plan, capital budget analysis, schedules.
- Project Director / Principal:  State Prison of Southern Michigan, planning and design for renovation of a facility providing 4,000 beds in Jackson, Michigan.(ROSSER)
- Project Director / Principal:  Commonwealth of Virginia, four medium security correctional centers providing 500 beds each - Brunswick, Nottoway, Buckingham and Augusta.(HDR)
- Project Director / Principal:  State of Delaware Master Plan for Prison Industries.(RLE)
- Project Director / Principal:  State of Indiana Prison Units, renovation of a mental

- hospital into three prison units in Westville, Indiana.(HDR)
- Project Director / Principal: State of Nevada 500-bed prison in Indian Springs, Nevada.(HDR)
- Project Director / Principal: State of Oregon 900-bed prison, planning and program design for renovation / conversion of a mental hospital to a state prison in Pendleton, Oregon.(HDR
- Project Director / Principal: Palm Beach County Jail Program (1977) in West Palm Beach, Florida.(HDR)
- Project Director / Principal: Clark County Jail, a 350-bed facility in Vancouver, Washington.(HDR)

**Courthouses**

- Project Director / Principal: Yuba County Courts Expansion Study for the State of California.(DBE)
- Project Director / Principal: El Dorado County Courts Master Plan in Placerville, California.(DBE)
- Project Director / Principal: Thoms River Court Facility for Ocean County, New Jersey.(HDR)
- Project Director / Principal: Escambia County Courthouse in Pensacola, Florida.(HDR)

**Healthcare**

Project Director / Principal: Bossier Medical Center in Bossier City, Louisiana.(HDR)
- Project Manager: Bethesda Lutheran Medical Center Parking Structure in St. Paul, Minnesota.(HDR)
- Project Manager: Harris Hospital Systems in Clebourne, Texas.(HDR)
- Project Director / Principal: Sutter Memorial Hospital Renovations in Sacramento, California.(DBE)

**Industrial**

- Project Director / Principal: Texas Instruments Inc. facilities in Dallas, Texas.(HDR)
- Project Director / Principal: Frito-Lay, Inc. facilities in Dallas, Texas.(HDR)
- Project Director / Principal: Air Products Inc. in Pensacola, Florida.(HDR)
- 

**Federal**

- Project Director / Principal: U.S. Army Disciplinary Barracks, a 572-bed replacement facility at Ft. Leavenworth, Kansas.(ROSSER
- Project Director: Trident Submarine Base, preliminary master plan, environmental impact statement, and preliminary engineering studies for the U.S. Naval Facilities Engineering Command - Officer in Charge of Construction - Trident, near Bangor, Washington.(HDR)
- Project Manager: Anti-Ballistic Missile System (PAR) for the U.S. Army Corps of Engineers, Huntsville Division, at Malmstrom Air Force Base, Montana.(HDR)

| | |
|---|---|
| **Educational – Higher** | • Project Manger: U.S. Air Force Academy Campus Expansion Master Plan and Design, in Colorado Springs, Colorado. (HDR) |
| | • Project Manager: Iowa State University College of Veterinary Medicine in Ames, Iowa.(HDR) |
| | • Project Manager: University of Nebraska Engineering Complex Design in Lincoln, Nebraska.(HDR) |
| | • Project Manager: University of Nebraska Chemistry Building Design in Lincoln, Nebraska.(HDR) |
| **Educational – K-12** | • Cost control estimates for over 50 K-12 schools in the period of 1999 to today. |
| | • Project Principal: Davis Joint Unified School District in Davis, California.(VANIR) |
| | • Project Manager: Lothrop Elementary School for Omaha School District in Omaha, Nebraska.(HDR) |
| | • Project Manager: Millard East Elementary School for Millard School District in Millard, Nebraska.(HDR) |
| | • Project Principal: Pajaro Unified School Districrt Modernization program. Watsonville, Ca.(Heery) |
| | • Project Principal: City of San Diego School Facilities Construction Management Program Analysis San Diego, Ca (Heery) |
| **Library** | • Project Manager: University of Nebraska Library in Lincoln, Nebraska.(HDR) |
| **Transportation** | • Project Manager: Metropolitan Transit Authority (METRO) in Washington, D.C., assistance in coordination and scheduling of various design elements of stadium/armory section of new transit system.(HDR) |
| | • Project Manager: City of Sioux City Vehicle Maintenance Facility in Sioux City, Iowa.(HDR) |
| | • Project Manager: City of Ames Vehicle Maintenance Facility in Ames, Iowa.(HDR) |
| | • |
| **Parking** | • Project Manager: City of Sioux City Parking Structure, Iowa.(HDR) |
| | • |
| **Performing Arts** | • Memorial Auditorium Restoration Design in Sacramento, California.(DBE) |
| | • |
| **Miscellaneos** | • Project Manager: Riverfront Development Committee Liaison, an urban renewal planning organization involved in several Missouri River development projects, including Omaha Central Business District Study, Omaha Riverfront Park Study, and Land Use Program Report, in Omaha, Nebraska.(HDR) |
| | • Project Manager: Sioux City Urban Renewal Project in Sioux City, Iowa.(HDR) |

# EXHIBIT B



**DBIA**
DESIGN-BUILD
INSTITUTE OF AMERICA

THE 2006 NATIONAL DESIGN-BUILD AWARDS COMPETITION
DEVELOPER / DESIGN-BUILD CATEGORY
JULY 14, 2006

## Cover Page

*Project name, award category, construction completion date, and project address:*

Project Name ............................................................. Sacramento City Hall
Award Category ........................................................ Developer / Design-Build Category
Construction Completion Date .................................. April 29, 2005
Project Address ........................................................ 915 I Street
                                                                                 Sacramento, CA  95814

*Name, address, e-mail, and telephone number of the contact person:*

Project Name ............................................................. Mr. Bryan Amarel
                                                                                 Hensel Phelps Construction Co.
                                                                                 2107 North First Street, Suite 101
                                                                                 San Jose, CA  95131
                                                                                 bamarel@henselphelps.com
                                                                                 Phone: (408) 452-1800
                                                                                 Fax: (408) 452-1855

*Brief project description:*

In order to consolidate City functions into one convenient location, the City of Sacramento embarked on a planning process to create a new City Hall Complex in downtown Sacramento. The goals for the project were simple: *centralize City functions in order to reduce the need for leased office space, which in turn would reduce costs for the City and its taxpayers; relocate services into a central complex in order to make the City more convenient for its customers; and create an enduring civic center that enhances and embraces the existing historic City Hall building, while bringing forth modern office space and technology that would enable the City to operate more efficiently.* The project's mission statement was to *provide a facility that will inspire community pride, provide a sustainable and healthy work environment, and exemplify respectful public service and responsive government.* The projects three major elements included the following:

*Site Preparation*
Since the 1909 construction of Sacramento's historic City Hall building, several other important buildings were built on the property. The structures included the Sacramento International Hostel, the Annex building, Prom building, and Richardson building. To make room for the renovation of the historic City Hall and the addition of the New City Hall building, these structures had to be removed. The Hostel was the first to go and was moved under a separate contract to a location directly across the street from the project. The Prom, Richardson, and Annex buildings remained on-site and were demolished and recycled along with associated hardscape once the project began.


City Hall Annex Demolition Underway



**DBIA**
DESIGN-BUILD
INSTITUTE OF AMERICA

THE 2006 NATIONAL DESIGN-BUILD AWARDS COMPETITION
DEVELOPER / DESIGN-BUILD CATEGORY
JULY 14, 2006

*Historic City Hall Renovation*
The renovation of the Historic City Hall building (originally constructed in 1909) included seismic upgrades with special attention paid to the prominent clock tower. The terracotta and brick exterior was refurbished while life safety and energy efficient mechanical and electrical upgrades allowed the building to meet current standards. Restoration of the exterior skin included repairing terracotta ornamentation, brickwork, windows, and sheet metal flashing. Openings that were made in 1939 between the historic City Hall and the Annex building had to be filled to match





the original pre-Annex design. The interior of the building was remodeled to accommodate offices for the City Treasurer, City Clerk, and Human Resource functions. Public areas of the building, including the entry lobby and corridors, were rehabilitated to their original appearance.

| | |
|---|---|
| Size | 38,900 square feet |
| Stories | Three, plus plaza level |
| Structural | Seismic Upgrade |
| Foundation Modification | Micro Piles |
| Exterior Skin Restoration | Brick and Terracotta |
| Interior Restoration | Historic Stone |

*New City Hall Building*
The new five-story, 267,000 square-foot office building integrates with and embraces the historic structure to create a single destination for the City's 700 staff members. The close proximity of the buildings created an outdoor plaza, bounded by the new building's curved façade on the north side and by the newly exposed and restored historic City Hall on the south side. The new building will be occupied entirely by City staff, including offices and chamber for the mayor and council members, city manager, city attorney, public works, planning and building, and administrative services.



| | |
|---|---|
| Size | 200,000 square feet for office / public space |
| | 67,620 square feet for subterranean parking |
| Stories | 5, plus underground parking |
| Subterranean Basement | 170 parking spaces |
| Structural Frame | 1,700 tons of steel |
| Foundation | Precast concrete piles |
| Concrete | 10,000 cubic yards |
| Reinforcing Steel | 690 tons |
| Exterior Materials | Precast, stone, brick, curtainwall, metal panels |
| Window Glazing | High performance, low energy |
| Lobby | Decorative stone floor |



**D B I A**

DESIGN-BUILD
INSTITUTE OF AMERICA

THE 2006 NATIONAL DESIGN-BUILD AWARDS COMPETITION
DEVELOPER / DESIGN-BUILD CATEGORY
JULY 14, 2006

*Brief paragraph that states why the project should be selected as a recipient of a National Design-Build award:*

The successful completion of the Sacramento City Hall project is a wonderful testament to the effectiveness of a developer led design-build project for a public owner. The design-build delivery approach allowed all project stakeholders (Owner, Contractor, Architect, Subconsultants, Subcontractors, and end-user) to get on the same page with regard to architecture, budget, schedule, and functionality before design ever commenced. The design-build team spent months in preconstruction working through the challenges of this complex project and meeting with the various city departments and user groups to ensure that the end product embraced their needs including their requirements for an efficient local government. The preconstruction effort proved to be invaluable. Not only did it ensure continuity throughout, it personalized the project. Team members from the various entities were able to put a name to a face, building personal relationships, commitments and accountability to one other and to the project -- a characteristic that, without a doubt, played a major roll in the overall success of the project.

The early involvement of the entire team created a partnership that lasted throughout the project and still exists today. We came to understand each others strengths and weaknesses early on, and armed with this information, we were able to steer the project to its successful completion. The Design-Build Team had only two requirements of its members: a commitment to making the project a success; and to have fun doing it. The Team accomplished both!

A testament to the success of this design-build effort was most evident in a Post Job Evaluation Session held on October 24, 2005. Members of each of the key companies attended to share their experiences, provide constructive feedback to one another, and specifically discuss what worked well and what could have been improved. In addition, each person participated in a formal written survey ranking the project based on the following key factors.

*"The Sacramento City Hall project is the best project I have even been involved with at the City."*

-Bob Williamson
Project Manger for the City of Sacramento

| Key Project Performance Factors | Average |
|---|---|
| A. Scope / Expectations Definition & Control | 8.1 |
| B. Budget | 8.8 |
| C. Schedule | 9.0 |
| D. Quality | 9.5 |
| E. Project Communications & Partnering | 9.4 |
| F. Procurement / Delivery Effectiveness | 8.9 |
| G. Teamwork Effectiveness | 9.9 |
| H. Risk Sharing / Mitigation Effectiveness | 8.6 |

Scale based on 1 (Poor) to 10 (Excellent / Perfect)

While each of these rankings demonstrates an impressive amount of success, the one that stands out in the minds of the key personnel involved in the project is the Teamwork Effectiveness ranking of 9.9. More than any other, **this near perfect ranking is a testament to the effectiveness of the design-build delivery process** and how the teamwork inherent in the method can help any project overcome significant challenges along the way while maintaining focus on the ultimate goals of a project. Some of the comments made at the Post Job Evaluation Session included:

"Community involvement – we listened and acted"  "Quality control in the field was superior"
"90% of the decisions were made in the field"  "Positive work environment"
"Great team effort"  "Honesty and teamwork"
"Excellent delivery method"  "Weekly meetings were productive"
"Commitment to quality throughout project"  ""Problems addressed quickly with excellent follow-up"
"Trust"



**DBIA**
DESIGN-BUILD
INSTITUTE OF AMERICA

**THE 2006 NATIONAL DESIGN-BUILD AWARDS COMPETITION**
DEVELOPER / DESIGN-BUILD CATEGORY
JULY 14, 2006

### Tab 1 – Project Team

*Identify the Project Team and Owner*
- ✓ Contractual design-build team leader
- ✓ General contractor, architect(s), engineer(s), subconsultant(s), subcontractor(s)
- ✓ Other team members significant to the submission
- ✓ Owner / developer

Contractual Design-Build Team Leader:
Ms. Elle Warner
David S. Taylor Interests, Inc.
1201 K Street, Suite 1840
Sacramento, California 95814
Phone: (916) 556-1215
Fax: (916) 556-1206
E-mail: ewarner@dtaylorinterests.com

General Contractor:
Mr. Bryan Amarel
Hensel Phelps Construction Co.
2107 North First Street, Suite 101
San Jose, CA  95131
Phone: (408) 452-1800
Fax: (408) 452-1855
E-mail: bamarel@henselphelps.com

Architect(s):
*Architect*
Mr. Curtis Worth Fentress, FAIA (Principal-In-Charge)
Mr. Greg Gidez, AIA (Project Manager)
Fentress Bradburn Architects
421 Broadway
Denver, Colorado 80203
Phone: (303) 722-5000
Fax: (303) 722-7293
E-mail: gidez@fentressbradburn.com

*Associate Architect*
Gordon H. Chong & Partners