EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FEES** |

On December 7, 2009, this Court ordered that Defendants deposit $750,000 with the Court Clerk within forty-five days from the date of the order. (Docket No. 3739.) On March 4, 2010, Senior Staff Attorney Haven Gracey notified the Office of the Attorney General that the deposit had not been made. (Tebrock Decl. ¶ 2.) Upon learning that the deposit had not been made, Defendant California Department of Corrections and Rehabilitation (CDCR) immediately investigated why the deposit had not been made. (*Id.* at ¶ 3.) CDCR determined that the letter drafted by the Office of Legal Affairs to request that payment be made to the Court Clerk by the due date in the order was completed but misplaced and that consequently the request was not completed. (*Id.*) Because CDCR was unaware until now that this occurred, it did not previously

1

seek an extension of time from this Court to deposit the fees. (*Id*.) CDCR has taken steps to process the deposit as expeditiously as possible, and expects that the deposit will be processed by Wednesday, March 17, 2010. (*Id.* at ¶ 4.) Defendants respectfully request an extension to March 17, 2010, to deposit the funds.

Dated: March 12, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Request for EOT to Deposit Fees
(2:90-cv-00520 LKK JFM P)