EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
SAMANTHA RAMSEY, State Bar No. 230862
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5345
Fax: (916) 324-5205
E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF KATHERINE TEBROCK IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FEES** |

I, Katherine Tebrock, declare:

1. I am the Chief Deputy General Counsel for Policy with the Office of Legal Affairs (OLA) for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2. On March 4, 2010, I learned that Senior Staff Attorney Haven Gracey had notified the Office of the Attorney General that the Court Clerk had not received CDCR's deposit of $750,000 as required by this Court's December 7, 2009 order.

1

3. Upon learning that the deposit had not been made, I, on behalf of CDCR, immediately investigated why it had not been made. On March 8, 2010, I spoke with Office of Legal Affairs staff and was informed that immediately after the Court issued its December 7, 2009 order, the letter to the OLA Contract Analyst to request that payment be made to the Court by the due date in the order was prepared. This letter was provided to my executive assistant for my review and I signed off on the request. Unfortunately, it appears that this letter was thereafter lost and did not reach the OLA Contract Analyst to request payment. Because CDCR was unaware until now that this occurred, it did not previously seek an extension of time from this Court to deposit the fees.

4. CDCR has taken steps to process the deposit as expeditiously as possible, and expects that the deposit will be processed by Wednesday, March 17, 2010.

I declare under penalty of perjury that the foregoing is true. Executed this 11th day of March, 2010, in Sacramento, California.

_____
KATHERINE TEBROCK

CF1997CS0003

2

Tebrock Decl. in Supp. of Defs.' Request for EOT to Deposit Fees
(2:90-cv-00520 LKK JFM P)