1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12    **RALPH COLEMAN, et al.,**                 Case No. 2:90-cv-00520 LKK JFM P

13                                Plaintiffs,    **[PROPOSED] ORDER**

14         **v.**

15

16    **ARNOLD SCHWARZENEGGER, et al.,**

17                                Defendants.

18

19        Defendants' request for an extension of time to March 17, 2010, to deposit $750,000 as

20    required by this Court's December 7, 2009 order is granted.

21

22    Dated: _____      _____
                                                  LAWRENCE K. KARLTON
23                                                SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT
24

25

26

27

28

                                           1