IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to March 17, 2010, to deposit $750,000 as required by this Court's December 7, 2009 order is granted.

Dated: March 15, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order (2:90-cv-00520 LKK JFM P)

PDF created with pdfFactory trial version www.pdffactory.com