# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 15, 2010

Clerk
United States District Courts for the Eastern
District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322



FILED

MAR 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

Re: Arnold Schwarzenegger, et al.
    v. Marciano Plata, et al.
    Application No. 09A849
    (Your No. CIV S-90-0520 LKK JFM P, C01-1351 TEH)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Kennedy, who on March 15, 2010 extended the time to and including April 12, 2010.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Carter G. Phillips
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005


Clerk
United States District Courts for the Eastern District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322