1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5345
6    Fax:  (916) 324-5205
     E-mail:  Debbie.Vorous@doj.ca.gov
7
   Attorneys for Defendants
8
                     IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                             SACRAMENTO DIVISION
11

12

13  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM PC

14                          Plaintiffs,    **NOTICE OF DEFENDANTS'
                                            WITHDRAWAL OF MOTION
15            v.                            FOR RECONSIDERATION AND
                                            RELIEF RE: THE DEWITT
16                                          CONVERSION PROJECT;
                                            REQUEST FOR CONTINUED
    **ARNOLD SCHWARZENEGGER, et al.,**      STAY SO THAT DEFENDANTS
17                                          CAN SUBMIT A NEW
                          Defendants.       ACTIVATION SCHEDULE**
18

19                                          Hearing Date: March 29, 2010
                                            Time:         11:00 a.m.
20                                          Courtroom:    Dept 4, 15th Floor
                                            Judge:        Lawrence K. Karlton, Sr. Judge
21

22

23

24

25

26

27

28

                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **AB** | Assembly Bill |
| **ASU** | Administrative Segregation Unit |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |

Defs.' Not. of Withdrawal of Motion Re: Dewitt; Req. for Continued Stay (2:90-cv-00520 LKK JFM PC)

## INTRODUCTION

On February 1, 2010, Defendants requested that this Court reconsider its January 4, 2010 order and relieve Defendants of the obligation to file a new activation schedule for the Dewitt conversion project that reflects full inmate-patient occupancy by 2013.  On February 12, 2010, this Court *sua sponte* stayed that part of its January 4, 2010 order that requires Defendants to submit a new activation schedule pending disposition of Defendants' motion for reconsideration. By this notice, Defendants now inform the Court that they are withdrawing their motion for reconsideration and relief currently set for hearing on March 29, 2010, at 11:00 a.m. Additionally, Defendants request that the Court continue its stay for 7 days from the day of this filing so that they can submit a new activation schedule that reflects full inmate-patient occupancy by 2013.

## ARGUMENT

On September 24, 2009, the Court ordered that Defendants file with the Court a detailed long-range mental health bed plan, including activation schedules.  (Docket No. 3686 ¶ 2.)  On November 6, 2009, Defendants complied with this Court's order and submitted a comprehensive long-range mental health bed plan, which included a proposal to renovate Dewitt—a former Division of Juvenile Justice institution—to provide housing and treatment space for 375 Enhanced Outpatient Program (EOP) General Population (GP) and 50 EOP Administrative Segregation Unit (ASU) inmate-patients.  (Docket No. 3724–2 at 10, 51.)

The Court approved Defendants' proposed Dewitt conversion project subject to Defendants submitting a new activation schedule that reflects inmate-patient admissions completed to full occupancy by 2013.  (Docket No. 3761 ¶ 1.b.)  Defendants filed their motion for reconsideration and relief on the ground that they could not accelerate the Dewitt project to 2013 under current law.  (Docket No. 3791 at 5.)   Moreover, Defendants complied with this Court's order to continue exploring ways to accelerate the construction projects, including the Dewitt conversion project.  (Meyer Decl. ¶ 4.)

/ / /

1      As part of Defendants continued efforts to explore ways to accelerate the Dewitt conversion

2  project under current law, the California Department of Corrections and Rehabilitation (CDCR)

3  reviewed the physical scope of the project and determined that it made sense to view the project

4  as part of a larger facility rather than as a stand-alone facility.  (Meyer Decl. ¶ 4.)  By viewing the

5  Dewitt conversion project as part of a larger facility, staff from the CDCR Facility Planning,

6  Construction, and Management Division were able to change the support side of the project by

7  refining it to reflect a reduction in the size and number of support structures that will be built—

8  they were able to eliminate the redundant structures such as the kitchen, laundry, administration,

9  etc.—yet still maintain the same housing and treatment space for the 375 EOP-GP and 50 EOP-

10  ASU inmate-patients. (*Id.*)  Changing the support side of the project also resulted in a reduction in

11  the construction time line, and Defendants now expect to complete the project by 2013.  (*Id.* ¶ 5.)

12  Assuming that there are no legal challenges and that Defendants are able to secure adequate

13  funding, they expect that the refined Dewitt conversion project will achieve full inmate-patient

14  occupancy by the end of December 2013.  (*Id.*)[1]

15      Defendants are no longer proceeding forward with their November 6, 2009 activation

16  schedule for the Dewitt conversion project.  (Meyer Decl. ¶ 6.)  Instead, Defendants are finalizing

17  the activation schedule for the refined Dewitt conversion project, and request that the Court

18  continue its stay for 7 days from the date of this filing so that Defendants can complete this

19  process and file the new schedule with the Court.  (*Id.*)  Additionally, a representative from the

20  CDCR Facility Planning, Construction, and Management Division will be prepared to discuss the

21  Dewitt conversion project at the hearing on March 29, 2010, if requested by the Court. (*Id.*)

22  / / /

23  / / /

24  / / /

25

26      [1]  Defendants plan to fund this project via authorization to issue lease-revenue bonds
provided by Assembly Bill (AB) 900.  (Meyer Decl. ¶ 5.)  Defendants, however, make no

27  representations that the State Legislature will authorize AB 900 lease-revenue financing for this
project, the Pooled Money Investment Board will authorize the loans for interim financing, or that

28  bond counsel will offer an unqualified bond opinion on the validity of the proposed bonds.

1

## **CONCLUSION**

2      Because good cause exists to grant Defendants' request, Defendants respectfully withdraw

3    their motion for reconsideration and request that this Court continue its stay for 7 days from the

4    date of this filing so that they can file a new activation schedule that reflects full inmate-patient

5    occupancy by 2013.

6    Dated:  March 22, 2010

Respectfully submitted,

7

EDMUND G. BROWN JR.
Attorney General of California
8                                                                         JONATHAN L. WOLFF
Senior Assistant Attorney General
9

/s/ *Debbie J. Vorous*
10

DEBBIE J. VOROUS
11                                                                       Deputy Attorney General
*Attorneys for Defendants*
12    CF1997CS0003
30975362
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Not. of Withdrawal of Motion Re: Dewitt; Req. for Continued Stay (2:90-cv-00520 LKK JFM PC)