EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' WITHDRAWAL OF MOTION FOR RECONSIDERATION AND RELIEF RE: THE DEWITT CONVERSION PROJECT; REQUEST FOR CONTINUED STAY SO THAT DEFENDANTS CAN SUBMIT A NEW ACTIVATION SCHEDULE** |

I, Chris Meyer, declare:

1. I am the Senior Chief of the Facility Planning, Construction, and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I began working as Senior Chief on September 14, 2009. I work on behalf of and at the direction of CDCR Secretary Cate and the *Plata* Federal Receiver, Clark Kelso. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' withdrawal of their motion for reconsideration and relief concerning the Dewitt conversion project and their request that the Court continue to stay its order so that Defendants can submit a new activation schedule for that project.

1

1    2.    I have worked in the construction management profession for 27 years. In my current role as Senior Chief at CDCR, I am responsible for the management and oversight of the Facility Planning, Construction, and Management Division, which includes all construction of new facilities and renovation of existing facilities. In addition to others, I am responsible for leveraging the available Assembly Bill (AB) 900 funding to fund construction to meet CDCR's needs.

3.    I am familiar with Defendants' long-range mental health bed plan to renovate the Dewitt facility to provide housing and treatment for 375 Enhanced Outpatient Program (EOP) General Population (GP) and 50 EOP Administrative Segregation Unit (ASU) inmate-patients. I am also familiar with this Court's January 4, 2010 order that Defendants submit a new activation schedule for Dewitt to reflect full inmate-patient occupancy by 2013, and Defendants' February 1, 2010, request that this Court reconsider its January 4, 2010 order on the ground that Defendants could not accelerate the project under current law. I am aware that on February 12, 2010, the Court *sua sponte* stayed that part of its January 4, 2010 order that requires Defendants to submit a new activation schedule pending disposition of Defendants' motion for reconsideration. Last, I am aware of the Court's orders that Defendants continue exploring ways to accelerate their construction projects, including the Dewitt conversion project.

4.    As the Senior Chief, I am aware of the options available for housing the EOP inmates at Dewitt. As part of CDCR's continued efforts to explore ways to accelerate the Dewitt conversion project under current law, CDCR's Facility Planning, Construction, and Management Division reviewed the physical scope of the project and determined that it made sense to view the Dewitt conversion project as part of a larger facility rather than as a stand-alone facility. By viewing the Dewitt conversion project as part of a larger facility, staff from CDCR Facilities were able to change the support side of the project by refining it to reflect a reduction in the size and number of support structures that will be built—they were able to eliminate the redundant

///

///

2

Meyer Decl. Supp. Defs.' Withdrawal of Motion Re: Dewitt; Request for Continued Stay
(2:90-cv-00520 LKK JFM P)

1  facilities such as the kitchen, laundry, administration, etc.—yet still maintain the same housing
2  and treatment space for the 375 EOP-GP and 50 EOP-ASU inmate-patients.

3  5. Changing the support side of the project resulted in a reduction in the construction
4  time line. I now expect that the project will be complete by 2013. CDCR intends to fund this
5  project via authorization to issue lease-revenue bonds provided by AB 900. Assuming that there
6  are no legal challenges and that there is adequate funding, I expect that the refined Dewitt
7  conversion project will achieve full inmate-patient occupancy by the end of December 2013.

8  6. Because the Dewitt conversion project has been refined, CDCR is no longer
9  proceeding forward with the activation schedule that Defendants filed on November 6, 2009.
10 My staff is currently finalizing the activation schedule for the refined Dewitt conversion project.
11 I expect that it will take up to 7 days to complete the new schedule. I am available to discuss the
12 Dewitt conversion project at the hearing on March 29, 2010, if requested by the Court.

13 I declare that the foregoing is true. Executed this 22 day of March 2010, at Sacramento,
14 California.

CHRIS MEYER

CF1997CS0003

3

Meyer Decl. Supp. Defs.' Withdrawal of Motion Re: Dewitt; Request for Continued Stay
(2:90-cv-00520 LKK JFM P)