PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' STATUS CONFERENCE STATEMENT REGARDING DEFENDANTS' INITIAL REPORT ON THE MENTAL HEALTH ASSESSMENT AND REFERRAL PROJECT (MHARP) AND THE ICF PILOT PROGRAM**<br><br>Date: March 29, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 4, 15th Floor |

DECL. OF KAHN ISO PLS.' STATUS CONF. STATEMENT RE DEFS.' INITIAL REPORT ON MENTAL HEALTH ASSESSMENT & REFERRAL PROJ. (MHARP) & ICF PILOT PROGRAM - CASE NO. CIV S 90-0520 LKK-JFM

[361258-1]

I, Jane E. Kahn, declare:

1. I am an attorney admitted to practice law in California, a member of the Bar of this Court, of counsel to the firm of Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel of record for the Plaintiff class. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in Support of Plaintiffs' Status Conference Statement Regarding Defendants' Initial Report on the Mental Health Assessment and Referral Project (MHARP) And the ICF Pilot Program.

2. On March 4, 2010, I received an email from Debbie Vorous, Deputy Attorney General, reporting that Atascadero State Hospital's ("ASH") census on February 26, 2010, was 256, and that ASH "expected to maintain that census through this week." A true and correct copy of the March 4, 2010 email from Debbie Vorous is attached hereto as **Exhibit A**.

3. On March 12, 2009, Defendants submitted to the Special Master their Report on CDCR/DMH Mental Heath Assessment and Referral Project ("MHARP") and Intermediate Care Facility Pilot Program ("ICF Pilot Project") (collectively the "MHARP Report"). My office received a copy of that report on March 15, 2010. A true and correct copy of the MHARP Report and Exhibits are attached hereto as **Exhibit B**.

4. On March 16, 2010, I participated in a conference call with members of the Special Master's team, Defendants' counsel, Cynthia Radavsky, the Deputy Director of Long-Term Care Services for the California Department of Mental Health (DMH), Victor Brewer, Executive Director of the Salinas Valley and Vacaville Psychiatric Programs, Nathan Stanley, a Staff Mental Health Specialist for the Long-Term Care Services of DMH, and other participants. During that phone call, Nathan Stanley reported that the acute care waiting list was at 97 patients as of the day before the call, or March 15, 2010.

5. Defendants produce, on a monthly basis, a report entitled "Monthly Report on the Licensure of Intermediate Care Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison." A true and correct copy of this report from February 28, 2010 is attached hereto as **Exhibit C**.

1

DECL. OF KAHN ISO PLS.' STATUS CONF. STATEMENT RE DEFS.' INITIAL REPORT ON MENTAL HEALTH ASSESSMENT & REFERRAL PROJ. (MHARP) & ICF PILOT PROGRAM - CASE NO. CIV S 90-0520 LKK-JFM

[361258-1]

6. On March 5, 2010, Amy Whelan from my office sent a letter to Defendants regarding recent Patton State Hospital rejections and processing of female patient referrals for inpatient care. A true and correct copy of Ms. Whelan's March 5, 2010 letter is attached hereto as **Exhibit D**. In order to protect the confidentiality of patients/*Coleman* class members, Exhibit C is a redacted copy of the letter and does not include the original enclosures. Whereas the Program Guide requires DMH review of acute referrals within one working day of receipt and review of ICF referrals within three working days of receipt, DMH took 40-80 days to process six recent referrals, and 9 days to process a seventh one. Exhibit C at 2. There were also delays of 7-28 days between CDCR's initial referral of these patients and the date DMH received the referral. *Id* at 3. Finally, although the Program Guide mandates that the Coordinated Clinical Assessment Team (CCAT) shall review rejections within two working days, CCAT took 16-64 days to review seven recent female rejections, four of which were eventually overturned. *Id.*

7. Defendants produce monthly "Activation Schedules" regarding short, intermediate and long-range bed plans. A true and correct copy of Defendants' February 22, 2010 Activation Schedule is attached hereto as **Exhibit E**. That report is already showing delays with Defendants' plans. For example, the Consolidated Care Center ("CCC") project, which will include 432 ICF-H, 43 acute, and 137 MHCB beds, was already 94 days behind schedule as of February 22, 2010 with regard to completion of the California Environmental Quality Act Compliance ("CEQA"). Exhibit E at Ex. 13. Defendants report that resolution of litigation regarding CEQA will be completed by June 30, 2010, but do not indicate what impact this will have on the final activation schedule. *Id.* Additionally, Defendants have already fallen behind in obtaining sign-off from bond counsel to secure financing under AB 900. *Id.* Defendants note "[a]ll possible solutions are outside the Defendants control and may delay the project," and that the Public Work Board agenda item regarding AB 900 financing was pulled from the February 16, 2010 meeting, which will have at least a 30-day impact. *Id.*

8. Defendants provide plaintiffs' counsel with CDCR Suicide Reports for each suicide committed by a CDCR prisoner as part of the court-ordered suicide review process. On January 12, 2010, Defendants produced a Suicide Report, which was dated December 29, 2009,

2

DECL. OF KAHN ISO PLS.' STATUS CONF. STATEMENT RE DEFS.' INITIAL REPORT ON MENTAL HEALTH ASSESSMENT & REFERRAL PROJ. (MHARP) & ICF PILOT PROGRAM - CASE NO. CIV S 90-0520 LKK-JFM

[361258-1]

1 regarding a 24 year old prisoner who committed suicide on July 17, 2009, in the administrative
2 segregation unit at Salinas Valley State Prison.  According to the Report, the prisoner had
3 recently begun the gang debriefing process.  Suicide Report at p. 17.  The Suicide Reviewer
4 noted that: "it seems clear that inmates are very vulnerable emotionally when they are
5 contemplating leaving their gangs … It would be good preventative mental health practice to
6 require a mental health referral early in the [gang] debriefing process."  *Id*.

       9.     As plaintiffs' counsel, I have reviewed the named plaintiff's central and medical records during the past 15 years of monitoring in the *Coleman* case.  Most recently, I reviewed his records in preparation for his deposition, which was taken on December 13, 2007 in the Three-Judge Trial.  This prisoner is serving a Life without Parole (LWOP) sentence.  During his 31 years in prison, he has never been issued a serious rules violation and has never been housed in segregation for discipline.  He has been transferred to outside hospitals for medical treatment many times over the years, but under the ICF Pilot Program standards, he would be screened out for treatment at Atascadero State Hospital and the VPP Dorms because of his LWOP sentence. He is currently housed at CMC-East on a Departmental Review Board custody over-ride because of his excellent custodial record within CDCR.

     I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed this 24th day of March, 2010 in San Francisco, California.

                                          */s/ Jane E. Kahn*
                                          Jane E. Kahn

3

DECL. OF KAHN ISO PLS.' STATUS CONF. STATEMENT RE DEFS.' INITIAL REPORT ON MENTAL HEALTH
ASSESSMENT & REFERRAL PROJ. (MHARP) & ICF PILOT PROGRAM - CASE NO. CIV S 90-0520 LKK-JFM

[361258-1]