# EXHIBIT A

**Sofia Millham**

| | |
|---|---|
| **From:** | Debbie Vorous [Debbie.Vorous@doj.ca.gov] |
| **Sent:** | Thursday, March 04, 2010 8:42 AM |
| **To:** | Samantha Ramsey; Amy Whelan |
| **Cc:** | Debbie Vorous; Coleman Team - RBG Only |
| **Subject:** | Re: ASH Bed Census, 489-3 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

Amy,

ASH's census on February 26, 2010, was 256, and it expected to maintain that census through this week.

Thanks,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

>>> Amy Whelan <AWhelan@RBG-Law.com> 3/3/2010 6:02 PM >>>
Debbie,

Could you confirm that defendants filled all 256 ASH beds by February 26, 2010 in accordance with Judge Karlton's January 27, 2010 order?  Could you also let us know the current census at ASH?  We understood from the 30 day meeting that defendants were on schedule to meet this goal, but we have not been provided an update since the actual deadline passed.

Sincerely,

Amy Whelan, Esq.
Rosen, Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco, CA  94104
T:  415/433-6830
awhelan@rbg-law.com
www.rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

3/24/2010

# EXHIBIT B

# FOR SUBMITTAL TO THE *COLEMAN* SPECIAL MASTER

## MARCH 12, 2010 REPORT ON

### CDCR/DMH MENTAL HEALTH ASSESSMENT AND REFERRAL PROJECT

### AND INTERMEDIATE CARE FACILITY PILOT PROGRAM

TABLE OF ACRONYMS

| Acronym | Term |
|---------|------|
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| ASP | Avernal State Prison |
| ASU | Administrative Segregation Unit |
| CC | Correctional Counselor |
| CCAT | Coordinated Clinical Assessment Team |
| CCI | California Correctional Institution |
| CCIII | Correctional Counselor-III |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison, Corcoran |
| CRC | California Rehabilitation Center |
| CSH | Coalinga State Hospital |
| CTF | Correctional Training Facility |
| DCHCS | Division of Correctional Health Care Services |
| DMH | Department of Mental Health |
| DTP | Day Treatment Program |
| DVI | Deuel Vocational Institution |
| FOL | Folsom State Prison |
| HC-POP | Health Care Placement Oversight Program |
| HDSP | High Desert State Prison |
| HQs | Headquarters |
| I/Ps | Inmate-Patients |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison, Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHARP | Mental Health Assessment and Referral Project |
| MHSDS | Mental Health Services Delivery System |
| MOU | Memorandum of Understanding |
| NKSP | North Kern State Prison |
| OAL | Office of Administrative Law |
| PBSP | Pelican Bay State Prison |
| PC | Penal Code |
| PSH | Patton State Hospital |
| PSS | Placement Screening Sheet |

| | |
|---|---|
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison, Sacramento |
| SATF | California Substance Abuse Treatment Facility & State Prison, Corcoran |
| SCC | Sierra Conservation Center |
| SHU | Security Housing Unit |
| SNY | Sensitive Needs Yard |
| SOL | California State Prison, Solano |
| SQ | California State Prison, San Quentin |
| SVPP | Salinas Valley Psychiatric Program |
| SVSP | Salinas Valley State Prison |
| UHR | Unit Health Record |
| VPP | Vacaville Psychiatric Program |
| VSPW | Valley State Prison for Women |
| WSP | Wasco State Prison |

## INTRODUCTION

On March 31, 2009, the *Coleman* Court ordered that the California Department of Corrections and Rehabilitation (CDCR) and the Department of Mental Health (DMH) work with the Special Master and his experts to conduct a modified assessment to determine whether there were unmet needs for inpatient care among members of the *Coleman* class.  On June 18, 2009, the Court ordered the assessment expanded to all non-desert institutions, and ordered it completed by December 31, 2009.  In addition, the Court ordered that DMH admit *Coleman* class members to the 256 Intermediate Care Facility (ICF) low-custody beds at Atascadero State Hospital (ASH) at a rate of not less then ten per week until all 256 low-custody beds were filled by *Coleman* class members, and that DMH fill those beds by October 31, 2009.  The Court extended that deadline to February 26, 2010.  Last, the Court ordered that DMH consider transferring non-*Coleman* class patients at ASH to Coalinga State Hospital (CSH).

Defendants worked with the *Coleman* Special Master and his experts to complete the modified assessment project, which is referred to throughout this report as the "Mental Health Assessment and Referral Project" (MHARP).   As a result of the MHARP, 987 cases were either recommended for referral by the MHARP assessment teams or directly referred by the institutions.  And in order to expedite admissions for ICF inmate-patients (I/Ps) into ASH, DMH increased its rate of weekly admissions and opened up a 50-bed unit at CSH in order to transfer non-*Coleman* class members from ASH to that unit.

From those 987 cases that were either recommended for referral or directly referred to DMH, DMH admitted 417 I/Ps and wait listed 291 I/Ps.[1]  With respect to the 417 admissions, DMH admitted 183 I/Ps to ASH, 75 I/Ps to the Acute Psychiatric Program (APP) at the Vacaville Psychiatric Program (VPP) at California Medical Facility (CMF); 73 to the Salinas Valley Psychiatric Program (SVPP) ICF High Custody program at Salinas Valley State Prison (SVSP); 40 to the VPP ICF dorms; 35 to CSH; and 11 to Patton State Hospital (PSH).  On February 26, 2010, the census at ASH for the ICF low-custody beds was 256.

Moreover, on November 4, 2009, Defendants implemented a new ICF Pilot Program that was designed to sustain the process for reviewing I/Ps for possible DMH ICF recommendations and referrals, and to increase referrals of inmate-patients whose custody factors would have previously prevented their referral to an ICF low-custody bed.  CDCR's Health Care Placement Oversight Program (HC-POP) reviewed the SVPP Wait List utilizing the new ICF Pilot Program custody criteria, which resulted in 27 additional I/Ps admitted to ASH and 14 accepted to the VPP dorms.

---

[1]  The remaining 279 cases consist of the following:  173 paroled, 54 won their Vitek hearing, 48 cases rescinded through the Coordinated Clinical Assessment Team (CCAT) process; 1 at PSH per Penal Code (PC) section 1026, 2 out-to-court, and 1 on medical hold.

**MENTAL HEALTH ASSESSMENT AND REFERRAL PROJECT**

CDCR and DMH clinicians worked with the Special Master and his experts (hereafter referred to as *"Coleman* monitors") to develop and implement the MHARP, which included four phases (Phases I, II, III, and IV) and all 28 non-desert institutions.

**Phase I (April 7-29, 2009)**

Phase I involved twelve male institutions selected by the *Coleman* monitors.[2]  In consultation with the *Coleman* monitors, CDCR instructed each institution to compile a master list of I/Ps that met one or more of 13 specific criteria that warranted consideration for a potential referral to a higher level-of-care, and the monitors validated each institution's master list.  (*See* Exhibit 1, Criteria for Identifying Inmate-Patients to Consider for Potential Referral to DMH for a higher Level-of-Care.)  Additionally, custody staff from each institution completed a case factor sheet for each inmate on their respective institution's master list.

During Phase I, CDCR and DMH also worked with the *Coleman* monitors to develop a Microsoft Access database to track information throughout the MHARP process.  This database, which the parties continued to develop throughout MHARP, includes fields for tracking the following:

- the institutions where cases were initially identified as potential referrals for MHARP (done during Phase I);
- the names and CDCR numbers of the I/Ps identified;
- whether or not the I/Ps were recommended for referral by the MHARP team (during the Phase II, III, or IV site visits) or during an inter-phase period where the institutions referred the I/Ps directly to DMH (between the Phase I/II or Phase II/III visits);
- if the I/Ps paroled prior to being reviewed by the MHARP team or directly referred by the institutions;
- the DMH program to which each I/P was recommended for referral or directly referred;
- the date that each case was reviewed by the MHARP team during a phase visit;
- the date the institutions sent their MHARP referrals to headquarters (HQs) for processing (this was considered to be the referral date);
- the DMH program indicated on the referrals sent to HQs by the institutions;
- if either HQs or the institution deferred the initial referral to another DMH program, the deferred DMH program;
- the date HQs sent the referral to DMH;
- the date DMH received and accepted the referral;
- the dated DMH received the referral from HQs;
- if DMH deferred the referral to another DMH program, to which program DMH deferred the referral;

---

[2] The 12 institutions included the following:  CMF, MCSP, SAC, SQ, RJD, SVSP, COR, WSP, CIM, CCI, CMC, and LAC.

- if the I/P is on a waitlist (a temporary designation – when the I/P was admitted to DMH, paroled prior to being admitted, or if the referral was otherwise rescinded prior to DMH admission, the waitlist designation was removed);
- the dates DMH admitted and discharged the I/Ps; and
- if applicable, parole dates, dates and outcomes of CCAT hearings, and dates and outcomes of Vitek hearings.

Defendants utilized this database as the primary resource for the MHARP data presented in this Report.

Additionally, after Phase I, but before Phase II, many institutions began referring selected I/Ps to DMH, based on clinical need. CDCR, in consultation with the *Coleman* monitors, defined any I/P who was referred after the master list was established and validated yet prior to the start of Phase II as "Between Phase I and II." Here, between Phase I and Phase II, the institutions referred 247 I/Ps for a higher level of care.

## Phase II  (April 20 – May 21, 2009)

During Phase II, designated referral teams assessed 660 cases from the list of potential I/P referrals created during Phase I. In addition, on May 11, 2009, DMH provided a plan to expedite admissions for ICF inpatient care.

The teams consisted of CDCR HQs Psychologists, HQs Nurse Consultants, a HQs Correctional Counselor-III (CCIII), HQs Health Program Specialists, and DMH clinicians. The review teams did not include institutional staff in the review process with the exception of Correctional Counselors (CC). The teams spent two days at each of the twelve institutions. (*See* Exhibit 2, MHARP Schedule.) The *Coleman* monitors were on site to observe and to provide suggestions when indicated.

The review process consisted of the following steps. First, the teams reviewed the Unit Health Records (UHRs) of I/Ps identified in Phase I to determine potential I/Ps for a higher level of care referral. UHR review was prioritized based on the number and acuity of clinical indicators. The team members considered an I/P's baseline and his or her maximum potential. If team members were unable to come to an agreement or additional clinical information was needed, the I/P's primary clinician was interviewed and/or an interview was conducted with the I/P. Additionally, an I/P interview occurred when an acute level of care referral was being considered. Second, based on available documentation and a summary discussion of the clinical case factors known, a synopsis was presented to either the CDCR or DMH representative (Psychologist, Licensed Clinical Social Worker, or Nurse Consultant). Third, the team members discussed their clinical findings to determine need for a higher level of care. Fourth, when an I/P was identified as requiring a referral for a higher level of care to DMH, a CC would review the case factors to determine a DMH placement, focusing on placing the I/P at the lowest custody level while maintaining safety and security at DMH facilities.

Last, the MHARP teams established a case review and referral list in collaboration with the institution and the *Coleman* monitors. Institutions were directed to submit all referrals to the Division of Correctional Health Care Services (DCHCS) HQs within 10 days (15 if a Vitek

hearing was required) so that HQs could track, copy, and check for required documentation. This differed from past practice; that is, sending the referrals directly to DMH.

The MHARP teams did not complete review of all the cases on the master lists generated during Phase I. As a result, CDCR and DMH, in consultation with the *Coleman* monitors, designed Phase III in order to complete the review of the remaining cases. Additionally, they agreed that if an I/P remaining on the list decompensated prior to Phase III and needed an ICF or APP referral, the institution would complete the referral and notify CDCR HQs. For tracking purposes, any patients referred to DMH between Phase II and prior to Phase III were considered "between Phase II and III". Here, between Phase II and III, the institutions referred 90 I/Ps for a higher level of care.

The table below reflects a breakdown of cases reviewed by the Phase II assessment teams.

### TABLE 1. MHARP PHASE II ROLL-UP (12 INSTITUTIONS)

| | |
|---|---|
| Cases Reviewed | 660 |
| Cases that the Teams Identified for Referral | 281 |
| Cases that the Teams did not Identify for Referral | 379 |

Given the expected increase of referrals to ASH, DMH developed a plan to expedite admissions for *Coleman* class I/Ps to ASH. This plan included screening referrals for CSH and directing direct admissions for CSH from the ASH Reservation/Wait List. Previously, CSH admissions were transferred from ASH after the I/Ps were stabilized; this new plan effectively allowed CSH to directly admit *Coleman* class patients. Additionally, ASH agreed to double its monthly admission rate from five to ten I/Ps per week. The expedited admissions project increased ASH's ability to place more I/Ps in ICF beds, and as of February 26, 2010, ASH had filled the full complement of 256 ICF beds.

### Phase III  (July 7 – October 15, 2009) (December 14-17, 2009) [3]

The intent of the Phases III and IV site visits was to establish a sustainable process of identifying I/Ps who require inpatient level of care. Phase III consisted of three parts:  1) training of institutional staff on access to higher levels of care; 2) completing reviews for the I/Ps remaining on the institutional master lists from Phase I; and 3) analysis of compiled data to better estimate bed planning needs. The assessment teams reviewed a total of 333 cases. Again, the *Coleman* monitors were in attendance and observed both the training and the assessment and referral portions of the visits.

With respect to training, CDCR Nurse Consultants and Psychologists, along with a DMH Psychologist and Licensed Clinical Social Worker, provided a five-hour mandatory training to primary clinicians. The training consisted of a PowerPoint presentation on:

- Mental Health Services Delivery System (MHSDS) Program Guide, Chapter 6: Department of Mental Health Inpatient Program;

---

[3] The 12 institutions selected in Phase I were revisited during Phase III:  ten from July 7th-October 15th and two (MCSP and LAC) from December 14th – December 17th.

- the CDCR/DMH Memorandum of Understanding (MOU);
- a newly implemented Interdisciplinary Treatment Team (IDTT) Screening Checklist - Referral to DMH-ICF (*see* Exhibit 3)[4]; and
- a two-hour PowerPoint on Clinical Documentation.

The training also included training on the Screening Tool and Assessment and Review Process. (*See* Exhibit 4, Course Outline and Description of Content.)

Similar to Phase II, the Phase III assessment teams included CDCR HQs Psychologists, HQs Nurse Consultants, and primary and senior clinicians from each institution. The teams revisited the original 12 institutions to complete the cases remaining from Phase II. DMH staff took on a modified role during Phase III and were part of the teaching teams, but not part of the assessment/referral teams as in Phase II. DMH's role was to provide training on the referral process and offer consultation services to institutional staff. DMH's limited role, however, did not alter current practice in how referral packets were reviewed and evaluated by DMH facilities; that is, once the team made a recommendation for referral of an I/P to a higher level of care, DMH reviewed the referral for clinical appropriateness based on criteria delineated in the MOUs.

For institutions with few remaining cases to review and assess, the institutions were asked to provide additional patient records for assessment. The additional records were selected using the same process utilized in Phase I. UHRs were prioritized by multiple clinical indicators. During the site visits the institutions were required to have all primary clinicians, including Senior Psychologists, participate in the training and the assessment and referral review process. A primary clinician was not allowed to review or present his/her own I/P assigned cases.

Thus, the CDCR HQs Psychologists or Nurse Consultants along with a primary clinician from the institution constituted the assessment team and reviewed the UHR and the Central file. Thereafter, the team followed the same process as the teams followed in Phase II to determine whether to recommend an I/P to a higher level of care and, if so, used the same process to refer that I/P to a higher level of care.

The table below reflects a breakdown of cases reviewed by the Phase III assessment teams:

**TABLE 2. MHARP PHASE III ROLL-UP (12 INSTITUTIONS)**

| | |
|---|---|
| Cases Reviewed | 333 |
| Cases that the Teams Identified for Referral | 84 |
| Cases that the Teams did not Identify for Referral | 249 |

Additionally, DMH complied with the Court's June 18, 2009 order that it consider transferring non *Coleman* inmate-patients at ASH to CSH. DMH activated a new 50-bed unit at CSH to treat Mentally Disordered Offenders. This unit was operating at full capacity by October 2009.

---

[4] CDCR has updated the IDTT Screening Checklist to incorporate comments received from the institutions during and after their respective site visits. (*See* Exhibit 5, IDTT Screening Checklist, updated 3/3/10.)

**Phase IV  (September 28 – October 8th, 2009) (October 26 – December 29, 2009)**

Phase IV of MHARP involved site visits at the remaining 16 non-desert institutions,[5] of which 13 are male and 3 female. During these site visits, the assessment teams reviewed a total of 807 cases.

Each institution was instructed to compile a master list of I/Ps that met one or more criteria that warranted consideration for a potential referral, as in Phase I.  The institutions were again directed to cast a "very wide net" in identifying any I/Ps in all types of housing and clinical care settings for review.  Custody staff, in advance of Phase IV, completed a case factor sheet for each inmate identified for review.  In some institutions there were not enough I/Ps identified that met criteria; thus, some of the records chosen for review did not meet any criteria. Unlike Phase I, the *Coleman* monitors did not validate these lists.  The Plaintiffs' counsel also attended the training and reviews at seven institutions.[6]

In assessing and referring the cases, CDCR assessed the cases using the same process used in Phase III.  An exception existed for those I/Ps currently at a Correctional Clinical Case Management System level of care—the I/P was first evaluated for the need for Enhanced Outpatient Program level of care prior to an ICF referral.  If team members were unable to come to an agreement or additional clinical information was needed, an interview of the I/P was conducted.  Additionally, the Phase IV institutions underwent the same training as in Phase III.

During Phase IV, consensus was not reached for seven I/Ps as to level of care placement needs. These I/Ps were referred to CCATs to determine the need for higher level of care.  Additionally, the institutions were directed to review any I/Ps left on the list at their next IDTT.  Table 3 below reflects a breakdown of cases reviewed by the Phase IV assessment teams:

**TABLE 3.  MHARP PHASE IV ROLL-UP (16 INSTITUTIONS)**

| | |
|---|---|
| Cases Reviewed | 807 |
| Cases that the Teams Identified for Referral | 285 |
| Cases that the Teams did not Identify for Referral | 522 |

**ANALYSIS OF MHARP PROJECT DATA**

During the MHARP, a total of 987 I/Ps were either referred to DMH by the institutions or recommended for referral by the assessment teams, as follows:  247 referred by the institutions between Phase I and II; 90 referred by the institutions between Phase II and III; 281 cases recommended for referral during Phase II; 84 recommended for referral during Phase III; and

---

[5] The 16 institutions included the following: ASP, CIW, CCWF, CRC, CTF, DVI, FOL, HDSP, KVSP, NKSP, PBSP, PVSP, SATF, SCC, SOL, and VSPW.
[6] Plaintiffs' counsel attended the assessments at CCWF, DVI, HDSP, KVSP, NKSP, PBSP, and VSPW.

285 cases recommended for referral during Phase IV. Out of the 987 cases, 104 were referred to APP, 880 to ICF, and 3 to the Day Treatment Program (DTP).[7]

Table 4 below reflects a breakdown of recommendations/referrals by DMH program:

**TABLE 4. BREAKDOWN OF MHARP RECOMMENDATIONS/REFERRALS MADE BY DMH PROGRAM**

| Acute Recommendations/Referrals | |
| --- | --- |
| **# Made** | **DMH Program** |
| 77 | VPP |
| 22 | APP (specific program not determined at time of review) |
| 3 | ASH (program closed during MHARP time period)[8] |
| 2 | PSH |
| **104** | **Total Acute** |

| ICF Recommendations/Referrals | |
| --- | --- |
| **# Made** | **DMH Program** |
| 350 | SVPP High Custody |
| 303 | ASH |
| 143 | VPP Dorms |
| 43 | PSH |
| 41 | ICF (specific program not determined at time of review) |
| **880** | **Total ICF** |

| DTP Recommendations/Referrals | |
| --- | --- |
| **# Made** | **DMH Program** |
| **3** | **Total DTP** |

| | |
| --- | --- |
| **987** | **Total Recommendations/Referrals Made** |

Not all the 987 cases, however, were admitted to DMH programs. Specifically, 417 cases have been admitted to DMH and 291 cases waitlisted. With respect to the remaining 279 cases, 173 have paroled, 54 have won their Vitek hearings, 48 were rescinded through the CCAT process, 1 is at PSH per PC section 1026, 2 are presently out-to-court, and 1 is on medical hold and cannot be referred at this time.

Table 5 below reflects the disposition of the 987 cases:

---

[7] Note that concurrent with the MHARP, CDCR and DMH were actively involved in bed planning efforts with the Special Master. As a result of that effort, the *Coleman* court approved the discontinuation of the DTP inpatient level of care within DMH.

[8] Note that concurrent with the MHARP, CDCR and DMH were actively involved in bed planning efforts with the Special Master. A result of that effort was that the 25 acute ASH beds were converted to 25 ICF ASH beds.

TABLE 5. DISPOSITION OF CASES RECOMMENDED/REFERRED

| Number of Cases | Disposition |
|---|---|
| 650 | Cases recommended for referral by MHARP team during phase visits |
| 337 | Cases referred directly by institution between phase visits (247 between Phase I and II; 90 between Phase II and III) |
| **987** | **Total cases recommended/referred** |
| -417 | Less cases *admitted* to DMH |
| -291 | Less cases *waitlisted* by DMH |
| -173 | Less cases *paroled* prior to DMH admit |
| -54 | Less *Vitek cases rescinded*, resulting in referral not being continued |
| -48 | Less *CCAT cases won*, resulting in referral not being continued |
| -1 | Less case at PSH per PC 1026 |
| -2 | Less cases *out to court* |
| -1 | Less cases on *medical hold* |
| **0** | **Cases Remaining** |

Table 6 below reflects the breakdown of the 417 admissions to DMH by DMH program:

TABLE 6. MHARP ADMISSIONS TO DMH PROGRAMS

| DMH Program | # of Admits |
|---|---|
| ICF-ASH | 183 |
| APP-VPP | 75 |
| ICF-SVPP | 73 |
| ICF-VPP Dorms | 40 |
| ICF-CSH | 35 |
| ICF-PSH | 11 |
| **Total Admits** | **417** |

As of February 7, 2010, 179 MHARP I/P's have been discharged from DMH programs.

## INTERMEDIATE CARE FACILITY PILOT PROGRAM

On September 22, 2009, CDCR submitted to the California Office of Administrative Law (OAL) a Pilot Program for referring inmate-patients who are identified as meeting placement in a DMH program. The OAL officially approved the Pilot Program on October 23, 2009. The Pilot Program is effective October 23, 2009 through October 23, 2011. Commencing November 4, 2009, the institutions that were still part of the MHARP process also began utilizing the new Pilot Program custody criteria for MHARP referrals.

In connection with implementing the Pilot Program, the parties agreed that CDCR HC-POP would review all the I/Ps on the SVPP Wait List using the Pilot Program to determine whether

any of the I/Ps on the list were eligible for admission to ASH or to the VPP dorms.  This report first discusses the Pilot Program itself and second, HC-POP's review of the SVPP Wait List.

**The ICF Pilot Program**

The long-term goal of this statewide Pilot Program is to not only arrive at a sustainable CDCR referral process through central placement oversight but also to increase referrals of I/Ps who are identified as needing placement in a DMH program**.**

Under the Pilot Program, all DMH-ICF referrals are sent to the DCHCS for quality management review to ensure adherence to the Pilot process and court-ordered transfer timeframes, to evaluate the effectiveness of the Pilot, and to identify any problem areas.  The DCHCS Mental Health Program conducts clinical reviews for all DMH ICF referrals and HC-POP conducts the custody and classification review.  Previously, the process was that the institutions would refer directly to all DMH programs.  Thus, under the new Pilot Program, CDCR has created central placement oversight.  Additionally, as part of the Pilot Program, CDCR developed new custody criteria and guidelines—new DMH-ICF Custody Criteria, a DMH-ICF Placement Screening Sheet (PSS), and Case-by-Case Placement Guidelines.  (*See* Exhibits 6–8.)  Thus, for all referrals to a DMH program, the designated HC-POP CCIII, or designee, now completes the custodial review in accordance with these newly developed forms.  The HC-POP CCIII conducts a custody review on each DMH ICF PSS for completeness and makes a determination as to the most appropriate ICF program for the I/P.  Once HC-POP makes a determination on the referral, it provides written notice to DCHCS Mental Health Program staff of the final disposition of the referral packet.

As a means to increase referrals, the new custody criteria and guidelines in the Pilot Program also now allow HC-POP to recommend for referral to ASH or the VPP dorms, on a case-by-case evaluation, some I/Ps whose custody factors would previously have prevented their referral to an ICF low-custody bed.  If HC-POP recommends referral of an I/P based on a case-by-case evaluation, HC-POP then completes a HC-POP CDC Form 128-B, Placement Recommendation Chrono, which it sends to the referring institution for an Institutional Classification Committee (ICC) review and action.  The ICC makes the final determination on whether the I/P can be referred to ASH or the VPP dorms.

On November 4, 2009, mandatory training was conducted for all impacted custody and classification staff statewide.  This training provided all CDCR institutions with the new DMH-ICF Custody Criteria, new PSS, and the procedures for making ICF referrals.  At the conclusion of this training on November 4th, all institutions were instructed to implement the new criteria and guidelines immediately and to begin forwarding all ICF referral packages to the DCHCS Mental Health Program.

From November 4, 2009 through March 3, 2010, HC-POP reviewed a total of 70 cases for case-by-case evaluation.  Table 7 below reflects the result of that review through March 3, 2010:

TABLE 7.  SUMMARY OF CASE-BY-CASE EVALUATION REFERRALS

| | HC-POP Placement Recommendation | Disposition | % of Total Cases |
|---|---|---|---|
| ASH | 53 | 29 (at ASH) | 41.4% |
| VPP-Dorms | 14 | 7 (at VPP Dorms) | 10.0% |
| SVPP/VPP-Cells (HC-POP redirect) | 3 | 0 | 0.0% |
| Accepted and on ASH Wait List | | 6 | 8.6% |
| Accepted and on SVPP Wait List | | 2 | 2.9% |
| Pending DMH Review/Approval | | 6 | 8.6% |
| Pending ICC Review | | 8 | 11.4% |
| In DCHCS HQ Process | | 3 | 4.3% |
| Clinically Rescinded | | 1 | 1.4% |
| Paroled (prior to transfer) | | 8 | 11.4% |
| **TOTAL CASES** | **70** | **70** | **100.0%** |

Table 8 below summarizes the review of the 70 case-by-case evaluations according to the six new custody criteria:

TABLE 8.  SUMMARY OF CASES REFERRED BASED ON NEW CUSTODY CRITERIA

| | Case-by-Case | % of Total Cases |
|---|---|---|
| Close A | 2 | 2.9% |
| Close B | 6 | 8.5% |
| Level IV | 5 | 7.1% |
| MAX/ASU | 2 | 2.9% |
| SHU | 3 | 4.3% |
| SNY | 52 | 74.3% |
| **TOTALS** | **70** | **100.0%** |

## HC-POP Review of the SVPP Wait List

As agreed, HC-POP reconsidered for potential referrals to ASH and/or the VPP dorms those inmates on the SVPP Wait List as of November 4, 2009—the date that the HC-POP directed field staff to start using the new Pilot Program custody criteria.  The review consisted of two phases.

### Phase I: Review of 420 cases on SVPP Wait List as of September 2, 2009

First, HC-POP reviewed the complete SVPP Wait List as of September 2, 2009, which consisted of 420 cases.  HC-POP reviewed each name on the Wait List utilizing the Distributed Data Processing System and the Offender Based Information System in order to ascertain the I/P's current housing location, custody status, and release date.  Once this information was obtained, any I/P who was identified from that information as not meeting the new custody criteria for ASH or the VPP dorms was removed from further review (237 cases).  I/Ps who paroled (25

cases), those who already transferred to ICF programs (10 cases), and those that were unidentifiable (1 case) were also removed from the list. This resulted in a total of 147 cases that were potentially eligible for a case-by-case review under the new ICF Pilot Program criteria.

Second, HC-POP reviewed those 147 cases taking into account the new ICF Pilot Program case factors in conjunction with the old Case Factor Sheets that were a part of the original ICF referral packages. During these reviews, I/Ps who were identified as having been assessed a SHU term, projected SHU term, or had expired SHU terms outside the new criteria were eliminated from further case-by-case consideration (26 cases). Also eliminated from further review were I/Ps who had identified escape histories (4 cases), lengthy time to serve with limited time in custody (2 cases), sensitive needs associated with gang issues or verified safety concerns (8 cases), and those who had recent histories of violent behavior in conjunction with higher custody case factors (i.e. Level IV placement scores, Close custody designation) (15 cases). Additionally, I/Ps who paroled (18 cases) and those who already transferred to ICF programs (7 cases) were removed from the list. Seven cases were returned to the SVPP Wait List based on not meeting the ICF Pilot Program criteria. This resulted in a total of 60 cases that HC-POP recommended for referral.

Once HC-POP determined that it would recommend 60 cases for potential referral, it referred those 60 cases back to the identified institutions and requested a case-by-case ICC review for ICF placement under the new ICF Pilot Program. This request included a copy of the ICF Pilot Program document, a completed CDC 128-B recommendation chrono, and directions to the institutions outlining what steps needed to be taken to complete the alternate placement referral. The case-by-case reviews resulted in 33 ASH referrals and 12 VPP dorm referrals. The remaining cases were either returned to the SVPP Wait List (4 cases), already transferred to ICF programs (2 cases), paroled (7 cases) or clinically rescinded (2 cases).

As the ICC case-by-case review CDC Form 128-Gs were received by HC-POP staff, they were forwarded to the DMH Correctional Services and Support Unit. Upon receipt of the case-by-case approval, the original ICF referral packet was sent from SVPP to either ASH or VPP dorm staff for disposition. From this 45 number, 25 I/Ps have been transferred to ASH, 3 were accepted at ASH but deferred to CSH, and 7 have been received into the VPP dorm program. The remaining 10 cases have paroled (1 case), were not clinically approved by VPP dorm program staff for dormitory housing (5 cases), clinically rescinded (1 case), pending a CCAT conference (1 case), or pending bed assignment at the VPP dorms (2 cases).

The Phase I SVPP Wait List review is summarized in Table 9 below:

## TABLE 9: SUMMARY OF PHASE I REVIEW

| Step | # of Cases | Reason for Elimination |
|------|-----------|------------------------|
| 1 | **420** | |
| | -237 | Does not meet new custody criteria for ASH or VPP-Dorm placement consideration |

|   |   |   |
|---|---|---|
|   | -25 | Paroled |
|   | -10 | Already transferred to an ICF program |
|   | -1 | Unable to locate / Unidentified CDCR # |
| **2** | **147** |   |
|   | -26 | Assessed a SHU term, projected SHU term, or had expired SHU terms |
|   | -4 | Identified escape histories |
|   | -2 | Lengthy time to serve with limited time in custody |
|   | -8 | Sensitive needs associated with gang issues or verified safety concerns |
|   | -15 | Recent histories of violent behavior in conjunction with higher custody case factors |
|   | -18 | Paroled |
|   | -7 | Already transferred to an ICF program |
|   | -7 | Returned to the SVPP Wait List based on not meeting the ICF Pilot Program criteria |
| **3** | **60** |   |
|   | *-33* | *Referred to ASH (See Final Disposition)* |
|   | *-12* | *Referred to VPP Dorms (See Final Disposition)* |
|   | -4 | Returned to the SVPP Wait List |
|   | -7 | Paroled |
|   | -2 | Already transferred to an ICF program |
|   | -2 | Clinically rescinded |
| **FINAL DISPOSITION OF 45 REFERRALS TO ASH AND THE VPP DORMS** | | |
| 25 | Transferred to ASH | |
| 7 | Transferred to VPP Dorms | |
| 3 | Deferred to CSH | |
| 2 | Pending bed assignment at VPP Dorms | |
| 5 | Not clinically approved by VPP Dorm program staff for dormitory housing; Returned to SVPP Wait List | |
| 1 | Pending CCAT | |
| 1 | Paroled | |
| 1 | Clinically rescinded | |
| **45 Cases** | | |

**Phase II:  Review of 149 Cases on SVPP Wait List Between September 3, 2009 and November 4, 2009**

The second phase of the review involved a review of 149 inmates added to the SVPP Wait List between September 2, 2009 and November 4, 2009.  First, using the same initial process as used in Phase I, HC-POP's initial review resulted in a total of 45 potentially eligible I/P referrals. Second, HC-POP reviewed those 45 cases taking into account the new ICF Pilot Program case factors and the old Case Factor Sheets.  Again, I/Ps who were identified as having been assessed a SHU term, projected SHU term, or had expired SHU terms outside the new criteria were eliminated from further case-by-case consideration (7 cases).  Also eliminated from further review were I/Ps who had identified escape histories (1 case), lengthy time to serve with limited

time in custody (2 cases), sensitive needs associated with gang issues or verified safety concerns (4 cases), and those who had recent histories of violent behavior in conjunction with higher custody case factors (i.e. Level IV placement scores, Close custody designation) (9 cases). Additionally, I/Ps who paroled (8 cases) and those who already transferred to ICF programs (5 cases) were removed from the list. This resulted in a total of 9 cases that HC-POP recommended for referral. Of those 9 cases, HC-POP referred 2 cases to ASH and 1 to the VPP dorms. Again, using the same process as it used in Phase I, HC-POP referred the remaining 6 cases back to the indentified institutions requesting a case-by-case ICC review for alternative ICF placement under the new ICF Pilot Program. The ICCs approved all 6 cases for referral to the VPP dorms, and the cases were forwarded to VPP dorm staff for disposition. Of those 6 cases, DMH has accepted 5 I/P referrals to the VPP dorms and they are pending bed assignment, and 1 I/P paroled.

The Phase II SVPP Wait List review is summarized in Table 10 below:

**TABLE 10. SUMMARY OF PHASE II REVIEW**

| Step | # of Cases | Reason for Elimination |
|---|---|---|
| 1 | 149 | |
| | -104 | Does not meet new custody criteria for ASH or VPP-Dorm placement consideration |
| 2 | 45 | |
| | -7 | Assessed a SHU term, projected SHU term, or had expired SHU terms |
| | -1 | Identified escape histories |
| | -2 | Lengthy time to serve with limited time in custody |
| | -4 | Sensitive needs associated with gang issues or verified safety concerns |
| | -9 | Recent histories of violent behavior in conjunction with higher custody case factors |
| | -8 | Paroled |
| | -5 | Already transferred to an ICF program |
| 3 | 9 | |
| | -2 | Recommended for referral to ASH without the need for a case-by-case review. |
| | -1 | Recommended for referral to VPP-Dorm without the need for a case-by-case review. . |
| | -6 | Recommended for referral to VPP-Dorm after case-by-case reviews |
| **FINAL DISPOSITION OF 9 REFERRALS TO ASH AND THE VPP DORMS** | | |
| | 2 | Transferred to ASH |
| | 1 | Recommended to VPP Dorms, but withdrawn after CCAT |
| | 5 | Accepted and pending bed assignment at VPP Dorms |
| | 1 | Paroled |
| 9 Cases | | |

## THE REFERRAL PROCESS IS SUSTAINABLE

The goal of the ICF Pilot Program is the establishment of a sustainable collaborative process of reviewing I/Ps for possible DMH recommendations and referrals. To that end, CDCR clinical staff in the field have been trained and directed that during every IDTT, regardless of clinical care setting, the IDTT Screening Checklist will be used to help clinicians in their deliberations about the potential need for a referral to a higher level of care. If the I/P meets any of the screening element(s) in the IDTT Screening Checklist, but is not referred, documentation of the clinical rationale for non-referral is required. The emphasis is on clinical need and level of care appropriateness with clear documentation of the decision process, not the checkbox on the tool.

When the IDTT determines an I/P meets criteria for DMH, the referral is entered into the CDCR electronic log for DMH referrals. When the IDTT determines an I/P does not meet criteria for a referral to ICF, the non referral is entered into the CDCR electronic log for DMH non referrals. The CDCR referral and non referral logs are to be submitted to HQs by the 15th of each month. CDCR is in the process of establishing a DMH Coordinator position (as oppose to assignment). This position is currently listed in the staffing request which is currently being reviewed by the legislature.

CDCR has put in place a Quality Management process to monitor CDCR referrals to DMH. The Chief of Mental Health at each institution has been directed to establish a process to audit the completion of the IDTT Screening Checklist as part of the Mental Health Department's existing Quality Management process in order to document proof of practice.

An ongoing evaluation of the ICF Pilot Program will be conducted by HC-POP and the DCHCS Mental Health Program to ensure timely access to care and central placement oversight is facilitated for I/Ps requiring ICF level of care. Additionally, the Mental Health Program will evaluate the quality of the clinical review process and determine whether or not CDCR is fully utilizing the beds available for CDCR I/Ps at ASH, VPP, and SVPP.

## CONCLUSION

The MHARP and the ICF Pilot Program were incremental steps toward establishing a sustainable process of identification and referral for those I/Ps who need a higher level of care. Over the next two years, it is anticipated that by having HQs monitor the referral process along with having the institutions audit the referral process locally, CDCR will create a sustainable process for making appropriate referrals to DMH. Moreover, CDCR and DMH remain committed to work together to sustain and standardize the CDCR referral process.

# Exhibit #1

# Criteria for Identifying Inmate-Patients to Consider for Potential Referral to DMH for a higher Level-of-Care

CDCR/DMH Mental Health Assessment and Referral Project

### Criteria for Identifying Inmate-patients to Consider for *Potential* Referral to DMH for a higher Level-of-Care

- EOP Inmate-patients (I-P) at the project institutions shall be reviewed for overall criteria that warrant consideration of potential referral to a higher level-of-care at a facility operated by the Department of Mental Health (DMH).
- All clinicians shall have available to them a copy of the criteria information below during the review.
- Clinical staff participation/completion of the review shall be documented on page two (2) of this review form.

### Criteria for Identifying Inmate-Patients for *Consideration* of Referral to a DMH facility:

**Primary Clinicians will identify inmate-patients for criteria 1-4 Other criteria will be placed on separate sublists**

1. As a result of the major mental disorder, the inmate-patient is unable to adequately function within the structure of the CDCR Enhanced Outpatient Program (EOP) Level of Care
2. The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior; or stabilization of refractory psychiatric symptoms
3. The inmate-patient would benefit from a comprehensive treatment program with an emphasis on skill (i.e. coping, daily living, medication compliance) development with increased programming and a structured treatment environment.
4. The inmate-patient demonstrates chronic psychiatric symptoms (disturbed emotions, perceptions, thought processes, and/or impaired cognitions) that have not responded sufficiently to at least 6 months of treatment to a degree that facilitates adequate levels of functioning
5. Inmate-patient has less than 50% overall cooperation/participation with programming and/or the treatment plan during the last 3 months. (i.e., mental health issues substantially affect ability to actively participate in treatment, the inmate-patient is noncompliant with medication, etc...) *MHP supervisors will review Mental Health Tracking System (MHTS) data for EOP caseloads to determine inmate-patients whose participation or cooperation with programming and treatment plan has been less than 50 percent during the last three months. Where this MHTS data is not available primary clinicians will identify these inmate-patients.*
6. The inmate-patient has incurred three (3) or more Rules Violation Reports during the last 3 months. *Mental Health staff will review Rules Violation Report (RVR) logs for the names of EOP inmates who received CDCR-115s during the months of January through March 2009 to identify those who received RVRs for three or more incidents during that three-month time period.*
7. The inmate-patient needs a comprehensive assessment for diagnostic clarification (only available at ASH, PSH, and VPP). *EOP staff will indicate caseload inmates*
8. The inmate-patient needs initiation of a trial of Clozapine *EOP psychiatrists will forward the names of inmate-patients who require initiation of a trial of Clozapine, to program supervisors.*
9. The inmate-patient had three (3) or more admissions to a MHCB during the last six (6) months. (Include MHCB admissions if the inmate-patient paroled and returned during the last six (6) months.) *MHP supervisors will review MHTS reports or Mental Health Crisis Bed (MHCB) Admission/Discharge Logs to identify inmate-patients.*
10. The inmate-patient has been in a MHCB for ten (10) or more days for clinical issues, i.e. the inmate-patient is not yet stabilized. *MHP supervisors will review MHTS reports or MHCB Admission/Discharge logs*

For the below criteria MHP supervisors, DMH Coordinators, and EOP supervisors will jointly create a list of inmate-patients. To accomplish this, the institution's DMH log and the EOP caseload will be reviewed.

11. Has had two (2) or more admissions and/or referrals during the last twelve (12) months to a **DMH** facility
12. Has ever been referred to **DMH** but rejected
13. Has been accepted to **DMH** within the past year but ultimately not transferred

# Exhibit #2

# MHARP Schedule

# Mental Health Assessment and Referral Project (MHARP)
## Site Visit Schedule
## PHASE II, III & IV

| Institution<br>Correctional Facilities | Dates |
|---|---|
| **PHASE II** | |
| California Medical Facility (CMF) | 4/20-4/21/09 |
| Mule Creek State Prison (MCSP) | 4/22-4/23/09 |
| California State Prison, Sacramento (SAC) | 4/27-4/28/09 |
| San Quentin State Prison (SQ) | 4/29-30/09 |
| Richard J. Donovan (RJD) CF | 5/4-5/5-09 |
| California State Prison, Corcoran (COR) | 5/4-5/5/09 |
| California State Prison, Los Angeles County (LAC) | 5/6-5/7/09 |
| California Correctional Institution (CCI) | 5/11-5/12/09 |
| Wasco State Prison (WSP) | 5/11-5/12/09 |
| California Institution for Men (CIM) | 5/13-5/14/09 |
| California Men's Colony (CMC) | 5/18-5/19/09 |
| Salinas Valley State Prison (SVSP) | 5/20-5/21/09 |
| | |
| **PHASE III** | |
| Richard J. Donovan (RJD) CF | 7/7-7/15/09 |
| California Institution for Men (CIM) | 8/4-8/6/09 |
| Salinas Valley State Prison (SVSP) | 8/11-8/13/09 |
| California State Prison, Sacramento (SAC) | 8/18-8-20/09 |
| California State Prison, Corcoran (COR) | 9/1-9/3/09 |
| Wasco State Prison (WSP) | 9/1-9/3/09 |
| California Medical Facility (CMF) | 9/15-9/17/09 |
| San Quentin State Prison (SQ) | 9/29-10/01/09 |
| California Correctional Institution (CCI) | 10/6-10/8/09 |
| California Men's Colony (CMC) | 10/13-10/15-09 |
| Mule Creek State Prison (MCSP) | 12/14-12/16/09 |
| California State Prison, Los Angeles County (LAC) | 12/15-12/17 |
| | |

| PHASE IV | |
|---|---|
| Central California Women's Facility (CCWF) | 9/28-9/29/09 |
| Valley State Prison for Women (VSPW) | 9/30-10/01/09, 10/19-10/20/09 |
| California Institution for Women (CIW) | 10/6-10/8/09 |
| Pelican Bay State Prison (PBSP) | 10/26/10/28/09 |
| Deuel Vocational Institution (DVI) | 11/3-11/5/09 |
| Folsom State Prison (FSP) | 11/10/09 |
| California State Prison, Solano (SOL) | 11/12/09 |
| Sierra Conservation Camp (SCC) | 11/10/09 |
| Substance Abuse Treatment Facility (SATF) | 11/12/09 |
| High Desert State Prison (HDSP) | 11/17-11/19/09 |
| Kern Valley State Prison (KVSP) | 12/1-12/3/09 |
| Pleasant Valley State Prison (PVSP) | 12/7-12/10/09 |
| Avenal State Prison (ASP) | 12/9-12/10/09 |
| North Kern State Prison (NKSP) | 12/8-12-10 |
| California Rehabilitation Center (CRC) | 12/16-12/17/09 |
| Correctional Treatment Facility (CTF) | 12/17/09 |

# Exhibit #3

# Interdisciplinary Treatment Team-
# Screening Checklist
# Referral to DMH-ICF

**California Department of Corrections and Rehabilitation -Mental Health Program**

**INTERDISCIPLINARY TREATMENT TEAM (IDTT) - SCREENING CHECKLIST**
**REFERRAL TO DEPARTMENT OF MENTAL HEALTH - INTERMEDIATE CARE FACILITY**

The Interdisciplinary Treatment Team (IDTT) Screening Checklist is used to assess patient behaviors, symptoms and potential benefit from a referral to DMH-ICF. The Screening Checklist and Current Treatment Plan, CDCR form 7388-MH shall be completed at **every** IDTT, and filed together in the inmate-patient's Unit Health Record – Mental Health section.

**Check applicable IDTT meeting**:
❑ Initial IDTT ❑ Weekly IDTT ❑ 30-day IDTT ❑ 60-day IDTT ❑ 90-day IDTT ❑ 1-year IDTT ❑ other IDTT-_____
**Date of last IDTT**: _____

Current LOC:_____    Total length of time at EOP(excluding MHCB admit) :_____    Parole Date(If Known) : _____

| Check ☆ box if the document is unavailable for review in the UHR. | |
|---|---|
| **Check Applicable Box** | Meets **one** of the established screenings for potential referral from: **MHCB, CCCMS, EOP (PSU, ASU-EOP) or RC to DMH-ICF:** |
| ❑ Y ❑ N  ❑ ☆ | As a result of the major mental disorder, the inmate-patient is unable to adequately function within the structure of the CDCR Enhanced Outpatient Program (EOP) Level of Care. |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior; or stabilization of refractory psychiatric symptoms. |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient would benefit from a comprehensive treatment program with an emphasis on skill (i.e. coping, daily living, medication compliance) development with increased programming and a structured treatment environment. |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient demonstrates chronic psychiatric symptoms (disturbed emotions, perceptions, thought processes, and/or impaired cognitions) that have not responded sufficiently to at least 6 months of treatment to a degree that facilitates adequate levels of functioning. |
| ❑ Y ❑ N  ❑ ☆ | Inmate-patient has less than 50% overall cooperation/participation with programming and/or the treatment plan during the last 3 months. (i.e., mental health issues substantially affect ability to actively participate in treatment, the inmate-patient is noncompliant with medication, etc…) |
| ❑ Y ❑ N  ❑ ☆ | For Custody: the inmate-patient has incurred three (3) or more Rules Violation Reports during the last 3 months. |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient needs a comprehensive assessment for diagnostic clarification (only available at ASH, PSH, and VPP). |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient needs initiation of a trial of Clozapine. |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient had three (3) or more admissions to a MHCB during the last six (6) months. <u>(Include MHCB admissions if the inmate-patient paroled and returned during the last six (6) months.)</u> |
| ❑ Y ❑ N  ❑ ☆ | The inmate-patient has been in a MHCB for ten (10) or more days for clinical issues, i.e. the inmate-patient is not yet stabilized. |
| ❑ Y ❑ N | Are any of the above screenings checked yes? |
| ❑ Y ❑ N | Does the inmate-patient meet criteria for DMH-ICF referral and MOU criteria for admission?  If so, refer to DHM-ICF MOU criteria for admission. |
| If inmate-patient met screening element(s) above for DMH-ICF referral, but was not referred, document clinical rationale for non-referral: | |

| INSTITUTION: | IDTT DATE: | |
|---|---|---|
| NAME: | CDC#: | DOB: |

# Exhibit #4

# Course Outline and Description Content

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Mental Health Assessment and Referral Project Training*

Presenters:     Sharon McCarver, Psy.D.
Alison Stanley, Ph.D.
Barbara Seldin, Ph.D.
Char Schultz, Ed.D.
Helen Byrd, J.D., LCSW
Cindy McGill, RN, MSN
Terri Taylor, RRT/RN, Ph.D.
Staci Aden, RN, BA

# Course Outline and Description of Content

# 5 hours

# Agenda

**I.     Utilization Management Training - Chapter 6 Program Guide (1 hour)**
This section will review the purpose, mission and goals of the Metal Health Utilization Management program. Provide a description of the roles and responsibilities of the Coordinated Clinical Assessment team (CCAT) and the Healthcare Placement Oversight program (HCPOP). Describe the Acute and Intermediate Care programs. Identify the referral, admission and discharge criteria for Acute Psychiatric Program (APP) and the Intermediate Care Program (ICF). Provide training on the ICF referral forms and helpful hints in the referral process.

**II.     Clinical Documentation (2 hours)**
This section provides an overview of clinical documentation requirements for CDCR. The importance of good documentation will be discussed and guidelines for writing SOAPE notes, treatment plans, and suicide risk assessments will be thoroughly discussed.

**III.     CDCR/DMH Referral Criteria (1 hour)**
This section will provide an overview of Department of Mental Health (DMH) referral criteria as outlined in the MOU between CDCR and DMH and will be taught by DMH staff. A summary of the qualifications for admission to acute and intermediate care services, average length of stay at each type of facility, and the entire referral process will be discussed.

**IV.     Screening Tool- Assessment and Review Process (1 hour)**
This section will provide information on the Interdisciplinary Treatment Team (IDTT) screening tool and provide information to the Team to assist in recognizing and completing the appropriate forms for use in referral of inmate-patients to higher LOC. Describe the CDCR-MH Assessment and Referral Project.

## Training Announcement

**COURSE TITLE:**                **Mental Health Assessment and Referral Project Training**

**WHEN:**                       **Offered twice at each location July 7, 2009 – January 31, 2010**

**WHERE:**                      **CDCR Adult Institutions**

**TARGET AUDIENCE:**            **Psychologists, Clinical Social Workers, and Marriage and Family Therapists employed in CDCR adult institutions**

**LEVEL OF INSTRUCTION:**       **Intermediate**

**FEES & REFUND/CANCELLATION POLICY:**
**None (State Sponsored).  No transportation costs. Class will be held onsite at each prison**

**EDUCATIONAL OBJECTIVES: Program participants will be able to:**

**Clinical Documentation Training:**
- Write descriptive progress notes and write treatment plans that clearly define treatment objective, goals, and interventions which meet the community standard of care.
- Write thorough suicide risk evaluations to ensure effective communication between clinicians and improve suicide prevention efforts.
- Describe how documentation can improve standard of care and reduce the likelihood of litigation.

**Utilization Management/DMH Referral Training:**
- Describe DMH referral criteria as outlined in the MOU and Program Guide between DMH and CDCR.
- Recognize and accurately complete the appropriate forms for use in referral of inmate-patients to DMH levels of care.
- Explain the role of CCAT & HCPOP in DMH referrals.
- Describe the referral, admission and discharge criteria for Acute Psychiatric Program and Intermediate Care Program.

**CONTACT INFO:  Contact Laura Ceballos at 916-445-0527 if special accommodations are required or you have questions or concerns about the course curriculum. Contact Terri Taylor at 916-327-7684 for any questions regarding class schedule.**

## MORNING AGENDA

| PRESENTER | TOPIC | HOURS |
|---|---|---|
| Cindy McGill, RN, M.S./Teresa Taylor, RRT/RN, Ph.D./Staci Aden, RN, BA, CPHM (CDCR) | **8:00-9:00**<br><br>CDCR, MHSDS Program Guide, Chapter Six – Referral to DMH Inpatient Programs and IDTT Screening Checklist Training | 1 |
| Sharon McCarver, Psy.D./Alison Stanley, Ph.D./Barbara Seldin, Ph.D.(CDCR) | **9:00-11:00**<br><br>Clinical Documentation Requirements in CDCR | 2 |
| Char Schultz, Ed.D./Helen Byrd, LCSW (DMH) | **11:00-12:00**<br><br>CDCR/DMH MOU Referral Criteria | 1 |

## LUNCH SESSION

| PRESENTER | TOPIC | HOURS |
|---|---|---|
| Cindy McGill, RN, M.S./Teresa Taylor, RRT/RN, Ph.D./Staci Aden, RN, BA, CPHM (CDCR)/Char Schultz, Ed.D./Helen Byrd, LCSW (DMH) | **12:00-1:00 – Brown Bag Lunch (All supervising mental health staff, Psychologists, and Clinical Social Workers).**<br><br>Department of Mental Health Assessment and Referral Training | 1 |

## AFTERNOON AGENDA

| PRESENTER | TOPIC | HOURS |
|---|---|---|
| Cindy McGill, RN, M.S./Teresa Taylor, RRT/RN, Ph.D./Staci Aden, RN, BA, CPHM (CDCR) | **1:00-2:00**<br><br>CDCR, MHSDS Program Guide, Chapter Six – Referral to DMH Inpatient Programs and IDTT Screening Checklist Training | 1 |
| Sharon McCarver, Psy.D./Alison Stanley, Ph.D./Barbara Seldin, Ph.D.(CDCR) | **2:00-4:00**<br><br>Clinical Documentation Requirements in CDCR | 2 |
| Char Schultz, Ed.D./Helen Byrd, LCSW (DMH) | **4:00-5:00**<br><br>CDCR/DMH MOU Referral Criteria | 1 |

**INSTRUCTOR CREDENTIALS:**

**Sharon D. McCarver, Psy.D.,** has provided psychological clinical training, supervision, and has held positions as Instructor of Record for numerous college level courses concerning psychology and its theories.   Dr. McCarver has experience in teaching the following courses at various college level institutions in the Northern Bay Area.: Abnormal Psychology, General Psychology, Social Psychology, Human Sexuality, and a variety of counseling courses.   As a CDCR Supervising Psychologist, Dr. McCarver was responsible for two levels of out patient care (EOP & CCCMS) and Recreational Therapy for all levels of care (Administration Segregation, CCCMS, EOP).   Psychological clinical supervision, training, and direction were provided as the Associate Director for the Psychology Internship program within one of CDCR's institutions.

**Alison Stanley, Ph.D.,** has worked for the state for 22 years, first with the Department of Developmental Services, then with the Department of Mental Health.   In her current capacity with CDCR she has provided training in various settings and to other agencies as an Advanced Trainer. She has been designated a Quality Management subject matter expert and recently developed a comprehensive training program in quality management.   Dr. Stanley also provides clinical and assessment services at a private psychiatric hospital.   She has published in professional publications on topics related to developmental disabilities and bioethics.   She served as the Continuing Education Program Developer for psychologists for the Department of Mental Health.   Dr. Stanley has served on the Conference Planning Committee of the Forensic Mental Health Association of California for the past several years.

**Barbara Seldin, Ph.D.**, is a licensed Psychologist specializing in forensic and correctional psychology for over 29-years. She has provided forensic consultation and expert witness services to attorneys and courts in criminal responsibility/insanity determinations, dispositional hearings for adult offenders, mitigating expert in capital cases, and civil litigation of professional misconduct. Dr. Seldin has taught graduate level courses in forensic psychology and counseling theory and practice. As the Senior Psychologist Consultant to Partners Health Plan in South Bend Indiana, she developed and supervised the mental health utilization review program governing mental health care for 10,000 covered lives. Before joining the California Department of Corrections and Rehabilitation as a Senior Psychologist Specialist in 2006, Dr. Seldin was employed for 5-years as a Chief Psychologist in a medium security prison in Wisconsin. Dr. Seldin is a former chair of the Indiana State Psychology Board, former Vice Chair of the Wisconsin Board of Psychology and former member of the Minnesota Board of Psychology.

**Lucinda McGill, RN** is a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program.  Lucinda has worked for CDCR health services for 12 years and has been involved with training, implementing and monitoring the Inmate Medical Services Policies and Procedures and the Mental Health Program Guides.  Lucinda is currently implementing a Mental Health Utilization Management Program with a mission to ensure timely access to care, as well as quality and continuity of care. Lucinda has worked as a trainer and surveyor for the National Commission on Correctional Health Care (NCCHC) for the last 3 years and more recently has become an Inspector with Immigration and Custom Enforcement (ICE).

**Char Schultz, Ed.D.** a licensed Psychologist, is responsible to the Deputy Director of Long Term Care Services to provide clinical expertise to DMH state hospitals and psychiatric programs that provide mental health care to *Coleman* patients. In this capacity she collaborates in the writing of policy and operational documents such as the MOU for acute and ICF care. She also provides oversight of the DMH part of the Coordinated Clinical Assessment Team (CCAT) which networks with CDCR overseeing bed utilization of *Coleman* patients at DMH when there is a need for resolution of conflicting perspectives of treatment need between DMH and CDCR clinicians and provides clinical input at case conferences. In addition she attends meetings related to the coordination of services between DMH and CDCR as required by court orders, trains staff, and reviews reports on any CDCR sentinel event involving a *Coleman* patient at DMH. Prior to moving to DMH headquarters she spent 10 years working as a staff psychologist at Napa State Hospital (NSH). There she worked within a multi-disciplinary structure often in a leadership role. In this capacity she provided individual and group therapy, completed assessments and developed treatment plans, worked as a behavioral consultant and provided clinical intervention for post trauma events.

**Helen Byrd, J.D., L.C.S.W.,** is a Program Director for Long Term Care Services with the Department of Mental Health. Most recently, she worked for the Correctional Mental Health Services Division along with CDCR staff on the development of the Receiver's proposed Prison Health Care Facilities. Ms. Byrd's clinical experience includes both outpatient and inpatient psychiatric treatment in the community as well as lock-down facilities, most recently at the Vacaville Psychiatric Program as a Licensed Clinical Social Worker. She was the Program Assistant and then the Program Director for the Acute Psychiatric Program in Vacaville, with responsibility for administratively supervising psychologists, social workers, and recreational therapists. Ms. Byrd teaches forensic social work classes at California State University, Sacramento, in the areas of clinical practice, theories of criminal behavior, the child and the law, and poverty and homelessness. She has testified in court as a subject matter expert in the area of forensic social work. She graduated in 2001 from McGeorge School of Law, with experience working in the area of public interest law, including civil rights, disability, and criminal law.

**Terri (Teresa) Taylor RRT/RN, Ph.D**., Dr. Taylor's clinical care experience includes ICU, Emergency Medicine and Life Flight. Dr Taylor has been working for CDCR for seven years. Her CDCR positions have included working as a Staff Services Manager overseeing the Information Technology Unit and as a Nurse Consultant Program Review. She has taught courses in Healthcare administration, strategic planning, and cross cultural health perspectives, at several local collages. Dr Taylor was the Director of the Continuity of Care program for Kaiser South Sacramento where she developed the case management and utilization review program which earned recognition as the premier department in the Northern Region. Dr. Taylor developed and implemented the Emergency Medical Response Program for CDCR. She has current community experience in Case Management/Care Coordination and Utilization review gained from working at a local Acute Care Medical Center. She brings a vast array of clinical and managerial expertise.

**Staci Aden, RN, BA, CPHM**, has worked for CDCR for 18 years. She has worked in 3 institutions as well as at Headquarters. Her CDCR positions have included working as a Medical Technical Assistant, Registered Nurse, Director of Nursing and as a Nurse Consultant. She also has recent community experience in Mental Health and Care Coordination gained from working at a local Psychiatric Hospital and Medical Center. She brings a well rounded background that includes Mental Health, Utilization Management in both Medical and Mental Health, Supervisory, Custodial, and Staff Development experience.

# Exhibit #5

# Interdisciplinary Treatment Team - Screening Checklist
### (3/3/10)

**California Department of Corrections and Rehabilitation - Mental Health Program**

**INTERDISCIPLINARY TREATMENT TEAM - SCREENING CHECKLIST**
**REFERRAL TO DEPARTMENT OF MENTAL HEALTH (DMH) OR A HIGHER LEVEL OF CARE**

PILOT

---

The Interdisciplinary Treatment Team (IDTT) Screening Checklist is used to assess patient behaviors, symptoms and potential benefit from a referral to DMH or a higher level of care. The Screening Checklist and current Treatment Plan, CDCR form 7388-MH shall be completed at **every** IDTT, and filed together in the inmate-patient's Unit Health Record (UHR) – Mental Health section.

**Check applicable IDTT meeting**:
❏ Initial IDTT  ❏ Weekly IDTT  ❏ 30-day IDTT  ❏ 60-day IDTT  ❏ 90-day IDTT  ❏ 1-year IDTT  ❏ other IDTT-_____
Date of last IDTT : _____

Current LOC:_____    Total length of time at current LOC:_____    Parole Date (If Known): _____

---

**UHR available?** ❏ Y ❏ N    **Check the ☆ box if the document is unavailable for review in the UHR.**

| Check Applicable Box | Criteria # | *An Axis I major (serious) mental disorder with active symptoms and any of the following:* 2009 Program Guide 12-6-7 **Indicate Axis I major mental disorder:** _____ |
|---|---|---|
| ❏ Y ❏ N ❏ ☆ | 1. | As a result of the major mental disorder, the inmate-patient is unable to adequately function within the structure of the CDCR Enhanced Outpatient Program (EOP) Level of Care. *2009 Program Guide 12-6-7* |
| ❏ Y ❏ N ❏ ☆ | 2. | The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior; or stabilization of refractory psychiatric symptoms. *2009 Program Guide 12-6-7* |
| ❏ Y ❏ N ❏ ☆ | 3. | The inmate-patient would benefit from a more comprehensive treatment program with an emphasis on skill (i.e. coping, daily living, medication compliance) development with increased programming and a structured treatment environment. *2009 Program Guide 12-6-7* |
| ❏ Y ❏ N ❏ ☆ | 4. | The inmate-patient demonstrates chronic psychiatric symptoms (disturbed emotions, perceptions, thought processes, and/or impaired cognitions) that have not responded sufficiently to at least 6 months of treatment to a degree that facilitates adequate levels of functioning. *New* |
| ❏ Y ❏ N ❏ ☆ | 5. | Inmate-patient has less than 50% overall cooperation/participation with programming and/or the treatment plan during the last 3 months. (i.e., mental health issues substantially affect ability to actively participate in treatment, the inmate-patient is noncompliant with medication, etc…) *New* |
| ❏ Y ❏ N ❏ ☆ | 6. | For Custody: the inmate-patient has incurred three (3) or more Rules Violation Reports during the last 3 months. *New* |
| ❏ Y ❏ N ❏ ☆ | 7. | The inmate-patient needs a comprehensive assessment for diagnostic clarification (only available at ASH, PSH, and VPP). *2009 Program Guide 12-6-7* |
| ❏ Y ❏ N ❏ ☆ | 8. | The inmate-patient meets criteria for referral for a trial of Clozapine. (Per the January, 2010 CDCR, DCHCS Statewide Clozapine Policy) *2009 Program Guide 12-6-7* |
| ❏ Y ❏ N ❏ ☆ | 9. | The inmate-patient had three (3) or more admissions to a MHCB during the last six (6) months. (Include MHCB admissions if the inmate-patient paroled and returned during the last six (6) months.) *2009 Program Guide 12-6-1 / 12-5-10* |
| ❏ Y ❏ N ❏ ☆ | 10. | The inmate-patient has been in a MHCB for ten (10) or more days for clinical issues, i.e. the inmate-patient is not yet stabilized. *2009 Program Guide 12-6-1* |

If inmate-patient met any screening criteria above, but was not referred, document clinical rationale for non-referral:



TEAM LEADER - Print Name: _____Signature:_____

---

| INSTITUTION: | IDTT DATE: | |
|---|---|---|
| NAME: | CDC#: | DOB: |

Version 3-3-2010

# Exhibit #6

# DMH-ICF Custody Criteria for ICF Pilot Program

# DMH-ICF CUSTODY CRITERIA FOR ICF PILOT PROGRAM

| Start | ASH | CMF-ICF *Dorms* | CMF-ICF *Cells* | SVPP |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CDCR inmate who is 18 years of age or older has a mental illness that requires ICF level of care | **Refer case to ASH, unless:** | **Refer case to CMF-ICF Dorms if ineligible for placement at ASH, unless:** | **Refer case to CMF-ICF Cells if ineligible for placement at ASH or CMF-ICF Dorms, unless:** | **Refer all cases not eligible for placement at ASH or CMF-ICF, including, but not limited to:** |

**ASH column:**

- Maximum Custody due to threatening, assaultive, or inciting behavior
- LWOP
- S Suffix due to non-clinical reasons *(clinical staff shall document I/P's clearance for dorm housing if "S" suffix is affixed for clinical reasons.)*
- Close A Custody
- Committed in-custody homicide
- High Notoriety/Public Interest
- Active hold for an offense with potential sentence of:
  - LWOP
  - Multiple Life Term
  - 50 years or more
  - Life Term
  - 15 years or more

**CMF-ICF Dorms column:**

- Maximum Custody due to threatening, assaultive, or inciting behavior
- LWOP
- S Suffix due to non-clinical reasons *(clinical staff shall document I/P's clearance for dorm housing if "S" suffix is affixed for clinical reasons.)*

**CMF-ICF Cells column:**

- LWOP (without DRB approval)

CMF-ICF cells may consider lower custody cases if:

1) the beds at ASH and CMF-ICF *dorms* are full, and
2) beds are available at CMF-ICF *cells.*

Preference shall be given first to those that meet the case-by-case criteria for CMF-ICF *dorms,* and second to those that meet the criteria for ASH.

**SVPP column:**

- LWOP status

SVPP may consider lower custody cases if:

1) the beds at ASH and VPP are full, and
2) beds are available at SVPP.

Preference shall be given first to those that meet the case-by-case criteria for CMF-ICF *dorms,* and second to those that meet the criteria for ASH.

**ASH column bottom box:**

**CASE-BY-CASE EVALUATION (Refer to Case-By-Case Placement Guidelines)**

- Maximum custody (based on non-disciplinary reason)
- Committed SHU-able offense(s) per the CCR, title 15, § 3341.5 (9), provided that the SHU MERD has been expired for 12 to 18 months (depending on offense)
- Level IV placement score
- SNY or Safety concerns
- Close B custody

**CMF-ICF Dorms column bottom box:**

**CASE-BY-CASE EVALUATION (Refer to Case-By-Case Placement Guidelines)**

- Maximum custody (based on non-disciplinary reason)
- Committed SHU-able offense(s) per the CCR, title 15, § 3341.5 (9), provided that the SHU MERD has been expired for at least 12 months;
- Level IV placement score
- SNY or Safety concerns
- Close A custody

**CMF-ICF Cells column bottom box:**

**There will be no case-by-case evaluations for CMF-ICF *cells.***

**SVPP column bottom box:**

**There will be no case-by-case evaluations for SVPP.**

# Exhibit #7

# Department of Mental Health Intermediate Care Facility Placement Screening Sheet

| Number: | Name: | Release Date: ☐ RRD ☐ PRRD ☐ EPRD ☐ MEPD ☐ *LWOP* |
|---|---|---|

| Date last received CDCR: | County of Commitment: | Length of Term or PV term: | PV Charge(s) (If applicable): |
|---|---|---|---|

| Offense(s): | DOB: |
|---|---|

| *Custody/Last Custody(if RC/PV):* | *Single Cell:* ☐ No ☐ Yes *Based On:*<br>(*S-Suffix*) | *High Notoriety/*<br>*Public Interest:* ☐ No ☐ Yes |
|---|---|---|

| *Placement Score:* | Level: | Level IV 180 ☐ Criteria<br>270 ☐ Code: | *SNY*<br>*Placement:* ☐ No ☐ Yes *Based On:* |
|---|---|---|---|

*ASU:* ☐ No ☐ Yes *Basis for Placement:*

| *SHU/PSU:* ☐ No ☐ Yes *Basis for Placement:* | Current MERD: |
|---|---|

Enemies: ☐ None Noted ☐ See 812 ☐ See 812-C   List enemy locations:
Date of Last Review (Must be w/in 30 days):

| Gang Affiliation: ☐ No ☐ Yes  List: | Confidential File: ☐ Clear ☐ Noted | Arson History: ☐ No ☐ Yes<br>Details: |
|---|---|---|

| Sex Offense History: ☐ No ☐ Yes<br>Details: | *Escape History:* ☐ No ☐ Yes<br>*Details:* |
|---|---|

*Pending Disciplinary(s):*

*Brief Disciplinary History* (list violent, assaultive, pressuring behavior in last 18 mos., including SHU terms and expired MERDS):

| DDP Code: | DPP: ☐ No ☐ Yes  Code: | CDC 1845: ☐ No ☐ Yes | Impacts Placement: ☐ No ☐ Yes Explain: |
|---|---|---|---|

| MHSDS Level of Care: | Medical Status: |
|---|---|

Holds, Warrants or Detainers: ☐ No ☐ Yes:  Pending Charges:

Comments:

*Preclusions:*
☐ No Preclusions   ☐ Max custody due to threatening, assaultive, or inciting behavior   ☐ LWOP   ☐ S-Suffix due to non-clinical reasons   ☐ Close A Custody   ☐ Committed in-custody homicide   ☐ High Notoriety/ Public Interest   ☐ Active hold for an offense with potential sentence of: LWOP, multiple Life Term, 50 years or more, Life Term, or 15 years or more

*Refer for Case-by-Case Evaluation:* ☐ No ☐ Yes
*Based On:* ☐ Max Custody (non-disciplinary reason)   ☐ Committed SHU-able offense(s) per CCR, § 3341.5 (9)   ☐ Level IV placement score   ☐ SNY/Safety Concerns   ☐ Close Custody ☐ A or ☐ B

*Refer to DMH Program at (Indicate lowest appropriate placement):*
☐ ASH   ☐ CMF/VPP (dorm)   ☐ CMF/VPP (cell)   ☐ SVSP/SVPP   ☐ PSH

| Name/Title: | Date: | Referring Inst: |
|---|---|---|
| Reviewed By/Title (*C&PR/CCII signature required*): | Date: | Telephone Contact # |

# Exhibit #8

# CASE-BY-CASE PLACEMENT GUIDELINES

**CASE-BY-CASE PLACEMENT GUIDELINES**
*For Atascadero State Hospital (ASH) and California Medical Facility-Vacaville Psychiatric Program (CMF-VPP)*
*Intermediate Care Facility (ICF) Dorm Beds*

| | MAX CUSTODY (based on non-disciplinary reason) | RECENT SHU-ABLE OFFENSE | LEVEL IV ASSAULT RISK | SNY/SAFETY CONCERNS | CLOSE CUSTODY |
|---|---|---|---|---|---|
| **ASH ICF** — Similar to CDCR Level II facility, unlocked dorms in locked units, no internal gun coverage, one unarmed watchtower, double fence, motion sensors, double 24-hour outside patrol | Non-adverse or administrative placements such as: • family member works at institution, • local safety/enemy concerns, or • SNY designation as basis for ASU placement are cases that should be evaluated on a case-by-case basis to consider the totality of case factors, prior to placement. | Inmates who have a recent history of a SHU-able offense can be considered for ASH placement after case-by-case review using the following timeframes: • Any Division A-1 or A-2 offense will be eligible for case-by-case review 18 months after expiration of SHU MERD, unless other factors preclude consideration, such as Close A custody or S-suffix. • Multiple (three or more) SHU-able offenses that involved violence against others within a 12-month period will be eligible for case-by-case review 18 months after expiration of SHU MERD, unless other factors preclude consideration, such as Close A custody or S-suffix. • All other SHU-able offenses will be eligible 12 months after expiration of SHU MERD. Expiration of SHU MERD is defined as the date an active SHU term MERD expired or the date an active SHU term MERD is suspended, if not at an initial review. If a SHU term was suspended or commuted upon initial review, the case will be treated as if the inmate-patient did not have a SHU term. The behavior should still be considered as part of the totality of available information using sound correctional judgment and experience. Case-by-case review shall consider the totality of case factors, prior to placement. Emphasis is to be placed on the inmate's current demonstrated threat of assaultive behavior. | Level IV cases are eligible for ASH, except for cases that are identified as posing a serious assault risk. Within one year of the referral, serious RVR offenses – CCR, § 3315 (2)(A)-(D), CCR, § 3323 (a)-(f) Division A, B, C or D – which involved threatening, weapons, assaultive, or inciting behavior, will require case-by-case review to consider the totality of case factors, prior to placement. | Threat(s) by a group, gang, or unknown multiple parties due to verified information such as open court testimony, gang drop-out debriefing, etc. are excluded. Other non-verified risk of assault or SNY designation due to committing offense will require case-by-case review to consider the totality of case factors, prior to placement. Emphasis is to be placed on evidence of safety concern versus unsubstantiated fear. | Close B inmates will require case-by-case review for ASH placement. Emphasis is to be placed on escape risk and management concerns, such as length of sentence/time to serve, time in custody, and felony holds. For review of escape risk, emphasis is to be placed on the inmate's current demonstrated threat and ability to escape from a secure perimeter facility. *Close A inmates are excluded from ASH.* |
| **CMF-VPP ICF DORMS** — Level III facility with electrified fence and locked 4- to 16-man dormitory rooms on a locked unit | Non-adverse or administrative placements such as: • family member works at institution, • local safety/enemy concerns, or • SNY designation as basis for ASU placement are cases that should be evaluated on a case-by-case basis to consider the totality of case factors, prior to placement. | Inmates who have a recent history of a SHU-able offense can be considered for CMF-VPP dorm placement 12 months after expiration of SHU MERD with a case-by-case review, unless other factors preclude consideration, such as S-suffix. If a SHU term was suspended or commuted upon initial review, the case will be treated as if the inmate-patient did not have a SHU term. | Level IV cases are eligible for CMF-VPP dorms, except for the following cases that require a case-by-case review prior to placement to determine if they pose a serious assault risk: • Inmate-patients who have received serious RVR offenses – CCR, § 3315 (2)(A)-(D), CCR, § 3323 (a)-(f) Division A, B, C or D – within six months of the referral if no SHU term. | Threat(s) by a group, gang, or unknown multiple parties due to verified information such as open court testimony, gang drop-out debriefing, etc. are excluded. Other non-verified risk of assault or SNY designation due to committing offense will require case-by-case review to consider the totality of case factors, prior to placement. | Close A inmates will require case-by-case review for CMF-VPP dorm placement. Emphasis is to be placed on escape risk and management concerns, such as length of sentence/time to serve, time in custody, and felony holds. For review of escape risk, emphasis is to be placed on the inmate's current demonstrated threat and ability to escape from a secure perimeter facility. *Close B inmates are eligible for CMF-VPP dorms without case-by-case review.* |

# EXHIBIT C

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

March 3, 2010

Matthew A. Lopes, Jr., Esq.          via:     Debbie J. Vorous
Office of Special Master                       Samantha Ramsey
Pannone, Lopes & Devereaux, LLC                Deputy Attorneys General
317 Iron Horse Way, Suite 301                  1300 I Street, Suite 125
Providence, RI 02908                           P.O. Box 944255
                                               Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of February 1, 2010 through February 28, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE: 02/28/10

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 35 | 2 | 7 |
| A-3 ICF | 40 | 33 | 2 | 5 |
| P-3 ICF Level IV | 30 | 30 | 0 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 30 | 2 | 0 | 20 | 20 | 0 | 0 | 32 | 25 | 2 | 5 |
| TC2 | 54 | 50 | 4 | 0 | | | | | | | | |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 51 | 7 | 0 |
| D-6 | 58 | 56 | 2 | 0 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 572 |

1

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 02/28/10

WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 30 | 46 | 46 | 110 | 0 | 302 | 17 | 551 |
| SVPP PC 1370* | 5 | 0 | 0 | 9 | 0 | 7 | 0 | 21 |

2

# EXHIBIT D

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN
GAY C. GRUNFELD

JANE KAHN[2]

# ROSEN, BIEN & GALVAN, LLP
ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1823
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com
www.rbg-law.com

HOLLY BALDWIN
SUMANA COOPPAN
LISA ELLS
ELIZABETH H. ENG
MARK R. FEESER
SHIRLEY HUEY[3]
MARIA MORRIS[4]
ANITA NABHA
THOMAS NOLAN
BLAKE THOMPSON
KENNETH WALCZAK[5]
AMY WHELAN

March 5, 2010

<u>VIA EMAIL AND U.S. MAIL</u>

Debbie Vorous, Esq.
Samantha Ramsey, Esq.
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550
Debbie.Vorous@doj.ca.gov
Samantha.Ramsey@doj.ca.gov

<div style="border:1px solid black; display:inline-block; padding:4px">

**PRIVILEGED AND
CONFIDENTIAL**

</div>

**REDACTED**

Re:    Recent PSH Rejections and Processing of Female Patient Referrals
Our File No. 489-3

Dear Debbie and Samantha:

We are writing to address serious issues with defendants' referral and acceptance procedures for female *Coleman* class members referred to Patton State Hospital (PSH) for inpatient care. There were seven PSH rejections attached to DMH's sealed January data for "Monthly Bed Utilization Report for DMH Hospitals and Psychiatric Programs" (see Appendix A). We are deeply concerned about several aspects of these rejections, including the lengthy amount of time it took DMH and CDCR to process the referrals, the long wait for a CCAT review, and the reasoning PSH clinicians relied on for the rejections. We note that the CCAT process appears to have reversed several of the rejections, but that process was extremely slow.

### Request for Additional Information

As an initial matter, it appears from the attached report that five of the seven women have now been accepted to PSH (Ms. ███████ ████████, ████████ and ████) and one was still pending CCAT review (Ms. ████. Although defendants' next report, showing February data, is due soon, we are concerned that it will not include up-to-date information about these women. Accordingly, we request that you let us know when each woman was accepted, admitted and, if applicable, discharged from PSH.

### Long Delays Processing Inpatient Referrals

We are concerned about the long delays between these referrals and PSH's decisions on the referrals. The 2009 Program Guide requires a decision on acute referrals within one

[1]MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2]OF COUNSEL
[3]MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4]MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5]MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

[356907-1]

Debbie Vorous
March 5, 2010                                           **REDACTED**
Page 2

calendar day and transfer of accepted patients within 72 hours, but in no event longer than ten days. Program Guide at 12-6-5. For ICF referrals, "DMH shall review the referral packet within three working days of receipt, and shall *immediately notify* the referring institution by fax of the decision to accept or reject...Transfer must take place within 30 days of referral if accepted at DMH." Program Guide at 12-6-10 through 12-6-11. As shown below, defendants took 50-80 days to issue decisions for most of these women, with the shortest one being processed in nine days:[1]

1. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 12/16/09 (52 days).

2. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 12/4/09 (40 days).

3. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 12/16/09 (52 days).

4. Ms. ███ ███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 11/3/09 (9 days).

5. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 1/13/10 (80 days).

6. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 12/15/09 (51 days).

7. Ms. ███ (███): DMH received her referral on 10/26/09 but failed to issue a rejection letter until 12/16/09 (52 days).

Regarding Ms. ███ it appears that her rejection letter actually went out much later than 12/16/09 given that Dr. ███ refers in that letter to patient notes from as late as 1/10/10.

Please let us know what steps defendants will take to comply with the Program Guide requirements for DMH decisions on referrals. There is no question that these serious delays are harming *Coleman* class members, all of whom have been referred for inpatient mental healthcare, yet are lingering 1 1/2 months or more just waiting for DMH clinicians to act on the referrals. These long waits occur despite the fact that PSH regularly fails to fill the 30 beds set aside for female *Coleman* class members.

---

[1] The date I used to determine when DMH received these referrals are the dates listed in the "Date Received at DMH" column of the Monthly Bed Utilization Report (attached). There appear to be serious problems with this data, however, since the rejection letters frequently state that DMH received referrals earlier than the date listed on the report. If this is the case, the delays described above are even more serious. DMH should clarify how it tracks referrals and should evaluate the accuracy of the Monthly Bed Utilization Report.

[356907-1]

Debbie Vorous
March 5, 2010
Page 3

**REDACTED**

### Apparent Delays with Referral Packets Themselves

We are also concerned with what appears to be CDCR's serious delays getting full referral packets to DMH. Whereas DMH received the above referrals for six of the seven women on 10/26/09, the "date of referral" for many of these women occurred 7-28 days earlier as follows: Ms. ███ and Ms. ████ (10/13/09 referrals); Ms. ███ (9/29/09 referral); Ms. ███ (10/12/09 referral); Ms. ████ (10/14/09 referral); Ms. ███ (10/20/09 referral). For ████ DMH did not receive CDCR's 12/15/09 referral until 1/13/10, nearly a month later.

Please let us know what steps CDCR and DMH will take to ensure that complete referral packages are timely provided to DMH. If the delays occur due to incomplete clinical updates, we note that Judge Karlton recently ordered that "all clinical updates requested by DMH shall be provided within five working days of the request." Docket 3787 (1/27/10 Order).

### Long Delays with the CCAT Process

The Program Guide mandates that the Coordinated Clinical Assessment Team (CCAT) "shall review referrals of CDCR inmate-patients that were rejected by DMH, and referrals where incomplete items were not resolved within two working days." Program Guide at 12-6-18. Defendants did not come close to providing review within this time period, taking 16-64 days to complete the CCAT reviews for the seven rejected patients. *See* Ms. ███ and ████ (CCAT held 1/7/10 regarding 12/16/09 and 12/15/09 rejections); Ms. ███ and ████ (CCAT held on 1/5/10 regarding 12/4/09 and 11/3/09 rejections); Ms. ███ (CCAT held on 1/28/10 regarding 1/13/10 rejection). For Ms. ███ defendants still had not held a CCAT as of 1/31/10 regarding her 12/16/09 rejection.

Moreover, although CCAT reversed the rejections for four of the seven women on 1/5/10 and 1/7/10, and for another woman on 1/28/10, not a single one of those five patients had been either accepted or transferred to a PSH bed by 1/31/10 (the last day of the monthly report). Again, acute transfers are supposed to occur within 72 hours, but in no event longer than 10 days, and ICF transfers must occur within 30 days of acceptance. Program Guide at 12-6-5 and 12-6-10 through 12-6-11.

We are deeply concerned about these long delays. Please let us know what steps CDCR and DMH will take to ensure a timely CCAT review and transfer process for female class members.

### Substantive Problems with DMH's Initial Rejections

Finally, although the CCAT process resulted in eventual reversals of several DMH rejections as noted above, we are very concerned about DMH's initial rejections of these women. Despite DMH's explicit responsibility to accept patients who pose "a significant risk of harming himself or others" (Program Guide at 12-6-2), PSH rejected Ms. ████ and

Debbie Vorous
March 5, 2010
Page 4

REDACTED

Ms. ███ largely based on their histories of violence and/or self-injurious behaviors. For Ms. ███, Dr.███ relies on incidents of violence that occurred in 2007, nearly three years before. Moreover, while CIW staff referred Ms. ████ for inpatient care primarily for "Diagnostic clarification," Dr.███ effectively diagnoses Ms. █████ based on notes she reads from a file. *See* ███ Rejection Letter at 2 ("Her primary diagnosis is most likely Borderline Personality Disorder"). At the end of the letter, Dr.██ concludes that Ms. ████ "level of violence is beyond what PSH can manage." Regarding Ms. ████, DMH Dr.████ rejects her primarily "based on her history of severe violence both at CDCR and PSH."

Although PSH has apparently now accepted Ms. ████ and Ms. ███ for admission, the initial rejections are improper. DMH is obligated to provide inpatient care to patients in need of that care. Moreover, the Program Guide explicitly identifies DMH facilities as proper placements for patients who exhibit self-injurious or violent behaviors.

DMH also rejected two other women, Ms. ██ and Ms. ████ in part due to "language" and "cultural barriers." Dr. ████ wrote that "Ms. ████ [sic] language barriers provide a major obstacle to deriving therapeutic advantages from a millieu [sic]" and that "cultural and language barriers" were a challenge for Ms. ████. These are not valid bases upon which to deny inpatient care to patients with severe mental illness and are of course, illegal and discriminatory. CDCR clinicians referred Ms. ████ for DMH care due to "auditory hallucination, delusions, and ideas of reference" and for a trial of Zyprexa and/or Clozaril. They referred Ms. ███ due to serious decompensation, including psychotic symptoms, delusions, social withdrawal, decrease in self-care and refusal to eat. If the women speak other languages or their cultural backgrounds impact their mental health issues, DMH is obligated to address those issues.

In other rejections, DMH doctors inappropriately "diagnosed" patients based on their review of documents in the referral packet. *See, e.g.,* ████ Rejection letter ("If there is psychosis, it is transient. There appears to be no ongoing psychotic process...She appears not to have schizoaffective disorder but, rather, to have an impulse control problem related to her borderline personality disorder...Her difficulties appear to be the result of a severe personality disorder and malingering, complicated by a significant drug use history"). Dr.███ then states there is no reason to conclude that "treatment at Patton State Hospital will help [Ms. ████] to become a moral person" or will "make a difference in her ability to be a better prisoner." PSH has never treated Ms.████, who was referred for serious hallucinations and suicide gestures, and who had 32 staff referrals for mental healthcare, 11 five-day follow-ups, several changes in her level of care, and 8 placements in ASU. It is inappropriate for DMH to question a psychiatric referral on this basis and to diagnose a patient through paperwork.

Finally, although both the 2009 and 2006 Program Guides clearly mandate that "[i]nmate-patients shall be eligible for admission to a DMH program regardless of parole date" (Program Guide at 12-6-9), Dr.████ rejected Ms.███ in part because he wanted "clarification of her listed EPRD date." Pursuant to the Program Guide and Judge Karlton's

Debbie Vorous
March 5, 2010
Page 5

**REDACTED**

August 8, 2008 Order, DMH clinicians are prohibited from considering release dates when deciding whether to admit patients. *See* Docket 2930 ("All inmates...SHALL have full access to DMH inpatient treatment irrespective of their release date") (emphasis in original).

We request a response to these concerns within 30 days, or by April 5, 2010. Please confirm, for instance, whether defendants will provide additional training to PSH's admitting clinicians in light of the serious problems identified above. We also request that defendants develop a plan to address the serious delays female class members face when they are in need of inpatient mental healthcare. Again, PSH has rarely filled all of the 30 beds set aside for female class members in recent months, meaning that these placements should be immediately available for inpatient care. Finally, as stated above, we request that you provide us with acceptance, admission and any applicable discharge dates for the seven women.

We look forward to receiving your response and further discussing these issues.

Yours truly,

ROSEN, BIEN & GALVAN, LLP

*/s/ Amy Whelan*

By: Amy Whelan

AW:aw

Encl.

cc:    Steve Fama (via email)
      Special Master's Team (via email)

[356907-1]

# EXHIBIT E



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 324-5345
Facsimile:  (916) 324-5205
E-Mail:  Debbie.Vorous@doj.ca.gov

March 1, 2010

Matthew A. Lopes, Jr.
Special Master
Pannone Lopes & Devereaux, LLC
317 Iron Horse Way, Suite 301
Providence, RI  02908

RE:    Coleman, et al. v. Schwarzenegger, et al.
       <u>U.S. District Court, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM P</u>

Dear Special Master Lopes:

    Beginning July 1, 2009, Defendants are to report to you on a monthly basis all actions taken concerning the court-ordered projects and report whether each project remains on schedule or has been or can be accelerated.  (Docket No. 3613 ¶ 2.)  In addition, Defendants reports are to be in the form of updates to the existing activation schedules.  (*Id.*)  Attached are updated activation schedules for the report period ending February 22, 2010.  Also attached are activation schedules for those projects that the Court approved on January 4, 2010.

    Please contact me if you have any questions.

                          Sincerely,

                          *Debbie J. Vorous*

                          DEBBIE J. VOROUS
                          Deputy Attorney General

            For    EDMUND G. BROWN JR.
                   Attorney General

DJV:

CF1997CS0003

# Exhibit #1

## Acronyms

## Acronym List

| Term | Definition |
|---|---|
| A/E | Architectural / Engineering |
| AB | Assembly Bill |
| ADA | Americans With Disabilities Act |
| ASU | Administrative Segregation Unit |
| CCC | Consolidated Care Center (also known as California Health Care Facility) |
| CCPOA | California Correctional Peace Officers Association |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act |
| CHCF | California Health Care Facility (also known as Consolidated Care Facility) |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COBCP | Capital Outlay Budget Change Proposal |
| Compl. | Completed |
| Const. | Construction |
| COR | California State Prison, Corcoran |
| DGS | Department of General Services |
| DMH | Department of Mental Health |
| DOF | Department of Finance |
| DPH | Department of Public Health |
| EOP | Enhanced Outpatient Program |
| FPC&M | Facility Planning, Construction & Management |
| ICF | Intermediate Care Facility |
| ISP | Ironwood State Prison |
| IWL | Inmate Ward Labor |
| JLBC | Joint Legislative Budget Committee |
| LAC | California State Prison, Los Angeles County |
| LAO | Legislative Analysts Office |
| MHCB | Mental Health Crisis Bed |
| N. O. D. | Notice of Determination |
| NTP | Notice To Proceed |
| OSHPD | Office of Statewide Health Planning and Development |
| PC | Penal Code |
| PIA | Prison Industry Authority |
| PMIA | Pooled Money Investment Account |
| PMIB | Pooled Money Investment Board |
| PP | Preliminary Plans |
| PSU | Psychiatric Services Unit |
| PWB | Public Works Board |
| Resp. | Responsible |
| SAC | California State Prison, Sacramento |
| SFM | State Fire Marshal |
| SM | Special Master |
| SMY | Small Management Yard |
| SVSP | Salinas Valley State Prison |
| TBD | To Be Determined |
| VSPW | Valley State Prison for Women |
| WD | Working Drawings |

# Exhibit #2

## *California Men's Colony*
## 50 Mental Health Crisis Beds

50 Bed Mental Health Crisis Facility (Licensed Facility)    Report Period Ending: February 22, 2010

| | |
|---|---|
| **Responsible Person:** | **Deborah Hysen/CDCR** |
| **Address of Resp. Person:** | **9838 Old Placerville Rd., Suite B Sacramento California** |
| **Project Architect:** | **Nacht and Lewis Architects** |
| **Location:** | **California Mens Colony, San Luis Obispo (CMC)** |
| **Funding Source:** | **AB 900 (GC 15819.40)** |

**Jay Sturges /DOF**

**915 L Street, Sacramento California 95814**

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | | 3/13/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | 3/25/09 | 3/25/09 | | | | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | Funding request package completed on 3/25/09. |
| Legislative Approval of Scope, Schedule, and Cost | | | | | 4/10/09 | 4/10/09 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 4/10/09 | | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Next loan renewal March 2010 and every year thereafter for the duration of the project. |
| Architectural/Engineering Contracting | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Notice to Proceed (NTP) issued 4/15/09. |
| Preliminary Plans | 309 | 4/20/09 | 4/15/09 | (5) | 12/27/09 | 12/28/09 | 1 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Preliminary plans are complete. The previous months report was erroneous. |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/15/09 | (5) | 12/13/09 | | 71 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Initial Study/Mitigated Negative Declaration public comment period ended 10/31/09. Delay due to responding to the large volume of public comments. NOD was filed 01/7/10. CCPOA filed litigation on 02/04/10. There is no impact to the overall project schedule if litigation is resolved before planned start of construction. |
| JLBC Approval of Preliminary Plans | 45 | 12/28/09 | 12/28/09 | | 2/11/10 | 2/11/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. JLBC responded prior to 45-day review. | Design schedule accelerated 45 days, based on early JLBC package submittal. |
| PWB Approval of Preliminary Plans | 45 | 12/29/09 | 1/7/10 | 9 | 2/12/10 | 2/16/10 | 4 | | C. Lief | PWB Approval. | PWB meeting changed to 02/16/10. There is no impact to the overall project schedule. |

C:\Documents and Settings\HCSJB\Desktop\3.1.10 AActivation Schedules\1 2 CMC 50  Coleman Feb  22 2010.xls

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Drawings (Construction Documents) | 187 | 2/15/10 | 2/17/10 | 2 | 8/21/10 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Delay due to changed PWB date. There is no impact to the overall schedule. |
| Bid and Award | 90 | 8/23/10 | | | 11/21/10 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction [2] | 600 | 11/22/10 | | | 7/14/12 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The baseline Action Plan dated May 22, 2009, and filed with the Court on May 26, 2009, reflects a reduced construction duration of 120 days. This assumes construction can be completed 4 months earlier than previously built CDCR licensed mental health facilities (i.e. 600 days instead of 720 days). CDCR is evaluating additional opportunities to accelerate construction. |
| Hire Staff | 543 | 1/10/11 | | | 7/6/12 | | | | S. Streater J. Marshall | Advertise, Hire, and Train Staff. | |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 600 | 11/22/10 | | | 7/14/12 | | | | TBD | Including final as-built drawings. | Construction Manager and Inspector of Record to be identified prior to construction start. |
| Self Certification | 15 | 7/16/12 | | | 7/31/12 | | | | D. Hysen | | |
| License Approval | 7 | 8/1/12 | | | 8/8/12 | | | | S. Streater J. Marshall | DPH Survey, DPH Approval. | |
| Activation | 56 | 8/9/12 | | | 10/4/12 | | | | S. Streater J. Marshall | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 56 | 8/9/12 | | | 10/4/12 | | | | S. Streater J. Marshall | Assumes Patients will be admitted at a rate of six per week. | |

[1] Court Order(s) filed 3/27/07, Docket No. #2173; filed 4/16/08, Docket No. #2757; and filed 10/20/06, Docket No. #1998

[2] Special Master shall receive updates on construction every 90 days.

C:\Documents and Settings\HCSJB\Desktop\3.1.10 AActivation Schedules\1 2 CMC 50  Coleman Feb 22 2010.xls

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Marshall | John | CDCR/CMC | P.O. Box 8101 | San Luis Obispo | 93409 |
| Matosantos | Ana  J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #3

## *Salinas Valley State Prison*
## 108 Enhanced Outpatient Program-
## General Population beds

| Project: | EOP-GP Mental Health Treatment and Office Space Building | Report Period Ending: February 22, 2010 |
|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | TBD | |
| Location: | Salinas Valley State Prison, Soledad (SVSP) | |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Budget for AB 900 30 Day Funding Request Package | 111 | 10/19/09 | 10/19/09 | | 2/7/10 | 2/8/10 | 1 | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 2/8/10 | 2/8/10 | | 3/10/10 | | | | C. Lief | DOF review of funding request package. DOF prepares transmittal letter to legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost And PWB Recognition of Project Scope, Schedule, and Budget | 30 | 3/11/10 | | | 4/11/10 | | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Budget. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 4/12/10 | | | 4/12/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project, Scope, Cost, and Schedule. | |
| Request loan from PMIA | 21 | 3/30/10 | | | 4/20/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 4/21/10 | | | 4/21/10 | | | | Director of Finance, State Controller and State Treasurer | Submit Loan Documents to DOF and Obtain PWB Approval for Loan. Submit Loan application for initial design phase to PMIB for Approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 32 | 4/22/10 | | | 5/24/10 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 187 | 5/25/10 | | | 11/28/10 | | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 205 | 4/22/10 | | | 11/13/10 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 11/29/10 | | | 1/13/11 | | | | JLBC | JLBC Approval. | |
| PWB Approval of Preliminary Plans | 45 | 11/30/10 | | | 1/14/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 221 | 1/18/11 | | | 8/27/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | |
| Bid and Award | 70 | 8/29/11 | | | 11/7/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 630 | 11/8/11 | | | 7/30/13 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | |
| Hire Staff | 153 | 1/28/13 | | | 6/30/13 | | | | S. Streater A. Hedgpeth | Advertise, Hire, and Train Staff. | |
| Activation | 63 | 7/31/13 | | | 10/2/13 | | | | S. Streater A. Hedgpeth | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order filed 1/4/10, Docket No. #3761

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                    **SVSP EOP/GP Housing Unit Conversion & Addition to Mental Health Services Building**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 18 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hedgpeth | Anthony | CDCR/SVSP | P.O. Box 1020 | Soledad | 93960 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana  J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #4

## *California State Prison, Sacramento*
## Additional Treatment and Office Space

| Project: | Enhanced Outpatient Program Treatment and Office Space | | | | | | | | | | Report Period Ending: February 22, 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | | | | | | | | Jay Sturges /DOF | | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | | | | | | | 915 L Street, Sacramento California 95814 | | |
| Project Architect: | Nacht and Lewis Architects | | | | | | | | | | |
| Location: | California State Prison, Sacramento (SAC) | | | | | | | | | | |
| Funding Source: | General Fund | | | | | | | | | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Architectural/Engineering Contracting | | | | | | 12/16/08 | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 131 | 12/17/08 | 12/17/08 | | 4/27/09 | 4/27/09 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare PWB 45-day Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | | | | | | 11/25/08 | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 5/25/09 | 5/26/09 | 1 | 7/9/09 | 7/9/09 | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 5/26/09 | 5/26/09 | | 7/10/09 | 7/14/09 | 4 | | C. Lief | PWB Approval. | PWB meeting rescheduled to July 14. There is no impact to overall schedule. |
| Working Drawings (Construction Documents) | 154 | 7/13/09 | 7/15/09 | 2 | 12/14/09 | 12/11/09 | (3) | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | Delayed start due to PWB meeting schedule. |
| Bid and Award | 71 | 12/15/09 | | 69 | 2/24/10 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | This planned start date was premised on construction funding being appropriated by the legislature in the 2009/10 Budget Act. The Conference committee on the Budget, however, denied the request for construction funding. Assuming 7/1/10 budget enactment, the new projected Bid and Award period starts 7/1/10 & ends 9/10/10. |
| Construction [2] | 390 | 2/25/10 | | | 3/22/11 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | This planned start date was premised on construction funding being appropriated by the legislature in the 2009/10 Budget Act. The Conference committee on the Budget, however, denied the request for construction funding. Assuming 7/1/10 budget enactment, the new projected construction period starts 9/13/10 & ends 10/8/11. CDCR is evaluating opportunities to accelerate construction. |
| Hire Staff | 153 | 9/22/10 | | | 2/22/11 | | | | S. Streater J. Walker | Advertise, Hire, and Train Staff. | Assuming 7/1/10 budget enactment, the new projected Hire Staff starts 4/6/11 & ends 9/6/11. |

C:\Documents and Settings\HCSJB\Desktop\3.1.10 AActivation Schedules\4 SAC EOP Coleman Feb 22 2010.xls

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activation | 61 | 3/23/11 | | | 5/23/11 | | | | S. Streater J. Walker | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Assuming 7/1/10 budget enactment, the new projected Activation starts 9/7/11 & ends 11/7/11. |

[1] Court Order(s) filed 7/8/08, Docket No. #2861; Stipulation filed 7/1/08, Docket No. #2860; order filed 10/18/07, Docket No. #2461

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                                    **SAC Enhanced Outpatient Program Treatment and Office Space**

**Lead Person Roster**

| Name | | | Address | | |
|------|------|------|------|------|------|
| **Last** | **First** | **Agency/Dept.** | **Street** | **City** | **Zip** |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Walker | James | CDCR/SAC | P.O. Box 71 | Represa | 95671 |

# Exhibit #5

## *California State Prison, Sacramento*
## 152 Psychiatric Services Unit beds

| | | |
|---|---|---|
| **Project:** | 152 Psychiatric Services Unit (PSU), Department of Finance Office | Report Period Ending: **February 22, 2010** |
| **Responsible Person:** | Deborah Hysen/CDCR | Jay Sturges /DOF |
| **Address of Resp. Person:** | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| **Project Architect:** | TBD | |
| **Location:** | California State Prison, Sacramento | |
| **Funding Source:** | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package** | 114 | 8/17/09 | 8/17/09 | | 12/9/09 | 12/9/09 | | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| **Review Funding Request Package** | 33 | 12/10/09 | 12/10/09 | | 1/12/10 | 1/12/10 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| **Legislative Approval of Scope, Schedule and Cost** | 30 | 1/13/10 | 1/15/10 | 2 | 2/12/10 | 2/14/10 | 2 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| **PWB Recognition of Project Scope, Cost, and Schedule** | 1 | 2/16/10 | 2/16/10 | | 2/16/10 | 2/16/10 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| **Request Loan from PMIA** | 20 | 1/27/10 | 1/27/10 | | 2/16/10 | 2/16/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| **Approval of PMIA Funding** | 1 | 2/17/10 | 2/17/10 | | 2/17/10 | 2/17/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval.  Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| **Architectural/Engineering Contracting** | 90 | 2/18/10 | 2/18/10 | | 5/19/10 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| **Preliminary Plans** | 248 | 5/20/10 | | | 1/23/11 | | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| **California Environmental Quality Act Compliance (CEQA)** | 270 | 2/18/10 | 2/18/10 | | 11/15/10 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| **JLBC Approval of Preliminary Plans** | 45 | 1/24/11 | | | 3/10/11 | | | | JLBC | JLBC Approval. | |
| **PWB Approval of Preliminary Plans** | 45 | 1/25/11 | | | 3/11/11 | | | | C. Lief | PWB Approval. | |
| **Working Drawings (Construction Documents)** | 180 | 3/14/11 | | | 9/10/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| **Bid and Award** | 80 | 9/12/11 | | | 12/1/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 480 | 12/2/11 | | | 3/26/13 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| Hire Staff | 150 | 9/27/12 | | | 2/24/13 | | | | S. Streater J. Walker | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 3/27/13 | | | 5/26/13 | | | | S. Streater J. Walker | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order filed 1/4/10, Docket No. #3761

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                          **SAC Psychiatric Services Unit (PSU) Treatment and Office Space**

**Lead Person Roster**

| Name | | Address | | | |
|------|------|------|------|------|------|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 18 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Walker | James | CDCR/SAC | P.O. Box 71 | Represa | 95671 |

# Exhibit #6

## *California Medical Facility*
## 67 Enhanced Outpatient Program – General Population beds

| Project: | Mental Health Treatment and Office Space | Report Period Ending: February 22, 2010 |
|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | Nacht and Lewis Architects | |
| Location: | California Medical Facility, Vacaville (CMF) | |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | | 3/13/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | | 3/25/09 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 3/25/09 | 3/25/09 | | 4/24/09 | 5/7/09 | 13 | | C. Lief | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | LAO had concerns with building costs. |
| PWB Recognition of Project Scope, Cost, and Schedule | | 5/8/09 | 5/8/09 | | 5/8/09 | 5/8/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | Reduced costs at PWB per LAO concerns. |
| Request Loan from PMIA | | | | | | 3/26/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 63 | 4/15/09 | 4/15/09 | | 4/15/09 | 6/12/09 | 58 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote.  Executive Order E 08/09-136 authorized General Fund loan for Preliminary Plans (PP).  On 7/15/09 PMIB approved the loan for PP funding, and General Fund loan will be retired.  There is no impact to design or overall schedule. |
| Architectural/Engineering Contracting | 82 | 6/18/09 | 6/18/09 | | 9/8/09 | 9/17/09 | 9 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract executed 09/17/09.  No impact to overall schedule. |
| Preliminary Plans | 217 | 9/9/09 | 9/17/09 | 8 | 4/14/10 | | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Contract execution delayed start of PP.  Delays have not impacted overall schedule.  PP are approximately 45% complete. |
| California Environmental Quality Act Compliance (CEQA) | 235 | 9/9/09 | 8/5/09 | (35) | 5/2/10 | 9/21/09 | (223) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Comment period complete, no protests filed. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). |
| JLBC Approval of Preliminary Plans | 45 | 4/26/10 | | | 6/10/10 | | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 4/27/10 | | | 6/11/10 | | | | C. Lief | PWB Approval. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Working Drawings (Construction Documents)** | 187 | 6/14/10 | | | 12/18/10 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| **Bid and Award** | 70 | 12/20/10 | | | 2/28/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| **Construction** [2] | 720 | 3/1/11 | | | 2/18/13 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | CDCR is evaluating opportunities to accelerate construction. |
| **Hire Staff** | 153 | 8/19/12 | | | 1/19/13 | | | | S. Streater K. Dickinson | Advertise, Hire, and Train Staff. | |
| **Activation** | 59 | 2/19/13 | | | 4/19/13 | | | | S. Streater K. Dickinson | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order's) filed 10/7/08, Docket No. #3072; and filed 10/18/07, Docket No. #2461

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                              **CMF Mental Health Treatment and Office Space**

**Lead Person Roster**

| Name | | Address | | | |
|------|------|------|------|------|------|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 18 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Dickinson | Kathleen | Warden, CMF | 1600 California Drive | Vacaville | 95696 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana  J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #7

***California Medical Facility***
**Renovation of 124 cells
for Risk Mitigation
(Q1, Q2, Q3, S1, and S2 areas)**

| Project: | Mental Health Cell Renovations | | Report Period Ending: February 22, 2010 |
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 | |
| Project Architect: | N/A | | |
| Location: | California Medical Facility, Wings Q1, Q2, Q3, S-2 and S-1 | | |
| Funding Source: | Budget Act of 2007 & Current Fiscal Year Support (S-1) | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funding 1 | | 7/1/07 | 8/24/07 | 54 | | 8/24/07 | | | J. Sturges | Budget Act 2007 funded wings Q1-3 and S2. | |
| Funding 2 | | 2/27/09 | 3/13/09 | 14 | | 3/13/09 | | | F. Cordano | Wing S1 was funded in current year (2009) in-house special repair. | |
| Construction [1] | 826 | 12/19/2008 | 4/16/09 | 118 | 3/25/2011 | | | | P. Scott | Mobilize Inmate Ward Labor and begin construction. | Schedule includes work in S-1 (not funded in Statutes of 2007). S-1 funded in current year. Project is approximately 41% complete and on schedule. |

[1] Special Master shall receive updates on construction every 90 days.

**Project:**                          **CMF Mental Health Cell Renovations**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Cordano | Fred | DCDCR/FPC&M | 9838 Old Placerville Rd | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Scott | Paul | CDCR/Inmate Ward Labor | 9839 Old Placerville Rd. | Sacramento | 95827 |

# Exhibit #8

## *California Medical Facility*
## 64-bed Intermediate Care Facility
## for High Custody Inmates

| Project: | 64 Bed Intermediate Care Facility (Licensed Facility) |
|---|---|
| Responsible Person: | Deborah Hysen |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California |
| Project Architect: | Nacht and Lewis Architects |
| Location: | California Medical Facility, Vacaville (CMF) |
| Funding Source: | AB 900 (GC 15819.40) |

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Recognition of Project Scope, Cost, and Schedule. | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA). | |
| Approval of PMIA Funding | 63 | 4/15/09 | 4/15/09 | | 4/15/09 | 6/12/09 | 58 | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote. Executive Order E 08/09-136 authorized General Fund loan for Preliminary Plans. On 7/15/09 PMIB approved the loan for PP funding, and the General Fund loan will be retired. Design and construction schedule was revised based on 6/12/09 funding. There is no impact to overall schedule. |
| Architectural/Engineering Contracting | 2 | 6/17/09 | 6/12/09 | (5) | 6/19/09 | 7/9/09 | 20 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s) | Contract execution delayed due to year end work load issues. There is no impact to overall schedule. |
| Preliminary Plans | 422 | 9/8/07 | 9/8/07 | | 11/3/08 | 11/3/08 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC and PWB Submittal Packages. | Preliminary Plans funded in the 2006-07 Budget Act. |
| California Environmental Quality Act Compliance (CEQA) | | | | | 3/5/09 | 3/5/09 | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 10/30/08 | 10/30/08 | | 12/14/08 | 12/14/08 | | | JLBC | JLBC Approval. | |
| PWB Approval of Preliminary Plans | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | PWB Approval. | Preliminary Plan approval occurred concurrent with the establishment of scope, cost, and schedule. |
| Working Drawings (Construction Documents) | 204 | 6/22/09 | 7/10/09 | 18 | 1/12/10 | 1/26/10 | 14 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for Approval. Submit loan documents to DOF and obtain PWB approval for loan by the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Contract execution delayed start of working drawings. Working drawings are complete. There is no impact to the overall schedule. |
| Bid and Award | 90 | 1/13/10 | 2/3/10 | 21 | 4/13/10 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Bid and Award delayed due to SFM approval of working drawings. There is no impact to the overall schedule. |
| Construction [2] | 841 | 4/14/10 | | | 8/2/12 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Construction duration will be accelerated 241 days due to facility being constructed outside of existing secure perimeter and comparison with CMC 50-Bed. Other acceleration options will be evaluated during bid phase. New projected construction complete is 12/5/11. |

C:\Documents and Settings\HCSJB\Desktop\3.1.10 AActivation Schedules\8 CMF 64 Coleman accelerated Feb 22 2010.xls

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Building Transfer to DMH | 30 | 8/12/12 | | | 9/12/12 | | | | | Clean building, install equipment, install office furniture, bring space up to licensing standards, orientate staff, train staff. | Building activation to begin once DMH receives approval of occupancy upon completion of construction (8/2/12) |
| Hire Staff | 485 | 3/6/11 | | | 7/3/12 | | | | V. Brewer K. Dickinson | Advertise, Hire, and Train Staff. | The new projected Hire Staff start is 7/8/10 & ends 11/5/11. |
| Prepare Final Verified Office of Statewide Health Planning and Development  (OSHPD) Reports | 841 | 4/14/10 | | | 8/2/12 | | | | TBD | Including final as-built drawings. | Construction Manager and Inspector of Record to be identified prior to construction start.  New projected OSHPD planned complete is 12/5/11. |
| Self Certification | 15 | 8/3/12 | | | 8/18/12 | | | | D. Hysen | | New projected Self Certification start is 12/6/11 & will end 12/21/11. |
| License Approval | 7 | 8/19/12 | | | 8/26/12 | | | | V. Brewer S. Streater K. Dickinson | DPH Survey, DPH Approval. | New projected License approval start is 12/22/11 & will end 1/6/12. |
| Activation | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer K. Dickinson | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | Activation duration will be accelerated 22 days. New projected Activation start is 1/9/12 & will end 3/19/12. |
| Patient Admissions | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer K. Dickinson | Assumes Patients will be admitted at a rate of six per week. | Patient Admissions will be accelerated 22 days (6 patients per week).  New projected Patient Admission start is 1/9/12 & will end 3/19/12. |

[1] Court Order filed 3/1/07, Docket No. #2154

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                    **CMF 64 Bed Intermediate Care Facility (Licensed Facility)**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| **Last** | **First** | **Agency/Dept.** | **Street** | **City** | **Zip** |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Brewer | Victor | DMH | PO Box 1080 | Soledad | 93960 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jack | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Dickinson | Kathleen | CDCR/CMF | 1600 California Drive | Vacaville | 95896 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Ro. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana  J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #9

## *California State Prison, Los Angeles County*
## Treatment Space for Enhanced Outpatient Program

| Project: | Enhanced Outpatient Program Treatment and Office Space | | Reporting Period Ending: February 22, 2010 |
|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 | |
| Project Architect: | Nacht and Lewis  Architects | | |
| Location: | California State Prison, Los Angeles County, Lancaster (LAC) | | |
| Funding Source: | AB 900 (GC 15819.40) | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Cost for AB 900 30 Day Funding Request Package | | | | | 4/23/09 | 4/23/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 46 | 4/24/09 | 4/24/09 | | 6/9/09 | 6/9/09 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 6/10/09 | 6/9/09 | (1) | 7/9/09 | 7/9/09 | | | C. Lief | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Cost. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 7/10/09 | 7/14/09 | 4 | 7/10/09 | 7/14/09 | 4 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB meeting rescheduled to July 14.  There is no impact to overall schedule. |
| Request Loan from PMIA | 67 | 5/5/09 | 5/5/09 | | 7/11/09 | 7/11/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | | 7/15/09 | 7/15/09 | | 7/15/09 | 7/15/09 | | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval.  Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 82 | 7/16/09 | 7/16/09 | | 10/6/09 | 10/22/09 | 16 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract executed 10/22/09. No impact to overall schedule. |
| Preliminary Plans | 229 | 10/7/09 | 10/23/09 | 16 | 5/24/10 | | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Contract execution delayed start of PP. PP are approximately 76% complete.  There is no impact to the overall schedule. |
| California Environmental Quality Act Compliance (CEQA) | 235 | 10/7/09 | 8/5/09 | (63) | 5/30/10 | 9/21/09 | (251) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Comment period complete, no protests filed. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/Mitigated Negative Declaration). |
| JLBC Approval of Preliminary Plans | 45 | 5/24/10 | | | 7/8/10 | | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 5/25/10 | | | 7/9/10 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 203 | 7/12/10 | | | 1/31/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| Bid and Award | 80 | 2/1/11 | | | 4/22/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 440 | 4/25/11 | | | 7/8/12 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | CDCR is evaluating opportunities to accelerate construction. |
| Hire Staff | 151 | 1/9/12 | | | 6/8/12 | | | | S. Streater B. Haws | Advertise, Hire, and Train Staff. | |
| Activation | 65 | 7/9/12 | | | 9/12/12 | | | | S. Streater B. Haws | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order(s) filed 10/18/07, Docket No. #2461; filed 10/20/06, Docket No. #1998

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                    **LAC Enhanced Outpatient Program Treatment and Office Space**

**Lead Person Roster**

| Name | | Address | | | |
|------|------|---------|--------|------|------|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jack | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Haws | Brian | CDCR/LAC | 44750 60th Street West | Lancaster | 93536 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #10

## *California State Prison, Corcoran*
### Treatment and Office Space for Administrative Segregation - Enhanced Outpatient Program

Project:                     EOP-ASU Treatment and Office Space (GC 15819.40)
Responsible Person:          Deborah Hysen/CDCR                                                    Jay Sturges /DOF
Address of Resp. Person:     9838 Old Placerville Rd., Suite B Sacramento California               915 L Street, Sacramento California 95814
Project Architect:           TBD
Location:                    California State Prison, Corcoran
Funding Source:              AB 900 (GC 15819.40)

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 87 | 9/13/09 | 9/13/09 | | 12/9/09 | 12/9/09 | | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 33 | 12/10/09 | 12/10/09 | | 1/12/10 | 1/12/10 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 1/13/10 | 1/15/10 | 2 | 2/12/10 | 2/14/10 | 2 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 2/16/10 | 2/16/10 | | 2/16/10 | 2/16/10 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 1/27/10 | 1/27/10 | | 2/16/10 | 2/16/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 2/17/10 | 2/17/10 | | 2/17/10 | 2/17/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval.  Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 90 | 2/18/10 | 2/18/10 | | 5/19/10 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 220 | 5/20/10 | | | 12/26/10 | | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 270 | 2/18/10 | 2/18/10 | | 11/15/10 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 12/27/10 | | | 2/10/11 | | | | JLBC | JLBC Approval. | |
| PWB Approval of Preliminary Plans | 45 | 12/28/10 | | | 2/11/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 203 | 2/14/11 | | | 9/5/11 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| Bid and Award | 73 | 9/6/11 | | | 11/18/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 450 | 11/21/11 | | | 2/13/13 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| Hire Staff | 150 | 8/17/12 | | | 1/14/13 | | | | S. Streater D. Adams | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 2/14/13 | | | 4/15/13 | | | | S. Streater D. Adams | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order filed 1/4/10, Docket No. #3761

[2] Special Master shall receive updates on construction every 90 days.

**Project:**          **COR ASU/EOP Treatment and Office Space**

**Lead Person Roster**

| Last | First | Agency/Dept. | Street | City | Zip |
|------|-------|--------------|--------|------|-----|
| Adams | Derral | Warden, CSP COR | 4001 King Street | Corcoran | 93212 |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #11

*California Institution for Women*
45-bed Intermediate Care Facility

| Project: | 45 Bed Intermediate Care Facility (Mental Health) | | | | | | | | | Report Period Ending: February 22, 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Responsible Person:** | Deborah Hysen/CDCR | | | | | | | | Jay Sturges /DOF | |
| **Address of Resp. Person:** | 9838 Old Placerville Rd., Suite B Sacramento California | | | | | | | | 915 L Street, Sacramento California 95814 | |
| **Project Architect:** | Nacht and Lewis Architects | | | | | | | | | |
| **Location:** | California Institution of Women, Corona (CIW) | | | | | | | | | |
| **Funding Source:** | AB 900 (GC 15819.40) | | | | | | | | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Cost for AB 900 30 Day Funding Request Package | | | | | | 4/14/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | 4/15/09 | 4/15/09 | | 4/29/09 | 4/29/09 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 4/29/09 | 4/29/09 | | 5/29/09 | 5/29/09 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Cost. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 6/12/09 | 6/12/09 | | 6/12/09 | 6/12/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 4/23/09 | 4/23/09 | | 5/20/09 | 5/20/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | | 6/17/09 | 6/17/09 | | 6/17/09 | 6/17/09 | | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 2 | 6/17/09 | 6/17/09 | | 6/19/09 | 7/14/09 | 25 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract execution delayed due to year end work load issues. There is no impact to overall schedule. |
| Preliminary Plans | 663 | 11/15/06 | 11/15/06 | | 9/8/08 | 9/8/08 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Planned complete date for PP that was originally filed with the court was incorrect. The date listed now, 9/8/08 is the correct date. |
| California Environmental Quality Act Compliance (CEQA) | | | | | | 9/27/07 | | | | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 9/9/08 | 9/9/08 | | 10/24/08 | 10/24/08 | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | | 6/12/09 | 6/12/09 | | 6/12/09 | 6/12/09 | | | C. Lief | PWB Approval. | Preliminary plan approval occured concurrent with the establishment of scope, cost, and schedule. |
| Working Drawings (Construction Documents) | 170 | 6/22/09 | 7/15/09 | 23 | 12/9/09 | | 75 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Delays are due to contract execution. The new projected WD completion date will be 3/3/10. Drawings are approximately 99% complete. There is no impact to the overall schedule. |
| Bid and Award | 69 | 12/10/09 | | 74 | 2/17/10 | | 5 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Bid and Award delayed due to contract execution and SFM review and approval of WD. There is no impact to the overall schedule. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 661 | 2/18/10 | | 4 | 12/11/11 | | | | K. Beland Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | Delay due to finalizing WD's.  There is no impact to the overall schedule. |
| Hire Staff | 364 | 11/12/10 | | | 11/11/11 | | | | S. Streater D. Davison | Advertise, Hire, and Train Staff. | |
| Prepare Final Verified Office of Statewide Health Planning and Development  (OSHPD) Reports | 661 | 2/18/10 | | 4 | 12/11/11 | | | | TBD | Including final as-built drawings. | Construction Manager and Inspector of Record to be identified prior to construction start. |
| Self Certification | 15 | 12/12/11 | | | 12/27/11 | | | | D. Hysen | | |
| License Approval | 9 | 12/28/11 | | | 1/6/12 | | | | S. Streater D. Davison | DPH Survey, DPH Approval. | |
| Activation | 60 | 1/9/12 | | | 3/9/12 | | | | S. Streater D. Davison | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 60 | 1/9/12 | | | 3/9/12 | | | | S. Streater D. Davison | Assumes Patients will be admitted at a rate of six per week. | |

[1] Court Order filed 3/1/07, Docket No. #2154

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                         **CIW 45 Bed Intermediate Care Facility (Licensed Facility)**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| **Last** | **First** | **Agency/Dept.** | **Street** | **City** | **Zip** |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jack | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Davison | Dawn | CDCR/CIW | 16756 Chino-Corona Rd. | Corona | 92878 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Jones-Brown | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana  J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #12

## *California Institution for Women*
## 20-bed Psychiatric Services Unit

| Project: | 20 Bed Psychiatric Services Unit (PSU) | | Report Period Ending: February 22, 2010 |
|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | Jay Sturges /DOF | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 | |
| Project Architect: | Nacht and Lewis Architects | | |
| Location: | California Institution of Women, Corona (CIW) | | |
| Funding Source: | General Fund | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Preliminary Plans | 103 | 11/18/08 | 11/18/08 | | 3/2/09 | 3/2/09 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | | | | | | 3/5/08 | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 3/24/09 | 3/24/09 | | 5/8/09 | 5/8/09 | | | JLBC | JLBC Approval. | PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. |
| PWB Approval of Preliminary Plans | 45 | 3/24/09 | 3/24/09 | | 5/8/09 | 5/8/09 | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 161 | 5/11/09 | 5/11/09 | | 10/19/09 | 11/23/09 | 35 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | Working drawings are 100% complete.  Delay in completing the Working Drawings will not impact the overall schedule. |
| Bid and Award | 67 | 10/20/09 | 10/20/09 | | 12/26/09 | 10/26/09 | (61) | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | PWB  approval for use of IWL for the housing renovation was obtained on 10/26/09 and PIA for the modular building on 11/23/09. |
| Construction [2] | 360 | 12/28/09 | 10/29/09 | (60) | 12/23/10 | | | | K. Beland P. Scott | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | Construction for the housing renovation started 10/29/09 and is approximately 14% complete. Construction for the modular building started 11/26/09 and is approximately 6% complete. |
| Hire Staff | 153 | 6/23/10 | | | 11/23/10 | | | | S. Streater D. Davison | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 12/24/10 | | | 2/24/11 | | | | S. Streater D. Davison | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Court Order filed 3/28/07, Docket No. #2178

[2] Special Master shall receive updates on construction every 90 days.

**Project:**                              **CIW 20 Bed Psychiatric Services Unit (PSU)**

**Lead Person Roster**

| Name | | | Address | | |
|------|------|------|------|------|------|
| **Last** | **First** | **Agency/Dept.** | **Street** | **City** | **Zip** |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Davison | Dawn | CIW/CDCR | 16756 Chino-Corona Rd. | Corona | 92878 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Scott | Paul | CDCR/Inmate Ward Labor | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# Exhibit #13

***Consolidated Care Center /***
***California Health Care Facility***

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Project:** California Health Care Facility (CHCF) Case 2:90-cv-00520-LKK-JFM SCR Report Date: February 22, 2010
**Responsible Person:** Chris Meyer/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** TBD
**Location:** Stockton, CA
**Funding Source:** AB 900 (GC 15819.40)

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 33 | 11/6/09 | 11/6/09 | | 12/9/09 | 12/9/09 | | | M. Meredith/ CPR | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build approach | | | | | 12/7/09 | 12/7/09 | | | C. Lief | Pursuant to Government Code Section 14661.1.i | |
| Review Funding Request Package | 32 | 12/10/09 | 12/10/09 | | 1/11/10 | 1/14/10 | 3 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 1/12/10 | 1/15/10 | 3 | 2/11/10 | | 11 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | In order to pursue financing under AB 900, bond counsel must opine that this project is within the scope of GC §15819.40(a). Defendants have not obtained such assurances from bond counsel. To proceed with this project, Defendants are pursuing legislation, and other options, to obtain sign-off from bond counsel that the project fits within scope. All possible solutions are outside the Defendants control and may delay the project. Agenda item pulled from 2/16/10 PWB and will have at least a 30 day impact. CDCR and the Receiver are working on a response to concerns raised by the LAO and JLBC. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 2/16/10 | | 6 | 2/16/10 | | 6 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB approval is pending JLBC Action. |
| Request Loan from PMIA | 20 | 1/27/10 | 1/13/10 | (14) | 2/16/10 | | 6 | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 2/17/10 | | 5 | 2/17/10 | | 5 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | PMIB approval is pending PWB Action. |
| California Environmental Quality Act Compliance (CEQA) | 31 | 10/20/09 | 10/19/09 | (1) | 11/20/09 | | 94 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | NOD filed 10/19/09; litigation period ended 11/18/09. Protest filed 11/17/09. Case was removed to Federal court 11/25/09. Anticipate resolution of legal action no later than 06/30/10. |
| Select Bridging Architect | 18 | 2/18/10 | | 4 | 3/8/10 | | | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | Selection of Bridging Architect is pending PWB & PMIB action. |
| Prepare Bridging Document | 136 | 2/16/10 | | 6 | 7/2/10 | | | | M. Meredith Contractor TBD | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Preparation of Bridging Document is pending PWB & PMIB action. |
| PWB Approval | 45 | 7/2/10 | | | 8/16/10 | | | | C. Lief | PWB Approval of performance criteria | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Design-Build Competition/Contractor Selection | 90 | 8/16/10 | | | 11/14/10 | | | | M . Meredith | Selection of Design-Build entities.  Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | |
| Award Design Build Contract | 28 | 11/14/10 | | | 12/12/10 | | | | J. Cummings | Issue Notice to Proceed, Execute contract. | |
| Design Build Duration [3] | 816 | 12/12/10 | | | 3/7/13 | | | | M. Meredith Contractor TBD | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.)  Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | |
| Activation Planning/Workforce Development/Hire Staff/Procurement | 1041 | 2/17/10 | | 5 | 12/24/12 | | | | S. Streater C Radavsky W. Still | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training.  This will impact DMH/CDCR/Receivers office and has to be coordinated between the three departments. DMH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | These activities will commence upon PWB & PMIB action. |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 816 | 12/13/10 | | | 3/8/13 | | | | M. Meredith Contractor TBD | Including final as-built drawings. | |
| Self Certification | 7 | 3/8/13 | | | 3/15/13 | | | | C. Meyer | | |
| Licensing Application & Approval | 60 | 1/11/13 | | | 3/12/13 | | | | S. Streater C. Radavsky W. Still | DPH initial licensing survey.  Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Assume sufficient staffing to prepare for licensure and DPH Survey, etc. |
| Activation | 60 | 1/11/13 | | | 3/12/13 | | | | S. Streater C. Radavsky W. Still | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 270 | 3/13/13 | | | 12/8/13 | | | | S. Streater C Radavsky W. Still | This will impact DMH/CDCR/CPHCS office and has to be coordinated between the three departments.  DMH does not have the lead on this but will provide technical assistance. DMH expects to admit 5 inmate-patients per week for each licensed unit that is completely staffed due to clinical and safety reasons. | DMH Note:  DMH will make every effort to comply with the proposed timelines, but success is dependent on recruitment and staffing. |

[1] This facility is intended to include 137 MHCB, 43 Acute,  432 ICF-H, and 1,110 non-mental health beds.

[2] Court Order filed 1/4/10, Docket No. #3761

[3] Special Master shall receive updates on construction every 90 days.

**Project:**                     California Health Care Facility  (CHCF) / Consolidated Care Facility (CCC)

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|-------|--------------|---------|------|-----|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meredith | Michael | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Radavsky | Cindy | DMH | 1600 9th Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Still | Wendy | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | | | |

# Exhibit #14

## *Heman G. Stark*
## 30 Mental Health Crisis Beds

| Project: | Stark 60 BED Correctional Treatment Center | Report Period Ending:  February 22, 2010 |
| Responsible Person: | Chris Meyer/CDCR | Jay Sturges /DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | TBD | |
| Location: | Heman G. Stark, Chino, CA | |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 94 | 11/6/09 | 11/6/09 | | 2/8/10 | 2/8/10 | | | S. Durham | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 2/9/10 | 2/9/10 | | 3/11/10 | | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 3/12/10 | | | 4/11/10 | | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 4/12/10 | | | 4/12/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 3/31/10 | | | 4/20/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | 1 | 4/21/10 | | | 4/21/10 | | | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval.  Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 173 | 11/8/09 | 11/8/09 | | 4/30/10 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 330 | 5/3/10 | | | 3/29/11 | | | | C. Stevens | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 240 | 4/22/10 | | | 12/18/10 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 49 | 2/17/11 | | | 4/7/11 | | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | |
| PWB Approval of Preliminary Plans | 49 | 2/18/11 | | | 4/8/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 209 | 4/11/11 | | | 11/6/11 | | | | C. Stevens | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bid and Award | 92 | 11/7/11 | | | 2/7/12 | | | | C. Stevens | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction [3] | 601 | 2/8/12 | | | 10/1/13 | | | | C. Stevens Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy.  Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months.  Submit loan application to PMIB for approval. | |
| Hire Staff | 600 | 1/10/12 | | | 9/1/13 | | | | S. Streater Warden | Advertise, Hire, and Train Staff. | |
| Prepare Final Verified Office of Statewide Health Planning and Development  (OSHPD) Reports | 601 | 2/8/12 | | | 10/1/13 | | | | Contractor TBD | Including final as-built drawings. | |
| Self Certification | 7 | 10/2/13 | | | 10/9/13 | | | | C. Meyer | | |
| License Approval | 60 | 8/12/13 | | | 10/10/13 | | | | S. Streater W. Still Warden | DPH Survey, DPH Approval. | |
| Activation | 60 | 10/2/13 | | | 12/1/13 | | | | S. Streater W. Still Warden | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | |
| Inmate Occupancy | 60 | 10/11/13 | | | 12/10/13 | | | | S. Streater W. Still Warden | Assumes Patients will be admitted at a rate of six per week. | |

[1] This facility is intended to include 30 MHCB and 30 non-mental health beds.

[2] Court Order filed 1/4/10, Docket No. #3761

[3] Special Master shall receive updates on construction every 90 days.

**Project:** Stark 60 BED Correctional Treatment Center

**Lead Person Roster**

| Name | | | Address | | |
| Last | First | Agency/Dept. | Street | City | Zip |
|---|---|---|---|---|---|
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Stevens | Chuck | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Still | Wendy | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | 15180 Euclid Ave. | Chino | 91710 |

# Exhibit #15

## *Estrella*
### 150 Enhanced Outpatient Program – General Population and
### 40 Enhanced Outpatient Program- Administrative Segregation Unit beds

| Project: | Estrella Health Care Facility "El Paso de Robles" Survey 00520 | | | | Jay Sturges /DOF | | | | | Report Period Ending: February 22, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Responsible Person: | Chris Meyer/CDCR | | | | | | | | | | |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | | | 915 L Street, Sacramento California 95814 | | | | | | |
| Project Architect: | TBD | | | | | | | | | | |
| Location: | Paso Robles, CA | | | | | | | | | | |
| Funding Source: | AB 900 (GC 15819.40) | | | | | | | | | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | 11/6/09 | 11/2/09 | (4) | 11/6/09 | 11/4/09 | (2) | | B. Khaghani | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 11/9/09 | 1109/09 | | 12/9/09 | 12/11/09 | 2 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 12/10/09 | 12/14/09 | 4 | 1/9/10 | | 44 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | The LAO has requested additional information from CDCR and will require more time for their review. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 1/11/10 | | 42 | 1/11/10 | | 42 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB approval is pending JLBC action. |
| Request Loan from PMIA | 20 | 12/30/09 | 12/1/09 | (29) | 1/19/10 | 12/15/09 | (35) | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 1/20/10 | 12/16/09 | (35) | 1/20/10 | | 33 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | PMIB approval is pending PWB action. |
| Architectural/Engineering Contracting | 7 | 1/21/10 | | 32 | 1/28/10 | | 25 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Assumes contract scope is developed, negotiated, and pending execution. Contracting is pending PWB and PMIB action. |
| Preliminary Plans - Bid Package Structure | 196 | 1/29/10 | | 24 | 8/13/10 | | | | B. Khaghani | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Duration is based on multiple bid package structure. Planned Start Date is based on earliest bid package availability and Planned Complete on end of last bid package. PP's are pending PWB & PMIB action. |
| California Environmental Quality Act Compliance (CEQA) | 153 | 8/3/09 | 8/3/09 | | 1/3/10 | | 50 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The planned complete date is calculated incorrectly. The new planned complete date is 9/1/10. This does not impact the overall project schedule. |
| JLBC Approval of Preliminary Plans | 126 | 7/8/10 | | | 11/11/10 | | | | JLBC | JLBC Approval. | Duration is based on multiple bid package structure. Planned Start Date is based on earliest bid package availability and Planned Complete on end of last bid package. |
| PWB Approval of Preliminary Plans - Bid Package Structure | 126 | 7/9/10 | | | 11/12/10 | | | | C. Lief | PWB Approval. | Duration is based on multiple bid package structure. Planned Start Date is based on first PWB date of earliest bid package availability and Planned Complete is date of PWB for lastest bid package. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Working Drawings (Construction Documents) - Bid Package Structure** | 270 | 7/2/10 | | | 3/29/11 | | | | B. Khaghani | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Duration is based on multiple bid package structure. Planned Start Date is based on earliest bid package availability and Planned Complete on end of last bid package. |
| **Bid and Award - Bid Package Structure** | 116 | 11/18/10 | | | 5/20/11 | | | | B. Khaghani | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Duration is based on multiple bid package structure. Planned Start Date is based on earliest bid package availability and Planned Complete on end of last bid package. |
| **Construction [3] Bid Package Structure** | 397 | 2/8/11 | | | 3/11/12 | | | | B. Khaghani / Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Duration is based on multiple bid package structure. Planned Start Date is based on earliest bid package availability and Planned Complete on end of last bid package. |
| **Hire Staff** | 153 | 11/10/11 | | | 4/11/12 | | | | S. Streater W. Still Warden | Advertise, Hire, and Train Staff. | |
| **Activation** | 30 | 4/18/12 | | | 5/18/12 | | | | S. Streater W. Still Warden | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |
| **Patient Admisssions** | 120 | 5/19/12 | | | 9/16/12 | | | | S. Streater W. Still Warden | | |

[1] This facility is intended to include 150 EOP, 40 EOP/ASU, and 709 non-mental health beds.

[2] Court Order filed 1/4/10, Docket No. #3761

[3] Special Master shall receive updates on construction every 90 days.

**Project:**                                   **Estrella Health Care Facility "El Paso de Robles Conversion"**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Simcoe | Geoff | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Still | Wendy | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | 4545 Aiport Rd. | Paso Robles | |