EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3866
  Fax: (916) 324-5205
  E-mail: Gregory.Gomez@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>    **v.**<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF CHANGE OF DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE SAMANTHA H. RAMSEY FROM SERVICE LIST**<br><br>**[L. R. 83-182(c)(1)]** |

**TO: CLERK OF THE COURT AND COUNSEL FOR PLAINTIFFS:**

Under L. R. 83-182(c)(1), Defendants advise Plaintiffs and the Court that their attorney designated for service has changed. The attorney formerly designated for service was as follows:

        SAMANTHA H. RAMSEY, SBN 230862
        Deputy Attorney General
        1300 I Street, Suite 125
        P.O. Box 94425
        Sacramento, CA 94244-2550
        Telephone: (916) 324-5165
        Fax: (916) 324-5205
        E-mail: Samantha.Ramsey@doj.ca.gov

1

1     The attorney now designated for service is as follows:

> GREGORY G. GOMEZ, SBN 242674
> Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: (916) 324-3866
> Fax: (916) 324-5205
> E-mail: Gregory.Gomez@doj.ca.gov

Deputy Attorney General Debbie Vorous remains lead counsel in this case for Defendants. Additionally, the undersigned counsel respectfully requests that the Court terminate the name of Deputy Attorney General Samantha H. Ramsey from the service list in this case.

Dated: March 25, 2010                         Respectfully submitted,

> EDMUND G. BROWN JR.
> Attorney General of California
> JONATHAN L. WOLFF
> Senior Assistant Attorney General
> DEBBIE J. VOROUS
> Deputy Attorney General
>
> /s/ *Gregory G. Gomez*
>
> GREGORY G. GOMEZ
> Deputy Attorney General
> *Attorneys for Defendants*

CF1997CS0003
30976600.doc

2

Notice of Change of Designation of Counsel for Service and Request to Terminate Samantha H. Ramsey from Service List  (2:90-cv-00520 LKK JFM P)