EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DEFENDANTS' STATUS REPORT** <br><br> Status Conference Date: March 29, 2010 <br> Time: 11:00 a.m. <br> Courtroom: Dept 4, 15th Floor <br> Judge: Lawrence K. Karlton, Sr. Judge |

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| ASU | Administrative Segregation Unit |
| CCAT | Coordinated Clinical Assessment Team |
| CDCR | California Department of Corrections and Rehabilitation |
| CMF | California Medical Facility |
| CSH | Coalinga State Hospital |
| DMH | Department of Mental Health |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| HC-POP | Health Care Placement Oversight Program |
| ICCs | Institutional Classification Committees |
| ICF | Intermediate Care Facility |
| MHARP | Mental Health Assessment Referral Project |
| MHCBs | Mental Health Crisis Beds |
| PC | Penal Code |
| PSH | Patton State Hospital |
| SATF | California Substance Abuse Treatment Facility & State Prison, Corcoran |
| SNY | Sensitive Needs Yard |
| SOL | California State Prison, Solano |
| SVPP | Salinas Valley Psychiatric Program |
| SVSP | Salinas Valley State Prison |
| VPP | Vacaville Psychiatric Program |

2

Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

# INTRODUCTION

Defendants submit the following status report as an update to their December 31, 2009 request and in response to the Court's January 27, 2010 order setting this matter for a March 29, 2010 status conference. In summary, Defendants have made much progress in the last few months–admissions to the California Department of Mental Health (DMH) programs are appropriately increasing; the modified assessment project (hereafter referred to as the Mental Health Assessment Referral Project (MHARP)) is completed; the Intermediate Care Facility (ICF) Pilot Program has been implemented; the short-term and intermediate-term construction projects are completed or nearing completion; and the appropriate quality management tools have been put in place.

As a brief background, on December 31, 2009, Defendants requested temporary relief from the requirement that DMH fill all 256 ICF low-custody beds at Atascadero State Hospital (ASH) so that Defendants could complete the MHARP, evaluate the new ICF Pilot Program, and determine whether there remains any unmet need for ICF low-custody beds.

On January 27, 2010, the Court granted in part and denied in part Defendants' request. The Court granted Defendants an extension of time to February 26, 2010, to fill the 256 ICF beds at ASH. The Court ordered that all class members referred through MHARP and accepted to ASH, be transferred by February 5, 2010, and that within five working days from January 27, 2010, the California Department of Corrections and Rehabilitation (CDCR) provide DMH with all outstanding clinical updates for referrals generated from the Salinas Valley Psychiatric Program (SVPP) Wait List at the Salinas Valley State Prison (SVSP) and that DMH admit those inmates according to the Program Guide requirements for timely admission. Additionally, the Court set this matter for a status conference concerning the steps that Defendants have taken and are taking to ensure that the referrals and transfer of inmates to higher levels of care are proceeding in a way that will avoid the need for any future assessments and will ensure that those who require inpatient care are referred and admitted in a timely manner.

///

///

3

# STATUS REPORT

## I. DEFENDANTS FILLED ALL 256 INTERMEDIATE CARE FACILITY LOW-CUSTODY BEDS AT ATASCADERO STATE HOSPITAL, BUT THE NEED FOR LOW-CUSTODY BEDS REMAINS BELOW BED CAPACITY.

Defendants complied with this Court's January 27, 2010 order, and filled all 256 ICF beds at ASH with *Coleman* class members by February 26, 2010. (Radavsky Decl. ¶ 5.) DMH, however, was only able to fill all 256 ICF beds because it transferred 20 inmate-patients from Coalinga State Hospital (CSH) to ASH. (*Id.*)

DMH continues to comply with this Court's orders to expedite admissions to ASH. Between June 22, 2009 and March 12, 2010—a 38 week period—DMH admitted 428 CDCR inmate-patients to ASH (of those 428, 183 were from the MHARP), for an average admission rate of over 11 per week. (Radavsky Decl. ¶ 5.) Additionally, CDCR provided the outstanding clinical updates for the ASH referrals within the time frames ordered by the Court, and DMH admitted the inmates according to the Program Guide requirements for timely admission. (*Id.*) DMH admitted all but 6 class members referred through MHARP to ASH by February 5, 2010; the 6 inmate-patient referrals received between February 1 and 4, 2010 and accepted on February 3 and 4, 2010, were admitted on February 8 and 9, 2010. (Radavsky Decl. ¶ 5.)

Nonetheless, the need for all DMH CDCR or Penal Code section 2684 low-custody beds remains below bed capacity. (Radavsky Decl. ¶ 6.) Although ASH's census as of March 22, 2010, was 251, the census for *Coleman* inmate-patients at Coalinga and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF) are well below capacity: Coalinga's census was 12—38 below capacity; and the VPP dorm's census was 69—15 below capacity. (*Id.*) Moreover, no wait list exists at any DMH program for ICF low-custody beds. (*Id.*)

## II. DEFENDANTS HAVE TAKEN SEVERAL STEPS TO INCREASE REFERRALS AND TO TRANSFER INMATE-PATIENTS TO THE APPROPRIATE LEVELS OF CARE.

Defendants have taken steps to ensure the referral and transfer of inmates to DMH programs, including completing the MHARP and implementing the new ICF Pilot Program. Additionally, Defendants have made significant progress in moving the 15 short-term and

4

intermediate-term projects forward, which have helped to alleviate the wait lists created in part by the referrals generated through the MHARP and the ICF Pilot Program.

### A.     Mental Health Assessment and Referral Project (MHARP).

Defendants, in conjunction with the *Coleman* Special Master and his experts, completed the MHARP, which included four phases (Phases 1, 2, 3, and 4) and case assessments at all 28 non-desert institutions. (McGill Decl. ¶ 4.) As a result of the MHARP, 987 cases were either recommended for referral or directly referred to a DMH-level of care. (*Id.* ¶ 5.) Of these cases, the MHARP assessment teams recommended 650 cases during Phases 2, 3, and/or 4 and the institutions directly referred 337 cases between Phase 1 and 2 and/or between Phase 2 and 3. (*Id.* ¶ 5.) Not all the 987 cases, however, were admitted to DMH programs. (Radavsky Decl. ¶ 7.) Specifically, as of March 12, 2010, 417 cases had been admitted to DMH and 291 cases waitlisted. (*Id.*)[1] With respect to the remaining 279 cases, 173 inmate-patients had paroled, 54 inmate-patients won their Vitek hearing, 48 inmate-patients were rescinded through the Coordinated Clinical Assessment Team (CCAT) process, 1 inmate-patient was at Patton State Hospital per Penal Code section 1026, 2 inmate-patients were out-to court, and 1 inmate-patient was on medical hold. (*Id.*) Table 1 below reflects the disposition of the 987 cases:

**TABLE 1. DISPOSITION OF CASES RECOMMENDED/REFERRED**

| Number of Cases | Disposition |
|---|---|
| 650 | Cases recommended for referral by MHARP assessment teams |
| 337 | Cases referred directly by institution between phase visits (247 between Phases 1 and 2; 90 between Phases 2 and 3) |
| **987** | **Total cases recommended/referred** |
| -417 | Less cases *admitted* to DMH |
| -291 | Less cases *waitlisted* by DMH |
| -173 | Less cases *paroled* prior to DMH admit |
| -54 | Less *Vitek cases rescinded*, resulting in referral not being continued |
| -48 | Less *CCAT cases rescinded,* resulting in referral not being continued |
| -1 | Less case at PSH per PC 1026 |

---

[1] On March 12, 2010, Defendants submitted to the *Coleman* Special Master a Report on the MHARP and ICF Pilot Program. The Report utilized data available on that date or earlier. This Status Report is similarly based on that data—data that Defendants had available and analyzed as of March 12, 2010.

5

Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

| | |
|---|---|
| -2 | Less cases *out to court* |
| -1 | Less cases on *medical hold* |
| **0** | **Cases Remaining** |

Table 2 below reflects the breakdown of the 417 admissions to DMH by DMH program:

**Table 2 – MHARP Admissions to DMH Inpatient Mental Health Care Programs**

| Program | Level of Care | Number of Admissions |
|---|---|---|
| Vacaville Psychiatric Program | Acute Psychiatric Care | 75 |
| Salinas Valley Psychiatric Program | ICF High Custody | 73[2] |
| Vacaville Psychiatric Program | ICF Low Custody Dorms | 40 |
| Atascadero State Hospital | ICF Low Custody Dorms | **183** |
| Coalinga State Hospital | ICF Low Custody Dorms | 35 |
| Patton State Hospital | ICF Low Custody Dorms | 11 |
| **Total Admits** | | **417** |

(Radavsky Decl. ¶ 8.)

**B.     Intermediate Care Facility Pilot Program.**

In Defendants' December 31, 2009 filing, Defendants informed the Court that the California Office of Administrative Law approved CDCR's new ICF Pilot Program on October 23, 2009. (Docket No. 3760 at 9.) Defendants also informed the Court that on November 4, 2009, the institutions that were still part of the MHARP process were directed to begin utilizing the new Pilot Program custody criteria for MHARP referrals. (*Id.*) From November 4, 2009 through March 3, 2010, CDCR's Health Care Placement Oversight Program (HC-POP) reviewed a total of 70 cases for case-by-case evaluation. (Johnson Decl. ¶ 4.) As of March 3, 2010, HC-POP's review had resulted in the recommended referral, acceptance, and transfer of 29 inmate-patients to ASH and 7 inmate-patients to the VPP dorms. (*Id.*)

---

[2] The number of admissions for the SVPP ICF High Custody program includes the admissions to the VPP ICF High Custody Cells and the SVPP ICF High Custody Dorms. (Radavsky Decl. ¶ 8.)

6

Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

In Defendants' December 31, 2009 filing, Defendants also informed the Court that with respect to the 60 cases that HC-POP recommended for referral during the first phase of its review of the SVPP Wait List as of September 2, 2009, 33 inmate-patients had been referred to ASH and 12 inmate-patients to the VPP dorms, but that not all the referred inmate-patients had been admitted to ASH. (Docket No. 3760 at 10.) The disposition of the 45 referrals to ASH and the VPP dorms are reflected in table 3 below:

**Table 3: Disposition of 45 Referrals to ASH and the VPP Dorms**

| Referrals | ASH/VPP Dorms |
|---|---|
| 25 | Transferred to ASH |
| 7 | Transferred to VPP Dorms |
| 3 | Deferred to Coalinga |
| 2 | Pending bed assignment at VPP Dorms |
| 5 | Not clinically approved by VPP Dorm program staff for dormitory housing; Returned to SVPP wait list |
| 1 | Pending CCAT |
| 1 | Paroled |
| 1 | Clinically Rescinded |
| **45** | **Cases** |

(Radavsky Decl. ¶ 9.)

Defendants have also completed the second phase of the SVPP Wait List review—those cases on SVPP Wait List between September 3, 2009 and November 4, 2009. (Johnson Decl. ¶ 5.) Of the 45 potentially eligible cases for review, 9 cases were recommended for referral to DMH programs: 2 cases to ASH and 7 cases to the VPP dorms. (*Id.*) The disposition of the 9 recommended referrals to ASH and the VPP dorms are reflected in table 4 below:

**Table 4: Disposition of 9 Referrals to ASH and the VPP Dorms**

| Referrals | ASH/VPP Dorms |
|---|---|
| 2 | Transferred to ASH |
| 1 | Recommended for VPP dorms, but withdrawn after CCAT |
| 5 | Accepted and pending bed assignment at VPP dorms |
| 1 | Paroled |
| **9** | **Cases** |

(Radavsky Decl. ¶ 10.)

7

Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

**C.      Defendants' Short-Term and Intermediate-Term Projects.**

Defendants have made significant progress in moving the 15 short-term and intermediate-term projects forward, which has helped alleviate the bed needs generated through the MHARP and ICF Pilot Project.

Nine of the projects are complete: 1) the addition of 45 Enhanced Outpatient Program (EOP) Administrative Segregation Unit (ASU) beds at Corcoran State Prison (Vorous Decl. ¶ 2, Ex. 1); 2) the addition of 27 EOP-ASU beds at SVSP (*Id.* ¶ 3, Ex. 2); 3) increased staffing at California State Prison, Lancaster, for an additional 20 EOP-ASU beds (*Id.* ¶ 4, Ex. 3); 4) the activation of 20 temporary unlicensed Mental Health Crisis Beds (MHCBs) at California State Prison, Sacramento (*Id.* ¶ 5, Ex. 4); 5) the addition of 4 ICF high custody beds in the SVSP D-5/D-6 housing units (Docket No. 3656 at 30); 6) the conversion of one 10-bed wing at the SVSP TC-2 housing unit to double cells for ICF high custody inmates (*Id.* ¶ 6, Ex. 5); 7) the conversion of the 44 beds in the Day Treatment Program at CMF to ICF beds (*Id.* ¶ 7, Ex. 6); 8) the conversion of 25 acute beds at ASH to ICF beds (Docket No. 3656 at 30); and 9) the conversion of 36 beds in the P-2 housing unit at VPP from ICF to acute. (*Id.* ¶ 8, Ex. 7). Additionally, the 17 Mental Health Crisis Beds at the San Quentin Correctional Treatment Center are licensed. (*Id* ¶ 9.) Seven cells are currently activated, and 10 will be retrofitted for suicide prevention. (*Id.*)

Three additional projects are scheduled for activation in the near future: 1) the Dual Diagnosis Treatment Program at the California Substance Abuse Treatment Facility & State Prison, Corcoran (SATF), which will result in an increase of 88 EOP-GP beds [December 2009 – June 2010]; 2) the conversion of 32 beds in the P-1 Wing at CMF to acute care [June 2010]; and 3) the conversion of two buildings on the SVSP C yard to 116 ICF high custody beds [June 2010]. (Docket No. 3592 at 9, 12, 14–15; Docket No. 3656 at 30.)

The 150 Level III/IV EOP Sensitive Needs Yard (SNY) project at SATF was replaced with a short-term project for 176 Level I/II EOP SNY beds at SATF. (Docket No. 3811.) That project is scheduled to commence on April 30, 2010. (*Id.*)

The one remaining project—reallocating 150 GP beds at SOL to 150 Level III/IV EOP-GP beds is scheduled to begin transition in June 2010 with full activation complete in December

8

2010. (Docket No. 3592 at 10.) Defendants are re-evaluating the scope and location for this project and will inform the Court and the Special Master of any proposed modification as soon as possible.

### III. STEPS DEFENDANTS HAVE TAKEN TO ENSURE THE REFERRAL PROCESS IS SUSTAINABLE.

#### A. MHARP Training.

Then MHARP included training of institutional staff at all 28 non-desert institutions on access to higher levels of care. (McGill Decl. ¶ 6.) CDCR Nurse Consultants and Psychologists, along with a DMH Psychologist and Licensed Clinical Social Worker, provided a five-hour mandatory training to primary clinicians. (*Id.*) The training consisted of a PowerPoint presentation on the Mental Health Services Delivery System Program Guide, Chapter 6: Department of Mental Health Inpatient Program, screening tools and assessment, and clinical documentation. (*Id.*) The *Coleman* monitors attended and observed the training. (*Id.*)

#### B. ICF Pilot Program.

Under the ICF Pilot Program, all DMH ICF referrals are first sent to the Division of Correctional Health Care Services for clinical and quality management review to ensure adherence to the Pilot process and court-ordered transfer timelines. (Johnson Decl. ¶ 3.) HC-POP then conducts the custody and classification review. (*Id.*) Previously, the process was that the institutions would refer directly to all DMH programs. (*Id.*) Thus, under the new Pilot Program, CDCR has created central placement oversight.

#### C. Quality Management

In addition to the training provided to CDCR clinical staff during the MHARP, CDCR has put in place a Quality Management process to monitor CDCR referrals to DMH. DMH referral and non referral logs have been created, which will be entered into an electronic data base and submitted to Headquarters for review. (McGill Decl. ¶ 7.) CDCR provided a memorandum to the field that reiterates the referral process and training as part of the MHARP and ICF Pilot Program and has put in place a process to audit the referral process at CDCR institutions. (*Id.*) And as reflected in Defendants' Staffing Allocation Plan filed with the Court on September 30,

9

2009, Defendants are attempting to increase staffing for DMH Coordinator positions. (Docket No. 3693.)

DMH continues to admit inmate-patients on an expedited basis when the referral numbers warrant it, and adheres to Program Guide requirements on the time frames to review and accept or reject referrals. (Radavsky Decl. ¶ 11.) Additionally, DMH maintains a data base system that allows it to track referrals and acceptances or rejections, and ensure timely admissions. (*Id.*)

## **CONCLUSION**

The MHARP and the ICF Pilot Program were incremental steps toward establishing a sustainable process of identification and referral for those inmate-patients who need a higher level of care. By having CDCR Headquarters monitor the referral process along with having the institutions audit the referral process locally, CDCR has created a sustainable process for making appropriate referrals to DMH. Moreover, CDCR and DMH remain committed to sustain and standardize the referral process. Defendants respectfully contend that no further court orders concerning the referral process are necessary or appropriate at this time.

Dated: March 26, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30978530

10

Defs.' Status Report
(2:90-cv-00520 LKK JFM P)