1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN L. WOLFF, State Bar No. 193479
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  RALPH COLEMAN, et al.,                    2:90-cv-00520 LKK JFM P

14                          Plaintiffs,       **DECLARATION OF DEBBIE VOROUS
                                              IN SUPPORT OF DEFENDANTS'**
15        v.                                  **STATUS REPORT**

16

17  ARNOLD SCHWARZENEGGER, et al.,

18                          Defendants.

19

20        I, Debbie J. Vorous, declare:

21        1.      I am a Deputy Attorney General with the Office of the Attorney General, attorneys of

22  record for Defendants in this case, and I am licensed to practice in this Court. I have personal

23  knowledge of the facts stated in this declaration and if called to testify to those facts could and

24  would do so competently. I make this declaration in support of Defendants' Status Report.

25        2.      Attached as Exhibit 1 is a letter notifying Special Master Lopes that the California

26  Department of Corrections and Rehabilitation (CDCR) had activated the 45-Bed Enhanced

27  Outpatient Program (EOP) Administrative Segregation Unit (ASU) project at Corcoran State

28  Prison.

                                            1

3.      Attached as Exhibit 2 is a letter notifying Special Master Lopes that CDCR had activated the 27-Bed EOP-ASU project at Salinas Valley State Prison.

4.      Attached as Exhibit 3 is a letter notifying Special Master Lopes of completed staffing for the additional 20 EOP-ASU beds at California State Prison, Lancaster.

5.      Attached as Exhibit 4 is a letter notifying Special Master Lopes that CDCR had activated the 20 temporary Mental Health Crisis Beds (MHCBs) at California State Prison, Sacramento.

6.      Attached as Exhibit 5 is a letter notifying Special Master Lopes that the Salinas Valley Psychiatric Program had completed converting the 10 cells in TC-2 to double occupancy.

7.      Attached as Exhibit 6 is a letter notifying Special Master Lopes that the Department of Mental Health (DMH) had converted the Day Treatment Program at California Medical Facility (CMF) to Intermediate Care Facility beds.

8.      Attached as Exhibit 7 is a letter notifying Special Master Lopes that DMH had converted the P-2 wing at CMF to acute care.

9.      On January 7, 2010, I notified Special Master Lopes that the 17 MHCBs at San Quentin Correctional Treatment Center had been licensed.  It is my understanding that seven cells are currently activated and 10 will be retrofitted for suicide prevention.

I declare that the foregoing is true.  Executed this 26th day of March, 2010, in Sacramento, California.

*/s/ Debbie J. Vorous*
DEBBIE J. VOROUS

CF1997CS0003
30978940.doc

2

# EXHIBIT 1

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



November 24, 2009

Matthew A. Lopes, Jr., Esq.                                    Debbie Vorous
Office of the Special Master              Via:    Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Way, Suite 301                     1300 "I" Street, Suite 125
Providence, RI  02908                             P. O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE:  COMPLETION OF 45 ADDITIONAL ENHANCED OUTPATIENT (EOP)
ADMINISTRATIVE SEGREGATION BEDS (ASU) AT CALIFORNIA STATE
PRISON (CSP) CORCORAN**

Dear Special Master Lopes:

The California Department of Corrections and Rehabilitation is providing this notification
in response to the *Coleman v. Schwarzenegger* Court order filed by the United States
Eastern District Court on June 18, 2009, to add an additional 45 EOP–ASU beds at
CSP-Corcoran.

This project was complete as of November 16, 2009.  The State Fire Marshall completed
his inspection and provided provisional approval on November 12, 2009, with final
approval on November 13, 2009.  Employees were moved into the unit on November 13,
2009, and inmate-patients on November 16, 2009.

If you have any questions, please contact Suzanne Streater, at (916) 327-0592.

Sincerely,

SHARON AUNGST
Chief Deputy Secretary
Division of Correctional Health Care Services

# EXHIBIT 2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



December 9, 2009

Matthew A. Lopes, Jr., Esq.                          Debbie Vorous
Office of the Special Master          Via:    Deputy Attorney General
Pannone Lopes & Devereaux LLC                 Department of Justice
317 Iron Horse Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI  02908                         P. O. Box 944255
                                              Sacramento, CA  94244-2550

RE:    **COMPLETION OF 27 ADDITIONAL ENHANCED OUTPATIENT (EOP) ADMINISTRATIVE SEGREGATION UNIT (ASU) BEDS AT SALINAS VALLEY STATE PRISON**

Dear Special Master Lopes:

The California Department of Corrections Rehabilitation is providing this notification in response to the *Coleman v. Schwarzenegger* Court order filed by the United States Eastern District Court on June 18, 2009, to add 27 EOP-ASU beds at Salinas Valley State Prison.

This project was complete as of December 7, 2009.  Additional clinical staff and custody staff have been obtained, and treatment began on that date.

If you have any questions, please contact Suzanne Streater, at (916) 327-0592.

Sincerely,

SHARON AUNGST
Chief Deputy Secretary
Division of Correctional Health Care Services

# EXHIBIT 3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



January 4, 2010

Matthew A. Lopes, Jr., Esq.              Via:    Debbie Vorous
Office of the Special Master                     Deputy Attorney General
Pannone Lopes Devereaux & West LLC               Department of Justice
317 Iron Horse Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                            P. O. Box 944255
                                                 Sacramento, CA  94244-2550

**COMPLETION OF INCREASED STAFFING FOR 20 ADDITIONAL ENHANCED OUTPATIENT HOUSING-ADMINISTRATIVE UNIT BEDS AT CALIFORNIA STATE PRISON, LANCASTER.**

Dear Special Master Lopes:

The California Department of Corrections and Rehabilitation is providing this notification in response to the *Coleman v. Schwarzenegger* Court order filed by the United States Eastern District Court on June 18, 2009 to increase staffing for 20 additional Enhanced Outpatient Housing-Administrative Segregation Unit beds at California State Prison, Lancaster.

This project was complete as of January 4, 2010.  Additional clinical staff and custody staff have been obtained and treatment began on that date.

If you have any questions, please contact Suzanne Streater, Chief, Health Care Facilities and Licensing Liaison Unit, at (916) 327-0592.

Sincerely,

SHARON AUNGST
Chief Deputy Secretary
Correctional Health Care Services

# EXHIBIT 4

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001

December 17, 2009

Matthew A. Lopes, Jr., Esq.              Via:   Debbie Vorous
Office of the Special Master                    Deputy Attorney General
Pannone Lopes Devereaux & West LLC              Department of Justice
317 Iron Horse Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI  02908                           P. O. Box 944255
                                                Sacramento, CA  94244-2550

**COMPLETION OF THE CONVERSION FROM 20 MENTAL HEALTH OUTPATIENT HOUSING UNIT BEDS AT CALIFORNIA STATE PRISON, SACRAMENTO TO 20 TEMPORARY MENTAL HEALTH CRISIS BEDS**

Dear Special Master Lopes:

The California Department of Corrections and Rehabilitation is providing this notification in response to the *Coleman v. Schwarzenegger* Court order filed by the United States Eastern District Court on June 18, 2009 to convert 20 Mental Health Outpatient Housing Unit beds into 20 temporary mental health crisis beds at California State Prison, Sacramento.

This project was activated on December 14, 2009. Additional clinical staff and custody staff have been obtained, and patient admissions commenced on that date.

If you have any questions, please contact Suzanne Streater, Chief, Health Care Facilities and Licensing Liaison Unit, at (916) 327-0592.

Sincerely,

SHARON AUNGST
Chief Deputy Secretary
Division of Correctional Health Care Services

# EXHIBIT 5



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

March 2, 2010

Debbie Vorous                          via:        Cynthia A. Radavsky
Deputy Attorney General                            Deputy Director
1300 I Street, Suite 125                           1600 Ninth Street, Rm. 250
P.O. Box 944255                                     Sacramento, CA 95814
Sacramento, CA  94244-2550

**RE: Salinas Valley Psychiatric Program: Completion of Conversion and Activation of Ten Cells in TC-2 from Single Cell to Double Occupancy**

The Department of Mental Health is providing this notification in response to the *Coleman v. Schwarzenegger* court order filed by the United States Eastern District Court on June 18, 2009 to convert ten cells in Treatment Center 2 (TC-2) at the Salinas Valley Psychiatric Program (SVPP) from single cell to double occupancy. I am pleased to inform you that the ten cells in TC-2 at SVPP have been converted to double occupancy, are staffed and operating at capacity (20 beds). The admission of inmate-patients to TC-2 for intermediate care began on February 1, 2010 and was fully occupied as of February 26, 2010.

I would like to acknowledge the efforts of Victor Brewer and staff at SVPP for their work to complete the conversion of the cells in TC-2 treatment space from single cell to double occupancy.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc: Dr. Stephen W. Mayberg, Director, Department of Mental Health
     Victor Brewer, Executive Director, Vacaville Psychiatric Program

# EXHIBIT 6



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

October 12, 2009

Debbie Vorous                           via:      Cynthia A. Radavsky
Deputy Attorney General                           Deputy Director
1300 I Street, Suite 125                          1600 Ninth Street, Rm. 250
P.O. Box 944255                                   Sacramento, CA 95814
Sacramento, CA 94244-2550

**RE: Vacaville Psychiatric Program: Conversion of Day Treatment Program to**
**Intermediate Care**

The Department of Mental Health is providing this notification in response to the *Coleman v.*
*Schwarzenegger* court order filed by the United States Eastern District Court on June 18, 2009 to
convert the A-2 wing in the Vacaville Psychiatric Program from the Day Treatment Program (DTP) to
Intermediate Care. All patients in the DTP were assessed by August 17, 2009 and the clinically
appropriate level-of-care was identified for their transfer. I am pleased to inform you that the last
DTP patient was discharged and transferred to the clinically appropriate level-of-care on September
24, 2009.

I would like to acknowledge the collaborative efforts of clinicians at the Vacaville Psychiatric
Program and the California Medical Facility for completing the assessments of all 28 DTP inmate-
patients.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc: Dr. Stephen W. Mayberg, Director, Department of Mental Health
       Victor Brewer, Executive Director, Vacaville Psychiatric Program

# EXHIBIT 7



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

October 12, 2009

Debbie Vorous                           via:        Cynthia A. Radavsky
Deputy Attorney General                             Deputy Director
1300 I Street, Suite 125                            1600 Ninth Street, Rm. 250
P.O. Box 944255                                     Sacramento, CA 95814
Sacramento, CA 94244-2550

**RE: Vacaville Psychiatric Program: Completion of Conversion and Activation of P-2 Wing
    from Intermediate to Acute Care**

The Department of Mental Health is providing this notification in response to the *Coleman v.
Schwarzenegger* court order filed by the United States Eastern District Court on June 18, 2009 to
convert treatment space in the P-2 wing at the Vacaville Psychiatric Program (VPP) from
intermediate care to acute care. I am pleased to inform you that the treatment space in P-2 at VPP
has been converted to acute care; it is staffed and operating at capacity (36 beds). The admission
of inmate-patients to P-2 for acute care began on August 20, 2009 and was fully occupied as of
October 7, 2009.

I would like to acknowledge the efforts of Victor Brewer and staff at VPP for their work to complete
the conversion of the P-2 treatment space from an intermediate to acute level-of-care.

If you have any questions please contact me at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director
Division of Long Term Care Services

Cc:  Dr. Stephen W. Mayberg, Director, Department of Mental Health
     Victor Brewer, Executive Director, Vacaville Psychiatric Program