EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                              Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CYNTHIA A. RADAVSKY IN SUPPORT OF DEFENDANTS' STATUS REPORT** |

I, Cynthia A. Radavsky, declare:

1. I am the Deputy Director of Long-Term Care Services for the California Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Status Report.

2. I have been employed by DMH since October 1995. As the Deputy Director of Long-Term Care Services, I am familiar with the DMH programs that serve CDCR male inmate-patients admitted to Atascadero State Hospital (ASH), the Vacaville Psychiatric Program (VPP)

1

1  at California Medical Facility, and the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison.

3.  I am familiar with this Court's March 31, 2009 Order that clinicians from the California Department of Corrections and Rehabilitation (CDCR) and DMH work with the *Coleman* Special Master and his experts to conduct a modified needs assessment (hereafter referred to as the Mental Health Assessment Referral Project (MHARP)) to determine whether there are unmet needs for inpatient care among members of the *Coleman* class.

4.  I am also familiar with the Court's January 27, 2010 order. I am aware that the Court granted Defendants an extension of time to February 26, 2010, to fill the 256 Intermediate Care Facility (ICF) beds at ASH. I am also aware that the Court ordered that all class members referred through MHARP and accepted to ASH, be transferred by February 5, 2010, and that within 5 working days from January 27, 2010, CDCR provide to DMH all outstanding clinical updates for referrals to ASH that CDCR generated from the SVPP Wait List and that DMH admit those inmates according to the Program Guidelines for timely admission.

5.  DMH complied with the Court's January 27, 2010 order, and filled all 256 ICF beds at ASH with *Coleman* class members by February 26, 2010. In order to fill all 256 ICF beds, however, DMH transferred 20 inmate-patients from Coalinga State Hospital to ASH. Nonetheless, DMH continued to accelerate admissions to ASH. Between June 22, 2009 and March 12, 2010, DMH admitted 428 CDCR inmate-patients to ASH, for an average admission rate of over 11 per week. Additionally, CDCR provided the outstanding clinical updates for the ASH referrals within the time frame ordered by the Court, and DMH met the Program Guide requirements for timely admission. DMH admitted all but 6 class members referred through MHARP to ASH by February 5, 2010,—the 6 inmate-patient referrals received between February 1 and 4, 2010 and accepted on February 3 and 4, 2010, were admitted on February 8 and 9, 2010.

6.  The need for all DMH CDCR or Penal Code section 2684 low-custody beds is below bed capacity. ASH's census as of March 22, 2010 was 251—5 below capacity. Likewise, the census for *Coleman* inmate-patients at Coalinga and the VPP dorms are below capacity:

2

Radavsky Decl. in Supp. Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

Coalinga's census was 12—38 below capacity; and the VPP dorm's census was 69—15 below capacity. Moreover, no wait list exists at any DMH program for ICF low-custody beds.

7. DMH has received all of the recommended referrals generated from the modified needs assessment. As of March 12, 2010, DMH had received 987 referrals from the assessment. From those 987 referrals, DMH admitted 417 inmate-patients to various DMH programs for CDCR inmate-patients, placed 291 inmate-patients on Wait Lists, and did not admit nor waitlist 279 inmate-patients. DMH did not admit nor waitlist the 279 inmate-patients for the following reasons: 173 inmate-patients had paroled, 54 inmate-patients' *Vitek* hearings were upheld; 48 inmate-patients were rescinded through the Coordinated Clinical Assessment Team process; 1 inmate-patient was at Patton State Hospital per Penal Code section 1026, 2 inmate-patients were out-to court, and 1 inmate-patient was on medical hold.

8. Table 1 shows to which DMH Program the 417 inmate-patients were admitted:

**Table 1 – DMH Program Admissions**

| DMH Program | Admissions |
|---|---|
| VPP Acute | 75 |
| SVPP ICF High Custody | 73* |
| VPP ICF Low Custody Dorms | 40 |
| ASH | 183 |
| Coalinga | 35 |
| PSH | 11 |
| **Total:** | **417** |

*The number of admissions for the SVPP ICF High Custody program includes the admissions to the VPP ICF High Custody Cells and the SVPP ICF High Custody Dorms.

9. Concerning CDCR's review of the SVPP Wait List as of September 2, 2009, utilizing the new ICF Pilot Program custody criteria, DMH received 33 referrals to ASH and 12 to the

3

1  VPP dorms. The disposition of the 45 referrals as of March 12, 2010, is as follows: 25 inmate-patients were transferred to ASH; 7 inmate-patients were transferred to the VPP dorms; 3 inmate-patients were deferred to CSH; 2 inmate-patients are pending bed assignment at the VPP dorms; 5 inmate-patients were not clinically approved for VPP dorms and were returned to the SVPP Wait List; 1 inmate-patient is pending a CCAT; 1 inmate-patient paroled; and 1 inmate-patient was clinically rescinded.

10. Concerning CDCR's review of the SVPP Wait List between September 3, 2009 and November 4, 2009, DMH received 2 referrals to ASH and 7 to the VPP dorms. The disposition of the 9 referrals as of March 12, 2010, is as follows: 2 inmate-patients transferred to ASH, 1 inmate-patient was recommended for the VPP dorms but withdrawn after the CCAT; 5 inmate-patients were accepted and are pending bed assignment at the VPP dorms; and 1 inmate-patient paroled.

11. DMH continues to admit inmate-patients on an expedited basis when the referral numbers warrant it and adheres to the Program Guide requirements on the time frames to review and accept or reject referrals. Additionally, DMH maintains a data base system that allows it to track referrals and acceptances or rejections, and ensure timely admissions. DMH remains committed to sustain and standardize the referral process.

I declare that the foregoing is true. Executed this 26th day of March 2010, at Sacramento, California.

CYNTHIA A. RADAVSKY

CF1997CS0003

4

Radavsky Decl. in Supp. Defs.' Status Report
(2:90-cv-00520 LKK JFM P)