EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF RICK JOHNSON IN SUPPORT OF DEFENDANTS' STATUS REQUEST** |

I, Rick Johnson, declare:

1. I am the Chief of the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Status Report.

2. I began working at CDCR in 1983, and have worked as the Chief of the Health Care Placement Oversight Program (HC-POP) since 2006.

3. As the Chief, I was involved in the development of a CDCR Pilot Program for housing inmate-patients with identified security concerns in the Department of Mental Health

1

(DMH) Intermediate Care Facility (ICF) programs at Atascadero State Hospital (ASH) and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF), and I am familiar with the purpose and program components of the Pilot Program. For instance, under the Pilot Program, all DMH ICF referrals are first sent to the Division of Correctional Health Care Services for clinical and quality management review to ensure adherence to the Pilot process and court-ordered transfer timelines. HC-POP then conducts the custody and classification review. Previously, the process was that the institutions would refer directly to all DMH programs.

4. On November 4, 2009, HC-POP directed impacted field custody and classification staff to immediately begin using the new custody criteria in the ICF Pilot Program for assessing all future referrals to DMH ICF levels of care at ASH and the VPP dorms. Between November 4, 2009 and March 3, 2010, HC-POP reviewed a total of 70 cases for case-by-case evaluation using the new screening criteria. As of March 3, 2010, HC-POP's review had resulted in the recommended referral, acceptance, and transfer of 29 inmate-patients to ASH and 7 to the VPP dorms.

5. Additionally, HC-POP has completed the second phase of the review of the SVPP Wait List—those cases on the SVPP Wait List between September 3, 2009 and November 4, 2009. HC-POP's initial review resulted in 45 potentially eligible inmate-patient referrals. From this number, 9 cases were recommended for referral: 2 to ASH and 7 to the VPP dorms.

I declare that the foregoing is true. Executed this 26 day of March, 2010, at Sacramento, California.

R. W. Johnson
RICK JOHNSON

CF1997CS0003

2

Johnson Decl. in Supp. of Defs.' Status Report
(2:90-cv-00520 LKK JFM P)