| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884<br>GREGORY G. GOMEZ, State Bar No. 242674 |
| 4 | Deputy Attorneys General<br> 1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 6 |  Telephone: (916) 324-5345<br> Fax: (916) 324-5205 |
| 7 |  E-mail: Debbie.Vorous@doj.ca.gov |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' STATUS REPORT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Status Report.

2. I began working for CDCR in 1997, and in the CDCR Mental Health Utilization Management Program in May 2008. The Mission of Mental Health Utilization Management is

1

twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, state-wide, evidence-based quality care.

3. I am familiar with this Court's March 31, 2009 Order that clinicians from CDCR and the Department of Mental Health (DMH) work with the *Coleman* Special Master and his experts to conduct a modified needs assessment (hereafter referred to as the Mental Health Assessment Referral Project (MHARP)) to determine whether there are unmet needs for inpatient care among members of the *Coleman* class.

4. I have been the project lead for the MHARP since April 2009. In that role, I, along with other CDCR and DMH clinicians, met with the Special Master and his experts to develop a plan for the assessment that would comply with the Court's orders. The plan that we developed included four phases (Phase 1, 2, 3, and 4) and all 28 non-desert institutions. In addition, I have participated in all aspects of the assessment and training.

5. As a result of the MHARP, 987 cases were either recommended for referral or directly referred to a DMH-level of care. Of these cases, the MHARP assessment teams recommended 650 cases during Phases 2, 3, and/or 4, and the institutions directly referred 337 cases between Phase 1 and 2 and/or between Phase 2 and 3.

6. As part of the MHARP, CDCR Nurse Consultants and Psychologists, along with a DMH Psychologist and Licensed Clinical Social Worker, provided a five-hour mandatory training to primary clinicians at all 28 non-desert institutions. The training consisted of a PowerPoint presentation on the Mental Health Services Delivery System Program Guide, Chapter 6: Department of Mental Health Inpatient Program, screening tools and assessment, and clinical documentation. The *Coleman* monitors attended and observed the training.

7. In addition to the training, CDCR has put in place a Quality Management process to monitor CDCR referrals to DMH. DMH referral and non-referral logs have been created, which will be entered into an electronic data base and submitted to Headquarters for review. CDCR provided a memorandum to the field that reiterates the referral process and training as part of the

2

McGill Decl. in Supp. Defs.' Status Report
(2:90-cv-00520 LKK JFM P)

1  MHARP and ICF Pilot Program, and has put in place a process to audit the referral process at
2  CDCR institutions.
3      I declare that the foregoing is true. Executed this ___ day of March 2010, at Sacramento,
4  California.

LUCINDA McGILL

CF1997CS0003

3

McGill Decl. in Supp. Defs.' Status Report
(2:90-cv-00520 LKK JFM P)