EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S JANUARY 4, 2010 AND MARCH 24, 2010 ORDERS THAT DEFENDANTS FILE A NEW ACTIVATION SCHEDULE FOR THE DEWITT CONVERSION PROJECT** |

1

| Acronym List ||
| Term | Definition |
|---|---|
| AB | Assembly Bill |
| ADA | Americans With Disabilities Act |
| A/E | Architect/Engineer |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act Compliance |
| DOF | Department of Finance |
| EOP | Enhanced Outpatient Program |
| JLBC | Joint Legislative Budget Committee |
| N.O.D. | Notice of Determination |
| PMIA | Pooled Money Investment Account |
| PMIB | Pooled Money Investment Board |
| PWB | Public Works Board |
| SFM | State Fire Marshall |

On March 24, 2010, this Court ordered that Defendants file a new activation schedule for the Dewitt conversion project as required by the Court's January 4, 2010 order that Defendants file a new schedule that reflects patient admissions completed to full occupancy by 2013. (Docket No. 3823.) Enclosed as Attachment A is a true and correct copy of Defendants' new activation schedule for the Dewitt conversion project.

Dated: March 30, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30981676

3

Defs.' Resp. to Court's January 4, 2010 and March 24, 2010 Orders Re: Dewitt Conversion Project
(2:90-cv-00520 LKK JFM P)

# ATTACHMENT A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
Assistant Secretary
P.O. Box 942883
Sacramento, CA 94283-0001



March 30, 2010

Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA 94244-2550

Dear Ms. Vorous

Enclosed please find the revised Dewitt activation schedule, amended as required by the January 4, 2010 order.

Sincerely,

BENJAMIN T. RICE
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Enclosures

Report Date: March 22, 2010

**Project:** DeWitt Nelson Conversion[1]
**Responsible Person:** Chris Meyer/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** TBD
**Location:** DeWitt Nelson, Stockton
**Funding Source:** AB 900 (GC 15819.40)

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion to Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 153 | 11/6/09 | | | 4/8/10 | | | | G. Lewis | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 32 | 4/9/10 | | | 5/11/10 | | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/10 | | | 6/11/10 | | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 6/14/10 | | | 6/14/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 5/25/10 | | | 6/15/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 6/16/10 | | | 6/16/10 | | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 32 | 6/17/10 | | | 7/19/10 | | | | G. Lewis | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 188 | 7/20/10 | | | 1/24/11 | | | | G. Lewis | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Assumes use of prototypical housing unit. |
| California Environmental Quality Act Compliance (CEQA) | 265 | 6/17/10 | | | 3/9/11 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Circulate/Comment Period, Prepare CEQA Documents, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 1/25/11 | | | 3/11/11 | | | | JLBC | JLBC Approval. | |
| PWB Approval of Preliminary Plans | 45 | 1/28/11 | | | 3/14/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 210 | 3/15/11 | | | 10/11/11 | | | | G. Lewis | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Bid and Award | 90 | 10/12/11 | | | 1/10/12 | | | | G. Lewis | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction[2] | 607 | 1/11/12 | | | 9/9/13 | | | | G. Lewis Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Hire Staff | 540 | 2/16/12 | | | 8/9/13 | | | | S. Streater K. Baker & Warden | Preactivation planning activities, including the recruitment, hire, and training of key activation staff 18 months prior to activation. Order long lead equipment items | |
| Activation[3] | 30 | 8/10/13 | | | 9/9/13 | | | | S. Streater K. Baker & Warden | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |
| Inmate Admissions | 112 | 9/10/13 | | | 12/31/13 | | | | S. Streater K. Baker & Warden | | |

[1] This facility is intended to include 375 EOP, 50 EOP/ASU, and 708 non-mental health beds.
[2] Special Master shall receive updates on construction every 90 days.
[3] Activation is contingent upon full activation of the California Health Care Facility construction project, which has a planned complete date of 03/12/2013.

Page 1

Project:     DeWitt Nelson Conversion

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Durham | Stephen | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lewis | Gary O. | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden, DeWitt | 7650 So. Newcastle Rd. | Stockton | 95213 |