1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11  RALPH COLEMAN, et al.,           ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
12        Plaintiffs,                ) **[PROPOSED] ORDER**
                                     ) **CONFIRMING UNDISPUTED**
13  v.                               ) **ATTORNEYS' FEES AND COSTS**
                                     ) **FOR THE FOURTH QUARTER**
14  ARNOLD SCHWARZENEGGER, et al.,   ) **OF 2009**
                                     )
15        Defendants                 )
                                     )
16  _____ )

17
18
19
20
21
22
23
24
25
26
27
28

---

On April 6, 2010, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the fourth quarter of 2009, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $220,449.25, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 20, 2010, accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court

---
1
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2009