IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants

) Case No. Civ. S 90-0520 LKK-JFM
)
) **ORDER CONFIRMING**
) **UNDISPUTED ATTORNEYS'**
) **FEES AND COSTS FOR THE**
) **FOURTH QUARTER OF 2009**
)
)
)
)

1   On April 6, 2010, the parties in this case filed a Stipulation confirming the results
2 of their meet and confer session concerning fees and costs for the fourth quarter of 2009,
3 pursuant to the March 19, 1996, periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5 costs of $220,449.25, plus interest, are due and collectable as of forty-five days from the
6 date of entry of this Order.  Interest on these fees and costs will run from March 20, 2010,
7 accruing at the rate provided by 28 U.S.C. §1961.
8    IT IS SO ORDERED.
9   Dated: April 8, 2010.

UNITED STATES MAGISTRATE JUDGE

/coleaf4q09