EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT TO CONVERT TWO BUILDINGS ON THE SALINAS VALLEY STATE PRISON C YARD TO 116 INTERMEDIATE CARE FACILITY HIGH-CUSTODY BEDS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On June 18, 2009, the Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.) In addition, the Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) Moreover, on January 4, 2010, the Court ordered that Defendants are only required to describe departures from timeframes when a departure or impediment will delay completion of a project by more than thirty days. (Docket No. 3761 ¶ 3.) That is the case here.

1

Defs.' Resp. to Court Orders Re: Convert 2 Bldgs. on SVSP C Yard to 116 Interm. Care Facility High-Cust. Beds
(2:90-cv-00520 LKK JFM PC)

1  Attached is a notice to the Special Master informing the Special Master that changes to the
2  original design of Defendants' short-term project to covert two buildings on the Salinas Valley
3  State Prison C yard to 116 Intermediate Care Facility high-custody beds, have resulted in an
4  estimated 7–8 week delay in obtaining the license and activating the facility. (Vorous Decl. ¶ 2,
5  Ex. 1.)  In addition, the notice states that Defendants now expect to implement the project by
6  August 2010, rather than by June 2010 as indicated in their May 26, 2009 filing. (*Id.*)  Moreover,
7  the notice states that the California Department of Corrections and Rehabilitation continues to
8  explore ways to mitigate this delay. (*Id.*)

Dated:  April 20, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
30994374

2