EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT TO CONVERT TWO BUILDINGS ON THE SALINAS VALLEY STATE PRISON C YARD TO 116 INTERMEDIATE CARE FACILITY HIGH-CUSTODY BEDS** |

I, Debbie J. Vorous, declare:

1.    I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently.

2.    Attached as Exhibit 1 is a true and correct copy of an April 8, 2010 e-mail that I sent to Special Master Lopes informing him that changes to the original design of the plans for

1

1  Defendants' short-term project to convert two buildings on the Salinas Valley State Prison C yard
2  to 116 Intermediate Care Facility high-custody beds, have resulted in an estimated 7–8 week
3  delay in obtaining the license and activating the facility.  Defendants now expect to implement
4  the project by August 2010, rather than by June 2010 as indicated in their May 26, 2009 filing.
5  Moreover, the e-mail states that the California Department of Corrections and Rehabilitation
6  continues to explore ways to mitigate this delay.
7     I declare under penalty of perjury that the foregoing is true.  Executed this 20th day of
8  April, 2010, in Sacramento, California.

*/s/ Debbie Vorous*
DEBBIE VOROUS

CF1997CS0003
30994373

2
Decl. of Debbie Vorous Re:  Convert 2 Bldgs. on SVSP C Yard to 116 Interm. Care Facility High-Cust. Beds
(2:90-cv-00520 LKK JFM PC)

# EXHIBIT 1

**Debbie Vorous - Notification Re: SVSP C-5/C-6 Conversion to 116 ICF High Custody Beds**

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | mlopes@pldwlaw.com |
| **Date:** | 4/8/2010 5:40 PM |
| **Subject:** | Notification Re: SVSP C-5/C-6 Conversion to 116 ICF High Custody Beds |
| **CC:** | Debbie Vorous; Gregory Gomez; kwalsh@pldlaw.com |

Dear Special Master Lopes:

This e-mail is to formally notify you of an impediment to Defendants' activation of their short-term project to convert two buildings on the Salinas Valley State Prison C yard to 116 Intermediate Care Facility high custody beds. In their May 26, 2009 filing, Defendants indicated that they intend to implement the project within 12 months following the Court's approval; that is, by June 2010.

After the State Fire Marshall inspected the plans for the project, the California Department of Corrections and Rehabilitation (CDCR) engaged in a required peer review. The peer review resulted in a need to change the original design, which included a change in the existing doors, the Group Room ceiling construction, and the fabrication and delivery schedule for the doors. The combined effect of these changes have resulted in an estimated 7-8 week delay in obtaining the license and activating the facility. In other words, Defendants now expect to implement the project by August 2010. The original delay in implementing the project was 10 weeks, but CDCR has been able to find ways to mitigate the delay by 3 weeks. CDCR continues to explore ways to further mitigate this delay.

Please contact me if you have any questions.

Sincerely,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345