# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

April 14, 2010

**William K. Suter**
Clerk of the Court
(202) 479-3011

**FILED**

APR 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Clerk
United States District Courts for the Eastern
District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA  95814-2322

    Re:   California State Republican Legislator Intervenors, et al.
          v. Marciano Plata, et al.
          No. 09-1232
          (Your No. CIV S-90-0520 LKK JFM P, C01-1351 TEH)

Dear Clerk:

       An appeal in the above-entitled case was filed in this Court April 12, 2010 and placed on the docket April 14, 2010, as No. 09-1232.

Sincerely,

**William K. Suter**, Clerk

by _Melissa Blalock_

Melissa Blalock
Case Analyst