DOWNEY BRAND LLP
STEVEN P. SAXTON (SBN 116943)
DAVID R.E. ALADJEM (SBN 152203)
ELLEN L. TRESCOTT (SBN 252082)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
ssaxton@downeybrand.com
daladjem@downeybrand.com
etrescott@downeybrand.com

*Attorneys for Respondent*
California Department of Corrections and Rehabilitation in related case of *California Correctional Peace Officers Association v. California Department of Corrections and Rehabilitation, et al.*, Case No. 2:10-cv-01131 FCD DAD (E.D. Cal.)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>        Defendants. | Case No. 2:90-cv-00520 LKK JFM<br><br>**DECLARATION OF STEVEN P. SAXTON IN SUPPORT OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S NOTICE OF RELATED CASE** |

I, Steven P. Saxton, declare:

1. I am an attorney licensed to practice law in the State of California, and a partner at the law firm of Downey Brand LLP, attorneys for the California Department of Corrections and Rehabilitation ("CDCR") in the case of *California Correctional Peace Officers Association v. California Department of Corrections*

*and Rehabilitation, et al.*, Case No. 2:10-cv-01131 FCD DAD (E.D. Cal.) ("*CCPOA*").

2.  This declaration is made in support of CDCR's Notice of Related Case filed with this Court herewith on May 10, 2010.

3.  I have personal knowledge regarding the matters described in this declaration, and if called upon, I could and would competently testify to their truth.

4.  Attached hereto as Exhibit A is a true and correct copy of the *Order Granting Respondent's Motion to Transfer Venue to The Eastern District of California Pursuant to 20 U.S.C. § 1404(a) [ ]; and Order Declining to Address Petitioner California Correctional Peace Officers Association's Motion for Remand and For Costs and Expenses [ ]*, entered by the Honorable Judge John F. Walter in the United States District Court for the Central District of California on May 7, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2010, in Sacramento, California.

/s/ Steven P. Saxton
STEVEN P. SAXTON

1076056.1

2

DECLARATION OF S. SAXTON

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on May 10, 2010 and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

          /s/ Steven P. Saxton
          Steven P. Saxton