UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

         Plaintiffs,

    v.                                            CIV. NO. S-90-520 LKK/JFM

ARNOLD SCHWARZENEGGER, et al.,

         Defendants.
_____/
CALIFORNIA CORRECTIONAL PEACE
OFFICERS ASSOCIATION, a
California corporation,

         Petitioner,
                                              CIV. NO. S-10-1131 FCD/DAD
    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, a
California state agency and                   RELATED CASE ORDER
DOES 1-50,

         Respondents.
_____/

    Pending before the court is a notice of related cases concerning <u>California Correctional Peace Officers Association v. California Department of Corrections and Rehabilitation</u>, No. 2:10-cv-1131-FCD-DAD and <u>Coleman v. Schwarzenegger</u>, No. 2:90-cv-520-LKK-JFM.

1    Examination of the above-entitled actions reveals that
2 they are related within the meaning of Local Rule 123(a)(2) and
3 (4). This conclusion is in accordance with the order of the
4 Central District of California transferring the case to this
5 district. <u>California Correctional Peace Officers Association v.</u>
6 <u>California Department of Corrections and Rehabilitation</u>, No. 2:10-
7 cv-1759-JFW-SS (C.D. Cal. May 7, 2010).
8    The parties should be aware that relating the cases under
9 Local Rule 123 merely has the result that the actions are assigned
10 to the same judge; no consolidation of the actions is effected.
11 Under the regular practice of this court, related cases are
12 generally assigned to the judge and magistrate judge to whom the
13 first filed action was assigned.
14    Accordingly the court ORDERS as follows:
15    1.   The above cases are RELATED.
16    2.   The action denominated Civ. No. 2:10-cv-1131-FCD-DAD is
17         REASSIGNED to Judge Lawrence K. Karlton and Magistrate
18         Judge John F. Moulds for all further proceedings, and
19         any dates currently set in the reassigned case <u>only</u>, are
20         hereby VACATED.
21    3.   Henceforth, the caption on documents filed in the
22         reassigned case shall be shown as No. 2:10-cv-1131-LKK-
23         JFM.
24    4.   The Clerk of the Court shall make appropriate adjustment
25         in the assignment of civil cases to compensate for this
26         reassignment.

1   IT IS SO ORDERED.

2   DATED: May 11, 2010.

        /s/ Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

3