1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 324-5345
    Fax:  (916) 324-5205
7   E-mail:  Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13  | | |
    |---|---|
    | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
    | Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT'S FEBRUARY 12, 2010 ORDER THAT DEFENDANTS FILE AN AMENDED PLAN FOR THE ENHANCED OUTPATIENT PROGRAM POPULATION ORIGINALLY PLANNED FOR THE STARK FACILITY AND RENEW OR WITHDRAW THEIR MOTION FOR RECONSIDERATION AND RELIEF; UPDATE ON STATUS OF LONG-RANGE MENTAL HEALTH BED PLAN** |
    | v. | |
    | **ARNOLD SCHWARZENEGGER, et al.,** | |
    | Defendants. | |

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **AB** | Assembly Bill |
| **ADA** | Americans With Disabilities Act |
| **A/E** | Architectural/Engineering |
| **ASU** | Administrative Segregation Unit |
| **CCPOA** | California Correctional Peace Officers Association |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **CEQA** | California Environmental Quality Act Compliance |
| **CIM** | California Institution for Men |
| **CIW** | California Institution for Women |
| **CHCF** | California Health Care Facility |
| **CMC** | California Men's Colony |
| **CMF** | California Medical Facility |
| **COBCP** | Capital Outlay Budget Change Proposal |
| **COR** | California State Prison, Corcoran |
| **CSU** | Classification Services Unit |
| **DAI** | Division of Adult Institutions |
| **EOP** | Enhanced Outpatient Program |
| **DOF** | Department of Finance |
| **GP** | General Population |
| **HDSP** | High Desert State Prison |
| **ICF** | Intermediate Care Facility |
| **JLBC** | Joint Legislative Budget Committee |
| **KVSP** | Kern Valley State Prison |
| **LAC** | California State Prison, Los Angeles County |
| **MCSP** | Mule Creek State Prison |
| **MHCB** | Mental Health Crisis Bed |
| **NKSP** | North Kern State Prison |
| **N.O.D.** | Notice of Determination |
| **PMIA** | Pooled Money Investment Account |
| **PMIB** | Pooled Money Investment Board |
| **PBSP** | Pelican Bay State Prison |
| **PSU** | Psychiatric Services Unit |
| **PVSP** | Pleasant Valley State Prison |
| **PWB** | Public Works Board |
| **RJD** | Richard J. Donovan Correctional Facility |
| **SAC** | California State Prison, Sacramento |
| **SATF** | Substance Abuse Treatment Facility |
| **SFM** | State Fire Marshal |
| **SNY** | Sensitive Needs Yard |

2

| SOL | California State Prison, Solano |
|---|---|
| SQ | California State Prison, San Quentin |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

3

**BACKGROUND**

On January 4, 2010, the Court ordered that Defendants file an amended plan for their proposed Stark conversion project from a Division of Juvenile Justice facility to an adult male facility.  (Docket No. 3761.)  This project would house and serve a portion of the adult male Enhanced Outpatient Program (EOP) population consisting of 775 EOP General Population (GP) and 50 EOP Administrative Segregation Unit (ASU) inmates, for a total of 825 EOP inmates. (Docket No. 3724–2 at 43–45.)  The Court ordered that Defendants revise their plan in order to: (1) limit the population for that facility to no more than 137.5% of the facility's design capacity; and (2) meet the concerns identified by the *Coleman* Special Master.  (Docket No. 3761 ¶ 1.c.)

Defendants filed a motion for reconsideration of the Court's January 4, 2010 order requiring them to file an amended plan for the Stark conversion project.  (Docket No. 3793.) Concurrent with that filing, Defendants requested that the Court grant them temporary relief from the order so that they could evaluate alternative options to the Stark conversion project, and determine whether a viable alternative option existed.  (Docket No. 3792.)  By order dated February 12, 2010, the Court granted Defendants ninety days to file an amended bed plan for the Stark conversion project, and ordered that they either renotice their motion for reconsideration and relief or file a notice withdrawing it. (Docket No. 3799 ¶¶ 2–3.)

**DEFENDANTS' ALTERNATIVE PROJECT**

Defendants have identified a viable alternative project for the Stark EOP population that increases the quality of care provided to the EOP population, and Defendants believe the amended project materially complies with the Court's January 4, 2010 order by addressing the concerns identified in the order.  Defendants' amended bed plan for the 825 EOP inmates consists of a combination of:  (1) new construction at the Stark facility that will house 525 EOP-GP and 50 EOP-ASU inmates; (2) a reduction in the admissions at Stark by 250 EOP-GP inmates; (3) two new projects at the Substance Abuse Treatment Center (SATF) that will house a combined total of 264 EOP-GP and EOP Sensitive Needs Yard (EOP-SNY) inmates; and (4) the 30 Mental Health Crisis Bed (MHCB) project at the Stark facility.  Enclosed as Attachment A, with Exhibits

4

1   1–6, is a true and correct copy of Defendants' amended plan with corresponding activation

2   schedules.

3       Because Defendants' amended plan does not limit the population at the Stark facility to no

4   more than 137.5% of the facility's design capacity, Defendants, concurrent with this filing,

5   renotice their motion for reconsideration and relief from that portion of the Court's January 4,

6   2010 order that requires Defendants to file an amended plan that limits the population for Stark to

7   no more than 137.5% of the facility's design capacity.  In addition, Defendants' amended plan is

8   substantively different from their former plan, and Defendants believe they have addressed the

9   concerns identified in the Court's January 4, 2010 order to provide "either an increase in the

10  amount of out of cell time for class members housed in that program, or reduction in the number

11  of admissions, or some combination of the two."  (Docket No. 3761 at 2:15–17.)  Accordingly,

12  Defendants are willing to withdraw their motion for reconsideration and relief regarding the

13  portion of the Court's January 4, 2010 order that requires Defendants to file an amended plan that

14  meets the concerns identified by the *Coleman* Special Master.  But to the extent Defendants'

15  revised plan does not address those concerns, Defendants also renotice their motion for

16  reconsideration and relief of that portion of the Court's order.

17      Additionally, Defendants take this opportunity to update the Court on the status of the

18  projects in their long-range mental health bed plan.  Enclosed as Attachment B, with Exhibits 1–

19  2, is a true and correct copy of Defendants' update on their long-range mental health bed plan.

20  Dated:  May 13, 2010

21                                          Respectfully submitted,

22                                          EDMUND G. BROWN JR.
                                            Attorney General of California
23                                          JONATHAN L. WOLFF
                                            Senior Assistant Attorney General

24                                          /s/ *Debbie J. Vorous*

25

26                                          DEBBIE J. VOROUS
                                            Deputy Attorney General
27  CF1997CS0003                            *Attorneys for Defendants*
    31010143

28