# ATTACHMENT A

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



May 12, 2010


Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA  94244-2550


Dear Ms. Vorous

Please see enclosed, Defendants' amended long range bed plan and activation
schedule for the Heman G. Stark facilities Enhanced Outpatient Programs
pursuant to the January 4, 2010 court order in *Coleman v. Schwarzenegger.*

Sincerely,

BENJAMIN T. RICE
General Counsel

Enclosure

FOR SUBMISSION TO THE *COLEMAN* COURT

*Long-Range Mental Health Bed Plan*

*Amended Bed Plan for the 825 Enhanced Outpatient Program Inmates*

*Originally Planned for the Herman G. Stark Facility*

## PURPOSE AND BACKGROUND

On November 6, 2009, Defendants submitted a long-range mental health bed plan, including activation schedules. As one of their long-range plans, Defendants proposed to renovate Stark— a former Division of Juvenile Justice Institution—to provide housing, treatment, and office space for 775 Enhanced Outpatient Program – General Population (EOP-GP) and 50 EOP Administrative Segregation Unit (EOP-ASU) inmates, for a total of 825 EOP inmates. On January 4, 2010, the Court declined to approve Defendants' proposal to renovate Stark, and ordered that Defendants file within forty-five days an amended plan that limits the population for that facility to no more than 137.5% of the facility's design capacity and that meets the concerns identified by the *Coleman* Special Master (i.e., reducing the admissions at Stark and/or increasing the amount of out-of-cell time). Defendants requested temporary relief from the Court's order so that they could evaluate alternative options to renovating Stark, and determine whether a viable alternative option existed. On February 12, 2010, the Court granted Defendants an additional ninety days to file an amended plan for the Stark EOP project. This submission, and the activation schedules filed concurrently with it, detail Defendants' amended long-range mental health bed plan to provide housing, treatment, and office space for the 825 EOP inmates originally planned for the Stark facility.[1]

---

[1]  Defendants plan to fund this project via authorization to issue lease-revenue bonds provided by Assembly Bill (AB) 900. Defendants, however, cannot make any representations that the State Legislature will authorize AB 900 lease-revenue financing for this amended plan, the Pooled Money Investment Board will authorize the loans for the interim financing, or that bond counsel will offer an unqualified bond opinion on the validity of the proposed bonds. Additionally, Defendants do not believe that this amended plan satisfies the Prison Litigation Reform Act's requirements that prospective relief be narrowly drawn, extend no further than necessary to correct the alleged violation of the *Coleman* plaintiff class's federal rights, and be the least intrusive means necessary to correct the alleged violation. Among other things, the *Coleman* bed needs identified in the amended plan are based on Navigant Consulting's Spring 2009 population projections. But those projections do not account for population changes that may occur as a result of recent legislative changes, or from the three-judge court's (now stayed) orders requiring the State to reduce the prison population to 137.5% of the prison's combined design capacity within two years.

### DEFENDANTS' AMENDED BED PLAN

The California Department of Corrections and Rehabilitation (CDCR) assembled a team of individuals to reassess the scope, costs, and schedule for the Stark EOP conversion project, and to identify all viable options to house the 825 EOP inmates planned for that facility. The team was successful—it identified a viable project that increases the quality of care provided to the EOP population, and materially complies with the Court's January 4, 2010 order by addressing the concerns identified by the *Coleman* Special Master. Defendants' amended plan consists of four elements: (1) new construction; (2) a reduction in the admissions at Stark; (3) two new projects at the Substance Abuse Treatment Facility (SATF); and (4) the 30 Mental Health Crisis Bed (MHCB) project at the Stark facility.

First, Defendants propose to build four new housing units on the Northwest corner of the current Stark facility to house the EOP population. Each housing unit is expected to contain 100 cells. Constructing new housing units, rather than renovating the Stark facility as reflected in Defendants' November 6, 2009 filing, will enhance the quality of care for the EOP population in several ways. The cells in the new housing units will be larger than the cells planned for the original Stark project. The new cells will be 80 square feet in size, and Defendants believe that the larger cell size addresses some concerns previously identified about double celling inmates in smaller cells.[2] Additionally, the new units will be built adjacent to existing vocational and programming space, making the space easily accessible to the EOP population.

Defendants expect full occupancy of the four housing units by December 15, 2014. (*See* Ex. 1.) Although Defendants' original activation schedule filed on November 6, 2009 for the Stark conversion project reflected full occupancy by September 15, 2014, the planned completion dates for the amended project have been extended to reflect, in part, the time needed to reevaluate, restart, and document the new project. (Ex. 1.) Given these changes, the amended activation schedule presents the most realistic and reasonable time frame to complete the project.

Nonetheless, CDCR remains committed to identifying ways to accelerate this project, as it has done with other *Coleman* projects. Presently, the Stark project is the only project in Defendants' long-range mental health bed plan with an activation schedule extending into 2014. The other projects' activation schedules reflect completion dates in or before 2013. Moreover, Defendants have demonstrated that they can identify ways to significantly accelerate projects during a project's implementation. For instance, Defendants recently accelerated the scheduled completion date for the 64-bed Intermediate Care Facility (ICF) project at the California Medical Facility (CMF) by nearly one year. (*See* Ex. 2, CMF Activation Schedule.)

Second, Defendants believe that their amended project addresses the concerns identified in the Court's January 4, 2010 order to either reduce the number of admissions or increase out of cell time. Defendants' amended project reduces the overall size of the EOP program at the Stark facility by 250 EOP inmates. The four new housing units will house 525 EOP-GP inmates and 50 EOP-ASU inmates. Half of one of the four housing units will be dedicated to the 50 EOP-ASU inmates.

---

[2] Defendants do not admit that the previous size of the cells was inappropriate or unconstitutional.

Third, Defendants propose two new projects to meet the mental health bed needs of 250 EOP inmates that were originally planned for the Stark facility, as reflected in Table 1:

### TABLE 1: NEW PROJECTS TO MEET THE EOP POPULATION

| SITE | PROJECT DESCRIPTION | CAPACITY |
|---|---|---|
| Substance Abuse and Treatment Facility | Dual disorders treatment program for Level I and II EOP-GP inmates with substance use disorders and serious mental illness. | This project was identified in Defendants' November 6, 2009 filing as a short-term project adding 88 EOP-GP beds. Under Defendants' amended plan, this project will be permanent. |
| Substance Abuse and Treatment Facility | Converted housing for Level I and II EOP Sensitive Needs Yard (SNY) inmates. | This project replaced a project identified in Defendants' November 6, 2009 filing. The modified project adds 176 EOP-SNY beds. Under Defendants' amended plan, this project will be permanent. |

The two new SATF projects, which will provide 264 EOP beds, change the total number of EOP beds in Defendants' November 6, 2009 filing from a net capacity of 1,625 beds to 1,639 beds, for an increase of 14 additional beds. This increase of 14 beds is reflected in Table 2:

### TABLE 2: CHANGE IN EOP NET CAPACITY

| | EOP Bed Numbers in November 6, 2009 Bed Plan | EOP Bed Numbers in May 13, 2010 Amended Stark Proposal | Change in Total EOP Bed Numbers |
|---|---|---|---|
| New Capacity by Institution | | | |
| LAC | 150 | 150 | 0 |
| SVSP | 108 | 108 | 0 |
| CMF | 67 | 67 | 0 |

| SATF | 0 | 264 | 264 |
| Stark | 775 | 525 | (250) |
| Estrella | 150 | 150 | 0 |
| Dewitt | 375 | 375 | 0 |
| **Total** | 1,625 | 1,639 | 14 |

(*See* Ex. 3, Men's Long-Range Mental Health Bed Plan, which incorporates this proposed change to the November 6, 2009 long-range mental health bed plan.)

Defendants' amended plan to convert two short-term SATF projects to permanent beds will provide 264 EOP inmates with permanent housing nearly three years sooner than under the Defendants' former plan. CDCR expects to have the 88 EOP-GP dual diagnosis treatment program at SATF fully occupied by June 30, 2010. (Ex. 4.) CDCR has already activated Phase I of the 176 Level I/II EOP-SNY project (conversion of two 44-bed pods) and expects to achieve full occupancy by September 30, 2010. (Ex. 5.)

Fourth, Defendants propose to include the 30 MHCB project at the Stark facility in this plan. Defendants previously sought legislative approval of the scope, cost, and schedule of the 30 MHCB project, but the Joint Legislative Budget Committee (JLBC) did not concur with CDCR's request to proceed with the project. (Ex. 6.) Including the 30 MHCB project into this plan changes how Defendants will present their activation schedules for the court-ordered projects. Defendants will no longer file a separate schedule for the 30 MHCB project; rather, it will be part of the overall "Stark Conversion" project. (*See* Ex. 1.)

CF1997CS0003
31010123.doc

# ATTACHMENT A
# EXHIBIT 1

**Project:** Stark Conversion[1]
**Responsible Person:** Chris Meyer/DCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** TBD
**Location:** Heman G. Stark, Chino, CA
**Funding Source:** AB 900 (GC 15819.40)

Jay Sturges /DOF, 915 I. Street, Sacramento California 95814

Report Date: May 12, 2010

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 272 | 11/6/09 | 11/6/09 | | 8/5/10 | | | | C. Stevens | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | Scope and population revised 03/17/10. |
| Review Funding Request Package | 32 | 8/6/10 | | | 9/7/10 | | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 9/8/10 | | | 10/8/10 | | | | JLBC | DOF Review and Submission to the Legislature, Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 10/11/10 | | | 10/11/10 | | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan From PMIA | 21 | 9/28/10 | | | 10/19/10 | | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | -1 | 10/20/10 | N/A | | 10/20/10 | | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 39 | 10/21/10 | 11/25/009 | N/A | 11/28/10 | | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Selection of A/E firm started prior to the change in scope of the project. |
| Preliminary Plans | 325 | 11/30/10 | | | 10/21/11 | | | | C. Stevens | Complete Architectural Programming, Schematic Design, Design Development. Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule. Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 410 | 10/21/10 | 1/4/10 | N/A | 12/5/11 | | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (M. O. D.), Litigation Period. | Selection of Consultant stalled prior to the change in scope of the project. |
| JLBC Approval of Preliminary Plans | 45 | 10/24/11 | | | 12/8/11 | | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | |
| PWB Approval of Preliminary Plans | 45 | 10/25/11 | | | 12/9/11 | | | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) | 295 | 12/12/11 | | | 10/2/12 | | | | C. Stevens | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Bid and Award | 89 | 10/3/12 | | | 12/31/12 | | | | C. Stevens | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction | 555 | 12/13 | | | 7/11/14 | | | | C. Stevens & Contractor | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire Staff | 600 | 10/19/12 | | | 6/11/14 | | | | S. Streater K. Baker Warden | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 7/14/14 | | | 9/12/14 | | | | S. Streater K. Baker Warden | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 124 | 8/13/14 | | | 12/15/14 | | | | S. Streater K. Baker Warden | | |

1 This facility is intended to include 528 EOP, 50 EOP/ASU, 2264 non-mental health beds, and a 60 Bed CTC including 30 MHCB.
2 Special Master shall receive updates on construction every 90 days.

C:\DOCUME~1\Baker\LOCALS~1\Temp\XPgrpwise\Scm Conversion Project 6.5.53.95.do

Project:

Stark Conversion (2839-Beds)

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Slupsky | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Stevens | Chuck | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streeter | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | 15180 Euclid Ave. | Chino | 91710 |

# ATTACHMENT A
# EXHIBIT 2

Report Date: April 23, 2010

Project: 84 Bed Intermediate Care Facility (Licensed Facility)[1]
Responsible Person: Deborah Hysen
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: Nacht and Lewis Architects
Location: California Medical Facility, Vacaville (CMF)
Funding Source: AB 900 (GC 15819.40)

Jay Sturges IDOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Recognition of Project Scope, Cost, and Schedule. | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PWB | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | C. Lief | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PWB Funding | .63 | 4/15/09 | 4/15/09 | 58 | 4/15/09 | 6/7/2009 | 58 | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote. Executive Order E 09-08 authorized General Fund loan for Preliminary Plan. On 7/16/09 PMIB approved its loan for PP funding, and the General Fund loan will be retired. Design and construction schedule was revised based on 6/12/09 funding. There is no impact to overall schedule. |
| Architectural/Engineering Contracting | 2 | 6/17/09 | 6/12/09 | (5) | 6/19/09 | 7/8/09 | 20 | | J. Cummings | Select A/E firm, Negotiate Scope and Fees, Execute Contract(s) | Contract execution delayed due to year end work load issues. There is no impact to overall schedule. |
| Preliminary Plans | 422 | 9/8/07 | 9/8/07 | | 11/12/08 | 11/12/08 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC and PWB Submittal Packages. | Preliminary Plans funded in the 2006-07 Budget Act. |
| California Environmental Quality Act Compliance (CEQA) | | 4/15/09 | 4/15/09 | | 3/5/09 | 3/5/09 | | | B. Stepny | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N.O.D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 10/20/08 | 10/20/08 | (3) | 12/14/08 | 12/14/08 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | |
| PWB Approval of Preliminary Plans | 45 | 4/1/09 | 4/1/09 | | 4/15/09 | 4/10/09 | | | C. Lief | PWB Approval. | Preliminary Plans approved concurrent with the establishment of scope, cost, and schedule. |
| Working Drawings (Construction Documents) | 204 | 6/22/09 | 7/1/09 | 16 | 1/12/10 | 1/26/10 | 14 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan to fund project's cash needs for the next 12 months. Submit loan application to PWB for approval. | Contract execution delayed at start of working drawings. There is no impact to the overall schedule. |
| Bid and Award | 90 | 1/12/10 | 2/2/10 | 21 | 4/15/10 | 4/15/10 | 2 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Bid and Award delayed due to SFM approval of working drawings. Bid opened on 3/10/10 and NTP issued (4/19/10). There is no impact to the overall schedule. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction[1] | | | | | | | | | | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SPM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PWB for approval. | As a result of the construction manager analysis of bid documents, the construction duration was reduced to 539 days due to the facility being constructed outside of existing secure perimeter. The new projected construction complete date is 9/26/11. |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 841 | 4/14/10 | 4/15/10 | 1 | 8/2/12 | | | | V. Eicharoni V. Brewer K. Dickinson | Admittion, fire, and Train Staff. | The projected Hire Staff start date has been revised to 04/24/10 and ends on 08/28/11. |
| Hire Staff | 485 | 3/8/11 | | | 7/3/12 | | | | V. Eicharoni V. Brewer K. Dickinson | Including final as-built drawings. | The projected Hire Staff start date has been revised to 04/24/10 and ends on 08/28/11. |
| | 841 | 4/14/10 | 4/15/10 | 1 | 8/2/12 | | | | TBD | | Inspector of Record to be identified prior to construction start. New projected completion of the OSHPD report ends on 09/26/11. |
| Self Certification | 15 | 8/3/12 | | | 8/18/12 | | | | D. Hyen | | The projected Self Certification start date is revised to 9/27/11 and ends on 10/12/11. |
| License Approval | 7 | 8/19/12 | | | 8/26/12 | | | | V. Brewer S. Streater K. Dickinson | DPH Survey, DPH Approval. | The projected License Approval start date is revised to 10/06/11 and ends on 10/13/11. |
| Activation | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer K. Dickinson | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | The projected Activation start date is revised to 9/27/11 and ends on 10/08/11. |
| Patient Admissions | 92 | 8/27/12 | | | 11/27/12 | | | | V. Brewer K. Dickinson | Assumes Patients will be admitted at a rate of six per week. | The projected Activation start date is revised to 10/14/11 and ends on 12/23/11. The projected Patient Admission start date is revised to 10/14/11 and ends on 12/23/11. |

[1] Court Order filed 3/1/07, Docket No. #2154.
[2] Special Master shall receive updates on construction every 90 days.

# ATTACHMENT A
# EXHIBIT 3

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

# Men's Mental Health Program Capacity Requirements

## Long Term Bed Plan

### Spring 2009 Projections through 2013

UPDATED—April 2010

Assumptions and Footnotes
Men's Mental Health Program

**ASSUMPTIONS:**
This plan assumes:

-- In Table A, the base bed number does not include short term proposals. In Table B, only the short term projects included are those intended to become permanent. Those short term projects intended to become permanent (as indicated in Table B) are ASH 25 bed ICF from Acute, COR 45 bed EOP-ASU, SATF 264 bed EOP (SNY and Co-occurring Disorders), SVSP 27 bed EOP-ASU and SQ 17 MHCB.

-- Mental health bed need projections to 2013 using Spring 2009 population projections.

-- One new facility is to be built in collaboration with the *Plata* Receiver and located near Stockton.  This facility will provide care and housing appropriate to an inmate's custody level.

-- All Coleman court -ordered projects are completed.

-- All "temporary" projects are decommissioned.  This includes all court identified "temporary" and all short term interim solutions except the 45 bed EOP-ASU expansion at COR, the 27 bed EOP-ASU expansion at SVSP, the EOP programs at SATF, and the MHCB at SQ Building 22. Court identified temporary projects include the ICF-high custody beds in D-5 and D-6 at SVSP, the MHCB at CMC and CIM, and the ICF-high custody beds at CMF.  Also, the interim 20 MHCB at CMF APP revert back to Acute beds and interim Acute beds at ASH revert back to ICF (per short-term projects plan).

-- No currently operating programs will be decommissioned unless;
     1) the space is being converted to another required level of mental health care; and
     2) there is adequate alternative capacity to accommodate future need in that level of care.

-- CDCR inmates will remain in DMH hospital beds.

**FOOTNOTES (Men's Program):**
1. CMC: The 36 MHCBs are interim and will be decommissioned when there is no wait list.

2. CIM:  The 34 MHCBs are interim and will be decommissioned when there is no wait list.

3. SVSP: ICF High Custody beds are comprised of 128 permanent ICF beds plus 112 beds (in D-5 and D-6 housing units). The D-5 and D-6 beds will remain in place with new treatment space until there is no wait list; These are considered temporary by the Coleman Court.

4. CMF: Current ICF-low custody beds are comprised of 44 beds in the A-2 housing unit and 40 beds in the A-3 housing unit. Current ICF-high custody beds are comprised of 36 in the P-2 housing unit (as a Short Term project these beds in P-2 have been converted temporarily to Acute level of care) and 30 in the P-3 housing unit; these are considered by the Court as temporary.

5. LAC:  Builds, per court order, treatment and office space for a housing unit conversion to 150 EOP beds.

6. SVSP: Additional EOP capacity results from augmenting the current EOP-ASU capacity by 27 to 72 in an existing housing unit using existing treatment and office space.  The EOP GP program will move to another facility at SVSP.  The new EOP facility will have office and treatment space constructed and will add 108 additional EOP GP beds to total 300.

7. CMF: Additional treatment and office space is in the design phase for the CMF EOP (including expanded capacity) and EOP-ASU populations.  The interim 20 MHCB at CMF APP revert back to Acute beds.

8. COR: As a short term proposal made permanent, EOP-ASU capacity will be designated out of existing housing; permanent treatment and office space will be built to support these services.

9. SQ: Also, related to short term proposals, the 29 MHCBs are delineated as follows:  17 MHCBs in Building 22 (Receiver's project), and 12 MHCBs within the CTC at the Condemned Inmate Complex project. The MHCB in the Condemned Inmate Complex was originally  identified in the December 2006 Bed Plan (page 9) and was repeated in the August 2007 Supplemental Bed Plan (page 13).  It has also been consistently identified in the bed chart spread sheets in these submittals.

10. SATF:  As two short term projects made permanent, EOP capacity will be designated from existing housing, the design of which currently provides treatment and office space within the facility.

# ATTACHMENT A
# EXHIBIT 4

PIN/Job:
Responsible Person: Sharon Angel
Address of Resp. Person: 901 J Street, Sacramento, California
Location:

Report Date 5/13/2010

Convert 2 pods of 11 four-person dorms to EOP-GP beds (88) Co-Occurring Disorders Program
Substance Abuse Treatment Facility F Yard

| Primary Tasks | Duration (Cal Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Clinical Scope | 76 | 06/16/09 | 06/16/09 | | 09/30/09 | 09/30/09 | | | S. Strater | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost; Develop Preliminary Staffing Requirements; Prepare COBCP or 30 Day Letter; Funding Request; Submit to DOF for approval-Includes hiring additional staff, adding additional office and treatment space | Completed |
| | 261 | 06/16/09 | 06/16/09 | | 03/03/10 | 03/03/10 | | | P.McKeon | Establish a Workgroup to address: (A) Physical Requirements to deliver EOP-Mainline Services ensuring separation of EOP from GP population with required treatment areas provided to housing areas designed to deliver Confidential Group Treatment | Workgroup established and meeting weekly |
| Develop Facility Request Plans | 65 | 12/17/09 | 12/17/09 | | 02/19/10 | 03/04/10 | 13 | | W.Wrekin | Obtain minor cap funding for housing | Completed |
| Working Drawings (Construction Documents) | 113 | 10/01/09 | 10/01/09 | | 01/02/10 | 02/04/10 | 14 | | W.Wrekin | Conducted Site visit 10/8/09, Working Drawings completed 01/11/10, forwarded to Wrekin for signature. SA17 to request inspector of State Fire Marshall Approval | Completed |
| Construction & Retrofit | 30 | 05/20/10 | | | 06/20/10 | | | | W.Wrekin | Activities, Hire and Train Staff; Fencing | |
| Hire Staff | 89 | 01/01/10 | 01/01/10 | | 03/20/10 | Ongoing | | | P.McKeon | Activities, Hire and Train Staff | Ongoing |
| Activation | 145 | 02/01/10 | 02/01/10 | | 06/25/10 | | | | P.McKeon/ R.Collin | Contracting for Stress Management and Recovery Training; Establish criteria for selection of clinical appropriate population for inclusion in program. Initial staff consequently, staff orientation, stock supplies/inventory; placement of Group if registered. | Training scheduled for June, 2010. |
| Initiate Admissions | 29 | 06/01/10 | | | 06/29/10 | | | | P.McKeon | | |

**Project:**                     **SATF - EOP  (88 beds) Co Occurring Disorders Program**

### Lead Person Roster

| Name | | Agency/Dept. | Address | |
|------|------|------|------|------|
| Last | First | | Street | City |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento |
| Westin | William | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento |
| Lundeby | Vicky | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento |
| McAloon | Margaret | CDCR/DCHCS | 501 J Street | Sacramento |
| Coffin | Raymond | CDCR/SATF | 900 Quebec Ave. | Corcoran |

# ATTACHMENT A
# EXHIBIT 5

Project:
Responsible Person: Sharon Abegat
Address of Resp. Person: 501 J Street, Sacramento, California
Location: Substance Abuse Treatment Facility, Corcoran

**Level III SAY-EOP program in Facility G Pods A-D**

Report Date 5/13/2010

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Funding Request Package | 95 | 12/17/09 | 12/17/09 | | 02/10/10 | 02/10/10 | | | V. Wasin | Obtain minor cap outlay funding for fencing | Completed |
| Architectural/Engineering | 281 | 07/23/2009 | 07/23/2009 | | 03/16/10 | 03/16/10 | | | V. Lunceby | Conducted site visit 10/8/09. Working Drawings completed 01/15/10. forwarded to Wasin for signature. SATF to request expedite of State Fire Marshall Approval | Completed |
| Construction & Retrofit | 70 | 03/19/10 | 04/07/10 | 20 | 06/27/10 | 2/4/10 | 22 | | B. Wasin | Fencing | Started 4/7/10-Expect completion 5/24/10. |
| **PHASE I / PODS A & B OF G YARD (88 Beds)** | | | | | | | | | | | |
| Staff | 69 | 1/12/2010 | 1/12/2010 | | 03/30/10 | 3/3/10 | 44 | | R. Coffin | Advertise, hire and Train Staff | Ongoing |
| Mission | 242 | 09/01/09 | 09/01/09 | | 04/30/10 | 3/29/10 | (43) | | R. Coffin | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment | Ongoing |
| Inmate Admissions | 43 | 04/05/10 | 04/05/10 | | 05/17/10 | | 13 | | P. McAloon | | As of 4/22/10 Pod A Full |
| Pending based On availability of staff & equipment | 31 | 07/01/10 | | | 08/01/10 | | | | P. McAloon | Evaluate Clinical staff availability and inmate population need | |
| **PHASE II / POD C OF G YARD (44 Beds)** | | | | | | | | | | | |
| Staff | 31 | 07/01/10 or Passage of budget | | | 08/01/10 | | | | P. McAloon | Advertise, Hire and Train Staff | |
| Mission | 30 | 08/01/10 | | | 08/01/10 | | | | R. Coffin | Initial staff occupancy, staff orientation, placement of Group II equipment | |
| Inmate Admissions | 26 | 08/01/10 | | | 08/27/10 | | | | R. Coffin | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment | |
| **PHASE III / POD D OF G YARD (44 Beds)** | | | | | | | | | | | |
| Staff | | Ongoing | | | Ongoing | | | | P. McAloon | Advertise, hire and Train Staff | |
| Mission | | Ongoing | | | 09/30/10 | | | | P. McAloon R. Coffin | Initial staff occupancy, staff orientation, placement of Group II equipment | |
| Inmate Admissions | 30 | 09/30/10 | | | 09/30/10 | | | | P. McAloon | | |

Project:

SATF Level I/II SNY-EOP program in Facility G Pods A-D

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Westin | William | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| McAloon | Margaret | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Coffin | Raymond | CDCR/SATF | 900 Quebec Ave. | Corcoran | 93212 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |

# ATTACHMENT A
# EXHIBIT 6

# Joint Legislative Budget Committee

CHAIR
**DENISE MORENO DUCHENY**

VICE CHAIR
**BOB BLUMENFIELD**

**SENATE**

DAVE COX
MARK DESAULNIER
ROBERT DUTTON
BOB HUFF
CHRISTINE KEHOE
ALEX PADILLA
LOIS WOLK

GOVERNMENT CODE SECTIONS 9140-9143

**ASSEMBLY**

ANTHONY ADAMS
WILMER AMINA CARTER
KEVIN DE LEÓN
NOREEN EVANS
FELIPE FUENTES
ROGER NIELLO
JIM NIELSEN

CALIFORNIA LEGISLATURE

MAC TAYLOR

925 L STREET, SUITE 1000
SACRAMENTO, CALIFORNIA 95814
(916) 445-4656

April 8, 2010

Ms. Ana J. Matosantos, Director
Department of Finance
Room 1145, State Capitol
Sacramento, California 95814

Dear Ms. Matosantos:

In a letter dated March 12, 2010, you notified the Joint Legislative Budget Committee (JLBC) of a request on behalf of the California Department of Corrections and Rehabilitation (CDCR) for an allocation of about $111 million from lease-revenue bonds authorized in Chapter 7, Statutes of 2007 (AB 900, Solorio), and to establish scope, cost, and schedule for two prison health care construction projects. Under state law, if JLBC does not take any action with respect to a request that has been submitted, CDCR may proceed with the design and construction of the project within 30 days of the notification to the committee.

According to CDCR, the two projects in the request are part of the department's overall plan to provide constitutionally adequate care as required by the federal court in the *Coleman v. Schwarzenegger* case pertaining to inmate mental health care. The two projects are:

- A two-story stand-alone building to provide treatment and office space to support up to 300 General Population/Enhanced Outpatient Program inmates at the Salinas Valley State Prison (SVSP) ($28.9 million).

- A 60-bed Correctional Treatment Center (CTC)—30 mental health crisis beds and 30 medical beds—adjacent to the former Heman G. Stark Youth Correctional Facility ($82.1 million).

Ms. Ana J. Matosantos                    2                        April 8, 2010

*CTC Project Appears Premature.* Unlike the SVSP mental health project, the $82.1 million CTC project at Stark was not previously reviewed by the Legislature. While I understand that the new center was ordered by the *Coleman* court and would be located adjacent to the former youth correctional facility, CDCR has not submitted a proposal to the Legislature at this time regarding the future use of the Stark facility. The absence of such an overall plan for the facility makes it difficult for the Legislature to evaluate the scope of the proposed CTC. In addition, the Legislative Analyst's Office informs me that CDCR has not been able to provide sufficient information about how the need for the specific number of additional CTC beds proposed in the request was determined.

*Conclusion.* I am mindful that the proposed CTC housing and treatment space at Stark is being proposed in response to a federal court order regarding inmate mental health care. However, I find that it is premature to move forward with the project at this time without an overall plan from the department regarding the future use of the Stark facility. In addition, I find that need for the additional CTC beds has not been justified. Accordingly, I do not concur at this time with CDCR's request for the allocation of funding and the establishment of scope, cost, and schedule for the CTC housing and treatment space at Stark.

However, I do concur with the SVSP mental health facility, given that the Legislature had previously approved a very similar project.

Sincerely,

Denise Moreno Ducheny
Chair

cc: Members of the Joint Legislative Budget Committee

# ATTACHMENT B

FOR SUBMISSION TO THE *COLEMAN* COURT

*Update to Defendants' Long-Range Mental Health Bed Plan*

Defendants' November 6, 2009 long-range mental health plan consists of a combination of construction projects previously ordered by the Court, new projects proposed as part of their November 6, 2009 plan, previously planned non court-ordered projects, and temporary programs that Defendants may request approval from the Court to decommission. Defendants submit this brief update to their long-range mental health bed plan in order to update the Court on the status of the construction projects previously ordered by the Court and on the new projects proposed as part of their November 6, 2009 plan.

**A.      Construction Projects Ordered by the Court Prior to Defendants' November 6, 2009 Long-Range Mental Health Bed Plan.**

The preliminary plans for the EOP-ASU Treatment Space project at the California Medical Facility (CMF) are approximately 92% complete, and the preliminary plans for the EOP Treatment Space project at California State Prison, Los Angeles County, are approximately 96% complete.[1]  Additionally, the working drawings for the EOP Treatment and Office Space project at California State Prison, Sacramento (SAC), are complete.

The 20-bed Psychiatric Services Unit (PSU) at the California Institution for Woman (CIW) is under construction: construction of the housing renovation is approximately 21% complete, and construction of the modular building is approximately 14% complete.  Construction started on the 64-bed ICF project at CMF on April 15, 2010.  Defendants accelerated this project by nearly one year, and patient admissions are now expected to commence on October 14, 2011.

The working drawings for the 50-bed MHCB project at California Men's Colony (CMC) are approximately 10% complete.  However, pending California Environmental Quality Act litigation brought by the California Correctional Peace Officers Association (CCPOA), threatens to hinder CDCR's ability to move forward with this project.  CCPOA filed a Petition for Writ of Administrative Mandamus in the San Luis Obispo Superior Court on February 4, 2010.  (Docket No. 3843–3 at 1.)  CDCR removed the case to the United States District Court, Central District of California, and filed a motion to transfer venue to the Eastern District of California.  (*Id.*)  CCPOA filed a motion to remand the case back to state court.  (*Id.*)  On May 7, 2010, the Central District of California granted CDCR's motion to transfer venue to the Eastern District of California, and declined to address CCPOA's motion for remand.  (*Id.* at 1–4.)  On May 12, 2010, Judge Karlton related this litigation—*California Correctional Peace Officers Association v. California Department of Corrections and Rehabilitation, et al.,* Case No. 2:10-cv-1131—to the *Coleman* class action litigation.  (Docket No. 3844.)  Additionally, Judge Karlton set a Status (Pretrial Scheduling) Conference for August 2, 2010.  (Docket No. 28, Case No. 2:10-cv-01131.)  Defendants are evaluating ways to accelerate the Status Conference in light of the time lines set

---

[1]  Updates on the court-ordered projects are taken from CDCR's activation schedules for the reporting period ending April 23, 2010.

forth in the activation schedule for the CMC 50-bed MHCB project. (*See* Ex. 1, CMC Activation Schedule.)

**B.    New Construction Projects Proposed as Part of Defendants' November 6, 2009 Long-Range Mental Health Bed Plan.**

The 27 EOP-ASU beds at Salinas Valley State Prison (SVSP) are activated. Additionally, the Pooled Money Investment Board (PMIB) approved a loan for the initial design phase of the 152-bed PSU project at SAC on February 17, 2010, and the environmental review is underway. The PMIB also approved a loan for the initial design phase of the new Treatment and Office Space project at California State Prison, Corcoran, on February 17, 2010, and the environmental review was complete on March 29, 2010, 231 days early. The PMIB also approved a loan for the initial design phase of the 108-bed EOP-GP project at SVSP on April 21, 2010, and the environmental review is underway. In addition, the Dewitt conversion project and the EOP-GP Treatment and Office Space project at the Central California Women's Facility are currently on schedule.

Finally, Defendants sought legislative approval of the scope, schedule, and cost of the California Health Care Facility and Estrella projects. (Ex. 2.) However, the JLBC has not yet concurred with CDCR's requests to fund these projects. (*Id.*) This action has resulted in 90- and 120-day impacts on the projects, respectively.

CF1997CS0003
31010130.doc

# ATTACHMENT B
# EXHIBIT 1

# 50 Bed Mental Health Crisis Facility (Licensed Facility)[1]

| | | |
|---|---|---|
| Responsible Person: | Deborah Hysen/DDCR | Jay Sturges/DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | Nacht and Lewis Architects | |
| Location: | California Mens Colony, San Luis Obispo (CMC) | Report Period Ending: April 23, 2010 |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | 3/25/09 | 3/25/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | Funding request package completed on 3/25/09. |
| Review Funding Request Package | | | | | 3/13/09 | 3/13/09 | | | | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | | | | | 4/1/09 | 4/1/09 | | | JLBC | DOF review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA) | |
| Approval of PMIA Funding | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB). Next loan renewal March 2010 and every year for approval. Note that PMIA loans are for the project's cash needs for the next 12 months thereafter for the duration of the project. | Notice to Proceed (NTP) issued 4/15/09. |
| Architectural/Engineering Contracting | 251 | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/2/09 | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Notice to Proceed (NTP) issued 4/15/09. |
| Preliminary Plans | 251 | 4/20/09 | 4/15/09 | (5) | 12/27/09 | 12/28/09 | 1 | | K. Beland | Client/Architect Programming, Schematic Design, Design Development Design Drawings, Develop Initial Group I Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Preliminary plans are complete. |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/15/09 | | 12/13/09 | 2/11/10 | 131 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Periods, File Notice of Determination (N. O. D.), Litigation Period. | Initial Study/Mitigated Negative Declaration public comment period ended 10/31/09. Delay due to responding to the large volume of public comments. NOD was filed 01/07/10. CCPOA filed litigation on 02/04/10. A hearing is set for May 10, 2010, on CCPOA's motion to remand the case back to state court and on CDCR's motion to transfer the case from the Central District of California to the Eastern District of California. |
| JLBC Approval of Preliminary Plans | 45 | 12/28/09 | 12/28/09 | | 2/11/10 | 2/11/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. JLBC responded prior to 45-day review. | Design schedule accelerated 45 days, based on early JLBC package submittal. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Approval of Preliminary Plans | 45 | 12/29/09 | 1/7/10 | 9 | 2/12/10 | 2/16/10 | 4 | | C. Lief | PWB Approval | PWB meeting changed to 02/16/10. There is no impact to the overall project schedule. |
| Working Drawings (Construction Documents) | 187 | 2/15/10 | 2/17/10 | 2 | | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, AIDA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Delay due to changed PWB date. CDCR budget issues slowed the contract execution for the start of WDs. Delays have not impacted the overall schedule. WD's are approximately 10% complete. |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 600 | 11/22/10 | | | 7/14/12 | | | | TBD | | |
| Hire Staff | 543 | 1/10/11 | | | 7/6/12 | | | | S. Streater, J. Marshall | Advertise, Hire, and Train Staff. Including field as-built drawings. | |
| Construction[2] | 600 | 11/22/10 | | | 7/14/12 | | | | K. Beland / Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Construction Manager and Inspector of Record to be identified prior to construction start. The baseline Action Plan dated May 22, 2009, and filed with the Court on May 26, 2009, reflects a reduced construction duration of 120 days. This assumed construction can be completed 4 months earlier than previously held (CDCR received mental health facilities i.e. 600 days instead of 720 days). CDCR is evaluating additional opportunities to accelerate construction. |
| Bid and Award | 90 | 8/23/10 | | | 11/12/10 | | | | K. Beland | Advertise, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Self Certification | 15 | 7/16/12 | | | 7/15/12 | | | | D. Hysen | DPH Survey, DPH Approval. | |
| License Approval | 7 | 8/2/12 | | | 8/9/12 | | | | S. Streater, J. Marshall | | |
| Activation | 56 | 8/9/12 | | | 10/4/12 | | | | S. Streater, J. Marshall | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 56 | 8/9/12 | | | 10/4/12 | | | | S. Streater, J. Marshall | Assumes Patients will be admitted at a rate of six per week. | |

[1] Court Order(s) filed 9/27/07, Docket No. #2172, filed 4/16/08, Docket No. #2737, and filed 10/20/08, Docket No. #1998

[2] Special Master shall receive updates on construction every 90 days.

Project:

CMC 50 Bed Mental Health Crisis Facility (Licensed Facility)

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Marshall | John | CDCR/CMC | P.O. Box 8101 | San Luis Obispo | 93409 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DOHCS | 501 J Street | Sacramento | 95814 |

# ATTACHMENT B
# EXHIBIT 2



# Joint Legislative Budget Committee

CHAIR
**DENISE MORENO DUCHENY**

VICE CHAIR
**NOREEN EVANS**

SENATE

DAVE COX
MARK DESAULNIER
ROBERT DUTTON
BOB HUFF
CHRISTINE KEHOE
ALEX PADILLA
LOIS WOLK

GOVERNMENT CODE SECTIONS 9140-9143

925 L STREET, SUITE 1000
SACRAMENTO, CALIFORNIA 95814
(916) 445-4656

ASSEMBLY

ANTHONY ADAMS
BOB BLUMENFIELD
WILMER AMINA CARTER
KEVIN DE LEON
JERRY HILL
ROGER NIELLO
JIM NIELSEN

February 11, 2010

Ms. Ana Matosantos, Director
Department of Finance
Room 1145, State Capitol
Sacramento, California 95814

Dear Ms. Matosantos:

In letters dated December 14, 2009 and January 15, 2010, you notified the Joint Legislative Budget Committee of your requests on behalf of the California Department of Corrections and Rehabilitation for allocations from lease-revenue bonds authorized in Chapter 7, Statutes of 2007 (AB 900, Solorio), and to establish scope, cost, and schedule for two projects—the Estrella Correctional Facility, Level II Infill Project and the California Health Care Facility. Your letters were issued pursuant to Government Code Section 15819.40(d)(2).

As you know, the committee previously requested an extension of its 30-day review period for the Estrella facility project because the department was unable to provide justification for the request. Since then, legislative staff have continued working with the Administration and the office of the Receiver for prison health care in order to assess the Estrella facility project and the California Health Care Facility project in light of the department's overall plan for AB 900 projects and the housing and health care bed needs of the prison system. Because those discussions and analysis are still underway, the committee is unable to concur at this time with either project. Legislative staff will continue to work diligently with the Administration and the Receiver's office to assess both projects.

Ms. Ana Matosantos                    2                    February 11, 2010

Sincerely,

Denise Moreno Ducheny
Chair

cc: Members of the Joint Legislative Budget Committee