EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 E-mail: Gregory.Gomez@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' NOTICE OF RENEWAL OF MOTION FOR RECONSIDERATION AND RELIEF RE: STARK CONVERSION PROJECT**<br><br>Date:　　　　June 14, 2010<br>Time:　　　　10:00 a.m.<br>Courtroom: Dept. 4, 15th Floor<br>Judge　　　Lawrence K. Karlton,<br>　　　　　　Senior Judge |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Please take notice that under Civil Local Rule 230(b), Defendants renew their February 1, 2010 motion for reconsideration and relief under Federal Rule of Civil Procedure 60(b). (Docket No. 3793.)

First, Under Rule 60(b)(5), Defendants renew their motion asking the Court to reconsider and relieve them from that portion of the Court's January 4, 2010 order that requires Defendants

///

1

1 to file a plan that limits the population for the Stark facility to no more than 137.5% of the
2 facility's design capacity. (Docket No. 3793.)

3 Second, Defendants believe they have addressed the Special Master's concerns identified in
4 that portion of the Court's January 4, 2010 order requiring Defendants to provide "either an
5 increase in the amount of out of cell time for class members housed in that program, or reduction
6 in the number of admissions, or some combination of the two." (Docket No. 3793.)  Accordingly,
7 Defendants are willing to withdraw their motion for reconsideration and relief under Rule
8 60(b)(6) regarding that portion of the Court's January 4, 2010 order that requires Defendants to
9 file an amended plan that meets the concerns identified by the *Coleman* Special Master.  But to
10 the extent the Court finds that Defendants' amended plan, filed concurrently with this notice, does
11 not address the concerns, Defendants also renew their February 1, 2010 motion for
12 reconsideration and relief under Rule 60(b)(6) of that portion of the Court's order.

Dated: May 13, 2010              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS
Deputy Attorney General

*/s/ Gregory G. Gomez*

GREGORY G. GOMEZ
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS003

2

Defs.' Renewal. of Mot. for Recon. & Relief Re: Stark Conversion Project (2:90-cv-00520 LKK JFM P)