1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-3866
     Fax:  (916) 324-5205
7    E-mail:  Gregory.Gomez@doj.ca.gov

8  Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| 14                                     Plaintiffs, | **AMENDED DEFENDANTS' NOTICE OF** |
| 15                                                   | **RENEWAL OF MOTION FOR** |
|     **v.** | **RECONSIDERATION AND RELIEF RE:** |
| 16 | **STARK CONVERSION PROJECT** |
| 17  **ARNOLD SCHWARZENEGGER, et al.,** | Date:         June 21, 2010 |
| 18                                     Defendants. | Time:         10:00 a.m. |
|     | Courtroom:  Dept. 4, 15th Floor |
| 19 | Judge:        Lawrence K. Karlton |

20

21      TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22      Please take notice that under Civil Local Rule 230(b), Defendants renew their February 1,

23  2010 motion for reconsideration and relief under Federal Rule of Civil Procedure 60(b).  (Docket

24  No. 3793.)

25      First, under Rule 60(b)(5), Defendants renew their motion asking the Court to reconsider

26  and relieve them from that portion of the Court's January 4, 2010 order that requires Defendants

27  to file a plan that limits the population for the Stark facility to no more than 137.5% of the

28  facility's design capacity.  (Docket No. 3793.)

                                        1

Second, Defendants believe they have addressed the Special Master's concerns identified in that portion of the Court's January 4, 2010 order requiring Defendants to provide "either an increase in the amount of out of cell time for class members housed in that program, or reduction in the number of admissions, or some combination of the two."  (Docket No. 3793.)  Accordingly, Defendants are willing to withdraw their motion for reconsideration and relief under Rule 60(b)(6) regarding that portion of the Court's January 4, 2010 order that requires Defendants to file an amended plan that meets the concerns identified by the *Coleman* Special Master.  But to the extent the Court finds that Defendants' amended plan, filed concurrently with this notice, does not address the concerns, Defendants also renew their February 1, 2010 motion for reconsideration and relief under Rule 60(b)(6) of that portion of the Court's order.

Dated:  May 14, 2010                              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS
Deputy Attorney General

*/s/ Gregory G. Gomez*

GREGORY G. GOMEZ
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS003
31010913

AMENDED DEFENDANTS' NOTICE OF RENEWAL OF MOTION FOR RECONSIDERATION AND RELIEF RE:  STARK CONVERSION PROJECT (2:90-cv-00520 LKK JFM PC)