ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone:  (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-520 LKK-JFM<br><br>**STIPULATION AND ORDER TO STAY PLAINTIFFS' MOTION TO COMPEL PAYMENT OF REASONABLE PARALEGAL FEES FOR WORK PERFORMED DURING 2009 UNTIL THE RESOLUTION OF *PEREZ V. CATE* APPEAL NO. 09-17185** |

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION TO STAY PLAINTIFFS' MOTION TO COMPEL PAYMENT OF REASONABLE PARALEGAL FEES FOR WORK PERFORMED DURING 2009 UNTIL THE RESOLUTION OF *PEREZ V. CATE* APPEAL NO. 09-17185**

Plaintiffs and Defendants STIPULATE as follows:

1. Pursuant to the *Coleman* Periodic Fees Order, "Plaintiffs will file a yearly motion to compel payment of disputed items, if necessary, not later than sixty (60) days after the parties meet and confer with respect to the statement covering the fourth quarter of each year." March 19, 1996 Stipulation and Order for Periodic Collection of Attorneys' Fees and Costs (attached as Appendix A). The parties have already stipulated to stay all attorneys' fees, costs and expense matters related to the Three-Judge Panel and related appeals until October 1, 2010. *Coleman* Docket 3801. The only remaining, disputed issues from 2009 are: (1) Defendants' refusal to pay for any work performed by staff who are not "paralegals" as defined by California Business & Professions Code § 6450, and; (2) Defendants' refusal to pay more than $135 per hour or $82.50 per hour for paralegal work on the case.

2. Plaintiffs' counsel will file a motion to compel regarding the first issue identified above. By this stipulation, however, the parties agree to extend the briefing and argument schedule for Plaintiffs' motion to compel as follows: Plaintiffs' motion will be due by July 5, 2010; Defendants' opposition to the motion will be due by August 2, 2010; Plaintiffs' reply brief will be due by August 16, 2010, and the hearing date for the motion will be set for August 23, 2010.

3. With respect to the second issue, Defendants' refusal to pay more than $135 per hour or $82.50 per hour for paralegal work, the parties agree to stay Plaintiffs' motion on this issue pending final resolution of *Perez, et al. v. Cate, et al.,* Court of Appeals Docket No. 09-17185, United States Court of Appeals for the Ninth Circuit, including any petitions for panel or en banc rehearing, or final resolution in the United States Supreme Court (hereinafter "*Perez* appeal"). In so doing, Plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the March 19, 1996 *Coleman* Periodic Fees order.

1

Stipulation And Order To Stay Plaintiffs' Motion To Compel Payment Of Reasonable Paralegal Fees For Work Performed During 2009 Until The Resolution Of Perez V. Cate Appeal No. 09-17185 - Case No. Civ S 90-520 LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Nothing in this Stipulation may be deemed a waiver or concession of any party's legal arguments regarding this issue.

    4.    If the requested stay is granted, the parties will meet and confer regarding the paralegal rate issue within 10 days after the mandate issues in the *Perez* appeal. If the parties are still unable to resolve this issue, Plaintiffs will file a motion to compel within 60 days of the completion of the meet and confer.

Dated: May 20, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROSEN, BIEN & GALVAN, LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Amy Whelan*
　　　　　　　　　　　　　　　　　　　　　　　Amy Whelan
　　　　　　　　　　　　　　　　　　　　　　　Attorney for *Coleman* Plaintiffs

Dated: May 21, 2010　　　　　　　　　　Office of the Attorney General

　　　　　　　　　　　　　　　　　　　　By:/s/ Debbie Vorous
　　　　　　　　　　　　　　　　　　　　　　　Debbie Vorous, Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Attorney for *Coleman* Defendants

2

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER STAYING PLAINTIFFS' MOTION TO COMPEL PAYMENT OF PARALEGAL RATES UNTIL THE RESOLUTION OF *PEREZ V. CATE* APPEAL NO. 09-17185

Pursuant to the stipulation of the parties, and good cause appearing, this Court stays Plaintiffs' motion to compel payment of more than $135 per hour or $82.50 per hour for paralegal work performed during 2009 pending final resolution of *Perez, et al. v. Cate, et al.,* Court of Appeals Docket No. 09-17185, United States Court of Appeals for the Ninth Circuit, including any petitions for panel or en banc rehearing or final resolution in the United States Supreme Court. Plaintiffs have preserved and do not waive their right to claim interest in accordance with the provisions set forth in the March 19, 1996 *Coleman* Periodic Fees order. The parties shall meet and confer regarding the paralegal rate issue within 10 days after the mandate issues in the *Perez* appeal. If the parties are still unable to resolve this issue, Plaintiffs shall file a motion to compel within 60 days of the completion of the meet and confer.

With respect to Plaintiffs' yearly motion to compel payment for work performed by staff who are not "paralegals" as defined by California Business & Professions Code § 6450, this Court grants the parties' stipulation setting a briefing schedule. Accordingly, Plaintiffs' motion will be due by July 5, 2010; Defendants' opposition to the motion will be due by August 2, 2010; Plaintiffs' reply brief will be due by August 16, 2010, and the hearing date for the motion will be set for August 23, 2010.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation And Order To Stay Plaintiffs' Motion To Compel Payment Of Reasonable Paralegal Fees For Work Performed During 2009 Until The Resolution Of Perez V. Cate Appeal No. 09-17185 - Case No. Civ S 90-520 LKK-JFM