FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br> *Plaintiffs*, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants*. | Case No. C01-1351 TEH |
| RALPH COLEMAN, et al., <br> *Plaintiffs*, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants*. | Case No. CIV S-90-0520 LKK JFM P |
| CARLOS PEREZ, et al., <br> *Plaintiffs*, <br> v. <br> MATTHEW CATE, et al., <br> *Defendants*. | Case No. C05-05241 JSW |
| JOHN ARMSTRONG, et al., <br> *Plaintiffs*, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> *Defendants*. | Case No. C94-2307 CW |

**NOTICE OF FILING OF RECEIVER'S FOURTEENTH TRI-ANNUAL REPORT**

PLEASE TAKE NOTICE that the Receiver in *Plata v. Schwarzenegger*, Case No. C01-1351 TEH, has filed herewith his Fourteenth Tri-Annual Report.

Dated: May 27, 2010

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: /s/ Martin H. Dodd
Martin H. Dodd
Attorneys for Receiver J. Clark Kelso