# TABLE OF APPENDICES

1   Receiver's Turnaround Plan of Action Matrix

2   CPHCS Projects Chart

3   Executive Summary & Health Care Access Quality Reports – December 2009 through February 2010

4   California Hospital Map

5   Human Resources Recruitment and Retention Reports – December 2009 through February 2010

6   Quality Management Work Plan, Diabetes Outcomes Report

7   Monitoring and Improving Asthma Care Report

8   Medical Program Management Report (with Supplement)

9   Maxor Monthly Summary Reports – December 2009 through February 2010

10  Maxor Pharmacy Management Consulting Services 2009 Annual Report

11  CPR Financial Statements – July 1, 2009 through April 30, 2010

12  Master Contract Waiver