IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. 2:90-cv-0520-LKK-JFM (PC)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.           <u>ORDER</u>
_____/

        The special master in this case has submitted a request for appointment of additional staff. The special master seeks appointment of Steven Raffia, Esq. and Kristina Hector, Esq. to his staff as monitors. Mr. Raffia and Ms. Hector are each to be compensated at the hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred thirty-five dollars ($235.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's June 17, 2010 request for appointment of additional staff is granted; and

        2. The special master is authorized to appoint Steven Raffia, Esq. and Kristina Hector, Esq. as staff members to perform the duties set forth in the Special Master's Request for

1  the Appointment of Additional Staff, filed June 17, 2010, and to be compensated at the rates set
2  forth therein.
3  DATED: June 17, 2010
4  /cole0520.stf4

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT