EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF FULL OCCUPANCY DATES FOR 88-BED LEVEL I/II ENHANCED OUTPATIENT PROGRAM-GENERAL POPULATION DUAL DIAGNOSIS PROGRAM AND 176-BED LEVEL I/II ENHANCED OUTPATIENT PROGRAM -SENSITIVE NEEDS YARD PROJECT AT THE SUBSTANCE ABUSE TREATMENT FACILITY; AND WAIVER OF CALIFORNIA CODE OF REGULATIONS, TITLE 15, SECTIONS 3040.1(a) and (c)(6)** |

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| CDCR | California Department of Corrections and Rehabilitation |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| SAP | Substance Abuse Program |
| SATF | Substance Abuse Treatment Facility |
| SNY | Sensitive Needs Yard |

2

Stipulation and [Proposed] Order Re: Modif. of Activation Dates for SATF Bed Projects; Waiver of State Regs.
(2:90-cv-00520 LKK JFM P)

## INTRODUCTION

In connection with two intermediate-term mental health bed projects at the Substance Abuse Treatment Facility (SATF), the parties jointly agree to modify the full occupancy dates for those projects and, with respect to one of those projects, request a waiver of State regulations. The *Coleman* Special Master agrees with these requests.

## BACKGROUND

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate, and long-range mental health beds needs of the *Coleman* class members. (Docket No. 3556.) Defendants submitted their bed plan on May 26, 2009. (Docket No. 3592.) Defendants submitted two intermediate-term projects for SATF: (1) 88-bed Level I/II Enhanced Outpatient Program-General Population (EOP-GP) dual diagnosis program for inmates with substance abuse disorders and serious mental illness with an expected implementation date by June 2010; and (2) 150-bed Level III/IV Enhanced Outpatient Program-Sensitive Needs Yard (EOP-SNY) project. (Docket No. 3592 at 9–10.)

On February 25, 2010, the parties stipulated that Defendants replace the 150-bed Level III/IV EOP-SNY project with a 176-bed Level I/II EOP-SNY project. (Docket No. 3811 at 2:23–25.) The stipulation further stated that the California Department of Corrections and Rehabilitation (CDCR) expects to activate these 176 beds over three different time periods: (1) Phase I (88 beds) with an expected full occupancy date of April 30, 2010; (2) Phase II (44 beds) with an expected full occupancy date of August 30, 2010; and (3) Phase III (44 beds) with an expected full occupancy date of September 30, 2010, with Phases II and III dependent upon clinical staff availability and inmate population need. (Docket No. 3811.) Thus, the 176-bed Level I/II EOP-SNY project was developed in such a way that CDCR would have time between Phases I and II to evaluate clinical staff availability and inmate population need before commencing Phases II and III. Phase I is complete, and even though CDCR is still hiring clinical staff for Phases II and III, it has determined that the project currently has sufficient staff to commence Phases II and III now, rather than in August and September 2010 as planned. Additionally, the wait list for inmates needing Level I/II EOP-SNY beds suggests that there is a

3

Stipulation and [Proposed] Order Re: Modif. of Activation Dates for SATF Bed Projects; Waiver of State Regs.
(2:90-cv-00520 LKK JFM P)

current need for the additional 88 beds. CDCR cannot continue activating Phases II and III, however, without modifying the June 2010 date for implementing the 88-bed Level I/II EOP-GP dual diagnosis program because it does not have sufficient clinical staff to concurrently bring up these two programs.

## STIPULATION

**A. Admission Timelines.**

The parties have met and conferred and stipulate that Defendants will modify their admission time lines as follows:

(1) The expected implementation date for the 88-bed Level I/II EOP-GP dual diagnosis program is revised from June 2010 to reflect an expected full occupancy date of September 30, 2010; and

(2) The expected full occupancy dates for the 176-bed Level I/II EOP-SNY project, Phases II and III, are revised from August and September 2010, respectively, to July 30, 2010.

The parties have met and conferred and stipulate that notwithstanding the revised September 30, 2010 full occupancy date for the 88-bed Level I/II EOP-GP dual diagnosis program, Defendants expect to accelerate that date by admitting 15 inmates a week into the dual diagnosis program commencing August 1, 2010, assuming that a need for 15 beds a week exists.

**B. Waiver of Sections 3040.1(a) and (c)(6) for the SATF 88-bed Level I/II EOP-GP Dual Diagnosis Program.**

This Court ordered Defendants to inform it of any regulatory or licensing barriers that impede activation of mental health care beds. (Docket No. 1800.) California Code of Regulations, title 15, sections 3040.1(a) and (c)(6) state that a prison Substance Abuse Program (SAP) is not intended to provide mental health treatment, and that inmates who are enrolled in EOP services shall not be placed in a SAP, respectively. Cal. Code Regs. tit. 15, §§ 3040.1(a), (c)(6). Defendants will not be able to activate the SATF 88-bed Level I/II EOP-GP dual diagnosis program unless this Court waives Sections 3040.1(a) and (c)(6) as applied to that program.

4

    The parties have met and conferred regarding California Code of Regulations, title 15, sections 3040.1(a) and (c)(6), and stipulate that the Court should waive these state regulations with respect to the SATF 88-bed Level I/II EOP-GP dual diagnosis program so that CDCR can implement this program.

    The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he is in agreement with this stipulation.

SO STIPULATED.

Dated:    June 17, 2010    By: _____
                                              Debbie J. Vorous
                                              Office of the Attorney General
                                              Attorneys for Defendants

Dated:    June 17, 2010    By: _____
                                              Jane Kahn
                                              Rosen, Bien and Galvan
                                              Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court.

Dated:    June ___, 2010    _____
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

CF1997CS0003

5

Stipulation and [Proposed] Order Re: Modif. of Activation Dates for SATF Bed Projects; Waiver of State Regs.
(2:90-cv-00520 LKK JFM P)