1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-5345
     Fax: (916) 324-5205
7  E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANTS' INTERMEDIATE-TERM PROJECT FOR 150-BED LEVEL III/IV ENHANCED OUTPATIENT PROGRAM-GENERAL POPULATION PROJECT AT SOLANO STATE PRISON** |

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |
| **RJD** | Richard J. Donovan Correctional Facility |
| **SOL** | Solano State Prison |
| **SNY** | Sensitive Needs Yard |

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate, and long-range mental health beds needs of the *Coleman* class members. (Docket No. 3556.) Defendants submitted their bed plan on May 26, 2009. (Docket No. 3592.) As one of their intermediate-term projects, Defendants proposed to convert one 270-design housing unit at Solano State Prison (SOL) from a Level III General Population (GP) housing unit to housing for 150 Level III/IV Enhanced Outpatient Program-General Population (EOP-GP) inmates.

California Department of Corrections and Rehabilitation (CDCR) population trends, however, show a more immediate need for Level IV Enhanced Outpatient Program-Sensitive Needs Yard (EOP-SNY) beds throughout the state.

The parties have met and conferred regarding Defendants' 150-bed Level III/IV EOP-GP project at SOL, and it was agreed that Defendants replace this project with a project that will convert one 270-design building at Richard J. Donovan Correctional Facility (RJD) from a 190-bed Level IV General Population-Sensitive Needs Yard (GP SNY) to a 150-bed Level IV EOP-SNY. Defendants expect to begin the transition at RJD from GP-SNY to EOP-SNY in July 2010, and be fully operational by December 2010.

Therefore, the parties, by and through their counsel, stipulate that Defendants shall replace the 150-bed Level III/IV EOP-GP project at SOL with the above-described intermediate-term project for 150-bed Level IV EOP-SNY beds at RJD.

The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he is in agreement with this stipulation.

SO STIPULATED.

Dated: June 17, 2010    By: /s/ Debbie J. Vorous
Debbie J. Vorous
Office of the Attorney General
Attorneys for Defendants

1 | Dated: June 17, 2010    By: *Jane Kahn* (signature)
Jane Kahn
Rosen, Bien and Galvan
Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court.

Dated: June __, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CF1997CS0003