| | |
|---|---|
| 1 | ANDREW H. BAKER, SBN 104197 |
| 2 | BEESON, TAYER & BODINE, PC<br>1404 Franklin Street, 5th Floor<br>Oakland, CA 94612 |
| 3 | Telephone: (510) 625-9700 |
| | Facsimile: (510) 625-8275 |
| 4 | Email: abaker@beesontayer.com |
| 5 | Attorneys for Amicus AFSCME Local 2620 |

1 ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, PC
2 1404 Franklin Street, 5th Floor
Oakland, CA 94612
3 Telephone: (510) 625-9700
Facsimile: (510) 625-8275
4 Email: abaker@beesontayer.com

5 Attorneys for Amicus AFSCME Local 2620

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN et al., | Case No. CIV S 90-0520 LKK-JFM

Plaintiffs,

v. | **REQUEST TO BE REMOVED FROM SERVICE LIST**

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

American Federation of State County and Municipal Employees, Local 2620 (AFSCME) is no longer associated with this case, and hereby requests to be removed from the service list in this matter.

Date: June 18, 2010          BEESON, TAYER & BODINE, PC


                             By:    /s/Andrew H. Baker
                                    ANDREW H. BAKER
                                    Attorneys for AFSCME Local 2620

REQUEST TO BE REMOVED FROM SERVICE LIST
Case No. CIV S 90-0520 LKK-JFM
59120.doc