E<small>DMUND</small> G. B<small>ROWN</small> J<small>R</small>.
Attorney General of California
J<small>ONATHAN</small> L. W<small>OLFF</small>
Senior Assistant Attorney General
D<small>EBBIE</small> J. V<small>OROUS</small>, State Bar No. 166884
G<small>REGORY</small> G. G<small>OMEZ</small>, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANTS' INTERMEDIATE-TERM PROJECT FOR 150-BED LEVEL III/IV ENHANCED OUTPATIENT PROGRAM-GENERAL POPULATION PROJECT AT SOLANO STATE PRISON** |

1

| Acronym List ||
| --- | --- |
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |
| **RJD** | Richard J. Donovan Correctional Facility |
| **SOL** | Solano State Prison |
| **SNY** | Sensitive Needs Yard |

On March 31, 2009, this Court ordered that Defendants develop and file concrete proposals to meet the short-term, intermediate, and long-range mental health beds needs of the *Coleman* class members.  (Docket No. 3556.)  Defendants submitted their bed plan on May 26, 2009.  (Docket No. 3592.)  As one of their intermediate-term projects, Defendants proposed to convert one 270-design housing unit at Solano State Prison (SOL) from a Level III General Population (GP) housing unit to housing for 150 Level III/IV Enhanced Outpatient Program-General Population (EOP-GP) inmates.

California Department of Corrections and Rehabilitation (CDCR) population trends, however, show a more immediate need for Level IV Enhanced Outpatient Program-Sensitive Needs Yard (EOP-SNY) beds throughout the state.

The parties have met and conferred regarding Defendants' 150-bed Level III/IV EOP-GP project at SOL, and it was agreed that Defendants replace this project with a project that will convert one 270-design building at Richard J. Donovan Correctional Facility (RJD) from a 190-bed Level IV General Population-Sensitive Needs Yard (GP SNY) to a 150-bed Level IV EOP-SNY.  Defendants expect to begin the transition at RJD from GP-SNY to EOP-SNY in July 2010, and be fully operational by December 2010.

Therefore, the parties, by and through their counsel, stipulate that Defendants shall replace the 150-bed Level III/IV EOP-GP project at SOL with the above-described intermediate-term project for 150-bed Level IV EOP-SNY beds at RJD.

The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he is in agreement with this stipulation.

SO STIPULATED.

Dated:    June 17, 2010         By:    _____/s/_____
                                       Debbie J. Vorous
                                       Office of the Attorney General
                                       Attorneys for Defendants

3

[380740-1]

1  Dated: June 17, 2010                         By: _____/s/_____
                                                    Jane Kahn
2                                                   Rosen, Bien and Galvan
                                                    Attorneys for Plaintiffs
3

4
   SO ORDERED
5
   The above stipulation is the Order of this Court.
6

7  Dated: June 18, 2010

8

9
                                    _____
10                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
11                                  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28