1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9           IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**                2:90-cv-00520 LKK JFM P

                                  Plaintiffs,   **STIPULATION AND**
15                                              **ORDER RE: MODIFICATION OF**
                                                **FULL OCCUPANCY DATES FOR**
16         v.                                   **88-BED LEVEL I/II ENHANCED**
                                                **OUTPATIENT PROGRAM-GENERAL**
17  **ARNOLD SCHWARZENEGGER, et al.,**          **POPULATION DUAL DIAGNOSIS**
                                                **PROGRAM AND 176-BED LEVEL I/II**
18                               Defendants.    **ENHANCED OUTPATIENT PROGRAM**
                                                **-SENSITIVE NEEDS YARD PROJECT**
19                                              **AT THE SUBSTANCE ABUSE**
                                                **TREATMENT FACILITY; AND**
20                                              **WAIVER OF CALIFORNIA CODE OF**
                                                **REGULATIONS, TITLE 15, SECTIONS**
21                                              **3040.1(a) and (c)(6)**

22

23

24

25

26

27

28

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EOP** | Enhanced Outpatient Program |
| **GP** | General Population |
| **SAP** | Substance Abuse Program |
| **SATF** | Substance Abuse Treatment Facility |
| **SNY** | Sensitive Needs Yard |

Stipulation and Order Re: Modif. of Activation Dates for  SATF Bed Projects; Waiver of State Regs.
(2:90-cv-00520 LKK JFM P)

1

**INTRODUCTION**

2

In connection with two intermediate-term mental health bed projects at the Substance

3  Abuse Treatment Facility (SATF), the parties jointly agree to modify the full occupancy dates for

4  those projects and, with respect to one of those projects, request a waiver of State regulations.

5  The *Coleman* Special Master agrees with these requests.

6

**BACKGROUND**

7

On March 31, 2009, this Court ordered that Defendants develop and file concrete

8  proposals to meet the short-term, intermediate, and long-range mental health beds needs of the

9  *Coleman* class members.  (Docket No. 3556.)  Defendants submitted their bed plan on May 26,

10  2009.  (Docket No. 3592.)  Defendants submitted two intermediate-term projects for SATF:  (1)

11  88-bed Level I/II Enhanced Outpatient Program-General Population (EOP-GP) dual diagnosis

12  program for inmates with substance abuse disorders and serious mental illness with an expected

13  implementation date by June 2010; and (2) 150-bed Level III/IV Enhanced Outpatient Program-

14  Sensitive Needs Yard (EOP-SNY) project.  (Docket No. 3592 at 9–10.)

15

On February 25, 2010, the parties stipulated that Defendants replace the 150-bed Level

16  III/IV EOP-SNY project with a 176-bed Level I/II EOP-SNY project.  (Docket No. 3811 at 2:23–

17  25.)  The stipulation further stated that the California Department of Corrections and

18  Rehabilitation (CDCR) expects to activate these 176 beds over three different time periods:  (1)

19  Phase I (88 beds) with an expected full occupancy date of April 30, 2010; (2) Phase II (44 beds)

20  with an expected full occupancy date of August 30, 2010; and (3) Phase III (44 beds) with an

21  expected full occupancy date of September 30, 2010, with Phases II and III dependent upon

22  clinical staff availability and inmate population need.  (Docket No. 3811.)  Thus, the 176-bed

23  Level I/II EOP-SNY project was developed in such a way that CDCR would have time between

24  Phases I and II to evaluate clinical staff availability and inmate population need before

25  commencing Phases II and III.  Phase I is complete, and even though CDCR is still hiring clinical

26  staff for Phases II and III, it has determined that the project currently has sufficient staff to

27  commence Phases II and III now, rather than in August and September 2010 as planned.

28  Additionally, the wait list for inmates needing Level I/II EOP-SNY beds suggests that there is a

3

1    current need for the additional 88 beds.  CDCR cannot continue activating Phases II and III,

2    however, without modifying the June 2010 date for implementing the 88-bed Level I/II EOP-GP

3    dual diagnosis program because it does not have sufficient clinical staff to concurrently bring up

4    these two programs.

5                                    **STIPULATION**

6        **A.  Admission Timelines.**

7            The parties have met and conferred and stipulate that Defendants will modify their

8    admission time lines as follows:

9            (1)  The expected implementation date for the 88-bed Level I/II EOP-GP dual diagnosis

10   program is revised from June 2010 to reflect an expected full occupancy date of September 30,

11   2010; and

12           (2)  The expected full occupancy dates for the 176-bed Level I/II EOP-SNY project,

13   Phases II and III, are revised from August and September 2010, respectively, to July 30, 2010.

14           The parties have met and conferred and stipulate that notwithstanding the revised

15   September 30, 2010 full occupancy date for the 88-bed Level I/II EOP-GP dual diagnosis

16   program, Defendants expect to accelerate that date by admitting 15 inmates a week into the dual

17   diagnosis program commencing August 1, 2010, assuming that a need for 15 beds a week exists.

18

19       **B.  Waiver of Sections 3040.1(a) and (c)(6) for the SATF 88-bed Level I/II EOP-GP Dual
             Diagnosis Program.**

20           This Court ordered Defendants to inform it of any regulatory or licensing barriers that

21   impede activation of mental health care beds.  (Docket No. 1800.)  California Code of

22   Regulations, title 15, sections 3040.1(a) and (c)(6) state that a prison Substance Abuse Program

23   (SAP) is not intended to provide mental health treatment, and that inmates who are enrolled in

24   EOP services shall not be placed in a SAP, respectively.  Cal. Code Regs. tit. 15, §§ 3040.1(a),

25   (c)(6).  Defendants will not be able to activate the SATF 88-bed Level I/II EOP-GP dual

26   diagnosis program unless this Court waives Sections 3040.1(a) and (c)(6) as applied to that

27   program.

28

                                          4

1        The parties have met and conferred regarding California Code of Regulations, title 15,

2   sections 3040.1(a) and (c)(6), and stipulate that the Court should waive these state regulations

3   with respect to the SATF 88-bed Level I/II EOP-GP dual diagnosis program so that CDCR can

4   implement this program.

5        The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he

6   is in agreement with this stipulation.

7        SO STIPULATED.

8

9   Dated:     June 17, 2010     By:   /s/ Debbie J. Vorous
                     Debbie J. Vorous

10                       Office of the Attorney General
                     Attorneys for Defendants

11

12  Dated:     June 17, 2010     By:   /s/ Jane Kahn
                     Jane Kahn

13                       Rosen, Bien and Galvan
                     Attorneys for Plaintiffs

14

15  SO ORDERED

16  The above stipulation is the Order of this Court.

17

18  Dated:     June 21, 2010

19

20  LAWRENCE K. KARLTON

21  SENIOR JUDGE
     UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

Stipulation and Order Re: Modif. of Activation Dates for  SATF Bed Projects; Waiver of State Regs.
(2:90-cv-00520 LKK JFM P)