# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 14, 2010



Clerk
United States District Courts for the Eastern
District and the Northern District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322

Re: Arnold Schwarzenegger, Governor of California, et al.
v. Marciano Plata, et al.
No. 09-1233
(Your No. CIV S-90-0520 LKK JFM P, C01-1351 TEH)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits.

Sincerely,

William K. Suter

William K. Suter, Clerk