1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11            Plaintiffs,                    No. 2:90-cv-0520 LKK JFM (PC)

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,

14            Defendants.              ORDER

15   _____/

16           The matter of payment of the special master has been referred to this court by the

17   district court.  The court has reviewed the bill for services provided by the special master in the

18   above-captioned case through the month of May 2010.

19           Good cause appearing, IT IS HEREBY ORDERED that:

20           1.  The Clerk of the Court is directed to pay to

21                Matthew A. Lopes, Jr., Esq.
                  Special Master
22                Pannone Lopes & Devereaux LLC
                  317 Iron Horse Way, Suite 301
23                Providence, RI 02908

24   the amount of $443,688.42 in accordance with the attached statement; and

25   /////

26   /////

1

1        2.  A copy of this order shall be served on the financial department of this court.

2   DATED: June 23, 2010

3

4                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
5

6   12
    cole10.may
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | : | |
|     Plaintiffs, | : | |
| | : | |
|   v. | : | No. 2:90-cv-0520 LKK JFM (PC) |
| | : | |
| ARNOLD SCHWARZENEGGER et al., | : | |
|     Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through **May 31, 2010**.

Matthew A. Lopes, Jr., Special Master
| | | |
|---|---|---|
| Services | $20,148.00 | |
| Disbursements | $16,052.23 | |
| Total amount due | | $36,200.23 |

Mohamedu F. Jones, J.D., Deputy Special Master
| | | |
|---|---|---|
| Services | $32,500.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $32,500.00 |

Linda E. Buffardi, J.D., Deputy Special Master
| | | |
|---|---|---|
| Services | $33,927.00 | |
| Disbursement | $      0.00 | |
| Total amount due | | $33,927.00 |

Kerry F. Walsh, J.D.
| | | |
|---|---|---|
| Services | $36,252.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $36,252.00 |

Paul Nicoll, M.A.P.A.
| | | |
|---|---|---|
| Services | $18,428.00 | |
| Disbursements | $  1,884.08 | |
| Total amount due | | $20,312.08 |

Kerry C. Hughes, M.D.
    Services     $26,550.00
    Disbursements   $ 3,533.80

    Total amount due        $30,083.80

Jeffrey L. Metzner, M.D.
    Services     $ 7,272.00
    Disbursements   $ 1,666.65

    Total amount due        $ 8,938.65

Raymond F. Patterson, M.D.
    Services     $20,987.00
    Disbursements   $ 4,464.57

    Total amount due        $25,451.57

Ted Ruggles, Ph.D.
    Services     $36,862.00
    Disbursements   $ 4,806.78

    Total amount due        $41,668.78

Melissa G. Warren, Ph.D.
    Services     $19,018.00
    Disbursements   $ 1,637.42

    Total amount due        $20,655.42

Kathryn A. Burns, MD, MPH
    Services     $11,183.00
    Disbursements   $ 1,451.08

    Total amount due        $12,634.08

Yong Joo Erwin, LCSW
    Services     $10,464.00
    Disbursements   $    723.72

    Total amount due        $11,187.72

Mary Perrien, Ph.D.
    Services     $25,398.00
    Disbursements   $ 2,989.33

    Total amount due        $28,387.33

1    Patricia M. Williams, J.D.
              Services                    $14,095.00
2             Disbursements               $    230.90

3                  Total amount due                              $14,325.90

4    Angela P. Shannon, M.D.
              Services                    $      0.00
5             Disbursements               $      0.00

6                  Total amount due                              $      0.00

7    Henry A. Dlugacz, MSW, J.D.
              Services                    $ 8,721.00
8             Disbursements               $ 2,118.22

9                  Total amount due                              $10,839.22

10   J. Ronald Metz
              Services                    $10,571.00
11            Disbursements               $    931.12

12                 Total amount due                              $11,502.12

13   I.C. Haunani Henry
              Services                    $28,040.00
14            Disbursements               $     53.56

15                 Total amount due                              $28,093.56

16   William F. Alvarez, PHD
              Services                    $38,383.00
17            Disbursements               $ 2,345.96

18                 Total amount due                              $40,728.96

19   **TOTAL AMOUNT TO BE REIMBURSED**          _____          **$443,688.42**

20

21   Receipts for justification of reported expenditures are available upon request.

22   Respectfully submitted,

23   /s/

24   Matthew A. Lopes, Jr.
     Special Master

25

26