ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. CIV S 90-520 LKK-JFM <br><br> **DECLARATION OF ALISON HARDY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009** <br><br> Date: August 23, 2010 <br> Time: 10:00 a.m. <br> Place: Courtroom 4 (15th Floor) <br> Judge: Honorable Lawrence K. Karlton |

DECLARATION OF ALISON HARDY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – No. Civ S 90-520 LKK-JFM

[383055-1]

I, Alison Hardy, declare:

1.     I am a member of the Bar of this Court and a Senior Staff Attorney at the Prison Law Office, counsel of record for the Plaintiff class of persons with serious mental health conditions in California prisons (hereinafter "Plaintiffs").  I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2.     I am primarily responsible for hiring the litigation assistants for the Prison Law Office.  Each year, this office hires recent college graduates to support the attorneys with our class action litigation and monitoring.  Typically, the litigation assistants work at our office for one to two years, and then attend graduate school.

3.     This position is exceedingly popular with college graduates seeking public interest work experience, and our office receives a huge number of applications each year.  In the spring of 2010, I received over 300 applications for four positions, many from highly accomplished graduates of elite universities.  Given the high quality of the pool of candidates, we are able each year to hire litigation assistants who are extremely bright, diligent and productive.

4.     Our teams of litigation assistants start each year during the summer and participate in a several week-long rigorous training program in which the attorneys and the outgoing litigation assistants instruct on, among other things, the fundamentals of prison litigation, the history and current status of our class actions, office monitoring responsibilities, avenues for client advocacy, and ethical obligations to the clients.  Following the initial training, litigation assistants continue to receive instruction through periodic lunch seminars and through case-specific trainings.

5.     Following the initial training period, each litigation assistant is assigned to work on one or two major class actions, under the immediate supervision of an attorney.  In this action, Riley Doyle Evans was assigned to work under Prison Law Office Senior Staff Attorney Steven Fama during the relevant period.

6.     Litigation assistants play a critical role in maintaining communication with our class members.  Because our clients are incarcerated and have very limited access to

-1-
DECLARATION OF ALISON HARDY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – NO. CIV S 90-520 LKK-JFM

[383055-1]

telephones, they must communicate their concerns primarily through the mail. Accordingly, Mr. Evans was responsible for reviewing and coordinating responses to the approximately 200 letters we receive from *Coleman* class members each month. Mr. Evans reads each class member letter, determines whether there has been previous contact with and/or action taken regarding the class member, reviews the substance of all such communication and action, and based on that information and program guide requirements, recommends a response to his supervising attorney, drafts the responses and ensures that the response is tracked in our database.

7. In some cases, class members will raise issues that appear to involve a mental health emergency. Mr. Evans is responsible for raising those possibly emergent letters with his supervisor and drafting inquiry letters to defendants on behalf of those prisoners.

8. Using the correspondence and the database, Mr. Evans also collates information regarding institutional and system-wide issues and regularly drafts memoranda, for use by his supervising attorney, who presents the information to the *Coleman* Special Master monitoring teams before their prison site visits.

9. To perform these duties, our litigation assistants must have a sophisticated understanding of the orders governing this action and the *Coleman* program guide requirements. Their work is invaluable and directly contributes to our attorneys' work product.

10. I am aware of California Business and Professions Code § 6450 regarding the qualifications required for paralegals. Although some of the Prison Law Office litigation assistants do meet the state paralegal standards, this Office does not require paralegal qualifications for the litigation assistant position. This Office has determined that, given the type of client communication work that litigation assistants perform, our clients are best served by hiring very bright, very well-educated college graduates and providing intensive training on prison litigation generally, and on our class actions in particular.

11. Mr. Evans has worked at this office since June 15, 2009. Attached hereto as Exhibit A is a true and correct copy of his resume. Mr. Evans graduated summa cum laude from the University of California, Santa Cruz in 2008, with a Bachelor of Arts Degree in

1  Politics and Latin American and Latino Studies. He had extensive volunteer experience with
2  public interest organizations, including the ACLU, the Davis Human Relations Commission
3  and ACORN. As of June 15, 2010, Mr. Evans has met the state's paralegal criteria set forth in
4  Business and Professions Code § 6450.

5      The foregoing is based upon my own personal knowledge, except where stated to be
6  based upon information and belief. If called upon to do so, I would and could so testify.

7      I declare under penalty of perjury under the laws of the United States and the State of
8  California that the foregoing is true and correct.

9      Executed at Berkeley, California on June 28, 2010.

                                                              ALISON HARDY

-3-
DECLARATION OF ALISON HARDY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF
DISPUTED FEES FROM 2009 – NO. CIV S 90-520 LKK-JFM

# EXHIBIT A

# Riley Doyle Evans

**Education:**

- University of California at Santa Cruz, 2008. Summa cum Laude.
- Bachelor of Arts: Politics and Latin American & Latino Studies Combined BA
- Departments of Latin American & Latino Studies, Politics: Highest Honors, Dean's Honors, Kresge College Honors

**Employment and Volunteer History:**

Litigation Assistant: Prison Law Office
June 2009 to Present. Berkeley/San Quentin Ca.
- Work with attorneys to advocate for individual prisoners with urgent medical, dental, mental health and disability-related concerns.
- Track and confront statewide, systemic problems in the CDCR through Access database.
- Draft Advocacy memos and other materials.
- Correspond with prisoner-clients.
- Conduct interviews in prisons and assist attorneys during prison tours.

Community and Education Reform Organizer: Association of Community Organizations for Reform Now (ACORN)
February 2009 – May 2009. Oakland, Ca.
- Worked to build empowerment among low- and moderate-income families in East Oakland.
- Organized campaigns around racial justice, foreclosure, education reform, violence prevention, job-creation, and others through direct action.
- Other duties included fundraising, recruitment, media outreach, leadership development, office and administrative responsibilities.

Intern: Inside Out Writing Project (IOWP).
March 2007 to June 2008. Santa Cruz, Ca.
- Facilitated weekly writing workshops with prisoners in Santa Cruz County's maximum security Jail.
- Organized numerous events to educate the Santa Cruz and UCSC communities about the Prison Industrial Complex.

Intern: UCSC Women's Center.
March 2007 to June 2008. Santa Cruz, Ca.
- Coordinated anti-sexist and anti-racist events and other programming on the UC campus.
- Performed office duties, fundraising, budgeting, grant writing, facility reservation, promotion, volunteer oversight, and communications.

Riley Doyle Evans
Spring 2010
Policy Program Assistant

Member: Alette Kendrick Defense Committee.
April to May 2007. Santa Cruz, Ca.
- Organized large-scale events in support of student free speech.
- Fundraised for Kendrick's Legal Costs.
- Established collective demands including policy changes to protect student free speech.

Chair: American Civil Liberties Union Campus Chapter (ACLU Slugs).
September 2006 to April 2007. Santa Cruz, Ca.
- Recruited members for the campus chapter.
- Executed campaigns and events around social justice and civil liberties issues.
- Promoted civil rights education on campus.
- Conducted outreach to other student organizations.

Board Member: Yolo County American Civil Liberties Union.
2005. Davis, Ca.
- Attended monthly board and weekly committee meetings.
- Acted as a liaison to the board regarding student free speech issues.
- Organized chapter events.
- Contributed to the various projects that earned Yolo County the Chapter of the Year Award in Northern California for 2005.

Student Commissioner: City of Davis Human Relations Commission.
January to September 2005. Davis, Ca.
- Attended bi-weekly meetings for this city commission that addressed issues of racism, sexism, homophobia and other forms of discrimination in the Davis community.
- Assisted in drafting proposals and policy recommendations to the City Council.

Member: Northern California American Civil Liberties Union Friedman Project Youth Action Committee (YAC).
January to October 2005. San Francisco, Ca.
- Helped organize the annual ACLUNC Youth Conference.
- Delivered an opening keynote at the Youth Conference
- Facilitated the Drug War workshop, which included a presentation from "Drug Policy Alliance" about the effects of the drug war on young people.
- Attended weekly meetings which emphasized leadership and social justice education.

Organizer and Participant: American Civil Liberties Union Friedman Youth Project Summer Research Trip.
June 2005. California
- Explored California's Juvenile Justice System and the Criminalization of Youth.
- Toured youth prisons, Juvenile Halls and other facilities.
- Visited with reform and victims' rights advocates.
- Collaborated on publishing an exposé of the research.

References:
    Alison Hardy, Staff Attorney, Prison Law Office (510) 400 7017
    Roberta Valdez, Former Director UCSC Women's Center (831) 582 5175
    Kent Eaton, Professor of Politics, UCSC (831) 459-4920

Riley Doyle Evans<br>
Spring 2010<br>
Policy Program Assistant