ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

K&L GATES LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-520 LKK-JFM<br><br>**DECLARATION OF RICHARD M. PEARL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISPUTED FEES FROM 2009**<br><br>Date: August 23, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 4 (15th Floor)<br>Judge: Honorable Lawrence K. Karlton |

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

I, RICHARD M. PEARL, declare:

1. I am a member in good standing of the California State Bar. This declaration is submitted in support of Plaintiffs' Motion to Compel Disputed Fees from 2009. I am generally familiar with the litigation in which a plaintiff class of California state prisoners sued the State based on Eighth Amendment violations related to mental healthcare services. I also am aware that this case has been in a post-judgment enforcement stage for more than ten years.

## BACKGROUND AND EXPERIENCE

2. Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall School of Law, University of California at Berkeley. After graduation, I spent fourteen years in federally funded legal services programs before going into private practice in 1982. From 1977 to 1982, I was Director of Litigation for California Rural Legal Assistance, Inc., a statewide legal services program with more than fifty attorneys. Since April 1987, I have been a sole practitioner in the San Francisco Bay Area. Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, and 2007. A copy of my Resume is attached hereto as Exhibit A.

3. Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees. I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues. I am the author of *California Attorney Fee Awards*, 3d Ed. (Calif. Cont. Ed. of Bar 2010), and also was the author of *California Attorney Fee Awards*, 2d Ed. (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on more than 30 occasions. I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's *California Attorney's Fees Award Practice*. In addition, I authored a federal manual on attorneys' fees entitled *Attorneys' Fees: A Legal Services Practice Manual*, published

1

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's *Wrongful Employment Termination Practice*, 2d Ed. (1997).

4. More than 90% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 140 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 25 of which have involved attorneys' fees issues. In the past decade, I have successfully handled four cases in the California Supreme Court involving court-awarded attorneys' fees: (1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; (2) *Ketchum v. Moses* (2001) 24 Cal.4th 1122, which held, inter alia, that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); (3) *Flannery v. Prentice* (2001) 26 Cal.4th 572, which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and (4) *Graham v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court. I also successfully represented the plaintiffs in a previous attorneys' fee decision in the Supreme Court, *Maria P. v. Riles* (1987) 43 Cal.3d 1281. I also have handled several Ninth Circuit attorneys' fees matters, including *Davis v. City & County of San Francisco*, 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC*, 67 F.3d 1470 (9th Cir. 1995); *Velez v. Wynne*, 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); and *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973 (9th Cir. 2008). See Exhibit A.

5. I have been retained as an expert witness on attorneys' fee issues on at least 25 occasions, on behalf of both fee claimants and those opposing fee applications. On at least 10 occasions, I have been qualified as an expert on attorneys' fees in judicial proceedings and arbitrations. I also have served as an arbitrator and mediator of attorney fee issues.

2

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

**REASONABLENESS OF PARALEGAL CLERK AND OTHER LEGAL SUPPORT STAFF RATES**

6.    I have reviewed the paralegal clerk hourly rates claimed by the Plaintiffs' attorneys in this motion to compel, which are $110 and $170 per hour.  In my opinion, the hourly rates being claimed are well within the range of market rates, and in several cases are well below the market rates charged for paralegal clerks and other litigation support staff in the San Francisco Bay Area.

7.    In many cases against the state, venue lies in the Sacramento courts.  As the capital of California, attorneys from major cities like San Francisco and Los Angeles must frequently litigate in the Sacramento courts against the State on issues of statewide importance.  It is appropriate for these attorneys to seek and receive the hourly rates for attorneys and legal support staff that prevail in the legal markets where they reside.

8.    Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys and legal support staff in California and elsewhere.  This familiarity has been obtained in several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

9.    I am frequently called upon to opine about the reasonableness of attorneys' fees, and my declarations on that issue have been cited favorably by numerous courts.  Much of the extensive evidence I have obtained on this issue is set forth below.  In my opinion, the hourly rates being claimed by Plaintiffs' paralegal clerks are in line with or lower than the hourly rates charged by legal staff with equivalent experience and skill for comparable work.

   a.    <u>Rates found reasonable in other cases.</u>  Plaintiffs' paralegal, paralegal clerk, and other litigation support staff rates have been awarded by several courts as follows:

3

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

**2008 RATES:**

i. *Armstrong v. Schwarzenegger*, U.S. District Court, Northern District of California, Case No. 94-2307 (N.D. Cal. June 27, 2008), in which Judge Claudia Wilken awarded legal support staff rates for Rosen, Bien & Galvan, LLP as follows:

| Staff | Rate |
| --- | --- |
| Paralegals | $170-190 |
| Paralegal Clerks | $160 |
| Legal Assistants | $100-150 |
| Law Students | $170 |

ii. *Valdivia v. Schwarzenegger*, U.S. District Court, Eastern District of California, Case No. Civ. S-94-0671 LKK (E.D. Cal. June 30, 2008) (rates set forth in stipulation, Docket No. 1456, June 30, 2008), in which Judge Lawrence Karlton awarded legal support staff rates for Rosen, Bien & Galvan, LLP as follows:

| Staff | Rate |
| --- | --- |
| Paralegals | $160-190 |
| Legal Assistants | $150 |
| Law Students / Law Clerks | $160 |

iii. *L.H. v. Schwarzenegger*, U.S. District Court, Eastern District of California, Case No. 06-2042 in which Judge Karlton awarded legal support staff rates for Rosen, Bien & Galvan, LLP as follows (Docket 530):

| Staff | Rate |
| --- | --- |
| Paralegals | $150 |
| Paralegal Clerks | $130 |
| Law Students / Law Clerks | $170 |

b. <u>Litigation Support Staff Rate Information from Surveys and Other Cases.</u> I have reviewed numerous declarations and depositions filed in other cases, as well as various surveys of legal rates. These sources show the hourly rates for paralegals and other legal support

4

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

staff in litigation undertaken on a non-contingent basis by the following California law firms, listed in alphabetical order:

<u>Bingham McCutchen</u>
<u>2008 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegal | $230 |
| Litigation Specialist | $125-210 |
| Research Specialist | $140 |

<u>Chavez & Gertler</u>
<u>2008 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $185 |
| Legal Assistants | $125 |

<u>2006 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $175 |
| Legal Assistants | $125 |

<u>Goldstein, Demchak, Baller, Borgen & Dardarian</u>
<u>2009 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $150-225 |
| Law Clerks | 195 |

<u>2008 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $135-195 |
| Law Clerks | $195 |

5

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

<u>Litt, Estuar, Harrison & Kitson, LLP</u>
<u>2009 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $125-235 |
| Law Clerks | $225 |

<u>Mann & Cook</u>
<u>2009 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $125-235 |
| Law Clerks | $125 |

<u>Rosen, Bien & Galvan, LLP</u>
<u>2009 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $180-250 |
| Litigation support/Paralegal clerks | $125-200 |
| Law clerks/Students | $190 |
| Word Processing | $60 |

<u>2008 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | $170-225 |
| Litigation support/Paralegal clerks | $110-160 |
| Law clerks/Students | $170 |
| Word Processing | $60 |

<u>2007 Rates:</u>

| <u>Staff</u> | <u>Rate</u> |
|---|---|
| Paralegals | 160-190 |
| Litigation support/Paralegal clerks | 110-150 |
| Law clerks/Students | 160 |

6

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

10. In my experience, highly skilled law firms that are in demand throughout the state, such as Rosen, Bien & Galvan and the Prison Law Office, charge their normal hourly rates regardless of the jurisdiction in which they are litigating.

11. The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates. If any substantial part of the payment were to be deferred for any substantial period of time, for example, or if payment were to be contingent upon outcome or any other factor, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

12. Based on my experience and knowledge of billing practices in the San Francisco Bay area, I can state that it is a common practice for many local firms to bill clients for other litigation support personnel in addition to paralegals and paralegal clerks. These staff include law student clerks, case assistants, word processing, document managers, and litigation technology staff. Many local firms, including virtually all of the major law firms whose bills I have reviewed, do not treat such work as office overhead.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Berkeley, California on June 28, 2010.

/s/ Richard M. Pearl

RICHARD M. PEARL

7

Declaration Of Richard M. Pearl In Support Of Plaintiffs' Motion To Compel Disputed Fees From 2009 - Case No. Civ S 90-520 LKK-JFM

[383609-1]

# EXHIBIT A

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

**EDUCATION**

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

**BAR MEMBERSHIP**

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

**EMPLOYMENT**

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice ("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present): Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional

**RICHARD M. PEARL**
Page 2

>
> Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.
>
> Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.
>
> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.
>
> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**PUBLICATIONS**

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010)

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

**RICHARD M. PEARL**
Page 3

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases,* (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE REPORTED CASES**

*Boren v. California Department of Employment*
          (1976) 59 Cal.App.3d 250

**RICHARD M. PEARL**
Page 4


*Cabrera v. Martin*
> (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
> (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
> (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
> (2010) __Cal.App.4th __

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
> (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
> (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
> (1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
> (1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
> (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
> (2001) 26 Cal. 4th 572

*Graham v. DaimlerChrysler Corp.*
> (2004) 34 Cal. 4th 553

*Horsford v. Board of Trustees of Univ. of Calif.*
> (2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
> (2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
> (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
> 440 U.S. 951

**RICHARD M. PEARL**
Page 5

*Lealao v. Beneficial California, Inc.*
        (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
        (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
        (N.D. Cal. 1984) 580 F.Supp. 714,
        *aff'd* (9th Cir. 1986) 792 F.2d 762

*Mangold v. California Public Utilities Commission*
        (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
        (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
        (N.D. Cal. 1976) 411 F.Supp. 5
        *aff'd* (9th Cir. 1977) 573 F.2d 555

*McSomebodies v. Burlingame Elementary School Dist.*
        (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
        (9th Cir. 1990) 897 F.2d 975

*Moore v. Bank of America*
        (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
        (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
        (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
        5 Wage & Hour Cas. 2d (BNA) 1122

*Pena v. Superior Court of Kern County*
        (1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
        (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
        (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

**RICHARD M. PEARL**
Page 6

*Rubio v. Superior Court*
 (1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
 (1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
 (1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
 (9th Cir. 1979) 601 F.2d 1091,
 *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
 *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
 (1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
 (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part
 and revs'd in part sub nom Davis v. City and County
 of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
 *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
 (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
 (2008) 45 Cal.4th 243 (amicus)

*Velez v. Wynne*
 (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**REFERENCES**

Furnished upon request.

**June 2010**