| | |
|---|---|
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 | PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 |
| K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, California 94107-1389<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-520 LKK-JFM<br><br>**DECLARATION OF THOMAS V. LORAN III IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009**<br><br>Date: August 23, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 4 (15th Floor)<br>Judge: Honorable Lawrence K. Karlton |

DECLARATION OF THOMAS V. LORAN III IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – No. Civ S 90-520 LKK-JFM

[384498-1]

I, Thomas V. Loran III, declare:

1. I make this Declaration of my own personal knowledge and if called to testify, I could and would testify competently to the matters stated herein.

2. I am an attorney admitted to the bar of this Court, and duly licensed to practice before all courts of the State of California. I am a partner of the law firm Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") and have been since 1997, the Chair of the firm's Pro Bono practice.

## LITIGATION BACKGROUND

3. I graduated from the University Of Illinois College Of Law with honors in 1980, and was admitted to the State Bar of California that same year. After graduation, I joined Pillsbury (then known as Pillsbury, Madison & Sutro) in June of 1980 and became a member of the firm in 1988. I have a civil trial and commercial litigation practice.

4. Pillsbury is a full-service law firm with a variety of clients in the energy, financial services, real estate, and technology sectors. The firm has offices throughout California, including in San Francisco, San Diego, Silicon Valley, Los Angeles, Orange County and Sacramento. We also have offices in other states and around the world, including in Washington, D.C., Texas, New York, Virginia, Tokyo, Shanghai, and London.

5. Throughout my career, I have specialized in real estate, securities, commercial and consumer litigation in both state and federal court. In my role as Chair of Pillsbury's Pro Bono practice and prior to becoming Chair in 1997, I have also litigated cases involving civil rights, asylum, and residential eviction defense. I represent individual, corporate and commercial clients as both plaintiffs and defendants and in class action cases. A true and correct copy of my Bio is attached hereto as Exhibit A.

6. I also have experience litigating against governmental entities, including school districts. In 2007, for instance, I was part of a litigation team in *Scott v. Napa Valley Unified School District* (Case No. 26-37082, Napa County Superior Court), which challenged Redwood Middle School's unconstitutional dress code. We obtained a preliminary injunction against the school's policy in 2007 and the case ultimately settled while the district's appeal was pending.

DECLARATION OF THOMAS V. LORAN III IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – No. Civ S 90-520 LKK-JFM

[384498-1]

In *Benjamin Brown, et al. v. Shasta Union High School District, et al.* (Case 164933, Shasta County Superior Court), I also successfully argued a preliminary injunction motion against the school district regarding its illegal drug testing policies. Pillsbury co-counseled both of these cases with the ACLU of Northern California.

## MARKET PRACTICES REGARDING LEGAL SUPPORT STAFF

7. Pillsbury periodically establishes hourly rates for billing personnel at our firm based on comparable rates in the legal market. The firm establishes the rates for our California offices based on prevailing market rates in the areas in which the offices are located, such as San Francisco, Sacramento, Los Angeles, San Diego, and Silicon Valley. Lawyers based in these offices typically bill these rates regardless of the venue in which they litigate. Lawyers in both Pillsbury's San Francisco and Sacramento offices often perform work, including litigation, that is venued in Sacramento. When San Francisco-based attorneys perform work or litigate in Sacramento, we typically bill our clients and are typically paid at the rates that the San Francisco-based lawyers customarily bill.

8. The vast majority of Pillsbury's work, aside from the pro bono litigation, is billed on an hourly basis to fee-paying clients.

9. We regularly bill our attorney time to fee-paying clients at prevailing market rates. We also regularly bill some or all of the work of the following non-attorney legal support staff in San Francisco to fee-paying clients: Paralegal, Senior Legal Analyst, Practice Assistant, and Legal Secretary. Pillsbury's San Francisco office has billed the time of staff members holding these legal support staff positions (and historically comparable former positions having slightly different titles) to fee-paying clients since I began working here in 1980. Pillsbury's practice of billing legal support staff time to such clients is consistent with practices of other firms with which I am familiar in both the San Francisco and the Sacramento areas. These legal support staff personnel include persons who do not qualify, to my understanding, as "paralegals" under California Business & Professions Code section 6450. For instance, our Legal Secretaries and our Practice Assistants are not paralegals, but rather provide litigation support services such as

DECLARATION OF THOMAS V. LORAN III IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – No. Civ S 90-520 LKK-JFM

[384498-1]

preparing legal filings, reviewing documents, gathering data, and maintaining what often times can be our voluminous case files.

10. The hourly rates charged in 2010 are slightly higher for most Pillsbury timekeepers in San Francisco than the rates charged in 2009. The current hourly rates for all Pillsbury timekeepers in San Francisco who qualify, to my understanding, as "paralegals" under Business & Professions Code section 6450 (including our Senior Legal Analysts) range, depending on the assignment and the person involved, from $100 to $380. In addition, the range of current hourly rates for our other legal support staff positions in Pillsbury's San Francisco office is as follows: Practice Assistant – $85 to $170; and Legal Secretary – $175 to $195.

11. In my experience, Pillsbury charges the same rates for work performed by personnel resident in the San Francisco office regardless of the location of the forum or work involved. Business & Professions Code section 6450 is relevant to our firm insofar as it defines "paralegals" and specifies the tasks they can legally perform. Many of the legal support staff that we bill out to fee-paying clients, however, are not, to my understanding, "paralegals" within the meaning of this statute.

12. I am aware that Rosen, Bien & Galvan and the Prison Law Office are seeking $110-$170 for work performed by their paralegal clerks and litigation assistants. These rates are not only consistent with prevailing rates in the San Francisco and Sacramento areas, but are lower than those of the larger law firms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July, 2010, at San Francisco, California.

_____
Thomas V. Loran III

DECLARATION OF THOMAS V. LORAN III IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISPUTED FEES FROM 2009 – No. Civ S 90-520 LKK-JFM

# EXHIBIT A

San Francisco
50 Fremont Street
San Francisco, CA
94105-2228
Tel.    +1.415.983.1865
Fax.    +1.415.983.1200

**Practices / Industries**

Litigation
  Appellate
  Financial Services Litigation
  Product Liability & Toxic Torts
  Securities Litigation
Life Sciences & Health Care
Corporate & Securities
Technology
  Clean Technology
  Semiconductor

**Multidisciplinary Teams**

Clean Technology

**Admissions**
State of California

State of Illinois

**Education**
J.D., University of Illinois College of Law, 1980 with honors, Notes and Comments Editor, *Law Review*

M.A., University of Illinois, 1977

A.B., Brown University, 1975



# Thomas V. Loran III
Partner
thomas.loran@pillsburylaw.com

**Mr. Loran** has a trial and appellate practice focusing on real estate, securities, and all aspects of commercial and consumer litigation, including representation of financial institutions, product liability defense and defense of attorney malpractice suits. He also is Chair of the firm's Pro Bono practice and has represented civil rights claimants and indigent persons in numerous litigation matters at both the trial and appellate levels in state and federal court.

Mr. Loran's real estate experience includes litigation related to title insurance, real estate development, and lease disputes involving landlord-tenant remedies and special proceedings. His securities litigation experience runs the gamut from prosecution and defense of investor fraud claims to representation of minority shareholders fighting attempted corporate freeze-out tactics. In addition, Mr. Loran has defended shareholder derivative actions related to corporate governance disputes, hostile acquisitions and going private transactions and has also handled litigation arising in connection with proxy fights for corporate control and investor disclosures under the Williams Act.

Mr. Loran's general commercial litigation experience for international as well as domestic clients covers a wide range of matters, including partnership disputes, internal investigations for financial institutions, administrative proceedings involving bank regulation, enforcement of rights under letters of credit, negotiable instruments and guaranties, contract and licensing disputes, and cases under the Uniform Commercial Code, the Unruh Act, and Federal and state Fair Debt Collection Practices Acts. Mr. Loran also has tried cases involving claims of attorney malpractice and product defect and has an active pro bono practice focusing on eviction defense, political asylum and civil rights claims. A list of representative appellate matters that Mr. Loran had handled is set forth below.

**Representative Matters**

**Representative Appellate Cases**

**Federal**

- *De Saracho v. Custom Food Machinery, Inc.*, 285 F.3d 899 (9th Cir. 2000) (breach of contract, fraud)
- *United States of America v. Oakland Cannabis Buyers' Cooperative and Jeffrey Jones*, 532 U.S. 483 (2001) (Due Process) (amicus brief of patient/intervenors)

**State**

- *A. I. Credit Corp., Inc. v. Aguilar & Sebastinelli, P.C.*, No. A101841 (Cal. App.) (attorneys' fee dispute)
- *Caspian Wholesale, Inc., et al. v. Superior Court*, No. A107180 (Cal. App.) (writ

petition) (tenant's exercise of right of first refusal)

- *Diana Lynn Bruno v. Superior Court of the State of California, in and for the City and County of San Francisco*, 219 Cal. App. 3d 1359 (1990) (writ petition) (discovery in trial de novo of small claims proceeding)
- *Frank Bruno et al. v. Chevron Chemical Company, et al.*, No. 044438 (Cal. App.) (delay in prosecution)
- *Bruna Bugeja, Peter Bugeja and Lino J. and Grace C. Subtropico Trust v. Cary Colbert*, App. Div. No. 4596 (App. Div.) (special demurrer)
- *Doherty's Truck and Auto Rental, Inc. v. Chevron U.S.A. Inc*, No. A029166 (Cal. App.) (contractual indemnity)
- *In re Nathanilel B.*, Nos. C046091, C046176 (Cal. App.) (adoptive parents' civil rights)
- *Leland B. Evans and Ken Tran v. Jonathan Joseph*, No. A086357 (Cal. App.) (legal malpractice)
- *Mattaniah Eytan v. LaSalle Partners Management Ltd., Transamerica Insurance Corporation of America of California*, App. No. 5172 (App. Div.) (breach of lease)
- *Lyon Metal Products, Inc. v. State Board of Equalization*, 58 Cal. App. 4th 906 (1997) (Commerce Clause)
- *Malibu Residential Housing Group, Ltd., Paul Shoop, Lee M. Shoop and Wave Property, Inc. v. Ventura County National Bancorp, Ventura County National Bank* , No. B060609 (Cal. App.) (writ petition) (foreclosure; supersedeas)
- *Zenita Mansfield v. Superior Court of the State of California, in and for the City and County of San Francisco*, No. A043838 (Cal. App.) (writ petition) (statute of limitations)
- *Bradford McNutt v. Sparknight, Inc., et al.*, No. A053457 (Cal. App.) (breach of contract, fraud, attorney malpractice)
- *Andrew P. Pilara, Jr., an individual, et al., v. Robert B. Mechinist, et al.*, No. A035350 (Cal. App.) (personal jurisdiction)
- *The Prudential Insurance Company of America and Pruco Life InsuranceCompany v. State Board of Equalization*, 21 Cal. App. 4th 458 (1993) (gross premiums tax)
- *Dr. William Steinsmith v. Medical Board of California*, 85 Cal. App. 4th 458 (2000) (unauthorized practice of medicine)
- *Technicare Corporation v. Superior Court of the State of California, in and for the County of Alameda*, No. A036736 (Cal. App.) (writ petition) (breach of warranty; personal injury)
- *Van Ness Associates, Ltd. v. The Mitsubishi Bank, Ltd., et al.*, No. A080125 (Cal. App.) (judicial foreclosure)
- *Varian Medical Systems, Inc., et al. v. Michelangelo Delfino, et al.*, No. H024214 (Cal. App.) (writ petition) (supersedeas)

**Courts**

California State and Federal Courts

**Firm Publications**

Newsletter—Perspectives on Real Estate, Spring 2010

Pillsbury Winthrop Shaw Pittman Affordable Housing & Community Development Newsletter , 2008