Deborah J. Fox (SBN 110929)
dfox@meyersnave.com
Edward A. Grutzmacher (SBN 228649)
egrutzmacher@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Intervenor
CITY OF CHINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | CASE NO. 2:90-CV-00520-LKK-JFM |
|---|---|
| Plaintiffs, | DECLARATION OF PATRICK GLOVER IN SUPPORT OF THE CITY OF CHINO'S MOTION TO INTERVENE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | Hearing:<br>Date: August 9, 2010<br>Time: 10:00 a.m.<br>Dept.: 4 |
| Defendants. | Hon. Lawrence K. Karlton |

I, Patrick J. Glover declare:

1. I am the City Manager for the City of Chino ("the City"). I have been employed in this capacity since August 2, 2007. Prior to that I was employed at the City as the Public Works Director since 1998. The following facts are based on my personal knowledge, and if called as a witness, I could, and would testify competently thereto.

2. I make this declaration in support of the City of Chino's motion to intervene in this case.

3. In my capacity as the City Manager I oversee all City operations.

4. The California Institution for Men ("CIM") and the Stark Facility are located within the City of Chino. The normal operations of CIM and the Stark Facility have impacts on the City, its residents, employees, facilities, and property. Specifically, the normal operations of CIM and the Stark facility impact:

   a. The City's streets and various traffic facilities;
   b. Water supply and infrastructure;
   c. Sewer infrastructure; and
   d. Public safety.

5. CIM also has a history of riots and prisoner unrest. These extraordinary incidents also impact the City's residents, employees, facilities and property. Specifically, during riots and prisoner unrest the City's police department and the local independent fire district are often called upon to assist corrections officers in maintaining order during these events or in putting out fires, as they did in the recent 2009 riot. Injured prisoners who cannot be treated at CIM itself are often directed to medical facilities within the City. In the most recent riot, many injured inmates were sent to local hospitals. These riots and prisoner unrest also have both direct and secondary impacts on community safety since the police and fire personnel occupied with assisting at CIM are not available to assist City residents.

1  I declare under the penalty of perjury under the laws of the State of California
2  that the foregoing facts are true and correct. Executed this 6 day of July 2010, at
3  Chino, California.

_____
Patrick J. Glover

1479169.1
1433.002