| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2010** |

1   On March 19, 1996, the District Court established procedures by which plaintiffs are to collect
2   periodic attorneys' fees and costs in this case in connection with their work monitoring defendants'
3   compliance with the Court's Orders and collecting fees.

4   Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of
5   2010 to defendants via overnight Federal Express on May 4, 2010. Plaintiffs received defendants'
6   objections on June 16, 2010 after granting defendants an extension. The parties completed their meet-
7   and-confer process on July 9, 2010. Attached hereto as Exhibit A are charts setting forth the
8   undisputed fees and costs due and owing for the first quarter of 2010.

9   THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $269,565.27 plus
10  interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on
11  these fees and costs will run from June 5, 2010 (31 days after defendants' receipt of plaintiffs'
12  statement), accruing at the rate provided by 28 U.S.C. §1961.

13  IT IS SO STIPULATED.

14  DATED: July 14, 2010

Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

17  DATED: July 13, 2010

*/s/ Amy Whelan*
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

# Exhibit A

## Coleman v. Schwarzenegger
Fourth Quarterly Statement of 2009
October 1, 2009 through December 31, 2009

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | Stipulated FEES | COSTS |
|---|---|---|
| MONITORING | $ 229,488.61 | $ 22,203.26 |
| MONITORING FEES ON FEES | $ 17,226.15 | $ 647.25 |
| TOTALS: | $ 246,714.76 | $ 22,850.51 |

**TOTAL UNDISPUTED FEES AND COSTS**     $ 269,565.27

Rosen, Bien & Galvan

RBG

Stipulated Fees (Non Three-Judge Panel)
January 1, 2010 through March 31, 2010
(489-3)

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining Rate Dispute |
|---|---|---|---|---|---|---|---|---|
| Sanford J. Rosen | 0.10 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Michael W. Bien | 130.30 | 130.30 | 124.60 | 0.00 | $208.50 | $208.50 | $25,979.10 | $0.00 |
| Ernest Galvan | 50.60 | 50.40 | 49.10 | 0.00 | $208.50 | $208.50 | $10,237.35 | $0.00 |
| Thomas Nolan | 26.70 | 26.70 | 13.90 | 0.00 | $208.50 | $208.50 | $2,898.15 | $0.00 |
| Jane E. Kahn | 266.90 | 266.70 | 260.20 | 0.00 | $208.50 | $208.50 | $54,251.70 | $0.00 |
| Mark R. Feeser | 181.10 | 180.10 | 173.80 | 0.00 | $208.50 | $208.50 | $36,237.30 | $0.00 |
| Lisa A. Ells | 68.60 | 66.80 | 65.10 | 0.00 | $208.50 | $208.50 | $13,573.35 | $0.00 |
| Amy E. Whelan | 182.70 | 182.50 | 180.50 | 0.00 | $208.50 | $208.50 | $37,634.25 | $0.00 |
| Shirley Huey | 0.50 | 0.50 | 0.50 | 0.00 | $208.50 | $208.50 | $104.25 | $0.00 |
| Robert Blake Thompson | 8.70 | 8.70 | 8.70 | 0.00 | $208.50 | $208.50 | $1,813.95 | $0.00 |
| Sumana Cooppan | 3.40 | 3.40 | 3.40 | 0.00 | $208.50 | $208.50 | $708.90 | $0.00 |
| Holly M. Baldwin | 0.60 | 0.60 | 0.60 | 0.00 | $208.50 | $208.50 | $125.10 | $0.00 |
| Kenneth M. Walczak | 2.70 | 2.60 | 2.60 | 0.00 | $208.50 | $208.50 | $542.10 | $0.00 |
| Kevin E. Jones | 5.70 | 0.00 | 0.00 | 0.00 | $208.50 | $82.50 | $0.00 | $0.00 |
| Sofia A. Milham | 247.80 | 227.40 | 204.10 | 0.00 | $208.50 | $82.50 | $16,838.25 | $25,716.60 |
| Ritika S. Aggarwal | 241.50 | 226.80 | 216.90 | 0.00 | $208.50 | $82.50 | $17,894.25 | $25,485.75 |
| Karen E. Stilber | 0.80 | 0.50 | 0.50 | 0.00 | $208.50 | $82.50 | $41.25 | $63.00 |
| Matthew R. Harrison | 2.50 | 0.10 | 0.10 | 0.00 | $200.00 | $82.50 | $8.25 | $11.75 |
| Claire A. Hoffman | 2.10 | 1.90 | 1.90 | 0.00 | $200.00 | $82.50 | $156.75 | $223.25 |
| Haruka Roudebush | 11.90 | 6.90 | 6.30 | 0.00 | $200.00 | $82.50 | $519.75 | $740.25 |
| Hugo D. Cabrera | 2.90 | 0.20 | 0.00 | 0.20 | $185.00 | $0.00 | $0.00 | $37.00 |
| Elizabeth S. Hennessey | 31.30 | 20.40 | 0.00 | 20.40 | $185.00 | $0.00 | $0.00 | $3,774.00 |
| Marc Shinn-Krantz | 153.80 | 119.30 | 0.00 | 119.30 | $185.00 | $0.00 | $0.00 | $22,070.50 |
| **Totals** | **1623.20** | **1522.80** | **1312.80** | **139.90** | | | **$219,564.00** | **$78,122.10** |

382486

Stipulated Fees (Non Three-Judge Panel)
January 1, 2010 through March 31, 2010
(489-3)

**Prison Law Office**            PLO

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining Rate Dispute |
|---|---|---|---|---|---|---|---|---|
| Donald Specter | 0.20 | 0.20 | 0.20 | 0.00 | $208.50 | $208.50 | $41.70 | $0.00 |
| Steve Fama | 21.70 | 21.70 | 21.70 | 0.00 | $208.50 | $208.50 | $4,524.45 | $0.00 |
| Riley Doyle Evans | 67.00 | 67.00 | 0.00 | 67.00 | $180.00 | $0.00 | $0.00 | $12,060.00 |
| **Totals** | **88.90** | **88.90** | **21.90** | **67.00** | | | **$4,566.15** | **$12,060.00** |

**Employment Law Center**        ELC

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining Rate Dispute |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 18.13 | 18.13 | 12.35 | 0.00 | $208.50 | $208.50 | $2,574.98 | $0.00 |
| Riday-White | 13.35 | 13.35 | 13.35 | 0.00 | $208.50 | $208.50 | $2,783.48 | $0.00 |
| **Totals** | **18.13** | **18.13** | **12.35** | **0.00** | | | **$5,358.46** | |

**Grand Total**    $229,488.61

382486

Stipulated Costs (Non Three-Judge Panel)
January 1, 2010 through March 31, 2010
(489-3)

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $795.73 | $795.73 | $0.00 | $0.00 | $0.00 | $795.73 | $0.00 |
| Translation | $126.25 | $126.25 | $0.00 | $0.00 | $0.00 | $126.25 | $0.00 |
| In-House Copying | $6,809.60 | $6,809.60 | $0.00 | $0.00 | $0.00 | $6,809.60 | $0.00 |
| Outside Copying | $8,097.51 | $8,097.51 | $2,016.40 | $2,016.40 | $0.00 | $8,097.51 | $0.00 |
| L-D Telephone | $344.99 | $344.99 | $0.00 | $0.00 | $0.00 | $344.99 | $0.00 |
| In-House Faxes | $23.00 | $23.00 | $0.00 | $0.00 | $0.00 | $23.00 | $0.00 |
| Postage and Delivery | $2,067.59 | $2,067.59 | $0.00 | $0.00 | $0.00 | $2,067.59 | $0.00 |
| Travel | $2,584.32 | $2,584.32 | $666.18 | $413.84 | $252.34 | $2,331.98 | $0.00 |
| Total | $20,848.99 | $20,848.99 | $2,682.58 | $2,430.24 | $252.34 | $20,596.65 | |

**Prison Law Office**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Translation | $232.00 | $232.00 | $0.00 | $0.00 | $0.00 | $232.00 | $0.00 |
| In-House Copying | $832.80 | $832.80 | $0.00 | $0.00 | $0.00 | $832.80 | $0.00 |
| Postage and Delivery | $535.81 | $535.81 | $0.00 | $0.00 | $0.00 | $535.81 | $0.00 |
| In-house Faxes | $6.00 | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 | $0.00 |
| Total | $1,606.61 | $1,606.61 | $0.00 | $0.00 | $0.00 | $1,606.61 | $0.00 |

**Grand Total** $22,203.26

382486

Coleman v. Schwarzenegger
Stipulated Fees (Fees on Fees)
January 1, 2010 through March 31, 2010
(489-5)

Rosen, Bien & Galvan        RBG

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 1.80 | 1.80 | 0.50 | 1.30 | $208.50 | $208.50 | $104.25 | $271.05 |
| Ernest Galvan | 6.60 | 6.60 | 6.60 | 0.00 | $208.50 | $208.50 | $1,376.10 | $0.00 |
| Amy E. Whelan | 55.40 | 55.40 | 54.90 | 0.00 | $208.50 | $208.50 | $11,446.65 | $0.00 |
| Holly M. Baldwin | 0.40 | 0.40 | 0.40 | 0.00 | $208.50 | $208.50 | $83.40 | $0.00 |
| Kenneth M. Walczak | 0.10 | 0.00 | 0.00 | 0.00 | | $208.50 | $0.00 | $0.00 |
| Kevin E. Jones | 57.20 | 54.50 | 51.10 | 0.00 | $208.50 | $82.50 | $4,215.75 | $6,438.60 |
| **Totals** | **121.50** | **118.70** | **113.50** | **1.30** | | | **$17,226.15** | **$6,709.65** |

Prison Law Office        PLO

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 2.10 | 2.10 | 0.00 | 2.10 | $170.00 | $82.50 | $0.00 | $357.00 |
| **Totals** | **2.10** | **2.10** | **0.00** | **2.10** | | | **$0.00** | **$357.00** |

**Grand Total**        $17,226.15

382486

Coleman v. Schwarzenegger
Stipulated Costs (Fees on Fees)
January 1, 2010 through March 31, 2010
(489-5)

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $395.85 | $395.85 | $0.00 | $0.00 | $0.00 | $395.85 | $0.00 |
| In-House Copying | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 |
| Outside Copying | $133.33 | $133.33 | $0.00 | $0.00 | $0.00 | $133.33 | $0.00 |
| Telephone | $26.60 | $26.60 | $0.00 | $0.00 | $0.00 | $26.60 | $0.00 |
| Postage and Delivery | $31.47 | $31.47 | $0.00 | $0.00 | $0.00 | $31.47 | $0.00 |
| **Total** | **$647.25** | **$647.25** | **$0.00** | **$0.00** | **$0.00** | **$647.25** | **$0.00** |

**Grand Total**  $647.25

382486