IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al. | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | ) **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2010** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1    On July 14, 2010, the parties in this case filed a Stipulation confirming the results
2 of their meet and confer session concerning fees and costs for the first quarter of 2010,
3 pursuant to the March 19, 1996, periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and
5 costs of $269,565.27 plus interest, are due and collectable as of forty-five days from the
6 date of entry of this Order.  Interest on these fees and costs will run from June 5, 2010,
7 accruing at the rate provided by 28 U.S.C. §1961.
8    IT IS SO ORDERED.
9    Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court