EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>    Plaintiffs,<br><br>   v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' UPDATE TO COURT RE: USE OF "DESIGN-BUILD" AUTHORITY FOR THE NEW CONSTRUCTION PROJECTS IDENTIFIED IN DEFENDANTS' AMENDED LONG-RANGE MENTAL HEALTH BED PLAN FOR THE STARK FACILITY** |

On June 30, 2010, Defendants informed the Court that they would notify the Court as soon as they verified that the new construction projects identified in Defendants' amended Stark plan qualify for "design-build" authority under Government Code section 14661.1. (Docket No. 3870 at 4:27–5:5.) Attached as Exhibit 1 is a true and correct copy of a June 16, 2010 letter from the Department of Finance (DOF) notifying the Department of Corrections and Rehabilitation

///

///

///

1

1  (CDCR) that DOF concurs with CDCR's request to use the "design-build" procurement method

2  for construction of the amended Stark plan under Government Code section 14661.1(i).

3  Dated: July 21, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31061759

2

Defs.' Update to Court Re: Defs.' Bed Plan for the Stark Facility (2:90-cv-00520 LKK JFM P)

# EXHIBIT 1



ARNOLD SCHWARZENEGGER, GOVERNOR

**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

July 16, 2010

Honorable Matthew Cate
Secretary
Department of Corrections and Rehabilitation
1515 S Street, Room 502S
Sacramento, CA 95811-7243

Dear Mr. Cate:

The Department of Finance (Finance) has received the Department of Corrections and Rehabilitation's (CDCR) June 17, 2010 request to use design-build procurement methods (DB) for construction of the Heman G. Stark Conversion and Correctional Treatment Center Project (Stark Project) in Chino. The Stark Project will house approximately 2,839 inmates that require varying levels of medical and/or mental health care, with a total project cost of approximately $521 million. CDCR intends to fund this project from appropriations made in the Public Safety and Offender Rehabilitation Services Act of 2007 (AB 900). Finance concurs with CDCR's request to use DB for construction of the Stark Project pursuant to Government Code (GC) section 14661.1(i).

GC 14661.1(i) allows the use of DB for five prison, court, or state office facilities with Finance approval. With this approval, three of the five authorized DB projects pursuant to GC section 14661.1(i) have been allocated. Please note that this authorization does not constitute establishment of the scope, cost, and schedule of this project as approvals of the Joint Legislative Budget Committee and the State Public Works Board are still required to establish and fund this project pursuant to AB 900.

If you have any questions or need additional information regarding this matter, please call Chris Lief, Principal Program Budget Analyst, at (916) 445-9694.

ANA J. MATOSANTOS
Director
By:

*[signature]*

TODD JERUE
Chief Deputy Director

cc: Ms. Debbie Vorous, Office of the Attorney General
   Mr. Chris Meyer, Senior Chief, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
   Ms. Deborah Hysen, Chief Deputy Secretary, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
   Mr. Dean Borg, Director, Finance Administration and Support, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
   Ms. Sarah VanDyke, Branch Chief, Finance and Budgeting Branch, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation

icc:   MATOSANTOS, FINN, ROGERS, LIEF, BENSON, DANIEL, STURGES, SUSPENSE
       C/F, FILE

I:\DEPT OR PROG FILES\CAPITAL OUTLAY\5225C\DESIGN-BUILD\5225C_DB FOR STARK PROJECT.DOC