Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:   gadam@cbmlaw.com
   nleonard@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:   916.340.9372
E-Mail:   dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | **NOTICE OF CHANGE IN COUNSEL**<br><br>**[GENERAL ORDER 45(IV)(C)(3)]** |

CBM-SF\SF486855

-1-

**TO THE CLERK OF THE COURT AND COUNSEL:**

PLEASE TAKE NOTICE that the following attorney is no longer assigned to this case:

> Natalie Leonard, No. 236634
> **CARROLL, BURDICK & McDONOUGH LLP**
> Attorneys at Law
> 44 Montgomery Street, Suite 400
> San Francisco, CA  94104
> Telephone:   415.989.5900
> Facsimile:    415.989.0932
> Email:         nleonard@cbmlaw.com

Please remove Natalie Leonard from your service list for this action.

Dated:  July 21, 2010

CARROLL, BURDICK & McDONOUGH LLP

By   /s/  Natalie Leonard
Gregg McLean Adam
Natalie Leonard
Attorneys for Plaintiff Intervenor California Correctional Peace Officers' Association