PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **PLAINTIFFS' OPPOSITION TO CITY OF CHINO'S NOTICE OF MOTION AND MOTION TO INTERVENE** <br><br> <u>Hearing</u>: <br> Date Aug. 9, 2010 <br> Time: 10:00 am <br> Courtroom: 4 <br><br> Hon. Lawrence K. Karlton |

For all of the reasons stated in Defendants' Response (Docket No. 3887), the Plaintiff class joins in opposing the City of Chino's motion to intervene (Docket No. 3878), and in requesting, in the alternative, that if intervention is permitted, it be limited to the CEQA issues addressed in the City of Chino's motion.

Dated:  July 23, 2010                              Respectfully submitted,

                                                          ROSEN, BIEN & GALVAN, LLP

By: */s/ Ernest Galvan*
    Ernest Galvan
    Attorney for Plaintiffs