*Exhibit A*

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 E-mail: Gregory.Gomez@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JENNIFER SCHWARTZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL PAYMENT OF FOURTH QUARTER 2009 ATTORNEYS' FEES** |

I, Jennifer Schwartz, declare:

1. I am a Staff Counsel employed by the California Department of Corrections and Rehabilitation, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.

2. During February 2010, I was responsible for reviewing Plaintiffs' fees statements for the fourth quarter of 2009 in *Plata v. Schwarzenegger*, No. C01-1351 TEH (N.D. Cal.). After reviewing Plaintiffs' fees statements, I conferred with Alison Hardy who told me that Riley Doyle Evans was being billed at paralegal rates even though he did not qualify as a paralegal under Cal. Bus. & Prof. Code Section 6450. This was the first time I was made aware that Plaintiffs were

1

requesting paralegal rates for Riley Doyle Evans, and that Riley Doyle Evans was not a paralegal.

I declare under penalty of perjury that the foregoing is true.

Executed this 2nd day of August, 2010, in Sacramento, California.

JENNIFER SCHWARTZ

CF1997CS0003
31063170.doc

2