*Exhibit B*

1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-3866
     Fax: (916) 324-5205
7    E-mail: Gregory.Gomez@doj.ca.gov

8  Attorneys for Defendants

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13
    RALPH COLEMAN, et al.,                    2:90-cv-00520 LKK JFM P
14
                            Plaintiffs,       DECLARATION OF MICHAEL STONE
15                                            IN SUPPORT OF DEFENDANTS'
                   v.                         OPPOSITION TO MOTION TO
16                                            COMPEL PAYMENT OF FOURTH
                                              QUARTER 2009 ATTORNEYS' FEES
17  ARNOLD SCHWARZENEGGER, et al.,

18                          Defendants.

19

20        I, Michael Stone, declare:

21        1.    I am a Senior Staff Counsel employed by the California Department of Corrections

22  and Rehabilitation, and I am licensed to practice in this Court. I have personal knowledge of the

23  facts stated in this declaration and if called to testify to those facts, could and would do so

24  competently.

25        2.    During February 2010, I was responsible for reviewing the Plaintiffs' Fourth Quarter

26  2009 statement of fees and costs in this matter. In February, Staff Counsel Jennifer Schwartz

27  informed me of an objection to Plaintiffs' request in *Plata v. Schwarzenegger*, No. C01-1351

28  THE, to pay paralegal rates for litigation support staff, including Riley Doyle Evans, that did not

                                            1

1    qualify for those rates under Cal. Bus. & Prof. Code Section 6450. Until Ms. Schwartz contacted

2    me, I was not aware that either the Prison Law Office or Rosen, Bien, & Galvan, LLP, were

3    requesting paralegal rates for litigation support staff that did not qualify as paralegals. I also was

4    not aware that litigation support staff such as Riley Doyle Evans and Marc Shinn-Krantz did not

5    qualify as paralegals under Cal. Bus. & Prof. Code Section 6450 until she contacted me.

6        3.     After learning that the *Plata* Plaintiffs were requesting paralegal rates for Riley Doyle

7    Evans, who is not legally qualified as a paralegal, I reviewed the Fourth Quarter 2009 statement

8    of fees and costs in this matter, and noted that Riley Doyle Evans's time was being billed at a

9    paralegal rate, and that "paralegal clerk" Mark Shinn-Krantz was being billed at $110 per hour, a

10    rate lower than that of the other litigation support staff at Rosen, Bien, & Galvan, LLP. In March

11    2009, I contacted Amy Whelan of Rosen, Bien, & Galvan, LLP, and asked her if any of the

12    litigation support staff listed on the Fourth Quarter 2009 statement were not qualified paralegals

13    under Cal. Bus. & Prof. Code Section 6450. Ms. Whelan told me that Mark Shinn-Krantz did not

14    qualify under Cal. Bus. & Prof. Code Section 6450 as a paralegal.

15        4.     After determining that Plaintiffs sought paralegal rates for these unqualified

16    paralegals in this action, I objected to Plaintiffs' fee requests for them during a meet-and-confer

17    discussion in March 2010. Specifically, I objected to 102.90 hours billed by litigation assistant

18    Riley Doyle Evans, and 3.9 hours billed by paralegal clerk Mark Shinn-Krantz.

19        5.     On page 1 of the Prison Law Office's Fourth Quarter 2009 statement of professional

20    services, the October 1, 2009, entry for "RDE" reads as follows: "Read and recorded case related

21    information in 7 prisoner letters" which was billed as 1.10 hours to Defendants, and "Drafted 6

22    responses to prisoner letters," which was billed as 1.30 hours to Defendants.

23        6.     On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

24    services, the October 14, 2009, entry for "RDE" reads as follows: "Read and recorded case

25    related information in 23 prisoner letters" which was billed as 2.90 hours to Defendants.

26        7.     On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

27    services, the October 15, 2009, entry for "RDE" reads as follows: "Read and recorded case

28

2

1   related information in 12 prisoner letters" which was billed as 1.20 hours to Defendants, and

2   "Drafted responses to 4 prisoner letters," which was billed as 1.30 hours to Defendants.

3       8.    On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

4   services, the October 16, 2009, entry for "RDE" reads as follows: "Drafted 17 prisoner letters"

5   which was billed as 5.00 hours to Defendants.

6       9.    On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

7   services, the October 19, 2009, entry for "RDE" reads as follows: "Read and summarized case

8   related information in 12 prisoner letters," which was billed as 2.10 hours to Defendants,

9   "Discussed prisoner correspondence with Steve Fama," which was billed as 0.30 hours to

10  Defendants, and "Drafted 6 responses to prisoner letters," which was billed as 1.30 hours to

11  Defendants.

12      10.   On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

13  services, the October 20, 2009, entry for "RDE" reads as follows: "Read and summarized case

14  related information in 12 prisoner letters" which was billed as 1.60 hours to Defendants, "Drafted

15  6 responses to prisoner letters," which was billed as 0.60 hours to Defendants, and "Meeting with

16  Steve Fama re class member letters," which was billed as 0.30 hours to Defendants.

17      11.   On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

18  services, the October 21, 2009, entry for "RDE" reads as follows: "Read and summarized case

19  related information in 10 prisoner letters" which was billed as 1.20 hours to Defendants, and

20  "Drafted 9 responses to prisoner letters," which was billed as 1.20 hours to Defendants.

21      12.   On page 2 of the Prison Law Office's Fourth Quarter 2009 statement of professional

22  services, the October 22, 2009, entry for "RDE" reads as follows: "Read and summarized case

23  related information in 5 prisoner letters" which was billed as 0.60 hours to Defendants, and "Read

24  and summarized case related information in 6 prisoner letters," which was billed as 0.70 hours to

25  Defendants.

26      13.   On page 3 of the Prison Law Office's Fourth Quarter 2009 statement of professional

27  services, the October 23, 2009, entry for "RDE" reads as follows: "Drafted 6 replies to prisoner

28  letters" which was billed as 1.00 hours to Defendants, "Drafted 3 advocacy letters," which was

3

1   billed as 1.30 hours to Defendants, and "Read and summarized case related information in 9

2   prisoner letters," which was billed as 1.00 hours to Defendants.

3       14.   On page 3 of the Prison Law Office's Fourth Quarter 2009 statement of professional

4   services, the October 26, 2009, entry for "RDE" reads as follows: "Drafted CPT Follow up

5   letters" which was billed as 0.50 hours to Defendants, and "Read and summarized case related

6   information in 7 prisoner letters," which was billed as 1.60 hours to Defendants.

7       15.   On page 3 of the Prison Law Office's Fourth Quarter 2009 statement of professional

8   services, the October 27, 2009, entry for "RDE" reads as follows: "Read and summarized

9   information and drafted response to 1 prisoner letter," which was billed as 0.40 hours to

10   Defendants, and "Read and summarized case related information in prisoner letters," which was

11   billed as 0.80 hours to Defendants.

12      16.   On page 3 of the Prison Law Office's Fourth Quarter 2009 statement of professional

13   services, the October 28, 2009, entry for "RDE" reads as follows: "Read and summarized case

14   related information in prisoner letter and drafted CPT memo," which was billed as 0.80 hours to

15   Defendants, and "Read, summarized case related information in and drafted responses to prisoner

16   letters," which was billed as 1.05 hours to Defendants.

17      17.   On page 3 of the Prison Law Office's Fourth Quarter 2009 statement of professional

18   services, the October 29, 2009, entry for "RDE" reads as follows: "Read and summarized case

19   related information in prisoner letters," which was billed as 1.05 hours to Defendants.

20      18.   On page 4 of the Prison Law Office's Fourth Quarter 2009 statement of professional

21   services, the October 29, 2009, entry for "RDE" reads as follows: "Read, summarized case

22   related information in prisoner letters," which was billed as 1.20 hours to Defendants, "Drafted

23   one CPT memo," which was billed as 0.40 hours to Defendants, "Read and summarized case

24   related information in prisoner letters and drafted responses," which was billed as 0.90 hours to

25   Defendants, "Drafted response to prisoner letter," which was billed as 0.50 hours to Defendants,

26   "Drafted response to prisoner letter," which was billed as 0.40 hours to Defendants, "Drafted

27   response to prisoner letter," which was billed as 0.40 hours to Defendants, "Drafted response to 6

28   prisoner letter," which was billed as 1.40 hours to Defendants, "Read and summarized case

4

1    related information in 4 prisoner letters," which was billed as 0.40 hours to Defendants, and

2    "Edited 10 prisoner letters," which was billed as 0.70 hours to Defendants.

3        19.   On page 4 of the Prison Law Office's Fourth Quarter 2009 statement of professional

4    services, the November 2, 2009, entry for "RDE" reads as follows: "Drafted responses to

5    prisoner letters," which was billed as 0.70 hours to Defendants, "Read and summarized case

6    related information in prisoner letters," which was billed as 0.80 hours to Defendants, "Read and

7    summarized case related information in prisoner letters," which was billed as 1.00 hours to

8    Defendants, "Edited responses and responded to prisoner letters," which was billed as 1.60 hours

9    to Defendants, and "Read and summarized case related information in prisoner letters," which

10    was billed as 0.80 hours to Defendants.

11        20.   On page 4 of the Prison Law Office's Fourth Quarter 2009 statement of professional

12    services, the November 4, 2009, entry for "RDE" reads as follows: "Drafted and edited one CPT

13    memo," which was billed as 0.30 hours to Defendants, and "Drafted six prisoner letters," which

14    was billed as 1.20 hours to Defendants.

15        21.   On page 4 of the Prison Law Office's Fourth Quarter 2009 statement of professional

16    services, the November 5, 2009, entry for "RDE" reads as follows: "Read and summarized case

17    related information in 6 prisoner letters," which was billed as 0.80 hours to Defendants, "Drafted

18    two responses to prisoner letters," which was billed as 1.00 hours to Defendants, "Edited

19    responses and responded to prisoner letters," which was billed as 0.50 hours to Defendants, and

20    "Drafted one CPT advocacy memo," which was billed as 0.30 hours to Defendants.

21        22.   On page 5 of the Prison Law Office's Fourth Quarter 2009 statement of professional

22    services, the November 6, 2009, entry for "RDE" reads as follows: "Responded to prisoner

23    letters," which was billed as 0.60 hours to Defendants, "Read and summarized case information

24    in prisoner letters," which was billed as 1.50 hours to Defendants, and "Drafted responses to

25    prisoner letters," which was billed as 1.60 hours to Defendants.

26        23.   On page 5 of the Prison Law Office's Fourth Quarter 2009 statement of professional

27    services, the November 9, 2009, entry for "RDE" reads as follows: "Drafted and edited one CPT

28    memo," which was billed as 0.30 hours to Defendants, "Drafted and edited one CPT memo,

5

1    which was billed as 0.30 hours to Defendants, "Drafted and edited another CPT memo," which

2    was billed as 0.80 hours to Defendants, and "Read and summarized case related information in

3    eight prisoner letters," which was billed as 0.90 hours to Defendants.

4         24.    On page 5 of the Prison Law Office's Fourth Quarter 2009 statement of professional

5    services, the November 10, 2009, entry for "RDE" reads as follows: "Read and summarized case

6    related information in six prisoner letters," which was billed as 0.80 hours to Defendants, "Edited

7    1 CPT memo," which was billed as 0.30 hours to Defendants, "Drafted one CPT follow up

8    letter," which was billed as 0.20 hours to Defendants, "Drafted one CPT follow up letter and one

9    response to a prisoner letter," which was billed as 0.50 hours to Defendants, "Read and

10   summarized case related information in 10 prisoner letters," which was billed as 1.30 hours to

11   Defendants.

12        25.    On page 5 of the Prison Law Office's Fourth Quarter 2009 statement of professional

13   services, the November 11, 2009, entry for "RDE" reads as follows: "Edited responses to

14   prisoner letters," which was billed as 0.40 hours to Defendants and "Drafted 3 responses to

15   prisoner letters," which was billed as 0.60 hours to Defendants.

16        26.    On page 6 of the Prison Law Office's Fourth Quarter 2009 statement of professional

17   services, the November 19, 2009, entry for "RDE" reads as follows: "Read and summarized case

18   related information in 12 prisoner letters," which was billed as 1.00 hours to Defendants, "Drafted

19   five responses to prisoner letters," which was billed as 0.80 hours to Defendants, and "Read and

20   summarized case related information in 20 prisoner letters," which was billed as 2.00 hours to

21   Defendants.

22        27.    On page 6 of the Prison Law Office's Fourth Quarter 2009 statement of professional

23   services, the November 20, 2009, entry for "RDE" reads as follows: "Responded to 6 prisoner

24   letters," which was billed as 0.30 hours to Defendants, "Responded to 6 prisoner letters," which

25   was billed as 0.30 hours to Defendants, "Edited 4 responses to prisoner letters," which was billed

26   as 0.60 hours to Defendants, and "Read and recorded case related information in prisoner letters,"

27   which was billed as 0.50 hours to Defendants.

28

6

1    28.    On page 6 of the Prison Law Office's Fourth Quarter 2009 statement of professional

2    services, the November 23, 2009, entry for "RDE" reads as follows: "Drafted 4 responses to

3    prisoner letters," which was billed as 1.70 hours to Defendants, "Read and summarized case

4    related information in prisoner letters," which was billed as 0.30 hours to Defendants, "Drafted

5    responses to 7 prisoner letters," which was billed as 2.10 hours to Defendants, "Edited 4

6    responses to prisoner letters," which was billed as 0.40 hours to Defendants, "Drafted 1 response

7    to prisoner letters," which was billed as 0.20 hours to Defendants, "Edited 12 responses to

8    prisoner letters," which was billed as 1.30 hours to Defendants, "Read and summarized case

9    related information in 5 prisoner letters," which was billed as 1.00 hours to Defendants, and

10    "Drafted 3 responses to prisoner letters," which was billed as 0.90 hours to Defendants.

11    29.    On page 6 of the Prison Law Office's Fourth Quarter 2009 statement of professional

12    services, the November 25, 2009, entry for "RDE" reads as follows:  "Read and summarized case

13    related information in 5 prisoner letters," which was billed as 0.60 hours to Defendants.

14    30.    On page 6 of the Prison Law Office's Fourth Quarter 2009 statement of professional

15    services, the November 30, 2009, entry for "RDE" reads as follows:  "Read and summarized case

16    related information in prisoner letters," which was billed as 1.90 hours to Defendants.

17    31.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional

18    services, the December 1, 2009, entry for "RDE" reads as follows:  "Drafted 6 responses to

19    prisoner letters," which was billed at 1.10 hours to Defendants, "Edited 9 responses to prisoner

20    letters," which was billed at 1.20 hours to Defendants, "Responded to 5 prisoner letters," which

21    was billed at 0.40 hours to Defendants, and "Drafted responses to two prisoner letters," which

22    was billed at 0.60 hours to Defendants.

23    32.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional

24    services, the December 2, 2009, entry for "RDE" reads as follows: "Read and summarized case

25    related information in 10 prisoner letters," which was billed as 1.10 hours to Defendants.

26    33.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional

27    services, the December 3, 2009, entry for "RDE" reads as follows: "Read and summarized case

28    related information in 6 prisoner letters," which was billed as 0.70 hours to Defendants.

7

34.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 4, 2009, entry for "RDE" reads as follows: "Drafted responses to five prisoner letters," which was billed as 0.60 hours to Defendants, and "Read and summarized case related information in prisoner letter," which was billed as 1.60 hours to Defendants.

35.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 7, 2009, entry for "RDE" reads as follows: "Edited responses to 1 prisoner letters," which was billed as 0.10 hours to Defendants, "Drafted, edited, and submitted on CPT memo," which was billed as 0.40 hours to Defendants, and "Read and summarized case related information in 5 prisoner letters," which was billed as 1.60 hours to Defendants. Read and summarized case related information in prisoner letters," which was billed as 0.60 hours to Defendants.

36.    On page 7 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 10, 2009, entry for "RDE" reads as follows: "Read and summarized case related information in 10 prisoner letters," which was billed as 1.30 hours to Defendants.

37.    On page 8 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 10, 2009, entry for "RDE" reads as follows: "Drafted, edited and submitted one CPT advocacy letter," which was billed as 0.40 hours to Defendants, "Read and summarized case related information in 8 prisoner letters," which was billed as 0.60 hours to Defendants, "Drafted responses to 7 prisoners," which was billed as 1.30 hours to Defendants, and "Read and summarized case related info in 9 prisoner letters," which was billed as 1.10 hours to Defendants.

38.    On page 8 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 11, 2009, entry for "RDE" reads as follows: "Drafted responses to 11 prisoner letters," which was billed as 2.10 hours to Defendants, and "Read and summarized case related information in prisoner letters," which was billed as 2.30 hours to Defendants.

39.    On page 8 of the Prison Law Office's Fourth Quarter 2009 statement of professional services, the December 17, 2009, entry for "RDE" reads as follows: "Read and summarized case

8

1  related information in prisoner letters," which was billed as 0.70 hours to Defendants, and

2  "Drafted responses to prisoner letters," which was billed as 2.20 hours to Defendants.

3      40.    On page 8 of the Prison Law Office's Fourth Quarter 2009 statement of professional

4  services, the December 18, 2009, entry for "RDE" reads as follows: "Read and summarized case

5  related information in 9 prisoner letters," which was billed as 1.20 hours to Defendants.

6      41.    On page 8 of the Prison Law Office's Fourth Quarter 2009 statement of professional

7  services, the December 21, 2009, entry for "RDE" reads as follows: "Read and summarized case

8  related information in 3 prisoner letters," which was billed as 0.50 hours to Defendants, "Edited

9  11 responses to prisoner letters," which was billed as 0.60 hours to Defendants, "Drafted

10  responses to two more prisoner letters," which was billed as 0.40 hours to Defendants, and

11  "Drafted responses to two prisoner letters," which was billed as 0.40 hours to Defendants.

12      42.    On page 9 of the Prison Law Office's Fourth Quarter 2009 statement of professional

13  services, the December 21, 2009, entry for "RDE" reads as follows: "Edited responses to two

14  prisoner letters," which was billed as 0.40 hours to Defendants.

15      43.    On page 9 of the Prison Law Office's Fourth Quarter 2009 statement of professional

16  services, the December 22, 2009, entry for "RDE" reads as follows: "Read and summarized case

17  related information in 20 prisoner letters," which was billed as 2.90 hours to Defendants.

18      44.    On page 9 of the Prison Law Office's Fourth Quarter 2009 statement of professional

19  services, the December 28, 2009, entry for "RDE" reads as follows: "Read and summarized case

20  related information in prisoner letters," which was billed as 0.90 hours to Defendants.

21      45.    On page 9 of the Prison Law Office's Fourth Quarter 2009 statement of professional

22  services, the December 29, 2009, entry for "RDE" reads as follows: "Read and summarized case

23  related information in prisoner letters," which was billed as 1.10 hours to Defendants, and

24  "Drafted responses to prisoner letters," which was billed as 0.80 hours to Defendants.

25      46.    On page 9 of the Prison Law Office's Fourth Quarter 2009 statement of professional

26  services, the December 31, 2009, entry for "RDE" reads as follows: "Read and summarized case

27  related information in 5 prisoner letters," which was billed as 0.80 hours to Defendants.

28

1    47.    On page 26 of the Rosen, Bien, & Galvan, LLP's Fourth Quarter 2009 statement of

2 fees and costs, the November 10, 2009, entry for "MSK" reads as follows: "Summarized inmate

3 correspondence into database (.1); Filed plaintiffs' CPT correspondence. (.3); Summarized class

4 member correspondence into database (1.2)." This time was billed as 1.6 hours to Defendants.

5    48.    On page 42 of the Rosen, Bien, & Galvan, LLP's Fourth Quarter 2009 statement of

6 fees and costs, the December 4, 2009, entry for "MSK" reads as follows: "Updated MSR binder

7 (.9); Updated MSR binders. (1.4)." This time was billed as 2.3 hours to Defendants.

8    I declare under penalty of perjury that the foregoing is true.

9    Executed this 2nd day of August, 2010, in Sacramento, California.

10

11

12    MICHAEL STONE

13    CF1997CS0003

14    31063224.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10