EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: DEFENDANTS' PLAN TO REDUCE OR ELIMINATE WAIT LISTS FOR INPATIENT CARE** |

On March 31, 2010, this Court ordered that Defendants, within ninety days, work under the guidance of the *Coleman* Special Master to "develop a plan to reduce or eliminate the wait lists for inpatient care and, in the interim, to better serve the needs of Coleman class members placed on such lists." (Docket No. 3831 ¶ 2.) The Court further ordered that Defendants file their plan with the Court within one hundred twenty days from the date of the order or by July 29, 2010. (*Id.*) Defendants have worked with the Special Master and his experts, but have not yet completed their plan, and now seek a one hundred twenty day extension of time to complete and file the plan.

1

Stipulation and [Proposed] Order Re: Defs.' Plan to Reduce or Eliminate Wait Lists for Inpatient Care
(2:90-cv-00520 LKK JFM P)

1  The parties, by and through their counsel, stipulate that Defendants shall have a one
2  hundred twenty day extension of time, up to and including November 26, 2010, to develop and
3  file with the Court their plan to reduce or eliminate the wait lists for inpatient care and, in the
4  interim, to better serve the treatment needs of *Coleman* class members placed on such lists.
5  Defendants agree to meet with the Plaintiffs before filing their plan with the Court.
6  The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he
7  is in agreement with this stipulation.
8  SO STIPULATED.

9  Dated: August 3, 2010    By: */s/ Debbie J. Vorous*
10                                          Debbie J. Vorous
                                            Office of the Attorney General
11                                          Attorneys for Defendants

12

13  Dated: August 3, 2010    By: */s/ Jane Kahn*
                                            Jane Kahn
14                                          Rosen, Bien and Galvan
                                            Attorneys for Plaintiffs
15

16
    SO ORDERED
17
    The above stipulation is the Order of this Court.
18

19  Dated: August__, 2010    _____
                                            LAWRENCE K. KARLTON
20                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
21
    CF1997CS0003
22

2