IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

                                    /

        On July 9, 2010, the City of Chino filed a motion seeking to intervene in this case. This motion is noticed for hearing for August 9, 2010. The court does not find oral argument necessary in this matter. E.D. Cal. Local Rule 230(g). Accordingly, the hearing on the motion to intervene filed July 9, 2010 is VACATED. The matter will stand submitted.

        IT IS SO ORDERED.

        DATED: August 4, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1