EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME RE: DEFENDANTS' PLAN TO REDUCE OR ELIMINATE WAIT LISTS FOR INPATIENT CARE** |

On March 31, 2010, this Court ordered that Defendants, within ninety days, work under the guidance of the *Coleman* Special Master to "develop a plan to reduce or eliminate the wait lists for inpatient care and, in the interim, to better serve the needs of Coleman class members placed on such lists." (Docket No. 3831 ¶ 2.) The Court further ordered that Defendants file their plan with the Court within one hundred twenty days from the date of the order or by July 29, 2010. (*Id.*) Defendants have worked with the Special Master and his experts, but have not yet completed their plan, and now seek a one hundred twenty day extension of time to complete and file the plan.

1

1    The parties, by and through their counsel, stipulate that Defendants shall have a one

2  hundred twenty day extension of time, up to and including November 26, 2010, to develop and

3  file with the Court their plan to reduce or eliminate the wait lists for inpatient care and, in the

4  interim, to better serve the treatment needs of *Coleman* class members placed on such lists.

5  Defendants agree to meet with the Plaintiffs before filing their plan with the Court.

6    The parties have met and conferred with *Coleman* Special Master Matthew Lopes and he

7  is in agreement with this stipulation.

8    SO STIPULATED.

9
   Dated:        August 3, 2010          By:    */s/  **Debbie J. Vorous***
10                                               _____
                                                 Debbie J. Vorous
11                                               Office of the Attorney General
                                                 Attorneys for Defendants
12

13                                               */s/  **Jane Kahn***
   Dated:        August 3, 2010          By:    _____
14                                               Jane Kahn
                                                 Rosen, Bien and Galvan
15                                               Attorneys for Plaintiffs

16
   SO ORDERED
17
   The above stipulation is the Order of this Court.
18

19 Dated:        August 4, 2010

20

21

22  LAWRENCE K. KARLTON
23  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
24

25

26

27

28
                                            2