IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,             No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.       ORDER

_____/

      On July 2, 2010, plaintiffs filed a motion seeking to compel payment of fees for work done by "legal support staff members that are not 'paralegals' as defined by California Business & Professions Code Section 6450(a)."  A hearing on this motion is presently set for August 30, 2010.  At this juncture, it does not appear that oral argument will be necessary or helpful in this matter.  E.D. Cal. Local Rule 230(g).  Accordingly, the hearing on the motion to compel payment of fees filed July 2, 2010 is VACATED.   If the court later determines that a hearing is necessary, the court will set a hearing for a later date.  Absent such a determination, the matter will stand submitted.

      IT IS SO ORDERED.

      DATED:  August 11, 2010.

                       LAWRENCE K. KARLTON
                       SENIOR JUDGE
                       UNITED STATES DISTRICT COURT

1