ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' REPLY DEADLINE REGARDING MOTION TO COMPEL 2009 FEES WHILE THE PARTIES PURSUE SETTLEMENT** |

Stipulation And [Proposed] Order Extending Plaintiffs' Reply Deadline Regarding Motion To Compel 2009 Fees While The Parties Pursue Settlement - Case No. Civ S 90-520 LKK-JFM

[393068-1]

# STIPULATION

Plaintiffs and defendants STIPULATE as follows:

1. On May 21, 2010, the parties stipulated to a briefing schedule regarding plaintiffs' yearly motion to compel disputed fees from 2009. *See* Docket 3850. The Court approved that schedule on May 26, 2010. Docket 3851. Pursuant to that stipulation and order, plaintiffs timely filed their motion to compel fees on July 5, 2010 and defendants timely filed their opposition on August 2, 2010. On August 12, 2010, this Court vacated the proposed hearing pursuant to E.D. Cal. Local Rule 230(g). Docket 3897.

2. The parties are currently pursuing settlement of plaintiffs' motion to compel fees from 2009. The parties will complete a further meet and confer regarding the disputed fees by August 24, 2010. If the parties are unable to resolve the dispute, plaintiffs will file their reply brief on or before August 30, 2010.

Dated: August 16, 2010

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Amy Whelan*
Amy Whelan
Attorney for *Coleman* Plaintiffs

Dated: August 16, 2010

Office of the Attorney General

By: *Debbie Vorous*
Debbie Vorous, Deputy Attorney General
Attorney for *Coleman* Defendants

---

Stipulation And [Proposed] Order Extending Plaintiffs' Reply Deadline Regarding Motion To Compel 2009 Fees While The Parties Pursue Settlement - Case No. Civ S 90-520 LKK-JFM

[393068-1]

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the parties shall conduct further, good-faith settlement negotiations regarding 2009 disputed fees by August 24, 2010. If the parties are unable to resolve the disputed fees, plaintiffs shall file their reply brief on or before August 30, 2010. As stated in this Court's August 12, 2010 Order, the hearing on this motion is vacated. If the court later determines that a hearing is necessary, the court will set a hearing date at that time.

**IT IS SO ORDERED.**

Dated: August __, 2010

_____
LAWRENCE K. KARLTON
Senior United States District Judge

2

Stipulation And [Proposed] Order Extending Plaintiffs' Reply Deadline Regarding Motion To Compel 2009 Fees While The Parties Pursue Settlement - Case No. Civ S 90-520 LKK-JFM

[393068-1]