UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Supreme Court of the United States
Clerk's Office
One First Street N.E.
Washington, D.C., 20543

**RE:**         **RALPH COLEMAN vs. JOHN S ZIL MD**
**USDC No.:**    **2:90–CV–00520–LKK–JFM**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 08, 2009 , transmitted herewith are the following documents.

**Volumes of Files: 49.**
**Paper Documents: 1 to 1632.**
**Volumes of Expandable Folders: 60.**
**Electronic Documents: 1633 to 3899.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                   Very truly yours,

**August 17, 2010**         /s/ **R. Becknal**
                      Deputy Clerk

RECEIVED BY:

                   Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: