EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT TO CONVERT TWO BUILDINGS ON THE SALINAS VALLEY STATE PRISON C YARD TO 116 INTERMEDIATE CARE FACILITY HIGH-CUSTODY BEDS** |

On June 18, 2009, the Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.) In addition, the Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) Moreover, on January 4, 2010, the Court ordered that Defendants are only required to describe departures from timeframes when a departure or impediment will delay completion of a project by more than thirty days. (Docket No. 3761 ¶ 3.) Because Defendants believe that may be the case here, Defendants are providing this notice to the Court.

1

Attached is a written notice to the Special Master informing him that leaks in the fire suppression systems in C-5 and C-6—the two buildings on the Salinas Valley State Prison C yard that Defendants are converting to 116 Intermediate Care Facility high-custody beds—may result in more than a thirty-day delay in completing the project while the California Department of Corrections and Rehabilitation (CDCR) takes steps to remedy the problem. (Vorous Decl. ¶ 2, Ex. 1.) Additionally, the notice states that the Department of Mental Health (DMH) now expects to implement the activation by September 14, 2010, and that once DMH fully activates the first 58 beds, there will be a delay before it can start activating the second 58 beds. (*Id.*) Though it appears that there will be at least a thirty-day delay, CDCR is still working on completing an updated activation schedule to reflect this delay. (*Id.*) Moreover, the notice states that CDCR and DMH continue to work collaboratively to activate this project as soon as safely possible, and that Defendants are interested in discussing with Plaintiffs' counsel and the Special Master potential remedies to mitigate these delays. (*Id.*)

Dated: August 30, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31088074

2

Defs.' Resp. to Court Orders Re: Convert 2 Bldgs. on SVSP C Yard to 116 Interm. Care Facility High-Cust. Beds
(2:90-cv-00520 LKK JFM PC)