EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' SHORT-TERM PROJECT TO CONVERT TWO BUILDINGS ON THE SALINAS VALLEY STATE PRISON C YARD TO 116 INTERMEDIATE CARE FACILITY HIGH-CUSTODY BEDS** |

I Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. This declaration is provided in support of Defendants' Response to Court's Orders Re: Impediments to Timely Completion of Defendants' Short-Term Project to

1

Convert Two Buildings on the Salinas Valley State Prison C Yard to 116 Intermediate Care Facility High-Custody Beds.

2. Attached as Exhibit 1 is a true and correct copy of an August 27, 2010 e-mail that I sent to Special Master Lopes informing him that I had been informed by my clients that leaks in the fire suppression systems in C-5 and C-6—the two buildings on the Salinas Valley State Prison C yard that Defendants are converting to 116 Intermediate Care Facility high-custody beds—may result in more than a thirty-day delay in completing the project while the California Department of Corrections and Rehabilitation (CDCR) takes steps to remedy the problem. Additionally, the e-mail states that according to the Department of Mental Health (DMH), it now expects to implement the activation by September 14, 2010, and that once DMH fully activates the first 58 beds, there will be a delay before it can start activating the second 58 beds. According to CDCR, though it appears that there will be at least a thirty-day delay, it is still working on completing an updated activation schedule to reflect this delay. Moreover, the e-mail states that CDCR and DMH report that they are continuing to work collaboratively to activate this project as soon as safely possible, and that Defendants are interested in discussing with Plaintiffs' counsel and the Special Master potential remedies to mitigate these delays.

I declare under penalty of perjury that the foregoing is true. Executed this 30th day of August, 2010, in Sacramento, California.

*/s/ Debbie J. Vorous*
DEBBIE J. VOROUS

CF1997CS0003
31088029

2

Decl. of D. Vorous Re: Convert 2 Bldgs. on SVSP C Yard to 116 Interm. Care Facility High-Cust. Beds
(2:90-cv-00520 LKK JFM PC)

# EXHIBIT 1

## Debbie Vorous - Notification Re: SVSP C-5/C-6 Conversion to 116 ICF High-Custody Beds

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | mlopes@pldwlaw.com |
| **Date:** | 8/27/2010 4:15 PM |
| **Subject:** | Notification Re: SVSP C-5/C-6 Conversion to 116 ICF High-Custody Beds |
| **CC:** | Debbie Vorous; kwalsh@pldwlaw.com |

Dear Special Master Lopes:

I have been informed by my clients of an impediment to Defendants' activation of their short-term project to convert two buildings (C-5 and C-6) on the Salinas Valley State Prison (SVSP) C yard to 116 Intermediate Care Facility high-custody beds. This e-mail is to formally notify you that Defendants believe that there may be a delay in completing this project by more than thirty days.

According to my clients, SVSP has discovered leaks in the fire suppression systems in C-5 and C-6. SVSP has been working diligently to put in place a temporary fix in C-5 in order to obtain clearance from the State Fire Marshall (SFM) to occupy the unit. Though two of the three PODs in C-5 passed inspection, a third POD, POD A, failed a test Wednesday and again yesterday. The SMF has given SVSP until Tuesday, August 31, 2010, to have the temporary repairs complete and will re-test on that date. Assuming that POD A passes inspection, the SFM has indicated that she will only clear C-5 for temporary occupancy until November 30, 2010. The SFM has not cleared C-6 for occupancy.

According to my clients, they do not know the extent of the delays associated with the leaks in the fire suppression systems in C-5 and C-6, but they have identified at least two likely delays. First, the delay in obtaining the SFM's clearance for occupancy has resulted in a delay in the Department of Mental Health's ability to activate C-5. If POD A passes on August 31st, DMH expects to implement activation by September 14, 2010. Second, there is a delay in reaching full occupancy associated with permanently fixing the fire suppression systems in both C-5 and C-6. The California Department of Corrections and Rehabilitation (CDCR) is currently putting steps in place for a long-term fix for both C-5 and C-6. The plan is to replace the entire fire suppression system in C-6 while C-5 is being activated. Once C-6 is completed, the inmates will move from C-5 to C-6 and work will commence on C-5. Thus, there will be a delay in activating the second 58 beds. Though it appears that it will take at least thirty days to complete the work on C-5, CDCR is still working on completing an activation schedule to reflect this delay.

CDCR and DMH report that they are continuing to work collaboratively to activate this project as soon as safely possible, and Defendants have informed me that they are interested in discussing with Plaintiffs' counsel and you potential remedies to mitigate these delays.

Please contact me if you have any questions.

Sincerely,

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345