| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, California 94107-1389<br>Telephone: (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON THE BRIEFING SCHEDULE AND HEARING REGARDING THE C5/C6 UNITS AT SVSP** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON THE BRIEFING SCHEDULE AND HEARING REGARDING THE C5/C6 UNITS AT SVSP - CASE NO. CIV S 90-0520 LKK-JFM

[398243-1]

**[PROPOSED] ORDER**

On September 3, 2010, plaintiffs filed an "Emergency Motion for an Evidentiary Hearing Regarding the C5/C6 Project at Salinas Valley State Prison, And Motion to Shorten Time." Having reviewed plaintiffs' motion, and in light of the undisputed waiting list of more than 400 patients for ICF care and the ongoing delays to inpatient psychiatric hospitalization, the Court finds good cause to shorten the briefing schedule and hearing date for plaintiffs' motion. Accordingly, defendants will file their opposition to plaintiff's motion on or before September 16, 2010. Plaintiffs shall file their reply, if any, on September 17, 2010 and the Court will hold an evidentiary hearing regarding the Salinas Valley C5/C6 units on September 20, 2010 at ___ a.m./p.m. in Courtroom 4.

Defendants shall produce at the September 20, 2010 evidentiary hearing all persons they previously identified as responsible for the project, including Deborah Hysen, Cynthia Radavsky, Sharon Aungst, Bill Westin, Vic Brewer, Rick Traversi, David Horch, and the Fire Marshal responsible for the C5/C6 project. Defendants shall also produce any other persons with substantial knowledge of the status of the project, any delays defendants are encountering, and the admission process for the C5/C6 units.

**IT IS SO ORDERED.**

Dated: September __, 2010        _____
                                 LAWRENCE K. KARLTON
                                 Senior United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON THE BRIEFING SCHEDULE AND HEARING REGARDING THE C5/C6 UNITS AT SVSP - CASE NO. CIV S 90-0520 LKK-JFM

[398243-1]