EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-3866
  Fax:  (916) 324-5205
  E-mail:  Gregory.Gomez@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING ON SEPTEMBER 20, 2010 REGARDING THE SALINAS VALLEY STATE PRISON C5/C6 PROJECT** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **SVSP** | Salinas Valley State Prison |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **DMH** | California Department of Mental Health |
| **DPH** | California Department of Public Health |
| **ICF** | Intermediate Care Facility |

# INTRODUCTION

On September 3, 2010, Plaintiffs moved for an expedited evidentiary hearing concerning the inpatient psychiatric hospitalization construction schedule at hospital units C5 and C6 at Salinas Valley State Prison. While Defendants will file their substantive opposition to Plaintiffs' motion on September 16, 2010, Defendants file this opposition to Plaintiffs' request that the Court conduct an evidentiary hearing on September 20, 2010 inorder to inform the Court as soon as possible about schedule conflicts. Although Defendants dispute whether an evidentiary hearing is necessary at all, an evidentiary hearing on September 20, 2010, would not be productive as three key witnesses requested by Plaintiffs are unavailable on that date.

Victor Brewer, the Department of Mental Health (DMH) Executive Director of the Salinas Valley Psychiatric Program at Salinas Valley State Prison, and David Horch from the California Department of Corrections and Rehabilitation (CDCR) must be present at Salinas Valley on September 20, 2010, to participate in the Department of Public Health's licensing inspection of the C5 project and to prepare the C5 unit for its scheduled start of patient admissions on September 21, 2010. And Cynthia Radavsky, the DMH Deputy Director of Long Term Care Services, will be on previously-scheduled medical leave for surgery for at least two weeks beginning September 14, 2010. She will be unavailable to testify during that time. Thus, Defendants cannot produce key individuals identified by Plaintiffs as responsible for the Salinas Valley C5/C6 project should the Court schedule an evidentiary hearing on September 20, 2010. Nonetheless, if the Court were to determine that an evidentiary hearing is necessary, Defendants request that the hearing be set no earlier than mid-October 2010, so that the prospective witnesses have sufficient notice to modify their schedules to attend without jeopardizing the Salinas Valley C5/C6 construction timeline, and so that Ms. Radavsky can recover from surgery and prepare her testimony.

/ / /

/ / /

/ / /

**ARGUMENT**

I.   **THE COURT SHOULD DENY PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING ON THE SALINAS VALLEY STATE PRISON C5/C6 CONSTRUCTION PROJECT BECAUSE KEY WITNESSES ARE UNAVAILABLE TO ATTEND THE PROPOSED SEPTEMBER 20, 2010 EVIDENTIARY HEARING.**

Local Rule 144(e) permits the party to apply to shorten time for hearing with an affidavit of counsel showing a satisfactory need for the application.  Plaintiffs contend that the "undisputed, continuing Eighth Amendment violations resulting from serious and ongoing delays to inpatient psychiatric evaluation" present a serious risk of "pain, suffering, and even death" to Plaintiffs if they are not provided *immediate* access to C5 and C6, and that an evidentiary hearing on September 20, 2010 is required to achieve the speediest access of ten admissions per week for these individuals.  (Mot. to Shorten Time 7:25-8:8.)  Defendants, however, are scheduled to provide Plaintiff-patients with immediate access, of five inmate admissions per week, to the C5 unit when they begin patient admissions to the C5 unit on September 21, 2010, the day *after* the proposed evidentiary hearing.  (*Id.* 8:1-2.)

Victor Brewer and David Horch, individuals named by Plaintiffs as potential witnesses, are required to be present at Salinas Valley on September 20, 2010, to participate in a final inspection of policies, personnel, training, and equipment conducted by the Licensing and Certification Division of the Department of Public Health.  (Ex. A, Streater Decl. ¶4; Ex. B, Brewer Decl. ¶3.)  The Department of Public Health inspection is required for all health care facilities in California before patients can be admitted.  (Ex. B, Brewer Decl. ¶3.)  Victor Brewer and David Horch must be present at the C5 unit to facilitate the completion of the inspection, because their subordinate DMH and CDCR staff lack their expertise with the Department of Public Health  inspection process.  (Ex. A, Streater Decl. ¶5; Ex. B, Brewer Decl. ¶¶4-5.)  Victor Brewer has been present during each Salinas Valley C5/C6 construction project inspection by the Department of Public Health, and his presence is especially necessary during the C5 inspection.  (Ex. B., Brewer Decl. ¶¶4-5.)

/ / /

/ / /

4

1    Thus, Victor Brewer and David Horch must be present at Salinas Valley on September 20,

2    2010, to facilitate patient admissions beginning on September 21, 2010.  Their presence at an

3    evidentiary hearing in Sacramento on September 20, 2010 would delay the activation of C5.

4    Moreover, Cynthia Radavsky will be on previously-scheduled medical leave beginning on

5    September 14, 2010, and she anticipates that she will not return to the office before September 27,

6    2010.  (Ex. C, Radavsky Decl. ¶2.)  Thus, Ms. Radavsky cannot appear before this Court for an

7    evidentiary hearing until mid-October 2010, so that she can recover from surgery and prepare for

8    the hearing.  (*Id.* ¶3.)  For these reasons, Plaintiffs' request for an evidentiary hearing on

9    September 20, 2010, is unfeasible.

10                                        **CONCLUSION**

11    Plaintiffs' request for an evidentiary hearing is unworkable and counterproductive.  Victor

12    Brewer and David Horch will be preparing Salinas Valley C5 for an inspection by the Department

13    of Public Health and cannot attend a September 20, 2010 evidentiary hearing without

14    jeopardizing the inspection and subsequent patient admissions on September 21, 2010.  And

15    Cynthia Radavsky will be unavailable to testify at an evidentiary hearing until at least mid-

16    October 2010 due to her previously-scheduled medical leave.  Should the Court determine that

17    following a proposed hearing with counsel on Plaintiffs' motion scheduled for September 20,

18    2010, that a subsequent evidentiary hearing would be fruitful, Defendants request that the Court

19    set that hearing no earlier than mid-October 2010, so that they can safely continue the admission

20    schedule at the C5 unit and prepare their testimony.

21    Dated:  September 10, 2010                         Respectfully Submitted,

22                                                       EDMUND G. BROWN JR.
                                                         Attorney General of California
23

24                                                       */s/ Gregory G. Gomez*

25                                                       GREGORY G. GOMEZ
                                                         Deputy Attorney General
26    CF1997CS0003                                       *Attorneys for Defendants*
      31092529.doc
27

28