# EXHIBIT A

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3866
  Fax: (916) 324-5205
  E-mail: Gregory.Gomez@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF SUZANNE STREATER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR A AN EVIDENTIARY HEARING ON SEPTEMBER 20, 2010 REGARDING THE SALINAS VALLEY STATE PRISON C5/C6 PROJECT** |

I, SUZANNE STREATER, declare

1.      I am the Deputy Director of Health Care Facilities and the Licensing Liaison for the California Department of Corrections and Rehabilitation (CDCR). In this role, I oversee the licensing of the Salinas Valley State Prison C5/C6 project for the CDCR. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.

2.      On September 20, 2010, the California Department of Public Health will be inspecting the Salinas Valley C5 unit to assess its readiness for licensing as a health care facility.

1

1    Once this license is obtained, the CDCR intends to admit *Coleman* class members to the C5 unit

2    on September 21, 2010.

3        3.    I supervise David Horch, who is the Correctional Health Services Administrator II

4    within the CDCR Health Care Facilities and Licensing Liaison.  David Horch informed me that

5    he will be facilitating the inspection of the C5 unit on September 20, 2010, with Vic Brewer from

6    the Department of Mental Health (DMH).  Mr. Horch has been overseeing the C5 project from its

7    inception.

8        4.    Mr. Horch informs me that 869 elements will be inspected by the Department of

9    Public Health, and that he intends to assist the inspectors in their review of CDCR and DMH

10   policies, the proper hiring and training staff, the procurement of equipment and supplies, and to

11   ensure that the overall administrative needs are in place.

12       5.    As CDCR's liaison to the project, Mr. Horch's presence is crucial to facilitate the

13   completion of the inspection.  I believe that the inspection's success would be jeopardized if Mr.

14   Horch was unable to attend.

15       I declare under penalty of perjury that the foregoing is true and correct.

16   Executed this _9_ day of September, 2010, in _Sacramento_.

17

18

19                    SUZANNE STREATER

20

21

22

23

24   CF1997CS0003
25   31092741.doc

26

27

28

                              2

# EXHIBIT B

1     EDMUND G. BROWN JR.
      Attorney General of California
2     JONATHAN L. WOLFF
      Senior Assistant Attorney General
3     DEBBIE J. VOROUS, State Bar No. 166884
      GREGORY G. GOMEZ, State Bar No. 242674
4     Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone: (916) 324-3866
      Fax: (916) 324-5205
7     E-mail: Gregory.Gomez@doj.ca.gov
      *Attorneys for Defendants*

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                 SACRAMENTO DIVISION

12

13     **RALPH COLEMAN, et al.,**             2:90-cv-00520 LKK JFM P

14                   Plaintiffs,    **DECLARATION OF VIC BREWER IN**
                                   **SUPPORT OF DEFENDANTS'**
15                                    **OPPOSITION TO PLAINTIFFS'**
       v.                             **REQUEST FOR AN EVIDENTIARY**
16                                    **HEARING ON SEPTEMBER 20, 2010**
    **ARNOLD SCHWARZENEGGER, et al.,**    **REGARDING THE SALINAS VALLEY**
17                                    **STATE PRISON C5/C6 PROJECT**
                          Defendants.
18

19

20        I, VICTOR BREWER, declare:

21         1.     I am the Executive Director of the Salinas Valley Psychiatric Program (SVPP) at

22     Salinas Valley State Prison and employed by the California Department of Mental Health

23     (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to

24     those facts, could and would do so competently.

25         2.     As the Executive Director of the Salinas Valley Psychiatric Program, I oversee the

26     completion of Defendants' short, medium, and long term construction projects involving DMH at

27     Salinas Valley, including the activation of the C5 unit.

28

                                         1

3.    As the final part of the activation process, the California Department of Public Health must license the C5 unit as a health care facility.  The Department of Public Health inspection is required for all health care facilities in California before patients can be admitted.  This process involves the inspection of processes, equipment, staff hiring, and the evaluation of staff training. This inspection is scheduled to be conducted at the C5 unit on September 20, 2010.

4.    I have been employed by DMH as the Executive Director of the Salinas Valley Psychiatric Program since 2001, and have overseen all licensing inspections by the Department of Public Health of health care facility construction at Salinas Valley Psychiatric Program.

5.    It is not the policy of DMH to delegate this inspection to my subordinates, nor have any of my subordinates facilitated an inspection of a *Coleman* construction project without my presence.

6.    Because of the expedited C5 activation schedule, I believe that it is imperative for me to attend the inspection on September 20, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2010, in Soledad, California.


VICTOR F. BREWER

CF1997CS0003
31093353.doc

2

# EXHIBIT C

1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   GREGORY G. GOMEZ, State Bar No. 242674
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-3866
    Fax: (916) 324-5205
7   E-mail: Gregory.Gomez@doj.ca.gov
   *Attorneys for Defendants*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

12

| | |
|---|---|
| 13  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 14  Plaintiffs, | **DECLARATION OF CYNTHIA A.** |
| 15  v. | **RADAVSKY IN SUPPORT OF** |
| | **DEFENDANTS' OPPOSITION TO** |
| | **PLAINTIFFS' REQUEST FOR AN** |
| 16 | **EVIDENTIARY HEARING ON** |
| | **SEPTEMBER 20, 2010 REGARDING** |
| 17  **ARNOLD SCHWARZENEGGER, et al.,** | **THE SALINAS VALLEY STATE** |
| 18  Defendants. | **PRISON C5/C6 PROJECT** |

19

20

I, CYNTHIA A. RADAVSKY, declare:

21

1.    I am the Deputy Director of Long Term Care Services and employed by the

22

California Department of Mental Health (DMH). I have personal knowledge of the facts stated in

23

this declaration and if called to testify to those facts, could and would do so competently.

24

2.    On September 14, 2010, I will go on previously-scheduled medical leave for surgery,

25

and I have been advised by my physician that I will remain on medical leave until, at the earliest,

26

September 27, 2010. But I do not know the amount of recovery time I will need after the

27

28

1

1    3.    Because of that medical leave, I anticipate that I will be unable to appear before the

2    Court to testify at an evidentiary hearing concerning the Salinas Valley State Prison C5 unit until

3    early-October 2010. I require this time to recover from medical leave, as well as three days to

4    prepare for the hearing.

5        I declare under penalty of perjury that the foregoing is true and correct.

6        Executed this 9th day of September, 2010, in Pueblo, Colorado.

7

8                                   CYNTHIA A. RADAVSKY

9

10   CF1997CS0003
     31092742.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2