EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN EVIDENTIARY HEARING REGARDING THE C5/C6 PROJECT AT SALINAS VALLEY STATE PRISON |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Debbie Vorous, declare

1.   I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. This Declaration is submitted in support of Defendants' Opposition to Plaintiffs' Emergency Motion for an Evidentiary Hearing Regarding the C5/C6 Project at Salinas Valley State Prison.

2.   On August 25, 2010, I informed the *Coleman* Special Master that the California Department of Corrections and Rehabilitation (CDCR) had discovered leaks in the fire

1

1  suppression systems in Defendants' mental health bed project to convert two buildings (C-5 and
2  C-6) on the Salinas Valley State Prison C yard to 116 Intermediate Care Facility high-custody
3  beds (C-5/C-6 Project). I further informed the Special Master that testing was occurring, and that
4  CDCR and the Department of Mental Health (DMH) expected delays in activating the C-5/C-6
5  Project.

6  3.   During that same conversation on August 25, 2010, I conveyed to the Special Master
7  that DMH could not agree to accelerate the C-5/C-6 admissions to ten inmate-patients per week
8  as Plaintiffs' counsel demanded due to safety concerns, and that I intended to convey this
9  response to Plaintiffs' counsel in writing. At the Special Master's request, I delayed responding
10 to Plaintiffs' counsel in writing pending an opportunity to discuss the C-5/C-6 Project with
11 Plaintiffs' counsel, which occurred the next day—August 26, 2010.

12 4.   On August 26, 2010, I discussed with the Special Master and Plaintiffs' counsel the
13 leaks in the fire suppression systems in C-5 and C-6, the ongoing testing in the units, the expected
14 delays, and the steps that CDCR had considered to fix both C-5 and C-6. I also discussed with
15 Plaintiffs' counsel DMH's safety concerns and the reasons why DMH could not agree to
16 accelerate the C-5/C-6 admissions.

17 I declare under penalty of perjury that the foregoing is true.
18 Executed this 16th day of September, 2010, in Sacramento, California.

*/s/ Debbie Vorous*
DEBBIE VOROUS

CF1997CS0003

2

Vorous Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for an Evid. Hearing (2:90-cv-00520 LKK JFM P)