EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>DECLARATION OF WILLIAM WESTIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN EVIDENTIARY HEARING REGARDING THE C5/C6 PROJECT AT SALINAS VALLEY STATE PRISON |

I, WILLIAM WESTIN, declare

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Construction Supervisor III and oversee projects for the Inmate/Ward Labor Program. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Emergency Motion for an Evidentiary Hearing Regarding the C5/C6 Project at Salinas Valley State Prison.

2. I have been employed in the construction industry since 1978. I have been employed by CDCR since 1996 and have been the Construction Supervisor III for the Inmate/Ward Labor

1

1  Program since 2005. In this position, I have been involved with multiple projects that vary in
2  Building Types and uses. I have also been involved in the construction of Correctional Treatment
3  Centers, and Mental Health Services and Correctional Clinical Care Management Services
4  Buildings, and many other court-related projects.

5    3.  I am familiar with Plaintiffs' request that Defendants testify at an evidentiary hearing
6  regarding the construction delays to Defendants' mental health bed project to convert two
7  buildings (C-5 and C-6) on the Salinas Valley State Prison (SVSP) C yard to 116 Intermediate
8  Care Facility (ICF) high-custody beds (C-5/C-6 Project).

9    4.  I am the Project Director for the C-5/C-6 Project, which was undertaken by the
10 Inmate/Ward Labor Program. I am familiar with the construction delays to the C-5/C-6 Project,
11 the steps that Defendants have taken to mitigate the delays, what Defendants are doing to
12 complete the C-5/C-6 project and the State Fire Marshall's conditions for occupancy.

13   5.  The cell modifications in C-5/C-6 were completed on April 16, 2010. However,
14 issues found during a peer review process required additional design documents that delayed the
15 procurement processing for key materials required for the Project. This resulted in an estimated
16 7–8 week delay in obtaining the license and activating the facility, which moved the
17 implementation date to August 2010. The original delay in implementing the project was ten
18 weeks, but CDCR was able to find ways to mitigate the delay by three weeks by obtaining
19 authority to work overtime once key materials were received.

20   6.  CDCR completed the C-5/C-6 project on July 28, 2010, and on July 29, 2010, the
21 Deputy State Fire Marshall (DSFM) completed a site inspection and issued a "Beneficial
22 Occupancy" certificate. The Beneficial Occupancy certificate allowed the Department of Mental
23 Health (DMH) to start their Licensing process; but not admit inmate-patients. There were two
24 items to complete in order to acquire full occupancy: (1) labeling of the New Group Rooms; and
25 (2) installing back-ordered batteries for the exit lights. Due to these further delays with the C-
26 5/C-6 Project, the activation date was moved to the week of September 6, 2010.

27   7.  On August 9, 2010, SVSP officials informed me as well as other CDCR employees
28 that the fire suppression systems that cover the cell areas in C-5/C-6 were not holding the

Westin Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for an Evid. Hearing (2:90-cv-00520 LKK JFM P)

1  required air pressure within its constituent pipes due to corrosion that has created pin-hole leaks
2  in the pipes. The DSFM issued a "Correction Notice" to fix this problem. As a result, SVSP's
3  maintenance staff started making repairs to the system by replacing piping that had corroded from
4  the inside out. Additionally, CDCR met with representatives from CDCR Health Care Services,
5  SVSP, Inmate Ward Labor, DMH, and the DSFM to discuss the fire suppression issue and
6  develop a plan to address it. I attended this meeting. After reviewing the status of the system, the
7  DSFM indicated that she would allow temporary occupancy if the fire suppression systems in C-5
8  and/or C-6 could be made operational, but only if she was provided with a clearly defined time
9  line for complete replacement of the fire suppression systems in both housing units, including
10 converting from dry to wet systems. The consensus at that time was that the best approach was to
11 allow SVSP's maintenance staff to complete the repairs in C-5 so that the DSFM could allow
12 Temporary Occupancy and it could be activated as soon as possible.

13       8.   SVSP maintenance staff worked to put in place a temporary fix in C-5 in order to
14 obtain clearance from the DSFM to occupy that unit. Additionally, Inmate Ward Labor
15 developed a change order to put in place a permanent fix for C-5 and C-6 that would, to the extent
16 possible, minimize the delay in activating both housing units.

17       9.   On August 25, 2010, the DSFM inspected C-5 and C-6 and tested the fire suppression
18 system in C-5. The testing of the individual fire suppression systems in C-5 A, B, and C pods
19 resulted in only C Pod being approved for "Temporary Occupancy." The DSFM provided written
20 notice stating that: (1) once "Temporary Occupancy" was granted for C-5, that it would be good
21 through November 30, 2010; (2) the C-6 fire replacement project shall be completed and
22 approved by the DSFM by November 30, 2010; and (3) the C-5 fire suppression replacement
23 project shall be completed and approved by the DSFM by January 31, 2010.

24       10.  The DSFM retested the fire suppression systems in A & B Pods on August 26, 2010,
25 but A Pod again failed. The DSFM retested A Pod on August 31, 2010, and granted DMH
26 Beneficial Occupancy for C-5, but found the emergency exit lighting in the Group Room areas
27 deficient. The activation schedule was therefore adjusted to September 21, 2010, to reflect this
28 setback.

3

11. I, along with my colleagues, met with the Special Master and Plaintiffs' counsel on September 1, 2010, to explain the fire suppression issue, CDCR's approach to repairing the systems, and remedies to mitigate delays.

12. On September 2, 2010, the DSFM re-inspected C-5 and granted "Temporary Occupancy" in C-5 and to all support areas through November 30, 2010, and requested updated plans to replace the fire suppression systems in C-5/C-6 and to move the inmate-patients between C-5 and C-6. The DSMF has extended the "Temporary Occupancy" in C-5 to December 10, 2010. (*Id.*)

13. CDCR will continue working with DMH and the DSFM to complete the replacement of the fire suppression systems in C-5/C-6 and the movement of the inmate-patients between C-5 and C-6. CDCR currently expects that the full activation and repair will occur according to the following schedule:

- September 21, 2010: start admitting inmate-patients to C-5;
- October 4, 2010: start replacement of fire suppression system in C-6;
- November 18, 2010: complete replacement of fire suppression system in C-6;
- November 19, 2010: gain occupancy of C-6 by the DSFM;
- December 10, 2010: complete certification and licensing of C-6;
- December 4, 2010 to December 10, 2011: transfer inmate-patients from C-5 to C-6;
- December 13, 2010: start replacement of fire suppression system in C-5;
- January 12, 2011: complete replacement of fire suppression system in C-5;
- January 14, 2011: gain occupancy of C-5 by the DSFM; and
- January 18, 2011: DMH start admitting inmate-patients to C-5.

14. It is my understanding that the Plaintiffs suggest that Defendants admit inmate-patients into one or two of the three pods in C-5 and/or C-6 while they complete construction on only one pod. As I explained during the September 1, 2010 meeting, this approach will likely increase the duration of the construction schedule. Based on my professional opinion, the current schedule is the most efficient manner in which to address the fire suppression issue and allow activation of the two housing units in the quickest manner possible.

4

Westin Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for an Evid. Hearing (2:90-cv-00520 LKK JFM P)

1  I declare under penalty of perjury that the foregoing is true.

2  Executed this 16th day of September, 2010, in Sacramento, California.

3

4  */s/ William Westin/*

5  WILLIAM WESTIN

6

7

8  CF1997CS0003

5

Westin Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for an Evid. Hearing (2:90-cv-00520 LKK JFM P)