1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:  (510) 280-2621
4
5
6

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

7  THE LEGAL AID SOCIETY –
8  EMPLOYMENT LAW CENTER
   CLAUDIA CENTER, Bar No. 158255
9  600 Harrison Street, Suite 120
   San Francisco, California  94107-1389
10 Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000

11
12 Attorneys for Plaintiffs

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15

16

17 RALPH COLEMAN, et al.,

18          Plaintiffs,

19     v.

20 ARNOLD SCHWARZENEGGER, et al.,

21          Defendants.

22

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF AMY WHELAN IN
SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR AN
EVIDENTIARY HEARING REGARDING
THE C5/C6 PROJECT AT SALINAS
VALLEY STATE PRISON**

23

24

25

26

27

28

DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR AN
EVIDENTIARY HEARING REGARDING THE C5/C6 PROJECT AT SALINAS VALLEY STATE PRISON - CASE NO.
CIV S 90-0520 LKK-JFM

I, Amy Whelan, hereby declare:

1.      I am a member of the Bar of this Court and an associate at Rosen, Bien & Galvan, LLP, counsel of record for the plaintiffs in this case.  I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.  I make this declaration in support of "Plaintiffs' Emergency Motion for an Evidentiary Hearing Regarding the C5/C6 Project at Salinas Valley State Prison."

2.      Attached hereto as Exhibit A is a true and correct copy of the August 31, 2010 memorandum from the Governor's office regarding "Ongoing and Future Hiring Practices."  This document is also publicly available at the following *Sacramento Bee* website: http://blogs.sacbee.com/the_state_worker/2010/09/schwarzenegger-administration-1.html.

3.      On Monday, September 13, 2010, I called John Guhl, a Supervising Deputy State Fire Marshal with the Office of the State Fire Marshal (OSFM) who oversees projects in Monterey County.  Mr. Guhl reported that he and Francis Wright, a deputy fire marshal, have been involved with the C5/C6 project at Salinas Valley State Prison (SVSP).  My conversation with Mr. Guhl lasted approximately 30 minutes.

4.      Mr. Guhl told me that the pipes for the "preaction system" (meaning the pipes have air rather than water) in C5 and C6 have serious corrosion problems that the CDCR must fix.  He said that he also learned recently that these pipe problems may exist throughout the entire prison, and not just in the C5 and C6 units.  As a result, he plans to send someone from the Office of the State Fire Marshall to survey pipes throughout the entire prison.  If the prison has to do a large-scale replacement of these pipes, he opined that it will cost millions of dollars.  If the state does not have the money, or is stuck in a budget crisis like the one now, his office would have to work out a plan with the CDCR to achieve some interim fire safety fixes while the long-term repair is pending.

5.      I asked Mr. Guhl several questions about the C5/C6 project in order to determine alternative means by which defendants could move patients into the units while still ensuring fire safety.  Mr. Guhl reported that one solution, which the OSFM approves on a case-by-case basis,

1

[401951-1]

is for the units to go under "fire watch." He explained that this entails assigning a person to the area to monitor fire risk. If there are already people working on the pipe issues in the units, those people are generally sufficient for "fire watch," although someone would have to be dedicated to this task when the workers leave during evening or other hours.

6.     I also asked Mr. Guhl if the prison could work on the units while patients are in them. He confirmed that this is a possibility, and that it all comes down to how the prison wants to ensure security while work is being performed. He said that while the patients are in their rooms, workers could fix piping in other areas. To fix the piping in the patient rooms, the prison would need to move one, two, or several patients out at a time while it does that.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed this 17th day of September, 2010, in San Francisco, California.

*/s/ Amy Whelan*
Amy Whelan

2

[401951-1]

# EXHIBIT A

**OFFICE OF THE GOVERNOR**

To:            Agency Secretaries and Department Directors

From:        Scott Reid, Cabinet Secretary

Date:        August 31, 2010

Re:           Ongoing and Future Hiring Practices

---

As you know, California's fiscal condition continues to be stressed and the State is currently operating in the absence of a legislatively enacted balanced budget. For every day that passes without the enactment of a budget, the State is spending $52 million more than it receives in revenue.

Addressing a budget deficit in excess of $19 billion will require very difficult and painful cuts to important programs and will involve incredible sacrifice on the part of every resident of the State.

The Governor and this administration has acted to reduce the size of the budget deficit including actions to reduce the State's payroll through recently negotiated labor agreements, the implementation of a new furlough program and a 5% workforce cap. These efforts have, and will continue to provide needed fiscal relief to the State. However, despite these measures to reduce spending, these efforts alone are not enough.

Economic recovery at both the national and state levels continue to be modest and California's fiscal challenges are likely to persist in the immediate future. But the current budget deficit cannot be entirely blamed on the economy. In fact, some has been self-inflicted. It is disappointing that failure of the legislature to adopt mid-year cuts ($2.8 billion) and enact a timely budget ($3 billion) has resulted in the need to take additional measures. For this reason, state government must do more to reduce its cost and streamline its operations.

To that end, the Governor has directed that effective August 31, 2010:

- All state agencies and departments under his direct executive authority shall cease the hiring of employees (including the categories of retired annuitant, permanent intermittent, seasonal, temporary help, and student assistant).

- The hiring freeze shall also apply to the transfer of employees between State agencies, the promotion of employees, and the contracting for individuals to perform services.

- Every effort shall be taken to cease and desist the authorization of all overtime for employees.

It is anticipated that there may be limited circumstances where exceptions to this directive may be necessary for the preservation and protection of human life and safety, emergency and disaster response, the provision of 24-hour medical care, and mission critical functions.

In limited circumstances where exceptions are necessary, they must be approved by the Governor through the Cabinet Office. The Department of Personnel Administration has been directed to provide Agencies and Departments with technical guidance that may be necessary to carry out this directive.