IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiffs have filed a motion for an evidentiary hearing concerning the delayed construction of the C5 and C6 units at the Salinas Valley Psychiatric Program and the rate of admissions into those units once they are opened.  The parties stipulated to briefing on shortened time, and the motion is resolved by this order without oral argument.  <u>See</u> Local Rule 230(g) (E.D.Cal.).

        After review of the papers, and good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiffs' September 3, 2010 motion for evidentiary hearing is granted;

        2.  This matter is set for evidentiary hearing on October 4, 2010 at 10:00 a.m. in Courtroom # 4; and

/////

3. Defendants shall produce at the hearing all persons who have substantial knowledge of the issues described in sections III and IV of plaintiffs' motion at pages 12 -14.[1]

DATED: September 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Based on the representations in paragraph 3 of her declaration filed September 10, 2010, the court anticipates that Cynthia A. Radavsky will be available to testify at the hearing set for October 4, 2010.  In the event that Ms. Radavsky is unavailable, defendants shall produce an appropriate alternative witness or witnesses to testify to those matters that all parties present contemplate will be the subject of Ms. Radavsky's testimony.

2