# EXHIBIT A
# (CONTINUED)



STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



August 11, 2010


Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA  94244-2550


Dear Ms. Vorous

Please see enclosed, Defendants' August 12, 2010 report on all reviews completed and actions taken by Defendants to address inmate suicide in response to the Court's April 14, 2010 order in *Coleman v. Schwarzenegger.*

Sincerely,

*Katie Zelverch for*

BENJAMIN T. RICE
General Counsel


Enclosure

## EXHIBIT LIST

| NUMBER | TITLE |
|---|---|
| 1 | Select Excerpts From Mental Health Services Delivery System Program Guide (2009 Revision) Concerning Suicide Prevention Policies and Practices and Suicide Review and Reporting Processes |
| 2 | Summary of Proposed Changes to 2009 MHSDS Program Guide |
| 3 | Suicide Prevention and Response Focused Improvement Team Actions Taken Between 2007 and 2010 |
| 4 | Suicide Risk Evaluation Form 7447 |
| 5 | Agendas for Suicide Prevention Videoconferences |
| 6. | Tracking Tool – Suicide Review Process |

# EXHIBIT 1

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Program Guide Overview** | |

## C. REFERRALS TO MENTAL HEALTH

### PROGRAM GUIDE POLICY

| | |
|---|---|
| **Ch. 1**<br>12-1-4 to<br>12-1-5 | Any inmate can be referred for mental health services at any time. Inmates who are not identified at Reception or upon arrival at an institution as needing mental health services, may develop such needs later. Any staff members that have concerns about an inmate's mental stability are encouraged to refer that inmate for evaluation by a ~~qualified~~ mental health clinician (psychiatrist, psychologist, ~~or~~ clinical social worker, or psychiatric nurse practitioner). Under certain circumstances, referral to mental health may be mandatory. A referral to mental health should be made whenever:<br><br>• An inmate demonstrates possible symptoms of mental illness or a worsening of symptoms.<br><br>• An inmate verbalizes thoughts of suicide or self-harm behavior.<br><br>• Upon return from court when an inmate has received bad news such as a new sentence that may extend their time.<br><br>• An inmate has been identified as a possible victim per the Prison Rape Elimination Act.<br><br>• An inmate demonstrates sexually inappropriate behavior as per the Exhibitionism policy.<br><br>• An inmate who is written up for a disciplinary infraction was demonstrating bizarre, unusual, or uncharacteristic behavior when committing the infraction.<br><br>• An inmate placed into Administrative Segregation indicates suicidal potential on the pre-screening, or rates positive on the mental health screening, or gives staff any reason to be concerned about the inmate's mental stability, such as displaying excessive anxiety.<br><br>• Upon arrival to an institution when the inmate indicates prior mental health treatment and medications, especially if not previously documented.<br><br>Referrals to mental health may be made on an Emergent, Urgent, or Routine Basis. An inmate deemed to require an Emergent (immediate) referral shall be maintained under continuous staff observation until evaluated by a licensed |

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** Program Guide Overview | |
| **C.  REFERRALS TO MENTAL HEALTH** | |

mental health clinician. An Urgent referral is to be seen within 24 hours. A Routine referral should be seen within five working days.

Referrals are made on the CDCR-MH5, *Mental Health Referral Chrono*, and forwarded to the mental health office. Emergent and Urgent referrals should also be made by phone to facilitate a timely response. The referral chronos, when received at the mental health office, are logged, entered into the data tracking system, and scheduled for follow-up with the appropriate clinician.

Inmates may also self-refer for a clinical interview to discuss their mental health needs. Inmate self-referrals shall be collected daily from each housing unit, and processed the same way as staff referrals.

**Identified Concerns:**
1)  The terms "qualified clinician" are defined later in the Program Guide to apply to clinicians qualified to perform Suicide Risk Evaluations.
2)  The terms "mental health clinician" do not include a psychiatric nurse practitioner, which CDCR currently utilizes at Pelican Bay State Prison.

| RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Change          X | Change |
| No Change | No Change          X |

| SUGGESTED RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Eliminate the term "qualified" as a qualifier for the terms "mental health clinician."  Add the terms "psychiatric nurse practitioner" to account for CDCR's use of this type of clinician in the field. | |

| ANTICIPATED OUTCOME AND TIME LINE | |
|---|---|
| Policy | Implementation |
| Time line:  immediate. | |

| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** <br> **Program Guide Overview** |
|---|---|
| | **K.   MENTAL HEALTH TRACKING SYSTEM** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 1** <br> **12-1-14** | The Mental Health Tracking System (MHTS) is an automated program designed to track and record all pertinent mental health information for inmate-patients from the time they enter the MHSDS until they are released, paroled, or transferred out of the MHSDS and return to the general population. This institutional information management program is capable of tracking an inmate-patient's medication history, level of care changes, mental health staff contacts, current and previous DSM psychiatric diagnoses, latest Abnormal Involuntary Movement Scale score, status and information regarding current or past Keyhea orders, as well as other key data related to an inmate-patient's mental health treatment history. In addition, the MHTS is used to produce the Inmate Profile which documents suicide risk data and accompanies inmates whenever they are transferred between institutions to provide the receiving institution with suicide risk data and other initial MHTS input data. The MHTS is designed to track and aggregate data which serves as a basis for quality assurance and improvement activities at the Institutional and Departmental levels. |
| | **Identified Concern:** Relevant data has been inconsistently transmitted between institutions; therefore, clinicians do not always have important information for being able to provide continuity of care. |

| **RECOMMENDATION** | |
|---|---|
| Policy | Implementation |
| **Change** | **Change**               X |
| **No Change**       X | **No Change** |

| **SUGGESTED RECOMMENDATION** | |
|---|---|
| Policy | Implementation |
| | MHTS.net was rolled-out in December 2009. |

| **ANTICIPATED OUTCOME AND TIME LINE** | |
|---|---|
| Policy | Implementation |
| | Anticipated date of completion of roll-out is December 2010. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **Reception Center Mental Health Assessment** | |
| **A. INTRODUCTION** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 2**<br>**12-2-1** | The Reception Center (RC) program provides mental health assessment for all inmates committed to the California Department of Corrections and Rehabilitation (CDCR) and basic treatment for those inmates identified as having a serious mental disorder while awaiting transfer.<br><br>By enhancing and standardizing screening and evaluation efforts at the entry point into the institution system, the CDCR can best ensure that all inmates in need of mental health treatment are identified and provided necessary services at the earliest possible time. Early and easy access to care has been shown to have both therapeutic as well as fiscal benefits in managing mental illness at its lowest level of acuity. This is particularly true in the high stress environment of an institution setting.<br><br>This program utilizes clinical and clerical positions to achieve the following objectives:<br><br>1. Provide a standardized system for universal screening of all inmates received in the CDCR for possible symptoms of mental disorder or suicide risk. |
| | **Identified Concern: None** |

4

| ~~SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM~~ |
|---|
| **Correctional Clinical Case Management System** |

| D.  TREATMENT AND ASSESSMENT SERVICES |
|---|
| *Clinical Intake Assessment* |

| | **PROGRAM GUIDE POLICY** |
|---|---|
| **Ch. 3**<br>12-3-7 to<br>12-3-8 | While the CDCR's MHSDS provides screening and assessment upon reception, a more comprehensive assessment is critical in formulating a treatment plan after placement in CCCMS.  The assessment includes the inmate-patient's personal strengths, achievements and goals, and past responses to intervention. Inmate-patients placed in CCCMS directly from RCs have a psychological evaluation (CDCR 7386, *Mental Health Evaluation*) with at least a provisional diagnosis and an initial treatment plan.  In all cases, assessments and treatment plans are updated to include an evaluation of the inmate-patient's current readiness for institutional programming (e.g., work, substance abuse counseling, school, prerelease transition).<br><br>The PC completes a clinical intake assessment within ten working days of referral/arrival. If there is an adequate CDCR 7386, *Mental Health Evaluation*, available in the UHR the PC may update it with using page 13 of CDCR 7386, *Mental Health Evaluation* (Add-A-Page), or documentation on the CDCR 7230, *Progress Note*. If there is no CDCR 7386, *Mental Health Evaluation*, a new CDCR 7386, *Mental Health Evaluation* must be done. The clinical intake assessment shall include:<br><br>1.   A review of the inmate-patient's Central File and UHR, a face-to-face interview with the inmate-patient, and interviews with other institutional staff when possible.<br><br>2.  A review of previous mental health records. If the inmate-patient states that he or she had significant prior treatment or if the file review indicates history of such treatment, the clinician shall request that the inmate-patient sign a *Release of Information* form to obtain previous records. The clinician shall forward the signed *Release of Information* form to Health Records for immediate processing, in accordance with Health Record policies and procedures.<br><br>3.  Evaluation of an inmate-patient's ability to program based on appropriate educational and vocational testing instruments that take into account the degree of psychiatric impairment, physical (medical) limitations, and custody and housing restrictions.<br><br>4.  Multiaxial diagnoses (Axis I through V) from the current Diagnostic and Statistical Manual. |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Correctional Clinical Case Management System

**D.  TREATMENT AND ASSESSMENT SERVICES**
*Clinical Intake Assessment*

| | |
|---|---|
| | 5.  Evaluation of suicide and violence potential. |
| | **Identified Concern:  None** |

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Correctional Clinical Case Management System** | |
| **D.  TREATMENT AND ASSESSMENT SERVICES**<br>***Transfer and Clinical Discharge*** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 3**<br>12-3-13 | 7. Inmate-patients shall be transferred to MHCB for crisis episodes requiring 24-hour nursing care. The transfer to a MHCB shall be accomplished within 24 hours of referral. While awaiting transfer, the inmate-patient shall be housed in a medical facility with at least an Outpatient Housing Unit (OHU) level of care. A psychiatrist, psychologist, or CSW shall provide clinically appropriate care, while the inmate-patient is awaiting transfer. This may include suicide observation, one to one counseling, medication management, and/or nursing care. |
| | **Identified Concern:  None** |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Correctional Clinical Case Management System**

## D. TREATMENT AND ASSESSMENT SERVICES
### *Transfer and Clinical Discharge*

### PROGRAM GUIDE POLICY

| Ch. 3 12-3-13 | 9. Inmate-patients who: |
|---|---|

**Ch. 3**
**12-3-13**

9. Inmate-patients who:
- attempt suicide,
- currently have significant suicidal ideation or potential, or
- pose a moderate to serious risk for suicide,

shall be admitted to MHCB and considered for referral to DMH. If an inmate-patient is accepted to DMH, the inmate-patient shall be transferred to DMH within 72 hours of bed assignment.

**Identified Concern:**
Inmate-patients in need of DMH placement may remain on waiting lists for extended periods of time.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| **Change** | **Change**          X |
| **No Change**          X | **No Change** |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| | CDCR and DMH formed a collaborative work group to improve prioritization of referrals. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| | Improve efficiency of bed placement. |

8

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** | |
| **Correctional Clinical Case Management System** | |

**E.  INMATE-PATIENT MONITORING AND CLINICAL CASE REVIEW**
*Monitoring Contacts*

| | PROGRAM GUIDE POLICY |
|---|---|
| **Ch. 3**<br>12-3-15 | 3. Inmate-patients who were admitted to the MHCB for a suicide attempt or ideation, upon discharge from that program, shall be seen by the PC, or designee, daily for the first five calendar days following discharge, and as often as required thereafter. Custody staff shall also observe these inmate-patients a minimum of every hour for the first 24 hours after the discharge from the MHCB. At the end of the first 24 hours after discharge, the CCCMS clinical staff shall evaluate an inmate-patient to determine the need for extending the observation period (not to exceed 24 hours at a time). If the recommendation for an extension is justified, the inmate-patient shall be observed every two hours for the following 48 hours and every 4 hours thereafter. If, after a second evaluation, a mental health clinician feels additional hourly checks are required, the inmate-patient shall be returned to the MHCB for further stabilization. Custody staff shall maintain a log of their rounds on inmate-patients. Inmate-patients housed in OHUs for suicide observation, who do not require MHCB level of care and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care. The process and timeframes for follow up care may be the same as is described for MHCB suicide discharges. |
| | **Identified Concern: None** |

SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
Mental Health Crisis Bed

E. ADMISSION
Pre-admission Screening

PROGRAM GUIDE POLICY

| | |
|---|---|
| Ch. 5<br>12-5-7 | All inmate-patients referred to the MHCB shall receive a pre-admission screening for the purpose of determining the appropriateness of the admission to the MHCB program. During regular working hours, the screening shall be performed by a psychiatrist or a licensed psychologist privileged to practice in the MHCB, and documented in the Progress Notes. During weekends, holidays, and after normal business hours, the screening shall be performed by an on-site physician on duty or any other licensed health care staff. The pre-admission screening may be performed via telephone prior to transfer when the inmate-patient is at an institution without an available MHCB. An inmate-patient in crisis may be screened where the crisis occurs (such as in the cell), or in the emergency service area of the CTC/GACH/SNF, prior to admission to the MHCB.<br><br>All inmates attempting suicide and those having suicidal ideation or showing signs and symptoms of suicide potential will be evaluated by a <u>qualified</u> mental health clinician (psychiatrist, psychologist, or Clinical Social Worker,<u>, or psychiatric nurse practitioner</u>) on an emergency basis. Inmates referred to health care by custody because of suicide concerns, shall be immediately evaluated for suicide risk by a <u>qualified</u> mental health clinician<u>. (See Pages 12-10-7 to 12-10-11, which outline the requirements for a "qualified mental health clinician.") The qualified mental health clinician shall complete a SRE.</u>, which shall include a Suicide Risk Assessment Checklist<u>Evaluation (SRE) form</u> (SRAC). On weekends, evenings, and holidays, the SRAC <u>SRE</u> shall be performed by the Physician on Call (POC), Medical Officer of the Day (MOD), or Registered Nurse (RN) trained to administer the SRAC if mental health clinicians are not available.<br><br><u>If a qualified mental health clinician is not available on a weekend, evening, or holiday, health care staff shall collect sufficient clinical data for the clinician on call to support appropriate intervention to ensure the inmate's safety. A SRE shall be completed once a qualified mental health clinician is available to administer it.</u> It is the responsibility of the Health Care Manager to establish procedures for suicide risk <s>assessment</s> <u>evaluation</u> by clinical staff outside of normal work hours. All <s>SRACs</s> <u>SRE forms</u> shall be filed in the inmate-patient's UHR whether or not the inmate-patient is admitted to the MHCB. An inmate showing suicidal potential cannot be refused admission until there is a |

| | SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
|---|---|
| | ~~Mental Health Crisis Bed~~ |

### E.  ADMISSION
**Pre-admission Screening**

face-to-face evaluation and ~~SRAC~~ SRE form completed by a qualified clinician. ~~trained to conduct suicide risk assessments.~~

All inmates who are screened positive for possible admission to the MHCB on a weekend, holiday, or after normal business hours shall be referred to a MHCB psychiatrist or psychologist with admitting privileges (On Call or On Duty) for admission.   The clinician facilitates the admission based on the admission criteria indicated in Section C above.  The actual admission may be done by the MOD or POC in consultation with the psychiatrist or psychologist (On Call or On Duty).  For all inmates not admitted, the psychiatrist or psychologist (On Call or On Duty) shall prepare a detailed Progress Note explaining the reason for the decision.  A log shall be kept by the referring institution, and shall include the following information for all inmates referred to the MHCB and evaluated but not admitted:
- Date of referral
- Inmate-patient identification
- Reason for referral
- Reason for not being admitted
- Referring clinician

**Identified Concerns:**
1)  Standardized suicide risk evaluation training shall be provided to mental health staff at each institution.  Clinicians shall be qualified to perform suicide risk evaluations only after completing the training and proctoring.

2)  Current policy is for clinicians to evaluate inmates who are reporting suicidal ideation prior to admission to a MHCB.  This pre-admission screening occurs after the inmate has received an in-depth evaluation, usually by the primary clinician.  That in-depth evaluation is documented on a CDCR-7447, Suicide Risk Evaluation (SRE) form and a 7230 Progress Note.

3)  Text needs to be changed to reflect change from SRAC to SRE.

### RECOMMENDATION

| Policy | | Implementation | |
|---|---|---|---|
| Change | X | Change | |
| No Change | | No Change | X |

11

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | | |
|:---:|:---:|:---:|
| ~~Mental Health Crisis Bed~~ | | |
| **E.   ADMISSION** | | |
| **Pre-admission Screening** | | |
| | | |
| **SUGGESTED RECOMMENDATION** | | |
| | Policy | Implementation |
| | A qualified mental health clinician is defined in Chapter 10, 12-10-7 through 12-10-11. | |
| **ANTICIPATED OUTCOME AND TIME LINE** | | |
| | Policy | Implementation |
| | Improved SREs. Narrative section requires explanation of clinical reasoning. | |

12

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Mental Health Crisis Bed** | |
| **E.  ADMISSION**<br>**Admission/Transfer Log** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 5**<br>12-5-8 to<br>12-5-9 | Each mental health program with a MHCB unit shall develop and maintain a log of all MHCB admissions/transfers.  This log shall include at least the following information:<br><br>• Date of referral<br><br>• Inmate identification<br><br>• Reason for referral to MHCB<br><br>• Current level of care<br><br>• Date of Admission to MHCB<br><br>• Confirmation that ~~Whether~~ a suicide risk evaluation ~~assessment~~ (including a SRE~~AC~~) was completed ~~performed~~ upon referral or upon admission (for suicidal inmates)<br><br>• Discharge diagnosis<br><br>• Confirmation that ~~Whether~~ a suicide risk evaluation ~~assessment~~ (including a SRE~~AC~~) was completed ~~performed~~ upon discharge (for suicidal inmates)<br><br>• Date of clinical discharge from the MHCB<br><br>• Date of physical discharge from the MHCB<br><br>• Date of referral to new location/program<br><br>• Date of transfer to new location/program<br><br>• Location/program to which the inmate-patient has been transferred<br><br>All inmate-patients who receive a pre-admission evaluation for suicide potential, but who are not admitted, will be tracked in a separate log. The log shall be kept by the MHCB that did not admit the inmate-patient, and will include at least the following information: |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Mental Health Crisis Bed~~

| | |
|---|---|
| | **E.  ADMISSION**<br>**Admission/Transfer Log** |
| | • Date of referral<br><br>• Inmate-patient identification<br><br>• Reason for referral<br><br>• Reason for not being admitted<br><br>• Deciding clinician |
| | **Identified Concerns:**<br>1) Text needs to reflect change from SRAC to SRE.<br>2) Current policy is for clinicians to complete an in-depth evaluation of an inmate prior to admission to a MHCB. |

**RECOMMENDATION**

| | Policy | Implementation |
|---|---|---|
| | Change         X<br><br>No Change | Change<br><br>No Change        X |

**SUGGESTED RECOMMENDATION**

| | Policy | Implementation |
|---|---|---|
| | Eliminate the MHCB pre-admission SRE if the inmate is admitted to a MHCB. | |

**ANTICIPATED OUTCOME AND TIME LINE**

| | Policy | Implementation |
|---|---|---|
| | Reduction of redundant pre-admission SRE. | |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| Mental Health Crisis Bed | |
| **E. ADMISSION**<br>**Procedure** | |
| **PROGRAM GUIDE POLICY** | |

| | |
|---|---|
| **Ch. 5**<br>12-5-9 to<br>12-5-10 | The MHCB shall accept inmates who meet the criteria for care and treatment and shall continue to house only those inmates for whom care is appropriate. No inmate shall be admitted to the MHCB until a provisional diagnosis or valid reason for admission has been stated and the appropriateness determined. When clinical differences of opinion exist regarding the appropriateness for admission and the clinicians involved cannot reach an agreement at the institutional level, the cases shall be referred to the HC-POP and/or Mental Health Services at headquarters central office for assistance.<br><br>Admissions to the MHCB shall be made on a "Psychiatric and Return" basis. A psychiatrist or a psychologist with admitting privileges in the MHCB may admit an inmate to the MHCB. Inmates shall be admitted only upon the written or verbal order of a MHCB psychiatrist or a psychologist.<br><br>Occasionally, crisis referrals require emergency and involuntary admission to the MHCB. An inmate-patient may, because of a psychotic episode, be confused, disoriented, disorganized and/or gravely disabled, or because of acute depression, may be dangerously suicidal. An inmate-patient in crisis who is explosive and assaultive may also be admitted involuntarily if a serious mental disorder also exists. Assaultiveness that is assessed by the clinician as resulting from an antisocial behavior, and not as a result of a serious mental disorder, is more appropriately dealt with by custody staff, per general institution policies.<br><br>Any ~~time an~~ inmate-patient is admitted to the MHCB program because of suicidal threats or behavior, a qualified mental health clinician shall complete ~~receive~~ a suicide risk ~~assessment~~ evaluation (including a ~~SRAC~~ SRE form) ~~from a clinician, upon admission,~~ unless the SRE was completed by the referring clinician prior to admission. (See Pages 12-10-7 to 12-10-11, which outline the requirements for a "qualified mental health clinician.") A SRE shall also be completed ~~and~~ prior to discharge.<br><br>After hours, weekends, and holidays, the Administrative Officers of the Day, MODs, POCs, and Watch Commanders shall be notified of an inmate who makes a serious suicide attempt or engages in self-injurious behavior requiring medical treatment. |

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>~~Mental Health Crisis Bed~~ | |
| | **E. ADMISSION**<br>Procedure |
| | **Identified Concern:**<br>Text needs to reflect change from SRAC to SRE. It also reflects that if the SRE was completed by the referring clinician, a SRE does not need to be completed upon admission. See comments to prior Section. |

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Mental Health Crisis Bed** | |
| | **F. ASSESSMENT AND TREATMENT SERVICES**<br>Intake Assessment |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 5**<br>12-5-11 | Upon admission to the MHCB unit, an assessment shall immediately be made on how best to meet the critical needs of the seriously mentally disordered inmate-patient. This is accomplished by reviewing and updating the CDCR 7386, *Mental Health Evaluation*, completed by the referring clinician at the time of referral. At a minimum, a provisional diagnosis is determined and an initial plan in the "Recommended Follow Up/Initial Treatment Plan" section of the CDCR 7386, *Mental Health Evaluation*, shall be formulated within 24 hours for immediate care planning and to rule out medical conditions that may be a cause of presenting symptoms. Serious medical conditions that are a significant cause of the crisis may warrant acute care medical hospitalization. |
| | **Identified Concern: None** |

SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
Mental Health Crisis Bed

| | |
|---|---|
| | **F.  ASSESSMENT AND TREATMENT SERVICES**<br>Interdisciplinary Treatment Team and Individualized Treatment Planning |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 5**<br>12-5-11<br>to<br>12-5-13 | The IDTT is composed of, at a minimum:<br><br>• Assigned MHCB psychiatrist<br><br>• Assigned MHCB Primary Clinician (PC)<br><br>• Nursing staff<br><br>• Correctional Counselor<br><br>• Inmate-patient (if clinically and custodially appropriate)<br><br>Other staff who have direct knowledge of the inmate-patient are encouraged to attend or provide information, such as:<br><br>• Custody officers<br><br>• RNs<br><br>• Licensed Vocational Nurses (LVN)<br><br>• Recreational Therapists<br><br>The IDTT is chaired by a licensed mental health clinician.  The inmate-patient shall be included in the IDTT, if clinically and custodially appropriate as determined by the IDTT, unless the inmate-patient refuses to participate.  If the inmate-patient refuses to participate, the PC shall document the reason for refusal on the CDCR 7230, *Interdisciplinary Progress Notes*.  Inmate-patients shall not be disciplined for refusing to participate in IDTT.  Attempts shall be made to gather input from the inmate-patient, such as talking to and observing the inmate-patient at the cell door.<br><br>The IDTT shall meet within 72 hours of an inmate-patient's admission and at least weekly thereafter.  The IDTT shall begin discharge planning at the initial IDTT meeting. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| Mental Health Crisis Bed |

## F. ASSESSMENT AND TREATMENT SERVICES
### Interdisciplinary Treatment Team and Individualized Treatment Planning

An individual treatment plan shall be developed and implemented at the initial IDTT meeting. The treatment plan, which is to be filed in the inmate-patient's UHR, shall be individualized and based on a comprehensive assessment, including, at a minimum, a mental status exam and the inmate-patient's legal, criminal, psychiatric, medical, and developmental history, and psychosocial evaluations. Psychosocial evaluations shall include personal and family history, inmate-patient's strengths and weaknesses, and evaluation of support system.

The individualized treatment plan shall:

1. Provide a primary diagnosis and identify the main presenting problems targeted for treatment. The diagnosis may be provisional.

2. For every identified target problem, document the goals, interventions, and measurable objectives of treatment.

3. Specify the types, frequencies and providers of prescribed therapies and adjunct activities.

4. Document the success or failure in achieving stated objectives

5. Evaluate the factors contributing to the inmate-patient's progress or lack of progress toward recovery.

6. Document prescribed medication, dosage, and frequency of administration, as well as medication compliance.

7. Be reviewed at each IDTT meeting, at least weekly, and updated accordingly.

8. Designate appropriate medications, therapies, and custody follow-up in an aftercare plan to be followed after the inmate-patient's release from the MHCB. See MHSDS Program Guide, *Chapter 10, Suicide Prevention and Response*, for specific follow-up requirements for inmate-patients admitted for suicide prevention.

**Identified Concern: None**

18

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>Mental Health Crisis Bed | |
| **I. DISCHARGE**<br>Procedure | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 5**<br>12-5-28 | (The paragraph below pertains to discharge procedures following a Mental Health Crisis Bed admission)<br><br>e. The Chief of Mental Health or designee at the institution where the inmate-patient is being transferred shall notify the assigned CCM or PC. If the inmate-patient does not have an assigned CCM or PC, one shall be assigned. If the inmate-patient was admitted to the MHCB for Suicide Precaution or Watch, the Chief of Mental Health shall also notify the mental health clerical staff responsible for the tracking system, clinical staff responsible for weekend or holiday coverage, and the Facility Captain of the housing unit to which the inmate-patient is being transferred so that the required clinical and custody evaluation can be scheduled. |
| | **Identified Concern: None** |

19

| | |
|---|---|
| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM **Mental Health Crisis Bed** | |

| | |
|---|---|
| **I. DISCHARGE** **Procedure** | |

| **PROGRAM GUIDE POLICY** | |
|---|---|
| Ch. 5 12-5-29 | *(The paragraphs below pertain to discharge procedures following a Mental Health Crisis Bed admission)* |
| | i.   Any inmate-patient admitted to the MHCB program because of suicidal threats or behavior shall not be discharged to their housing unit until a Suicide Risk Assessment Checklist has been completed and a follow-up plan developed. |
| | •   The PC shall provide follow-up treatment on an outpatient basis. This shall include daily contact with the inmate-patient for five consecutive days following discharge. On weekends and holidays, a Licensed Psychiatric Technician or mental health clinician other than the PC may conduct the daily contact; however, the PC is responsible for ensuring the contacts occur. The daily contact shall be documented on a CDCR 7230, *Interdisciplinary Progress Note,* or a CDCR 7230B-MH, *Follow Up to MHCB/MH-OHU Discharge for Suicidal Issues* template. The note shall include the inmate-patient's current mental status and suicide risk. |
| | •   The contact shall occur in the inmate-patient's regular housing unit. |
| | •   Custody staff shall conduct an hourly check of inmate-patients admitted to the MHCB for suicidality for the first 24 hours after discharge. A mental health clinician shall then discuss the inmate-patient's behavior with the custody staff and evaluate the inmate-patient to determine if the custody checks should be continued or discontinued. If the custody checks are retained, the mental health clinician shall determine whether the checks are to be every hour, every 2 hours, or every 4 hours for the next 24 - 48 hours. Custody staff shall maintain a log of checks on inmates. |
| | •   If after any evaluation the mental health clinician believes the inmate-patient has not stabilized, the inmate-patient shall be returned to the MHCB for further treatment. Careful consideration by the IDTT should be given to releasing inmates on a Friday, during the weekend, or the day before a holiday. The mental status and stability of the inmate-patient should be documented in detail on a |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| --- |
| ~~Mental Health Crisis Bed~~ |

| | |
| --- | --- |
| | **I. DISCHARGE**<br>**Procedure** |
| | CDCR 7230, *Interdisciplinary Progress Note.* A mental health clinician must be available every day (including weekends and holidays), either on duty or on call, to monitor inmate-patients who are discharged from a MHCB. |
| | **Identified Concern: None** |

21

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** Mental Health Crisis Bed | |

## J. MENTAL HEALTH PATIENTS IN OUTPATIENT HOUSING UNITS

### PROGRAM GUIDE POLICY

| Ch. 5 12-5-30 to 12-5-31 | When an inmate-patient requires observation and evaluation of behaviors that may be indicative of mental illness, a licensed mental health professional may document the need for placement of the inmate-patient into an Outpatient Housing Unit (OHU). |
|---|---|
| | A physician, psychiatrist, or licensed psychologist shall order placement and release of inmate-patients into and out of the OHU for mental health care and shall be in charge of the inmate-patients' care while housed there. The placement into the OHU shall be made using the CDCR 7221, *Physician's Order*. |
| | Psychologists ordering placement of inmate-patients into the OHU shall refer the inmate-patient to a physician for a physical examination and to a psychiatrist for a medication evaluation. |
| | The physician's or psychologist's placement orders may be transmitted verbally or by telephone to the RN or LVN. The ordering physician or psychologist shall sign all verbal placement orders within 24 hours. |
| | A physician or psychologist shall document the need for placement on a CDCR 7230, *Interdisciplinary Progress Note*, within 24 hours of placement. Within 24 hours after placement each inmate-patient shall have an evaluation, including admission history and physical examination, for immediate care planning. The Mental Health Evaluation shall be documented on a CDCR 7386, *Mental Heath Evaluation*. |
| | The patient shall receive an additional face-to-face evaluation by a mental health clinician or other qualified medical staff within 48 hours. This contact shall be documented on a CDCR 7230, *Interdisciplinary Progress Note*. If at any time during this observation/evaluation period it is determined that the inmate-patient requires inpatient care, arrangements shall be made to transfer the inmate-patient within 24 hours of the determination to a MHCB. If evaluation of the inmate-patient's mental health need continues beyond 48 hours, arrangements shall be made to transfer the inmate-patient to a MHCB or inpatient facility. Inmate-patients shall not remain in OHU for more than 72 hours. |

22

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| Mental Health Crisis Bed |

## J. MENTAL HEALTH PATIENTS IN OUTPATIENT HOUSING UNITS

The only exception to this 72-hour limit shall occur, on a case-by-case basis, only if both of the following criteria are met:

1. The inmate-patient has been determined to need EOP level of care and is awaiting placement, and

2. An IDTT determines that the inmate-patient may be at risk if returned to any of the housing units available at that institution while awaiting transfer.

When both of the above criteria are met, the inmate-patient may be held in OHU until transferred to an EOP level of care program. The timeline for transfer from OHU to EOP shall not exceed 30 days from EOP endorsement. This timeline for transfer shall include any days that the inmate-patient is in a MHCB following endorsement, and shall not be restarted if the inmate-patient returns to the OHU.

When it is determined that inpatient care is necessary and the institution staff is unable to expeditiously find a MHCB, they will contact the HCPOP for assistance to ensure placement within the required timelines. If it is determined that an order for Suicide Precaution or Watch is necessary, observation by clinical and/or custody staff, consistent with the MHSDS Suicide Prevention policy (see Chapter 10 for details), shall be provided.

**When an inmate is placed in the OHU for being potentially suicidal, a mental health clinician shall administer a SRAC at the times of placement and release. On weekends, holidays, or after hours, the SRAC shall be administered by the MOD, POD, or RN trained on administration of the SRAC. Inmate-patients housed in OHU for suicide observation, who do not require MHCB level of care and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care utilizing the process and timeframes described for MHCB suicide discharges, if clinically indicated.**

When emergency circumstances exist, clinical restraint or clinical seclusion may be applied in OHU, subject to the requirements for clinical restraint or clinical seclusion in the MHCB. Emergency circumstances exist when there is a sudden marked change in the inmate-patient's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the inmate-patient or others, and it is impractical to first transfer the inmate-patient to a MHCB. The MHCB transfer process (See Section D,

23

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** ~~Mental Health Crisis Bed~~ | |
| **J. <u>MENTAL HEALTH PATIENTS IN OUTPATIENT HOUSING UNITS</u>** | |
| | *Referral and Transfer, MHCB Transfer*) shall be immediately initiated upon determination that an inmate-patient requires clinical restraint or clinical seclusion, and transported when clinically safe to do so.<br><br>HCPOP shall be notified when an inmate-patient has been placed in clinical restraint or clinical seclusion.  HCPOP shall expedite MHCB placement of inmate-patients in clinical restraint or clinical seclusion. |
| | **Identified Concerns:**<br>With respect to the paragraph highlighted above, CDCR is still addressing potential changes to the text of this paragraph and the potential need to modify how it is implemented. For that reason, CDCR has not indicated any changes at this time, and will notify the *Coleman* Special Master within forty-five days of any proposed changes. |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Mental Health Crisis Bed**

| | J. MENTAL HEALTH PATIENTS IN OUTPATIENT HOUSING UNITS<br>*Mental Health Conditions Appropriate for Placement into an OHU* |
|---|---|
| | **PROGRAM GUIDE POLICY** |
| Ch. 5<br>12-5-32 | 1. Observation for Suicide Precaution or Suicide Watch consistent with the CDCR Suicide Prevention and Response Project.<br><br>2. Inmates who engage in behaviors that might be indicative of a mental disorder that interferes with daily living and requires further observation and evaluation.<br><br>3. Inmate-patients who have been referred to an EOP or MHCB who are too ill or too vulnerable to be placed in the general population while waiting for transfer. |
| | **Identified Concern: None** |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Department Of Mental Health Inpatient Program**

| | A. INTRODUCTION |
|---|---|
| | **PROGRAM GUIDE POLICY** |
| Ch. 6<br>12-6-1 | The California Department of Corrections and Rehabilitation (CDCR) is responsible for providing acute and intermediate inpatient care, in a timely manner, to those CDCR inmates clinically determined to be in need of such care. CDCR currently maintains a contract with the California Department of Mental Health (DMH) to provide acute and long-term intermediate inpatient mental health care to inmate-patients. Referrals to a DMH facility may be made by CDCR clinicians for inmate-patients who are so severely disturbed or suicidal that their treatment needs cannot be met in a CDCR treatment program or who may require a comprehensive psychiatric assessment. |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| --- |
| Department Of Mental Health Inpatient Program |

| **B. OVERALL TREATMENT CRITERIA** |
| --- |
| *Inpatient Placement General Requirements* |

| PROGRAM GUIDE POLICY | |
| --- | --- |
| **Ch. 6**<br>12-6-2 | The inmate-patient to be referred must have a Serious Mental Disorder (See Mental Health Services Delivery System [MHSDS] Program Guides, Chapter 1, Program Guide Overview) and:<br><br>1. Have marked impairment and dysfunction in most areas (daily living activities, communication and social interaction) requiring 24-hour inpatient care, or<br><br>2. Is a danger to self or others as a consequence of a serious mental disorder,                                     or<br><br>3. Meets admission criteria for any of the DMH programs. |
| **Identified Concern: None** | |

| | |
|---|---|
| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Department Of Mental Health Inpatient Program** |
| | **C.  DMH ACUTE PSYCHIATRIC PROGRAM (APP)**<br>***Admission Criteria*** |

| | **PROGRAM GUIDE POLICY** |
|---|---|
| Ch. 6<br>12-6-2 to<br>12-6-3 | 1.  Any inmate-patient (age 18 or older) who suffers impairment of functioning with signs and symptoms that may be attributed to either an acute major mental disorder or an acute exacerbation of a chronic major mental illness, as defined by the current Diagnostic and Statistical Manual of Mental Disorders (DSM).  Such signs and symptoms of illness may render the inmate-patient:<br><br>• Unable to carry out adequately the normal routines of the institution,<br><br>• Unable to provide for his basic needs or use the supportive treatment resources available to him, or<br><br>• A significant risk of harming himself or others.<br><br>2.  Any inmate-patient who has been assessed as a severe suicidal risk.<br><br>3.  Additional factors that justify consideration for referring an inmate to the APP include:<br><br>• The inmate-patient has symptoms or secondary conditions that require inpatient mental health treatment.<br><br>• The inmate-patient engages in self-injurious behavior that has not responded to treatment in a CDCR facility.  Without mental health treatment, the inmate is likely to develop serious medical complications or present a threat to his life.<br><br>4.  Each inmate-patient referred from another CDCR institution who is not accepted for direct placement-evaluation to the APP due to lack of an available bed shall be retained at the sending institution until a bed is available.<br><br>5.  Inmate-patients admitted to the APP shall be inmates anticipated to be stabilized sufficiently for release from DMH within 30 to 45 days. |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| Department Of Mental Health Inpatient Program | |
| **C.  DMH ACUTE PSYCHIATRIC PROGRAM (APP)** *Referral Procedure* | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 6** **12-6-4** | 5. The referral packet shall be completed fully and include all required information as follows: <br><br> … <br><br> • If the inmate-patient is referred from **any other level of care (EOP, Correctional Clinical Case Management System [CCCMS]) or other location,** then the referral packet shall include: <br><br> a. Written consent OR documentation of the required due process hearing (CDCR 128-MH6), or a valid waiver of the due process hearing if the inmate-patient refuses to sign consent to transfer; <br> b. Custody Case Factor Sheet; <br> c. CDCR suicide risk~~assessment~~ evaluation including a Suicide Risk~~Assessment~~ Evaluation form ~~Checklist~~ ~~(SRAC);~~ SRE); <br> d. Current Treatment Plan – CDCR 7388-MH, *Mental Health Treatment Plan* <br> e. Transfer Medical Summary or Health and Physical (H&P); <br> f. Pharmacy Profile or Medication Administration Record (MAR); <br> g. Supporting Keyhea documentation or Keyhea Order (when relevant for involuntary medications); and <br> h. TB chrono from the referring institution. |
| | **Identified Concerns:** <br> Text reflects change from SRAC to SRE. Changes made in the text of this Section were introduced in Chapter 5, p. 11, Pre-admission Screening. |

28

~~SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM~~
Department Of Mental Health Inpatient Program

## D. DMH INTERMEDIATE CARE FACILITIES: ASH, CSH, PSH, SVPP, AND VPP
### *Referral Procedure*

### PROGRAM GUIDE POLICY

| Ch. 6<br>12-6-9 to<br>12-6-10 | Referrals must be completed within five working days of identification by IDTT if inmate-patient consent is obtained and within ten working days of identification if due process hearing is required. |
| --- | --- |

The following CDCR institutions retain Unit Health Records (UHR) for inmate-patients referred to ASH/PSH. California Men's Colony (CMC) shall retain records of inmate-patients referred to ASH. California Institution for Women (CIW) shall retain records for female inmate-patients referred to PSH.

1.  All referrals shall be made on the required referral form – <u>Department of Mental Health Referral Form-Intermediate Care Program.</u>  The referral packet shall be sent to the DMH Forensic Coordinator or the Admission and Discharge Coordinator.   The form shall be fully completed and include all required information as follows:

- Transfer Medical Summary or History & Physical for Transfer to DMH. The H&P is required for SVPP and must have been completed within the last 30 days;

    **Current Treatment Plan – CDCR 7388-MH,** *Mental Health Treatment Plan*;

- Due Process documentation of the hearing OR Written consent   (Use CDCR 128C until CDCR 128-MH6 is implemented), or a valid waiver of the due process hearing is required for referral if the patient refuses to sign consent to transfer;

    **Pharmacy Profile;**
    **Supporting Keyhea documentation or a Keyhea Order (when relevant**
    **Interdisciplinary Progress Notes for past 15 days (May be less for new arrival to reception center);**
    **TB chrono from the referring institution;**
    **Abstract of Judgment (For State Hospitals only);**
    **Legal Status Summary (For State Hospitals only);**

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>Department Of Mental Health Inpatient Program | |

**D. DMH INTERMEDIATE CARE FACILITIES: ASH, CSH, PSH, SVPP, AND VPP**
*Referral Procedure*

| | | |
|---|---|---|
| | | **Chrono History (For State Hospitals only);**<br>**Custody Case Factor Sheet;**<br>**CDCR Suicide Risk Assessment.** |
| | 2. | Any CDCR clinical concerns regarding the referral shall be discussed with the Chief of Mental Health, or designee, at DCHCS, prior to completion of the referral form. Questions regarding the transfer process shall be discussed with Health Care Placement Oversight Program (HCPOP), or designated Central Office Staff. (See also CCAT below). |
| | 3. | DMH shall review the referral packet within three working days of receipt, and shall immediately notify the referring institution by fax of the decision to accept or reject. The decision shall provide detailed reasons for any rejections. |
| **Identified Concern: None** | | |

# SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
## Administrative Segregation

### D. TREATMENT POPULATION
#### *Referral for Mental Health Services*

## PROGRAM GUIDE POLICY

| | |
|---|---|
| **Ch. 7**<br>12-7-2 to<br>12-7-3 | 1. <u>Pre-placement mental health screening</u>: All inmates are screened by medical personnel for possible suicide risk, safety concerns, and mental health problems before placement in ASU (see <u>Inmate Medical Services Policy and Procedure, *Volume 4, Chapter 16: CDCR 7219*</u>). If an inmate screens positive on the CDCR 128-MH7, *ASU Pre-Placement Chrono*, they are referred for a mental health evaluation on an Emergent, Urgent, or Routine basis, depending on their answers to the screening questions. After completion, the CDCR Form 128-MH7, *ASU Pre-Placement Chrono*, shall be placed in the mental health chrono section of the Unit Health Record (UHR). For Urgent and Routine referrals, the medical staff conducting the screening shall complete a CDCR 128-MH5, *Mental Health Referral Chrono*, and follow the referral process below. |

2. <u>Current MHSDS inmate-patients</u>: All inmates placed into ASU shall be reviewed for identification of current MHSDS treatment status by the time of the initial CDCR-114D, *Order and Hearing on Segregated Housing*, review. This shall occur on the first work day following an inmate's placement. Current MHSDS inmate-patients are identified by checking the ASU placements reported on the Institutional Daily Movement Sheet with the treatment identifier code in the Distributed Data Processing System (DDPS) or the Mental Health Tracking System (MHTS) for inmate-patient treatment cases. During the initial review, mental health staff will ensure the continuity of mental health care, including the delivery of prescribed medications. ~~Upon inmate's placement into ASU, nursing staff shall transfer the inmate's Medication Administration Record to ASU, consistent with the post orders.~~ As outlined in the Inmate Medical Services Policies and Procedures (IMSP&P), Volume 4, Chapter 11: "The licensed nurse shall give custody staff the patient's Medication Administration Record (MAR) and medication in a correctly labeled, sealed envelope/container. Custody staff shall deliver the MAR and medications to the clinic serving the patient's new housing unit."

3. <u>Staff referral</u>: Any staff member who observes possible signs or symptoms of a serious mental disorder shall refer an inmate for clinical evaluation by completing a CDCR 128-MH5, *Mental Health Referral Chrono*. The

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Administrative Segregation

### D. TREATMENT POPULATION
#### *Referral for Mental Health Services*

Referral Chrono shall be processed by following the referral process below. Any inmate who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by the PC to assess the potential for suicide and, if appropriate, referral to the MHCB for admission.

**Identified Concern:**
Lack of clarity in the process of transferring an inmate's MAR.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change          X | Change          X |
| No Change | No Change |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change the language to more accurately reflect the MAR transfer process. | Local operating procedures will require updating. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| Outcome: improved description of the MAR transfer process. | Local operating procedures are updated during annual review. |

SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
**Administrative Segregation**

## E. CLINICAL ROUNDS AND SCREENING
### *Clinical rounds*

### PROGRAM GUIDE POLICY

| | |
|---|---|
| **Ch. 7**<br>12-7-5 | A mental health staff member, usually a ~~Licensed~~ Psychiatric Technician (~~L~~PT), shall conduct rounds seven days per week in all ASUs to attend to the mental health needs of all inmates. The ~~L~~PT shall make initial contact with each inmate placed into ASU within 24 hours of placement.

A morning "check-in" meeting between custody and clinical staff shall be held each day. At minimum, an ASU Sergeant and an assigned ASU Mental Health clinician (psychologist or social worker) shall attend the morning meeting. During the meeting, involved personnel shall identify new arrivals, discuss current behavioral issues and concerns, and share any pertinent information regarding new arrivals and/or at-risk inmates. Pertinent suicide risk information from the MHTS Suicide Tracking Report will be discussed. This meeting shall be documented in the ASU Log book and salient clinical information shall be documented in the UHR and, if necessary, a referral for mental health services shall be made at the appropriate level of urgency.

In order to establish contact and provide information, mental health staff shall attend to developing rapport with new inmates on the first day of mental health rounds.

Each institution is to ensure that effective communication is observed when inmates have limited ability to speak English or are hearing impaired. Interpreter services information shall be posted in all areas where phones may be used for that purpose, and all staff assigned to ASU shall be provided documented training regarding access and use of services and available translation equipment.

Those inmates not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental disorders are referred, via CDCR 128-MH5, *Mental Health Staff Referral*, for clinical evaluation. Interaction shall be sufficient to ascertain the inmate's mental condition particularly during the first ten days. The ~~L~~PT shall maintain an individual record of clinical rounds on both MHSDS and non-patients by initialing next to the inmate's name on the CDCR 114, *Isolation Log Book*, each time the inmate is seen. Any unusual findings that may require closer |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| Administrative Segregation |

### E. CLINICAL ROUNDS AND SCREENING
#### *Clinical rounds*

observation by custody shall be documented on the CDCR 114-A, *Daily Log*, on the same day of occurrence. For identified MHSDS inmate-patients, the LPT shall document a summary of daily clinical rounds on a CDCR 7230, *Interdisciplinary Progress Notes*, in the UHR on a weekly basis. Notes will be clearly labeled as "Weekly Summary of LPT Clinical Rounds." If clinically indicated, the LPT may provide additional documentation.

#### *Screening Questionnaire*

All inmates who are not in the MHSDS and who are retained in ASU shall receive, within 72 hours of placement in ASU, a mental health screening interview utilizing the 31-question mental health screening questionnaire also used in the Reception Centers. The interview shall be conducted by a mental health clinician or trained nursing staff in private and confidential settings that afford confidentiality of sight and sound from other inmates, and confidentiality of sound from staff. Screening interview appointments shall be announced by custody staff as "health appointments" to avoid stigmatization and possible retribution by other inmates. Every effort shall be made to encourage inmates to attend these appointments.

The results of the questionnaire are evaluated either by hand-scoring or on an approved automated scoring system to determine the need for further evaluation. The scoring sheet shall be filed in the UHR. All inmates scoring positive on the questionnaire shall be referred to a mental health clinician to be seen within the clinically appropriate time frame. Emergent cases shall be seen immediately, Urgent cases shall be seen within 24 hours, all others shall be seen within 5 working days.

All referrals and results of evaluations are documented in individual inmates' UHR on approved forms and entered into the institutional MHTS. Decisions to provide treatment via placement into an outpatient program or MHCB shall be entered into DDPS.

**Identified Concern:**
Per the Board of Vocational Nursing and Psychiatric Technicians, the correct title for Psychiatric Technicians does not include the qualifier "Licensed."

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Administrative Segregation

### E. CLINICAL ROUNDS AND SCREENING
#### *Clinical rounds*

| | RECOMMENDATION | |
|---|---|---|
| | Policy | Implementation |
| | Change    **X** <br><br> No Change | Change    **X** <br><br> No Change |
| | **SUGGESTED RECOMMENDATION** | |
| | Policy | Implementation |
| | Update Program Guide to reflect current title of Psychiatric Technician. | Local operating procedures will require updating. |
| | **ANTICIPATED OUTCOME AND TIME LINE** | |
| | Policy | Implementation |
| | Time line: immediate | Local operating procedures are updated during annual review. |

35

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Administrative Segregation** | |

### F. CLINICAL EVALUATION

| | PROGRAM GUIDE POLICY |
|---|---|
| **Ch. 7**<br>12-7-6 to<br>12-7-7 | Referral evaluations will be completed within the time frames listed above and consist of the following:<br><br>1. A review of the UHR and, if necessary, the Central File, shall be completed and documented on approved forms as a part of the assessment process. Past treatment needs, medications, and program placements shall be noted.<br><br>2. An individual clinical interview to determine the nature of the problem and a full mental status examination. The examination is documented on a CDCR 7386, *Mental Health Evaluation*, and placed into the UHR.<br><br>3. When necessary, as determined by the evaluating clinician in consultation with the IDTT, psychological and neuropsychological testing may be conducted as a part of the diagnostic assessment of all cases not previously identified as having mental health treatment needs (testing is discretionary for inmate-patients currently receiving care who have not previously undergone such testing). When suicidality is an issue, a suicide risk ~~assessment~~ evaluation shall be conducted using the Suicide Risk ~~Assessment Checklist (SRAC)~~. Evaluation (SRE) form.<br><br>4. All assessments shall conclude with a five axis Diagnostic and Statistical Manual clinical diagnosis, be documented on CDCR approved forms, and placed in the inmate's UHR.<br><br>5. Inmates who are identified as a result of the above process as meeting the clinical criteria for MHSDS placement may be referred to a psychiatrist for possible medication needs and other interventions as deemed appropriate (including placement into a MHCB for initiation of involuntary medication). These referrals shall be made on a CDCR 128-MH5, *Mental Health Referral*. |

| | |
|---|---|
| | **Identified Concern:**<br>Text needs to reflect change from SRAC to SRE. |

| | RECOMMENDATION | |
|---|---|---|
| | Policy | Implementation |
| | **Change**        X | **Change**        X |

36

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Administrative Segregation

### F.  CLINICAL EVALUATION

| | No Change | No Change |
|---|---|---|

### SUGGESTED RECOMMENDATION

| | Policy | Implementation |
|---|---|---|
| | Update Program Guide to reflect current language. | Local operating procedures will require updating. |

### ANTICIPATED OUTCOME AND TIME LINE

| | Policy | Implementation |
|---|---|---|
| | Time line: immediate | Local operating procedures are updated during annual review. |

37

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Administrative Segregation**

## H. ENHANCED OUTPATIENT PROGRAM CARE

### PROGRAM GUIDE POLICY

| Ch. 7 12-7-9 | 5. Length of Stay More than 90 days |
|---|---|
| | a.   Inmate-patients housed in ASU for more than 90 days shall be reviewed every 30 days outside of the ICC process, by the Facility Captain and Correctional Counselor II.  The status of each case, with detailed information regarding reasons for delays in the referral, disciplinary, classification, and/or transfer process, shall be compiled and reviewed by the Warden or designee (Chief Deputy Warden, or Associate Warden for Health Care).  The Warden shall ensure that reviewers take action to resolve any issues that impact length of stay in ASU.

b.   Inmate-patients housed in ASU for more than 90 days who postpone a RVR hearing pending referral to the District Attorney, shall be reviewed for alternate housing.   If the time housed in ASU is equivalent to the projected SHU term (if the inmate-patient has been found guilty of the RVR), the inmate-patient shall be released to a general population setting.  The Warden or designee shall contact the District Attorney to discuss expediting pending cases. |

**Identified Concern:**
Data regarding LOS in ASU indicates a high number of inmates stay in ASU beyond 90-days.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change | Change          X |
| No Change       X | No Change |

38

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM Administrative Segregation | | |
|---|---|---|
| **H. ENHANCED OUTPATIENT PROGRAM CARE** | | |
| **SUGGESTED RECOMMENDATION** | | |
| | Policy | Implementation |
| | | CDCR is investigating whether this is an implementation issue and, to that end, DAI is investigating issues that impact length of stay in ASU. |
| **ANTICIPATED OUTCOME AND TIME LINE** | | |
| | Policy | Implementation |
| | | |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Security Housing Unit**

## F. SOURCES OF REFERRAL FOR MENTAL HEALTH SERVICES

### PROGRAM GUIDE POLICY

| Ch. 8 12-8-5 to 12-8-7 | |
|---|---|

1. <u>Current MHSDS treatment cases:</u>  Current MHSDS inmate-patients are identified by checking the SHU placements reported on the Institutional Daily Movement Sheet to ensure the continuity of mental health care including prescribed medications.  Upon an inmate-patient's placement into the SHU, the nursing staff from the originating unit shall transfer the inmate-patient's Medication Administration Record (MAR) to the SHU, consistent with their post orders.

2. <u>Staff referral:</u>  Any staff member who observes possible signs or symptoms of a serious mental disorder may refer an inmate for clinical evaluation by completing a CDCR 128-MH5, *Mental Health Referral Chrono*, and follow the self-referral process below.  Any inmate who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by a PC to assess their potential for suicide and, if appropriate, referred to the MHCB for admission.  On weekends and holidays, follow the self-referral process below.

3. Inmates who receive a CDCR 115, *Rules Violation Report,* for Indecent Exposure or Intentionally Sustained Masturbation Without Exposure shall be referred for all of the following:

   - CDCR 115-MH *Rules Violation Report: Mental Health Assessment;*

   - A mental health assessment shall be completed within 24 hours to rule-out decompensation and/or intoxication.  The referral shall be made by telephone to the local Chief of Mental Health who shall arrange this assessment; and,

   - For inmate-patients included in the MHSDS, to the inmate-patient's PC.

4. <u>Self referral:</u> Inmates in SHU may request a clinical interview to discuss their mental health needs.  These requests are made on a CDCR 7362, *Health Care Services Request.* Mondays through Fridays, the following shall occur:

   a. A health care staff member shall collect the CDCR 7362, *Health Care Services Request,* and staff referral forms, 128-MH5, *Mental Health*

| |
|---|

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Security Housing Unit~~

**F. SOURCES OF REFERRAL FOR MENTAL HEALTH SERVICES**

*Referral Chrono,* each day from the designated areas.

b. Upon receipt of the collected forms, an nursing staff shall initial and date each CDCR Form 7362, *Health Care Services Request,* and/or staff referral forms, 128-MH5, *Mental Health Referral Chrono.*

c. The CDCR Forms 7362, *Health Care Services Request,* and/or mental health staff referrals forms, 128-MH5, *Mental Health Referral Chrono,* shall be delivered to the designated program representative in mental health services for same-day processing.

On weekends and holidays, the following shall occur:

a. The Treatment and Triage Area (TTA) registered nurse (RN) shall review each mental health staff referral form, 128-MH5, *Mental Health Referral Chrono,* and each CDCR 7362, *Health Care Services Request,* for the need for medical, dental, and mental health services, establish priorities on an emergent and non-emergent basis, and refer accordingly.

b. If a mental health clinician is not available, the medical officer of the day (MOD), physician on call or psychiatrist on call shall be contacted.

5. Inmates will be seen by a mental health clinician or on weekends by the physician or psychiatrist on call within the clinically determined time frame.

- Emergent: Emergency cases will be seen immediately or escorted to the TTA

- Urgent: Urgent cases will be seen within 24 hours

- Other: Other cases will be seen within five working days

6. Clinical rounds: A mental health staff member, usually a LPT or at PBSP, a PC, shall conduct rounds weekly unless clinically needed more often in the SHU to attend to the mental health needs of all MHSDS inmates. The LPT shall make rounds of non-MHSDS inmates every other week. If an inmate refuses to talk to the LPTs, the LPT will discuss the inmate's functioning with custody staff. The LPT shall maintain an individual

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM ~~Security Housing Unit~~ |
|---|
| **F. SOURCES OF REFERRAL FOR MENTAL HEALTH SERVICES** |

record of clinical rounds by making a check mark next to the inmate's name on the SHU Inmate Roster each time they are checked. Those inmates who have not been previously identified as having mental health treatment needs but exhibit possible signs and symptoms of a serious mental disorder shall be referred, via CDCR 128-MH5, *Mental Health Referral Chrono*, to a PC for clinical evaluation. Any unusual findings that may require closer observation by custody shall be documented on the 114-A, *Isolation Log*, on the same day of occurrence. The LPT shall document a summary of the status of MHSDS inmate-patients in a weekly progress note in the UHR.

7. All referrals and evaluations shall be documented on approved forms, filed in individual inmate UHR, and entered into the Mental Health Tracking System.

NOTE: When an IDTT determines that an inmate-patient requires treatment of exhibitionism, that inmate-patient's level of care shall be changed to CCCMS (or higher if appropriate), bypassing the standard referral process.

| **Identified Concern:** See changes and explanation in 12-7-5. |
|---|

| | | |
|---|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** <br> **Psychiatric Services Unit** | | |

### F. CLINICAL SERVICES
#### *Intake Assessment*

| | PROGRAM GUIDE POLICY | |
|---|---|---|
| **Ch. 9** <br> 12-9-3 to <br> 12-9-4 | 1. | The Senior Psychologist or designee shall appoint a Primary Clinician (PC) for each inmate-patient admitted to the PSU. The PC shall complete a brief evaluation of the inmate-patient including a review of the inmate-patient's mental health history and an interview in a timeframe clinically determined appropriate but not more than five calendar days after arrival in the PSU. |
| | 2. | All inmate-patients will be evaluated by the IDTT prior to the initial ICC but not later than 14 calendar days after arrival in the PSU. |
| | 3. | A comprehensive mental health clinical assessment shall be done by the PC and other IDTT members prior to the initial IDTT. This assessment shall include at minimum: |
| | a. | Comprehensive review of the central file and unit health record (UHR) of mental health treatment needs, including prior placements and medications. |
| | b. | Current mental status examination, including diagnosis and level of functioning. |
| | c. | Daily observation by mental health and custody staff to assess Activities of Daily Living and social interactions. |
| | d. | Review of medication history and adjustments to current prescriptions (including involuntary medications as necessary) by staff psychiatrist. |
| | e. | Review of disciplinary history and custodial placements by the assigned Correctional Counselor or Lieutenant. |
| | f. | Review specific risk factors for violence toward self and others. This includes a suicide risk assessment if indicated. |
| | **Identified Concern: None** | |

| | |
|---|---|
| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM **Suicide Prevention and Response** | |
| **A. INTRODUCTION** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>**12-10-1**<br>**to**<br>**12-10-2** | It is the goal of the California Department of Corrections and Rehabilitation (CDCR) Suicide Prevention and Response Focused Improvement Team (SPR FIT) to prevent inmate deaths due to suicide. Suicide is defined as an intentional self-injurious behavior that causes or leads to one's own death. CDCR recognizes that prevention of suicide involves a team effort by every employee regardless of professional discipline or job title.<br><br>To accomplish this goal, each institution shall implement CDCR Division of Correctional Health Care Services (DCHCS) policies, described herein, regarding suicide prevention and response, via written operating procedures. The purpose of the policies is to:<br><br>• Establish standards of intervention and care<br><br>• Establish ongoing education and training for clinical, custodial, and administrative staff.<br><br>• Provide instructions and guidance for establishment and maintenance of the SPR FIT.<br><br>• Review suicide deaths regarding systems issues, clinical care issues, and custody response.<br><br>• Ensure that quality improvement (also known as corrective action) plans are drafted and implemented, when indicated, to reduce the incidence of preventable suicides, improve the delivery of quality care, improve the involvement of non-healthcare staff, and contribute to the ongoing education and training.<br><br>This chapter of the Mental Health Services Delivery System (MHSDS) Program Guide is divided into the following subsections:<br><br>**B. Suicide Prevention and Response Project**<br><br>**C. Training for Staff**<br><br>**D. Clinical Care Services**<br><br>    1. Suicide Risk ~~Assessment~~ Evaluation |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
|---|
| Suicide Prevention and Response |

### A. INTRODUCTION

2. Interventions for Suicidal Ideation and Threats, Self-Injurious Behaviors and Suicide Attempts

   a. Procedures for Suicide Precautions

   b. Procedures for Suicide Watch

   c. Response to Self-Injurious Behaviors and Suicide Attempts

**E. Suicide Reporting**

**F. Suicide Death Review**

**G. Mental Health Evaluation Component for a Rules Violation Report**

**Identified Concern:**
Change Suicide Risk Assessment Checklist to Suicide Risk Evaluation

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change          X | Change          X |
| No Change | No Change |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| Update Program Guide to reflect current language. | Local operating procedures will require updating. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| Time line: immediate | Local operating procedures are updated during annual review. |

| | |
|---|---|
| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Suicide Prevention and Response** |
| | **B. SUICIDE PREVENTION AND RESPONSE PROJECT** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 10**<br>12-10-2<br>to<br>12-10-4 | *Policy*<br><br>CDCR DCHCS<br><br>The CDCR DCHCS Quality Management Committee (QMC) shall maintain a DCHCS Mental Health Program (MHP) Subcommittee that provides oversight to and coordination of the statewide mental health program to achieve statewide strategic objectives. The DCHCS MHP Subcommittee shall plan, develop, manage and improve timely access to and effectiveness of clinical services related to the mental health program. The DCHCS MHP Subcommittee shall also cooperate with, and respond in a timely manner to, any requests from the DCHCS Emergency Response & Death Review (ERDR) Subcommittee following a suicide.<br><br>The DCHCS MHP Subcommittee shall establish and maintain a statewide SPR FIT. The DCHCS MHP Subcommittee shall appoint a DCHCS SPR FIT Coordinator. The Coordinator shall be a licensed physician, psychologist, social worker, nurse practitioner, or registered nurse (RN).<br><br>Local Institutions<br><br>Each Local QMC shall maintain a Local MHP Subcommittee that provides oversight to and coordination of the local mental health program to achieve statewide strategic objectives. Each Local MHP Subcommittee shall plan, develop, manage and improve timely access to and effectiveness of clinical services related to the mental health program. Each Local MHP Subcommittee shall also cooperate with, and respond in a timely manner to, any requests from the Local ERDR Subcommittee following a suicide.<br><br>Each Local MHP Subcommittee shall establish and maintain a Local SPR FIT. Each Local MHP Subcommittee shall appoint a Local SPR FIT Coordinator. The Coordinator shall be a licensed physician, psychologist, social worker, <u>or member of nursing staff.</u> ~~nurse practitioner, or RN.~~<br>*Purpose*<br><br>The DCHCS SPR FIT and each Local SPR FIT shall provide employees with training and guidance with regard to suicide prevention, response, reporting, and review for the purpose of reducing the risk of inmate suicides. |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

## B. SUICIDE PREVENTION AND RESPONSE PROJECT

*Procedure*

1. **Reporting Relationships**

   The DCHCS SPR FIT shall:

   - Send a management report, at least once a month, to the DCHCS MHP Subcommittee.
   - Receive formal communication, at least once a month, from the DCHCS MHP Subcommittee.

   Each local SPR FIT shall:

   - Send a management report, at least once a month, to the local MHP Subcommittee.
   - Receive formal communication, at least once a month, from the local MHP Subcommittee.

2. **Responsibilities**

   a. **The DCHCS SPR FIT shall:**

      1). Provide oversight and guidance for each Local SPR FIT regarding time sensitive due dates.

      2). Monitor implementation and compliance with all CDCR policies and procedures relating to suicide prevention and response.

      3). Provide for the planning, development, and implementation of statewide training, in collaboration with the DCHCS Training Department, regarding the issue of suicide prevention and response.

      4). Monitor and track all suicides statewide.

      5). Provide for the selection and dispatch of a mental health suicide reviewer (MHSR) after a suicide occurs.

      6). Provide oversight, assistance, coordination, and supervision of MHSR activities and reports.

      7). Track and analyze demographic and clinical information received from the DCHCS ERDR Subcommittee for improving suicide prevention and response processes.

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Suicide Prevention and Response~~

## B. SUICIDE PREVENTION AND RESPONSE PROJECT

b. **Each Local SPR FIT shall:**

1). Ensure implementation and compliance with all CDCR policies and procedures, relating to suicide prevention and response, at their institution.

2). Be responsible for updating local operating procedures (LOP) to ensure consistency with DCHCS policies regarding suicide prevention and response. The institution's Suicide Prevention and Response LOP shall be updated at least annually and sent to the DCHCS through the standard Quality Management process for review and approval.

3). Implement training, in collaboration with the local In-Service Training (IST) unit, regarding the issue of suicide prevention and response.

4). Review Suicide Watch and precaution procedures, including use of video cameras (used as a supplement to direct visual observation), to ensure they are being carried out consistent with operating procedures.

5). Work with the Local ERDR Subcommittee to review all suicides and those suicide attempts, in which Cardiopulmonary Resuscitation (CPR) and/or other medical procedures were performed, as well as custody cell entry and cut-down procedures.

6). Monitor and track all ~~suicide gestures,~~ suicide attempts, self-mutilations, and suspected suicide deaths. Monitoring and tracking of suicide attempts should include a review of the appropriateness of treatment plans and five-day follow-ups.

7). Review and track all 5-day clinical follow-up treatment plans and custody wellness check procedures. The Mental Health Tracking System (MHTS) shall be used to track all clinical five-day follow-ups.

8). Ensure all required documentation for suicide death reporting is forwarded to DCHCS in adherence with time-sensitive due dates.

9). Provide assistance for the activities of the visiting MHSR.

10). Provide oversight for the implementation of DCHCS-issued quality improvement plans (QIP) with input and assistance from the Local