# EXHIBIT A (CONTINUED)

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
|---|
| Suicide Prevention and Response |

## B. SUICIDE PREVENTION AND RESPONSE PROJECT

MHP and Local ERDR Subcommittees.

**Identified Concerns:**
1) A need for improved communication between HQ and institutions regarding implementation of policies and suicide prevention strategies. SPR FITs at local level vary widely in implementation of these policies.

2) Language change from nurse practitioner, or RN to "or member of nursing staff" is more inclusive of all nursing staff.

3) Lack of clarity on which deaths the SPR FIT committee shall monitor and track.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change          X | Change   X |
| No Change | No Change |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| Update Program Guide to reflect language change. | DCHCS SPR FIT shall initiate quarterly meetings of institutional SPR FIT Coordinators to improve communication between HQ and institutions and standardize suicide reduction strategies. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| Time line: immediate | Meetings began in February 2010 and continue on a quarterly basis.

Anticipated outcomes: clarification of local SPR FIT responsibilities, improved compliance with suicide policies and procedures, and enhanced functioning of local SPR FITs. |

| | |
|---|---|
| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Suicide Prevention and Response** | |
| **B. SUICIDE PREVENTION AND RESPONSE PROJECT**<br>CDCR DCHCS | |
| **PROGRAM GUIDE POLICY** | |

| **Ch. 10**<br>12-10-5<br>to<br>12-10-6 | **3. SPR FIT Membership** |
|---|---|
| | DCHCS shall include:<br>• SPR FIT Coordinator (Chairperson)<br>• Chief Psychiatrist (or designee)<br>• Chief Psychologist (or designee)<br>• Nurse Consultant<br>• Designated Facility Captain | Local shall include:<br>• SPR FIT Coordinator (Chairperson)<br>• Chief Psychiatrist*<br>• Chief Psychologist*<br><br>• Supervising RN<br>• Sr. Licensed Psychiatric Technician (LPT) or LPT (preferably from Administrative Segregated Unit (ASU)<br>• Correctional Health Services Administrator<br>• DMH Coordinator<br>• Custody Representatives:<br>Associate Warden for Health Care or designee<br>ASU Captain or designee |
| | DCHCS may also include, but is not<br>limited to:<br>• Senior Psychiatrist<br>• Senior Psychologist<br>• Administrative/Clerical Support<br><br>• Analyst Support | Local may also include, but is not<br>limited to:<br>• Senior Psychiatrist<br>• Senior Psychologists<br>• Staff Psychiatrist: Mental Health Crisis Bed (MHCB)/Outpatient Housing Unit (OHU)<br>• Staff Psychologist: MHCB/OHU<br>• Standards and Compliance Coordinator |

Note: the above cell with three header columns ("Ch. 10...", "3. SPR FIT Membership", and the two-column membership lists) is a simplified rendering.

50

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

**B.  SUICIDE PREVENTION AND RESPONSE PROJECT**
CDCR DCHCS

- Litigation Coordinator
- Facility Captain
- ASU Lieutenant/Sergeant
- Reception Center Lieutenant/Sergeant
- Classification and Parole Representative (or designee)
- In Service Training Lieutenant
- Administrative/Clerical Support

b. ~~Keyhea Coordinator~~

*Senior Psychiatrist/Senior Psychologist attendance shall meet quorum requirement in institutions without Chief Psychiatrist/Chief Psychologist positions.

**4.  Frequency of Meetings**

The DCHCS SPR FIT shall meet at least, but is not limited to, once a month.

Each Local SPR FIT shall meet at least, but is not limited to, once a month.

**5.  Attendance Requirements**

A quorum consists of the majority of the ~~above listed~~ mandatory members.

**6.  Management Reports**

The DCHCS SPR FIT shall submit a complete, standardized management report to the DCHCS MHP Subcommittee by the 5th day of each month.

Each Local SPR FIT shall submit a complete, standardized management report to the Local MHP Subcommittee by the 5th day of each month.

**Identified Concerns:**

During reviews of CDCR suicides, collaboration between mental health, medical, and custody staff members has not been adequate.  Local SPR FIT membership

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Suicide Prevention and Response~~

**B. SUICIDE PREVENTION AND RESPONSE PROJECT**
CDCR DCHCS

does not include a mandatory custody representative.

- A quorum of ALL of the mandatory members of SPR FIT is unrealistic.

| RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| **Change**    **X** | **Change**   **X** |
| **No Change** | **No Change** |

| SUGGESTED RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Suggested additions to local SPR FIT mandatory membership: Associate Warden for Health Care, or designee, and Administrative Segregation Unit Captain, or designee. An ASU representative is needed because a statistically higher proportion of suicides occur in ASU.<br><br>Suggested change to quorum requirement: a quorum consists of a majority of mandatory members. | Local operating procedures will require updating. |

| ANTICIPATED OUTCOME AND TIME LINE | |
|---|---|
| Policy | Implementation |
| Time line: Immediate policy language change.<br><br>Ongoing work group discussion with custody is needed to facilitate this change.<br><br>Outcome: The attendance of a custody staff member at local SPR FIT meetings will increase communication between disciplines. | Local operating procedures are updated during annual review. |

| **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM** |
|:---:|
| **Suicide Prevention and Response** |

| **C.  TRAINING FOR STAFF** |
|:---:|

| **PROGRAM GUIDE POLICY** |
|:---:|

| Ch. 10 12-10-6 to 12-10-7 | *Definitions* |
|---|---|

| Suicidal ideation: | Thoughts of suicide or death, which can be specific or vague, and can include active thoughts of committing suicide or the passive desire to be dead. |
|---|---|
| Suicidal intent: | The intention to deliberately end one's own life. |
| Self-injurious behavior: | A behavior that causes, or is likely to cause, physical self-injury. |
| Self-mutilation: | An intentional self-injurious behavior without suicidal intent.  The purpose of the behavior may be to gain attention, relieve stress, or experience pain. Self-mutilation can result in serious injury or accidental death. |
| Suicide gesture: | ~~An intentional self-injurious behavior, accompanied by suicidal ideation and/or intent, which is unlikely to cause death.  The purpose of the behavior may be to gain attention and/or experiment with the possibility of suicide. Suicide gestures may indicate increased suicide risk.~~ |
| Suicide attempt: | An intentional self-injurious behavior, which is apparently designed to deliberately end one's life, and may require medical and/or custody intervention to reduce the likelihood of death or serious injury. |
| Suicide: | An intentional self-injurious behavior that causes or leads to one's own death. |

All CDCR health care and custodial employees at the local institutions shall attend updated training on suicide prevention and response at least once annually.  Suicide

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
~~Suicide Prevention and Response~~

### C. TRAINING FOR STAFF

Prevention and Response training shall be part of the new employee orientation provided by mental health staff in collaboration with the IST unit at each local institution. New correctional officers shall receive this training at the Basic Correctional Officer Academy.

Clinical and custody staff shall receive specialized training with respect to their particular roles in responding to self-injurious behaviors, suicide attempts, and suicides.

The suicide prevention and response training shall include the following elements:

- Suicide risk ~~assessment evaluation~~ awareness
- Suicide methods awareness
- Interventions for suicidal ideation, threats, ~~gestures,~~ and attempts
- Suicide reporting and reviews
- Mental health evaluations for rules violation reports

~~Clinical and custody staff shall receive specialized training with respect to their particular roles in responding to self-injurious behaviors, suicide attempts, and suicides.~~

**Identified Concerns:**

1) Clear and concise definitions of behavior are important for clinical documentation. The term "suicide gesture" is ambiguous and in practice is often used to denote behavior that is not a "genuine" suicide attempt. This can create confusion for clinicians and ignores the fact that suicidal behavior is often characterized by mixed motives and considerable ambivalence about life and death. The term "suicide gesture" should be omitted from the list of definitions.

2) Language in this section requires a shift in focus to clarify the roles of specific disciplines regarding suicide risk awareness (clinical and custody).

### RECOMMENDATION

| Policy | Implementation |
|--------|----------------|
|        |                |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

| C.  TRAINING FOR STAFF | | |
|---|---|---|
| Change            X | Change          X | |
| No Change | No Change | |
| SUGGESTED RECOMMENDATION | | |
| | Policy | Implementation |
| | The term "suicide gesture" should be omitted from the list of definitions.<br><br>The term "assessment" should be changed to "awareness" to clarify general expectations regarding suicide awareness. | Local operating procedures will require updating. |
| ANTICIPATED OUTCOME AND TIME LINE | | |
| | Policy | Implementation |
| | Time line: Immediate change in Program Guide language. | Local operating procedures are updated during annual review. |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Suicide Prevention and Response

### D. CLINICAL CARE SERVICES

### PROGRAM GUIDE POLICY

| Ch. 10 12-10-7 | This subsection addresses the various clinical care services for inmates regarding suicide prevention and response. Included are the assessment of risk for suicide, the utilization of a form for documenting the risk factors, and clinical interventions such as procedures for Suicide Precaution and Suicide Watch, and responses to suicide attempts and to suicide.

Education regarding the methods utilized by inmates when attempting suicide shall be taught as part of the suicide prevention and response training.

Employee strategies for maintaining a safe environment, and for ensuring that other policies and procedures relative to suicide prevention and response, such as regarding medication distribution and inmate-patient compliance, are detailed in the relevant chapters and sections of the complete Inmate Medical Services Program Policies & Procedures.

**Any CDCR employee who becomes aware of an inmate's current suicidal ideation, threats, ~~gestures,~~ self-injurious behaviors or suicide attempts shall immediately notify a member of the health care staff. The inmate shall be placed under <u>continuous</u> direct <u>visual</u> observation, per local custody operating procedure, until a clinician trained to perform a suicide risk ~~assessment~~ <u>evaluation</u> (psychiatrist, psychologist, clinical social worker<u>, or psychiatric nurse practitioner</u> ~~primary care physician, nurse practitioner, or RN)~~ <u>as directed by CDCR and specified on pages 12-10-7 to 12-10-11,</u> conducts a face-to-face evaluation.** |

| | **Identified Concerns:**
1) The CDCR Mental Health Program does not require training of health care staff in full suicide risk evaluations (including judgment or risk and treatment planning). Training of non-psychiatric physicians should be limited to screening for referral to mental health services and general warning signs of increased risk of suicidal behavior. Health care staff should also be trained in appropriate referrals, warning signs of increased suicide risk, and additionally how to use the Suicide Risk Evaluation form to record data gathered for communication of suicide risk information to mental health providers.
2) Need to clarify the terms "direct observation." |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Suicide Prevention and Response

### D. CLINICAL CARE SERVICES

| RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Change     X | Change     X |
| No Change | No Change |

| SUGGESTED RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| The policy shall be revised to clarify the suicide prevention training appropriate mental health and health care staff | Ongoing collaboration with health care staff is necessary to develop scope of responsibilities for health care staff regarding their roles in the suicide evaluation process. |
| The language was changed to define the terms "direct observation" as "continuous direct visual observation." | Clinicians required to complete full suicide risk evaluations shall receive appropriate training. |
| Psychiatric nurse practitioner was added as a clinician that could be trained to administer a SRE. | |

| ANTICIPATED OUTCOME AND TIME LINE | |
|---|---|
| Policy | Implementation |
| Time line for training of health care staff will be determined upon consultation with health care staff.

Training for mental health professionals is currently provided during IST training, in specialized trainings provided by mental health staff at institutions, and in the monthly Suicide Videoconference. Clinicians shall be qualified to perform suicide risk evaluations only after completing the training and proctoring. | Time line to be determined upon consultation with health care staff.

Health care staff shall receive training in suicide awareness and prevention that is specific to their roles in the CDCR's suicide prevention program and appropriate to their scope of practice. |

57

| | |
|---|---|
| | ~~SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM~~<br>**Suicide Prevention and Response** |
| | **D.  CLINICAL CARE SERVICES** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 10**<br>12-10-7<br>to<br>12-10-11 | **1.  Suicide Risk ~~Assessment~~Evaluation**<br><br>All inmates are observed for suicide risk. Evaluation of suicide~~Suicide~~ risk ~~assessment assessment~~is a critical ~~to successful suicide prevention~~aspect of the treatment of suicidal behavior. Inmate-patients enrolled in the MHSDS shall be regularly monitored for risk of suicide as clinically appropriate.  When an inmate expresses current suicidal ideation, or makes threats or attempts, a suicide risk ~~assessment~~ evaluation shall be ~~made~~ completed by collecting risk and protective ~~analyzing, and documenting~~ data, making and justifying a level of risk, and making treatment recommendations.  Documentation of this process is achieved by utilizing the ~~CDCR~~CDCR's current ~~standardized~~ Suicide Risk ~~Assessment  Checklist~~Checklist Evaluation (SRE) ~~(SRE)~~ form ~~(SRAC) and by clinician notation in the Unit Health Record (UHR).~~. When an inmate expresses chronic suicidal ideation without intent or plan, the clinician may document that no change in suicide risk has occurred since completion of the prior ~~SRAC~~SRE form, instead of completing a new form~~SRAC~~.<br><br>~~These~~The following mental health **clinicians shall be trained to perform a suicide risk ~~assessment~~ evaluation and complete the ~~SRAC~~SRE form~~AC~~:**<br><br>• Psychiatrists<br>• Licensed Clinical Social Workers<br>• Licensed Clinical Psychologists<br>  Psychiatric Nurse Practitioner<br>~~psychiatrists~~          ~~primary care physicians~~<br>~~psychologists~~          ~~nurse practitioners~~<br>~~clinical social workers~~          ~~RNs~~<br><br>~~This shall occur during the specialized training provided for clinical staff who are receiving either the new employee orientation or completing the required annual training module, or when determined necessary by supervisory and/or management staff.~~Standardized suicide risk evaluation training shall be provided to mental health staff at each institution.  This training shall be as directed by CDCR.  Clinicians shall be qualified to perform suicide risk evaluations only after completing the training and proctoring.<br><br>When a primary clinician is scheduled to be available on-site, he or she shall be |

# SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
## ~~Suicide Prevention and Response~~

## D.  CLINICAL CARE SERVICES

responsible for completing ~~a SRAC.~~a SRE.~~an inmate patient's SRAC~~~~suicide risk evaluation.~~ When a mental health clinician is not available, ~~any other staff member who has been trained by CDCR in suicide risk assessment may complete the SRAC~~inmate patients shall be maintained in continuous and direct visual observation until evaluated by a qualified mental health clinician.

Health care staff will obtain appropriate patient data in order to provide mental health clinicians information with which to facilitate further evaluation of a potentially suicidal inmate patient. ~~A RN completing the SRAC shall collect data related to suicide risk and protective factors and refer the patient and data collected to a mental health clinician for further evaluation to determine level of risk.~~

~~At a minimum, A~~An ~~written~~ suicide risk ~~assessment~~ evaluation using a ~~SRAC~~SRE form~~AC~~ shall be completed by a qualified mental health clinician.  A qualified mental health clinician is a psychiatrist, psychologist, Clinical Social Worker, or psychiatric nurse practitioner who has been trained as directed by CDCR in assessing suicide risk in a prison setting and has received the requisite proctoring on the administration of the SRE.  The SRE should be used:

- Every time an inmate has an initial face-to-face evaluation for suicidal ideation, ~~gestures,~~threats, or attempts~~, by a clinician trained to complete the SRAC.~~.
- By the referring clinician prior to placement of an inmate-patient into an OHU for continued suicide risk assessment or into a MHCB for suicidal ideation, threats, or attempt.
- By the clinician providing coverage on weekends, holidays, and after hours~~. After hours, on weekends and holidays, on call clinicians shall conduct a face-to-face assessment of suicide risk~~ prior to releasing an inmate to any housing without suicide watch or precaution.
- When the referring clinician has not completed a SRE, the clinician providing coverage on weekends, holidays, or after hours shall complete the SRE by the next day for those ~~After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician providing coverage, by the next day, for those~~ inmate-patients placed into

59

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Suicide Prevention and Response~~

## D.  CLINICAL CARE SERVICES

an OHU or MHCB.

- By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.

- Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every 90 days for a twelve month period. ~~by a qualified mental health clinician.~~

- Within 72 hours of return from a Department of Mental Health (DMH) facility, or within 24 hours if clinically indicated based on new arrival screening.

- Any time the medical and mental health screening of a new arrival to an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts.

- Pursuant to Department Operating Manual (DOM), Article 41, Prison Rape Elimination Act Policy, for victims of sexual assault, within four hours after the required sexual assault forensic examination.

~~The clinician shall use the SRAC when documenting a suicide risk assessment, in addition to making a notation in the UHR. At a minimum, the following categories shall be used to assess potential risk:~~

~~K. Static Risk Factors (unchanging, historical):~~
~~L.~~
~~Ethnicity~~
~~History of lewd and lascivious acts with a child and/or killed a child~~
~~History of violence~~
~~History of substance abuse~~
~~Suicide ideation and/or threats in past (when and method)~~
~~Previous suicide attempts (when and method)~~
~~Family history of suicide~~
~~History of mental illness with Axis I diagnosis~~
~~High profile case~~

~~commitmentoffense~~
~~M. Slowly Changing Risk Factors (long-term risk factors):~~

- ~~First prison term~~

# SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
## Suicide Prevention and Response

## D.   CLINICAL CARE SERVICES

- Long or life sentence; three strikes
- History of poor impulse control and/or poor coping skills
- Early in prison term
- Known new court proceedings and/or disciplinary actions
- Current term in ASU, Security Housing Unit, or Psychiatric Services Unit
- Level IV custody score
- Chronic, serious or terminal illness
- 
- Dynamic Risk Factors (short-term risk factors that require ongoing assessment):
- 

- Recent suicidal ideation—acute or chronic
- Recent release from psychiatric hospital
- Sudden calm following ideation or attempt
- Anxious and/or agitated and/or fearful
- Disturbance of mood (depression or mania)
- Unstable or labile affect
- Current insomnia and/or poor appetite
- Lack of perceived support system
- Hopelessness and/or helplessness
- Feelings of guilt and/or worthlessness

- Recent rejection and/or loss
- Single-cell placement
- Significant current impulsivity
- Recent suicide attempt or self-injury
- Well-planned, highly lethal, attempt or ideation
- Hoarding and/or checking medication
- Poor compliance with treatment and/or medication
- Recent trauma and/or threat to self-esteem
- Recently assaultive or violent
- Pre-death behavior: note;

61

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| :---: |
| ~~Suicide Prevention and Response~~ |

## D. CLINICAL CARE SERVICES

- ~~Fearful for safety~~

- ~~Anniversary of important loss~~

~~,Administrative Segregation~~
~~N. Protective Factors:~~

- ~~Family support~~

- ~~Children at home~~
- ~~Religious support~~
- ~~Spousal support~~
- ~~Supportive friends~~
- ~~Helping others~~

- ~~gives things away~~
- ~~Disclosure of adverse court hearings~~
- ~~—~~

- ~~Adequate insight~~

- ~~Realistic life plan~~
- ~~Exercises regularly~~
- ~~Group activities~~
- ~~Job assignment~~
- ~~Other noted protective factors~~

~~questions on the Suicide Risk Evaluation form~~
Clinicians shall utilize their best clinical judgment ~~and make a summary judgment~~ ~~of the~~regarding ~~relative~~ risk for suicide ~~via an appropriate descriptor, such as "No~~ ~~apparent significant risk, Low Risk, Moderate Risk, High Risk, or Conditional Risk"~~ based on ~~a combination of the above factors,~~ an interview of the inmate (and collateral informants if possible), a review of available records, and all other relevant information available to them. They should not rely solely on an inmate's self-report. Peer consultation is strongly encouraged, especially when the information collected ~~for making a suicide risk assessment~~ is ambiguous and/or incomplete. ~~The clinician shall then make a recommendation regarding the~~ ~~appropriate level of care required. — They~~Clinicians shall document ~~their~~ ~~summary~~risk levels, their rationale, and a treatment plan appropriate to the level of risk and risk factors present~~, recommendations, and plan on the SRAC and with~~ ~~appropriate notation in UHR.~~ Treatment recommendations should be as specific as possible, leaving as little room as possible for misinterpretation or confusion. ~~A~~ ~~brief rationale for each recommendation shall be provided.~~ They shall also address how the treatment plan will be implemented and any required follow-up procedures.

**Identified Concerns:**
1) Current policy in this section needs to reflect current thinking and opinion in the field of suicide risk evaluation. This is reflected in the re-design of the form used to document suicide risk evaluations. Policy language needs to be updated to mirror these changes in the evaluation process.

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

2) Use of the SRE form by health care staff does not adequately facilitate collection of inmate-patient data that will be communicated to mental health clinicians for suicide evaluations.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| **Change**        X | **Change**        X |
| **No Change** | **No Change** |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| Language in this section will be changed to reflect only those clinicians qualified to provide suicide risk evaluations. Additionally the language will be changed to reflect the new evaluation process and content, including the new organization of risk and protective factors. | Engage in ongoing collaboration with health care staff to develop training commensurate with the role of health care staff in the evaluation of suicide risk.<br><br>The specific type of data to be collected will be determined by polling mental health clinicians and health care staff in the institutions so that information collected by health care staff more accurately describes the inmate-patient's condition. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| New language in the Program Guide is updated and the new Suicide Risk Evaluation form has been implemented as of April 1, 2010. | Time line for development of training will be determined during ongoing collaboration with health care staff.<br><br>Projected outcome: Clarification of health care staff responsibilities in the evaluation of suicide risk. |

63

| | SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM<br>Suicide Prevention and Response |
|---|---|
| | **D.   CLINICAL CARE SERVICES** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 10**<br>12-10-11<br>to<br>12-10-12 | Peer Consultation<br><br>Peer consultation can be one of the most important clinical and legal safeguards a practitioner has at his or her disposal, especially when dealing with ambiguous cases.<br><br>Sources of peer consultation include, but are not limited to:<br>• Other clinical members of an IDTT<br><br>• Other colleagues working at the institution<br><br>• Clinical supervisors<br><br>When evaluating for suicide risk, peer consultation is not always necessary. However, in those cases where there is clinical uncertainty about ambiguous issues, it can be of benefit for validating or challenging ideas and assumptions. Another clinician's opinion may also uncover important additional information.  Peer consultation does not absolve a clinician of responsibility for any decision that he or she ultimately makes, nor does it require the clinician to change his or her initial opinion.  It is to the clinician's advantage to consult with peers.  It demonstrates that the clinician cared enough about the case to seek another opinion and that he or she utilized prudent and reasonable judgment.<br><br>Suicide History Tracking<br><br>In order to ensure quality and continuity of care for high-risk mental health inmate-patients, all institutions shall track the suicidal history of inmate-patients using MHTS. |
| | **Identified Concern:**<br>An increase in the practice of consulting experienced peers when evaluating an inmate for suicide risk may be an important factor in the reduction of suicides. Suicide case reviews have shown that this practice is not always used where there is clinical uncertainty regarding an inmate's status. |
| | **RECOMMENDATION** |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

| | Policy | Implementation |
|---|---|---|
| | Change | Change      **X** |
| | No Change      **X** | No Change |

**SUGGESTED RECOMMENDATION**

| | Policy | Implementation |
|---|---|---|
| | | In an effort to encourage peer consultation, institutions should develop strategies to manage high risk inmate-patients and/or perform Self-Harm Reviews |
| | | Local SPR FITs assign all mental health clinicians on a rotating basis to perform Self Harm Reviews (both basic and comprehensive) of suicide attempts. |

**ANTICIPATED OUTCOME AND TIME LINE**

| | Policy | Implementation |
|---|---|---|
| | | Two levels of Self Harm Reviews include a basic review and a comprehensive review. The Basic Self Harm Review (B-SHAR) requires approximately 3 hours of time to complete within 14 days |
| | | The Comprehensive Self Harm Review (C-SHAR) requires approximately 15 hours of time to complete within 60 days |
| | | Outcome: Self Harm Reviews can provide an avenue for clinicians to address clinical uncertainty in a peer-review format. It is anticipated that the reviews will provide ongoing education regarding the treatment of high-risk inmates and identify systemic factors that may be contributing to suicide risk. |

| | | |
|---|---|---|
| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Suicide Prevention and Response** | |
| | **D.  CLINICAL CARE SERVICES** | |
| | **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>**12-10-12**<br>**to**<br>**12-10-14** | **1.  Interventions for Suicidal Ideation, Threats, and Attempts**<br><br>Any CDCR employee who becomes aware of inmate suicidal ideation, threats, or attempt shall immediately notify a member of the health care staff.  The inmate shall be placed under direct observation, per local custody operating procedure, until a clinician trained to perform a suicide risk assessment (psychiatrist, psychologist, clinical social worker, or psychiatric nurse practitioner primary-care physician, nurse practitioner, or RN) conducts a face-to-face evaluation.<br><br>Recommendation for placement or admission<br><br>Health care staff who assesses a patient as a significant suicide risk shall initiate procedures to admit the patient into a MHCB.<br><br>A physician, licensed psychologist, or nurse practitioner may place an inmate-patient into an OHU for continued suicide risk assessment.  Custody staff shall inspect the cell to ensure that there are no known or obvious safety hazards present. When an inmate-patient in the OHU is determined to require MHCB level of care, including Suicide Precaution and/or Watch, he or she shall be recommended for admission to that higher level of care.  The established timeframe for MHCB transfers is 24 hours from the time a physician or licensed psychologist determines the need for a MHCB.<br><br>When an inmate-patient verbalizes suicidal ideation without other signs and symptoms of increased risk of suicide, the mental health clinician is responsible for evaluating any contributing environmental stressors and communicating with custody staff and supervisors regarding any potentially solvable custody issues.<br><br>Pending transfer out of the OHU direct observation by clinical and/or custody staff shall be provided, consistent with requirements for Suicide Precaution or Watch, until the inmate-patient is transferred.<br><br>If there is a difference of opinion, between the clinician who makes the recommendation and the receiving/admitting clinician, regarding admission into a MHCB or placement into an OHU, then | |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| Suicide Prevention and Response |
| **D. CLINICAL CARE SERVICES** |

a.    A third opinion and final decision shall be obtained by consultation with a Chief or Senior Psychiatrist, a Chief or Senior Psychologist.

b.    When a Chief or Senior Psychiatrist, or a Chief or Senior Psychologist is not available, the third opinion and final decision shall be obtained from Chief Medical Officer or Chief Physician and Surgeon.

c.    The default shall be to place the inmate into the MHCB or OHU in the event that there is not a Chief, Senior, or Chief Medical Officer (CMO) available to supply the third opinion and final decision.

Required Documentation

The clinician who recommends an inmate for placement into an OHU for continued suicide risk assessment or into a MHCB for active suicidal ideation, or suicide threats or attempts, shall provide to the accepting clinician both a completed SRE formAC, the patient's medication administration record, and a written transfer summary that contains:

- Date and time of referral
- Identifying information: inmate name, CDCR number, date of birth, age, and race
- Current level of care and housing location
- Current diagnosis: all five Diagnostic and Statistical Manual (DSM) axes
- Reason for referral: suicidal ideation and/or threat and/or attempt
- History of present illness
- Mental status examination
- Brief psychiatric history including previous OHU, MHCB, or DMH placements
- History of previous suicidal ideation, threats, and/or attempts
- Treatment recommendations
- Contact information for the referring clinician

After hours and on weekends and holidays, the clinician providing coverage

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

## D. CLINICAL CARE SERVICES

shall complete the required documentation by the next day.

Health Care Cost and Utilization Program

As an integral part of the DCHCS, the Health Care Cost and Utilization Program provides timely and accurate information, and analysis of health care service delivery data to assist in the provision of cost effective, quality health care. To facilitate this effort, the clinician who admits an inmate-patient to a MHCB shall utilize the most current edition of the ~~record two codes~~ Diagnostic and Statistical Manual of Mental Disorders and record the codes for the diagnoseis on the CDCR 7388, *Mental Health Treatment Plan*. ~~One code shall be from the most current edition of the Diagnostic and Statistical Manual of Mental Disorders and the other shall to be from the most current edition of the World Health Organization's International Classification of Diseases Code.~~

Additional Treatment Options

In addition to inpatient care, the clinician may recommend another type of treatment such as daily or weekly contact by a mental health clinician, intensive individual psychotherapy, resolution of a stressful environmental issue or interpersonal conflict, or other clinically appropriate intervention. Other interventions may be considered such as notifying a correctional counselor of the inmate-patient's desire or need to contact a family member. Alternative interventions, such as a housing change, may be considered in consultation with custody staff. Clinical and custody staff shall work together to develop an intervention to address the inmate's concerns and reduce the risk of suicide.

Physical Restraints and Seclusion

Physical restraints or placement in seclusion may be utilized to protect an inmate-patient from imminent self-harm, if clinically indicated, and other treatment measures are ineffective. A staff member shall be assigned to provide one-on-one direct visual observation of all inmate-patients in physical restraints. Refer to MHSDS Program Guide, Chapter 5, *Mental Health Crisis Bed*, for complete descriptions of procedures. In accordance with Health and Safety Code 1180, a clinical and quality review shall be conducted for each episode of the use of seclusion or restraints.

Inmate and Cell Search

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

Before placing an inmate-patient in a room for Suicide Precaution or watch, a custody officer shall conduct a complete body search.

Call-light cords, nightstands, bed frames, and sheets shall be removed, by order of a clinician, from the room unless the inmate is in physical restraints. Only a safety (no-tear) mattress, a safety (no-tear) blanket, and a safety (no-tear) smock/gown shall be provided and placed directly on the floor.

Additional inmate-patient clothing and furnishing items, while on Suicide Watch or Precaution, shall be allowable by a clinician's order.

Custody staff shall conduct a complete cell search before placing an inmate in a cell.

**Identified Concerns:**
1) Change in language described in Chapter 10, pages 12-10-7 to 12-10-11.
2) Change to reflect elimination of need for ICD coding and utilization only of DSM coding.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| Change          X | Change          X |
| No Change | No Change |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| Update Program Guide to reflect current language. | Local operating procedures will require updating. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| Time line: immediate | Local operating procedures are updated during annual review. |

| | |
|---|---|
| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Suicide Prevention and Response** |
| | **D.  CLINICAL CARE SERVICES** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 10**<br>12-10-15<br>to<br>12-10-16 | Suicide Precaution and Suicide Watch<br><br>When clinically indicated, an inmate with active suicidal ideation, threats, or attempt shall be placed in an MHCB on Suicide Precaution or Suicide Watch. These are methods used to provide a safe environment and prevent the inmate from harming him or herself or others.  Suicide Watch and Suicide Precaution procedures shall be a joint responsibility of custody and health care staff.  A close working relationship shall be maintained between custody and health care staff to ensure the safety and security of the inmate.<br><br>The preferred location to place an inmate on Suicide Precaution or Watch status is in the MHCB, or in the OHU pending transfer to MHCB.  The use of Suicide Precaution or Suicide Watch in any non-medical location shall be a temporary, short-term approach until an inmate can be moved to an OHU or MHCB, and shall require constant direct visual observation.<br><br>A psychiatrist, licensed psychologist, physician, or nurse practitioner shall review, modify, and/or renew the order for Suicide Precaution and/or Watch at a minimum of every 24 hours with input from at least one other member of the IDTT, such as the RN on duty.<br><br>Inmate-patients that are placed in an OHU for continued assessment of suicide risk, or in an MHCB for active suicidal ideation, threats, or attempt, shall have a note regarding progress toward the treatment plan goals and objectives recorded *daily* by a treating clinician in the Interdisciplinary Progress Notes section of the UHR.<br><br>a.  **Suicide Precaution**<br><br>    When an inmate is in an MHCB because of high risk of attempting self-injurious behavior, but is not in immediate danger, he or she shall be placed on Suicide Precaution.<br><br>    These inmate-patient management procedures require an order from a psychiatrist, licensed psychologist, physician or nurse practitioner. Additional details of requirements and procedures are located in Chapter 5, *Mental Health Crisis Bed.* |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
### Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

#### Guidelines for clinician-ordered Suicide Precaution:

| STATUS | CLOTHING | FURNITURE AND OTHER MATERIALS | BEHAVIORAL CHECKS |
|---|---|---|---|
| SAFE CELL STATUS | Safety (no-tear) smock/gown, no ID band on wrist | Remove all furniture. Safety (no-tear) mattress, safety (no-tear) blanket | Staggered intervals not to exceed 15-minute staff checks |
| PARTIAL ISSUE | Shorts, t-shirt, socks | Remove all furniture. Safety (no-tear) mattress, safety (no-tear) blanket, one ~~book~~item of reading material | Staggered intervals not to exceed 15-minute staff checks |
| FULL ISSUE | Shorts, t-shirt, socks | Safety (no-tear) mattress or furniture. Reading and writing materials. Toiletries. | Staggered intervals not to exceed 15-minute staff checks |

A clinician, when writing orders, can utilize these guidelines for furniture and clothing and/or make modifications based on clinical judgment, with documentation of justification. The IDTT shall review all decisions regarding furniture, clothing, and other materials. No modification is allowed for the interval of staff checks for Suicide Precaution.

**Identified Concern:**
Change of language to expand "book" under Partial Issue Furniture and Other Materials to "item of reading material."

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
**Suicide Prevention and Response**

| | | |
|---|---|---|
| **D.   CLINICAL CARE SERVICES** | | |
| | **RECOMMENDATION** | |
| | Policy | Implementation |
| | Change          X<br><br>No Change | Change          X<br><br>No Change |
| **SUGGESTED RECOMMENDATION** | | |
| | Policy | Implementation |
| | Description of reading materials should be expanded to include materials other than books. | Local operating procedures will require updating. |
| **ANTICIPATED OUTCOME AND TIME LINE** | | |
| | Policy | Implementation |
| | Time line: Immediate change in Program Guide language. | Local operating procedures are updated during annual review. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
|---|
| Suicide Prevention and Response |
| **D.  CLINICAL CARE SERVICES** |
| **PROGRAM GUIDE POLICY** |

**Ch. 10**
**12-10-16**
**to**
**12-10-19**

b. **Suicide Watch**

When an inmate is in an MHCB because of suicide risk *and* is in immediate danger of self-injurious behavior, he or she shall be placed on Suicide Watch.

These inmate-patient management procedures require an order from a psychiatrist, licensed psychologist, physician or nurse practitioner. Additional details of requirements and procedures are located in Chapter 5, *Mental Health Crisis Bed.*

Guidelines for clinician-ordered Suicide Watch:

| STATUS | CLOTHING | FURNITURE AND OTHER MATERIALS | BEHAVIORAL CHECKS |
|---|---|---|---|
| SUICIDE WATCH | Safety (no-tear) smock/gown, no ID band on wrist | Remove all furniture. Safety (no-tear) mattress, safety (no-tear) blanket | Continuous observation <u>and</u> 15 minute nursing checks |

All institutions shall conduct Suicide Watch observation by direct visual observation.  The staff member shall be stationed at the cell door with direct line-of-sight from the observer to the patient.   One observer may be responsible for observation of two inmate-patients on Suicide Watch when the staff member can maintain direct line-of-sight observation of both inmate-patients.  The staff-observer to inmate-patient ratio shall not exceed one-to-two.  Video-monitoring shall never be used as the sole method for observation of any inmate-patient housed on Suicide Watch status, but may be used to supplement direct visual observation.

Some institutions have been approved via memoranda signed by the Directors of the Division of Adult Institutions (DAI) and the DCHCS, to provide one-on-two direct cell-front observation of inmate-patients on Suicide Watch, when the staff member can maintain direct line-of-sight observation of both inmate-patients, unless one-on-one monitoring is ordered by the psychiatrist or psychologist.  All other institutions shall provide one-on-one direct cell-front

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| --- |
| ~~Suicide Prevention and Response~~ |
| **D.  CLINICAL CARE SERVICES** |

observation.

The assigned observer shall assume a position where continuous direct visual contact with the inmate-patient can be maintained, including when the inmate uses the shower, sink, or toilet.

Suicide Watch posts will be filled using the following order of job classifications:

> 1.  ~~Hospital Aide~~
> ~~2.~~1.Certified Nursing Assistant
> ~~3.~~2.~~Licensed~~ Psychiatric Technician
> ~~4.~~3.Licensed Vocational Nurse
> ~~5.~~4.RN
> ~~6.~~5.Correctional Officer

It is the responsibility of the Chief Executive Officer ~~Health Care Manager~~ and Warden to ensure that all hiring efforts be exhausted, including offering voluntary overtime and assigning involuntary overtime of the health care staff ~~medical classifications~~ on the list above, prior to filling these positions with a Correctional Officer.

The employee assigned to provide direct observation shall be appropriately trained regarding this assignment ~~post~~ and the performance of duties related to Suicide Watch.

Observation Documentation

The custody and/or health care staff employee assigned to provide continuous observation during Suicide Watch shall document such observation every 15 minutes on a log sheet.

Custody and health care staff shall document behaviors and activities on a CDCR 114A, *Detention/Segregation Record.*

Nursing staff shall document behavioral checks and the inmate-patients' affect at least every 15 minutes during both Suicide Precaution and Suicide Watch. Nursing checks shall always include visual observation and, when the inmate-patient is awake, shall also include verbal interaction. Nursing staff shall document using CDCR 7212, *Nursing Care Record* (for non-acute care settings), or CDCR 7212A, *Nursing Care Record-Acute Hospital,* (for acute

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Suicide Prevention and Response~~

## D. CLINICAL CARE SERVICES

care settings) in the UHR.

Leaving a ~~Post~~ Suicide Watch Assignment

- The observer assigned to Suicide Watch shall only vacate the post if immediate attention or assistance is needed in a life-threatening situation, and no other alternative exists.

- A life-threatening situation is defined as a situation in which staff's failure to immediately respond will likely result in serious morbidity or mortality.

- In the event of a life-threatening situation, the staff shall activate a personal alarm in order to summon additional staff to the MHCB area.

- If it becomes necessary for staff assigned to Suicide Watch to leave their post due to a life-threatening situation, they shall request other staff in the vicinity, whenever possible, to provide direct observation coverage of the inmate-patients while away. If no other staff is available, and there is sufficient time, the officer shall contact the ~~Watch Office~~Supervisor or Watch Commander before responding to the life-threatening situation.

- Any vacating of the post under these circumstances shall be for the minimal time necessary. Once the life-threatening situation has been contained, or there is sufficient staff at the scene to handle the situation, the ~~officer~~ health care staff or custody officer shall immediately return to the Suicide Watch post.

- Upon return to post, the custody staff shall document his or her departure and return on the CDCR 114A, *Detention/Segregation Record*. The officer shall also ensure that the staff that covered the post in his or her absence also documents that on the CDCR 114A, *Detention/Segregation Record*.

- ~~For the purpose of this procedure, a minimum of one custody officer and one health care professional shall respond to a life threatening situation involving a general population or reception center inmate.~~

- ~~For the purpose of this procedure, a minimum of one peace officer and one nursing staff member shall respond to a life threatening situation involving an ASU inmate. Responding staff shall obtain and wear a protective vest while responding in the ASU areas. The ASU Sergeant shall also be notified as soon as possible.~~

- ~~Staff will use universal precautions when responding to medical emergencies and utilize Personal Protective Equipment kits, available in the MHCB~~

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
~~Suicide Prevention and Response~~

### D.  CLINICAL CARE SERVICES

~~unit.~~
- 

**Identified Concerns:**

1) Change of language to improve accuracy and to reflect language currently in use.

2)   Final three bulleted items in this section pertain to emergency response procedures, which are outlined in separate documents in the Department Operations Manual (DOM) and in the CPHCS manual *Emergency Medical Response Program Policies & Procedures*, updated in 2008.

**RECOMMENDATION**

| Policy | Implementation |
|---|---|
| Change        X | Change        X |
| No Change | No Change |

| SUGGESTED RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Changes required from "nursing staff" to "health care staff;" from "Health Care Manager" to "Chief Executive Officer;" from "post" to "assignment;" deletion of "licensed" in title of Psychiatric Technician; change from "Watch Office" to "Supervisor or Watch Commander" and deletion of "hospital aide." Deleted 3 bullet items pertaining to emergency response procedures. | Local operating procedures will require updating. |

| ANTICIPATED OUTCOME AND TIME LINE | |
|---|---|
| Policy | Implementation |
| Time line: Immediate change in Program Guide language. | Local operating procedures are updated during annual review. |

# SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
## Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

### PROGRAM GUIDE POLICY

| Ch. 10 12-10-19 to 12-10-21 | Discharge or Return |
|---|---|

Inmates sent to a MHCB because of active suicidal ideation, threats, or attempt shall be returned to their housing unit only after the IDTT and/or a clinician has completed a SRAC and has determined that the inmate-patient is no longer at imminent risk.  The inmate-patient shall be placed on the 5-day clinical follow-up treatment plan and custody wellness check procedure as detailed below.

Inmates sent to an OHU for continued suicide risk assessment shall be returned to their housing unit only after the IDTT and/or a clinician has completed a SRAC and has determined that the inmate-patient is not at significant risk.  The inmate-patient may, depending on clinical determination, be placed on the 5-day clinical follow-up treatment plan and custody wellness check procedure as detailed below.

## MHCB Discharge

- A psychiatrist or licensed psychologist, in consultation with the IDTT, shall write the order to discontinue an inmate-patient from Suicide Precaution or Suicide Watch when the inmate is no longer in imminent danger of self-harm. After hours, on weekends and holidays, a Medical Officer of the Day (MOD) or psychiatrist, licensed psychologist, or primary care physician on call may write an order to discontinue Suicide Precaution or Suicide Watch.

- A psychiatrist or licensed psychologist shall complete the MHCB discharge summary.

- Before discharge, the IDTT shall develop a detailed and complete follow-up treatment plan, which shall be documented in the inmate's UHR on CDCR 7221, *Physician's Orders*.  The plan shall include prescribed housing, medication, type and frequency of outpatient therapy, and an explicit recommendation on 5-day clinical follow-up treatment plan and custody wellness check procedure.

- The primary clinician (PC) (or in their absence, the senior mental health clinician) shall be notified person-to-person of the pending discharge of the inmate-patient and the discharge plan.

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM
Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

- Inmates with multiple MHCB admissions (three or more within a six-month period) shall be evaluated by the IDTT for referral to the DMH. The results of this evaluation, decision of the IDTT, and outcome of the referral shall be documented on a CDCR 7230-MH, *Mental Health Progress Note*, in the UHR.

- Careful consideration should be given by the IDTT when discharging from an MHCB an inmate-patient who was admitted for reasons of suicidal ideation, threats, or attempt, on a Friday, over the weekend, or the day before a holiday. Inmate-patients will only be released over a weekend if the IDTT has determined such and only after an updated face-to-face evaluation by a mental health clinician. That clinician will establish the 5-day clinical follow-up treatment plan and custody wellness check procedure. The mental status, stability, and risk factors of the inmate-patient should be documented in detail on a CDCR 7230-MH, *Mental Health Progress Note*. A mental health clinician must be available on weekends and holidays, either on duty or on call. **In the event that there is no mental health clinician on call in an institution, no discharges shall be accepted by that institution on, or the day before, a weekend or holiday.**

- A mental health clinician, usually the inmate-patient's PC, shall provide follow up treatment on an outpatient basis. This shall include daily contact with the inmate in their housing unit for five consecutive days following discharge. A psychiatric technician or other mental health clinician may conduct the contacts on weekends and holidays. The PC is responsible for ensuring that the contacts occur. The frequency of visits may then be reassessed. Housing unit custody officers and mental health staff shall communicate regarding the inmate-patient's status.

- Custody shall conduct an hourly check of inmate-patients discharged from the MHCB (admitted for suicidal ideations, threats, or attempt) for the first 24 hours after discharge. A mental health clinician shall then discuss with the custody staff and evaluate the inmate-patient to determine if the custody checks should be continued or discontinued. If the custody checks are continued, the mental health clinician shall determine whether the checks are to be every hour, every two hours, or every four hours for the next 24-48 hours. If after a second evaluation, mental health clinical staff feel additional hourly checks are required, the inmate shall be readmitted to the MHCB for further stabilization. Custody staff shall maintain a log on CDCR 114A,

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
| Suicide Prevention and Response |

## D. CLINICAL CARE SERVICES

| | *Detention/Segregation Record,* of rounds on inmate-patients. |
| | • The local SPR FIT shall regularly audit compliance with the 5-day clinical follow-up and custody wellness check procedure. Audit findings shall be forwarded monthly to the Local MHP Subcommittee. |
| | **Identified Concern: None** |

| | |
|---|---|
| ~~**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**~~ **Suicide Prevention and Response** | |

## D. CLINICAL CARE SERVICES

### PROGRAM GUIDE POLICY

| Ch. 10 12-10-21 to 12-10-22 | c. | **Response to Self-Injurious Behaviors and Suicide Attempts** |
|---|---|---|

Self-injurious behaviors cause, or are likely to cause, physical self-injury. A suicide attempt is an intentional act that is deliberately designed to end one's own life. Both are medical emergencies that require immediate and appropriate responses.

Custody Protocol

**In medical emergencies, the primary objective is to preserve life.** All peace officers who respond to a medical emergency are mandated, pursuant to court order, to provide immediate life support, if trained to do so, until medical staff arrives to continue life support measures. All peace officers must carry a personal CPR mouth shield at all times.

The officer must assess and ensure it is reasonably safe to perform life support by effecting the following actions:

- Sound an alarm (a personal alarm or, if one is not issued, an alarm based on local procedures must be used) to summon necessary personnel and/or additional custody personnel.
- Determine and respond appropriately to any exposed blood borne pathogens.
- Determine and neutralize any significant security threats to self or others including any circumstances causing harm to the involved inmate.
- Initiate life saving measures consistent with training.

The responding peace officer will be required to articulate the decision made regarding immediate life support and actions taken or not taken, including cases where life support is not initiated consistent with training and/or situations which pose a significant threat to the officer or others.

Clinical and Custody Combined Efforts

**Upon arrival, responding medical personnel shall relieve the correctional peace officer and assume primary responsibility for the provision of medical attention and life saving efforts. Custody and medical personnel together**

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM |
|---|
| Suicide Prevention and Response |
| D.  CLINICAL CARE SERVICES |

|  | are responsible for the continuance of life saving efforts for as long as necessary.

Preservation of life shall take priority over preservation of a crime scene. |
|---|---|
|  | Identified Concern: None |

| | |
|---|---|
| | **SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**<br>**Suicide Prevention and Response** |
| | **D.  CLINICAL CARE SERVICES** |
| | **PROGRAM GUIDE POLICY** |
| **Ch. 10**<br>12-10-22<br>to<br>12-10-23 | Emergency Response<br><br>The following first aid procedures shall be implemented when an inmate attempts suicide by hanging, laceration, or other methods:<br><br>Hanging<br><br>Medical and custodial staff shall be informed of the nature of the emergency by the most expedient method available.  The cut-down kit shall be transported to the location immediately by custody staff. Clearing the obstruction to the airway as quickly as possible is critical to saving the life of the inmate who has attempted suicide by hanging.  When it appears safe, a minimum of two staff shall enter the area where the inmate is located, relieve pressure on the airway by using a stable object for support of the inmate's body or by physically lifting the inmate's weight off the noose.  The inmate shall be cut down by cutting above the knot and then loosening the noose.  Custody staff shall preserve any item of evidentiary value.<br><br>Once the inmate is cut down, custody staff shall provide immediate life support, if trained to do so, until medical staff arrives to continue life support measures.<br><br>Medical staff, upon arrival, shall assume responsibility for medical care, as outlined in the institution's local operating procedures for emergencies, including any decisions regarding initiating or continuing CPR.<br><br>If possible, the inmate shall also be transported to a triage and treatment area.<br><br>Laceration<br><br>General guidelines:<br><br>• Use impervious latex gloves and/or appropriate, personal protective equipment<br><br>• Utilize whatever clean material is available to apply pressure to the wound site<br><br>• Elevate extremities if they are bleeding<br><br>• Transport to a triage and treatment area or an emergency room |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**
Suicide Prevention and Response

### D.  CLINICAL CARE SERVICES

Other Methods (overdosing, trauma, swallowing dangerous objects):

- Provide assistance to medical staff and obtain as much information as possible.
- Staff shall perform the Heimlich maneuver if choking is evident.

Cut-down Kit Availability

Each warden shall ensure that cut-down kits:

- Are maintained within each housing unit
- Are inventoried and inspected on a daily basis with problems immediately reported to a supervisor
- Consist of a lockable metal box containing:
  a. One inventory list affixed to the inside of the box door
  b. One emergency cut-down tool
  c. One single-patient-use resuscitator (e.g., AMBU Single-Patient-Use Resuscitator)
  d. One CPR mask (e.g., Lardell CPR Mask, for use by CPR-certified staff only)
  e. Minimum of ten latex gloves
  f. Disposable oral airway

**Identified Concern: None**

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **E. SUICIDE REPORTING** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-23 | "All reports of death shall be in accordance with DOM, Section 51070, Deaths.<br><br>If at any point during the review of the case, questions arise regarding any circumstances surrounding or leading up to the suicide that may be attributed to employee misconduct, the MHSR [Mental Health Suicide Reviewer], the Health Care Manager (HCM), or other responsible individuals may request a misconduct investigation. In this event, the MHSR shall immediately consult with the DCHCS SPR FIT Coordinator to determine further action. Requests for further misconduct inquiry and/or investigation shall be referred in accordance with DOM, Chapter 3, Article 14, Employee Misconduct Investigations/Inquiries. Even if the matter is referred, all other aspects of the suicide review shall continue." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **E. SUICIDE REPORTING**<br>Local Institution Responsibilities | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-24 | • "In the case of an inmate suicide death, the watch commander or senior custody officer shall be notified immediately, and shall subsequently notify the Warden, on evenings, weekends and holidays, the Administrative Officer of the Day. Upon notification of a possible death, the senior custody officer or the watch commander shall determine the need to secure the death scene and initiate investigation or other custody measures as indicated in accordance with DOM, Section 51070.7.<br><br>• The institution's CMO or physician designee shall have primary responsibility for reporting the death within eight hours to the DCHCS Death Notification Coordinator (DNC)." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **E. SUICIDE REPORTING**<br>Local Institution Responsibilities | |
| **PROGRAM GUIDE POLICY** | |
| Ch. 10<br>12-10-24 | • "The initial reporting procedures and submission of the CDCR 7229 A, *Initial Inmate Death Report*, shall be completed and submitted in accordance with the procedures set forth in DOM, 51070.9, Deaths. The CDCR 7229 B, *Initial Inmate Suicide Report*, shall be completed by the Local SPR FIT Coordinator or designee, and shall be reviewed, signed and dated by the HCM/CMO. It shall be submitted to the DNC [Death Notification Coordinator] at Central Office by the close of the second business day following the date of death. This form shall contain relevant information including the method of suicide, mental health level of care, psychiatric diagnoses (if applicable), behavioral problems observed, recent history of suicidal ideations or attempts, medication, and recent stressors." |
| **Identified Concern: None** | |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW** | |
| **PROGRAM GUIDE POLICY** | |
| Ch. 10<br>12-10-24 | • "Within one business day of receipt of the initial data including CDCR 7229 A, *Initial Inmate Death Report*, and 7229 B, *Initial Inmate Suicide Report*, the DCHCS Death Notification Coordinator (DNC) shall forward the death review folder to the DCHCS SPR FIT Coordinator." |
| **Identified Concern: None** | |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW** | |
| **PROGRAM GUIDE POLICY** | |
| Ch. 10<br>12-10-24 | • "Within two business days of receipt of the death review folder, the DCHCS SPR FIT Coordinator shall appoint a MHSR from a pool of qualified mental health staff at DCHCS, or regionally from an institution other than where the suicide occurred." |
| **Identified Concern: None** | |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### F. SUICIDE DEATH REVIEW

#### PROGRAM GUIDE POLICY

| Ch. 10 12-10-24 | • "Within one week, seven calendar days, of being appointed, the MHSR shall begin reviewing the suicide case for compliance with the CDCR SPR FIT policies and procedures. The MHSR shall also review all related documentation including the UHR; Central File; Inmate Death Reports, CDCR 7229 A, *Initial Inmate Death Report*, 7229 B, *Initial Inmate Suicide Report*; CDCR 837 A and B, *Crime/Incident Report*; and any other appropriate documentation. The MHSR shall have access to the inmate's cell, visiting log, recorded telephone conversations, and other information as required. The institution's SPR FIT Coordinator may assist the MHSR in his or her efforts. The assistance may include making available the UHR, the Central File, and any other appropriate information as well as arranging interviews if required. The MHSR may conduct interviews with clinical staff, custody staff, and inmates. However, should there be any indication an employee misconduct investigation may be warranted, the MHSR shall immediately consult with the DCHCS SPR FIT Coordinator, who shall provide guidance in proceeding with the review. Generally, the MHSR shall discontinue interviews with any employees who may be associated with or implicated in the employee misconduct investigation, but shall continue with all other aspects of the suicide review process." |
|---|---|
| **Identified Concern: None** | |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### F. SUICIDE DEATH REVIEW

#### PROGRAM GUIDE POLICY

| Ch. 10 12-10-25 | • "In cases where there are concerns with clinical care, the case shall be referred to the local Clinical Performance Enhancement and Review Subcommittee." |
|---|---|
| **Identified Concern: None** | |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW** | |

| | PROGRAM GUIDE POLICY |
|---|---|
| **Ch. 10**<br>**12-10-25** | "Within 30 calendar days of the inmate suicide, the MHSR shall complete a preliminary Suicide Report containing the following information: Inmate name, CDCR number, age, date and time of discovery, time of death, institution, housing, mental health level of care (if applicable), method, cause of death, findings of coroner (if available), brief summary and preliminary findings including recommendations for quality improvement. The report shall also indicate whether further investigation/inquiry is recommended (if one has not already been initiated). This report shall be immediately forwarded to the DCHCS SPR FIT Coordinator who will then schedule discussion of the report at the DCHCS Suicide Case Review (SCR) Subcommittee. The MHSR will present the case to the SCR Subcommittee." |

**Identified Concerns:**
1) Poor compliance with deadlines
2) Reports are too lengthy and contain too much information not pertinent to issue.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| **Change** | **Change**      **X** |
| **No Change**      **X** | **No Change** |

### SUGGESTED RECOMMENDATION

| Policy | Implementation |
|---|---|
| | 1) Increase institutional and suicide case reviewer awareness of timelines, thereby increasing their compliance with requirements.<br>2) Improve report-writing process by providing writing workshops focused on writing style and summarizing archival data. |

### ANTICIPATED OUTCOME AND TIME LINE

| Policy | Implementation |
|---|---|
| | 1) Commenced dissemination of individualized time-line reminders in January 2010. Compliance improved.<br>2) Quarterly writing improvement workshops commenced May 5, 2010. It is anticipated that the report quality and relevance will improve. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-25 | • "The DCHCS SCR Subcommittee is the body that reviews the documentation and reports submitted by the institution and MHSR, determines compliance with the statewide SPR FIT policies and procedures, reviews the QIP (also known as corrective action), and continues its review, in collaboration with the DCHCS MHP Subcommittee, until the QIPs are completed and the cases are closed." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-25 | "Within 45 days from the date of death, the DCHCS ERDR Subcommittee shall complete its review of the preliminary suicide report, review the QIP on the preliminary suicide report, and forward the report to the MHSR for completion of the Suicide Report and the accompanying Executive Summary." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-25<br>to<br>12-10-26 | "When warranted, the MHSR shall recommend a QIP (also known as corrective action), based on the findings from the review of the case, which shall address and make recommendations to improve identified problems with clinical care and compliance with policy and procedure. The QIP shall address problems identified, recommended actions, due dates for recommended actions, and supporting documents required from the institution.<br><br>The DCHCS SCR Subcommittee shall review the QIP and may take the following actions:<br><br>• Ensure consistency with policy and procedure<br><br>• Recommend remedial action, documentation, and monitoring<br><br>Refer for further action in accordance with DOM, Chapter 3, Article 14, Employee Misconduct Investigations/Inquiries, when appropriate. When individual conduct of custody staff requires further investigation, a memorandum shall be forwarded to the Director, Adult Institutions Division, who shall initiate a CDCR 989, *Request for Investigation*, to the Office of Internal Affairs." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | | |
|---|---|---|
| **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan | | |
| **PROGRAM GUIDE POLICY** | | |
| **Ch. 10**<br>12-10-26 | • "Prepare a memorandum to refer the case to the DCHCS Professional Practice Executive Committee (PPEC) for review of individual practice of licensed psychologists, psychiatrist, and/or physicians when appropriate. The DCHCS PPEC shall report to the appropriate professional licensing board for investigation, when appropriate." | |
| | **Identified Concern:**<br>Cases referred directly to PPEC sometimes included inappropriate referrals, therefore, a system needed to be put in place to screen cases prior to formal PPEC referral. | |
| | **RECOMMENDATION** | |
| | Policy | Implementation |
| | **Change**<br><br>**No Change**　　X | **Change**　　X<br><br>**No Change** |
| | **SUGGESTED RECOMMENDATION** | |
| | Policy | Implementation |
| | | A Mental Health Peer Review Subcommittee (MHPRSC) for review prior to referral to PPEC is necessary.<br><br>The MHPRSC will determine if a referral to PPEC is warranted. Referrals occur immediately after review of the suicide report by the Suicide Case Review Focused Improvement Team. The MHPRSC can review cases on an emergency basis if necessary. |
| | **ANTICIPATED OUTCOME AND TIME FRAME** | |
| | Policy | Implementation |
| | | Referrals are appropriate. This process was finalized on 08/19/08. |

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**

| | |
|---|---|
| | **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan |

**PROGRAM GUIDE POLICY**

| | |
|---|---|
| **Ch. 10**<br>12-10-26 | "When approved by the DCHCS SCR Subcommittee, the Suicide Report shall be signed by the Director, DCHCS, or designee.<br><br>The Suicide Report by the MHSR shall incorporate the QIP approved by the DCHCS SCR Subcommittee. The DCHCS SPR FIT Coordinator shall include with this report: Inmate Death Reports, CDCR 7229 A, *Initial Inmate Death Report,* and CDCR 7229 B, *Initial Inmate Suicide Report,* CDCR 837 A and B, *Crime/Incident Report,* Movement History and Offense History, and the Executive Summary serving as the cover page to complete the Final Suicide Report.   The report shall then be forwarded to the Director of the CDCR DCHCS and the Director, DAI.   The report shall be signed by both Directors, and copied to Regional Administrators of DCHCS and DAI; Legal Affairs Division; and to the reporting institutions' Warden; Health Care Manager/Chief Medical Officer; Mental Health Program Manager, Chief/Senior Psychiatrist and Chief/Senior Psychologist; and, other appropriate interested and legally designated persons within 60 days of death." |

| | |
|---|---|
| | **Identified Concern:**<br>Unmet 60-day timeline |

**RECOMMENDATION**

| Policy | Implementation |
|---|---|
| **Change** | **Change**                    X |
| **No Change**         X | **No Change** |

**SUGGESTED RECOMMENDATION**

| Policy | Implementation |
|---|---|
| | Improve collaboration between CDCR and DAI in order to meet required deadlines. |

**ANTICIPATED OUTCOME AND TIME FRAME**

| Policy | Implementation |
|---|---|
| | Meeting between DCHCS and DAI held on 3/9/10 resulting in expressed commitment to collaborate in expediting signed reports. Timeline compliance improved. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | | |
|---|---|---|
| **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan | | |
| **PROGRAM GUIDE POLICY** | | |
| **Ch. 10**<br>12-10-26 | "When an investigation is required, the Office of Internal Affairs (OIA) shall track progress until the investigation is complete. The OIA shall forward a memorandum with a summary description of the methods and outcome of the investigation to the DCHCS SPR FIT Coordinator, who shall forward the results to the *Coleman* Special Master through DCHCS routing procedures." | |
| | **Identified Concern:**<br>Memorandum irregularly received from OIA (Note: required in approximately 3 – 5% of all cases) | |
| | **RECOMMENDATION** | |
| | Policy | Implementation |
| | **Change**<br><br>**No Change      X** | **Change          X**<br><br>**No Change** |
| | **SUGGESTED RECOMMENDATION** | |
| | Policy | Implementation |
| | | OIA included in email to institutions (which gives a specific deadline for QIP submission). |
| | **ANTICIPATED OUTCOME AND TIME FRAME** | |
| | Policy | Implementation |
| | | Timely updates from OIA anticipated. Commenced on 06/02/10. |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-26<br>to<br>12-10-27 | "For QIP items focused on institutional compliance, the Warden and HCM/CMO are responsible for ensuring the implementation of the QIP within the specified time frame, which is not greater than 60 days of receipt of the finalized Executive Summary of the Suicide Report with signature approval from the Director, DCHCS (120 days following the date of death). QIP items focused on system-wide policy or training shall be referred to the SPR FIT at DCHCS. The SPR FIT Coordinator shall maintain a master list of QIP problems, corrective action, supporting documentation required, and completion dates. A proof-of-practice binder shall be maintained by the SPR FIT coordinator in order to track and record the progress of policy revisions and system-wide training.<br><br>The QIP shall be monitored by the Warden, HCM/CMO, Mental Health Program Manager, Chief Psychiatrist, Chief Psychologist, and SPR FIT Coordinator at the institution of occurrence. DCHCS may require ongoing documentation of compliance.<br><br>The Local SPR FIT Coordinator shall prepare a follow up report of implementation addressing action taken on the recommendations of the QIP. All appropriate supporting documentation confirming that these actions have been taken shall be attached to this report. See table below for list of suggested supporting documentation. The Warden and HCM/CMO, or institution Mental Health Program Manager shall sign this report. The institution shall retain a copy of the report and forward the original to the DCHCS ERDR for review. The report is due within 30 days following the implementation of the QIP (90 days following receipt of the Executive Suicide Report). Additional follow up monitoring shall occur as necessary as dictated in the QIP." |

**Identified Concern:**
QIPs have frequently not been submitted in a timely manner, nor have they been adequately tracked by DCHCS SPR FIT.

### RECOMMENDATION

| Policy | Implementation |
|---|---|
| **Change** | **Change**      X |
| **No Change**      X | **No Change** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | | |
|---|---|---|
| **F. SUICIDE DEATH REVIEW** <br> Quality Improvement Plan | | |
| **SUGGESTED RECOMMENDATION** | | |
| | Policy | Implementation |
| | | A statement has been added to cover letter and electronically mailed to the institutions, and to Regional Chiefs, with the final report attached. The memo indicates the specific due dates in order to be in compliance with the 60 day (date QIP's are required to be completed) and 90 day (date institution needs to submit report on compliance to HQ) deadlines for QIP submission. In addition, it urges completion of QIPs "as soon as possible" within the mandated deadlines. <br><br> Designate a staff member to track and monitor QIP submission. |
| **ANTICIPATED OUTCOME AND TIME FRAME** | | |
| | Policy | Implementation |
| | | Improved receipt of evidence that QIP was implemented. <br><br> Staff member designated to follow QIPs established on 03/10/10. |

94

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### F. SUICIDE DEATH REVIEW
Quality Improvement Plan
**Action, Documentation, & Monitoring for Suicide Quality Improvement Plans**

#### PROGRAM GUIDE POLICY

| Ch. 10 12-10-27 | ACTION | DOCUMENTATION/MONITORING |
|---|---|---|
| | Training | Copy of training agenda and sign-in sheet |
| | Required appointments with clinicians are held | List of appointments from MHTS |
| | Changes in operating procedure | Copy of procedure or memos |
| | Develop Quality Improvement Team | Copy of recommendations or change in procedures |
| | Missing medication due to transfer to a different housing unit | Ongoing monitoring of Medication Administration Records in the UHR Provide sample audit |
| | Proper Documentation | Provide plan to audit UHR and a sample audit |
| | Five Day Follow-up of suicidal inmates released from MHCB | Audit of documentation in UHR; provide a sample audit |
| | Rounds and evaluations done in ASU by psychiatric technicians | Audit UHR, CDCR 114 Isolation log and CDCR 114-A, *Daily Log*; provide sample audit |
| | Inmates on Keyhea are identified | Review UHR |
| | Conduct suicide risk assessment | Review UHR |
| | Statewide policy issues | Review new policy |
| | Investigation of individual practitioners | Provide status or completion date of investigation |
| | Audit of records per specified length of time to be sure that quality improvement is being consistently followed | Periodic reports of audit findings to DCHCS SPR FIT and DCHCS MHP |

**Identified Concern: None**

---

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### F. SUICIDE DEATH REVIEW
Quality Improvement Plan

#### PROGRAM GUIDE POLICY

| Ch. 10 12-10-28 | "The DCHCS SCR Subcommittee shall continue to review all open suicide cases until the QIP is approved and each case is closed. The QIP shall be incorporated into the final Suicide Report. All decisions made by the DCHCS SPR FIT regarding compliance and quality improvement shall be documented in the final Suicide Report." |
|---|---|

**Identified Concern: None**

95

**SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM**

### F. SUICIDE DEATH REVIEW
Quality Improvement Plan

**PROGRAM GUIDE POLICY**

| | |
|---|---|
| Ch. 10<br>12-10-28 | "The follow-up report on implementation of the QIP shall be reviewed by the DCHCS SPR FIT Coordinator.  In cases where the QIP is not sufficiently completed by the institution within the required time frame, the SPR FIT coordinator shall send a memorandum indicating non-compliance to the institution and to the Regional Administrator at DCHCS and DAI.  Appropriate follow-up shall be conducted by the Regional Administrator in order to ensure the completion of the QIP item.  In cases where a system-wide QIP is not sufficiently completed by the SPR FIT within the required time frame, a report of progress and any barriers to completion shall be forwarded from the SPR FIT to the Director of the appropriate CDCR division.   The CDCR Division Director shall take appropriate action to ensure completion of the QIP.  When complete, the QIP shall be distributed by the SPR FIT Coordinator according to legal mandates." |

**Identified Concern:**
Inconsistent follow-up contributed to time line non-compliance.

**RECOMMENDATION**

| Policy | Implementation |
|---|---|
| Change | Change          X |
| No Change          X | No Change |

**SUGGESTED RECOMMENDATION**

| Policy | Implementation |
|---|---|
| | Designate a staff member to track receipt of, assess completion of, monitor QIP submission, and prepare for SPR FIT review |

**ANTICIPATED OUTCOME AND TIME FRAME**

| Policy | Implementation |
|---|---|
| | Improved QIP submission compliance. Staff member designated to follow QIPs established on 03/10/10. |

96

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **F. SUICIDE DEATH REVIEW**<br>Quality Improvement Plan | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>12-10-28 | "If, during the suicide review process, other death related information arrives, such as CDCR 837 C, CDCR 7229 C, or Coroner's report, the DNC will locate the death review folder and place these documents inside.  The DNC shall update the routing sheet and notify the SPR FIT Coordinator of the new information.  Upon completion of the suicide review, the death review folder containing the Suicide Report and other related information shall be returned to the DNC for final data entry.  The DNC shall ensure that all documentation is complete and then return the folder for final storage in a designated locked cabinet at DCHCS.<br><br>The DCHCS SPR FIT Coordinator appointed to oversee suicide-related activities shall coordinate analysis and review of each suicide, and compile and forward annual suicide statistics to: Secretary, Youth and Adult Correctional Agency; Director, DAI; Director, DCHCS; Deputy Director, DCHCS; Chief of Clinical Policies and Programs, DCHCS; Institution Wardens; Institution HCM/CMOs; and, other appropriate senior DCHCS staff." |
| | **Identified Concern: None** |

| SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM | |
|---|---|
| **G. MENTAL HEALTH EVALUATION COMPONENT FOR A RULES VIOLATION REPORT** | |
| **PROGRAM GUIDE POLICY** | |
| **Ch. 10**<br>**12-10-28** | Per California Code of Regulations, Title 15, Section 3317 "An inmate shall be referred for a mental health evaluation prior to documenting misbehavior on a CDCR 115, in any case where the inmate is suspected of self-mutilation or attempted suicide."<br><br>Staff are to utilize the Request for CDCR 128B, when requesting this mental health evaluation.<br><br>Subsequent to the mental health evaluation, the mental health clinician's determination will be documented on a CDCR 128C. A copy of this CDCR 128C shall be forwarded to the custody staff who requested the mental health evaluation.<br><br>In order to preserve an inmate's due process rights, any decision that a suicide attempt was not genuine must be supported by the following:<br><br>1.  A thorough review of the UHR and Central File<br>2.  A complete mental health evaluation including a complete history, current mental status examination, and current Diagnostic and Statistical Manual diagnosis<br>3.  Appropriate psychological testing to include both objective and projective testing<br>4.  A detailed summary supporting the conclusion that the suicide attempt was not genuine<br><br>The clinician's summary must be approved and co-signed by the institution's Chief of Mental Health before issuance of a CDCR 115<br><br>If the mental health clinician determines the inmate's actions were an attempt to manipulate staff, the inmate may be charged under CCR Section 3005(a) for the specific act of "Attempted Manipulation of Staff." The specific act of "Attempted Suicide" or "Self Mutilation" is not an appropriate charge for a CDCR 115 and shall not be used. In cases where a self-injurious behavior is found to be intended to manipulate staff, a copy of the completed mental health evaluation shall be sent to the local SPR FIT coordinator and the mental health program director. |

## SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM

### G. MENTAL HEALTH EVALUATION COMPONENT FOR A RULES VIOLATION REPORT

If a mental health clinician determines that, the inmate's action was an "actual suicide attempt," or cannot make a clear determination that the inmate's action was an actual suicide attempt, a CDCR 115 shall not be written. In both these instances the behavior and/or the inability of mental health staff to make a clear determination shall be documented by custody staff on a CDCR 128B, *Mental Health Services Staff Referral, General Chrono*, for inclusion in the inmate's Central File and UHR.

**Identified Concern:**
A concern exits regarding the need to train both custody Hearing Officers and mental health clinicians on providing input into the RVR process.

| RECOMMENDATION | |
|---|---|
| Policy | Implementation |
| Change | Change            X |
| No Change        X | No Change |

| SUGGESTED RECOMMENDATION | |
|---|---|
| Policy | Implementation |
|  | DAI and HQ SPR FIT will investigate need for additional training for both custody and mental health on the RVR process. |

| ANTICIPATED OUTCOME AND TIME FRAME | |
|---|---|
| Policy | Implementation |
|  | Ongoing, per DAI/mental health bi-monthly meetings initiated on July 22, 2010. |

99