# EXHIBIT A (CONTINUED)

# EXHIBIT  2

## Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concern | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|---|
| All Chapters | | | 2009 Program Guide does not reflect changes made in the form used by clinicians to document suicide risk evaluations. | Y | Change Program Guide language to reflect updated form. | Y | New form implemented statewide. | New Form 7447 Suicide Risk Evaluation was implemented as of April 1, 2010. |
| All Chapters | | | Language regarding health care staff needs to be updated to reflect broadened roles and multiple classifications. | Y | Change Program Guide language to more accurately reflect the multiple professions and responsibilities of health care staff. | Y | Program Guide language change. | Change language in Program Guide. |
| All Chapters | | | Classification of "psychiatric nurse practitioner" not included in all sections of the Program Guide as a mental health clinician. | Y | Change Program Guide Language to include "psychiatric nurse practitioner" as appropriate. | N | | Change language in Program Guide. |
| All Chapters | | | Per the Board of Vocational Nursing and Psychiatric Technicians, the correct title for Psychiatric Technicians does not include the qualifier "Licensed." | Y | Change Program Guide language to reflect the omission of the qualifier "Licensed" when referring to Psychiatric Technicians. | Y | Local operating procedures will be updated. | Change language in Program Guide. Local Operating Procedures will be updated as part of the annual review process. |
| 1. Overview | C. Referrals to Mental Health | 12-1-4 | The terms "qualified clinician" are defined later in the Program Guide to apply to clinicians qualified to perform Suicide Risk Evaluations. | Y | Eliminate the term "qualified." | N | | Change language in Program Guide. |
| 1. Overview | K. Mental Health Tracking System | 12-1-14 | Efficient transfer of inmate suicide behavior history between institutions was hampered by the lack of a MHTS architecture. Clinicians were deprived of critical information to improve continuity of care. | N | | Y | The new automated tracking system, MHTS.net, is fully networked and will obviate the need for manual preparation and transmission of Inmate Profiles. | MHTS.net is anticipated to be online at all 33 institutions as of December 2010. |
| 3. CCCMS | D. Treatment & Assessment Services | 12-3-13 | Inmate-patients in need of DMH placement may remain on waiting lists for extended periods of time. | N | | Y | CDCR & DMH formed a collaborative work group to improve prioritization of referrals. | Improve efficiency of bed placement. |
| 5. MHCB | E. Admission | 12-5-7 | 1) Standardized suicide risk evaluation training shall be provided to mental health staff at each institution. Clinicians shall be qualified to perform suicide risk evaluation only after completing the training and processing. 2) Current policy is for clinicians to evaluate inmates who are reporting suicidal ideation prior to admission to a MHCB. This pre-admission screening occurs after the inmate has received an in-depth evaluation, usually by the primary clinician. That evaluation is documented on a CDCR-7447, Suicide Risk Evaluation (SRE) form and a 7230 Progress Note. | Y | A qualified mental health clinician is defined in Chapter 10, 12-10-7 through 12-10-11. | N | | Improved SRE8. Narrative section requires explanation of clinical reasoning. |

Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concern | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|---|
| 5. MHCB | E. Admission | 12-5-8 to 12-5-9 | Current policy is for clinicians to complete an in-depth evaluation of an inmate prior to admission to a MHCB. | Y | Eliminate the MHCB pre-admission SRE if the inmate is admitted to a MHCB. | N | | Reduction in redundant pre-admission SRE. |
| 5. MHCB | J. Mental Health Patients in Outpatient Housing Units | 12-5-30 to 12-5-31 | With respect to the paragraph on page 12-5-31 that begins "When an inmate is placed in the OHU...", CDCR is still addressing potential changes to the text of this paragraph and the potential need to modify how it is implemented. For that reason, CDCR has not indicated any changes at this time, and will notify the *Coleman* Special Master within forty-five days of any proposed changes. | | | | | |
| 7. Administrative Segregation | D. Treatment Population | 12-7-2 to 12-7-3 | Lack of clarity in the process of transferring an inmate's MAR. | Y | Change language to more accurately reflect the MAR transfer process. | Y | Local operating procedures will be updated. | Outcome: Improved description of the MAR transfer process. Local operating procedures are updated during annual review. |
| 7. Administrative Segregation | H. Enhanced Outpatient Program Care | 12-7-9 | Data regarding LOS in ASU indicates a high number of inmates stay in ASU beyond 90-days. | N | | Y | CDCR is investigating whether this is an implementation issue and, to that end, DAI is investigating issues that impact length of stay in ASU. | |
| 10. Suicide Prevention & Response | B. Suicide Prevention & Response Project | 12-10-2 to 12-10-4 | 1) A need for improved communication between HQ and institutions regarding implementation of policies and suicide prevention strategies. SPR FITs at local level vary widely in implementation of these policies. 2) Language change from "nurse practitioner, or registered nurse (RN)" to "or more of the nursing staff" is more inclusive of all nursing staff. 3) Lack of clarity on which deaths the SPR FIT committee shall monitor and track. | Y | Language updated in Program Guide. | Y | DCHCS SPR FIT shall initiate quarterly meetings of institutional SPR FIT Coordinators to improve communication between HQ and institutions and standardize suicide reduction strategies. | Time line: immediate. Quarterly meetings began February, 2010 and are continuing. Anticipated outcomes: clarification of local SPR FIT responsibilities, improved compliance with suicide policies and procedures, and enhanced functioning of local SPR FITs. |

## Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concerns | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|---|
| | B. Suicide Prevention & Response Project | 12-10-5 to 12-5-6 | 1) During reviews of CDCR suicides, collaboration between mental health, medical and custody staff members has been inadequate. Local SPR FIT membership does not include a mandatory custody representative. 2) A quorum of ALL of the mandatory members of SPR FIT is unrealistic | Y | Suggested additions to local SPR FIT mandatory membership: Associate Warden for Health Care, or designee, and Administrative Segregation Unit Captain, or designee. Language change necessary to allow designees to attend meetings. An ASU representative is needed because a statistically higher proportion of suicides occur in ASU. Suggested change to quorum requirement: a quorum consists of a majority of mandatory members. | Y | Local operating procedures will be updated. | Time line: Immediate policy language change. Ongoing work group discussion with custody is needed to facilitate this change. Outcome: The attendance of a custody staff member at local SPR FIT meetings will increase communication between disciplines. Local operating procedures are updated during annual review. |
| | C. Training for Staff | 12-10-6 to 12-10-7 | 1) Clear and concise definitions of behavior are important for clinical documentation. The term "suicide gesture" is ambiguous and in practice is often used to denote behavior that is not a "genuine" suicide attempt. This can create confusion for clinicians and ignores the fact that suicidal behavior is often characterized by mixed motives and considerable ambivalence about life and death. The term "suicide gesture" should be omitted from the list of definitions. 2) Language in this section requires a shift in focus to clarify the roles of specific disciplines regarding suicide risk awareness (clinical and custody). | Y | The term "suicide gesture" should be omitted from the list of definitions. The term "assessment" should be changed to "awareness" to clarify general expectations regarding suicide awareness. | Y | Local operating procedures will be updated. | Change to Program Guide and local operating procedures. |

Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Policy Change (Y/N) | Identified Concerns | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|
| | D. Clinical Care Services | 12-10-7 | Y | The CDCR Mental Health Program does not require training of health care staff in full suicide risk evaluations (including, judgment of risk and treatment planning). Training of non-psychiatric physicians should be limited to screening for referral to mental health services and general warning signs of increased risk of suicidal behavior. Health care staff should also be trained in appropriate referrals, warning signs of increased suicide risk, and additionally how to use the Suicide Risk Evaluation form to record data gathered for communication of suicide risk information to mental health providers. 2) Need to clarify the term "direct observation." | Y | 1) The policy will be revised to clarify the suicide prevention training appropriate to mental health and health care staff. 2) The language will be changed to define the term "direct observation" as "continuous direct visual observation." | 1) Timeline for training of health care staff will be determined upon consultation with CPHCS staff. Training for mental health professionals is currently provided during IST training, in specialized trainings provided by mental health staff at institutions, and in the monthly Suicide Prevention Videoconference. Clinicians shall be qualified to perform suicide risk evaluations only after training and proctoring. 2) Timeline for implementation to be determined upon consultation with CPHCS staff. Health care staff shall receive training in suicide awareness and prevention that is specific to their roles in the CDCR's suicide prevention program and appropriate to their scope of practice. |
| | | 12-10-7 to 12-10-11 | Y | 1) Current policy in this section needs to reflect current thinking and opinion in the field of suicide risk evaluation. This is reflected in the re-design of the form used to document suicide risk evaluations. Policy language needs to be updated to mirror these changes in the evaluation process. 2) Use of the SRE form by health care staff does not adequately facilitate collection of inmate-patient data that will be communicated to mental health clinicians for suicide evaluations. | Y | Language in this section will be changed to reflect only those clinicians qualified to provide suicide risk evaluations. Additionally, the language will be changed to reflect the new evaluation process and content, including the new organization of risk and protective factors. 1) Engage in ongoing collaboration with health care staff to develop training commensurate with the role of health care staff in the evaluation of suicide risk. The specific type of data to be collected will be determined by polling mental health clinicians and health care staff in the institutions so that information collected by health care staff more accurately reflects the inmate-patient's condition. | 1) Language in the Program Guide is updated and the new Suicide Risk Evaluation form has been implemented as of April 1, 2010. Time line for development of training will be determined during ongoing collaboration with health care staff. Projected outcome: Clarification of health care staff responsibilities in the evaluation of suicide risk. |

Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concern | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|---|
| | | 12-10-11 to 12-10-12 | An increase in the practice of consulting experienced peers when evaluating an inmate for suicide risk may be an important factor in the reduction of suicides. Suicide case reviews have shown that this practice is not always used where there is clinical uncertainty regarding an inmate's status. | N | | Y | In an effort to encourage peer consultation, institutions should develop strategies to manage high risk inmate-patients and/or perform Self-Harm Reviews. Local SPR FITs assign all mental health clinicians on a rotating basis to perform Self Harm Reviews (both basic and comprehensive) of suicide attempts. | Two levels of Self Harm Reviews include: a basic review and a comprehensive review. The Basic Self Harm Review (B-SHAR) requires Approximately 3 hours of time to complete within 14 days. The Comprehensive Self Harm Review (C-SHAR) required approximately 15 hours of time to complete within 60 days. Outcome: Self Harm Reviews can provide an avenue for clinicians to address clinical uncertainty in a peer-review format. It is anticipated that the reviews will provide ongoing education regarding the treatment of high-risk inmates and identify systemic factors that may be contributing to suicide risk. |
| | | 12-10-12 to 12-10-14 | 1) Change in language described in Chapter 10, pages 12-10-7 to 12-10-11. 2) Change to reflect elimination of need for ICD-9 coding and utilization of DSM coding only. | Y | Update Program Guide language. | Y | Local operating procedures will be updated. | Immediate change in Program Guide language. Local procedures will be updated during the annual review. |
| | | 12-10-15 to 12-10-16 | Change of language to expand "one book" under Partial Issue Furniture and Other Materials to "item of reading material." | Y | Description of reading materials should be expanded to include materials other than books. | Y | Local operating procedures will be updated. | Immediate change in Program Guide language. Local procedures will be updated during the annual review. |
| | | 12-10-16 to 12-10-19 | 1) Change of language to improve accuracy and to reflect language currently in use. 2) Final three bulleted items in this section pertain to emergency response procedures, which are outlined in separate documents in the Departmental Operations Manual (DOM) and in the CPHCS manual Emergency Medical Response Program Policies & Procedures, updated in 2008. | Y | Changes required from "nursing staff" to "health care staff;" from "Health Care Manager" to "Chief Executive Officer;" from "post" to "assignment;" deletion of "licensed" in title of Psychiatric Technician; change from "Watch Office" to "Supervisor or Watch Commander" and deletion of "hospital side." Deleted 3 bullet items pertaining to emergency response procedures. | Y | Local operating procedures will be updated. | Immediate change in Program Guide language. Local procedures will be updated during the annual review. |

Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concerns | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timelines & Outcome |
|---|---|---|---|---|---|---|---|---|
| | F. Suicide Death Review | 12-10-25 | 1) Poor compliance with deadlines; and 2) Reports are too lengthy and contain too much information not pertinent to issue. | N | | Y | 1) Increase institutional and suicide case reviewer awareness of timelines, thereby increasing their compliance with requirements; 2) Improve report-writing process by providing writing workshops focused on writing style and summarizing archival data. | 1) Commenced dissemination of individualized time-line reminders in January 2010. Compliance improved. 2) Quarterly writing improvement workshops commenced May 5, 2010. It is anticipated that the report quality and relevance will improve. |
| | | 12-10-26 | Cases referred directly to the Department's Professional Practice Executive Committee (PPEC) have sometimes included inappropriate referrals, therefore, a system needed to be put in place to screen cases prior to formal PPEC referral. | N | | Y | A Mental Health Peer Review Subcommittee (MHPRSC) for review prior to referral to PPEC is necessary. The MHPRSC will determine if a referral to PPEC is warranted. Referrals occur immediately after review of the suicide report by the Suicide Case Review Focused Improvement Team. The MHPRSC can review cases on an emergency basis if necessary. | Referrals are appropriate. This process was finalized on 08/19/08. |
| | | 12-10-26 | Unmet 60-day timelines for completion of signing of suicide reports by directors of Mental Health Program and Division of Adult Institutions. | N | | Y | Improve collaboration and communication between CDCR and DAI in order to meet required deadlines. | Meeting between DCHCS and DAI held on 3/9/10 resulting in expressed commitment to collaborate in expediting signed reports. Timeline compliance improved. |
| | | 12-10-26 | Office of Internal Affairs (OIA) notifications of results of investigations are infrequently received by the DCHCS Mental Health Program. | N | | Y | OIA included in email to institutions (which gives a specific deadline for QIP submission). | Timely updates from OIA anticipated. Commenced on 06/02/10. |

## Summary of Proposed Changes to 2009 MHSDS Program Guide

| Chapter | Section | Pages | Identified Concern | Policy Change (Y/N) | Suggested Recommendation | Implementation Change (Y/N) | Suggested Recommendation | Anticipated Timeline & Outcome |
|---|---|---|---|---|---|---|---|---|
| | | 12-10-26 to 12-27 | Suicide Report Quality Improvement Plans (QIP) have frequently not been submitted in a timely manner, nor have they been adequately tracked by DCHCS SPR FIT. | N | | Y | A statement has been added to cover letter and electronically mailed to the institutions, and to Regional Chiefs, with the final report attached. The memo indicates the specific due dates in order to be in compliance with the 60 day (date QIP's are required to be completed) and 90 day (date institution needs to submit report on compliance needs to be submitted to HQ) deadlines for QIP submission. In addition, it urges completion of QIPs "as soon as possible" within the mandated deadlines. Designate a staff member to track and monitor QIP submission. | Improved receipt of evidence that QIP was implemented. Staff member designated to follow QIPs established on 03/10/10. |
| | | 12-10-28 | Inconsistent follow-up contributed to time line non-compliance. | N | | Y | Designate a staff member to track receipt of, assess completion of, monitor QIP submission, and prepare for SPRFIT review. | Improved QIP submission compliance. Staff member designated to follow QIPs established on 03/10/10. |
| | G. Mental Health Evaluation Component for a Rules Violation | 12-10-28 | A concern exists regarding the need to train both custody Hearing Officers and mental health clinicians on providing input into the RVR process. | N | | Y | DAI and DCHCS SPRFIT will investigate need for additional training for both custody and mental health on the RVR process. | Ongoing, per DAI/mental health bi-monthly meetings initiated on July 21, 2010. |

# EXHIBIT 3

## SUICIDE PREVENTION AND RESPONSE
## FOCUSED IMPROVEMENT TEAM (SPR FIT)

### Actions Taken Between 2007-2010

#### Policy Memoranda

| | | |
|---|---|---|
| Direct | 06/06/07 | Implemented Mental Health Screening Prior to Placement in Administrative Segregation Units (ASU): *All inmates are placed into ASU and screened for suicide risk; results of screening are used to determine the need for a mental health evaluation.* |
| Direct | 06/06/07 | Implemented Screening of Inmates Who Have Been Out to Court and Received "Bad News": *Inmates are asked during an initial health screening if they have received bad news; positive responses trigger referrals to mental health for further evaluation.* |
| Direct | 10/09/07 | Revised the 2006 Program Guide – Change of Language Regarding Suicide Precaution Behavioral 15-Minute Checks: *Changed language for Suicide Precaution behavioral checks clarifying that 15-minute staggered intervals are mandatory and not subject to clinical discretion.* |
| Direct | 09/08/09 | Updated Procedures for Transfer of Inmate-Patients After Discharge from Mental Health Crisis Beds and the Department of Mental Health Treatment: *Clarified transfer procedures for inmates who are discharged from a MHCB and DMH; included guidance regarding availability of inmate records, level of care considerations, and Keyhea status.* |
| Direct | 12/31/08 | New Suicide Prevention Follow-up Requirement (5-day follow-up): *Added to 5-day follow-up procedures: implemented for inmates referred to a MHCB, even when the referral was rescinded.* |
| Direct | 10/13/09 | Inmate Mental Health Information Form Requested Update to Institutional Websites: *The form was piloted at North Kern State Prison and then introduced at Reception Centers statewide.* *Form developed in order to give inmates' families an opportunity to provide mental health information regarding their incarcerated family member.* |
| Direct | 03/22/10 | Implemented Revised CDCR Form 7447 Suicide Risk Evaluation: *Introduction of the revised Suicide Risk Evaluation form.* |
| Indirect | 03/06/07 | Tracking and Transfer of Inmate-Patients Requiring Mental Health Crisis Bed Care: *Reiterated policy: inmate-patients who require MHCB placement are referred and transferred as soon as possible and within 24 hours when bed space is available.* |
| Indirect | 04/18/07 | The Parameters of Confidentiality of Inmate-patient Communications and Guidelines for Disclosure: *Memorandum providing overview, definitions, and detailed guidelines for confidentiality requirements pertaining to inmate-patient communications.* |

Direct = Direct Impact on Suicide Reduction
Indirect = Indirect Impact on Suicide Reduction: improvement in quality of mental health treatment

| SUICIDE PREVENTION AND RESPONSE<br>FOCUSED IMPROVEMENT TEAM (SPR FIT) | | |
|---|---|---|
| **Actions Taken Between 2007-2010** | | |
| Indirect | 05/01/08 | Administrative Segregation Unit (ASU) Enhanced Outpatient Program Status Report: as a component of the plan, $5,000-worth of standardized training materials were distributed to all institutions:<br>*Report outlining treatment improvement plan for ASU EOP inmates; included details pertaining to length of stay, weekly monitoring, treatment space, group therapy, and treatment refusals.* |
| Indirect | 10/03/08 | Criteria for Prioritizing Mental Health Crisis Bed Admissions:<br>*Memorandum defining the circumstances under which a Chief of Mental Health at an institution should contact the Health Care Placement Oversight Program (HC-POP) to request priority status for inmate placement in a MHCB.* |
| Indirect | 01/12/09 | Hepatitis C Evaluation Chrono:<br>*Based on concerns regarding depression associated with medication for Hepatitis C: policy requiring mental health input into treatment of inmates with Hepatitis C.* |
| **SPR FIT Actions** | | |
| Direct | 06/02/08-<br>09/2009 | Monthly review of suicide attempts (3 per month) established to identify and resolve systemic issues underlying suicide attempts:<br>*SPR FIT members agreed to review 3 suicide attempts per month through information provided in 837 Incident Reports; goals include identifying potential problems related to response to attempts.* |
| Direct | 10/24/08 | Designed and Distributed Inmate Suicide Education Posters:<br>*Posters designed to inform inmates about suicide and urging them to seek help.* |
| Direct | 01/27/09 | Completed ASU Intake Cell Retrofit Project:<br>*SPR FIT monitored the implementation of the Court order requiring improvements in safety features in cells used during the first 21 days of an inmate's placement in ASU. Process started in fall of 2006 and was completed in January 2009.* |
| Direct | 05/12/09 | Established Access to the Parole Outpatient Clinic Database by Mental Health Clinicians:<br>*Intranet link to clinical information from parole clinics that MHSDS clinicians can access; training provided.* |
| Direct | 06/2010 | Designed new pocket cards for custody staff : Risky Times/Risky Places:<br>*Cards listing risk factors and warning signs for suicide risk.* |
| Indirect | 10/11/07 | Mental Health Program Website:<br>*Developed suicide prevention website; suicide prevention power-point presentations made available to all institutions.* |
| Indirect | 06/26/09 | Mental Health Peer Review Subcommittee "formation note" (subcommittee of PPEC) – committee finalized on 08/19/08:<br>*Purpose of committee: to provide triage for cases involving mental health* |

Direct = Direct Impact on Suicide Reduction
Indirect = Indirect Impact on Suicide Reduction: improvement in quality of mental health treatment

| | | SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM (SPR FIT) |
|---|---|---|
| | | **Actions Taken Between 2007-2010** |
| | | *clinicians who have been referred to PPEC. Committee members determine if cases require PPEC review.* |
| Indirect | 02/10 | Implemented SPR FIT quarterly meetings with CDCR statewide SPR FIT coordinators: *Quarterly teleconference providing an opportunity for SPR FIT coordinators to communicate and for Headquarters and institutions to communicate on a variety of topics pertaining to suicide prevention efforts.* |
| | | **Training** |
| Direct | 07/10/07 | Developed Training on Administrative Segregation Unit (ASU) Pre-placement Mental Health Screening Procedure: *Training provided to staff regarding the screening of inmates who are new arrivals to ASU.* |
| Direct | 07/18/07 | Updated and revised 6-hour Suicide Risk Assessment Training for Clinicians: *Training video-taped and provided live State-wide; institutions provided copies of the training; access to the training via CDCR website in process.* |
| Direct | 10/10/08 | Revised New Employee Orientation for Mental Health Staff Members: *Standardized training for new employees regarding mental health treatment of inmates including Suicide Prevention and Response.* |
| Direct | 12/09/08 | Distributed Suicide Prevention Posters to institutions: *Posters provide education for inmates regarding suicide and stress the availability of help for those individuals considering suicide.* |
| Direct | 05/12/10 06/09/10 | Presented videoconference training on revised Suicide Risk Evaluation Form: *Training provided to institutions regarding changes to suicide evaluation using the new form.* |
| Indirect | 08/12/09 | Presented training at SPR FIT videoconference by clinical staff at California State Prison, Sacramento: *Training focused on treating difficult inmate-patients and the overutilization of crisis beds; available by request at the institution.* |
| Indirect | 12/2009 | MHTS.net roll-out expected by fall of 2010: *Mental Health Tracking System roll-out anticipated completion date* |
| Indirect | 02/26/09 | Training Plan for the 2009 Version of the Mental Health Services Delivery System Program Guide: *Training for trainers provided at all institutions; trainers to provide Program Guide training on an ongoing basis for new clinicians in institutions.* |
| Indirect | 01/07/10 | Custody/Mental Health Collaboration Training: *A continuation of training initially held in November 2009 with revisions suggested by Coleman monitors.* |

Direct = Direct Impact on Suicide Reduction
Indirect = Indirect Impact on Suicide Reduction: improvement in quality of mental health treatment

**SUICIDE PREVENTION AND RESPONSE**
**FOCUSED IMPROVEMENT TEAM (SPR FIT)**

**Actions Taken Between 2007-2010**

| | | |
|---|---|---|
| Indirect | 05/11/10 | Presented Class to all Wardens on Suicide Prevention: *An Overview of Suicide and Suicide Prevention in CDCR, presented to all Wardens.* |
| Indirect | 06/2010 | Motivational Interviewing Training scheduled for Video Conference in fall 2010 |
| Indirect | 06/15/10 | Mental Health and Custody Collaboration Training at RJD |
| **Suicide Review Revisions** | | |
| Direct | 05/12/10 | Reviewer Training Updates: *Establishment of quarterly meetings focused on improving quality of suicide reports.* |
| Direct | 05/17/10 | Developed audit tool to assist institutions in following policies/procedures and to facilitate completing reports in a timely manner: *Tool outlining mental health policies; currently in draft form and being reviewed by SPR FIT.* |
| Direct | 03/01/10 | Revised and improved Suicide Report Tracking system: Submission of suicide report, improved by 42% Scheduling of suicide case review, improved by 42% Time to final edit, improved by 63% Time to submission to institution, improved by 63% |
| Direct | 2009/10 | Autopsy report uploads current as of 07/2010 |
| Indirect | 02/2010 | Improved quality, consistency, and submission of institutional Quality Improvement Plans: *Systematic review of problems with QIP submission highlighted several areas requiring improvement; assignment of QIP Coordinator to monitor compliance.* |
| Indirect | 02/09/10 | Added clinical discussion to Suicide Case Review, focused on psychodynamics of decedent: *Discussions held to encourage clinical exploration of complex individual risk factors in completed suicides.* |
| Indirect | 04/29/10 | Established dedicated suicide reviewers by obtaining approval for, and recruitment of, two Retired Annuitants for immediate availability for Suicide Case Reviews; hiring in process. |
| **DMH and CDCR Collaboration** | | |
| Direct | 03/2010 | Created Risk Management work group to coordinate with the Quality Management Overview Suicide Work Group that facilitates collaboration between CDCR and DMH in mutual efforts to effect overall system improvement for mental health services including the management of suicide risk. The collaboration proposal includes the development of task groups to address policy and treatment issues with the goal of improving suicide |

Direct = Direct Impact on Suicide Reduction
Indirect = Indirect Impact on Suicide Reduction: improvement in quality of mental health treatment

| | | SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAM (SPR FIT) | | |
|---|---|---|---|---|
| | | **Actions Taken Between 2007-2010** | | |
| | | prevention strategies. DMH currently participates in the CDCR SPR FIT monthly videoconference. Foundational tasks accomplished: <br> o Analysis of VPP research data of 300 CDCR patients with suicidality issues – to be presented at APA conference in August 2010 <br> o Research-based feedback for SRE provided to CDCR HQ | | |
| | | **Miscellaneous** | | |
| Indirect | 11/11/07 | Included Suicide Prevention and Response Team vision and mission statement in annual custody In-Service Training. | | |
| Indirect | 08/28/08 | Introduced Guidelines for Clinical Documentation by Psychiatrists: *Memo sent to all institutions introducing detailed guidelines for documentation by psychiatrists.* | | |
| Indirect | 03/2009 | Held Mental Health Leadership Conference: *Conference for Mental Health Chiefs and selected others, covering Program Guide updates, suicide prevention policies, and other selected topics.* | | |

Direct = Direct Impact on Suicide Reduction
Indirect = Indirect Impact on Suicide Reduction: improvement in quality of mental health treatment

# EXHIBIT 4

Department of Corrections and Rehabilitation

State of California
**SUICIDE RISK EVALUATION**
CDCR 7447 (REV. 03/10)

Page 1

# SUICIDE RISK EVALUATION

Date of Assessment: ___/___/___   Time: _____   Institution:_____   Reason for assessment: _____

AGE:_____   ETHNICITY:_____   CURRENT LEVEL OF CARE: ☐ NONE  ☐ CCCMS  ☐ EOP  ☐ MHCB

Sources of Information (Mark all that apply): ☐ C/O or Staff Interview(s)  ☐ I/P Interview  ☐ UHR  ☐ C-File  ☐ Other _____

## PART 1: DATA COLLECTION

| | | *CHRONIC RISK FACTORS* | | | *ACUTE RISK FACTORS* |
|---|---|---|---|---|---|
| **Present?** | | **(Historic and Demographic)** | **Present?** | | **(Within 3 months)** |
| Y | N | Family history of suicide(s) | Y | N | Suicidal ideation (including passive ideation) |
| Y | N | History of emotional, physical, or sexual abuse | Y | N | Recent serious suicide attempt |
| Y | N | History of major depressive disorder | Y | N | Current/recent suicide episode |
| Y | N | History of psychotic disorder | Y | N | Current/recent psychotic symptoms |
| Y | N | Chronic pain problem | Y | N | Current/recent anxiety or panic symptoms |
| Y | N | Chronic medical illness | Y | N | Current/recent substance abuse/intoxication |
| Y | N | History of substance abuse | Y | N | Hopelessness/helplessness |
| Y | N | History of violence (including index crime) | Y | N | Increasing interpersonal isolation |
| Y | N | History of poor impulse control | Y | N | Agitated or angry |
| Y | N | Perception of loss of social support | Y | N | Current/recent violent behavior |
| Y | N | First prison term | Y | N | Recent serious medical diagnosis |
| Y | N | Long or life sentence | Y | N | Disturbance of mood/lability |
| Y | N | Sex offender | Y | N | Recent trauma (including sexual trauma) |
| Y | N | Caucasian/White ethnicity | Y | N | Recent bad news, loss or anniversary date |
| Y | N | Older than 35 years of age. | Y | N | Early in prison term |
| Y | N | Male | Y | N | Recent change in housing (e.g., Ad Seg) |
| Y | N | History of suicide attempts. Note details (number, lethality, method, age, etc.): _____ | Y | N | Safety concerns (e.g., gang dropout) |
| | | _____ | Y | N | Single cell placement |
| | | _____ | Y | N | Recent negative staff interactions |
| | | | Y | N | Evidence of medication hoarding/cheeking |
| | | | Y | N | Recent disciplinary ("115") |

## PROTECTIVE FACTORS

| | | | **Present?** | | |
|---|---|---|---|---|---|
| **Present?** | | | | | |
| Y | N | Family Support (e.g. visiting, correspondence) | Y | N | Children at home |
| Y | N | Religious/spiritual/cultural beliefs | Y | N | Spousal support |
| Y | N | Interpersonal social support | Y | N | Insight into problems |
| Y | N | Future orientation/plans for future | Y | N | Job or school assignment |
| Y | N | Exercises regularly | Y | N | Active and motivated in psych treatment |
| Y | N | Positive coping skills & conflict resolution skills | Y | N | Sense of optimism; self-efficacy |

**Does the inmate report a plan to kill him/herself?**   Y  N   **Does the inmate report a desire to die?**   Y  N

☐ **Data Collection Only – Nursing Signature:** _____

Special Communication Assistance Needs (SCAN):   ☐ Not Indicated   ☐ Indicated

If indicated, SCAN due to: ☐ Armstrong/LD  ☐ Non-English language  ☐ Organicity  ☐ Clark  ☐ Other:_____

Communication Techniques used: ☐ Spoke slowly  ☐ Read materials  ☐ Rephrased sentences & questions ☐

Simple English ☐ Verified patient understood what was said ☐ Other:_____

Results:  Effective communication ☐ achieved  ☐ not achieved ☐ additional comments:_____

| Mental Health Suicide Risk Evaluation CDCR 7447 (REV. 03/10) Confidential Patient Information | Last Name: | First Name: | MI: |
|---|---|---|---|
| | CDC Number: | DOB: ___/___/___ | |

STATE OF CALIFORNIA
**SUICIDE RISK EVALUATION**
CDCR 7447 (REV. 03/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

---

| **Instructions for Suicide Risk Evaluation Form, Page 1** |

---

**General Instructions:**

---

The Suicide Risk Evaluation (SRE) form must be used whenever an inmate is deemed to present an elevated risk of suicide. Suicide risk may be demonstrated by verbalizations of suicidal thoughts, suicidal gestures, suicide attempts, a significant history of past suicidal ideas or behaviors, and/or other indicators. A suicide risk assessment must be completed:

- Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete a suicide risk assessment.
- By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt.
- After hours, on weekends and holidays, on-call clinicians shall conduct a face-to-face assessment of suicide risk prior to releasing an inmate to any housing without suicide watch or precaution.
- After hours, on weekends and holidays, when the referring clinician has not completed an SRA, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.
- By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.
- Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician.
- Within seventy-two (72) hours of return from a Department of Mental Health (DMH) facility, or within 24 hours if clinically indicated based on new arrival screening.
- Any time the medical and mental health screening of a new arrival to an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts.
- Pursuant to Department Operating Manual, Article 41, Prison Rape Elimination Act Policy, for victims of sexual assault, within four hours after the required sexual assault forensic examination.

The suicide risk evaluation must be completed by a trained clinician any time there is a concern about elevated suicide risk. (When an inmate expresses chronic suicidal ideation without intent or plan, the clinician may document that no change in suicide risk has occurred since completion of the prior suicide risk assessment, instead of completing a full suicide risk assessment.) The listing of acute and chronic risk and protective factors is not an actuarial process.

When completed, both parts (pages 1 & 2) must be filed in the Unit Health Record and data entered into the Mental Health Tracking System.

A thorough and adequate suicide risk assessment includes: 1) Identification of both Chronic and Acute Risk Factors; 2) Identification of recent precipitating stressors; 3) Identification of Protective Factors; 4) Inquiry regarding intent, planning, ideation, behavior; 5) Documentation of Risk Level and its justification; and 6) a Treatment Plan that includes methods to reduce acute risk and enhance protective factors.

**Specific Instructions:**

Part 1: Data Collection

1. Complete each section of Part 1 – include background information and evidence of Effective Communication.
2. A thorough evaluation of suicide risk requires information about the presence or absence of all risk factors in Part 1. If information is not available – please indicate this on the form.
3. At least two sources of information must be used for completing the evaluation, and using all four sources indicated is preferable.
4. Chronic risk factors are unlikely to change on subsequent SRE forms, unless new information is received. If changes are noted these should be indicated.
5. Acute risk factors may change and subsequent SRE forms will reflect these changes.
6. Protective Factors are balanced against Risk Factors.
7. Nursing staff members who collect risk information for on-call clinicians not present in the institution should check the box indicating data collection only and sign in the space provided. Nursing staff should not make judgments of risk level.
8. **Do not rely only on inmate self-report.**

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**SUICIDE RISK EVALUATION**                                                          Page 2
CDCR 7447 (REV. 03/10)

## PART 2: ADDITIONAL INFO, ESTIMATE OF RISK & TREATMENT PLAN

*ADDITIONAL DETAILS (INCLUDING MENTAL STATUS EXAM):* _____

_____

_____

_____

_____

_____

## ESTIMATE OF RISK

| | | | |
|---|---|---|---|
| *CHRONIC RISK* | ☐ Low | ☐ Moderate | ☐ High |
| *ACUTE RISK* | ☐ Low | ☐ Moderate | ☐ High |

*JUSTIFICATION OF RISK LEVEL:* _____

_____

_____

_____

_____

_____

*TREATMENT PLAN:* _____

_____

_____

_____

_____

_____

**Clinician Name/Title (PRINT):** _____  **Date:** ____/____/____

**Clinician Signature:** _____

| Mental Health<br>Suicide Risk Evaluation<br>CDCR 7447 (REV. 03/10) | Last Name: | First Name: | MI: |
|---|---|---|---|
| Confidential Patient Information | CDC Number: | DOB:    /    / | |

STATE OF CALIFORNIA                                            DEPARTMENT OF CORRECTIONS AND REHABILITATION
**SUICIDE RISK EVALUATION**
CDCR 7447 (REV. 03/10)

| **Instructions for Suicide Risk Evaluation Form, Page 2** |
| --- |

**Specific Instructions**

---

Part 2: Additional Information, Risk Level, Justification, and Treatment Plan

1. Supply additional information about the inmate including a mental status exam.
2. The evaluation of risk (Low, Medium, High) is based on the factors indicated, but is a matter of clinical judgment.
3. The Justification of Risk should follow directly from the data collected (or conversely: the data collected should lead directly to the justification of risk).
4. While it is true that risk elevates as risk factors accumulate, the simple summation of the number of checked boxes is not to be interpreted as an accurate reflection of the degree of suicide risk. Additionally, risk factors can act synergistically ("the whole is greater than the sum of its parts") and the quality of the interaction between risk factors is not easily captured by a number.
5. Inmate-patients with plans for suicide are at higher risk than those without plans for suicide (although those without plans may still attempt suicide).
6. An accumulation of Acute Risk factors can quickly elevate overall risk.
7. Acute Risk factors can quickly overwhelm Protective Factors.
8. Inmate-patients with two or more documented serious suicide attempts should <u>always</u> be considered at higher risk than those with no history or only one attempt.
9. The Treatment Plan should logically follow from the evaluation (reduction of acute risk, enhancement of protective factors).
10. Consider adding recommendations for short- and medium-term treatment.
11. The clinician completing the evaluation must sign the form and print name legibly.
12. Indicate the date form is completed.
13. Stamp with addressograph, or print inmate name, CDC number, and date of birth.

**Treatment Planning**

General Issues

- Plans should be based on data collected and the risk level.
- Plans should be collaborations between inmate-patients and clinicians.
- Plans should reflect a problem-solving approach.

Specific Issues

- Use the inmate-patient's language in constructing a plan with them.
- Discuss with the inmate when the plan will be used (e.g., ask: How will you know when to use the plan? What will be happening? What do you experience when you start to have suicidal thoughts?")
- What strategies can the inmate-patient use to reduce or eliminate the suicidal thoughts?
- What environmental changes (if any) could be considered?
- What clinical interventions (e.g., increased frequency of contact; group participation; psychiatric consult; etc.) should be considered?
- Is it possible to increase social or family support?
- If in Administrative Segregation, what interventions could decrease isolation and distress?
- What collaborative efforts with custody could decrease distress and suicidal thinking?
- Include short- and medium-term interventions.

EXHIBIT 5

# AGENDAS FOR SUICIDE PREVENTION VIDEOCONFERENCE

| Date | Topics |
|---|---|
| **2007** | |
| January-07 | No videoconference |
| February-07 | - Current statistics<br>- MHCB and OHU waitlist status and reporting<br>- Medication management and monitoring<br>- Ad Seg intake cell survey<br>- Program training DVD |
| March-07 | - Current statistics<br>- Recent suicide review CAP items<br>- Wasco State Prison presentation<br>- Case presentation:  ASU status |
| April-07 | - Current statistics<br>- Case presentation:  How to detect, evaluate, and treat inmates at high risk for suicide who are not in MHSDS?<br>- Update on suicide assessment training for clinicians<br>- No-suicide contracts |
| May-07 | - Current statistics<br>- Update on suicide assessment training for clinicians<br>- Case presentation:  Grave disability in correctional settings |
| June-07 | - Current statistics<br>- Details of suicide risk assessment training for clinicians<br>- Clarification of suicide precaution staggered 15-minute checks<br>- Appropriate level of suicide observation for high risk inmate-patients<br>- Off-hours face-to-face suicide evaluations<br>- Case presentation:  impulsive, malingering, antisocial |
| July-07 | No videoconference - 7 hour Suicide Risk Assessment Training for Clinicians (videotaped and provided live Statewide) |
| August-07 | No videoconference |
| September-07 | - Current statistics<br>- Suicide watch and precaution welfare issues<br>- Suicide Risk Assessment training update<br>- ASU Pre-Placement Screening Training update<br>- Availability of Case Consultation<br>- Case Presentation |
| October-07 | - Current statistics<br>- Suicide Risk Assessment training update<br>- Mental Health Program Website<br>- Taping of Inmates in MHCB<br>- Clarification of Suicide Precaution Checks |
| November-07 | - Current statistics<br>- Suicide Risk Assessment Training<br>- Efforts to Reduce Environmental Suicide Hazards in CDCR<br>- Documentation Habits<br>- Case Report and Discussion |
| December-07 | No Videoconference |
| **2008** | |
| January-08 | - Current statistics<br>- Review of 2007 suicide statistics<br>- Inmate profile (transfer) process<br>- Referral of Level IV I/Ps to ASH<br>- Case discussion:  "Connecting the Dots…" |
| February-08 | - Current statistics<br>- Inmate profile process<br>- Referrals to ASH Intermediate care<br>- Legible handwriting<br>- Clinical discussion:  Countertransference and boundary issues |

1

# AGENDAS FOR SUICIDE PREVENTION VIDEOCONFERENCE

| Date | Topics |
|---|---|
| | **2008** |
| March-08 | - Current statistics<br>- Inmate profile template<br>- Web resources for suicide prevention<br>- Formula issues<br>- AdSeg EOP treatment<br>- Treatment success<br>- Clinical discussion:  Transfer anxiety |
| April-08 | - Current statistics<br>- Inmate profile process<br>- Intermediate care at Atascadero<br>- Keyhea orders and OHU's<br>- Clinical discussion:  Inmates who are fearful, anxious or paranoid |
| May-08 | - Current statistics<br>- Inmate profile process<br>- POC/DAI computer link<br>- Clinician satisfaction survey<br>- Intermediate care at Atascadero<br>- Clinical discussion:  Short term planning for elevated suicide risk in level IV inmate |
| June-08 | - Current statistics<br>- Inmate profile process<br>- POC/DAI computer link<br>- Clinician satisfaction survey<br>- Intermediate care at Atascadero<br>- Clinical discussion:  Short term planning for elevated suicide risk in level IV inmate |
| July-08 | - Current statistics<br>- DECs computer system<br>- ASU intake cell construction<br>- More success stories wanted<br>- Videoconference DVD viewing<br>- Clinical discussion:  Post-trauma counseling |
| August-08 | - Current statistics<br>- Videoconference contact info<br>- Priority for MHCB admissions<br>- Suicide watch nursing forms<br>- Obtaining past MH records<br>- Clinical discussion:  Palliative care and end-of-life issues |
| September-08 | - End-of-life and palliative care discussion<br>- Current statistics<br>- Documentation guidelines<br>- Justification for Med changes |
| October-08 | - Current statistics<br>- Coordination of care with outside agencies<br>- Parolee access to DMH care<br>- Suicide prevention posters |
| November-08 | - Current statistics<br>- Access to DMH care<br>- Five day F/U's<br>- Suicide Risk Assessment:  How often?<br>- Clinical discussion:  Rare disorders |
| December-08 | - Current statistics<br>- Access to DMH care<br>- 2009 Program Guide<br>- Clinical discussion:  Substance abuse and suicide |

2

## AGENDAS FOR SUICIDE PREVENTION VIDEOCONFERENCE

| Date | Topics |
|------|--------|
| **2009** | |
| January-09 | - Suicide education posters<br>- Five-day follow-ups: 12/31 Memorandum<br>- 2009 Program Guide distribution and training<br>- Warning signs vs. risk factors<br>- Clinical discussion: Substance use and suicide |
| February-09 | - 2008 Final statistics<br>- 2009 Program Guide distribution and training<br>- Warning signs vs. risk factors<br>- Clinical discussion |
| March-09 | - Current statistics<br>- 2009 Program Guide: Distribution and training<br>- Suicide articles on CD<br>- Reminder re. no-suicide contracts<br>- Long-term monitoring for I/P's with Hx of ICF<br>- Inmate profile survey results and implications<br>- Clinical discussion: Warning signs vs. risk factors |
| April-09 | - Current statistics<br>- Where do policies come from?<br>- 2009 Program Guide training<br>- Counting suicide attempts<br>- Clinical discussion: Warning signs vs. risk factors |
| May-09 | - POC database link training<br>- Current statistics<br>- 2009 Program Guide training<br>- Urgent response calls from HQ<br>- MHTS.net on the Web<br>- Valdivia update<br>- Rationale from D/C from MHSDS |
| June-09 | - POC database link<br>- Mental Health Program relocation<br>- Current statistics<br>- Program Guide training follow-up<br>- Valdivia update<br>- Five day F/U: Custody wellness checks<br>- Readability of records<br>- Clinical discussion: D/C from MHSDS |
| July-09 | - Current statistics<br>- Mental Health Program relocation<br>- Valdivia update<br>- Presentation: Suicide in CDCR 1998 to 2008 |
| August-09 | - Current statistics<br>- Presentation: Reducing overutilization of MHOHU/CTC beds |
| September-09 | No Videoconference |
| October-09 | - Current statistics<br>- Justification of suicide risk and safety plan<br>- SPR FIT Coordinators' teleconference<br>- Vitek Hearing documents needed<br>- Valdivia update<br>- Informed consent (or not)<br>- Clinical discussion: Violence and the risk of suicide (redux) |

3

# EXHIBIT 6

# AGENDAS FOR SUICIDE PREVENTION VIDEOCONFERENCE

| Date | Topics |
|------|--------|
| November-09 | - Current statistics<br>- Justification of suicide risk and safety plan<br>- SPR FIT Coordinators' teleconference<br>- Vitek Hearing documents needed<br>- Valdivia update<br>- Informed consent (or not)<br>- Clinical discussion:  Violence and the risk of suicide (redux) |
| December-09 | - Current statistics<br>- SPR FIT Coordinators' Webinar<br>- Statewide access to suicide articles<br>- Suicide Risk Assessment training note<br>- MHCB Discharge and 5-day F/U contact<br>- Temp housing log training<br>- Revised Suicide Risk Assessment Form 7447 |
| **2010** | |
| January-10 | No Videoconference |
| February-10 | - Final (but preliminary) 2009 Statistics<br>- 2009 Statistics to-date<br>- SPR FIT Coordinators' Webinar<br>- Access to Suicide Article Database<br>- Revised SRA Form 7447<br>- Clinical discussion:  Violence and suicide risk - Redux, Redux |
| March-10 | No Videoconference |
| April-10 | - 2010 Statistics-to-date<br>- Introduction to the SRA Form 7447<br>   Part 1:  Background Info<br>       Risk/Protective factors<br>       Risk/Lethality questions<br>       Nurse Checkbox |
| May-10 | - 2010 Statistics-to-date<br>- Introduction to the SRA Form 7447<br>   Part 1:  Background Info<br>       Risk/Protective factors<br>       Risk/Lethality questions<br>       Nurse Checkbox |
| June-10 | - 2010 Statistics-to-date<br>- Introduction to the SRA Form 7447<br>   Part 2:  Additional Information<br>       Risk level and justification<br>       Treatment/safety plan |

4

# Suicide Review Process

| Event | Time Line | | Actual | Follow Up |
|---|---|---|---|---|
| | | Due Date | Completed | |
| Date of Death | 1 calendar day | | | |
| Assignment of reviewer | 2 calendar days | | | |
| Contact institution arrange set up | 2 calendar days | | | |
| Travel/review | 7 calendar days | | | |
| Report submission | 30 calendar days | | | |
| Initial edit & QIP development | 35 calendar days | | | |
| Schedule for SCR | 35 calendar days | | | |
| Disseminate via email the report to all involved | 35 calendar days | | | |
| SCR | 45 calendar days | | | |
| Signatures: Directors/DCHCS and DAI | 55 days | | | |
| Submitted to Institutions | 60 days | | | |
| QIPS implemented | w/in 60 days of receipt of report | | | |
| QIP proof of completion report received | w/in 90 days of receipt of report | | | |