# EXHIBIT D

State of California                                                          Department of Corrections

# Memorandum



Date : September 16, 2003

To : Wardens
Health Care Managers
Chief Psychiatrists/Chief Psychologists
Mental Health Managers

Subject: **HEALTH CARE PLACEMENT UNIT HOURS FOR MENTAL HEALTH CRISIS BED REFERRALS**

This memorandum is to announce that effective September 27, 2003, the Health Care Placement Unit (HCPU) of the Health Care Services Division (HCSD) will become available for Mental Health Crisis Bed (MHCB) transfer assistance seven days a week.

As you may know, the mission of the HCPU is to manage the movement of inmates into designated health care beds, consistent with safety and security requirements, to facilitate: (1) the timely access to care in the most appropriate treatment setting; and (2) the utilization of statewide health care resources in the most cost-effective manner.

To that end, the HCPU will be available seven days a week, primarily to assist field staff with the placement of inmates requiring a MHCB. The HCPU will locate and assign bed numbers, thereby facilitating placement and securing a "reserved" bed pending clinical contact and transport. The Physician-on-Call (POC)/Admitting Clinician at the receiving institution shall be available for immediate contact, shall accept MHCB referrals and shall provide the HCPU with the bed to be assigned to MHCB case.

In order for these inmates to be appropriately transferred within mandated guidelines, MHCB availability must be maximized. As a result:

- **Every vacant Correctional Treatment Center (CTC) bed and every vacant inpatient psychiatric bed at California State Prison - Corcoran (CSP-COR) and the California Institution for Men (CIM) shall be made available for a MHCB placement.** If some respiratory isolation rooms, restraint rooms, or observation rooms are documented as "unsafe" or "not able to license" for MHCB purposes, HCPU will remove those beds from the count of available MHCBs.

- No otherwise usable beds may be kept vacant in anticipation of internal admissions.

- If necessary, medical patients must be moved to community facilities to make room for MHCB admissions.

- Similarly, medical cases being discharged from community facilities must be retained in those facilities if the demand for MHCBs should make it necessary.

- Once determination of a need for MHCB placement has been made, the referring clinician shall make appropriate arrangements to have the inmate observed and monitored until the

* CDC 1617 (3/89)

Case 2:90-cv-00520-KJM-SCR   Document 3918-7   Filed 09/27/10   Page 3 of 4

Wardens
Health Care Managers
Chief Psychiatrists/Chief Psychologists
Mental Health Managers
Page 2

transfer to a MHCB has occurred. The same shall take place if the need for a MHCB occurs after-hours (when HCPU staff are not available).

- The Health Care Manager (HCM) at each CTC, CSP-COR and CIM will fax the September and October POC schedule no later than close of business on September 22, 2003, to the HCPU at (916) 324-1795. For every month thereafter, the HCM will fax a copy of the POC schedule to the HCPU by the 25th of the preceding month. The POC schedule shall include the POC's name, telephone number, and pager number.

Further, to assist in the timely and appropriate placement of these cases, the following shall occur:

On a daily basis, by 0700 hours, the Lead Shift Registered Nurse assigned to the CTC and at CIM and CSP-COR hospitals shall place a call to HCPU at (916) 327-1071 (voice mail), and convey their number of beds vacant along with the corresponding bed numbers. HCPU will collect this information each morning to update bed availability.

### SATURDAY/SUNDAY/HOLIDAY MHCB REFERRAL PROCESS

- Staff from HCPU will be available by phone each Saturday, Sunday, and holiday from 0800 hours to 1600 hours.

- To make a MHCB referral, the sending POC shall page the HCPU staff at (916) 491-8332 and leave a return telephone number for immediate contact. HCPU staff will return the page, and after reviewing bed availability, HCPU staff will contact the receiving POC at the most appropriate institution. The POC at the receiving institution must be available for immediate contact and shall accept MHCB referrals. The receiving POC shall provide a specific bed number to be held for the sending institution for 24 hours. Once a bed has been secured, the HCPU staff will call the referring clinician to provide the location and bed number of the vacant bed and the telephone number of the receiving POC to contact. The sending POC shall immediately contact the receiving POC to communicate all clinical information about the inmate and to ensure transfer within 24 hours.

- Once MHCB acceptance has been made, the clinicians shall prepare appropriate documentation and notify both Watch Commander and Administrative Officer of the Day (AOD) to ensure the transfer occurs. The Watch Commander or AOD shall ensure that the Classification and Parole Representative (C&PR) or Correctional Counselor (CC) III is notified regarding the transfer on the next working day.

Wardens
Health Care Managers
Chief Psychiatrists/Chief Psychologists
Mental Health Managers
Page 3

## MONDAY THROUGH FRIDAY MHCB REFERRAL PROCESS

- Staff from HCPU will be available Monday through Friday 0700 hours to 1630 hours.

- To make a MHCB referral Monday through Friday, the referring clinician shall contact the assigned Correctional Counselor III (CC III) on the attached list.

- HCPU staff will review the availability of MHCBs and contact the receiving clinician at the most appropriate MHCB institution. The receiving clinician must be available for immediate contact and shall accept MHCB referrals. The receiving clinician shall provide a specific bed number to be held for the sending institution for 24 hours. Once a bed has been secured, the HCPU staff will return a call to the referring clinician and provide the location and bed number of the vacant bed and the receiving clinician to contact. The sending clinician shall immediately contact the receiving clinician to communicate all clinical information about the inmate and affect the transfer within 24 hours.

- Once MHCB acceptance has been made, the clinicians shall prepare appropriate documentation and affect the transfer through their institutions' Classification & Parole Representative/CC III.

At any time, should differences of opinion arise, or should MHCB vacancies not readily be made available, HCPU staff will contact the Health Care Regional Administrator to intervene.

Should you have any questions regarding this process, please call Irma Petrey, Chief, HCPU, at (916) 322-5765.

ROSANNE CAMPBELL
Deputy Director
Health Care Services Division

W. A. DUNCAN
Deputy Director
Institutions Division

Attachment

cc: Renee Kanan, M.D.　　　　　　　　　　　　Roderick Q. Hickman
　　Frank Nissen　　　　　　　　　　　　　　　Marilyn Kalvelage
　　D. A. Mayle　　　　　　　　　　　　　　　　David Gransee
　　Regional Administrators, HCSD　　　　　　Anita Mitchell, M.D.
　　Regional Administrators, Institutions Division