# EXHIBIT E

State of California                                                          Department of Corrections and Rehabilitation

# Memorandum

Date : September 6, 2005

To : Wardens
Health Care Managers
Chiefs, Mental Health Program

| DCHCS Memo Number : 05-0009 |
|---|
| **Reason For Transmittal** |
| [ ] State Law Change |
| [ ] Policy Change |
| [ ] Court Order or Settlement Agreement |
| [x] Clarification Request |
| [ ] Other _____ |
| **Supersedes:** Memorandum dated July 21, 2005 |

Subject: STANDARDIZATION OF MENTAL HEALTH CRISIS BED ADMISSION PROCEDURES

The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is committed to the development of a bed management strategy which will increase the quantity of available Mental Health Crisis Beds (MHCB) and decrease waiting lists for this level-of-care. In the interim, inmate-patients in need of a MHCB must be housed in the safest and most humane settings possible utilizing existing physical plant options.

This memorandum addresses three issues relevant to inmate-patients waiting for a MHCB:

1. Holding environment pending transfer or placement.
2. Mattress, blanket, and gown issuance.
3. Five-Day follow-ups for suicidality.

Holding Environment Pending Placement or Transfer to MHCB

When an inmate-patient is determined to need a MHCB and there are no available beds in the sending institution, the steps outlined in the attached memorandum from September 16, 2003, shall be followed pending placement/transfer. After a brief assessment of medical and mental health factors, inmate-patients currently housed in the Correctional Treatment Center (CTC) shall be thoroughly assessed for appropriateness to discharge. In addition, if appropriate, medical inpatients shall be considered for placement in the community hospital.

On occasion, some inmate-patients cannot be placed into a MHCB within the policy requirement of 24-hours due to a lack of available beds. To best manage such situations, each institution shall develop a local operating procedure (LOP) regarding the housing and care of inmate-patients waiting for a MHCB to codify their actual operating process. Physical plant options and specific mental health program missions at each institution necessitate

CDC 1617 (3/89)

individualization of each LOP. However, each individualized LOP shall incorporate the following standardized procedures:

- When an inmate-patient is identified as needing a MHCB, the referring clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Only licensed clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission to a vacant bed.

- The LOP may require a 128C chrono be generated in addition to the clinician's order to notify custody staff.

- Until transferred to a MHCB the inmate-patient shall be observed and monitored, or if clinically indicated, placed under constant direct observation for suicide watch. Nursing shall also be available to administer medication and to provide nursing checks as clinically indicated and ordered. The LOP shall indicate procedures for administration of medication and for daily contact by a mental health clinician.

- Appropriate housing of inmate-patients pending MHCB transfer shall be determined by the sending institution and in the following order of preferred locations:

    1. Inpatient Beds.
    2. Outpatient Housing Unit.
    3. Outpatient Housing Unit overflow cells.
    4. Large holding cells with water/toilets including, but not limited to, "ZZ cells," "Wet cells," and/or "Clinic cells." Many CTC buildings have holding cells located outside of the entrance to the licensed bed area. These are typically located in the Specialty Care Clinic area. These cells are permissible for temporary housing pending transfer without violating licensing restrictions of the licensed bed area of the CTC building.
    5. Large holding cells without water/toilets such as "Contraband Cells" (Not in a CTC licensed area.)
    6. Triage and Treatment Area or other clinic physical examining room
    7. Other unit-housing where complete and constant visibility can be maintained
    8. When none of the above are available, small holding cells (not in a CTC licensed bed area) that are designed for the inmate-patient to sit or stand may be used for up to four hours by which time consideration of a rotation to one of the above listed options shall have been considered and the outcome of such consideration documented. Inmate-patients shall be retained in sit/stand cells only with approval of the watch commander and notification of clinical staff on-call.

9. Holding cells within the licensed bed area of the CTC building (notification to Department of Health Services of an unusual occurrence is required).

- The Health Care Placement Unit (HCPU) shall be contacted directly by telephone regarding all inmate-patients pending transfer to a MHCB in accordance with the September 16, 2003 memorandum (attached). If the goal is to place the inmate-patient at the same institution's MHCB without requiring transport, the HCPU shall be contacted when a bed is not immediately available. The information relayed to HCPU shall include the inmate-patient's name, CDC number, prior level of care, identification of the time that the determination for a MHCB was made, reason for MHCB placement, current institution, and type and location of temporary housing.

- The HCPU shall be notified whenever a MHCB becomes available. For those institutions with a CTC and MHCB program, HCPU may prioritize an inter-institution transfer of an inmate-patient (based on clinical or temporary housing priority) into a MHCB over internal admissions.

- When an inmate-patient verbalizes suicidal ideation without other signs and symptoms of increased risk of suicide, the mental health clinician is responsible for evaluating any contributing environmental stressors, including the completion of a Suicide Risk Assessment form, and communicating with custody staff and supervisors regarding any potentially solvable custody issues. Resolution of related environmental issues is preferable to placement of an inmate-patient who is not genuinely at risk of suicide into a MHCB.

- The primary clinician and the assigned psychiatrist shall assess the inmate-patient and provide appropriate mental health services. When appropriate, the mental health clinicians shall provide therapeutic intervention focused on ways the inmate-patient may get perceived non-medical needs met without requiring MHCB placement. After regular work hours, the psychiatrist on-call is encouraged to conduct a face-to-face clinical assessment prior to admitting the inmate-patient to a MHCB. After work hours when the psychiatrist on-call chooses not to admit a suicidal inmate-patient to MHCB, a face-to-face clinical assessment is required.

- When involuntary/emergency medication is administered, all available documentation related to the decision to medicate, including but not limited to, danger to self, others, and/or grave disability, shall be forwarded to the treating clinicians in the MHCB.

- For inmate-patients discharged from a MHCB back to another sending institution or new institution, the LOP may allow for placement into alternate housing pending transfer, with appropriate mental health follow-up.

- Upon discharge, the clinician from the treating MHCB will call the Chief Psychiatrist, Chief of Mental Health, or designee at the institution to which the inmate-patient will return or be sent (See attached contact list.) If the contact person is not available, the MHCB clinician will leave the following information with a mental health supervisor for the contact person (or Health Care Manager if there is no mental health supervisor available):

    o Name and CDCR number of inmate-patient.
    o Contact information for the discharging clinician, including pager number.
    o Discharge diagnosis.
    o Follow-up requirements (i.e. daily contact required for suicide follow-up).

- The Discharge Summary, Suicide Risk Assessment, and Doctor's orders shall be faxed to the designated fax number. (See attached contact numbers at each institution.)

## Mattress, Blanket and Gown Issuance

All inmate-patients who are deemed to need a MHCB because of suicidal ideation, threats or attempts, and who are housed in one of the above environments pending transfer to a MHCB, shall be issued a no-tear mattress, no-tear blanket, and a no-tear gown/smock, unless otherwise ordered in writing by the clinician. If the inmate-patient subsequently attempts to use any or all of these items to harm his or herself, the clinician may then order that one or more of these items be removed. However, it is important to stress that unless otherwise contraindicated, the inmate-patient shall be issued the above items since the inmate-patient's dignity and comfort must always be preserved to every extent possible while maintaining safety and security.

## "Five-Day" Clinical Follow-Up Plans and Custody Wellness Checks

Inmate-patients who were determined to need a MHCB for suicidal precautions or watch, and who were held, pending transfer, in one of the above housing environments, but who subsequently are deemed to no longer be at risk of suicide and, therefore, are released back to their regular housing cell, shall receive appropriate clinical and custodial follow-up per existing policy and procedures (i.e. 5-day follow up procedures).

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 5

For questions, please contact Shama Chaiken, Ph.D., Chief Psychologist, DCHCS, at (916) 445-4114.

RENEE KANAN, M.D.
Director (A)
Division of Correctional Health Care Services

JOHN DOVEY
Director
Division of Adult Institutions

Attachments

cc: J. S. Woodford
    Associate Directors, Division of Adult Institutions
    Yulanda Mynhier
    Regional Administrators, DCHCS
    Lisa Tillman
    Kathleen Keeshen
    Timothy Fishback, M.D.
    Shama Chaiken, Ph.D.
    Margaret McAloon, Ph.D.
    Andrew Swanson, M.D.
    Irma Petrey