# EXHIBIT F

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date:    **MAR 26 2007**

To:   Health Care Managers
      Chiefs of Mental Health
      Wardens

Subject: **TRACKING AND TRANSFER OF INMATE-PATIENTS REQUIRING MENTAL HEALTH CRISIS BED CARE**

**Overview**

The purpose of this memorandum is to reiterate the Mental Health Services Delivery System (MHSDS) Program Guide policy that inmate-patients who require placement in a Mental Health Crisis Bed (MHCB) care shall be referred and transferred to a MHCB as soon as possible, and within 24 hours when bed space is available.

When an inmate-patient is identified as requiring a MHCB, and there are no available beds in the sending institution, the Health Care Placement Unit (HCPU) must be notified (see steps outlined in the attached memorandum dated September 16, 2003). **No inmate-patient identified as requiring MHCB care shall be housed in an Outpatient Housing Unit, Administrative Segregation Unit, or any other alternative housing, unless the HCPU has been notified of the need for a MHCB.**

All inmate-patients evaluated for possible need for MHCB care shall either be:
- Placed immediately into a MHCB;
- Placed in an Outpatient Housing unit for further evaluation if a MHCB referral is not immediately indicated (see details below);
- Referred to the HCPU for transfer to a MHCB; or
- Returned to regular housing if MHCB care is clearly not required.

When an inmate-patient requires observation and evaluation of behaviors that may be indicative of mental illness, a licensed mental health professional may place the inmate-patient into an Outpatient Housing Unit.

MHSDS Program Guide pages 12-5-27 through 12-5-29 (attached) include policy regarding mental health treatment in the Outpatient Housing Unit (OHU) setting. Inmate-patients shall not be housed in any other outpatient setting, except an OHU, for the purpose of evaluating the possible need for a MHCB. Inmate-patients shall not remain in an OHU for more than 72 hours (unless criteria on MHSDS Program Guide page 12-5-28 are met).

Tracking and Transfer of Inmate-Patients Requiring Mental Health Crisis Bed Care
Page 2

**Questions**

If you have any questions regarding this memorandum, you may contact:
Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, Division of Correctional Health Care Services, (916) 445-4114.


DOUG MCKEEVER
Director (A)
Mental Health Program
Division of Correctional Health Care Services

LEA ANN CHRONES
Deputy Director (A)
Division of Adult Institutions

Attachment

cc: Brigid Hanson (A), Director, DCHCS
Tim Rougeux, *Plata* Implementation Project Director, DCHCS
Peg McAloon, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
Andrew Swanson, M.D.; Chief Psychiatrist, Mental Health Program, DCHCS
Mary Huttner, SSM I, Health Care Services Division, QMAT
Michael Stone, General Counsel, OLA
Lisa Tillman, Deputy Attorney General, Office of the Attorney General
Scott Kernan, Chief Deputy Secretary (A), Adult Operations, Office of the Secretary
Associate Directors, DAI
Joseph Moss, Correctional Captain, DAI
Mary Neade, Correctional Counselor II, DAI
Julian Martinez, Correctional Captain, Health Care Placement Unit

| Mental Health Crisis Bed | Mental Health Services Delivery System |

- Custody staff shall conduct an hourly check of inmate-patients admitted to the MHCB for suicidality for the first 24 hours after discharge. A mental health clinician shall then discuss the inmate-patient's behavior with the custody staff and evaluate the inmate-patient to determine if the custody checks should be continued or discontinued. If the custody checks are retained, the mental health clinician shall determine whether the checks are to be every hour, every two hours, or every four hours for the next 24-48 hours. Custody staff shall maintain a log of checks on inmates.

- If after any evaluation the mental health clinician believes the inmate-patient has not stabilized, the inmate-patient shall be returned to the MHCB for further treatment. Careful consideration by the IDTT should be given to releasing inmates on a Friday, during the weekend, or the day before a holiday. The mental status and stability of the inmate-patient should be documented in detail on a CDCR Form 7230, Interdisciplinary Progress Note. A mental health clinician must be available every day (including weekends and holidays), either on duty or on call, to monitor inmate-patients who are discharged from a MHCB.

**Quality Management for Implementation of Discharge Planning**

Concurrent with the implementation of the discharge plan or within 21 days of the inmate-patient's discharge from the MHCB, the Chief of Mental Health at the institution where the inmate-patient was transferred will audit the implementation of the discharge plan and follow-up care.

For inmate-patients who were admitted to the MHCB for Suicide Precaution or Watch, the Chief of Mental Health shall review the Suicide Risk Assessment Checklist (SRAC) that was completed prior to discharge from the MHCB to ensure the discharge plan is appropriate. The Chief of Mental Health shall document the review in the UHR and forward a copy of the SRAC to the local Suicide Prevention Committee. A copy will also be retained by the mental health clerical staff.

J. **MENTAL HEALTH PATIENTS IN OUTPATIENT HOUSING UNITS (OHU)**

When an inmate-patient requires observation and evaluation of behaviors that may be indicative of mental illness, a licensed mental health professional may document the need for placement of the inmate-patient into an OHU.

A physician, psychiatrist, or licensed psychologist shall order placement and release of inmate-patients into and out of the OHU for mental health care and shall be in charge of the inmate-patients' care while housed there. The placement into the OHU shall be made using the CDCR Form 7221, Physician's Order.

| Mental Health Crisis Bed | Mental Health Services Delivery System |
|---|---|

- Psychologists ordering placement of inmate-patients into the OHU shall refer the inmate-patient to a physician for a physical examination and to a psychiatrist for a medication evaluation.

The physician's or psychologist's placement orders may be transmitted verbally or by telephone to the RN or MTA. The ordering physician or psychologist shall sign all verbal placement orders within twenty-four (24) hours.

A physician or psychologist shall document the need for placement on a CDCR Form 7230, Interdisciplinary Progress Note, within twenty-four (24) hours of placement. Within twenty-four (24) hours after placement each inmate-patient shall have an evaluation, including admission history and physical examination, for immediate care planning. The Mental Health Evaluation shall be documented on a CDCR Form 7386.

The patient shall receive an additional face-to-face evaluation by a mental health clinician or other qualified medical staff within 48 hours. This contact shall be documented on a CDCR Form 7230, Interdisciplinary Progress Note. If at any time during this observation/evaluation period it is determined that the inmate-patient requires inpatient care, arrangements shall be made to transfer the inmate-patient within 24 hours of the determination to a MHCB. If evaluation of the inmate-patient's mental health need continues beyond 48 hours, arrangements shall be made to transfer the inmate-patient to a MHCB or inpatient facility. Inmate-patients shall not remain in OHU for more than 72 hours.

The only exception to this 72-hour limit shall occur, on a case-by-case basis, only if both of the following criteria are met:
1. The inmate-patient has been determined to need EOP LOC and is awaiting placement, and
2. An IDTT determines that the inmate-patient may be at risk if returned to any of the housing units available at that institution while awaiting transfer.

When both of the above criteria are met, the inmate-patient may be held in OHU until transferred to an EOP LOC program. The timeline for transfer from OHU to EOP shall not exceed 30 days from EOP endorsement. This timeline for transfer shall include any days that the inmate-patient is in a MHCB following endorsement, and shall not be restarted if the inmate-patient returns to the OHU.

When it is determined that inpatient care is necessary and the institution staff are unable to expeditiously find a MHCB, they will contact the HCPU for assistance to ensure placement within the required timelines. If it is determined that an order for Suicide Precaution or Watch is necessary, observation by clinical and/or custody staff, consistent with the MHSDS Suicide Prevention policy (see Chapter 10 dor details), shall be provided.

| Mental Health Crisis Bed | Mental Health Services Delivery System |
|---|---|

When an inmate is placed in the OHU for being potentially suicidal, a mental health clinician shall administer a SRAC at the times of placement and release. On weekends, holidays, or after hours, the SRAC shall be administered by the MOD, POD, or RN trained on administration of the SRAC. Inmate-patients housed in OHU for suicide observation, who do not require MHCB LOC and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care utilizing the process and timeframes described for MHCB suicide discharges, if clinically indicated.

When emergency circumstances exist, clinical restraint or clinical seclusion may be applied in OHU, subject to the requirements for clinical restraint or clinical seclusion in the MHCB. Emergency circumstances exist when there is a sudden marked change in the inmate-patient's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the inmate-patient or others, and it is impractical to first transfer the inmate-patient to a MHCB. The MHCB transfer process (See Section D, Referral and Transfer, MHCB Transfer) shall be immediately initiated upon determination that an inmate-patient requires clinical restraint or clinical seclusion, and transported when clinically safe to do so.

### *Mental Health Conditions Appropriate for Placement into an OHU*

1. Observation for Suicide Precaution or Suicide Watch consistent with the CDCR Suicide Prevention and Response Project.
2. Inmates who engage in behaviors that might be indicative of a mental disorder that interferes with daily living and requires further observation and evaluation.
3. Inmate-patients who have been referred to an EOP or MHCB who are too ill or too vulnerable to be placed in the General Population while waiting for transfer.

If at any time the mental health clinician determines that the inmate-patient has improved and does not require a higher LOC, the clinician may discharge the inmate-patient back to the General Population at the appropriate LOC.

### K. STAFFING

The MHCB is designed to provide 24-hour care and is subject to State licensing requirements (Title XXII, Section 79739). Consequently, it must comply with the staffing standards of the Correctional Treatment Center (CTC) license under which it operates. MHCB staff shall provide acute mental health services for inmate-patients admitted to MHCB. In programs with six or fewer beds, acute mental health services may be provided by the MHCB Clinical Director. Through contracts or temporary reassignment of mental health staff from other program areas, staffing shall be augmented as needed.