# EXHIBIT H

**State of California**  California Department of Corrections and Rehabilitation

# Memorandum

Attachment E

Date : October 2, 2006

To : Health Care Managers
Chiefs of Mental Health

Subject : TRANSFER OF MENTAL HEALTH TRACKING SYSTEM SUICIDE HISTORY INFORMATION

Over the last year mental health clinicians have been providing suicide history data regarding their patients to be entered into the Mental Health Tracking System (MHTS) consistent with a *Coleman* court order. This data is then used to generate the Inmate Profile (IP) which includes suicide history and alerts.

Beginning October 2, 2006, whenever a Mental Health Services Delivery System inmate transfers from one California Department of Corrections and Rehabilitation (CDCR) institution to another CDCR institution, or whenever a confidential Medical/Mental Health Transfer Form 7371 is sent, the IP generated by the MHTS will be included in the transfer envelope.

At the receiving institution the IP will be reviewed by the Receiving and Release Registered Nurse (RN) for referral consideration based on current needs and then forwarded to the Mental Health Program for input into the institution's MHTS.

Your local Operating Procedure (OP) should include all points in this process including:

- How MHTS staff at the sending institution is informed that an inmate is transferring so they can generate the IP.

- How MHTS staff will ensure the IP gets to the nursing staff responsible for generating the transfer envelope.

- How the receiving institution will utilize the IP suicide history information in the bus screening process.

- How at the receiving institution the IP is routed to the MHTS staff for input.

- The Operating Procedure for referral of a positive bus screening to mental health clinicians should be reiterated consistent with the Mental Health Program Guides policy.

CDC 1617 (3/89)

Health Care Managers
Chiefs of Mental Health
Page 2

All inmates who are being placed in Administrative Segregation Unit shall have the IP generated and reviewed by the Licensed Psychiatric Technician (LPT) prior to their mental health screening (This will require LPTs to have access to the MHTS to generate IPs)

If you have any questions, please contact Margaret McAloon, Ph.D., Chief Psychologist, Clinical Operations, Mental Health Program, Division of Correctional Health Care Services (DCHCS) at (916) 324-6102.

*[signature]*

PETER FARBER-SZEKRENYI, DR., P.H.
Director
Division of Correctional Health Care Services


cc: Brigid Hanson, Deputy Director, DCHCS
    Christine Martin, Special Assistant to the Director, DCHCS
    Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch, DCHCS
    Dwight Winslow, M.D., Statewide Medical Director (A), DCHCS
    Regional Administrators, DCHCS
    Regional Medical Directors, Clinical Services, DCHCS
    Doug McKeever, Program Director, Mental Health Program, DCHCS
    Andrew Swanson, Chief Psychiatrist, Mental Health Program, DCHCS
    Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
    Margaret McAloon, Ph.D., Chief Psychologist, Clinical Operations, Mental Health Program, DCHCS
    Senior Psychologist Supervisors and Specialists, DCHCS Headquarters
    Susan Turner, Statewide Director of Nursing, DCHCS
    Lisa Tillman, Deputy Attorney General, Department of Justice
    Michael Stone, Staff Counsel, Correctional Law Unit, Office of Legal Affairs
    Sharon Riegel, Health Program Specialist, DCHCS