# TABLE OF APPENDICES

1    Receiver's Turnaround Plan of Action Matrix

2    CPHCS Projects Chart

3    Executive Summary & Health Care Access Quality Reports – March 2010 through June 2010

4    Human Resources Recruitment and Retention Reports – March 2010 through June 2010

5    Diabetes Outcomes Report – August 2010

6    2009 Patterns and Trends in Inmate Mortality Report

7    Pain Management Report

8    Sample View of the Diabetic Patient Registry

9    CPHCS Care Guide: Asthma and Asthma Quality of Care Tool

10   Pharmacy Services Performance Reports – April 2010 through June 2010

11   CPR Financial Statements – July 1, 2009 through August 31, 2010

12   Master Contract Waiver