# APPENDIX 8

### Diabetic registry overdue for a lab test or condition not in control
### As of 05/28/2010
### Institution ASP

**Preliminary Care Team=Yard 1 Clinic**

| Last Name | CDCR # | Birthdate | Housing | A1C Result within 6 months | A1C Date - most recent | Is patient on long-acting insulin? | LDL Result within 12 months | LDL Date - most recent | Is patient on an ACE or ARB? | MA Result within 12 months | MA Date - most recent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 6.2 | 05/11/2009 | No | | | Yes | | |
| | | | | 6.8 | 03/09/2010 | No | 93.4 | 09/16/2009 | Yes | 7.34 | 12/14/2009 |
| | | | | 6.8 | 12/11/2009 | No | 101.4 | 12/11/2009 | No | 7 | 07/28/2009 |
| | | | | 6.6 | 03/02/2010 | No | | | Yes | | |
| | | | | 12.2 | 04/06/2010 | No | | | No | | |
| | | | | 5.8 | 02/01/2010 | Yes | 30.4 | 09/01/2009 | No | 1 | 02/01/2010 |
| | | | | 7.5 | 01/20/2010 | Yes | 55.2 | 02/20/2009 | Yes | | |
| | | | | 6.2 | 02/22/2010 | No | | | Yes | | |
| | | | | 8.4 | 03/10/2010 | No | 52.7 | 10/08/2009 | Yes | | |
| | | | | 8.8 | 02/23/2010 | Yes | 66.8 | 11/10/2009 | Yes | 11 | 11/10/2009 |
| | | | | 11 | 03/11/2010 | No | | | No | | |
| | | | | 5.9 | 04/16/2010 | No | 84 | 04/16/2010 | Yes | 17 | 09/29/2009 |
| | | | | 7.5 | 03/03/2010 | No | 101.9 | 06/16/2009 | Yes | 11 | 06/16/2009 |
| | | | | 6.5 | 03/26/2010 | Yes | 75 | 02/08/2010 | Yes | 5 | 02/11/2010 |
| | | | | 10.6 | 03/09/2010 | Yes | 7.7 | 01/27/2010 | No | 0.66 | 01/27/2010 |
| | | | | 5.9 | 03/30/2010 | No | 114 | 12/02/2009 | Yes | 4 | 12/02/2009 |
| | | | | 14.6 | 01/12/2010 | No | 165 | 01/12/2010 | Yes | 2376 | 01/14/2010 |
| | | | | 6.3 | 03/04/2010 | No | 45.6 | 10/21/2009 | Yes | | |
| | | | | 6.6 | 04/29/2010 | No | 80.5 | 10/02/2009 | Yes | | |
| | | | | 6 | 02/22/2010 | No | | | Yes | | |
| | | | | 6.1 | 04/12/2010 | No | 127 | 03/13/2009 | Yes | | |
| | | | | 12.6 | 03/04/2010 | Yes | | | No | | |
| | | | | 6.9 | 01/08/2010 | Yes | 86.7 | 06/02/2009 | Yes | 11.39 | 05/14/2009 |
| | | | | 6.3 | 04/19/2010 | No | 53.3 | 08/09/2009 | No | 5 | 08/09/2009 |
| | | | | 5.3 | 10/02/2009 | No | 79.1 | 10/02/2009 | Yes | 4 | 10/02/2009 |
| | | | | 6.6 | 06/17/2009 | Yes | 58.4 | 03/17/2009 | Yes | 0.94 | 02/17/2010 |
| | | | | 6.2 | 04/19/2010 | No | 67 | 02/12/2010 | Yes | | |
| | | | | 6.9 | 01/27/2010 | No | 83.9 | 01/14/2010 | Yes | 0.16 | 01/27/2010 |
| | | | | 6.7 | 03/03/2010 | No | 113.9 | 01/14/2010 | Yes | 0.84 | 01/14/2010 |
| | | | | 5.7 | 01/12/2010 | No | | | Yes | 9 | 02/03/2009 |
| | | | | 5.4 | 03/16/2010 | No | 125.7 | 12/02/2009 | No | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | 5.9 | 03/24/2010 | No | 63.1 | 10/20/2009 | No | | |
| ■ | ■ | ■ | ■ | 6.4 | 02/09/2010 | No | 71.1 | 09/29/2009 | Yes | 0.66 | 06/11/2009 |
| ■ | ■ | ■ | ■ | **10.7** | 04/20/2010 | No | **100.9** | **03/30/2009** | Yes | 1.66 | 01/15/2010 |
| ■ | ■ | ■ | ■ | 7.2 | 03/16/2010 | No | **137.1** | 09/14/2009 | Yes | 5 | 09/14/2009 |
| ■ | ■ | ■ | ■ | 6.6 | **07/27/2009** | No | 83.6 | **03/10/2009** | Yes | | |
| ■ | ■ | ■ | ■ | 6.4 | 03/23/2010 | No | 51.2 | 09/16/2009 | Yes | 0.39 | 03/02/2009 |
| ■ | ■ | ■ | ■ | 6.5 | 04/13/2010 | No | **197.1** | 12/08/2009 | No | 0.16 | **04/21/2009** |
| ■ | ■ | ■ | ■ | 5.6 | **11/03/2009** | No | 63.6 | 11/03/2009 | Yes | | |
| ■ | ■ | ■ | ■ | 6.5 | 12/14/2009 | No | 88.7 | 12/14/2009 | Yes | 0.46 | 03/30/2009 |
| ■ | ■ | ■ | ■ | 6.6 | 04/15/2010 | No | **205.3** | 01/14/2010 | Yes | | |
| ■ | ■ | ■ | ■ | 7.8 | 01/26/2010 | No | **114.9** | 08/14/2009 | Yes | 3.26 | 02/03/2010 |
| ■ | ■ | ■ | ■ | **10.5** | 02/23/2010 | No | **160.8** | 12/14/2009 | No | 7 | 09/18/2009 |
| ■ | ■ | ■ | ■ | 6.4 | 03/09/2010 | No | 73.1 | 11/16/2009 | No | | |
| ■ | ■ | ■ | ■ | **9.3** | 02/02/2010 | Yes | 65 | 02/02/2010 | Yes | 0.28 | 02/02/2010 |
| ■ | ■ | ■ | ■ | 6.6 | 03/17/2010 | No | | | Yes | -0.5 | 12/21/2009 |
| ■ | ■ | ■ | ■ | 6.5 | **08/11/2009** | No | 15.3 | **05/04/2009** | Yes | | |
| ■ | ■ | ■ | ■ | 7 | **10/23/2009** | Yes | 81.1 | **04/14/2009** | Yes | 1.03 | 03/12/2009 |
| ■ | ■ | ■ | ■ | 6 | 01/29/2010 | No | | | Yes | 10.99 | 01/29/2010 |
| ■ | ■ | ■ | ■ | **12.7** | 03/26/2010 | Yes | 77.7 | 05/28/2009 | Yes | 9.59 | 05/28/2009 |
| ■ | ■ | ■ | ■ | 7.7 | 04/07/2010 | No | 86.7 | 09/24/2009 | Yes | | |
| ■ | ■ | ■ | ■ | **9.7** | **11/06/2009** | No | 58.8 | 11/06/2009 | Yes | 95 | 11/06/2009 |
| ■ | ■ | ■ | ■ | 5.9 | 03/09/2010 | Yes | 57.9 | 09/01/2009 | Yes | 10 | 09/01/2009 |
| ■ | ■ | ■ | ■ | 6.8 | **11/02/2009** | No | 73.8 | 02/11/2010 | Yes | 9 | 02/11/2010 |
| ■ | ■ | ■ | ■ | 7.3 | 03/22/2010 | Yes | | | No | | |
| ■ | ■ | ■ | ■ | 7.4 | 02/11/2010 | No | 72.1 | 02/11/2010 | No | 8 | 06/23/2009 |
| ■ | ■ | ■ | ■ | 7.4 | 05/12/2010 | No | **147** | 05/12/2010 | No | 4.9 | 03/26/2010 |
| ■ | ■ | ■ | ■ | 6.4 | 02/12/2010 | No | **111.2** | 02/12/2010 | Yes | 0.54 | 07/07/2009 |
| ■ | ■ | ■ | ■ | 6.6 | 03/03/2010 | No | 73.8 | 10/28/2009 | No | 15 | 10/23/2009 |
| ■ | ■ | ■ | ■ | 5.8 | **10/27/2009** | No | **119** | 10/27/2009 | Yes | 0.63 | 01/14/2010 |
| ■ | ■ | ■ | ■ | 7 | **10/13/2009** | No | 92.2 | 08/26/2009 | No | 13 | 10/13/2009 |
| ■ | ■ | ■ | ■ | 6.6 | 03/23/2010 | No | 80 | 12/16/2009 | No | | |
| ■ | ■ | ■ | ■ | 6.3 | 02/04/2010 | No | **111.9** | 07/20/2009 | No | | |
| ■ | ■ | ■ | ■ | 6.5 | **05/01/2009** | No | | | Yes | 0.8 | 06/10/2009 |
| ■ | ■ | ■ | ■ | 6.1 | 12/02/2009 | No | **155.5** | 12/02/2009 | Yes | | |
| ■ | ■ | ■ | ■ | 6.8 | 03/23/2010 | No | 53.1 | 10/27/2009 | No | 5 | 07/29/2009 |
| ■ | ■ | ■ | ■ | 6.1 | **10/05/2009** | No | **118** | 10/23/2009 | Yes | 10 | 10/23/2009 |
| ■ | ■ | ■ | ■ | **10.2** | 03/29/2010 | Yes | 87.9 | 11/02/2009 | Yes | 0.4 | 12/30/2009 |
| ■ | ■ | ■ | ■ | **8.9** | 02/08/2010 | Yes | 78.5 | 02/08/2010 | Yes | 2 | 02/08/2010 |
| ■ | ■ | ■ | ■ | 6.8 | 02/23/2010 | No | 59.1 | **04/16/2009** | Yes | 0.39 | 02/18/2009 |

| | | | | | 6.7 | 07/14/2009 | No | 132.2 | 10/20/2009 | Yes | | |
| | | | | | 9.6 | 03/08/2010 | No | | | No | 2 | 06/15/2009 |
| | | | | | 9.5 | 04/15/2010 | Yes | 95.9 | 09/29/2009 | Yes | 14 | 09/29/2009 |
| | | | | | 6.5 | 03/11/2010 | No | 107 | 02/03/2010 | Yes | | |
| | | | | | 8.6 | 04/26/2010 | Yes | 122.2 | 04/21/2009 | Yes | | |

Diabetes Outcomes Report issued July 14, 2010 at 10:08:13 AM

# APPENDIX 9

# CPHCS Care Guide: Asthma

Case 2:90-cv-00520-KJM-SCR    Document 3423    Filed 12/23/10    Page 6 of 41

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## GOAL- "CONTROL" OF SYMPTOMS

| | |
|---|---|
| SYMPTOMS: SOB, WHEEZE, COUGH | $\leq$ 2 DAYS/WEEK |
| NIGHT TIME AWAKENINGS | $\leq$ 2 X'S/MONTH |
| ACTIVITY INTERFERENCE | NONE |
| SABA USE FOR SYMPTOM CONTROL | $\leq$ 2 DAYS/WEEK |
| FEV₁ OR PEAK FLOW | > 80% PREDICTED OR PERSONAL BEST |
| EXACERBATIONS REQUIRING ORAL STEROIDS | 0-1/ YEAR |

## ALERTS

$\Rightarrow$ **Losing control:** ↑ symptoms, ↑ SABA use, ↓ PEF, etc.

$\Rightarrow$ **SpO2 < 92 %**

$\Rightarrow$ **Can't speak more than 1-2 words/breath**

$\Rightarrow$ **PEF < 50% Predicted/Personal Best**

$\Rightarrow$ **Silent Chest, Cyanosis, Confusion or Coma.**

## DIAGNOSTIC CRITERIA/EVALUATION- "CLASSIFY" SEVERITY

| SEVERITY CLASSIFICATION | INTERMITTENT | PERSISTENT | | |
|---|---|---|---|---|
| | | MILD | MODERATE | SEVERE |
| SYMPTOM FREQUENCY | $\leq$ 2 days/week | > 2 days/week but not daily | daily | throughout day |
| NIGHTTIME AWAKENINGS | $\leq$ 2 x's/month | 3-4 x's / month | >1x/ week but not nightly | often 7x/week |
| INTERFERENCE WITH NORMAL ACTIVITY | None | Minor | Some | Extreme |
| SPIROMETRY LUNG FUNCTION | Normal FEV₁ between exacerbations FEV₁ >80% predicted FEV₁/FVC normal | FEV₁ > 80 predicted Normal FEV₁/FVC normal | FEV₁ > 60% predicted but <80 predicted FEV₁/FVC reduced 5% daily | FEV₁ <60% predicted FEV₁/FVC reduced > 5% |

**COMPLETE HISTORY INCLUDING:**

- Medications, smoking hx, hospitalizations/intubations due to Asthma; known triggers; seasonal variability; vaccination hx
- Baseline spirometry
- Exam including heart and lung, peak flow, complete vitals (BP, P, RR, O2Sat, T, Ht/Wt)
- Consider differential diagnosis: other pulmonary diseases, cardiac disease, infectious diseases, etc

## TREATMENT OPTIONS- "CORTICOSTERIODS" TO TREAT





▸ Asthma is dynamic: Step ↑up therapy if not well controlled. Step ↓down therapy if well controlled on current therapy > 3 months.

▸ Before stepping up therapy-review adherence to meds, inhaler technique & comorbid conditions.

▸ Start on ICS if: > 2 days of symptoms/use of SABA per week

  $\Rightarrow$ 2 nocturnal awakenings per month

  $\Rightarrow$ 2 exacerbations requiring oral steroids/year

▸ Consider GERD treatment if frequent exacerbations occur or if persistent cough not improving

▸ Use spacers

▸ Asthma exacerbation = oral steroid burst

▸ Assign severity to the most severe category in which any feature occurs; considering both impairment and risk

▸ Smoking cessation

**EACH STEP: PATIENT EDUCATION, ENVIRONMENTAL CONTROL AND MANAGEMENT OF COMORBIDITIES.**

**QUICK RELIEF MEDICATION FOR ALL PATIENTS**

SABA as needed for symptoms. Intensity of treatment depends on severity of symptoms: up to 3 treatments at 20 minute intervals as needed. Short course of oral systemic corticosteroids may be needed.

Use of SABA > 2 days a week for symptom relief (not preventative of EIB) generally indicates inadequate control and the need to step up treatment

## MONITORING

- If patient is at therapeutic goal on 2 consecutive encounters, patient may be seen up to every 180 days
- If not at treatment goal, use clinical judgment for monitoring timeframe.
- If recent exacerbation, follow closely until patient clinically improved.

Definition of Terms: SABA - short acting beta agonist LABA - long acting beta agonist ICS - Inhaled Cortical Steroids EIB - Exercise Induced Bronchospasm LTRA - Leukotriene Receptor Antagonist

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## Medications

| MEDICATION CLASS | MEDICATION | SIDE EFFECTS | SPECIAL NOTES | FORMULARY STATUS* |
|---|---|---|---|---|
| INHALED CORTICAL STEROID (ICS) | fluticasone (Flovent HFA) | Headache, arthralgia, URTI, throat irritation, Oral candidiasis, Rare paradoxical bronchospasm, | Hypersensitivity to fluticasone or any component of the formulation; NOT for **primary** treatment of status asthmaticus or acute broncho-spasm | F |
| | beclomethasone (QVAR) | See above | See above | NF |
| | mometasone (Asmanex) | See above | See above | NF |
| | triamcinolone (Azmacort) | See above | See above | NF |
| ORAL CORTICOSTEROID | Prednisone (to be used in burst fashion during exacerbation) | GI upset, Psychiatric disturbances, Bruising, Immunosuppression, Fluid retention, Hypertension | Hypersensitivity to any component of the formulation; systemic fungal infections; administration of live or live attenuated vaccines with immu-nosuppressive doses of prednisone | F |
| SHORT ACTING BETA-AGONIST (SABA) | Albuterol (Ventolin HFA, Proventil HFA, salbutamol) | Tachycardia, Palpitations, Tremor, Hyperglycemia, Hypokalemia, Lactic acidosis, Rare paradoxical bronchospasm | Hypersensitivity to albuterol, adrenergic amines, or any component of the formulation | F |
| | levalbuterol (Xopenex HFA) | See above | Hypersensitivity to levalbuterol, albuterol, or any component of the formulation | NF |
| | metaproterenol (Alupent) | See above | Hypersensitivity to metaproterenol or any component of the formula-tion; pre-existing cardiac arrhythmias associated with tachycardia | NF |
| LONG ACTING BETA AGONIST (LABA) | salmeterol (Serevent) | Headache, Neuromuscular and skeletal pain, Throat irritation, pharyngitis | **Long-acting beta$_2$-agonists (LABAs) may** increase the risk of asthma-related deaths. Salmeterol should only be used as adjuvant therapy in patients not adequately controlled on inhaled corticosteroids or whose disease requires two maintenance therapies Do **NOT** use for acute asthmatic symptoms Hypersensitivity to salmeterol or any component of the formulation | F |
| COMBINATION INHALER MEDICATIONS | fluticasone + salmeterol (Advair) | Headache, URTI, throat irritation, Oral candidiasis, Neuromuscular and skeletal pain, Menstruation symptoms | Hypersensitivity to fluticasone, salmeterol, or any component of the formulation; status asthmaticus: acute episodes of asthma or COPD; severe hypersensitivity to milk proteins (Advair Diskus®) | F |
| LEUKOTRIENE INHIBITORS | montelukast (singulair) | Dizziness, Headache, Fatigue, Fever, Rash | Hypersensitivity to montelukast or any component of the formulation **Possible association between leukotriene inhibitor use and neuropsychiatric events including agitation, aggression, anxiousness, dream abnormalities, hallucinations, depression, insomnia, irritability, restlessness, suicidal thinking and behavior (including suicide) and tremor.** | NF |
| OTHER ASTHMA MEDICATIONS | theophylline (Theo-Dur) | Tachycardia, Flutter, Headache, Insomnia, Restlessness, Nausea, Vomiting Tremor, Difficulty urinating in men with prostatism signs and symptoms of theophylline toxicity (eg, persistent, repetitive vomiting) | Hypersensitivity to theophylline or any component of the formulation Cardiovascular disease: Use with caution in patients with tachyarrhythmias (eg, sinus tachycardia, atrial fibrillation) since use may exacerbate these arrhythmias. Hyperthyroidism: Use with caution in patients with hyperthyroidism: use may exacerbate this condition. Peptic ulcer disease: Use with caution in patient with peptic ulcer disease: use may exacerbate this condition. Seizure disorder: Use with caution in patients with a history of seizure disorder: use may exacerbate this condition. | F |
| | Ipatropium (to be used with Albeturol via oxygen driven nebulizer) | URTI, Bronchitis, Headache, Dyspnea, | Hypersensitivity to ipratropium, atropine (and its derivatives), or any component of the formulation | F |

*Formulary Status (as of 4/6/10) - F = Formulary NF = Non Formulary

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

---

**SPECIALTY REFERRAL GUIDELINES**
**GENERALLY REFER PATIENT-INMATES TO PULMONOLOGIST WHO HAVE:**
**\*\* DETAILED CRITERIA CAN BE FOUND ON INTER-QUAL SMART SHEETS \*\***

1. Asthma with complications or comorbidity (e.g. $CO_2$ retention, recent hx of mechanical ventilation)

2. Continued asthma symptoms after maximal recommended treatment (e.g. multiple ER visits despite therapy)

3. Chronic corticosteroid use ( e.g. On oral steroids > 4 weeks, or prolonged high-dose ICS used)

---

## PEAK FLOW PREDICTED-MEN

### Predicted average peak expiratory flow for normal males (L/min)

| Age | Height | | | | |
|---|---|---|---|---|---|
| | 60" | 65" | 70" | 75" | 80" |
| 20 | 554 | 602 | 649 | 693 | 740 |
| 25 | 543 | 590 | 636 | 679 | 725 |
| 30 | 532 | 577 | 622 | 664 | 710 |
| 35 | 521 | 565 | 609 | 651 | 695 |
| 40 | 509 | 552 | 596 | 636 | 680 |
| 45 | 498 | 540 | 583 | 622 | 665 |
| 50 | 486 | 527 | 569 | 607 | 649 |
| 55 | 475 | 515 | 556 | 593 | 634 |
| 60 | 463 | 502 | 542 | 578 | 618 |
| 65 | 452 | 490 | 529 | 564 | 603 |
| 70 | 440 | 477 | 515 | 550 | 587 |

These values represent average normal values within 100 L/min. Predicted values for African American and Hispanic minorities are approximately 10 percent lower. Redrawn from Leiner, GC, et al, Am Rev Respir Dis 1963; 88:644.

## PEAK FLOW PREDICTED-WOMEN

### Predicted average peak expiratory flow for normal females (L/min)

| Age | Height | | | | |
|---|---|---|---|---|---|
| | 55" | 60" | 65" | 70" | 75" |
| 20 | 390 | 423 | 460 | 496 | 529 |
| 25 | 385 | 418 | 454 | 490 | 523 |
| 30 | 380 | 413 | 448 | 483 | 516 |
| 35 | 375 | 408 | 442 | 476 | 509 |
| 40 | 370 | 402 | 436 | 470 | 502 |
| 45 | 365 | 397 | 430 | 464 | 495 |
| 50 | 360 | 391 | 424 | 457 | 488 |
| 55 | 355 | 386 | 418 | 451 | 482 |
| 60 | 350 | 380 | 412 | 445 | 475 |
| 65 | 345 | 375 | 406 | 439 | 468 |
| 70 | 340 | 369 | 400 | 432 | 461 |

These values represent average normal values within 80 L/min. Predicted values for African American and Hispanic minorities are approximately 10 percent lower. Redrawn from Leiner, GC, et al, Am Rev Respir Dis 1963; 88:644.

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |

## CHRONIC ASTHMA



**ABBREVIATIONS:**
**ICS:** Inhaled Corticosteroid
**PEF:** Peak Flow
**FEV1:** Forced Expiratory Volume in one second.

**ASSESSMENT:**
- History and Physical including PEFR.
- If needed, confirm diagnosis with spirometry.
- Patient education including nursing verification of correct inhaler technique
- Identify triggers–seasonal? URI? Fumes?

**ICS Dosing: Flovent**
Administer in divided doses twice daily:
"Low" dose: 110 mcg 1 puff q day or bid
"Medium" dose: 220 mcg 1 puff bid
"High" dose: 220 mcg 2 puffs bid
NIH Asthma Guidelines (NIH, 2007)

**ASSIGN SEVERITY CLASSIFICATION** TO EACH PATIENT

**INTERMITTENT:**
- Symptoms ≤ 2 x / week
- Nighttime symptoms ≤ 2 x / mos
- Asymptomatic and normal PEF between exacerbations
- Brief Exacerbations (hrs to days)
- FEV1 or PEF ≥ 80% predicted and variability < 20%

**MILD PERSISTENT:**
- Symptoms ≥ 2 times / week but not daily
- Nighttime symptoms 3-4 times per month
- Exacerbations with minor limitations
- FEV1 or PEF ≥ 80% predicted and variability 20% o 30%

**MODERATE PERSISTENT:**
- Daily Symptoms
- Daily use of inhaled short acting beta-2 agonist
- Nighttime symptoms > 1 per week
- Exacerbations cause some limitations
- Exacerbations may last days
- FEV1 or PEF 60% to 80% predicted and variability > 30%

**SEVERE PERSISTENT:**
- Continual symptoms
- History of intubation or ICU admission
- ≥ 2 hospitalizations in past year
- Extreme physical limitations
- Frequent exacerbations
- Frequent nighttime symptoms
- FEV1 or PEF < 60% predicted and variability > 30%

**INITIAL TREATMENT RECOMMENDATIONS BASED ON SEVERITY**

**INTERMITTENT TREATMENT:**
1. Generally no ICS, unless seasonal use needed
2. "Rescue" Albuterol 2 puffs 4 puffs daily PRN

**MILD PERSISTENT TREATMENT:**
1. Low dose ICS
2. "Rescue" Albuterol 2 puffs 4 times daily PRN

**MODERATE PERSISTENT TREATMENT:**
1. Medium dose ICS
2. "Rescue" Albuterol 2 puffs 4 times daily PRN

**SEVERE PERSISTENT TREATMENT:**
1. High dose ICS
2. "Rescue" Albuterol 2 puffs 4 times daily PRN
3. Serevent 1 puff twice daily

Controlled?

Controlled?

Controlled?

Controlled?

YES — NO

YES — NO

YES — NO

YES — NO

Follow-up every 3-6 months with history and peak flow*.

Re-evaluate classification. Start ICS under Mild Persistent Treatment. Follow up every month.

Follow-up every 3 months with history and peak flow*.

Re-evaluate classification. Step up ICS to Moderate Persistent Treatment. Follow up every month.

Follow-up every 2-3 months with history and peak flow*.

Re-evaluate classification. Step up ICS to Severe Persistent Treatment. Follow-up every month.

Follow-up every month with history and peak flow*.

Consider longer course of oral steroids. Referral to pulmonology. Follow-up every week.

National Asthma Education and Prevention Program Expert Panel Report2:
Guidelines for the Diagnosis and Management of Asthma
http://www.nhlbi.nih.gov/guidelines/asthma/asthgdln.htm

*Spirometry every 1-2 years

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## ACUTE ASTHMA



**Initial Assessment**
- Brief history –severity of symptoms, current medications, response to self treatment, time of onset, trigger, risk factors
- Physical Exam - PEFR, heart and respiratory rate, O2 saturation and breath sounds

**NOTE:**
Oral Prednison Burst
Dose 50 mg po Q day x 5-7 days.
No need to Taper Steroids if < 7 days.

Evaluate exacerbation severity

Life Threatening

Mild to Moderate

**Life Threatening Exacerbation**
- PEF < 50% best or predicted
- SpO2 < 92%
- Silent chest, cyanosis, weak respiratory effort
- Bradycardia, dysrhythmia or hypotension
- Exhaustion, confusion or coma
- Inability to complete sentence in 1 breath
- Respiratory rate ≥ 25 breaths/min
- Pulse ≥ 110 beats/min

**Mild to Moderate Exacerbation**
- PEF > 50% best or predicted
- Speech minimally impaired
- Respiration < 25 breaths/min
- Pulse < 110 beats/min

Give Prednisone 50 mg po. Albuterol 2-6 puffs every 20 min for 3 doses. Reassess response every 20 min for first hour

**Arrange Code 3 Transport to nearest hospital**
- Oxygen
- Prednisone 50mg po immediately
- Inhaled high dose albuterol + ipratropium every 20 min or continuously via oxygen driven nebulizer
- PCP should see patient within 48 hours after hospital Discharge.

Response to above therapy? —NO→

PEF 50-80% Continue albuterol 2-6 puffs every 20 minutes

YES

PEF >80% & sustained response for 3-4 hours.

Does patient meet criteria for **Life Threatening Exacerbation?** —NO→

- Prednisone 50mg po **Burst** x 5-7 days
- Follow-up with PC Team within 5 days.

- Continue albuterol 2-4 puffs every 4 hours for 1-2 days, then PRN.
- **Consider reclassifying severity and adding (or increasing dose) of ICS**
- Follow-up within 5 days.

YES

Proceed with **Life Threatening Treatment**.

Ensure patient has "Rescue" Albuterol Inhaler. Consider Spacer. PC Team follow-up within 5 days

**ABBREVIATIONS:**
**ICS:** Inhaled Corticosteroid
**PEF:** Peak Flow
**PCT:** Primary Care Team

References:
National Asthma Education and Prevention Program Expert Panel Report2: Guidelines for the Diagnosis and Management of Asthma
http://www.nhlbi.nih.gov/guidelines/asthma/asthgdln.htm
NCCHC Clinical Guidelines for Correctional Facilities: Treatment of Asthma in Adults in Correctional Institutions. Apr 2006.
http://www.ncchc.org/resources/clinicalguides/asthma.pdf

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|



# Asthma: What You Should Know

**Q: WHAT IS ASTHMA?**

**A:** Asthma is a chronic disease that effects your airways. The airways are the tubes that carry air in and out of you lungs.

**Q: WHAT ARE THE DIFFERENT KINDS OF ASTHMA?**

| A: | INTERMITTENT | PERSISTENT | EXERCISE RELATED |
|---|---|---|---|
| | Usually you have symptoms that are off and on and mild, you generally don't need a "controller" inhaler. You may occasionally need to use a "rescue" inhaler. | Means you have more frequent and worse symptoms, you do need a "controller" inhaler to reduce the number and severity of your symptoms. | Some people only have asthma symptoms when they exercise. These people will often use the "rescue" inhaler before exercise. |

**Q: WHAT CAUSES ASTHMA?**

**A:** There are different causes:
- Asthma can run in families
- Asthma is much more common in people with allergies
- Pollution can cause asthma or make it worse
- Exposure to certain viruses as a child increases the chance you will get asthma.

**Q: WHAT ARE THE SYMPTOMS OF ASTHMA?**

**A:** When you have asthma you may:
- Wheeze-making a loud or soft whistling noise that occurs when you breathe in and out.
- Cough a lot
- Feel short of breath
- Have trouble sleeping because of coughing or having a hard time breathing
- Quickly get tired during exercise
- You may notice symptoms can be worse at night

**Q: HOW IS ASTHMA DIAGNOSED?**

**A:** Along with asking you about your medical history and examining you, your provider may order lung tests. These tests include:
- **Peak expiratory flow (PEF):** You breathe quickly into a small handheld plastic device which measures how fast you can breathe out when you try your hardest and the number can tell if your asthma is better or worse.
- **Spirometry:** you breathe into a small machine to measure how quickly you can move air in and out of your lungs and how much air you move

**Q: HOW IS ASTHMA TREATED?**



Normal bronchiole    Asthmatic bronchiole

**A: ASTHMA ACTS ON YOUR LUNGS IN TWO WAYS:**

**Asthma causes the tiny muscles around your airways to tighten which constricts the airways and makes breathing more difficult.**
- This can happen fast, but can also get better fast using a "quick relief", "rescue" or "opener" (bronchodilator) inhaler
- You should only need this type of inhaler once in a while. If you are using it daily see your PCP
- Names of some "quick relief" inhalers: **albuterol,** proventil

**Asthma also causes long term swelling inside the airways. This swelling narrows the airway and makes breathing more difficult.**
- The swelling is present most of the time, but a "controller" inhaler can keep the swelling down and keep your airways open. Most controllers are low dose steroid inhalers which prevent the swelling
- In most cases you use a controller inhaler every day, because if you stop the swelling will come back.
- Names of some of the steroid/controller inhalers include: **Flovent**, QVAR, Asmanex

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

# Asthma: What You Should Do



## WHAT TYPE OF ASTHMA DO YOU HAVE? (CHECK ONE)

| | INTERMITTENT | | MILD PERSISTENT | | MODERATE OR SEVERE PERSISTENT | | EXERCISE RELATED |
|---|---|---|---|---|---|---|---|
| | Means you have asthma symptoms less than 2 times a week. Asthma does not interfere with you normal activity. | | Means you have asthma symptoms more than 2 days a week but not everyday and your asthma affects your usual activity only a little. | | Means you have symptoms everyday. You asthma interferes or prevents your normal activity | | Means you only have asthma symptoms when you exercise. |

## WHAT TYPE OF MEDICATION ARE YOU TAKING? (CHECK ONE)

| | QUICK RELIEF/OPENER | | CONTROLLER MEDICATION | | OTHER |
|---|---|---|---|---|---|
| | ❑ Albuterol :_____  ❑ Other:_____ | | ❑ Flovent:_____  ❑ Other_____ | | ❑ _____  ❑ _____  ❑ _____ |

**Quick Relief/Opener:** Relax the tight muscles surrounding the airways and "open" the airways up. They help for a short time usually for 1-4 hours.

Dose:_____

Directions:_____

**!!Warning:** If you are using more than 2 times per week you need to schedule and appointment with you Primary Care Provider.

**Controller medication:** These inhalers prevent inflammation and swelling in the airways. These inhalers take 3-7 days to work so you must take every day. These inhalers will not help in an attack.

| TO AVOID ASTHMA ATTACKS | WHAT TO DO DURING AN ATTACK |
|---|---|
| ✔ Don't Smoke  ✔ Be on the look out for what brings on(triggers) your asthma and avoid if possible: •Weather •Strong emotions •Exercise •Colds/lung infections | 1. Take your "rescue" inhaler immediately  2. Sit down and loosen any tight fitting clothing. Do not lie down.  3. If no immediate improvement during an attack, continue to take one puff of your "rescue" inhaler every minute for five minutes or until symptoms improve.  4. If your symptoms do not improve in five minutes seek medical attention **IMMEDIATELY.** |

## TO KEEP YOUR INHALER CLEAN

CLEANING:
- Once a day clean the inhaler and cap by rinsing them in warm running water. Let the inhaler dry before you use it again.
- Twice a week wash the plastic mouthpiece with mild dishwashing soap and warm water. Rinse and dry well.

## HELPFUL HINTS

- Keep your rescue inhaler with you at all times. If you are going into an area where security concern may prevent you from keeping your rescue inhaler with you, leave meds with the custody staff that is in charge of that area. Inform them you may need your medication right away of a flare should occur.
- Plan ahead and refill prescriptions before they run out.
- If you are using your "rescue" medication too often, your asthma is getting worse. This can lead to permanent scarring of your breathing tubes or even death. Contact medical staff right away.
- Being depressed or anxious can make your asthma worse. Talk with your provider if you are experiencing symptoms of depression or anxiety.
- Stay well. Reduce your risk of colds and flu-which can trigger your asthma-by washing your hands often and getting a flu shot every year.
- Remember, a big part of your asthma control depends on you. The medical staff is available to help you but you must do your part to help them give you the best are possible.

# CPHCS Care Guide: Asthma

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

# ASTHMA ACTION PLAN FOR: _____

**DOING WELL**
*In the Green Zone*



- No trouble breathing
- Can do usual activities

And, if peak flow meter is used:

Peak flow: more than _____
(80 percent or more of my best peak flow)

**ASTHMA IS GETTING WORSE**
*In the Yellow Zone*



- Cough, wheeze, chest tightness, or shortness of breath, or
- Waking at night due to asthma, or
- Can do some, but not all usual activities

Or

Peak Flow: _____ to _____
(50 to 79 percent of my best peak flow)

**MEDICAL ALERT**
*In the Red Zone*



- Very short of breath, or
- Quick-relief medicines have not helped, or
- Cannot do usual activities, or
- Symptoms are same or get worse after

24 hours in Yellow Zone

Or Peak flow: _____ less than _____
(50 percent of my best peak flow)

| MEDICINE | HOW MUCH TO TAKE | WHEN TO TAKE IT | |
|---|---|---|---|
| | | Daily | As needed |
| Rescue/Opener: | | | Daily |
| Controller: | | Daily | |
| Other: | | Daily | |

**Green Zone medicine:**
1. Continue the medication in the doing well/green zone
2. Use Rescue/Opener medicine: ☐ 2 or ☐ 4 puffs, every 20 minutes for up to 1 hour
3. If you feel back to normal (an peak flow improved) after 1 hour:

   Continue monitoring to be sure you stay in the green zone.

   Or

   If you do not feel back to normal after 1 hour with above treatment:

   Take: _____

   Contact Medical if: _____

1. Use Rescue/Opener medicine
2. Start prednisone pills immediately _____ mg
3. **CONTACT MEDICAL/CUSTODY TO BE SEEN IMMEDIATELY**

PLAN PREPARED BY: _____

PCP/NP/RN

## CPHCS ASTHMA QUALITY OF CARE REVIEW*

**Reviewer:** _____  **Date of Review:** _____
**Patient Name:** _____  **CDCR #** _____  **DOB:** _____
**PCP:** _____  **Date(s) of Visit(s):** _____

| | |
|---|---|
| **1.) Does the clinical history include relevant information?**<br>• Current complaints-symptoms (wheezing, SOB, cough, etc)? If symptomatic is there documentation on interference with activities, night time awakening, & frequency of SABA used?<br>• Current medications? Adherence to medications? Number of canisters used?<br>• If new patient was prior h/o hospitalizations, intubations, and steroid use obtained? | ❑ Yes<br>❑ No |
| **2.) Does the focused clinical exam give relevant details?**<br>• Peak expiratory flow (PEF) and oxygen saturation recorded for symptomatic patients? Abnormal vital signs noted?<br>• Chest exam, accessory muscles needed, can't speak full sentence, skin color? | ❑ Yes<br>❑ No |
| **3.) Is the asthma assessment complete?**<br>• Was the asthma severity classification & degree of control documented?<br>• If classified as intermittent but SABA use > 2x/wk, does provider consider reclassification to persistent?<br>• Does the severity and degree of control documented accurately reflect the subjective and objective findings? Were red flags identified? (PEF < 25% best or predicted, ↑↑ SABA use, $O_2$< 92%)<br>• When indicated were co-morbidities or differential diagnoses considered? (i.e. CHF) | ❑ Yes<br>❑ No |
| **4.) Is the asthma treatment plan appropriate?**<br>• If patient had asthma exacerbation were oral steroids prescribed?<br>• If persistent asthma, is patient on an inhaled corticosteroid (ICS)? Spacer?<br>• If SABA used > 2x/wk does provider change treatment? If not, is explanation provided?<br>• If classified persistent asthma and control is poor (Symptoms > 2x/wk), does provider 'step up' the treatment by increasing dose of ICS and/or adding LABA?<br>• Is follow-up interval appropriate relevant to degree of control?<br>• Was referral to specialist made when indicated? (i.e. continued sx despite maximal treatment, chronic oral steroid use, recent intubation or $CO_2$ retention).<br>• If diagnosis in doubt was spirometry ordered? | ❑ Yes<br>❑ No |
| **5.) Is there documentation of patient education?**<br>• Instructions on importance of ICS use, and the difference between Quick Relief and Controller medication?<br>• Medication adherence?<br>• Inhaler technique reviewed by Primary Care Team member in last 12 months? | ❑ Yes<br>❑ No |
| **RECOMMENDATIONS/COMMENTS:** | |

*LABA: Long acting beta agonist; SABA Short acting beta agonist*

*All elements in the each domain are suggestions for good documentation, not requirements.
Use clinical judgment when reviewing the documentation
Patient disease severity and corresponding management should be clear to the reviewer, in all documentation.
Please consider the elements in this review tool when completing Access Measure Audit Tool.

# APPENDIX 10

STATE OF CALIFORNIA                                    J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES

ALLIED HEALTH SERVICES DIVISION



**April 2010 Pharmacy Performance Report**

<u>Overview</u>

- Pharmacy Program goals are to improve quality, cost-effectiveness and safety of prescribed pharmaceutical therapies at CDCR.

- *HEADLINES:*
  - GuardianRx conversions completed at all 33 facilities, with final site (CMF) conversion in April.
  - Central Fill Pharmacy opens; staff training, equipment installation and initial stocking of facility has begun.
  - April 2010 drug purchases increased slightly compared to March, totaling $16.4 million.

<u>Recent Accomplishments</u>

- <u>GuardianRx Conversions</u>:
  - GuardianRx conversions are complete at all 33 institutions.  This extensive effort has dramatically improved the availability of data on medication utilization and prescribing.  The final conversion site, CMF went live the week of April 19, 2010 as scheduled.
- <u>Central Fill Pharmacy Facility</u>
  - CFP implementation plan and schedule for the first eight sites is proceeding as scheduled.
  - CFP staff was identified and began training activities during the first week of April.  Comprehensive training on all aspects of the CFP operation, including inventory, prepacking, and GuardianRx order entry have been conducted.
  - Initial prepackaging of medication into blister cards has begun in order to stock up for the initial implementations.  As the implementation process proceeds, the prepacking operation will increase its workload significantly.
  - Final equipment acceptance testing continued.  Factory Acceptance Testing was completed in April, with shipping and installation of the automation equipment being staged into the CFP facility.  Pre-packing equipment installation has been completed and staff were trained by the manufacturer on the equipment. Sortation equipment installation has begun.  Extensive customer acceptance testing will be conducted throughout the month of May.
- <u>Pharmacy & Therapeutics Committee Activity</u>:
  - The system-wide Pharmacy and Therapeutics (P&T) Committee reviewed monthly pharmacy metrics and were provided with an update on the status of the Central Fill Pharmacy program.
  - Based on feedback from the OTC initiative, the committee reviewed several OTC items:
    - The committee approved as an addition to the Formulary (with restrictions) Prenatal vitamins - Restricted to female institutions for pregnant females only. Indication must be written on the prescription.
    - The committee considered a request to add Fish Oil back to the Formulary, however the request was denied following a lengthy discussion and review of medical necessity.

*Allied Health Service Division*                                                                      *April 2010*
*Pharmacy Performance Report*

## Key Performance Indicators

| | |
|---|---|
| Pharmacy cost per member per month (PMPM) in April 2010 increased over last month. |  |
|  | Prescriptions PMPM averaged 3.9 in April equal to last year. |
| The proportion of non-formulary prescriptions increased from 5.5% in the prior month to 7.8% in April. |  |
| Psychiatric Medication Cost PMPM continues to remain below prior levels. April costs were $35.54 per inmate per month. |  |





### Financial Profile

- Drug purchases in April were $16.4M, up slightly from the prior month.

- Return to Stock credits have shown a steady climb since the program was implemented in September 2008. Monthly credits now average $1.3 million per month.

- Maxor's contract billings to date (through March) are 5% under budget for FY 2009/10.

### Issues, Risks, and Challenges

- CFP equipment and software testing will require extensive attention during next two months to validate operations.

### Upcoming Activities

- CFP automation acceptance testing sessions continue beginning in May and continuing through final installation.
- First CFP implementation set for CSP-SAC in mid-June.

STATE OF CALIFORNIA                                                    J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES

ALLIED HEALTH SERVICES DIVISION



**May 2010 Pharmacy Performance Report**
**Submitted June 15, 2010**

<u>Overview</u>

- Pharmacy Program goals are to improve quality, cost-effectiveness and safety of prescribed pharmaceutical therapies at CDCR.
- This report covers activities for the month of May 2010.  Most data is current as of May 2010.
- *HEADLINES:*
  o Central Fill Pharmacy readies for implementation; staff training, equipment installation and initial stocking of facility continues.
  o May 2010 drug purchases down significantly from April, totaling almost $14.4M; management of inventory overstock contributes to decline.

<u>Recent Accomplishments</u>

- <u>GuardianRx Conversions</u>:
  o GuardianRx conversions were completed at all 33 institutions in April.  Follow-up and continuing support has been provided to RJD and CMF throughout May to ensure conversion success.
- <u>Inventory Management</u>:  Focus has continued on improving management of inventory at the facility level. Regular overstock reports show significant progress in reducing excess inventory and have contributed to reduction in monthly costs in May.
- <u>Central Fill Pharmacy Facility</u>
  o CFP implementation plan and schedule for the first eight sites is proceeding as scheduled.
  o CFP staff training on all aspects of the CFP operation, including inventory, prepacking, and GuardianRx order entry continues.
  o Initial prepackaging of medication into blister cards has begun in order to stock up for the initial implementations.  As the implementation process proceeds, the prepacking operation will increase its workload significantly.
  o Final equipment installation and acceptance testing continued.
- <u>Pharmacy & Therapeutics Committee Activity</u>:
  o The system-wide Pharmacy and Therapeutics (P&T) Committee reviewed monthly pharmacy metrics and were provided with an update on the status of the Central Fill Pharmacy program.
  o The pharmacy inspection report data and process was discussed by the P&T Committee; decision was made for the P&T Committee to follow-up on corrective actions for facilities with continued inspection issues and to review and update the inspection criteria.
  o A newly revised medication error reporting tool developed by Nursing was reviewed by the P&T Committee and is currently being pilot tested in several facilities.  Level 4 medication errors submitted over the last year will be analyzed to assist in targeting quality improvement efforts.
  o P&T reviewed formulary requests and made a determination to substitute another product for Pancrealipase as soon as pricing information on newly released products becomes available.  The committee also denied a request to add Rifaximin to the formulary for use in hepatic encephalopathy (HE).  Rifaximin will remain non-formulary, and its use restricted to patients with history of HE who failed Lactulose or who are unable to tolerate other therapies due to adverse effects.

*Allied Health Service Division*
*Pharmacy Performance Report*
*May 2010*

## Key Performance Indicators

Pharmacy cost per member per month (PMPM) in May 2010 decreased significantly compared to prior two months. Average for CY 2010 to date is $98.79 (down 3.8% from last year).



Prescriptions PMPM decreased to 3.6 in May. CY to date average is slightly lower than CY 2009.




The proportion of non-formulary prescriptions decreased from 7.8% in the prior month to 6.6% in May, but still below target level.



Psychiatric Medication Cost PMPM continues to remain below prior levels. May costs were $31.11 per inmate per month.





### Financial Profile

- Drug purchases in May were about $14.4M, down significantly from $16.4M the prior month. This amount includes $388,519 in purchases made for the initial stocking of the Central Fill Pharmacy during the month. The amount of purchasing through the CFP will steadily increase as the implementation process moves forward.

- Maxor's contract billings to date (through May) are 4.5% <u>under</u> budget for FY 2009/10.

### Issues, Risks, and Challenges

- CFP equipment and software testing will require extensive attention during June to validate operations. Implementations at CSP-SAC and MSCP will need to be evaluated and adjustments made to the implementation process as needed.

### Upcoming Activities

- New Pharmacy Services RCEA to start in mid-June.
- CFP automation acceptance testing sessions continue through final installation.
- First CFP implementation set for CSP-SAC in mid-June.

STATE OF CALIFORNIA                                                      J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES

ALLIED HEALTH SERVICES DIVISION



**June 2010 Pharmacy Performance Report**
**Submitted July 15, 2010**

<u>**Overview**</u>

- Pharmacy Program goals are to improve quality, cost-effectiveness and safety of prescribed pharmaceutical therapies at CDCR.
- This report covers activities for the month of June 2010. Most data is current as of June 2010.
- *HEADLINES:*
  - New Pharmacy RCEA, Dr. Clifton Louie began work in mid-June.
  - Central Fill Pharmacy continued to prepare for implementation; staff training and initial stocking of the facility continues. Extensive equipment and software testing.
  - June 2010 drug purchases up significantly from prior months totaling $17.2M; however $1.0M of this total was related to initial stocking of the Central Fill Pharmacy.

<u>**Recent Accomplishments**</u>

- <u>Inventory Management</u>:  Focus has continued on improving management of inventory at the facility level. Regular overstock reports continue to show progress in reducing excess inventory.
- <u>Central Fill Pharmacy Facility</u>
  - CFP implementation plan and schedule for the first eight sites is proceeding; however initial pilot testing at CSP-SAC was postponed to week of July 12th to address network connectivity and software interface issues.
  - CFP staff training on all aspects of the CFP operation, including inventory, prepacking, and GuardianRx order entry continues.
  - Initial prepackaging of medication into blister cards continues in order to stock inventory at the CFP for the initial implementations.  As the implementation process proceeds, the prepacking operation will increase its workload significantly.
  - Final equipment installation and acceptance testing continued.

- <u>Pharmacy & Therapeutics Committee Activity</u>:
  - The system-wide Pharmacy and Therapeutics (P&T) Committee reviewed monthly pharmacy metrics and decided to reevaluate the performance targets previously adopted.  A P&T Committee workgroup was to be appointed to review the performance targets for each of the measures.
  - The pharmacy inspection report data and a summary analysis of the reporting was reviewed by the P&T Committee.  Pharmacy Administration was asked to consider additional on-site validation tests of the inspection report data.
  - A review of Level 4 medication errors submitted over the last year was presented to the P&T Committee to assist in targeting quality improvement efforts.  This information will be shared with facility medical leadership.  A collaborative effort was initiated with Nursing to align Pharmacy policy and procedure, Chapter 27 (Reporting of Medication Errors and ADRs) with the new error reporting tool developed by nursing.
  - P&T reviewed formulary requests and made the following changes to the formulary:
    - Added Zenpep (pancrelipase) capsules 10,000 units lipase/ 34,000 units Protease / 55,000 units Amylase
    - Added Norvir (Ritonavir) 100 mg tablets.
    - Deleted Pancrease (pancrelipase) Tablet: lipase 8000 / amylase 30,000 / protease 30,000 units

*Allied Health Service Division*
*Pharmacy Performance Report*

*June  2010*

## Key Performance Indicators

Even though drug cost per member per month in June 2010 showed an increase over prior months; the average for FY 09/10 was $102.64 (up just 2.8% from the prior FY.



Fig. 1
Average Cost Per Census Per Month

Prescriptions PMPM increased slightly to 4.0 in June; however FY 09/10 average held steady at FY 08/09 levels.



Fig. 2
Average Monthly Prescriptions Per Census

The proportion of non-formulary prescriptions continued to show a decrease--down to 6.0% in June; but remains below target level.



Fig. 3
Non-formulary Prescriptions as Percent of Total

Psychiatric Medication Cost PMPM continues to remain below prior levels.  June costs were $33.75 per inmate per month.



Fig. 4
Psychiatric Medication Cost Per Census Per Month



Fig. 5
Average Monthly Drug Purchases

### Financial Profile

- Drug purchases in June were about $17.2M, up significantly from the prior month.  However, this amount includes $1,002,492 in purchases made for the initial stocking of the Central Fill Pharmacy during the month.  The amount of purchasing through the CFP will steadily increase as the implementation process moves forward.
- Total drug purchases for FY 09/10 were $189,573,493; representing an increase of <u>only 0.7%</u> when compared to the FY 08/09 total of $188,206,396.
- Maxor's contract billings to date (through June) are 4.5% <u>under</u> budget for FY 2009/10.

### Issues, Risks, and Challenges

- CFP Implementations at the pilot facilities (CSP-SAC and MSCP) will need to be evaluated and adjustments made to the implementation process as needed.  This may require changes to the implementation schedule.

### Upcoming Activities

- CFP automation acceptance testing sessions continue throughout the month of July as the pilot implementations begin.  First CFP implementation set for CSP-SAC week of July 12th.
- P&T Committee meets July 20th.

# APPENDIX 11

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2009 through June 30, 2010**

The June 30, 2010 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the twelve months ended June 30, 2010 shows a total difference of $4,271,014 or 25.6 % variance under budget. One line item or activities in the statement account for the majority of the difference.

Professional fees were $4,328,400 or 67.9% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings.

Capital assets have increased $9.3 million for the twelve months ending June 30, 2010. Of the total expenditures for capital assets, $8.3 million was related to the Health Services Clinics and Administration building for Avenal State Prison. The remaining expenditures were for various capital improvements at San Quentin.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2010

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $407,937 | $          - | $      407,937 |
| Prepaid items | $5,297 | - | 5,297 |
| | 413,234 | - | 413,234 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,222 | - | 194,222 |
| Capital assets, net | - | $109,023,341 | 109,023,341 |
| Total assets | $      607,456 | 109,023,341 | $   109,630,797 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | (432) | - | (432) |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 167,916 | | 167,916 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $      309,225 | $       42,230 | $      351,455 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 199,519 | (199,519) | - |
| Unreserved, undesignated | 98,713 | (98,713) | - |
| Total fund balance | 298,232 | (298,232) | - |
| Total liabilities and fund balance | $      607,456 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 109,023,341 | 109,023,341 |
| Unrestricted | | 256,002 | 256,002 |
| Total net assets | | $   109,279,343 | $   109,279,343 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2010

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** |  |  |  |
| Program revenues: |  |  |  |
| Operating grants and contributions: |  |  |  |
| State of California appropriation to Receivership | $ 3,298,712 | - | $ 3,298,712 |
| General revenues: |  |  |  |
| Investment earnings | 3,592 | - | 3,592 |
| Total revenues | 3,302,304 | - | 3,302,304 |
| **Expenditures/Expenses:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 848,138 | (15,447) | 832,691 |
| Legal and professional services | 2,045,232 | - | 2,045,232 |
| Travel | 16,137 | - | 16,137 |
| Rents and leases | 37,902 | - | 37,902 |
| Insurance | 60,942 | - | 60,942 |
| Other | 134,837 | - | 134,837 |
| Depreciation | 0 | 6,200,724 | 6,200,724 |
| Capital outlay - Fixed Assets | 9,298,271 | (9,298,271) | - |
| Total expenditures/expenses | 12,441,460 | (3,112,994) | 9,328,465 |
| Change in fund balance | (9,139,156) | 9,139,156 | - |
| Change in net assets | - | 3,112,994 | (6,026,161) |
| Fund balance/net assets - July 1, 2009 | 9,437,388 | 105,868,114 | 115,305,504 |
| Fund balance/net assets - June 30, 2010 | $ 298,232 | $ 118,120,264 | $ 109,279,343 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2010

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $7,398,755 | $3,298,712 | $ (4,100,043) |
| Investment earnings | $0 | $3,592 | 3,592 |
| Total revenues | 7,398,755 | 3,302,304 | (4,096,451) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 599,447 | 832,691 | (233,244) |
| Legal and professional services | 6,373,632 | 2,045,232 | 4,328,400 |
| Travel | 36,000 | 16,137 | 19,863 |
| Rents and leases | 38,868 | 37,902 | 966 |
| Office expenses | 63,600 | 45,570 | 18,030 |
| Telephone and network | 18,000 | 11,375 | 6,625 |
| Insurance | 18,000 | 60,942 | (42,942) |
| Other | 251,208 | $77,893 | 173,315 |
| Capital outlay | 9,298,271 | 9,298,271 | - |
| Total expenditures | 16,697,026 | 12,426,013 | 4,271,014 |
| Change in fund balance | $ (9,298,271) | (9,123,709) | $ 174,563 |
| GAAP basis difference - compensated absences | | (15,447) | |
| Fund balance - July 1, 2009 | | 9,437,388 | |
| Fund balance - June 30, 2010 | | $ 298,232 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2010

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $510,818 | $        - | $      510,818 |
| Prepaid items | $2,531 | - | 2,531 |
| | 513,350 | - | 513,350 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,131 | - | 194,131 |
| Capital assets, net | - | $110,909,635 | 110,909,635 |
| Total assets | $      707,480 | 110,909,635 | $   111,617,115 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 170,184 | - | 170,184 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 531,345 | | 531,345 |
| Compensated absences | 0 | 40,598 | 40,598 |
| Total liabilities | $      843,270 | $      40,598 | $      883,868 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 196,662 | (196,662) | - |
| Unreserved, undesignated | (332,451) | 332,451 | - |
| Total fund balance | (135,789) | 135,789 | - |
| Total liabilities and fund balance | $      707,480 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 110,909,635 | 110,909,635 |
| Unrestricted | | (176,387) | (176,387) |
| Total net assets | | $   110,733,248 | $   110,733,248 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2010

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $   2,923,712 | - | $   2,923,712 |
| General revenues: | | | |
| Investment earnings | 3,548 | - | 3,548 |
| Total revenues | 2,927,260 | | 2,927,260 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 778,490 | (17,079) | 761,411 |
| Legal and professional services | 1,943,133 | - | 1,943,133 |
| Travel | 14,831 | - | 14,831 |
| Rents and leases | 38,379 | - | 38,379 |
| Insurance | 59,310 | - | 59,310 |
| Other | 130,202 | - | 130,202 |
| Depreciation | 0 | 4,552,250 | 4,552,250 |
| Capital outlay - Fixed Assets | 9,536,092 | (9,536,092) | - |
| Total expenditures/expenses | 12,500,437 | (5,000,921) | 7,499,516 |
| Change in fund balance | (9,573,177) | 9,573,177 | - |
| Change in net assets | - | 5,000,921 | (4,572,256) |
| Fund balance/net assets - July 1, 2009 | 9,437,388 | 105,868,114 | 115,305,504 |
| Fund balance/net assets - May 31, 2010 | $   (135,789) | $   120,442,213 | $   110,733,248 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2010

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $6,792,409 | $2,923,712 | $    (3,868,697) |
| Investment earnings | $0 | $3,548 | 3,548 |
| Total revenues | 6,792,409 | 2,927,260 | (3,865,149) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 559,710 | 761,411 | (201,701) |
| Legal and professional services | 5,842,496 | 1,943,133 | 3,899,363 |
| Travel | 33,000 | 14,831 | 18,169 |
| Rents and leases | 35,629 | 38,379 | (2,750) |
| Office expenses | 58,300 | 42,010 | 16,290 |
| Telephone and network | 16,500 | 11,412 | 5,088 |
| Insurance | 16,500 | 59,310 | (42,810) |
| Other | 230,274 | $76,779 | 153,495 |
| Capital outlay | 9,536,092 | 9,536,092 | - |
| Total expenditures | 16,328,501 | 12,483,358 | 3,845,143 |
| Change in fund balance | $    (9,536,092) | (9,556,098) | $    (20,006) |
| GAAP basis difference - compensated absences | | (17,079) | |
| Fund balance - July 1, 2009 | | 9,437,388 | |
| Fund balance - May 31, 2010 | | $    (135,789) | |

## CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
### Discussion and Analysis of Unaudited Financial Statements
### For the Period July 1, 2010 through August 31, 2010

The August 31, 2010 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the two months ended August 31, 2010 shows a total difference of $576,475 or 57.6% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $543,930 or 68.3% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings. We do anticipate legal costs to ramp up to budgeted levels for the fiscal year.

Capital assets have not increased during the first two months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2010

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $338,205 | $          - | $        338,205 |
| Prepaid items | $1,057 | - | 1,057 |
|  | 339,262 | - | 339,262 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,222 | - | 194,222 |
| Capital assets, net | - | $107,853,285 | 107,853,285 |
| Total assets | $     533,484 | 107,853,285 | $   108,386,769 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 128,545 | - | 128,545 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 88,458 | | 88,458 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $     358,744 | $      42,230 | $      400,974 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 195,279 | (195,279) | - |
| Unreserved, undesignated | (20,539) | 20,539 | - |
| Total fund balance | 174,740 | (174,740) | - |
| Total liabilities and fund balance | $     533,484 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 107,853,285 | 107,853,285 |
| Unrestricted | | 132,510 | 132,510 |
| Total net assets | | $   107,985,795 | $   107,985,795 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2010

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $    300,000 | - | $    300,000 |
| General revenues: | | | |
| Investment earnings | 34 | - | 34 |
| Total revenues | 300,034 | - | 300,034 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 154,388 | - | 154,388 |
| Legal and professional services | 252,852 | - | 252,852 |
| Travel | 421 | - | 421 |
| Rents and leases | 6,955 | - | 6,955 |
| Insurance | 4,240 | - | 4,240 |
| Other | 4,669 | - | 4,669 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 423,525 | 1,170,056 | 1,593,581 |
| Change in fund balance | (123,492) | 123,492 | - |
| Change in net assets | - | (1,170,056) | (1,293,548) |
| Fund balance/net assets - July 1, 2010 | 298,232 | 118,120,264 | 109,279,343 |
| Fund balance/net assets - August 31, 2010 | $    174,740 | $    117,073,700 | $    107,985,795 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended August 31, 2010

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $1,000,000 | $300,000 | $ (700,000) |
| Investment earnings | $0 | $34 | 34 |
| Total revenues | 1,000,000 | 300,034 | (699,966) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 176,410 | 154,388 | 22,022 |
| Legal and professional services | 796,782 | 252,852 | 543,930 |
| Travel | 6,000 | 421 | 5,579 |
| Rents and leases | 5,078 | 6,955 | (1,877) |
| Office expenses | 10,600 | 2,006 | 8,594 |
| Telephone and network | 1,330 | 2,107 | (777) |
| Insurance | 3,000 | 4,240 | (1,240) |
| Other | 800 | $557 | 243 |
| Capital outlay | - | - | - |
| Total expenditures | 1,000,000 | 423,525 | 576,475 |
| Change in fund balance | $ - | (123,492) | $ (123,492) |
| GAAP basis difference - compensated absences | | - | |
| Fund balance - July 1, 2010 | | 298,232 | |
| Fund balance - August 31, 2010 | | $ 174,740 | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2010

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $297,844 | $ - | $ 297,844 |
| Prepaid items | $1,057 | - | 1,057 |
| | 298,901 | - | 298,901 |
| **Noncurrent assets:** | | | |
| Deposits with others | 196,342 | - | 196,342 |
| Capital assets, net | - | $108,438,313 | 108,438,313 |
| Total assets | $ 495,243 | 108,438,313 | $ 108,933,556 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 170,635 | - | 170,635 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 74,820 | | 74,820 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $ 387,196 | $ 42,230 | $ 429,426 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 197,399 | (197,399) | - |
| Unreserved, undesignated | (89,351) | 89,351 | - |
| Total fund balance | 108,048 | (108,048) | - |
| Total liabilities and fund balance | $ 495,243 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 108,438,313 | 108,438,313 |
| Unrestricted | | 65,818 | 65,818 |
| Total net assets | | $ 108,504,131 | $ 108,504,131 |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2010

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ - | - | $ - |
| General revenues: | | | |
| Investment earnings | 17 | - | 17 |
| Total revenues | 17 | - | 17 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 71,070 | - | 71,070 |
| Legal and professional services | 111,475 | - | 111,475 |
| Travel | 421 | - | 421 |
| Rents and leases | 3,477 | - | 3,477 |
| Insurance | 2,120 | - | 2,120 |
| Other | 1,637 | - | 1,637 |
| Depreciation | 0 | 585,028 | 585,028 |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 190,201 | 585,028 | 775,229 |
| | | | |
| Change in fund balance | (190,184) | 190,184 | - |
| | | | |
| Change in net assets | - | (585,028) | (775,212) |
| | | | |
| Fund balance/net assets - July 1, 2010 | 298,232 | 118,120,264 | 109,279,343 |
| | | | |
| Fund balance/net assets - July 31, 2010 | $ 108,048 | $ 117,725,420 | $ 108,504,131 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2010

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $500,000 | $0 | $ (500,000) |
| Investment earnings | $0 | $17 | 17 |
| Total revenues | 500,000 | 17 | (499,983) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 88,205 | 71,070 | 17,135 |
| Legal and professional services | 398,391 | 111,475 | 286,916 |
| Travel | 3,000 | 421 | 2,579 |
| Rents and leases | 2,539 | 3,477 | (938) |
| Office expenses | 5,300 | 782 | 4,518 |
| Telephone and network | 665 | 557 | 108 |
| Insurance | 1,500 | 2,120 | (620) |
| Other | 400 | $298 | 102 |
| Capital outlay | - | - | - |
| Total expenditures | 500,000 | 190,201 | 309,799 |
| Change in fund balance | $ - | (190,184) | $ (190,184) |
| GAAP basis difference - compensated absences | | - | |
| Fund balance - July 1, 2010 | | 298,232 | |
| Fund balance - July 31, 2010 | | $ 108,048 | |

# APPENDIX 12

<u>Vendor Engaged by the Receiver During this Reporting Period Relating to Services to
Assist the Receivership in the Development and Delivery of Constitutional Medical Care
Within the California Department of Corrections and Rehabilitation ("CDCR") and its
Prisons</u>

  During this reporting period, the Receiver has used the substitute contracting
process for various solicitations relating to services to assist the Office of the Receiver in
the development and delivery of constitutional care within CDCR and its prisons.  The
Receiver has engaged the following vendors for provision of the services noted:[1]

  <u>Fiscal Management</u>

   Contracting Project

   <u>Temporary and Relief On-Site Nursing Services</u>

  Although CPHCS may negotiate medical services contracts, CPHCS elected to
use the Court's substitute contracting process to competitively procure medical services
contracts for the delivery of temporary and relief on-site nursing services at CDCR's
adult institutions.  As part of the Contracting Project, CPHCS issued a request for
proposal to solicit proposals from qualified entities to provide those services.  This
acquisition was via the Expedited Formal Bid process.

  Final proposals were received from the following entities:  Pacific Coast
HealthCare; Perception Mental Healthcare; HSN, Inc. Health Staffing Network; AMG;
The Healing Staff, Inc.; Lead Staffing Corporation, Registry Network, Inc.; MGA
Healthcare, Inc.; Art Plaster  (HRN Services, Inc.); Century Health Staffing Services;
Amedi Staff  dba The Right Solutions; Onward Healthcare, Inc.; Certified Nursing
Registry, Inc.; Arcadia Health Services, Inc.; Advanced Medical Placement; CHG
Medical Staffing, Inc., dba RN Network; R.L. Klein & Associates; Advanced Medical
Personnel, Inc.; Credentia - Randall Turnball  (Credentia Corporation); Drug Consultants,
Inc.; Guardian Healthcare Providers, Inc.; Westways Staffing Services, Inc.; Mediscan
Nursing Staffing, Inc.; All Star Staffing , Inc.; Travel Nurse Across America, LLC ; SOS
Nurses On-Call, Inc.; Arizona PRN , LLC; CareStat Medical Personnel Specialists LLC;
Medi-Leno Nursing Services; Nurses PRN; Master Staffing, Inc.; Tech Group, Inc.;
Nursefinders; 24 hour Medical Staffing  Services, LLC; Tempus LLC, dba Emerald
Health Services; Global Healthcare Group; Response 1 Medical Staffing , Inc.  ; Aya
HealthCare; Ready Link Healthcare; Associated Health Professionals, Inc.; Amir
Mansourian; Maxim Healthcare Services. Inc. dba Maxim Staffing Solutions; Compass
Home Health  Care; Nurses Internet Staffing Services, LLC; Right Choices, A Healthcare
Services Company, Inc.; Interim HealthCare Staffing; Professional Resource Enterprises,
Inc.; Divine Care Nursing Agency; Wesley Medical Staffing (CA), LLC; Preferred
Staffing, Inc.; CareerStaff Unlimited, Inc.; National Medical Registry, Inc. dba Solvere;

---

[1] For the sake of brevity, vendor subcontracts are not listed herein.  Information about subcontracts,
however, can be provided to the Court upon request.

Just in Time Staffing, Inc.; Medstaff, Inc.; Premier Healthcare Services, LLC; Unadi, Incorporated; Adecco Group North America; Medical Staffing Network, Inc.; Allstate Nursing Services, Inc. ; SHC Services, Inc., dba Supplemental Health Care; Kimberly Joint  (JayKay, Inc.); Bay Area Doctors, Inc.; ATC Healthcare Services, Inc.; Cambridge Health Care;  WG Hall, LLC (formerly At Work Medical Services) ; Valley Healthcare Systems, Inc.; All Health Services Corporation; Simply the Best HealthCare Staffing; Healthcare Pros, Inc.; and Spectrum Services Group, Inc.

Because of the nature of these services, the RFP provided for award to multiple entities at each institution.  The following bidders were awarded contracts:  The Healing Staff, Inc.; Lead Staffing Corporation, Registry Network, Inc.; MGA Healthcare, Inc.; HRN Services, Inc.; Century Health Staffing Services, Inc.; Onward Healthcare, Inc.; CHG Medical Staffing, Inc., dba RN Network; R.L. Klein & Associates; Advanced Medical Personnel, Inc.; Drug Consultants, Inc.; Guardian Healthcare Providers; Westways Staffing Services, Inc.; Mediscan Nursing Staffing, Inc.; SOS Nurses On-Call, Inc.; Tech Group, Inc.; Tempus LLC, dba Emerald Health Services; Readylink Healthcare; Associated Health Professionals, Inc.; Maxim Healthcare Services, Inc. dba Maxim Staffing; Nurses Internet Staffing Services, Inc.; Right Choices, A Healthcare Services Company, Inc.; Professional Resource Enterprises, Inc.; Wesley Medical Staffing (CA), LLC; Preferred Staffing, Inc.; CareerStaff Unlimited, Inc.; National Medical Registry, Inc., dba Solvere; Just in Time Staffing, Inc.; Medstaff, Inc.; Premier Healthcare Services, LLC; Unadi,   Incorporated (now Unlimited Advanced Diversity, LLC); Medical Staffing Network, Inc.; SHC Services, Inc., dba Supplemental Health Care; JayKay, Inc. ; Cambridge Health Care; WG Hall, LLC  (formerly At Work Medical Services); Valley Healthcare Systems, Inc.; All Health Services Corporation; Simply the Best HealthCare Staffing; and Spectrum Services Group, Inc.

<u>Prison Health Care Provider Network</u>

CPHCS used the substitute contracting process to procure the services of CDCR's health care network provider.[2]  The contractor will provide a statewide network of community based medical service providers.  As part of the Contracting Project, CPHCS issued a request for proposal to solicit proposals from qualified entities to provide those services.  This acquisition was via the Expedited Formal Bid process.

Final Proposals were submitted by Blue Shield of California, Anthem Blue Cross, Health Net, and Prime Health Services, Inc.  Health Net was awarded the contract.

---

[2] CDCR's right to contract with a health care network provider is established in Penal Code section 5023.5, which states, in relevant part: "Notwithstanding any other law, the Department of Corrections and Rehabilitation may contract with providers of health care services and health care network providers, including, but not limited to, health plans, preferred provider organizations, and other health care network managers. …"  (Pen. Code, § 5023.5, as amended by SBX4 13 [S.B. No. 13, Ch. 22, Stats. 2009-10, 4th Ex. Sess.].)

Recruitment and Staff Accountability

Recruitment and Hiring Project

CPHCS used the substitute contracting process to procure a contract with a firm to recruit, screen and refer qualified candidates for executive and physician positions with CPHCS. This procurement relates to the Recruitment and Hiring Project and pertains to the need to recruit and retain professional quality medical personnel (Receiver's Turnaround Plan of Action Objective 3.1) and executive leadership personnel (Receiver's Turnaround Plan of Action Objective 3.2). An urgent need was identified to have staff in place, as soon as possible, especially a Statewide Medical Executive. The contract was identified as being essential to the critical path of the Recruitment and Hiring Project, and the additional delay that would result from utilizing the Expedited Formal Bid process would significantly interfere with timely completion of the larger project. Therefore, the Urgent Informal Bid process was utilized, and CPHCS chose to issue a request for proposal.

CPHCS solicited bids from the following entities: Reilly & Associates; Merritt Hawkins and Associates; Pam Pohly Associates; ExecuMED; Davenport Major Executive Search; TimeLine Recruiting; Elite Staffing Services, Inc.; Medix Staffing Solutions; Physician Executive Management Center; Midwest Executive Search; Billingsly Associates; LLC-Times Square Custom Staffing, Inc. (CSI Executive Search); Aster Search Group; Witt/Kieffer-Emeryville Office; Executive Search Resource Group; Staffmark Executive Search; Kendall & Davis; American Consulting Company; Ralph Andersen and Associates; Hersher Associates, Ltd.; Arthur/Marshall; Cejka Search; Enterprise Medical Services; Execuhealth, Inc.; Executive Trumpet.com; Human Capital Solutions; Mentor Executive Search, Inc.; Market Rite, Inc.; MedCor Executive Search; Management Recruiters of North Fresno; PsychPros Executive Search; The Rokos Group; The SearchLogix Group; Tyco Search, Inc.; Joseph Associates Inc.; Jack Groban & Associates; Strawn Arnold & Associates, Inc/West Coast Office; Baumann & Associates, Inc.; Aluxion Consulting, LLC.; The Stevenson Group; Joseph Associates Inc.; D&Y; J.R. Phillip & Associates, Inc.; Medstaff Inc.; McDermott & Bull Executive Search; Capitol Advocacy; Soliant Healthcare; StaffPointe; LRL Associates Executive Search Consultants; Morgan Consulting Resources; Moore & Associates; Whitaker Medical; Yinka Latinwo; Health Care Scouts; NAS Recruitment Communications; Paschal Murray Executive Search; National Search Associates; Tom Bogle & Associates; Bristol Associates Incorporated; Aegis Group Search Consultants, LLC; Sales Consultants of Atlanta-Fayetteville, Inc.; Leading Edge Medical Search, Inc.; RSI Sacramento, CA Search & Recruiting Center; TriStaff Corporate Staff; Invictus Medical Solutions; Davenport Major Executive Search; The Stevenson Group; Spin Recruitment Advertising; Executive Medical Search; Primary Resources; Grant Cooper & Associates; Valley Healthcare Systems; Spin Recruitment Advertising; The Riley Guide/Margaret F. Dikel; Medical Executive Search Associates; Professional Executive Search; Cambridge Medical Staffing; Maxim Physician Resources; MedStaff HealthCare Solutions; Merrit, Hawkins & Associates; NAS Recruitment Communications; National Careers

Corporation Executive Search; Phillips DiPisa; Ralph Andersen and Associates; W & A Group; The Rokos Group; Witt/Kieffer-Irvine Office; and Potter Associates.

CPHCS received bids from four entities:  Cejka Search, Medix Staffing Solutions, Soliant Health Inc., and Reilly & Associates.  The contract was awarded to Cejka Search.