EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                          Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                          Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS** |

## INTRODUCTION

On August 11, 2010, this Court ordered that Defendants deposit with the Clerk of the Court the sum of $750,000 for interim payment of the Special Master's fees and costs within forty-five days. (Docket No. 3896 ¶ 2.) However, the California State Controller has been unable to issue payment and the deposit cannot be made due the lack of a California state budget for Fiscal Year 2010-11 and the exhaustion of appropriated funds available to Defendants. Defendants intend to comply with the Court's order once the budget is passed and enacted, and expect to make the deposit within thirty days thereafter. Therefore, Defendants respectfully request an extension of time to deposit the funds until at least thirty days after the budget is passed and enacted.

1

Defs.' Req. for an Ext. of Time to Deposit Funds (2:90-cv-00520 LKK JFM)

**GOOD CAUSE EXISTS TO GRANT DEFENDANTS' REQUEST**

Since December 1995, Defendants have made sixty-eight interim payments of Special Master's fees and costs totaling $37,000,000. (Docket No. 3896.) Defendants intend to comply with this Court's August 11, 2010 order and make a sixty-ninth interim payment of fees and costs in the amount of $750,000, and good cause exists to grant Defendants' request for additional time to deposit the funds. (Lewis Decl. ¶ 3.) But Defendants cannot make the deposit until California's Fiscal Year 2010–11 state budget has been passed and enacted. (*Id.*) There are several reasons why this lack of a current budget prohibits Defendants from depositing the funds at this time.

First, California's budgeting process prohibits the California Department of Corrections and Rehabilitation (CDCR) from obligating these funds until a budget has been passed and enacted. (Lewis Decl. ¶ 4.) Under California Code of Regulations, Title 2, section 610, the State of California is on an annual budget cycle that establishes fiscal years that begin on July 1 of each year and expire on June 30 of the following year. Cal. Code Regs. tit. 2, § 610. In the annual budget, CDCR receives authority to expend funds for a specified time period and is allowed additional time to pay off obligations incurred during that time period. (Lewis Decl. ¶ 4.)

Second, under the State Administrative Manual, section 6325, the California Department of Finance prepares the Budget Bill and submits it to the Legislature in January with the Governor's Budget. (Lewis Decl. ¶ 5.) The Budget Bill is the Governor's proposal for spending authorizations needed for the subsequent fiscal year for on-going programs authorized by the Legislature. (*Id.*) The California Constitution requires that the Legislature pass the Budget Bill and send it to the Governor for signature by June 15th of each year. (*Id.*) After the Governor signs the Budget Bill, it becomes the Budget Act. (*Id.*) Unlike the Federal Government, which will sometimes pass an interim budget to cover the period between the expired budget and the new budget, California does not follow this practice. (*Id.*)

Finally, authorizing payment before the Fiscal Year 2010–11 state budget is passed and enacted could expose the Deputy Director of CDCR's Office of Fiscal Services to liability under state law. (Lewis Decl. ¶ 6.) Specifically, California Government Code section 13324 states:

2

"Every person who incurs any expenditure in excess of the allotments or other provisions of the fiscal year budget as approved by the department or as subsequently changed by or with the approval of the department, is liable both personally and on his official bond for the amount of the excess expenditures." Cal. Gov't. Code § 13324.

The State Controller's Office is reviewing the request to provide funds to allow for the deposit, notwithstanding the absence of a state budget and the lack of CDCR appropriations but is not expected to make a final decision until October 4, 2010. (Lewis Decl. ¶ 3.) Defendants recognize their obligation to pay the Special Master's fees and costs according to this Court's August 11, 2010 order, and expect to deposit the payment within thirty days after the Fiscal Year 2010–11 state budget is passed and enacted.

## **CONCLUSION**

Because good cause exists to grant Defendants' request, Defendants respectfully request that the Court grant Defendants an extension of time to deposit $750,000 for interim payment of the Special Master's fees and costs until at least thirty days after California's Fiscal Year 2010–11 state budget is passed and enacted.

Dated: October 1, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs.' Req. for an Ext. of Time to Deposit Funds (2:90-cv-00520 LKK JFM)