EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DAVID LEWIS IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS** |

I, David Lewis, declare:

1. I am the Deputy Director, Office of Fiscal Services, for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I submit this declaration in support of Defendants' Request for an Extension of Time to Deposit Funds.

2. I have been the Deputy Director of Fiscal Services or the Acting Deputy Director of Fiscal Services since 2008. I have been employed by CDCR since October 2007. As Deputy Director, I am responsible for overseeing all of CDCR's budgeting and accounting functions. This includes overseeing the development and implementation of CDCR's budget, proposing

1

changes to the budget, and tracking expenditures. Additionally, I coordinate with the California Department of Finance regarding CDCR's budget issues and authorize expenditures on behalf of CDCR, including those ordered by a federal court.

3. I am familiar with this Court's August 11, 2010 order requiring that Defendants, within forty-five days, deposit with the Clerk of the Court the sum of $750,000 for payment of the *Coleman* Special Master's fees and costs. CDCR intends to comply with payment required by this order and deposit the funds. However, because California's Fiscal Year 2010–11 state budget is not yet passed and enacted, CDCR does not have the authority to make this payment. The State Controller's Office has been asked to make a final determination on whether any funds are available for CDCR to make this deposit. Its decision is expected on October 4, 2010.

4. California's budgeting process generally prohibits CDCR from obligating funds until a budget has been passed and enacted. Under California Code of Regulations, Title 2, section 610, the State of California is on an annual budget cycle that establishes fiscal years that begin on July 1 of each year and expire on June 30 of the following year. In the annual budget, CDCR receives authority to expend funds for a specified time period and is allowed additional time to pay off obligations incurred during that time period.

5. Under the State Administrative Manual, section 6325, the Department of Finance prepares the Budget Bill and submits it to the Legislature in January with the Governor's Budget. The Budget Bill is the Governor's proposal for spending authorizations needed for the subsequent fiscal year for on-going programs authorized by the Legislature. The California Constitution requires that the Legislature pass the Budget Bill and send it to the Governor for signature by June 15th of each year. After the Governor signs the Budget Bill, it becomes the Budget Act. Unlike the Federal Government, which will sometimes pass an interim budget to cover the period between the expired budget and the new budget, California does not follow this practice.

6. California Government Code section 13324 prohibits state officials and officers from incurring expenditures in excess of the allotments available from the fiscal year budget. Section 13324 states: "Every person who incurs any expenditure in excess of the allotments or other provisions of the fiscal year budget as approved by the department or as subsequently changed by

2

1 | or with the approval of the department, is liable both personally and on his official bond for the
2 | amount of the excess expenditures."

3 |     7.    I respectfully request that this Court grant Defendants an extension of time to deposit
4 | $750,000 with the Clerk of the Court until after California's Fiscal Year 2010-11 state budget is
5 | passed and enacted. CDCR expects that it could make the deposit within thirty days after the
6 | Fiscal Year 2010-11 state budget is passed and enacted.

8 |     I declare under penalty of perjury that the foregoing is true. Executed in Sacramento,
9 | California on October 1, 2010.

_____
DAVID LEWIS

CF1997CS0003

3