1 | EDMUND G. BROWN JR.
Attorney General of California
2 | JONATHAN L. WOLFF
Senior Assistant Attorney General
3 | DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
4 | Deputy Attorneys General
 1300 I Street, Suite 125
5 | P.O. Box 944255
 Sacramento, CA 94244-2550
6 | Telephone: (916) 324-5345
 Fax: (916) 324-5205
7 | E-mail: Debbie.Vorous@doj.ca.gov

8 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On October 1, 2010, Defendants filed an ex parte request to extend the time to deposit their sixty-ninth interim payment of Special Master's fees and costs in the amount of $750,000 until at least thirty days after California's Fiscal Year 2010-11 state budget is passed and enacted.

/ / /

/ / /

/ / /

Good cause presented to the Court and good cause appearing, the Court grants Defendants an extension of time to deposit the sixty-ninth interim payment of $750,000 with the Clerk of the Court until at least thirty days after California's Fiscal Year 2010-11 state budget is passed and enacted.

IT IS SO ORDERED.

Dated: October ___, 2010

_____
LAWRENCE K. KARLTON

CF1997CS0003
31112531.doc

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS (2:90-cv-00520 LKK JFM P)