October 4, 2010

# Amended Fifteenth Tri-Annual Report of the Federal Receiver's Turnaround Plan of Action

## NOTICE

On page 6, the following paragraph was inadvertently deleted and has been inserted after the first full paragraph:

*On August 26, 2010, the Office of the Inspector General released a "Summary and Analysis of the First 17 Medical Inspections of California Prisons" ("Summary and Analysis"). In addition to summarizing the results of its first set of medical inspections, this report conducted a new "category analysis" of the data. In this analysis, OIG "sort[ed] the data from 100 key questions into five general medical categories recommended by [its] lead physician" (Summary and Analysis, p. 58). The five categories are Medication Management, Access to Providers and Services, Continuity of Care, Primary Care Provider Responsibilities and Nurse Responsibilities. (Summary and Analysis, p. 59).*

The inserted paragraph is an introduction to the subsequent information about the OIG "Summary and Analysis of the First 17 Medical Inspections of California Prisons" report.