IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. 2:90-cv-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

            /

        On September 27, 2010, the special master filed his Report on Defendants' Review of Suicide Prevention Policies, Practices, and Procedures. The Report contains a series of recommendations for orders by this court. Good cause appearing, IT IS HEREBY ORDERED that the parties are granted thirty days from the date of this order to file and serve responses to the special master's report and recommendation, and fifteen days thereafter to file and serve a reply to any such response.

DATED: October 5, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1