## United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| COLEMAN, | Evidentiary Hearing Minutes |
| | CASE #:   CIV-S-90-0520 LKK JFM P |
| v. | DATE:   10/04/2010 |
| | Deputy Clerk:  A. Rivas, Judy Streeter |
| SCHWARZENEGGER, et al., | Court Reporter: C. Bodene |

| For the Plaintiff | For the Defendant(s) |
|---|---|
| Michael Bien, Jane Kahn | Debbie Vorous |
| Amy Whelan | |

Proceedings: Evidentiary Hearing re [3907] .

- 10:00  Court in session with all counsel present. Defense counsel indicates that in response to the Court's order concerning the delayed construction of the C5 and C6 units, they have brought three witnesses.
- 10:06  Defense calls first witness **William Westin**, sworn/tesified on direct.
- 10:30  Cross-examination of witness by Ms. Kahn.
- 10:45  Nothing further from counsel. Court inquires of witness.
- 10:47  Nothing further, witness is excused.
- 10:48  Defense calls witness **Victor Brewer**, sworn/testified on direct.
- 10:59  Cross-examination of witness by Ms. Whelan.
- 11:23  Nothing further from counsel. Court inquires of witness.
- 11:27  Defense calls witness **Jean Barawed,** sworn/testified on direct.
- 11:35  Cross-examination of witness by M. Whelan.
- 11:38  Nothing further, witness is excused.
- 11:38  Plaintiffs call witness **John Guhl,** sworn/testified on direct by Ms. Whelan.
- 12:00  Court in recess.

- 1:32  Court in session with all counsel present. Continue direct examination of witness John Guhl.
- 1:46  Cross-examination of witness by Debbie Vorous.
- 1:50  Nothing further, witness excused.
- 1:50  Plaintiff recalls **Mr. Westin** to the stand. Examination by Ms. Kahn.
- 2:02  Witness excused.
- 2:02  Court requires **Mr. Brewer** to resume the stand for questioning by the Court.
- 2:08  Witness excused.
- 2:08  Court questions Plaintiff's counsel, Mr. Bien, regarding recommendations.  Court questions Defendant's counsel Ms. Vorous regarding recommendations.
- 2:18  Matter stands submitted.