IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         ORDER

        On October 1, 2010, defendants filed a motion for extension of time to comply with this court's August 12, 2010 order requiring them to deposit monies to pay the special master's fees and expenses. Defendants complied with the order on October 6, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' October 1, 2010 motion for extension of time is granted nunc pro tunc; and

        2. Defendants' October 6, 2010 deposit is deemed timely.

DATED: October 15, 2010.

                /s/ Lawrence K. Karlton
                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

1