EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' 88-BED DUAL DIAGNOSIS PROGRAM AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

On June 18, 2009, the Court ordered that Defendants shall notify the Special Master of any impediments to timely completion of the approved short-term and intermediate-term projects. (Docket No. 3613 ¶ 3.a.) In addition, the Court ordered that Defendants shall file a copy of any such notification with the Court and serve a copy on counsel for Plaintiffs. (*Id.*) Moreover, on January 4, 2010, this Court ordered that Defendants are only required to describe departures from timeframes when a departure or impediment will delay completion of a project by more than thirty days. (Docket No. 3761 ¶ 3.) That is the case here.

/ / /

/ / /

1

Attached is a notice to the Special Master informing the Special Master that because there have been less endorsements than expected to Defendants' 88-bed Level I/II Enhanced Outpatient Program-General Population dual diagnosis program at the Substance Abuse Treatment Facility, full activation of that program has been delayed by more than thirty days. (Vorous Decl. ¶ 2, Ex. 1.) In addition, the notice states that Defendants now expect the program to be fully activated by the first week of November 2010, rather than by September 30, 2010, as indicated in their June 21, 2010 filing. (*Id.*) Moreover, the notice states that Defendants remain committed to activate this program as soon as possible. (*Id.*)

Dated: October 19, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31123308.doc

2

Defs.' Resp. to Court Orders Re: 88-Bed Dual Diagnosis Prog. at SATF (2:90-cv-00520 LKK JFM P)