EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S ORDERS RE: IMPEDIMENTS TO TIMELY COMPLETION OF DEFENDANTS' 88-BED DUAL DIAGNOSIS PROGRAM AT THE SUBSTANCE ABUSE TREATMENT FACILITY** |

I, Debbie Vorous, declare

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.

2. Attached as Exhibit 1 is a true and correct copy of an October 18, 2010 e-mail that I sent to Special Master Lopes informing him that because there have been less endorsements than expected to Defendants' 88-bed Level I/II Enhanced Outpatient Program-General Population dual

1

1 diagnosis program at the Substance Abuse Treatment Facility, full activation of that program has
2 been delayed by more than thirty days.  Defendants now expect the program to be fully activated
3 by the first week of November 2010, rather than by September 30, 2010, as indicated in their June
4 21, 2010 filing.  Moreover, the e-mail states that Defendants remain committed to activate this
5 program as soon as possible.
6     I declare under penalty of perjury that the foregoing is true.
7     Executed this 19th day of October, 2010, in Sacramento, California.

                */s/ Debbie J. Vorous*
                DEBBIE VOROUS

CF1997CS0003
31123309.doc

2

# EXHIBIT 1

**Debbie Vorous - Notification Re: SATF 88-Bed Dual Diagnosis Program**

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | MLopes@pldw.com |
| **Date:** | 10/18/2010 10:01 AM |
| **Subject:** | Notification Re: SATF 88-Bed Dual Diagnosis Program |
| **CC:** | Debbie Vorous; kwalsh@pldw.com |

Dear Special Master Lopes:

This e-mail follows Defendants' verbal notification to you of a delay in fully activating Defendants' 88-bed Level I/II Enhanced Outpatient Program-General Population dual diagnosis program at the Substance Abuse Treatment Facility. In the stipulation and order filed with this Court on June 21, 2010, Defendants indicated that they expected full occupancy by September 30, 2010.

Because there have been less endorsements for this program than expected, full activation has been delayed by more than thirty days. Defendants now expect the program to be fully activated the first week of November 2010. Defendants remain committed to fully activate this program as soon as possible.

Please contact me if you have any questions.

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345