EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' UPDATE TO COURT RE: CONSTRUCTION AND FUNDING OF DEFENDANTS' AMENDED STARK PLAN** |

1

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| **AB** | Assembly Bill |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **CEQA** | California Environmental Quality Act |
| **DOF** | Department of Finance |
| **JLBC** | Joint Legislative Budget Committee |
| **PMIB** | Pooled Money Investment Board |
| **PWB** | Public Works Board |

2

Defs.' Update to Court Re: Const. and Funding of Defs.' Amended Stark Plan
(2:90-cv-00520 LKK JFM P)

## I. INTRODUCTION

After consulting with the *Coleman* Special Master, Defendants submit this summary of some of their previous submissions regarding the Stark project in an effort to clarify any uncertainty about those submissions.[1]  In addition, Defendants take this opportunity to update the Court on their efforts to obtain financing for the project.

## II. SUMMARY OF STARK CONSTRUCTION UPDATES

Defendants proposed in November 2009 renovating the Stark Juvenile Justice Facility to an adult facility to house and treat Enhanced Outpatient Program-General Population and Enhanced Outpatient Program-Administrative Segregation Unit inmates.  (Docket No. 3724-2 at 7.)  Defendants' original proposal had a projected completion date of September 23, 2014.  (*Id.* at 44.)  The Court declined to approve Defendants' proposal on January 4, 2010, and ordered Defendants to submit an amended proposal that "limits the population for that facility to no more [than] 137.5% of the facility's design capacity and that meets the concerns identified by the special master."  (Docket No. 3761 ¶ 1.c.)  On May 13, 2010, Defendants submitted an amended proposal to the Court that reflected a December 15, 2014 full occupancy date for the Stark facility (amended Stark plan).  (Docket Nos. 3845, 3845–2 at 4.)  Although six months passed since Defendants submitted their original proposal to the Court, their amended proposal reflected a full occupancy date only three months later than their original proposal.  On June 15, 2010, this Court found that Defendants' amended Stark plan met the concerns identified by the Special Master with respect to the original proposal, and stayed the requirement that the plan limit the population for that facility to no more than 137.5% of the facility's design capacity pending review by the United States Supreme Court.  (Docket No. 3856 at 3:7–17.)  Notwithstanding this finding, this Court ordered that Defendants identify steps that might be taken to accelerate Defendants' amended Stark plan.  (Docket No. 3856 ¶ 2.)

/ / /

---

[1] Defendants' earlier submissions, however, speak for themselves, and Defendants do not intend this summary to conflict with or supersede any statements or representations made in their earlier pleadings in this Court.

3

Defs.' Update to Court Re: Const. and Funding of Defs.' Amended Stark Plan
(2:90-cv-00520 LKK JFM P)

1  On June 30, 2010, Defendants identified two steps responsive to the Court's order: (1) use
2 of the "design-build" procurement method for construction of the amended Stark plan under
3 Government Code section 14661.1(i), which Defendants anticipated would accelerate the project
4 by 8 months—from December 2014 to April 2014; and (2) waiver of three California
5 Environmental Quality Act (CEQA) notice periods that, if waived by the Court, could accelerate
6 the CEQA process by 85 days. (Docket No. 3870 at 4:14–5:21.)[2]

7  On July 21, 2010, Defendants updated the Court regarding the first step. Defendants
8 notified the Court that the Department of Finance (DOF) concurred with the request by the
9 California Department of Corrections and Rehabilitation (CDCR) to use the "design-build"
10 procurement method for construction of the amended Stark plan. (Docket No. 3885.) Although
11 this action occurred eight months after Defendants originally proposed to convert the Stark
12 facility, Defendants nonetheless accelerated the project's estimated completion date by eight
13 months, from December 2014 to April 2014. (Docket No. 3870 at 5:6–10.)

14  On July 30, 2010, Defendants updated the Court regarding the second step. Consistent with
15 the Court's June 15, 2010 order, Defendants previously identified several "actions required to
16 accomplish [this] step[]," including the need for Joint Legislative Budget Committee (JLBC)
17 approval, and an unqualified bond opinion regarding the validity of the bonds that will be used to
18 construct the project. (Docket No. 3870 at 6:8-15.) In Defendants' July 30, 2010 update,
19 Defendants notified the Court that bond counsel conditionally concluded that the Court could
20 waive the CEQA notice periods without having an adverse impact on the viability of the bonds.
21 (Docket No. 3889 at 2:18–27.) In addition, Defendants continued to work to identify other ways
22 to accelerate the project. (*Id.* at 3:3–8.)
23 / / /

---

[2] Those notice periods are: (1) Cal. Pub. Res. Code § 21091(a); Cal. Code Regs. tit. 14, § 15105(a) (provides a 45-day time period for public review of the draft EIR); (2) Cal. Pub. Res. Code § 21092.5(a); Cal. Code Regs. tit. 14, § 15088(b) (provides that at least 10 days prior to certifying the final EIR, the lead agency shall provide a written proposed response to a public agency on comments made by that agency); and (3) Cal. Pub. Res. Code § 21108(c); Cal. Code Regs. tit. 14, § 15094(f) (provides that a Notice of Determination must be posted and available for public inspection for 30 days). (Docket No. 3870 at 5:21–6:3.)

4

Defs.' Update to Court Re: Const. and Funding of Defs.' Amended Stark Plan
(2:90-cv-00520 LKK JFM P)

On August 30, 2010, Defendants identified a third step responsive to the Court's June 15, 2010 order. Defendants determined that a phased occupancy approach to the amended Stark plan could potentially accelerate the full occupancy date for the four new Enhanced Outpatient Program population housing units by <u>four</u> months—from April 2014 to December 2013. (Docket No. 3904.) This step was independent from the second step, and would potentially accelerate the project by four months irrespective of whether the Court also waived the CEQA notice periods. (*Id.* at 3:15–20.) Nonetheless, as with the second step, Defendants also identified several actions that would be required to accomplish this step, and Defendants maintained that the current April 2014 activation schedule, which involves fewer uncertainties, would be a more reasonable approach for the amended Stark plan. (*Id*. at 3:20–22.)

### III. UPDATE REGARDING DEFENDANTS' REQUEST FOR ASSEMBLY BILL 900 FUNDING FOR THE AMENDED STARK PLAN

Even while Defendants continued working to identify ways to accelerate the project's completion, they also sought funding for the project. As previously indicated, Defendants will fund the amended Stark plan through Assembly Bill (AB) 900 lease-revenue financing authority that the California Legislature appropriated to construct capital prison projects. (Docket No. 3845–2 at 8; Hysen Decl. ¶ 4.) Under state law, Joint Legislative Budget Committee (JLBC) approval is required for this AB 900 project to proceed. (Hysen Decl. ¶ 4; Cal. Gov't Code § 15819.40(d).)

On August 18, 2010, the Department of Finance (DOF) notified the JLBC of CDCR's request for AB 900 funding for the amended Stark plan. (Hysen Decl. ¶ 4, Ex. 1.) Additionally, a September 20, 2010 Public Works Board (PWB) meeting was scheduled to "establish" the project scope, cost, and schedule for the amended Stark plan. (*Id.* ¶ 5.) And a September 23, 2010 Pooled Money Investment Board (PMIB) meeting was scheduled to request interim financing. (*Id.*) Obtaining approval of the scope, cost, and schedule for the amended Stark plan from the PWB and obtaining interim financing for the amended Stark plan from the PMIB are both required steps in the AB 900 financing process for the amended Stark plan. (*Id.*)

/ / /

5

Defs.' Update to Court Re: Const. and Funding of Defs.' Amended Stark Plan
(2:90-cv-00520 LKK JFM P)

1    On September 15, 2010, the JLBC notified DOF that, at that time, the JLBC could not
2 concur with CDCR's request for AB 900 funding for the amended Stark plan. (Hysen Decl. ¶ 4,
3 Ex. 1.) Specifically, the JLBC stated: "The Legislature will reconsider this project when the
4 state's fiscal and budget situation are more settled and the department has provided a plan for
5 how it will cost-effectively expand prison capacity within the level of resources authorized by AB
6 900." (*Id.*) Defendants are providing this Court with a copy of the JLBC's September 15, 2010
7 letter in order to apprise the Court of this recent development. Because the JLBC would not
8 concur with CDCR's request for AB 900 funding for the amended Stark plan, and the JLBC's
9 approval is a prerequisite to the PWB and PMIB meetings, the project was taken off the PWB and
10 PMIB calendars. (*Id.* ¶ 5.)

11   Nonetheless, CDCR is continuing to work with the JLBC to obtain its approval to use AB
12 900 funds for the amended Stark plan. (Hysen Decl. ¶ 6.) Specifically, CDCR officials met with
13 the Chair of the JLBC, Senator Denise Moreno Ducheny, in the third week of September to
14 discuss the concerns outlined in the JLBC's September 15, 2010 letter. (*Id.*) Based on that
15 meeting, CDCR has developed additional information to provide the JLBC to address the
16 concerns outlined in the letter and seek concurrence and to place the project on the agenda for an
17 upcoming PWB meeting. (*Id.*)

18   CDCR expects that the earlier removal of the amended Stark plan from the PWB's calendar
19 based on the JLBC's inability to concur with the project will result in a "day-for-day" delay,
20 commencing on the date that CDCR expected to receive PMIB funding; that is, from September
21 23, 2010, until the project is resubmitted for PWB approval and receives PMIB funding. (Hysen
22 Decl. ¶ 7.) Thus, CDCR expects a delay from the current April 2014 full occupancy date for the
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

6

amended Stark plan. (*Id.*) The full extent of the delay, however, will not be known until such time as the JLBC approves the project, and the PWB and PMIB meetings are rescheduled. (*Id.*)

Dated: October 19, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31123747.doc

7

Defs.' Update to Court Re: Const. and Funding of Defs.' Amended Stark Plan
(2:90-cv-00520 LKK JFM P)