1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:  (510) 280-2621
4
5
6
7  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
8  CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
9  San Francisco, California  94107-1389
   Telephone:  (415) 864-8848
10
11 Attorneys for Plaintiffs

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000

12                UNITED STATES DISTRICT COURT
13
14              EASTERN DISTRICT OF CALIFORNIA
15
16 RALPH COLEMAN, et al.,

17            Plaintiffs,

18        v.

19 ARNOLD SCHWARZENEGGER, et al.,

20            Defendants.

21

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM THE COURT'S OCTOBER 5, 2010 ORDER REGARDING THE C5/C6 UNITS AT SALINAS VALLEY STATE PRISON**

22
23
24
25
26
27
28

[410171-1]

DECL. OF AMY WHELAN ISO PLS.' OPPOSITION TO DEFS.' MOTION FOR RELIEF FROM THE COURT'S OCT. 5, 2010 ORDER RE THE C5/C6 UNITS AT SALINAS VALLEY STATE PRISON - CASE NO. CIV S 90-0520 LKK-JFM

I, Amy Whelan, hereby declare:

1.      I am a member of the Bar of this Court and an associate at Rosen, Bien & Galvan, LLP, counsel of record for the plaintiffs in this case.  I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.  I make this declaration in support of "Plaintiffs' Opposition to Defendants' Motion for Relief from the Court's October 5, 2010 Order Regarding the C5/C6 Units at Salinas Valley State Prison."

2.      Attached hereto as Exhibit A is a true and correct copy of relevant portions of the October 4, 2010 hearing transcript in this case.

3.      Attached hereto as Exhibit B is a true and correct copy of Defendants' "Monthly Staffing and Staffing Vacancies Report for all DMH State Hospitals, Vacaville Psychiatric Program and Salinas Valley Psychiatric Program."  Defendants produced this data on October 4, 2010.  The data shows that as of September 25, 2010, Atascadero State Hospital ("ASH") had a 0 percent staff vacancy rate, Patton State Hospital ("PSH") had a 1 percent staff vacancy rate, and Vacaville Psychiatric Program ("VPP") had a 9 percent staff vacancy rate.  All of those vacancy levels account for the use of registry or contract personnel.  In contrast, Salinas Valley Psychiatric Program ("SVPP") had a 35 percent staff vacancy rate with the use of registry staff.  These staffing shortages in the SVPP affect key positions impacting care.  For instance, SVPP reports that 13 of the 19 allocated psychiatry positions are vacant, with only five positions filled by registry staff.  This leaves SVPP without 8 of the 19 psychiatrist positions it needs, or with a 42% vacancy rate.  Shortages are nearly as dire for psychologists, with 5 of the 14 allocated positions vacant (or 36%) and no registry staff.  Regarding social workers, 11of the 26 positions are vacant (42%) and only two of those positions are covered by registry staff.  SVPP has also failed to fill 7 of 25 rehabilitation therapist positions, leaving a 27% vacancy rate and no registry coverage.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed this 20th day of October, 2010, in San Francisco, California.

*/s/ Amy Whelan*
Amy Whelan

[410171-1]

# EXHIBIT A

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3                        ---O0O---

4     BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                          CASE NO. CIV. S-90-0520 LKK

9    ARNOLD SCHWARZENEGGER,
     et al.,

10

11         Defendants.

12   _____/

13

14

15

16                        ---o0o---

17

18                   REPORTER'S TRANSCRIPT

19                MONDAY, OCTOBER 3RD, 2010

20   RE:  EVIDENTIARY HEARING REGARDING THE C5-C6 PROJECT AT SVSP

21

22                        ---o0o---

23

24

25   Reported by:              CATHERINE E.F. BODENE,
                               CSR. No. 6926

```
 1                         APPEARANCES

 2                         ---o0o---

 3

 4    FOR THE PLAINTIFF:

 5            ROSEN, BIEN & GALVAN, LLP
              315 MONTGOMERY STREET, TENTH FLOOR
 6            SAN FRANCISCO, CALIFORNIA  94104

 7            BY:  MICHAEL BIEN, Attorney At Law
              BY:  JANE E. KAHN, Attorney At Law
 8            BY:  AMY WHELAN, Attorney At Law

 9

10

11    FOR THE DEFENDANTS:

12             STATE OF CALIFORNIA, DEPT. OF JUSTICE
               OFFICE OF THE ATTORNEY GENERAL
13             13OO I STREET
               SACRAMENTO, CALIFORNIA  95814
14
              BY:  DEBBIE J. VOROUS,
15                 Deputy Attorney General

16

17

18    FOR THE STATE FIRE MARSHAL:

19             STATE OF CALIFORNIA, DEPT. OF JUSTICE
               OFFICE OF THE ATTORNEY GENERAL
20             13OO I STREET
               SACRAMENTO, CALIFORNIA  95814
21
              BY:  CARYN L. CRAIG,
22                 Deputy Attorney General

23

24

25                         ---o0o---
```

<pre>
 1                    EXAMINATION INDEX

 2                      ---o0o---

 3   FOR THE DEFENDANTS:

 4      EXAMINATION:                              PAGE

 5

 6    WILLIAM WESTIN

 7        Direct Examination by Ms. Vorous          2
          Cross-Examination by Ms. Kahn           17
 8        Further Cross-Examination by Ms. Kahn   88

 9

10    VICTOR BREWER

11        Direct Examination by Ms. Vorous        29
          Cross-Examination by Ms. Whelan         36
12        Examination by The Court                97

13

14    JEAN BARAWED

15        Direct Examination by Ms. Vorous        55
          Cross-Examination by Ms. Whelan         59
16

17

18

19

20                      ---o0o---

21

22

23

24

25
</pre>

1                              EXAMINATION INDEX

2                                 ---o0o---

3

  FOR THE PLAINTIFFS:

4

       EXAMINATION:                                        PAGE

5

6     JOHN GUHL

7        Direct Examination by Ms. Whelan              62
         Cross-Examination by Ms. Vorous               84

8

9

10

11

12

13

14

15                                ---o0o---

16

17

18

19

20

21

22

23

24

25

13

1   time between November and December when DMH would not be able

2   to admit inmate patients into either C5 or C6?

3   A.      Based on that schedule, they would stop admitting

4   patients on December 11th and not be able to admit patients

5   again until we were completed with C5 on approximately

6   January 17th.

7          THE COURT:  Let me be sure I understand.

8          Both C5 and C6 will not admit patients under this

9   schedule, which is as good as the schedule that I've been

10  given over the years.  You know, you're two years behind.

11  But both C5 and C6 would not be occupied during this period

12  of certification, correct?

13          THE WITNESS:  That's correct.

14  BY MS. VOROUS:

15  Q.      Have you looked at ways to try to reduce that period

16  of time that the Department of Mental Health would not be

17  able to admit patients into either C5 or C6?

18  A.      Yes.  I have come up with a better plan.

19  Q.      And what is that plan?

20  A.      Well, the plan is to, while we're doing C6 -- all

21  three pods in C6, is to also do the piping replacement in C5,

22  pod A, which is the largest of the three pods.

23  Q.      And would you please explain how that would impact

24  the number of days that DMH could not be admitting inmates

25  into either C5 or C6?

15

1   the admission of patients in C5?

2           THE WITNESS:  Right.

3           THE COURT:  You could do the same thing in C6, but

4   then you have to go back and replace the pipes somewhere?

5           THE WITNESS:  That's correct.  And the issue with

6   making repairs in C6 at this time is that there's no

7   guarantee how long it will take.  And --

8           THE COURT:  That's obvious.  I mean that's -- Never

9   mind.

10          THE WITNESS:  The repairs in C5 took a considerable

11  amount of time.  It was kind of a hit and miss thing.  We had

12  to keep testing it.

13          THE COURT:  What does "a considerable amount of time"

14  mean?

15          THE WITNESS:  Well, I believe it took over a month.

16  And C6 we're currently scheduled to start the construction

17  tomorrow.

18          THE COURT:  All right.  Go ahead.

19  BY MS. VOROUS:

20  Q.      And when is the construction for C6 -- What is the

21  anticipated completion date for the construction in C6?

22  A.      I'm sorry.  I can't hear you.

23          THE COURT:  When do you finish construction in C6?

24          THE WITNESS:  On November 18th.

25  ///

17

1        I guess not.  Someone else.

2        MS. KAHN:  Good morning, Your Honor.  Jane Kahn for

3   plaintiffs.

4                        CROSS-EXAMINATION

5   BY MS. KAHN:

6   Q.      Good morning, Mr. Westin.

7   A.      Good morning.

8   Q.      Do you have a copy of your declaration?

9   A.      Not in front of me, no.

10  Q.      Can I approach the witness?

11          (Declaration handed to witness for review.)

12  Q.      Mr. Westin, you were asked some questions about C5

13  and C6, the configuration of the units.  I just want to

14  follow up with a few questions there so the configuration is

15  clear to everybody in the courtroom.

16          C5 and C6 are standard prison housing units, correct?

17  A.      Yeah.  But there are more than one type of housing

18  units.

19  Q.      So the 180 design, and C5 and C6 are identical units?

20  A.      Yes.

21  Q.      And they each have three housing pods, A, B and C?

22  A.      Correct.

23  Q.      And the housing pods are separated, A, B, C are

24  separated by thick concrete walls, correct?

25  A.      That's correct.

18

1    Q.      They're locked units?

2    A.      Yes.

3    Q.      They're two-tiered units with patient rooms or cells

4    on each tier?

5    A.      Correct.

6    Q.      And they have a day room, correct?

7    A.      That's right.

8    Q.      And overlooking the day room is an officer who's

9    stationed in a watch tower looking down on the day room?

10   A.      We call that "control," yes.

11   Q.      Control.  And on the day room, can you describe

12   what's on the day room floor?

13   A.      Well, that varies, but they're mostly just open.

14   Q.      And the day room floors that you've renovated in C5

15   and C6?

16   A.      They have a couple of -- a few tables for patients to

17   sit at.  I believe there's some drinking fountains.  And

18   there used to be urinals, but we removed those.

19   Q.      So after the initial seven week delay of activating

20   C5 and C6, the construction, it was completed on July 28th,

21   and the Fire Marshal inspected the units the next day?

22   A.      Correct.

23   Q.      Did you accompany the Fire Marshal on that

24   inspection?

25   A.      I did not.

39

1    Q.      Well, let's talk about the structural limitations.

2            Back when you opened D5 and D6, in fact you had no

3    group rooms at all available for those patients, correct?

4    A.      Correct.

5    Q.      And so you have both buildings -- Right now with C5

6    and C6 you have six group rooms available; is that correct?

7    A.      There's six group rooms constructed.  That is

8    correct.

9    Q.      And with D5 and D6 you had zero, correct?

10   A.      That is correct.

11   Q.      And back when you opened D5 and D6, you had something

12   like 80 or 100 patients on the SVPP waiting list, correct?

13   A.      I do not recall.

14   Q.      Well, this would have been back around the end of

15   2006?

16           THE COURT:  Before we did the project to determine

17   whether there really were sick people out there that nobody

18   was paying attention to it was about 100, 120?

19           Is that right?

20           THE WITNESS:  Your Honor, I cannot recall what it was

21   precisely.

22           THE COURT:  I understand that.  But around 100 to

23   120, roughly?

24           THE WITNESS:  I believe so.

25           THE COURT:  Okay.

40

1    BY MS. WHELAN:

2    Q.      And you -- This was a big problem you pointed out.

3    In fact, you were very concerned that D5 and D6 were running

4    without group rooms for patients for more than two years,

5    correct?

6    A.      Correct.

7    Q.      But at the time you did it because there was an

8    emergency backlog, and you really needed to admit patients

9    into those units, correct?

10   A.      I admitted into Delta-6, completed through the pods

11   until I completed admissions, and then I commenced admissions

12   into D5.

13   Q.      My point is that you -- you used these two units that

14   had zero group rooms at that time, and you moved patients in

15   and worked out a therapeutic program for them based on the

16   space you had.  And you did that because you had a waiting

17   list and you had to start moving patients in, correct?

18   A.      I programmed patients within the pod.  I did IDTTS

19   within the pod, which is a HIPAA violation.  I did it out of

20   necessity.

21   Q.      I understand.  Because it is an emergency?

22   A.      Yes.

23   Q.      And now you have got more than 400 patients on a

24   waiting list, correct?

25   A.      Correct.

44

1    patients into D5 and D6 from the treatment centers?

2    A.    No.  I moved all the patients into D5 and D6, direct

3    admissions.

4    Q.    How many staff positions would you need for full

5    activation of C5 and C6?

6    A.    Four psychiatrists, four psychologists, eight social

7    workers, eight rehabilitation therapists, four SRNs, 22 RNs.

8    Q.    And can you say how many of each of those categories

9    you have right now?

10   A.    The psychiatrist positions are filled minus one with

11   either employees or contractors.  All the psychologist

12   positions are filled.  All the rehab therapist positions are

13   filled.  All the social worker positions are filled.  I

14   believe I have one vacancy for registered nurses.

15   Q.    And your senior registered nurses?

16   A.    I don't recall that number today.

17   Q.    When you say that they're filled, are those people

18   actually staffed and working at Salinas Valley right now?

19   A.    No.  Many of them we have commitments and are coming

20   on board over the next 30 to 45 days.

21   Q.    And how many staff do you have in the unit right now?

22   A.    Sufficient numbers to fully staff C5.

23   Q.    Now, you never went back and tried to alter your five

24   patients per week admission plan in light of the very long

25   waiting list for these beds; is that right?

47

BY MS. WHELAN:

Q.      It sounds like from your testimony that the hiring
freeze that the Governor implemented has not affected you; is
that right?

A.      It did affect us in that we were instructed to seek a
secondary approval for the positions.  We have done so and
that has been granted.  So it did cost about 30 to 45 days.

Q.      And can you explain what the "secondary approval
process" was?

A.      We asked for approval of the positions, which is an
exception request, and it was sent to headquarters.  And
because the agency has authorized the department to grant
those for clinical care positions, ours were granted.

Q.      And if you were under an order to admit more than
five patients per week, similar to the order to do so at ASH,
Atascadero State Hospital at one point, what would you need?
What staffing resources would you need to admit, for
instance, seven patients per week?

A.      As I've stated before, staffing is not the issue.  If
I'm ordered to do more, I will follow that order.

Q.      So the issue is the programming?

A.      Yes, sir -- Yes, ma'am.

Q.      And the programming depends on the staff that you
have available to provide the programming, correct?

A.      And the physical plant.

49

1          THE COURT:  Not may be.  Will be.  Is that right,

2     sir?

3          THE WITNESS:  Yes.

4     BY MS. WHELAN:

5     Q.     You talked earlier that your MTAs are either

6     registered nurses, psychiatric technicians, and you said a

7     third category.  What was that?

8     A.     Licensed vocational nurse.

9     Q.     And is there a reason that you need MTAs in these

10    units?

11         I mean in other words, can you just use psychiatric

12    technicians who are not -- who did not become MTAs for this

13    purpose?

14    A.     I have requested 120 psychiatric technicians or LVNs

15    through the various registry contracts because we will

16    supplement the lack of MTAs with LVNs or Psych-Techs.

17    Q.     Do you have sufficient LVNs and Psych-Techs right now

18    for those units?

19    A.     I've asked for 120 and received 12.

20         THE COURT:  You've asked who?

21         THE WITNESS:  The four registry contracts we have.

22         THE COURT:  And they've been only able to provide 12?

23         THE WITNESS:  That is correct.

24    ///

25    ///

50

BY MS. WHELAN:

Q.      And have you also sought to fill them with registered
nurses?

A.      Yes.

Q.      How many registered nurses did you request?

A.      If I recall, approximately 20.

Q.      And how many did you receive?

A.      Zero.

Q.      And did you also request LVNs for that purpose?

A.      I requested 120 LVNs and/or psychiatric technicians.

Q.      And have you asked to streamline the background or
security check process for those staff in order to hire them
more quickly?

A.      Are you referring to psychiatric technicians or MTAs?

Q.      The MTAs?

        THE COURT:  That's not the problem.  He says he
doesn't have anybody to examine.  They only got 12 people out
of 120 requests.

BY MS. WHELAN:

Q.      You testified earlier that 248 people are in the
process --

A.      Yes.

Q.      -- of becoming MTAs?

A.      Correct.

Q.      And it takes approximately four to 12 months for them

1                      REPORTER'S CERTIFICATE

2                            ---o0o---

3
     STATE OF CALIFORNIA   )
4    COUNTY OF SACRAMENTO  )

5


6           I certify that the foregoing is a correct transcript
7
     from the record of proceedings in the above-entitled matter.
8

9

10               IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California on this 7TH day of
11   OCTOBER, 2010.

12

13

14   /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
15           Official United States District Court Reporter

16

17

18

19

20

21

22

23

24

25

# EXHIBIT B



# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

October 4, 2010

Matthew A. Lopes, Jr., Esq.              via:    Debbie J. Vorous
Office of Special Master                          Gregory Gomez
Pannone, Lopes & Devereaux, LLC                   Deputy Attorneys General
317 Iron Horse Way, Suite 301                     1300 I Street, Suite 125
Providence, RI  02908                             P.O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE:    MONTHLY STAFFING AND STAFFING VACANCIES REPORT FOR ALL DMH STATE
         HOSPITALS, VACAVILLE PSYCHIATRIC PROGRAM AND SALINAS VALLEY
         PSYCHIATRIC PROGRAM**

In accordance with the February 6, 2007 Court Order on the issue of pay parity for the California
Department of Mental Health (DMH) Clinicians, DMH is providing the following information on
Staffing and Staffing Vacancies in all DMH Hospitals, the Vacaville Psychiatric Program at the
California Medical Facility and the Salinas Valley Psychiatric Program at the Salinas Valley State
Prison.

The enclosed report contains the following data for 26 Coleman Related Clinical Positions: Total
amount of budgeted positions, positions filled, positions currently vacant and the overall percentage
of vacancies for each facility as of September 25, 2010. In addition, this report contains the DMH
Coleman totals that incorporate all of the data collected from the above-mentioned facilities. Please
note that DMH has included additional information that identifies the number of contracted staff
employed at DMH hospitals.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Respectfully,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# DMH Staffing Classifications/Vacancy Rate Report as of September 25,2010 2010

Facility Totals as of September 25,2010 2010

| Class Code | COLEMAN RELATED CLASSES | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacany Rate (Authorized Positions Vacant) | Functional Vacany Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594 | Medical Director, State Hospital/Developmental Center, C.E.A. | 6.00 | 1.00 | 5.00 | 0.00 | 5.00 | 83% | 83% |
| 8236** | Psychiatric Technician Assistant (Safety) | 314.70 | 302.70 | 12.00 | 0.00 | 12.00 | 4% | 4% |
| 8238** | Psychiatric Technician Trainee (Safety) | 50.00 | 32.30 | 17.70 | 0.00 | 17.70 | 35% | 35% |
| 8253 | Psychiatric Technician (Safety) | 2153.20 | 2052.20 | 101.00 | 70.00 | 31.00 | 5% | 1% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety)** | 20.00 | 14.00 | 6.00 | 0.00 | 6.00 | 30% | 30% |
| 8252 | Senior Psychiatric Technician (Safety) | 338.00 | 297.00 | 41.00 | 0.00 | 41.00 | 12% | 12% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 295.00 | 250.90 | 44.10 | 21.00 | 23.10 | 15% | 8% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 49.50 | 45.50 | 4.00 | 0.00 | 4.00 | 8% | 8% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 55.20 | 45.30 | 9.90 | 0.00 | 9.90 | 18% | 18% |
| 7619** | Staff Psychiatrist (Safety) | 274.40 | 207.20 | 67.20 | 61.00 | 6.20 | 24% | 2% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 44.00 | 29.00 | 15.00 | 8.00 | 7.00 | 34% | 16% |
| 7616** | Senior Psychiatrist (Specialist) | 18.90 | 2.00 | 16.90 | 0.00 | 16.90 | 89% | 89% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 51.80 | 27.00 | 24.80 | 1.00 | 23.80 | 48% | 46% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 4.00 | 3.00 | 1.00 | 0.00 | 1.00 | 25% | 25% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 93.80 | 81.40 | 12.40 | 1.00 | 11.40 | 13% | 12% |
| 8323**** | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 14.00 | 12.00 | 2.00 | 0.00 | 2.00 | 14% | 14% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 172.00 | 153.85 | 18.15 | 2.00 | 16.15 | 11% | 9% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 62.00 | 56.50 | 5.50 | 0.00 | 5.50 | 9% | 9% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 361.10 | 322.10 | 39.00 | 8.00 | 31.00 | 11% | 9% |
| 8104 | Unit Supervisor (Safety) | 135.00 | 119.00 | 16.00 | 0.00 | 16.00 | 12% | 12% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN GRAND TOTALS** | **4520.60** | **4061.95** | **458.65** | **172.00** | **286.65** | **10%** | **6%** |

*Salary Increases Effective 04/01/07
*DMH Class Codes added in May 07
*Class Codes are not on DPA Data Run for Plata (Pending info from actual Pay Letter)
****Staffing exceeds budgeted due to clinical needs funded by savings in other classifications

## DMH Psychiatric Technician Classifications as of September 25,2010 2010

| Class Code | VACANCY WORKSHEET | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | COLEMAN RELATED POSITIONS | | | | ASH Facility Totals | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 48.00 | 31.50 | 16.50 | 0.00 | 16.50 | 34% | 34% |
| 8253 | Psychiatric Technician (Safety) | 542.10 | 579.50 | -37.40 | 0.00 | -37.40 | -7% | -7% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 94.00 | 81.00 | 13.00 | 0.00 | 13.00 | 14% | 14% |
| | SUB-TOTAL | 685.10 | 693.00 | -7.90 | 0.00 | -7.90 | -1% | -1% |
| | COLEMAN RELATED POSITIONS | | | | CSH Facility Totals | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 35.00 | 29.00 | 6.00 | 0.00 | 6.00 | 17% | 17% |
| 8238** | Psychiatric Technician Trainee (Safety) | 2.00 | 0.80 | 1.20 | 0.00 | 1.20 | 60% | 60% |
| 8253 | Psychiatric Technician (Safety) | 364.80 | 275.00 | 89.80 | 70.00 | 19.80 | 25% | 5% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 16.00 | 10.00 | 6.00 | 0.00 | 6.00 | 38% | 38% |
| 8252 | Senior Psychiatric Technician (Safety) | 74.00 | 58.00 | 16.00 | 0.00 | 16.00 | 22% | 22% |
| | SUB-TOTAL | 491.80 | 372.80 | 119.00 | 70.00 | 49.00 | 24% | 10% |
| | COLEMAN RELATED POSITIONS | | | | MSH Facility Totals | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 44.00 | 39.00 | 5.00 | 0.00 | 5.00 | 11% | 11% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 263.10 | 246.00 | 17.10 | 0.00 | 17.10 | 6% | 6% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 40.00 | 31.00 | 9.00 | 0.00 | 9.00 | 23% | 23% |
| | SUB-TOTAL | 347.10 | 316.00 | 31.10 | 0.0 | 31.10 | 9% | 9% |

*Salary Increases Effective 04/01/07
**DMH Class Codes added in May 07

1

## DMH Psychiatric Technician Classifications as of September 25,2010 2010

| Class Code | VACANCY WORKSHEET | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **COLEMAN RELATED POSITIONS** | | | **NSH Facility Totals** | | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 199.70 | 199.70 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 296.20 | 265.70 | 30.50 | 0.00 | 30.50 | 10% | 10% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 54.00 | 51.00 | 3.00 | 0.00 | 3.00 | 6% | 6% |
| | **SUB-TOTAL** | **549.90** | **516.40** | **33.50** | **0.00** | **33.50** | **6%** | **6%** |
| | **COLEMAN RELATED POSITIONS** | | | **PSH Facility Totals** | | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 35.00 | 34.00 | 1.00 | 0.00 | 1.00 | 3% | 3% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 687.00 | 686.00 | 1.00 | 0.00 | 1.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 76.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **SUB-TOTAL** | **802.00** | **800.00** | **2.00** | **0.00** | **2.00** | **0%** | **0%** |
| | **COLEMAN RELATED POSITIONS** | | | **VPP Facility Totals** | | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **SUB-TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0%** | **0%** |

*Salary Increases Effective 04/01/07
**DMH Class Codes added in May 07

2

| DMH Psychiatric Technician Classifications as of September 25,2010 2010 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Class Code | VACANCY WORKSHEET | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
| | **COLEMAN RELATED POSITIONS** | | | | SVPP Facility Totals | | | |
| 8236** | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **SUB-TOTAL** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00** | **0%** | **0%** |
| | **TOTAL VACANCY RATE** | **2875.90** | **2698.20** | **177.70** | **70.00** | **107.70** | **6%** | **4%** |

| ATASCADERO STATE HOSPITAL (ASH) | | ASH Facility Totals as of September 25, 2010 | | | | | |

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594/ | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236** | Psychiatric Technician Assistant (Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 48.00 | 31.50 | 16.50 | 0.00 | 16.50 | 34% | 34% |
| 8253 | Psychiatric Technician (Safety) | 542.10 | 579.50 | -37.40 | 0.00 | -37.40 | -7% | -7% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 94.00 | 81.00 | 13.00 | 0.00 | 13.00 | 14% | 14% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 60.50 | 52.50 | 8.00 | 0.00 | 8.00 | 13% | 13% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 11.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 11.00 | 10.00 | 1.00 | 0.00 | 1.00 | 9% | 9% |
| 7619** | Staff Psychiatrist (Safety) | 53.60 | 19.50 | 34.10 | 48.00 | -13.90 | 64% | -26% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 3.00 | 2.00 | 1.00 | 0.00 | 1.00 | 33% | 33% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 9.00 | 4.00 | 5.00 | 0.00 | 5.00 | 56% | 56% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 38.00 | 33.80 | 4.20 | 0.00 | 4.20 | 11% | 11% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 4.00 | 3.50 | 0.50 | 0.00 | 0.50 | 13% | 13% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 58.20 | 54.00 | 4.20 | 0.00 | 4.20 | 7% | 7% |
| 8104 | Unit Supervisor (Safety) | 31.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | COLEMAN TOTAL | 983.40 | 932.30 | 51.10 | 48.00 | 3.10 | 5% | 0% |

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **COALINGA STATE HOSPITAL (CSH)** | | | | **CSH Facility Totals as of September 25, 2010** | | | |
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594/9693 | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236** | Psychiatric Technician Assistant (Safety) | 35.00 | 29.00 | 6.00 | 0.00 | 6.00 | 17% | 17% |
| 8238** | Psychiatric Technician Trainee (Safety) | 2.00 | 0.80 | 1.20 | 0.00 | 1.20 | 60% | 60% |
| 8253 | Psychiatric Technician (Safety) | 364.80 | 275.00 | 89.80 | 70.00 | 19.80 | 25% | 5% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 16.00 | 10.00 | 6.00 | 0.00 | 6.00 | 38% | 38% |
| 8252 | Senior Psychiatric Technician (Safety) | 74.00 | 58.00 | 16.00 | 0.00 | 16.00 | 22% | 22% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 40.70 | 28.70 | 12.00 | 21.00 | -9.00 | 29% | -22% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 12.00 | 8.00 | 4.00 | 0.00 | 4.00 | 33% | 33% |
| 9288/9831 | Senior Psychologist, Correctional Facility (Supervisor) | 10.20 | 8.80 | 1.40 | 0.00 | 1.40 | 14% | 14% |
| 7619** | Staff Psychiatrist (Safety) | 21.70 | 5.00 | 16.70 | 13.00 | 3.70 | 77% | 17% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 7.60 | 0.00 | 7.60 | 0.00 | 7.60 | 100% | 100% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 9.10 | 4.00 | 5.10 | 0.00 | 5.10 | 56% | 56% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 14.00 | 7.80 | 6.20 | 0.00 | 6.20 | 44% | 44% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 14.70 | 12.00 | 2.70 | 0.00 | 2.70 | 18% | 18% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 18.60 | 15.30 | 3.30 | 0.00 | 3.30 | 18% | 18% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 50.10 | 42.00 | 8.10 | 6.00 | 2.10 | 16% | 4% |
| 8104 | Unit Supervisor (Safety) | 21.00 | 18.00 | 3.00 | 0.00 | 3.00 | 14% | 14% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **712.50** | **522.40** | **190.10** | **110.00** | **80.10** | **27%** | **11%** |

| | METROPOLITAN STATE HOSPITAL (MSH) | | | | MSH Facility Totals as of September 25, 2010 | | | |
|---|---|---|---|---|---|---|---|---|

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594/969 | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236** | Psychiatric Technician Assistant (Safety) | 44.00 | 39.00 | 5.00 | 0.00 | 5.00 | 11% | 11% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 263.10 | 246.00 | 17.10 | 0.00 | 17.10 | 6% | 6% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 40.00 | 31.00 | 9.00 | 0.00 | 9.00 | 23% | 23% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 39.20 | 34.00 | 5.20 | 0.00 | 5.20 | 13% | 13% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 6.00 | 3.00 | 3.00 | 0.00 | 3.00 | 50% | 50% |
| 7619** | Staff Psychiatrist (Safety) | 44.40 | 36.00 | 8.40 | 0.00 | 8.40 | 19% | 19% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 12.50 | 7.00 | 5.50 | 0.00 | 5.50 | 44% | 44% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 9.60 | 9.10 | 0.50 | 0.00 | 0.50 | 5% | 5% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 24.50 | 23.50 | 1.00 | 0.00 | 1.00 | 4% | 4% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 41.10 | 36.00 | 5.10 | 0.00 | 5.10 | 12% | 12% |
| 8104 | Unit Supervisor (Safety) | 19.00 | 12.00 | 7.00 | 0.00 | 7.00 | 37% | 37% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **554.40** | **487.60** | **66.80** | **0.00** | **66.80** | **12%** | **12%** |

| | NAPA STATE HOSPITAL (NSH) | | | | NSH Facility Totals as of September 25, 2010 | | | |
|---|---|---|---|---|---|---|---|---|

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594 | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236** | Psychiatric Technician Assistant (Safety) | 199.70 | 199.70 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 296.20 | 265.70 | 30.50 | 0.00 | 30.50 | 10% | 10% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 54.00 | 51.00 | 3.00 | 0.00 | 3.00 | 6% | 6% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 55.10 | 41.20 | 13.90 | 0.00 | 13.90 | 25% | 25% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 9.00 | 5.00 | 4.00 | 0.00 | 4.00 | 44% | 44% |
| 7619** | Staff Psychiatrist (Safety) | 61.30 | 56.30 | 5.00 | 0.00 | 5.00 | 8% | 8% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 8.30 | 0.00 | 8.30 | 0.00 | 8.30 | 100% | 100% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 7.00 | 3.00 | 4.00 | 0.00 | 4.00 | 57% | 57% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 15.70 | 14.50 | 1.20 | 1.00 | 0.20 | 8% | 1% |
| 8323**** | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 26.00 | 23.30 | 2.70 | 2.00 | 0.70 | 10% | 3% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 16.40 | 15.70 | 0.70 | 0.00 | 0.70 | 4% | 4% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 60.20 | 53.60 | 6.60 | 0.00 | 6.60 | 11% | 11% |
| 8104 | Unit Supervisor (Safety) | 31.00 | 27.00 | 4.00 | 0.00 | 4.00 | 13% | 13% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **858.90** | **774.00** | **84.90** | **3.00** | **81.90** | **10%** | **10%** |

| | PATTON STATE HOSPITAL (PSH) | | | PSH Facility Totals as of September 25, 2010 | | | | |
|---|---|---|---|---|---|---|---|---|

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594 | Medical Director, State Hospital/Developmental Center, C.E.A. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236** | Psychiatric Technician Assistant (Safety) | 35.00 | 34.00 | 1.00 | 0.00 | 1.00 | 3% | 3% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 687.00 | 686.00 | 1.00 | 0.00 | 1.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 76.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 70.50 | 70.50 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 6.50 | 6.50 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288/(9831) | Senior Psychologist, Correctional Facility (Supervisor) | 18.00 | 17.50 | 0.50 | 0.00 | 0.50 | 3% | 3% |
| 7619** | Staff Psychiatrist (Safety) | 93.40 | 90.40 | 3.00 | 0.00 | 3.00 | 3% | 3% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 14.20 | 9.00 | 5.20 | 0.00 | 5.20 | 37% | 37% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 27.50 | 27.00 | 0.50 | 0.00 | 0.50 | 2% | 2% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 42.80 | 40.25 | 2.55 | 0.00 | 2.55 | 6% | 6% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 11.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 97.50 | 97.50 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8104 | Unit Supervisor (Safety) | 33.00 | 31.00 | 2.00 | 0.00 | 2.00 | 6% | 6% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **1224.40** | **1208.65** | **15.75** | **0.00** | **15.75** | **1%** | **1%** |

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **SALINAS VALLEY PSYCHIATRIC PROGRAM (SVPP)** | | | **SVPP Facility Totals as of September 25, 2010** | | | | |
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594 | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236** | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 14.00 | 9.00 | 5.00 | 0.00 | 5.00 | 36% | 36% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619** | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 17.00 | 5.00 | 12.00 | 5.00 | 7.00 | 71% | 41% |
| 7616** | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 50% | 50% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 3.00 | 0.00 | 3.00 | 0.00 | 3.00 | 100% | 100% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 50% | 50% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 13.00 | 11.00 | 2.00 | 0.00 | 2.00 | 15% | 15% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 6.00 | 5.00 | 1.00 | 0.00 | 1.00 | 17% | 17% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 26.00 | 15.00 | 11.00 | 2.00 | 9.00 | 42% | 35% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **85.0** | **48.0** | **37.00** | **7.0** | **30.0** | **44%** | **35%** |

| VACAVILLE PSYCHIATRIC PROGRAM (VPP) | | VPP Facility Totals as of September 25, 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted FTE | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
| 7577 | Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7594 | Medical Director, State Hospital/Developmental Center, C.E.A. | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236** | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238** | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254** | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist (Health Facility-Clinical-Safety) | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9839 | Senior Psychologist (Health Facility) (Specialist) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9288 | Senior Psychologist, Correctional Facility (Supervisor) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619** | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 27.00 | 24.00 | 3.00 | 3.00 | 0.00 | 11% | 0% |
| 7616** | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609** | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 1.00 | -1.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 8.00 | 7.00 | 1.00 | 0.00 | 1.00 | 13% | 13% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 13.00 | 10.00 | 3.00 | 0.00 | 3.00 | 23% | 23% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 28.00 | 24.00 | 4.00 | 0.00 | 4.00 | 14% | 14% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | **102.00** | **89.00** | **13.00** | **4.00** | **9.00** | **13%** | **9%** |

1