EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case as follows:

David E. Brice, SBN 269443
Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: 916-324-8010
Facsimile: 916-324-5205
E-Mail: David.Brice@doj.ca.gov

/ / /

/ / /

1

NOTICE OF ADDITION OF COUNSEL (2:90-cv-00520 LKK JFM PC)

1 | Please add David E. Brice to the Court's service list.

2 | Dated:  October 27, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

/s/ *David E. Brice*

DAVID E. BRICE
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31129243.doc