UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
       Plaintiff

    v.                                       **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
       Defendant

     You are hereby notified that a Notice of Appeal was filed on **November 04, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 5, 2010

                                **VICTORIA C. MINOR**
                                **CLERK OF COURT**

                       **by:** /s/ K. Yin

                           Deputy Clerk