UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90–CV–00520–LKK–JFM** |
| USDC Judge: | **SENIOR JUDGE LAWRENCE K. KARLTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. JOHN S ZIL MD** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **10/5/2010 & 10/22/2010** |
| Court Reporter Information: | **C. Bodene, ECRO, Diamond Court Reporters** |

FEE INFORMATION

**Fee Status: Not Paid – Billed**

Information prepared by: /s/ **K. Yin , Deputy Clerk**