PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
ERNEST GALVAN, Bar No. 196065
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
AARON J. FISCHER, Bar No. 247391
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' OBJECTION TO SPECIAL MASTER'S REPORT ON DEFENDANTS' REVIEW OF SUICIDE PREVENTION POLICIES, PRACTICES, AND PROCEDURES, AND ADOPTING SPECIAL MASTER'S FOURTH RECOMMENDATION AS AN ORDER OF THE COURT** |

[PROPOSED] ORDER DENYING DEFS.' OBJECTIONS TO SPECIAL MASTER'S REPORT ON DEFS.' REVIEW OF SUICIDE PREVENTION POLICIES, PRACTICES, & PROCEDURES, & ADOPTING RECOMMENDATIONS AS AN ORDER OF THE COURT - NO. CIV S 90-0520 LKK-JFM

[444135-1]

On September 27, 2010, the Special Master issued his Report on Defendants' Review of Suicide Prevention Policies, Practices, and Procedures. Docket No. 3918. In his Report, the Special Master identifies and discusses five recommendations related to suicide prevention and the Court-ordered review of California Department of Corrections and Rehabilitation (CDCR) policies and practices. On November 4, 2010, Defendants filed their objection only as to the fourth of these five recommendations. The Court ordered that the Special Master's first, second, third, and fifth recommendations, for which the parties asserted no objections, were adopted in full. Nov. 17, 2010 Order, Docket No. 3954.

Having reviewed the Special Master's Report, Defendants' objection to the fourth recommendation therein, and Plaintiffs' response, and having conducted the required *de novo* review of any objections to findings of fact and to conclusions of law made or recommended by the Special Master, *see* Fed. R. Civ. P. 53(f)(3)-(4), the Court hereby adopts in full the Special Master's fourth recommendation contained in the September 27, 2010 Report.

In accordance with the above, IT IS HEREBY ORDERED:

That within the next 60 days, Defendants submit a plan to furnish suicide-resistant beds in their Mental Health Crisis Beds (MHCBs) for any at-risk inmates who would otherwise not be provided with a bed while in an MHCB unit.

The Court finds that the relief ordered herein is narrowly drawn, extends no further than necessary to correct the violation of federal rights, and is the least intrusive means necessary to correct the violation of federal rights.

**IT IS SO ORDERED**.

Dated: November ___, 2010

LAWRENCE K. KARLTON
Senior United States District Judge

[PROPOSED] ORDER DENYING DEFS.' OBJECTIONS TO SPECIAL MASTER'S REPORT ON DEFS.' REVIEW OF SUICIDE PREVENTION POLICIES, PRACTICES, & PROCEDURES, & ADOPTING RECOMMENDATIONS AS AN ORDER OF THE COURT - NO. CIV S 90-0520 LKK-JFM

[444135-1]