| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LISA ELLS, Bar No. 243657<br>AARON J. FISCHER, Bar No. 247391<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, California 94107-1389<br>Telephone: (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF BLAKE THOMPSON IN SUPPORT OF SPECIAL MASTER'S RECOMMENDATION THAT DEFENDANTS SUBMIT A PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN THEIR MENTAL HEALTH CRISIS BED UNITS TO REDUCE HIGH RATE OF SUICIDE** |

DECL. OF BLAKE THOMPSON ISO SPECIAL MASTER'S RECOMMENDATION THAT DEFS. SUBMIT A PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN THEIR MENTAL HEALTH CRISIS BED UNITS TO REDUCE HIGH RATE OF SUICIDE – NO. CIV S 90-0520 LKK-JFM

[444143-1]

I, Blake Thompson, do hereby declare as follows:

1. I am an attorney admitted to practice law in California, a member of the State Bar of California, and of this Court. I am an associate attorney in the law firm Rosen, Bien & Galvan. I have personal knowledge of the matters set forth herein and if called as a witness, I could competently so testify. I make this declaration in support of the Special Master's Recommendation that Defendants Submit a Plan to Furnish Suicide-Resistant Beds in Their Mental Health Crisis Bed Units to Reduce High Rate of Suicide.

2. On November 16 and 17, 2010, I conducted a monitoring tour of Wasco State Prison ("WSP") as part of the institutional monitoring of prison facilities in *Armstrong v. Schwarzenegger*, No. C94 2307 CW (N.D. Cal.) with my colleague Josephine Weinberg. On November 17, 2010, I toured the prison's facilities and interviewed prison staff.

3. On November 17, 2010, I toured the Correctional Treatment Center ("CTC") at Wasco to evaluate accessibility issues for prisoners with disabilities in the CTC. While in the CTC, I spoke with several staff members, including Associate Warden Kim Klee, Sgt. Garza, and Nurse Acala. I asked which cells in the CTC were being used as Mental Health Crisis Beds ("MHCBs"). I was told that Wasco was licensed for seven MHCBs, and that cells could be switched from medical beds to MHCBs as was needed based on demand.

4. I was directed by staff to the cells in the CTC that were currently being used as MHCBs. I viewed, through the cell window, prisoners in nine cells being used as MHCBs. Each of these cells had a sign on the door noting that the prisoner was under some type of psychological observation.

5. None of the nine MHCB cells I saw contained a bed. In five of the nine cells, the prisoner was standing up with no bed or mattress to lie down on. In the other four cells, the prisoner had a blanket and a thin pad to lie down on, which was roughly two or three inches thick. By contrast, I saw another CTC cell that was not being used as MHCB that contained a regular hospital bed. In my previous visits to Wasco for *Armstrong* monitoring tours, prisoners housed in the CTC for reasons other than mental health observation are always provided with a hospital bed in their cell.

1

DECL. OF BLAKE THOMPSON ISO SPECIAL MASTER'S RECOMMENDATION THAT DEFS. SUBMIT A PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN THEIR MENTAL HEALTH CRISIS BED UNITS TO REDUCE HIGH RATE OF SUICIDE – NO. CIV S 90-0520 LKK-JFM

[444143-1]

6. I saw one prisoner in an MHCB in the CTC, Mr. R., who was designated by CDCR as "DPO" under the *Armstrong* Remedial Plan, meaning that he was an intermittent wheelchair user. Staff told me that he was designated as DPO, and I confirmed that by reviewing the Disability and Effective Communication System ("DECS") list provided by staff in the CTC. When I went to Mr. R's cell, his wheelchair was sitting outside the cell and Mr. R was lying on the foam pad on the ground with a blanket.

I declare under penalty of perjury under the laws of California and the United States, that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on November 18, 2010.

*/s/ Blake Thompson*
Blake Thompson

2

DECL. OF BLAKE THOMPSON ISO SPECIAL MASTER'S RECOMMENDATION THAT DEFS. SUBMIT A PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN THEIR MENTAL HEALTH CRISIS BED UNITS TO REDUCE HIGH RATE OF SUICIDE – NO. CIV S 90-0520 LKK-JFM

[444143-1]