FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 23 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, Governor of California; et al.,<br><br>        Defendants - Appellants. | No. 10-17546<br><br>D.C. No. 2:90-cv-00520-LKK-JFM<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: LEAVY, McKEOWN, and BERZON, Circuit Judges.

    Appellants' emergency motion to stay the district court's October 5, 2010 and October 22, 2010 orders pending appeal is denied because appellants have not made a showing of irreparable harm to themselves or their employees. *See Winter v. Natural Res. Def. Council, Inc.,* – U.S. –, 129 S. Ct. 365, 375-76 (2008).