EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' PLAN RE: INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAITLISTS** |

On March 31, 2010, the Court ordered that Defendants, within ninety days, work under the guidance of the *Coleman* Special Master to "develop a plan to reduce or eliminate the wait lists for inpatient care and, in the interim, to better serve the needs of *Coleman* class members placed on such lists." (Docket No. 3831 ¶ 2.) The Court further ordered that Defendants file their plan with the Court within one hundred twenty days from the date of the order or by July 29, 2010. (*Id.*) Thereafter, the parties stipulated and the Court ordered that Defendants have up to and including November 26, 2010, to file their plan with the Court. (Docket No. 3894.)

/ / /

/ / /

1

1  Enclosed as Appendix A is Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient
2  Waitlists.
3  Dated: November 24, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ DEBBIE J. VOROUS*
DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Plan Re: ICF and Acute Waitlists
(2:90-cv-00520 LKK JFM P)