1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,                    No. 2:90-cv-0520 LKK JFM (PC)

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,

14
              Defendants.                      ORDER

15   _____/

16              The matter of payment of the special master has been referred to this court by the

17   district court.  The court has reviewed the bill for services provided by the special master in the

18   above-captioned case through the month of October 2010.

19              Good cause appearing, IT IS HEREBY ORDERED that:

20              1.  The Clerk of the Court is directed to pay to

21                      Matthew A. Lopes, Jr., Esq.
                        Special Master

22                      Pannone Lopes & Devereaux LLC
                        317 Iron Horse Way, Suite 301

23                      Providence, RI 02908

24   the amount of $409,349.71 in accordance with the attached statement; and

25   /////

26   /////

                                                    1

1        2.  A copy of this order shall be served on the financial department of this court.

2   DATED: November 30, 2010.

3

4                                                UNITED STATES MAGISTRATE JUDGE

5

6   12
    cole10.oct
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  RALPH COLEMAN, et al.,                    :

8           Plaintiffs,                      :

9      v.                                    :        No. 2:90-cv-0520 LKK JFM (PC)

10 ARNOLD SCHWARZENEGGER et al.,             :

11          Defendants.

12 The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through **October 31, 2010.**

13

14

15 Matthew A. Lopes, Jr., Special Master
            Services          $17,001.00
            Disbursements      $9624.02

16

17          Total amount due              $26,625.02

Mohamedu F. Jones, J.D., Deputy Special Master
18          Services          $41,065.00
            Disbursements     $    0.00

19

20          Total amount due              $41,065.00

Linda E. Buffardi, J.D., Deputy Special Master
21          Services          $37,634.00
            Disbursement      $    0.00

22

23          Total amount due              $37,634.00

Kerry F. Walsh, J.D.
24          Services          $36,733.50
25          Disbursements     $    0.00

26          Total amount due              $36,711.00

3

Kristina M. Hector, J.D.
    Services            $32,908.50
    Disbursements       $      0.00

            Total amount due                $32,908.50

Steven W. Raffa, J.D.
    Services            $36,292.50
    Disbursements       $      0.00

            Total amount due                $36,292.50

Paul Nicoll, M.A.P.A.
    Services            $18,550.00
    Disbursements       $ 2,472.20

            Total amount due                $21,022.20

Kerry C. Hughes, M.D.
    Services            $24,536.00
    Disbursements       $ 3,880.82

            Total amount due                $28,416.82

Jeffrey L. Metzner, M.D.
    Services            $ 7,020.00
    Disbursements       $   665.11

            Total amount due                 $7,685.11

Raymond F. Patterson, M.D.
    Services            $ 4,863.00
    Disbursements       $   587.92

            Total amount due                 $5,450.92

Ted Ruggles, Ph.D.
    Services            $18,374.00
    Disbursements       $ 2,037.14

            Total amount due                $20,411.14

Melissa G. Warren, Ph.D.
    Services            $19,967.00
    Disbursements       $ 1,405.44

            Total amount due                $21,372.44

Kathryn A. Burns, MD, MPH

|  | | |
|---|---|---|
| Services | $   600.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $600.00 |

Yong Joo Erwin, LCSW

|  | | |
|---|---|---|
| Services | $ 1,507.50 | |
| Disbursements | $      0.00 | |
| Total amount due | | $1,507.50 |

Mary Perrien, Ph.D.

|  | | |
|---|---|---|
| Services | $17,828.00 | |
| Disbursements | $ 1,721.21 | |
| Total amount due | | $19,549.21 |

Patricia M. Williams, J.D.

|  | | |
|---|---|---|
| Services | $28,229.00 | |
| Disbursements | $ 1,693.81 | |
| Total amount due | | $29,922.81 |

Angela P. Shannon, M.D.

|  | | |
|---|---|---|
| Services | $   550.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $550.00 |

Henry A. Dlugacz, MSW, J.D.

|  | | |
|---|---|---|
| Services | $   967.50 | |
| Disbursements | $      0.00 | |
| Total amount due | | $967.50 |

J. Ronald Metz

|  | | |
|---|---|---|
| Services | $ 1,400.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $1,400.00 |

I.C. Haunani Henry

|  | | |
|---|---|---|
| Services | $13,540.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $13,540.00 |

William F. Alvarez, PHD

| | |
|---|---|
| Services | $24,662.00 |
| Disbursements | $ 1,056.04 |

Total amount due      $25,718.04

**TOTAL AMOUNT TO BE REIMBURSED**      **$409,349.71**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master