EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' UPDATE TO COURT RE: ESTRELLA HEALTH CARE FACILITY PROJECT** |

## INTRODUCTION

This Court has ordered that Defendants report to the Special Master on a monthly basis all actions taken on each court-approved long-range bed project and whether each project remains on schedule. (Docket No. 3761 ¶ 2.) Defendants' updates are to be in the form of updated activation schedules. (*Id.*) On December 2, 2010, Defendants provided the Special Master and counsel for Plaintiffs with an updated activation schedule for their long-range bed project to convert the former El Paso de Robles Division of Juvenile Justice facility (aka Estrella Health Care Facility) into housing, treatment, and office space for inmates needing an Enhanced Outpatient Program

level of care. (Vorous Decl. ¶ 2, Ex. 1.) At the recommendation of the Special Master, and in an effort to keep the Court fully informed of Defendants' progress regarding the long-range bed plan projects, Defendants also provide the following update to the Court regarding that project.

## UPDATE TO COURT

On November 6, 2009, Defendants filed their long-range mental health bed plan with the Court. (Docket No. 3724.) Defendants' plan included, among other projects, the Estrella Health Care Facility project. (Docket No. 3724–2 at 10–11.) The Defendants originally estimated, and the activation schedule for the Estrella Health Care Facility project stated, that patient admissions would start on May 13, 2012, and end on September 10, 2012. (*Id.* at 53–55.) Defendants premised these dates on the California Department of Corrections and Rehabilitation (CDCR) obtaining Joint Legislative Budget Committee (JLBC) project authorization and contract award by January 9, 2010. (*Id.* 54–55.) But as reflected in the attached updated November 22, 2010 activation schedule for the Estrella Health Care Facility project, the JLBC did not authorize the project until June 2, 2010, nearly five months later than Defendants originally projected. (Vorous Decl. ¶¶ 2–3, Ex. 1.)

The November 22, 2010 activation schedule for the Estrella Health Care Facility project further reflects that CDCR has now completed its analysis of the impact from the later JLBC authorization and contract award dates, and it concluded that patient admissions will now start on December 3, 2012 and end on February 25, 2013. (Vorous Decl. ¶ 4, Ex. 1.)

Dated:  December 10, 2010              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003