EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' UPDATE TO COURT RE: ESTRELLA HEALTH CARE FACILITY PROJECT** |

I, Debbie Vorous, declare

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Update to the Court Re: Estrella Health Care Facility Project.

2. Attached as Exhibit 1 is a true and correct copy of an updated November 22, 2010 activation schedule for Defendants' long-range mental health bed project to convert the former El

1

1  Paso de Robles Division of Juvenile Justice facility (aka Estrella Health Care Facility) into
2  housing, treatment, and office space for inmates needing an Enhanced Outpatient Program level
3  of care (Estrella activation schedule).  I forwarded the Estrella activation schedule to Special
4  Master Lopes and to counsel for Plaintiffs on December 2, 2010.
5      3.  According to the Estrella activation schedule, the Joint Legislative Budget Committee
6  (JLBC) did not authorize the Estrella Health Care Facility project until June 2, 2010.
7      4.  The Estrella activation schedule further reflects that CDCR has now completed its
8  analysis of the impact from the later JLBC authorization and contract award dates, and it
9  concluded that patient admissions will now start on December 3, 2012 and end on February 25,
10  2013.
11  I declare under penalty of perjury that the foregoing is true.
12  Executed this 10th day of December, 2010, in Sacramento, California.

                              */s/ Debbie J. Vorous*
                              DEBBIE VOROUS

CF1997CS0003
31137482.doc

2

Vorous Decl. in Supp. of Defs.' Update to Court Re: Estrella Health Care Facility  (2:90-cv-00520 LKK JFM P)

# EXHIBIT 1

| Project: | Estrella Health Care Facility "El Paso de Robles Conversion" | | |
|---|---|---|---|
| Responsible Person: | Chris Meyer/CDCR | | Jay Sturges /DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | 915 L Street, Sacramento California 95814 |
| Project Architect: | DLR | | |
| Location: | Paso Robles, CA | | |
| Funding Source: | AB 900 (GC 15819.40) | | |

Report Period Ending: November 22, 2010

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | 11/6/09 | 11/2/09 | (4) | 11/6/09 | 11/4/09 | (2) | | B. Khaghani | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 11/9/09 | 1109/09 | | 12/9/09 | 12/11/09 | 2 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 12/10/09 | 12/14/09 | 4 | 1/9/10 | 6/2/10 | 144 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | JLBC approved project 06/02/10. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 1/11/10 | 6/14/10 | 154 | 1/11/10 | 6/14/10 | 154 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 12/30/09 | 12/1/09 | (29) | 1/19/10 | 12/15/09 | (35) | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 1/20/10 | 12/16/09 | (35) | 1/20/10 | 6/16/10 | 147 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 7 | 1/21/10 | 6/21/10 | 151 | 1/28/10 | 7/27/10 | 180 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | The A/E contract was executed on 7/27/10. |
| Preliminary Plans - Bid Package Structure | 196 | 1/29/10 | 7/28/10 | 180 | 8/13/10 | | 101 | | B. Khaghani | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | CDCR has completed analysis of the delay encountered obtaining JLBC project authorization and contract award. As a means to mitigate the delay, all 3 bid packages have been combined into only one bid package. The new scheduled completion date for PP's is 01/21/2011. The PP phase is approximately 55% complete. |
| California Environmental Quality Act Compliance (CEQA) | 153 | 8/3/09 | 8/3/09 | | 1/3/10 | | 323 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The new planned complete date is 1/3/11 from the previously reported 11/18/10 date. The delay is due to additional time needed to consult with the City of Paso Robles on water and sewer services and to address the volume of comments received on the Draft Environmental Impact Report. There is no impact to the overall project schedule. |
| JLBC Approval of Preliminary Plans | 126 | 7/8/10 | | 137 | 11/11/10 | | 11 | | JLBC | JLBC Approval. | Based on the schedule delay analysis, the new planned start date is 01/24/11 and the new planned complete date is 03/10/2011. |

12/2/2010 10:28 AM    Page 1    \\Hcs501jfile001\unit shares\Mental Health\Teresa Owens\Activation Schedules ~ Cover Sheets and Templates\12 December 1\15 New Estrella Nov 22 2010 kg1.xls

53

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PWB Approval of Preliminary Plans - Bid Package Structure** | 126 | 7/9/10 | | 136 | 11/12/10 | | 10 | | C. Lief | PWB Approval. | Based on the schedule delay analysis, the new planned start date is 01/25/11 and the new planned complete date is 03/11/2011. |
| **Working Drawings (Construction Documents) - Bid Package Structure** | 270 | 7/2/10 | | 143 | 3/29/11 | | | | B. Khaghani | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Based on the schedule delay analysis, the new planned start date is 03/14/11 and the new planned complete date is 07/29/2011. |
| **Bid and Award - Bid Package Structure** | 116 | 11/18/10 | | 4 | 5/20/11 | | | | B. Khaghani | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Based on the schedule delay analysis, the new planned start date is 08/01/11 and the new planned complete date is 10/14/2011. |
| **Construction [3] - Bid Package Structure** | 397 | 2/8/11 | | | 3/11/12 | | | | B. Khaghani / Contractor TBD | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Based on the schedule delay analysis, the new planned start date is 10/17/11 and the new planned complete date is 10/4/2012. |
| **Hire Staff** | 153 | 11/10/11 | | | 4/11/12 | | | | S. Streater K. Baker Warden | Advertise, Hire, and Train Staff. | The new planned start date is 11/03/11 and the new planned complete date is 11/02/12. |
| **Activation** | 30 | 4/18/12 | | | 5/18/12 | | | | S. Streater K. Baker Warden | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | The new planned start date is 11/5/12 and the new planned complete date is 11/30/12. |
| **Patient Admisssions** | 120 | 5/19/12 | | | 9/16/12 | | | | S. Streater K. Baker Warden | | The new planned start date is 12/3/12 and the new planned complete date is 2/25/13. |

[1] This facility is intended to include 150 EOP, 40 EOP/ASU, and 709 non-mental health beds.

[2] Court Order filed 1/4/10, Docket No. #3761

[3] Special Master shall receive updates on construction every 90 days.

12/2/2010 10:28 AM   Page 2   \\Hcs501jfile001\unit shares\Mental Health\Teresa Owens\Activation Schedules ~ Cover Sheets and Templates\12 December 1\15 New Estrella Nov 22 2010 kg1.xls

54

**Project:**                    **Estrella Health Care Facility "El Paso de Robles Conversion"**

**Lead Person Roster**

| Name | | | Address | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Contractor TBD | | | | | |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Simcoe | Geoff | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Streater | Suzanne | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| TBD | | Warden | 4545 Aiport Rd. | Paso Robles | |