PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2010** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third Quarter of 2010 to defendants via overnight Federal Express on October 19, 2010. Plaintiffs received defendants' objections on November 19, 2010. The parties completed their meet and confer process on December 14, 2010. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the third quarter of 2010, which total $171,323.16.

The parties also include with this stipulation past due amounts for work performed by paralegal clerks during the first quarter of 2010. The parties have reached an interim agreement that defendants will pay $82.50 per hour for those timekeepers pending resolution of litigation regarding those rates. Accordingly, defendants agree to pay $16,458.75 plus interest at 0.28% (or $0.13 per day) which has been accruing since June 5, 2010.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $187,781.91 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on $16,458.75 of $0.13 per day has been accruing since June 5, 2010 and interest on the remaining fees and costs runs from November 20, 2010 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO STIPULATED.

DATED: December 20, 2010

/s/ Debbie Vorous
Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

DATED: December 20, 2010

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[453657-1]

# EXHIBIT A

Coleman v. Schwarzenegger
Summary of Stipulated Fees and Costs
July 1, 2010 through September 30, 2010

**STIPULATED**

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring (Non-Three Judge) | $142,386.23 | $16,607.96 |
| Monitoring Fees on Fees | $11,340.90 | $988.07 |
| Q1 2010 Stipulated Paralegal Clerk Hours | $16,458.75 | $0.00 |
| **Totals:** | $170,185.88 | $17,596.03 |

**Total Stipulated Fees and Costs**         **$187,781.91**

452265

Coleman v. Schwarzenegger
Non-Three Judge Monitoring Stipulated Fees 489-3
July 1, 2010 through September 30, 2010

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 106.00 | 105.90 | 79.30 | 26.60 | $208.50 | $208.50 | $16,534.05 | $5,546.10 |
| Ernest Galvan | 16.30 | 16.30 | 12.20 | 4.10 | $208.50 | $208.50 | $2,543.70 | $854.85 |
| Jane E. Kahn | 167.60 | 165.10 | 142.40 | 21.00 | $208.50 | $208.50 | $29,690.40 | $4,378.50 |
| Mark R. Feeser | 80.30 | 80.10 | 78.40 | 1.50 | $208.50 | $208.50 | $16,346.40 | $312.75 |
| Lisa A. Ells | 36.50 | 30.60 | 30.10 | 0.10 | $208.50 | $208.50 | $6,275.85 | $20.85 |
| Amy E. Whelan | 109.30 | 108.70 | 39.60 | 68.90 | $208.50 | $208.50 | $8,256.60 | $14,365.65 |
| Robert Blake Thompson | 3.80 | 3.80 | 3.40 | 0.00 | $208.50 | $208.50 | $708.90 | $0.00 |
| Holly M. Baldwin | 0.30 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Carina Tong | 11.70 | 11.70 | 0.00 | 11.70 | $208.50 | $82.50 | $0.00 | $2,439.45 |
| Kevin E. Jones | 9.30 | 4.00 | 0.30 | 3.70 | $208.50 | $82.50 | $24.75 | $809.25 |
| Sofia A. Milham | 101.30 | 90.20 | 81.50 | 1.30 | $208.50 | $82.50 | $6,723.75 | $10,540.05 |
| Matthew R. Harrison | 1.00 | 1.00 | 1.00 | 0.00 | $200.00 | $82.50 | $82.50 | $117.50 |
| Haruka Roudebush | 9.00 | 0.20 | 0.20 | 0.00 | $200.00 | $82.50 | $16.50 | $23.50 |
| Hugo D. Cabrera | 11.10 | 10.90 | 10.90 | 0.00 | $185.00 | $82.50 | $899.25 | $1,117.25 |
| Elizabeth S. Hennessey | 233.00 | 213.20 | 196.10 | 4.50 | $185.00 | $82.50 | $16,178.25 | $20,932.75 |
| Marc Shinn-Krantz | 274.70 | 259.20 | 236.30 | 6.50 | $185.00 | $82.50 | $19,494.75 | $25,423.25 |
| Misha Goodwin | 1.00 | 1.00 | 1.00 | 0.00 | $185.00 | $82.50 | $82.50 | $102.50 |
| Doris Tseng | 133.40 | 42.40 | 37.00 | 0.00 | $185.00 | $82.50 | $3,052.50 | $3,792.50 |
| **Totals** | | 1305.60 | 1144.30 | 949.70 | 149.90 | | | $126,910.65 | $90,776.70 |

452265

Coleman v. Schwarzenegger
Non-Three Judge Monitoring Stipulated Fees 489-3
July 1, 2010 through September 30, 2010

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Steve Fama | 41.40 | 41.40 | 40.70 | 0.70 | $208.50 | $208.50 | $8,485.95 | $145.95 |
| Sergio Broholm | 6.80 | 6.80 | 6.80 | 0.00 | $180.00 | $82.50 | $561.00 | $663.00 |
| Riley Doyle Evans | 72.90 | 72.90 | 72.90 | 0.00 | $180.00 | $82.50 | $6,014.25 | $7,107.75 |
| **Totals** | **121.10** | **121.10** | **120.40** | **0.70** | | | **$15,061.20** | **$7,916.70** |

**Employment Law Center**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 1.75 | 1.75 | 1.75 | 0.00 | $208.50 | $208.50 | $364.88 | $0.00 |
| Broughton | 0.60 | 0.60 | 0.60 | 0.00 | $150.00 | $82.50 | $49.50 | $40.50 |
| **Totals** | **2.35** | **2.35** | **2.35** | **0.00** | | | **$414.38** | **$40.50** |

**Grand Total**      **$142,386.23**

452265

Coleman v. Schwarzenegger
Non-Three Judge Monitoring  Stipulated Costs 489-3
July 1, 2010 through September 30, 2010

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $540.36 | $540.36 | $0.00 | $0.00 | $0.00 | $540.36 | $0.00 |
| In-House Copying | $2,565.00 | $2,565.00 | $0.00 | $0.00 | $0.00 | $2,565.00 | $0.00 |
| Outside Copying | $8,629.53 | $8,437.90 | $0.00 | $0.00 | $0.00 | $8,437.90 | $0.00 |
| L-D Telephone | $97.68 | $97.68 | $0.00 | $0.00 | $0.00 | $97.68 | $0.00 |
| Facsimile | $22.00 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 | $0.00 |
| Transcripts | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 |
| Service of Process | $423.00 | $423.00 | $0.00 | $0.00 | $0.00 | $423.00 | $0.00 |
| Postage and Delivery | $1,444.75 | $1,444.75 | $0.00 | $0.00 | $0.00 | $1,444.75 | $0.00 |
| Travel | $1,224.46 | $1,224.46 | $0.00 | $0.00 | $0.00 | $1,224.46 | $0.00 |
| **Total** | | | | | | **$14,830.15** | |

**Prison Law Office**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Travel | $394.33 | $394.33 | $0.00 | $0.00 | $0.00 | $394.33 | $0.00 |
| Postage and Delivery | $386.05 | $386.05 | $0.00 | $0.00 | $0.00 | $386.05 | $0.00 |
| In-House Copying | $993.00 | $993.00 | $0.00 | $0.00 | $0.00 | $993.00 | $0.00 |
| **Total** | | | | | | **$1,773.38** | |

**Employment Law Center**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| In-House Copying | $4.43 | $4.43 | $0.00 | $0.00 | $0.00 | $4.43 | $0.00 |
| **Total** | | | | | | **$4.43** | |

**Grand Total**  $16,607.96

452265

Stipulated Fees on Fees 489-5
July 1, 2010 through September 30, 2010

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 5.30 | 5.30 | 0.80 | 4.50 | $208.50 | $208.50 | $166.80 | $938.25 |
| Gay C. Grunfeld | 0.40 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Ernest Galvan | 7.10 | 7.10 | 2.00 | 5.10 | $208.50 | $208.50 | $417.00 | $1,063.35 |
| Amy E. Whelan | 64.10 | 64.10 | 32.20 | 31.90 | $208.50 | $208.50 | $6,713.70 | $6,651.15 |
| Jane E. Kahn | 0.70 | 0.40 | 0.40 | 0.00 | $208.50 | $208.50 | $83.40 | $0.00 |
| Leslie C. Mehta | 9.40 | 9.40 | 0.00 | 9.40 | $208.50 | $208.50 | $0.00 | $1,959.90 |
| Lisa A. Ells | 0.20 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Kenneth M. Walczak | 0.20 | 0.10 | 0.00 | 0.10 | $208.50 | $208.50 | $0.00 | $20.85 |
| Kevin E. Jones | 65.10 | 50.10 | 46.80 | 3.30 | $208.50 | $82.50 | $3,861.00 | $6,584.85 |
| Elizabeth S. Hennessey | 2.80 | 0.00 | 0.00 | 0.00 | $208.50 | $82.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 0.10 | 0.00 | 0.00 | 0.00 | $208.50 | $82.50 | $0.00 | $0.00 |
| **Totals** | **155.40** | **136.50** | **82.20** | **54.30** | | | **$11,241.90** | **$17,218.35** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 1.20 | 1.20 | 1.20 | 0.00 | $170.00 | $82.50 | $99.00 | $105.00 |
| **Totals** | **1.20** | **1.20** | **1.20** | **0.00** | | | **$99.00** | **$105.00** |

**Grand Total**  $11,340.90

452265

Coleman v. Schwarzenegger
Stipulated Costs on Fees 489-5
July 1, 2010 through September 30, 2010

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $628.44 | $628.44 | $0.00 | $0.00 | $0.00 | $628.44 | $0.00 |
| In-House Copying | $212.80 | $212.80 | $0.00 | $0.00 | $0.00 | $212.80 | $0.00 |
| Outside Copying | $76.31 | $76.31 | $0.00 | $0.00 | $0.00 | $76.31 | $0.00 |
| Telephone | $47.66 | $47.66 | $0.00 | $0.00 | $0.00 | $47.66 | $0.00 |
| Postage and Delivery | $22.86 | $22.86 | $0.00 | $0.00 | $0.00 | $22.86 | $0.00 |
| **Total** | | | | | | **$988.07** | |

**Grand Total**  $988.07

452265

Coleman v. Schwarzenegger
Q1 2010 Stipulated Paralegal Clerk Fees at CDCR Demanded Rates

**Rosen, Bien & Galvan**     RBG

| Name | Actual Hours | Claimed Hours | Initial Objections | Objections W/D by Defendants | Time W/D by Plaintiffs | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Claimed Amount | Undisputed Amount | Remaining Rate Dispute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hugo D. Cabrera | 2.90 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | $185.00 | $82.50 | $37.00 | $16.50 | $20.50 |
| Elizabeth S. Hennessey | 31.30 | 20.40 | 10.40 | 8.60 | 1.80 | 18.60 | 0.00 | $185.00 | $82.50 | $3,441.00 | $1,534.50 | $1,906.50 |
| Marc Shinn-Krantz | 153.90 | 119.30 | 73.50 | 65.80 | 7.70 | 111.60 | 0.00 | $185.00 | $82.50 | $20,646.00 | $9,207.00 | $11,439.00 |
| Totals | 188.10 | 139.90 | 83.90 | 74.40 | 9.50 | 130.40 | 0.00 | | | $24,124.00 | $10,758.00 | $13,366.00 |

**Prison Law Office**     PLO

| Name | Actual Hours | Claimed Hours | Initial Objections | Objections W/D by Defendants | Time W/D by Plaintiffs | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Claimed Amount | Undisputed Amount | Remaining Rate Dispute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 2.10 | 2.10 | 2.10 | 2.10 | 0.00 | 2.10 | 0.00 | $170.00 | $82.50 | $357.00 | $173.25 | $183.75 |
| Riley Doyle Evans | 67.00 | 67.00 | 67.00 | 67.00 | 0.00 | 67.00 | 0.00 | $180.00 | $82.50 | $12,060.00 | $5,527.50 | $6,532.50 |
| Totals | 69.10 | 69.10 | 69.10 | 69.10 | 0.00 | 69.10 | 0.00 | | | $12,417.00 | $5,700.75 | $6,716.25 |

**Grand Total**     $36,541.00    $16,458.75

449847