IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants

) Case No. Civ. S 90-0520 LKK-JFM
)
) **ORDER CONFIRMING**
) **UNDISPUTED ATTORNEYS'**
) **FEES AND COSTS FOR THE**
) **THIRD QUARTER OF 2010**
)
)
)
)

_____
ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2010

On December 20, 2010, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the third quarter of 2010, pursuant to the March 19, 1996, periodic fees order in this case. The parties also reached an interim agreement regarding payment for work performed by paralegal clerks during the first quarter of 2010, pending resolution of litigation regarding those rates.

Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $187,781.91, plus interest, are due and collectable forty-five days from the date of entry of this Order. Interest on $16,458.75 has been accruing at the rate of $0.13 per day since June 5, 2010 and interest on the remaining balance will run from November 20, 2010, accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated: January 3, 2011.

UNITED STATES MAGISTRATE JUDGE

/coleaf.3q10