# TABLE OF APPENDICES

1    Receiver's Turnaround Plan of Action Matrix

2    CPHCS Projects Chart

3    Executive Summary & Health Care Access Quality Reports – July 2010 through October 2010

4    Human Resources Recruitment and Retention Reports – September 2010 through November 2010

5    Health Care Services Dashboard – December 2010

6    Cancer Screening Report – November 2010

7    Diabetes Outcomes Report – December 2010

8    CPR Financial Statements – September through December, 2010

9    Master Contract Waiver