KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: DEFENDANTS' PLAN ON THE INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAITLISTS** |

On November 24, 2010, Defendants filed their Plan Re: Intermediate Care Facility and Acute Inpatient Waitlists (Defendants' Plan). (Docket No. 3962.) Thereafter, the parties participated in several telephone conference calls with the *Coleman* Special Master to reach agreement concerning the scope and content of Defendant's Plan. Having failed to reach agreement concerning all aspect of Defendants' Plan, the parties, by and through their counsel, stipulate as follows:

1.  Defendants will have up to and including February 4, 2011, to submit to the Special Master and to Plaintiffs' counsel supplemental material on Section II.A., Extended

1

Stip. & [Proposed] Order Re: Defs.' Plan on ICF and Acute Waitlists (2:90-cv-00520 LKK JFM P)

[474929-1]

Enhanced Outpatient Program Care Plan (Docket No. 3962–1 at pp. 6–8), and Section II.B.1.b, Psychological Assessment Plan (Docket No. 3962–1 at p. 10), of Defendants' Plan;

2. Plaintiffs shall have up to and including February 25, 2011, to file with the Court any objections to Defendants' Plan. Plaintiffs' filing shall not include any objections to the following sections of Defendants' Plan: (a) Section II.B.1.c, Initiation of a Statewide Clozapine Initiation Policy (Docket No. 3962–1 at p, 10); (b) Section II.B.1.d, Positive Behavioral Services (Docket No. 3962–1 at p. 11); (c) Section II.B.1.e., Review of SVPP and APP Waitlists (Docket No. 3962–1 at pp. 11–15); (d) Section II.B.2, Concurrent Review (Docket No. 3962–1 at pp. 15–16); (e) Section II.B.3.b, Frequent Inpatient Hospitalizations (Docket No. 3962–1 at p. 16); (f) Section II.B.4, Additional Transition Planning and Continuity of Care Processes (Docket No. 3962–1 at 17); and (g) Section II.D., SharePoint (Docket No. 3962–1 at pp. 19–20.) By entering into this stipulation, Plaintiffs do not waive their right to object to any other section of Defendants' Plan; and

3. Defendants shall have up to and including March 18, 2011, to file with the Court any responses to Plaintiffs' objections to Defendants' Plan. By entering into this stipulation, Defendants do not waive any of their rights.

The parties have met and conferred with the *Coleman* Special Master Matthew Lopes, Jr. and he is in agreement with this stipulation.

SO STIPULATED

Dated: February 2, 2011     By: /s/ Debbie J. Vorous
                                Debbie J. Vorous
                                Office of the Attorney General
                                Attorneys for Defendants

Dated: February 2 2011      By: /s/ Jane Kahn
                                Jane Kahn
                                Rosen, Bien & Galvan
                                Attorneys for Plaintiffs

2

Stip. & [Proposed] Order Re: Defs.' Plan on ICF and Acute Waitlists (2:90-cv-00520 LKK JFM P)

SO ORDERED

The above stipulation is the Order of this Court.

Dated: February 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stip. & [Proposed] Order Re: Defs.' Plan on ICF and Acute Waitlists (2:90-cv-00520 LKK JFM P)

[474929-1]