KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO MEET AND CONFER ON PARALEGAL AND NON-PARALEGAL FEE RATES** |

    On August 30, 2010, the parties stipulated that they would meet and confer regarding the nonparalegal rate issue, as well as the paralegal rate issue, within 10 days after the mandate issued in the *Perez v. Cate* appeal in the U.S. Court of Appeals for the Ninth Circuit. (Docket No. 3906) That mandate issued on February 4, 2011, and thus the deadline for the parties to meet and confer is February 14, 2011. The parties, by and through their counsel, stipulate as follows:

    1.    The parties shall have up to and including Tuesday, February 22, 2011, to meet and confer regarding the nonparalegal and paralegal rate issues in *Coleman*. If the parties are still unable to resolve this issue, plaintiffs will re-file a motion to compel within 60 days of the

1

Stip. and [Proposed] Order re: EOT to Meet/Confer on Paralegal/Non-paralegal Rates   (2:90-cv-00520 LKK JFM P)

completion of the meet and confer.

**IT IS SO STIPULATED.**

Dated:  February 11, 2011               Respectfully submitted,

By: __/s/ David E. Brice_____
David E. Brice
Office of the Attorney General
Attorneys for Defendants

Dated:  February 11, 2011               By: _/s/Lisa Ells_____
Lisa Ells
Rosen, Bien & Galvan
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

The above stipulation is the Order of this Court.

Dated: February 15, 2011.

CF1997CS0003
31198847.doc

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2