UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RONALD VICTOR SEVILLA. | No. 10-73237 |
| RONALD VICTOR SEVILLA; et al.; Petitioners, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, Respondent, HIGH DESERT STATE PRISON, Medical Staff; CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORP., Real Parties in Interest. | D.C. No. 2:90-cv-00520-LKK U.S. District Court for Eastern California, Sacramento **MANDATE** |

The judgment of this Court, entered January 13, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk

Case 2:90-cv-00520-KJM-SCR   Document 3991   Filed 03/08/11   Page 3 of 3

**FILED**

**JAN 13 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RONALD VICTOR SEVILLA. | No. 10-73237 |
| RONALD VICTOR SEVILLA; et al.; Petitioners, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, Respondent, HIGH DESERT STATE PRISON, Medical Staff; CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION, Real Parties in Interest. | D.C. No. 2:90-cv-00520-LKK Eastern District of California, Sacramento ORDER |

Before: B. FLETCHER, GOULD, and N.R. SMITH, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied without prejudice to the filing of a 42 U.S.C. § 1983 action in the district court.

RJ/MOATT