KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
GREGORY G. GOMEZ, State Bar No. 242674
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PLAN RE: INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAITLISTS** |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Response to Plaintiffs' Objections to Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Waitlists.

///

1

2. I began working for CDCR in 1997, and in the CDCR Mental Health Utilization Management Program in May 2008. The Mission of Mental Health Utilization Management is twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, state-wide, evidence-based quality care.

3. I am familiar with the Court's March 31, 2010 order that Defendants work with the *Coleman* Special Master to develop a plan to reduce or eliminate the waitlists for inpatient care and, in the interim, to better serve the needs of *Coleman* class members. I, along with other CDCR and California Department of Mental Health (DMH) clinicians, met with the Special Master and his experts to develop a plan that would comply with the Court's order. On November 24, 2010, Defendants filed their Plan Re: Intermediate Care Facility and Acute Inpatient Waitlists. On February 4, 2011, Defendants provided supplemental materials relating to two parts of the Plan: (1) the Extended Enhanced Outpatient Program Care Plan; and (2) Psychological Assessment Plan.

4. As a Supervisor with the Mental Health Utilization Management Program, I was involved in developing Defendants' Plan and the supplements to the Plan. Specifically, I was involved in developing two of the approaches to address the waitlists: (1) Utilization Management Strategies to conduct reviews designed to optimize inmate-patient care; and (2) the Extended Enhanced Outpatient Program Care Plan (EECP) to provide treatment interventions targeted to a specific subgroup of inmates who frequently experience a cyclical pattern of placement in Intermediate Care Facility (ICF) beds operated by DMH. I continue to remain involved in further developments of these two approaches and am the project lead in implementing them. Thus, I regularly review and am familiar with the implementation status of both the Utilization Management strategies and the EECP.

5. One of the Utilization Management Strategies is to conduct prospective reviews of inmate-patients needing Mental Health Crisis Bed (MHCB), Acute Psychiatric Program (APP), and Intermediate Care Facility (ICF) levels of care. On March 15, 2011, I asked my staff to obtain the most recent bed utilization management report for the ICF Salinas Valley Psychiatric

2

1 Program (SVPP) at Salinas Valley State Prison. My staff located and sent me a March 14, 2011
2 report. My review of that March 14, 2011 report reflected that the waitlist for the SVPP beds
3 *totaled 230* inmate-patients not including Penal Code section 1370 inmate-patients. Additionally,
4 of those 230 inmate-patients, only 29 of the inmate-patients who were on the waitlist on March
5 16, 2010, remain on the current SVPP waitlist. With respect to these 29 inmate-patients, CDCR
6 is seeking updates on their current medical and mental health conditions for priority placement in
7 SVPP. Moreover, of the 230 inmate-patients on the March 14, 2011 SVPP waitlist, 38 inmate-
8 patients were receiving crisis care in a MHCB and 20 in an APP bed.

9   6. One component of the prospective review part of Defendants' Utilization
10 Management Plan is Defendants' Transition Planning and Continuity of Care Plan, which
11 Defendants developed to determine whether the inmate-patient's symptoms necessitate the
12 requested level of care or if services can be provided at the current level of care. To better assist
13 in making this determination on level of care, CDCR and DMH revised and/or developed, among
14 other forms, the current DMH referral form, DMH Referral Packet Checklist, and Informed
15 Consent form. After receiving comments from clinicians using the forms, CDCR and DMH
16 made further revisions to the forms. The initial and follow up revisions have improved the
17 continuity of care between CDCR and DMH treatment teams and improved inmate-patient care.
18 The new DMH referral form allows referring clinicians to more clearly define the inmate-
19 patient's current level of functioning challenges and treatment needs, improving continuity of
20 care between CDCR and DMH clinicians. Additionally, implementing SharePoint has
21 streamlined both the referral and discharge process by providing more comprehensive
22 information to CDCR and DMH.

23   7. Another Utilization Management strategy is to establish a policy to initiate
24 Clozaril treatment at four CDCR institutions. Clozaril is initiated as a psychiatric treatment
25 modality for mental illness. Since Defendants filed their Plan on November 24, 2010, San
26 Quentin State Prison and the Central California Women's Facility have been approved for
27 initiating Clozaril treatment and California State Prison, Sacramento and the California Medical
28 Facility 50-bed MHCB unit, are in the midst of obtaining approval.

8.	A third Utilization Management strategy is for CDCR to expand its Positive Behavioral Services with DMH to assist Interdisciplinary Treatment Teams and inmate-patients in addressing and managing maladaptive behaviors. Since November 24, 2010, DMH provided Positive Behavioral Support Services training at San Quentin State Prison, and DMH and CDCR are continuing to identify institutions where DMH will provide the training.

9.	Additional steps have also been taken in implementing the EECP since Defendants filed their Plan on November 24, 2010. CDCR and DMH established a task force on December 9, 2010, which meets every week. I am part of that task force. The task force developed an EECP service model, which was provided to the *Coleman* Special Master and Plaintiffs' counsel on February 4, 2011. The task force also developed a new Interdisciplinary Treatment Team Screening checklist to include possible screening for the EECP services, and developed training materials and lists of materials and incentives for implementing the EECP. I am also working with CDCR headquarters to develop a computerized tracking program for the EECP services. And I participated in providing EECP training, which started for the Functional Behavioral Analysis and for screening and making appropriate recommendations for EECP services.

10.	Since February 4, 2011, CDCR has added California State Prison, Sacramento (SAC) as an institution that will provide treatment under the EECP. I am currently working with SAC to identify areas in the prison for EECP services.

11.	CDCR and DMH are also continuing to review the 68 inmate-patients identified as of November 24, 2010, as meeting the EECP clinical indicators for transfer to an EECP institution. I am part of this review process. To date, this process has rejected 20 inmate-patients, and admitted 23 to ICF programs. The 20 inmate-patients were rejected because they did not meet refined clinical indicators. CDCR and DMH are also reviewing inmate-patients added to the SVPP waitlist since November 24, 2010.

12.	Last, CDCR is putting in place a new interim process to treat inmate-patients on the SVPP waitlist who can safely program at the five EECP institutions with existing EECP inmate-patients. I am part of this process as well. I expect that this review will be complete by May 2011, and, at that time, I expect to be able to estimate how many inmate-patients pending

4

1 | ICF transfer can receive interim services at an EECP institution.

2 | I declare that the foregoing is true. Executed this 18th day of March, 2011, at
3 | Sacramento, California.

*[signature]*

LUCINDA McGILL

9 | CF1997CS0003

5

McGill Decl. in Supp. Defs.' Resp. to Pls.' Obj. to Defs.' Plan Re: ICF and Acute Inpatient Waitlists
(2:90-cv-00520 LKK JFM P)