IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

   vs.

JERRY BROWN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On July 9, 2010, the City of Chino filed a motion to intervene in this action, asserting an interest in challenging any attempt to limit application of provisions of the California Environmental Quality Act (CEQA) to defendants' proposed amended plan to develop mental health beds at the Stark facility in Chino. In his twenty-second round monitoring report, filed March 9, 2010, the Special Master reports that "the California Joint Legislative Budget Committee has suspended the Stark conversion project." Twenty-Second Monitoring Report of the Special Master, filed March 9, 2011, at 3 n.5. Accordingly, good cause appearing, the City of Chino's motion will be denied without prejudice.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that the City of Chino's July 9, 2010 motion to intervene is denied without prejudice.

DATED: March 25, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT