| | |
|---|---|
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 | PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 |
| K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants.[1] | Case No. CIV S 90-520 LKK-JFM<br><br>**STIPULATION RE: OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

STIPULATION RE: OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]

1    On August 30, 2010, the parties stipulated that they would meet and confer regarding the hourly rate for paralegals and certain other litigation assistants within 10 days after the mandate issued in the *Perez v. Cate* appeal in the U.S. Court of Appeals for the Ninth Circuit. (Docket No. 3906). That mandate issued on February 4, 2011, and the parties thereafter agreed to extend the deadline to meet and confer on this issue through February 22, 2011. The parties thereafter met and conferred and hereby stipulate to the following:

1.    This stipulation applies to past due amounts for work performed by paralegals and litigation assistants during the years 2008 and 2009. During this period, defendants compensated plaintiffs at an interim hourly rate of $135 for all work performed by paralegals and litigation assistants during 2008 and the first and second quarters of 2009. For the third quarter, defendants compensated plaintiffs at a rate of $82.50 for work performed by paralegals and litigation assistants. For the fourth quarter of 2009, defendants compensated plaintiffs at a rate of $82.50 for work performed by paralegals, and did not compensate plaintiffs at all for work performed by litigation assistants.

2.    The parties have reached an agreement that, in light of the Ninth Circuit decision, defendants will pay the following hourly rates for work performed by paralegals: $169.50 for 2008, and $170 for 2009. The parties further agree that defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

3.    The parties have further agreed that defendants will pay the following hourly rates for work performed by litigation assistants: $135 for 2008 and $140 for 2009. The parties further agree that defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute, and will pay plaintiffs at an hourly rate of $140 for the fourth quarter of 2009, when they did not compensate plaintiffs at all for litigation assistant time.

4.    The parties have further agreed that defendants will pay $2,175.82 in accrued interest related to the above-discussed outstanding fees.

1

STIPULATION RE: OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]

1  5. Based upon the terms set forth above, for 2008 and 2009, defendants agree to pay
2  plaintiffs' counsel $258,224.22. This amount shall be paid within 30 days of the signing of this
3  Order. On the 31st day following the entry of this Order, interest on any unpaid amount will
4  begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant
5  maturity Treasury yield for the calendar week preceding the date of the Order).
6  6. The parties have reached this agreement solely for the purpose of settling the
7  paralegal and litigation assistant rate dispute for 2008 and 2009 in this action. The parties agree
8  that the rates outlined in the stipulation are for settlement purposes only and cannot be introduced
9  by either party in any other litigation regarding the reasonableness of any particular rate for any
10 particular year.
11  WHEREFORE, defendants agree to pay plaintiffs' counsel $258,224.22 within 30 days of
12 the signing of this Order. On the 31st day following the entry of this Order, interest on any
13 unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly
14 average 1 year constant maturity Treasury yield for the calendar week preceding the date of the
15 Order).
16  IT IS SO STIPULATED.

Dated: March 30, 2011

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: /s/ Lisa Ells
    Lisa Ells
    Attorneys for *Coleman* Plaintiffs

Dated: March 30 2011

OFFICE OF THE ATTORNEY GENERAL

By: _____
    David Brice, Deputy Attorney General
    Attorneys for *Coleman* Defendants

2

STIPULATION RE: OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]

1 **IT IS SO ORDERED.**

Dated: April __, 2011

_____
LAWRENCE K. KARLTON
Senior United States District Judge

3

STIPULATION RE: OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]