| | |
|---|---|
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>ERNEST GALVAN, Bar No. 196065<br>JANE E. KAHN, Bar No. 112239<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830 | PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:  (510) 280-2621 |
| K&L GATES LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:  (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.[1] | Case No. CIV S 90-520 LKK-JFM<br><br>**STIPULATION RE:  OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

STIPULATION RE:  OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]

On August 30, 2010, the parties stipulated that they would meet and confer regarding the hourly rate for paralegals and certain other litigation assistants within 10 days after the mandate issued in the *Perez v. Cate* appeal in the U.S. Court of Appeals for the Ninth Circuit.  (Docket No. 3906).  That mandate issued on February 4, 2011, and the parties thereafter agreed to extend the deadline to meet and confer on this issue through February 22, 2011.  The parties thereafter met and conferred and hereby stipulate to the following:

1.  This stipulation applies to past due amounts for work performed by paralegals and litigation assistants during the years 2008 and 2009.  During this period, defendants compensated plaintiffs at an interim hourly rate of $135 for all work performed by paralegals and litigation assistants during 2008 and the first and second quarters of 2009.  For the third quarter, defendants compensated plaintiffs at a rate of $82.50 for work performed by paralegals and litigation assistants.  For the fourth quarter of 2009, defendants compensated plaintiffs at a rate of $82.50 for work performed by paralegals, and did not compensate plaintiffs at all for work performed by litigation assistants.

2.  The parties have reached an agreement that, in light of the Ninth Circuit decision, defendants will pay the following hourly rates for work performed by paralegals:  $169.50 for 2008, and $170 for 2009.  The parties further agree that defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

3.  The parties have further agreed that defendants will pay the following hourly rates for work performed by litigation assistants:  $135 for 2008 and $140 for 2009.  The parties further agree that defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute, and will pay plaintiffs at an hourly rate of $140 for the fourth quarter of 2009, when they did not compensate plaintiffs at all for litigation assistant time.

4.  The parties have further agreed that defendants will pay $2,175.82 in accrued interest related to the above-discussed outstanding fees.

5. Based upon the terms set forth above, for 2008 and 2009, defendants agree to pay plaintiffs' counsel $258,224.22. This amount shall be paid within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order).

6. The parties have reached this agreement solely for the purpose of settling the paralegal and litigation assistant rate dispute for 2008 and 2009 in this action. The parties agree that the rates outlined in the stipulation are for settlement purposes only and cannot be introduced by either party in any other litigation regarding the reasonableness of any particular rate for any particular year.

WHEREFORE, defendants agree to pay plaintiffs' counsel $258,224.22 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order).

IT IS SO STIPULATED.

Dated: March 30, 2011            Respectfully submitted,

                                  ROSEN, BIEN & GALVAN, LLP

                                  By: */s/ Lisa Ells*
                                      Lisa Ells
                                      Attorneys for *Coleman* Plaintiffs

Dated: March 30, 2011            OFFICE OF THE ATTORNEY GENERAL

                                  By: /s/ David Brice
                                      David Brice, Deputy Attorney General
                                      Attorneys for *Coleman* Defendants

IT IS SO ORDERED.

Dated:  March 31, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION RE:  OUTSTANDING PARALEGAL AND LITIGATION ASSISTANT RATES DISPUTE FOR 2008 AND 2009 – No. CIV S 90-520 LKK-JFM

[480109-5]