PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2010** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2010 to defendants via overnight Federal Express on February 4, 2011. Plaintiffs received defendants' objections on March 9, 2011. The parties completed their meet and confer process on March 29 and April 6, 2011. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the fourth quarter of 2010, which total $144,207.75.

The parties also resolve with this stipulation previously disputed, past due amounts for work performed by a timekeeper, Carina Tong, during 2010. The parties have reached an agreement whereby the amount in dispute has been reduced, resulting in the due amount of $5,222.93.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $149,430.68 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 10, 2011 (31 days after defendants' receipt of plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961

IT IS SO STIPULATED.

DATED: April 21, 2011

*Debbie Vorous* (signature)
Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

DATED: April 18, 2011

/s/ Lisa Ells
Lisa Ells, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

# Exhibit A

Coleman v. Schwarzenegger
Summary of Stipulated Fees and Costs
October 1. 2010 through December 31, 2010

|  | FEES | COSTS |
|---|---|---|
| Monitioring (Non-Three Judge) | $122,356.88 | $12,083.08 |
| Monitoring Fees on Fees | $9,471.45 | $296.35 |
| Resolved Law Student Hours | $5,222.93 | $0.00 |
| Ninth Circuit Appeal re C5/C6 Fees | $0.00 | $0.00 |
| Totals: | $137,051.25 | $12,379.43 |
| **Total Stipulated Fees and Costs** | | **$149,430.68** |

494026

Coleman v. Schwarzenegger
Non-Three Judge Panel Stipulated Fees 489-3
October 1, 2010 through December 31, 2010

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 94.70 | 94.60 | 48.90 | 45.60 | $208.50 | $208.50 | $10,195.65 | $9,507.60 |
| Gay C. Grunfeld | 1.50 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Ernest Galvan | 6.20 | 6.20 | 6.00 | 0.20 | $208.50 | $208.50 | $1,251.00 | $41.70 |
| Jane E. Kahn | 202.60 | 200.00 | 154.20 | 45.20 | $208.50 | $208.50 | $32,150.70 | $9,424.20 |
| Aaron J. Fischer | 53.20 | 43.70 | 6.60 | 37.10 | $208.50 | $208.50 | $1,376.10 | $7,735.35 |
| Lisa A. Ells | 43.20 | 35.50 | 32.60 | 2.40 | $208.50 | $208.50 | $6,797.10 | $500.40 |
| Shirley Huey | 0.20 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Kenneth M. Walczak | 0.20 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Michael L. Freedman | 8.70 | 8.20 | 0.00 | 8.10 | $208.50 | $208.50 | $0.00 | $1,688.85 |
| Sumana Cooppan | 0.10 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Amy E. Whelan | 101.40 | 99.50 | 52.60 | 46.80 | $208.50 | $208.50 | $10,967.10 | $9,757.80 |
| Robert Blake Thompson | 3.00 | 3.00 | 1.00 | 2.00 | $208.50 | $208.50 | $208.50 | $417.00 |
| Holly M. Baldwin | 0.30 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Kevin E. Jones | 28.00 | 19.40 | 16.20 | 2.80 | $208.50 | $82.50 | $1,336.50 | $2,625.00 |
| Josephine Weinberg | 1.30 | 1.30 | 1.30 | 0.00 | $208.50 | $82.50 | $107.25 | $163.80 |
| Haruka Roudebush | 2.30 | 1.50 | 1.50 | 0.00 | $200.00 | $82.50 | $123.75 | $176.25 |
| Hugo D. Cabrera | 4.80 | 4.80 | 4.80 | 0.00 | $185.00 | $82.50 | $396.00 | $492.00 |
| Elizabeth S. Hennessey | 265.30 | 250.50 | 225.35 | 9.80 | $185.00 | $82.50 | $18,591.38 | $24,911.38 |
| Marc Shinn-Krantz | 226.30 | 216.90 | 202.50 | 10.50 | $185.00 | $82.50 | $16,706.25 | $22,698.75 |
| Rose Jones-Shine | 0.60 | 0.00 | 0.00 | 0.00 | $208.50 | $82.50 | $0.00 | $0.00 |
| Misha Goodwin | 3.70 | 3.40 | 3.40 | 0.00 | $185.00 | $82.50 | $280.50 | $348.50 |
| Doris Tseng | 225.30 | 189.60 | 139.50 | 0.10 | $185.00 | $82.50 | $11,508.75 | $14,317.25 |
| **Totals** | **1272.90** | **1178.10** | **896.45** | **210.60** | | | **$111,996.53** | **$104,805.83** |

494026

Coleman v. Schwarzenegger
Non-Three Judge Panel Stipulated Fees 489-3
October 1, 2010 through December 31, 2010

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Kelly Knapp | 0.20 | 0.20 | 0.20 | 0.00 | $208.50 | $208.50 | $41.70 | $0.00 |
| Steve Fama | 15.70 | 15.70 | 15.70 | 0.00 | $208.50 | $208.50 | $3,273.45 | $0.00 |
| Megan Hagler | 1.10 | 1.10 | 1.10 | 0.00 | $208.50 | $208.50 | $229.35 | $0.00 |
| Sergio Broholm | 29.60 | 29.60 | 29.60 | 0.00 | $180.00 | $82.50 | $2,442.00 | $2,886.00 |
| Riley Doyle Evans | 51.50 | 51.50 | 51.50 | 0.00 | $180.00 | $82.50 | $4,248.75 | $5,021.25 |
| **Totals** | **98.10** | **98.10** | **98.10** | **0.00** | | | **$10,235.25** | **$7,907.25** |

**Employment Law Center**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 0.60 | 0.60 | 0.60 | 0.00 | $208.50 | $208.50 | $125.10 | $0.00 |
| **Totals** | **0.60** | **0.60** | **0.60** | **0.00** | | | **$125.10** | **$0.00** |

**Total** $122,356.88

494026

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $468.86 | $468.86 | $0.00 | $0.00 | $0.00 | $468.86 | $0.00 |
| In-House Copying | $3,472.40 | $3,472.40 | $0.00 | $0.00 | $0.00 | $3,472.40 | $0.00 |
| Outside Copying | $4,902.44 | $4,902.44 | $0.00 | $0.00 | $0.00 | $4,902.44 | $0.00 |
| L-D Telephone | $9.00 | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 |
| Transcripts | $653.40 | $653.40 | $0.00 | $0.00 | $0.00 | $653.40 | $0.00 |
| Postage and Delivery | $1,494.64 | $1,494.64 | $0.00 | $0.00 | $0.00 | $1,494.64 | $0.00 |
| Travel | $301.48 | $301.48 | $0.00 | $0.00 | $0.00 | $301.48 | $0.00 |
| **Total** | | | | | | **$11,302.22** | |

**Prison Law Office**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Postage and Delivery | $313.26 | $313.26 | $0.00 | $0.00 | $0.00 | $313.26 | $0.00 |
| In-House Copying | $467.60 | $467.60 | $0.00 | $0.00 | $0.00 | $467.60 | $0.00 |
| **Total** | | | | | | **$780.86** | |

**Grand Total** $12,083.08

494026

Coleman v. Schwarzenegger
Stipulated Fees on Fees 489-5
October 1, 2010 through December 31, 2010

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 3.80 | 3.80 | 0.30 | 0.00 | $208.50 | $208.50 | $62.55 | $0.00 |
| Ernest Galvan | 3.20 | 3.20 | 2.60 | 0.00 | $208.50 | $208.50 | $542.10 | $0.00 |
| Amy E. Whelan | 29.40 | 28.90 | 28.90 | 0.00 | $208.50 | $208.50 | $6,025.65 | $0.00 |
| Robert Blake Thompson | 3.20 | 2.90 | 1.40 | 0.00 | $208.50 | $208.50 | $291.90 | $0.00 |
| Kevin E. Jones | 37.20 | 30.00 | 30.00 | 0.00 | $208.50 | $82.50 | $2,475.00 | $3,780.00 |
| Doris Tseng | 0.20 | 0.00 | 0.00 | 0.00 | $208.50 | $82.50 | $0.00 | $0.00 |
| Misha Goodwin | 0.40 | 0.00 | 0.00 | 0.00 | $185.00 | $82.50 | $0.00 | $0.00 |
| Rose Jones-Shine | 0.50 | 0.00 | 0.00 | 0.00 | $185.00 | $82.50 | $0.00 | $0.00 |
| Elizabeth S. Hennessey | 0.60 | 0.00 | 0.00 | 0.00 | $185.00 | $82.50 | $0.00 | $0.00 |
| **Totals** | **78.50** | **68.80** | **63.20** | **0.00** | | | **$9,397.20** | **$3,780.00** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 0.90 | 0.90 | 0.90 | 0.00 | $170.00 | $82.50 | $74.25 | $78.75 |
| **Totals** | **0.90** | **0.90** | **0.90** | **0.00** | | | **$74.25** | **$78.75** |

|  | **Grand Total** |  |  |  |  |  | **$9,471.45** |  |

494026

Coleman v. Schwarzenegger
Stipulated Costs on Fees 489-5
October 1, 2010 through December 31, 2010

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $9.81 | $9.81 | $0.00 | $0.00 | $0.00 | $9.81 | $0.00 |
| In-House Copying | $133.00 | $133.00 | $0.00 | $0.00 | $0.00 | $133.00 | $0.00 |
| Telephone | $0.50 | $0.50 | $0.00 | $0.00 | $0.00 | $0.50 | $0.00 |
| Outside Copying | $63.87 | $63.87 | $0.00 | $0.00 | $0.00 | $63.87 | $0.00 |
| Postage and Delivery | $89.17 | $89.17 | $0.00 | $0.00 | $0.00 | $89.17 | $0.00 |
| **Total** | | | | | | **$296.35** | |

**Grand Total** $296.35

494026

Coleman v. Schwarzenegger
Stipulated Fees on Ninth Circuit Appeal C5/C6  489-11
October 1, 2010 through December 31, 2010

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 15.70 | 15.70 | 0.00 | 15.70 | $208.50 | $208.50 | $0.00 | $3,273.45 |
| Ernest Galvan | 64.50 | 64.50 | 0.00 | 64.50 | $208.50 | $208.50 | $0.00 | $13,448.25 |
| Gay C. Grunfeld | 1.20 | 1.20 | 0.00 | 1.20 | $208.50 | $208.50 | $0.00 | $250.20 |
| Jane E. Kahn | 13.80 | 13.80 | 0.00 | 13.80 | $208.50 | $208.50 | $0.00 | $2,877.30 |
| Robert B. Thompson | 3.30 | 3.30 | 0.00 | 3.30 | $208.50 | $208.50 | $0.00 | $688.05 |
| Lisa A Ells | 13.90 | 12.90 | 0.00 | 12.90 | $208.50 | $208.50 | $0.00 | $2,689.65 |
| Amy E. Whelan | 100.30 | 100.00 | 0.00 | 100.00 | $208.50 | $208.50 | $0.00 | $20,850.00 |
| Michael L. Freedman | 24.70 | 24.70 | 0.00 | 24.70 | $208.50 | $208.50 | $0.00 | $5,149.95 |
| Kenneth M. Walczak | 0.10 | 0.00 | 0.00 | 0.00 | $208.50 | $208.50 | $0.00 | $0.00 |
| Aaron J. Fisher | 9.20 | 9.20 | 0.00 | 9.20 | $208.50 | $208.50 | $0.00 | $1,918.20 |
| Misha Goodwin | 0.30 | 0.30 | 0.00 | 0.30 | $185.00 | $82.50 | $0.00 | $55.50 |
| Mark Shin-Kranz | 7.40 | 6.00 | 0.00 | 6.00 | $185.00 | $82.50 | $0.00 | $1,110.00 |
| Elizabeth S. Hennessey | 1.20 | 0.60 | 0.00 | 0.60 | $185.00 | $82.50 | $0.00 | $111.00 |
| **Totals** | **255.60** | **252.20** | **0.00** | **252.20** | | | **$0.00** | **$52,421.55** |

**Grand Total** $0.00

494026

Coleman v. Schwarzenegger
Stipulated Costs on Ninth Circuit Appeal C5/C6  489-11
October 1, 2010 through December 31, 2010

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $327.30 | $327.30 | $327.30 | $0.00 | $0.00 | $0.00 | $327.30 |
| In-House Copying | $156.80 | $156.80 | $156.80 | $0.00 | $0.00 | $0.00 | $156.80 |
| Telephone | $0.20 | $0.20 | $0.20 | $0.00 | $0.00 | $0.00 | $0.20 |
| **Total** | **$484.30** | **$484.30** | | | | **$0.00** | **$484.30** |

**Grand Total**                                                                                           $0.00

494026

Coleman v. Schwarzenegger
Stipulated Non-Three Judge Monitoring Law Student Rates

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Carina Tong | 50.10 | 50.10 | 25.05 | 0.00 | $208.50 | $208.50 | $5,222.93 | $0.00 |
| | | | | | | | $5,222.93 | |
| | | | | | | **TOTAL** | **$5,222.93** | |

494026