MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

DONALD SPECTER – 83925
STEVEN FAMA – 99641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

JEFFREY L. BORNSTEIN – 99358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone: (415) 882-8200

WARREN E. GEORGE – 53588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>       Defendants. | Case No. 2:90-cv-00520-LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2010** |

[497945-1]

1   On April 22, 2011, the parties in this case filed a Stipulation confirming the results
2   of their meet and confer session concerning fees and costs for the fourth quarter of 2010,
3   pursuant to the March 19, 1996 periodic fees order in this case.  The parties also reached
4   an agreement regarding payment for work performed by a timekeeper, Carina Tong, during
5   2010, thereby resolving this dispute.
6   Pursuant to the stipulation, IT IS HEREBY ORDERED the plaintiffs' fees and costs
7   of $149,430.68, plus interest, are due and collectable forty-five days from the date of entry
8   of this Order. Interest on this amount will run from March 10, 2011, accruing at the rate
9   provided by 28 U.S.C. §1961.
10  IT IS SO ORDERED
11
12  DATED: April ___, 2011
13
14  _____
15  John F. Moulds
    United States Magistrate Judge

[497945-1]

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2010