IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,                   No. 2:90-cv-0520 LKK JFM P

    vs.

JERRY BROWN, et al.,

     Defendants.              <u>ORDER</u>

_____/

        By order filed March 31, 2010, defendants were directed to work under the guidance of the special master and file within one hundred twenty days a plan to "reduce or eliminate the wait lists for inpatient care and, in the interim, to better serve the needs of <u>Coleman</u> class members placed on such lists." Order filed March 31, 2010, at 3.  Pursuant to stipulation and order, defendants' time to file the plan was extended to November 26, 2010.  <u>See</u> Stipulation and Order filed August 3, 2010.  On November 24, 2010, defendants filed their plan.

        On February 7, 2011, the court approved a stipulation of the parties setting a briefing schedule for the filing of objections to defendants' plan and responses to objections. On February 25, 2011, plaintiffs filed objections to part of the plan.  On March 18, 2011, defendants filed a response to plaintiffs' objections.

/////

1    After review of defendants' plan, plaintiffs' objections, and defendants' response
2 to said objections, and good cause appearing, IT IS HEREBY ORDERED that this matter is
3 referred to the special master for review and recommendations.  Within forty-five days, the
4 special master shall report to the court on the adequacy of defendants' plan and whether, in light
5 of plaintiffs' objections, any modification(s) thereto should be required.
6 DATED:  April 27, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2