| | |
|---|---|
| MICHAEL W. BIEN – 96891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830<br>Facsimile:   (415) 433-7104 | DONALD SPECTER – 83925<br>STEVEN FAMA – 99641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:  (510) 280-2621 |
| JEFFREY L. BORNSTEIN – 99358<br>EDWARD P. SANGSTER – 121041<br>RAYMOND E. LOUGHREY – 194363<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone: (415) 882-8200 | WARREN E. GEORGE – 53588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:   (415) 393-2000 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-LKK-JFM<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2010** |

[497945-1]

On April 22, 2011, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the fourth quarter of 2010, pursuant to the March 19, 1996 periodic fees order in this case.  The parties also reached an agreement regarding payment for work performed by a timekeeper, Carina Tong, during 2010, thereby resolving this dispute.

Pursuant to the stipulation, IT IS HEREBY ORDERED the plaintiffs' fees and costs of $149,430.68, plus interest, are due and collectable forty-five days from the date of entry of this Order. Interest on this amount will run from March 10, 2011, accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

DATED:  April 27, 2011.

_____
UNITED STATES MAGISTRATE JUDGE