# TABLE OF APPENDICES

1   Receiver's Turnaround Plan of Action Matrix

2   CPHCS Information Technology Project Matrix

3   Executive Summary & Health Care Access Quality Reports – November 2010 through March 2011

4   Human Resources Recruitment and Retention Reports – December 2010 through March 2011

5   CPHCS Care Guide: Anticoagulation

6   CPHCS Pain Care Report: An Analysis of Pain Medication Prescribing in April and November 2010

7   CPHCS Summary of OIG Medical Inspection Results – First and Second Cycle

8   CPR Financial Statements – January through April 2011