Raymond F. Patterson, M.D.
1904 R Street, N.W.
Washington, D.C. 20009
Telephone:  301-292-3737
Facsimile:  301-292-6272

REPORT ON SUICIDES COMPLETED
IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
IN CALENDAR YEARS 2008 AND 2009

1.  **Introduction**

This is a combined Tenth and Eleventh Report on Completed Suicides in the California Department of Corrections and Rehabilitation ("CDCR" or "Department"), for calendar years 2008 and 2009.  It covers the 37 suicide deaths in 2008 and the 25 suicide deaths in 2009, for a total of 62 such deaths among inmates of the CDCR.

This report is submitted as part the Special Master's continuing review of the Defendants' compliance with court-ordered remediation in the matter of *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM P (E.D. Cal.).  It consists of a summary of the data and a set of findings for each of the two years covered.  This report is organized as follows:

1. An introductory section, which covers terminology used in this report, and an outline of CDCR's  suicide review tracking timelines;

2. A statistical summary of suicides in CDCR over the course of 1998 through 2009, and rate trend analyses;

3. A statistical summary of those suicides which occurred in calendar year 2008, including Chart 1, which lists suicides by CDCR or DMH facility, and Chart 2, which describes inmate housing, "R"-suffix, method, history of suicidal behavior, history of mental health treatment, Keyhea orders, severe or life threatening illness presence on the mental health caseload at time death, demographics, and significant indications of inadequate treatment;

4. Findings on suicides in calendar year 2008, which include specification as to whether defendants complied with timelines of their own suicide reporting and review process, and the percentage of suicides which were foreseeable and/or preventable.  Also included are Tables 1, which lists basic demographics, and Table 2, which lists mental health information and reporting timelines;

5. A statistical summary of those suicides which occurred in calendar year 2009, including Chart 1, which lists suicides by CDCR or DMH facility, and Chart 2, which describes inmate housing, "R"-suffix, method, history of suicidal behavior, history of mental health treatment, Keyhea orders, severe or life threatening illness presence on the mental health caseload at time death, demographics, and significant indications of inadequate treatment; and

6. Findings on suicides in calendar year 2009, which include specification as to whether defendants complied with timelines of their own suicide reporting and review process, and the percentage of suicides which were foreseeable and/or preventable. Also included are Tables 1, which lists basic demographics, and Table 2, which lists mental health information and reporting timelines.

### A. Terminology and Definitions

As utilized in the CDCR 2005 Annual Report on Suicides[1], "suicide" is defined in the sources indicated below as follows:

### 1. "Suicide"

- World Health Organization: Suicide is the result of an act deliberately initiated and performed by a person in the full knowledge or expectation of its fatal outcome.

- National Violent Death Reporting System, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention: Suicide is a death resulting from the intentional use of force against oneself. A preponderance of evidence should indicate that the use of force was intentional.

- The CDCR Annual Suicide Report for 2005 classified as suicides any deaths under the circumstances described below:

    - A person committed a suicidal act, then changed his mind, but still died as a result of the act.

    - A person intended only to injure rather than kill himself, for example by playing "Russian roulette" voluntarily with a firearm.

    - Assisted suicide, including passive assistance to the decedent, for example, by supplying only information or the means needed to complete the act.

    - Intentional, self-inflicted death committed while under the influence of a voluntarily-taken mind-altering drug.

    - Intentional, self-inflicted death committed while under the influence of a mental illness.

- According to the CDCR Annual Suicide Report for 2005, deaths under the circumstances described below should *not* be classified as suicides:

---

[1] The CDCR Annual Suicide Report for 2005 was the latest such report which classified deaths as suicides under the described circumstances.

2

- The physical consequences of chronic substance abuse, including alcohol or drugs (natural death).

- Acute substance abuse, including alcohol or drugs, with less than a preponderance of evidence showing intent to use the substance(s) against oneself (undetermined or unintentional injury or death).

- Death as a result of autoerotic behavior, e.g., self-strangulation during sexual activity (death by unintentional injury).

### 2.  "Foreseeable" and "Preventable"

In this report, the terms "foreseeable" and "preventable" are used as they have been in previous reports. They describe the adequacy and implications of the CDCR suicide prevention policies and procedures, the training and supervision of staff, clinical judgments, and utilization of clinical and custodial alternatives in order to reduce the likelihood of completed suicides, and emergency response.

The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable ethical, custodial, and/or administrative intervention(s). Assessment of the degree of risk, whether "high," "moderate," or "low to none," is an important component in determining foreseeability. In contrast to a "high and immediately detectable risk" which requires immediate clinical and safety interventions, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as a timely assessment, to determine the level of risk and the most appropriate and relevant interventions to prevent suicide. These interventions may include, but are not limited to, changes in clinical level of care (LOC), placement on suicide precautions or suicide watch, and changes in housing, including utilization of safe cells and transfers to higher LOCs. Individuals evaluated as "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation, with appropriate notification of clinical staff of a potential for self injury and/or suicidal ideation or activity.

The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required in existing policy. Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff. First responders in CDCR include custody officers. As discussed in the "Findings" sections in this report for both 2008 and 2009, there were suicide cases in which custody officers did not perform CPR or other life saving measures, including first aid, on inmates when they arrived on the scene. This issue transcends mere training and calls for appropriate supervisory responsibility.

3

B.  **Tracking Timelines for Departmental Review of Inmate Suicides[2]**

| *Event/Documents* | *Timeline* |
|---|---|
| 1. Date of Death | 0 hour |
| 2. Chief Medical Officer notice to Death Notification Coordinator | 8 hours from time of death |
| 3. Initial Death Report by local SPR FIT Coordinator to Death Notification Coordinator | 2 business days from date of death |
| 4. Death Notification Coordinator Notice to DCHCS SPRFIT Coordinator | 1 business day from No. 3 |
| 5. DCHCS SPRFIT Coordinator appoints Mental Health Reviewer | 2 business days from No. 4 |
| 6. Mental Health Suicide Reviewer completes Preliminary Suicide Report | 30 days from date of death |
| 7. DCHCS Suicide Case Review Subcommittee forwards completed Report to Mental Health Suicide Reviewer | 45 days from date of death |
| 8. Report signed and issued by Directors of DCHCS and the Division of Adult Institutions | 60 days from date of death |
| 9. Facility Warden and Chief Medical Officer Implement Quality Improvement Plan (QIP) | 120 days from date of death |
| 10. Facility warden and CMO submit report of implementation of Quality improvement plan | 150 days from date of death |

Consistent with suicide reports in previous years, this report summarizes the demographic and mental health characteristics of all inmates who committed suicide in 2008 and 2009, and this reviewer's findings with regard to the Department's levels of compliance with the various applicable standards for suicide prevention within CDCR institutions.

II. **Statistical Summary of Suicides from 1998 Through 2009**

    A. **Annual Numbers and Rates of Suicide Among CDCR Inmates**

The chart below offers an overview of the annual rates of suicide among CDCR inmates which occurred from 1998 through 2009:

---

[2] See *Mental Health Services Delivery System Program Guide*, Chapter 10.

4

    1998 – 22 suicides in a population of approximately 158,159
        Completed suicide rate of 13.9/100,000

    1999 – 25 suicides in a population of approximately 160,970
        Completed suicide rate of 15.5/100,000

    2000 – 15 suicides in a population of approximately 160,855
        Completed suicide rate of 9.3/100,000

    2001 – 30 suicides in a population of approximately 155,365
        Completed suicide rate of 19.3/100,000

    2002 – 22 suicides in a population of approximately 158,099
        Completed suicide rate of 13.9/100,000

    2003 – 36 suicides in a population of approximately 155,722
        Completed suicide rate of 23.1/100,000

    2004 – 26 suicides in a population of approximately 163,346
        Completed suicide rate of 15.9/100,000

    2005 – 43 suicides in a population of approximately 164,179
        Completed suicide rate of 26.2/100,000

    2006 – 43 suicides in a population of approximately 171,340
        Completed suicide rate of 25.1/100,000

    2007 – 34 suicides in a population of approximately 172,535
        Completed suicide rate of 19.7/100,000

    2008 – 37 suicides in a population of approximately 165,790
        Completed suicide rate of 22.3/100,000

    2009 – 25 suicides in a population of approximately 159,084
        Completed suicide rate of 15.7/100,000

    **C.**      **CDCR Suicide Rate Trend Analyses**

        **1.**      **1999 through 2004**

For years 1999 through 2004, the average rate of suicides per year among CDCR inmates was 16.2/100,000. In comparison, according to data from the U.S. Department of Justice, Bureau of Justice Statistics, the suicide rate among U.S. prisons for 2004 was 16/100,000, which was an increase from the rate of 14/100,000 in U.S. prisons for 2002.

  **2.** **2005 through 2009**

For years 2005 through 2009, the average rate of suicides per year among CDCR inmates was 21.8/100,000. In comparison, according to data from the U.S. Department of Justice, Bureau of Justice Statistics, the suicide rate in U.S. prisons for 2007 (the last year reported) was 16/100,000, which was a decrease from the rate of 17/100,000 in U.S. prisons for 2005.

**III.** **SUICIDES IN CALENDAR YEAR 2008**

Charts 1 and 2 both summarize the 37 suicides that occurred among CDCR inmates in 2008, by various characteristics as indicated:

### CHART 1 - 2008

### Frequency of 37 Total Suicides, by CDCR Facility in 2008

| Facility | Count |
|---|---|
| Folsom State Prison (Folsom) | 4 |
| Richard J. Donovan Correctional Facility (RJD) | 3 |
| California Institution for Men (CIM) | 3 |
| High Desert State Prison (HDSP) | 2 |
| California Correctional Institution (CCI) | 2 |
| California State Prison, Corcoran (CSP/Corcoran) | 2 |
| Deuel Vocational Institution (DVI) | 2 |
| San Quentin State Prison (SQ) | 2 |
| California State Prison-Los Angeles County (CSP/LAC) | 2 |
| Salinas Valley State Prison (SVSP) | 2 |
| North Kern State Prison (NKSP) | 2 |
| California Medical Facility (CMF) | 1 |
| Correctional Training Facility (CTF) | 1 |
| Avenal State Prison (ASP) | 1 |
| California Men's Colony (CMC) | 1 |
| California Substance Abuse Treatment Facility (CSATF) | 1 |
| Kern Valley State Prison (KVSP) | 1 |
| Mule Creek State Prison (MCSP) | 1 |
| Pelican Bay State Prison (PBSP) | 1 |
| Pleasant Valley State Prison (PVSP) | 1 |
| Wasco State Prison (WSP) | 1 |
| Central Valley Modified Community Correctional Facility (CVMCCF) | 1 |

# CHART 2 – 2008

- <u>Single-Cell Housing</u>:

    27 of 37                    (72.9 percent)

- <u>Inmates Incarcerated for Sex Offenses ("R" Suffix)</u>:

    9 of 37                     (24.3 percent)

- <u>Method</u>

    - Hanging:   30 of 37        (81.1 percent)
    - Overdose:  3 of 37         (8.1 percent)
    - Suffocation:  1 of 37      (2.7 percent)
    - Laceration:  2 of 37       (5.4 percent)
    - Trauma:  1 of 37           (2.7 percent)

- <u>History of Suicidal Behavior</u>:

    28 of 37                    (75.7 percent)

- <u>History of Past Mental Health Treatment</u>:

    31 of 37                    (83.8 percent)

- <u>Housed in Infirmary, MHCB, Outpatient Housing Unit (OHU), Psychiatric Services Unit, or DMH</u>:

    2 of 37                     (5.4 percent)

- <u>Housed in Administrative Segregation Unit (ASU), Security Housing Unit (SHU), or Condemned</u>

    - ASU:  16 of 37             (43.2 percent)
    - SHU:  4 of 37              (10.8 percent)
    - Condemned:  2 of 37        (5.4 percent)

- <u>Housed in Reception Center (RC) or Special Needs Yard (SNY)</u>

    - RC:  4 of 37               (10.8 percent)
    - SNY:  5 of 37              (13.5 percent)

- <u>Inmates on Keyhea Order for Involuntary Medication</u>:

    0 of 37                     (0 percent)

- Concomitant Severe or Life-Threatening Medical Illness:

    8 of 37                        (21.6 percent)

- On Mental Health Service Delivery System (MHSDS) Caseload at Time of Death:

    19 of 37                       (51.3 percent)

    o  8 Enhanced Outpatient Program (EOP)
        - (21.6 percent of all suicides, 42.1 percent of suicides by inmates on the MHSDS caseload)

    o  11 Correctional Clinical Case Management System (3CMS)
        - (29.7 percent of all suicides, 57.9 percent of suicides by inmates on MHSDS caseload)

    o  0 Psychiatric Services Unit (PSU)
        - (0 percent of all suicides; 0 percent of suicides by inmates on MHSDS caseload)

    o  1 Correctional Treatment Center(CTC) and 1 Outpatient Housing Unit (OHU)
        - (5.4 percent of all suicides)

- Age Range

    o  Under 18:  0                (0 percent)
    o  18-30:  10 of 37            (27.0 percent)
    o  31-40:  10 of 37            (27.0 percent)
    o  41-50:  9 of 37             (24.3 percent)
    o  50+:  8 of 37               (21.6 percent)

- Race

    o  Caucasian:  22 of 37        (59.4 percent)
    o  Hispanic:  6.5 of 37        (17.6 percent)
    o  African-American:  4 of 37  (10.8 percent)
    o  Native American: 1.5 of 37  (4.0 percent)
    o  Filipino:  1 of 37          (2.7 percent)
    o  Asian:  1 of 37             (2.7 percent)
    o  Armenian: 1 of 37           (2.7 percent)

- Gender

    o  Male:  37 of 37             (100 percent)
    o  Female:  0 of 37            (0 percent)

8

- <u>Significant Indications of Inadequate Treatment:</u>

    29 of 37                              (78.4 percent)


**FINDINGS ON SUICIDES IN 2008**

- **In 2008, the rate of suicides in CDCR prisons was 22.3 per 100,000 inmates. This rate was a continuation of the CDCR's pattern of exceeding the national prison suicide rate which dropped to 16 per 100,000 in U.S. prisons as of 2007.**

- **The CDCR annual suicide rate per 100,000 inmates for 2008 was higher by 2.6 percent than the CDCR annual suicide rate of 19.7 per 100,000 inmates for 2007.**

- **In 78.4 percent of the suicide cases in 2008, there was at least some degree of inadequacy in assessment, treatment, or intervention, which represented a decrease from the rate of inadequacy of 82 percent for suicide cases in 2007.**

- **A number of inmate suicide risk assessments finding levels of "low" risk were done without adequate consideration of risk factors, past history, and/or review of the medical records. Therefore, interventions that would have been appropriate were not implemented.**

- **Custody welfare checks for inmates newly admitted to administrative segregation units were not followed consistently.**

- **In 21.6 percent of suicide cases, cardiopulmonary resuscitation and/or first aid was not performed in a timely and/or appropriate manner.**

- **Deadlines in completion and submission of required departmental documents of suicides were missed in 100 percent of cases. Indeed, the last Quality Improvement Plan for an inmate suicide that occurred on June 5, 2008 had QIP dates of August 10, 2010 and November 8, 2010.**

- **One inmate (Inmate No. 19 listed on Tables 1 and 2) was determined by the MHSDS to have died from an accidental overdose of Tylenol. This inmate's death had been determined by the Death Review Committee to have been a suicide secondary to Tylenol overdose. After discovery, the inmate was transferred to an outside hospital where a physician authored a Death Certificate stating that the death was "accidental." The Coroner, with no autopsy or investigation, adopted the physician's determination of cause of death. The Special Master's expert disagreed with that determination and agreed with the Death Review Committee's conclusion that this inmate's death was more likely than not a suicide.**

- **There were no suicide deaths by CDCR inmates in any Department of Mental Health (DMH) facilities in calendar year 2008.**

- **There was one suicide in a community a non-CDCR prison facility, Central Valley Modified Community Correctional Facility, in calendar year 2008.**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2008 CDCR Suicides Table 1- Demographics | | | | | | |
| No. | Inmate | Facility | DOD | Sex | Method | Ethnicity | Age | Housing | LOC | R-Suff | Medical |
| 1 | A | CCI | 1/6/08 | M | Hanging | AA | 30 | S-SHU | NONE | N | N |
| 2 | B | SVSP | 1/10/08 | M | Hanging | Cauc | 54 | S-ASU | CCCMS | N | Y |
| 3 | C | HDSP | 1/18/08 | M | Hanging | Hisp | 37 | S-GP | CCCMS | N | N |
| 4 | D | MCSP | 1/22/08 | M | Hanging | Cauc | 34 | S-ASU | EOP | Y | N |
| 5 | E | COR | 1/28/08 | M | Hanging | Hisp | 50 | S-GP | NONE | N | N |
| 6 | F | FSP | 2/2/08 | M | Hanging | Cauc | 53 | D-GP | NONE | N | Y |
| 7 | G | CIM | 3/2/08 | M | Hanging | Cauc | 37 | S-ASU | EOP | N | Y |
| 8 | H | DVI | 3/5/08 | M | Hanging | Cauc | 37 | S-RC | CCCMS | N | N |
| 9 | I | RJD | 3/13/08 | M | Hanging | Hisp | 37 | S-RC | NONE | Y | N |
| 10 | J | RJD | 3/18/08 | M | Laceration | AA | 40 | S-ASU | EOP | N | N |
| 11 | K | CTF | 3/21/08 | M | Hanging | Hisp/Nat. Amer. | 47 | S-OHU | NONE | N | N |
| 12 | L | PBSP | 4/1/08 | M | Hanging | Hisp | 29 | S-SHU | CCCMS | N | N |
| 13 | M | CIM | 5/1/08 | M | Hanging | Cauc | 44 | S-ASU | NONE | N | Y |
| 14 | N | CMC | 5/24/08 | M | Overdose | AA | 29 | D-EOP | EOP | N | N |
| 15 | O | COR | 5/26/08 | M | Hanging | Cauc | 43 | S-SHU | CCCMS | N | N |
| 16 | P | FSP | 5/29/08 | M | Trauma | Cauc | 41 | D-GP | NONE | Y | N |
| 17 | Q | KVSP | 6/5/08 | M | Suffocation | Cauc | 27 | S-ASU | CCCMS | N | Y |
| 18 | R | CMF | 6/17/08 | M | Hanging | Philipino | 35 | D-EOP | EOP | N | N |
| 19 | S | SATF | 6/24/08 | M | Overdose | Cauc | 27 | S-ASU | None | N | N |
| 20 | T | FSP | 7/14/08 | M | Hanging | Cauc | 22 | S-ASU | NONE | Y | N |
| 21 | U | CVMC-CF | 7/15/08 | M | Hanging | Armenian | 48 | S-ASU | NONE | N | N |
| 22 | V | DVI | 7/17/08 | M | Hanging | Hisp | 41 | S-ASU | NONE | N | N |
| 23 | W | LAC | 7/21/08 | M | Hanging | AA | 46 | S-ASU | NONE | Y | N |
| 24 | X | CCI | 7/25/08 | M | Hanging | Asian | 51 | D-ASU | NONE | N | N |
| 25 | Y | SVSP | 8/4/08 | M | Laceration | Cauc | 54 | D-SNY | NONE | Y | Y |
| 26 | Z | RJD | 8/31/08 | M | Hanging | Cauc | 32 | S-ASU | NONE | N | N |
| 27 | AA | LAC | 9/16/08 | M | Hanging | Cauc | 27 | S-ASU | EOP | N | N |
| 28 | BB | ASP | 9/25/08 | M | Hanging | Nat. Amer | 33 | S-ASU | NONE | Y | N |
| 29 | CC | SQ | 10/9/08 | M | Hanging | Cauc | 55 | S-COND | CCCMS | N | Y |
| 30 | DD | HDSP | 10/13/08 | M | Overdose | Cauc | 45 | S-CTC | CCCMS | N | Y |
| 31 | EE | PVSP | 10/22/08 | M | Hanging | Cauc | 55 | D-SNY | NONE | Y | N |
| 32 | FF | FSP | 10/23/08 | M | Hanging | Cauc | 25 | S-ASU | CCCMS | N | N |
| 33 | GG | NKSP | 11/17/08 | M | Hanging | Hisp | 56 | D-SNY | NONE | N | N |
| 34 | HH | SQ | 12/5/08 | M | Hanging | Cauc | 57 | S-COND | EOP | Y | Y |
| 35 | II | WSP | 12/11/08 | M | Hanging | Cauc | 26 | S-RC | CCCMS | N | N |
| 36 | JJ | CIM | 12/14/08 | M | Hanging | Cauc | 26 | D-RC-SNY | EOP | N | N |
| 37 | KK | NKSP | 12/19/08 | M | Hanging | Cauc | 37 | D-SNY | CCCMS | N | N |

| No. | Inmate | MHHX | SBHX | Keyhea | MHCB/DMH | 5 Day f/u | CPR | Suicide Report | 90 Day Rpt | FOR/PREV |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2008 CDCR Suicides | | | | | |
| | | | | | Table Two - Mental Health Information | | | | | |
| 1 | A | N | N | N | N | N/A | Y | 4/21/2008 | N/A | N |
| 2 | B | Y | Y | N | N | N/A | N(late) | 7/15/2008 | 3/30/2010 | Y |
| 3 | C | Y | Y | N | N | N/A | Y | 8/29/2008 | 4/30/2010 | Y |
| 4 | D | Y | Y | N | N | N/A | Y | 6/16/2008 | 9/5/2008 | Y |
| 5 | E | Y | Y | N | N | N/A | Y | 4/12/2008 | N/A | Y |
| 6 | F | Y | Y | N | N | N/A | Y | 6/4/2008 | 8/11/2008 | Y |
| 7 | G | Y | Y | N | N | Y | Y | 9/23/2008 | 8/16/2010 | Y |
| 8 | H | Y | Y | N | N | N/A | Y | 8/14/2008 | 6/11/2010 | Y |
| 9 | I | N | N | N | N | N/A | Y | 7/15/2008 | 4/12/2010 | Y |
| 10 | J | Y | Y | N | N | N/A | N | 7/15/2008 | 10/26/2009 | Y |
| 11 | K | N | Y | N | Y-OHU | N/A | Y | 6/9/2008 | 6/23/2010 | Y |
| 12 | L | Y | Y | N | N | N/A | Y | 9/29/2008 | 10/26/2009 | Y |
| 13 | M | Y | Y | N | N | N/A | Y | 11/10/2008 | 9/14/2010 | Y |
| 14 | N | Y | Y | N | N | N/A | Y | 12/3/2008 | 4/30/2010 | N |
| 15 | O | Y | Y | N | N | N/A | Y | 8/13/2008 | 7/1/2010 | Y |
| 16 | P | Y | Y | N | N | N/A | Y | 9/5/2008 | N/A | N |
| 17 | Q | Y | Y | N | N | N/A | N | 12/3/2008 | 8/10/2010 | Y |
| 18 | R | Y | Y | N | N | N/A | Y | 9/12/2008 | 8/30/2010 | N |
| 19 | S | Y | Y | N | N | N/A | N/A | 11/18/2008 | NO | Y |
| 20 | T | Y | N | N | N | N/A | Y | 11/10/2008 | 7/1/2010 | Y |
| 21 | U | N | N | N | N | N/A | N(late) | 1/20/2009 | 7/16/2010 | Y |
| 22 | V | N | N | N | N | N/A | Y | 12/18/2008 | 4/30/2010 | Y |
| 23 | W | Y | Y | N | N | N/A | Y | 7/22/2009 | 7/16/2010 | N |
| 24 | X | Y | Y | N | N | N/A | Y | 12/3/2008 | 7/12/2010 | Y |
| 25 | Y | Y | N | N | N | N/A | N(late) | 11/18/2008 | 9/16/2010 | Y |
| 26 | Z | Y | Y | N | N | Y | Y | 8/5/2009 | 3/30/2010 | Y |
| 27 | AA | Y | Y | N | N | N/A | Y | 11/17/08*2/18/10 | 6/3/2010 | Y |
| 28 | BB | N | N | N | N | N/A | Y | 7/23/2009 | 7/1/2010 | Y |
| 29 | CC | Y | Y | N | N | N/A | N(late) | 1/23/2009 | 7/1/2010 | Y |
| 30 | DD | Y | Y | N | N | N/A | N(DNR) | 9/14/2009 | 4/30/2010 | Y |
| 31 | EE | Y | Y | N | N | N/A | Y | 6/11/2009 | 3/30/2010 | N |
| 32 | FF | Y | Y | N | N | N/A | Y | 10/30/2009 | 6/11/2010 | N |
| 33 | GG | Y | N | N | N | N/A | N | 9/1/2009 | 10/5/2010 | Y |
| 34 | HH | Y | Y | N | N | N/A | N(late) | 6/18/2009 | 6/11/2010 | Y |
| 35 | II | Y | Y | N | N | N/A | Y | 1/29/2010 | 3/30/2010 | N |
| 36 | JJ | Y | Y | N | N | N/A | Y | 11/5/2009 | 7/7/2010 | Y |
| 37 | KK | Y | N | N | N | N/A | Y | 7/23/2009 | N/A | Y |

## IV.  SUICIDES IN CALENDAR YEAR 2009

Charts 1 and 2 both summarize the 25 suicides that occurred among CDCR inmates in 2009, by various characteristics as indicated:

### CHART 1- 2009

### Frequency of 25 total suicides, by CDR Facility in 2008

| | |
|---|---|
| Kern Valley State Prison (KVSP) | 3 |
| California Institution for Men (CIM) | 2 |
| High Desert State Prison (HDSP) | 2 |
| San Quentin State Prison (SQ) | 2 |
| California State Prison, Los Angeles County (CSP/LAC) | 2 |

| | |
|---|---|
| Salinas Valley State Prison (SVSP) | 2 |
| Correctional Training Facility (CTF) | 2 |
| California Substance Abuse Treatment Facility (CSATF) | 2 |
| Folsom State Prison (Folsom) | 1 |
| California Correctional Institution (CCI) | 1 |
| North Kern State Prison (NKSP) | 1 |
| California Men's Colony (CMC) | 1 |
| Mule Creek State Prison (MCSP) | 1 |
| Pelican Bay State Prison (PBSP) | 1 |
| Wasco State Prison (WSP) | 1 |
| Central Valley Modified Community Correctional Facility (CVMCCF) | 1 |

# **CHART 2 - 2009**

- Single-Cell Housing:

    17 of 25                           (68.0 percent)

- Inmates Incarcerated for Sex Offenses ("R" Suffix):

    1 of 25                            (4.0 percent)

- Method

    o Hanging:    21 of 25     (84.0 percent)
    o Laceration:  3 of 25     (12.0 percent)
    o Suffocation: 1 of 25     (4.0 percent)

- History of Suicidal Behavior:

    16 of 25                           (64.0 percent)

- History of Past Mental Health Treatment:

    21 of 25                           (84.0 percent)

- Housed in Infirmary, MHCB, Outpatient Housing Unit (OHU), Psychiatric Services Unit (PSU), or DMH:

    1 of 25                            (4.0 percent)

- <u>Housed in Administrative Segregation Unit (ASU), Security Housing Unit (SHU), or Condemned</u>

    - ASU: 10 of 25            (40.0 percent)
    - SHU:  0 of 25             (0 percent)
    - Condemned: 1 of 25    (4.0 percent)

- <u>Housed in Reception Center (RC) or Special Needs Yard (SNY)</u>

    - RC:  3 of 25              (12.0 percent)
    - SNY:  5 of 25            (20.0 percent)

- <u>Inmates on Keyhea Order for Involuntary Medication:</u>

    2 of 25                        (8.0 percent)

- <u>Concomitant Severe or Life-Threatening Medical Illness:</u>

    4 of 25                        (16.0 percent)

- <u>On Mental Health Service Delivery System (MHSDS) Caseload at Time of Death:</u>

    19 of 25                      (76.0 percent)

    - 8 Enhanced Outpatient Program (EOP)

        - (32.0 percent of all suicides, 42.1 percent of suicides by inmates on the MHSDS caseload)

    - 11 Correctional Clinical Case Management System (3CMS)
        - (44.0 percent of all suicides, 57.9 percent of suicides by inmates on MHSDS caseload)

- <u>Age Range</u>

    - Under 18:  0              (0 percent)
    - 18-30: 7 of 25            (28.0 percent)
    - 31-40:  9 of 25           (36.0 percent)
    - 41-50:  5 of 25           (20.0 percent)
    - 50+:  4 of 25             (16.0 percent)

- <u>Race</u>

    - Caucasian: 15 of 25              (60.0 percent)
    - Hispanic:  6 of 25                 (24.0 percent)
    - African-American: 3 of 25     (12.0 percent)
    - Asian: 1 of 25                       (4.0 percent)

13

- Gender

    - Male:  25 of 25                    (100 percent)
    - Female:  0 of 25                   (0 percent)

- Significant Indications of Inadequate Treatment:

    21 of 25                              (84.0 percent)


### FINDINGS ON SUICIDES IN 2009

- **In 2009, the rate of suicides in CDCR prisons was 15.7 per 100,000 inmates.  This rate was the lowest annual suicide rate since 2004.  It is attributable to a relatively low number of suicides (25) and a decrease in the in-state institutional population.  Accordingly, for calendar year 2009, the CDCR suicide rate was lower than the most recently reported national prison average suicide rate of 16/100,000 as of 2007.**

- **The CDCR suicide rate per 100,000 inmates for 2009 was lower by 6.6 percent than the CDCR annual suicide rate of 22.3 per 100,000 inmates for 2008.**

- **The trend analysis for the five-year CDCR average suicide rate from 2005 to 2009 was 21.8/100,000, compared to the trend analysis for the six-year CDCR average suicide rate from 1999 to 2004 of 16.2/100,000.**

- **In 84 percent of the suicide cases in 2009, there was at least some degree of inadequacy in assessment, treatment, or intervention, which represented an increase from the rate of inadequacy of 78.4 percent for suicide cases in 2008.**

- **A number of inmate suicide risk assessments finding levels of "low" or "no appreciable" risk were assigned without adequate consideration of risk factors, past history, and/or review of the medical records.  Therefore, interventions that would have been appropriate were not implemented.**

- **Custody welfare checks for inmates newly admitted to administrative segregation units were not followed consistently.  Required custody rounds/checks were not completed consistently in administrative segregation units and general population.**

- **In four deaths, or 16 percent of suicide cases, cardiopulmonary resuscitation and/or first aid were not performed in a timely and/or appropriate manner.  In two, or eight percent of, suicides, CPR was not done after nursing staff determined rigor mortis had developed.**

- **Deadlines in completion and submission of required departmental documents concerning suicides were missed in 100 percent of cases.  Indeed, the last quality**

improvement plan for an inmate suicide that occurred on December 7, 2009 had a quality improvement plan date of February 8, 2011.

- **There were no suicide deaths by CDCR inmates in any Department of Mental Health facilities in calendar year 2009.**

- **There was one suicide in a community non-CDCR prison facility, Central Valley Modified Community Correctional Facility, in calendar year 2009.**

## 2009 CDCR Suicides
## Table 1- Demographics

| No. | Inmate | Facility | Date of Death | Sex | Method | Ethnicity | Age | Housing | Loc. | R-Suffix | Medical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | WSP | 1/23/2009 | M | Hanging | AA | 23 | RC-GP-S | N/A | N | N |
| 2 | B | CVMCCF | 1/26/2009 | M | Laceration | Cauc | 34 | GP-Dorm | N/A | N | N |
| 3 | C | KVSP | 2/24/2009 | M | Laceration | Hisp | 32 | GP-SNY-S | CCCMS | N | N |
| 4 | D | SATF | 3/4/2009 | M | Laceration | Hisp | 54 | GP-SNY-D | N/A | N | N |
| 5 | E | CTF | 4/21/2009 | M | Hanging | Cauc | 39 | ASU-S | CCCMS | N | N |
| 6 | F | CIM | 5/11/2009 | M | Hanging | Hisp | 37 | RC-GP-S | CCCMS | N | Y |
| 7 | G | SQ | 5/23/2009 | M | Hanging | Cauc | 38 | ASU-S | N/A | N | N |
| 8 | H | PBSP | 6/14/2009 | M | Hanging | Cauc | 30 | PSU-S | EOP | N | N |
| 9 | I | SQ | 6/16/2009 | M | Hanging | Cauc | 58 | Cond.-DD-S | CCCMS | Y | Y |
| 10 | J | SVSP | 7/17/2009 | M | Hanging | Hisp | 24 | ASU-S | N/A | N | N |
| 11 | K | LAC | 7/17/2009 | M | Suffocation | Cauc | 43 | GP-D | EOP | N | N |
| 12 | L | SVSP | 8/11/2009 | M | Hanging | Cauc | 28 | ASU-S | CCCMS | N | N |
| 13 | M | MCSP | 8/13/2009 | M | Hanging | Cauc | 62 | GP-D | CCCMS | N | N |
| 14 | N | KVSP | 8/15/2009 | M | Hanging | Cauc | 67 | GP-SNY-S | EOP | N | N |
| 15 | O | KVSP | 8/25/2009 | M | Hanging | Cauc | 39 | GP-SNY-S | EOP | N | N |
| 16 | P | CIM | 9/23/2009 | M | Hanging | Cauc | 28 | RC-ASU-S | EOP | N | N |
| 17 | Q | SATF | 9/29/2009 | M | Hanging | Cauc | 48 | GP-SNY-D | CCCMS | N | Y |
| 18 | R | HDSP | 10/25/2009 | M | Hanging | Asian | 32 | GP-D | CCCMS | N | N |
| 19 | S | CTF | 11/8/2009 | M | Hanging | Cauc | 43 | GP-D | CCCMS | N | N |
| 20 | T | CCI | 11/21/2009 | M | Hanging | Hisp | 43 | ASU-S | EOP | N | N |
| 21 | U | NKSP | 12/7/2009 | M | Hanging | Hisp | 33 | ASU-D | EOP | N | N |
| 22 | V | FSP | 12/14/2009 | M | Hanging | Cauc | 46 | ASU-S | N/A | N | N |
| 23 | W | CMC | 12/18/2009 | M | Hanging | Cauc | 26 | ASU-S | CCCMS | N | N |
| 24 | X | LAC | 12/20/2009 | M | Hanging | AA | 40 | GP-S | EOP | N | Y |
| 25 | Y | HDSP | 12/22/2009 | M | Hanging | AA | 24 | ASU-S | CCCMS | N | N |

**2009 CDCR Suicides**
**Table 2 - Mental Health Information**

| No. | Inmate | MHHX | SBHX | Keyhea | MHCB/DMH | 5 Day F/U | CPR | Suicide Report | 90 Day Rpt | FOR/PREV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | N | N | N | N | N/A | Y | 6/11/2009 | N/A | N |
| 2 | B | N | N | N | N | N/A | N/A | 7/31/2009 | 04/30/10 | Y |
| 3 | C | Y | Y | Y | N | N/A | N-Late | 1/29/2010 | 4/30/10-2/16/11 | Y |
| 4 | D | N | N | N | N | N/A | Y | 12/28/2009 | N/A | N |
| 5 | E | Y | N | N | N | N/A | Y | 12/28/2009 | 09/14/10 | N |
| 6 | F | Y | Y | N | N | N/A | N-Late | 12/29/2009 | 06/23/10 | Y |
| 7 | G | N | Y | N | N | N/A | Y | 12/29/2009 | 03/30/10 | Y |
| 8 | H | Y | Y | N | N | N/A | Y | 11/12/2009 | 07/12/10 | Y |
| 9 | I | Y | N | N | N | N/A | N-Late | 3/4/2010 | 09/14/10 | Y |
| 10 | J | Y | N | N | N | N/A | Y | 12/29/2009 | 10/07/10 | Y |
| 11 | K | Y | Y | N | N | N/A | Y | 8/24/2010 | 09/16/10 | N |
| 12 | L | Y | N | N | N | N/A | Y | 4/16/2010 | 11/1/10-2/16/11 | Y |
| 13 | M | Y | Y | N | N | N/A | Y | 12/29/2009 | 03/30/10 | Y |
| 14 | N | Y | Y | N | N | N/A | Y | 3/4/2010 | 05/21/10 | Y |
| 15 | O | Y | Y | Y | N | N/A | Y | 1/29/2009 | N/A | N |
| 16 | P | Y | Y | N | N | N/A | Y | 2/18/2010 | 08/16/10 | Y |
| 17 | Q | Y | N | N | N | N/A | N-Rigor | 2/16/2010 | 05/12/10 | Y |
| 18 | R | Y | N | N | N | N/A | Y | 2/16/2010 | 5/26/10-2/16/11 | Y |
| 19 | S | Y | Y | N | N | N/A | Y | 1/29/2010 | 05/21/10 | Y |
| 20 | T | Y | Y | N | N | N/A | Y | 2/17/2010 | 10/21/10 | Y |
| 21 | U | Y | Y | N | N | N/A | Y | 3/12/2010 | 02/08/11 | Y |
| 22 | V | Y | Y | N | N | N/A | Y | 2/18/2010 | 08/13/10 | N |
| 23 | W | Y | Y | N | N | Y | Y | 4/30/2010 | 07/16/10 | Y |
| 24 | X | Y | Y | N | N | N/A | N-Rigor | 2/26/2010 | 07/16/10 | Y |
| 25 | Y | Y | Y | N | N | N/A | N-Late | 3/15/2010 | 10/11/10 | Y |