FILED

MAY 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>      Plaintiffs - Appellees,<br><br>   v.<br><br>EDMUND G. BROWN, JR., Governor of California; et al.,<br><br>      Defendants - Appellants. | No. 10-17546<br><br>D.C. No. 2:90-cv-00520-LKK-JFM<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: REINHARDT, HAWKINS, and GOULD, Circuit Judges.


Appellees' unopposed motion to transfer consideration of attorneys' fees to the district court is hereby **GRANTED**.