IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                  No. 2:90-cv-0520 LKK JFM (PC)

     vs.

JERRY BROWN, et al.,

      Defendants.               <u>ORDER</u>

                              /

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of April 2011.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

              Matthew A. Lopes, Jr., Esq.
              Special Master
              Pannone Lopes & Devereaux LLC
              317 Iron Horse Way, Suite 301
              Providence, RI 02908

the amount of $369, 872.34 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: May 26, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

12
cole11.apr

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,          :

       Plaintiffs,          :

  v.          :          No. 2:90-cv-0520 LKK JFM (PC)

ARNOLD SCHWARZENEGGER et al.,          :

       Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2011.

Matthew A. Lopes, Jr., Special Master
    Services        $11,629.00
    Disbursements    $13,816.41

       Total amount due    $25,445.41

Mohamedu F. Jones, J.D., Deputy Special Master
    Services        $41,735.00
    Disbursements    $    0.00

       Total amount due    $41,735.00

Linda E. Holden, J.D., Deputy Special Master
    Services        $37,950.00
    Disbursement     $    0.00

       Total amount due    $37,950.00

Kerry F. Walsh, J.D.
    Services        $36,643.50
    Disbursements    $    0.00

       Total amount due    $36,643.50

1  Kristina M. Hector, J.D.
          Services            $39,731.00
2         Disbursements       $      0.00

3         Total amount due                $39,731.00

4  Steven W. Raffa, J.D.
          Services            $48,516.50
5         Disbursements       $      0.00

6         Total amount due                $48,516.50

7  Paul Nicoll, M.P.A.
          Services            $ 4,900.00
8         Disbursements       $      0.00

9         Total amount due                $4,900.00

10 Kerry C. Hughes, M.D.
          Services            $16,178.00
11        Disbursements       $    996.86

12        Total amount due                $17,174.86

13 Jeffrey L. Metzner, M.D.
          Services            $ 6,780.00
14        Disbursements       $    647.04

15        Total amount due                $7,427.04

16 Raymond F. Patterson, M.D.
          Services            $ 8,458.00
17        Disbursements       $    442.89

18        Total amount due                $8,900.89

19 Ted Ruggles, Ph.D.
          Services            $13,377.00
20        Disbursements       $    940.14

21        Total amount due                $14,317.14

22 Kathryn A. Burns, MD, MPH
          Services            $10,575.00
23        Disbursements       $    942.16

24        Total amount due                $11,517.16

25

26

| | | |
|---|---|---|
| 1 | Yong Joo Erwin, LCSW | |
| |     Services | $   877.50 |
| 2 |     Disbursements | $       0.00 |
| 3 |     Total amount due | $877.50 |
| 4 | Mary Perrien, Ph.D. | |
| |     Services | $ 5,450.00 |
| 5 |     Disbursements | $    371.80 |
| 6 |     Total amount due | $5,821.80 |
| 7 | Patricia M. Williams, J.D. | |
| |     Services | $14,198.00 |
| 8 |     Disbursements | $  1,005.75 |
| 9 |     Total amount due | $15,203.75 |
| 10 | Henry A. Dlugacz, MSW, J.D. | |
| |     Services | $11,151.00 |
| 11 |     Disbursements | $  1,219.92 |
| 12 |     Total amount due | $12,370.92 |
| 13 | J. Ronald Metz | |
| |     Services | $   500.00 |
| 14 |     Disbursements | $       0.00 |
| 15 |     Total amount due | $500.00 |
| 16 | I.C. Haunani Henry | |
| |     Services | $ 8,300.00 |
| 17 |     Disbursements | $       0.00 |
| 18 |     Total amount due | $8,300.00 |
| 19 | William F. Alvarez, Ph.D. | |
| |     Services | $31,165.00 |
| 20 |     Disbursements | $  1,374.87 |
| 21 |     Total amount due | $32,539.87 |

22 **TOTAL AMOUNT TO BE REIMBURSED**          **$369, 872.34**

23 Receipts for justification of reported expenditures are available upon request.

24 Respectfully submitted,
/s/
25 Matthew A. Lopes, Jr.
Special Master

26

4