# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 31, 2011

Clerk
United States District Courts for the Eastern
District of California
501 I Street
Suite 4-200
Sacramento, CA 95814-2322



FILED
JUN - 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

    Re: California State Republican Legislator Intervenors, et al.
        v. Marciano Plata, et al.
        No. 09-1232
        (Your No. CIV S-90-0520 LKK JFM P, C01-1351 TEH)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The Court affirmed the judgment below in *Brown* v. *Plata*, 563 U. S. ___ (2011), Therefore, the appeal is dismissed.

    The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk