MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK_JFM <br><br> **Stipulation and Order to Extend Temporary Stay of All Attorneys' Fees, Costs, and Expenses Related to Work Before the Three-Judge Panel and the Supreme Court of the United States and [Proposed] Order Thereon** <br><br> Judge: Hon. Lawrence K. Karlton |

[511314-1]

Stipulation and Order

The Parties to the above-captioned case, through their counsel, stipulate as follows:

1. In the above-captioned case, as well as in *Plata v. Schwarzenegger*, all matters concerning attorneys' fees, costs and expenses have been stayed pending the decision of the Supreme Court of the United States in Case No. 09-1233, *Brown v. Plata*. *See Plata* Docket 2321, 2344; *Coleman* Docket 3948, 2977.

2. On May 23, 2011, United States Supreme Court issued its decision in *Brown v. Plata* [and *Coleman*], ___ U.S. ____, 2011 U.S. LEXIS 4012, affirming the three-judge panel decision. Accordingly, the parties have met and conferred regarding Plaintiffs' attorneys' fees, costs, and expenses for both the three-judge panel proceedings and the proceedings before the Supreme Court of the United States. In order to exhaust any possibility of settling these matters, or of narrowing the disputes as much as possible, the parties jointly request additional time to meet and confer.

3. The parties request that the Court extend the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Panel and related appeals, including the appeal to the Supreme Court of the United States and direct the parties to complete their meet and confer process by August 26, 2011, with any motion for fees, costs and expenses due 60 days thereafter. In so doing, plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the March 19, 1996 Coleman Periodic Fees order. Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Panel proceedings. For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules

1 | for the Eastern District of California are stayed.

2 | IT IS SO STIPULATED.

3

4 | DATED: June 10, 2011               /s/ David Brice
                                       David Brice

5                                      Deputy Attorney General
                                       Attorneys for *Coleman* Defendants

6

7 | DATED: June 10, 2011               /s/ Ernest Galvan
                                       Ernest Galvan

8                                      Rosen, Bien & Galvan, LLP
                                       Attorneys for Plaintiffs

[511314-1]

**[Proposed] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, this Court extends the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Panel, and related appeals, including the proceedings before the Supreme Court of the United States, until August 26, 2011, with Plaintiffs application for fees, costs and expenses due 60 days thereafter.  Plaintiffs have preserved and do not waive their right to claim interest in accordance with the provisions set forth in the March 19, 1996 Coleman Periodic Fees order. Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Panel proceedings or related appeals.  For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Eastern District of California do not apply.

IT IS SO ORDERED.

DATED: June ___, 2011

Lawrence K. Karlton
United States District Judge

[511314-1]