KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID E. BRICE, State Bar No. 269443
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **NOTICE OF REQUEST TO TERMINATE GREGORY G. GOMEZ FROM SERVICE LIST** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | [L. R. 83-182(c)(1)] |
| Defendants. | |

**TO CLERK OF THE COURT AND PLAINTIFF RALPH COLEMAN:**

Under L. R. 83-182(c)(1), Defendants advise Plaintiff and the Court that their attorney designated for service has changed. The attorney formerly designated for service was as follows:

GREGORY G. GOMEZ, SBN 242674
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-3866
Facsimile: (916) 324-5205
Email: Gregory.Gomez@doj.ca.gov

/ / /

1

1 | The undersigned counsel requests that the Court terminate the name of Gregory G. Gomez,

2 | the attorney formerly designated for service, from the service list in this case.

3 | Dated:  June 13, 2011           Respectfully submitted,

4 |                                  KAMALA D. HARRIS
   Attorney General of California

5 |

6 |        */s/ Debbie J. Vorous*

7 |        DEBBIE J. VOROUS
   Deputy Attorney General
   *Attorneys for Defendants*

8 | CF1997CS0003
   31280876.doc

NOTICE OF REQUEST TO TERMINATE GREGORY G. GOMEZ FROM SERVICE LIST  (2:90-cv-00520 LKK JFM P)