KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 E-mail:  Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' UPDATE TO COURT RE:  CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT AND CALIFORNIA MEDICAL FACILITY 64-BED INTERMEDIATE CARE FACILITY** |

## I.   INTRODUCTION

On March 31, 2009, this Court ordered that Defendants file with the Court detailed activation schedules for all court-ordered construction projects, including the California Men's Colony 50-bed Mental Health Crisis Bed unit (CMC 50-bed MHCB) and the California Medical Facility 64-bed Intermediate Care Facility project (CMF 64-bed ICF).  (Docket No. 3556). Defendants complied with the Court's order and, later, accelerated the full occupancy dates for the CMC 50-bed MHCB and CMF 64-bed ICF projects.  (Docket Nos. 3568, 3591, 3712, 3724–2, 3845–2.)  As discussed below, Defendants have now adjusted the full occupancy date for the

1

Defs.' Update Re:  CMC 50 Bed MHCB and CMF 64 Bed ICF  (2:90-cv-00520 LKK JFM P)

1  CMC 50-bed MHCB unit due to construction delays and the full occupancy date for the CMF 64-
2  bed ICF project due to combined construction and licensing delays.
3        Also, this Court ordered that Defendants report to the Special Master on a monthly basis all
4  actions taken on each court-approved long-range bed project and whether each project remains on
5  schedule. (Docket No. 3761 ¶ 2.) Defendants' updates are to be in the form of updated activation
6  schedules. (*Id.*) On June 2, 2011, Defendants provided the Special Master and Plaintiffs' counsel
7  with updated activation schedules—schedules that reflected adjustments in the full occupancy
8  dates for the CMC 50-bed MHCB and CMF 64-bed ICF projects. (Vorous Decl. ¶¶ 2–5 Exs. 1,
9  2.) At the recommendation of the Special Master on June 6, 2011, and in an effort to keep the
10  Court fully informed of Defendants' progress regarding the long-range mental health bed plan
11  projects, Defendants also provide the following update to the Court regarding the full occupancy
12  dates for these two long-range bed projects.

## II.   UPDATE TO COURT

**A.   California Men's Colony 50-Bed Mental Health Crisis Bed Unit.**

15        On April 23, 2009, Defendants submitted a detailed activation schedule for the CMC 50-
16  bed MHCB unit. (Docket No. 3568.) This schedule indicated a planned end date for construction
17  of January 6, 2013, and a planned full occupancy date of March 28, 2013. (Docket No. 3568.)
18  On May 26, 2009, Defendants filed an updated activation schedule for the CMC 50-bed MHCB
19  unit. (Docket No. 3591 at 9–10.) Defendants' updated activation schedule, which assumed that
20  construction could be completed four months earlier than previously built California Department
21  of Corrections and Rehabilitation licensed mental health facilities, accelerated the planned end
22  date for construction to July 14, 2012, and the planned full occupancy date to October 4, 2012.
23  (*Id.*) Thus, as a result of Defendants' commitment to identify ways to accelerate this project,
24  Defendants were able to accelerate the planned full occupancy date by nearly six months from
25  March 28, 2013 to October 4, 2012.
26        In the updated activation schedule provided to the Special Master on June 2, 2011,
27  Defendants indicate that the planned end date for the accelerated construction is revised to
28  September 5, 2012, due to the discovery of asbestos-contaminated soil under the site grading in

2

Defs.' Update Re: CMC 50 Bed MHCB and CMF 64 Bed ICF (2:90-cv-00520 LKK JFM P)

both the East and West Parking lots. (Vorous Decl. ¶¶ 2–3, Ex. 1.) Consequently, Defendants adjusted the planned full occupancy date to November 27, 2012—a date still nearly four months ahead of the initial planned full occupancy date. (*Id.*)

**B.   California Medical Facility 64-Bed Intermediate Care Facility.**

On May 26, 2009, Defendants filed a detailed activation schedule for the CMF 64-bed ICF project. (Docket No. 3591.) In this activation schedule, Defendants indicated a planned end date for construction of August 2, 2012, a planned end date for licensing of August 26, 2012, and a planned start and end date for inmate-patient admissions of August 27, 2012 and November 27, 2012, respectively. (Docket No. 3591 at 28.)[1] On September 24, 2009, this Court ordered that Defendants file a written report describing any and all steps that might be taken to accelerate the CMF 64-bed ICF project. (Docket No. 3686.) Defendants responded on October 22, 2009. (Docket No. 3712.) In Defendants' response, Defendants stated that they believed the construction duration could be accelerated up to 241 days by constructing the facility outside the existing secure perimeter and by utilizing other measures similar to those used to accelerate the CMC 50-bed MHCB unit. (*Id.* at 10) Thus, as part of Defendants' November 6, 2009 long-range mental health bed plan, Defendants filed an updated activation schedule that revised the end date for construction to December 5, 2011, the end date for licensing to January 6, 2012, and the start and end date for inmate-patient admissions to January 9, 2012 and March 19, 2012, respectively. (Docket No. 3724–2 at 35.)

On May 13, 2010, Defendants again updated this Court on the status of the CMF 64-bed ICF project. (Docket No. 3845.) In Defendants' update, Defendants informed the Court that they had been successful in further accelerating the scheduled completion date for the project and attached an updated activation schedule that revised the end date for construction to September 26, 2011, the end date for licensing to October 13, 2011, and the start and end date for inmate-patient admissions to October 14, 2011 and December 23, 2011, respectively. (Docket No. 3845–

---

[1] The CMF 64-bed ICF is a licensed facility under California Code of Regulations, Title 22. As such, inmate-patient admissions cannot commence absent licensing by the California Department of Public Health.

3

Defs.' Update Re:  CMC 50 Bed MHCB and CMF 64 Bed ICF  (2:90-cv-00520 LKK JFM P)

2 at 12–13.) Thus, again as a result of Defendants' commitment to identify ways to accelerate the mental health bed projects, Defendants were able to accelerate the planned full occupancy date by approximately eleven months from November 27, 2012 to December 23, 2011.

In the updated activation schedule provided to the Special Master on June 2, 2011, Defendants indicate that the planned end date for the accelerated construction is revised to October 25, 2011, due to water line conflicts. (Vorous Decl. ¶¶ 4–5, Ex. 2.) Additionally, the planned end date for licensing is revised to December 2, 2011. (*Id*). Defendants revised the end date for licensing for two reasons. First, Defendants revised the end date to reflect the delay in construction. (*Id.*) Second, Defendants revised the end date due to timing constraints associated with licensing activities. (*Id.*) Consequently, Defendants adjusted the planned start and end dates for inmate-patient admissions to December 5, 2011, and February 17, 2012, respectively—occupancy dates still nearly nine months ahead of the initial scheduled dates. (*Id.*)

Nonetheless, Defendants recognize the importance of the CMF 64-bed ICF project to address the inmate-patients on the Salinas Valley Psychiatric Program wait list and remain committed to try to identify a way to address the timing constraints associated with licensing activities.

Dated: June 16, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31283999.doc

4