KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' UPDATE TO COURT RE: CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT AND CALIFORNIA MEDICAL FACILITY 64 BED INTERMEDIATE CARE FACILITY** |

I, Debbie Vorous, declare

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Update to the Court Re: California Men's Colony 50-Bed Mental Health Crisis Bed Unit and California Medical Facility 64-Bed Intermediate Care Facility.

2. Attached as Exhibit 1 is a true and correct copy of an updated activation schedule for the report period ending May 23, 2011, for Defendants' long-range mental health bed project for

1

1. the California Men's Colony 50-bed Mental Health Crisis Bed unit (CMC 50-bed MHCB). I forwarded this updated activation schedule to the *Coleman* Special Master and Plaintiffs' counsel on June 2, 2011.

3. In the updated activation schedule for the CMC-50 Bed MHCB unit, Defendants indicate that the planned end date for construction is revised to September 5, 2012, due to the discovery of asbestos contaminated soil under the site grading in both the East and West Parking lots. Consequently, Defendants adjusted the planned full occupancy date to November 27, 2012.

4. Attached as Exhibit 2 is a true and correct copy of an updated activation schedule for the report period ending May 23, 2011, for the California Medical Facility 64-bed Intermediate Care Facility project (CMF 64-bed ICF). I forwarded this updated activation schedule to the *Coleman* Special Master and Plaintiffs' counsel on June 2, 2011.

5. In the updated activation schedule for the CMF 64 Bed ICF, Defendants indicate that the planned end date for construction is revised to October 25, 2011, due to water line conflicts. Additionally, Defendants adjusted the end date for licensing to December 2, 2011. According to the activation schedule, there are two reasons for this adjustment. The first reason is due to the delay associated with the construction. The second reason is due to timing constraints associated with licensing activities. Consequently, Defendants adjusted the planned start date for inmate-patients admissions to December 5, 2011, and the planned end date to February 17, 2012.

I declare under penalty of perjury that the foregoing is true.

Executed this 16th day of June, 2011, in Sacramento, California.

*/s/ Debbie Vorous*
DEBBIE VOROUS

2

Vorous Decl. Re: Update on CMC 50 Bed MHCB and CMF 64 Bed ICF-H  (2:90-cv-00520 LKK JFM P)

# EXHIBIT 1

Report Period Ending: May 23, 2011

| | |
|---|---|
| Responsible Person: | Deborah Hysen/CDCR |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California |
| Project Architect: | Nacht and Lewis Architects |
| Location: | California Mens Colony, San Luis Obispo (CMC) |
| Funding Source: | AB 900 (GC 15819.40) |

50 Bed Mental Health Crisis Facility (Licensed Facility)[1]

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | | 3/13/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | 3/25/09 | 3/25/09 | | | | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | Funding request package completed on 3/25/09. |
| Legislative Approval of Scope, Schedule, and Cost | | | | | 4/10/09 | 4/10/09 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Next loan renewal March 2010 and every year thereafter for the duration of the project. |
| Architectural/Engineering Contracting | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Notice to Proceed (NTP) issued 4/15/09. |
| Preliminary Plans | 251 | 4/20/09 | 4/15/09 | (5) | 12/27/09 | 12/28/09 | 1 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Preliminary plans are complete. |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/15/09 | (5) | 12/13/09 | 6/24/10 | 193 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Initial Study/Mitigated Negative Declaration public comment period ended 10/31/09. Delay due to responding to the large volume of public comments. NOD was filed 01/17/10. CCPOA filed litigation on 02/04/10. On 05/07/10, the case was transferred to the Eastern District Court. On 6/24/10, the parties to the CMC litigation stipulated to dismiss the action with prejudice. |
| JLBC Approval of Preliminary Plans | 45 | 12/28/09 | 12/28/09 | | 2/11/10 | 2/11/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. JLBC responded prior to 45-day review. | Design schedule accelerated 45 days, based on early JLBC package submittal. |
| PWB Approval of Preliminary Plans | 45 | 12/29/09 | 1/7/10 | 9 | 2/12/10 | 2/16/10 | 4 | | C. Lief | PWB Approval. | PWB meeting changed to 02/16/10. There is no impact to the overall project schedule. |
| Working Drawings (Construction Documents) | 187 | 2/15/10 | 2/17/10 | 2 | 8/21/10 | 9/29/10 | 39 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete. The Construction Manager is selected and the contract is in process. The added scope from the SFM has changed the planned complete date of WD's to 09/29/10. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion to Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bid and Award** | | | | | | | | | | | |
| | 90 | 8/23/10 | 9/30/10 | 38 | 11/21/10 | 1/13/11 | 53 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | The 53 days of delay was attributed to: a) SFM added scope (fire access road and modification to sally port gates; 39 days), and b) advertising, bidding & award of construction contract over the holiday period (14 days). |
| **Construction**[2] | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | | | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The NTP was issued on 01/14/11 to Soltek Pacific Construction. The revised planned complete date is 09/05/12. Site mobilization is complete and grading is continuing. The overall percentage of completion remains at 3% due to asbestos contaminated soil discovered during site grading in both the new East & West parking lots. A remediation plan was prepared and approved by the Air Pollution Control District and abatement is underway. Potential impacts to schedule are being evaluated and will be finalized when contaminated soil abatement is complete. |
| **Hire Staff** | 543 | 1/10/11 | 1/10/11 | | 7/6/12 | | | | D. Sallade T. Gonzalez | Advertise, Hire, and Train Staff. | |
| **Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports** | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | | | | D. Hysen | Including final as-built drawings. | See construction comment. |
| **Self Certification** | 15 | 7/16/12 | | | 7/31/12 | | | | D. Hysen | | The revised planned start date is 09/06/12 and the revised planned complete date is 09/21/12. |
| **License Approval** | 7 | 8/1/12 | | | 8/8/12 | | | | D. Sallade T. Gonzalez | DPH Survey, DPH Approval. | Licensing approval planned start date adjusted to 8/03/12. Planned completion date remains the same. |
| **Activation** | 56 | 8/9/12 | | | 10/4/12 | | | | D. Sallade T. Gonzalez | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | Preactivation activities planned start date adjusted to 12/01/11 to reflect length of time associated with development of healthcare administration model. |
| **Patient Admissions** | 56 | 8/9/12 | | | 10/4/12 | | | | D. Sallade T. Gonzalez | Assumes Patients will be admitted at a rate of six per week. | The revised planned start date is 10/02/12 and the revised planned complete date is 11/27/12. |

[1] Court Order(s) filed 3/27/07, Docket No. #2173; filed 4/16/08, Docket No. #2757; and filed 10/20/06, Docket No. #1998
[2] Special Master shall receive updates on construction every 90 days.

Page 3

Project:

CMC 50 Bed Mental Health Crisis Facility (Licensed Facility)

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Gonzalez (A) | Terri | CDCR/CMC | P.O. Box 8101 | San Luis Obispo | 93409 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sallade (A) | Denny | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |

# EXHIBIT 2

Report Date: May 23, 2011

Project: 64 Bed Intermediate Care Facility (Licensed Facility)[1]
Responsible Person: Deborah Hysen
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: Nacht and Lewis Architects
Location: California Medical Facility, Vacaville (CMF)
Funding Source: AB 900 (GC 15819.40)

Jay Sturges /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Recognition of Project Scope, Cost, and Schedule. | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 63 | 4/15/09 | 4/15/09 | | 4/15/09 | 6/12/09 | 58 | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote. Executive Order E 08/09-136 authorized General Fund loan for Preliminary Plans. On 7/15/09 PMIB approved the loan for PP funding, and the General Fund loan will be retired. Design and construction schedule was revised based on 6/12/09 funding. There is no impact to overall schedule. |
| Architectural/Engineering Contracting | 2 | 6/17/09 | 6/12/09 | (5) | 6/19/09 | 7/9/09 | 20 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s) | Contract execution delayed due to year end work load issues. There is no impact to overall schedule. |
| Preliminary Plans | 422 | 9/8/07 | 9/8/07 | | 11/3/08 | 11/3/08 | | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC and PWB Submittal Packages. | Preliminary Plans funded in the 2006-07 Budget Act. |
| California Environmental Quality Act Compliance (CEQA) | | | | | 3/5/09 | 3/5/09 | | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | |
| JLBC Approval of Preliminary Plans | 45 | 10/30/08 | 10/30/08 | | 12/14/08 | 12/14/08 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | |
| PWB Approval of Preliminary Plans | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | C. Lief | PWB Approval. | Preliminary Plan approval occurred concurrent with the establishment of scope, cost, and schedule. |
| Working Drawings (Construction Documents) | 204 | 6/22/09 | 7/10/09 | 18 | 1/12/10 | 1/26/10 | 14 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for Approval. Submit loan documents to DOF and obtain PWB approval for loan by the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Contract execution delayed start of working drawings. Working drawings are complete. There is no impact to the overall schedule. |
| Bid and Award | 90 | 1/13/10 | 2/3/10 | 21 | 4/13/10 | 4/15/10 | 2 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | Bid and Award delayed due to SFM approval of working drawings. Bids opened on 3/16/10 and NTP issued 04/15/10. There is no impact to the overall schedule. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction [2] | 841 | 4/14/10 | 4/15/10 | 1 | 8/2/12 | | | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record. Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The overall percentage of completion is 63%. The contractor has been granted a 28-day non-compensable time extension as resolution of the water line conflicts. The revised project completion date is 10/25/11. Project acceleration will not be pursued at this time based on limited project resources to complete the building and timing constraints associated with licensing activities. |
| Hire Staff | 485 | 3/6/11 | 4/30/10 | (310) | 7/3/12 | | | | S. Price K. Dickinson | Advertise, Hire, and Train Staff. | The projected Hire Staff start date has been revised to 04/30/10 and ends on 08/26/11. |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 841 | 4/14/10 | 4/15/10 | 1 | 8/2/12 | | | | D. Hysen | Including final as-built drawings. | The revised completion date is 10/25/11. |
| Self Certification | 15 | 8/3/12 | | | 8/18/12 | | | | D. Hysen | | The revised start date is 10/26/11 and revised completion date is 11/15/11. |
| License Approval | 7 | 8/19/12 | | | 8/26/12 | | | | S. Price D. Sallade K. Dickinson | DPH Survey, DPH Approval. | Licensing approval planned start date adjusted to 11/28/11. The planned completion date adjusted to 12/2/2011. |
| Activation | 92 | 8/27/12 | | | 11/27/12 | | | | S. Price K. Dickinson D. Sallade | • Equipment identification, approval and procurement beginning 1/22/2011 with both CMF Mental Health Crisis Bed and DMH staff. • Policy and procedure development, review, and approval initiated 2/22/2011 with both CMF Mental Health Crisis Bed and DMH staff. • Formulate infrastructure and processes for support services such as: housekeeping, dietary, laundry and pharmacy beginning 3/7/2011 with both CMF Mental Health Crisis Bed and DMH staff. • DMH Activation Activities starting 8/27/11: Initial staff occupancy, staff orientation, stock supplies/inventory, cleaning, licensing preparation, overall patient program readiness. • Placement of Group II equipment by CMF Mental Health Crisis Bed and DMH staff as appropriate starting 8/27/2011. | Facility Activation planned start date adjusted to 01/02/11 to reflect length of time associated with development of healthcare administration model. Upon conditional occupancy approval from the SFM projected to be 9/26/11, the Activation Team and DMH will initiate activation activities. |
| Patient Admissions | 92 | 8/27/12 | | | 11/27/12 | | | | S. Price K. Dickinson | Assumes Patients will be admitted at a rate of six per week. | The projected Patient Admission start date is revised to 12/5/11 with a last patient date of 2/17/2012. |

[1] Court Order filed 3/1/07, Docket No. #2154
[2] Special Master shall receive updates on construction every 90 days.

Project:

CMF 64 Bed Intermediate Care Facility (Licensed Facility)

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jack | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Dickinson | Kathleen | CDCR/CMF | 1600 California Drive | Vacaville | 95896 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Ro. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Price (A) | Sterling | DMH | PO Box 1080 | Soledad | 93960 |
| Sallade (A) | Denny | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |

25