IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

EDMUND G. BROWN, Jr., et al.,

    Defendants.　　　　　　　　　ORDER

       Pursuant to court order, on June 13, 2011, the special master filed a report on defendants' plan regarding intermediate care facility and acute inpatient wait lists. The report contains a series of recommendations. Good cause appearing, IT IS HEREBY ORDERED that the parties are granted fourteen days from the date of this order to file and serve responses to the special master's report and the recommendations contained therein.

DATED: June 17, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT