# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 24, 2011

Clerk
United States District Court
   for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, California  95814-2322

Clerk
United States District Court
   for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:    **Edmund G. Brown, Jr., Governor of California, et al.**
       **v.  Marciano Plata, et al.**
       **No.  09-1233   (Your docket Nos. CIV S-90-0520 LKK JFM P,**
               **C01-1351 TEH)**

Dear Clerk:

        Attached please find a certified copy of the judgment of this Court in the
above-entitled case.  You may obtain a copy of the opinion by visiting our website
@www.supremecourt.gov.

                                        Sincerely,

                                        WILLIAM K. SUTER, Clerk

                                        By *Elizabeth Brown*

                                        Elizabeth Brown
                                        Judgments/Mandates Clerk

Enc.
cc:    Carter G. Phillips, Esq.          Laurie J. Hepler, Esq.
       Donald Specter, Esq.              Steven S. Kaufhold, Esq.
       Paul D. Clement, Esq.

# Supreme Court of the United States

### No.    09-1233

**EDMUND G. BROWN, JR.,**
**GOVERNOR OF CALIFORNIA, ET AL.,**

Appellants

**v.**

**MARCIANO PLATA, ET AL.**

**ON APPEAL FROM** the United States District Courts for the Eastern District and the Northern District of California.

**THIS CAUSE** came on to be heard on the transcripts of the records from the above courts and a three-judge district court, and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the three-judge district court is affirmed.

May 23, 2011



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States

By: _____