MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JEFFREY L. BORNSTEIN – 099358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK_JFM<br><br>**STIPULATION AND ORDER RESOLVING OUTSTANDING 2010 DISPUTED FEES AND COSTS AND STAYING RESOLUTION OF PARALEGAL AND LITIGATION ASSISTANT 2010 RATE DISPUTE PENDING RESOLUTION OF FEES PROCEEDINGS IN *ARMSTRONG V. BROWN*** |

[510727-3]

Plaintiffs and Defendants STIPULATE as follows:

1. Pursuant to the *Coleman* Periodic Fees Order, "Plaintiffs will file a yearly motion to compel payment of disputed items, if necessary, not later than sixty (60) days after the parties meet and confer with respect to the statement covering the fourth quarter of each year." March 19, 1996 Stipulation and Order for Periodic Collection of Attorneys' Fees and Costs.

2. Apart from the fees and costs related to the Three-Judge Court proceedings and related Supreme Court appeal, which the parties are separately resolving pursuant to the terms of this Court's June 16, 2011 order (Docket No. 4023), the four categories of disputed items from 2010 that have not already been resolved through the periodic fees process are: (1) Defendants' objections to Plaintiffs' fees and costs associated with the district court and Ninth Circuit proceedings related to the C5 and C6 units at Salinas Valley State Prison; (2) Defendants' objections to Plaintiffs' fees and costs associated with the district court proceedings related to Plaintiffs' response to Defendants' objection to the Special Master's suicide beds recommendation; (3) Defendants' objections to Plaintiffs' fees and costs related to Plaintiffs' motion to compel disputed attorneys' fees for calendar year 2009; and (4) Defendants' refusal to pay more than $82.50 per hour for paralegal and litigation assistant work on the case in 2010.

3. With respect to the first three categories outlined in Paragraph 2 of this stipulation, the parties hereby resolve these formerly disputed fees and costs by agreeing that Defendants will pay Plaintiffs $110,905.88 in fees plus costs of $484.30 for the work performed.

4. With respect to the fourth dispute outlined in Paragraph 2 herein, the parties hereby agree to stay resolution of the rate for work performed on this case in 2010 by paralegals and litigation assistants pending resolution of the parties' related litigation on this issue in *Armstrong v. Brown*, C94 2307 CW (N.D. Cal.). The parties have fully briefed the reasonableness of Plaintiffs' 2010 rates with supporting evidence in that case, and are awaiting an order on the motion.

[510727-3]

1

STIPULATION AND PROPOSED ORDER RESOLVING OUTSTANDING 2010 DISPUTED FEES AND COSTS
AND STAYING RESOLUTION OF PARALEGAL AND LITIGATION ASSISTANT 2010 RATE DISPUTE

1  5. Accordingly, the parties agree to stay resolution of the final rate Defendants will pay paralegals and litigation assistants for work performed in 2010 pending final resolution of the *Armstrong* fees litigation, including any motions for reconsideration and final resolution of any appeals resulting from the order.  In so stipulating, Plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the *Coleman* Periodic Fees order.  Nothing in this stipulation may be deemed a waiver or concession of any party's legal arguments regarding this issue.

6. If the requested stay is granted, the parties will meet and confer regarding the 2010 litigation assistant and paralegal rate issues within 30 days after the *Armstrong* court's ruling regarding 2010 rates becomes final.  If the parties are still unable to resolve this issue, Plaintiffs will file a motion to compel within 60 days of the completion of the meet and confer.

WHEREFORE, Defendants agree to pay Plaintiffs' counsel $110,905.88 in fees plus costs of $484.30 within 45 days of the signing of this Order.  On the 46th day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order).  The parties further agree to stay resolution of the 2010 rate for work performed by paralegal and litigation assistants until final resolution of the 2010 rates litigation in *Armstrong v. Brown*.

IT IS SO STIPULATED.

Dated:  June 23, 2011          Respectfully submitted,

                               ROSEN, BIEN & GALVAN, LLP

                               By: */s/ Lisa Ells*
                                   Lisa Ells
                                   Attorneys for *Coleman* Plaintiffs

Dated:  June __, 2011          OFFICE OF THE ATTORNEY GENERAL

                               By: _____
                                   Debbie Vorous, Deputy Attorney General
                                   Attorneys for *Coleman* Defendants

[510727-3]

2

STIPULATION AND PROPOSED ORDER RESOLVING OUTSTANDING 2010 DISPUTED FEES AND COSTS
AND STAYING RESOLUTION OF PARALEGAL AND LITIGATION ASSISTANT 2010 RATE DISPUTE

1 **IT IS SO ORDERED.**

3 Dated: June 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[510727-3]

3
STIPULATION AND PROPOSED ORDER RESOLVING OUTSTANDING 2010 DISPUTED FEES AND COSTS
AND STAYING RESOLUTION OF PARALEGAL AND LITIGATION ASSISTANT 2010 RATE DISPUTE