CHAD A. STEGEMAN (SBN 225745)
(cstegeman@akingump.com)
TERESA WANG GHALI (SBN 252961)
(tghali@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

STEVEN KAUFHOLD
(skaufhold@kaufholdgaskin.com)
Kaufhold Gaskin LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-632-8188
Facsimile: 415-874-1071

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.:  CIV C01-1351 TEH (N.D. Cal.)<br><br>and<br><br>Case No.:  CIVS-90-0520 LKK JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the following attorneys are no longer assigned to this case:

>CHAD A. STEGEMAN (SBN 225745)  cstegeman@akingump.com
>TERESA WANG (SBN 252961)  twang@akingump.com
>Akin Gump Strauss Hauer & Feld LLP
>580 California, 15th Floor
>San Francisco, California 94104-1036
>Telephone:     415-765-9500
>Facsimile:      415-765-9501

Please remove Chad A. Stegeman and Teresa Wang Ghali from your service list for this action.

Please also note that Steven Kaufhold is no longer with the law firm of Akin Gump Strauss Hauer & Feld, LLP.  He may now be contacted at Kaufhold Gaskin LLP at 388 Market Street, Suite 1300, San Francisco, CA 94111, Phone 415.632.8188, Fax 415.874.1071, skaufhold@kaufholdgaskin.com.

Please adjust the service list accordingly.

Dated:  June 29, 2011                         Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:     _____/s/_____
           Chad A. Stegeman
           Attorneys for Republican Assembly and Senate Intervenors

NOTICE OF CHANGE IN COUNSEL

1