PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2011** |

1  On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the First Quarter of 2011 to Defendants via overnight Federal Express on May 4, 2011.  Plaintiffs received Defendants' objections on May 27, 2011.  The parties completed their meet and confer process on June 16 and 20, 2011.  Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the first quarter of 2011, which total $255,753.31.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $255,753.31 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 6, 2011 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961

IT IS SO STIPULATED.

DATED:  June ___, 2011

Debbie Vorous , Esq.
Deputy Attorney General
Attorneys for Defendants

DATED:  July 1, 2011

*/s/ Lisa Ells*
Lisa Ells, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

1   On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the First Quarter of 2011 to Defendants via overnight Federal Express on May 4, 2011. Plaintiffs received Defendants' objections on May 27, 2011. The parties completed their meet and confer process on June 16 and 20, 2011. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the first quarter of 2011, which total $255,753.31.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $255,753.31 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 6, 2011 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961

IT IS SO STIPULATED.

DATED: June 30, 2011

_Debbie Vorous_
Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

DATED: June ___, 2011

_____
Lisa Ells, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

# EXHIBIT A

Summary of Stipulated Fees and Costs
January 1, 2011 through March 31, 2011

|  | FEES | COSTS |
|---|---|---|
| Monitioring (Non-Three Judge) | $199,982.25 | $14,587.83 |
| Monitoring Fees on Fees | $18,527.70 | $151.64 |
| Ninth Circuit Appeal re C5/C6 Fees | $21,685.20 | $818.69 |
| Totals: | $240,195.15 | $15,558.16 |

**Total Stipulated Fees and Costs**          $255,753.31

515279

Coleman v. Brown
Non-Three Judge Court Stipulated Fees 489-3
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 60.30 | 60.20 | 60.20 | 0.00 | $211.50 | $211.50 | $12,732.30 | $0.00 |
| Gay C. Grunfeld | 0.40 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Ernest Galvan | 39.20 | 39.20 | 37.10 | 0.00 | $211.50 | $211.50 | $7,846.65 | $0.00 |
| Jane E. Kahn | 126.60 | 126.00 | 124.90 | 0.00 | $211.50 | $211.50 | $26,416.35 | $0.00 |
| Aaron J. Fischer | 187.80 | 182.80 | 182.80 | 0.00 | $211.50 | $211.50 | $38,662.20 | $0.00 |
| Lisa Ells | 86.90 | 82.50 | 82.20 | 0.00 | $211.50 | $211.50 | $17,385.30 | $0.00 |
| Shirley Huey | 0.20 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Maria V. Morris | 0.20 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Thomas Nolan | 6.30 | 6.30 | 6.30 | 0.00 | $211.50 | $211.50 | $1,332.45 | $0.00 |
| Amy E. Whelan | 6.00 | 5.60 | 5.60 | 0.00 | $211.50 | $211.50 | $1,184.40 | $0.00 |
| Robert Blake Thompson | 14.50 | 14.40 | 14.10 | 0.00 | $211.50 | $211.50 | $2,982.15 | $0.00 |
| Holly M. Baldwin | 0.30 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Kevin E. Jones | 4.00 | 4.00 | 4.00 | 0.00 | $211.50 | $82.50 | $330.00 | $516.00 |
| Josephine Weinberg | 95.40 | 88.10 | 88.10 | 0.00 | $211.50 | $82.50 | $7,268.25 | $11,364.90 |
| Haruka Roudebush | 4.30 | 1.90 | 1.90 | 0.00 | $205.00 | $82.50 | $156.75 | $232.75 |
| Hugo D. Cabrera | 1.30 | 1.20 | 1.20 | 0.00 | $205.00 | $82.50 | $99.00 | $147.00 |
| Elizabeth S. Hennessey | 252.40 | 243.30 | 217.70 | 0.00 | $205.00 | $82.50 | $17,960.25 | $26,668.25 |
| Marc Shinn-Krantz | 257.00 | 241.20 | 230.50 | 0.00 | $205.00 | $82.50 | $19,016.25 | $28,236.25 |
| Rose Jones-Shine | 0.30 | 0.00 | 0.00 | 0.00 | $211.50 | $82.50 | $0.00 | $0.00 |
| Misha Goodwin | 6.50 | 5.00 | 4.90 | 0.00 | $210.00 | $82.50 | $404.25 | $624.75 |
| Doris Tseng | 201.80 | 181.20 | 147.90 | 0.00 | $200.00 | $82.50 | $12,201.75 | $17,378.25 |
| **Totals** | 1351.70 | 1282.90 | 1209.40 | 0.00 | | | $165,978.30 | $85,168.15 |

515279

Coleman v. Brown
Non-Three Judge Court Stipulated Fees 489-3
January 1, 2011 through March 31, 2011

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Steve Fama | 108.00 | 108.00 | 108.00 | 0.00 | $211.50 | $211.50 | $22,842.00 | $0.00 |
| Sergio Broholm | 58.30 | 58.30 | 54.30 | 0.00 | $108.00 | $82.50 | $4,479.75 | $1,384.65 |
| Riley Doyle Evans | 61.00 | 61.00 | 61.00 | 0.00 | $185.00 | $82.50 | $5,032.50 | $6,252.50 |
| **Totals** | **227.30** | **227.30** | **223.30** | **0.00** | | | **$32,354.25** | **$7,637.15** |

**Employment Law Center**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 7.80 | 7.80 | 7.80 | 0.00 | $211.50 | $211.50 | $1,649.70 | $0.00 |
| **Totals** | **7.80** | **7.80** | **7.80** | **0.00** | | | **$1,649.70** | **$0.00** |

Total    $199,982.25

515279

Non-Three Judge Monitoring Stipulated Costs 489-3
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $564.63 | $564.63 | $0.00 | $0.00 | $0.00 | $564.63 | $0.00 |
| In-House Copying | $5,420.40 | $5,420.40 | $0.00 | $0.00 | $0.00 | $5,420.40 | $0.00 |
| Outside Copying | $3,809.74 | $3,809.74 | $0.00 | $0.00 | $0.00 | $3,809.74 | $0.00 |
| L-D Telephone | $27.50 | $27.50 | $0.00 | $0.00 | $0.00 | $27.50 | $0.00 |
| Facsimile | $36.00 | $36.00 | $0.00 | $0.00 | $0.00 | $36.00 | $0.00 |
| Postage and Delivery | $1,405.97 | $1,405.97 | $0.00 | $0.00 | $0.00 | $1,405.97 | $0.00 |
| Travel | $619.47 | $619.47 | $0.00 | $0.00 | $0.00 | $619.47 | $0.00 |
| **Total** | | | | | | **$11,883.71** | |

**Prison Law Office**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Postage and Delivery | $398.28 | $398.28 | $0.00 | $0.00 | $0.00 | $398.28 | $0.00 |
| Travel | $1,706.04 | $1,706.04 | $0.00 | $0.00 | $0.00 | $1,706.04 | |
| In-House Copying | $599.80 | $599.80 | $0.00 | $0.00 | $0.00 | $599.80 | $0.00 |
| **Total** | | | | | | **$2,704.12** | |

**Grand Total**   $14,587.83

515279

Coleman v. Brown
Stipulated Fees on Fees 489-5
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Sanford J. Rosen | 0.10 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Michael W. Bien | 1.50 | 1.50 | 1.50 | 0.00 | $211.50 | $211.50 | $317.25 | $0.00 |
| Ernest Galvan | 4.60 | 4.60 | 4.60 | 0.00 | $211.50 | $211.50 | $972.90 | $0.00 |
| Amy E. Whelan | 10.40 | 10.40 | 10.40 | 0.00 | $211.50 | $211.50 | $2,199.60 | $0.00 |
| Robert Blake Thompson | 0.10 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Lisa Ells | 57.20 | 52.30 | 52.30 | 0.00 | $211.50 | $211.50 | $11,061.45 | $0.00 |
| Holly Baldwin | 0.20 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Jane E. Kahn | 0.20 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Aaron J. Fisher | 0.40 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Kevin E. Jones | 48.00 | 41.90 | 41.90 | 0.00 | $211.50 | $82.50 | $3,456.75 | $5,405.10 |
| Marc Shinn-Krantz | 0.20 | 0.00 | 0.00 | 0.00 | $205.00 | $82.50 | $0.00 | $0.00 |
| Misha Goodwin | 4.10 | 4.00 | 4.00 | 0.00 | $210.00 | $82.50 | $330.00 | $510.00 |
| **Totals** | **127.00** | **114.70** | **114.70** | **0.00** | | | **$18,337.95** | **$5,915.10** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 2.30 | 2.30 | 2.30 | 0.00 | $175.00 | $82.50 | $189.75 | $212.75 |
| **Totals** | **2.30** | **2.30** | **2.30** | **0.00** | | | **$189.75** | **$212.75** |

**Grand Total**                                                                                                                                $18,527.70

515279

Stipulated Costs on Fees 489-5
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $3.92 | $3.92 | $0.00 | $0.00 | $0.00 | $3.92 | $0.00 |
| In-House Copying | $119.80 | $119.80 | $0.00 | $0.00 | $0.00 | $119.80 | $0.00 |
| Telephone | $7.30 | $7.30 | $0.00 | $0.00 | $0.00 | $7.30 | $0.00 |
| Postage and Delivery | $20.62 | $20.62 | $0.00 | $0.00 | $0.00 | $20.62 | $0.00 |
| **Total** | | | | | | **$151.64** | |

**Grand Total**           **$151.64**

515279

Coleman v. Brown
Stipulated Fees on Ninth Circuit Appeal C5/C6  489-11
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plaintiffs' Requested Rates | CDCR Demanded Rates | Undisputed Amount | Remaining In Dispute |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Michael W. Bien | 14.10 | 14.10 | 10.30 | 0.00 | $211.50 | $211.50 | $2,178.45 | $0.00 |
| Ernest Galvan | 51.00 | 51.00 | 50.10 | 0.00 | $211.50 | $211.50 | $10,596.15 | $0.00 |
| Gay C. Grunfeld | 0.10 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Jane E. Kahn | 3.00 | 3.00 | 1.80 | 0.00 | $211.50 | $211.50 | $380.70 | $0.00 |
| Robert B. Thompson | 0.30 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Lisa Ells | 8.20 | 8.20 | 5.30 | 0.00 | $211.50 | $211.50 | $1,120.95 | $0.00 |
| Amy E. Whelan | 15.00 | 15.00 | 3.90 | 0.00 | $211.50 | $211.50 | $824.85 | $0.00 |
| Aaron J. Fisher | 18.20 | 18.20 | 17.40 | 0.00 | $211.50 | $211.50 | $3,680.10 | $0.00 |
| Kevin E. Jones | 2.10 | 2.00 | 2.00 | 0.00 | $211.50 | $82.50 | $165.00 | $258.00 |
| Dorris Tseng | 34.00 | 31.70 | 31.50 | 0.00 | $210.00 | $82.50 | $2,598.75 | $4,016.25 |
| Mark Shin-Kranz | 1.10 | 0.90 | 0.90 | 0.00 | $205.00 | $82.50 | $74.25 | $110.25 |
| Elizabeth S. Hennessey | 1.00 | 0.80 | 0.80 | 0.00 | $205.00 | $82.50 | $66.00 | $98.00 |
| **Totals** | **148.10** | **144.90** | **124.00** | **0.00** | | | **$21,685.20** | **$4,482.50** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Grand Total** | | | | | | **$21,685.20** | |

515279

Coleman v. Brown
Stipulated Costs on Ninth Circuit Appeal C5/C6  489-11
January 1, 2011 through March 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $103.76 | $103.76 | $0.00 | $0.00 | $0.00 | $103.76 | $0.00 |
| In-House Copying | $224.60 | $224.60 | $0.00 | $0.00 | $0.00 | $224.60 | $0.00 |
| Outside Copying | $490.33 | $490.33 | $0.00 | $0.00 | $0.00 | $490.33 | $0.00 |
| **Total** | | | | | | **$818.69** | |

**Grand Total** $818.69

515279