KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID BRICE State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF VICTORIA BERTUCCI IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' PLAN RE: INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAIT LISTS** |

I, Victoria Bertucci, declare:

1. I am a Correctional Captain with the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Response and Objections to the Special Master's Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Wait Lists.

2. I began working at CDCR in July 1986, and have worked as a Correctional Captain in the Health Care Placement Oversight Program (HC-POP) since January 2010.

1

3. As a Correctional Captain in HC-POP, I am familiar with CDCR's Pilot Program for housing inmate-patients with identified security concerns in the Department of Mental Health (DMH) Intermediate Care Facility (ICF) programs at Atascadero State Hospital (ASH) and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF), and I am familiar with the purpose and program components of the Pilot Program. For instance, under the Pilot Program, all DMH ICF referrals are first sent to the Division of Correctional Health Care Services for clinical and quality management review to ensure adherence to the Pilot process and court-ordered transfer timelines. HC-POP then conducts the custody and classification review. Previously, the process was that the institutions would refer directly to all DMH programs.

4. During the first 18 months of the ICF Pilot Program—between November 2009 and April 2011—HC-POP evaluated on a case-by-case basis 405 ICF referrals, which resulted in 377 placement recommendations to either ASH or the VPP dorms at CMF—referrals that otherwise would have been sent to the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison.

5. Beginning January 2011, HC-POP has reviewed the SVPP waitlist on a quarterly basis to determine if those non case-by-case referrals that were recommended for placement have had any recent case factor changes (i.e., custody level and placement score changes) that would warrant an evaluation for alternative placement at ASH or the VPP dorms. A review of the SVPP waitlist dated January 11, 2011, resulted in eight cases being approved for ASH or VPP dorm placement, and a review of the SVPP waitlist dated April 22, 2011, resulted in ten cases being approved for ASH or VPP dorm placement, for a total of 18 cases over a four month period, or over an average of four per month.

6. As a Correctional Captain with HC-POP, I am also familiar with the daily waitlist for Mental Health Crisis Beds (MHCBs) throughout the state. As of June 29, 2011, the waitlist for MHCBs totaled five.

I declare that the foregoing is true. Executed this 1st day of July 2010, at Sacramento, California.

*Victoria Bertucci*
VICTORIA BERTUCCI

2