KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                               Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                               Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CYNTHIA A. RADAVSKY IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' PLAN RE: INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAIT LISTS** |

I, Cynthia A. Radavsky, declare:

1. I am the Deputy Director of Long-Term Care Services for the California Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Response and Objections to the Special Master's Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Waitlists.

2. I have been employed by DMH since October 1995. As the Deputy Director of Long-Term Care Services, I am familiar with the modified needs assessment (hereafter referred to

1

as the Mental Health Assessment Referral Project (MHARP)) that Defendants California Department of Corrections and Rehabilitation and DMH worked on together with the *Coleman* Special Master and his experts in 2009. I am also familiar with the two personnel—one psychologist and one social worker—from DMH headquarters who participated in the 2009 MHARP, including the two-day assessments that occurred at all 28 non-desert CDCR institutions.

3. DMH lacks the clinical personnel to participate in a repeat of the 2009 MHARP. Each of the two clinicians that were at headquarters in 2009 and worked on the 2009 MHARP has been reassigned and neither is available for this project.

4. Consequently, participation by DMH for MHARP workload at CDCR institutions would have to be supported by clinicians at DMH facilities, which will have a direct and detrimental impact on DMH's treatment programs affecting *Coleman* class inmate-patients. There are no other clinical staff available that can support this workload as was done for the 2009 MHARP.

Executed this 1st day of July 2011, at Sacramento, California.

/s/ Cynthia A. Radavsky
CYNTHIA A. RADAVSKY

CF1997CS0003

2

Radavsky Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF & APP Waitlists
(2:90-cv-00520 LKK JFM P)