KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' PLAN RE: INTERMEDIATE CARE FACILITY AND ACUTE INPATIENT WAIT LISTS** |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Response and Objections to the Special Master's Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Waitlists.

2. I began working for CDCR in 1997, and in the CDCR Mental Health Utilization Management Program in May 2008. The mission of Mental Health Utilization Management is

1

twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, statewide evidence-based quality care.

3. One of the Utilization Management (UM) strategies is to conduct prospective reviews of inmate-patients needing an Intermediate Care Facility (ICF) level of care. On June 29, 2011, I asked my staff to obtain the most recent bed utilization management report for the ICF Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison. My staff located and sent me a June 29, 2011 report. My review of the June 29, 2011 report reflected that the waitlist for the SVPP beds *totaled* 141 inmate-patients, not including Penal Code section 1370 inmate-patients. Additionally, of those 141 inmate-patients on the SVPP waitlist, 116 inmate-patients (including nine APP referrals to ICF) were referred since January 2011, 22 since August 2010, two in June 2010 who will be admitted by the first week of July, and one in May 2010 who is on hold pending court hearings. Additionally, my review reflected that as of June 6, 2010, the average length of time inmate-patients were staying on the SVPP waitlist was 183 days while as of June 6, 2011, the average length of time was 121 days.

4. Another UM strategy is to review length of stays in ICF programs, including the SVPP program. CDCR along with DMH developed a new DMH referral form that clearly identifies Treatment Outcome Expectations and provides DMH clinicians comprehensive information. DMH also developed a new DMH Discharge form that provides comprehensive information regarding the inmate-patient's stay at DMH and helps provide continuity of care within CDCR after the inmate-patient is discharged from DMH. On June 22, 2011, I contacted the Department of Mental Health to determine the average length of stay for inmate-patients housed in the SVPP. The information I obtained shows that the average length of stay as of June 6, 2010, was 360 days while the average length of stay as of June 6, 2011, was 295 days, for a reduction of 65 days.

5. CDCR established its UM Unit in 2008. Between January and May 2009, the UM Unit developed an Interdisciplinary Treatment Team (IDTT) screening form for referral to higher levels of care. Between April and December 2009, the UM Unit worked with the *Coleman*

2

Special Master and his experts to conduct a modified needs assessment (hereafter referred to as the Mental Health Assessment Referral Project (2009 MHARP)) to determine whether there were unmet needs for inpatient care among members of the *Coleman* class. The IDTT screening tool was used for the 2009 MHARP.

6. As part of the 2009 MHARP, teams consisting of CDCR Headquarters psychologists, nurse consultants, and health program specialists, along with a DMH psychologist and licensed clinical social worker, spent two to three days at each of the institutions reviewing cases for referral to DMH. Additionally, the CDCR psychologists and nurse consultants, along with the DMH psychologist and licensed clinical social worker, provided a five-hour mandatory training course to primary clinicians at all 28 non-desert institutions. The training consisted of a PowerPoint presentation on the Mental Health Services Delivery System Program Guide, Chapter 6: Department of Mental Health Inpatient Program, screening tools and assessment, and clinical documentation. The *Coleman* monitors attended and observed the training.

7. During the first six months of 2010, the CDCR UM Unit developed and implemented quality improvement activities to manage and sustain the referral process. These activities included: (1) revising the IDTT Screening for Higher Level of Care tool; (2) developing DMH referral and non-referral logs; (3) developing the IDTT Screening Checklist Audit/Summary tools (known as 3A/B audit tools) and Peer Review Audit/Summary Tools (known as 4A/B audit tools); (4) tracking and processing all ICF referrals; (5) maintaining the referral data base; (5) monitoring the 3A/B and 4A/B audit tools, providing feedback, and in-service training as needed; (6) monitoring the time lines of referrals and number of referrals by institution; (7) initiating monthly DMH Coordinator conference calls; (8) implementing review of all rescission documentation; and (9) reviewing length of stay in ICF and APP programs.

8. On March 15, 2010, after completing the 2009 MHARP, CDCR provided a memorandum to the field to initiate the new IDTT Screening Checklist form, DMH referral and non-referral logs, and audit tools. That memorandum also reiterates the referral process and training as part of the MHARP and ICF Pilot Program. CDCR directed institutions to audit 20 charts each week. Starting in October 2010, however, institutions were allowed to audit monthly.

3

McGill Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF/APP Waitlists
(2:90-cv-00520 LKK JFM P)

For the IDTT Screening Checklist Audit/Summary Tool (3A/B Audit Tool), the tool asked five questions:

(1) Was an IDTT Screening Checklist for Referral to DMH completed at the IDTT?

(2) Are all the fields complete on the CDCR 7388 IDTT Screening Checklist form?

(3) If it was determined that the inmate-patient met screening element(s) for referral to a higher level of care, but decision was made to not refer, was the clinical rationale documented on the Screening Checklist in the designated space provided on the CDCR 7388?

(4) If an APP or ICF referral was recommended, was the packet forwarded to Headquarters or DMH within the five working days of initiation (patient signed consent)?

(5) If an APP or ICF referral was recommended was the packet forwarded to Headquarters or DMH within ten working days if a *Vitek* hearing was required (patient did not sign consent)?

The Peer Review Audit Summary Tool (4A/B Audit Tool) asked three questions:

(1) If the inmate-patient met the DMH criteria and was not referred, was the reason for not referring documented?

(2) Were alternative interventions documented in the treatment plan?

(3) Was the clinical decision to not refer the inmate-patient to DMH clearly documented and reasonable?

9. In order to complete the audit, CDCR directed the institutions to randomly select the first ten charts from scheduled IDTTs to ensure the IDTT form was in the inmate-patient's Unit Health Record and completed, and to monitor the timelines for the referrals. CDCR directed the institutions to select the next ten from the non-referral log to monitor documentation if the inmate-patient was not referred to DMH. The audits gave percentages of compliance for each question on the audit form. Each month, CDCR Headquarters UM reviewed the audits and documented the percentages. Then, as necessary, the Headquarters UM contacted the institution to complete the audits and conduct in-service training and assist in process improvements.

4

McGill Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF/APP Waitlists
(2:90-cv-00520 LKK JFM P)

10. In order to ascertain an average yearly percentage compliance audit rate for all 14 institutions that the Special Master has indicated would be part of the repeat 2009 MHARP, I asked my staff to calculate, for each institution, the following: (1) calculated the monthly results from all eight audit questions identified above for the 3A/B and 4A/B audit tools for the time period of April 2010—the month following the March 15, 2010 memorandum initiating the audit process—to March 2011; (2) totaled the monthly percentage compliance rates for all eight audit questions; and (3) divided the total percentage compliance rate for all eight audit questions by the number of months that the institutions provided audit data for. As the below table reflects, the average yearly (except where as noted) compliance rate for the 3A/B and 4A/B audits for each of the 14 institutions show, except for a few outliers, favorable results:

| Institution | Percentage Rate | Number of Months Reported |
| --- | --- | --- |
| CCWF | 97 | 12 |
| CIM | 85 | 11 |
| CMC | 86 | 12 |
| CMF | 82 | 11 |
| COR | 100 | 12 |
| LAC | 86 | 12 |
| MCSP | 97 | 12 |
| RJD | 77 | 12 |
| SAC | 85 | 12 |
| SVSP | 89 | 12 |
| WSP | 93 | 12 |
| CCI | 100 | 12 |
| SQ | 100 | 7 |
| CIW | 95 | 11 |

11. After identifying barriers through the audits, CDCR UM in February and April 2011, revised the IDTT – Screening for Higher Level of Care form, which is know known as the CDCR 7388-B Interdisciplinary Treatment Team – Screening for Higher Level of Care form. CDCR expanded the scope of this form to obtain further information on reasons why referrals are not made when clinicians check multiple clinical indicators on the form and to reflect changes made by Defendants' ICF/APP Waitlist Plan. And in June 2011, CDCR replaced the 3A/B and 4A/B

5

McGill Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF/APP Waitlists
(2:90-cv-00520 LKK JFM P)

audit tools with a new 7388-B audit tool that more closely tracks the revised 7388-B Interdisciplinary Treatment Team - Screening for Higher Level of Care form.

12. Additional quality improvement activities implemented in the last 12 months include: (1) revising the information required for History and Physicals; (2) Implementing Share Point; (3) revising the DMH referral form and the DMH Discharge form; (4) Initiating the clinician to clinician contact prior to or within five days after discharge. These activities, which continue as part of Defendants' UM process, are proving successful. For instance, over the past year, the timelines from IDTT identification to referral have improved by over 10% and the timelines for IDTT identification to referral including a *Vitek* hearing, have improved by over 17%.

13. CDCR directed each institution, during the month of June 2011, to send to Headquarters a sample of approximately five audit results and supporting 7388-B IDTT Screening for Higher Level of Care Forms for inter-rater reliability review. A CDCR psychologist and the nurse consultant review the 7388-B forms and audits and confirm the results. Identified discrepancies are documented and sent to the DMH Coordinator at the institution for review and training, as necessary. The UM Unit expects to complete the first round of reviews in July 2011. With this new audit tool there will be close attention paid to ensure that each checked indicator has a justification for non-referral and a discussion of intervention.

14. CDCR Headquarters now has the data capability through MHTS.net to identify those inmate-patients who meet the following three clinical indicators for referrals to higher levels of care: (1) inmate-patients who have had three or more admissions to a MHCB or placement in an Outpatient Housing Unit during the last six months; (2) inmate-patients with an average of less than 50% of overall programming for the last three months; and (3) EOP inmate-patients with three or more closed CDCR 115-MH Rules Violation Report: Mental Health Assessments during the last three months. This capability now provides CDCR Headquarters with an additional tool to monitor inmate-patients for referral to a higher level of care.

15. For two weeks in June 2011, CDCR UM Unit initiated a review of the DMH referral process. For each of the 14 institutions that the Special Master wants to visit as part of the repeat of the 2009 MHARP, CDCR generated a list of those inmate-patients who met one or more of the

6

McGill Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF/APP Waitlists
(2:90-cv-00520 LKK JFM P)

following three clinical indicators from the CDCR screening form (7388 or 7388-B): (1) inmate-patients who have had three or more admissions to a MHCB or placement in an Outpatient Housing Unit during the last six months; (2) inmate-patients with an average of less than five hours of weekly programming for the last three months; and (3) EOP inmate-patients with three or more closed CDCR 115-MH Rules Violation Report: Mental Health Assessments during the last three months. CDCR created this list from reports generated from MTHS.net. This list contained 2083 names with identified indicator or indicators marked for each inmate-patient. CDCR then sent the list to the 14 institutions and directed each to randomly review up to 150 of the names of inmate-patients identified on the list. This directive resulted in a net review of 1408 names. For those inmate-patients not already referred for ICF or APP care and/or still in the institution, CDCR directed the institutions to: (1) review from the inmate-patients' Unit Health Record the inmate-patient's last CDCR screening form (7388 or 7388-B) to insure that the clinical indicator or indicator(s) were checked on the 7388 or 7388-Bs; and (2) that justification for non-referral was documented.

16. The audit of the 1408 names resulted in the following three findings: (1) for 201 names, the institutions reported that the clinical indicator or indicators were checked and justification was documented; (2) for 628 inmates, the institutions reported that the clinical indicator or indicators were not checked and/or justification was not documented; and (3) for 579 names, the institutions reported that the inmate-patients had transferred, paroled or did not meet the clinical indicators after review. For the 201 names, CDCR directed the institutions to send the 7388 or 7388-Bs to Headquarters so that the UM Unit could review the forms to verify the institution's findings. For the 628 inmates, CDCR directed the institutions to review the inmate-patient's Unit Health Record and determine whether an IDTT should be initiated to evaluate the inmate-patient for potential referral to a higher level of care. The institutions have until the end of July to complete this review. CDCR expects to complete this process every six months.

17. A further component of the utilization strategy is to track referrals to higher levels of care. As such, the UM Unit designed the ICF Database to track the status of all ICF referrals received as a result of the ICF Pilot Program referral process. Data is currently entered by UM

7

1  staff and Health Care Placement Oversight Program (HC-POP) staff. According to the
2  information in the ICF Database, the ICF referrals from August 2010 to April 2011 totaled 722,
3  for an average of 80.22 referrals per month. Monthly ICF referrals were as follows: August 2010
4  – 88, September 2010 – 119, October 2010 – 89, November 2010 -78, December 2010 – 64,
5  January 2011 – 57, February 2011 – 79, March 2011 – 87, and April 2011 – 61, for a total of 722
6  referrals.

7     18.   Further, the ICF referrals from January 2010 through June 2011, which total 1,635,
8  reflect an average referral rate of 91 per month. Not considering the 41 referrals generated by the
9  Special Master's 2010 follow up to the 2009 MHARP (May 26 to July 22, 2010), the average
10 referral rate for this eighteen month time period is still 89%. The referrals, broken down by
11 month, are as follows: January 2010 – 115, February 2010 – 90, March 2010 – 125, April 2010 –
12 98, May 2010 – 89, June 2010 – 137, July 2010 – 114, August 2010 – 88, September 2010 – 119,
13 October 2010 – 89, November 2010 – 78, December 2010 – 64, January 2011 – 57, February
14 2011 – 79, March 2011 – 87, April 2011 – 61, May 2011 – 67, and June 2011 – 78, for a total of
15 1,635 referrals.

16    19.   I am familiar with the Special Master's recommendation that the Court order CDCR
17 to participate in another needs assessment that is modeled after the 2009 MHARP. Repeating the
18 2009 MHARP would pull staff away from the current UM and other *Coleman* related obligations
19 as well as treatment to spend months traveling around the state and participating in a MHARP.
20 Consequently, repeating the MHARP would take away the CDCR nursing staff and assigned
21 psychologists who are responsible to monitor the MHARP process and the reduction of the SVPP
22 waitlist plan. The UM Unit does not have extra staff to backfill these positions and perform these
23 critical tasks.

24    I declare that the foregoing is true. Executed this 1st day of July 2011 at Sacramento,
25 California.

26                                                                    *[signature]*
27                                                              LUCINDA McGILL
28 CF1997CS0003

8

McGill Decl. in Supp. Defs.' Resp. & Objs. to Special Master's Rep. on Defs.' Plan Re: ICF/APP Waitlists
(2:90-cv-00520 LKK JFM P)