# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 5, 2011

Clerk
United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, California 95814-2322

Clerk
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**Re: California State Republican Legislator Intervenors, et al. v. Marciano Plata, et al.**
**No. 09-1232 (Your docket Nos. CIV S-90-0520 LKK JKM P, C01-1351 TEH)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

WILLIAM K. SUTER, Clerk

By [signature]

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc: Steven S. Kaufhold, Esq.
Laurie J. Hepler, Esq.
Paul D. Clement, Esq.
Donald Specter, Esq.

# Supreme Court of the United States

**No. 09-1232**

**CALIFORNIA STATE REPUBLICAN LEGISLATOR INTERVENORS, ET AL.,**

Appellants

**v.**

**MARCIANO PLATA, ET AL.**

**ON APPEAL FROM** the United States District Courts for the Eastern District and the Northern District of California.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to affirm or dismiss.

The Court affirmed the judgment below in *Brown* v. *Plata*, 563 U.S. ___ (2011). Therefore, the appeal is dismissed.

May 31, 2011

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By: