KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS - State Bar No. 166884
WILLIAM KWONG - State Bar No. 168010
DANIELLE F. O'BANNON - State Bar No. 207095
KYLE A. LEWIS - State Bar No. 201041
DAVID BRICE - State Bar No. 269443
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
MEGAN OLIVER THOMPSON - 256654
SAMANTHA D. WOLFF - 240280
RENJU P. JACOB - 242388
PAUL B. GRUWELL - 252474
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>　　　　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Court's June 30, 2011 order.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. I have been asked by CDCR to develop a population management plan using population projections to forecast in-state institution population in response to the Court's June 30, 2011 order.

3. The Fall 2011 projections will only be available in late July or early August. In the interim, I developed a population management plan derived from the available Spring 2011 projections. The population management plan takes the overall CDCR population from these projections and allocates this population to the various available placements including institutions, fire camps, new construction, and contracted facilities. Based on this plan, on December 27, 2011, CDCR's in-state institution population is projected to be 135,263 inmates, or 170% of design capacity. This is a projected reduction of approximately 8,400 inmates compared to today's in-state institution population. Additionally, the plan forecasts that CDCR will achieve 167% of design capacity in its in-state institutions around January 27, 2012. Based on CDCR's preliminary projections, the impact of realignment coupled with the other crowding-reduction measures the state has taken or is currently taking will allow the state to achieve the final benchmark set by the Court.

4. Once the projections from the Fall 2011 projections are available in late July or early August, I will be preparing a new population management plan derived from

- 2 -

the Fall 2011 projections so that CDCR can report current, revised in-state institution population forecasts to the Court.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on July 19, 2011.

_____
ROSS MEIER

- 3 -
DECL. OF ROSS MEIER ISO DEFS.' RESPONSE TO JUNE 30, 2011
ORDER CASE NOS. 2:90-CV-00520 LKK JFM; C01-1351 TEH

3106257.5