| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>JANE E. KAHN – 112239<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISAGREEMENT**<br><br>Judge: Hon. John F. Moulds |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[531174-1]

DECL. OF ERNEST GALVAN ISO JOINT STATEMENT RE DISCOVERY DISAGREEMENT

I, Ernest Galvan, do hereby declare:

1. I am an attorney admitted to practice law in California, a member of the Bar of this Court and a partner in the law firm, Rosen, Bien & Galvan, LLP, one of the counsel of record for the Plaintiff class in *Coleman v. Brown*, Civ S 90-0520 LKK-JFM. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of the parties' Joint Statement Re Discovery Disagreement.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' First Request for Inspection, dated July 1, 2011, requesting the inspection by Plaintiffs' and Plaintiffs' experts of Atascadero State Hospital, which is run by the California Department of Mental Health.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Second Request for Inspection, dated July 1, 2011, requesting the inspection by Plaintiffs' and Plaintiffs' experts of Coalinga State Hospital, which is run by the California Department of Mental Health.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Third Request for Inspection, dated July 1, 2011, requesting the inspection by Plaintiffs' and Plaintiffs' experts of Patton State Hospital, which is run by the California Department of Mental Health.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First, Second and Third Requests for Inspection, dated July 12, 2011.

[531174-1]

1
DECL. OF ERNEST GALVAN ISO JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT

6. During the week of July 11, 2011, Plaintiffs and Defendants met and conferred via teleconference on July 13, July 14 and July 15. The parties agreed that the remaining discovery disputes would need to be resolved by Magistrate Judge Moulds.

7. Attached hereto as **Exhibit E** is a true and correct copy of my letter of July 15, 2011, documenting the results of the meet and confer process.

8. Attached hereto as **Exhibit F** is a true and correct copy of a July 19, 2011, letter from Defendants' counsel, David E. Brice, regarding the results of the meet and confer.

9. Attached hereto as **Exhibit G** is a true and correct copy of a July 19, 2011, email from me to Defendants' counsel, David E. Brice, clarifying the status of the inspection requests pending resolution of the disputed issues.

I declare under penalty of perjury under the laws of California and the United States, that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on July 28, 2011.

*/s/ Ernest Galvan*
Ernest Galvan

[531174-1]

2
DECL. OF ERNEST GALVAN ISO JOINT STATEMENT RE DISCOVERY DISAGREEMENT