1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone: (510) 280-2621
4
5
6  CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
7  EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
8  San Francisco, California 94104-4244
   Telephone: (415) 864-8848
9

   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   JANE E. KAHN – 112239
   LISA ELLS – 243657
   AARON J. FISCHER – 247391
   ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California 94104-1823
   Telephone: (415) 433-6830

   WARREN E. GEORGE – 053588
   BINGHAM McCUTCHEN LLP
   Three Embarcadero Center
   San Francisco, California 94111-4066
   Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **PLAINTIFFS' THIRD REQUEST FOR INSPECTION** |
| v. | |
| EDMUND G. BROWN, Jr., et al., | |
| Defendants.[1] | |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1  **PROPOUNDING PARTIES:**   PLAINTIFFS RALPH COLEMAN, ET AL
2  **RESPONDING PARTIES:**    DEFENDANTS BROWN, ET AL.
3  **REQUEST NUMBER:**        THREE
4
5  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
6      PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule
7  34, Plaintiffs Ralph Coleman, et al., submit the following Request for Inspection to
8  Defendants Jerry Brown, et al. (combined, the "Defendants"), for Plaintiffs and Plaintiffs'
9  experts to inspect Patton State Hospital ("PSH"), run by the California Department of
10 Mental Health ("DMH").
11                                      **DEFINITIONS**
12     Unless otherwise indicated, the following definitions and terms shall apply to these
13 Requests for Inspection:
14     1.    The term "ALL" means any and all.
15     2.    The term "ANY" means each and every.
16     3.    The term "CDCR" refers to the California Department of Corrections and
17 Rehabilitation, its agents, employees and anyone acting on its behalf.
18     4.    The term "DMH" refers to the California Department of Mental Health, its
19 agents, employees and anyone acting on its behalf.
20     5.    The term "CONFER WITH" means to interview, formally or informally,
21 DMH or CDCR personnel with whom Plaintiffs' experts and Plaintiffs' counsel meet
22 and/or encounter during the course of the inspection.
23     6.    The term "CLASS MEMBER" means any prisoner who is a member of the
24 plaintiff class under *Coleman v. Brown*.
25     7.    The terms "INSPECT" or "INSPECTION" mean to physically walk through
26 and observe PSH including, but not limited to: (1) the exterior and outside perimeter of the
27 facilities; (2) all areas in which non-CDCR patients and/or CDCR inmate-patients sleep,
28 eat, bathe, exercise, program and/or receive mental health treatment or programming; and

[518420-1]

(3) all areas in which CDCR inmate-patients and/or non-CDCR patients are received at the hospital or processed for release from the hospital. The terms also mean to review any records, including, but not limited to, those relating to the following: CLASS MEMBERS' custody classifications and/or restrictions, CLASS MEMBERS' mental health treatment, and/or CLASS MEMBERS' programming. The terms further mean to review any operational and security documents, including, but not limited to, the following or their equivalents: post orders, program schedules, operating procedures, program guides, security procedures, perimeter security procedures, safety procedures, and/or violence or critical incident procedures and policies.

## INSTRUCTIONS

1. At the PSH INSPECTION, Plaintiffs' experts request an interview with the hospital's Executive Director, Director of Programming or equivalent, Director of Security or equivalent, Director of Clinical Care or equivalent, and the individuals in charge of the following programs: Programs I, II, III, IV, V, VI, VII, and VIII, and any other clinical programs run at PSH. These interviews should occur at the beginning of the inspection, and are expected to take approximately 30-60 minutes.

2. During the INSPECTION, Plaintiffs' counsel and Plaintiffs' experts will CONFER WITH the DMH staff at the hospital, including but not limited to administrative, security, and mental health staff, regarding programming, security, housing, and treatment.

3. During the INSPECTION, Plaintiffs' counsel and Plaintiffs' experts may CONFER WITH CLASS MEMBERS at the prison regarding their custodial classification and/or restrictions, their mental health care, and as to issues of housing, programming, exercise and activities for CLASS MEMBERS.

4. If, during the INSPECTION, Plaintiffs' counsel and experts conclude that they require a private setting to CONFER WITH certain DMH staff or CDCR staff or CLASS MEMBER(S), Defendants will provide an area where Plaintiffs' counsel and/or experts can CONFER WITH the staff member or CLASS MEMBER(S), in the presence of only Plaintiffs' counsel and Defendants' counsel.

5. Plaintiffs' counsel and experts may review CLASS MEMBERS' unit health records and central files, and any other CLASS MEMBER records maintained by DMH.

6. As part of the INSPECTION, Plaintiffs may request to conduct confidential interviews with five to ten CLASS MEMBERS and to review their health and central file records, as well as any other CLASS MEMBER records maintained by DMH. If so, Plaintiffs' counsel will notify Defendants at least three days prior to the INSPECTION, and provide the names and CDCR numbers of each CLASS MEMBER at that time. These CLASS MEMBER interviews will be conducted only by Plaintiffs' counsel and Plaintiffs' experts and must occur in a completely confidential setting.

**REQUEST FOR INSPECTION**

1. On July 15, 2011 from 9:00 a.m. to approximately 5:00 p.m., Plaintiffs' counsel and Plaintiffs' experts request to INSPECT Patton State Hospital.

DATED: July 1, 2011

ROSEN, BIEN & GALVAN, LLP

By: _____
Lisa Ells

Attorneys for Plaintiffs