**Ernest Galvan**

| | |
|---|---|
| **From:** | Ernest Galvan <egalvan@RBG-Law.com> |
| **Sent:** | Tuesday, July 19, 2011 1:14 PM |
| **To:** | David Brice |
| **Cc:** | Debbie Vorous; Donald Specter; Steve Fama; Coleman Team - RBG Only |
| **Subject:** | RE: Plaintiffs' Requests for Inspection Pursuant to       FRCP 34inColemanv.Brown; 0489-3 [IWOV-DMS.FID6429] |

Dear David:

Here is a clarification in response to your letter. Plaintiffs did not agree to cancel the inspections. We agreed to reset them for a date that would allow the court to resolve your objections.

Ernest Galvan

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
egalvan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** David Brice [mailto:David.Brice@doj.ca.gov]
**Sent:** Tuesday, July 19, 2011 12:04 PM
**To:** Ernest Galvan
**Cc:** David Brice; Debbie Vorous; Donald Specter; Steve Fama; Coleman Team - RBG Only
**Subject:** RE: Plaintiffs' Requests for Inspection Pursuant to FRCP 34inColemanv.Brown; 0489-3 [IWOV-DMS.FID6429]

Dear Mr. Galvan--

Please see the attached letter regarding the conclusion of the meet and confer.

Thank you,
David Brice

David Brice
Deputy Attorney General
916-324-8010


>>> Ernest Galvan <egalvan@RBG-Law.com> Friday, July 15, 2011 3:32 PM >>>
Dear David—

Letter attached regarding the conclusion of our meet and confer.

1

Ernest Galvan

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
egalvan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Ernest Galvan
**Sent:** Thursday, July 14, 2011 5:05 PM
**To:** 'David Brice'
**Cc:** Donald Specter; Steve Fama; Coleman Team - RBG Only
**Subject:** RE: Plaintiffs' Requests for Inspection Pursuant to FRCP 34 inColemanv.Brown; 0489-3 [IWOV-DMS.FID6429]

Dear David—

Attached please find a summary of our meet and confer thus far.  I look forward to concluding the discussions tomorrow.

Ernest Galvan

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
egalvan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** David Brice [mailto:David.Brice@doj.ca.gov]
**Sent:** Tuesday, July 12, 2011 4:54 PM
**To:** Ernest Galvan; Lizzy Hennessey
**Cc:** Debbie Vorous; Donald Specter; Steve Fama; Coleman Team - RBG Only
**Subject:** RE: Plaintiffs' Requests for Inspection Pursuant to FRCP 34 inColemanv.Brown; 0489-3 [IWOV-DMS.FID6429]

Mr. Galvan:

Please see the attached Defendants' Responses and Objections to Plaintiffs' First, Second, and Third Requests for Inspection.

Thank you,

David Brice

David Brice
Deputy Attorney General
916-324-8010


>>> Ernest Galvan <egalvan@RBG-Law.com> Friday, July 08, 2011 11:10 AM >>>
Please see the attached letter.

Ernest Galvan

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
egalvan@rbg-law.com


CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** David Brice [mailto:David.Brice@doj.ca.gov]
**Sent:** Thursday, July 07, 2011 3:07 PM
**To:** Debbie Vorous; Ernest Galvan; Lizzy Hennessey
**Cc:** 'Heather.McCray@cdcr.ca.gov'; Michael Stone; David Brice; Donald Specter; Steve Fama; Coleman Team - RBG Only
**Subject:** RE: Plaintiffs' Requests for Inspection Pursuant to FRCP 34 in Colemanv.Brown; 0489-3 [IWOV-DMS.FID6429]

Dear Mr. Galvan:

Please see the attached letter in response to your letter of yesterday afternoon.

Thank you,
David Brice

David Brice
Deputy Attorney General
916-324-8010


>>> Ernest Galvan <egalvan@RBG-Law.com> Wednesday, July 06, 2011 12:25 PM >>>
Dear David and Debbie:

Please see the attached letter.  I look forward to speaking with one of you to get this matter resolved promptly.

Ernest Galvan

ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
egalvan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** David Brice [mailto:David.Brice@doj.ca.gov]
**Sent:** Wednesday, July 06, 2011 11:08 AM
**To:** Debbie Vorous; Lizzy Hennessey
**Cc:** 'Heather.McCray@cdcr.ca.gov'; Michael Stone; Donald Specter; Steve Fama; Coleman Team - RBG Only
**Subject:** Re: Plaintiffs' Requests for Inspection Pursuant to FRCP 34 in Coleman v.Brown; 0489-3 [IWOV-DMS.FID6429]

Dear Ms. Hennessey,

Please see the attached letter to Lisa Ells in response to your email.

Thank you,
David Brice

David Brice
Deputy Attorney General
916-324-8010


>>> Lizzy Hennessey <LHennessey@rbg-law.com> Friday, July 01, 2011 4:54 PM >>>
Dear Ms. Vorous and Mr. Brice,

Attached please find Plaintiffs' Requests for Inspection of Atascadero, Coalinga, and Patton State Hospitals pursuant to Rule 34, which have also been served by mail.  The inspections have been noticed for July 13, 14 and 15, 2011.  Please contact me with questions.

Thanks.


**Elizabeth S. Hennessey**
Paralegal
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
LHennessey@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.