IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

       Defendants.               <u>ORDER</u>

_____/

        The parties have filed a Joint Statement Re Discovery Disagreement. The dispute arises from plaintiffs' request for inspection of Coalinga State Hospital and defendants' request to depose a plaintiffs' expert regarding Coalinga State Hospital. Plaintiffs and defendants seek the discovery in connection with an evidentiary hearing set for August 17, 2011 before the district court. The parties request an expedited hearing on the discovery dispute because the evidentiary hearing is less than three weeks away.

        Good cause appearing, IT IS HEREBY ORDERED that this matter is set for hearing before the undersigned on Monday, August 1, 2011, at 1:30 p.m. in Courtroom # 26.

DATED: July 29, 2011.

UNITED STATES MAGISTRATE JUDGE