**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 324-8010
Facsimile:  (916) 324-5205
E-Mail:  David.Brice@doj.ca.gov

August 2, 2011

The Honorable John F. Moulds
Magistrate Judge
United States District Court
501 "I" Street
Sacramento, CA  95814

RE:  Coleman, et al. v. Brown, et al.
     U.S. District Court, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM P

Dear Judge Moulds:

Following yesterday's hearing and in accordance with the Court's order, the parties met and conferred today regarding whether Unit 26 at Coalinga State Hospital will be included in Plaintiffs' inspection.

The parties agreed that Unit 26 will be included in Plaintiffs' inspection, but that the parties will use their best efforts to ensure that Unit 26 will be inspected at an agreed upon time certain during the inspection.  The purpose of the time certain is to give advance notice to Unit 26 and minimize disruption to the patients on that unit.

Sincerely,

*/s/ David E. Brice*

DAVID E. BRICE
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

APPROVED AS TO FORM AND CONTENT:

*/s/ Ernest Galvan*
Ernest Galvan
Rosen, Bien & Galvan
Attorneys for Plaintiffs