KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT'S JULY 22, 2011 ORDER RE: EXTENDED ENHANCED OUTPATIENT PROGRAM CARE PLAN** |

| Acronym List ||
|---|---|
| **Term** | **Definition** |
| **CDCR** | California Department of Corrections and Rehabilitation |
| **EECP** | Extended Enhanced Outpatient Program Care Plan |
| **EOP** | Enhanced Outpatient Program |
| **ICF** | Intermediate Care Facility |
| **SVPP** | Salinas Valley Psychiatric Program |

## INTRODUCTION

On July 22, 2011, this Court filed an order on the Special Master's recommendations concerning Defendants' November 24, 2010 court-ordered plan to "reduce or eliminate the wait lists for inpatient [mental health] care and, in the interim, to better serve the treatment needs of Coleman class members placed on such lists." (Docket No. 4045.) Regarding the Special Master's recommendations concerning one approach to reduce the Salinas Valley Psychiatric Program (SVPP) waitlist -- the Extended Enhanced Outpatient Program Care Plan -- the Court ordered that by August 4, 2011, Defendants "shall inform the court in writing whether the EECP will continue." (*Id.* ¶ 3.)

Defendants are abandoning the Extended Enhanced Outpatient Program (EOP) Care Plan (EECP) as an approach to reduce or eliminate the SVPP waitlist under the Court's March 31, 2010 order and withdrawing it from Defendants' November 24, 2010 plan. The California Department of Corrections and Rehabilitation (CDCR) still intends, however, to provide EECP-type services to EOP inmate-patients with chronic mental illness whose symptoms have stabilized but whose level of functioning is insufficient to allow general population placement. And, as Defendants informed the Court on March 28, 2011, CDCR will continue with its interim process to treat inmate-patients on the SVPP waitlist who can safely program at the four EECP institutions with existing EECP inmate-patients.

## DEFENDANTS' RESPONSE

CDCR designed the Extended Enhanced Outpatient Program (EOP) Care Plan (EECP) to reduce the Salinas Valley Psychiatric Program (SVPP) waitlist for inmate-patients referred to Intermediate Care Facility (ICF) treatment at the California Department of Mental Health. (Docket No. 3962–1 at 4, 6–8.) Specifically, under Defendants' Plan to reduce or eliminate the waitlist, CDCR had expected to remove inmate-patients from the waitlist who are eligible for EECP services. (Docket No. 3962–1 at 4, 6–8; Docket No. 3994–1 at 20–23.) Additionally, on March 18, 2011, the Court was informed of a new interim process to treat inmate-patients on the

///

1

Defs.' Resp. to Court's July 22, 2011 Order: Re: EECP(2:90-cv-00520 LKK JFM P)

waitlist who can safely program at the four EECP institutions with existing EECP inmate-patients. (Docket No. 3994 at 13:6–9.)[1]

On June 13, 2011, the Special Master filed his report on Defendants' Plan. (Docket No. 4020.) The Special Master's report contains two recommendations on the EECP for orders by the Court: (1) approve the EECP on the condition that no inmate-patients who are accepted and placed in the EECP shall be removed from the SVPP waitlist; and (2) order the special master to monitor and review the EECP. (*Id.* ¶¶ 1–2.) In light of the Special Master's recommendations on the EECP, Defendants informed the Court on July 1, 2011, that, absent the ability to use the EECP to reduce the SVPP waitlist, the EECP is no longer part of Defendants' Plan and that CDCR is therefore withdrawing the EECP from their Plan. (Docket No. 4035 at 5:23–24.)

In this Court's July 22, 2011 order on the Special Master's recommendations, the Court states that it "is unclear whether defendants are abandoning the EECP altogether or, instead, whether it will continue but they are no longer relying on it to meet their obligations under this court's March 31, 2010 order." (Docket No. 4045 at 4:8–10.) The Court further states that, "[g]ood cause appearing, defendants will be directed to inform the court in writing within ten days whether the EECP will continue." (*Id.* at 10–12.)

Defendants now clarify that they are no longer relying on the EECP as an approach to *reduce or eliminate* the SVPP waitlist under the Court's March 31, 2010 order. The Special Master's first recommendation, in effect, defeats the purpose of the EECP as an intervention to reduce the waitlist because it recommends against CDCR removing inmate-patients from the SVPP waitlist who are provided EECP services. Absent the ability to use the EECP to reduce the SVPP waitlist, the EECP is no longer part of Defendants' Plan because removing the EECP's goal as reflected in Defendants' Plan—reduce the SVPP waitlist—defeats its purpose. Defendants, however, as described below, intend to continue providing EECP-type services to the EOP inmate-patient population. According to the Special Master, Defendants' EECP Plan is

---

[1] In Defendants' November 24, 2010 Plan, Defendants note that variations of the EECP exist at California Men's Colony and California Medical Facility and less developed variations of the EECP are underway at Richard J. Donovan Correctional Facility and Salinas Valley State Prison. (Docket No. 3962–1 at 7.)

2

simply EOP treatment afforded per the *Coleman* Program Guide. (Docket No. 4020 at 40–41.) Therefore, because the Special Master and this Team already monitor treatment at the EOP level of care, there is no need to further monitor the EECP since it is not a new mental health program.

In Defendants' November 24, 2010 Plan, Defendants did not rely on the EECP Plan as an approach to better serve the treatment needs of the inmate-patients on the SVPP waitlist.[2] Defendants did, however, inform the Court on March 18, 2011, that CDCR is putting in place an interim process to treat the inmate-patients on the SVPP waitlist who can safely program at the four EECP institutions with existing EECP inmate-patients. (Docket No. 3994 at 13:6–8.) Defendants intend to continue with this process. (McGill Decl. ¶ 3.)

Consistent with the Mental Health Services Delivery System Program Guide objectives, CDCR intends to continue providing EECP-type services—supportive care, assistance with activities of daily living, recreational therapy, anger management, reality therapy, and programs related to symptom management—to the category of inmate-patients with chronic mental illness whose symptoms have stabilized but whose level of functioning is insufficient to allow General Population placement. (Docket No. 3994–1 at 23–25; McGill Decl. ¶ 4; 2009 Program Guide at 12-4-2.) Additionally, CDCR remains committed to concentrate and expand EECP services for EOP inmates at the four institutions identified in Defendants' Plan as already providing some limited form of EECP services: California Medical Facility; Mule Creek State Prison; California State Prison, Corcoran; and Salinas Valley State Prison. (Docket No. 3962–1 at 7; Docket No. 3994–1 at 17; McGill Decl. ¶ 5.) Further expansion of this initiative has been temporarily interrupted due to the realignment of the prison population under Assembly Bill 109. (McGill Decl. ¶ 6.) In the meantime, CDCR clinicians continue to review inmate-patients at the EOP level of care during Interdisciplinary Treatment Team (IDTT) meetings to determine whether they could benefit from this treatment approach. (*Id.*) And where the IDTT determines that an

---

[2] In Defendants' November 24, 2010 Plan, Defendants identify as one action taken since March 2010 to address the treatment needs of the inmate-patients on the SVPP waitlist, providing the limited EECP services currently existing at California Medical Facility and Salinas Valley State Prison. (Docket No. 3962–1 at 7, 25.)

3

Defs.' Resp. to Court's July 22, 2011 Order: Re: EECP(2:90-cv-00520 LKK JFM P)

inmate-patient could benefit from the treatment approach, CDCR is encouraging clinicians to make every effort to design a treatment plan to encompass this approach. (*Id.*)

Dated:  August 4, 2011

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003
31317703.doc

4