1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   DAVID BRICE, State Bar No. 269443
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 324-5345
    Fax:  (916) 324-5205
7   E-mail:  Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13  **RALPH COLEMAN, et al.,**                 2:90-cv-00520 LKK JFM P

14                              Plaintiffs,    **DECLARATION OF LUCINDA
                                               McGILL IN SUPPORT OF**
15                                             **DEFENDANTS' RESPONSE TO THE**
        **v.**                                 **COURT'S JULY 22, 2011 ORDER**
16                                             **RE:  EXTENDED ENHANCED
                                               OUTPATIENT PROGRAM CARE**
17  **EDMUND G. BROWN JR., et al.,**           **PLAN**

18                              Defendants.

19

20        I, Lucinda McGill, declare:

21        1.    I am a Nurse Consultant III Supervisor with the Mental Health Utilization

22  Management Program within the California Department of Corrections and Rehabilitation

23  (CDCR).  I have personal knowledge of the facts stated in this declaration and if called to testify

24  to those facts could and would do so competently.  I make this declaration in support of

25  Defendants' Response to the Court's July 22, 2011 Order Re:  Extended Enhanced Outpatient

26  Program Care Plan.

27        2.    I began working for CDCR in 1997 and in the CDCR Mental Health Utilization

28  Management Program in May 2008.  As a Nurse Consultant III Supervisor, I was involved in the

                                           1

1   development of Defendants' Plan Re:  Intermediate Care Facility and Acute Inpatient Waitlists,

2   including the Extended Enhanced Outpatient Program (EOP) Care Plan (EECP).  I am familiar

3   with the Court's July 22, 2011 order that Defendants "shall inform the court in writing whether

4   the EECP will continue."

5       3.      On March 18, 2011, Defendants informed the Court that CDCR is putting in place an

6   interim process to treat the inmate-patients on the SVPP waitlist who can safely program at the

7   four EECP institutions with existing EECP inmate-patients.  CDCR intends to continue this

8   process.

9       4.      One program objective of the Mental Health Services Delivery System Program

10  Guide is to provide longer-term placement for inmate-patients with chronic mental illness whose

11  symptoms have stabilized but whose level of functioning is insufficient to allow General

12  Population placement.  These services include:  supportive care, assistance with activities of daily

13  living, recreational therapy, anger management, reality therapy, and programs related to symptom

14  management.  CDCR intends to continue providing these types of services to the category of

15  inmate-patients with chronic mental illness whose symptoms have stabilized but whose level of

16  functioning is insufficient to allow General Population placement.

17      5.      CDCR remains committed to concentrate and expand EECP services for EOP inmates

18  at the four institutions identified in Defendants' Plan as already providing some limited form of

19  EECP services:  California Medical Facility; Mule Creek State Prison; California State Prison,

20  Corcoran; and Salinas Valley State Prison.

21      6.      Further expansion of the EECP services as described above has been temporarily

22  interrupted due to the realignment of the prison population under Assembly Bill 109.  In the

23  meantime, CDCR clinicians are continuing to review inmate-patients at the EOP level of care

24  during Interdisciplinary Treatment Team meetings to determine whether they could benefit from

25  this treatment approach.  And where the IDTT determines that an inmate-patient could benefit

26  from the treatment approach, CDCR is encouraging clinicians to make every effort to design a

27  treatment plan to encompass this approach.

28

1    I declare that the foregoing is true.  Executed this 4th day of August 2011 at Sacramento,

2  California.

3

4                                                          LUCINDA McGILL

5  CF1997CS0003

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3