1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   DAVID E. BRICE, State Bar No. 269443
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-5345
     Fax: (916) 324-5205
7    E-mail: Debbie.Vorous@doj.ca.gov

8  Attorneys for Defendants

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' REQUEST TO VACATE AUGUST 17, 2011 EVIDENTIARY HEARING; UPDATE ON DEFENDANTS' STARK PROJECT** |
|---|---|

I, Deborah Hysen, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Deputy Director of Facility Planning, Construction, and Management. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Request to Vacate the August 17, 2011 Evidentiary Hearing and Update on Defendants' Stark Project.

2. I have served as the Chief Deputy Secretary of Facility Planning, Construction, and Management since June 2007, and effective July 1, 2011, functioning as the Deputy Director of Facility Planning, Construction and Management, retaining all the duties and responsibilities

1

from my earlier position. I remain responsible for the overall management and oversight of CDCR construction projects for all its institutions.

3. I am familiar with Defendants' amended Stark plan, which was filed with this Court on May 13, 2010. The Stark plan proposes to build four new units to provide housing, treatment, and office space for 525 Enhanced Outpatient Program-General Population (EOP-GP) and 50 Enhanced Outpatient Program-Administrative Segregation Unit (EOP-ASU) inmates. It also incorporates the 30-bed Mental Health Crisis Bed (MHCB) project that is an integrated part of the new 60-bed Correctional Treatment Center planned for the Stark facility.

4. Because of the expected reduction in CDCR inmate population from Assembly Bill 109, CDCR is evaluating whether there is still a need for the 525 EOP-GP, 50 EOP-ASU, and 30 MCHBs planned for the Stark project. CDCR is working with John Misener of McManis Consulting to provide projections of the impact AB 109 will have on the prison mental health population. CDCR expects to have those projections by the end of September 2011. These projections will allow CDCR to address whether the Stark project is still necessary because of AB 109 and whether it is necessary to seek a revision to the long-range mental health bed plan.

5. CDCR is funding the amended Stark plan through Assembly Bill (AB) 900 lease-revenue financing authority that the California Legislature appropriated to construct prison projects. Under state law, Joint Legislative Budget Committee (JLBC) approval is required for this AB 900 project to proceed. The California Department of Finance (DOF) notified the JLBC of CDCR's request for AB 900 funding for the amended Stark plan on August 18, 2010. On September 15, 2010, the JLBC declined to concur with CDCR's request for AB 900 funding for the amended Stark plan. Thereafter, CDCR continued to work with the JLBC to obtain its approval to use AB 900 funds for the amended Stark Plan. On November 9, 2010, DOF notified the JLBC of CDCR's request for reconsideration of its decision in regard to the amended Stark plan. Though the JLBC did not formally respond to CDCR's request for reconsideration, conversations among members of the JLBC, the Administration, and CDCR have occurred since November 9, 2010, which have not alleviated the concerns of the JLBC and which have resulted in further delays to the project until such time as CDCR could demonstrate the impact of pending

2

population reform measures on the mental health population.

6. Due to the series of issues affecting the Stark project funding, CDCR can no longer meet the construction and activation time lines provided to the Court for the project. As a result, CDCR has been exploring several alternatives to the Stark project that meet the court-ordered occupancy timelines. Such alternative analysis has included a review of building additional space at existing prisons, or expanding the scope of current AB 900 projects, where locating and operating a mental health facility would be feasible and within or close to the prescribed time frames for occupancy. On Friday, July 29, 2011, CDCR met with the *Plata* Receiver and the Special Master to discuss the ongoing stalemate in the approval of the Stark project by the JLBC and some potential alternatives to the Stark project that CDCR is considering that may address some of the concerns of the JLBC, in particular a more cost-effective approach to providing these beds. In recognition that a remaining obstacle in moving forward with this project is the continuing justification for these beds based on a reduced prison population, CDCR plans to await finalization of these alternatives until the population projections produced by McManis Consulting are validated and released. Should such projections continue to justify the need for these mental health beds and treatment space, CDCR plans to move forward with these alternatives.

I declare under penalty of perjury that the foregoing is true. Executed this 5th day of August 2011, at Sacramento, California.

DEBORAH HYSEN

CF1997CS0003

3

Hysen Decl. in Supp. of Defs.' Req. to Vacate Evid. Hearing; Update on Defs.' Amend Stark Plan
(2:90-cv-00520 LKK JFM P)