1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JONATHAN L. WOLFF
   SENIOR ASSISTANT ATTORNEY GENERAL
3  DEBBIE J. VOROUS, State Bar No. 166884
   DAVID E. BRICE, State Bar No. 269443
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-3035
6    Fax:  (415) 703-5843

7  Attorneys for Defendants

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                           SACRAMENTO DIVISION
11

12

13  | RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
    |---|---|
14  | Plaintiffs, | **DECLARATION OF LEE SEALE IN SUPPORT OF DEFENDANTS' REQUEST TO VACATE AUGUST 17, 2011 EVIDENTIARY HEARING; UPDATE ON DEFENDANTS' STARK PROJECT** |
15  | v. | |
16  | EDMUND G. BROWN, JR., et al., | |
17  | Defendants. | |

18

19

20      I, Lee Seale, declare as follows:

21      1.    I am the Director of Internal Oversight and Research at the California Department of

22  Corrections and Rehabilitation (CDCR).  I have personal knowledge of the facts stated in this

23  declaration and if called to testify to those facts could and would do so.  I submit this declaration

24  in support of Defendants' Request to Vacate the August 17, 2011 Evidentiary Hearing and

25  Update on Defendants' Stark Project.

26      2.    I began working as the Director of the Internal Oversight and Research on July 1,

27  2011.  Prior to that, I served as the Deputy Chief of Staff for the California Department of

28
                                          1

1   Corrections and Rehabilitation, a position I was appointed to in June 2008. I am responsible for

2   the overall management and oversight of this division.

3        3.    I am familiar with the Court's order setting an evidentiary hearing on why Defendants

4   cannot admit high-custody CDCR inmates into Coalinga State Hospital and on Defendants'

5   alternative assessment process to identify whether CDCR clinicians are making appropriate

6   referrals to DMH facilities.

7        4.    A team of five outside experts is studying whether CDCR's current classification

8   system may be modified without jeopardizing institutional security or public safety. As the

9   Director of Internal Oversight and Research, I am responsible for this study. This study will

10  investigate aspects of the Inmate Classification Score System by evaluating existing placement

11  score cut-off points to make sure that inmates are appropriately housed in a cost-effective and

12  security conscious manner, and to review custody designations and administrative determinates to

13  determine their impact on in-custody housing level and behavior. But CDCR will not know if the

14  study will affect the inmate-patients on the SVPP waitlist until it is completed. CDCR expects to

15  receive preliminary results from the study within 90 days.

16       I declare under penalty of perjury that the foregoing is true. Executed this 5th day of

17  August, 2011 in Sacramento, California.

18

19

20                                                      Lee E. Seale

21  CF1997CS0003

22

23

24

25

26

27

28
                                        2