IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO VACATE AUGUST 17, 2011 EVIDENTIARY HEARING** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On August 8, 2011, Defendants filed an ex parte request to vacate the August 17, 2011 evidentiary hearing on Coalinga State Hospital and on Defendants' alternative assessment process for identifying whether California Department of Corrections and Rehabilitation (CDCR) clinicians are making appropriate referrals to inpatient treatment programs operated by the California Department of Mental Health (DMH).  Good cause appearing, the request will be GRANTED.

Accordingly,

1. The evidentiary hearing in this case set for August 17, 2011, is VACATED;

2. Defendants shall, over the course of the next 90 days, work with the Special Master to further address the needs of the inmate-patients on the SVPP waitlist.  If, at the end of the 90 day

1 period, Defendants and the Special Master have not agreed on a plan to further address the
2 inmate-patients on the SVPP waitlist, the Court may reset the evidentiary hearing on Coalinga to
3 a date at least 30 days thereafter; and

4     3. Defendants shall work with the Special Master over the next 90 days to describe their
5 alternative assessment process to him.

6 **IT IS SO ORDERED.**

Dated: _____      _____
                                                                                 The Honorable Lawrence K. Karlton

31319195.doc