DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**APPENDICES A & B TO DECLARATION OF JOSEPH L. MCGRATH IN SUPPORT OF PLAINTIFFS' BRIEF ON EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF**<br><br>Judge: Hon. Lawrence K. Karlton<br>Date: August 17, 2011<br>Time: 10:00 a.m.<br>Crtrm.: 4 |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[534603-11]

APPENDICES A & B TO DECLARATION OF JOSEPH L. MCGRATH IN SUPPORT OF PLAINTIFFS' BRIEF ON EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF

# Appendix A

**JOSEPH L. MCGRATH**
2539 PARK WEST DRIVE
LODI, CA 95242
(209) 334-5815
LODIJOE@SBCGLOBAL.NET

**PROFESSIONAL EXPERIENCE**

---

*Corrections Consultant/Expert Witness*                                                                                  *June 2009 to Present*
- Areas of correctional expertise include but are not limited to the following:
    - Use of force
    - Conditions of confinement
    - Correctional health care and mental health care program and delivery
    - Gang management
    - High security program operations
    - Employee investigations and discipline
    - In-custody death review
    - Prisoner classification
    - Litigation avoidance strategies

*Director, Custody Support Service Division*
*California Prison Health Care Receivership, Inc.*                                                            *June 2006 to June 2009*
- Served as the Federal Receiver's custody expert on California prisons as the Federal Court assumed authority over the prison health care delivery system in California.
- Responsible for the management of an operational unit tasked with the development and implementation of health care custody units dedicated to enabling access to health care services at all 33 California prisons. Procured, determined placement, and provided organizational structure and duty statements for over 2,600 correctional officer and supervisor positions statewide in the development and implementation of these units.
- Responsible for the development and implementation of the Prison Facilities Upgrade Program to renovate and provide new health care facilities within the existing 33 prisons. Working with a construction management firm developed master plans that included new and renovated space for medical, dental and mental health programs, incorporating security and prison operations considerations.
- Provided expertise to the Receivership on all aspects of prison operations that impact the delivery of health care in a correctional setting.

*Chief Deputy Secretary, Adult Operations*
*California Department of Corrections and Rehabilitation*                                                      *July 2005 to June 2006*
- Responsible for statewide operation of 33 prisons, 38 conservation camps, and more than 50 community-based facilities within the California Department of Corrections and Rehabilitation (CDCR). The inmate population at that time was approximately 162,000.
- Responsible for statewide management of the State parole program for adult felons. The CDCR operated 185 parole offices and supervised approximately 112,000 parolees.
- Collaborated with legislative staff, external organizations, the Governor's Office, the Secretary's Office, and with all divisions within the CDCR Adult Programs and Juvenile Justice Programs to ensure appropriate interface, consistency and effectiveness on related issues.
- Coordinated the continued development of the *Madrid* federal remedial plan; including the oversight of the ongoing implementation of litigation affecting adult operations; and served as the liaison with the *Madrid* Special Master, federal court experts, and internal and external stakeholders.
- Served on the California Council on Criminal Justice.

PROFESSIONAL EXPERIENCE (CONTINUED)
PAGE 2

*Deputy Secretary (Acting), Office of Internal Affairs*
*Youth and Adult Correctional Agency*                                                                                                January 2005 to July 2005
- Responsible for all internal affairs functions for the Youth and Adult Correctional Agency (YACA) and supervised approximately 130 California Department of Corrections (CDC) and California Youth Authority staff statewide, most of which conducted internal affairs investigations including but not limited to cases involving use of force, integrity, dishonesty, and fraud.
- Developed a new Employee Investigation and Discipline Program for CDC including a process for opening, managing and accounting for internal affairs investigations, and a disciplinary matrix for executive managers to apply employee discipline with consistency across the CDC.
- Designed and conducted statewide employee discipline and investigation training to CDC's Executive Staff, Hiring Authorities, Legal Counsel, and Disciplinary Officers, in accordance with the new program.
- Provided informal consultation to various YACA staff in matters involving use of force policy and processes and federal remedial plans and policy development.

*Deputy Director (Acting), Risk Management Division*
*California Department of Corrections*                                                                                                July 2004 to January 2005
- Successfully transitioned entities from various divisions within CDC and created the Risk Management Division. Managed respective branches within the CDC including inmate appeals, research, regulation and policy development, audits and court compliance.
- Coordinated the development and oversaw the implementation of the *Madrid* federal remedial plan and served as the liaison with the *Madrid* Special Master, federal court experts, and internal and external stakeholders.
- Coordinated the development of an *Ethics, Code of Silence* course currently taught to YACA staff statewide.

*Warden, Pelican Bay State Prison*
*California Department of Corrections*                                                                                                July 2000 – July 2004
- Responsible for the administration of Pelican Bay State Prison (PBSP), a maximum-security institution which at the time housed approximately 3,400 inmates, employed approximately 1,500 staff, and had an annual operating budget of approximately $130 million.
- Provided leadership to employees in all aspects of prison operations, including but not limited to use of force, safety and security, and budgetary issues.
- Developed and negotiated the *Use of Force Policy* for department-wide application.
- Served as Chairman of the Executive Use of Force Committee that reviews and evaluates all use of force incidents at the prison to ensure compliance with policy/procedure. Have reviewed and evaluated thousands of use of force incidents in total.
- Developed a strategy to reduce inmate violence at PBSP through policy revision and program development.
- Coordinated remedial plan actions in an effort to terminate monitoring in the *Madrid* class action.

*Chief Deputy Warden, Pelican Bay State Prison*                                                                                December 1997 to July 2000
- Responsible for daily operations at PBSP, including management and coordination of the General Population, Security Housing Unit, Central Services, Business Services, and In-Service Training.
- Implemented and managed the *Pelican Bay Use of Force Policy* in response to the *Madrid* remedial plan and trained all PBSP supervisors in the application, review and evaluation of force.
- Coordinated with federal court experts on the curriculum and training provided to CDC staff statewide.
- Coordinated the development of tactical response training to address incidents of violence.
- Coordinated the development of a system for tracking and managing budget and overtime expenditures.

*Associate Warden, Pelican Bay State Prison*                                                                                        May 1994 to December 1997
- Co-authored the *Pelican Bay Use of Force Policy* in response to a *Madrid* court order and participated in training for all PBSP employees in the application of force.

PROFESSIONAL EXPERIENCE (CONTINUED)
PAGE 3

- In conjunction with the Health Care Manager, worked to enhance systems for delivery of medical and mental health services to the inmate population.
- Coordinated the development of the Psychiatric Services Unit/Enhanced Outpatient Program for seriously mentally ill inmates, which provides for the management and treatment of the most difficult and volatile inmates in the system through a multidisciplinary team of clinical and custodial staff.
- Coordinated efforts and represented the institution with the federal court's Special Master on issues related to the *Madrid* remedial plan and the delivery of medical and mental health services.
- Developed and modified operational policies and procedures for the Security Housing Unit to enhance operational safety and address deficiencies.
- Provided leadership, extensive team building, and staff training.

*Program Administrator, Institutions Division*
*California Department of Corrections*                                    September 1991 to May 1994
- Responsible for the coordination of all major litigation within the CDC's Institutions Division.
- Served as liaison to the Office of the Attorney General and the Legal Affairs Division of CDC.
- Developed policy related to all aspects of prison operations including inmate discipline, classification and prison program management.

*Correctional Counselor III, Classification Services Unit*
*California Department of Corrections*                                December 1990 to September 1991
- Served as a Classification Staff Representative by providing review and classification endorsement of inmate cases for program placement and transfer on a statewide basis.
- Provided expertise and direction for medical and psychiatric classifications and program issues.
- Developed policy and procedures for specialized program placements such as Therapy and Evaluation categories ordered by the Board of Prison Terms.

*Correctional Counselor II, California Medical Facility*
*California Department of Corrections*                                    June 1987 to December 1990
- Supervised the inmate classification for Psychiatric Treatment and Administrative Segregation Units.
- Served in special assignments related to hospital licensing of the Acute Care Hospital and the Department of Mental Health beds.
- Served as the California Medical Facility's Litigation Coordinator.

*Correctional Lieutenant, California Medical Facility*                       November 1984 to June 1987
- Served as Northern Reception Center Watch Lieutenant, Public Information/Administrative Assistant, and Security and Investigations/Gang Investigator.
- Responsible for security and operations of the Northern Reception Center.
- Facilitated public relations and addressed all public interest and media requests during the opening of the first HIV unit within the CDC.
- Supervised the canine unit.
- Conducted prison gang investigations and debriefs.
- Responded to and investigated crime incidents and assisted the District Attorney in prosecuting homicide cases.
- Conducted internal affairs investigations.

*Correctional Counselor I, California Medical Facility*                   December 1982 – November 1984
- Held positions in the Northern Reception Center and Correctional Medical Facility's General Population, Administrative Segregation, Psychiatric Services and Medical Units.
- Conducted all aspects of casework and inmate classification including *Penal Code §1203.03*, diagnostic evaluations, and pre-sentence reports to the courts.
- Served as Hostage Negotiation Team Commander.

3

*Youth Counselor, Preston Youth Correctional Facility*
*California Youth Authority*                                                                 *May 1979 to December 1982*

- Held positions in an intensive drug treatment program and work/vocational training programs.
- Provided custodial supervision of wards in the housing units as well as counseling and group sessions for assigned caseload.
- Trained on policy and procedures related to use of force, including membership on the Special Emergency Response Team.
- Prepared reports to the Youthful Offender Parole Board.

*E-4 Sergeant, United States Air Force, McClellan Air Force Base*                            *1973 to 1976*

- Trained and served as an aircraft mechanic in the 552nd AEW&C Wing at McClellan Air Force Base supporting the air reconnaissance effort in Southeast Asia.
- Received honorable discharge upon conclusion of enlistment.

## EDUCATION

- Bachelor of Arts, Corrections/Social Justice, California State University, Sacramento, 1979
- California Department of Corrections Academy Graduate, *Penal Code § 832* - 1979
- Hostage Negotiation Academy Graduate – 1983
- Leadership Institute Graduate, California State University, Chico – 1997
- Phi Theta Kappa Certified Curriculum Instructor - 2002

## PUBLICATIONS

McGrath, J. and R. Lovell (2006). "Managing the Security Housing Unit: Lessons from the California Experience," in S. Stojkovic (ed.), <u>Managing Special Populations in Jails and Prisons</u>.  New York:  Civic Research Institute.
➢ Chapter 18 is a case summary about the management of Security Housing Units in California and includes discussion regarding placement issues; operations; staffing; leadership; and legal issues including the use, reporting, evaluation, and monitoring of force.

## SPECIALIZED TRAINING

*Inmate Classification*
*Litigation management Practices*
*Correctional Health Care Delivery*
*California Public Safety Leadership and Ethics*
*Executive Use of Force Review*
*Executive Leadership*
*Ethics Orientation for State Officials*
*Leadership in Managing Change*, National Institute of Corrections
*Seven Habits of Highly Effective People Program*
*Leadership Institute, Chico State University*
*California Department of Corrections Management Training*
*Emergency Response*

**Professional Associations**

- American Correctional Association
- American Jail Association

PROFESSIONAL EXPERIENCE (CONTINUED)
PAGE 5

## Case History

Cases in which I have consulted or testified in the past 6 years:

- Andres Herrera – California State Personnel Board - Case No. 04-2960 - Hearing testimony for State as use of force expert – Case related to a California Youth Authority Officer's use of force (canine) against inmate
- In Re Disciplinary Appeals by San Joaquin County Correctional Officers Gregory Fuher and Michael Griggs (2006) - Hearing testimony for San Joaquin County as use of force and employee discipline expert – Case related to use of force resulting in inmate death
- Godoy v. Wadsworth USDC ND Case NO. C05-2913 PJH (PR) (2010) - Court testimony regarding the Pelican Bay State Prison Use Of Force Police & Procedure – Civil Rights case related to a use of force resulting in GBI
- James Grandy vs. The United States of America, Department of Justice USDC CD Case No. CV 09-01270 FMC JTLx - Expert witness report to the Court for Plaintiff and Court testimony at trial – Expert testimony related to maximum security prison operations
- State of California v Stephen Jones, Los Angeles County Superior Court Criminal Case (2009) - Provided expert witness consultation to the LA County District Attorney regarding California prison operations in capital case
- State of California V. William Austin, Los Angeles County Superior Court Criminal Case No. MA045012 – Expert witness written report to the Public Defender for submission to the District Attorney for determination in capital case
- Henderson v Petersen, et al., United States District Court, Northern District of California, Case No. C 07-2838 SBA – Expert consultation and report to the Court for Defendants regarding the use of force by correctional officers. Deposition given on April 20, 2011. Trial testimony given on July 25, 2011
- Rojas v Loza, et al., United States District Court, Northern District of California, Case No. C 07-4662 MMC – Expert consultation for Defendants regarding the use of force by correctional officers. Case settled prior to trial/testimony

## REFERENCES

Rod Hickman
5960 South Land Park Drive, #360
Sacramento, CA 95822
(916) 698-7508
Rod@RoderickQHickman.com

John Dovey
511 Prairie Falcon Court
El Dorado Hills, CA 95765
(530) 672-8488
Doveman@msn.com

Doug Plack, Chief of Police
Crescent City, California
(707) 464-2133 Cell (707) 954-5272
dplack@crescentcity.org

John Hagar
Law Office of John Hagar
1809 S Street, Suite 101-215
Sacramento, CA 95811
(415) 215-2400
hagarlaw09@gmail.com

Mike Gennaco
Chief Attorney, Office of Independent Review
Los Angeles, County Sheriff's Department
4900 South Eastern Avenue, Suite 204
Commerce, CA 90040
(323) 890-5360
mjgennac@laoir.com

# Appendix B

[536769-1]

1. Special Master's Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Wait Lists, filed on 6/13/11 (Dkt. 4020, 4020-1, 4020-2)

2. Comparative Feasibility Study: Coalinga State Hospital Intermediate Care Facility, Prepared by Kitchell for CDCR, filed on 11/1/06 (Dkt. 2014)

3. Defendants' Submission of Amended Coalinga Study, Exhibit B, Amended Feasibility Study, Level IV, 30 Bed Intermediate Care Facility at Coalinga State Hospital, filed on 12/20/2006 (Dkt. 2092)

4. Instructional Memorandum RE: Pilot Program For Intermediate Care Facilities at Atascadero State Hospital, California Medical Facility, and Salinas Valley State Prison, July 16, 2009

5. Declaration of Rick Johnson in Support of Defendants' Request for Temporary Relief re: 256 Intermediate Care Facility Low-Custody Beds at Atascadero State Hospital, filed 12/31/2009 (Dkt. 3760-5)

6. Defendants' March 12, 2010 Report on CDCR/DMH Mental Health Assessment and Referral Project and Intermediate Care Facility Pilot Program, including exhibits thereto

7. Declaration of Rick Johnson in Support of Defendants' Status Request, filed on 3/26/10 (Dkt. 3828-4)

8. Defendants December 7, 2010 Report on Outcome of Evaluation of Inmates in Level IV DMH Inpatient Hospital Facilities for Transfer to Another ICF Facility

9. Memorandum of Understanding: Intermediate Care/Non-Acute Services.  California Department of Corrections and Rehabilitation and California Department of Mental Health, August 18, 2010.

10. Plaintiffs' Response to Special Master's Report on Defendants' Plan re: ICF and Acute Inpatient Wait Lists, filed on 7/1/11 (Dkt. 4034)

11. Declaration of Aaron J. Fischer in Support of Plaintiffs' Response to Special Master's Report on Defendants' Plan re: ICF and Acute Inpatient Wait Lists, filed on 7/1/11 (Dkt. 4034-1)

12. Defendants' Response and Objections to Special Masters' Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Wait Lists, and exhibits thereto, filed on 7/1/11 (Dkt. 4035)

[536769-1]

13. Declaration of Victoria Bertucci in Support of Defendants' Response and Objections to Special Masters' Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Wait Lists, and exhibits thereto, filed on 7/1/11 (Dkt. 4035-1)

14. Declaration of Cynthia A. Radavsky in Support of Defendants' Response and Objections to Special Masters' Report on Defendants' Plan Re: Intermediate Care Facility and Acute Inpatient Wait Lists, and exhibits thereto, filed on 7/1/11 (Dkt. 4035-2)

15. Crawford, Matthew, Coalinga State Hospital: Treatment Through Design, American Institute of Architects, 2004

16. Telecor Security Communication Systems – T3-SC Case Study regarding Coalinga State Hospital

17. Various pages from the California Department of Mental Health Website regarding Coalinga State Hospital

18. Selections from Defendants' Monthly Bed Utilization Report for the Department of Mental Health Hospitals and Psychiatric Programs filed under seal on January 18, 2011, March 15, 2011, April 15, 2011, May 16, 2011, and June 15, 2011

19. Central Files and Medical Files for several CDCR Inmate-Patients

20. Order of Judge Lawrence K. Karlton re Evidentiary Hearing among other issues, filed 07/22/11 (Dkt. 4045)

21. McManis Consulting, Consulting Services for California Department of Corrections & Rehabilitation. Mental Health Bed Need Study: Based on Spring 2011 Population Projections, May 2011

22. Weekly EOP Population Report (For the Week of May 9, 2011). California Department of Corrections and Rehabilitation

23. California Code of Regulations, Title 15, Subchapter 4, Article 10 (2011)

24. Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated December 31, 2010, January 31, 2011 and March 31, 2011.

25. Coalinga State Hospital Operating Manual; Section – Security. Provided by Defendants on August 8, 2011

[536769-1]

26. Coalinga State Hospital, Department of Police Services, Post Orders. Provided by Defendants on August 8, 2011

27. Coalinga State Hospital, Department of Police Services, Policy and Procedure Manual. Provided by Defendants on August 8, 2011

28. California Department of Corrections and Rehabilitation, Pleasant Valley State Prison, Post Orders – related to Coalinga State Hospital. Provided by Defendants on August 8, 2011

[536769-1]