DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>        Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' BRIEF ON EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF**<br><br>Judge: Hon. Lawrence K. Karlton<br>Date:  August 17, 2011<br>Time:  10:00 am<br>Crtrm.: 4 |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[538114-2]

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY
EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

I, Aaron J. Fischer, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen, Bien & Galvan LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Brief on Evidentiary Hearing Regarding Order to Show Cause Why Empty DMH Beds Cannot Be Filled With CDCR Inmates and In Support of Additional Relief.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated July 29, 2011. Defendants provided this report to Plaintiffs' counsel on August 4, 2011 pursuant to this Court's July 24, 2007 order.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated June 30, 2011. Defendants provided this report to Plaintiffs' counsel on July 5, 2011 pursuant to this Court's July 24, 2007 order.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated May 31, 2011. Defendants provided this report to Plaintiffs' counsel on May 31, 2011 pursuant to this Court's July 24, 2007 order.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley

[538114-2]

1

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

1  Psychiatric Program, Salinas Valley State Prison, dated April 29, 2011.  Defendants
2  provided this report to Plaintiffs' counsel on May 3, 2011 pursuant to this Court's July 24,
3  2007 order.

4  6. Attached hereto as **Exhibit E** is a true and correct copy of the Department of
5  Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
6  Programs At The California Medical Facility, Vacaville And The Salinas Valley
7  Psychiatric Program, Salinas Valley State Prison, dated March 31, 2011.  Defendants
8  provided this report to Plaintiffs' counsel on April 4, 2011 pursuant to this Court's July 24,
9  2007 order.

10  7. Attached hereto as **Exhibit F** is a true and correct copy of the Department of
11  Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
12  Programs At The California Medical Facility, Vacaville And The Salinas Valley
13  Psychiatric Program, Salinas Valley State Prison, dated February 28, 2011.  Defendants
14  provided this report to Plaintiffs' counsel on March 1, 2011 pursuant to this Court's July
15  24, 2007 order.

16  8. Attached hereto as **Exhibit G** is a true and correct copy of the Department of
17  Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
18  Programs At The California Medical Facility, Vacaville And The Salinas Valley
19  Psychiatric Program, Salinas Valley State Prison, dated January 31, 2011.  Defendants
20  provided this report to Plaintiffs' counsel on February 2, 2011 pursuant to this Court's July
21  24, 2007 order.

22  9. Attached hereto as **Exhibit H** is a true and correct copy of the Department of
23  Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
24  Programs At The California Medical Facility, Vacaville And The Salinas Valley
25  Psychiatric Program, Salinas Valley State Prison, dated December 31, 2010.  Defendants
26  provided this report to Plaintiffs' counsel on January 4, 2011 pursuant to this Court's July
27  24, 2007 order.

28

[538114-2]

2
DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY
EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

10. Attached hereto as **Exhibit I** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated November 30, 2010. Defendants provided this report to Plaintiffs' counsel on December 2, 2010 pursuant to this Court's July 24, 2007 order.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated June 30, 2010. Defendants provided this report to Plaintiffs' counsel on July 2, 2010 pursuant to this Court's July 24, 2007 order.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated February 28, 2010. Defendants provided this report to Plaintiffs' counsel on March 3, 2010 pursuant to this Court's July 24, 2007 order.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated January 29, 2010. Defendants provided this report to Plaintiffs' counsel on February 1, 2010 pursuant to this Court's July 24, 2007 order.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated November 30, 2009. Defendants

[538114-2]

3

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

1 provided this report to Plaintiffs' counsel on December 3, 2009 pursuant to this Court's
2 July 24, 2007 order.

3     15.    Attached hereto as **Exhibit N** is a true and correct copy of the Department of
4 Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
5 Programs At The California Medical Facility, Vacaville And The Salinas Valley
6 Psychiatric Program, Salinas Valley State Prison, dated October 1, 2009.  Defendants
7 provided this report to Plaintiffs' counsel on October 1, 2009 pursuant to this Court's July
8 24, 2007 order.

9     16.    Attached hereto as **Exhibit O** is a true and correct copy of the Department of
10 Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
11 Programs At The California Medical Facility, Vacaville And The Salinas Valley
12 Psychiatric Program, Salinas Valley State Prison, dated August 31, 2009.  Defendants
13 provided this report to Plaintiffs' counsel on September 2, 2009 pursuant to this Court's
14 July 24, 2007 order.

15     17.    Attached hereto as **Exhibit P** is a true and correct copy of the Department of
16 Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment
17 Programs At The California Medical Facility, Vacaville And The Salinas Valley
18 Psychiatric Program, Salinas Valley State Prison, dated June 1, 2009.  Defendants
19 provided this report to Plaintiffs' counsel on June 5, 2009 pursuant to this Court's July 24,
20 2007 order.

21     18.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of
22 Chapter 6 of the 2009 Program Guide, concerning the Department of Mental Health
23 Inpatient Program.

24     19.    Attached hereto as **Exhibit R** are true and correct copies of pages from the
25 official Department of Mental Health website including information regarding Coalinga
26 State Hospital, which are publicly accessible at http://www.dmh.ca.gov/About_DMH/
27 default.asp, http://www.dmh.ca.gov/Services_and_Programs/State_Hospitals/Coalinga/
28 default.asp, http://www.dmh.ca.gov/Services_and_Programs/State_Hospitals/Coalinga/

[538114-2]

4

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY
EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

1 Security.asp, and http://www.dmh.ca.gov/services_and_programs/state_hospitals/coalinga/
2 Director.asp.  These web pages were printed from the aforementioned websites on August
3 11, 2011 by a paralegal at my office, Josephine Weinberg, at my direction.

4     20.    Attached hereto as **Exhibit S** is a true and correct copy of excerpts of the
5 Department of Mental Health budget from the official California 2011-12 Budget, which is
6 publicly accessible at http://www.ebudget.ca.gov/pdf/GovernorsBudget/4000/4440.pdf.
7 The excerpts were printed from that website on August 11, 2011 by a paralegal at my
8 office, Josephine Weinberg, at my direction.

9     21.    Attached hereto as **Exhibit T** are true and correct copies of pages from the
10 official Department of Mental Health website regarding Atascadero State Hospital, which
11 are publicly accessible at http://www.dmh.ca.gov/services_and_programs/state_hospitals/
12 Atascadero/Default.asp, http://www.dmh.ca.gov/Services_and_Programs/State_Hospitals/
13 Atascadero/Treatment.asp and http://www.dmh.ca.gov/services_and_programs/
14 state_hospitals/atascadero/Director.asp.  These web pages were printed from the
15 aforementioned websites on August 11, 2011 by a paralegal at my office, Josephine
16 Weinberg, at my direction.

17     22.    Attached hereto as **Exhibit U** are true and correct copies of pages from the
18 official Department of Mental Health website regarding Patton State Hospital, which are
19 publicly accessible at http://www.dmh.ca.gov/Services_and_Programs/State_Hospitals/
20 Patton/default.asp and http://www.dmh.ca.gov/services_and_programs/state_hospitals/
21 patton/Hospital_Security.asp.  These web pages were printed from the aforementioned
22 websites on August 11, 2011 by a paralegal at my office, Josephine Weinberg, at my
23 direction.

24     23.    Attached hereto as **Exhibit V** is a true and correct copy of excerpts of the
25 transcript of the October 4, 2010 testimony of Victor Brewer, Executive Director of the
26 Salinas Valley and Vacaville Psychiatric Programs, before this Court.

27     24.    Attached hereto as **Exhibit W** is a true and correct copy of excerpts of a
28 document entitled "CDCR-DMH Memorandum of Understanding:  Intermediate

[538114-2]

5

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY
EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

1  Care/Non-Acute Services," dated August 18, 2010, which Defendants provided to
2  Plaintiffs' counsel.

3       25.   Attached hereto as **Exhibit X** is a true and correct copy of a document
4  entitled "Salinas Valley Psychiatric Program Wait List Quarterly Review – January 2011."
5  Defendants provided Plaintiffs' counsel with this document on August 9, 2011.

6       26.   Attached hereto as **Exhibit Y** is a true and correct copy of a document
7  entitled "Salinas Valley Psychiatric Program Wait List Quarterly Review – April 2011."
8  Defendants provided Plaintiffs' counsel with this document on August 9, 2011 at the same
9  time they provided the previous Exhibit.

10      27.   Attached hereto as **Exhibit Z** is a true and correct copy of a document
11 entitled "Weekly EOP Population Report (For the Week of May 9, 2011)."  Defendants
12 provided Plaintiffs' counsel with this document on July 1, 2011.

13      28.   Attached hereto as **Exhibit AA** is a true and correct copy of a document
14 entitled "Telecor Security Communications Systems: T3-SC Case Study," which is posed
15 on the official, publicly accessible website of Telecor, Inc. at http://www.telecor.com/
16 tcorpwds/Telecor%20DA/Datasheets/Security/T3-C03.pdf.  This document was printed
17 from the aforementioned website on August 11, 2011 by a paralegal at my office,
18 Josephine Weinberg, at my direction.

19      29.   Attached hereto as **Exhibit BB** is a true and correct copy of a document
20 entitled "Mental Health Bed Need Study Based on Spring 2011 Population Projections,"
21 which was prepared for CDCR by McManis Consulting and dated May 2011.  Defendants
22 provided Plaintiffs' counsel with this document on May 24, 2011.

23      30.   Attached hereto as **Exhibit CC** is a document that appears to be a true and
24 authentic copy of a section of the Coalinga State Hospital Operating Manual regarding
25 Administrative Directive No. 552 on the subject of Restraint and/or Seclusion, which has
26 an effective date of March 8, 2007.  This document bears the signature of then-Executive
27 Director of Coalinga State Hospital, W. T. Voss.  I have reviewed Coalinga's currently
28 effective Operating Manual, which was provided to Plaintiffs' counsel by Defendants on

[538114-2]

6

DECL. OF A. FISCHER ISO PLS.' BRIEF ON EVIDENTIARY HEARING RE ORDER TO SHOW CAUSE WHY
EMPTY DMH BEDS CANNOT BE FILLED WITH CDCR INMATES & ISO ADDITIONAL RELIEF

August 8, 2011, and this document is both identical in format and substantively very similar to the now-operative version of Administrative Directive No. 552. Given these multiple indicia of authenticity, I believe that this document is what it purports to be, i.e., the Coalinga Administrative Directive regarding Restraint and/or Seclusion that was in effect in March 2007.

31. Attached hereto as **Exhibit DD** is a chart created by a paralegal in my office, Marc Shinn-Krantz, at my direction. This data reflected in the chart derives entirely from reports provided to Plaintiffs' counsel by Defendants. The census data shown in this chart for April 2007 through October 2010 is derived from one or both of the following enclosures to the Coleman Monthly Report, which Defendants provide to Plaintiffs' counsel on a monthly basis: Enclosure 3, which is in some cases entitled "Health Care Placement Unit (HCPU) Information Report" and in others "Health Care Placement Oversight Program (HCPOP) Information Report," and Enclosure 10, entitled "The DMH Monthly Report of CDCR Patients in DMH Hospitals—Summary and Penal Code 2684." For the census data for November 2010 through June 2011, all numbers are derived from the DMH Bed Utilization Report, which is filed with the Court monthly under seal.

32. Attached hereto as **Exhibit EE** is a true and correct copy of the Department of Mental Health Monthly Report On The Licensure Of Intermediate Care Treatment Programs At The California Medical Facility, Vacaville And The Salinas Valley Psychiatric Program, Salinas Valley State Prison, dated June 30, 2009. Defendants provided this report to Plaintiffs' counsel on July 1, 2009 pursuant to this Court's July 24, 2007 order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 11th day of August, 2011.

/s/ Aaron J. Fischer
Aaron J. Fischer